```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )    CR No. 22-15
                                   )    Washington, D.C.
          vs.                      )    March 4, 2022
                                   )    1:08 p.m.
ELMER STEWART RHODES III, ET AL.,  )
                                   )
          Defendants.              )
_____)


        TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
          BEFORE THE HONORABLE AMIT P. MEHTA
              UNITED STATES DISTRICT JUDGE

APPEARANCES VIA ZOOM:

For the Government:          Kathryn L. Rakoczy
                             U.S. ATTORNEY'S OFFICE
                             555 Fourth Street, NW
                             Washington, D.C. 20530
                             (202) 252-7277
                             Email:
                             kathryn.rakoczy@usdoj.gov
```

APPEARANCES VIA ZOOM CONTINUED:

For Defendant
Thomas E. Caldwell:                David William Fischer, Sr.
                                   FISCHER & PUTZI, P.A.
                                   7310 Governor Ritchie Highway
                                   Empire Towers, Suite 300
                                   Glen Burnie, MD 21061-3065
                                   (410) 787-0826
                                   Email:
                                   fischerandputzi@hotmail.com

For Defendant
Jessica M. Watkins:                Jonathan W. Crisp
                                   CRISP AND ASSOCIATES, LLC
                                   4031 North Front Street
                                   Harrisburg, PA 17110
                                   (717) 412-4676
                                   Email: jcrisp@crisplegal.com

For Defendant
Kelly Meggs:                       Jonathon Alden Moseley
                                   JONATHON MOSELEY
                                   ATTORNEY AT LAW
                                   5765-F Burke Centre Parkway
                                   #337
                                   Burke, VA 22015
                                   (703) 656-1230
                                   Email: contact@jonmoseley.com

For Defendant
Kenneth Harrelson:                 Bradford L. Geyer
                                   FormerFeds LLC
                                   2006 Berwick Drive
                                   Cinnaminson, NJ 08077
                                   (856) 607-5708
                                   Email:
                                   Bradford@formerfedsgroup.com

For Defendant
Roberto A. Minuta:                 Alfred Guillaume, III
                                   LAW OFFICE OF
                                   ALFRED GUILLAUME III
                                   6305 Ivy Ln.
                                   Suite 700
                                   Greenbelt, MD 20770
                                   (301) 377-2158
                                   Email: ag3law@gmail.com

```
APPEARANCES VIA ZOOM CONTINUED:

For Defendant
Joseph Hackett:                 Angela Halim
                                FEDERAL COMMUNITY
                                DEFENDER OFFICE
                                601 Walnut Street
                                Suite 501 West
                                Philadelphia, PA 19106
                                (215) 928-1100
                                Email: angie_halim@fd.org


For Defendant
David Moerschel:                Scott Weinberg
                                BROWN, SUAREZ, RIOS & WEINBERG
                                265 E. Marion Avenue
                                Suite 114
                                Punta Gorda, FL 33950
                                (941) 575-8000
                                Email: scott@bsrwlegal.com


For Defendant
Brian Ulrich:                   Attilio Joseph Balbo
                                BALBO & GREGG,
                                ATTORNEYS AT LAW, P.C.
                                P.O. Box 1297
                                Richmond Hill, GA 31324
                                (912) 459-1776
                                Email: aj@balbogregg.com


For Defendant
Elmer Stewart Rhodes, III:      Phillip A. Linder
                                BARRETT BRIGHT LASSITER LINDER
                                3300 Oak Lawn Avenue
                                Suite 700
                                Dallas, TX 75219
                                (214) 252-9900
                                Email:
                                phillip@thelinderfirm.com


For Defendant Edward Vallejo:   Matthew J. Peed
                                CLINTON & PEED
                                1775 Eye Street, NW
                                Suite 1150
                                Washington, D.C. 20006
                                (202) 919-9491
                                Email: matt@clintonpeed.com


Pretrial Services Officer:      Christine Schuck
```

```
APPEARANCES CONTINUED:

Court Reporter:                 William P. Zaremba
                                Registered Merit Reporter
                                Certified Realtime Reporter
                                Official Court Reporter
                                E. Barrett Prettyman CH
                                333 Constitution Avenue, NW
                                Washington, D.C. 20001
                                (202) 354-3249
Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

```
1                    P R O C E E D I N G S
2            COURTROOM DEPUTY:  All rise.
3            This Court is in session; the Honorable Amit P.
4  Mehta presiding.
5            THE COURT:  Please be seated, everyone.
6            COURTROOM DEPUTY:  Your Honor, this is Criminal
7  Case No. 22-15, the United States of America versus
8  Defendant No. 1, Elmer Stewart Rhodes; Defendant No. 2,
9  Kelly Meggs; Defendant No. 3, Kenneth Harrelson; Defendant
10  4, Jessica Watkins; Defendant 6, Roberto A. Minuta;
11  Defendant 7, Joseph Hackett; Defendant 8, David Moerschel;
12  Defendant 9, Brian Ulrich; Defendant 10, Thomas Edward
13  Caldwell; and Defendant 11, Edward Vallejo.
14            James Bright and Phillip Linder for Defendant
15  Rhodes.
16            Jonathan Moseley for Defendant Meggs.
17            Bradford Geyer for Defendant Harrelson.
18            Jonathan Crisp for Defendant Watkins.
19            Alfred Guillaume for Defendant Minuta.
20            Angela Halim for Defendant Hackett.
21            Scott Weinberg for Defendant Moerschel.
22            A.J. Balbo for Defendant Ulrich.
23            David Fischer for Defendant Caldwell.
24            And Matthew Peed for defendant Vallejo.
25            Defendants Kelly Meggs, Harrelson, and Watkins are
```

1    appearing in court, in person for this hearing.

2                Defendant Rhodes, Minuta, Hackett, Moerschel,

3    Ulrich, and Caldwell are appearing via videoconference or

4    teleconference.

5                And Edward Vallejo is not present for these

6    proceedings.

7                THE COURT:  Okay.  Good afternoon again,

8    everybody.

9                All right.  We're back here for a status

10   conference to see where things are and how we're going to

11   proceed.

12               Let me ask Mr. Peed.  Your client is not present.

13   Let me ask whether you either waive his presence for the

14   purposes of the hearing or we can obviously do this for him

15   once we're able to connect him to our hearing today.

16               MR. PEED:  I haven't been able to speak with him,

17   Your Honor, so I don't want to waive his presence for the

18   hearing.  I mean, I would like to be here and listen in,

19   Your Honor, but I would wouldn't want to waive his

20   appearance.

21               THE COURT:  All right.

22               Well, let's do this.  I mean, let's go forward,

23   you're here, and then we can reschedule something for

24   Mr. Vallejo to ensure that he has heard everything that gets

25   discussed here this afternoon.

1          Okay.  So let's start, if we will, with just a

2   quick update from Ms. Rakoczy on the status of discovery,

3   and particularly the case-specific discovery and whether

4   there's more to push out to these defendants.

5          MS. RAKOCZY:  Yes, Your Honor.  Thank you.

6          The government is concluding the case-specific

7   discovery process.  The government, since we last met, has

8   produced some additional FBI reports that relate to the

9   investigation, some additional search warrant returns from

10  digital devices that the government has scoped and tagged

11  that discovery, which it is seizing pursuant to attachment B

12  of the warrants and we've produced those versions of digital

13  discovery to the defense.

14         We do have a few small remaining number of

15  outstanding devices to complete that process for the charged

16  defendants.  There are two devices from Defendant Beeks, who

17  is in the related case of 21-CR-28.  And there were a few

18  devices seized at the time of the arrest of Mr. Rhodes that

19  remain -- that need to be processed still as well.  So

20  that's the status of the electronic discovery.

21         There are also --

22         THE COURT:  Ms. Rakoczy --

23         MS. RAKOCZY:  -- a handful of --

24         THE COURT:  Ms. Rakoczy, can I interrupt you for a

25  moment?

1          MS. RAKOCZY:  Yes, Your Honor.

2          THE COURT:  Mr. Rhodes' devices, I suspect, folks

3    are anxious to get their hands on those.  Do you have a time

4    estimate as to when that material might become available?

5          MS. RAKOCZY:  I do not, Your Honor, because the

6    devices need to go through a filter process before they can

7    be reviewed by the government.  I anticipate that that means

8    it will still be a few weeks before that process is

9    complete.

10          I would note that Mr. Rhodes' cellular telephone

11    was processed -- seized pursuant to a search warrant,

12    searched, and processed back in May of last year.  And a

13    significant portion of that data has been made available,

14    but the remainder of that data will be made available,

15    hopefully, next week to the defense.

16          And that is a significant device.  These were some

17    remaining devices that had not been searched that were

18    seized pursuant to a warrant at the time of the arrest, as

19    well as Mr. Rhodes' personal cell phone device, which will

20    be searched again.  But, as I said, that had previously been

21    searched from May 3rd backwards, and so there should not be

22    a great deal of new information from that device.

23          THE COURT:  Got you.  Okay.

24          All right.  I interrupted you.  Why don't you go

25    ahead and continue, please.

1          MS. RAKOCZY:  Yes, Your Honor.

2          There are a handful of electronic devices and

3   accounts that were seized and searched, either pursuant to

4   consent or search warrant, from uncharged subjects of this

5   investigation or witnesses to this investigation that

6   we will be providing, hopefully, within the next week or two

7   as well.

8          And then we're in the process of completing review

9   of FBI case files for subjects -- for uncharged subjects of

10  this investigation, as well as civilian witness *Jencks*-type

11  materials, whether they be memoranda or recorded interviews,

12  transcripts of interviews or transcripts of grand jury

13  testimony that we hope to provide either late next week or

14  early the following week to the defense.

15         There are probably a very small handful of

16  civilian witness statements that will not be included in

17  that production because they either were obtained recently

18  and need to be reviewed or there are overriding concerns

19  stemming from the pending investigation or security concerns

20  that will cause us to hold back just a very small number of

21  those for a short additional period of time.

22         But the bulk of the materials that would be

23  considered civilian witness *Jencks* materials for these

24  trials, whether for witnesses who will testify or for

25  witnesses who would either potentially be relevant for the

1    defense or just generally relevant, we hope to provide

2    within the next two to three weeks, which we hope will

3    greatly facilitate the preparation of the defense for trial

4    in these matters.

5              And then aside from that, there are just a few

6    fall discovery odds and ends.  But I do think that we are on

7    track to wrap up the case-specific discovery within the next

8    few weeks, with the exception of some of the devices that

9    are taking a little bit longer, because of the filter

10   process and technological issues, and anything that -- any

11   interviews that might still be being conducted.  As the

12   ongoing investigation wraps up, obviously we will provide

13   those on a rolling basis.

14             THE COURT:  Okay.  That's a helpful overview of

15   where things stand.

16             And then in terms of the databases, my

17   understanding is that both of them are up.  Evidence.com has

18   been available for some weeks, and, in fact, may be

19   available directly to some of the detained defendants

20   from -- at least at the D.C. jail.  And then Relativity is

21   online and available to defense counsel who have obtained

22   licenses.

23             In terms of the -- and obviously I understand it's

24   an ongoing process to the extent new evidence is being

25   collected, but do you have a sense of how -- or where that

1    process is in terms of populating that database?

2           MS. RAKOCZY:  Your Honor, we filed a status report

3    in this case and the related cases a couple of weeks ago

4    that goes into far greater detail --

5           THE COURT:  Right.

6           MS. RAKOCZY:  -- and was -- the material there was

7    authored by individuals with far greater knowledge than

8    myself.

9           I think the most significant update is that

10   there -- I think the two main buckets of discovery that,

11   I think, everyone is eager to be able to review are scoped

12   data from electronic devices and social media accounts or

13   email accounts, electronic accounts, from all of the

14   defendants in these matters, and then the FBI investigative

15   files and any memoranda of interviews or other significant

16   information in evidence from all of these defendants who are

17   charged throughout the Capitol breach cases.

18          And those two buckets of data are currently being

19   processed, reviewed, and uploaded to the two platforms.  And

20   I hope -- I don't have a timeline for that, but my sense is

21   that that is data that's actively being reviewed and

22   processed and fed into the platforms currently.

23          And so I do think that within -- over the course

24   of the next month or two, I think a good chunk of that

25   information will be made available and should be reviewable.

1          And so we are hopeful that with respect to these

2    trials and these matters, obviously the first one is now set

3    to begin in July, on July 11th.  We are hopeful that that

4    information will be accessible well before that date and

5    with enough time for the defense counsel to review that data

6    and to prepare for trial.

7          I would also note that the government on this team

8    is also working to review that data to flag for the defense

9    things that might be particularly relevant to this case.

10   And we've been doing that throughout.  And we will continue

11   to do so in the next few weeks in the hopes of aiding that

12   review, because obviously we are aware that a lot of that

13   data is contained in that -- in these platforms.

14         THE COURT:  Just one point of clarification.

15   I thought I heard you say that the scoped data from devices

16   from the defendants in this matter is still awaiting

17   uploading into Relativity.

18         Did I hear that correctly when you said "these

19   defendants," as in the defendants in this case, or do you

20   mean more broadly for January 6th defendants collectively?

21         MS. RAKOCZY:  I meant more broadly.

22         THE COURT:  Okay.

23         So the scope -- to the extent data has been scoped

24   for defendants in this case, that's already been provided,

25   other than some of the devices that you described earlier?

1          MS. RAKOCZY:  Correct, Your Honor.

2          There are only a handful of devices for the

3   defendants in these cases, both this case and the related

4   cases before Your Honor, that have not been provided to

5   defense counsel in this case.

6          Those devices will also be made available to all

7   of the defense attorneys in all 750-plus cases.  And then

8   the devices of those defendants will, in turn, be made

9   available to the defense attorneys in this case, and that's

10  the purpose of having these discovery platforms in the

11  global discovery process.

12         THE COURT:  Okay.

13         All right.  That's helpful.  Thank you.

14         All right.  So what I'd like to do from here is

15  let's talk about trial schedule.  And then I'll turn to each

16  defense counsel to hear if they want to add anything.  And

17  then I've got some individual issues with some individual

18  defendants that I want to raise.

19         So we currently have a trial date, an initial

20  trial date in this matter, set for July 12th -- excuse me,

21  July 11th.  And then I think we've reserved, if memory

22  serves, a second trial date in October.  Am I recalling that

23  correctly?

24         MS. RAKOCZY:  I believe, September --

25         MR. LINDER:  September 26th, Your Honor.

1          THE COURT:  September 26th.  Okay.  Great.

2          So, Ms. Rakoczy, either the government's thoughts

3     or whatever thoughts you may have in connection with also

4     discussing the case is the case with various defense

5     counsel.

6          What are your thoughts on that first trial and who

7     might be in it?  At least recognizing right now, I think we

8     have nine defendants.  And I am uncertain as to what our

9     capacity limits are going to be, and I don't think we're

10    going to be able to try all nine defendants at once.

11         MS. RAKOCZY:  We do understand that, Your Honor.

12    Nine defendants would be lot, although -- potentially not

13    undoable.  We have 10 defendants, actually, Your Honor, at

14    this time.

15         THE COURT:  Right.  Okay.

16         MS. RAKOCZY:  But either way, both is a

17    significant number.

18         I think from the government's perspective, because

19    of the fact that the situation with the ongoing pandemic is

20    a little bit in flux right now and I think that the

21    marshal's and the Court's protocols for how many defendants

22    might be reasonable to place in one trial may be a little

23    bit evolving, and because we are in active negotiations and

24    discussions with some defendants about their thoughts on

25    whether they would like to resolve this case short of trial,

1    it would be our hope that we postpone selecting the jury

2    trial groupings between July and September until a status

3    hearing in, say, 30 days from today.  We think that that

4    would be productive and would allow the Court to make a more

5    informed decision about whom to place in which trial

6    groupings, and the government certainly as well, that would

7    be our request, that we could have about 30 days, 30 to

8    45 days, to see where we are, both in terms of the pandemic

9    and the number of defendants that is the ceiling for one

10   trial, and also so we can have a better sense of, frankly,

11   how many defendants we are likely to have.

12              (Telephone beeping)

13              THE COURT:  I don't know.  That's happened a few

14   times.

15              Sorry about that, everybody; I hope your ears were

16   not shattered.  I noticed Mr. Fischer jumped back, so I'm

17   particularly concerned about him.

18              Okay.  Well, that -- look, I gathered that would

19   be the answer today.  I will say the following, which is,

20   I'm happy to put this out 30 days.  That'll bring us to

21   early April.  That'll put us about 60 days out -- I'm sorry,

22   90 days from the trial.

23              But I do expect that at that point, we're going to

24   have to decide who's going to be in that trial or not.  And

25   that's not meant to suggest to any defendant whether you

1   ought to resolve this case or not; that's entirely up to you

2   obviously.  But at some point, we're going to need to make a

3   decision about who's going to be in that first group.

4           In the interim, I've been making inquiries about

5   whether we can reserve our Ceremonial Courtroom for the

6   length of the trial, which would enable us to -- am I

7   getting --

8           COURTROOM DEPUTY:  We don't know yet.

9           THE COURT:  We don't know yet.

10          We'll have an answer on that question, hopefully,

11  in short order.

12          But if we did hold the trial in the Ceremonial

13  Courtroom, it would enable us to expand the number of

14  defendants that could be tried at one time, and we'll get

15  that information to you all as soon as we have it available

16  to us.

17          MS. RAKOCZY:  Your Honor, I apologize for

18  interrupting, but I was told that the public line may have

19  cut out.

20          (Pause)

21          COURTROOM DEPUTY:  Your Honor, I believe it's now

22  reconnected.

23          THE COURT:  It's now reconnected.  Okay.

24          I don't know when it was disconnected, but I'll

25  just repeat what I said for the benefit of anybody that may

1    be listening, and that is:

2          It is my expectation that by the time we are

3    together next in early April, that we'll have to make a

4    decision about who will be in that first trial.  None of

5    that is meant to pressure any defendant or to suggest to any

6    defendant that they need to enter a plea before that date;

7    that's a decision left between each defendant, their

8    counsel, and the government.  But this is just, frankly, as

9    an administrative matter, we need to make a determination as

10   to who's going to go in July and how many people are going

11   to go in July and do that in short order.  Okay.

12         Next thing on my list is to turn to the defense

13   counsel.

14         And is there anything else from the government

15   before I do that?

16         MS. RAKOCZY:  No, Your Honor.  Thank you.

17         THE COURT:  All right.

18         And as we go down the list, I'd like each counsel

19   to just let me know or confirm that you have -- now have

20   access to both databases, which would mean you have your

21   license in hand both for Evidence.com and Relativity.com.

22         If I remember correctly, at the last hearing,

23   there were a few who did not have access to Evidence.com,

24   and a greater number who were still working to get access to

25   Relativity.  So if, in your presentations, you would just

```
 1    address those two inquiries.

 2             So why don't we start with Mr. Bright and

 3    Mr. Linder on behalf of Mr. Rhodes.

 4             MR. LINDER:  Yes, Your Honor.

 5             THE COURT:  And if I can just -- and obviously

 6    bring up anything else you'd like.  It's not just limited to

 7    those two subjects.

 8             MR. LINDER:  Sure.  Thank you.

 9             As far as Relativity, we have not been able to get

10    our license yet.  And there are some other defense counsel,

11    when you get to them, that will say they've had issues

12    getting on to that also.  We -- yeah, it's just been

13    difficult trying to get access to that.

14             Now, Ms. Rakoczy is providing us all the discovery

15    she can, but we don't have access to that platform.

16             As she mentioned, there's still devices that our

17    client hasn't run yet.  So we've got issues with the time of

18    how -- if we think we're going to be ready in July or not;

19    I know we're going to push to do that.  But not having

20    access to this platform yet has been kind of a burden.

21             And we are bringing an associate to start Monday

22    to just work on -- Mr. Bright and I are -- to work just on

23    this case.  So hopefully that can resolve itself sooner

24    rather than later.  But we're kind of in that kind of

25    quandary right now.
```

```
1              THE COURT:  So, Mr. Linder, when you say you've

2    not yet received your license, have you applied for it and

3    it's in somebody else's hands or have you not put in an

4    application yet?

5              MR. LINDER:  No.  I believe our paralegal put in

6    an application, it just hasn't made its way all through the

7    process yet.

8              And you'll hear from other defense counsel here

9    who've had the same issue.

10             THE COURT:  Okay.

11             MR. LINDER:  I think a couple others who have the

12   same issue.

13             THE COURT:  All right.

14             And this is just for my own information, because

15   what I plan to do after this is collect all the names of

16   counsel who have not yet received their licenses and make an

17   inquiry to figure out what the status of that is and get

18   back to you all.

19             So have both you and Mr. Linder -- I'm sorry, you

20   and Mr. Bright applied separately for licenses?

