UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSEPH HACKETT, )<br>)<br>Defendant. ) | No. 22-cr-15 (APM)-7 |

**NOTICE TO JOIN MOTIONS OF CO-DEFENDANTS**

Defendant, Joseph Hackett, by and through his undersigned counsel, hereby gives notice that he adopts and joins the following motions:

1)     Motion to Dismiss Count 1, 2, 3, and 4 of the Indictment
        Thomas Edward Caldwell, 4/12/22, Doc. 84

2)     Motion to Change Venue
        Thomas Edward Caldwell, 4/15/22, Doc. 93

3)     Motion to Dismiss Count One and Strike Surplusage
        Edward Vallejo, 4/16/22, Doc. 94 and Doc. 95

        Respectfully submitted,

        _____/s/ Angela Halim_____
        Angela Halim, Esq.,
        3580 Indian Queen Lane
        Suite 10A
        Philadelphia, PA  19129
        (215) 300-3229
        angiehalim@gmail.com

        Counsel for Joseph Hackett

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of the foregoing Notice to Join Co-Defendants' Motions was electronically filed with the Clerk of the U.S. District Court for the District of Columbia via CM/ECF. The same is available for viewing and downloading upon the following:

AUSA Jeffrey Nestler
AUSA Kathryn L. Rakoczy
Office of the United States Attorney
555 4th Street, NW
Washington D.C. 20001

                  /s/ Angela Halim
                  Angela Halim, Esq.

Dated: April 16, 2022