IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> v. <br><br> **KENNETH HARRELSON** <br><br> **Defendant** | ) <br> ) <br> ) <br> ) <br> ) **Criminal No. 1:22-cr-00015-APM** <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT KENNETH HARRELSON'S AMENDED OPPOSITION
TO THE GOVERNMENT'S MOTIONS IN LIMINE (ECF 213, 214, and 215)
REGARDING ANTICIPATED TRIAL EVIDENCE**

Defendant, Kenneth Harrelson, by and through undersigned counsel, Bradford L. Geyer, Esq., and pursuant to this court's Pretrial Order, dated May 12, 2022, (ECF 133), hereby files his Opposition to the Government's three (3) Motions in Limine, docketed at ECF 213, 214, and 215. In support of his Opposition, Harrelson files his companion Memorandum of Law.

The undersigned counsel has consulted with the prosecution on Harrelson's opposition to the prosecution's motions.

Dated: August 15, 2022         RESPECTFULLY SUBMITTED
                               KENNETH HARRELSON, *By Counsel*
                               /s/ Brad Geyer

                               Bradford L. Geyer, PHV
                               PA 62998
                               NJ 022751991
                               Suite 141 Route 130 S., Suite 303
                               Cinnaminson, NJ 08077
                               Brad@FormerFedsGroup.Com
                               (856) 607-5708

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2022, a true and accurate copy of the forgoing was electronically filed and served through the ECF system of the U.S. District Court for the District of Columbia.

/s/ Brad Geyer
Bradford L. Geyer, PHV
PA 62998
NJ 022751991
Suite 141 Route 130 S., Suite 303
Cinnaminson, NJ 08077
Brad@FormerFedsGroup.Com
(856) 607-5708