IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-cr-15 (APM) |
| | : | |
| **ROBERTO MINUTA,** | : | |
| **JOSEPH HACKETT,** | : | |
| **DAVID MOERSCHEL, and** | : | |
| **EDWARD VALLEJO** | : | |
| | : | |
| **Defendants.** | : | |

### GOVERNMENT'S NOTICE REGARDING EXHIBITS FORMALLY MOVED INTO EVIDENCE AT THE CONCLUSION OF THE GOVERNMENT'S CASE AT TRIAL

On January 18, 2023, the government notified the Court and counsel of the following items of evidence that the government had either inadvertently forgotten to move into evidence when the exhibits were identified and/or published during trial, or that were admitted but the record failed to capture their admission:

- Exhibit 1.S.696.18155 (this exhibit was inadvertently read into the record as Exhibit 1.S.69618155);

- Exhibit 1056.7029.0236.E.A (this exhibit was inadvertently read into the record as 1056.7029.0236-0337.E.A);

- Exhibit 1503.1 [FULL] (this exhibit was inadvertently read into the record as Exhibit 1503.1);

- Exhibit 1557 and 9514 (revised to correct spelling of Enrique Tarrio's name and, on 9514, to amend individual exhibit numbers for slides 54 and 55);

- Exhibits 3050, 3051, 3053-3069, 3071-3076, 3078 (stipulations all parties have recently signed and the government intends to enter as part of the trial record);

- Exhibit 4814 (this exhibit was inadvertently read into the record as 4804);

- Exhibit 6773 (the Court ruled this exhibit was admissible and it was published to the jury, but the record is not clear that the Court formally admitted the exhibit);

- Exhibits 9523.1 – 9523.4 (these clips were identified and admitted thru timestamp only);

- Exhibit 9652 (revised message numbers and timestamp on slide 13); and

- Exhibit 9800 (Spreadsheet of Government Admitted Statements and Key).

The government would also like to note that the following admitted exhibits were omitted from the transcript indices:

- Exhibit 1000.SS (admitted on page 1213)

- Exhibit 6784 (admitted on page 3691)

- Exhibit 9700 (admitted on page 3723)

WHEREFORE, the United States respectfully requests that the record reflect the admission of the above-listed items of evidence during the government's case at trial.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:      /s/
Troy A. Edwards, Jr.
Assistant United States Attorney
NY Bar No. 5453741
Jeffrey S. Nestler
Kathryn L. Rakoczy
Assistant United States Attorneys

Louis Manzo
Alexandra Hughes
Special Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530

3