IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 22-cr-15 (APM) |
| v. | : |
| (1) ROBERTO MINUTA, | : |
| (2) JOSEPH HACKETT, | : |
| (3) DAVID MOERSCHEL, and | : |
| (4) EDWARD VALLEJO | : |
| Defendants. | : |

## VERDICT FORM

**Count One: Seditious Conspiracy**

    A. Verdict as to each defendant:

        **(1)** *Roberto Minuta*

        Guilty __X__  Not Guilty _____

            i. **If guilty of the conspiracy charged in Count One, which object(s) do you unanimously find the defendant conspired to achieve:**

                _____ To oppose by force the authority of the Government of the United States

                __X__ To use force to prevent, hinder, or delay the execution of any law of the United States

1

**(2) *Joseph Hackett***

Guilty __X__ Not Guilty _____

    i. **If guilty of the conspiracy charged in Count One, which object(s) do you unanimously find the defendant conspired to achieve:**

        _____ To oppose by force the authority of the Government of the United States

        __X__ To use force to prevent, hinder, or delay the execution of any law of the United States

**(3) *David Moerschel***

Guilty __X__ Not Guilty _____

    i. **If guilty of the conspiracy charged in Count One, which object(s) do you unanimously find the defendant conspired to achieve:**

        _____ To oppose by force the authority of the Government of the United States

        __X__ To use force to prevent, hinder, or delay the execution of any law of the United States

**(4) *Edward Vallejo***

Guilty __X__ Not Guilty _____

    i. **If guilty of the conspiracy charged in Count One, which object(s) do you unanimously find the defendant conspired to achieve:**

        _____ To oppose by force the authority of the Government of the United States

        __X__ To use force to prevent, hinder, or delay the execution of any law of the United States

**Count Two: Conspiracy to Obstruct an Official Proceeding**

A. Verdict as to each defendant:

**(1) *Roberto Minuta***

Guilty __X__ Not Guilty _____

**(2) *Joseph Hackett***

Guilty __X__ Not Guilty _____

**(3) *David Moerschel***

Guilty __X__ Not Guilty _____

**(4) *Edward Vallejo***

Guilty __X__ Not Guilty _____

**Count Three: Obstruction of an Official Proceeding**

**(1) *Roberto Minuta***

Guilty __X__ Not Guilty _____

**(2) *Joseph Hackett***

Guilty __X__ Not Guilty _____

**(3) *David Moerschel***

Guilty __X__ Not Guilty _____

**(4) *Edward Vallejo***

Guilty __X__ Not Guilty _____

**Count Four: Conspiracy to Prevent Members of Congress from Discharging Their Duties**

A. Verdict as to each defendant:

(1) *Roberto Minuta*

Guilty __X__  Not Guilty _____

i. If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:

__X__ To prevent a Member of Congress from discharging a duty as a Member of Congress

_____ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

(2) *Joseph Hackett*

Guilty __X__  Not Guilty _____

i. If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:

__X__ To prevent a Member of Congress from discharging a duty as a Member of Congress

_____ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

(3) *David Moerschel*

Guilty __X__  Not Guilty _____

i. If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:

__X__ To prevent a Member of Congress from discharging a duty as a Member of Congress

_____ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

4

**(4) *Edward Vallejo***

Guilty __X__  Not Guilty _____

    i. **If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:**

      __X__ To prevent a Member of Congress from discharging a duty as a Member of Congress

      _____ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

---

**Count Five: Destruction of Government Property**

**(2) *Joseph Hackett***

Guilty _____  Not Guilty __X__

**(3) *David Moerschel***

Guilty _____  Not Guilty __X__

---

**Count Six:   Tampering with Documents or Proceedings**

**(1) *Roberto Minuta***

Guilty _____  Not Guilty __X__

---

**Count Seven: Tampering with Documents or Proceedings**

**(2) *Joseph Hackett***

Guilty __X__  Not Guilty _____

5

**Count Eight: Tampering with Documents or Proceedings**

    **(3) *David Moerschel***

    Guilty \_\_\_\_\_  Not Guilty __X__

---

Date: January 23, 2023