

| Front of Post Card | Back of Post Card |
| --- | --- |

**Exhibit B**

Front of Postcard
Back of Postcard
LostNotStolen.org
ORLANDO FL 328
6 SEP 2022 PM 3 L
Joseph Bernard Hackett
God is not on your side.
Neither is the law.
Justice will prevail against you.
LostNotStolen.org
Romans 13:2
American Majority
1234 Main St
Anytown, USA 98745
ORLANDO FL 328
7 NOV 2022 PM 6 L
Joseph Bernard Hackett
The only good
oaf weeper
is an imprisoned
oaf weeper
LostNotStolen.org
Romans 13:2
American Majority
1234 Main St
Anytown, USA 98765
ORLANDO FL 328
31 JAN 2023 PM 2 L
Joseph Bernard Hackett
43-291557
GUILTY
of SEDITIOUS
CONSPIRACY!
God and Justice have triumphed.
Hate to say we told you so, but...
LostNotStolen.org
Romans 13:2

**Exhibit B**