



# Oath Keeper had 'death list' naming Georgia election officials leading up to Jan. 6 attack, DOJ says



**Oath Keeper had 'death list' naming Georgia election officials leading up to Jan. 6 attack, DOJ says** Stewart Rhodes, Kelly Meggs, Kenneth Harrelson, Jessica Watkins, Roberto Minuta, Joseph Hackett, David Moerschel, Thomas Caldwell and Edward Vallejo are all charged seditious conspiracy. (PHOTO: CNN)

**Exhibit D**