

Exhibit E



# Life College
## School of Chiropractic

Marietta, Georgia, USA

*does hereby declare*

## Joseph B. Hackett

*Official member of the Life College Alumni Association*

*in appreciation of dedication to Life, service to mankind,*

*and in gratitude for efforts made and talents given*

*on behalf of the College for its success.*

*Given this twentieth day of September, nineteen hundred and ninety-six.*



Dr. Richard Brice
*President, Alumni Association*



*Director of Alumni (Acting)*

**Exhibit E**



**Life College**
**School of Undergraduate Studies**

*Be it known that*

**Joseph B. Hackett**

*having completed the course of study prescribed by this College*

*is hereby awarded the Degree of*

**Bachelor of Science in Nutrition**

*for*

**Chiropractic Sciences**
*Cum Laude*

*with all the rights, privileges, and responsibilities pertaining to that degree*

*Conferred by the Board of Trustees upon recommendation of the Faculty,*

*this seventeenth day of September, nineteen hundred and ninety-three.*

Carl A. Standard
*Chairman, Board of Trustees*

John D. Hopkins
*Registrar*

Sid E. Williams
*President*

Ronald W. Roland

**Exhibit E**



# Life College
# School of Chiropractic

Marietta, Georgia, USA

*Be it known that*

## Joseph B. Hackett

*having completed the course of study prescribed by this College*

*is hereby awarded the Degree of*

## Doctor of Chiropractic

*with all the rights, privileges, and responsibilities pertaining to that degree.*

*Conferred by the Board of Trustees upon recommendation of the Faculty.*

*Given this twentieth day of September, nineteen hundred and ninety-six.*



Dr. Rebecca Ray
Chairman, Board of Trustees

Sid. E. Williams
President

Bruce A. Emery
Registrar

Karen Marlucci
Vice President for Academic Affairs/
Academic Dean (Acting)

**Exhibit E**



**Exhibit E**



*Life College*
*School of Chiropractic*
Marietta, Georgia, USA.

*Be it known that*

# Joseph B. Hackett

*has demonstrated competency in the*
*Theory and Practice while completing*
*the required course of study at Life College*
*and is therefore awarded this certificate in*

## EMERGENCY PROCEDURES AND BASIC LIFE SUPPORT

*Given this ninth day of December, nineteen hundred and ninety-four*



Dr. Andrew H. Krantz
Andrew H. Krantz, R.EMT, B.S., D.C., D.A.C.T.S.
*Certified D.H.R. Instructor*

**Exhibit E**

# THE NATIONAL BOARD OF CHIROPRACTIC EXAMINER



PRESENTS THIS

## Certificate of Attainment

TO

## Joseph B. Hackett

AS EVIDENCE OF SATISFACTORY COMPLETION OF

THE PART I AND PART II EXAMINATIONS OF

THE NATIONAL BOARD OF CHIROPRACTIC EXAMINERS

1996

**Exhibit E**