21             MR. LINDER:  Just my paralegal, Your Honor.

22             THE COURT:  Just your paralegal.

23             MR. LINDER:  We work in the same office suite.

24             THE COURT:  Okay.

25             MR. BRIGHT:  Despite the appearance, Your Honor,
```

1    Mr. Linder and I are actually about 30 feet apart right now.

2              THE COURT:  Okay.

3              It may be helpful, as we go through this, and I'm

4    asking for the information now, for those of you who do not

5    have your licenses to just email my Courtroom Deputy as to

6    whose name the license was put in.  I'm not going to

7    necessarily assume the license was applied for and in the

8    name of counsel; it's possible it may be the law firm or

9    only the paralegal.  But in any event, if you would just

10   email the name of the license application it went in on,

11   that way we can specify exactly which licenses are still

12   outstanding and get that information.

13             Okay.  Anything else you want to add, Mr. Linder?

14             MR. LINDER:  Not on that issue, Your Honor.

15             THE COURT:  Okay.

16             Anything else other than the platform issue?

17             MR. LINDER:  No.

18             Just the timing, the scheduling.  But I think your

19   desire and Ms. Rakoczy's desire to kind of address that in a

20   month would work.

21             I know that the defense -- the group here, we talk

22   frequently, and there are some of us who have concerns about

23   being able to really be ready by July 11th, being that we

24   still have, as Ms. Rakoczy has informed this Court -- it may

25   be another month before we even have the rest of the

1   evidence, and that's put us near April, and that's only

2   90 days out from the trial.  And we don't know, once we

3   review that, then which witnesses we're going to have to go

4   out and talk to.

5              In addition, most of us would like to have our own

6   clients' devices run by our own experts before the trial,

7   and I think we have that right.  And so once the government

8   finished doing that, we need them back and be able to run

9   them.

10             So there's just some timing issues, but

11  I understand the Court would like to wait a month, so that

12  doesn't bother me in the least.

13             THE COURT:  Okay.

14             Let me just say this now, which is that if this --

15  at least the first phase of this case doesn't get tried in

16  July, it's not going to be tried for a while.

17             You know, as a result of these prosecutions and

18  other trials, there is, on my calendar, nothing available

19  for a four-week trial until December.

20             MR. LINDER:  Well, we've got the September --

21             THE COURT:  So there's -- I should qualify that to

22  say that I've got the October -- I mean, the September

23  dates, those are set aside.

24             MR. LINDER:  Right.

25             THE COURT:  But other than those dates, there's

1   nothing available for a four-week trial until December at

2   the earliest.

3          MR. LINDER:  I understand.

4          MR. BRIGHT:  If I can confer, discussions that

5   Mr. Linder and I have had with the others, based on the

6   timeline that the government has laid out and everything

7   Mr. Linder has mentioned, I don't see for us why the

8   September 26th date wouldn't be -- would be a problem.

9   I think those two extra months, those extra 60, roughly a

10  bit more than that, days would be more than sufficient for

11  us.

12         THE COURT:  Okay.

13         And, look, I am -- I'll just tell you.  I am more

14  sensitive to the concern for counsel for Mr. Rhodes and

15  Mr. Vallejo, who've been in this case for far less time than

16  the others.  I appreciate also that even the others have not

17  had access to all the evidence and it's been a rolling

18  production and taken some time.  But, you know, the other

19  defendants who were in the Caldwell case have certainly had

20  a head start.  So I'm just making that observation.

21         Okay.  Let me turn next to Mr. Moseley on behalf

22  of Mr. Meggs.

23         MR. MOSELEY:  Well, on the scheduling issue,

24  I know that it's his personal desire not to delay, but

25  I can't disagree with the analysis that others have.

1    I think his vote as an individual would be to go to trial as

2    soon as possible, but the concerns that we have are the

3    same.

4              I am personally focused, I think, on wanting to

5    try to streamline and solve any problems we have that are

6    causing the delay, rather than focus just on a date, so that

7    we don't end up where there's more -- you know, the problem

8    doesn't get fixed or things like that.  But I think we did

9    have a good discussion about this, and like it or not, that

10   may be the right way to look at it.

11             If I can make just a -- two tiny little things.

12   We do have our request for Mr. Meggs' iPhones back and other

13   things.  Some things were delivered, but it's been 10

14   months.  I think it would be, I think, good preparation for

15   everybody, as, Mr. Linder, I think, mentioned, that instead

16   of going through the filter of all this processing and

17   everything, if we can look at his Signal chats and text

18   messages and everything else directly, that would be a great

19   benefit to our trial preparation, rather than waiting for it

20   to come through this rather busy pipeline through the phone.

21   So we do have outstanding requests for that back up for ten

22   months, and I think a lot of other people do, too.

23             THE COURT:  So, Ms. Rakoczy, let me ask.  I mean,

24   to the extent that individual counsel have requested access

25   to the data on their clients' phones or other devices, is

1    the government prepared to simply, you know, image those

2    devices and turn that over wholesale so that defense counsel

3    doesn't have to wait for the filter process and the scoping

4    process?  I mean, that doesn't seem like an unreasonable

5    demand -- or request.

6            MS. RAKOCZY:  Your Honor, the government provided

7    the complete, unfiltered, unscoped forensic extraction from

8    all the defendants' cell phones to the defendants very early

9    on and basically as soon as the devices were processed.

10           So for some of the defendants arrested early on,

11   I believe there were production in June and July of that

12   data.  And then as defendants were arrested later, we've

13   been trying to provide those on a rolling basis to

14   defendants who've been arrested later.  And so in terms of

15   having that data, I believe the defense has that.

16           THE COURT:  Okay.

17           MS. RAKOCZY:  In terms of the actual physical

18   devices themselves, we have turned over -- we've turned back

19   a number of devices that we've been requested to return.

20   With respect to the cellular telephones from which we have

21   derived significant evidence, we have to date asked to

22   retain those devices because of the potential need to either

23   reprocess, in the event that there have been technological

24   advancements that would help us to extract data that wasn't

25   previously extractable, or to maintain our ability to,

1   without any challenges, introduce the evidence from these

2   devices and make sure we can properly authentic them at the

3   time of trial.

4           THE COURT:  Okay.

5           Look, I mean, I think it's -- let me sort of make

6   two observations; one is, it certainly makes sense to me

7   that the government would want to hold on to the actual

8   physical device for chain-of-evidence purposes and the like.

9   At the same time, the government certainly has the

10  capability of imaging those devices and turning them over to

11  defense counsel.  And it sounds like most of you should have

12  those, perhaps with the exception of Mr. Vallejo and

13  Mr. Rhodes' counsel.

14          If the request is to actually have the physical

15  device and mirror that device, you know, that's something

16  you're going to have to negotiate with the government; and

17  if I need to get involved, I'll get involved.

18          But I don't think it's -- it's not the least bit

19  unusual, it seems to me, to mirror any seized device and for

20  defense to operate off of the mirrored -- what's been

21  mirrored, as opposed to the actual device itself, and it

22  makes a lot of sense, for a whole host of reasons, to do it

23  that way.

24          MR. LINDER:  Your Honor, may I speak on behalf of

25  Mr. Rhodes on this issue?

```
 1              THE COURT:  Sure.
 2              MR. LINDER:  When we -- and I've done a lot of
 3    these, as most of these lawyers have, where you have this
 4    cell phone data.
 5              When this case is primarily being prosecuted based
 6    on communications of my client, Mr. Rhodes, with these other
 7    co-defendants via instant messaging, text, whatever, all
 8    from his phone, it makes sense for us to be able to have it
 9    back to do our own analysis of it, have our expert do that,
10    and for us to be able to -- and we would stipulate to a
11    chain of custody and return the phone after we did -- we
12    don't have any problems doing that.  But when that is the
13    bulk -- that's the government's case against my client, is
14    his communications with his co-conspirators or co-defendants
15    or whatever you want to call them, everybody here.
16              So I think we need the device back, we need to be
17    able to have it analyzed, I need to go have my client look
18    at it, rather than a stack of paper from a cell drag report,
19    and him to tell me, I used this here, this here.  And if --
20    can I have a real-time communication timeline from his
21    phone, that you can't see that when you're looking at paper
22    records.  It's a lot more effective to have the device, to
23    go through that with my client, than look at a stack of
24    papers.
25              THE COURT:  Well --
```

```
 1              MR. MOSELEY:  Your Honor?

 2              THE COURT:  Hang on.

 3              You know, I don't understand the government to

 4    have produced to you a stack of papers.  I understand

 5    they've produced to you a mirror image of what is contained

 6    on the device; in other words, it should be -- I may be

 7    mistaken, but that's what I understood Ms. Rakoczy to

 8    suggest, is that there was a mirror image of the device

 9    provided to most defense counsel, other than, perhaps, you,

10    at this point, Mr. Linder and Mr. Peed.

11              MR. LINDER:  I've never -- maybe I'm confused.

12              Mr. Peed and I have talked about Cellebrite

13    before.  It's been mirroring phones for the government.

14              The Cellebrite reports are downloadable paper

15    stuff of what's contained on the phone.  I've never received

16    a mirror-copied phone that I could use that looks like my

17    client's phone.  If somebody is going to give me that,

18    that's great.  I need to be able -- I could have a phone

19    that I could go with my client, he could have the apps on

20    it, the messages, and all the stuff, and we could go through

21    it.

22              If the government wants to give me another phone,

23    that's great, but I mean, I need a device or I think my

24    client has a right to have a device or his device or one

25    that's a mirrored copy of that that we could use to go
```

1    through.

2             MR. MOSELEY:  Your Honor --

3             THE COURT:  Hang on for a second.

4             Ms. Rakoczy, could you just help clarify for me

5    what's been provided?

6             It wasn't my expectation that you would sort of

7    take a blank phone and put all the data on a blank phone.

8    But I would have thought you were saying is that, on a hard

9    drive, essentially the data that was on the phone was put on

10   to a hard drive and that you could then access that data in

11   that manner?

12            MS. RAKOCZY:  I am far from a technical expert,

13   Your Honor.  But what has been produced are the data that

14   was forensically extracted from the phone in a file that's

15   called a UFDR file.  That file is readable through a program

16   called Cellebrite, so we also provided a copy of that

17   software to the defense, and that's the way that they're

18   reviewing it.

19            I believe that a defense technical expert could do

20   whatever they'd like to do with that UFDR report, whether

21   they want to look at it in Cellebrite or produce it in some

22   other fashion.

23            But I am relatively confident that if for some

24   reason the UFDR production is something that's one step away

25   from an exact mirrored forensic image, I'm confident it was

```
1    produced from such a thing and that such a thing also exists
2    in the FBI CART holdings, and could also be produced to the
3    defense.
4              But I thought that the UFDR file was essentially a
5    forensic mirrored or extraction, it's just a version that is
6    readable in a program called Cellebrite.
7              THE COURT:  Okay.
8              All right.  Well, look, I guess the bottom line is
9    that I will leave it all to you to sort this out.  It's
10   helpful to have the issue highlighted.  But, you know, if --
11   hopefully, it's something you all can get resolved in short
12   order and certainly by the next status conference.
13             All right.  Mr. Moseley, anything else you'd like
14   to add before I turn to Mr. Geyer?
15             MR. MOSELEY:  Well, other than -- it's probably --
16   this is getting into the weeds and this is probably
17   premature, because I do think we do have to brief it and
18   we're trying to diagnose and list all the concerns.
19             But the main issue at present is that we don't
20   have the ability -- and, again, I'm trying to emphasize that
21   I blame software salesmen for the government on this.  But
22   if we don't have the ability to go in and look and say, this
23   file is what I want to look at, as opposed to downloading a
24   gigantic folder, then trying to uncompress it, then we find
25   there are transmission errors over the Internet, and it's
```

1  not openable.

2          And it's not something where if I'm home I can

3  say, okay, here's the data I want to look at direct to that

4  file or that message.  It's not comparable.

5          And we will brief -- you know, I think we briefed

6  the Court on some of those things.  As I said, I don't want

7  to end up at any arbitrary trial date and say, oops, we're

8  still not ready.  So I do think we will need to brief them.

9          But I just want to comment that it's not like we

10 can go to a computer and say, this file interests me, I want

11 to just open that file.  It's not coming through like that.

12          THE COURT:  All right.

13          Well, if you want to brief something, you need to

14 do it soon.  I mean, I just -- you know, it's a little bit

15 of a surprise to me that, at least with respect to those

16 defendants who have received the kind of data that

17 Ms. Rakoczy has described, that we haven't worked through

18 these issues sooner.

19          I understand there's still more devices, et

20 cetera.  But for those of you who have had this data for

21 some number of months, you know, this is something that you

22 should have raised with me sooner or raised with Ms. Rakoczy

23 sooner.  Maybe you have and it's only coming to my attention

24 for the first time, but be that as it may.

25          Ms. Rakoczy, can you tell me what your current

1  access is to Evidence.com and Relativity, whether you've

2  secured licenses from both platforms?

3          MR. MOSELEY:  We have Evidence.com, and I believe

4  that Kelly Meggs and others are looking at it even in the

5  CTF, the D.C. jail, and that we're producing some good

6  results.

7          I'm not -- I think that I had sent in a Relativity

8  application.  I'm going to redo that just to make sure.  And

9  it strikes me, but I'm not sure I see it in my sent folder.

10 So I will do that again, but I've been focused mostly on

11 that and trying to absorb that.

12         THE COURT:  Okay.

13         If you haven't put your license request in, please

14 do so.  I mean, I just -- I'm not going to be sympathetic to

15 pleas for more time because you haven't had access to the

16 database because you haven't put your request in for a

17 license.  I'm just not.  I mean --

18         MR. MOSELEY:  Right, but I have to exploit what

19 I've got and analyze this too and then turn to the next

20 extraction.

21         THE COURT:  No.  I understand that.  I understand

22 that.  But the first step is getting the license.

23         Okay.  Mr. Geyer on behalf of Mr. Harrelson.

24         MR. GEYER:  Yes, good afternoon, Your Honor.

25         I'm on both Relativity and Evidence.com.  Both

1    seem to be operating satisfactorily.

2            There's an issue with -- well, I mean, it all has

3    to be populated, but assuming it gets populated in a

4    reasonable amount of time, it seems like it's somewhat

5    functional.

6            The way that the -- and I don't want to get out in

7    front of Ms. Rakoczy, because I mentioned this yesterday

8    about the names of the officers are deleted.  So when you're

9    listening to tape recordings of interviews of officers, you

10   just can't even make heads or tails out of it.  It's a big

11   mess.  It's hard to know what your point of reference is,

12   it's hard to know whether a whited-out reference refers to a

13   new character that's introduced to the story or an old one.

14   It's really unworkable.

15           And this is really important for the defense,

16   because, as we all know, based on the investigations that

17   were done, there were police officers who were inviting

18   participants into restricted areas.  This is

19   well-documented.  And unfortunately, a lot of this I didn't

20   find from the government submissions, I had to go and hunt

21   to find it and have people in the public, members of the

22   public, bring it to my attention.

23           For instance, in the front of the east steps,

24   there's an officer that has a very loud conversation,

25   bellowing it out to the entire group that's clustered in

1    front of the front steps, saying that he's going to check

2    with his supervisors to see about getting permission to let

3    everybody up on the front steps.  And then Pastor Bill takes

4    his bullhorn and he bellows it out to the entire other

5    crowd.  And then another pastor, another plant, bellows that

6    out all over the crowd.

7              We have full facial scans of these people.  For

8    some reason, no one even knows they exist.  The government

9    doesn't have any interest in who they might be.  So the

10   problem is we have plenty of time so long as the government

11   is going to help me get the information about who it was

12   that pre-texted, escorted, ushered by clients out of the

13   steps and then set up an ambush in front of the Columbus

14   door, and had the doors open from the inside.  They're

15   well-aware of this.

16             And I apologize that this is just coming to my

17   attention.  I learned about this the night before, the eve

18   of a detention hearing, where the French videos, which

19   remains under seal, with full facial scans of people who are

20   extraordinarily culpable, doing all kinds of things that are

21   clearly illegal, from breaching barriers --

22             THE COURT:  So, let me, if I could interrupt you,

23   Mr. Geyer.

24             I mean, look, I think the -- I'm not sure what the

25   ask is here, other than, you know, you're demanding

1    information from the government, and if you're not getting

2    it, you'll have to let me know that, okay?

3              MR. GEYER:  Yes.

4              And, by the way, in fairness to the government,

5    I only just started to bring this to their attention in an

6    effort to confer.  I don't know what their position is.  For

7    all I know, they're going to give me a blank check and help

8    me identify these people so we can get them in to be

9    witnesses.

10             But, you know, so long as we get assistance with

11   reviewing the geofencing information, we actually get cell

12   phone information from other charged defendants, some of

13   whom are dealt with very leniently with large gaps between

14   their identification around January, not charged until

15   November or December, very, very strange, some charged

16   misdemeanors who were extraordinary culpable, as long as we

17   get assistance, yeah, we're good for July --

18             THE COURT:  Okay.

19             MR. GEYER:  -- and we'll be ready.

20             THE COURT:  All right.

21             Okay.  Let me turn to Mr. Crisp then on behalf

22   of -- for Ms. Watkins.

23             MR. CRISP:  I do have access with Relativity, as

24   well as Evidence.com.

25             I would note that I was not included in one of

```
 1   the -- in the other attorneys who were recent newcomers to
 2   the game here.  I've only been in about 30 days, give or
 3   take.  But other than that, we have had a chance and we did,
 4   in fact, have an opportunity to tour the Capitol recently as
 5   well.
 6           At this point, we do have what I believe to be are
 7   mirror-image copies of the devices, and I'm confirming that
 8   with my internal IT guy.  Right now, things are, from a
 9   recent entry, progressing, and I'm comfortable with where
10   things are at this point.
11           But I don't know if I would want to request a July
12   or September, but that doesn't seem like an issue we need to
13   address at the present moment.  So thank you.
14           THE COURT:  Thank you, Mr. Crisp.
15           Mr. Guillaume on behalf of Mr. Minuta.
16           MR. GUILLAUME:  Good afternoon, Your Honor.
17           I have access to Evidence.com, and I'm just
18   waiting on a confirmation.  I have received an indication
19   that they've received my application for license for
20   Relativity.  And I need to, apparently, just file some
21   more -- send a return email and then I'll be on that in a
22   matter of days or no time at all.
23           Your Honor, just with respect to the scheduling,
24   I would echo some of the other comments, in particular,
25   Mr. Rhodes' attorney, with respect to my client and the
```

1    potential trial date.  Although we are working diligently to

2    be prepared for July, you know, if the Court were to decide

3    to hold this case or at least have Mr. Minuta as part of

4    this case in September, we obviously would not object to

5    that.  With that being said, we are working diligently

6    toward the July date, and I guess we'll kind of cross that

7    bridge when we come to it.

8            As far as just something else, Your Honor,

9    I wanted to flag for the Court, and maybe this is a

10   conversation better had for the next call, but some of the

11   attorneys were talking with respect to whenever we do have

12   the trial, the potential -- and the Court probably does not

13   have answers to this now -- to have paralegals and/or other

14   assistants in court with the defense team and how that will

15   look.  And I know Your Honor probably doesn't have any

16   specific input now, but it's an issue that we've been

17   discussing and I think one that I would be requesting on

18   behalf of my client, we're going to need to have some

19   paralegal either in the courtroom or readily accessible

20   during trial.

21           THE COURT:  Sure.

22           MR. GUILLAUME:  So that --

23           THE COURT:  I would have anticipated that,

24   Mr. Guillaume.  And that'll be one of the things that we'll

25   be looking into in determining sort of our max capacity, if

1  we can get that Ceremonial Courtroom for the time that we

2  need it, because I understand that all of you may not have

3  the facility with trial software and the like that you can

4  operate those things individually.

5          So it wouldn't surprise me for there to be

6  paralegals, although, you know, and maybe you've thought

7  about this already, but to the extent that you can share a

8  paralegal or two to operate whatever trial software that you

9  want to use, that might limit, reduce the number of people

10 that we have in the courtroom.

11         MR. GUILLAUME:  Yes.  Thank you, Your Honor.

12         THE COURT:  All right.

13         Ms. Halim on behalf of Mr. Hackett?

14         MS. HALIM:  Good afternoon, Your Honor.

15         I have had access to Evidence.com for several

16 months now.  I'll be candid with the Court, I did not find

17 it useful.  I myself was not able to find an efficient way

18 to review the massive quantity of digital evidence that's on

19 Evidence.com; it's mostly the videos.

20         I spoke with Ms. Rakoczy some bit ago, and she

21 informed me that all of the material that is on Evidence.com

22 will be on Relativity.  So I sort of abandoned Evidence.com

23 because it was unworkable, as it wasn't searchable; there

24 was no easy way to find relevant videos beyond just clicking

25 and playing massive files.

```
1              THE COURT:  I'm sorry to interrupt you.

2              Maybe -- that's different than my understanding of

3    how this is set up.  I thought all the video evidence would

4    only be on Evidence.com.  Is that -- because I understood

5    that Relativity was not a platform that could maintain all

6    of the video evidence.  Am I mistaken about that?

7              MS. HALIM:  Perhaps I'm mistaken.  I was of the

8    understanding that Relativity was going to encompass both he

9    video as well as the global discovery production.

10             And that leads me to my second point, which is

11   that I have had some trouble getting my Relativity license.

12   I escalated this week with both the contacts at the

13   Defenders, as well as individuals at Deloitte.  So as of

14   this morning, I was provided my log-in credentials but I've

15   not had yet had the opportunity to go in and make sure that

16   it works.  So I haven't used Relativity yet, but I do have

17   log-in credentials now and a license.

18             And perhaps if Ms. Rakoczy or someone else could

19   clarify, I was under the impression that I was going to be

20   able to view sort of everything on Relativity, a one-stop

21   shopping, so to speak.

22             MS. RAKOCZY:  Your Honor, if I may, I think --

23   I apologize if I confused Ms. Halim.  But I don't think

24   that's right, that everything on Evidence.com will be on

25   Relativity.
```

1          I think the bulk of what is on Evidence.com and

2   exclusively on Evidence.com is body-worn camera footage and

3   Capitol surveillance footage, and that I do not believe will

4   be accessible on Relativity.

5          I do believe that the scoped devices, I believe

6   that the entirety of that data will be available on

7   Relativity, including some video and image files, because

8   I think there's just less of it than in the mass amount of

9   body-worn camera footage and Capitol surveillance footage

10  and other large bodies of video.

11         So a lot of the data that would be most easily

12  digestible by searching through a tool like Relativity will

13  be available on Relativity.  But I do not think that things

14  like the Capitol surveillance video or the body-worn camera

15  footage will be available through Relativity.  I think we've

16  attempted to provide tools to help sort through that data on

17  Evidence.com and we're happy certainly to work on this team

18  of attorneys to try to help the defense in identifying

19  relevant items on Evidence.com.  But I do think it's

20  incorrect to say that everything on Evidence.com will be on

21  Relativity.  I think that those two platforms exist because

22  some things are better hosted on Evidence.com.

23         MS. HALIM:  And thank you for that.  I'm sure that

24  it was my mistake.

25         And I will say the government, for the most part,

1    had been very helpful as it pertains to answering questions

2    in a very timely and prompt manner and is pointing me in

3    useful directions.

4              That being said, the pace and the quantity, the

5    volume of the productions, utilizing different methods of

6    producing the volume of material, I just want to flag for

7    the Court that although I have been keeping up with

8    inventorying and indexing what's coming in, I haven't

9    necessarily had an opportunity to click on it, view it

10   myself to make sure that it downloaded properly, that the

11   content is there.

12             I mean, it's been several months of literally just

13   getting almost daily, certainly weekly productions.  We get

14   productions through USAFx, which is a file-sharing system,

15   which puts the onus on the recipient to then download that

16   material.  Most of it can't go -- well, much of it can

17   download directly to a hard drive and computer, but a lot of

18   it, because of the volume, has to be external hard drives.

19   That's one source of information.

20             The Evidence.com, which I now realize I do have to

21   go back to and find a workable way to get through all that

22   material, I have not yet experienced the Relativity

23   database.  I am very hopeful that it's going to be a

24   user-friendly platform to quickly get through a lot of

25   materials.  I'm signed up for a training session next

Tuesday, March 8th, and so I certainly will bring to the

Court's attention immediately if I have any problems.

But I just want to flag for the Court that

although we have had access to the discovery because the

government is producing it and I believe in good faith,

I have no reason to suggest otherwise, but just because of

the massive volume and the difficulties with the different

types of materials, just because we've had it doesn't mean

we've necessarily had an opportunity to really review it at

length.

I'd also like to touch briefly on the Cellebrite

cell phone extractions, the mirroring process, so to speak,

that USCR process that Ms. Rakoczy referenced earlier, it is

a complete copy of a cell phone, like in some way, but

you're taking a very interactive electronic device and

basically converting that into text or code that can be read

by the Cellebrite program.

So as Mr. Rhodes' counsel said, it is like having

a stack of paper to go through a cell phone, and that's not

easy.  Whether you're looking at it on your computer or

whether you're looking at it on a piece of paper, it's very

different from being on a device where you click on the

message app, for example, and you get messages.

You know, with the Cellebrite reports, you have to

search for the message and then there's a lot of

1    deciphering, who's the sender, who's the recipient.

2           So I just say all of that to flag for the Court

3    that, yes, we have a lot of materials, we have had a lot of

4    materials for a long time, but it has been, and I don't

5    think I'm using hyperbole to say, it's been a full-time job

6    just navigating what we have, where it's from, what it

7    pertains to, is it global, is it case-specific.

8           And so I will keep the Court apprised if I believe

9    there are any issues with getting to the meat and the

10   substance as I prepare for trial.  But that could be a

11   potential reason that the Court hasn't heard about all of

12   this before, is that even though we've had it, it's not

13   been -- it's not necessarily been digested.

14          THE COURT:  Okay.

15          Understood.  All right.  Let me turn to

16   Mr. Weinberg on behalf of Mr. Moerschel.

17          MR. WEINBERG:  Good morning, Your Honor.

18   Scott Weinberg for Mr. Moerschel.

19          Judge, we have access to Evidence.com.  I've been

20   in contact with Deloitte; they sent me an email on Tuesday;

21   that they're going to get my account started, so I've filed

22   the licensing paperwork, just waiting for the response.

23          Judge, I would just only echo the other concerns

24   of the other attorneys before we spoke.  There is a lot of

25   discovery.

1          I will be ready for July if the Court sets us for

2     July.  I'd also be ready and would prefer the September

3     date.  But either way, we'll be ready.  And that's all

4     I have, Your Honor.

5               THE COURT:  Okay.

6               Mr. Ulrich?

7               I'm sorry, Mr. Balbo on behalf of Mr. Ulrich?

8               MR. BALBO:  Yes.  Good afternoon, Your Honor.

9               I would echo what co-counsel has said in this

10    case, my colleagues.

11              I am signed up with Evidence.com.  I've been

12    making my way through Evidence.com.  Relativity.com, my

13    application is pending.  I was told that I will have access

14    in time for a training session which is scheduled for next

15    week.

16              The government has been responsive.  Ms. Rakoczy

17    has been very responsive whenever I've sent her requests.

18    In fact, I'm sending back one of the hard drives they had

19    sent before just because I have everything updated that has

20    been posted to USAfx.

21              I do find that it is difficult when the government

22    updates USAfx, it's difficult to ascertain what is the new

23    material, and then sometimes you end up re-downloading

24    things that you've downloaded before, and that makes the

25    process more cumbersome.

1          So that's why I'm sending her that hard drive back
2     so maybe I can get a fresh copy, make sure I have everything
3     up to this point.
4          I do think the big issue, Judge, is the ability to
5     have full functionality with Relativity.com database.  I am
6     concerned that other defense counsel have mentioned that
7     it's not necessarily populated with everything yet.  I think
8     that if it's fully functional, I think that that would solve
9     much of our problems, that we can search for what applies to
10    our respective clients.  So that is, I think, the greatest
11    issue.
12         I understand the government has an ongoing duty to
13    turn over discovery, but I am concerned that we're hearing
14    about another one to two months with some additional
15    information, so that gives me some pause as to how much is
16    still left out there.
17         If the Court directs us to go to trial in July,
18    I guess I would echo what Mr. Weinberg said, that we can be
19    ready to go there, but I am just concerned about how much
20    discovery might still be outstanding and whether or not
21    Relativity will have the full functionality to make our
22    searches more efficient, Your Honor.  Those are the concerns
23    that I have.
24              THE COURT:  Okay.  Thank you, Mr. Balbo.
25              Mr. Fischer on behalf of Mr. Caldwell.

1              MR. FISCHER:  Thank you, Your Honor.

2              I do have a number of issues to bring up based

3      on -- the group has had some meetings, and I'm going to

4      raise some issues on behalf of the group.

5              I'd first point out that I have applied for my

6      licenses.  I've been on Relativity.  Your Honor, I've gone

7      through -- basically -- Your Honor, I would basically say,

8      it's difficult, I'm listening to the attorneys speak and

9      I've heard the attorneys in the other case, and I think it's

10     been very difficult for counsel to put into words how

11     difficult this discovery process is.

12             And I know the Court probably looks at this, and

13     typically when lawyers complain about voluminous discovery,

14     it's, you know, we have busy trial calendars and lots of

15     discovery and cases.  But this is not a situation where the

16     defense attorneys are dragging their feet.

17             Your Honor, if this was a situation 15 years ago

18     where we used to have boxes and boxes of discovery dropped

19     off at our office and we had paper copies and we had DVDs to

20     look at, all the discovery would be reviewed, and we'd be

21     ready for trial, I'd be ready for trial tomorrow.

22             Your Honor, Mr. Caldwell, among other things, he

23     actually is a former computer software developer.  And he

24     finds what the government's turning over -- they're turning

25     over lots of stuff, they're being very cooperative,

1    Ms. Rakoczy is being very responsive, we have no problems

2    with her responsiveness.

3            But to give the Court an example, the cell phones.

4    It comes over on Cellebrite.  Every time we have to download

5    or try to look at my client's cell phone data, it takes two

6    to three hours for it to load up on a computer.  And we've

7    tried three different computers.  I bought a computer just

8    to try to put it up.  I've gone to Best Buy, and the

9    Geek Squad can't get it down any faster.  And this is for

10   most of the discovery.

11           And I have a feeling, Your Honor, the attorneys --

12   a lot of attorneys don't necessarily want to basically

13   confess to, perhaps, the obvious -- maybe the issues that

14   we're having because they don't want to, perhaps, look

15   technologically -- as technologically ignorant as I am, but

16   I actually have a computer software developer, former, as my

17   client, and we are finding it extremely difficult.

18           You get -- you have things sent over on USAfx.

19   So to give the Court another example --

20           THE COURT:  So, Mr. Fischer, you'll forgive me for

21   interrupting.

22           Some of your colleagues have expressed these same

23   sentiments, and so I understand them.  And I guess the

24   question is what all of this is going to mean.  I don't know

25   that I can resolve that today.

1          But if -- because I've actually got the other case

2     that's supposed to start at 2:00 and it's now 2:05.  And so

3     if there are things you want to raise with me that no one

4     else has raised, I'm happy to hear that.

5          MR. FISCHER:  Thank you, Your Honor.  I will move

6     along.

7          On the issue -- and I want to be -- if I could be

8     very brief on the need why we need to have Mr. Caldwell's

9     cell phone.  Because this is a conspiracy allegation, we

10    need to know things like when Mr. Caldwell, to any extent,

11    was on a telegraph app, on a Signal app, these are not

12    things that we can find out through a copy of the phone, we

13    need the actual phone to find out that information.  That's

14    not part of the discovery, number one.  We don't get

15    voicemails, we don't find out whether voicemails were

16    answered or not answered, which is very important to see if

17    he was in contact with certain people the government is

18    characterizing as co-conspirators.

19         I'd also point out, Your Honor, through discovery,

20    we're also concerned that -- we're concerned that my

21    client's phone -- that it may have been -- being wiretapped

22    without a warrant.  And we believe that that's the case

23    based on information that we have reviewed in discovery

24    regarding my client's wife's cell phone, that it may have

25    been wiretapped without a warrant, and we need

```
1   Mr. Caldwell's phone to make a determination as to whether
2   that took place.  So those are additional concerns.
3            Your Honor, finally I would make the final point
4   in talking with counsel.  Your Honor, we have -- in this
5   trial group, I think we have two court-appointed attorneys,
6   and I believe the rest of the attorneys are, like myself,
7   privately retained.  For all intents and purposes, even the
8   defendants who have privately retained attorneys, for all
9   intents and purposes, are indigent because, quite frankly,
10  there's no way that any person could pay the potential legal
11  bills in a case like this.
12           Your Honor, I think if the Court wants to have a
13  trial date, and I don't see how July is really practical for
14  my client and these other attorneys, but if the Court wants
15  a trial date as quickly as possible, I believe there needs
16  to be a discussion regarding, perhaps, funding for
17  paralegals, for a technical expert, perhaps even additional
18  attorneys that are court-appointed to be involved to help
19  the defense team.
20           And I know I talked with the two -- with Ms. Halim
21  and Mr. Guillaume about this, and we raised that issue and
22  I think that's something that we're concerned about, is
23  getting more resources, if we really want to have the
24  ability to have this trial take place in an expeditious
25  fashion.
```

1          THE COURT:  So, Mr. Fischer, let me just say the

2     following, which is that:  You are not going to have any

3     obstacle from me if that's something you need and something

4     you're seeking.

5          What I would urge you to do is to get in touch

6     with Mr. Kramer, our Federal Public Defender, and talk to

7     him about what can be done and what can be worked out.

8          You know, it's a little bit outside of my -- I

9     sort of approve the vouchers, but the whole -- the process

10    of who gets appointed, how many get appointed, you know, for

11    what purposes, all of that sort of operates at the first

12    level with him and his office.

13         So what I would urge you all to do, either

14    individually or more likely collectively, is to approach him

15    sooner rather than later and tell him what your needs, what

16    your clients' circumstances are financially and make the

17    case for why CJA funds ought to be made available for this

18    team.  And, you know, with his blessing, you know, you're

19    not going to get any pushback from me for that, okay?

20         MR. FISCHER:  Thank you, Your Honor; I appreciate

21    the Court's comments.

22         THE COURT:  Okay.

23         All right.  Let me finally turn to Mr. Peed on

24    behalf of Mr. Vallejo.

25         Mr. Peed.

1          MR. PEED:  Good afternoon, Your Honor.

2          I have licenses for both Evidence.com and

3     Relativity; however, there's some sort of mismatch on my

4     Evidence.com account, where no discovery pops up.  I think

5     maybe my account is linked to a prior case or something.

6          Relativity has so many steps of verification that

7     each -- there's been a series of one of them not working,

8     and I've been working with technical people.  So while

9     I have a license and I have successfully set up the token as

10    one of the issues, I still have not actually gotten into it,

11    but I expect that to be something we can work out with the

12    technical people.  That's the status of those two.

13         I appreciate the Court's comments about the

14    relatively late entry of Mr. Vallejo and Mr. Rhodes, and so

15    I would certainly ask to be in at least the September date.

16         THE COURT:  Okay.

17         All right.  Before we adjourn with respect to

18    everyone, I've got some individual matters to take up with a

19    couple of the defendants.

20         It occurred to me that I don't think I've actually

21    issued a Pretrial Order for the July trial, and I intend to

22    do that by Monday.  As to who it applies to, obviously, that

23    remains to be seen, but you all ought to be thinking --

24    moving forward with these dates in mind.

25         The most immediate date that is upcoming is a date

```
1    for additional Rule 12 motions.  And so as was the case in
2    Caldwell, in the earlier case, regardless of which trial you
3    are slotted into, that Rule 12 date, at least as it relates
4    to any global motions, that would be, for example, motions
5    seeking to dismiss any charges or requests with respect to
6    suppression, et cetera, although that may be in a different
7    category, but basically bottom line is that, you know, you
8    don't want to be -- if you end up in a second trial group,
9    I'd urge you to think about what motions you want to file
10   sooner rather than later, because you don't want to be on
11   the end of a decision that I've already made with respect to
12   another motion and not had your opportunity to say your
13   piece.  So I'll get that order out by Monday after I've had
14   a chance to chance reflect on the dates.  So that will be
15   forthcoming, okay?
16           All right.  I just need to -- I need Mr. Rhodes,
17   I need Mr. -- I'm sorry, Mr. Bright and Mr. Linder and
18   Mr. Geyer and Mr. Moseley to just hang on.  Everybody
19   else -- oh, sorry, we need to set a next date.
20           MR. PEED:  Your Honor, may I make a --
21           THE COURT:  Now that the other trial -- I'm sorry?
22           MR. PEED:  I just wanted to make a proposal or a
23   request based on what the Court just said about suppression
24   motions and the timetable.
25           From what I understand of the quantity of evidence
```

 1   here, it certainly would be easier for the defense to make a

 2   supression-type motion, with more of a focused proffer from

 3   the government of its trial evidence, which, of course, I'm

 4   sure will be something that will be in real-time rolling

 5   forward.

 6           So, you know, I think motions to dismiss, I would

 7   propose to the Court, sort of separate those from

 8   suppression motions and entertain at least a possibility of

 9   future suppression motions as the government's case becomes

10   more focused.

11           THE COURT:  Look, I say this to defense counsel in

12   all cases, and I understand the fluid nature of defenses and

13   motions that might need to be filed as a result of things

14   the government does or, frankly, things that occur to the

15   defense later in time.

16           My point is simply this, which is that, to the

17   extent that there are, much like we had in Caldwell, motions

18   challenging the legal sufficiency of charges challenging the

19   constitutionality of statutes, challenging the indictment in

20   other respects, you know, those aren't

21   evidence-dependent-type motions.

22           So I would urge you all to be thinking about those

23   collectively and make those motions collectively, because,

24   as I said, you know, you don't want to be somebody who's on

25   the back end of one of these motions and I've already ruled

1    and I'm unlikely to change my mind, okay?

2            How does April 7th at 1:30 p.m. -- hopefully that

3    works for everyone.

4            JC, do we have time with -- well, I guess we're

5    going to have them here, so it won't matter.

6            MR. BRIGHT:  I function from the presumption that

7    that's Eastern Time, correct, sir?

8            THE COURT:  Yes, Eastern Time.  Yes, Mr. Bright.

9            MR. BRIGHT:  Absolutely no problem, Your Honor.

10           THE COURT:  Okay.

11           MR. CRISP:  Your Honor, this is Jonathan Crisp.

12           I'm scheduled for trial that week in other federal

13   District Court trials in Pennsylvania, so I would not be

14   available during the week of the 4th through the 7th of

15   April.

16           THE COURT:  I'm sorry, you're in trial what week?

17           MR. CRISP:  The 4th -- the days of 4 through 7

18   April, Judge.

19           My understanding is you said 7 April.

20           THE COURT:  Yeah, I did.

21           How about -- I can adjust my schedule around a

22   little bit.  How about 10:00 a.m. on the 8th of April?

23           MR. LINDER:  That's fine for us, Your Honor.

24           THE COURT:  Okay.  So 10:00 a.m. on the 8th of

25   April.

1           Mr. Crisp, if your trial runs on to that date,
2    you'll just have to let me know and we'll figure out what to
3    do from there.
4           MR. CRISP:  I may have a -- I was going to say, if
5    I could have the Court's permission to have a proxy from my
6    office, another attorney who's working but not entered his
7    appearance, that probably would be fine.
8           THE COURT:  That would be fine by me.
9           MR. CRISP:  Okay.
10          THE COURT:  As long as whoever that is has the
11   authority to speak on your behalf.
12          So everyone other than the three counsel that
13   I just identified is free to leave.  Nice to see everybody.
14   We'll see you in about a month.
15          MS. RAKOCZY:  Your Honor?
16          MR. BALBO:  May I ask a quick question,
17   Your Honor, before we leave?
18          A.J. Balbo for Mr. Ulrich.
19          I believe you addressed this once before.  Just
20   out of an abundance of caution, those of us who are in the
21   Caldwell case, all of those motions and the Court's rulings,
22   those all carry over to the Rhodes case; is that correct?
23          THE COURT:  That is correct.  That's correct.
24          Hang on.
25          (Pause)

1          THE COURT:  Sorry, I'm just checking on speedy

2    trial tolling.

3          I'm told we're only tolled through today.  Do any

4    defense counsel object to tolling through the next status

5    hearing on April the 11th?

6          MR. LINDER:  No, Your Honor.

7          MR. FISCHER:  No, Your Honor.

8          THE COURT:  Okay.

9          Hearing no objections, I will find that -- and

10   exclude time through April the 8th, as the ends of justice

11   outweigh the interests of the public and the defendants in a

12   speedy trial; specifically, as has been stated quite

13   robustly during this hearing, the government continues to

14   provide discovery to the defense, and the defense continues

15   to make efforts to review that discovery and to share that

16   discovery with their clients and to prepare for trial, and

17   for all of those reasons, as well as to ensure the effective

18   assistance of counsel for trial, the exclusion of time will

19   be -- I will exclude time through April the 8th.

20          Okay.  Thank you, everybody.

21          Counsel for Mr. Rhodes, Harrelson, and Meggs,

22   please just hang on and we'll get wrapped up in a moment.

23          Okay.  Mr. Linder and Mr. Bright, just quickly two

24   things on behalf of Mr. Rhodes.  The first concerns his

25   place of detention.  You had asked last time we were

1  together to have him remain in Oklahoma, and what I said to

2  you -- and the government at the time said it did not

3  object.

4          What I said at the time was that I would sort of

5  defer to our Marshals Service on that.  And I have made

6  inquiries with them about this multiple times.  And what

7  I can tell you is that I am not going to be in a position to

8  grant the request that he stay where he is.  And as I said,

9  I'm deferring to our Marshals Service and their reasons for

10 wanting them where they'd like him to be.  So that's not

11 something I'll be able to do.  And to the extent that there

12 is an order in place to keep him there, I'm going to lift

13 that order, okay?

14         MR. LINDER:  Understood.

15         THE COURT:  In terms of an issue --

16         MR. LINDER:  Ms. Rakoczy and I have spoken about

17 that issue also.

18         THE COURT:  I'm sorry, Mr. Linder?

19         MR. LINDER:  Ms. Rakoczy and I have spoken about

20 that issue also.  We understand.

21         THE COURT:  All right.  Terrific.

22         One other issue that implicates Mr. Moseley.

23 We had talked about his representation of Mr. Rhodes in

24 connection with the January 6th commission, and perhaps more

25 broadly prior to his arrest.  And I know both lawyers on

behalf of Mr. Meggs and Mr. Rhodes filed essentially

waivers.

That's helpful, but I'm not fully -- I would like

a more thorough and comprehensive record made of this.  And

that's for my own purposes.  This not a suggestion that

either counsel has done anything more than what's required.

But as I have done in the past with respect to

conflicts that have arisen in this case, there is --

I'm going to rely on a conflicts counsel to reach out to

government counsel, to defense counsel, who are implicated

in all of this -- not implicated, that's the wrong word, but

who are -- as to whom this is relevant, and discuss the

issues with you, and then, perhaps, have a conversation with

your clients to satisfy themselves that they have -- that

the clients are fully advised about potential conflicts that

might arise as a result of Mr. Moseley's prior

representation, maybe even concurrent representation, it's

not clear to me the scope of what he's doing, of Mr. Rhodes.

So expect phone calls from Andrew Wise of Miller & Chevalier

and Mary Lou Soller of Miller & Chevalier as early as next

week so that process will move forward, okay?

So that's it on behalf of Mr. Rhodes.

And if Mr. Linder and Mr. Bright wish to sign off,

you are welcome to do so.  Thank you, gentlemen.

MR. LINDER:  Sure.

1          THE COURT:  All right.

2          Mr. Geyer, there is a pending motion for review of

3    your client's bond status.  Last we were together, you had

4    indicated you wanted to put that on hold, and I just want to

5    make sure that that's still the case?

6          MR. GEYER:  Thank you for asking me, Your Honor;

7    I very much appreciate that.

8          What I would propose is that, I've been trying to

9    pull together information for supplemental discovery

10   requests that involves a lot of work reviewing video that,

11   as I mentioned before, only recently came to my attention,

12   and I'm hoping to get some consensus among the defense

13   counsel for judicial economy purposes, among others, and

14   then also try to come up with some kind of a consensus with

15   the government before I file anything.  After I'm able to

16   file that, I would take a look at whether I should raise

17   that with the Court again --

18          THE COURT:  Okay.

19          MR. GEYER:  -- if the Court would be favorably

20   disposed to consider a motion then.

21          THE COURT:  Okay.

22          That's fine, Mr. Geyer.  I just wanted to make

23   sure that that was not -- that I wasn't supposed to be doing

24   something I'm supposed to do.

25          Okay.  Now, that was the only issue I wanted to

1   raise with you, Mr. Geyer, on behalf of Mr. Harrelson.

2           So that leaves Mr. Moseley, and there are a couple

3   of pending motion that Mr. Moseley's filed.  The first was

4   the motion for subpoena that we talked about last time we

5   were together.  And, Mr. Moseley, you said to me that you

6   were going to file a reply.  I don't think one was filed.

7   And so I guess the question to you is, is that still a

8   motion you need for me to consider or are you in a different

9   place than when that motion was filed?

10          MR. MOSELEY:  Well, I'm in a different place at

11  least in terms of the fact that it was for a different date.

12  So those would all probably have to be re-done.

13          And so I guess the best thing to do is, because

14  really I don't know at this point what the date is going to

15  be, to call them -- I probably should refile all of that.

16          THE COURT:  Okay.

17          All right.  Well, I leave it to you to do that

18  then and I'll take that up in due course.

19          The other pending motion that you filed is a

20  motion relating to grand jury evidence, and -- or I

21  shouldn't say grand jury evidence but grand jury minutes,

22  grand jury instructions, essentially anything that's not

23  grand jury testimony is how I interpreted the scope of that

24  motion.

25          You know, I read the motion, Mr. Moseley.  And,

```
1    you know, I'm not convinced that you've made the case, the
2    very high standard of substantial need for the type of grand
3    jury records that you're seeking.
4            I mean, to the extent that there's suggestions of
5    evidentiary discrepancies between what's been alleged or
6    what's on the public record, it seems to me all of that sort
7    of just goes to your defense and isn't necessarily
8    supportive of any -- or indicative of any wrongdoing by
9    government counsel before the grand jury.  You know, the
10   disclosure of those type of records is quite rare.
11           I understand that you're getting most of the
12   testimony, in fact, much earlier than in my own pretrial
13   order will provide for, and so it seems to me at this
14   juncture I'm not prepared to grant the motion, okay?
15           All right.  Thank you, all.  Unless there's
16   anything else, we'll be adjourned and see everybody in about
17   30 days.
18           Thank you, everyone.
19           (Proceedings concluded at 2:24 p.m.)
20
21
22
23
24
25
```

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.

        Please note:  This hearing occurred during
the COVID-19 pandemic and is therefore subject to the
technological limitations of court reporting remotely.


Date:__April 5, 2022_____          

                                  William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [4]** 5/2 5/6 16/8 16/21
**MR. BALBO: [2]** 43/8 54/16
**MR. BRIGHT: [4]** 19/25 22/4 53/6 53/9
**MR. CRISP: [5]** 34/23 53/11 53/17 54/4 54/9
**MR. FISCHER: [4]** 45/1 47/5 49/20 55/7
**MR. GEYER: [5]** 31/24 34/3 34/19 58/6 58/19
**MR. GUILLAUME: [3]** 35/16 36/22 37/11
**MR. LINDER: [21]** 13/25 18/4 18/8 19/5 19/11 19/21 19/23 20/14 20/17 21/20 21/24 22/3 25/24 26/2 27/11 53/23 55/6 56/14 56/16 56/19 57/25
**MR. MOSELEY: [7]** 22/23 27/1 28/2 29/15 31/3 31/18 59/10
**MR. PEED: [4]** 6/16 50/1 51/20 51/22
**MR. WEINBERG: [1]** 42/17
**MS. HALIM: [3]** 37/14 38/7 39/23
**MS. RAKOCZY: [19]** 7/5 7/23 8/1 8/5 9/1 11/2 11/6 12/21 13/1 13/24 14/11 14/16 16/17 17/16 24/6 24/17 28/12 38/22 54/15
**THE COURT: [75]**

**0**
**08077 [1]** 2/18
**0826 [1]** 2/5

**1**
**10 [3]** 5/12 14/13 23/13
**10:00 [2]** 53/22 53/24
**11 [1]** 5/13
**1100 [1]** 3/5
**114 [1]** 3/9
**1150 [1]** 3/22
**11th [4]** 12/3 13/21 20/23 55/5
**12 [2]** 51/1 51/3
**1230 [1]** 2/14
**1297 [1]** 3/13
**12th [1]** 13/20
**15 [3]** 1/4 5/7 45/17
**17110 [1]** 2/9
**1775 [1]** 3/22
**1776 [1]** 3/14
**19 [1]** 61/6
**19106 [1]** 3/5
**1:08 [1]** 1/6
**1:30 [1]** 53/2

**2**
**20001 [1]** 4/5

**2006 [1]** 2/17
**202 [3]** 1/14 3/23 4/5
**2022 [2]** 1/5 61/10
**20530 [1]** 1/13
**20770 [1]** 2/23
**21-CR-28 [1]** 7/17
**21061-3065 [1]** 2/4
**214 [1]** 3/19
**215 [1]** 3/5
**2158 [1]** 2/24
**22-15 [2]** 1/4 5/7
**22015 [1]** 2/14
**252-7277 [1]** 1/14
**252-9900 [1]** 3/19
**265 [1]** 3/8
**26th [3]** 13/25 14/1 22/8
**28 [1]** 7/17
**2:00 [1]** 47/2
**2:05 [1]** 47/2
**2:24 [1]** 60/19

**3**
**30 [3]** 15/7 15/7 20/1
**30 days [4]** 15/3 15/20 35/2 60/17
**300 [1]** 2/4
**301 [1]** 2/4
**3065 [1]** 2/4
**31324 [1]** 3/14
**3249 [1]** 4/5
**3300 [1]** 3/17
**333 [1]** 4/4
**337 [1]** 2/13
**33950 [1]** 3/9
**354-3249 [1]** 4/5
**377-2158 [1]** 2/24
**3rd [1]** 8/21

**4**
**4031 [1]** 2/8
**410 [1]** 2/5
**412-4676 [1]** 2/9
**45 days [1]** 15/8
**459-1776 [1]** 3/14
**4676 [1]** 2/9
**4th [2]** 53/14 53/17

**5**
**501 [1]** 3/4
**555 [1]** 1/13
**5708 [1]** 2/18
**575-8000 [1]** 3/10
**5765-F [1]** 2/13

**6**
**60 [1]** 22/9
**60 days [1]** 15/21
**601 [1]** 3/4
**607-5708 [1]** 2/18
**6305 [1]** 2/22
**656-1230 [1]** 2/14
**6th [2]** 12/20 56/24

**7**
**700 [2]** 2/23 3/18
**703 [1]** 2/14
**717 [1]** 2/9

**7310 [1]** 2/3
**750-plus [1]** 3/18
**75219 [1]** 3/18
**787-0826 [1]** 2/5
**7th [2]** 53/2 53/14

**8**
**8000 [1]** 3/10
**856 [1]** 2/18
**8th [5]** 41/1 53/22 53/24 55/10 55/19
**9**
**90 [1]** 15/22
**90 days [1]** 21/2
**912 [1]** 3/14
**919-9491 [1]** 3/23
**928-1100 [1]** 3/5
**941 [1]** 3/10
**9491 [1]** 3/23
**9900 [1]** 3/19

**A**
**A.J [2]** 5/22 54/18
**a.m [2]** 53/22 53/24
**abandoned [1]** 37/22
**ability [5]** 24/25 29/20 29/22 44/4 48/24
**able [15]** 6/15 6/16 11/11 14/10 18/9 20/23 21/8 26/8 26/10 26/17 27/18 37/17 38/20 56/11 58/15
**about [42]** 13/15 14/24 15/5 15/7 15/15 15/17 15/21 16/3 16/4 17/4 20/1 20/22 23/9 27/12 32/8 33/2 33/11 33/17 35/2 37/7 38/6 42/11 44/14 44/19 45/13 48/21 48/22 49/7 50/13 51/9 51/23 52/22 53/21 53/22 54/14 56/6 56/16 56/19 56/23 57/15 59/4 60/16
**above [1]** 61/4
**above-titled [1]** 61/4
**Absolutely [1]** 53/9
**absorb [1]** 31/11
**abundance [1]** 54/20
**access [17]** 17/20 17/23 17/24 18/13 18/15 18/20 22/17 23/24 28/10 31/1 31/15 34/23 35/17 37/15 41/4 42/19 43/13
**accessible [3]** 12/4 36/19 39/4
**account [3]** 42/21 50/4 50/5
**accounts [4]** 9/3 11/12 11/13 11/13
**active [1]** 14/23
**actively [1]** 11/21
**actual [4]** 24/17 25/7 25/21 47/13
**actually [9]** 14/13 20/1

46/16 47/1 50/10 50/20
**add [3]** 13/16 20/13 29/14
**addition [1]** 21/5
**additional [7]** 7/8 7/9 9/21 44/14 48/2 48/17 51/1
**address [3]** 18/1 20/19 35/13
**addressed [1]** 54/19
**adjourn [1]** 50/17
**adjourned [1]** 60/16
**adjust [1]** 53/21
**administrative [1]** 17/9
**advancements [1]** 24/24
**advised [1]** 57/15
**after [4]** 19/15 26/11 51/13 58/15
**afternoon [7]** 6/7 6/25 31/24 35/16 37/14 43/8 50/1
**ag3law [1]** 2/24
**again [5]** 6/7 8/20 29/20 31/10 58/17
**against [1]** 26/13
**ago [3]** 11/3 37/20 45/17
**ahead [1]** 8/25
**aided [1]** 4/6
**aiding [1]** 12/11
**aj [1]** 3/15
**AL [1]** 1/6
**Alden [1]** 2/11
**Alfred [3]** 2/21 2/22 5/19
**all [71]**
**allegation [1]** 47/9
**alleged [1]** 60/5
**allow [1]** 15/4
**almost [1]** 40/13
**along [1]** 47/6
**already [4]** 12/24 37/7 51/11 52/25
**also [18]** 7/21 12/7 12/8 13/6 14/3 15/10 18/12 22/16 28/16 29/1 29/2 41/11 43/2 47/19 47/20 56/17 56/20 58/14
**although [6]** 14/12 36/1 37/6 40/7 41/4 51/6
**am [16]** 13/22 14/8 16/6 22/13 22/13 23/4 28/12 28/23 38/6 40/23 43/11 44/5 44/13 44/19 46/15 56/7
**ambush [1]** 33/13
**AMERICA [2]** 1/3 5/7
**AMIT [2]** 1/9 5/3
**among [3]** 45/22 58/12 58/13
**amount [2]** 32/4 39/8
**analysis [2]** 22/25 26/9
**analyze [1]** 31/19
**analyzed [1]** 26/17

**[Andrew]** 57/19
**Angela [2]** 3/2 5/20
**angie [1]** 3/6
**another [8]** 20/25 27/22 33/5 33/5 44/14 46/19 51/12 54/6
**answer [2]** 15/19 16/10
**answered [2]** 47/16 47/16
**answering [1]** 40/1
**answers [1]** 36/13
**anticipate [1]** 8/7
**anticipated [1]** 36/23
**anxious [1]** 8/3
**any [25]** 10/10 11/15 15/25 17/5 17/5 20/9 23/5 25/1 25/19 26/12 30/7 33/9 36/15 41/2 42/9 46/9 47/10 48/10 49/2 49/19 51/4 51/5 55/3 60/8 60/8
**anybody [1]** 16/25
**anything [11]** 10/10 13/16 17/14 18/6 20/13 20/16 29/13 57/6 58/15 59/22 60/16
**apart [1]** 20/1
**apologize [3]** 16/17 33/16 38/23
**app [3]** 41/23 47/11 47/11
**apparently [1]** 35/20
**appearance [3]** 6/20 19/25 54/7
**APPEARANCES [4]** 1/11 1/15 3/1 4/1
**appearing [2]** 6/1 6/3
**application [6]** 19/4 19/6 20/10 31/8 35/19 43/13
**applied [4]** 19/2 19/20 20/7 45/5
**applies [2]** 44/9 50/22
**appointed [4]** 48/5 48/18 49/10 49/10
**appreciate [4]** 22/16 49/20 50/13 58/7
**apprised [1]** 42/8
**approach [1]** 49/14
**approve [1]** 49/9
**apps [1]** 27/19
**April [13]** 15/21 17/3 21/1 53/2 53/15 53/18 53/19 53/22 53/25 55/5 55/10 55/19 61/10
**arbitrary [1]** 30/7
**are [71]**
**areas [1]** 32/18
**aren't [1]** 52/20
**arise [1]** 57/16
**arisen [1]** 57/8
**around [2]** 34/14 53/21
**arrest [3]** 7/18 8/18 56/25
**arrested [3]** 24/10 24/12 24/14
**as [84]**
**ascertain [1]** 43/22

**A**

aside [2]   10/5 21/23
ask [6]   6/12 6/13 23/23
33/25 50/15 54/16
asked [2]   24/21 55/25
asking [2]   20/4 58/6
assistance [3]   34/10
34/17 55/18
assistants [1]   36/14
associate [1]   18/21
ASSOCIATES [1]   2/8
assume [1]   20/7
assuming [1]   32/3
attachment [1]   7/11
attempted [1]   39/16
attention [6]   30/23
32/22 33/17 34/5 41/2
58/11
Attilio [1]   3/12
attorney [3]   2/12 35/25
54/6
ATTORNEY'S [1]   1/12
attorneys [17]   3/13
13/7 13/9 35/1 36/11
39/18 42/24 45/8 45/9
45/16 46/11 46/12 48/5
48/6 48/8 48/14 48/18
authentic [1]   25/2
authored [1]   11/7
authority [1]   54/11
available [17]   8/4 8/13
8/14 10/18 10/19 10/21
11/25 13/6 13/9 16/15
21/18 22/1 36/9 39/13
39/15 49/17 53/14
Avenue [3]   3/8 3/17 4/4
awaiting [1]   12/16
aware [2]   12/12 33/15
away [1]   28/24

**B**

back [15]   6/9 8/12 9/20
15/16 19/18 21/8 23/12
23/21 24/18 26/9 26/16
40/21 43/18 44/1 52/25
backwards [1]   8/21
Balbo [6]   3/12 3/12
5/22 43/7 44/24 54/18
balbogregg.com [1]
3/15
BARRETT [2]   3/17 4/4
barriers [1]   33/21
based [6]   22/5 26/5
32/16 45/2 47/23 51/23
basically [6]   24/9
41/16 45/7 45/7 46/12
51/7
basis [2]   10/13 24/13
be [130]
because [30]   8/5 9/17
10/9 12/12 14/18 14/20
19/14 24/22 29/17
31/15 31/16 32/7 32/16
37/2 37/23 38/4 39/7
39/21 40/18 41/4 41/6
41/8 43/19 46/14 47/1
47/9 48/9 51/10 52/23
59/13

becomes [1]   52/9
Beeks [1]   7/16
been [48]   6/16 8/13
8/17 8/20 10/18 12/10
12/23 12/24 13/4 16/4
18/9 18/12 18/20 22/15
22/17 23/13 24/13
24/14 24/19 24/23
25/20 27/13 28/5 28/13
31/10 35/2 36/16 40/1
40/7 40/12 42/4 42/5
42/13 42/13 42/19
43/11 43/16 43/17
43/20 45/6 45/10 47/21
47/25 50/7 50/8 55/12
58/8 60/5
beeping [1]   15/12
before [22]   1/9 8/6 8/8
12/4 13/4 17/6 17/15
20/25 21/6 27/13 29/14
33/17 42/12 42/24
43/19 43/24 50/17
54/17 54/19 58/11
58/15 60/9
begin [1]   12/3
behalf [18]   18/3 22/21
25/24 31/23 34/21
35/15 36/18 37/13
42/16 43/7 44/25 45/4
49/24 54/11 55/24 57/1
57/22 59/1
being [13]   10/11 10/24
11/18 11/21 20/23
20/23 26/5 36/5 40/4
41/22 45/25 46/1 47/21
believe [17]   13/24
16/21 19/5 24/11 24/15
28/19 31/3 35/6 39/3
39/5 39/5 41/5 42/8
47/22 48/6 48/15 54/19
bellowing [1]   32/25
bellows [2]   33/4 33/5
benefit [2]   16/25 23/19
Berwick [1]   2/17
best [2]   46/8 59/13
better [3]   15/10 36/10
39/22
between [4]   15/2 17/7
34/13 60/5
beyond [1]   37/24
big [2]   32/10 44/4
Bill [1]   33/3
bills [1]   48/11
bit [9]   10/9 14/20 14/23
22/10 25/18 30/14
37/20 49/8 53/22
blame [1]   29/21
blank [1]   28/7 28/7
34/7
blessing [1]   49/18
bodies [1]   39/10
body [3]   39/2 39/9
39/14
body-worn [3]   39/2
39/9 39/14
bond [1]   58/3
both [14]   10/17 13/3

19/19 31/2 31/25 31/25
38/8 38/12 50/2 56/25
bother [1]   21/12
bottom [2]   29/8 51/7
bought [1]   46/7
Box [1]   3/13
boxes [2]   45/18 45/18
Bradford [2]   2/16 2/19
5/17
breach [1]   11/17
breaching [1]   33/21
Brian [2]   3/12 5/12
bridge [1]   36/7
brief [5]   29/17 30/5
30/8 30/13 47/8
briefed [1]   30/5
briefly [1]   41/11
BRIGHT [9]   3/17 5/14
18/2 18/22 19/20 51/17
53/8 55/23 57/23
bring [6]   15/20 18/6
32/22 34/5 41/1 45/2
bringing [1]   18/21
broadly [3]   12/20
12/21 56/25
BROWN [1]   3/8
bsrwlegal.com [1]
3/10
buckets [2]   11/10
11/18
bulk [3]   9/22 26/13
39/1
bullhorn [1]   33/4
burden [1]   18/20
Burke [2]   2/13 2/14
Burnie [1]   2/4
busy [2]   23/20 45/14
Buy [1]   46/8

**C**

Caldwell [11]   2/2 5/13
5/23 6/3 22/19 44/25
45/22 47/10 51/2 52/17
54/21
Caldwell's [2]   47/8
48/1
calendar [1]   21/18
calendars [1]   45/14
call [3]   26/15 36/10
59/15
called [3]   28/15 28/16
29/6
calls [1]   57/19
came [1]   58/11
camera [1]   39/2 39/9
39/14
can [35]   6/14 6/23 7/24
8/6 15/10 16/5 18/5
18/15 18/23 20/11 22/4
23/11 23/17 25/2 26/20
29/11 30/2 30/9 30/25
34/8 37/1 37/3 37/7
40/16 41/16 44/2 44/9
44/18 46/25 47/12 49/7
49/7 50/11 53/21 56/7
can't [5]   22/25 26/21
32/10 40/16 46/9

capability [1]   25/10
capacity [2]   14/9 36/25
Capitol [5]   11/17 35/4
39/3 39/9 39/14
carry [1]   54/22
CART [1]   29/2
case [41]   5/7 7/3 7/6
7/17 9/9 10/7 11/3 12/9
12/19 12/24 13/3 13/5
13/9 14/4 14/4 14/25
16/1 18/23 21/15 22/15
22/19 26/5 26/13 36/3
36/4 42/7 43/10 45/9
47/1 47/22 48/11 49/17
50/5 51/1 51/2 52/9
54/21 54/22 57/8 58/5
60/1
case-specific [4]   7/3
7/6 10/7 42/7
cases [7]   11/3 11/17
13/3 13/4 13/7 45/15
52/12
category [1]   51/7
cause [1]   9/20
causing [1]   23/6
caution [1]   54/20
ceiling [1]   15/9
cell [12]   8/19 24/8 26/4
26/18 34/11 41/12
41/14 41/19 46/3 46/5
47/9 47/24
Cellebrite [9]   27/12
27/14 28/16 28/21 29/6
41/11 41/17 41/24 46/4
cellular [2]   8/10 24/20
Centre [2]   2/13
Ceremonial [3]   16/5
16/12 37/1
certain [1]   47/17
certainly [10]   15/6
22/19 25/6 25/9 29/12
39/17 40/13 41/1 50/15
52/1
Certified [1]   4/3
certify [1]   61/2
cetera [2]   30/20 51/6
CH [1]   4/4
chain [2]   25/8 26/11
challenges [1]   25/1
challenging [3]   52/18
52/18 52/19
chance [3]   35/3 51/14
51/14
change [1]   53/1
character [1]   32/13
characterizing [1]
47/18
charged [5]   7/15 11/17
34/12 34/14 34/15
charges [2]   51/5 52/18
chats [1]   23/17
check [2]   33/1 34/7
checking [1]   55/11
Chevalier [2]   57/19
57/20
Christine [1]   3/25
chunk [1]   11/24

Chaminson [1]   2/18
circumstances [1]
49/16
civilian [3]   9/10 9/16
9/23
CJA [1]   49/17
clarification [1]   12/14
clarify [2]   28/4 38/19
clear [1]   57/18
clearly [1]   33/21
click [2]   40/9 41/22
clicking [1]   37/24
client [6]   6/12 18/17
26/6 26/13 26/17 26/23
27/19 27/24 35/25
36/18 46/17 48/14
client's [5]   27/17 46/5
47/21 47/24 58/3
clients [5]   33/12 44/10
55/16 57/14 57/15
clients' [1]   21/6 23/25
49/16
CLINTON [1]   3/21
clintonpeed.com [1]
3/24
clustered [1]   32/25
co [5]   26/7 26/14 26/14
43/9 47/18
co-conspirators [2]
26/14 47/18
co-counsel [1]   43/9
co-defendants [2]   26/7
26/14
code [1]   41/16
colleagues [2]   43/10
46/22
collect [1]   19/15
collected [1]   10/25
collectively [4]   12/20
49/14 52/23 52/23
COLUMBIA [1]   1/1
Columbus [1]   33/13
come [3]   23/20 36/7
58/14
comes [1]   46/4
comfortable [1]   35/9
coming [4]   30/11 30/23
33/16 40/8
comment [1]   30/9
comments [3]   35/24
49/21 50/13
commission [1]   56/24
communication [1]
26/20
communications [2]
26/6 26/14
COMMUNITY [1]   3/3
comparable [1]   30/4
complain [1]   45/13
complete [4]   7/15 8/9
24/7 41/14
completing [1]   9/8
comprehensive [1]
57/4
computer [8]   4/6 30/10
40/17 41/20 45/23 46/6
46/7 46/16
computer-aided [1]

**C**

computer-aided... [1] 4/6
computers [1] 46/7
concern [1] 22/14
concerned [7] 15/17 44/6 44/13 44/19 47/20 47/20 48/22
concerns [9] 9/18 9/19 20/22 23/2 29/18 42/23 44/22 48/2 55/24
concluded [1] 60/19
concluding [1] 7/6
concurrent [1] 57/17
conducted [1] 10/11
confer [2] 22/4 34/6
conference [3] 1/9 6/10 29/12
confess [1] 46/13
confident [2] 28/23 28/25
confirm [1] 17/19
confirmation [1] 35/18
confirming [1] 35/7
conflicts [3] 57/8 57/9 57/15
confused [2] 27/11 38/23
connect [1] 6/15
connection [2] 14/3 56/24
consensus [2] 58/12 58/14
consent [1] 9/4
consider [2] 58/20 59/8
considered [1] 9/23
conspiracy [1] 47/9
conspirators [2] 26/14 47/18
Constitution [1] 4/4
constitutionality [1] 52/19
contact [3] 2/15 42/20 47/17
contacts [1] 38/12
contained [2] 12/13 27/5 27/15
content [1] 40/11
continue [2] 8/25 12/10
CONTINUED [3] 2/1 3/1 4/1
continues [2] 55/13 55/14
conversation [3] 32/24 36/10 57/13
converting [1] 41/16
convinced [1] 60/1
cooperative [1] 45/25
copied [1] 27/16
copies [2] 35/7 45/19
copy [5] 27/25 28/16 41/14 44/2 47/12
correct [6] 13/1 53/7 54/22 54/23 54/23 61/3
correctly [3] 12/18 13/23 17/22

could [49] 5/7 16/21 21/24 23/4 27/16 27/18 27/19 27/19 27/20 27/25 28/4 28/10 28/19 29/2 33/22 38/5 38/18 42/10 47/7 48/10 54/5
counsel [34] 10/21 12/5 13/5 13/16 14/5 17/8 17/13 17/18 18/10 19/8 19/16 20/8 22/14 23/24 24/2 25/11 25/13 27/9 41/18 43/9 44/6 45/10 48/4 52/11 54/12 55/4 55/18 55/21 57/6 57/9 57/10 57/10 58/13 60/9
couple [4] 11/3 19/11 50/19 59/2
course [3] 11/23 52/3 59/18
court [34] 1/1 4/2 4/3 5/3 6/1 15/4 20/24 21/11 30/6 36/2 36/9 36/12 36/14 37/16 40/7 41/3 42/2 42/8 42/11 43/1 44/17 45/12 46/3 46/19 48/5 48/12 48/14 48/18 51/23 52/7 53/13 58/17 58/19 61/7
Court's [6] 14/21 41/2 49/21 50/13 54/5 54/21
court-appointed [2] 48/5 48/18
courtroom [6] 16/5 16/13 20/5 36/19 37/1 37/10
COVID [1] 61/6
COVID-19 [1] 61/6
CR [2] 1/4 7/17
credentials [2] 38/14 38/17
Criminal [1] 5/6
Crisp [7] 2/7 2/8 5/18 34/21 35/14 53/11 54/1
crisplegal.com [1] 2/10
cross [1] 36/6
crowd [2] 33/5 33/6
CRR [2] 61/2 61/11
CTF [1] 31/5
culpable [2] 33/20 34/16
cumbersome [1] 43/25
current [1] 30/25
currently [3] 11/18 11/22 13/19
custody [1] 26/11
cut [1] 16/19

**D**

D.C [6] 1/5 1/13 3/23 4/5 10/20 31/5
daily [1] 40/13
Dallas [1] 3/18
data [26] 8/13 8/14 11/12 11/18 11/21 12/5 12/8 12/13 12/15 12/23 23/25 24/12 24/15

data [4] 11/1 31/16 40/23 44/5
databases [2] 10/16 17/20
date [23] 12/4 13/19 13/20 13/22 17/6 22/8 23/6 24/21 30/7 36/1 36/6 43/3 48/13 48/15 50/15 50/25 50/25 51/3 51/19 54/1 59/11 59/14 61/10
dates [4] 21/23 21/25 50/24 51/14
David [4] 2/2 3/7 5/11 5/23
days [12] 15/3 15/7 15/8 15/20 15/21 15/22 21/2 22/10 35/2 35/22 53/17 60/17
deal [1] 8/22
dealt [1] 34/13
December [3] 21/19 22/1 34/15
decide [2] 15/24 36/2
deciphering [1] 42/1
decision [5] 15/5 16/3 17/4 17/7 51/11
defendant [36] 2/2 2/7 2/11 2/16 2/20 3/2 3/7 3/11 3/16 3/21 5/8 5/8 5/9 5/9 5/10 5/11 5/11 5/12 5/12 5/13 5/14 5/16 5/17 5/18 5/19 5/20 5/21 5/22 5/23 5/24 6/2 7/16 15/25 17/5 17/6 17/7
Defendant Beeks [1] 7/16
defendants [36] 1/7 5/25 7/4 7/16 10/19 11/14 11/16 12/16 12/19 12/19 12/20 12/24 13/3 13/8 13/18 14/8 14/10 14/12 14/13 14/21 14/24 15/9 15/16 16/14 22/19 24/8 24/10 24/12 24/14 26/7 26/14 30/16 34/12 48/8 50/19 55/11
defendants' [1] 24/8
DEFENDER [2] 3/3 49/6
Defenders [1] 38/13
defense [40] 7/13 8/15 9/14 10/1 10/3 10/21 12/5 12/8 13/5 13/7 13/9 13/16 14/4 17/12 18/10 19/8 20/21 24/2 24/15 25/11 25/20 27/9 28/17 28/19 29/3 32/15 36/14 39/18 44/6 45/16 48/19 52/1 52/11 52/15 54/5 55/14 55/14 57/10 58/12 60/7

defenses [1] 46/24
defer [1] 56/5
deferring [1] 56/9
delay [2] 22/24 23/6
deleted [1] 32/8
delivered [1] 23/13
Deloitte [2] 38/13 42/20
demand [1] 24/5
demanding [1] 33/25
dependent [1] 52/21
Deputy [1] 20/5
derived [1] 24/21
described [2] 12/25 30/17
desire [3] 20/19 20/19 22/24
Despite [1] 19/25
detail [1] 11/4
detained [1] 10/19
detention [2] 33/18 55/25
determination [2] 17/9 48/1
determining [1] 36/25
developer [2] 45/23 46/16
device [17] 8/16 8/19 8/22 25/8 25/15 25/15 25/19 25/21 26/16 26/22 27/6 27/8 27/23 27/24 27/24 41/15 41/22
devices [28] 7/10 7/15 7/16 7/18 8/2 8/6 8/17 9/2 10/8 11/12 12/15 12/25 13/2 13/6 13/8 18/16 21/6 23/25 24/2 24/9 24/18 24/19 24/22 25/2 25/10 30/19 35/7 39/5
diagnose [1] 29/18
did [9] 12/18 16/12 17/23 23/8 26/11 35/3 37/16 53/20 56/2
didn't [1] 32/19
different [9] 38/2 40/5 41/7 41/22 46/7 51/6 59/8 59/10 59/11
difficult [7] 18/13 43/21 43/22 45/8 45/10 45/11 46/17
difficulties [1] 41/7
digested [1] 42/13
digestible [1] 39/12
digital [3] 7/10 7/12 37/18
diligently [2] 36/1 36/5
direct [1] 30/3
directions [1] 40/3
directly [3] 10/19 23/18 40/17
directs [1] 44/17
disagree [1] 22/25
disclosure [1] 60/10
disconnected [1] 16/24
discovery [31] 7/2 7/3

defenses [1] 46/24
offenses [1]...  7/11 7/13 7/20 10/6 10/7 11/10 13/10 13/11 18/14 38/9 41/4 42/25 44/13 44/20 45/11 45/13 45/15 45/18 45/20 46/10 47/14 47/19 47/23 50/4 55/14 55/15 55/16 58/9
discrepancies [1] 60/5
discuss [1] 57/12
discussed [1] 6/25
discussing [2] 14/4 36/17
discussion [2] 23/9 48/16
discussions [2] 14/24 22/4
dismiss [2] 51/5 52/6
disposed [1] 58/20
DISTRICT [4] 1/1 1/1 1/10 53/13
District Court [1] 53/13
do [55] 6/14 6/22 7/14 8/3 8/5 10/6 10/25 11/23 12/11 12/19 13/14 14/11 15/23 17/11 17/15 18/19 19/15 20/4 23/12 23/21 23/22 25/22 26/9 26/9 28/19 28/20 29/17 29/17 30/8 30/14 31/10 31/14 34/23 35/6 36/11 38/16 39/3 39/5 39/13 39/19 40/20 43/21 44/4 45/2 49/5 49/13 50/22 53/4 54/3 55/3 56/11 57/24 58/24 59/13 59/17
do you have [2] 8/3 10/25
documented [1] 32/19
does [3] 36/12 52/14 53/2
doesn't [9] 21/12 21/15 23/8 24/3 24/4 33/9 35/12 36/15 41/8
doing [6] 12/10 21/8 26/12 33/20 57/18 58/23
don't [36] 6/17 8/24 11/20 14/9 15/13 16/8 16/9 16/24 18/2 18/15 21/2 22/7 23/7 25/18 26/12 27/3 29/19 29/22 30/6 32/6 34/6 35/11 38/23 42/4 46/12 46/14 46/24 47/14 47/15 48/13 50/20 51/8 51/10 52/24 59/6 59/14
done [6] 26/2 32/17 49/7 57/6 57/7 59/12
door [1] 33/14
doors [1] 33/14
down [2] 17/18 46/9
download [3] 40/15 40/17 46/4
downloadable [1]

## D

downloadable... [1] 27/14
downloaded [2] 40/10 43/24
downloading [2] 29/23 43/23
drag [1] 26/18
dragging [1] 45/16
drive [5] 2/17 28/9 28/10 40/17 44/1
drives [2] 40/18 43/18
dropped [1] 45/18
due [1] 59/18
during [4] 36/20 53/14 55/13 61/5
duty [1] 44/12
DVDs [1] 45/19

## E

each [4] 13/15 17/7 17/18 50/7
eager [1] 11/11
earlier [4] 12/25 41/13 51/2 60/12
earliest [1] 22/2
early [6] 9/14 15/21 17/3 24/8 24/10 57/20
ears [1] 15/15
easier [1] 52/1
easily [1] 39/11
east [1] 32/23
Eastern [1] 53/7 53/8
easy [2] 37/24 41/20
echo [4] 35/24 42/23 43/9 44/18
economy [1] 58/13
Edward [4] 3/21 5/12 5/13 6/5
effective [2] 26/22 55/17
efficient [1] 37/17 44/22
effort [1] 34/6
efforts [1] 55/15
either [12] 6/13 9/3 9/13 9/17 9/25 14/2 14/16 24/22 36/19 43/3 49/13 57/6
electronic [5] 7/20 9/2 11/12 11/13 41/15
ELMER [3] 1/6 3/16 5/8
else [11] 17/14 18/6 20/13 20/16 23/18 29/13 36/8 38/18 47/4 51/19 60/16
else's [1] 19/3
email [16] 1/14 2/5 2/10 2/15 2/19 2/24 3/6 3/10 3/15 3/19 3/24 11/13 20/5 20/10 35/21 42/20
emphasize [1] 29/20
Empire [1] 2/4
enable [2] 16/6 16/13
encompass [1] 38/8
end [6] 23/7 30/7 43/23 51/8 51/11 52/25

enough [1] 12/5
ensure [2] 6/24 55/17
enter [1] 17/6
entered [1] 54/6
entertain [1] 52/8
entire [2] 32/25 33/4
entirely [1] 16/1
entirety [1] 39/6
entry [2] 35/9 50/14
errors [1] 29/25
escalated [1] 38/12
escorted [1] 33/12
essentially [4] 28/9 29/4 57/1 59/22
estimate [1] 8/4
et [3] 1/6 30/19 51/6
eve [1] 30/17
even [9] 20/25 22/16 31/4 32/10 33/8 42/12 48/7 48/17 57/17
event [2] 10/9 24/23
Every [1] 46/4
everybody [9] 6/8 15/15 23/15 26/15 33/3 51/18 54/13 55/20 60/16
everyone [6] 5/5 11/11 50/18 53/3 54/12 60/18
everything [10] 6/24 22/6 23/17 23/18 38/20 38/24 39/20 43/19 44/2 44/7
evidence [15] 10/24 11/16 21/1 22/17 24/21 25/1 25/8 37/18 38/3 38/6 51/25 52/3 52/21 59/20 59/21
evidence-dependent-ty pe [1] 52/21
Evidence.com [26] 10/17 17/21 17/23 31/1 31/3 31/25 34/24 35/17 37/15 37/19 37/21 37/22 38/4 38/24 39/1 39/2 39/17 39/19 39/20 39/22 40/20 42/19 43/11 43/12 50/2 50/4
evidentiary [1] 60/5
evolving [1] 14/23
exact [1] 28/25
exactly [1] 20/11
example [4] 41/23 46/3 46/19 51/4
exception [2] 10/8 25/12
exclude [2] 55/10 55/19
exclusion [1] 55/18
exclusively [1] 39/2
excuse [1] 13/20
exist [2] 33/8 39/21
exists [1] 29/1
expand [1] 16/3
expect [3] 15/23 50/11 57/19
expectation [2] 17/2 28/6

expeditious [1] 37/24
experienced [1] 40/22
expert [4] 26/9 28/12 28/19 48/17
experts [1] 21/6
exploit [1] 31/18
expressed [1] 46/22
extent [8] 10/24 12/23 23/24 37/7 47/10 52/17 56/11 60/4
external [1] 40/18
extra [2] 22/9 22/9
extract [1] 24/24
extractable [1] 24/25
extracted [1] 28/14
extraction [3] 24/7 29/5 31/20
extractions [1] 41/12
extraordinarily [1] 33/20
extraordinary [1] 34/16
extremely [1] 46/17
Eye [1] 3/22

## F

facial [2] 33/7 33/19
facilitate [1] 10/3
facility [1] 37/3
fact [6] 10/18 14/19 35/4 43/18 59/11 60/12
fairness [1] 34/4
faith [1] 41/5
fall [1] 11/4
far [6] 11/4 11/7 18/9 22/15 28/12 36/8
fashion [2] 28/22 48/25
faster [1] 46/9
favorably [1] 58/19
FBI [4] 7/8 9/9 11/14 29/2
fd.org [1] 3/6
fed [1] 11/22
federal [3] 3/3 49/6 53/12
feeling [1] 46/11
feet [2] 20/1 45/16
few [8] 7/14 7/17 8/8 10/5 10/8 12/11 15/13 17/23
figure [2] 19/17 54/2
file [14] 28/14 28/15 28/15 29/4 29/23 30/4 30/10 30/11 35/20 40/14 51/9 58/15 58/16 59/6
file-sharing [1] 40/14
filed [8] 11/2 42/21 52/13 57/1 59/3 59/6 59/9 59/19
files [4] 9/9 11/15 37/25 39/7
filter [4] 8/6 10/9 23/16 24/3
final [1] 48/3
finally [2] 48/3 49/23
financially [1] 49/16
find [12] 29/24 32/20

37/24 40/21 43/21 47/12 47/13 47/15 55/9
finding [1] 46/17
finds [1] 45/24
fine [4] 53/23 54/7 54/8 58/22
finished [1] 21/8
firm [1] 20/8
first [11] 12/2 14/6 16/3 17/4 21/15 30/24 31/22 45/5 49/11 55/24 59/3
Fischer [7] 2/2 2/3 5/23 15/16 44/25 46/20 49/1
fixed [1] 23/8
FL [1] 3/9
flag [5] 12/8 36/9 40/6 41/3 42/2
fluid [1] 52/12
flux [1] 14/20
focus [1] 23/6
focused [4] 23/4 31/10 52/2 52/10
folder [2] 29/24 31/9
folks [1] 8/2
following [3] 9/14 15/19 49/2
footage [5] 39/2 39/3 39/9 39/9 39/15
foregoing [1] 61/3
forensic [3] 24/7 28/25 29/5
forensically [1] 28/14
forgive [1] 46/20
former [2] 45/23 46/16
FormerFeds [1] 2/17
formerfedsgroup.com [1] 2/19
forthcoming [1] 51/15
forward [4] 6/22 50/24 52/5 57/21
four [2] 21/19 22/1
four-week [2] 21/19 22/1
Fourth [1] 1/13
frankly [4] 15/10 17/8 48/9 52/14
free [1] 54/13
French [1] 33/18
frequently [1] 20/22
fresh [1] 44/2
friendly [1] 40/24
front [7] 2/8 32/7 32/23 33/1 33/1 33/3 33/13
full [5] 33/7 33/19 42/5 44/5 44/21
full-time [1] 42/5
fully [3] 44/8 57/3 57/15
function [1] 53/6
functional [2] 32/5 44/8
functionality [2] 44/5 44/21
funding [1] 48/16
funds [1] 49/17
future [1] 52/9

## G

GA [1] 3/14
game [1] 35/2
gaps [1] 34/13
gathered [1] 15/18
Geek [1] 46/9
Geek Squad [1] 46/9
generally [1] 10/1
gentlemen [1] 57/24
geofencing [1] 34/11
get [35] 8/3 16/14 17/24 18/9 18/11 18/13 19/17 20/12 21/15 23/8 25/17 25/17 29/11 32/6 33/11 34/8 34/10 34/11 34/17 37/1 40/13 40/21 40/24 41/23 42/21 44/2 46/9 46/18 47/14 49/5 49/10 49/19 51/13 55/22 58/12
gets [3] 6/24 32/3 49/10
getting [11] 16/7 18/12 29/16 31/22 33/2 34/1 38/11 40/13 42/9 48/23 60/11
Geyer [9] 2/16 5/17 29/14 31/23 33/23 51/18 58/2 58/22 59/1
gigantic [1] 29/24
give [6] 27/17 27/22 34/7 35/2 46/3 46/19
gives [1] 44/15
Glen [1] 2/4
global [4] 13/11 38/9 42/7 51/4
gmail.com [1] 2/24
go [23] 6/22 8/6 8/24 17/10 17/11 17/18 20/3 21/3 23/1 26/17 26/23 27/19 27/20 27/25 29/22 30/10 32/20 38/15 40/16 40/21 41/19 44/17 44/19
goes [2] 11/4 60/7
going [38] 6/10 14/9 14/10 15/23 15/24 16/2 16/3 17/10 17/10 18/18 18/19 20/6 21/3 21/16 23/16 25/16 27/17 31/8 31/14 33/1 33/11 34/7 36/18 38/8 38/19 40/23 42/21 45/3 46/24 49/2 49/19 53/5 54/4 56/7 56/12 57/9 59/6 58/14
gone [2] 45/6 46/8
good [13] 6/7 11/24 23/9 23/14 31/5 31/24 34/17 35/16 37/14 41/5 42/17 43/8 50/1
Gorda [1] 3/9
got [8] 8/23 13/17 18/17 21/20 21/22 31/19 47/1 50/18
gotten [1] 50/10
government [38] 1/12 7/6 7/7 7/10 8/7 12/7 15/6 17/8 17/14 21/7

**G**

government... [28] 22/6 24/1 24/6 25/7 25/9 25/16 27/3 27/13 27/22 29/21 32/20 33/8 33/10 34/1 34/4 39/25 41/5 43/16 43/21 44/12 47/17 52/3 52/14 55/13 56/2 57/10 58/15 60/9
government's [5] 14/2 14/18 26/13 45/24 52/9
Governor [1] 2/3
grand [8] 9/12 59/20 59/21 59/21 59/22 59/23 60/2 60/9
grand jury [1] 59/21
grant [2] 56/8 60/14
great [5] 8/22 14/1 23/18 27/18 27/23
greater [3] 11/4 11/7 17/24
greatest [1] 44/10
greatly [1] 10/3
Greenbelt [1] 2/3
GREGG [1] 3/12
group [7] 16/3 20/21 32/25 45/3 45/4 48/5 51/8
groupings [2] 15/2 15/6
guess [1] 29/8 36/6 44/18 46/23 53/4 59/7 59/13
Guillaume [6] 2/21 2/22 5/19 35/15 36/24 48/21
guy [1] 35/8

**H**

Hackett [5] 3/2 5/11 5/20 6/2 37/13
had [35] 8/17 8/20 18/11 19/9 22/5 22/17 22/19 30/20 31/7 31/15 32/20 33/14 35/3 36/10 37/15 38/11 38/15 38/15 40/1 40/9 41/4 41/8 41/9 42/3 42/12 43/18 45/3 45/19 45/19 51/12 51/13 52/17 55/25 56/23 58/3
halim [6] 3/2 3/6 5/20 37/13 38/23 48/20
hand [1] 17/21
handful [4] 7/23 9/2 9/15 13/2
hands [2] 8/3 19/3
hang [5] 27/2 28/3 51/18 54/24 55/22
happened [1] 15/13
happy [3] 15/20 39/17 47/4
hard [8] 28/8 28/10 32/11 32/12 40/17 40/18 43/18 44/1
Harrelson [7] 2/16 5/9 5/17 5/25 31/23 55/21 59/1
Harrisburg [1] 2/9
has [30] 6/24 7/7 7/10 8/13 10/17 12/23 18/20 20/24 22/6 22/7 24/15 25/9 27/24 28/13 30/17 32/2 32/24 40/18 42/4 43/9 43/16 43/17 43/19 44/12 45/3 47/4 50/6 54/10 55/12 57/6
hasn't [3] 18/17 19/6 42/11
have [161]
haven't [7] 6/16 30/17 31/13 31/15 31/16 38/16 40/8
having [5] 13/10 18/19 24/15 41/18 46/14
he [9] 6/24 27/19 33/4 38/8 45/22 45/23 47/17 56/8 56/8
he's [2] 33/1 57/18
head [1] 22/20
heads [1] 32/10
hear [4] 12/18 13/16 19/8 47/4
heard [6] 6/24 12/15 42/11 45/9
hearing [12] 6/1 6/14 6/15 6/18 15/3 17/22 33/18 44/13 55/5 55/9 55/13 61/5
help [7] 24/24 28/4 33/11 34/7 39/16 39/18 48/18
helpful [6] 10/14 13/13 20/3 29/10 40/1 57/3
her [3] 43/17 44/1 46/2
here [14] 6/9 6/18 6/23 6/25 13/14 19/8 20/21 26/15 26/19 26/19 33/25 35/2 52/1 53/5
here's [1] 30/3
high [1] 60/2
highlighted [1] 29/10
Highway [1] 2/3
Hill [1] 3/14
him [12] 6/14 6/15 6/16 15/17 26/19 49/7 49/12 49/14 49/15 56/1 56/10 56/12
his [19] 6/13 6/17 6/19 22/24 23/1 23/17 26/8 26/14 26/14 26/20 27/24 33/2 33/4 49/12 49/18 54/6 55/24 56/23 56/25
hold [5] 9/20 16/12 25/7 36/3 58/4
holdings [1] 29/2
home [1] 30/2
Honor [59] 5/6 6/17 6/19 7/5 8/1 8/5 9/1 11/2 13/1 13/4 13/25 14/11 14/13 16/17 16/21 17/16 18/4 19/21 19/25 20/14 24/6 25/24 27/1 28/2 28/13 31/24 35/16 35/23 36/8 36/15
42/17 43/4 43/8 44/22 45/1 45/6 45/7 45/17 45/22 46/11 47/5 47/19 48/3 48/4 48/12 49/20 50/1 51/20 53/9 53/11 53/23 54/15 54/17 55/6 55/7 58/6
HONORABLE [2] 1/9 5/3
hope [6] 9/13 10/1 10/2 11/20 15/1 15/15
hopeful [3] 12/1 12/3 40/23
hopefully [6] 8/15 9/6 16/10 18/23 29/11 53/2
hopes [1] 12/11
hoping [1] 58/12
host [1] 25/22
hosted [1] 39/22
hotmail.com [1] 2/6
hours [1] 46/6
how [17] 6/10 10/25 14/21 15/11 17/10 18/18 36/14 38/3 44/15 44/19 45/10 48/13 49/10 53/2 53/21 53/22 59/23
however [1] 50/3
hunt [1] 32/20
hyperbole [1] 42/5

**I**

I am [13] 14/8 22/13 22/13 23/4 28/12 28/23 40/23 43/11 44/5 44/13 44/19 46/15 56/7
I apologize [3] 16/17 33/16 38/23
I believe [11] 16/21 19/5 24/11 28/19 31/3 35/6 39/5 41/5 48/6 48/15 54/19
I can [4] 44/2 46/25 53/21 56/7
I can't [1] 22/25
I did [1] 53/20
I don't [4] 14/9 38/23 42/4 59/6
I don't have [1] 11/20
I guess [7] 29/8 36/6 44/18 46/23 53/4 59/7 59/13
I have [16] 31/18 35/17 37/15 38/11 40/7 40/22 41/6 43/4 43/19 44/2 44/23 45/5 50/2 50/9 50/9 56/5
I haven't [2] 6/16 40/8
I hope [2] 11/20 15/15
I just [10] 30/9 30/14 31/14 40/6 41/3 42/2 51/16 51/22 54/13 58/4
I know [7] 18/19 20/21 22/24 34/7 36/15 45/12 48/20
I mean [13] 6/18 21/22 22/23 24/4 25/5 27/23
33/24 40/12 60/4
I need [1] 51/17
I only [1] 34/5
I should [2] 21/21 58/16
I think [37] 11/9 11/10 11/11 11/24 13/21 14/7 14/18 14/20 20/18 21/7 22/9 23/1 23/4 23/8 23/14 23/14 23/15 25/5 26/16 27/23 30/5 31/7 33/24 36/17 38/22 39/1 39/8 39/21 44/7 44/8 44/10 45/9 48/5 48/12 48/22 50/4 52/6
I thought [2] 12/15 29/4
I understand [8] 10/23 21/11 22/3 27/4 31/21 46/23 52/12 60/11
I very [1] 58/7
I want [4] 13/18 29/23 30/10 47/7
I wanted [1] 36/9
I was [5] 16/18 34/25 38/19 43/13 54/4
I will [9] 15/19 29/9 31/10 39/25 42/8 43/13 47/5 55/9 55/19
I would [7] 34/25 35/24 49/13 52/6 52/22 58/8 58/16
I'd [8] 13/14 17/18 41/11 43/2 45/5 45/21 47/19 51/9
I'll [9] 13/15 16/24 22/13 25/17 35/21 37/16 51/13 56/11 59/18
I'm [51] 15/16 15/20 15/21 19/19 20/3 20/6 22/20 27/11 28/25 29/20 30/2 31/7 31/8 31/9 31/14 31/17 31/25 33/24 35/7 35/9 35/17 38/1 38/7 39/23 40/25 42/5 43/7 43/18 44/1 45/3 45/8 47/4 51/17 51/21 52/3 53/1 53/12 53/16 55/1 55/3 56/9 56/12 56/18 57/3 57/9 58/12 58/15 58/24 59/10 60/1 60/14
I'm going [4] 31/8 45/3 56/12 57/9
I'm just [4] 22/20 31/17 35/17 55/1
I'm not [6] 20/6 31/7 31/14 57/3 60/1 60/14
I'm not sure [2] 31/9 33/24
I'm sorry [7] 15/21 19/19 43/17 51/17 51/21 53/16 56/18
I'm sure [1] 39/23
I've [26] 13/17 16/4 21/22 26/2 27/11 27/15
33/24 40/12 60/4
identification [1] 34/14
identified [1] 54/13
identify [1] 34/8
identifying [1] 39/18
ignorant [1] 46/15
III [1] 1/6 2/21 2/22 3/16
illegal [1] 33/21
image [6] 24/1 27/5 27/8 28/25 35/7 39/7
imaging [1] 25/10
immediate [1] 50/25
immediately [1] 41/2
implicated [2] 57/10 57/11
implicates [1] 56/22
important [2] 32/15 47/16
impression [1] 38/19
included [2] 9/16 34/25
including [1] 39/7
incorrect [1] 39/20
indexing [1] 40/8
indicated [1] 58/4
indication [1] 35/18
indicative [1] 60/8
indictment [1] 52/19
indigent [1] 48/9
individual [5] 13/17 13/17 23/1 23/24 50/18
individually [2] 37/4 49/14
individuals [2] 11/7 38/13
information [17] 8/22 11/16 11/25 12/4 16/15 19/14 20/4 20/12 33/11 34/1 34/11 34/12 40/19 44/15 47/13 47/23 58/9
informed [3] 15/5 20/24 37/21
initial [1] 13/19
input [1] 36/16
inquiries [3] 16/4 18/1 56/6
inquiry [1] 19/17
inside [1] 33/14
instance [1] 32/23
instant [1] 26/7
instead [1] 23/15
instructions [1] 59/22
intend [1] 50/1
intents [2] 48/7 48/9
interactive [1] 41/15
interest [1] 33/9
interests [2] 30/10 55/11
interim [1] 16/4
internal [1] 35/8
Internet [1] 29/25
interpreted [1] 59/21

**I**

interrupt [3] 7/24 33/22 38/1
interrupted [1] 8/24
interrupting [2] 16/18 46/21
interviews [5] 9/11 9/12 10/11 11/15 32/9
introduce [1] 25/1
introduced [1] 32/13
inventorying [1] 40/8
investigation [6] 7/9 9/5 9/5 9/10 9/19 10/12
investigations [1] 32/16
investigative [1] 11/14
inviting [1] 32/17
involved [3] 25/17 25/17 48/18
involves [1] 58/10
iPhones [1] 23/12
is [135]
is that correct [1] 54/22
is there [1] 17/14
isn't [1] 60/7
issue [20] 19/9 19/12 20/14 20/16 22/23 25/25 29/10 29/19 32/2 35/12 36/16 44/4 44/11 47/7 48/21 56/15 56/17 56/20 56/22 58/25
issued [1] 50/21
issues [12] 10/10 13/17 18/11 18/17 21/10 30/18 42/9 45/2 45/4 46/13 50/10 57/13
it [104]
it would be [2] 15/1 23/14
it's [51] 10/23 16/21 16/23 18/6 18/12 19/3 20/8 21/16 22/17 22/24 23/13 23/5 25/18 25/18 26/22 27/13 29/5 29/9 29/11 29/15 29/25 30/2 30/4 30/9 30/11 30/14 30/23 32/4 32/10 32/11 32/12 32/14 36/16 37/19 39/19 40/12 40/23 41/21 42/5 42/6 42/12 42/13 43/22 44/7 44/8 45/8 45/9 45/14 47/2 49/8 57/17
items [1] 39/19
its [2] 19/6 52/3
itself [2] 18/23 25/21
Ivy [1] 2/22

**J**

jail [2] 10/20 31/5
James [1] 5/14
January [3] 12/20 34/14 56/24
JC [1] 53/4
jcrisp [1] 2/10
Jencks [2] 9/10 9/23
Jencks-type [1] 9/10

Jessica Watkins [1] 5/10
job [1] 42/5
Jonathan [4] 2/7 5/16 5/18 53/11
Jonathon [2] 2/11 2/12
jonmoseley.com [1] 2/15
Joseph [3] 3/2 3/12 5/11
JUDGE [5] 1/10 42/19 42/23 44/4 53/18
judicial [1] 58/13
July [20] 12/3 12/3 13/20 13/21 15/2 17/10 17/11 18/18 20/23 21/16 24/11 34/17 35/11 36/2 36/6 43/1 43/2 44/17 48/13 50/21
jumped [1] 15/16
juncture [1] 60/14
June [1] 24/11
jury [9] 9/12 15/1 59/20 59/21 59/21 59/22 59/23 60/3 60/9
just [70]
justice [1] 55/10

**K**

Kathryn [1] 1/12
kathryn.rakoczy [1] 1/15
keep [2] 42/8 56/12
keeping [1] 40/7
Kelly [4] 2/11 5/9 5/25 31/4
Kenneth [2] 2/16 5/9
kind [7] 18/20 18/24 18/24 20/19 30/16 36/6 58/14
kinds [1] 33/20
know [51] 15/13 16/8 16/9 16/24 17/19 18/19 20/21 21/2 21/17 22/18 22/24 23/7 24/1 25/15 27/3 29/10 30/5 30/14 30/21 32/11 32/12 32/16 33/24 33/25 34/2 34/6 34/7 34/10 35/11 36/2 36/15 37/6 41/24 45/12 45/14 46/24 47/10 48/20 49/8 49/10 49/18 49/18 51/7 52/6 52/20 52/24 54/2 56/25 59/14 59/25 60/1 60/9
knowledge [1] 11/7
knows [1] 33/8
Kramer [1] 49/6

**L**

laid [1] 22/6
large [2] 34/13 39/10
LASSITER [1] 3/17
last [6] 7/7 8/12 17/22 55/25 58/3 59/4
late [2] 9/13 50/14
later [6] 18/24 24/12

52/15
law [4] 2/12 2/21 3/13 20/8
Lawn [1] 3/17
lawyers [3] 26/3 45/13 56/25
leads [1] 38/10
learned [1] 33/17
least [11] 10/20 14/7 21/12 21/15 25/18 30/15 36/3 50/15 51/3 52/8 59/11
leave [4] 29/9 54/13 54/17 59/17
leaves [1] 59/2
left [2] 17/7 44/16
legal [2] 48/10 52/18
length [2] 16/6 41/10
leniently [1] 34/13
less [2] 22/15 39/8
let [15] 6/12 6/13 17/19 21/14 22/21 23/23 25/5 33/2 33/22 34/2 34/21 42/15 49/1 49/23 54/2
let's [4] 6/22 6/22 7/1 13/15
level [1] 49/12
license [13] 17/21 18/10 19/2 20/6 20/7 20/10 31/13 31/17 31/22 35/19 38/11 38/17 50/9
licenses [8] 10/22 19/16 19/20 20/5 20/11 31/2 45/6 50/2
licensing [1] 42/22
lift [1] 56/12
like [31] 6/18 13/14 14/25 17/18 18/6 21/5 21/11 23/8 23/9 24/4 25/8 25/11 27/16 28/20 29/13 30/9 30/11 32/4 35/12 37/3 39/12 39/14 41/11 41/14 41/18 47/10 48/6 48/11 52/17 56/10 57/3
likely [2] 15/11 49/14
limit [1] 37/9
limitations [1] 61/7
limited [1] 18/6
limits [1] 14/9
Linder [16] 3/16 3/17 5/14 18/3 19/1 19/19 20/1 20/13 22/5 22/7 23/15 27/10 51/17 55/23 56/18 57/23
line [3] 16/18 29/8 51/7
linked [1] 50/5
list [3] 17/12 17/18 29/18
listen [1] 6/18
listening [3] 17/1 32/9 45/8
literally [1] 40/12
little [7] 10/9 14/20 14/22 23/11 30/14 49/8 53/22
Matthew [2] 3/21 5/24
max [1] 36/25

Ln [1] 2/22
load [1] 46/6
log [2] 38/14 38/17
log-in [2] 38/14 38/17
long [5] 33/10 34/10 34/16 42/4 54/10
longer [1] 10/9
look [19] 15/18 22/13 23/10 23/17 25/5 26/17 26/23 28/21 29/8 29/22 29/23 30/3 33/24 36/15 45/20 46/5 46/14 52/11 58/16
looking [5] 26/21 31/4 36/25 41/20 41/21
looks [5] 27/16 45/12
lot [16] 12/12 14/12 13/22 22/23 26/2 26/22 32/19 39/11 40/17 40/24 41/25 42/3 42/3 42/24 46/12 58/10
lots [2] 45/14 45/25
Lou [1] 57/20
loud [1] 32/24

**M**

made [11] 8/13 8/14 11/25 13/6 13/8 19/6 49/17 51/11 56/5 57/4 60/1
main [2] 11/10 29/19
maintain [2] 24/25 38/5
make [24] 15/4 16/2 17/3 17/9 19/16 23/11 25/2 25/5 31/8 32/10 38/15 40/10 44/2 44/21 48/1 48/3 49/16 51/20 51/22 52/1 52/23 55/15 58/5 58/22
makes [4] 25/6 25/22 26/8 43/24
making [3] 16/4 22/20 43/12
manner [2] 28/11 40/2
many [5] 14/21 15/11 17/10 49/10 50/6
March [2] 1/5 41/1
Marion [1] 3/8
marshal's [1] 14/21
Marshals [2] 56/5 56/9
Mary [1] 57/20
mass [1] 39/8
massive [3] 37/18 37/25 41/7
material [7] 8/4 11/6 37/21 40/6 40/16 40/22 43/23
materials [7] 9/11 9/22 9/23 40/25 41/8 42/3 42/4
matt [1] 3/24
matter [6] 12/16 13/20 17/9 35/22 53/5 61/4
matters [4] 10/4 11/14 12/2 50/18

may [22] 8/12 8/21 10/18 14/3 14/22 16/18 16/25 20/3 20/8 20/24 23/10 25/24 27/6 30/24 37/2 38/22 47/21 47/24 51/6 51/20 54/4 54/16
maybe [9] 27/11 30/23 36/9 37/6 38/2 44/2 46/13 50/5 57/17
MD [2] 2/4 2/23
me [48] 6/12 6/13 13/20 17/19 21/12 21/14 22/21 23/23 25/5 25/6 25/19 26/19 27/17 27/22 28/4 30/10 30/15 30/22 30/25 31/9 33/11 33/22 34/2 34/7 34/8 34/21 37/5 37/21 38/10 40/2 42/15 42/20 44/15 46/20 47/3 49/1 49/3 49/19 49/23 50/20 54/2 54/8 57/18 58/6 59/5 59/8 60/6 60/13
mean [18] 6/18 6/22 12/20 17/20 21/22 23/23 24/4 25/5 27/23 30/14 31/14 31/17 32/2 33/24 40/12 41/8 46/24 60/4
means [1] 8/7
meant [3] 12/21 15/25 17/5
meat [1] 42/9
mechanical [1] 4/6
media [1] 11/12
meetings [1] 45/3
Meggs [8] 2/11 5/9 5/16 5/25 22/22 31/4 55/21 57/1
Meggs' [1] 23/12
MEHTA [2] 1/9 5/4
members [1] 32/21
memoranda [2] 9/11 11/15
memory [1] 13/21
mentioned [6] 18/16 22/7 23/15 32/7 44/6 58/11
Merit [1] 4/2
mess [1] 32/11
message [2] 30/4 41/23 41/25
messages [3] 23/12 27/20 41/23
messaging [1] 26/7
met [1] 7/7
methods [1] 40/5
might [10] 8/4 10/11 12/9 14/7 14/22 33/9 37/9 44/20 52/13 57/16
Miller [2] 57/19 57/20
mind [2] 50/24 53/1
Minuta [6] 2/21 5/10 5/19 6/2 35/15 36/3
minutes [1] 59/21
mirror [6] 25/15 25/19 27/5 27/8 27/16 35/7
mirror-copied [1]

**M**

mirror-copied... [1] 27/16
mirror-image [1] 35/7
mirrored [5] 25/20 25/21 27/25 28/25 29/5
mirroring [2] 27/13 41/12
misdemeanors [1] 34/16
mismatch [1] 50/3
mistake [1] 39/24
mistaken [3] 27/7 38/6 38/7
Moerschel [6] 3/7 5/11 5/21 6/2 42/16 42/18
moment [3] 7/25 35/13 55/22
Monday [3] 18/21 50/22 51/13
month [5] 11/24 20/20 20/25 21/11 54/14
months [7] 22/9 23/14 23/22 30/21 37/16 40/12 44/14
more [21] 7/4 12/20 12/21 15/4 22/10 22/10 22/13 23/7 26/22 30/19 31/15 35/21 43/25 44/22 48/23 49/14 52/2 52/10 56/24 57/4 57/6
morning [2] 38/14 42/17
Moseley [10] 2/11 2/12 5/16 22/21 29/13 51/18 56/22 59/2 59/5 59/25
Moseley's [1] 57/16 59/3
most [11] 11/9 21/5 25/11 26/3 27/9 39/11 39/25 40/16 46/10 50/25 60/11
mostly [2] 31/10 37/19
motion [13] 51/12 52/2 58/2 58/20 59/3 59/4 59/8 59/9 59/19 59/20 59/24 59/25 60/14
motions [14] 51/1 51/4 51/4 51/9 51/24 52/6 52/8 52/9 52/13 52/17 52/21 52/23 52/25 54/21
move [2] 47/5 57/21
moving [1] 50/24
Mr [4] 19/1 49/25 51/17 54/18
Mr. [95]
Mr. Balbo [2] 43/7 44/24
Mr. Bright [7] 18/2 18/22 19/20 51/17 53/8 55/23 57/23
Mr. Caldwell [3] 44/25 45/22 47/10
Mr. Caldwell's [2] 47/8 48/1
Mr. Crisp [3] 34/21 35/14 54/1

Mr. Eisenberg [4] 15/19 44/25 46/20 49/1
Mr. Geyer [7] 29/14 31/23 33/23 51/18 58/2 58/22 59/1
Mr. Guillaume [3] 35/15 36/24 48/21
Mr. Hackett [1] 37/13
Mr. Harrelson [2] 31/23 59/1
Mr. Kramer [1] 49/6
Mr. Linder [12] 18/3 19/19 20/1 20/13 22/5 22/7 23/15 27/10 51/17 55/23 56/18 57/23
Mr. Meggs [2] 22/22 57/1
Mr. Meggs' [1] 23/12
Mr. Minuta [2] 35/15 36/3
Mr. Moerschel [2] 42/16 42/18
Mr. Moseley [7] 22/21 29/13 51/18 56/22 59/2 59/5 59/25
Mr. Moseley's [1] 57/16 59/3
Mr. Peed [4] 6/12 27/10 27/12 49/23
Mr. Rhodes [13] 7/18 18/3 22/14 25/25 26/6 50/14 51/16 55/21 55/24 56/23 57/1 57/18 57/22
Mr. Rhodes' [6] 8/2 8/10 8/19 25/13 35/25 41/18
Mr. Ulrich [2] 43/6 43/7
Mr. Vallejo [5] 6/24 22/15 25/12 49/24 50/14
Mr. Weinberg [2] 42/16 44/18
Ms. [25] 7/2 7/22 7/24 14/2 18/14 20/19 20/24 23/23 27/7 28/4 30/17 30/22 30/25 32/7 34/22 37/13 37/20 38/18 38/23 41/13 43/16 46/1 48/20 56/16 56/19
Ms. Halim [1] 37/13 38/23 48/20
Ms. Rakoczy [20] 7/2 7/22 7/24 14/2 18/14 20/24 23/23 27/7 28/4 30/17 30/22 30/25 32/7 37/20 38/18 41/13 43/16 46/1 56/16 56/19
Ms. Rakoczy's [1] 20/19
Ms. Watkins [1] 34/22
much [7] 40/16 44/9 44/15 44/19 52/17 58/7 60/12
multiple [1] 56/6
my [50] 10/16 11/20 17/2 17/12 19/14 19/21 20/5 21/18 26/6 26/13

27/19 27/23 28/6 30/23 31/9 32/22 33/16 35/8 35/19 35/25 36/18 38/2 38/10 38/11 38/14 39/24 42/21 43/10 43/12 43/12 45/5 46/5 46/16 47/20 47/24 48/14 49/8 50/3 50/5 52/16 53/1 53/19 53/21 54/5 57/5 58/11 60/12
myself [1] 11/8 37/17 40/10 48/6

**N**

name [3] 20/6 20/8 20/10
names [2] 19/15 32/8
nature [1] 52/12
navigating [1] 42/6
near [1] 21/1
necessarily [7] 20/7 40/9 41/9 42/13 44/7 46/12 60/7
need [33] 7/19 8/6 9/18 16/2 17/6 17/9 21/8 24/22 25/17 26/16 26/16 26/17 27/18 27/23 30/8 30/13 35/12 35/20 36/18 37/2 47/8 47/8 47/10 47/13 47/25 49/3 51/16 51/16 51/17 51/19 52/13 59/8 60/12
needs [2] 48/15 49/15
negotiate [1] 25/16
negotiations [1] 14/23
never [2] 27/11 27/15
new [4] 8/22 10/24 32/13 43/22
newcomers [1] 35/1
next [18] 8/15 9/6 9/13 10/2 10/7 11/24 12/11 17/3 17/12 22/21 29/12 31/19 36/10 40/25 43/14 51/19 55/4 57/20
Nice [1] 54/13
night [1] 33/17
nine [3] 14/8 14/10 14/12
NJ [1] 2/18
no [20] 1/4 5/7 5/8 5/8 17/16 19/5 20/17 31/21 33/8 35/22 37/24 41/6 46/1 47/3 48/10 50/4 53/9 55/6 55/7 55/9
No. [1] 5/9
No. 3 [1] 5/9
None [1] 17/4
North [1] 2/8
not [79]
note [4] 8/10 12/7 34/25 61/5
nothing [2] 21/18 22/1
noticed [1] 15/16
November [1] 34/15
now [20] 12/2 14/7 14/20 16/21 16/23 17/19 18/14 18/25 20/1

36/16 37/16 38/17 40/20 47/2 51/21 58/25 47/14
number [11] 7/14 9/20 14/17 15/9 16/13 17/24 24/19 30/21 37/9 45/2 47/14
NW [3] 1/13 3/22 4/4

**O**

Oak [1] 3/17
object [3] 36/4 55/4 56/3
objections [1] 55/9
observation [1] 22/20
observations [1] 25/6
obstacle [1] 49/3
obtained [2] 9/17 10/21
obvious [1] 46/13
obviously [9] 6/14 10/12 10/23 12/2 12/12 16/2 18/5 36/4 50/22
occur [1] 52/14
occurred [2] 50/20 61/5
October [2] 13/22 21/22
odds [1] 10/6
off [3] 25/20 45/19 57/23
office [7] 1/12 2/21 3/3 19/23 45/19 49/12 54/6
officer [2] 3/25 32/24
officers [3] 32/8 32/9 32/17
Official [1] 4/3
oh [1] 51/19
okay [49] 6/7 7/1 8/23 10/14 12/22 13/12 14/1 14/15 15/18 16/23 17/11 19/10 19/24 20/2 20/13 20/15 21/13 22/12 22/21 24/16 25/4 29/7 30/3 31/12 31/23 34/2 34/18 34/21 42/14 43/5 44/24 49/19 49/22 50/16 51/15 53/1 53/10 53/24 54/9 55/8 55/20 55/23 56/13 57/21 58/18 58/21 58/25 59/16 60/14
Oklahoma [1] 56/1
old [1] 32/13
once [6] 6/15 14/10 21/2 21/7 54/19 54/19
one [24] 12/2 12/14 14/22 15/9 16/14 25/6 27/24 28/24 32/13 33/8 34/25 36/17 36/24 38/20 40/19 43/8 44/14 47/3 47/14 50/7 50/10 52/25 56/22 59/6
one-stop [1] 38/20
ongoing [4] 10/12 10/24 14/19 44/12
online [1] 10/21
only [11] 13/2 20/9

30/23 34/5 35/2 38/4 42/23 55/3 58/11 58/25
onus [2] 40/15
oops [1] 30/7
open [2] 30/11 33/14
openable [1] 30/1
operate [3] 25/20 37/4 37/8
operates [1] 49/11
operating [1] 32/3
opportunity [5] 35/4 38/15 40/9 41/9 51/12
opposed [2] 25/21 29/23
order [8] 16/11 17/11 29/12 50/21 51/13 56/12 56/13 60/13
other [37] 11/15 12/25 18/10 19/8 20/16 21/18 21/25 22/18 23/12 23/22 23/25 26/6 27/6 27/9 28/22 29/15 33/4 33/25 34/12 35/1 35/3 35/24 36/13 39/10 42/23 42/24 44/6 45/9 45/22 47/1 48/14 51/21 52/20 53/12 54/12 56/22 59/19
others [7] 19/11 22/5 22/16 22/16 22/25 31/4 58/13
otherwise [1] 41/6
ought [3] 16/1 49/17 50/23
our [23] 6/15 14/8 15/1 15/7 16/5 18/10 18/16 19/5 21/5 21/6 23/12 23/19 24/25 26/9 26/9 36/25 44/9 44/10 44/21 45/19 49/6 56/5 56/9
out [28] 7/4 15/20 15/21 16/19 19/17 21/2 21/4 22/6 29/9 32/6 32/10 32/12 32/25 33/4 33/6 33/12 44/16 45/5 47/12 47/13 47/15 47/19 49/7 50/11 51/13 54/2 54/20 57/9
outside [1] 49/8
outstanding [4] 7/15 20/12 23/21 44/20
outweigh [1] 55/11
over [12] 11/23 24/2 24/18 25/10 29/25 33/6 44/13 45/24 45/25 46/4 46/18 54/22
overriding [1] 9/18
overview [1] 10/14
own [6] 19/14 21/5 21/6 26/9 57/5 60/12

**P**

P.A [1] 2/3
P.C [1] 3/13
p.m [3] 1/6 53/2 60/19
P.O [1] 3/13
PA [2] 2/9 3/5

**P**

pace [1] 40/4
pandemic [3] 14/19
15/8 61/6
paper [6] 26/18 26/21
27/14 41/19 41/21
45/19
papers [2] 26/24 27/4
paperwork [1] 42/22
paralegal [6] 19/5
19/21 19/22 20/9 36/19
37/8
paralegals [3] 36/13
37/6 48/17
Parkway [1] 2/13
part [3] 36/3 39/25
47/14
participants [1] 32/18
particular [1] 35/24
particularly [3] 7/3
12/9 15/17
past [1] 57/7
pastor [2] 33/3 33/5
pause [1] 16/20 44/15
54/25
pay [1] 48/10
Peed [8] 3/21 3/21 5/24
6/12 27/10 27/12 49/23
49/25
pending [5] 9/19 43/13
58/2 59/3 59/19
Pennsylvania [1]
53/13
people [10] 17/10
23/22 32/21 33/7 33/19
34/8 37/9 47/17 50/8
50/12
perhaps [10] 25/12
27/9 38/7 38/18 46/13
46/14 48/16 48/17
56/24 57/13
period [1] 9/21
permission [2] 33/2
54/5
person [2] 6/1 48/10
personal [2] 8/19
22/24
personally [1] 23/4
perspective [1] 14/18
pertains [2] 40/1 42/7
phase [1] 21/15
Philadelphia [1] 3/5
phillip [3] 3/16 3/20
5/14
phone [27] 8/19 23/20
26/4 26/8 26/11 26/21
27/15 27/16 27/17
27/18 27/22 28/7 28/7
28/9 28/14 34/12 41/12
41/14 41/19 46/5 47/9
47/12 47/13 47/21
47/24 48/1 57/19
phones [4] 23/25 24/8
27/13 46/3
physical [3] 24/17 25/8
25/14
piece [2] 41/21 51/13
pipeline [1] 23/20

48/2 48/24 55/25 56/12
59/9 59/10
Plaintiff [1] 1/4
plan [1] 19/15
plant [1] 33/5
platform [5] 18/15
18/20 20/16 38/5 40/24
platforms [6] 11/19
11/22 12/13 13/10 31/2
39/21
playing [1] 37/25
plea [1] 17/6
pleas [1] 31/15
please [5] 5/5 8/25
31/13 55/22 61/5
plenty [1] 33/10
plus [1] 13/7
point [14] 12/14 15/23
16/2 27/10 32/11 35/6
35/10 38/10 44/3 45/5
47/19 48/3 52/16 59/14
pointing [1] 40/2
police [1] 32/17
pops [1] 50/4
populated [2] 32/3
32/3 44/7
populating [1] 11/1
portion [1] 8/13
position [2] 34/6 56/7
possibility [1] 52/8
possible [2] 20/8 23/2
48/15
posted [1] 43/20
postpone [1] 15/1
potential [6] 24/22
36/1 36/12 42/11 48/10
57/15
potentially [2] 9/25
14/12
practical [1] 48/13
pre [1] 33/12
pre-texted [1] 33/12
prefer [1] 43/2
premature [1] 29/17
preparation [3] 10/3
23/14 23/19
prepare [3] 12/6 42/10
55/16
prepared [3] 24/1 36/2
60/14
presence [2] 6/13 6/17
present [4] 6/5 6/12
29/19 35/13
presentations [1]
17/25
presiding [1] 5/4
pressure [1] 17/5
presumption [1] 53/6
pretrial [3] 3/25 50/21
60/12
Prettyman [1] 4/4
previously [2] 8/20
24/25
primarily [1] 26/5
prior [3] 50/5 56/25
57/17
privately [2] 48/7 48/8

29/15 29/16 36/12
36/15 45/12 54/7 59/12
59/15
problem [4] 22/8 23/7
33/10 53/9
problems [5] 23/5
26/12 41/2 44/9 46/1
proceed [1] 6/11
proceedings [5] 1/9
4/6 6/6 60/19 61/4
process [18] 7/7 7/15
8/6 8/8 9/8 10/10 10/24
11/1 13/11 19/7 24/3
24/4 41/12 41/13 43/25
45/11 49/9 57/21
processed [6] 7/19
8/11 8/12 11/19 11/22
24/9
processing [1] 23/16
produce [1] 28/21
produced [8] 4/6 7/8
7/12 27/4 27/5 28/13
29/1 29/2
producing [3] 31/5
40/6 41/5
production [5] 9/17
22/18 24/11 28/24 38/9
productions [3] 40/5
40/13 40/14
productive [1] 15/4
proffer [1] 52/2
program [3] 28/15 29/6
41/17
progressing [1] 35/9
prompt [1] 40/2
properly [2] 25/2 40/10
proposal [1] 51/22
propose [2] 52/7 58/8
prosecuted [1] 26/5
prosecutions [1] 21/17
protocols [1] 14/21
provide [7] 9/13 10/1
10/12 24/13 39/16
55/14 60/13
provided [7] 12/24
13/4 24/6 27/9 28/5
28/16 38/14
providing [2] 9/6 18/14
proxy [1] 54/5
public [6] 16/18 32/21
32/22 49/6 55/11 60/6
pull [1] 58/9
Punta [1] 3/9
purpose [1] 13/10
purposes [7] 6/14 25/8
48/7 48/9 49/11 57/5
58/13
pursuant [4] 7/11 8/11
8/18 9/3
push [2] 7/4 18/19
pushback [1] 49/19
put [13] 15/20 15/21
19/3 19/5 20/6 21/1
28/7 28/9 31/13 31/16
45/10 46/8 58/4
puts [1] 40/15
PUTZI [1] 2/3

**Q**

qualify [1] 21/21
quandary [1] 18/25
quantity [3] 37/18 40/4
51/25
question [4] 16/10
46/24 54/16 59/7
questions [1] 40/1
quick [2] 7/2 54/16
quickly [4] 40/24 48/15
55/23
quite [3] 48/9 55/12
60/10

**R**

raise [5] 13/18 45/4
47/3 58/16 59/1
raised [4] 30/22 30/22
47/4 48/21
Rakoczy [21] 1/12 7/2
7/22 7/24 14/2 18/14
20/24 23/23 27/7 28/4
30/17 30/22 30/25 32/7
37/20 38/18 41/13
43/16 46/1 56/16 56/19
Rakoczy's [1] 20/19
rare [1] 60/10
rather [8] 18/24 23/6
23/19 23/20 26/18
49/15 51/10
re [2] 43/23 59/12
re-done [1] 59/12
re-downloading [1]
43/23
reach [1] 57/9
read [2] 41/16 59/25
readable [2] 28/15 29/6
readily [1] 36/19
ready [10] 18/18 20/23
30/8 34/19 43/1 43/2
43/3 44/19 45/21 45/21
real [2] 26/20 52/4
real-time [2] 26/20
52/4
realize [1] 40/20
really [7] 20/23 32/14
32/15 41/9 48/13 48/23
59/14
Realtime [1] 4/3
reason [4] 28/24 33/8
41/6 42/11
reasonable [2] 14/22
32/4
reasons [3] 25/22
55/17 56/9
recalling [1] 13/22
received [6] 19/2 19/16
27/15 30/16 35/18
35/19
recent [2] 35/1 35/9
recently [3] 9/17 35/4
58/11
recipient [2] 40/15
42/1
recognizing [1] 14/7
reconnected [2] 16/22
16/23
record [3] 57/4 60/6

recorded [2] 4/6 9/11
recordings [1] 32/9
records [3] 26/22 60/3
60/10
redo [1] 31/8
reduce [1] 37/9
reference [2] 32/11
32/12
referenced [1] 41/13
refers [1] 32/12
refile [1] 59/15
reflect [1] 51/14
regarding [2] 47/24
48/16
regardless [1] 51/2
Registered [1] 4/2
relate [1] 7/8
related [3] 7/17 11/3
13/3
relates [1] 51/3
relating [1] 59/20
relatively [2] 28/23
50/14
Relativity [27] 10/20
12/17 17/25 18/9 31/1
31/7 31/25 34/23 35/20
37/22 38/5 38/8 38/11
38/16 38/20 38/25 39/4
39/7 39/12 39/13 39/15
39/21 40/22 44/21 45/6
50/3 50/6
Relativity.com [3]
17/21 43/12 44/5
relevant [6] 9/25 10/1
12/9 37/24 39/19 57/12
rely [1] 57/9
remain [2] 7/19 56/1
remainder [1] 24/4
remaining [2] 7/14
8/17
remains [1] 33/19
50/23
remember [1] 17/22
remotely [1] 61/7
repeat [1] 16/25
reply [1] 59/6
report [3] 11/2 26/18
28/20
Reporter [4] 4/2 4/2
4/3 4/3
reporting [1] 61/7
reports [3] 7/8 27/14
41/24
representation [3]
56/23 57/17 57/17
reprocess [1] 24/23
24/5 25/14 31/13 31/16
35/11 51/23 56/8
requested [2] 23/24
24/19
requesting [1] 36/17
requests [4] 23/21
43/17 51/5 58/10
required [1] 57/6
reschedule [1] 6/23
reserve [1] 16/5

**R**

reserved [1]  13/21
resolve [4]  14/25 16/1
18/23 46/25
resolved [1]  29/11
resources [1]  48/23
respect [10]  12/1 24/20
30/15 35/23 35/25
36/11 50/17 51/5 51/11
57/7
respective [1]  44/10
respects [1]  52/20
response [1]  42/22
responsive [3]  43/16
43/17 46/1
responsiveness [1]
46/2
rest [2]  20/25 48/6
restricted [1]  32/18
result [3]  21/17 52/13
57/16
results [1]  31/6
retain [1]  24/22
retained [2]  48/7 48/8
return [3]  24/19 26/11
35/21
returns [1]  7/9
review [10]  9/8 11/11
12/5 12/8 12/12 21/3
37/18 41/9 55/15 58/2
reviewable [1]  11/25
reviewed [6]  8/7 9/18
11/19 11/21 45/20
47/23
reviewing [3]  28/18
34/11 58/10
RHODES [19]  1/6 3/16
5/8 5/15 6/2 7/18 18/3
22/14 25/25 26/6 50/14
51/16 54/22 55/21
55/24 56/23 57/1 57/18
57/22
Rhodes' [6]  8/2 8/10
8/19 25/13 35/25 41/18
Richmond [1]  3/14
right [33]  6/9 6/21 8/24
11/5 13/13 13/14 14/7
14/15 14/20 17/17
18/25 19/13 20/1 21/7
21/24 23/10 27/24 29/8
29/13 30/12 31/18
34/20 35/8 37/12 38/24
42/15 49/23 50/17
51/16 56/21 58/1 59/17
60/15
RIOS [1]  3/8
rise [1]  5/2
Ritchie [1]  2/3
RMR [2]  61/2 61/11
Roberto [2]  2/21 5/10
robustly [1]  55/13
rolling [4]  10/13 22/17
24/13 52/4
roughly [1]  22/9
Rule [2]  51/1 51/3
Rule 12 [2]  51/1 51/3
ruled [1]  52/25
rulings [1]  54/21
runs [1]  54/1

**S**

said [17]  8/20 12/18
16/25 30/6 36/5 40/4
41/18 43/9 44/18 51/23
52/24 53/19 56/1 56/2
56/4 56/8 59/5
salesmen [1]  29/21
same [6]  19/9 19/12
19/23 23/3 25/9 46/22
satisfactorily [1]  32/1
satisfy [1]  57/14
say [21]  12/15 15/3
15/19 18/11 19/1 21/14
21/22 29/22 30/3 30/7
30/10 39/20 39/25 42/2
42/5 45/7 49/1 51/12
52/11 54/4 59/21
saying [2]  28/8 33/1
scans [1]  33/7 33/19
schedule [2]  13/15
53/21
scheduled [2]  43/14
53/12
scheduling [3]  20/18
22/23 35/23
Schuck [1]  3/25
scope [3]  12/23 57/18
59/23
scoped [5]  7/10 11/11
12/15 12/23 39/5
scoping [1]  24/3
scott [4]  3/7 3/10 5/21
42/18
Scott Weinberg [1]
42/18
seal [1]  33/19
search [5]  7/9 8/11 9/4
41/25 44/9
searchable [1]  37/23
searched [5]  8/12 8/17
8/20 8/21 9/3
searches [1]  44/22
searching [1]  39/12
seated [1]  5/5
second [4]  13/22 28/3
38/10 51/8
secured [1]  31/2
security [1]  9/19
see [11]  6/10 15/8 22/7
26/21 31/9 33/2 47/16
48/13 54/13 54/14
60/16
seeking [3]  49/4 51/5
60/3
seem [3]  24/4 32/1
35/12
seems [4]  25/19 32/4
60/6 60/13
seen [1]  50/23
seized [5]  7/18 8/11
8/18 9/3 25/19
seizing [1]  7/11
selecting [1]  15/1
send [1]  35/21
sender [1]  42/1
sense [6]  10/25 11/20
15/10 25/6 25/22 26/8
sensitive [1]  22/14
sent [6]  31/7 31/9
42/20 43/17 43/19
46/18
sentiments [1]  46/23
separate [1]  52/7
separately [1]  19/20
September [11]  13/24
13/25 14/1 15/2 21/20
21/22 22/8 35/12 36/4
43/2 50/15
series [1]  50/7
serves [1]  13/22
Service [2]  56/5 56/9
Services [1]  3/25
session [3]  5/3 40/25
43/14
set [7]  12/2 13/20
21/23 33/13 38/3 50/9
51/19
sets [1]  43/1
several [2]  37/15 40/12
share [2]  37/7 55/15
sharing [1]  40/14
shattered [1]  15/16
she [3]  18/15 18/16
37/20
shopping [1]  38/21
short [5]  9/21 14/25
16/11 17/11 29/11
should [8]  8/21 11/25
21/21 25/11 27/6 30/22
58/16 59/15
shouldn't [1]  59/21
sign [1]  57/23
Signal [2]  23/17 47/11
signed [2]  40/25 43/11
significant [6]  8/13
8/16 11/9 11/15 14/17
24/21
simply [2]  24/1 52/16
since [1]  7/7
sir [1]  53/7
situation [3]  14/19
45/15 45/17
slotted [1]  51/3
small [3]  7/14 9/15
9/20
so [88]
So to [1]  46/19
social [1]  11/12
software [2]  28/17
29/21 37/3 37/8 45/23
46/16
Soller [1]  57/20
solve [2]  23/5 44/8
some [43]  7/8 7/9 8/16
10/8 10/18 10/19 12/25
13/17 13/17 14/24 16/2
18/10 20/22 21/10
22/18 23/13 24/10
28/21 28/23 30/6 30/21
31/5 33/8 34/12 34/15
35/20 35/24 36/10
36/18 37/20 38/11 39/7
sort [1]  38/20
strange [1]  34/15
streamline [1]  23/5
Street [4]  1/13 2/8 3/4
3/22
strikes [1]  31/9
stuff [3]  27/15 27/20
45/25
SUAREZ [1]  3/8
subject [1]  61/6
subjects [4]  9/4 9/9 9/9
18/7
submissions [1]  32/20
subpoena [1]  59/4
substance [1]  42/10
substantial [1]  60/2
successfully [1]  50/9
such [2]  29/1 29/1
sufficiency [1]  52/18
sufficient [1]  22/10
suggest [4]  15/25 17/5
27/8 41/6
suggestion [1]  57/5
suggestions [1]  60/4
suite [7]  2/4 2/23 3/4
3/9 3/18 3/22 19/23
supervisors [1]  33/2
supplemental [1]  58/9
supportive [1]  60/8
supposed [2]  47/2
58/23 58/24
suppression [4]  51/6
51/23 52/8 52/9
supression [1]  52/2
supression-type [1]
52/2
sure [15]  18/8 25/2
26/1 31/8 31/9 33/24
36/21 38/15 39/23
40/10 44/2 52/4 57/25
58/5 58/23
surprise [2]  30/15 37/5
surveillance [3]  39/3
39/9 39/14
suspect [1]  8/2
sympathetic [1]  31/14
system [1]  40/14

**T**

tagged [1]  7/10
tails [1]  32/10
take [6]  28/7 35/3
48/24 50/18 58/16
59/18
taken [1]  22/18
takes [2]  33/3 46/5
taking [2]  10/9 41/15
talk [1]  13/15 20/21
21/4 49/6
talked [4]  27/12 48/20
56/23 59/4
talking [2]  36/11 48/4
tape [1]  32/9
team [5]  12/7 36/14
39/17 48/19 49/18
technical [5]  28/12
28/19 48/17 50/8 50/12

sooner [6]  18/23 30/18
30/22 30/23 49/15
51/10
sorry [11]  15/15 15/21
19/19 38/1 43/7 51/17
51/19 51/21 53/16 55/1
56/18
sort [10]  25/5 28/6 29/9
36/25 37/22 38/20
39/16 49/9 49/11 50/3
52/7 56/4 60/6
sounds [1]  25/11
source [1]  40/19
speak [6]  6/16 25/24
38/21 41/12 45/8 54/11
specific [5]  7/3 7/6
10/7 36/16 42/7
specifically [1]  55/12
specify [1]  20/11
speedy [2]  55/1 55/12
spoke [2]  37/20 42/24
spoken [2]  56/16 56/19
Squad [1]  46/9
Sr [1]  2/2
stack [2]  26/18 26/23
27/4 41/19
stand [1]  10/15
standard [1]  60/2
start [5]  7/1 18/2 18/21
22/20 47/2
started [2]  34/5 42/21
stated [1]  55/12
statements [1]  9/16
STATES [4]  1/1 1/3
1/10 5/7
status [1]  1/9 6/9 7/2
7/20 11/2 15/2 19/17
29/12 50/12 55/4 58/3
statutes [1]  52/19
stay [1]  56/8
stemming [1]  9/19
stenography [1]  4/6
step [2]  28/24 31/22
steps [5]  32/23 33/1
33/3 33/13 50/6
STEWART [3]  1/6 3/16
5/8
still [15]  7/19 8/8 10/11
12/16 17/24 18/16
20/11 20/24 30/8 30/19
44/16 44/20 50/10 58/5
59/7
stipulate [1]  26/10

44/15 45/3 45/4 46/22
50/3 50/18 58/12 58/14
somebody [3]  19/3
27/17 52/24
someone [1]  38/18
something [16]  6/23
25/15 28/24 29/11 30/2
30/13 30/21 36/8 48/22
49/3 49/3 50/5 50/11
52/4 56/11 58/24
sometimes [1]  43/23
somewhat [1]  32/4
soon [4]  16/15 23/2
24/9 30/14

story [1]  32/13
stop [1]  38/20

**T**

technological [3]
10/10 24/23 61/7
technologically [2]
46/15 46/15
teleconference [1] 6/4
telegraph [1] 47/11
telephone [2] 8/10
15/12
telephones [1] 24/20
tell [5] 22/13 26/19
30/25 49/15 56/7
ten [1] 23/21
terms [8] 10/16 10/23
11/1 15/8 24/14 24/17
56/15 59/11
Terrific [1] 56/21
testify [1] 9/24
testimony [3] 9/13
59/23 60/12
text [3] 23/17 26/7
41/16
texted [1] 33/12
than [24] 11/7 12/25
18/24 20/16 21/25
22/10 22/10 22/15 23/6
23/19 26/18 26/23 27/9
29/15 33/25 35/3 38/2
39/8 49/15 51/10 54/12
57/6 59/9 60/12
thank [17] 7/5 13/13
17/16 18/8 35/13 35/14
37/11 39/23 44/24 45/1
47/5 49/20 55/20 57/24
58/6 60/15 60/18
thank you [13] 7/5
13/13 17/16 35/14
37/11 39/23 44/24 45/1
47/5 55/20 57/24 58/6
60/15
that [385]
that'll [3] 15/20 15/21
36/24
that's [47] 7/20 10/14
11/21 12/24 13/9 13/13
15/13 15/25 16/1 17/7
21/1 21/1 25/15 26/13
27/7 27/18 27/23 27/25
28/14 28/17 28/24
32/13 32/25 37/18 38/2
38/24 40/19 41/19 43/3
44/1 47/2 47/13 47/22
48/22 49/3 50/12 53/7
53/23 54/23 56/10 57/3
57/5 57/11 57/22 58/5
58/22 59/22
their [11] 8/3 14/24
17/7 19/16 23/25 34/5
34/6 34/14 45/16 55/16
56/9
thelinderfirm.com [1]
3/20
them [15] 10/17 18/11
21/8 21/9 25/2 25/10
26/15 30/8 34/8 46/23
50/7 53/5 56/6 56/10
59/15
themselves [2] 24/18

then [28] 6/23 9/8 10/5
10/16 10/20 11/14 13/7
13/15 13/17 13/21 21/3
24/12 28/10 29/24
29/24 31/19 33/3 33/5
33/13 34/21 35/21
40/15 41/25 43/23
57/13 58/14 58/20
59/18
there [37] 7/16 7/17
7/21 8/21 9/2 9/15 9/18
10/5 11/6 11/10 13/2
17/14 17/23 18/10
20/22 21/18 24/11
24/23 27/8 29/25 32/17
37/5 37/23 40/11 42/9
42/24 44/16 44/19 47/3
48/15 52/17 54/3 56/11
56/12 57/8 58/2 59/2
there's [16] 7/4 18/16
21/10 21/21 21/25 23/7
30/19 32/2 32/24 39/8
41/25 48/10 50/3 50/7
60/4 60/15
therefore [1] 61/6
these [26] 6/5 7/4 8/16
9/23 10/4 11/14 11/16
12/1 12/2 12/13 12/18
13/3 13/10 21/17 25/1
26/3 26/3 26/6 30/18
33/7 34/8 46/22 47/11
48/14 50/24 52/25
they [13] 8/6 9/11 9/17
13/16 14/25 17/6 28/21
33/8 33/9 42/20 43/18
46/14 57/14
they'd [2] 28/20 56/10
they're [6] 28/17 33/14
34/7 42/21 45/24 45/25
they've [3] 18/11 27/5
35/19
thing [4] 17/12 29/1
29/1 59/13
things [24] 6/10 10/15
12/9 23/8 23/11 23/13
23/13 30/6 33/20 35/8
35/10 36/24 37/4 39/13
39/22 43/24 45/22
46/18 47/3 47/10 47/12
52/13 52/14 55/24
think [56] 10/6 11/9
11/10 11/11 11/23
11/24 13/21 14/7 14/9
14/18 14/20 15/3 18/18
19/11 20/18 21/7 22/9
23/1 23/4 23/8 23/14
23/14 23/15 23/22 25/5
25/18 26/16 27/23
29/17 30/5 30/8 31/7
33/24 36/17 38/22
38/23 39/1 39/8 39/13
39/15 39/19 39/21 42/5
44/4 44/7 44/8 44/10
45/9 48/5 48/12 48/22
50/4 50/20 51/9 52/6
59/6
thinking [2] 50/23

this [100]
Thomas [2] 2/2 5/12
thorough [1] 57/4
those [37] 7/12 8/3
9/21 10/13 11/18 13/6
13/8 18/1 18/7 20/4
21/23 21/25 22/9 22/9
24/1 24/13 24/22 25/10
25/12 30/6 30/15 30/20
37/4 39/21 44/22 48/2
50/12 52/7 52/20 52/22
52/23 54/20 54/21
54/22 55/17 59/12
60/10
though [1] 42/12
thought [5] 12/15 28/8
29/4 37/6 38/3
thoughts [4] 14/2 14/3
14/6 14/24
three [4] 10/2 46/6 46/7
54/12
through [29] 8/6 19/6
20/3 23/16 23/24 26/10
26/23 27/20 28/1 28/15
30/11 30/17 39/12
39/15 39/16 40/14
40/21 40/24 41/19
43/12 45/7 47/12 47/19
53/14 53/17 55/3 55/4
55/10 55/19
throughout [2] 11/17
12/10
time [36] 7/18 8/3 8/18
9/21 12/5 14/14 16/14
17/2 18/17 22/15 22/18
25/3 25/9 26/20 30/24
31/15 32/4 33/10 35/22
37/1 42/4 42/5 43/14
46/4 52/4 52/15 53/4
53/7 53/8 55/10 55/18
55/19 55/25 56/2 56/4
59/4
timeline [3] 11/20 22/6
26/20
timely [1] 40/2
times [2] 15/14 56/6
timetable [1] 51/24
timing [2] 20/18 21/10
tiny [1] 23/11
titled [1] 61/4
today [5] 6/15 15/3
15/19 46/25 55/3
together [5] 17/3 56/1
58/3 58/9 59/5
token [1] 50/9
told [3] 16/18 43/13
55/3
tolled [1] 55/3
tolling [2] 55/2 55/4
tomorrow [1] 45/21
too [2] 23/22 31/19
took [1] 48/2
tool [1] 39/12
tools [1] 39/16
touch [2] 41/11 49/5
tour [1] 35/4
toward [1] 36/6

track [1] 10/7
training [2] 40/25
43/14
transcript [3] 1/9 4/6
61/3
transcription [1] 4/6
transcripts [2] 9/12
9/12
transmission [1] 29/25
trial [51] 10/3 12/6
13/15 13/19 13/20
13/22 14/6 14/22 14/25
15/2 15/5 15/10 15/22
15/24 16/6 16/12 17/4
21/2 21/6 21/19 22/1
23/1 23/19 25/3 30/7
36/1 36/12 36/20 37/3
37/8 42/10 44/17 45/14
45/21 45/21 48/5 48/13
48/15 48/24 50/21 51/2
51/8 51/21 52/3 53/12
53/16 54/1 55/2 55/12
55/16 55/18
trials [4] 9/24 12/2
21/18 53/13
tried [4] 16/14 21/15
21/16 46/7
trouble [1] 38/11
try [6] 14/10 23/5 39/18
46/5 46/8 58/14
trying [7] 18/13 24/13
29/18 29/20 29/24
31/11 58/8
Tuesday [2] 41/1 42/20
turn [11] 13/8 13/15
17/12 22/21 24/2 29/14
31/19 34/21 42/15
44/13 49/23
turned [2] 24/18 24/18
turning [3] 25/10 45/24
45/24
two [20] 7/16 9/6 10/2
11/10 11/18 11/19
11/24 18/1 18/7 22/9
23/11 25/6 37/8 39/21
44/14 46/5 48/5 48/20
50/12 55/23
TX [1] 3/18
type [5] 9/10 52/2
52/21 60/2 60/10
types [1] 41/8
typically [1] 45/13

**U**

U.S [1] 1/12
UFDR [4] 28/15 28/20
28/24 29/4
Ulrich [7] 3/12 5/12
5/22 6/3 43/6 43/7
54/18
uncertain [1] 14/8
uncharged [2] 9/4 9/9
uncompress [1] 29/24
under [2] 33/19 38/19
understand [16] 10/23
14/11 21/11 22/3 27/3
27/4 30/19 31/21 31/21

towers [1] 10/7

understanding [4]
10/17 38/2 38/8 53/19
understood [4] 27/7
38/4 42/15 56/14
undoable [1] 14/13
unfiltered [1] 24/7
unfortunately [1]
32/19
UNITED [4] 1/1 1/3
1/10 5/7
United States of [1]
5/7
Unless [1] 60/15
unlikely [1] 53/1
unreasonable [1] 24/4
unscoped [1] 24/7
until [4] 15/2 21/19
22/1 34/14
unusual [1] 25/19
unworkable [2] 32/14
37/23
up [26] 10/7 10/12
10/17 16/1 18/6 23/7
23/21 30/7 33/3 33/13
38/3 40/7 40/25 43/11
43/23 44/3 45/2 46/6
46/8 50/4 50/9 50/18
51/8 55/22 58/14 59/18
upcoming [1] 50/25
update [2] 7/2 11/9
updated [1] 43/19
updates [1] 43/22
uploaded [1] 11/19
uploading [1] 12/17
urge [4] 49/5 49/13
51/9 52/22
us [19] 9/20 15/20
15/21 16/6 16/13 16/16
18/14 20/22 21/1 21/5
22/7 22/11 24/24 26/8
26/10 43/1 44/17 53/23
54/20
USAFx [4] 40/14 43/20
43/22 46/18
USCR [1] 41/13
usdoj.gov [1] 1/15
use [3] 27/16 27/25
37/9
used [3] 26/19 38/16
45/18
useful [2] 37/17 40/3
user [1] 40/24
user-friendly [1] 40/24
ushered [1] 33/12
using [1] 42/5
utilizing [1] 40/5

**V**

VA [1] 2/14
Vallejo [9] 3/21 5/13
5/24 6/5 6/24 22/15
25/12 49/24 50/14
various [1] 14/4
verification [1] 50/6
version [1] 29/5
versions [1] 7/12

**V**

**versus [1]** 5/7
**very [20]** 9/15 9/20
24/8 32/24 34/13 34/15
34/15 40/1 40/2 40/23
41/15 41/21 43/17
45/10 45/25 46/1 47/8
47/16 58/7 60/2
**via [5]** 1/11 2/1 3/1 6/3
26/7
**video [7]** 38/3 38/6
38/9 39/7 39/10 39/14
58/10
**videoconference [1]**
6/3
**videos [3]** 33/18 37/19
37/24
**view [2]** 38/20 40/9
**voicemails [2]** 47/15
47/15
**volume [4]** 40/5 40/6
40/18 41/7
**voluminous [1]** 45/13
**vote [1]** 23/1
**vouchers [1]** 49/9
**vs [1]** 1/5

**W**

**wait [2]** 21/11 24/3
**waiting [3]** 23/19 35/18
42/22
**waive [3]** 6/13 6/17
6/19
**waivers [1]** 57/2
**Walnut [1]** 3/4
**want [29]** 6/17 6/19
13/16 13/18 20/13 25/7
26/15 28/21 29/23 30/3
30/6 30/9 30/10 30/13
32/6 35/11 37/9 40/6
41/3 46/12 46/14 47/3
47/7 48/23 51/8 51/9
51/10 52/24 58/4
**wanted [5]** 36/9 51/22
58/4 58/22 58/25
**wanting [2]** 23/4 56/10
**wants [3]** 27/22 48/12
48/14
**warrant [6]** 7/9 8/11
8/18 9/4 47/22 47/25
**warrants [1]** 7/12
**was [38]** 8/11 11/6
11/6 16/18 16/24 20/6
20/7 27/8 28/9 28/9
28/14 28/25 29/4 33/11
34/25 37/17 37/23
37/24 38/5 38/7 38/8
38/14 38/19 38/19
39/24 43/13 45/17
47/11 47/17 51/1 54/4
56/4 58/23 58/25 59/3
59/6 59/9 59/11
**Washington [4]** 1/5
1/13 3/23 4/5
**wasn't [4]** 24/24 28/6
37/23 58/23
**Watkins [5]** 2/7 5/10
5/18 5/25 34/22

**way [15]** 16 19
20/11 23/10 25/23
28/17 32/6 34/4 37/17
37/24 40/21 41/14 43/3
43/12 48/10
**we [141]**
**We do [1]** 23/12
**We had [1]** 56/23
**we will [6]** 7/1 9/6
10/12 12/10 30/5 30/8
**we'd [1]** 45/20
**we'll [11]** 16/10 16/14
17/3 34/19 36/6 36/24
43/3 54/2 54/14 55/22
60/16
**we're [24]** 6/9 6/10
6/15 9/8 14/9 15/23
16/2 18/18 18/19 18/24
21/3 29/18 30/7 31/5
34/17 36/18 39/17
44/13 46/14 47/20
47/20 48/22 53/4 55/3
**we've [14]** 7/12 12/10
13/21 18/17 21/20
24/12 24/18 24/19
36/16 39/15 41/8 41/9
42/12 46/6
**weeds [1]** 29/16
**week [12]** 8/15 9/6
9/13 9/14 21/19 22/1
33/12 43/15 53/12
53/14 53/16 57/21
**weekly [1]** 40/13
**weeks [6]** 8/8 10/2
10/8 10/18 11/3 12/11
**Weinberg [6]** 3/7 3/8
5/21 42/16 42/18 44/18
**welcome [1]** 57/24
**well [26]** 6/22 7/19
8/19 9/7 9/10 12/4 15/6
15/18 21/20 22/23
26/25 29/8 29/15 30/13
32/2 32/19 33/15 34/24
35/5 38/9 38/13 40/16
53/4 55/17 59/10 59/17
**well-aware [1]** 33/15
**well-documented [1]**
32/19
**went [1]** 20/10
**were [26]** 7/17 8/16
8/17 9/3 9/17 15/15
17/23 17/24 22/19
23/13 24/9 24/11 24/12
28/8 32/17 32/17 32/17
34/16 35/1 36/2 36/11
47/15 55/25 58/3 59/5
59/6
**West [1]** 3/4
**what [43]** 13/14 14/6
14/8 16/25 19/15 19/17
27/5 27/7 28/13 29/23
30/25 31/18 32/11
33/24 34/6 35/6 39/1
42/6 42/6 43/9 43/22
44/9 44/18 45/24 46/24
49/5 49/7 49/7 49/11
49/13 49/15 49/15 51/9
51/23 51/25 53/16 54/2

**way [1]** 46 19
58/8 59/14
**what's [7]** 25/20 27/15
28/5 40/8 57/6 60/5
60/6
**whatever [5]** 14/3 26/7
26/15 28/20 37/8
**when [15]** 8/4 12/18
16/24 18/11 19/1 26/2
26/5 26/12 26/21 32/8
36/7 43/21 45/13 47/10
59/9
**whenever [2]** 36/11
43/17
**where [16]** 6/10 10/15
10/25 15/8 23/7 26/3
30/2 33/18 35/9 41/22
42/6 45/15 45/18 50/4
56/8 56/10
**whether [16]** 6/13 7/3
9/11 9/24 14/25 15/25
16/5 28/20 31/1 32/12
41/20 41/21 44/20
47/15 48/1 58/16
**which [22]** 7/11 8/19
10/2 15/5 15/19 16/6
17/20 20/11 21/3 21/14
24/20 33/18 38/10
40/14 40/15 40/20
43/14 47/16 49/2 51/2
52/3 52/16
**while [2]** 21/16 50/8
**whited [1]** 32/12
**whited-out [1]** 32/12
**who [28]** 7/16 9/24
9/25 10/21 11/16 14/6
17/4 17/23 17/24 19/11
19/16 20/4 20/22 22/19
30/16 30/20 32/17 33/9
33/11 33/19 34/16 35/1
48/8 49/10 50/22 54/20
57/10 57/12
**who's [7]** 15/24 16/3
17/10 42/1 42/1 52/24
54/6
**who've [3]** 19/9 22/15
24/14
**whoever [1]** 54/10
**whole [2]** 25/22 49/9
**wholesale [1]** 24/2
**whom [3]** 15/5 34/13
57/12
**whose [1]** 20/6
**why [6]** 8/24 18/2 22/7
44/1 47/8 49/17
**wife's [1]** 47/24
**will [45]** 7/1 8/8 8/14
8/19 9/6 9/16 9/20 9/24
10/2 10/12 11/25 12/4
12/10 13/6 13/8 15/19
17/4 18/11 29/9 30/5
30/8 31/10 36/14 37/22
38/24 39/3 39/6 39/12
39/15 39/20 39/25 41/1
42/8 43/1 43/13 44/21
47/5 51/14 52/4 52/4
55/9 55/18 55/19 57/21
60/13

**William [4]** 2/9 2/13
61/11
**wiretapped [2]** 47/21
47/25
**Wise [1]** 57/19
**wish [1]** 57/23
**within [4]** 9/6 10/2 10/7
11/23
**without [3]** 25/1 47/22
47/25
**witness [3]** 9/10 9/16
9/23
**witnesses [5]** 9/5 9/24
9/25 21/3 34/9
**won't [1]** 53/5
**word [1]** 57/11
**words [2]** 27/6 45/10
**work [7]** 18/22 18/22
19/23 20/20 39/17
50/11 58/10
**workable [1]** 40/21
**worked [2]** 30/17 49/7
**working [7]** 12/8 17/24
36/1 36/5 50/7 50/8
54/6
**works [2]** 38/16 53/3
**worn [3]** 39/2 39/9
39/14
**would [63]**
**wouldn't [3]** 6/19 22/8
37/5
**wrap [1]** 10/7
**wrapped [1]** 55/22
**wraps [1]** 10/12
**wrong [1]** 57/11
**wrongdoing [1]** 60/8

**Y**

**yeah [3]** 18/12 34/17
53/20
**year [1]** 8/12
**years [1]** 45/17
**yes [11]** 7/5 8/1 9/1
18/4 31/24 34/3 37/11
42/3 43/8 53/8 53/8
**yesterday [1]** 32/7
**yet [13]** 16/8 16/9
18/10 18/17 18/20 19/2
19/4 19/7 19/16 38/15
38/16 40/22 44/7
**you [140]**
**you'd [2]** 18/6 29/13
**you'll [4]** 19/8 34/2
46/20 54/2
**you're [14]** 6/23 25/16
26/21 32/8 33/25 34/1
41/15 41/20 41/21 49/4
49/18 53/16 60/3 60/11
**you've [5]** 19/1 31/1
37/6 43/24 60/1
**your [83]**
**Your Honor [55]** 5/6
6/17 6/19 7/5 8/1 8/5
9/1 11/2 13/1 13/4
13/25 14/11 16/17
16/21 17/16 18/4 19/21
20/14 24/6 25/24 27/1
28/2 28/13 31/24 35/16

38/22 42/17 43/4 43/8
44/22 45/1 45/6 45/7
45/17 45/22 46/11 47/5
47/19 48/3 48/4 48/12
49/20 50/1 53/9 53/11
53/23 54/15 54/17 55/6
55/7 58/6

**Z**

**Zaremba [3]** 4/2 61/2
61/11
**ZOOM [3]** 1/11 2/1 3/1