IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )      CR No. 22-15
                                   )      Washington, D.C.
          vs.                      )      December 8, 2022
                                   )      9:15 a.m.
ROBERTO A. MINUTA, ET AL.,         )
                                   )      Day 3
          Defendants.              )      Morning Session
_____    )

TRANSCRIPT OF JURY SELECTION PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Jeffrey S. Nestler
                             Alexandra Hughes
                             Louis Manzo
                             Troy Edwards
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant Minuta:         William Lee Shipley, Jr.
                              LAW OFFICES OF
                              WILLIAM L. SHIPLEY
                              PO Box 745
                              Kailua, HI 96734
                              (808) 228-1341
                              Email: 808Shipleylaw@gmail.com

For Defendant
Joseph Hackett:               Angela Halim
                              3580 Indian Queen Lane
                              Philadelphia, PA 19129
                              215-300-3229
                              Email: angiehalim@gmail.com


For Defendant
David Moerschel:              Connor Robert Martin
                              BROWN, SUAREZ, RIOS & WEINBERG
                              1532 Jackson Street
                              Fort Myers, FL 33901
                              (239) 337-9755
                              Email: connor@bsrlegal.com

                              Scott Weinberg
                              BROWN, SUAREZ,
                              RIOS & WEINBERG
                              265 E Marion Avenue
                              Suite 114
                              Punta Gorda, FL 33950
                              (941) 575-8000
                              Email: scott@bsrlegal.com

For Defendant
Edward Vallejo:               Matthew J. Peed
                              CLINTON & PEED
                              1775 Eye Street, NW
                              Suite 1150
                              Washington, D.C. 20006
                              (202) 919-9491
                              Email: matt@clintonpeed.com
```

```
1                    P R O C E E D I N G S
2          DEPUTY CLERK:  All rise.  The Court is now in
3   session; the Honorable Amit P. Mehta now presiding.
4          THE COURT:  Please be seated, everyone.
5          COURTROOM DEPUTY:  Good morning, Your Honor.
6   This is Criminal Case No. 22-15, United States of America
7   versus Defendant No. 6, Roberto A. Minuta; Defendant 7,
8   Joseph Hackett; Defendant 8, David Moerschel; and
9   Defendant 11, Edward Vallejo.
10          Kathryn Rakoczy, Jeffrey Nestler, Alexandra
11  Hughes, Troy Edwards, and Louis Manzo for the government.
12          William Shipley for Defendant Minuta.
13          Angela Halim for Defendant Hackett.
14          Scott Weinberg and Connor Martin for Defendant
15  Moerschel.
16          And Matthew Peed for Defendant Vallejo.
17          All named defendants are present in the courtroom
18  for these proceedings.
19          THE COURT:  Okay.  Good morning again, everybody.
20  I hope everybody is well.
21          I understand defense counsel wanted to raise
22  something before we got started.
23          MR. SHIPLEY:  If I can, Your Honor.
24          This implicates the jury selection so that's why I
25  wanted to bring it up right now.
```

1           On Tuesday afternoon, Mr. Nestler advised me that

2    he had some late discovery regarding my client involving a

3    communication between my client a member of the Proud Boys

4    name Dominic Pezzola, who's a lead defendant in

5    Judge Kelly's case set for next week.

6           This communication is referenced in the indictment

7    so it's a communication we've known about.  But we've never

8    received any discovery.  Now the discovery that we've

9    received is what Mr. Nestler told me was coming.  Through an

10   email glitch that he suffered, we didn't actually get that

11   discovery till yesterday.  We now know that the government's

12   source of this communication, it's a text message that was

13   screen-shotted by Mr. Pezzola and sent to another Proud Boy

14   named Matthew Greene.

15          Apparently this is not on Mr. Pezzola's phone.

16   It's a Signal message, might have been sent to auto-delete,

17   I don't know.  They don't have Mr. Minuta's phone so they

18   didn't get it off of his phone.

19          But Mr. Greene says in a debriefing that it was a

20   screenshot that he received from Dominic Pezzola.

21          Mr. Nestler, on behalf of the government, his

22   request is that we stipulate to the authenticity and

23   foundation for purposes of the admission of this screenshot

24   with a representation being that if we don't, they'll call

25   Mr. Greene as a witness.

 1              Now, I don't think Mr. Greene's on the witness

 2    list.  Mr. Greene is a cooperating Proud Boy.  So we now

 3    have the aspect of a possible Proud Boy witness in this case

 4    drawing some kind of -- or insinuating some kind of link

 5    between the Proud Boys and the Oath Keepers, which was

 6    avoided in the first case to large measure, and, you know,

 7    given the publicity surrounding the Proud Boys, we haven't

 8    voir dired any of these jurors about what, if anything, they

 9    know about the Proud Boys case and the allegations against

10    them.

11              So we're not prepared yet.  We were discussing

12    this this morning.  We're not prepared yet to whether we are

13    going to accept the government's offer to stipulate the

14    message in, and I don't know that the government is prepared

15    to say they absolutely would not call Mr. Greene in that

16    circumstance.

17              THE COURT:  Remind me, what's -- I'm sorry,

18    Mr. Greene is who, he's another Proud Boy?

19              MR. SHIPLEY:  He's a Proud Boy who's cooperating,

20    he's plead guilty.

21              THE COURT:  He's one.

22              MR. SHIPLEY:  Correct.

23              We've been provided his interviews, his debriefs

24    where he went over this message.

25              Mr. Pezzola went through two proffer sessions

```
 1   under a proffer agreement.
 2              MR. NESTLER:  Objection.  Mr. Shipley, that
 3   information was not provided for being disclosed in open
 4   court.
 5              MR. SHIPLEY:  We're in open court and it's
 6   relevant to the discussion.
 7              MR. NESTLER:  If we could please go under seal to
 8   discuss things that people have said in a potential debrief.
 9              THE COURT:  Okay.
10         Well, before we do that, let's just ask the
11   following question, which is if you are not to stipulate --
12   well, let me ask, what's the connection -- does your client
13   have any connection to Mr. Greene?
14              MR. SHIPLEY:  No.
15              THE COURT:  Okay.
16              MR. SHIPLEY:  I think they met and Mr. Greene
17   identified him as somebody he met in a hotel room, but no
18   communication besides that.
19              THE COURT:  And so if Mr. Greene were to be called
20   simply to authentic a text message he received from someone
21   else, do you think you would need to get into the fact that
22   he is associated with this group and that he's agreed to
23   plead and that he's cooperating with the government?
24   I mean, if all he is is essentially a chain of custody,
25   authenticity witness.
```

```
 1              MR. SHIPLEY:  I don't know how much further the
 2   direct would go.
 3              THE COURT:  Well, that's the question I'm asking,
 4   which is, is this simply somebody who's going to be on the
 5   stand for five minutes and say, here's Exhibit X, can you
 6   tell us about Exhibit X, how did you receive it, and we're
 7   done with it.  I mean, the word Proud Boys never has to
 8   cross anybody's lips and the fact that he's cooperating
 9   never has to cross anybody's lips unless you think it's
10   relevant to his credibility about the transmission of this
11   text message.
12              MR. SHIPLEY:  Well, all I can say, Your Honor, is
13   Mr. Nestler's verbal communication to me was, well, you
14   don't want us calling a Proud Boy defendant in this case,
15   do you?
16              THE COURT:  Well, as I said, I would rather avoid
17   that being injected into the case, but some of that seems to
18   be up to you all.
19              Like I said, I mean, if there's not a stipulation
20   and if the only purpose of his testimony is to lay the
21   foundation for the admission of this text message, unless
22   you are going to insist on your right to cross-examine him
23   on his cooperation agreement, it seems to me we could avoid
24   all the problems that you've raised.
25              MR. SHIPLEY:  My concern simply is at this point,
```

```
 1   I can't answer those questions.
 2             THE COURT:  Well, then I can't rule.
 3             MR. SHIPLEY:  Well, actually, I just wanted to
 4   bring to the Court's attention because we're examining these
 5   jurors about what they've heard about the case and, you
 6   know, now we might have jurors that have heard things or
 7   read things about the Proud Boys case that suddenly becomes
 8   material in this case.
 9             THE COURT:  Well, as I said, I'm not sure how
10   material it would be, but I mean, if at most we have a
11   reference to the fact that the person's a member of the
12   Proud Boys, I don't know that that's fatal, certainly the
13   Proud Boys were discussed in the first trial, albeit in
14   limited fashion.
15             But, again, it's hard for me -- I'm not sure what
16   you're asking ultimately at this point other than just to
17   flag the issue.  And I appreciate you raising it, but it
18   seems to me there are a number of off-ramps here to avoid
19   the concerns that you have.
20             MR. SHIPLEY:  Okay.  I just didn't want to delay
21   any further and bring it to your attention.
22             Like I said, we've discussed it this morning,
23   we're going to continue to discuss it.  We haven't made a
24   decision yet as to the government's offer.  We make them up
25   on the offer and find a way, whether by motion in limine or
```

```
 1   otherwise, to raise the collateral -- or eliminate the
 2   collateral risk.
 3              THE COURT:  What's the text message?
 4              MR. SHIPLEY:  It's a reference to my client
 5   saying -- it's a text message from my client to Mr. Pezzola
 6   and my client saying that he had talked to -- and this is in
 7   December, so it's sort of -- it's just after the
 8   Jericho March, and it's saying that -- I can read it to you.
 9   It says, "Hey, brother," this is my client to Mr. Pezzola.
10   "Hey, brother, doing well, I heard about it," it is not
11   specified, "not sure of specifics yet.  Oath Keepers
12   president," Stewart Rhodes, "is pretty disheartened, he
13   feels like it's time -- it's go time.  The time for peaceful
14   protest is over in his eyes, I was talking to him last
15   night."
16              So I think the implication and suggestion the
17   government is going to raise is that from that point
18   forward, violence was in the offering.
19              THE COURT:  Okay.
20              Well, as I said, I mean, there seems to be some
21   reasonable offer that's available to avoid the concerns,
22   and, again, I don't know, Mr. Nestler, if your intention is
23   to call Mr. Greene if there's no stipulation to provide
24   anything other than the basic bare bones foundations for the
25   text message.
```

1          MR. NESTLER:  We offered Mr. Shipley a stipulation

2     to avoid having to call Mr. Greene to authenticate this

3     message.  I think that's what he's flagging.  If he has not

4     told us they want to agree, we will be prepared to call a

5     cooperator from the Proud Boys case to authenticate this

6     message.  We were hoping to avoid that.  I thought

7     Mr. Shipley would want to avoid that.  If he does not,

8     we will certainly go down that road.

9          There will be more evidence in this trial about

10    the Proud Boys' connection with the Oath Keepers because

11    Mr. Minuta was intimately involved with the Proud Boys in

12    December with Enrique Tarrio and with Dominic Pezzola and

13    others, along with Stewart Rhodes, so there will be some

14    more evidence about Proud Boys than in the first trial where

15    there was some evidence about Proud Boys.

16          But we were hoping to short-circuit all of that,

17    which is why we proposed the stipulation.

18          THE COURT:  Okay.  Well, as I said, I'm repeating

19    myself, there seems to be some off-ramps here, and until

20    those are exhausted, I'm not -- it's not clear to me there's

21    anything for me to do.

22          MR. SHIPLEY:  Thank you, Your Honor.

23          THE COURT:  Okay.  Yes, Mr. Peed.

24          MR. PEED:  This isn't related to jury selection,

25    but the government is asking for a stipulation about a

1    witness and if I could ask the Court sort of for a

2    preliminary ruling, it might enable that question to be

3    answered.

4            THE COURT:  Okay.

5            MR. PEED:  No need to make this sealed.

6            THE COURT:  Go ahead.

7            MR. PEED:  Okay.

8            The Court remembers Mr. Hancock, who did the

9    podcast, and he's asserting his Fifth, just for

10   authenticating the podcast.

11           I wanted -- my -- what I'd like to do is have him

12   come in and authenticate it and then just have a brief

13   cross-examination about the podcast, because if he's saying

14   this is fair and accurate, and I'd want to be able to have a

15   limited cross about Mr. Vallejo's comments and what does he

16   know about Mr. Vallejo's manner of speaking, you know,

17   questions just about the podcast.  So if that was considered

18   within the scope, I would just rather have the government

19   call Mr. Hancock and authenticate it, rather than doing it

20   by stip.

21           THE COURT:  Rather than to what?

22           MR. PEED:  Rather than doing it by stipulation.

23           THE COURT:  So are you asking me to give you an

24   advisory ruling so you can decide whether to stipulate to

25   something or not?

1    MR. PEED:  I guess, Your Honor, with that proffer,

2  am I allowed to ask those questions, so something like that?

3    THE COURT:  Here's the problem, I don't know,

4  maybe you are, maybe you aren't; but, you know, is he going

5  to come in here and take the Fifth again such that I'm going

6  to have to deal with that issue.

7    MR. PEED:  I think he is.

8    THE COURT:  And arguably compel the man to testify

9  and risk the possibility that he's going to say, I'm not

10  testifying.

11    MR. EDWARDS:  If it educates the Court, the

12  government would intend to ask, and I don't want to limit

13  it, but two questions, I mean, it would be severely limited

14  to, did you record this?  Set aside the Fifth Amendment

15  issue that he appears to keep raising, but it would be a

16  limited number of questions to authenticate the podcast.  So

17  it would be the government's position that getting into, did

18  you think Mr. Vallejo is kidding, is outside the scope of,

19  "Did you record this."

20    THE COURT:  Your suggestion that you want to

21  cross-examine him or call him if -- you can always call him

22  even if you stipulate, but that doesn't resolve the Fifth

23  Amendment problems that are going to arise if he walks

24  through the courtroom doors.

25    MR. PEED:  Excuse me, Your Honor?

1           THE COURT:  Any examination of him about anything

2    is going to implicate his Fifth Amendment rights, right?  If

3    he's going to insist on asserting, which he did at the first

4    trial and we avoided the spectacle of having to deal with

5    his Fifth Amendment assertion and the validity of that

6    assertion because there was a stipulation; whether you want

7    to have him brought in for the limited purpose of your cross

8    or whether you want to bring him in your case to ask the

9    questions you want to ask, the Fifth Amendment issue is

10   still present.  So if you want me to deal with that, I guess

11   I will, but, you know, I think I'd ask you to think about

12   how important it is that I need to do it but, you know, if

13   I've got to do it, I'll do it.

14           MR. PEED:  I think here it's fairly important

15   because, as the other person on that phone call, you have

16   Mr. Vallejo speaking to Mr. Hancock.  And if you've got --

17   it's like every other conversation that comes up in a case

18   where the person receiving it is uniquely situated to

19   express an opinion or information about whether that

20   communication should be taken literally or figuratively and

21   how it should be taken.

22           THE COURT:  But were they in the same room?

23           MR. PEED:  Well, they're friends, they've known

24   each other, they've texted a lot of times, and so they were

25   not in the same room, one man was in Arizona, one man is in

1   the Boston Inn -- or the Comfort Inn, but, you know,

2   I think -- since that's the conversation -- he's introducing

3   the conversation for the government so I would want to ask

4   very limited questions about, "Okay, this statement by

5   Mr. Vallejo in this conversation, how did you take that,"

6   that kind of thing.

7          I don't see a Fifth Amendment issue but I think

8   the Court would need to tee it up and make the ruling, and

9   then Mr. Hancock could decide, you know, if he's going to go

10  to jail, I guess, but it seems pretty important to me in

11  Mr. Vallejo's defense.

12         THE COURT:  Well, if you're asking me right now to

13  make a ruling about his assertion of the Fifth, I'm not

14  going to do it, because I had a very limited conversation

15  with him the first go-around and it was mainly, if not

16  exclusively, to advise him he needed to show up, and it

17  never got to the point where I needed to make an assessment

18  of the Fifth Amendment assertion.  I'll be prepared to do

19  that if that's what's required.  But as I said, I'm not

20  going to, at this point, say one way or another --

21         MR. PEED:  I'm not asking the Court --

22         THE COURT:  -- whether I think he's got a valid

23  Fifth Amendment privilege.

24         MR. PEED:  That's not my question to the Court;

25  I'm not asking for the Court to rule on that.

```
1              I guess my question to the Court would be, is that
2    a fine, appropriate limiting cross-examination once he
3    authenticates and introduces the podcast?
4              THE COURT:  I'll answer it this way.  It would
5    certainly be appropriate in your case-in-chief, and whether
6    it's appropriate on cross-examination will depend upon the
7    scope of the direct examination.
8              MR. PEED:  That's what I'm trying to figure out,
9    Your Honor, just for trial logistics.
10             THE COURT:  That's the best I'm going to do for
11   you, okay?
12             All right.  Are we about ready to go?  Okay.
13             So, JC, who is the one juror who we excused?
14             All right.  So just a couple of updates, everyone.
15             A juror on line 61, that's juror 2362, is not
16   available because of a funeral that she is attending,
17   I believe, out of town, and so I have excused her for
18   hardship.
19             And then the juror on line 76, who is juror 2261,
20   that juror came in this morning but told us that she had a
21   sick child, so we excused her for the day; however, we've
22   asked her to remain on call for tomorrow.  So she won't be
23   here today, and if we get to her, which I think we probably
24   will, to that number today, we'll be skipping over her and
25   proceed to No. 77 or line 77 instead, okay?
```

1          All right.  Everybody ready to roll otherwise?

2          MR. EDWARDS:  Yes, Your Honor.

3          THE COURT:  Okay.  Go ahead and bring -- I forgot

4     to print something out, it will take me 30 seconds.

5          (Pause)

6          COURTROOM DEPUTY:  Your Honor, this is Juror

7     No. 2071.

8          THE COURT:  Good morning, ma'am.  How are you?

9          PROSPECTIVE JUROR:  Good.  How are you?

10         THE COURT:  Good.  Hang with me for one minute.

11    Sorry about that.  How are you?

12         PROSPECTIVE JUROR:  I'm all right.  How are you?

13         THE COURT:  Good.  Thank you.  I just needed to

14    get my bearings.

15         You're Juror 2071; is that right?

16         PROSPECTIVE JUROR:  Uh-huh.

17         THE COURT:  All right.

18         Your juror questionnaire is in front of you, and

19    so I'll ask you to refer to that.

20         If you would please turn to page 14 of the

21    questionnaire.

22         And I thank you, also, for your patience yesterday

23    and returning this morning, we appreciate it.

24         Question 75, you included a handwritten note that

25    says, "I believe that I can be fair and objective as a

 1   juror, but the events of that day have had an impact that is

 2   hard to describe in a few words."

 3          So given the opportunity to describe it in more

 4   than a few words, can you tell us the impact it has had on

 5   you and what effect it would have on your ability as a

 6   juror.

 7          PROSPECTIVE JUROR:  Well, it was something that

 8   you could see coming for a while, that -- again, the event

 9   of that day.  And it is distressing to know that we could

10   get to this place as a democracy where active attempts to,

11   you know, undermine what we've done for two centuries in

12   terms of voting, transfer of power, you know.

13          So I think, you know, having -- you know, living

14   in D.C. makes a difference.  I was here at 9/11, you know,

15   so things that the rest of the country might not feel,

16   I think, you know, we differently here.

17          So, you know, I have friends that live on Capitol

18   Hill, you know, so it was -- but I think the bigger thing is

19   just this tenuous hold we seem to have right now on

20   democracy.

21          THE COURT:  Okay.

22          So let me ask you this.  One of the charges in

23   this case, as you know, is a charge of seditious conspiracy.

24   The specific allegation is that these defendants conspired

25   and intended to interfere with the peaceful transfer of

1    Presidential power through force.

2            Can you tell me whether that charge -- in light of

3    how you've described the events of that day and the impact

4    it's had on you, do you think you could sit fairly as a

5    juror if that were the charge that you were being asked to

6    consider?

7            PROSPECTIVE JUROR:  I've sat on two juries before,

8    and so I believe I can, I hope I can.  But I do want to be

9    clear that, you know, it was --

10            THE COURT:  Sure.

11            PROSPECTIVE JUROR:  -- a bit traumatic that day.

12            THE COURT:  Okay.  And not to diminish prior jury

13    service but I suspect the charges were different.

14            PROSPECTIVE JUROR:  Yes, the charges were

15    different.

16            THE COURT:  And the matters were different.

17            And this, you know -- the charges here sort of

18    dovetail a little bit probably more closely with the

19    sentiments that you've expressed then in your prior cases?

20            PROSPECTIVE JUROR:  Yes.

21            THE COURT:  And so, I mean, do you have a concern

22    that if you were seated as a juror, you would not be able to

23    put aside -- because that's what we would ask you to do.

24            PROSPECTIVE JUROR:  Right.

25            THE COURT:  Put aside the impact and, I think you

1    used the word "trauma," that you have described as a result

2    of the events of that day?

3              PROSPECTIVE JUROR:  On an intellectual level, yes.

4    You know, I think the emotion might still be there, but, you

5    know, intellectually, I don't see any reason why not.  But,

6    you know, I don't know, there is that kind of emotional

7    response to what happened.

8              THE COURT:  Okay.

9              And do you think you would have that emotional

10   response if you saw evidence, for example, of the events on

11   Capitol Hill?  There will be evidence of firearms being

12   brought into this courtroom in all likelihood.  There will

13   be evidence of communications among people talking about

14   politics and their beliefs about the election and the like.

15   Do you think you would be able to look at all of that

16   objectively and be fair and impartial to these defendants,

17   some of whom may have uttered those communications?

18             PROSPECTIVE JUROR:  I mean, I think so.

19             THE COURT:  You seem to some have doubt?

20             PROSPECTIVE JUROR:  I will try.

21             Yeah, it's just this is --

22             THE COURT:  That's okay.

23             PROSPECTIVE JUROR:  That's why I put that comment

24   there, because --

25             THE COURT:  And that's why we're asking about it.

```
 1              PROSPECTIVE JUROR:  Right.  I wanted to be clear
 2   that, you know, while I feel like I could be objective,
 3   it -- it, you know, was a traumatic day.
 4              THE COURT:  Got you.  Okay.
 5              Is there any objection, Counsel?
 6              MR. EDWARDS:  No, Your Honor.
 7              MS. HALIM:  No, Your Honor.
 8              THE COURT:  All right.  Ma'am, thank you very much
 9   for your time.  Mr. Douyon will show you to the courtroom
10   and provide you with some additional instructions.
11   Thank you.
12              PROSPECTIVE JUROR:  Thank you.
13              COURTROOM DEPUTY:  Your Honor, this is Juror
14   No. 0003.
15              THE COURT:  Hey, ma'am, how are you?
16              PROSPECTIVE JUROR:  I'm fine.
17              THE COURT:  You are Juror 000003?
18              PROSPECTIVE JUROR:  I am.
19              THE COURT:  All right.
20              Feel free to remove your mask if you are
21   comfortable doing so.
22              PROSPECTIVE JUROR:  Okay.
23              THE COURT:  Thank you, first of all, for being
24   here yesterday and then coming back in this morning, I'm
25   grateful for that.
```

1          Your juror questionnaire is in front of you, and

2   so I'll be asking you some questions about your answers.

3          Let's start on page 5 and Question 1.

4          Question 1 asks whether serving as a juror would

5   pose a hardship for you, and you indicated that, "I'm a

6   caretaker for family members that need daily help."

7          Can you give us a little bit more detail about

8   what your caretaking responsibilities are.

9          PROSPECTIVE JUROR:  Responsibilities are.  Okay.

10         I do, like, small tasks, like, I help to grocery

11  shop.  I make sure their laundry is done.  My job also

12  entails that.  And I may have to pick up someone from an

13  appointment or take them to an appointment.  It's not every

14  day but I just need to be available --

15         THE COURT:  Okay.

16         PROSPECTIVE JUROR:  -- when they call.

17         THE COURT:  Okay.  But when you say you need to

18  pick and drop off from employment, is that for family

19  members or is that --

20         PROSPECTIVE JUROR:  Family.

21         THE COURT:  Okay.

22         PROSPECTIVE JUROR:  Yeah.

23         THE COURT:  And, I mean, some of the things that

24  you've described like groceries and, you know, like --

25         PROSPECTIVE JUROR:  Laundry.

1          THE COURT:  -- laundry, could those -- those

2     things could they be done after the court day or before the

3     court day begins?

4          PROSPECTIVE JUROR:  I mean, I suppose it could

5     wait, or someone could go in my place.

6          THE COURT:  Okay.

7          And, for example, if something were to come up

8     during the day or if there was a need that arose during the

9     day like having to pick up or drop somebody off from work,

10    would there be somebody who could do that for you?

11         PROSPECTIVE JUROR:  Yes, there is someone that

12    could go in my place and do it.  I just don't know how many

13    days they could do it for me.

14         THE COURT:  Okay.

15         PROSPECTIVE JUROR:  I also substitute teach as

16    well.

17         THE COURT:  Okay.

18         PROSPECTIVE JUROR:  So I have quite a full

19    schedule.

20         THE COURT:  Okay.  Understood.

21         And I know we ask a lot of folks if we were to ask

22    you to serve and in particular for a trial of this length.

23    Let me ask you this.  How, if at all, would it impact you

24    financially if you were required to serve here for -- if you

25    were asked to serve here for six or more weeks?

```
 1              PROSPECTIVE JUROR:  I need to work.  I really do
 2   need to work.  I understand that my civic duty calls, but I
 3   really do need to work, and it would impact me.
 4              THE COURT:  It would impact you?
 5              PROSPECTIVE JUROR:  Yes.
 6              THE COURT:  Okay.
 7              Is there any objection, Counsel?
 8              MR. EDWARDS:  No, Your Honor.
 9              MS. HALIM:  No, Your Honor.
10              THE COURT:  Ma'am, thank you very much.
11   Mr. Douyon will show you out of the courtroom and provide
12   you with additional instructions.
13              COURTROOM DEPUTY:  Your Honor, this is Juror No.
14   0466.
15              THE COURT:  Ma'am, how are you?
16              PROSPECTIVE JUROR:  Okay.
17              THE COURT:  You're Juror 0466?
18              PROSPECTIVE JUROR:  Correct.
19              THE COURT:  All right.  Feel free to remove your
20   mask if you're comfortable doing so.
21              PROSPECTIVE JUROR:  No, I'm not.
22              THE COURT:  That's fine.
23              Thank you for coming in yesterday and then
24   returning this morning, we appreciate it.
25              Your juror questionnaire is there in front of you.
```

 1              PROSPECTIVE JUROR:  Yes.

 2              THE COURT:  And so if I could ask you, please, to

 3      pick that up and turn to page 11 and Question 49.

 4              Question 49 asked whether you have read, seen, or

 5      heard anything about the Oath Keepers organization.  Can you

 6      tell us what you have read, seen, or heard.

 7              PROSPECTIVE JUROR:  I've read quite a bit in the

 8      news.  I know -- I didn't go looking for additional stories

 9      as instructed.  I know that this was part of the group that

10      attacked the Capitol.  I know about the background of them.

11      So I can go into more detail.

12              THE COURT:  Sure, if you could share with us what

13      more you've read and what you think you understand.

14              PROSPECTIVE JUROR:  Okay.

15              So we watched -- I was working at home when the

16      Capitol was attacked, and so we knew that the Oath Keepers

17      were part of the group that was attacking the Capitol.

18              THE COURT:  You knew that on that day?

19              PROSPECTIVE JUROR:  Well, we were seeing reports.

20              THE COURT:  Okay.

21              PROSPECTIVE JUROR:  So -- and I live in Cleveland

22      Park, and several groups were staying at the Days Inn just

23      down the street from us.  So we could see the people going

24      up and down Connecticut Avenue.

25              And I remember that day telling my father-in-law

 1   not to leave the house.  So, yes, I just remember being

 2   scared.

 3              THE COURT:  Uh-huh.

 4              And do you have a sense of what the groups'

 5   mission, ideology is?

 6              PROSPECTIVE JUROR:  It was to stop democracy.

 7   It was to stop Biden from becoming President.

 8              THE COURT:  Okay.

 9              So that is what is at issue in this case and, you

10   know, cases are tried not based upon media reports but

11   evidence.  Can you tell me if you think you would be able to

12   set aside what you just expressed to us and focus only on

13   the evidence as presented in this case?

14              PROSPECTIVE JUROR:  To be honest, I'm angry with

15   what happened that day.

16              THE COURT:  Okay.  That's fine.

17              And do I understand that you think your anger

18   would make it difficult for you to be fair and objective, is

19   that a fair assessment of what you've just told us?

20              PROSPECTIVE JUROR:  Yeah, I've been thinking about

21   it a lot the past few days, and, yeah, I do feel angry about

22   what happened.

23              THE COURT:  Okay.  Fair enough.

24              All right.  Mr. Douyon will show you out of the

25   courtroom.  Thank you for your time.

```
 1              PROSPECTIVE JUROR:  Should I leave this here?

 2              COURTROOM DEPUTY:  Yes, please.

 3              THE COURT:  Are you our next juror?

 4              A JUROR:  0353.

 5              THE COURT:  If I could ask you to step outside for

 6   one second and then we'll bring you right back in.

 7              So just for the record, Jurors 0689, 2071, 0003

 8   and 0466 will all be stricken for cause.

 9              All right.  We can bring our next juror in.

10              COURTROOM DEPUTY:  Your Honor, this is Juror

11   No. 0353.

12              THE COURT:  Sir, how are you?

13              PROSPECTIVE JUROR:  Good.  How's it going?

14              THE COURT:  Good.  Thank you.  Feel free to remove

15   your mask if you are comfortable doing so.

16              You are Juror 0353, is that right?

17              PROSPECTIVE JUROR:  Yes.

18              THE COURT:  All right.

19              If I could please ask you to turn to page 11 and

20   I'll ask you to turn your attention to Question 49.

21              Question 49 asked, have you read, seen or heard

22   anything about the Oath Keepers organization.  Can you tell

23   us what you have read, seen, or heard.

24              PROSPECTIVE JUROR:  Just pretty extensively, not

25   since I was summoned, but just the leadership, the
```

1    organization on the day.

2            Some of the stuff they did in the year leading up

3    to January 6th, so pretty extensive.

4            THE COURT:  Okay.

5            PROSPECTIVE JUROR:  Just general.

6            THE COURT:  And what are your impressions or

7    opinions about what you've learned through reading about the

8    organization?

9            PROSPECTIVE JUROR:  I think they're dangerous.

10           THE COURT:  Okay.

11           And anything more than that?

12           PROSPECTIVE JUROR:  I think they're profoundly

13    misguided.

14           THE COURT:  Okay.

15           And so your task as a juror would be to evaluate

16    the evidence in this case.  There's evidence -- there will

17    be evidence that these defendants were either members of or

18    affiliated with that organization.  How do you think your

19    views about the organization would affect your ability to be

20    fair and impartial to these defendants?

21           PROSPECTIVE JUROR:  Honestly, I think it would be

22    very, very difficult to separate.

23           THE COURT:  All right.

24           Even if you were instructed to do so?

25           PROSPECTIVE JUROR:  I would definitely aspire to

```
 1   it, but I think it would be hard just knowing what I know.
 2              THE COURT:  Okay.  Fair enough.
 3              Any objection, Counsel?
 4              MR. EDWARDS:  No, Your Honor.
 5              MS. HALIM:  No, Your Honor.
 6              THE COURT:  All right, sir.  Thank you very much
 7   for your time, and Mr. Douyon will show you out of the
 8   courtroom and provide you additional instructions.
 9              COURTROOM DEPUTY:  Your Honor, this is Juror No.
10   2510.
11              THE COURT:  Sir, good morning.  How are you?
12              PROSPECTIVE JUROR:  Good.  How are you this
13   morning?
14              THE COURT:  Good.  Thank you.  You're Juror 2510?
15              PROSPECTIVE JUROR:  Correct.
16              THE COURT:  First, thank you for your patience and
17   time yesterday and then returning this morning, thank you.
18   We very much appreciate that.
19              Your juror questionnaire is in front of you and
20   I'll ask you, please, to turn to page 11 of that
21   questionnaire.
22              PROSPECTIVE JUROR:  Yep.
23              THE COURT:  And start with Question 49, which asks
24   whether you have read, seen, or heard anything about the
25   Oath Keepers organization, and you answered that question
```

 1   "yes."

 2             PROSPECTIVE JUROR:  Yes.

 3             THE COURT:  Can you tell us what you have read,

 4   seen, or heard?

 5             PROSPECTIVE JUROR:  From the original stuff that

 6   happened at the Capitol, I've heard that there was some

 7   vague mention of different groups and that was one of the

 8   groups.

 9             And then after the first time here and was told

10   not to read anything, I get the paper from our front porch

11   every day and I did see headline that was something about

12   the Oath Keeper trial, and then I put it away for my wife to

13   read.

14             THE COURT:  Thank you.

15             So let me ask you about the first part of your

16   answer and that is, you've indicated that you have some

17   understanding of their having participated in the events of

18   January 6th.  Do you have any greater detail or greater

19   understanding of what you think they did or alleged have to

20   have done on that day?

21             PROSPECTIVE JUROR:  Not really, no, not anything

22   specific.

23             THE COURT:  Anything more than that they were

24   present?

25             PROSPECTIVE JUROR:  Well, not really, no.

1             I mean, there were different groups involved and

2     that was one of them.  But as to their specific role or

3     individual persons, activities, I don't, no.

4             THE COURT:  And do you have a sense or an

5     understanding of what the group's mission, ideology, purpose

6     is?

7             PROSPECTIVE JUROR:  No, not really.

8             THE COURT:  In terms of what you -- the second

9     part of your answer, which is that you've seen a headline,

10    how do you think, if at all, the fact that you've now seen a

11    headline about somebody else in a different trial, how do

12    you think that would affect your ability to fairly and

13    impartially judge the evidence in this case against these

14    defendants?

15            PROSPECTIVE JUROR:  Well, as a member of different

16    groups, I'm an individual of that group.  I presume these

17    are individuals of this group and what they may or may not

18    have participated in and done depends on the facts

19    surrounding those individuals.

20            THE COURT:  And the headline that you saw, did it

21    name an individual associated with the group who was on

22    trial?

23            PROSPECTIVE JUROR:  I don't recall.

24            I remember just seeing Oath Keeper trial and then

25    put it away.

1            THE COURT:  That's it.  Okay.

2            In Question 51 you were asked whether you'd read,

3     seen, or heard anything about Stewart Rhodes, Kelly Meggs,

4     Jessica Watkins, Kenneth Harrelson or Thomas Caldwell.  You

5     answered that question "yes."

6            PROSPECTIVE JUROR:  I heard the name

7     Stewart Rhodes.  I can't say whether I associated that name

8     with Oath Keepers or not, but I had heard the name

9     Stewart Rhodes.

10           THE COURT:  Okay.

11           So given that you've heard the name

12    Stewart Rhodes, what, if anything, can you tell us you've

13    read or heard about him?

14           PROSPECTIVE JUROR:  I believe it was something

15    about guns in a vehicle or at a motel or something in

16    Virginia.

17           THE COURT:  Okay.

18           Anything more than that?

19           PROSPECTIVE JUROR:  Not that I recall, no.

20           THE COURT:  So if you were to be told that the

21    defendants in this case are accused of conspiring with

22    Stewart Rhodes, that you will hear evidence about him and

23    his actions here in this trial, do you think you could be

24    fair and impartial as to these defendants and judge the

25    evidence as it relates only to them?

1          PROSPECTIVE JUROR:  Yeah, I mean, again, what I

2     said before about individuals are responsible for their own

3     actions and what they did vis-à-vis what somebody else may

4     have done is for somebody to prove to me, I guess.

5          THE COURT:  Okay.

6          If I could, please, ask you to turn to the prior

7     page, Questions 41, 42, and 43, each of those questions were

8     targeted at trying to get a sense of how much news you have

9     consumed about the events of January 6th.  Can you give a

10    sense of how much news you've been exposed to about the

11    events of that day.

12         PROSPECTIVE JUROR:  Some, mostly videos of the

13    crowd going towards the Capitol and then inside the Capitol

14    on the -- like the evening news or stuff like that.

15         THE COURT:  Would you say you're somebody who's

16    actively seeking out news of the events of that day, or you

17    will read it, watch it if it happens to come across your

18    screen or newsfeed?

19         PROSPECTIVE JUROR:  We watch a lot of news in our

20    household, and it seemed rather difficult to avoid it.

21         THE COURT:  Sure.

22         We would ask you as a juror to put aside anything

23    that you've seen and heard about the events of that day,

24    and, again, focus on the evidence only as it relates to

25    these defendants and as presented in this Court.

1              Do you think you would have any trouble doing

2    that?

3              PROSPECTIVE JUROR:  No, no, I don't.

4              THE COURT:  If I could please ask you to then turn

5    to -- well, let me ask you.  You have indicated that you

6    live on Capitol Hill; is that right?

7              PROSPECTIVE JUROR:  Correct.

8              THE COURT:  Can you give us a sense of how far

9    from the Capitol you live?

10             PROSPECTIVE JUROR:  Well, at the corner of 13th

11   and Independence.  So it's 13 blocks from the Capitol.

12             THE COURT:  Got you.

13             And were you at home on January 6th?

14             PROSPECTIVE JUROR:  Yes.

15             THE COURT:  And can you tell us what you

16   experienced that day?

17             PROSPECTIVE JUROR:  I'm retired so I was puttering

18   around, and I think my wife's son called and said, "Turn on

19   the news."  And so she turned on the news.  And I was in and

20   out of the living room where the TV is and that's basically

21   it.

22             THE COURT:  And did you see or observe people who

23   may have participated in the events of that day outside your

24   door, on your block?

25             PROSPECTIVE JUROR:  No, just on the TV.

1          THE COURT:  Okay.

2          Anything about the fact that you are a resident of

3    Capitol Hill and the events of this occurred 13 blocks from

4    your home, do you think that would affect your ability to be

5    fair and impartial?

6          PROSPECTIVE JUROR:  No, I don't.

7          I mean, we're confronted with a lot of different

8    political and other activity, a lot of protests of all

9    persuasions, and so --

10          THE COURT:  Do you think -- presumably you know

11    some of your neighbors?

12          PROSPECTIVE JUROR:  Uh-huh.

13          THE COURT:  If you were to conclude after

14    listening to the evidence that the government had not proven

15    its case beyond a reasonable doubt, would it be hard for you

16    to acquit these defendants and then tell your neighbors that

17    you were on a jury that acquitted January 6th defendants?

18    Would that be difficult for you?

19          PROSPECTIVE JUROR:  No, I think the neighbors that

20    I'm friends with are -- you know, they're -- we're very

21    open, talk a lot about various events, and have different

22    views and respectful of each other's views.

23          THE COURT:  Okay.

24          On page 7, Question 16 asked whether you or a

25    close friend or family member has ever been employed by the

1   Federal Government.  Can you share with us who among that

2   group has been employed by the Federal Government.

3           PROSPECTIVE JUROR:  Well, I have.

4           THE COURT:  Okay.  Can you tell us in which

5   capacity?

6           PROSPECTIVE JUROR:  From 1980 to '84, I worked for

7   the -- what was then the General Accounting Office.

8           And then in the late '80s worked at the Department

9   of Energy.  And then in the Federal Energy Regulatory

10  Commission.

11          THE COURT:  Okay.  And is that something you did

12  up until the time you retired or --

13          PROSPECTIVE JUROR:  No, then I was in and out of

14  the private sector a couple of times.  And my last job was

15  at a corporation.

16          THE COURT:  Got you.

17          So one of the charges against these defendants is

18  seditious conspiracy.  The allegation is that they resisted

19  the authority of the United States Government by force.  Do

20  you think the fact that you were employed by the

21  U.S. Government at parts of your career, how, if at all, you

22  think that would impact your ability to serve as a juror?

23          PROSPECTIVE JUROR:  I don't think it would impact

24  it, but, again, it's, you know, what is shown in the case,

25  what the facts are --

```
 1                THE COURT:  Okay.

 2                PROSPECTIVE JUROR:  -- and what --

 3                THE COURT:  Question 20 asks whether you or a

 4    close friend or family member in the last five years has

 5    attended a rally, protest, or demonstration.

 6                PROSPECTIVE JUROR:  Yes, my wife and I went down

 7    to the science rally.  So that was three or -- it's hard to

 8    remember during the pandemic, two or three years ago.

 9                THE COURT:  Okay.

10                PROSPECTIVE JUROR:  Yeah.

11                THE COURT:  So it may be that these defendants you

12    will come to learn maybe, I don't know whether or not they

13    do -- whether this would be true, but it may be that you'll

14    learn that they have different political views than you do.

15    Do you think that would affect your ability to be fair and

16    impartial?

17                PROSPECTIVE JUROR:  Well, my last two jobs I was a

18    lobbyist, and I was always working with people of different

19    political persuasions.

20                THE COURT:  Okay.

21                And if you were to come to understand that they

22    supported the former President and believe that the election

23    was wrongly conducted, do you think that would affect your

24    ability to be fair and impartial?

25                PROSPECTIVE JUROR:  I have friends that worked in
```

```
 1   the Trump administration so -- and they're still friends.
 2             THE COURT:  Okay.
 3             Question 21 asked whether you've ever been on the
 4   Capitol Grounds or inside the Capitol Building.  And I take
 5   it that's from your time as a lobbyist?
 6             PROSPECTIVE JUROR:  And after I retired, I was a
 7   volunteer at the Capitol visitors center.
 8             THE COURT:  Question 22 asked whether you or a
 9   close friend or family member is living on the Hill?  You've
10   told us about that already.
11             Did you know anybody that was working on Capitol
12   Hill in the Capitol or on the Capitol grounds on January 6th
13   when the events were happening?
14             PROSPECTIVE JUROR:  Well, we have neighbors who
15   are Senators and members of the House of Representatives,
16   and I don't know specifically if they were but I presume
17   that they were in the Capitol.
18             THE COURT:  Have you spoken to them about their
19   experiences?
20             PROSPECTIVE JUROR:  No.
21             THE COURT:  And are you close enough friends with
22   them that you would have -- that you would tell them that
23   you -- at some point if you were to serve, that you were on
24   this jury?
25             PROSPECTIVE JUROR:  If I am selected, I wouldn't
```

```
 1    talk to them until after the trial is over.

 2             THE COURT:  Okay.

 3             You have indicated that you have served on a jury

 4    before, in fact, two, in two criminal cases.  Would you be

 5    able to set aside those experiences and what you've learned

 6    and follow my instructions?

 7             PROSPECTIVE JUROR:  Yes.

 8             THE COURT:  Okay.

 9             If I could please ask you to turn to page 12.

10             Question 59 asks, have you or a close friend or

11    family member ever been the victim of a crime.  And can you

12    share with us why you answered that yes.

13             PROSPECTIVE JUROR:  The house I owned with my

14    previous wife in Silver Spring, Maryland, we were broken

15    into.

16             THE COURT:  Anything about that experience that

17    might cause you to think you couldn't be fair to both sides

18    in this case?

19             PROSPECTIVE JUROR:  Not unless they stole the

20    Betamax.

21             THE COURT:  I can assure you that's not the case.

22             PROSPECTIVE JUROR:  I don't know why anybody would

23    but they did.

24             THE COURT:  Mr. Edwards.

25             MR. EDWARDS:  Good morning.  How are you?
```

1          PROSPECTIVE JUROR:  I'm fine.  How are you?

2          MR. EDWARDS:  You mentioned earlier that you're

3   retired but the last company you worked for was a

4   corporation.  Do you mind letting us know where you worked

5   before that -- or right before you retired.

6          PROSPECTIVE JUROR:  Yeah, it was ITC Holdings

7   Incorporated.  It's a company based in -- outside of

8   Detroit, Michigan that owns electric transmission lines.

9          MR. EDWARDS:  And then how long were you there?

10          PROSPECTIVE JUROR:  About six years.

11          MR. EDWARDS:  And on the questionnaire, and

12   thank you for filling that out, it said your spouse was

13   retired, too.  What did your spouse retire from?

14          PROSPECTIVE JUROR:  She was a teacher in the D.C.

15   public schools system.

16          MR. EDWARDS:  And given your -- it sounded like

17   some of your answers you've read some of the news, you know,

18   seen some videos.  You also have some interactions with

19   people who had previously worked at the Capitol.  If the

20   Judge asked you to set all of that aside, anything you have

21   in your life experience before you come to the jury box,

22   would you be able to do that and just consider all of the

23   evidence in the case only?

24          PROSPECTIVE JUROR:  Yes, I believe so, yeah.

25          MR. EDWARDS:  Thank you.

```
 1              THE COURT:  Anything from the defense?

 2              MR. SHIPLEY:  Sir, I noticed in your questionnaire

 3    that you identified YouTube as the one social media site

 4    that you tend to spend some time on.  And in answering

 5    questions both on the questionnaire and in response to

 6    Judge Mehta, you referenced having watched a lot of videos

 7    and consuming a lot of news about the events of the day

 8    because you're retired and you consume a lot of news in your

 9    household.

10              You have to understand that if you're a juror in

11    this case, there will probably be just a small subset of

12    videos from January 6th that you might see.  Are you sure

13    you can kind of put aside everything else you might have

14    seen on YouTube?

15              PROSPECTIVE JUROR:  Well, the only stuff I watch

16    on YouTube are automobile videos.  I'm a car nut.  And

17    there's a specific site that I watch about a specific car.

18              MR. SHIPLEY:  '70s rock and roll live music for

19    me, I get started and I can watch them for hours.

20              PROSPECTIVE JUROR:  Yeah, no, automobiles.

21              MR. SHIPLEY:  Okay.  So you don't have a

22    recollection of watching a lot of YouTube videos of the

23    events on January 6th?

24              PROSPECTIVE JUROR:  No, none at all.

25              MR. SHIPLEY:  Now, you made reference to seeing
```

1    something or having some understanding of guns in hotels?

2           PROSPECTIVE JUROR:  Yeah, it seemed like it was on

3    the evening news, probably CNN, because that's what I tend

4    to watch with my wife in the evening, about, you know --

5    I think it was soon after January 6th, about a cache of guns

6    at a hotel or in a trunk, or something like that.

7           MR. SHIPLEY:  Do you remember ever seeing any

8    videos associated with that episode?

9           PROSPECTIVE JUROR:  No, I don't recall any videos,

10   no.

11          MR. SHIPLEY:  Thank you.

12          THE COURT:  All right.  Thank you.

13          Sir, Mr. Douyon will show you to the courtroom and

14   provide you with some additional instructions.  Thank you.

15          PROSPECTIVE JUROR:  Leave this here?

16          COURTROOM DEPUTY:  Yeah.

17          THE COURT:  Ma'am, how are you?  Come on up and

18   have a seat.

19          COURTROOM DEPUTY:  This is Juror No. 1662.

20          THE COURT:  Ma'am, how are you?

21          PROSPECTIVE JUROR:  Good.

22          THE COURT:  You are Juror 1662?

23          Take your time.  It looks like you have got a knee

24   brace on; is that right?

25          PROSPECTIVE JUROR:  Yes, I do.

1      THE COURT:  Feel free to remove your mask if you

2  are comfortable doing so.

3      So your juror questionnaire is in front of you.

4  If I could just ask you to -- actually before you turn to

5  your questionnaire, could you just look over at the table

6  over there and do you recognize any of the people at that

7  table?

8      PROSPECTIVE JUROR:  No, I do not.

9      THE COURT:  All right.  And you mentioned that you

10  thought you had recognized or understood -- or recognized

11  the name William Shipley.  Can you tell us --

12      PROSPECTIVE JUROR:  Yes.

13      THE COURT:  -- in which context you think that

14  you've heard that name?

15      PROSPECTIVE JUROR:  So I work in the legal

16  department.  I'm a paralegal.  And I thought that might have

17  been a name of an attorney that we had a lawsuit with.

18      THE COURT:  Okay.  When you say you work in a

19  "legal department," what do you mean?

20      PROSPECTIVE JUROR:  I work for the office of

21  corporate counsel at CareFirst.

22      THE COURT:  At CareFirst.  Okay.

23      And as a paralegal, would you have had interaction

24  with lawyers from the other side?

25      PROSPECTIVE JUROR:  No.

1          THE COURT:  Okay.

2          And so William Shipley, it sounds like is just a

3   name that may ring a bell, but you don't have any greater

4   familiarity than that?

5          PROSPECTIVE JUROR:  Right.  Yes.

6          THE COURT:  Okay.

7          Could I ask you please to turn to page 11, and

8   just look at page -- Questions 49 and 51.

9          Question 49 asks whether you've read, seen, or

10  heard anything about the Oath Keepers organization.  You

11  indicated "no."

12         Is your answer to that question also no today?

13         PROSPECTIVE JUROR:  Yes.

14         THE COURT:  All right.

15         So just to confirm, you've never heard the term

16  "Oath Keepers," know nothing about what the organization

17  stands for, its mission, anything like that?

18         PROSPECTIVE JUROR:  Completely nothing.

19         THE COURT:  Okay.

20         Question 51 asked whether you've read, seen, or

21  heard anything about Stewart Rhodes, Kelly Meggs,

22  Jessica Watkins, and others.  You answered "no."  Is your

23  answer to that question also "no" today?

24         PROSPECTIVE JUROR:  Yes, it is.

25         THE COURT:  All right.

1          If I could please ask you to turn to page 7.

2          Question 16 asked whether you or a close friend or

3     family member has ever been employed by the Federal

4     Government.

5          PROSPECTIVE JUROR:  So my father was in the

6     military.  He was a Marine.

7          THE COURT:  Okay.

8          So one of the allegations in this case is that

9     these defendants conspired to oppose the government of the

10    United States by force.  The fact your father was a Marine,

11    would that affect your ability to evaluate the evidence

12    fairly and impartially?

13         PROSPECTIVE JUROR:  No.

14         THE COURT:  Question 18 asked about members of

15    your family or close friends in military.  You've identified

16    your father.  Is there anyone else?

17         PROSPECTIVE JUROR:  Just my father.

18         THE COURT:  Question 20 asks whether you or a

19    close friend or family member has attended a rally, protest,

20    demonstration or march in the last five years.

21         PROSPECTIVE JUROR:  So I have some friends that

22    have gone to protest, like they went to the Women's March,

23    but I couldn't remember what year that was.

24         THE COURT:  Okay.

25         So -- you know, I hope I'm not being presumptuous,

```
 1    but you may learn during the course of this case that these
 2    defendants may or may not have political views that are
 3    different than yours and your friends'.  How do you think
 4    that would affect you or your ability to serve fairly and
 5    impartially as a juror if you were selected?
 6              PROSPECTIVE JUROR:  I don't think it would affect
 7    me.
 8              THE COURT:  You would be able to put aside your
 9    own political views, your friends' political views and
10    evaluate the evidence in this case?
11              PROSPECTIVE JUROR:  Yes.
12              THE COURT:  Question 26 asks whether you've served
13    as a juror before.  You indicated that about seven years
14    ago, you served as a juror in a criminal case.
15              Would you be able to set aside what you've learned
16    as a result of that experience and follow my instructions in
17    this case if you were selected?
18              PROSPECTIVE JUROR:  Yes.
19              THE COURT:  If I could please ask you to turn to
20    page 11, Question 55 asked about working in the legal
21    profession.  You've already identified that you're a
22    paralegal.
23              In the course of your work as a paralegal, have
24    you ever worked with anyone who's done criminal work?
25              PROSPECTIVE JUROR:  No.
```

1              THE COURT:  And do you know any lawyers that do

2    criminal work?

3              PROSPECTIVE JUROR:  No.

4              THE COURT:  If you would please turn to the next

5    page, page 12, Question 61 asked, have you or a close friend

6    or family member ever testified as a witness in a court

7    proceeding before, and you answered that question "yes."

8              PROSPECTIVE JUROR:  So in the course of my work,

9    I was a witness to admitting some documents into one of our

10   cases.

11             THE COURT:  And that's the extent of your

12   testimony?

13             PROSPECTIVE JUROR:  Correct.

14             THE COURT:  Mr. Edwards, any follow-up questions?

15             MR. EDWARDS:  No, Your Honor.  Thank you.  No

16   questions.

17             THE COURT:  Anything from the defense?

18             All right, ma'am, thank you very much for your

19   time.  Mr. Douyon will show you out of the courtroom and

20   provide you with additional instructions.

21             PROSPECTIVE JUROR:  Okay, thank you.

22             THE COURT:  All right, Counsel, that exhausts the

23   group that were here yesterday, and so we're now on to the

24   next batch that came in yesterday -- or, excuse me, came in

25   this morning.  So we'll bring those folks in, I'll provide

1    my instructions again, and then we'll continue on.

2            Just for your information, a couple of jurors have

3    not appeared this morning, in addition to those that we

4    excused and I discussed with you earlier today.  So in

5    addition to line 61 and 76, who I mentioned earlier, line

6    63, that is, Juror 0464, has not -- so juror on line 63,

7    0464 has not shown up.  There was one other, but that person

8    has now reported.

9            MR. EDWARDS:  Your Honor, the two yesterday, lines

10   31 and 32, I'm sorry, if I don't have a good note here,

11   those, I don't think, were here yesterday.  Are those still

12   absent today?

13           COURTROOM DEPUTY:  They are present today.

14           THE COURT:  They are present today.

15           MR. EDWARDS:  Okay.

16           THE COURT:  So we'll start with them.

17           MR. EDWARDS:  Thanks.

18           THE COURT:  Thanks for raising that, Mr. Edwards.

19           COURTROOM DEPUTY:  Just to be clear, I'll bring in

20   the full panel of 19 jurors right now.

21           (Prospective jurors entered the courtroom.)

22           THE COURT:  Okay.  Good morning, ladies and

23   gentlemen.  Welcome to the U.S. District Court for the

24   District of Columbia.  My name is Judge Amit Mehta, and you

25   are here today as a potential juror in the case of

```
 1   United States versus Roberto Minuta, Joseph Hackett,
 2   David Moerschel and Edward Vallejo.
 3            Before we get started, I want to extend to you my
 4   gratitude for making yourselves available for jury service.
 5   As you know, in our system of justice, jurors and juries
 6   play a critical role.  It is a fundamental feature of our
 7   democracy to have ordinary citizens serve as decision-makers
 8   in our courts of law.  You are, therefore, performing an
 9   important duty today so I want to thank you in advance for
10   your service.
11            So before we proceed any further, I'm going to ask
12   all of you to please stand and raise your right hands
13   because we do have to have you sworn in.
14            COURTROOM DEPUTY:  Please raise your right hand.
15            (Prospective jurors placed under oath.)
16            COURTROOM DEPUTY:  Thank you.
17            Thank you.  Please be seated.
18            THE COURT:  Thank you, everyone.
19            One more matter of business before we get started,
20   when you all came in a couple of weeks ago to complete your
21   juror questionnaires, there was a list of names attached to
22   that questionnaire.  There are some additional names that we
23   are going to now present for you for your consideration.  If
24   you recognize any of these names, please just let us know
25   that when we bring you in for questioning.
```

1          Mr. Peed.

2          MR. PEED:  Stephen Brown, Trevor Osgood, Phrang

3    Tamburri, Kelly Carter.

4          THE COURT:  All right.  Thank you.

5          All right.  So for those of you who have gone

6    through a jury selection process before, today will be both

7    different and familiar.  It will be different in the sense

8    that usually when jurors are being considered for service,

9    we would start the process by asking jurors a series of

10   questions to assist us in determining whether a juror can be

11   fair and impartial.

12         In this case, however, we will not start out that

13   process -- or not start this process with questions because

14   you came in two weeks ago and completed a juror

15   questionnaire that the parties proposed and I approved.  So

16   that part of the process is complete.

17         What will feel familiar and why you are here today

18   is to ask each of you additional questions based on your

19   responses to the juror questionnaire.  The way that will

20   work is as follows.  There are 19 of you here this morning.

21   After I have completed these initial remarks and

22   instructions, the Courtroom Deputy will escort all of you to

23   a different courtroom, where you will be re-seated.  We will

24   then call each of you back into this courtroom one at a time

25   for additional questions from me and the parties.

1          Now, the questions we will be asking you may touch

2    on matters that are personal to you.  Rest assured it is not

3    my intention or desire, nor is it the intention or desire of

4    the lawyers, to invade your privacy or to embarrass you.

5    Our only wish is to select the fairest, most impartial jury

6    possible so that the parties can be assured that the jurors

7    selected will not be biased or pre-judge the case and will

8    return a verdict based only on the law and the evidence.

9          What will also feel familiar about this jury

10   selection process is that you will spend some time waiting

11   throughout the day.  I promise I will try to keep your

12   waiting to a minimum, but some amount of wait time is

13   unavoidable.

14         While you are waiting during jury selection,

15   please feel free, if you wish, to talk quietly amongst

16   yourselves, to read a book, magazine or whatever you have

17   brought with you.  The courtroom is WiFi enabled so you

18   should feel free to use your phones or other mobile devices

19   to read online or surf the Internet.  I would ask, however,

20   that you place all of your devices on silent mode.

21         Now, this very important.  While you may use your

22   mobile devices, you should not at any point during the jury

23   selection process, and this will be true afterwards if you

24   are selected, communicate with anyone about this case or do

25   any online research about the case or the parties.  That

1    means no email, texting, tweeting, Snapchatting a friend or
2    family member or your followers about the case or posting on
3    Facebook or Instagram that you are a potential juror in the
4    case.  Do not get online and start doing research about the
5    case or the parties.
6            We also asked you as part of the questionnaire to
7    avoid media coverage about this case, and that includes
8    social media.  That instruction continues to apply and is,
9    perhaps, even more important now that the jury selection
10    process has started.
11            You should avoid any newspaper, television, or
12    radio news, podcasts or any social media coverage about this
13    case or the events of January the 6th.  That means not only
14    avoiding news stories in *The Washington Post* or on TV news,
15    but also journalists or others who are tweeting about this
16    case or posting about it on other social media sites.
17            It may be the case, and it would not surprise me,
18    if there's some live tweeting or coverage about this jury
19    selection process.  So if you follow journalists or others
20    who cover or comment on the events of January the 6th, I am
21    going to instruct you to avoid reading their tweets or any
22    other social media postings until you are fully dismissed
23    from jury service in this case.  I will also ask you to turn
24    off any push notifications that you receive on your mobile
25    device from any news organizations.

1           The reason for these restrictions is simple.  If

2    you are selected as a juror, you will be sworn to decide

3    this case based only on the evidence that is presented at

4    trial and the law as to which you will receive instructions.

5    You will be strictly forbidden to consider anything you

6    might read or have heard about the case from news sources or

7    from social media or from other people.

8           If at any point during the jury selection process

9    you happen to come across news or commentary regarding this

10   case, please immediately avert your eyes or ears and please

11   alert the Courtroom Deputy so that he can advise me.  A

12   juror who violates these restrictions jeopardizes the jury

13   selection process and possibly the trial itself, which could

14   require the entire trial process to start over.

15          Also, during this jury selection process, if

16   anyone attempts to communicate with you about this case,

17   please notify the Courtroom Deputy or a court security

18   officer immediately.  The lawyers here are under strict

19   instructions not to speak with any juror during the jury

20   selection process.  So if you happen to see any of them in

21   the courthouse and they walk in the other direction, they

22   are not being rude, they are simply following my

23   instruction.

24          I also have issued an order to members of the

25   media and the public not to approach any of you about this

1    case during jury selection.  Still, despite these

2    instructions, if you are approached about this case by

3    anyone, please notify the Courtroom Deputy or a court

4    security officer.

5            One other feature of jury selection today will be

6    different.  In most criminal cases, we complete the jury

7    selection process in one day.  That usually means that

8    unless you are immediately excused, we will ask you to

9    remain in the courthouse until near the end of the day when

10   we select a final jury.

11           In this case, however, we are not likely to

12   complete jury selection today.  So after we have finished

13   asking you additional questions, you will be done for the

14   day.  You will be given instructions about further jury

15   service in this case after your individual questioning is

16   completed.  Do not leave the courthouse until you have

17   received additional instructions by a member of court staff.

18           If you are excused from further service today,

19   we will tell you soon after your questioning is concluded.

20   If you are excused, you will be relieved of the restrictions

21   I discussed earlier.

22           If you are not excused from service, however, and

23   we ask you to return, it is critically important that you

24   follow my earlier instructions; that is, do not communicate

25   with anyone about the case, do not read or listen to

1   anything about the case, and do no independent research

2   about the case, and do not watch or read the

3   congressional -- any congressional proceedings that might

4   take place.

5            Following those instructions is critical to

6   ensuring a process that will result in a fair and impartial

7   jury to hear this case.

8            Finally, as you can see, everyone in the courtroom

9   is wearing a mask except for me while I'm speaking.  Masking

10  is optional in the public spaces in this courthouse;

11  however, I will require masking during the trial.  The only

12  exception to that rule will be for lawyers who are speaking

13  and witnesses who are testifying.

14           You may asking be asking yourself, well, why do we

15  need to wear a mask?  Well, there's two reasons.  The first

16  is that none of you are here today voluntarily.  You are

17  required to be here.  So unlike going to a grocery store or

18  restaurant or a concert, you do not have the choice to avoid

19  this location or a person who might choose not to wear a

20  mask.

21           The second reason for masking is to avoid a COVID

22  outbreak that might disrupt this trial.  As you know, this

23  trial is scheduled to last for more than a month, possibly

24  six weeks or more.  If one or more people inside the

25  courtroom, including jurors, tests positive for COVID, that

 1    could delay the trial proceedings.  That is something I

 2    would rather avoid.  Masking hopefully will prevent any

 3    COVID-related trial delays.

 4            Okay.  So those are my preliminary instructions.

 5    Mr. Douyon will show you out of the courtroom and back to

 6    the courtroom where you were previously, and then we will

 7    bring you all in individually to ask you additional

 8    questions.  Thank you all very much.

 9            So just a correction, everyone.  We had it

10    backwards with respect to the jurors who are not present.

11    Line 63, that is 0464, is here.  It is line 67, 0126, who is

12    not here today, at least so far.  Just a reminder, we're

13    going to start with Juror 0806 and then Juror 1877, these

14    are the two jurors who did not appear yesterday.

15            COURTROOM DEPUTY:  Your Honor, this is Juror

16    No. 0806.

17            THE COURT:  Sir, how are you?

18            PROSPECTIVE JUROR:  Good.  How are you?

19            THE COURT:  Good.  Thank you.  You are Juror 0806?

20            PROSPECTIVE JUROR:  Yes.

21            THE COURT:  Your jury questionnaire should be in

22    front of you, so we'll be asking you some questions.

23            But before we get started I want to just ask you,

24    you were, I believe, requested to be here yesterday, or at

25    least that's what we tried to communicate to you, but were

1    you aware that you were supposed to be here yesterday?

2            PROSPECTIVE JUROR:  I got a call yesterday

3    informing me that I hadn't called in to the -- to the line

4    but I wasn't aware that I was supposed to be in yesterday.

5            THE COURT:  Okay.  Understood.  All right.  So

6    there was nothing that came up that prevented you from

7    appearing yesterday?

8            PROSPECTIVE JUROR:  No.

9            THE COURT:  All right.

10           If I could please ask you to first turn to page 11

11   of your juror questionnaire.

12           Question 49, that question asked whether you've

13   read, seen, or heard anything about the Oath Keepers

14   organization.  And you answered that question "yes."  Can

15   you tell us what you have read, seen, or heard.

16           PROSPECTIVE JUROR:  Coverage following January 6th

17   of their role in that day's events.

18           Probably some coverage prior to that as well in

19   terms of their role as a part of sort of the far right --

20   their role as a far right group.

21           THE COURT:  Okay.

22           So starting with that second point first,

23   do you have an understanding based upon what you've read as

24   to what the organization's ideology is, what its mission is,

25   what its purpose is?

```
1              PROSPECTIVE JUROR:  I mean, I think from an
2   ideological standpoint again, you know, it seems like that
3   they're a part of a conservative movement.
4              I think, you know -- I don't -- from a sort of
5   tactical standpoint, I'm not exactly sure what their
6   day-to-day activities are other than, you know, certainly
7   seeing photos in the media of sort of military style outfits
8   and, again, their presence there on January 6th.
9              My -- my reaction to the -- to the photos was
10  always that it was probably a smaller contingent that day
11  but one that seemed sort of military and, you know, armed on
12  the day of the events.
13             THE COURT:  Okay.
14             So other than their presence on the -- at the
15  Capitol on January 6th, do you have any understanding of
16  what they did or did not do specifically that day?
17             PROSPECTIVE JUROR:  Vaguely that they were
18  providing security for certain individuals within sort of
19  the -- not necessarily the Trump administration but the
20  Trump's -- you know, Stone and some folks like that.
21             But, yeah, again, I know that there's sort of like
22  a military style hierarchy to their organization as well.
23             THE COURT:  Uh-huh.
24             PROSPECTIVE JUROR:  But, again, like, other than
25  the 6th, I'm not sure of what their activities are.
```

1          THE COURT:  So you've said that you believe that

2    the people of the organization who you've seen on video

3    possessed firearms on January 6th?

4          PROSPECTIVE JUROR:  Not on the day of.

5          THE COURT:  Okay.

6          PROSPECTIVE JUROR:  I wasn't making that

7    assumption, but there were certainly military style gear and

8    outfits.  I mean, that was evident from, you know, anyone

9    who's seen photos of that day.

10          THE COURT:  All right.  Okay.

11          So let me ask you this.  This case, as you now

12    know, involves individuals who are members of that

13    organization or affiliated with that organization.  Is there

14    anything about what you think you know or what you've

15    learned about the organization that would cause you to think

16    you couldn't be fair and impartial to these defendants?

17          PROSPECTIVE JUROR:  Not necessarily, no.

18          THE COURT:  When you say "not necessarily,"

19    do you have some question in your mind whether your

20    preexisting understanding would affect your ability to be

21    fair and impartial?

22          PROSPECTIVE JUROR:  No.

23          THE COURT:  Since you completed this

24    questionnaire, have you learned anything more about the

25    Oath Keepers organization?

1          PROSPECTIVE JUROR:  Only that there was a prior

2    trial in this courthouse --

3          THE COURT:  Okay.

4          PROSPECTIVE JUROR:  -- of other members.

5          THE COURT:  Okay.

6          PROSPECTIVE JUROR:  That was -- I wasn't

7    necessarily paying attention to, but, you know, after

8    filling out the questionnaire learned of that.

9          THE COURT:  Can you tell us what you recall from

10   seeing whatever headlines or news that you've seen in

11   passing since you completed the questionnaire?

12         PROSPECTIVE JUROR:  In regards to that prior?

13         THE COURT:  Yes.

14         PROSPECTIVE JUROR:  You know, actually, I don't

15   know whether or not I ever checked back as to whether or not

16   there was a conclusion of the trial and whether or not there

17   were convictions.  I just, again, knew that it was

18   happening -- coming out of the questionnaire, you know, I

19   remember my interest being piqued by the fact that there are

20   cameras out on the 3rd Street and wondering whether or not

21   there was an existing trial, and then looking it up and

22   finding out that there was.

23         THE COURT:  Got you.

24         In Question 51 you were asked whether you'd read,

25   seen, or heard anything about the following names:

Stewart Rhodes, Kelly Meggs, Jessica Watkins, Ken Harrelson,
or Thomas Caldwell.  You answered that question "no."  Is
your answer to that question the same as it was when you
completed the questionnaire?

            PROSPECTIVE JUROR:  Yes.

            THE COURT:  And how would it affect you as a juror
to -- now that you've learned that there were other
proceedings involving other people of the organization,
would that affect your ability to be fair and impartial as
to these defendants?

            PROSPECTIVE JUROR:  No.

            THE COURT:  Okay.

            And would you agree with me that --

            PROSPECTIVE JUROR:  I mean, I -- just to qualify
it.

            I mean, I knew that the Oath Keeper organization
was larger than these -- you know, the three or four
individuals that this case is about.  So, yeah, it was -- I
wasn't surprised that there were other proceedings, if that
makes sense.

            THE COURT:  Sure, of course.

            But this is a separate proceeding and it involves
different defendants.

            PROSPECTIVE JUROR:  Sure.

            THE COURT:  Could you separate the fact that you

```
1    are generally aware of some other proceeding against others
2    and focus only on the evidence and be fair and impartial to
3    these defendants as it relates to the evidence presented
4    against them?
5                   PROSPECTIVE JUROR:  Yes.
6                   THE COURT:  Okay.
7                   Just above the questions we just talked about,
8    Questions 46 and 47, asked about the extent to which you
9    have been exposed the January 6th Committee proceedings.
10   Can you tell us generally how much of those you've -- how
11   closely you've followed those, whether you've watched any of
12   the hearings, read about them.
13                  PROSPECTIVE JUROR:  Sure.  I haven't watched --
14   I'm sure I watched bits and pieces, not through -- I don't
15   watch a lot of, like, cable news but I'm sure that I saw
16   bits and pieces on the Internet.
17                  I read significant amounts about the coverage
18   around them.  I work as a political consultant, and so part
19   of my day to day.
20                  THE COURT:  Okay.
21                  Do you have a recollection of the January 6th
22   Committee hearing having discussions or commentary about the
23   Oath Keepers?
24                  PROSPECTIVE JUROR:  Certainly.
25                  THE COURT:  And what do you recall from that?
```

1          PROSPECTIVE JUROR:  You know, I think the

2    individual -- the committee hearing that I remember best was

3    the one where there was a lot of video evidence presented.

4    And I -- maybe it's not the Oath Keepers specifically but

5    any time there was visuals in those videos of folks that are

6    wearing military gear, I think my association is with --

7    that they could potentially be members of the Oath Keeper

8    organization.

9          THE COURT:  Beyond that fact of having seen videos

10   that were presented, anything else more specific than that?

11         PROSPECTIVE JUROR:  I can't -- no, no,

12   I don't recall, like, you know, a specific portion of the

13   proceedings being on the Oath Keepers.

14         THE COURT:  Okay.

15         So there will be -- it won't surprise you that if

16   you were selected in this case, there will be videos shown.

17         PROSPECTIVE JUROR:  Sure.

18         THE COURT:  Do you think you could separate out

19   the videos that you've seen previously and, again, focus

20   only on that evidence that's presented here in this case?

21         PROSPECTIVE JUROR:  Meaning could I forget having

22   seen the videos in the past?

23         THE COURT:  Well, not really forget but at least

24   set it aside and focus and constrain your deliberations if

25   you were selected only to the evidence and the video

1    evidence that's presented at trial?

2              PROSPECTIVE JUROR:  I think having seen the videos

3    prior would contextually inform some of the decisions that I

4    would make.

5              THE COURT:  Okay.

6              And what is it about those videos that you think

7    would inform you contextually?

8              PROSPECTIVE JUROR:  Well, I mean, I think if the

9    video evidence that was presented during the proceedings was

10   limited to three or four clips, say, I'm certain that having

11   watched the prior clips, that would feed into whatever

12   decision-making process I was going through at the time.

13             THE COURT:  Okay.

14             So, again, you know, I'm in no position to tell

15   you whether there's some overlap between the videos that

16   were presented --

17             PROSPECTIVE JUROR:  Sure.

18             THE COURT:  -- and what will be presented here,

19   but, again, as a juror, we would ask you -- we understand

20   that no one can simply just forget what they've seen; but

21   simply we would ask you to, again, but it to the side and

22   focus only on the video and the --

23             PROSPECTIVE JUROR:  Right.

24             THE COURT:  -- testimonial evidence as presented

25   here.

```
 1              PROSPECTIVE JUROR:  Yes, I think I could do that.

 2              THE COURT:  Okay.

 3              On the prior page, we asked you questions, in

 4   Questions 41, 42, and 43, about the extent to which you've

 5   in been exposed to the news, and I think we've talked about

 6   that a little bit.  But can you generally describe for us

 7   the extent to which you have followed news coverage about

 8   the events of January 6th?

 9              PROSPECTIVE JUROR:  All day on the 6th, certainly,

10   you know, again, work as a political consultant, live on

11   Capitol Hill, so probably about a mile from the Capitol

12   itself.  So I was watching throughout that day.

13              Worked in the Capitol for -- well, at the Capitol

14   and the Capitol Grounds for nine years so just was very

15   interested.

16              So watching all of that day, certainly the cable

17   news in the following days, reading stories about it in the

18   following days and probably following months, and then, you

19   know, probably it became a salient issue again once the

20   January 6th Committee proceedings started and following some

21   of that as I said before.

22              THE COURT:  You just told us you worked on the

23   Hill at one point in time.  And for how long did you work on

24   the Hill?

25              PROSPECTIVE JUROR:  From 2006 to 2014.  So eight,
```

1    nine years.

2            THE COURT:  And does the fact -- and, obviously,

3    the events of this trial, what would be at issue in this

4    trial, are the events of that day at the Hill.  Do you think

5    you would be able to set aside or cabin whatever emotion

6    that you may feel in a trial from seeing images of a place

7    that you worked?

8            PROSPECTIVE JUROR:  I think it certainly affected

9    me greatly that day.  And I think there might be some

10   challenge there in separating the sort of emotional impact

11   that that day had with serving in a trial like this one.

12           THE COURT:  Okay.

13           Your current work -- well, let me ask before I

14   move forward.

15           Did you know people who were on the Hill working

16   on January 6th?

17           PROSPECTIVE JUROR:  Yes.

18           THE COURT:  And were you, I think you've indicated

19   in Question 24 that you're concerned for their safety or

20   your safety or that of a family member.  Can you elaborate

21   on that, please.

22           PROSPECTIVE JUROR:  Well, my former boss was a

23   Senator from Washington State, Patty Murray, was in her

24   Capitol hideaway at that time, and I think was probably well

25   covered that she was sort of sequestered in that room for a

```
 1   while because of the events of that day.
 2           THE COURT:  Have you spoken to her since the
 3   events?
 4           PROSPECTIVE JUROR:  Probably not, no.
 5           Well, actually, sorry I have, not about those
 6   events.
 7           THE COURT:  Not about those events.
 8           PROSPECTIVE JUROR:  Yes.
 9           THE COURT:  Okay.
10           And how do you think that emotion --
11           PROSPECTIVE JUROR:  Sorry, I should just add that,
12   also, just, you know, I have friends and colleagues who were
13   in the building that day at the staff level.
14           THE COURT:  Okay.  And have you spoken to them
15   about what they experienced?
16           PROSPECTIVE JUROR:  Yes.
17           THE COURT:  Do you think you'd have difficulty --
18   well, let me ask you this.  How would what you've learned
19   from them affect your ability to serve in this case as a
20   juror?  Would it impact you, do you think, your ability to
21   be fair and impartial?
22           PROSPECTIVE JUROR:  Well, I think just in the same
23   way that I talked about before in terms of maybe having a
24   little bit more of an emotional impact on me than others
25   that haven't served there or didn't know other folks,
```

```
 1    I think that I couldn't completely discount the fact that

 2    that could have an impact.

 3              THE COURT:  Okay.

 4              All right.  Any objection, Counsel?

 5              MR. EDWARDS:  Yes, Your Honor.  May I answer a few

 6    questions?

 7              THE COURT:  Sure.

 8              MR. EDWARDS:  Thank you, Your Honor.

 9              Good morning.

10              PROSPECTIVE JUROR:  Good morning.

11              MR. EDWARDS:  Can you -- if the -- I think the

12    Judge or the Court would agree the system doesn't expect you

13    to come in and not have emotions or not have an emotional

14    experience before you come into the courtroom.  And if the

15    Judge asked you to set those emotions aside and to engage in

16    the exercise of just considering evidence that both parties

17    present, that there's kind of a rigid four corners, right,

18    and anything that goes into those four corners, that's what

19    you consider to render a verdict.  Do you think you could

20    listen to the judge's rule?

21              PROSPECTIVE JUROR:  Yes.

22              MR. EDWARDS:  And you said you're a political

23    consultant, correct?

24              PROSPECTIVE JUROR:  That's right.

25              MR. EDWARDS:  Can you describe just a little bit
```

1    more what you do as a political consultant?

2            PROSPECTIVE JUROR:  Sure.

3            And I think it's in a way influenced by what I did

4    on the Hill.

5            I worked on communications primarily, and so

6    I work on political communications with corporations,

7    non-governmental organizations, others to sort of tell their

8    stories, in some instances, influence policy.

9            MR. EDWARDS:  And then before that, it sounded

10   like you worked on the Hill.

11           PROSPECTIVE JUROR:  I worked in the Obama

12   administration for three years and then prior to that, I

13   worked on Capitol Hill -- again, I can't do the math --

14   eight or nine years.

15           MR. EDWARDS:  Right.

16           In both of those experiences I assume you, tell me

17   if I'm wrong, I assume you engaged in experiences that were

18   emotionally charged --

19           PROSPECTIVE JUROR:  Sure.

20           MR. EDWARDS:  -- with certain political topics?

21           PROSPECTIVE JUROR:  Sure.

22           MR. EDWARDS:  I assume you worked with people

23   across the aisle, both sides of the -- basically the entire

24   political spectrum also.

25           PROSPECTIVE JUROR:  Yep.  I do now in my current

```
 1   role.
 2            MR. EDWARDS:  In that experience, have you had to
 3   learn how to set aside emotion, deal with the facts, grapple
 4   with arguments from the other side, and get to a resolution?
 5            PROSPECTIVE JUROR:  Certainly.
 6            MR. EDWARDS:  Do you think that you can pull from
 7   those experiences of divorcing yourself from emotion or
 8   previous experiences and engage in the rules of the game,
 9   right, that if the Court says you have to come in here and
10   listen to only what these two sides present and then render
11   a verdict, do you think you can draw from that experience
12   and do it here?
13            PROSPECTIVE JUROR:  Yes.
14            MR. EDWARDS:  Okay.  Thank you.
15            THE COURT:  Any follow-up from defense counsel?
16            MS. HALIM:  No, Your Honor.
17            THE COURT:  Sir, can I just ask you, you've
18   indicated that you, based on your position, this doesn't
19   come as a surprise, that you know lawyers and people in the
20   legal profession.  Do you know anybody that works, that does
21   criminal work?
22            PROSPECTIVE JUROR:  So I have family members.
23   My father was an immigration lawyer from time to time, did
24   criminal-related immigration work.  And my brother does more
25   kind of corporate litigation, so -- I think my dad, you
```

```
 1  know, when I was younger.  But not primarily criminal work.
 2              THE COURT:  Okay.
 3              I'll ask a slightly different question.
 4              As you know, it is the government's burden to
 5  prove guilt beyond a reasonable doubt.  Do you think
 6  it would be harder for you to come to the conclusion that
 7  the government had not met its burden because of your
 8  pre-existing friendships and connections to people on
 9  Capitol Hill who experienced the events of that day?
10              PROSPECTIVE JUROR:  No.
11              THE COURT:  And do you think if you were to serve
12  as a juror and vote to acquit, it would be difficult for you
13  or create strains or difficulties in your relationships with
14  those people to tell them, I acquitted people who were
15  accused of doing things on January 6th?
16              PROSPECTIVE JUROR:  I don't know.  I mean, I guess
17  I hadn't considered how public I would be about that fact
18  afterwards.  I mean -- and I'm -- in a high-profile case
19  like this, I imagine that it could become public.  I think
20  that might pose some difficulty.
21              THE COURT:  Do you think it would -- look, it's
22  not that your name would be in the newspaper or anything,
23  but obviously your anonymity would be guarded.
24              PROSPECTIVE JUROR:  Well, I probably wouldn't
25  otherwise share it then.
```

```
1              THE COURT:  But you would also be away for six to
2     eight weeks and people could put two and two together.
3              PROSPECTIVE JUROR:  Sure.
4              THE COURT:  And do you think you would have
5     concerns, for example, that it might affect you
6     professionally to be on a jury that acquitted individuals
7     who were --
8              PROSPECTIVE JUROR:  I don't know is the honest
9     answer to that question.  I don't know how that could
10    potentially play out.
11             THE COURT:  Okay.  All right.
12             Thank you, sir.  Mr. Douyon will show you out of
13    the courtroom and provide you with additional instructions.
14             MR. EDWARDS:  Do I have a chance?
15             THE COURT:  No.
16             MR. EDWARDS:  Thank you.
17             THE COURT:  I'm going to strike 0806.  I think --
18    look, notwithstanding the rehabilitation efforts, which
19    I thought were well-done, but, you know, there are just too
20    many connections and I think the reservations that he had
21    about being able to put his emotions aside and, frankly, the
22    last set of questions about professional impact really,
23    I think, makes the answer clear.
24             MR. EDWARDS:  Thank you, Your Honor.
25             THE COURT:  So we'll do this last juror, and then
```

```
1    we'll take our morning break.
2              COURTROOM DEPUTY:  Your Honor, this is Juror No.
3    1877.
4              THE COURT:  Ma'am, how are you?
5              PROSPECTIVE JUROR:  Good.  How are you?
6              THE COURT:  Good, thank you.  You're Juror 1877?
7              PROSPECTIVE JUROR:  Yes.
8              THE COURT:  Feel free to remove your mask if you
9    are comfortable doing so.
10             Before we get started with respect to your juror
11   questionnaire, yesterday, it was our understanding that you
12   would appear yesterday.  Was there something that came up or
13   was there a reason for not appearing?
14             PROSPECTIVE JUROR:  It was a scheduling error on
15   my part.
16             THE COURT:  Scheduling error.  That's fine, it
17   happens.
18             PROSPECTIVE JUROR:  I apologize.
19             THE COURT:  That's all right.  That happens to all
20   of us.
21             You have indicated that there would be some
22   hardship associated with service for a long trial like this
23   one.  You've written that it would severely impact your
24   upcoming professional obligations.  Could you give us a
25   little bit more detail on what you mean by that.
```

1           PROSPECTIVE JUROR:  I'm working on a contract to

2    re-compete with my company and the defense health agencies.

3           THE COURT:  So help me understand that.  In other

4    words, you are on the contracting team for your company that

5    is looking to rebid --

6           PROSPECTIVE JUROR:  Yes.

7           THE COURT:  -- and resecure --

8           PROSPECTIVE JUROR:  I'm managing that process.

9           THE COURT:  You're managing the process.

10          PROSPECTIVE JUROR:  Yes.

11          THE COURT:  And when is that -- when is your

12   submission due?

13          PROSPECTIVE JUROR:  January 8th.

14          THE COURT:  January 8th.

15          And would you be able to assist and manage in that

16   process before court would start and after court would

17   conclude?

18          PROSPECTIVE JUROR:  I'm really -- I really --

19   probably not.

20          THE COURT:  Okay.

21          So, I mean, look, I am -- as most judges are in

22   this courthouse, we understand people's professional

23   obligations.

24          PROSPECTIVE JUROR:  Right.

25          THE COURT:  And absent extraordinary

```
 1   circumstances, typically professional obligations don't
 2   constitute hardship.
 3              PROSPECTIVE JUROR:  Sure.
 4              THE COURT:  Because everybody has professional
 5   obligations.
 6              PROSPECTIVE JUROR:  Of course.
 7              THE COURT:  And so I appreciate you telling us,
 8   just not sure it rises to that level.
 9              PROSPECTIVE JUROR:  Sure.
10              THE COURT:  All right.  Thank you.
11              Let's turn then, if you would, to page 11.
12              In Question 48, we asked you whether you have such
13   strong opinions about the events of January 6th that would
14   make it difficult for you to be a fair and impartial juror.
15   You answered "yes."  Can you tell us why you answered "yes."
16              PROSPECTIVE JUROR:  My partner was at the Capitol
17   that day and it was --
18              THE COURT:  Okay.
19              PROSPECTIVE JUROR:  -- a pretty traumatizing day,
20   I think, for both of us.
21              THE COURT:  I understand.  I'm sorry he
22   experienced that -- your partner experienced that.
23              Is there any objection?
24              MR. EDWARDS:  No, Your Honor.
25              THE COURT:  All right.  Ma'am, thank you very
```

1  much, appreciate your time.  And Mr. Douyon will show you

2  out of the courtroom and provide you additional instruction.

3          Juror 1877 stricken for cause.  10 -- excuse me,

4  0806, prior juror, also stricken for cause, if I didn't put

5  that on the record.  And then when we come back, we will

6  start with, I think Juror 2362 is who is up next or --

7  I'm not sure if that person is here.  So it's either 2362 or

8  1946.  Okay.  So it's a little bit before 11:00, why don't

9  we just resume at 11:15.  Thank you, all.  See you shortly.

10 Do not wait for me.

11         Sorry, 2362 is the person who is not here on

12 bereavement.

13         (Recess from 10:58 a.m. to 11:17 a.m.)

14         COURTROOM DEPUTY:  All rise.  The Honorable

15 Amit P. Mehta presiding.

16         THE COURT:  Please be seated, everyone.

17         COURTROOM DEPUTY:  Your Honor, this is Juror

18 No. 1946.

19         THE COURT:  Ma'am, how are you?

20         PROSPECTIVE JUROR:  Good morning.

21         THE COURT:  You are Juror 1946; is that right?

22         PROSPECTIVE JUROR:  That is right.

23         THE COURT:  Okay.

24         So let's start with -- your juror questionnaire is

25 in front of you.  And if you are comfortable removing your

```
 1    mask, feel free to do so.
 2            You've indicated in Question 1, which is on page 5
 3    there, that you're, "responsible for picking up my two
 4    school-age children at 3:45 on Monday, Wednesday, Thursday
 5    and Friday, and at 2:30 on Tuesdays."
 6            So can I ask, would there be -- if you were
 7    selected to serve as a juror, would there be someone else
 8    who could take care of that for you for six to eight weeks?
 9            PROSPECTIVE JUROR:  I mean, I would see if I could
10    make proper arrangements.
11            THE COURT:  Okay.
12            PROSPECTIVE JUROR:  That would be an
13    inconvenience.
14            THE COURT:  An inconvenience but do you think
15    there would be -- and I don't mean to be difficult but would
16    it be possible for someone else to pick your children up for
17    that period of time?
18            PROSPECTIVE JUROR:  Again, I would have to see if
19    I could make the proper arrangements.
20            THE COURT:  Okay.
21            Well, why don't we go ahead and we'll just
22    continue our questioning here.
23            If you would turn, please, to page 11.
24            Page 11, Question 49 asked whether you've read,
25    seen, or heard anything about the Oath Keepers organization.
```

 1    Can you tell us what you have read, seen, or heard about the
 2    organization.
 3              PROSPECTIVE JUROR:  It's quite limited.
 4              My knowledge of the Oath Keepers organization is
 5    just what I've heard on the news.
 6              THE COURT:  Okay.  And can you tell us what that
 7    is.
 8              PROSPECTIVE JUROR:  I mean, allegedly, that the
 9    group is a far-right organization and allegedly opposes the
10    U.S. Government, and that's really my limited knowledge.
11              THE COURT:  Okay.
12              And you used the word "allegedly."  Can you tell
13    us why you use that word.
14              PROSPECTIVE JUROR:  Because I don't know what to
15    be the truth.  I don't know what to be fact.
16              THE COURT:  So do I take from that that if you
17    were selected as a juror, you would keep an open mind and be
18    open to the evidence that's presented and make your own
19    determinations about the accuracy or inaccuracy of things
20    you've heard?
21              PROSPECTIVE JUROR:  That's correct.
22              THE COURT:  Okay.
23              You had indicated "yes" to 49 when you completed
24    the questionnaire.  Have you learned anything more about the
25    organization since you completed the questionnaire?

1           PROSPECTIVE JUROR:  Have I learned anything more?
2  I have not.
3           THE COURT:  In Question 51, you were asked about
4  Stewart Rhodes, Kelly Meggs, Jessica Watkins, Ken Harrelson,
5  or Thomas Caldwell.  You answered "no."  Is that still your
6  answer to that question today?
7           PROSPECTIVE JUROR:  It is.
8           THE COURT:  All right.
9           If I could please ask you to turn to the prior
10 page, page 10, Questions 41, 42, and 43, those questions
11 were aimed at trying to get a sense of how much news and
12 media you've been exposed to about the events of
13 January 6th.  Can you give us a sense just generally of how
14 much news you've consumed about the events of that day?
15          PROSPECTIVE JUROR:  So recently, not -- not that
16 much news coverage.
17          But I do live about 25 blocks from here, and so
18 I was aware before the January 6th events that something may
19 take place at the Capitol and so I was -- I do watch the
20 news often.  And so to answer your question -- sorry, repeat
21 your question.
22          THE COURT:  That's okay.  I'm trying to get a
23 sense.
24          So let me ask you this.  Do you think that -- what
25 you've learned and read about the events of that day, do you

1   think that would have an effect on your ability to be fair

2   and impartial to these defendants and focus only on the

3   evidence that's presented in the case?

4           PROSPECTIVE JUROR:  No, I don't think that it

5   would have any effect on my --

6           THE COURT:  So you would be able to put aside what

7   you've read in the media and focus only on the evidence as

8   presented; is that right?

9           PROSPECTIVE JUROR:  That's correct.

10          THE COURT:  So if I could please then ask you to

11  turn to Question 16, and that question asked whether you or

12  a close friend or family member has been employed by the

13  Federal Government.

14          PROSPECTIVE JUROR:  Oh, yes.

15          THE COURT:  Can you tell us who in your circle of

16  friends or family or perhaps you have been employed by the

17  Federal Government.

18          PROSPECTIVE JUROR:  I am employed by the Federal

19  Government.

20          THE COURT:  Okay.

21          PROSPECTIVE JUROR:  And my sister was formerly a

22  prosecutor at the Justice Department.

23          THE COURT:  Okay.

24          Can you tell us, starting with your sister, when

25  she was a prosecutor at the Department of Justice?

```
 1              PROSPECTIVE JUROR:  I think she left that position

 2   last November.

 3              THE COURT:  Last November.

 4              And was she a U.S. Attorney, or was she at Main

 5   Justice?

 6              PROSPECTIVE JUROR:  She was at -- well, she -- she

 7   was at the U.S. Attorney's Office in New York, the Southern

 8   District -- or is it the Eastern District of New York, and

 9   then she was at Main Justice in D.C.

10              THE COURT:  Okay.

11              Do you know whether she has participated in the

12   investigation or prosecution of any January 6th related

13   cases or defendants?

14              PROSPECTIVE JUROR:  She has not.

15              THE COURT:  She has not.

16              And where is she now?  She's no longer with the

17   Department of Justice?

18              PROSPECTIVE JUROR:  She's no longer with the

19   Department, doing something completely unrelated.

20              THE COURT:  So one of the charges in this case, as

21   you may know, is seditious conspiracy.  The defendants are

22   accused of conspiring to resist the authority of the

23   United States Government by force.  The fact that you and

24   your family member, your sister, have worked for the

25   U.S. Government, do you think that would affect your ability
```

1    to be fair and impartial?

2              PROSPECTIVE JUROR:  I do not.

3              THE COURT:  You've already told us -- this is

4    page 11, Question 55.  You've told us that you're a

5    lawyer -- or I believe you are a lawyer based on your

6    questionnaire.  You told us your sister is a lawyer.  Are

7    there others who are close to you who also have done

8    criminal work?

9              PROSPECTIVE JUROR:  Who have done criminal work?

10             THE COURT:  Correct.

11             PROSPECTIVE JUROR:  No.

12             THE COURT:  So let me ask you, do you think the

13   fact that your sister is a former prosecutor, how that --

14   would that affect your ability to be fair to these

15   defendants?

16             PROSPECTIVE JUROR:  Would that affect my ability?

17   It would not.

18             THE COURT:  Do you think you would have greater

19   difficulty coming to the conclusion to acquit these

20   defendants if you were to come to the conclusion that the

21   government had not met its burden of proof?

22             PROSPECTIVE JUROR:  No.

23             THE COURT:  Do you think there would be any

24   difficulty or any tension created with your sister if you

25   were to vote to acquit?

```
 1                    PROSPECTIVE JUROR:  No.
 2                    THE COURT:  Question 59 is -- asked whether you or
 3          a close friend or family member has ever been the victim of
 4          a crime, reported or not.  Can you tell us why you answered
 5          that question "yes."
 6                    PROSPECTIVE JUROR:  I've been a victim of theft.
 7                    THE COURT:  Is that in D.C. or somewhere else?
 8                    PROSPECTIVE JUROR:  In D.C.
 9                    THE COURT:  And did you interact with the
10          Metropolitan Police Department?
11                    PROSPECTIVE JUROR:  I did.
12                    THE COURT:  And was somebody arrested?
13                    PROSPECTIVE JUROR:  No.
14                    THE COURT:  Is there anything about your
15          experience with the Metropolitan Police Department that
16          might cause you to think you couldn't be fair and impartial
17          in judging a law enforcement officer's testimony?
18                    PROSPECTIVE JUROR:  I didn't think that they were
19          helpful at all but I don't think that would impact my
20          judgment.
21                    THE COURT:  Okay.
22                    Mr. Edwards.
23                    MR. EDWARDS:  Good morning.
24                    PROSPECTIVE JUROR:  Good morning.
25                    MR. EDWARDS:  I just wanted to ask one question
```

1   about the potential hardship if you were to serve, and I'm

2   going to try to read my notes right.  Is it that that

3   childcare issues are Monday, Wednesday, Thursday, Friday at

4   about 3:30 or 3:45?

5            PROSPECTIVE JUROR:  That's correct.

6            MR. EDWARDS:  And had then Tuesday at 2:30, your

7   general week then Tuesdays at 2:30.

8            PROSPECTIVE JUROR:  That was a mistake.  It was

9   Wednesdays at 2:30 actually.

10            MR. EDWARDS:  Wednesdays at 2:30.  The other days

11   is 3:45.

12            Okay.  That's it.  Thank you.

13            MS. HALIM:  Good morning, ma'am.  I have a

14   question about Question 19 on your questionnaire which is at

15   page 7.  It looks like I see no answer designated.  I just

16   wanted to ask you about that.  Regarding whether you have

17   strong feeling about firearms.

18            PROSPECTIVE JUROR:  Wait, I'm sorry, which

19   question?

20            MS. HALIM:  It's Question No. 19.

21            PROSPECTIVE JUROR:  Oh, right, I didn't complete

22   that.

23            Do I have strong feeling about firearms?  No.

24            MS. HALIM:  Okay.  That's all.  Thanks so much.

25            THE COURT:  Okay.  Anything else, defense counsel?

1          All right.  Ma'am, if you would do us the

2  following favor.  If you could provide your contact

3  information to Mr. Douyon.

4          PROSPECTIVE JUROR:  Okay.

5          THE COURT:  If you could make inquiries about

6  childcare arrangements and let us know whether that is a

7  possibility today, if you're able to make that

8  determination, that would be very helpful.

9          PROSPECTIVE JUROR:  Before I leave?

10          THE COURT:  No, not before you leave.

11          PROSPECTIVE JUROR:  Oh, okay.

12          THE COURT:  But that's why, if you could just

13  provide him with your contact information and you can let

14  him know when you have an opportunity to do so.

15          PROSPECTIVE JUROR:  Sure.  Okay.

16          THE COURT:  Thank you very much.

17          PROSPECTIVE JUROR:  Thank you.

18          THE COURT:  So I will not sort of officially count

19  her as qualified yet, but let's see if we hear from her and

20  need her.

21          COURTROOM DEPUTY:  Your Honor, this is Juror No.

22  0464.

23          THE COURT:  Sir, how are you?

24          PROSPECTIVE JUROR:  Fine.  Fine.

25          THE COURT:  Thank you for being with us today.

1        You're Juror 0464?

2        PROSPECTIVE JUROR:  Yes.

3        THE COURT:  All right.  Your juror questionnaire

4   is there in front of you and I will ask you, please, to

5   please open it up and turn to page 11.

6        PROSPECTIVE JUROR:  Yes, I'm there.

7        THE COURT:  So in Question 49 we asked you whether

8   you've read, seen, or heard anything about the Oath Keepers

9   organization.  You said "yes."

10       Question 51, we asked you about five individuals,

11  Stewart Rhodes, Kelly Meggs, and others.  You said "yes."

12       In Question 52 we asked you about the defendants

13  in this case, Roberto Minuta, Joseph Hackett,

14  David Moerschel and Ed Vallejo, and you also answered "yes."

15       So can you share us with what you have read, seen,

16  or heard both about the organization and then these

17  defendants in particular?

18       PROSPECTIVE JUROR:  In general, what I had -- I

19  think this is mostly from reading newspaper, maybe from

20  evening news.  I'd heard there was an organization called

21  the Oath Keepers.  They have been linked somehow, at least

22  in discussions, to the events of January 6th.

23       The name on 51, the name that I had -- I recalled

24  hearing at the time was Stewart Rhodes.  Perhaps one of the

25  others, perhaps Jessica Watkins, but Stewart Rhodes was a

1    name that I heard who was identified with the Oath Keepers.

2              On the -- on 52, the name that struck me when I

3    looked at the list here as having read was somehow the same

4    connection was Ed Vallejo.  Other than the fact that there

5    was the name that somehow had been identified in things that

6    I had read as being in some way involved with the

7    Oath Keepers or with the event, that was the name that

8    struck me.  The others did not.

9              THE COURT:  Okay.

10             And sort of taking your answers in reverse order,

11   with respect to Mr. Vallejo, do you have any specific

12   understanding of what he is alleged to have done in

13   connection with the events of that day?

14             PROSPECTIVE JUROR:  No, not at all.  It was just,

15   the name had somehow stuck in my mind.  It reminded me of a

16   similar name of someone I had known many years ago.  But no

17   connection to anything specific.

18             THE COURT:  And then in terms of what your

19   understanding is about Stewart Rhodes, can you tell us what

20   particular understanding you have about him and his

21   connection to the events of that day?

22             PROSPECTIVE JUROR:  My understanding is that he

23   was the head of the organization or a leading spokesman of

24   the Oath Keepers.

25             Then he was -- from time to time would -- had even

```
 1   given interviews, there were stories about him.  What
 2   I recall is that he was a leader and a spokesperson for the
 3   organization.
 4              THE COURT:  Okay.
 5              And since you completed this questionnaire, have
 6   you learned anything else about Mr. Rhodes?
 7              PROSPECTIVE JUROR:  There have been several news
 8   stories I had seen, at least on the headlines.  I stopped
 9   pursuing the stories in any detail after the jury selection
10   began, but that he was -- that he had been charged and had
11   been convicted of some crime in connection with the
12   January 6th event.
13              THE COURT:  Okay.
14              So these defendants are accused of conspiring with
15   Mr. Rhodes in connection with the events of January 6th.
16   The fact that Mr. Rhodes has been convicted, how do you
17   think that would affect your ability to be fair and
18   impartial to these defendants?
19              PROSPECTIVE JUROR:  I think it would have no
20   adverse effect.  I mean, you take them as they come and
21   whatever the evidence shows.
22              THE COURT:  And what is it that -- what
23   understanding do you have about what the Oath Keepers did or
24   did not do on January 6th?
25              PROSPECTIVE JUROR:  I think in general they were
```

1  an organization that had been both vocal in its denunciation

2  of the decision on the election and on the approval of it.

3  And as I recall, and whether or not Mr. Rhodes himself or

4  the organization too was attributed to very vociferous,

5  strong statements that this was not an acceptable condition,

6  that the presidency had changed and that the election had

7  been mishandled, and there were strong assertions that this

8  was an unacceptable condition.

9       THE COURT:  And so other than voicing their

10 opinion about the elections, do you have any specific

11 understanding of what individual Oath Keepers or

12 collectively they actually are -- did on January the 6th

13 itself?

14      PROSPECTIVE JUROR:  No, I do not.

15      THE COURT:  So you've told us you've learned a

16 little bit about the organization and Mr. Rhodes.

17      The question for you as a juror would be could you

18 set aside all of what you just described for us and consider

19 the evidence as it's presented in this case and view it

20 fairly and impartially as to these defendants?

21      PROSPECTIVE JUROR:  Not -- I have no problem with

22 that.  That's what I would do.

23      THE COURT:  Okay.

24      Just above the questions we've been discussing in

25 Question 46 and 47, you've indicated that you've had some

1    exposure to the January 6th Committee hearings.

2            First, can you tell us, is any of your knowledge

3    about the Oath Keepers, is that based upon the January 6th

4    Committee hearings?

5            PROSPECTIVE JUROR:  No.  I -- I have watched some

6    of the hearings -- and watched the events for a couple of

7    hours on the 6th.  But I don't recall anything specific

8    about the Oath Keepers coming out of the hearings.

9            THE COURT:  Okay.

10           And can you give us a sense of how much of those

11   hearings you've either watched or read about.

12           PROSPECTIVE JUROR:  I probably have actually

13   watched from one to three hours of perhaps three, perhaps

14   four different sessions of the January 6th hearing.

15           THE COURT:  When you say one to three hours, do

16   you mean collectively or --

17           PROSPECTIVE JUROR:  No, each day there would be

18   some, I would sit down, I was very interested in how the

19   whole process was going.

20           THE COURT:  Okay.

21           And you've watched those hearings, those hearings

22   covered a whole range of topics.  Do you think you would

23   have any difficulty setting aside what you've viewed and

24   listened to as part of those hearings and, again, focusing

25   on the evidence that's presented only in this case?

```
1                PROSPECTIVE JUROR:  I would have no problem with

2    that.

3                THE COURT:  Same question with respect to your

4    exposure to media about the events of January the 6th.

5    You're clearly someone who has been exposed to some media.

6    Do you think you would have any trouble putting that aside

7    and judging these defendants based only on the evidence

8    that's presented?

9                PROSPECTIVE JUROR:  No, I'd have no problem.

10               THE COURT:  I'm going to ask you, please, to turn

11   back to page 7.

12               Question 16 indicated or asked whether you or a

13   close friend or family member has ever been employed by a

14   Federal Government.  Can you tell us -- you answered that

15   "yes."

16               Can you tell us why you answered that yes.

17               PROSPECTIVE JUROR:  I was employed as a personal

18   services contractor and as an individual for about 20 years

19   from -- ending two years ago, with a special unit of the --

20   it's called the Office of Transition Initiatives of USAID.

21               THE COURT:  Okay.

22               PROSPECTIVE JUROR:  And I worked for them for 20

23   years.

24               I previously, from time to time, in one of my

25   different careers had served as a consultant to units,
```

1    overseas units of the Federal Government in Africa, in Latin

2    America, as a consultant either designing activities, that

3    type of thing.  But those were individual consultancies.

4              But as an employee for 20 years.

5              I have a son who is currently employed in the

6    Labor Department.

7              THE COURT:  You can go visit him as soon as you're

8    done here?

9              PROSPECTIVE JUROR:  Yeah, you know it.

10             THE COURT:  You obviously have close ties and have

11   represented, or I should say have been employed by the

12   U.S. Government for a number of years.  One of the charges

13   in this case is a seditious conspiracy.  The allegation is

14   that these defendants conspired to resist the authority of

15   the United States by force.  Do you think that your having

16   worked for the U.S. Government, particularly in a capacity

17   where you've represented the government abroad, do you think

18   that would affect your ability to be fair and impartial?

19             PROSPECTIVE JUROR:  No, it wouldn't, it would not

20   affect it.

21             THE COURT:  Question 20 asked whether you or a

22   close friend or family members attended any rallies or

23   protests or demonstrations in the last five years.

24             PROSPECTIVE JUROR:  Yes.

25             I attended one rally on the day after the

1    inauguration of President Trump, I attended a rally downtown

2    that was vocal in its dismay at that event.

3           I've not attended any protests or march as those

4    terms are used.  Rally is the category of the one event that

5    I recall.

6           THE COURT:  Okay.

7           It may not come as a surprise to you that the

8    defendants in this case may have political views that are

9    different than yours.  They, in fact, were supporters of the

10   former President.  Do you think it would be hard for you or

11   would present any problem for you to set aside that

12   difference in political opinion and focus and judge them

13   only on the evidence that's presented?

14           PROSPECTIVE JUROR:  No, I would have no difficulty

15   with that.

16           I mean, I have a few relatives and a few friends

17   who have a different political views from mine and they are

18   both still relatives and still friends.

19           THE COURT:  Okay.  Question 21 asked whether

20   you've ever been on Capitol Grounds or inside the Capitol

21   Building.  Can you just share with us in what context you've

22   begin on the grounds or the building?

23           PROSPECTIVE JUROR:  As a tourist as a child.  I've

24   been there a few times on business with -- one of my stages

25   in life I was an attorney, I did -- in the '60s, I had

1    several -- and early '70s, I had several instances where I

2    had consultations either with staff or members of Congress.

3           Nothing -- I've not been inside in the last maybe

4    15 years.

5           THE COURT:  Okay.

6           PROSPECTIVE JUROR:  20 years.

7           THE COURT:  You've told us that you have served on

8    a jury once before.

9           PROSPECTIVE JUROR:  Yes.

10          THE COURT:  A criminal jury.  Would you be able to

11   set aside what you've learned about the criminal justice

12   process and follow my instructions in this case?

13          PROSPECTIVE JUROR:  Yes, I have no problem with

14   that.

15          THE COURT:  Question 11 asks -- excuse me,

16   page 11, Question 55 asked about people who you are close to

17   who are lawyers.  You've just told us you were a lawyer in

18   your career.

19          Do you have people in your close circle of friends

20   or family who have done criminal work before?

21          PROSPECTIVE JUROR:  Yes, both -- in family, I have

22   a daughter-in-law who is a Public Defender, not in the

23   District.  I have friends and a neighbor who is a judge.

24   I have some continuing relations with people that I knew

25   when I was an attorney.  That ended in 1973, so it goes back

1    a way.

2           THE COURT:  Okay.

3           PROSPECTIVE JUROR:  So there's no end to the

4    pattern, some people who are attorneys.

5           THE COURT:  Got you.  Okay.

6           56 asked about family members or friends who

7    either applied for or worked for law enforcement?

8           PROSPECTIVE JUROR:  One of our sons had applied

9    for some law enforcement work in the state -- State of

10    Alaska.  He ended up not pursuing that.

11           So as -- I've had no family members who has

12    ever -- who have ever been employed by a law enforcement

13    agency other than an uncle who's been dead 50 years who was

14    a revenue officer.

15           THE COURT:  Okay.

16           PROSPECTIVE JUROR:  All very, very infrequent.

17           THE COURT:  On the next page we asked you on

18    Question 59 whether you, a close friend, or family member

19    has ever been the victim of a crime.

20           And then Question 62 we asked you the same

21    question but whether anybody in your family or circle of

22    friends has been arrested, charged, prosecuted, or convicted

23    of a crime.  So could you tell us about those answers.

24           PROSPECTIVE JUROR:  I mean, our home -- we were

25    once burglarized in a home in the District.  This would have

1    been in the 1970s.  A person entered the house, and he -- he

2    was arrested by the police.

3              And that's -- I hadn't really thought about

4    whether or not we have any friends who have been a witness

5    to a crime.  I don't -- I don't recall.  None comes to mind

6    on that.

7              THE COURT:  Okay.

8              PROSPECTIVE JUROR:  And I'm sorry, what was the

9    other question, 61 or --

10             THE COURT:  So 62 asked whether --

11             PROSPECTIVE JUROR:  Oh, 62.  Okay.

12             THE COURT:  -- about having been arrested,

13   charged, prosecuted, or convicted of a crime?

14             PROSPECTIVE JUROR:  I have one nephew who was

15   charged and convicted about ten years ago of -- near

16   Charlottesville of growing marijuana, and he did some time.

17             I, myself, in 1973 was indicted and pled guilty to

18   a tax crime two years of not filing tax returns.  And

19   I think that's the extent of it.

20             THE COURT:  Do you recall whether those were

21   felony offenses or misdemeanor offenses?

22             PROSPECTIVE JUROR:  Mine was a misdemeanor.

23             I'm not sure about the marijuana in Virginia at

24   the time.

25             THE COURT:  So the fact that you've had this

1    experience with the criminal justice system, how do you

2    think that will affect your ability to be fair and impartial

3    to the government's presentation of evidence in this case?

4            PROSPECTIVE JUROR:  You know, I don't think -- it

5    won't -- it wouldn't bias me one way or the other.  I think

6    I'll judge it based upon what the presentation is made.

7            THE COURT:  Okay.

8            PROSPECTIVE JUROR:  I have no -- I have no grudge.

9            THE COURT:  Okay.  All right.

10           All right.  Mr. Edwards.

11           MR. EDWARDS:  No questions, Your Honor.

12    Thank you.

13           THE COURT:  Anything from the defense?

14           MR. SHIPLEY:  Sir, you commented about having some

15    significant familiarity with Stewart Rhodes' public

16    commentary, you know, I think you described him as

17    vociferous and very out front and outspoken about his views

18    about the election.

19           PROSPECTIVE JUROR:  Right, that was my impression,

20    yes.

21           MR. SHIPLEY:  What was your reaction to what you

22    heard him say based on the content of what you heard?

23           PROSPECTIVE JUROR:  I didn't have a strong

24    reaction one way or another.  I mean, I think I put it in

25    the context that he was one of many people who were raising

```
 1    the same points so that he didn't strike me as singular.

 2              MR. SHIPLEY:  So you didn't consider him sort of

 3    an outlier?  He was kind of --

 4              PROSPECTIVE JUROR:  Well, just there were a large

 5    number of people then and since who have asserted some of

 6    the same positions, so I didn't consider him as -- yeah, as

 7    an outlier.

 8              MR. SHIPLEY:  Okay.

 9              Now, just a couple of questions about the one

10    rally that you said you attended.  And what I heard you say,

11    and I could be wrong, I've only got one hearing aid working

12    at the time, is that it was the day after former

13    President Trump's inauguration in 20 -- the inauguration

14    would have been in 2017, following the 2016 election.

15              PROSPECTIVE JUROR:  Right.

16              MR. SHIPLEY:  Okay.

17              PROSPECTIVE JUROR:  There was a big rally,

18    probably was the day after the election or the day after the

19    inauguration, I forget, there was a large rally, the entire

20    Mall was filled with people, and my wife and I and friends

21    were down there part of the scores of thousands of people

22    who attended the rally.  As I recall, its purpose was to --

23    a way of expressing with a lot of other people our

24    dissatisfaction at the way that the election had turned out.

25              MR. SHIPLEY:  Okay.
```

1          So in that sense -- so were you motivated to

2    attend that rally by personal dissatisfaction with the way

3    the election had turned out?

4          PROSPECTIVE JUROR:  I mean, I think I was

5    motivated because I had friends and family and others who

6    were going, and let's go to this -- go to this rally.

7          I didn't feel that it was a -- any kind of a moral

8    or character obligation on my part to go.  It was -- so it

9    was not a strong motivation in that sense.  It was -- it was

10   in some ways more of a social outing than a -- what you

11   would call a political protest.

12         MR. SHIPLEY:  And that's all I'm trying to get out

13   of you.  You went more as an event than necessarily --

14         PROSPECTIVE JUROR:  Yeah.

15         MR. SHIPLEY:  -- because you had really strong

16   personal views yourself?

17         PROSPECTIVE JUROR:  It was -- it was an event,

18   yes.

19         MR. SHIPLEY:  But at least the people that had

20   strong personal views as you heard vocalized that day is no

21   real different than the views that were vocalized after the

22   2020 election by the people who were unhappy with that

23   outcome, right?

24         PROSPECTIVE JUROR:  I mean, yeah, I mean I have

25   been through many elections, I may have participated in an

```
1   active way in -- in some.  I ran a campaign in Texas for --
2   many years ago for presidency.
3            So to me the level of dissatisfaction by the
4   losing side or glee on the part of the winning side has not
5   been unusual or outstanding in the period that we're talking
6   about.
7            MR. SHIPLEY:  Well, you and I have seen a lot of
8   elections, and there have been people unhappy and happy in
9   pretty much every one, right?
10           PROSPECTIVE JUROR:  Oh, yeah, that's --
11           MR. SHIPLEY:  All right.  Thank you.
12           THE COURT:  All right.  Sir, thank you very much.
13  Mr. Douyon will show you to the courtroom and provide you
14  with some additional instructions.
15           COURTROOM DEPUTY:  Your Honor, this is Juror
16  No. 0113.
17           THE COURT:  Sir, how are you?
18           PROSPECTIVE JUROR:  Wonderful.
19           THE COURT:  Good.  Good.  Thank you for being with
20  us.
21           You're Juror 0113; is that right?
22           PROSPECTIVE JUROR:  That's correct.
23           THE COURT:  All right.
24           So your juror questionnaire is there in front of
25  you.  If I could ask you to open it to page 6.  In
```

1    Question 14 you indicated to us that, "During the trial I am

2    transitioning out of full-time job to start a business as of

3    January the 2nd."

4              Would that transition -- how would serving as a

5    juror impact that transition?

6              PROSPECTIVE JUROR:  My financial status would be,

7    I would be making a lot less money so I would be pretty

8    impacted financially trying to start a business on -- while

9    serving as a juror.

10             THE COURT:  Okay.

11             Is that something -- when you say "impacted

12   financially," I would expect this -- it would probably be

13   maybe two to three weeks into January.  Would that cause an

14   extreme financial hardship for you if you were to be a juror

15   during the business hours for those three weeks?

16             PROSPECTIVE JUROR:  I could probably make it work.

17   It would be very -- it would pose a challenge.

18             THE COURT:  Okay.  Do you think if you were

19   serving, that you would be distracted by the fact that

20   you're not able to tend to your new business?

21             PROSPECTIVE JUROR:  I do believe I would be

22   distracted.

23             THE COURT:  And so do you think you would have

24   difficulty focusing on the evidence in the case before you

25   if you were selected?

1          PROSPECTIVE JUROR:  I think I would be distracted,

2     like, in my financial mind, but I do believe I would be able

3     to focus on the stuff in front of me.

4          THE COURT:  Okay.

5          And obviously you could -- it would be work --

6     would you be able to do some of the work that you think you

7     need to do either before court or after court?

8          PROSPECTIVE JUROR:  Some of it, yes.

9          THE COURT:  Okay.

10         If I could ask you, please, to turn to page 11.

11    Question 48 asked -- well, let me ask to start with

12    Question 49 -- excuse me, 50.

13         You had said that you had read, seen, or heard

14    things about the Oath Keepers organization that would affect

15    your ability to be fair and impartial.  Can you tell us

16    about that.

17         PROSPECTIVE JUROR:  I've read plenty about the

18    January 6th case.  I've watched numerous January 6th

19    hearings through the Select Committee, and I've kind of --

20    through kind of my reading of the news, being on social

21    media, and listening to a lot of the commentary around it,

22    I've kind of made my own predetermination in my head about

23    how I feel about the Oath Keepers.

24         THE COURT:  Okay.  Can you tell us what that

25    predetermination is.

1          PROSPECTIVE JUROR:  Just kind of against the

2    Constitution, against civil liberties, against, you know,

3    democracy in general is the general gist that I'm getting.

4          THE COURT:  Okay.

5          Do you think that that preconception would affect

6    your ability to keep an open mind and be fair and impartial

7    with respect to these defendants who are either affiliated

8    with or were members of the organization?

9          PROSPECTIVE JUROR:  I believe I could keep an open

10   mind on facts that are presented in a case that reflect, you

11   know, true, false, X, Y, or Z.  I may have my own opinion

12   around kind of the organization itself.

13         THE COURT:  Okay.

14         One of the charges in this case is seditious

15   conspiracy.  The defendants are accused of trying to resist

16   the authority of the U.S. Government by force.  Does the

17   fact of that charge -- do you think that charge alone and

18   what you think you've learned about the organization, do you

19   think you could still keep an open mind and be fair and

20   impartial and focus only on the evidence that's presented at

21   trial?

22         PROSPECTIVE JUROR:  Yes.

23         THE COURT:  And so you also indicated, in

24   Question 48, that you have strong opinions about the events

25   of January 6th.  And so the same general question is, could

```
 1    you set aside your opinions and thoughts about the events of
 2    that day and focus on these defendants and the evidence
 3    that's presented against them?
 4              PROSPECTIVE JUROR:  I want to say yes.
 5              I have really strong opinions on it.
 6              THE COURT:  Okay.
 7              PROSPECTIVE JUROR:  And I believe I may have
 8    challenges setting it aside.
 9              Yeah, it -- I believe it would be a challenge.
10              THE COURT:  Okay.
11              And when you say "a challenge," can you tell us
12    what you mean by that.
13              PROSPECTIVE JUROR:  Yeah.  I believe that there's
14    no reason that the events of January 6th needed to happen.
15    I believe that it's put our country in an extremely
16    challenging place.  And I have, you know -- it makes me
17    question, like, the strength of the -- of our democracy, and
18    that alone is something that, like, I read about often, I'm
19    engaged in discussion with my family and friends about it,
20    and I just have really strong opinions about it and I --
21              And, you know, I can do my best to look at
22    information and factual information.
23              The actual events that transpired that day, they
24    anger me.
25              THE COURT:  Okay.
```

1          All right.  Is there any objection, Counsel?

2          MR. EDWARDS:  No, Your Honor.

3          MR. SHIPLEY:  No, Your Honor.

4          THE COURT:  Thank you very much for your time, we

5  appreciate you being here.  Mr. Douyon will show you out of

6  the courtroom and provide you with some additional

7  instructions.

8          MR. EDWARDS:  Your Honor, for the record,

9  Juror 0113 is struck?

10          THE COURT:  Yes.

11          MR. EDWARDS:  Thank you.

12          COURTROOM DEPUTY:  Your Honor, this is Juror

13  No. 0591.

14          THE COURT:  Ma'am, how are you?

15          PROSPECTIVE JUROR:  Good morning.

16          THE COURT:  Good morning.

17          You are Juror 0591?

18          PROSPECTIVE JUROR:  Yes.

19          THE COURT:  Feel free to remove your mask if you

20  are comfortable doing so.

21          Your juror questionnaire is in front of you, and

22  so I'd ask you please to turn to page 11 and Question 49.

23          Question 49 asked whether you read, seen or heard

24  anything about the Oath Keepers organization, and when you

25  completed this questionnaire, you said the answer was "no."

1    Is the answer to that still "no" today?

2              PROSPECTIVE JUROR:  Yes.

3              THE COURT:  Question 51 asked whether you'd heard

4    or read anything about Stewart Rhodes, Kelly Meggs,

5    Jessica Watkins and others.  You answered "no."  Is your

6    answer to that question still "no" today?

7              PROSPECTIVE JUROR:  Yes.

8              THE COURT:  On the prior page we asked you about

9    your exposure to the events, particularly media, about

10   January 6th.  Can you generally describe for us the extent

11   to which you followed the events of that day in the media.

12             PROSPECTIVE JUROR:  I didn't really follow much at

13   all.

14             Before being summoned, I couldn't even remember

15   the date that it actually happened.  Sorry.  So I really

16   didn't follow much of it.  I don't really follow the news

17   much.

18             THE COURT:  Do you have any impressions or

19   opinions about what occurred on that day?

20             PROSPECTIVE JUROR:  No.

21             THE COURT:  Bear with me for a moment.  Sorry.

22             PROSPECTIVE JUROR:  You're fine.

23             THE COURT:  Okay.

24             Mr. Edwards, any follow-up questions?

25             MR. EDWARDS:  Good morning, ma'am.

1          PROSPECTIVE JUROR:  Good morning.

2          MR. EDWARDS:  There was one question I saw that

3   I couldn't tell if my notes were off, but may have been left

4   blank, if you have top three news sources or where you

5   gather any information about the world around you.  Can you

6   let us know if you have any favorite sources you go to.

7          PROSPECTIVE JUROR:  No, not really.  Maybe if I'm

8   scrolling through Instagram, if something comes up.  Other

9   than that, no.

10          MR. EDWARDS:  So mostly social media.

11          PROSPECTIVE JUROR:  Yes.

12          MR. EDWARDS:  Okay.  Thank you.

13          PROSPECTIVE JUROR:  No problem.

14          MS. HALIM:  Good morning.

15          PROSPECTIVE JUROR:  Good morning.

16          MS. HALIM:  How are you?

17          PROSPECTIVE JUROR:  I'm good.  And yourself?

18          MS. HALIM:  I'm well, thanks so much.

19          There's going to be evidence that the individuals

20   in this case either supported, voted for the former

21   President.  Is there anything about that that would impact

22   you one way or the other?

23          PROSPECTIVE JUROR:  No.

24          MS. HALIM:  All right.  Thank you so much.

25          PROSPECTIVE JUROR:  No problem.

1          THE COURT:  All right.  Ma'am, thank you very much

2    for your time.  Mr. Douyon will show you out of the

3    courtroom.

4          COURTROOM DEPUTY:  Your Honor, this is Juror No.

5    1705.

6          THE COURT:  Hi, ma'am, how are you?

7          PROSPECTIVE JUROR:  Hi.

8          THE COURT:  You're Juror 1705; is that right?

9          PROSPECTIVE JUROR:  Yes.

10          THE COURT:  All right.  Feel free to remove your

11    mask if you're comfortable doing so.

12          Your juror questionnaire is before you, if you

13    would please first turn to page 11.

14          In Question 49 we asked you whether you've read,

15    seen, or heard anything about the Oath Keepers organization.

16    Your answer was "no."  Is your answer to that question "no"

17    still today?

18          PROSPECTIVE JUROR:  Yes, it is still "no."

19          THE COURT:  Yes, it's still "no."  Okay.

20          So you've not heard anything about this

21    organization, any idea what they stand for, what their

22    mission is, et cetera?

23          PROSPECTIVE JUROR:  No, honestly.

24          THE COURT:  That's fine.  That's okay.

25          Question 51 asked you about some specific

```
 1    individuals, including Stewart Rhodes and Kelly Meggs and
 2    others.  You answered the question "no."  Is your answer to
 3    that question still "no" today?
 4              PROSPECTIVE JUROR:  No, it's "yes."  Yes.
 5              THE COURT:  Today your answer to that question is,
 6    yes, you have heard something about these individuals?
 7              PROSPECTIVE JUROR:  Yes.
 8              THE COURT:  Okay.  Can you tell us what you have
 9    heard about these individuals?
10              PROSPECTIVE JUROR:  I saw the headline that the
11    Stewart Rhodes trial had finished over Thanksgiving, and I
12    scrolled quickly past.
13              THE COURT:  Okay.
14              Had you heard of Mr. Rhodes before seeing that
15    headline?
16              PROSPECTIVE JUROR:  No.
17              THE COURT:  Do you know what Mr. Rhodes was
18    charged with?
19              PROSPECTIVE JUROR:  It was in related to
20    January 6th.
21              THE COURT:  Okay.
22              And do you have any sense of what the outcome of
23    his case was?
24              PROSPECTIVE JUROR:  He was guilty on some part of
25    it.
```

1          THE COURT:  Okay.

2          PROSPECTIVE JUROR:  Then I scrolled.

3          THE COURT:  Thank you.  I appreciate that.

4          So these defendants are charged with conspiring

5    with Mr. Rhodes, but Mr. Rhodes is not on trial in this

6    case, this case is against these defendants.  Would you be

7    able to set aside what you've learned about Mr. Rhodes' case

8    and focus only on the evidence that's presented in this case

9    and judge these defendants based only on that evidence?

10          PROSPECTIVE JUROR:  Yes.

11          THE COURT:  Above there at 46, you said you've

12    listened to some portion or viewed portions of the

13    January 6th Committee hearings.  Can you tell us about how

14    much of that you've been exposed to.

15          PROSPECTIVE JUROR:  I watched one day of the

16    committee hearings.  It was before the All-star Baseball

17    Game, so it was probably in July, and my parents were over

18    and we were watching the All-Star Game so we turned it on

19    and it was before that.  That's all.

20          THE COURT:  Okay.  But that's the extent to which

21    you followed it?

22          PROSPECTIVE JUROR:  Yes.

23          THE COURT:  The prior page asked you about your

24    media exposure to the events of the 6th of January.  Can you

25    just give us a general sense of how much media you've

1    consumed about the events of that day?

2              PROSPECTIVE JUROR:  Other than the Congressional

3    Committee hearing, I watched the news on January 6th.  I

4    watched it on *The Washington Post* from my home and maybe

5    read about it afterwards.

6              THE COURT:  Would you say that you're somebody who

7    has, since January 6th, actively sought out news about the

8    events of that day?

9              PROSPECTIVE JUROR:  No.

10             THE COURT:  As a juror we would ask you to put to

11   the side whatever you've learned and whatever you've

12   observed on that day and then what you've read since or seen

13   sense.  Do you think you would have any difficulty doing

14   that and focusing only on the evidence that's presented in

15   the case?

16             PROSPECTIVE JUROR:  No.

17             THE COURT:  If you would please turn to page 7 and

18   to Question 16, please.

19             You indicated that you or close friends or family

20   have ever been employed by the Federal Government, and it

21   appears from lines 14 and 17 that both you and your spouse

22   are employed by the Federal Government.

23             So the question is this:  The defendants in this

24   case are accused of seditious conspiracy.  The allegation is

25   that they conspired to forcibly resist the government of the

1  United States.  Do you think that charge would affect your

2  ability to be fair and impartial as a juror because you work

3  for the Federal Government?

4          PROSPECTIVE JUROR:  No.  Do you want me to say

5  more?

6          THE COURT:  Yeah.

7          PROSPECTIVE JUROR:  It's about the evidence that's

8  presented during the trial and that's what --

9          THE COURT:  Okay.

10          And Question 21 just asked about having been on

11  the Capitol Grounds or inside the Capitol Building.  Can you

12  just tell us about that?

13          PROSPECTIVE JUROR:  Yes, I've been on a few tours

14  of the Capitol Grounds.  I used to live on Capitol Hill, so

15  I used to jog around the Capitol Grounds.

16          THE COURT:  Do you have any friends who remained

17  and lived on Capitol Hill as -- on January 6th?

18          PROSPECTIVE JUROR:  No.

19          THE COURT:  If I could please ask you to turn to

20  page 11.  Question 55 asked you about friends, family

21  members in the legal profession.

22          PROSPECTIVE JUROR:  Yes, I have -- I have many

23  close friends that are lawyers.

24          THE COURT:  Do any of your close friends, do they

25  do any kind of criminal work?

```
 1              PROSPECTIVE JUROR:  No.

 2              THE COURT:  Question 56 asked about family members

 3    or close friends in law enforcement.

 4              PROSPECTIVE JUROR:  Yes, I worked at ICE from 2015

 5    to 2019 as the chief economist for regulations.

 6              THE COURT:  All right.

 7              In that capacity -- well, let me just ask the

 8    question differently.

 9              There will be testimony from law enforcement

10    agents in this case.  Do you think the fact that you worked

11    for a law enforcement agency, do you think that would affect

12    your ability to evaluate the credibility of a law

13    enforcement officer just as you would be required to

14    evaluate the credibility of any other witness?

15              PROSPECTIVE JUROR:  No.

16              THE COURT:  And do you think you would give

17    greater weight to a law enforcement officer's testimony

18    simply because that person was a law enforcement officer?

19              PROSPECTIVE JUROR:  No.

20              THE COURT:  Okay.

21              Mr. Edwards.

22              MR. EDWARDS:  No questions, Your Honor.

23    Thank you.

24              THE COURT:  All right.  Ma'am, thank you very

25    much.  Mr. Douyon will show you out of the courtroom and
```

```
 1   provide you with some additional instructions.
 2              COURTROOM DEPUTY:  Your Honor, this is Juror No.
 3   0644.
 4              THE COURT:  Okay.  You are Juror 0644?
 5              PROSPECTIVE JUROR:  Yes.
 6              THE COURT:  Hi, how are you?
 7              PROSPECTIVE JUROR:  Good.
 8              THE COURT:  Feel free to remove your mask if you
 9   are comfortable doing so.
10              Your juror questionnaire is in front of you.  And
11   if you would just please turn to page 5.  Question 1, you
12   indicated a hardship or at least you answered the hardship
13   question, "No, but I am planning to move from my current
14   address in December."
15              Has that move already happened?
16              PROSPECTIVE JUROR:  Yes, Saturday, this Saturday,
17   so December 5th.
18              THE COURT:  Okay.  And do you remain a resident of
19   the District of Columbia?
20              PROSPECTIVE JUROR:  I haven't changed my address
21   yet but, no, I'm moving to Virginia.
22              THE COURT:  You're moving to Virginia.
23              Okay.  And so currently you are living and
24   residing in Virginia; is that right?
25              PROSPECTIVE JUROR:  Yep.
```

1          THE COURT:  Thank you very much.  Mr. Douyon will

2  provide you with some additional instructions when you leave

3  the courtroom.

4          PROSPECTIVE JUROR:  Okay.  Thank you.

5          THE COURT:  0644 will be stricken for cause

6  because of residency disqualification.

7          MS. HALIM:  Your Honor, could I inquire about,

8  I think I probably just missed it, No. 0126 on line 67, was

9  she excused?

10         THE COURT:  Was a no show.

11         MS. HALIM:  Oh, that was the no show.  Okay.

12         THE COURT:  The person had also indicated health

13  issues so that may be the reason for it.

14         MS. HALIM:  Yeah.  Thank you.

15         COURTROOM DEPUTY:  Your Honor, this is Juror

16  No. 2344.

17         THE COURT:  Sir, how are you?

18         PROSPECTIVE JUROR:  Good.  How are you doing?

19         THE COURT:  Good.  Welcome.

20         You are Juror 2344?

21         PROSPECTIVE JUROR:  Correct.

22         THE COURT:  All right.

23         Your juror questionnaire is in front of you.  If I

24  could ask you to first refer to page 14 and Question 75.

25         PROSPECTIVE JUROR:  Yes.

1          THE COURT:  You've told us there that you've

2    worked for Republican causes that were harsh towards the

3    January 6th Committee, including current House members and

4    President Trump's PAC, Save America.

5          Can you give us a little better understanding of

6    what kind of work you have been doing with respect to the

7    January 6th Committee?

8          PROSPECTIVE JUROR:  Yeah.

9          So I work for a company that's called Red Spark

10   Strategy, it's a Republican digital marketing fundraising

11   company.  Our largest client, as I said on there, at the

12   time when I filled this out was Save America, which is now

13   the Donald Trump for President campaign.  And my personal

14   client is Elise Stefanik, I do her digital fundraising and

15   online stuff like that.  So my -- just to be like as

16   straight up as I could on this question.

17         THE COURT:  Sure.

18         PROSPECTIVE JUROR:  They have publicly said harsh

19   things about the January 6th Committee so I wanted to put

20   that in here.

21         THE COURT:  Gotcha.  Your clients have said that?

22         PROSPECTIVE JUROR:  Correct.

23         THE COURT:  Okay.

24         Let me ask you this.  Have you followed the news

25   events following January the 6th?

1              PROSPECTIVE JUROR:  Yeah, as a part of my job.

2              THE COURT:  Okay.

3              PROSPECTIVE JUROR:  Elise is, like, my main

4    client, and she made multiple comments, you know, about

5    January 6th stuff.  Now, not anything, I guess, more

6    specific beyond what you'd see on the news.

7              THE COURT:  Can I ask you, have you formed

8    personal opinions -- I'm not talking about your clients.

9              PROSPECTIVE JUROR:  Correct.

10             THE COURT:  Have you formed personal opinions

11   about the government's decision to prosecute people who were

12   present for the events of January 6th?

13             PROSPECTIVE JUROR:  By the decision to prosecute

14   people?

15             THE COURT:  Yes.

16             PROSPECTIVE JUROR:  That -- I -- that's hard to

17   answer.

18             I would say I have some opinions formed based on

19   media but, like, I guess if someone, you know, is charged

20   with a specific crime, they were there and committed a

21   specific crime, I could see that for what it is.

22             THE COURT:  Okay.  And when you say you've got

23   "specific opinions," sir, or "have formed some opinions

24   based on media," can you tell us what those are.

25             PROSPECTIVE JUROR:  I'd say, like, I mean -- I'd

1   say I follow some of the opinions out there that I guess it

2   could be seen as, like, unfair to some of the people that

3   were there.

4          THE COURT:  You mean people who are opining that

5   people who have been treated unfairly who were there?

6          PROSPECTIVE JUROR:  Correct.

7          THE COURT:  Got you.

8          PROSPECTIVE JUROR:  Like, not everybody there was

9   doing something bad, I would say.

10         THE COURT:  Okay.  Fair enough.

11         Do you think -- given your experiences and your

12   views, do you think you would have any difficulty being fair

13   to the prosecution in this case which has brought these

14   charges in connection with January 6th?

15         PROSPECTIVE JUROR:  I think I could be fair.

16   I think if, like, the crimes are presented and we're talking

17   about stuff here, I would be.

18         I don't think I'd say it's -- like, maintaining,

19   like, my work which has a lot of reliance on the news, it

20   might be harder for me to, like, completely avoid stuff

21   online.

22         THE COURT:  Okay.

23         So just to be clear on the last answer.  So do you

24   think you would be able to set aside what you've learned or

25   your professional experiences, opinions of people that you

```
1   work for, and focus on the evidence as it's presented in
2   this case as it relates to these defendants?
3              PROSPECTIVE JUROR:  Yeah.
4              THE COURT:  And if you were convinced that the
5   government had met its burden of proof, would you have any
6   difficulty voting to convict?
7              PROSPECTIVE JUROR:  No.
8              THE COURT:  If you were convinced the government
9   had not met its burden of proof, would you have any
10  difficulty voting to acquit?
11             PROSPECTIVE JUROR:  No.
12             THE COURT:  In terms of your work in media, you
13  indicated there may be some difficulty.  So it would not be
14  the case that we would ask a complete media blackout of you,
15  but we would ask you to avoid any news and information,
16  stories, sources about the events of January 6th; and in
17  particular this case.  Do you think you would have
18  difficulty following that instruction?
19             PROSPECTIVE JUROR:  Pertaining to January 6th as a
20  whole?
21             THE COURT:  Yes.
22             PROSPECTIVE JUROR:  I think that in the case that,
23  like, one of our clients was to say something about it
24  publicly, that it would be hard for me to ignore.
25             THE COURT:  Okay.
```

```
 1              Do you think it would affect -- again, this is a

 2    statement your client has made, but do you think it would

 3    affect your ability to be fair and impartial to these

 4    defendants and to this prosecution?

 5              PROSPECTIVE JUROR:  No.

 6              THE COURT:  And if you were to see that a client

 7    made some statement, and presumably you would not be

 8    advising the client to do so if you were seated as a juror,

 9    could you -- if I were to say to you, if you were seated as

10    juror, you could not -- I would ask you not to provide

11    advice to clients about commenting upon the events of

12    January 6th while you're seated as a juror, would you have

13    difficulty following that instruction?

14              PROSPECTIVE JUROR:  No.  My primary role isn't to

15    advise them.  It's mostly digital marketing.

16              THE COURT:  Got it.  Okay.

17              And if, for example, you did see some comment

18    about the events of January 6th, just as we would ask any

19    juror to do this, or some headline, would you be able to let

20    us know that and then we can follow up with questions?

21              PROSPECTIVE JUROR:  Yeah.

22              THE COURT:  Okay.

23              All right.  If I could please ask you to turn to

24    page 11, Question 49.  We had asked you whether you have

25    read, seen, or heard anything about the Oath Keepers
```

```
 1   organization, and you answered that question "no."  Is your
 2   answer to that question the same today as it was when you
 3   completed the questionnaire?
 4              PROSPECTIVE JUROR:  No.  I don't really know
 5   Oath Keepers as my fiancée last night said something about
 6   them being in a trial.
 7              THE COURT:  Okay.
 8              PROSPECTIVE JUROR:  I didn't read the article but
 9   she -- I was, like, "What are you reading?"  And then she
10   was, like, "Oh, it's something about these Oath Keepers
11   guys.  Do you know about them?"  And I was, like, "Not
12   really."
13              THE COURT:  Okay.  Can you --
14              PROSPECTIVE JUROR:  At the time of November 10th,
15   I had not heard of them.
16              THE COURT:  Right.
17              And so what your fiancée told you last evening,
18   can you be more precise in just telling us exactly what she
19   told you.
20              PROSPECTIVE JUROR:  She said that they were --
21   there was a political article -- a POLITICO article about
22   them being in some type of case, court case, and that they
23   were -- something to do with January 6th.  And I was
24   obviously reading something else on my phone, so I didn't
25   pay much of it and she moved on.
```

1        THE COURT:  Okay.  We won't tell on you that you

2   weren't paying attention to your fiancée, we won't disclose

3   that.

4        PROSPECTIVE JUROR:  Thank you.

5        THE COURT:  So is it fair to say that other than

6   that one mention by your fiancée, you have never heard of

7   the Oath Keepers before?

8        PROSPECTIVE JUROR:  Yeah.

9        THE COURT:  Don't know anything about their

10  ideology, mission, purpose?

11       PROSPECTIVE JUROR:  No.

12       THE COURT:  Okay.

13       Could you sort of set aside what you've heard from

14  your fiancée about there having been some proceedings

15  regarding the Oath Keepers and focus only on the evidence in

16  this case?

17       PROSPECTIVE JUROR:  Yeah.

18       THE COURT:  The same question concerning line 51.

19  We had asked you whether you knew anything about

20  Stewart Rhodes, Kelly Meggs, Jessica Watkins, Ken Harrelson,

21  or Tom Caldwell, and you answered that question "no."  Is

22  the answer to that question still no today?

23       PROSPECTIVE JUROR:  Yeah, it's still no, yeah.

24       THE COURT:  Okay.

25       So above -- we talked about this earlier, about

1    the January 6th Committee hearings.  I take it you have

2    followed them carefully and closely?

3              PROSPECTIVE JUROR:  Uh-huh.

4              THE COURT:  And do you recall any discussion or

5    commentary about Oath Keepers coming up during the

6    January 6th committee hearings?

7              PROSPECTIVE JUROR:  So I guess the first part of

8    your question, my following of, like, the Jan. 6 hearings

9    was more of, you know, what -- like our clients would say

10   post it, like, pushing their marketing information about

11   that.  So I didn't watch it, like, on, like, C-SPAN or

12   anything like that.

13             THE COURT:  I see.  Okay.  So you didn't actually

14   watch the hearings and --

15             PROSPECTIVE JUROR:  Yeah, it is more using, like,

16   you know, press, like, reacted to what they want me to get

17   the message out based on.  So I wouldn't say I followed it,

18   like, day by day.

19             THE COURT:  Got you.  All right.

20             Let me ask it slightly different.  Have you

21   learned any facts concerning the events of January 6th from

22   those hearings either by watching it or reading about it or

23   from the messages that were being sent out?

24             PROSPECTIVE JUROR:  I guess -- I don't know about

25   facts.  Like, I've seen videos and people talking about

```
 1    specific things that happened around January 6th that are,
 2    I guess, more allegations at this point --
 3              THE COURT:  Okay.
 4              PROSPECTIVE JUROR:  -- on either -- on either
 5    side, but nothing more than what you'd see on Twitter or
 6    anything like that.
 7              And then referring to the clients, like, most of
 8    the stuff that they've put out there would just be, like,
 9    frustration towards the biasness of the Committee in
10    general.
11              THE COURT:  Okay.
12              Could you set aside whatever you've learned and
13    importantly your views of your clients and focus only on the
14    evidence that's presented in this case and apply the law as
15    I were to give it to you?
16              PROSPECTIVE JUROR:  Yes.
17              THE COURT:  Similar questions with respect to news
18    coverage about the events of January 6th.  Can you just give
19    a general sense to us of how much news coverage you've been
20    exposed to about the events of that day?
21              PROSPECTIVE JUROR:  I mean, the day it happened,
22    probably watched the news like all day, obviously have lived
23    in D.C. for 8 years, knew a lot of people here, so I
24    contacted some of them that also work on the Hill.
25              Since then, you know, we'll have news on at work,
```

1    you know, so I'm at work if it's, when the hearings were
2    going on or whatnot, it would be on the background on the
3    TV.
4            I follow various political journalists and
5    politicians.  Living in D.C. it's pertinent to my job.  So
6    whatever they would tweet about, that's probably how much I
7    followed.
8            But never, like I said, never watched every single
9    thing as it happens.
10           THE COURT:  And you indicated in Question 44 that
11   you do follow someone on social media who regularly reports
12   or comments on the events of January 6th.
13           PROSPECTIVE JUROR:  Yes.
14           THE COURT:  Can you tell us who that is?
15           PROSPECTIVE JUROR:  I mean, I didn't mean that as
16   a specific person.  I meant like Fox News, C-Span, CNN,
17   MSNBC.
18           THE COURT:  Just general news outlets and whatever
19   they may be tweeting.
20           PROSPECTIVE JUROR:  And their individual
21   reporters.
22           THE COURT:  So, look, the question for you as a
23   juror is could you set aside what you've read and learned
24   about the events of that day and apply the law and focus on
25   the evidence as it relates to these defendants?

1              PROSPECTIVE JUROR:  Yeah.

2              THE COURT:  And you mentioned earlier that on the

3    day of, it sounds like you reached out to people, or soon

4    thereafter, people that you know that worked on the Hill.

5    Did you know people who were physically present on Capitol

6    Hill on January 6th?

7              PROSPECTIVE JUROR:  I knew one person.

8              THE COURT:  Okay.

9              And did you --

10             PROSPECTIVE JUROR:  Well, I shouldn't say that.

11   There was one person that I knew was there for

12   sure that I reached out to.  There were probably other

13   people I knew that were there but...

14             THE COURT:  Have you spoken to that person or

15   communicated with the person about what they experienced

16   that day?

17             PROSPECTIVE JUROR:  I was actually in Oregon when

18   it happened visiting my family so I texted with her, it was

19   my -- or is my roommate.  Yeah, we talked back and forth.

20   She said she was fine, they were protected and she felt

21   fine, they were just waiting for it to be over.

22             THE COURT:  Okay.

23             Anything about her experience that would cause you

24   to think it would be difficult to serve as a juror in this

25   case?

1          PROSPECTIVE JUROR:  No.

2          THE COURT:  Anything you think that if you were to

3   vote to acquit these defendants, that would present any

4   problems with your friendship with this person who was there

5   on January 6th?

6          PROSPECTIVE JUROR:  No.

7          THE COURT:  If you could turn to page 7, please.

8          And I think we've covered some of this already,

9   but you've told us that you have close friends and family

10  members who have been employed on Capitol Hill.  Does that

11  reference to the staffers that you just told us about?

12         PROSPECTIVE JUROR:  Yeah, and, like, you know, my

13  brother and sister-in-law lived in the Navy Yard at the

14  time, my now-fiancé lived on Capitol Hill, so just people in

15  general.

16         THE COURT:  Where were you living at the time?

17  You were living in Navy Yard as well?

18         PROSPECTIVE JUROR:  I was living in Navy Yard but

19  at the same time I was visiting my parents in Oregon for

20  about three months.

21         THE COURT:  And you indicated in Question 24 that

22  you did have concern for the safety of yourself or close

23  friend or family member on January 6th.  Can you tell us

24  about that?

25         PROSPECTIVE JUROR:  Yes.

1          So when I saw it happening, I texted my brother

2   and my sister-in-law and my roommate and asked if they were

3   okay, and basically told my brother and sister-in-law to,

4   like, not go outside.

5          THE COURT:  Okay.

6          And is there anything about that concern that you

7   had that day that you think would affect you if you were

8   seated as a juror in this case?

9          PROSPECTIVE JUROR:  No.

10         THE COURT:  You indicated in Question 18 that you

11  have friends and family who are in the Armed Forces.  Can

12  you just tell us about that?

13         PROSPECTIVE JUROR:  Uh-huh.

14         My best friend since, I don't know, middle school,

15  is in the reserves now but he was in the Army.  One of other

16  really good friends served in the Navy.  My cousin served in

17  the Navy, both my cousins served in the Navy.  Yeah, a lot

18  of people like that.

19         THE COURT:  Got you.

20         You also told us that you had friends and family

21  who've worked for the Federal Government.  Let me just ask

22  you this.  We have -- in this case, these defendants are

23  charged with seditious conspiracy.  The allegation is that

24  they conspired to resist the authority of the

25  U.S. Government by force.

1              Does the fact that you have had close friends and

2    family members who have been employed with the Federal

3    Government, do you think that would cause you any difficulty

4    in assessing the evidence and being fair and impartial in

5    this case?

6              PROSPECTIVE JUROR:  No.

7              THE COURT:  If I could ask you, please, to jump to

8    page 11.  Question 55, you indicated that you have friends

9    or family members, or perhaps yourself, friends or family

10   members who are lawyers or work in the legal profession.

11             PROSPECTIVE JUROR:  Uh-huh.

12             THE COURT:  Can you tell us who that would be?

13             PROSPECTIVE JUROR:  Like do you want names or like

14   friendships?

15             THE COURT:  Just relationships and what kind of

16   work they do.

17             PROSPECTIVE JUROR:  My friend group, I have a

18   couple friends who are lawyers.  They both, they're

19   currently not like practicing law.  One works in the Senate,

20   one works in a House committee.

21             THE COURT:  Okay.  Any of them do any -- do any of

22   your friends do any criminal work of any kind?

23             PROSPECTIVE JUROR:  Not that I know of.

24             THE COURT:  Question 56 concerns employment or

25   application with law enforcement.

1          PROSPECTIVE JUROR:  Oh, so, yeah, I wasn't sure

2    exactly how to answer this one.

3          My buddy who was in the military I talked about

4    earlier, he's been trying to become a cop.

5          THE COURT:  Okay.

6          PROSPECTIVE JUROR:  But that's all.  I wasn't sure

7    exactly how to answer it.

8          THE COURT:  That's the extent of it.  All right.

9          If you would turn the page, please, page 12,

10   Question 59 asked whether you have a close friend or family

11   member who's ever been the victim of a crime, or whether

12   you've been the victim of a crime.

13         PROSPECTIVE JUROR:  Yeah, I mean, what detail

14   would you like?

15         THE COURT:  You can just share with us -- I don't

16   mean to get any more personal than we need to, but if you

17   can just share with us why you answered that question "yes."

18         PROSPECTIVE JUROR:  Yeah, I mean, I've had a

19   friend and family member that have been, like, criminally

20   assaulted before.

21         THE COURT:  Okay.

22         Was that in the District of Columbia or elsewhere?

23         PROSPECTIVE JUROR:  No.

24         THE COURT:  It was not in D.C.?

25         PROSPECTIVE JUROR:  It was not in D.C.

```
1              THE COURT:  Anything about their experiences that
2    would cause you to think you could not be fair and impartial
3    in this case?
4              PROSPECTIVE JUROR:  No.
5              THE COURT:  Question 61 asked again about family
6    members or close friends who've had to testify as a witness
7    in a court proceeding.  Are these the same people that you
8    referenced earlier?
9              PROSPECTIVE JUROR:  This was a tougher question.
10             So I didn't know exactly what it meant by court
11   proceeding.
12             My brother was -- I don't know how much I can even
13   talk about this, like, but --
14             THE COURT:  If you would just tell me in general
15   terms.
16             PROSPECTIVE JUROR:  Yeah, my brother was
17   interviewed as someone who had worked at the Republican
18   National Committee.
19             THE COURT:  Okay.
20             PROSPECTIVE JUROR:  He wasn't like deposed or
21   anything, but he was interviewed like officially.
22             THE COURT:  And was that in connection with a
23   January 6th Committee?
24             PROSPECTIVE JUROR:  Correct.
25             THE COURT:  By the January 6th Committee.  Okay.
```

1                The fact that your brother was interviewed by the

2    January 6th Committee, is that --

3                PROSPECTIVE JUROR:  I didn't know if it like

4    counted.

5                I don't know because me and him didn't talk about

6    it, it wasn't like he wanted to talk about it.

7                THE COURT:  Yeah, I appreciate you letting us

8    know.  Just a followup and ask whether the fact that your

9    brother was called before the January 6th Committee, does

10   that cause you to think you couldn't be fair or would it

11   affect your ability to be fair and impartial in this case?

12               PROSPECTIVE JUROR:  I don't think it would affect

13   my ability.

14               THE COURT:  Okay.

15               Mr. Edwards.

16               MR. EDWARDS:  Good afternoon.

17               PROSPECTIVE JUROR:  Good afternoon.

18               MR. EDWARDS:  I wanted to talk a little bit about

19   what you currently do.  It sounds like you work for a lot of

20   elected officials.

21               PROSPECTIVE JUROR:  Uh-huh.

22               MR. EDWARDS:  As one of your clients?

23               PROSPECTIVE JUROR:  Yeah.

24               MR. EDWARDS:  And had one of them is

25   Elise Stefanik; is that what you said?

1          PROSPECTIVE JUROR:  Correct.

2          MR. EDWARDS:  How often do you interact with

3    Ms. Stefanik or her team?

4          PROSPECTIVE JUROR:  Her team?

5          MR. EDWARDS:  Uh-huh.

6          PROSPECTIVE JUROR:  Daily.  Mostly like we have a

7    content schedule.  I'm actually friends with one of her

8    staff members and so, you know, I ask him for approval on

9    messaging, like, what we're doing.  Like we're doing

10   Christmas merchandise right now.  I have to get approval on

11   the products they can send out, but daily communication.

12         With her specifically, I've talked to her probably

13   a few times, and I've worked on and off with her over the

14   last eight years.

15         MR. EDWARDS:  A lot of the fast few months, safe

16   to assume that your work with her and her team has revolved

17   around the January 6th investigation and commenting on the

18   House Select Committee's investigation?

19         PROSPECTIVE JUROR:  Yeah.

20         When Chairman Elise talks about the January 6th

21   stuff, there are certainly things we put out in fundraising

22   texts and marketing press.

23         MR. EDWARDS:  And some of her comments, many of

24   them have been public, have focused on, for example, other

25   elected official, like Nancy Pelosi and comments about

1    Speaker Pelosi covering up certain aspects of what happened

2    on January 6th; is that right?

3            PROSPECTIVE JUROR:  I believe so.

4            MR. EDWARDS:  If you were to hear evidence about

5    Speaker Pelosi, or January 6th in general and Speaker

6    Pelosi's role, do you think that those comments that you

7    kind of worked with Ms. Stefanik's team about will affect

8    your ability to view these facts as you sit as a juror?

9            PROSPECTIVE JUROR:  I think I could view the facts

10   accurately even if I would have an opinion about

11   Speaker Pelosi.

12           MR. EDWARDS:  Do you mind my asking what your

13   opinion is on Ms. Stefanik's comments about there being a

14   cover-up around January 6th?

15           PROSPECTIVE JUROR:  I don't know which specific

16   one you're talking about.  I wouldn't say that I have any

17   proof that Pelosi covered up anything.  But as far as that

18   goes, with what Elise Stefanik said, you know, those type of

19   messages, that's not what my job is.  Ours is more just like

20   the fundraising aspect.

21           MR. EDWARDS:  Right.

22           Would you have any professional concerns with your

23   relationship with this client if you were to be part of a

24   jury that found defendants related to January 6th guilty?

25           PROSPECTIVE JUROR:  Would I be concerned for my

1    employment?

2            MR. EDWARDS:  Your professional relationship with

3    this client if you were part of a jury that found

4    January 6th defendants guilty?

5            PROSPECTIVE JUROR:  No.

6            MR. EDWARDS:  And did I hear you right that part

7    of what you work with is a PAC that is now the former

8    President's campaign PAC?  Is that one of your clients?

9            PROSPECTIVE JUROR:  Yeah.

10           Like, so we ran Save America, which is President

11   Trump's PAC.  Obviously, he announced for president so that

12   legally changes to a different committee, the campaign

13   committee.

14           MR. EDWARDS:  Right.

15           Are you still -- is that still one of your clients

16   or one of your professional relationships?

17           PROSPECTIVE JUROR:  The PAC or the campaign?

18           MR. EDWARDS:  Sorry, the PAC.

19           PROSPECTIVE JUROR:  Not as much because there's

20   legal ways where they have to be separated and that's in the

21   process.

22           MR. EDWARDS:  And what about the campaign?

23           PROSPECTIVE JUROR:  The campaign has started

24   running so I do have contact people supporting

25   President Trump for 2024.

1          MR. EDWARDS:  And my understanding is the former

2   President, when soon after re-announcing his candidacy has

3   committed to pardoning January 6th defendants who have been

4   convicted by the Department of Justice.

5          PROSPECTIVE JUROR:  Uh-huh.

6          MR. EDWARDS:  Do you share that opinion?

7          PROSPECTIVE JUROR:  What was the word you said,

8   "pardoning"?

9          MR. EDWARDS:  Pardoning.

10          PROSPECTIVE JUROR:  Pardoning?

11          MR. EDWARDS:  Pardoning and asking for an apology

12   from the department.

13          PROSPECTIVE JUROR:  I mean, I don't think anybody

14   should be pardoned if they committed a crime.

15          MR. EDWARDS:  And do you -- ask a similar question

16   I asked earlier.  Do have any concerns about your employment

17   or your professional relationships with the President, the

18   campaign or the PAC if you were to sit on a jury that would

19   find defendants related to January 6th guilty?

20          PROSPECTIVE JUROR:  No, I think the company I work

21   is like a private company.

22          MR. EDWARDS:  Sorry, I didn't hear you.

23          PROSPECTIVE JUROR:  The company I work for is a

24   private company that one of our clients is President Trump,

25   so I wouldn't be worried about my employment or anything

 1    like that.

 2             MR. EDWARDS:  And I have a --

 3             THE COURT:  Anything else, Mr. Edwards?

 4             MR. EDWARDS:  No, I have no other questions.

 5             THE COURT:  Anything for defense?

 6             MS. HALIM:  No, Your Honor.

 7             THE COURT:  All right, sir, thank you very much.

 8    Mr. Douyon will show you out of the courtroom and provide

 9    you additional instructions.

10             MR. EDWARDS:  Your Honor, we'd move to strike

11    Juror No. 2344.  His -- I understand he answered a couple

12    other questions that he didn't have professional concerns,

13    but he is in tanglements with current sitting

14    representatives or elected officials who are continuing to

15    comment on January 6th as being a cover-up and overblown.

16    The question is the ability that he can sit here and not

17    have any kind of professional consequence on his mind or his

18    ability to just sit and view these facts.

19             He also is, quite frankly, uniquely entangled with

20    President Trump's now campaign, which has consistently made

21    public comment that this is overblown and that the

22    defendants who are convicted of anything January 6th related

23    will be pardoned.  And I don't think that the juror can sit

24    and be impartial while working at the same time for the

25    campaign for the President -- or the former President that

1    is commenting on these investigations in particular.

2          THE COURT:  Look, I think it's a close call like

3    it has been with others and I think ultimately I'm not going

4    to strike him for cause.

5          I think repeatedly he was asked in many different

6    ways whether his professional affiliations or -- largely his

7    professional affiliations and work, would that affect his

8    ability to be fair and impartial, would he be biased against

9    the government; and every time he was asked, he said he

10   would focus on the facts and he didn't have particularly

11   strong views about January 6th.

12         He also had not heard of the Oath Keepers.  So,

13   you know, I think for all to the those reason -- and,

14   importantly, you know, it's not clear to me that he shares

15   the views of his clients.  I mean, he did say that if

16   somebody is convicted of a crime, he didn't think they

17   should be pardoned.  So I think for all those reasons

18   I'm not going to strike him for cause.

19         All right.  It's now 12:40.  Let's resume at 1:45.

20   Let's hope we get to the magic number this afternoon.  We're

21   going to take lunch now.

22         (Recess from 12:40 p.m. to 1:45 p.m.)

23

24

25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__December 8, 2022_____    

William P. Zaremba, RMR, CRR

**A JUROR: [1]** 494/4
**COURTROOM**
**DEPUTY: [23]** 471/5
484/6 488/13 491/13
494/2 494/10 496/9
509/16 509/19 515/13
515/19 516/14 516/16
523/15 540/2 543/14
543/17 552/21 567/15
572/12 575/4 581/2
582/15
**DEPUTY CLERK: [1]**
471/2
**MR. EDWARDS: [69]**
480/11 484/2 488/6
491/8 496/4 506/25
507/2 507/9 507/11
507/16 507/25 514/15
515/9 515/15 515/17
535/5 535/8 535/11
535/22 535/25 536/9
536/15 536/20 536/22
537/2 537/6 537/14
539/14 539/16 539/24
542/24 550/23 550/25
551/6 551/10 564/11
572/2 572/8 572/11
573/25 574/2 574/10
574/12 580/22 599/16
599/18 599/22 599/24
600/2 600/5 600/15
600/23 601/4 601/12
601/21 602/2 602/6
602/14 602/18 602/22
603/1 603/6 603/9
603/11 603/15 603/22
604/2 604/4 604/10
**MR. NESTLER: [3]**
474/2 474/7 478/1
**MR. PEED: [13]**
478/24 479/5 479/7
479/22 480/1 480/7
480/25 481/14 481/23
482/21 482/24 483/8
517/2
**MR. SHIPLEY: [31]**
471/23 473/19 473/22
474/5 474/14 474/16
475/1 475/12 475/25
476/3 476/20 477/4
478/22 508/2 508/18
508/21 508/25 509/7
509/11 564/14 564/21
565/2 565/8 565/16
565/25 566/12 566/15
566/19 567/7 567/11
572/3
**MS. HALIM: [15]**
488/7 491/9 496/5
537/16 551/13 551/20
551/24 574/14 574/16
574/18 574/24 582/7
582/11 582/14 604/6
**PROSPECTIVE**
**JUROR: [443]**
**THE COURT: [455]**

---

**0**

**000003 [1]** 488/17
**0003 [2]** 488/14 494/7
**0113 [3]** 567/16 567/21
572/9
**0126 [2]** 523/11 582/8
**0353 [3]** 494/4 494/11
494/16
**0464 [5]** 515/6 515/7
523/11 552/22 553/1
**0466 [3]** 491/14 491/17
494/8
**0591 [2]** 572/13 572/17
**0644 [3]** 581/3 581/4
582/5
**0689 [1]** 494/7
**0806 [5]** 523/13 523/16
523/19 539/17 543/4

---

**1**

**10 [2]** 543/3 546/10
**10:58 [1]** 543/13
**10th [1]** 588/14
**11 [21]** 471/9 485/14
492/3 494/19 496/20
511/7 513/20 524/10
542/11 544/23 544/24
549/4 553/5 561/15
561/16 569/10 572/22
575/13 579/20 587/24
596/8
**114 [1]** 470/16
**1150 [1]** 470/20
**11:00 [1]** 543/8
**11:15 [1]** 543/9
**11:17 [1]** 543/13
**12 [3]** 506/9 514/5
597/9
**12:40 [2]** 605/19
605/22
**13 [2]** 501/11 502/3
**1341 [1]** 470/4
**13th [1]** 501/10
**14 [4]** 484/20 568/1
578/21 582/24
**15 [3]** 469/4 471/6
561/4
**1532 [1]** 470/17
**16 [5]** 502/24 512/2
547/11 558/12 578/18
**1662 [2]** 509/19 509/22
**17 [1]** 578/21
**1705 [2]** 575/5 575/8
**1775 [1]** 470/20
**18 [2]** 512/14 595/10
**1877 [4]** 523/13 540/3
540/6 543/3
**19 [4]** 515/20 517/20
551/14 551/20
**19129 [1]** 470/7
**1946 [3]** 543/8 543/18
543/21

---

**'60s [1]** 560/25
**'70s [2]** 508/18 561/1
**'80s [1]** 503/8
**'84 [1]** 503/6

---

**2**

**20 [8]** 504/3 512/18
558/18 558/22 559/4
559/21 561/6 565/13
**20006 [1]** 470/21
**2006 [1]** 532/25
**2014 [1]** 532/25
**2015 [1]** 580/4
**2016 [1]** 565/14
**2017 [1]** 565/14
**2019 [1]** 580/5
**202 [2]** 469/17 470/21
**2020 [1]** 566/22
**2022 [2]** 469/5 606/7
**2024 [1]** 602/25
**20579 [1]** 469/17
**2071 [3]** 484/7 484/15
494/7
**21 [3]** 505/3 560/19
579/10
**215-300-3229 [1]** 470/8
**22 [1]** 505/8
**22-15 [2]** 469/4 471/6
**2261 [1]** 483/19
**228-1341 [1]** 470/4
**2344 [3]** 582/16 582/20
604/11
**2362 [4]** 483/15 543/6
543/7 543/11
**239 [1]** 470/12
**24 [2]** 533/19 594/21
**25 [1]** 546/17
**2510 [2]** 496/10 496/14
**252-7277 [1]** 469/17
**26 [1]** 513/12
**265 [1]** 470/15
**2:30 [5]** 544/5 551/6
551/7 551/9 551/10
**2nd [1]** 568/3

---

**3**

**30 [1]** 484/4
**31 [1]** 515/10
**32 [1]** 515/10
**3229 [1]** 470/8
**337-9755 [1]** 470/12
**33901 [1]** 470/12
**33950 [1]** 470/16
**3580 [1]** 470/7
**3:30 [1]** 551/4
**3:45 [3]** 544/4 551/4
551/11
**3rd [1]** 527/20

---

**4**

**41 [3]** 500/7 532/4
546/10
**42 [3]** 500/7 532/4
546/10
**43 [3]** 500/7 532/4
546/10
**44 [1]** 592/10
**46 [3]** 529/8 556/25

---

**470/3 [1]** 565/11 Filed 02/02/24

**1973 [2]** 561/25 563/17
**1980 [1]** 503/6
**1:45 [2]** 605/19 605/22

---

**47 [2]** 529/8 556/25
**48 [3]** 542/12 569/11
570/24
**49 [16]** 492/3 492/4
494/20 494/21 496/23
511/8 511/9 524/12
544/24 545/23 553/7
569/12 572/22 572/23
575/14 587/24

---

**5**

**50 [2]** 562/13 569/12
**51 [10]** 499/2 511/8
511/20 527/24 546/3
553/10 553/23 573/3
575/25 589/18
**52 [2]** 553/12 554/2
**55 [5]** 513/20 549/4
561/16 579/20 596/8
**56 [3]** 562/6 580/2
596/24
**575-8000 [1]** 470/17
**59 [4]** 506/10 550/2
562/18 597/10
**5th [1]** 581/17

---

**6**

**601 [1]** 469/16
**61 [5]** 483/15 514/5
515/5 563/9 598/5
**62 [3]** 562/20 563/10
563/11
**63 [3]** 515/6 515/6
523/11
**67 [2]** 523/11 582/8
**6th [85]** 495/3 497/18
500/9 501/13 502/17
505/12 508/12 508/23
509/5 519/13 519/20
524/16 525/8 525/15
525/25 526/3 529/9
529/21 532/8 532/9
532/20 533/16 538/15
542/13 546/13 546/18
548/12 553/22 555/12
555/15 555/24 556/12
557/1 557/3 557/7
557/14 558/4 569/18
569/18 570/25 571/14
573/10 576/20 577/13
577/24 578/3 578/7
579/17 583/3 583/7
583/19 583/25 584/5
584/12 585/14 586/16
586/19 587/12 587/18
588/23 590/1 590/6
590/21 591/1 591/18
592/12 593/6 594/5
594/23 598/23 598/25
599/2 599/9 600/17
600/20 601/2 601/5
601/14 601/24 602/4
603/3 603/19 604/15
604/22 605/11

---

**7**

**7277 [1]** 469/17

---

**75 [2]** 484/24 582/24
**76 [2]** 483/19 515/5
**77 [2]** 483/25 483/25

---

**8**

**8000 [1]** 470/17
**808 [1]** 470/4
**808Shipleylaw [1]**
470/5
**8th [2]** 541/13 541/14

---

**9**

**9/11 [1]** 485/14
**919-9491 [1]** 470/21
**941 [1]** 470/17
**9491 [1]** 470/21
**96734 [1]** 470/4
**9755 [1]** 470/12
**9:15 [1]** 469/6

---

**A**

**a.m [3]** 469/6 543/13
543/13
**ability [31]** 485/5
495/19 498/12 502/4
503/22 504/15 504/24
512/11 513/4 526/20
528/9 534/19 534/20
547/1 548/25 549/14
549/16 555/17 559/18
564/2 569/15 570/6
579/2 580/12 587/3
599/11 599/13 601/8
604/16 604/18 605/8
**able [20]** 479/14
486/22 487/15 493/11
506/5 507/22 513/8
513/15 533/5 539/21
541/15 547/6 552/7
561/10 568/20 569/2
569/6 577/7 585/24
587/19
**about [242]**
**above [5]** 529/7 556/24
577/11 589/25 606/4
**above-titled [1]** 606/4
**abroad [1]** 559/17
**absent [2]** 515/12
541/25
**absolutely [1]** 473/15
**accept [1]** 473/13
**acceptable [1]** 556/5
**Accounting [1]** 503/7
**accuracy [1]** 545/19
**accurate [1]** 479/14
**accurately [1]** 601/10
**accused [6]** 499/21
538/15 548/22 555/14
570/15 578/24
**acquit [6]** 502/16
538/12 549/19 549/25
586/10 594/3
**acquitted [3]** 502/17
538/14 539/6
**across [3]** 500/17
520/9 536/23
**actions [2]** 499/23

Case 1:22-cr-00015-APM Document 605-73 Filed 02/02/24 Page 140 of 159

**A**

actions... [1] 500/3
active [2] 485/10 567/1
actively [2] 500/16
578/7
activities [4] 498/3
525/6 525/25 559/2
activity [1] 502/8
actual [1] 571/23
actually [12] 472/10
476/3 510/4 527/14
534/5 551/9 556/12
557/12 573/15 590/13
593/17 600/7
add [1] 534/11
addition [2] 515/3
515/5
additional [19] 488/10
491/12 492/8 496/8
509/14 514/20 516/22
517/18 517/25 521/13
521/17 523/7 539/13
543/2 567/14 572/6
581/1 582/2 604/9
address [2] 581/14
581/20
administration [3]
505/1 525/19 536/12
admission [2] 472/23
475/21
admitting [1] 514/9
advance [1] 516/9
adverse [1] 555/20
advice [1] 587/11
advise [3] 482/16
520/11 587/15
advised [1] 472/1
advising [1] 587/8
advisory [1] 479/24
affect [31] 495/19
498/12 502/4 504/15
504/23 512/11 513/4
513/6 526/20 528/6
528/9 534/19 539/5
548/25 549/14 549/16
555/17 559/18 559/20
564/2 569/14 570/5
579/1 580/11 587/1
587/3 595/7 599/11
599/12 601/7 605/7
affected [1] 533/8
affiliated [3] 495/18
526/13 570/7
affiliations [2] 605/6
605/7
Africa [1] 559/1
after [21] 477/7 490/2
497/9 502/13 505/6
506/1 509/5 517/21
521/12 521/15 521/19
527/7 541/16 555/9
559/25 565/12 565/18
565/18 566/21 569/7
603/2
afternoon [4] 472/1
599/16 599/17 605/20
afterwards [3] 518/23
538/18 578/5

again [23] 471/4
476/15 477/22 480/5
485/8 500/1 500/24
503/24 515/1 525/2
525/8 525/21 525/24
527/17 530/19 531/14
531/19 531/21 532/10
532/19 536/13 544/18
557/24 587/1 598/5
against [11] 473/9
498/13 503/17 529/1
529/4 570/1 570/2
570/2 571/3 577/6
605/8
age [1] 544/4
agencies [1] 541/2
agency [2] 562/13
580/11
agents [1] 580/10
ago [8] 504/8 513/14
516/20 517/14 554/16
558/19 563/15 567/2
agree [3] 478/4 528/13
535/12
agreed [1] 474/22
agreement [2] 474/1
475/23
ahead [3] 479/6 484/3
544/21
aid [1] 565/11
aimed [1] 546/11
aisle [1] 536/23
AL [1] 469/6
Alaska [1] 562/10
albeit [1] 476/13
alert [1] 520/11
Alexandra [2] 469/14
471/10
all [92] 471/2 471/17
474/24 475/12 475/18
475/24 478/16 483/12
483/14 484/1 484/12
484/17 487/12 487/15
488/8 488/19 488/23
490/23 491/19 493/24
494/8 494/9 494/18
495/23 496/6 498/10
502/8 503/21 507/20
507/22 508/24 509/12
510/9 511/14 511/25
514/18 514/22 516/12
516/20 517/4 517/5
517/22 518/20 523/7
523/8 524/5 524/9
526/10 532/9 532/16
535/4 539/11 540/19
540/19 542/10 542/25
543/9 543/14 546/8
550/19 551/24 552/1
553/3 554/14 556/18
562/16 564/9 564/10
566/12 567/11 567/12
567/23 572/1 573/13
574/24 575/1 575/10
577/16 577/18 577/19
580/6 580/24 582/22
587/23 590/19 591/22
597/6 597/8 604/7

All right [12] 488/8
488/19 494/18 495/23
511/14 526/10 567/11
567/23 580/6 582/22
590/19 597/8
All-star [2] 577/16
577/18
allegation [5] 485/24
503/18 559/13 578/24
595/23
allegations [3] 473/9
512/8 591/2
alleged [2] 497/19
554/12
allegedly [3] 545/8
545/9 545/12
allowed [1] 480/2
alone [2] 570/17
571/18
along [1] 478/13
already [5] 505/10
513/21 549/3 581/15
594/8
also [24] 484/22
489/11 490/15 507/18
511/12 511/23 518/9
519/6 519/15 519/23
520/15 520/24 534/12
536/24 539/1 543/4
549/7 553/14 570/23
582/12 591/24 595/20
604/19 605/12
always [3] 480/21
504/18 525/10
am [8] 480/2 488/18
505/25 519/20 541/21
547/18 568/1 581/13
Amendment [8] 480/14
480/23 481/2 481/5
481/9 482/7 482/18
482/23
AMERICA [6] 469/3
471/6 559/2 583/4
583/12 602/10
AMIT [4] 469/9 471/3
515/24 543/15
Amit P. Mehta [1]
543/15
among [2] 487/13
503/1
amongst [1] 518/15
amount [1] 518/12
amounts [1] 529/17
Angela [2] 470/6
471/13
anger [2] 493/17
571/24
angiehalim [1] 470/8
angry [2] 493/14
493/21
announced [1] 602/11
announcing [1] 603/2
anonymity [1] 538/23
another [4] 472/13
473/18 482/20 564/24
answer [26] 476/1
483/4 497/16 498/9

535/5 539/9 539/23
546/6 546/20 551/15
572/25 573/1 573/6
575/16 575/16 576/2
576/5 584/17 585/23
588/2 589/22 597/2
597/7
answered [22] 479/3
496/25 499/5 506/12
511/22 514/7 524/14
528/2 542/15 542/15
546/5 550/4 553/14
558/14 558/16 573/5
576/2 581/12 588/1
589/21 597/17 604/11
answering [1] 508/4
answers [4] 489/2
507/17 554/10 562/23
any [84] 472/8 473/8
474/13 476/21 481/1
487/5 488/5 491/7
496/3 497/18 501/1
509/7 509/9 510/6
511/3 514/1 514/14
516/11 516/24 518/22
518/25 519/11 519/12
519/21 519/24 519/25
520/8 520/19 520/20
520/25 522/3 523/2
525/15 529/11 530/5
535/4 537/15 542/23
547/5 548/12 549/23
549/24 554/11 555/9
556/10 557/2 557/23
558/6 559/22 560/3
560/11 563/4 566/7
572/1 573/18 573/24
574/5 574/6 575/21
576/22 578/13 579/16
579/24 579/25 580/14
585/12 586/5 586/9
586/15 587/18 590/4
590/21 594/3 596/3
596/21 596/21 596/21
596/22 596/22 597/16
601/16 601/22 603/16
604/17
anybody [5] 505/11
506/22 537/20 562/21
603/13
anybody's [2] 475/8
475/9
anyone [7] 512/16
513/24 518/24 520/16
521/3 521/25 526/8
anything [63] 473/8
477/24 478/21 481/1
492/5 494/22 495/11
496/24 497/10 497/21
497/23 499/3 499/12
499/18 500/22 502/2
506/16 507/20 508/1
511/10 511/17 511/21
514/17 520/5 522/1
524/13 526/14 526/24
527/25 530/10 535/18
538/22 544/25 545/24

535/5 539/8 554/17 555/6
557/7 564/13 572/24
573/4 574/21 575/15
575/20 584/5 587/25
589/9 589/19 590/12
591/6 593/23 594/2
595/6 598/1 598/21
601/17 603/25 604/3
604/5 604/22
apologize [1] 540/18
apology [1] 603/11
Apparently [1] 472/15
appear [2] 523/14
540/12
APPEARANCES [2]
469/13 469/19
appeared [1] 515/3
appearing [2] 524/7
540/13
appears [2] 480/15
578/21
application [1] 596/25
applied [2] 562/7 562/8
apply [3] 519/8 591/14
592/24
appointment [2]
489/13 489/13
appreciate [9] 476/17
484/23 491/24 496/18
542/7 543/1 572/5
577/3 599/7
approach [1] 520/25
approached [1] 521/2
appropriate [3] 483/2
483/5 483/6
approval [3] 556/2
600/8 600/10
approved [1] 517/15
are [145]
aren't [1] 480/4
arguably [1] 480/3
arguments [1] 537/4
arise [1] 480/23
Arizona [1] 481/25
armed [2] 525/11
595/11
Army [1] 595/15
arose [1] 490/8
around [10] 482/15
501/18 529/18 569/21
570/12 574/5 579/15
591/1 600/17 601/14
arrangements [3]
544/10 544/19 552/6
arrested [4] 550/12
562/22 563/2 563/12
article [3] 588/8 588/21
588/21
as [140]
aside [28] 480/14
486/23 486/25 493/12
500/22 506/5 507/20
508/13 513/8 513/15
530/24 533/5 535/15
537/3 539/21 547/6
556/18 557/23 558/6
560/11 561/11 571/1

**A**

**aside... [6]** 571/8 577/7 585/24 589/13 591/12 592/23

**ask [76]** 474/10 474/12 479/1 480/2 480/12 481/8 481/9 481/11 482/3 484/19 485/22 486/23 490/21 490/21 490/23 492/2 494/5 494/19 494/20 496/20 497/15 500/6 500/22 501/4 501/5 506/9 510/4 511/7 512/1 513/19 516/11 517/18 518/19 519/23 521/8 521/23 523/7 523/23 524/10 526/11 531/19 531/21 533/13 534/18 537/17 538/3 544/6 546/9 546/24 547/10 549/12 550/25 551/16 553/4 558/10 567/25 569/10 569/11 572/22 578/10 579/19 580/7 582/24 583/24 584/7 586/14 586/15 587/10 587/18 587/23 590/20 595/21 596/7 599/8 600/8 603/15

**asked [55]** 483/22 486/5 490/25 492/4 494/21 499/2 502/24 505/3 505/8 507/20 511/20 512/2 512/14 513/20 514/5 519/6 524/12 527/24 529/8 532/3 535/15 542/12 544/24 546/3 547/11 550/2 552/7 553/10 553/12 558/12 559/21 560/19 561/16 562/6 562/17 562/20 563/10 569/11 572/23 573/3 573/8 575/14 575/25 577/23 579/10 579/20 580/2 587/24 589/19 595/2 597/10 598/5 603/16 605/5 605/9

**asking [17]** 475/3 476/16 478/25 479/23 482/12 482/21 482/25 487/25 489/2 517/9 518/1 521/13 522/14 522/14 523/22 601/12 603/11

**asks [8]** 489/4 496/23 504/3 506/10 511/9 512/18 513/12 561/15

**aspect [2]** 473/3 601/20

**aspects [1]** 601/1

**aspire [1]** 495/25

**assaulted [1]** 597/20

**asserted [1]** 565/5

**asserting [2]** 479/9 481/3

**assertion [4]** 481/5

**assertions [1]** 556/7

**assessing [1]** 596/4

**assessment [2]** 482/17 493/19

**assist [2]** 517/10 541/15

**associated [5]** 474/22 498/21 499/7 509/8 540/22

**association [1]** 530/6

**assume [4]** 536/16 536/17 536/22 600/16

**assumption [1]** 526/7

**assure [1]** 506/21

**assured [2]** 518/2 518/6

**attached [1]** 516/21

**attacked [2]** 492/10 492/16

**attacking [1]** 492/17

**attempts [2]** 485/10 520/16

**attend [1]** 566/2

**attended [8]** 504/5 512/19 559/22 559/25 560/1 560/3 565/10 565/22

**attending [1]** 483/16

**attention [5]** 476/4 476/21 494/20 527/7 589/2

**attorney [4]** 510/17 548/4 560/25 561/25

**ATTORNEY'S [2]** 469/16 548/7

**attorneys [1]** 562/4

**attributed [1]** 556/4

**authentic [1]** 474/20

**authenticate [5]** 478/2 478/5 479/12 479/19 480/16

**authenticates [1]** 483/3

**authenticating [1]** 479/10

**authenticity [2]** 472/22 474/25

**authority [5]** 503/19 548/22 559/14 570/16 595/24

**auto [1]** 472/16

**auto-delete [1]** 472/16

**automobile [1]** 508/16

**automobiles [1]** 508/20

**available [4]** 477/21 483/16 489/14 516/4

**Avenue [2]** 470/15 492/24

**avert [1]** 520/10

**avoid [16]** 475/16 475/23 476/18 477/21 478/2 478/6 478/7 500/20 519/7 519/11 519/21 522/18 522/21 523/2 585/20 586/15

**avoided [1]** 473/6

**avoiding [1]** 519/14

**aware [4]** 524/1 524/4 529/1 546/18

**away [3]** 497/12 498/25 539/1

**B**

**back [9]** 488/24 494/6 517/24 523/5 527/15 543/5 558/11 561/25 593/19

**background [2]** 492/10 592/2

**backwards [1]** 523/10

**bad [1]** 585/9

**bare [1]** 477/24

**Baseball [1]** 577/16

**based [16]** 493/10 507/7 517/18 518/8 520/3 524/23 537/18 549/5 557/3 558/7 564/6 564/22 577/9 584/18 584/24 590/17

**basic [1]** 477/24

**basically [3]** 501/20 536/23 595/3

**batch [1]** 514/24

**be [189]**

**Bear [1]** 573/21

**bearings [1]** 484/14

**became [1]** 532/19

**because [24]** 476/4 478/10 479/13 481/6 481/15 482/14 483/16 486/23 487/24 508/8 509/3 516/13 517/13 534/1 538/7 542/4 545/14 566/5 566/15 579/2 580/18 582/6 599/5 602/19

**become [2]** 538/19 597/4

**becomes [1]** 476/7

**becoming [1]** 493/7

**been [61]** 472/16 473/23 493/20 500/10 502/25 503/2 505/3 506/11 510/17 512/3 529/9 532/5 546/12 547/12 547/16 550/3 550/6 550/21 554/5 557/7 555/10 555/11 555/16 556/1 556/7 556/24 558/5 558/13 559/11 560/20 560/24 561/3 562/12 562/13 562/19 562/22 563/1 563/4 563/12 565/14 566/25 567/5 567/8 574/3 577/14 578/20 579/10 579/13 583/6 585/5 589/14 591/19 594/10 596/2 597/4 597/11 597/12 597/19 600/24 603/3 605/3

**before [41]** 469/9 471/22 474/10 486/7

**began [1]** 555/10

**begin [1]** 560/22

**begins [1]** 490/3

**behalf [1]** 472/21

**being [26]** 472/24 474/3 475/17 486/5 487/11 488/23 493/1 512/25 517/8 520/22 527/19 530/13 539/21 552/25 554/6 567/19 569/20 572/5 573/14 585/12 588/6 588/22 590/23 596/4 601/13 604/15

**beliefs [1]** 487/14

**believe [17]** 483/17 484/25 486/8 499/14 504/22 507/24 523/24 526/1 549/5 568/21 569/2 570/9 571/7 571/9 571/13 571/15 601/3

**bell [1]** 511/3

**bereavement [1]** 543/12

**besides [1]** 474/18

**best [4]** 483/10 530/2 571/21 595/14

**Betamax [1]** 506/20

**better [1]** 583/5

**between [3]** 472/3 473/5 531/15

**beyond [4]** 502/15 530/9 538/5 584/6

**bias [1]** 564/5

**biased [2]** 518/7 605/8

**biasness [1]** 591/9

**Biden [1]** 493/7

**big [1]** 565/17

**bigger [1]** 485/18

**bit [11]** 486/11 486/18 489/7 492/7 532/6 534/24 535/25 540/25 543/8 556/16 599/18

**bits [2]** 529/14 529/16

**blackout [1]** 586/14

**blank [1]** 574/4

**block [1]** 501/24

**blocks [3]** 501/11 502/3 546/17

**bones [1]** 493/7

**book [1]** 518/16

**boss [1]** 533/22

**Boston [1]** 482/1

**both [14]** 506/17 508/5

**A**-column continues: 507/5 507/5 507/21 510/4 513/13 514/7 516/3 516/11 516/19 517/6 523/23 532/21 533/13 534/23 535/14 536/9 540/10 541/16 543/8 546/18 552/9 552/10 561/8 561/20 568/24 569/7 573/14 575/12 576/14 577/16 577/19 589/7 597/20 599/9

**Boy [1]** 472/13 473/2 473/3 473/18 473/19 475/14

**Boys [12]** 472/3 473/5 473/7 473/9 475/7 476/7 476/12 476/13 478/5 478/11 478/14 478/15

**Boys' [1]** 478/10

**brace [1]** 509/24

**break [1]** 540/1

**brief [1]** 479/12

**bring [1]** 471/25 476/4 476/21 481/8 484/3 494/6 494/9 514/25 515/19 516/25 523/7

**broken [1]** 504/14

**brother [10]** 477/9 477/10 537/24 594/13 595/1 595/3 598/12 598/16 599/1 599/9

**brought [4]** 481/7 487/12 518/17 585/13

**BROWN [3]** 470/11 470/14 517/2

**bsrlegal.com [2]** 470/13 470/17

**buddy [1]** 597/3

**building [5]** 505/4 534/13 560/21 560/22 579/11

**burden [5]** 538/4 538/7 549/21 586/5 586/9

**burglarized [1]** 562/25

**business [6]** 516/19 560/24 568/2 568/8 568/15 568/20

**C**

**C-SPAN [2]** 590/11 592/16

**cabin [1]** 533/5

**cable [2]** 529/15 532/16

**cache [1]** 509/5

**Caldwell [1]** 499/4 528/2 546/5 589/21

**call [15]** 472/24 473/15 477/23 478/2 478/4 479/19 480/21 480/21 481/15 483/22 489/16 517/24 524/2 566/11 605/2

**called [7]** 474/19 501/18 524/3 553/20 558/20 583/9 599/9

**calling [1]** 475/14

**calls [1]** 491/2

**came [2]** 483/20 514/24 514/24 516/20 517/14 524/6 540/12

**cameras [1]** 527/20

**campaign [10]** 567/1 583/13 602/8 602/12 602/17 602/22 602/23 603/18 604/20 604/25
**can [89]** 471/23 475/5 475/12 477/8 479/24 480/21 484/25 485/4 486/2 486/8 486/8 489/7 492/5 492/11 493/11 494/9 494/22 497/3 499/12 500/9 501/8 501/15 503/1 503/4 506/11 506/21 508/13 508/19 510/11 517/10 518/6 520/11 522/8 524/14 527/9 529/10 531/20 532/6 533/20 535/11 535/25 537/6 537/11 537/17 542/15 544/6 545/1 545/6 545/12 546/13 547/15 547/24 550/4 552/13 553/15 554/19 557/2 557/10 558/14 558/16 559/7 560/21 569/15 569/24 571/11 571/21 573/10 574/5 576/8 577/13 577/24 579/11 583/5 584/7 584/24 587/20 588/13 588/18 591/18 592/14 594/23 595/11 596/12 597/15 597/17 598/12 600/11 604/16 604/23
**can't [5]** 476/1 476/2 499/7 530/11 536/13
**candidacy [1]** 603/2
**capacity [2]** 503/5 559/16 580/7
**Capitol [42]** 485/17 487/11 492/10 492/16 492/17 497/6 500/13 500/13 501/6 501/9 501/11 502/3 505/4 505/4 505/7 505/11 505/12 505/12 505/17 507/19 525/15 532/11 532/11 532/13 532/13 532/14 533/24 536/13 538/9 542/16 546/19 560/20 560/20 579/11 579/11 579/14 579/14 579/15 579/17 593/5 594/10 594/14
**Capitol Building [2]** 505/4 579/11
**Capitol Grounds [1]** 532/14
**car [2]** 508/16 508/17
**care [1]** 544/8
**career [2]** 503/21 561/18
**careers [1]** 558/25
**CareFirst [2]** 510/21 510/22
**carefully [1]** 590/2
**caretaker [1]** 489/6

**caretaking [1]** 489/2
**Carter [1]** 517/3
**case [99]** 471/6 472/5 473/3 473/6 473/9 475/14 475/17 476/5 476/7 476/8 478/5 481/8 481/17 483/5 485/23 493/9 493/13 495/16 498/13 499/21 502/15 503/24 506/18 506/21 507/23 508/11 512/8 513/1 513/10 513/14 513/17 515/25 517/12 518/7 518/24 518/25 519/2 519/4 519/5 519/7 519/13 519/16 519/17 519/23 520/3 520/6 520/10 520/16 521/1 521/2 521/11 521/15 521/25 522/1 522/2 522/7 526/11 528/18 530/16 530/20 534/19 538/18 547/3 548/20 553/13 556/19 557/25 559/13 560/8 561/12 564/3 568/24 569/18 570/10 570/14 574/20 576/23 577/6 577/6 577/7 577/8 578/15 578/24 580/10 585/13 586/2 586/14 586/17 586/22 588/22 588/22 589/16 591/14 593/25 595/8 595/22 596/5 598/3 599/11
**cases [6]** 486/19 493/10 506/4 514/10 521/6 548/13
**category [1]** 560/4
**cause [14]** 494/8 506/17 526/15 543/3 543/4 550/16 568/13 582/5 593/23 596/3 598/2 599/10 605/4 605/18
**causes [1]** 583/2
**center [1]** 505/7
**centuries [1]** 485/11
**certain [4]** 525/18 531/10 536/20 601/1
**certainly [11]** 476/12 478/8 483/5 525/6 526/7 529/24 532/9 532/16 533/8 537/5 600/21
**certify [1]** 606/2
**cetera [1]** 575/22
**chain [1]** 474/24
**Chairman [1]** 600/20
**challenge [4]** 533/10 568/17 571/9 571/11
**challenges [1]** 571/8
**challenging [1]** 571/16
**chance [1]** 539/14
**changed [2]** 556/6 581/20
**changes [1]** 602/12

**charge [6]** 485/23 486/2 486/5 570/17 570/17 579/1
**charged [9]** 536/18 555/10 562/22 563/13 563/15 576/18 577/4 584/19 595/23
**charges [9]** 485/22 486/13 486/14 486/17 503/17 548/20 559/12 570/14 585/14
**Charlottesville [1]** 563/16
**checked [1]** 527/15
**chief [2]** 483/5 580/5
**child [2]** 483/21 560/23
**childcare [2]** 551/3 552/6
**children [2]** 544/4 544/16
**choice [1]** 522/18
**choose [1]** 522/19
**Christmas [1]** 600/10
**circle [3]** 547/15 561/19 562/21
**circuit [1]** 478/16
**circumstance [1]** 473/16
**circumstances [1]** 542/1
**citizens [1]** 516/7
**civic [1]** 491/2
**civil [1]** 570/2
**clear [7]** 478/20 486/9 488/1 515/19 539/23 585/23 605/14
**clearly [1]** 558/5
**Cleveland [1]** 492/21
**client [15]** 472/2 472/3 474/12 477/4 477/5 477/6 477/9 583/11 583/14 584/4 587/2 587/6 587/8 601/23 602/3
**clients [12]** 583/21 584/8 586/23 587/11 590/9 591/7 591/13 599/22 602/8 602/15 603/24 605/15
**CLINTON [1]** 470/19
**clintonpeed.com [1]** 470/22
**clips [2]** 531/10 531/11
**close [28]** 502/25 504/4 505/9 505/21 506/10 512/2 512/15 512/19 514/5 547/12 549/7 550/3 558/13 559/10 559/22 561/16 561/19 562/18 578/19 579/23 579/24 580/3 594/9 594/22 596/1 597/10 598/6 605/2
**closely [3]** 486/18 529/11 590/2
**CNN [2]** 509/3 592/16
**collateral [2]** 477/1

**colleagues [1]** 534/12
**collectively [2]** 556/12 557/16
**COLUMBIA [4]** 469/1 515/24 581/19 597/22
**come [18]** 479/12 480/5 490/7 500/17 504/12 504/21 507/21 509/17 520/9 535/13 535/14 537/9 537/19 538/6 543/5 549/20 555/20 560/7
**comes [3]** 481/17 563/5 574/8
**Comfort [1]** 482/1
**comfortable [9]** 488/21 491/20 494/15 510/2 540/9 543/25 572/20 575/11 581/9
**coming [8]** 472/9 485/8 488/24 491/23 527/18 549/19 557/8 590/5
**comment [5]** 487/23 519/20 587/17 604/15 604/21
**commentary [5]** 520/9 529/22 564/16 569/21 590/5
**commented [1]** 564/14
**commenting [3]** 587/11 600/17 605/1
**comments [7]** 479/15 584/4 592/12 600/23 600/25 601/6 601/13
**Commission [1]** 503/10
**committed [3]** 584/20 603/3 603/14
**committee [24]** 529/9 529/22 530/2 532/20 557/1 557/4 569/19 577/13 577/16 578/3 583/3 583/7 583/19 590/1 590/6 591/9 596/20 598/18 598/23 598/25 599/2 599/9 602/12 602/13
**Committee's [1]** 600/18
**communicate [4]** 518/24 520/16 521/24 523/25
**communicated [1]** 593/15
**communication [8]** 472/3 472/6 472/7 472/12 474/18 475/13 481/20 600/11
**communications [4]** 487/13 487/17 536/5 536/6
**company [10]** 507/3 507/7 541/2 541/4 583/9 583/11 603/20 603/21 603/23 603/24
**compel [1]** 480/8
**compete [1]** 541/2

**complete [6]** 516/20 517/16 521/6 521/12 551/21 586/14
**completed [11]** 517/14 517/21 521/16 526/23 527/11 528/4 545/23 545/25 555/5 572/25 588/3
**completely [4]** 511/18 535/1 548/19 585/20
**concern [4]** 475/25 486/21 594/22 595/6
**concerned [2]** 533/19 601/25
**concerning [2]** 589/18 590/21
**concerns [7]** 476/19 477/21 539/5 596/24 601/22 603/16 604/12
**concert [1]** 522/18
**conclude [2]** 502/13 541/17
**concluded [1]** 519/20
**conclusion [4]** 527/16 538/6 549/19 549/20
**condition [2]** 556/5 556/8
**conducted [1]** 504/23
**confirm [1]** 511/15
**confronted [1]** 502/7
**Congress [1]** 561/2
**congressional [3]** 522/3 522/3 578/2
**Connecticut [1]** 492/24
**connection [11]** 474/12 474/13 478/10 554/4 554/13 554/17 554/21 555/11 555/15 585/14 598/22
**connections [2]** 538/8 539/20
**connor [3]** 470/10 470/13 471/14
**consequence [1]** 604/17
**conservative [7]** 525/3 486/6 507/22 520/5 535/19 556/18 565/2 565/6
**consideration [1]** 516/23
**considered [3]** 479/17 517/8 538/17
**considering [1]** 535/16
**consistently [1]** 604/20
**conspiracy [7]** 485/23 503/18 548/21 559/13 570/15 578/24 595/23
**conspired [5]** 485/24 512/9 559/14 578/25 595/24
**conspiring [4]** 499/21 548/22 555/14 577/4
**constitute [1]** 542/2
**Constitution [1]** 570/2
**constrain [1]** 530/24
**consultancies [1]**

**C**

consultancies... [1] 559/3
consultant [6] 529/18 532/10 535/23 536/1 558/25 559/2
consultations [1] 561/2
consume [1] 508/8
consumed [3] 500/9 546/14 578/1
consuming [1] 508/7
contact [3] 552/2 552/13 602/24
contacted [1] 591/24
content [2] 564/22 600/7
context [3] 510/13 560/21 564/25
contextually [2] 531/3 531/7
contingent [1] 525/10
continue [3] 476/23 515/1 544/22
CONTINUED [1] 470/1
continues [1] 519/8
continuing [2] 561/24 604/14
contract [1] 541/1
contracting [1] 541/4
contractor [1] 558/18
conversation [5] 481/17 482/2 482/3 482/5 482/14
convict [1] 586/6
convicted [8] 555/11 555/16 562/22 563/13 563/15 603/4 604/22 605/16
convictions [1] 527/17
convinced [2] 586/4 586/8
cooperating [4] 473/2 473/19 474/23 475/8
cooperation [1] 475/23
cooperator [1] 478/5
cop [1] 597/4
corner [1] 501/10
corners [2] 535/17 535/18
corporate [2] 510/21 537/25
corporation [2] 503/15 507/4
corporations [1] 536/6
correct [18] 473/22 491/18 496/15 501/7 514/13 535/23 545/21 547/9 549/10 551/5 567/22 582/21 583/22 584/9 585/6 598/24 600/1 606/3
correction [1] 523/9
could [78] 474/7 475/23 479/1 482/9 485/8 485/9 486/4 488/2 490/1 490/2 490/4 490/5 490/10

could you [1] 510/5
couldn't [8] 506/17 512/23 526/16 535/1 550/16 573/14 574/3 599/10
counsel [10] 471/21 488/5 491/7 496/3 510/21 514/22 535/4 537/15 551/25 572/1
count [1] 552/18
counted [1] 599/4
country [2] 485/15 571/15
couple [8] 483/14 503/14 515/2 516/20 557/6 565/9 596/18 604/11
course [5] 513/1 513/23 514/8 528/21 542/6
court [29] 469/1 471/2 474/4 474/5 479/1 479/8 480/11 482/8 482/21 482/24 482/25 483/1 490/2 490/3 500/25 514/6 515/23 520/17 521/3 521/17 535/12 537/9 541/16 541/16 569/7 569/7 588/22 598/7 598/10
Court's [1] 476/4
courthouse [6] 520/21 521/9 521/16 522/10 527/2 541/22
courtroom [30] 471/17 480/24 487/12 488/9 491/11 493/25 496/8 509/13 514/19 515/21 517/22 517/23 517/24 518/17 520/11 520/17 521/3 522/8 522/25 523/5 523/6 535/14 539/13 543/2 567/13 572/6 575/3 580/25 582/3 604/8
courts [1] 516/8

cousins [1] 595/17
cover [3] 519/20 601/14 604/15
cover-up [2] 601/14 604/15
coverage [10] 519/7 519/12 519/18 524/16 524/18 529/17 532/7 546/16 591/18 591/19
covered [4] 533/25 557/22 594/8 601/17
covering [1] 601/1
COVID [3] 522/21 522/25 523/3
COVID-related [1] 523/3
CR [1] 469/4
create [1] 538/13
created [1] 549/24
credibility [3] 475/10 580/12 580/14
crime [14] 506/11 550/4 555/11 562/19 562/23 563/5 563/13 563/18 584/20 584/21 597/11 597/12 603/14 605/16
crimes [1] 585/16
criminal [17] 471/6 506/4 513/14 513/24 514/2 521/6 537/21 537/24 538/1 549/8 549/9 561/10 561/11 561/20 564/1 579/25 596/22
criminal-related [1] 537/24
criminally [1] 597/19
critical [2] 516/6 522/5
critically [1] 521/23
cross [9] 475/8 475/9 475/22 479/13 479/15 480/21 481/7 483/2 483/6
cross-examination [3] 479/13 483/2 483/6
cross-examine [2] 475/22 480/21
crowd [1] 500/13
CRR [2] 606/2 606/8
current [5] 533/13 536/25 581/13 583/3 604/13
currently [4] 559/5 581/23 596/19 599/19
custody [1] 474/24

**D**

D.C [12] 469/5 469/17 470/21 485/14 507/14 548/9 550/7 550/8 591/23 592/5 597/24 597/25
dad [1] 537/25
daily [3] 489/6 600/6 600/11
dangerous [1] 495/9

daughter [1] 561/22
David [4] 470/10 471/8 516/2 553/14
David Moerschel [2] 516/2 553/14
day [76] 469/7 483/21 485/1 485/9 486/3 486/11 487/2 488/3 489/14 490/2 490/3 490/8 490/9 492/18 492/25 493/15 495/1 497/11 497/20 500/11 500/16 500/23 501/16 501/23 508/7 518/11 521/7 521/9 521/14 525/6 525/6 525/10 525/12 525/16 526/4 526/9 529/19 529/19 532/9 532/12 532/16 533/4 533/9 533/11 534/1 534/13 538/9 542/17 542/19 546/14 546/25 554/13 554/21 557/17 559/25 565/12 565/18 565/18 566/20 571/2 571/23 573/11 573/19 577/15 578/1 578/8 578/12 590/18 590/18 591/20 591/21 591/22 592/24 593/3 593/16 595/7
day's [1] 524/17
days [6] 490/13 492/22 493/21 532/17 532/18 551/10
dead [1] 562/13
deal [4] 480/6 481/4 481/10 537/3
debrief [1] 474/8
debriefing [1] 472/19
debriefs [1] 473/23
December [6] 469/5 477/7 478/12 581/14 581/17 606/7
decide [3] 479/24 482/9 520/2
decision [6] 476/24 516/7 531/12 556/2 584/11 584/13
decision-makers [1] 516/7
decision-making [1] 531/12
decisions [1] 531/3
defendant [14] 470/2 470/6 470/10 470/18 471/7 471/7 471/8 471/9 471/12 471/13 471/14 471/16 472/4 475/14
Defendant 11 [1] 471/9
defendants [50] 469/7 471/17 485/24 487/16 495/17 495/20 498/14 499/21 499/24 500/25 502/16 502/17 503/17 504/11 512/9 513/2

529/3 547/2 548/13 548/21 549/15 549/20 553/12 553/17 555/14 555/18 556/20 558/7 559/14 560/8 570/7 570/15 571/2 577/4 577/6 577/9 578/23 586/2 587/4 592/25 594/3 595/22 601/24 602/4 603/3 603/19 604/22
Defender [1] 561/22
defense [9] 471/21 482/11 508/1 514/17 537/15 541/2 551/25 564/13 604/5
definitely [1] 495/25
delay [2] 476/20 523/1
delays [1] 523/3
delete [1] 472/16
deliberations [1] 530/24
democracy [6] 485/10 485/20 493/6 516/7 570/3 571/17
demonstration [2] 504/5 512/20
demonstrations [1] 559/23
denunciation [1] 556/1
department [12] 503/8 510/16 510/19 547/22 547/25 548/17 548/19 550/10 550/15 559/6 603/4 603/12
depend [1] 483/6
depends [1] 498/18
deposed [1] 598/20
Deputy [4] 517/22 520/11 520/17 521/3
describe [5] 485/2 485/3 532/6 535/25 573/10
described [5] 486/3 487/1 489/24 556/18 564/16
designated [1] 551/15
designing [1] 559/2
desire [2] 518/3 518/3
despite [1] 521/1
detail [6] 489/7 492/11 497/18 540/25 555/9 597/13
determination [1] 552/8
determinations [1] 545/19
determining [1] 517/10
Detroit [1] 507/8
device [1] 519/25
devices [3] 518/18 518/20 518/22
did [38] 475/6 479/8 480/14 480/17 480/19 481/3 482/5 492/2 497/11 497/19 498/20 500/3 501/22 503/11

**D**

did... [24] 505/11
506/23 507/13 523/14
525/16 525/16 532/23
533/15 536/3 537/23
550/9 550/11 554/8
555/23 555/24 556/12
560/25 563/16 587/17
593/5 593/9 594/22
602/6 605/15
did you [8] 475/6
480/14 480/19 482/5
501/22 532/23 550/9
593/9
didn't [27] 472/10
472/18 476/20 492/8
534/25 543/4 550/18
551/21 564/23 565/1
565/2 565/6 566/7
573/12 573/16 588/8
588/24 590/11 590/13
592/15 598/10 599/3
599/5 603/22 604/12
605/10 605/16
difference [2] 485/14
560/12
different [26] 486/13
486/15 486/16 497/7
498/1 498/11 498/15
502/7 502/21 504/14
504/18 513/3 517/7
517/7 517/23 521/6
528/23 538/3 557/14
558/25 560/9 560/17
566/21 590/20 602/12
605/5
differently [2] 485/16
580/8
difficult [8] 493/18
495/22 500/20 502/18
538/12 542/14 544/15
593/24
difficulties [1] 538/13
difficulty [15] 534/17
538/20 549/19 549/24
557/23 560/14 568/24
578/13 585/12 586/6
586/10 586/13 586/18
587/13 596/3
digital [3] 583/10
583/14 587/15
diminish [1] 486/12
direct [2] 475/2 483/7
direction [1] 520/21
dired [1] 473/8
disclose [1] 589/2
disclosed [1] 474/3
discount [1] 535/1
discovery [4] 472/2
472/8 472/8 472/11
discuss [2] 474/8
476/23
discussed [4] 476/13
476/22 515/4 521/21
discussing [1] 473/11
556/24
discussion [3] 474/6
571/19 590/4

discussions [2] 529/22
553/22
disheartened [1]
477/12
dismay [1] 560/2
dismissed [1] 519/22
disqualification [1]
582/6
disrupt [1] 522/22
dissatisfaction [3]
565/24 566/2 567/3
distracted [1] 568/19
568/22 569/1
distressing [1] 485/9
DISTRICT [11] 469/1
469/1 469/10 515/23
515/24 548/8 548/8
561/23 562/25 581/19
597/22
divorcing [1] 537/7
do [171]
do you [9] 475/15
529/25 560/10 563/20
581/18 590/4 600/2
603/6 603/15
do you have [14]
486/21 493/4 497/18
498/4 524/23 525/15
526/19 529/21 554/11
555/23 556/10 561/19
573/18 576/22
do you know [5] 514/1
537/20 548/11 576/17
588/11
do you recognize [1]
510/6
Do you remember [1]
509/7
do you think [2]
534/10 537/11
documents [1] 514/9
does [10] 474/12 478/7
479/15 533/2 537/20
537/24 570/16 594/10
596/1 599/9
doesn't [3] 480/22
535/12 537/18
doing [21] 477/10
479/19 479/22 488/21
491/20 494/15 501/1
510/2 519/4 538/15
540/9 548/19 572/20
575/11 578/13 581/9
582/18 583/6 585/9
600/9 600/9
Dominic [3] 472/4
472/20 478/12
don't [61] 472/17
472/17 472/24 473/1
473/14 475/1 475/14
476/12 477/22 480/3
480/12 482/7 487/5
487/6 490/12 498/3
498/23 501/3 502/6
503/23 504/12 505/16
506/22 508/21 509/9
511/3 513/6 515/10
515/11 525/4 527/14

539/8 539/9 542/1
543/8 544/15 544/21
545/14 545/15 547/4
550/19 557/7 563/5
563/5 564/4 573/16
585/18 588/4 589/9
590/24 595/14 597/15
598/12 599/5 599/12
601/15 603/13 604/23
Donald [1] 583/13
done [15] 475/7 485/11
489/11 490/2 497/20
498/18 500/4 513/24
521/13 539/19 549/7
549/9 554/12 559/8
561/20
door [1] 501/24
doors [1] 480/24
doubt [3] 487/19
502/15 538/5
Douyon [16] 488/9
491/11 493/24 496/7
509/13 514/19 523/5
539/12 543/1 552/3
567/13 572/5 575/2
580/25 582/1 604/8
dovetail [1] 486/18
down [6] 478/8 492/23
492/24 504/6 557/18
565/21
downtown [1] 560/1
draw [1] 537/11
drawing [1] 473/4
drop [2] 489/18 490/9
due [1] 541/12
during [16] 490/8
490/8 504/8 513/1
518/14 518/22 520/8
520/15 520/19 521/1
522/11 531/9 568/1
568/15 579/8 590/5
duty [2] 491/2 516/9

**E**

each [6] 481/24 502/7
502/22 517/18 517/24
557/17
earlier [10] 507/2 515/4
515/5 521/21 521/24
589/25 593/2 597/4
598/8 603/16
early [1] 561/1
ears [1] 520/10
Eastern [1] 548/8
economist [1] 580/5
Ed [2] 553/14 554/4
Ed Vallejo [1] 554/4
educates [1] 480/11
Edward [3] 470/19
471/9 516/2
Edward Vallejo [2]
471/9 516/2
Edwards [11] 469/15
471/11 506/24 514/14
515/18 550/22 564/10
573/24 580/11 590/15
604/3

efforts [1] 539/18
eight [5] 532/25 536/14
539/2 544/8 600/14
either [2] 495/17
543/7 557/11 559/2
561/2 562/7 569/7
570/7 574/20 590/22
591/4 591/4
elaborate [1] 533/20
elected [3] 599/20
600/25 604/14
election [10] 487/14
504/22 556/2 556/6
564/18 565/14 565/18
565/24 566/3 566/22
elections [3] 556/10
566/25 567/8
electric [1] 507/8
eliminate [1] 477/1
Elise [5] 583/14 584/3
599/25 600/20 601/18
Elise Stefanik [1]
599/25
else [13] 474/21
498/11 500/3 508/13
512/16 530/10 544/7
544/16 550/7 551/25
555/6 588/24 604/3
elsewhere [1] 597/22
email [8] 469/18 470/5
470/8 470/13 470/17
470/22 472/10 519/1
embarrass [1] 518/4
emotion [5] 487/4
533/5 534/10 537/3
537/7
emotional [5] 487/6
487/9 533/10 534/24
535/13
emotionally [1] 536/18
emotions [3] 535/13
535/15 539/21
employed [16] 502/25
503/2 503/20 512/3
547/12 547/16 547/18
558/13 558/17 559/5
559/11 562/12 578/20
578/22 594/10 596/2
employee [1] 559/4
employment [11]
489/18 596/24 602/1
603/16 603/25
enable [1] 479/2
enabled [1] 518/17
end [2] 521/9 562/3
ended [2] 561/25
562/10
ending [1] 558/19
Energy [2] 503/9 503/9
enforcement [11]
550/17 562/7 562/9
562/12 580/3 580/9
580/11 580/13 580/17
580/18 596/25
engage [2] 535/15
537/8

engaged [2] 536/17
571/19
enough [4] 493/23
496/2 505/21 585/10
Enrique [1] 478/12
ensuring [1] 522/6
entails [1] 489/12
entangled [1] 604/19
entered [2] 515/21
563/1
entire [3] 520/14
536/23 565/19
episode [1] 509/8
error [2] 540/14 540/16
escort [1] 517/22
essentially [1] 474/24
et [2] 469/6 575/22
et cetera [1] 575/22
evaluate [1] 495/15
512/11 513/10 580/12
580/14
even [7] 480/22 495/24
519/9 554/25 573/14
598/12 601/10
evening [5] 500/14
509/3 509/4 553/20
588/17
event [7] 485/8 554/7
555/12 560/2 560/4
566/13 566/17
events [27] 485/1
486/3 487/2 487/10
497/17 500/9 500/11
500/16 500/23 501/23
502/3 502/21 505/13
508/7 508/23 519/13
519/20 524/17 525/12
532/8 533/3 533/4
534/1 534/3 534/6
534/7 538/9 542/13
546/12 546/14 546/18
546/25 553/22 554/13
554/21 555/15 557/6
558/4 570/24 571/1
571/14 571/23 573/9
573/11 577/24 578/1
578/8 583/25 584/12
586/16 587/11 587/18
590/21 591/18 591/20
592/12 592/24
ever [16] 502/25 505/3
506/11 509/7 512/3
513/24 514/6 527/15
550/3 558/13 560/20
562/12 562/12 562/19
578/20 597/11
every [6] 481/17
489/13 497/11 567/9
592/8 605/9
everybody [5] 471/19
471/20 484/1 542/4
585/8
everyone [6] 471/4
483/14 516/18 522/8
523/9 543/16
everything [1] 508/13
evidence [53] 478/9
478/14 478/15 487/11

**evidence...** [49] 487/11
487/13 493/11 493/13
495/16 495/16 495/17
498/13 499/22 499/25
500/24 502/14 507/23
512/11 513/10 518/8
520/3 529/2 529/3
530/3 530/20 530/25
531/1 531/9 531/24
535/16 545/18 547/3
547/7 555/21 556/19
557/25 558/7 560/13
564/3 568/24 570/20
571/2 574/19 577/8
577/9 578/14 579/7
586/1 589/15 591/14
592/25 596/4 601/4
**evident** [1] 526/8
**exactly** [5] 525/5
588/18 597/2 597/7
598/10
**examination** [5]
479/13 481/1 483/2
483/6 483/7
**examine** [2] 475/22
480/21
**examining** [1] 476/4
**example** [5] 487/10
490/7 539/5 587/17
600/24
**except** [1] 522/9
**exception** [1] 522/12
**exclusively** [1] 482/16
**excuse** [5] 480/25
514/24 543/3 561/15
569/12
**excused** [9] 483/13
483/17 483/21 515/4
521/8 521/18 521/20
521/22 582/9
**exercise** [1] 535/16
**exhausted** [1] 478/20
**exhausts** [1] 514/22
**Exhibit** [2] 475/5 475/6
**existing** [2] 527/21
538/8
**expect** [2] 535/12
568/12
**experience** [9] 506/16
507/21 513/16 535/14
537/2 537/11 550/15
564/1 593/23
**experienced** [6]
501/16 534/15 538/9
542/22 542/22 593/15
**experiences** [9] 505/19
506/5 536/16 536/17
537/7 537/8 585/11
585/25 598/1
**exposed** [7] 500/10
529/9 532/5 546/12
558/5 577/14 591/20
**exposure** [4] 557/1
558/4 573/9 577/24
**express** [1] 481/19
**expressed** [2] 486/19
493/12
**expressing** [1] 567/20

**extend** [1] 516/3
**extensive** [1] 495/3
**extensively** [1] 494/24
**extent** [8] 514/11 529/8
532/4 532/7 563/19
573/10 577/20 597/8
**extraordinary** [1]
541/25
**extreme** [1] 568/14
**extremely** [1] 571/15
**Eye** [1] 470/20
**eyes** [2] 477/14 520/10

**F**

**Facebook** [1] 519/3
**fact** [27] 474/21 475/8
476/11 498/10 502/2
503/20 506/4 512/10
527/19 528/25 530/9
533/2 535/1 538/17
545/15 548/23 549/13
554/4 555/16 560/9
563/25 568/19 570/17
580/10 596/1 599/1
599/8
**facts** [10] 498/18
503/25 537/3 570/10
590/21 590/25 601/8
601/9 604/18 605/10
**factual** [1] 571/22
**fair** [42] 479/14 484/25
487/16 493/18 493/19
493/23 495/20 496/2
499/24 502/5 504/15
504/24 506/17 517/11
522/6 526/16 526/21
528/9 529/2 534/21
542/14 547/1 549/1
549/14 550/16 555/17
559/18 564/2 569/15
570/6 570/19 579/2
585/10 585/12 585/15
587/3 589/5 596/4
598/2 599/10 599/11
605/8
**fairest** [1] 518/5
**fairly** [6] 481/14 486/4
498/12 512/12 513/4
556/20
**false** [1] 570/11
**familiar** [3] 517/7
517/17 518/9
**familiarity** [2] 511/4
564/15
**family** [42] 489/6
489/18 489/20 502/25
504/4 505/9 506/11
512/3 512/15 512/19
514/6 519/2 533/20
537/22 547/12 547/16
548/24 550/3 558/13
559/22 561/20 561/21
562/6 562/11 562/18
562/21 566/5 571/19
578/19 579/20 580/2
593/18 594/9 594/23
595/11 595/20 596/2

597/19 598/5
**far** [6] 501/8 523/12
524/19 524/20 545/9
601/17
**far-right** [1] 545/9
**fashion** [1] 476/14
**fast** [1] 600/15
**fatal** [1] 476/12
**father** [6] 492/25 512/5
512/10 512/16 512/17
537/23
**favor** [1] 552/2
**favorite** [1] 574/6
**feature** [2] 516/6 521/5
**Federal** [14] 503/1
503/2 503/9 512/3
547/13 547/17 547/18
558/14 559/1 578/20
578/22 579/3 595/21
596/2
**feed** [1] 531/11
**feel** [19] 485/15 488/2
488/20 491/19 493/21
494/14 510/1 517/17
518/9 518/15 518/18
533/6 540/8 544/1
566/7 569/23 572/19
575/10 581/8
**feeling** [2] 551/17
551/23
**feels** [1] 477/13
**felony** [1] 563/21
**felt** [1] 593/20
**few** [10] 485/2 485/4
493/21 535/5 560/16
560/16 560/24 579/13
600/13 600/15
**fiancé** [1] 594/14
**fiancée** [5] 588/5
588/17 589/2 589/6
589/14
**Fifth** [11] 479/9 480/5
480/14 480/22 481/2
481/5 481/9 482/7
482/13 482/18 482/23
**Fifth Amendment** [1]
482/7
**figuratively** [1] 481/20
**figure** [1] 483/8
**filing** [1] 563/18
**filled** [2] 565/20 583/12
**filling** [2] 507/12 527/8
**final** [1] 521/10
**Finally** [1] 522/8
**financial** [3] 568/6
568/14 569/2
**financially** [3] 490/24
568/8 568/12
**find** [2] 476/25 603/19
**finding** [1] 527/22
**fine** [12] 483/2 488/16
491/22 493/16 507/1
540/16 552/24 552/24
573/22 575/24 593/20
593/21
**finished** [2] 521/12
576/11

**firearms** [2] 472/23
526/3 551/7 551/23
**first** [16] 473/6 476/13
478/14 481/3 482/15
488/23 496/16 497/9
497/15 522/15 524/10
524/22 557/2 575/13
582/24 590/7
**five** [7] 475/5 504/4
512/20 553/10 559/23
**FL** [2] 470/12 470/16
**flag** [1] 476/17
**flagging** [1] 478/3
**focus** [18] 493/12
500/24 529/2 530/19
530/24 531/22 547/2
547/7 560/12 569/3
570/20 571/2 577/8
586/1 589/15 591/13
592/24 605/10
**focused** [1] 600/24
**focusing** [3] 557/24
568/24 578/14
**folks** [5] 490/21 514/25
525/20 530/5 534/25
**follow** [15] 500/6
513/16 514/14 519/19
521/24 537/15 561/12
573/12 573/16 573/16
573/24 585/1 587/20
592/4 592/11
**follow-up** [3] 514/14
537/15 573/24
**followed** [8] 529/11
532/7 573/11 577/21
583/24 590/2 590/17
592/7
**followers** [1] 519/2
**following** [15] 474/11
520/22 522/5 524/16
527/25 532/17 532/18
532/18 532/20 552/2
565/14 583/25 586/18
587/13 590/8
**follows** [1] 517/20
**followup** [1] 599/8
**forbidden** [1] 520/5
**force** [7] 486/1 503/19
512/10 548/23 559/15
570/16 595/25
**Forces** [1] 595/11
**forcibly** [1] 578/25
**foregoing** [1] 606/3
**forget** [4] 530/21
530/23 531/20 565/19
**forgot** [1] 484/3
**formed** [4] 584/7
584/10 584/18 584/23
**former** [9] 504/22
533/22 549/13 560/10
565/12 574/20 602/7
603/1 604/25
**formerly** [1] 547/21
**Fort** [1] 470/12
**forth** [1] 593/19
**forward** [2] 477/18
533/14
**found** [2] 601/24 602/3

**foundation** [2] 472/23
475/21
**foundations** [1] 477/24
**four** [5] 528/17 531/10
535/17 535/18 557/14
**Fox** [1] 592/16
**Fox News** [1] 592/16
**frankly** [2] 539/21
604/19
**free** [11] 488/20 491/19
494/14 510/1 518/15
518/18 540/8 544/1
572/19 575/10 581/8
**Friday** [1] 544/5 551/3
**friend** [18] 502/25
504/4 505/9 506/10
512/2 512/19 514/5
519/1 547/12 550/3
558/13 559/22 562/18
594/23 595/14 596/17
597/10 597/19
**friends** [37] 481/23
485/17 502/20 504/25
505/1 505/21 512/15
512/21 534/12 547/16
560/16 560/18 561/19
561/23 562/6 562/22
563/4 565/20 566/5
571/19 578/19 579/16
579/20 579/23 579/24
580/3 594/9 595/11
595/16 595/20 596/1
596/8 596/9 596/18
596/22 598/6 600/7
**friends'** [2] 513/3
513/9
**friendship** [1] 594/4
**friendships** [2] 538/8
596/14
**front** [15] 484/18 489/1
491/25 496/19 497/10
510/3 523/22 543/25
553/4 564/17 567/24
569/3 572/21 581/10
582/23
**frustration** [1] 591/9
**full** [3] 490/18 515/20
568/2
**full-time** [1] 568/2
**fully** [1] 519/22
**fundamental** [1] 516/6
**fundraising** [4] 583/10
583/14 600/21 601/20
**funeral** [1] 483/16
**further** [5] 475/1
476/21 516/11 521/14
521/18

**G**

**game** [3] 537/8 577/17
577/18
**gather** [1] 574/5
**gear** [2] 526/7 530/6
**general** [15] 495/5
503/7 551/7 553/18
555/25 570/3 570/3
570/25 577/25 591/10
591/19 592/18 594/15

**general...** [2] 598/14 601/5

**generally** [5] 529/1 529/10 532/6 546/13 573/10

**gentlemen** [1] 515/23

**get** [22] 472/10 472/18 474/21 483/23 484/14 485/10 497/10 500/8 508/19 516/3 516/19 519/4 523/23 537/4 540/10 546/11 546/22 566/12 590/16 597/16 600/10 605/20

**getting** [2] 480/17 570/3

**gist** [1] 570/3

**give** [12] 479/23 489/7 500/9 501/8 540/24 546/13 557/10 577/25 580/16 583/5 591/15 591/18

**given** [7] 473/7 485/3 499/11 507/16 521/14 555/1 585/11

**glee** [1] 567/4

**glitch** [1] 472/10

**gmail.com** [2] 470/5 470/8

**go** [20] 474/7 475/2 477/13 478/8 479/6 482/9 482/15 483/12 484/3 490/5 490/12 492/8 492/11 544/21 559/7 566/6 566/6 566/8 574/6 595/4

**Go ahead** [2] 479/6 484/3

**go-around** [1] 482/15

**goes** [3] 535/18 561/25 601/18

**going** [34] 473/13 475/4 475/22 476/23 477/17 480/4 480/5 480/9 480/23 481/2 481/3 482/9 482/14 482/20 483/10 492/23 494/13 500/13 516/11 516/23 519/21 522/17 523/13 531/12 539/17 551/2 557/19 558/10 566/6 574/19 592/2 605/3 605/18 605/21

**gone** [2] 512/22 517/5

**good** [40] 471/5 471/19 484/8 484/9 484/10 484/13 494/13 494/14 496/11 496/12 496/14 506/25 509/21 515/10 515/22 523/18 523/19 535/9 535/10 540/5 540/6 543/20 550/23 550/24 551/13 567/19 567/19 572/15 572/16 573/25 574/1 574/14 574/15 574/17 581/7 582/18 582/19 595/16

**good morning** [15] 484/8 496/11 506/25 515/22 535/9 535/10 543/20 550/23 550/24 572/15 572/16 573/25 574/1 574/14 574/15

**Gorda** [1] 470/16

**got** [18] 471/22 481/13 481/16 482/17 482/22 488/4 501/12 503/16 509/23 524/2 527/23 562/5 565/11 584/22 585/7 587/16 590/19 595/19

**Gotcha** [1] 583/21

**government** [41] 469/14 471/11 472/21 473/14 474/23 477/17 478/25 479/18 480/12 482/3 502/14 503/1 503/2 503/19 503/21 512/4 512/9 538/7 545/10 547/13 547/17 547/19 548/23 548/25 549/21 558/14 559/1 559/12 559/16 559/17 570/16 578/20 578/22 578/25 579/3 586/5 586/8 595/21 595/25 596/3 605/9

**government's** [7] 472/11 473/13 476/24 480/17 538/4 564/3 584/11

**governmental** [1] 536/7

**grapple** [1] 537/3

**grateful** [1] 488/25

**gratitude** [1] 516/4

**greater** [5] 497/18 497/18 511/3 549/18 580/17

**greatly** [1] 533/9

**Greene** [11] 472/14 472/19 472/25 473/2 473/15 473/18 474/13 474/16 474/19 477/23 478/2

**Greene's** [1] 473/1

**groceries** [1] 489/24

**grocery** [2] 489/10 522/17

**grounds** [8] 505/4 505/12 532/14 560/20 560/22 579/11 579/14 579/15

**group** [11] 474/22 492/9 492/17 498/16 498/17 498/21 503/2 514/23 524/20 545/9 596/17

**group's** [1] 498/5

**groups** [5] 492/22 497/7 497/8 498/1 498/16

**groups'** [1] 493/4

**growing** [1] 563/16

**grudge** [1] 581/12

**guarded** [1] 538/23

**guess** [12] 480/1 481/10 482/10 483/1 500/4 538/16 584/5 584/19 585/1 590/7 590/24 591/2

**guilt** [1] 538/5

**guilty** [6] 473/20 563/17 576/24 601/24 602/4 603/19

**guns** [3] 499/15 509/1 509/5

**guys** [1] 588/11

**H**

**Hackett** [5] 470/6 471/8 471/13 516/1 553/13

**had** [65] 472/2 477/6 482/14 483/20 485/1 485/4 486/4 499/8 502/14 507/19 510/10 510/17 510/23 523/9 533/11 537/2 538/7 539/20 545/23 549/21 551/6 553/18 553/23 554/5 554/6 554/15 554/16 554/24 555/8 555/10 555/10 556/1 556/6 556/6 556/25 558/25 560/25 561/1 561/2 562/8 562/11 563/25 565/24 566/3 566/5 566/15 566/19 569/13 569/13 576/11 576/14 582/12 586/5 586/9 587/24 588/15 589/19 595/7 595/20 596/1 597/18 598/6 598/17 599/24 605/12

**hadn't** [3] 524/3 538/17 563/3

**Halim** [2] 470/6 471/13

**Hancock** [4] 479/8 479/19 481/16 482/9

**hand** [1] 516/14

**hands** [1] 516/12

**handwritten** [1] 484/24

**Hang** [1] 484/10

**happen** [3] 520/9 520/20 571/14

**happened** [10] 487/7 493/15 493/22 497/6 573/15 581/15 591/1 591/21 593/18 601/1

**happening** [1] 505/13 527/18 595/1

**happens** [4] 500/17 540/17 540/19 592/9

**happy** [1] 567/8

**hard** [8] 476/15 485/2 496/1 502/15 504/7 560/10 584/16 586/24

**harder** [2] 538/6 585/20

**hardship** [8] 483/18 489/5 540/22 542/2

**Harrelson** [4] 499/4 528/1 546/4 589/20

**harsh** [2] 583/2 583/18

**has** [36] 475/7 475/9 478/3 485/4 502/25 503/2 504/4 512/3 512/19 515/6 515/7 515/8 519/10 542/4 547/12 548/11 548/14 548/15 550/3 555/16 558/5 558/13 562/11 562/19 562/22 567/4 578/7 581/15 585/13 585/19 587/2 600/16 602/23 603/2 604/20 605/3

**have** [236]

**haven't** [5] 473/7 476/23 529/13 534/25 581/20

**having** [19] 478/2 481/4 485/13 490/9 497/17 508/6 509/1 529/22 530/9 530/21 531/2 531/10 534/23 554/3 559/15 563/12 564/14 579/10 589/14 597/3

**he** [58] 472/2 472/10 472/20 473/24 474/17 474/20 474/22 474/24 477/6 477/12 478/3 478/7 479/15 480/4 480/7 480/15 480/23 481/3 482/16 482/22 512/6 520/11 539/20 542/21 554/12 554/22 554/25 555/2 555/10 555/10 562/10 563/1 563/1 563/16 564/25 565/1 565/3 576/24 595/15 598/20 598/21 599/6 602/11 604/11 604/12 604/13 604/16 604/19 605/5 605/9 605/9 605/10 605/12 605/14 605/15 605/16

**he didn't** [2] 565/1 604/12

**he said** [1] 605/9

**he's** [16] 473/18 473/19 473/20 473/21 474/22 474/23 475/8 478/3 479/9 479/13 480/9 481/3 482/2 482/9 482/22 597/4

**head** [2] 554/23 569/22

**headline** [7] 497/11 498/9 498/11 498/20 576/10 576/15 587/19

**headlines** [2] 527/10 555/8

**health** [2] 541/2 582/12

**hear** [6] 499/22 522/7 552/19 601/4 602/6 603/22

**Harrelson** ... **581/12**

**Harrelson** [4] 499/4 528/1 546/4 589/20

**hearing** [6] 529/22 530/2 553/24 557/14 565/11 578/3

**hearings** [18] 529/12 557/1 557/4 557/6 557/8 557/11 557/21 557/21 557/24 569/19 577/13 577/16 590/1 590/6 590/8 590/14 590/22 592/1

**help** [3] 489/6 489/10 541/3

**helpful** [2] 550/19 552/8

**her** [22] 483/17 483/21 483/22 483/23 483/24 533/23 534/2 552/19 552/19 552/20 583/14 593/18 593/23 600/3 600/4 600/7 600/12 600/12 600/16 600/16 600/23

**here** [44] 476/18 478/19 480/5 481/14 483/23 485/14 485/16 486/17 488/24 490/24 490/25 494/1 497/9 499/23 509/15 514/23 515/10 515/11 515/25 517/17 517/20 520/18 522/16 522/17 523/11 523/12 523/24 524/1 530/20 531/18 531/25 537/9 537/12 543/17 543/11 542/14 546/17 554/3 559/8 572/5 583/20 585/17 591/23 604/16

**here's** [2] 475/5 480/3

**Hey** [3] 477/9 477/10 488/15

**HI** [4] 470/4 575/6 575/7 581/6

**hideaway** [1] 533/24

**hierarchy** [1] 525/22

**high** [1] 538/18

**high-profile** [1] 538/18

**Hill** [22] 485/18 487/11 501/6 502/3 505/9 505/12 532/11 532/23 532/24 533/4 533/15

**H**

Hill... [11]  536/4 536/10
536/13 538/9 579/14
579/17 591/24 593/4
593/6 594/10 594/14
him [27]  474/17 475/22
477/14 479/11 480/21
480/21 480/21 481/1
481/7 481/8 482/15
482/16 499/13 499/22
552/13 552/14 554/20
555/1 559/7 564/16
564/22 565/2 565/6
599/5 600/8 605/4
605/18
himself [1]  556/3
his [25]  472/18 472/21
473/23 473/23 475/10
475/20 475/23 477/14
479/9 481/2 481/5
482/13 499/23 539/21
554/20 564/17 576/23
603/2 604/11 604/17
604/17 605/6 605/6
605/7 605/15
hold [1]  485/19
Holdings [1]  507/6
home [6]  492/15
501/13 502/4 562/24
562/25 578/4
honest [2]  493/14
539/8
honestly [2]  495/21
575/23
Honor [43]  471/5
471/23 475/12 478/22
480/1 480/25 483/9
484/2 484/6 488/6
488/7 488/13 491/8
491/9 491/13 494/10
496/4 496/5 496/9
514/15 515/9 523/15
535/5 535/8 537/16
539/24 542/0 542/24
543/17 552/21 564/11
567/15 572/2 572/3
572/8 572/12 575/4
580/22 581/2 582/7
582/15 604/6 604/10
HONORABLE [3]
469/9 471/3 543/14
hope [4]  471/20 486/8
512/25 605/20
hopefully [1]  523/2
hoping [2]  478/6
478/16
hotel [2]  474/17 509/6
hotels [1]  509/1
hours [5]  508/19 557/7
557/13 557/15 568/15
house [7]  493/1 505/15
506/13 563/1 583/3
596/20 600/18
household [2]  500/20
508/9
how [70]  475/1 475/6
476/9 481/12 481/21
482/5 484/8 484/9

488/15 490/12 490/23
491/15 494/12 495/18
496/11 496/12 498/10
498/11 500/8 500/10
501/8 503/21 506/25
507/1 507/9 509/17
509/20 513/3 523/17
523/18 528/6 529/10
529/10 532/23 534/10
534/18 537/3 538/17
539/9 540/4 540/5
543/19 546/11 546/13
549/13 552/23 555/16
557/10 557/18 564/1
567/17 568/4 569/23
572/14 574/16 575/6
577/13 577/25 581/6
582/17 582/18 591/19
592/6 597/2 597/7
598/12 600/2
How's [1]  494/13
however [6]  483/21
517/12 518/19 521/11
521/22 522/11
Hughes [2]  469/14
471/11
huh [10]  484/16 493/3
502/12 525/23 590/3
595/13 596/11 599/21
600/5 603/5

**I**

I also [2]  490/15
520/24
I am [5]  488/18 519/20
541/21 568/1 581/13
I apologize [1]  540/18
I assume [1]  536/16
I believe [11]  483/17
484/25 486/8 499/14
523/24 549/5 570/9
571/7 571/9 571/13
571/15
I can [9]  475/12 477/8
484/25 486/8 486/8
492/11 508/19 571/21
598/12
I can't [4]  476/1 476/2
530/11 536/13
I couldn't [1]  535/1
573/14 574/3
I did [2]  536/3 550/11
I didn't [7]  551/21
565/6 573/12 588/8
588/24 590/11 603/22
I didn't know [2]
598/10 599/3
I don't [14]  473/1 498/3
503/23 513/6 515/11
525/4 529/14 550/19
564/4 585/18 588/4
599/12 603/13 604/23
I don't recall [3]
498/23 530/12 557/7
I don't think [1]  547/4
I feel [1]  488/2
I guess [10]  480/1

538/16 584/5 584/19
585/1 590/24 591/2
I have [31]  485/17
490/18 503/3 504/25
512/21 534/5 534/12
537/22 539/14 546/2
551/13 556/21 557/5
559/5 560/16 561/13
561/21 561/23 561/24
563/14 564/8 567/7
571/5 571/16 579/22
579/22 584/18 596/17
600/10 604/2 604/4
I haven't [1]  529/13
I hope [3]  471/20 486/8
512/25
I just [7]  476/3 476/20
489/14 493/1 527/17
551/15 571/20
I know [7]  490/21
492/8 492/9 492/10
496/1 525/21 596/23
I may have [1]  570/11
I mean [29]  474/24
475/7 476/10 477/20
480/13 487/18 490/4
500/1 502/7 525/1
526/8 528/14 531/8
538/16 538/18 544/9
545/8 555/20 560/16
562/24 564/24 566/4
566/24 566/24 584/25
591/21 592/15 597/13
603/13
I recall [5]  499/19
555/2 556/3 560/5
565/22
I should [2]  534/11
559/11
I think [64]  474/16
478/3 480/7 481/11
481/14 482/2 482/7
482/22 483/23 485/13
485/16 485/18 486/25
487/4 495/9 495/12
495/21 496/1 501/18
502/19 509/5 525/1
525/4 530/1 530/6
531/2 531/8 532/1
532/5 533/8 533/9
533/18 533/24 534/22
535/1 535/11 536/3
537/25 538/19 539/17
539/20 539/23 542/20
543/6 548/1 555/19
555/25 563/19 564/5
564/16 564/24 566/4
565/9 582/8 585/15
585/16 586/22 594/8
601/9 603/20 605/2
605/3 605/5 605/13
I thought [3]  478/6
510/16 539/19
I understand [5]
471/21 491/2 493/17
542/21 604/11
I want [4]  516/3 516/9

I wanted [3]  479/11
488/1 583/19
I was [21]  485/14
492/15 501/17 501/19
503/13 504/17 504/18
505/6 514/9 524/4
531/12 532/12 538/1
546/18 546/19 558/17
566/4 588/9 593/17
594/18 594/19
I went [1]  504/6
I will [7]  481/11 487/20
518/11 519/23 522/11
552/18 553/4
I work [5]  510/15
510/20 536/6 603/20
603/23
I worked [4]  536/5
536/11 558/22 580/4
I wouldn't [2]  505/25
590/17
I'd [9]  479/11 479/14
481/11 553/20 558/9
572/22 584/25 584/25
585/18
I'll [11]  481/13 482/18
483/4 484/19 489/2
494/20 496/20 514/25
515/19 538/3 564/6
I'm [63]  473/17 475/3
476/9 476/15 478/18
478/20 480/5 480/9
482/13 482/19 482/21
482/25 483/8 483/10
484/12 488/16 488/24
489/5 491/21 493/14
498/16 501/17 502/20
507/1 508/16 510/16
512/25 515/10 516/11
522/9 525/5 525/25
529/14 529/15 531/10
531/14 536/17 538/18
539/17 541/1 541/8
541/18 542/21 543/7
546/22 551/1 551/18
553/6 558/10 563/8
563/23 566/12 570/3
571/18 574/7 574/17
574/18 581/21 584/8
592/1 600/7 605/3
605/18
I'm going [2]  480/5
558/10
I'm not [8]  476/9
482/13 482/19 482/21
512/25 584/8 605/3
605/18
I'm not sure [3]  476/15
543/7 563/23
I'm sorry [5]  473/17
515/10 542/21 551/18
563/8
I'm sure [2]  529/14
529/15
I've [21]  481/13 486/7
492/7 493/20 497/6
545/5 550/6 560/3

561/3 561/23 561/24
565/11 569/17 569/18
569/19 569/22 579/13
590/25 597/18 600/12
600/13
ICE [1]  580/4
idea [1]  575/21
identified [6]  474/17
508/3 512/15 513/21
554/1 554/5
ideological [1]  525/2
ideology [4]  493/5
498/5 524/24 589/10
ignore [1]  586/24
images [1]  533/6
imagine [1]  538/19
immediately [3]  520/10
520/18 521/8
immigration [2]  537/23
537/24
impact [18]  485/1
485/4 486/3 486/25
490/23 491/3 491/4
503/22 503/23 533/10
534/20 534/24 535/2
539/22 540/23 550/19
568/5 574/21
impacted [2]  568/8
568/11
impartial [31]  487/16
495/20 499/24 502/5
504/16 504/24 517/11
518/5 522/6 526/16
526/21 528/9 529/2
534/21 542/14 547/2
549/1 550/16 555/18
559/18 564/2 569/15
570/6 570/20 579/2
587/3 596/4 598/2
599/11 604/24 605/8
impartially [4]  498/13
512/12 513/5 556/20
implicate [1]  481/2
implicates [1]  471/24
implication [1]  477/16
important [7]  481/12
481/14 482/10 516/9
518/21 519/9 521/23
importantly [2]  591/13
605/14
impression [1]  564/19
impressions [2]  495/6
573/18
inaccuracy [1]  545/19
inauguration [4]  560/1
565/13 565/13 565/19
included [1]  484/24
includes [1]  519/7
including [3]  522/25
576/1 583/3
inconvenience [2]
544/13 544/14
Incorporated [1]  507/7
Independence [1]
501/11
independent [1]  522/1
Indian [1]  470/7
indicated [23]  489/3

**indicated... [22]**
497/16 501/5 506/3
511/11 513/13 533/18
537/18 540/21 544/2
545/23 556/25 558/12
568/1 570/23 578/19
581/12 582/12 586/13
592/10 594/21 595/10
596/8
**indicted [1]** 563/17
**indictment [1]** 472/6
**individual [9]** 498/3
498/16 498/21 521/15
530/2 556/11 558/18
559/3 592/20
**individually [1]** 523/7
**individuals [12]** 498/17
498/19 500/2 525/18
526/12 528/18 539/6
553/10 574/19 576/1
576/6 576/9
**influence [1]** 536/8
**influenced [1]** 536/3
**inform [2]** 531/3 531/7
**information [10]** 474/3
481/19 515/2 552/3
552/13 571/22 571/22
574/5 586/15 590/10
**informing [1]** 524/3
**infrequent [1]** 562/16
**initial [1]** 517/21
**Initiatives [1]** 558/20
**injected [1]** 475/17
**Inn [3]** 482/1 482/1
492/22
**inquire [1]** 582/7
**inquiries [1]** 552/5
**inside [6]** 500/13 505/4
522/24 560/20 561/3
579/11
**insinuating [1]** 473/4
**insist [2]** 475/22 481/3
**Instagram [2]** 519/3
574/8
**instances [2]** 536/8
561/1
**instead [1]** 483/25
**instruct [1]** 519/21
**instructed [2]** 492/9
495/24
**instruction [5]** 519/8
520/23 543/2 586/18
587/13
**instructions [24]**
488/10 491/12 496/8
506/6 509/14 513/16
514/20 515/1 517/22
520/4 520/19 521/2
521/14 521/17 521/24
522/5 523/4 539/13
561/12 567/14 572/7
581/1 582/2 604/9
**intellectual [1]** 487/3
**intellectually [1]** 487/5
**intend [1]** 480/12
**intended [1]** 485/25
**intention [3]** 477/22

**interact [2]** 550/9
600/2
**interaction [1]** 510/23
**interactions [1]** 507/18
**interest [1]** 527/19
**interested [2]** 532/15
557/18
**interfere [1]** 485/25
**Internet [2]** 518/19
529/16
**interviewed [3]** 598/17
598/21 599/1
**interviews [2]** 473/23
555/1
**intimately [1]** 478/11
**introduces [1]** 483/3
**introducing [1]** 482/2
**invade [1]** 518/4
**investigation [3]**
548/12 600/17 600/18
**investigations [1]**
605/1
**involved [3]** 478/11
498/1 554/6
**involves [2]** 526/12
528/22
**involving [2]** 472/2
528/8
**is [261]**
**is that right [1]** 601/2
**Is there [5]** 512/16
526/13 542/23 550/14
574/21
**isn't [2]** 478/24 587/14
**issue [8]** 476/17 480/6
480/15 481/9 482/7
493/9 532/19 533/3
**issued [1]** 520/24
**issues [2]** 551/3
582/13
**it [250]**
**it happened [2]** 591/21
593/18
**It was [1]** 493/7
**it would be [15]**
476/10 480/13 480/15
480/17 495/21 496/1
538/6 538/12 560/10
568/17 569/5 571/9
586/24 592/2 593/24
**it's [48]** 472/7 472/12
472/16 474/5 475/9
476/15 477/4 477/5
477/7 477/7 477/8
477/13 477/13 478/20
481/14 481/17 483/6
486/4 487/21 489/13
501/11 503/24 504/7
507/7 530/4 536/3
538/21 543/7 543/8
545/3 551/20 556/19
558/20 571/15 575/19
576/4 579/7 583/10
585/18 586/1 587/15
588/10 589/23 592/1
592/5 605/2 605/4
605/19

**ITC [1]** 507/6
**its [11]** 502/15 511/17
524/24 524/25 538/7
549/21 556/1 560/2
565/22 586/5 586/9
**itself [4]** 520/13 532/12
556/13 570/12

**J**

**Jackson [1]** 470/11
**jail [1]** 482/10
**Jan. [1]** 590/8
**Jan. 6 [1]** 590/8
**January [86]** 495/3
497/18 500/9 501/13
502/17 505/12 508/12
508/23 509/5 519/13
519/20 524/16 525/8
525/15 526/3 529/9
529/21 532/8 532/20
533/16 538/15 541/13
541/14 542/13 546/13
546/18 548/12 553/22
555/12 555/15 555/24
556/12 557/1 557/3
557/14 558/4 568/3
568/13 569/18 569/18
570/25 571/14 573/10
576/20 577/13 577/24
578/3 578/7 579/17
583/3 583/7 583/19
583/25 584/5 584/12
585/14 586/16 586/19
587/12 587/18 588/23
590/1 590/6 590/21
591/1 591/18 592/12
593/6 594/5 594/23
598/23 598/25 599/2
599/9 600/17 600/20
601/2 601/5 601/14
601/24 602/4 603/3
603/19 604/15 604/22
605/11
**January 6th [70]** 495/3
500/9 501/13 502/17
508/12 508/23 509/5
524/16 525/8 525/15
526/3 529/9 529/21
532/8 532/20 533/16
538/15 542/13 546/13
546/18 553/22 555/12
555/15 555/24 557/1
557/3 557/14 569/18
569/18 570/25 571/14
573/10 576/20 577/13
578/3 578/7 579/17
583/3 583/7 583/19
584/5 584/12 585/14
586/16 586/19 587/12
587/18 588/23 590/1
590/6 590/21 591/1
591/18 592/12 593/6
594/5 594/23 598/23
598/25 599/2 599/9
600/17 601/2 601/5
601/24 602/4 603/19
604/15 604/22 605/11

**January the... [5]** 508/9
540/6 540/10
**JC [1]** 483/13
**Jeffrey [2]** 469/14
471/10
**jeffrey.nestler [1]**
469/18
**jeopardizes [1]** 520/12
**Jericho [1]** 477/8
**Jericho March [1]**
477/8
**Jessica [7]** 499/4
511/22 528/1 546/4
553/25 573/5 589/20
**Jessica Watkins [7]**
499/4 511/22 528/1
546/4 553/25 573/5
589/20
**job [6]** 489/11 503/14
568/2 584/1 592/5
601/19
**jobs [1]** 504/17
**jog [1]** 579/15
**Joseph [4]** 470/6 471/8
516/1 553/13
**Joseph Hackett [3]**
471/8 516/1 553/13
**journalists [3]** 519/15
519/19 592/4
**Jr [1]** 470/2
**judge [14]** 469/10
472/5 498/13 499/24
507/20 508/6 515/24
518/7 535/12 535/15
560/12 561/23 564/6
577/9
**Judge Amit Mehta [1]**
515/24
**Judge Kelly's [1]**
472/5
**Judge Mehta [1]** 508/6
**judge's [1]** 535/20
**judges [1]** 541/21
**judging [2]** 550/17
558/7
**judgment [1]** 550/20
**July [1]** 577/17
**jump [1]** 596/7
**juries [2]** 486/7 516/5
**juror [105]** 483/13
483/15 483/15 483/19
483/19 483/20 484/6
484/15 484/18 485/1
485/6 486/5 486/22
488/13 488/17 489/1
489/4 491/13 491/17
491/25 494/3 494/9
494/10 494/16 495/15
496/9 496/14 496/19
500/22 503/22 508/10
509/19 509/22 510/3
513/5 513/13 513/14
515/6 515/6 515/25
516/21 517/10 517/14
517/19 519/3 520/2
520/12 520/19 523/13
523/13 523/15 523/19
524/11 528/6 531/19
534/20 538/12 539/25

**January the... [91]** 540/5
542/14 543/3 543/4
543/6 543/17 543/21
543/24 544/7 545/17
552/21 553/1 553/3
556/17 567/15 567/21
567/24 568/5 568/9
568/14 572/9 572/12
572/17 572/21 575/4
575/8 575/12 578/10
579/2 581/2 581/4
581/10 582/15 582/20
582/23 587/8 587/10
587/12 587/19 592/23
593/24 595/8 601/8
604/11 604/23
**Juror 0113 [1]** 572/9
**jurors [15]** 473/8 476/5
476/6 494/7 515/2
515/20 515/21 516/5
516/15 517/8 517/9
518/6 522/25 523/10
523/14
**jury [36]** 469/9 471/24
478/24 486/12 502/17
505/24 506/3 507/21
516/4 517/6 518/5
518/9 518/14 518/22
519/9 519/18 519/23
520/8 520/12 520/15
520/19 521/1 521/5
521/6 521/10 521/12
521/14 522/7 523/21
539/6 555/9 561/8
561/10 601/24 602/3
603/18
**just [98]** 474/10 476/3
476/16 476/20 477/7
479/9 479/12 479/17
479/18 483/9 483/14
484/13 485/19 487/21
489/14 490/12 492/22
493/1 493/12 493/19
494/7 494/24 494/25
495/5 496/1 498/24
501/25 507/22 508/11
510/4 510/5 511/2
511/8 511/15 512/17
515/2 515/19 516/24
523/9 523/12 523/23
527/17 528/14 529/7
529/7 531/20 532/14
532/22 534/11 534/12
534/22 535/16 535/25
537/17 539/19 542/8
543/9 544/21 545/5
546/13 550/25 551/15
552/12 554/14 556/18
556/24 560/21 561/17
565/4 565/9 570/1
571/20 577/25 579/10
579/12 580/7 580/13
581/11 582/8 583/15
585/23 587/18 588/18
591/8 591/18 592/18
593/21 594/11 594/14
595/12 595/21 596/15
597/15 597/17 598/14

**J**

just... [3] 599/8 601/19 604/18

justice [9] 516/5 547/22 547/25 548/5 548/9 548/17 561/11 564/1 603/4

**K**

Kailua [1] 470/4
Kathryn [1] 471/10
keep [6] 480/15 518/11 545/17 570/6 570/9 570/19
Keeper [4] 497/12 498/24 528/16 530/7
Keepers [37] 473/5 477/11 478/10 492/5 492/16 494/22 496/25 499/8 511/10 511/16 524/13 526/25 529/23 530/4 530/13 544/25 545/4 553/8 553/21 554/1 554/7 554/24 555/23 556/11 557/3 557/8 569/14 569/23 572/24 575/15 587/25 588/5 588/10 589/7 589/15 590/5 605/12
Kelly [9] 499/3 511/21 517/3 528/1 546/4 553/11 573/4 576/1 589/20
Kelly Meggs [8] 499/3 511/21 528/1 546/4 553/11 573/4 576/1 589/20
Kelly's [1] 472/5
Ken [3] 528/1 546/4 589/20
Ken Harrelson [1] 589/20
Kenneth [1] 499/4
kidding [1] 480/18
kind [20] 473/4 473/4 482/6 487/6 508/13 535/17 537/25 565/3 566/7 569/19 569/20 569/22 570/1 570/12 579/25 583/6 596/15 596/22 601/7 604/17
knee [1] 509/23
knew [10] 492/16 492/18 527/17 528/16 561/24 589/19 591/23 593/7 593/11 593/13
know [130] 472/11 472/17 473/6 473/9 473/14 475/1 476/6 476/12 477/22 479/16 479/16 480/3 480/4 481/11 481/12 482/1 482/9 485/9 485/11 485/12 485/13 485/13 485/14 485/16 485/17 485/18 485/23 486/9 486/17 487/4 487/5 487/6 487/6 488/2

490/21 492/8 492/9 492/10 493/10 496/1 502/10 502/20 503/24 504/12 505/11 505/16 506/22 507/4 507/17 509/4 511/16 512/25 514/1 516/5 516/24 522/22 525/2 525/4 525/6 525/11 525/20 525/21 526/8 526/12 526/14 527/7 527/14 527/15 527/18 528/17 530/1 530/12 531/14 532/10 532/19 533/15 534/12 534/25 537/19 537/20 538/1 538/4 538/16 539/8 539/9 539/19 545/14 545/15 548/11 548/21 552/6 552/14 559/9 564/4 564/16 570/2 570/11 571/16 571/21 574/6 576/17 584/4 584/19 587/20 588/4 588/11 589/9 590/9 590/16 590/24 591/25 592/1 593/4 593/5 594/12 595/14 596/23 598/10 598/12 599/3 599/5 599/8 600/8 601/15 601/18 605/13 605/14
knowing [1] 496/1
knowledge [3] 545/4 545/10 557/2
known [3] 472/7 481/23 554/16

**L**

Labor [1] 559/6
ladies [1] 515/22
Lane [1] 470/7
large [3] 473/6 565/4 565/19
largely [1] 605/6
larger [1] 528/17
largest [1] 583/11
last [17] 477/14 503/14 504/4 504/17 507/3 512/20 522/23 539/22 539/25 548/2 548/3 559/23 561/3 585/23 588/5 588/17 600/14
late [2] 472/2 503/8
Latin [1] 559/1
laundry [3] 489/11 489/25 490/1
law [23] 470/2 492/25 516/8 518/8 520/4 550/17 561/22 562/7 562/9 562/12 580/13 580/9 580/11 580/12 580/17 580/18 591/14 592/24 594/13 595/2 595/3 596/19 596/25
lawsuit [1] 510/17
lawyer [5] 537/23 549/5 549/5 549/6

lawyers [10] 510/24 514/1 518/4 520/18 522/12 537/19 561/17 579/23 596/10 596/18
lay [1] 475/20
lead [1] 472/4
leader [1] 555/2
leadership [1] 494/25
leading [2] 495/2 554/23
learn [4] 504/12 504/14 513/1 537/3
learned [21] 495/7 506/5 513/15 526/15 526/24 527/8 528/7 534/18 545/24 546/1 546/25 555/6 556/15 561/11 570/18 577/7 578/11 585/24 590/21 591/12 592/23
least [7] 523/12 523/25 530/23 553/21 555/8 566/19 581/12
leave [7] 493/1 494/1 509/15 521/16 552/9 552/10 582/2
Lee [1] 470/2
left [2] 548/1 574/3
legal [7] 510/15 510/19 513/20 537/20 579/21 596/10 602/20
legally [1] 602/12
length [1] 490/22
less [1] 568/7
let [20] 474/12 485/22 490/23 497/15 501/5 516/24 526/11 533/13 534/18 546/24 549/12 552/6 552/13 569/11 574/6 580/7 583/24 587/19 590/20 595/21
let's [8] 474/10 489/3 542/11 543/24 552/19 566/6 605/19 605/20
let's see [1] 552/19
letting [1] 507/4 599/7
level [4] 487/3 534/13 542/8 567/3
liberties [1] 570/2
life [2] 507/21 560/25
light [1] 486/2
like [91] 475/19 476/22 477/13 479/11 480/2 481/17 487/14 488/2 481/10 489/10 489/24 489/24 490/9 500/14 500/14 507/16 509/2 509/6 509/23 511/2 511/17 512/22 525/2 525/20 525/21 525/24 529/15 530/12 533/11 536/10 538/19 540/22 551/15 569/2 571/17 571/18 583/15 583/15 584/3 584/19 584/25 585/2 585/8 585/16 585/18 585/19 585/20

588/11 590/8 590/9 590/10 590/11 590/11 590/12 590/15 590/16 590/18 590/25 591/6 591/7 591/8 591/22 592/8 592/16 593/3 594/12 595/4 595/18 596/13 596/16 596/19 597/14 597/19 598/13 598/20 598/21 599/3 599/6 599/19 600/6 600/9 600/9 600/25 601/19 602/10 603/21 604/1 605/2
likelihood [1] 487/12
likely [1] 521/11
limine [1] 476/25
limit [1] 480/12
limited [10] 476/14 479/15 480/13 480/16 481/7 482/4 482/14 531/10 545/3 545/10
limiting [1] 483/2
line [11] 483/15 483/19 483/25 515/5 515/5 515/6 523/11 523/11 524/3 582/8 589/18
lines [3] 507/8 515/9 578/21
link [1] 473/4
linked [1] 553/21
lips [2] 475/8 475/9
list [3] 521/25 535/20 537/10
listen [3] 521/25 535/20 537/10
listened [2] 557/24 577/12
listening [2] 502/14 569/21
literally [1] 481/20
litigation [1] 537/25
little [10] 486/18 489/7 532/6 534/24 535/25 540/25 543/8 556/16 583/5 599/18
live [9] 485/17 492/21 501/6 501/9 508/18 519/18 532/10 546/17 579/14
lived [4] 579/17 591/22 594/13 594/14
living [8] 485/13 501/20 505/9 581/23 592/5 594/16 594/17 594/18
lobbyist [2] 504/18 505/5
location [1] 522/19
logistics [1] 483/9
long [3] 507/9 532/23 540/22
longer [2] 548/16 548/18
look [9] 487/15 510/5 511/8 538/21 539/18 541/21 571/21 592/22

looked [1] 554/3
looking [3] 492/8 527/21 541/5
looks [2] 509/23 551/15
losing [1] 567/4
lot [22] 481/24 490/21 493/21 500/19 502/7 502/8 502/21 508/6 508/7 508/8 508/22 529/15 530/3 565/23 567/7 568/7 569/21 585/19 591/23 595/17 599/19 600/15
Louis [2] 469/15 471/11
lunch [1] 605/21

**M**

ma'am [18] 484/8 488/8 488/15 491/10 491/15 509/17 509/20 514/18 540/4 542/25 543/19 551/13 552/1 572/14 573/25 575/1 575/6 580/24
made [8] 476/23 508/25 564/6 569/22 584/4 587/2 587/7 604/20
magazine [1] 518/16
magic [1] 605/20
main [3] 548/4 548/9 584/3
mainly [1] 482/15
maintaining [1] 585/18
make [15] 476/24 479/5 482/8 482/13 482/17 489/11 493/18 531/4 542/14 544/10 544/19 545/18 552/5 552/7 568/16
makers [1] 516/7
makes [4] 485/14 528/20 539/23 571/16
making [4] 516/4 526/6 531/12 568/7
Mall [1] 565/20
man [3] 480/8 481/25 481/25
manage [1] 541/15
managing [2] 541/8 541/9
manner [1] 479/16
many [8] 490/12 539/20 554/16 564/25 566/25 567/2 579/22 600/23 605/5
Manzo [2] 469/15 471/11
march [4] 477/8 512/20 512/22 560/3
marijuana [2] 563/16 563/23
Marine [2] 512/6 512/10
Marion [1] 470/15

618

**marketing [4]** 583/10 587/15 590/10 600/22
**Martin [2]** 470/10 471/14
**Maryland [1]** 506/14
**mask [12]** 488/20 491/20 494/15 510/1 522/9 522/15 522/20 540/8 544/1 572/19 575/11 581/8
**masking [4]** 522/9 522/11 522/21 523/2
**material [2]** 476/8 476/10
**math [1]** 536/13
**matt [1]** 470/22
**matter [2]** 516/19 606/4
**matters [2]** 486/16 518/2
**Matthew [3]** 470/19 471/16 472/14
**may [29]** 487/17 489/12 498/17 498/17 500/3 501/23 504/11 504/13 511/3 513/1 513/2 513/2 518/1 518/21 519/17 522/14 533/6 535/5 546/18 548/21 560/7 560/8 566/25 570/11 571/7 574/3 582/13 586/13 592/19
**maybe [10]** 480/4 480/4 504/12 530/4 534/23 553/19 561/3 568/13 574/7 578/4
**me [70]** 472/1 472/9 473/17 474/12 475/13 475/23 476/15 476/18 478/20 478/21 479/23 480/25 481/10 482/10 482/12 484/4 484/10 485/22 486/2 490/13 490/23 491/3 493/11 497/15 500/4 501/5 508/19 513/7 514/24 517/25 519/17 520/11 522/9 524/3 526/11 528/13 533/9 533/13 534/18 534/24 536/16 541/3 543/3 543/10 546/24 549/12 554/2 554/8 554/15 561/15 564/5 565/1 567/3 569/3 569/11 569/12 571/16 571/24 573/21 579/4 580/7 583/24 585/20 586/24 590/16 590/20 595/21 598/14 599/5 605/14
**mean [45]** 474/24 475/7 475/19 476/10 477/20 480/13 486/21 487/18 489/23 490/4 498/1 500/1 502/7 510/19 525/1 526/8

538/16 538/18 540/25 541/21 544/9 544/15 545/8 555/20 557/16 560/16 562/24 564/24 566/4 566/24 566/24 571/12 584/25 585/4 591/21 592/15 592/15 597/13 597/16 597/18 603/13 605/15
**Meaning [1]** 530/21
**means [2]** 519/1 519/13 521/7
**meant [2]** 592/16 598/10
**measure [1]** 473/6
**media [25]** 493/10 508/3 519/7 519/8 519/12 519/16 519/22 520/7 520/25 525/7 546/12 547/7 558/4 558/5 569/21 573/9 573/11 574/10 577/24 577/25 584/19 584/24 586/12 586/14 592/11
**Meggs [8]** 499/3 511/21 528/1 546/4 553/11 573/4 576/1 589/20
**MEHTA [5]** 469/9 471/3 508/6 515/24 543/15
**member [21]** 472/3 476/11 498/15 502/25 504/4 505/9 506/11 512/3 512/19 514/6 519/2 521/17 533/20 547/12 548/24 550/3 558/13 562/18 594/23 597/11 597/19
**members [24]** 489/6 489/19 495/17 505/15 512/14 520/24 526/12 527/4 530/7 537/22 559/22 561/2 562/6 562/11 570/8 579/21 580/2 583/3 594/10 596/2 596/9 596/10 598/6 600/8
**mention [2]** 497/7 589/6
**mentioned [4]** 507/2 510/9 515/5 593/2
**merchandise [1]** 600/10
**message [13]** 472/12 472/16 473/14 473/24 474/20 475/11 475/21 477/3 477/5 477/25 478/3 478/6 590/17
**messages [2]** 590/23 601/19
**messaging [1]** 600/9
**met [6]** 474/16 474/17 538/7 549/21 586/5 586/9
**Metropolitan [2]** 550/10 550/15
**Michigan [1]** 507/8

**might [18]** 472/16 476/6 479/2 485/15 487/4 506/17 508/12 508/13 510/16 520/6 522/3 522/19 522/22 533/9 538/20 539/5 550/16 585/20
**mile [1]** 532/11
**military [8]** 512/6 512/15 525/7 525/11 525/22 526/7 530/6 597/3
**mind [11]** 507/4 526/19 545/17 554/15 563/5 569/2 570/6 570/10 570/19 601/12 604/17
**mine [2]** 560/17 563/22
**minimum [1]** 518/12
**MINUTA [7]** 469/6 470/2 471/7 471/12 478/11 516/1 553/13
**Minuta's [1]** 472/17
**minute [1]** 484/10
**minutes [1]** 475/5
**misdemeanor [2]** 563/21 563/22
**misguided [1]** 495/13
**mishandled [1]** 556/7
**missed [1]** 582/8
**mission [6]** 493/5 498/5 511/17 524/24 575/22 589/10
**mistake [1]** 551/8
**mobile [3]** 518/18 518/22 519/24
**mode [1]** 518/20
**Moerschel [5]** 470/10 471/8 471/15 516/2 553/14
**moment [1]** 573/21
**Monday [2]** 544/4 551/3
**money [1]** 568/7
**month [1]** 522/23
**months [3]** 532/18 594/20 600/15
**moral [1]** 566/7
**more [35]** 478/9 478/14 485/3 486/18 489/7 490/25 492/11 492/13 495/11 497/23 499/18 516/19 519/9 522/23 522/24 522/24 526/24 530/10 534/24 536/1 537/24 540/25 545/24 546/1 546/10 566/13 579/5 584/5 588/18 590/9 590/15 591/2 591/5 597/16 601/19
**morning [31]** 469/7 471/5 471/19 473/12 476/22 483/20 484/8 484/23 488/24 491/24 496/11 496/13 496/17 506/25 514/25 515/3 515/22 517/20 535/9 535/10 540/1 543/20

572/15 572/16 573/25 574/1 574/14 574/15
**most [5]** 476/10 518/5 521/6 541/21 591/7
**mostly [5]** 500/12 553/19 574/10 587/15 600/6
**motel [1]** 499/15
**motion [1]** 476/25
**motivated [2]** 566/1 566/5
**motivation [1]** 566/9
**move [4]** 533/14 581/13 581/15 604/10
**moved [1]** 588/25
**movement [1]** 525/3
**moving [2]** 581/21 581/22
**Mr [3]** 472/25 523/5 580/21
**Mr. [71]** 472/1 472/9 472/13 472/15 472/17 472/19 472/21 473/1 473/2 473/15 473/18 473/25 474/2 474/13 474/16 474/19 475/13 477/5 477/9 477/22 477/23 478/1 478/2 478/7 478/11 478/23 479/8 479/15 479/16 479/19 480/18 481/16 481/16 482/5 482/9 482/11 488/9 491/11 493/24 496/7 506/24 509/13 514/14 514/10 515/18 517/1 539/12 543/1 550/22 552/3 554/1 555/6 555/15 555/16 556/3 556/16 564/10 567/13 572/5 573/24 572/5 576/14 576/17 577/5 577/7 580/25 582/1 604/8
**multiple [1]** 584/4
**Murray [1]** 533/23
**music [1]** 508/18
**my [110]** 472/2 472/3 475/25 477/4 477/5 477/6 477/9 479/11 482/24 483/1 484/14 489/11 490/5 490/12 491/2 492/25 497/12 501/18 503/14 504/6 504/17 506/6 506/13 509/4 512/5 512/17 513/16 514/8 515/1 515/24 516/3 518/3 520/22 521/24 523/4 529/19 530/6 533/22 536/25 537/23 537/24 537/25 540/15 541/2 542/16 544/3 545/4 545/10 547/5 547/21 549/16 550/19 551/2 554/15 554/22 558/24 560/24 561/12 564/19 565/20 566/8 568/6 569/2 569/20 569/22 569/22 570/11 571/19 571/21 574/3 577/17 578/4 581/13 581/20 583/13 583/15 584/1 584/3 585/19 587/14

**Mr. Peed [2]** 478/23 517/1
**Mr. Pezzola [4]** 472/13 473/25 477/5 477/9
**Mr. Pezzola's [1]** 472/15
**Mr. Rhodes [9]** 555/6 555/15 555/16 556/3 556/16 576/14 576/17 577/5 577/5
**Mr. Rhodes' [1]** 577/7
**Mr. Shipley [3]** 474/2 478/1 478/7
**Mr. Vallejo [4]** 480/18 481/16 482/5 554/11
**Mr. Vallejo's [3]** 479/15 479/16 482/11
**Ms. [3]** 600/3 601/7 601/13
**Ms. Stefanik [1]** 600/3
**Ms. Stefanik's [2]** 601/7 601/13
**MSNBC [1]** 592/17
**much [36]** 475/1 488/8 491/10 496/6 496/18 500/8 500/10 514/18 523/8 529/10 543/1 546/11 546/14 546/16 551/24 552/16 557/10 567/9 567/12 572/4 573/12 573/16 573/17 574/18 574/24 575/1 577/14 577/25 580/25 582/1 588/25 591/19 592/6 598/12 602/19 604/7
**multiple [1]** 584/4
**Murray [1]** 533/23
**music [1]** 508/18
**Mr. Douyon [15]** 488/9 491/11 493/24 496/7 509/13 514/19 539/12 543/1 552/3 567/13 572/5 575/2 580/25 582/1 604/8
**Mr. Edwards [8]** 506/24 514/14 515/18 550/22 564/10 573/24 599/15 604/3
**Mr. Greene [9]** 472/19 473/2 473/15 473/18 474/13 474/16 474/19 477/23 478/2
**Mr. Greene's [1]** 473/1
**Mr. Hancock [4]** 479/8 479/19 481/16 482/9
**Mr. Minuta [1]** 478/11
**Mr. Minuta's [1]** 472/17
**Mr. Nestler [4]** 472/1 472/9 472/21 477/22
**Mr. Nestler's [1]**

**M**

**my... [27]** 588/5 588/24 590/8 592/5 593/18 593/19 593/19 594/12 594/14 594/19 595/1 595/2 595/2 595/3 595/14 595/16 595/17 596/17 597/3 598/12 598/16 599/13 601/12 601/19 601/25 603/1 603/25
**My father [1]** 537/23
**Myers [1]** 470/12
**myself [2]** 478/19 563/17

**N**

**name [20]** 472/4 498/21 499/6 499/7 499/8 499/11 510/11 510/14 510/17 511/13 515/24 538/22 553/23 553/23 554/1 554/2 554/5 554/7 554/15 554/16
**named [2]** 471/17 472/14
**names [5]** 516/21 516/22 516/24 527/25 596/13
**Nancy [1]** 600/25
**National [1]** 598/18
**Navy [6]** 594/13 594/17 594/18 595/16 595/17 595/17
**near [2]** 521/9 563/15
**necessarily [5]** 525/19 526/17 526/18 527/7 566/13
**need [15]** 474/21 479/5 481/12 482/8 489/6 489/14 489/17 490/8 491/1 491/2 491/3 522/15 552/20 569/7 597/16
**needed [4]** 482/16 482/17 484/13 571/14
**neighbor [1]** 561/23
**neighbors [4]** 502/11 502/16 502/19 505/14
**nephew [1]** 563/14
**Nestler [6]** 469/14 471/10 472/1 472/9 472/21 477/22
**Nestler's [1]** 475/13
**never [8]** 472/7 475/7 475/9 482/17 511/15 589/6 592/8 592/8
**new [3]** 548/7 548/8 568/20
**New York [2]** 548/7 548/8
**news [45]** 492/8 500/8 500/10 500/14 500/16 500/19 501/19 501/19 507/17 508/7 508/8 509/3 519/12 519/14 519/14 519/25 520/6
532/5 532/7 532/17 545/5 546/11 546/14 546/16 546/20 553/20 555/7 569/20 573/16 574/4 578/3 578/7 583/24 584/6 585/19 586/15 591/17 591/19 591/22 591/25 592/16 592/18
**newsfeed [1]** 500/18
**newspaper [3]** 519/11 538/22 553/19
**next [7]** 472/5 494/3 494/9 514/4 514/24 543/6 562/17
**night [2]** 477/15 588/5
**nine [3]** 532/14 533/1 536/14
**no [154]**
**No. [8]** 484/7 488/14 494/11 523/16 543/18 567/16 572/13 582/16
**No. 0003 [1]** 488/14
**No. 0113 [1]** 567/16
**No. 0353 [1]** 494/11
**No. 0591 [1]** 572/13
**No. 0806 [1]** 523/16
**No. 1946 [1]** 543/18
**No. 2071 [1]** 484/7
**No. 2344 [1]** 582/16
**non [1]** 536/7
**non-governmental [1]** 536/7
**none [3]** 508/24 522/16 563/5
**not [158]**
**note [2]** 484/24 510/10
**notes [2]** 551/2 574/3
**nothing [5]** 511/16 511/18 524/6 561/3 591/5
**noticed [1]** 508/2
**notifications [1]** 519/24
**notify [2]** 520/17 521/3
**notwithstanding [1]** 539/18
**November [3]** 548/2 548/3 588/14
**now [33]** 471/2 471/3 471/25 472/8 472/11 473/1 473/2 476/6 482/12 485/19 498/10 508/25 514/23 515/8 515/20 516/23 518/1 518/21 519/9 526/11 528/7 536/25 548/16 565/9 583/12 584/5 594/14 595/15 600/10 602/7 604/20 605/19 605/21
**now-fiancé [1]** 594/14
**number [6]** 476/18 480/16 483/24 559/12 565/5 605/20
**numerous [1]** 569/18
**nut [1]** 508/16

**O**

**oath [42]** 473/5 477/11 478/10 492/5 492/16 494/22 496/25 497/12 498/24 499/8 511/10 511/16 516/15 524/13 526/25 528/16 529/23 530/4 530/7 530/13 544/25 545/4 553/8 553/21 554/1 554/7 554/24 555/23 556/11 557/3 557/8 569/14 569/23 572/24 575/15 587/25 588/5 588/10 589/7 589/15 590/5 605/12
**Oath Keeper [2]** 528/16 530/7
**Oath Keepers [34]** 477/11 492/5 492/16 494/22 496/25 499/8 511/10 524/13 526/25 529/23 530/4 530/13 544/25 545/4 553/8 553/21 554/1 554/7 554/24 555/23 556/11 557/3 557/8 569/14 569/23 572/24 575/15 587/25 588/5 588/10 589/7 589/15 590/5 605/12
**Obama [1]** 536/11
**objection [7]** 474/2 488/5 491/7 496/3 535/4 542/23 572/1
**objective [3]** 484/25 488/2 493/18
**objectively [1]** 487/16
**obligation [1]** 566/8
**obligations [4]** 540/24 541/23 542/1 542/5
**observe [1]** 501/22
**observed [1]** 578/12
**obviously [7]** 533/2 538/23 559/10 569/5 588/24 591/22 602/11
**occurred [2]** 502/3 573/19
**off [8]** 472/18 476/18 478/19 489/18 490/9 519/24 574/3 600/13
**off-ramps [2]** 476/18 478/19
**offenses [2]** 563/21 563/21
**offer [4]** 473/13 476/24 476/25 477/21
**offered [1]** 478/1
**offering [1]** 477/18
**office [5]** 469/16 503/7 510/20 548/7 558/20
**officer [2]** 520/18 521/4 562/14 580/13 580/18
**officer's [2]** 550/17 580/17
**official [1]** 600/25
**officially [2]** 552/18 598/21
**officials [2]** 599/20 604/14
**often [3]** 546/20 571/18 600/2
**Oh [8]** 547/14 551/21 552/11 563/11 567/10 582/11 588/10 597/1
**okay [178]**
**once [4]** 483/2 532/19 561/8 562/25
**one [64]** 473/21 481/25 481/25 482/20 483/13 484/10 485/22 494/6 497/7 498/2 503/17 508/3 512/8 514/9 515/7 516/19 517/24 521/5 521/7 522/24 525/11 530/3 531/20 532/23 533/11 540/23 548/20 550/25 553/24 557/13 557/15 558/24 559/12 559/25 560/4 560/24 562/8 563/14 564/5 564/24 564/25 565/9 565/11 567/9 570/14 574/2 574/22 577/15 586/23 589/6 593/7 593/11 595/15 596/19 596/20 597/2 599/22 599/24 600/7 601/16 602/8 602/15 602/16 603/24
**online [5]** 518/19 518/25 519/4 583/15 585/21
**only [29]** 475/20 493/12 499/25 500/24 507/23 508/15 518/5 518/8 519/13 520/3 522/11 527/1 529/2 530/20 530/25 531/22 537/10 547/2 547/7 557/25 558/7 560/13 565/11 570/20 577/8 577/9 578/14 589/15 591/13
**open [10]** 474/3 474/5 502/21 545/17 545/18 553/5 567/25 570/6 570/9 570/19
**opining [1]** 585/4
**opinion [7]** 481/19 556/10 560/12 570/11 601/10 601/13 603/6
**opinions [14]** 495/7 542/13 570/24 571/1 571/5 571/20 573/19 584/8 584/10 584/18 584/23 584/23 585/1 585/25
**opportunity [2]** 485/3 552/14
**oppose [1]** 512/9
**opposes [1]** 545/9
**optional [1]** 522/10
**order [2]** 520/24 554/10
**ordinary [1]** 516/7
**Oregon [2]** 593/17 594/19
**organization [40]** 492/5 494/22 495/1 495/8 495/18 495/19 496/25 511/10 511/16 524/14 525/22 526/2 526/13 526/13 526/15 526/25 528/8 528/16 530/8 544/25 545/2 545/4 545/9 545/25 553/9 553/16 553/20 554/23 555/3 556/1 556/6 556/16 569/14 570/8 570/12 570/18 572/24 575/15 575/21 588/1
**organization's [1]** 524/24
**organizations [2]** 519/25 536/7
**original [1]** 497/5
**Osgood [1]** 517/2
**other [42]** 476/16 477/24 481/15 481/17 481/24 502/8 510/24 515/7 518/18 519/16 519/22 520/7 520/21 521/5 525/6 525/14 525/24 527/4 528/7 528/8 528/19 529/1 534/25 537/4 541/3 551/10 554/4 556/9 562/13 563/9 564/5 565/23 574/8 574/22 578/2 580/14 589/5 593/12 595/15 600/24 604/4 604/12
**other's [1]** 502/22
**others [15]** 478/13 511/22 519/15 519/19 529/1 534/24 536/7 549/7 553/11 553/25 554/8 566/5 573/5 576/2 605/3
**otherwise [3]** 477/1 484/1 538/25
**our [21]** 494/3 494/9 497/10 500/19 514/9 516/5 516/6 516/8 518/5 540/1 540/11 544/22 562/8 562/24 565/23 571/15 571/17 583/11 586/23 590/9 603/24
**Ours [1]** 601/19
**out [41]** 483/8 483/17 484/4 491/11 493/24 496/7 500/16 501/20 503/13 507/12 514/19 517/12 523/5 527/8 527/18 527/20 527/22 530/18 539/10 539/12 543/2 557/8 564/17

620

**O**

out... [18] 565/24 566/3
566/12 568/2 572/5
575/2 578/7 580/25
583/12 585/1 590/17
590/23 591/8 593/3
593/12 600/11 600/21
604/8
outbreak [1] 522/22
outcome [2] 566/23
576/22
outfits [2] 525/7 526/8
outing [1] 566/10
outlets [1] 592/18
outlier [2] 565/3 565/7
outside [5] 480/18
494/5 501/23 507/7
595/4
outspoken [1] 564/17
outstanding [1] 567/5
over [11] 473/24
477/14 483/24 506/1
510/5 510/6 520/14
576/11 577/17 593/21
600/13
overblown [2] 604/15
604/21
overlap [1] 531/15
overseas [1] 559/1
own [5] 500/2 513/9
545/18 569/22 570/11
owned [1] 506/13
owns [1] 507/8

**P**

P. [1] 543/15
p.m [2] 605/22 605/22
PA [1] 470/7
PAC [7] 583/4 602/7
602/8 602/11 602/17
602/18 603/18
page [43] 484/20 489/3
492/3 494/19 496/20
500/7 502/24 506/9
511/7 511/8 512/1
513/20 514/5 514/5
524/10 532/3 542/11
544/2 544/23 544/24
546/10 546/10 549/4
551/15 553/5 558/11
561/16 562/17 567/25
569/10 572/22 573/8
575/13 577/23 578/17
579/20 581/11 582/24
587/24 594/7 596/8
597/9 597/9
page 11 [2] 549/4
561/16
pandemic [1] 504/8
panel [1] 515/20
paper [1] 497/10
paralegal [4] 510/16
510/23 513/22 513/23
pardoned [3] 603/14
604/23 605/17
pardoning [5] 603/3
603/8 603/9 603/10
603/11

parents [1] 577/20
594/19
Park [1] 492/22
part [20] 492/9 492/17
497/15 498/9 517/16
519/6 524/19 525/3
529/18 540/15 557/24
565/21 566/8 567/4
576/24 584/1 590/7
601/23 602/3 602/6
participated [5] 497/17
498/18 501/23 548/11
566/25
particular [5] 490/22
553/17 554/20 586/17
605/1
particularly [3] 559/16
573/9 605/10
parties [6] 517/15
517/25 518/6 518/25
519/5 535/16
partner [2] 542/16
542/22
parts [1] 503/21
passing [1] 527/11
past [3] 493/21 530/22
576/12
patience [2] 484/22
496/16
pattern [1] 562/4
Patty [1] 533/23
Pause [1] 484/5
pay [1] 588/25
paying [2] 527/7 589/2
peaceful [2] 477/13
485/25
Peed [5] 470/19 470/19
471/16 478/23 517/1
Pelosi [5] 600/25 601/1
601/5 601/11 601/17
Pelosi's [1] 601/6
people [46] 474/8
487/13 492/23 501/22
504/18 507/19 510/6
520/7 522/24 526/2
528/8 533/15 536/22
537/19 538/8 538/14
538/14 539/2 561/16
561/19 561/24 562/4
564/25 565/5 565/20
565/21 565/23 566/19
566/22 567/8 584/11
584/14 585/2 585/4
585/5 585/25 590/25
591/23 593/3 593/4
593/5 593/13 594/14
595/18 598/7 602/24
people's [1] 541/22
performing [1] 516/8
perhaps [7] 519/9
547/16 553/24 553/25
557/13 557/13 596/9
period [2] 544/17
567/5
person [15] 481/15
481/18 515/7 522/19
543/7 543/11 563/1
580/18 582/12 592/16

person's [1] 476/11
personal [9] 518/2
558/17 566/2 566/16
566/20 583/13 584/8
584/10 597/16
persons [1] 498/3
persuasions [2] 502/9
504/19
Pertaining [1] 586/19
pertinent [1] 592/5
Pezzola [7] 472/4
472/13 472/20 473/25
477/5 477/9 478/12
Pezzola's [1] 472/15
Philadelphia [1] 470/7
phone [5] 472/15
472/17 472/18 481/15
588/24
phones [1] 518/18
photos [3] 525/7 525/9
526/9
Phrang [1] 517/2
physically [1] 593/5
pick [5] 489/12 489/18
490/9 492/3 544/16
picking [1] 544/3
pieces [2] 529/14
529/16
piqued [1] 527/19
place [8] 485/10 490/5
490/12 518/20 522/4
533/6 546/19 571/16
placed [1] 516/15
Plaintiff [1] 469/4
planning [1] 581/13
play [2] 516/6 539/10
plead [2] 473/20
474/23
please [43] 471/4
474/7 484/20 492/2
494/2 494/19 496/20
500/6 501/4 506/9
511/7 512/1 513/19
514/4 516/12 516/14
516/17 516/24 518/15
520/10 520/10 520/17
521/3 524/10 533/21
543/16 544/23 546/9
547/10 553/4 553/5
558/10 569/10 572/22
575/13 578/17 578/18
579/19 581/11 587/23
594/7 596/7 597/9
pled [1] 563/17
plenty [1] 569/17
PO [1] 470/3
podcast [6] 479/9
479/10 479/13 479/17
480/16 483/3
podcasts [1] 519/12
point [11] 475/25
476/16 477/17 482/17
482/20 505/23 518/22
520/8 524/22 532/23
591/2
points [1] 565/1

police [3] 492/24
550/15 563/2
policy [1] 536/8
political [19] 502/8
504/14 504/19 513/2
513/9 513/9 529/18
532/10 535/22 536/1
536/6 536/20 536/24
560/8 560/12 560/17
566/11 588/21 592/4
politicians [1] 592/5
POLITICO [1] 588/21
politics [1] 487/14
porch [1] 497/10
portion [2] 530/12
577/12
portions [1] 577/12
pose [3] 489/5 538/20
568/17
position [4] 480/17
531/14 537/18 548/1
positions [1] 565/6
positive [1] 522/25
possessed [1] 526/3
possibility [2] 480/9
552/7
possible [3] 473/3
518/6 544/16
possibly [2] 520/13
522/23
post [3] 519/14 578/4
590/10
posting [2] 519/2
519/16
postings [1] 519/22
potential [4] 474/8
515/25 519/3 551/1
potentially [2] 530/7
539/10
power [2] 485/12 486/1
practicing [1] 596/19
pre [2] 518/7 538/8
pre-existing [1] 538/8
pre-judge [1] 518/7
precise [1] 588/18
preconception [1]
570/5
predetermination [2]
569/22 569/25
preexisting [1] 526/20
preliminary [2] 479/2
523/4
prepared [5] 473/11
473/12 473/14 478/4
482/18
presence [2] 525/8
525/14
present [13] 471/17
481/10 497/24 515/13
515/14 516/23 523/10
535/17 537/10 560/11
584/12 593/5 594/3
presentation [2] 564/3
564/6
presented [28] 493/13
500/25 520/3 529/3
530/3 530/10 530/20
531/1 531/9 531/16

police [3] 531/24 545/18
547/3 547/8 556/19
557/25 558/8 560/13
570/10 570/20 571/3
577/8 578/14 579/8
585/16 586/1 591/14
presidency [2] 556/6
567/2
president [18] 477/12
493/7 504/22 560/1
560/10 565/13 574/21
583/4 583/13 602/10
602/11 602/25 603/2
603/17 603/24 604/20
604/25 604/25
President Trump [3]
560/1 602/25 603/24
President Trump's [2]
565/13 604/20
President's [1] 602/8
Presidential [1] 486/1
presiding [2] 471/3
543/15
press [2] 590/16
600/22
presumably [2] 502/10
587/7
presume [2] 498/16
505/16
presumptuous [1]
512/25
pretty [7] 477/12
482/10 494/24 495/3
542/19 567/9 568/7
prevent [1] 523/2
prevented [1] 524/6
previous [2] 506/14
537/8
previously [4] 507/19
523/6 530/19 558/24
primarily [2] 536/5
538/1
primary [1] 587/14
print [1] 484/4
prior [14] 486/12
486/19 500/6 524/18
527/1 527/12 531/3
531/11 532/3 536/12
543/4 546/9 573/8
577/23
privacy [1] 518/4
private [3] 503/14
603/21 603/24
privilege [1] 482/23
probably [23] 483/23
486/18 508/11 509/3
524/18 525/10 532/11
532/18 532/19 533/24
534/4 538/24 541/19
557/12 565/18 568/12
568/16 577/17 582/8
591/22 592/6 593/12
600/12
problem [8] 480/3
556/21 558/1 558/9
560/11 561/13 574/13
574/25
problems [3] 475/24

**P**

**problems...** [2] 480/23
594/4
**proceed** [2] 483/25
516/11
**proceeding** [5] 514/7
528/22 529/1 598/7
598/11
**proceedings** [12]
469/9 471/18 522/3
523/1 528/8 528/19
529/9 530/13 531/9
532/20 589/14 606/4
**process** [23] 517/6
517/9 517/13 517/13
517/16 518/10 518/23
519/10 519/19 520/8
520/13 520/14 520/15
520/20 521/7 522/6
531/12 541/8 541/9
541/16 557/19 561/12
602/21
**products** [1] 600/11
**profession** [4] 513/21
537/20 579/21 596/10
**professional** [14]
539/22 540/24 541/22
542/1 542/4 585/25
601/22 602/2 602/16
603/17 604/12 604/17
605/6 605/7
**professionally** [1]
539/6
**proffer** [3] 473/25
474/1 480/1
**profile** [1] 538/18
**profoundly** [1] 495/12
**promise** [1] 518/11
**proof** [4] 549/21 586/5
586/9 601/17
**proper** [2] 544/10
544/19
**proposed** [2] 478/17
517/15
**prosecute** [2] 584/11
584/13
**prosecuted** [2] 562/22
563/13
**prosecution** [3] 548/12
585/13 587/4
**prosecutor** [3] 547/22
547/25 549/13
**Prospective** [2] 515/21
516/15
**protected** [1] 593/20
**protest** [5] 477/14
504/5 512/19 512/22
566/11
**protests** [3] 502/8
559/23 560/3
**Proud** [19] 472/3
472/13 472/2 473/3
473/5 473/7 473/9
473/18 473/19 475/7
475/14 476/7 476/12
476/13 478/5 478/10
478/11 478/14 478/15
**Proud Boys** [4] 476/12

**Proud Boys'** [1]
478/10
**prove** [2] 500/4 538/5
**proven** [1] 502/14
**provide** [17] 477/23
488/10 491/11 496/8
509/14 514/20 514/25
539/13 543/2 552/2
552/13 567/13 572/6
581/1 582/2 587/10
604/8
**provided** [2] 473/23
474/3
**providing** [1] 525/18
**public** [9] 507/15
520/25 522/10 538/17
538/19 561/22 564/15
600/24 604/21
**publicity** [1] 473/7
**publicly** [1] 583/18
586/24
**pull** [1] 537/6
**Punta** [1] 470/16
**purpose** [6] 475/20
481/7 498/5 524/25
565/22 589/10
**purposes** [1] 472/23
**pursuing** [2] 555/9
562/10
**push** [1] 519/24
**pushing** [1] 590/10
**put** [18] 486/23 486/25
487/23 497/12 498/25
500/22 508/13 513/8
539/2 539/21 543/4
547/6 564/24 571/15
578/10 583/19 591/8
600/21
**puttering** [1] 501/17
**putting** [1] 558/6

**Q**

**qualified** [1] 552/19
**qualify** [1] 528/14
**Queen** [1] 470/7
**question** [120] 474/11
475/3 479/2 482/24
483/1 484/24 489/3
489/4 492/3 492/4
494/20 494/21 496/23
496/25 499/2 499/5
502/24 504/3 505/3
505/8 506/10 511/9
511/12 511/20 511/23
512/2 512/14 512/18
513/12 513/20 514/5
514/7 524/12 524/12
524/14 526/19 527/24
528/2 528/3 533/19
538/3 539/9 542/12
544/2 544/24 546/3
546/6 546/20 546/21
547/11 547/11 549/4
550/2 550/5 550/25
551/14 551/14 551/19
551/20 553/7 553/10
553/12 556/17 556/25

560/19 561/15 561/16
562/18 562/20 562/21
563/9 568/1 569/11
569/12 570/24 570/25
571/17 572/22 572/23
573/3 573/6 574/2
575/14 575/16 575/25
576/2 576/3 576/5
578/18 578/23 579/10
579/20 580/2 580/8
581/11 581/13 582/24
583/16 587/24 588/1
588/2 589/18 589/21
589/22 590/8 592/10
592/22 594/21 595/10
596/8 596/24 597/10
597/17 598/5 598/9
603/15 604/16
**Question 1** [2] 489/3
581/11
**Question 14** [1] 568/1
**Question 16** [3] 502/24
558/12 578/18
**Question 18** [2] 512/14
595/10
**Question 19** [1] 551/14
**Question 20** [3] 504/3
512/18 559/21
**Question 21** [3] 505/3
560/19 579/10
**Question 22** [1] 505/8
**Question 46** [1] 556/25
**Question 48** [3] 542/12
569/11 570/24
**Question 49** [1] 569/12
**Question 55** [5] 513/20
549/4 561/16 579/20
596/8
**questioning** [4] 516/25
521/15 521/19 544/22
**questionnaire** [37]
484/18 484/21 489/1
491/25 496/19 496/21
507/11 508/2 508/5
510/3 510/5 516/22
517/15 517/19 519/6
523/21 524/11 526/24
527/8 527/11 527/18
528/4 540/11 543/24
545/24 545/25 549/6
551/14 553/3 555/5
567/24 572/21 572/25
575/12 581/10 582/23
588/3
**questionnaires** [1]
516/21
**questions** [39] 476/1
479/17 480/2 480/13
480/16 481/9 482/4
489/2 500/7 500/7
508/5 511/8 514/14
514/16 517/10 517/13
517/18 517/25 518/1
521/13 523/8 523/22
529/7 529/8 532/3
532/4 535/6 539/22
546/10 546/10 556/24

580/22 587/20 591/17
604/4 604/12
**quickly** [1] 576/12
**quietly** [1] 518/15
**quite** [4] 490/18 492/7
545/3 604/19

**R**

**radio** [1] 519/12
**raise** [5] 471/21 477/1
477/17 516/12 516/14
**raised** [1] 475/24
**raising** [4] 476/17
480/15 515/18 564/25
**Rakoczy** [1] 471/10
**rallies** [1] 559/22
**rally** [12] 504/5 504/7
512/19 559/25 560/1
560/4 565/10 565/17
565/19 565/22 566/2
566/6
**ramps** [2] 476/18
478/19
**ran** [2] 567/1 602/10
**range** [1] 557/22
**rather** [7] 475/16
479/18 479/19 479/21
479/22 500/20 523/2
**re** [3] 517/23 541/2
603/2
**re-announcing** [1]
603/2
**re-compete** [1] 541/2
**re-seated** [1] 517/23
**reached** [2] 593/3
593/12
**reacted** [1] 590/16
**reaction** [3] 525/9
564/21 564/24
**read** [36] 476/7 477/8
492/4 492/6 492/7
492/13 494/21 494/23
496/24 497/3 497/10
497/13 499/2 499/13
500/17 507/17 511/9
511/20 518/16 518/19
520/6 521/25 522/2
524/13 524/15 524/23
527/24 529/12 529/17
544/24 545/1 546/25
547/7 551/2 553/8
553/15 554/3 554/6
557/11 569/13 569/17
571/18 572/23 573/4
575/14 578/5 578/12
587/25 588/8 592/23
**reading** [8] 495/7
519/21 532/17 553/19
569/20 588/9 588/24
590/22
**ready** [2] 483/12 484/1
**real** [1] 566/21
**really** [21] 491/1 491/3
497/21 497/25 498/7
530/23 539/22 541/18
541/18 545/10 563/3
566/15 571/5 571/20

580/12 587/20 591/17
604/4 604/12
**quickly** [1] 576/12
**quietly** [1] 518/15
**quite** [4] 490/18 492/7
545/3 604/19

**reason** [7] 487/5 520/1
522/21 540/13 571/14
572/13 603/13
**reasonable** [3] 477/21
502/15 538/5
**reasons** [2] 522/15
605/17
**rebid** [1] 541/5
**recall** [14] 498/23
499/19 509/9 527/9
529/25 530/12 555/2
556/3 557/7 560/5
563/5 563/20 565/22
590/4
**recalled** [1] 553/23
**receive** [3] 475/6
519/24 520/4
**received** [5] 472/8
472/9 472/20 474/20
521/17
**receiving** [1] 481/18
**recently** [1] 546/15
**Recess** [3] 543/13
605/22
**recognize** [2] 510/6
516/24
**recognized** [2] 510/10
510/10
**recollection** [2] 508/22
529/21
**record** [6] 480/14
480/19 494/7 543/5
572/8 606/3
**Red** [1] 583/9
**refer** [2] 484/19 582/24
**reference** [4] 476/11
477/4 508/25 594/11
**referenced** [3] 472/6
508/6 598/8
**referring** [1] 591/7
**reflect** [1] 570/10
**regarding** [4] 472/2
520/9 551/16 589/15
**regards** [1] 527/12
**regularly** [1] 592/11
**regulations** [1] 580/5
**Regulatory** [1] 503/9
**rehabilitation** [1]
539/18
**related** [8] 478/24
523/3 537/24 548/12
576/19 601/24 603/19
604/22
**relates** [5] 499/25
500/24 529/3 586/2
592/25
**relations** [1] 561/24
**relationship** [2] 601/23
602/2
**relationships** [4]
538/13 596/15 602/16
603/17
**relatives** [2] 560/16
560/18
**relevant** [1] 474/6

R

relevant... [1] 475/10
reliance [1] 585/19
relieved [1] 521/20
remain [3] 483/22
521/9 581/18
remained [1] 579/16
remarks [1] 517/21
remember [9] 492/25
493/1 498/24 504/8
509/7 512/23 527/19
530/2 573/14
remembers [1] 479/8
Remind [1] 473/17
reminded [1] 554/15
reminder [1] 523/12
remove [8] 488/20
491/19 494/14 510/1
540/8 572/19 575/10
581/8
removing [1] 543/25
render [2] 535/19
537/10
repeat [1] 546/20
repeatedly [1] 605/5
repeating [1] 478/18
reported [2] 515/8
550/4
reporters [1] 592/21
reports [3] 492/19
493/10 592/11
representation [1]
472/24
representatives [2]
505/15 604/14
represented [2] 559/11
559/17
Republican [3] 583/2
583/10 598/17
request [1] 472/22
requested [1] 523/24
require [2] 520/14
522/11
required [4] 482/19
490/24 522/17 580/13
research [3] 518/25
519/4 522/1
resecure [1] 541/7
reservations [1]
539/20
reserves [1] 595/15
residency [1] 582/6
resident [2] 502/2
581/18
residing [1] 581/24
resist [5] 548/22
559/14 570/15 578/25
595/24
resisted [1] 503/18
resolution [1] 537/4
resolve [1] 480/22
respect [7] 523/10
540/10 554/11 558/3
570/7 583/6 591/17
respectful [1] 502/22
response [3] 487/7
487/10 508/5
responses [1] 517/19

responsibilities [1]
489/8 489/9
responsible [2] 500/2
544/3
rest [2] 485/15 518/2
restaurant [1] 522/18
restrictions [3] 520/1
520/12 521/20
result [2] 487/1 513/16
522/6
resume [2] 543/9
605/19
retire [1] 507/13
retired [7] 501/17
503/12 505/6 507/3
507/5 507/13 508/8
return [2] 518/8 521/23
returning [3] 484/23
491/24 496/17
returns [1] 563/18
revenue [1] 562/14
reverse [1] 554/10
revolved [1] 600/16
Rhodes [27] 477/12
478/13 499/3 499/7
499/9 499/12 499/22
511/21 528/1 546/4
553/11 553/24 553/25
554/19 555/6 555/15
555/16 556/3 556/16
573/4 576/1 576/11
576/14 576/17 577/5
577/5 589/20
Rhodes' [2] 564/15
577/7
right [93] 471/25
475/22 481/2 482/12
483/12 483/14 484/1
484/12 484/15 484/17
485/19 486/24 488/1
488/8 488/19 491/19
493/24 494/6 494/9
494/16 494/18 495/23
496/6 501/6 507/5
509/12 509/24 510/9
511/5 511/14 511/25
514/18 514/22 515/20
516/12 516/14 517/4
517/5 524/5 524/9
524/19 524/20 526/10
531/23 535/4 535/17
535/24 536/15 537/9
539/11 540/19 541/24
542/10 542/25 543/21
543/22 545/9 546/8
547/8 551/2 551/21
552/1 553/3 564/9
564/10 564/19 565/15
566/23 567/9 567/11
567/12 567/21 567/23
572/1 574/24 575/1
575/8 575/10 580/6
580/24 581/24 582/22
587/23 588/16 590/19
597/8 600/10 601/2
601/21 602/6 602/14
604/7 605/19
rights [1] 481/2

ring [1] 511/3
RIOS [2] 470/11 470/15
rise [2] 471/2 543/14
rises [1] 542/8
risk [2] 477/2 480/9
RMR [2] 606/2 606/8
road [1] 478/8
Robert [1] 470/10
ROBERTO [4] 469/6
471/7 516/1 553/13
rock [1] 508/18
role [8] 498/2 516/6
524/17 524/19 524/20
537/1 587/14 601/6
roll [2] 484/1 508/18
room [5] 474/17
481/22 481/25 501/20
533/25
roommate [2] 593/19
595/2
rude [1] 520/22
rule [4] 476/2 482/25
522/12 535/20
rules [1] 537/8
ruling [4] 479/2 479/24
482/8 482/13
running [1] 602/24

S

safe [1] 600/15
safety [3] 533/19
533/20 594/22
said [31] 474/8 475/16
475/19 476/9 476/22
477/20 478/18 482/19
500/2 501/18 507/12
526/1 532/21 535/22
553/9 553/11 565/10
569/13 572/25 577/11
583/11 583/18 583/21
588/5 588/20 592/8
593/20 599/25 601/18
603/7 605/9
salient [1] 532/19
same [15] 481/22
481/25 528/3 534/22
554/3 558/3 562/20
565/1 565/6 570/25
588/2 589/18 594/19
598/7 604/24
sat [1] 486/7
Saturday [2] 581/16
581/16
Save [3] 583/4 583/12
602/10
saw [6] 487/10 498/20
529/15 574/2 576/10
595/1
say [34] 473/15 475/5
475/12 480/9 482/20
489/17 499/7 500/15
510/18 526/18 531/10
557/15 559/11 564/22
565/10 568/11 571/4
571/11 578/6 579/4
584/18 584/22 584/25
585/1 585/9 585/18

saying [4] 477/5 477/6
477/8 479/13
says [4] 472/19 477/9
484/25 537/9
scared [1] 493/2
schedule [2] 490/19
600/7
scheduled [1] 522/23
scheduling [2] 540/14
540/16
school [2] 544/4
595/14
school-age [1] 544/4
schools [1] 507/15
science [1] 504/7
scope [3] 479/18
480/18 483/7
scores [1] 565/21
scott [3] 470/14 470/17
471/14
screen [2] 472/13
500/18
screen-shotted [1]
472/13
screenshot [2] 472/20
472/23
scrolled [2] 576/12
577/2
scrolling [1] 574/8
seal [1] 474/7
sealed [1] 479/5
seat [1] 509/18
seated [9] 471/4
486/22 516/17 517/23
543/16 587/8 587/9
587/12 595/8
second [4] 494/6 498/8
522/21 524/22
seconds [1] 484/4
sector [1] 503/14
security [3] 520/17
521/4 525/18
seditious [7] 485/23
503/18 548/21 559/13
570/14 578/24 595/23
see [20] 482/7 485/8
487/5 492/23 497/11
501/22 508/12 520/20
522/8 543/9 544/9
544/18 551/15 552/19
584/6 584/21 587/6
587/17 590/13 591/5
seeing [8] 492/19
498/24 508/25 509/7
525/7 527/10 533/6
576/14
seeking [1] 500/16
seem [2] 485/19
487/19
seemed [3] 500/20
509/2 525/11
seems [7] 475/17
475/23 476/18 477/20
478/19 482/10 525/2
seen [38] 492/4 492/6

590/9 590/17 593/10
601/16 605/15
saying [4] 477/5 477/6
477/8 479/13
says [4] 472/19 477/9
484/25 537/9
scared [1] 493/2
schedule [2] 490/19
600/7
scheduled [1] 522/23
scheduling [2] 540/14
540/16
school [2] 544/4
595/14
school-age [1] 544/4
schools [1] 507/15
science [1] 504/7
scope [3] 479/18
480/18 483/7
scores [1] 565/21
scott [3] 470/14 470/17
471/14
screen [2] 472/13
500/18
screen-shotted [1]
472/13
screenshot [2] 472/20
472/23
scrolled [2] 576/12
577/2
scrolling [1] 574/8
seal [1] 474/7
sealed [1] 479/5
seat [1] 509/18
seated [9] 471/4
486/22 516/17 517/23
543/16 587/8 587/9
587/12 595/8
second [4] 494/6 498/8
522/21 524/22
seconds [1] 484/4
sector [1] 503/14
security [3] 520/17
521/4 525/18
seditious [7] 485/23
503/18 548/21 559/13
570/14 578/24 595/23
see [20] 482/7 485/8
487/5 492/23 497/11
501/22 508/12 520/20
522/8 543/9 544/9
544/18 551/15 552/19
584/6 584/21 587/6
587/17 590/13 591/5
seeing [8] 492/19
498/24 508/25 509/7
525/7 527/10 533/6
576/14
seeking [1] 500/16
seem [2] 485/19
487/19
seemed [3] 500/20
509/2 525/11
seems [7] 475/17
475/23 476/18 477/20
478/19 482/10 525/2
seen [38] 492/4 492/6

494/23 496/24
497/4 498/9 498/10
499/3 500/23 507/18
508/14 511/9 511/20
524/13 524/15 526/2
526/9 527/10 527/25
530/9 530/19 530/22
531/2 531/20 544/25
545/1 553/8 553/15
555/8 567/7 569/13
572/23 575/15 578/12
585/2 587/25 590/25
select [4] 518/5 521/10
569/19 600/18
selected [11] 505/25
513/5 513/17 518/7
518/24 520/2 530/16
530/25 544/7 545/17
568/25
selection [18] 469/9
471/24 478/24 517/6
518/10 518/14 518/23
519/9 519/19 520/8
520/13 520/15 520/20
521/1 521/5 521/7
521/12 555/9
Senate [1] 596/19
Senator [1] 533/23
Senators [1] 505/15
send [1] 600/11
sense [7] 493/4 498/4
500/8 500/10 501/8
517/7 528/20 546/11
546/13 546/23 557/10
566/1 566/9 576/22
577/25 578/13 591/19
sent [3] 472/13 472/16
590/23
sentiments [1] 486/19
separate [4] 495/22
528/22 528/25 530/18
separated [1] 602/20
separating [1] 533/10
sequestered [1]
533/25
series [1] 517/9
serve [12] 490/2
490/24 490/25 503/22
505/23 513/4 516/7
534/19 538/11 544/7
551/1 593/24
served [9] 506/3
513/12 513/14 534/25
558/25 561/7 595/16
595/16 595/17
service [9] 486/13
516/4 516/10 517/8
519/23 521/15 521/18
521/22 540/22
services [1] 558/18
serving [5] 489/4
533/11 568/4 568/9
568/19
session [2] 469/7
471/3
sessions [2] 473/25
557/14
set [20] 472/5 480/14

S

**set...** [18] 493/12 506/5
507/20 513/15 530/24
533/5 535/15 537/3
539/22 556/18 560/11
561/11 571/1 577/7
585/24 589/13 591/12
592/23
**setting** [2] 557/23
571/8
**seven** [1] 513/13
**several** [4] 492/22
555/7 561/1 561/1
**severely** [2] 480/13
540/23
**share** [9] 492/12 503/1
506/12 538/25 553/15
560/21 597/15 597/17
603/6
**shares** [1] 605/14
**she** [28] 483/16 483/20
483/22 501/19 507/14
533/25 547/25 548/1
548/4 548/4 548/6
548/6 548/6 548/9
548/11 548/14 548/15
548/16 582/9 584/4
588/9 588/9 588/18
588/20 588/25 593/20
593/20 593/20
**She's** [2] 548/16
548/18
**Shipley** [8] 470/2 470/3
471/12 474/2 478/1
478/7 510/11 511/2
**shop** [1] 489/11
**short** [1] 478/16
**short-circuit** [1]
478/16
**shortly** [1] 543/9
**shotted** [1] 472/13
**should** [11] 481/20
481/21 494/1 518/18
518/22 519/11 523/21
534/11 559/11 603/14
605/17
**shouldn't** [1] 593/10
**show** [17] 482/16
488/9 491/11 493/24
496/7 509/13 514/19
523/5 539/12 543/1
567/13 572/5 575/2
580/25 582/10 582/11
604/8
**shown** [3] 503/24
515/7 530/16
**shows** [1] 555/21
**sick** [1] 483/21
**side** [7] 510/24 531/21
537/4 567/4 567/4
578/11 591/5
**sides** [3] 506/17
536/23 537/10
**Signal** [1] 472/16
**significant** [2] 529/17
564/15
**silent** [1] 518/20
**Silver** [1] 506/14

**Sinclair** [3] 554/20
591/17 603/15
**simple** [1] 520/1
**simply** [7] 474/20
475/4 475/25 520/22
531/20 531/21 580/18
**since** [12] 482/2
494/25 526/23 527/11
534/2 545/25 555/5
565/5 578/7 578/12
591/25 595/14
**single** [1] 592/8
**singular** [1] 565/1
**sir** [15] 494/12 496/6
496/11 508/2 509/13
523/17 537/17 539/12
552/23 564/14 567/12
567/17 582/17 584/23
604/7
**sister** [9] 547/21
547/24 548/24 549/6
549/13 549/24 594/13
595/2 595/3
**sit** [7] 486/4 557/18
601/8 603/18 604/16
604/18 604/23
**site** [2] 508/3 508/17
**sites** [1] 519/16
**sitting** [1] 604/13
**situated** [1] 481/18
**six** [5] 490/25 507/10
522/24 539/1 544/8
**skipping** [1] 483/24
**slightly** [2] 538/3
590/20
**small** [2] 489/10
508/11
**smaller** [1] 525/10
**Snapchatting** [1]
519/1
**so** [204]
**So I think** [1] 477/16
605/17
**so it's** [2] 477/7 501/11
**social** [10] 508/3 519/8
519/12 519/16 519/22
520/7 566/10 569/20
574/10 592/11
**some** [80] 472/2 473/4
473/4 475/17 477/20
478/13 478/15 478/19
487/17 487/19 488/10
489/2 489/23 495/2
497/6 497/16 500/12
502/11 505/23 507/17
507/17 507/18 507/18
508/4 509/1 509/14
512/21 514/9 516/22
518/10 518/12 519/18
523/22 524/18 525/20
526/19 529/1 531/3
531/15 532/20 533/9
536/8 538/20 540/21
554/6 555/11 556/25
557/5 557/18 558/5
561/24 562/4 562/9
563/16 564/14 565/5
566/10 567/1 567/14

**specific** [19] 485/24
575/25 576/24 577/17
581/1 582/2 584/18
584/23 585/1 585/2
586/13 587/7 587/17
587/19 588/22 589/14
591/24 594/8 600/23
**somebody** [11] 474/17
475/4 490/9 490/10
498/11 500/3 500/4
500/15 550/12 578/6
605/16
**somehow** [4] 553/21
554/3 554/5 554/15
**someone** [11] 474/20
489/12 490/5 490/11
544/7 544/16 554/16
558/5 584/19 592/11
598/17
**something** [26] 471/22
479/25 480/2 484/4
485/7 490/7 497/11
499/14 499/15 503/11
509/1 509/6 523/1
540/12 546/18 548/19
568/11 571/18 574/8
576/6 585/9 586/23
588/5 588/10 588/23
588/24
**somewhere** [1] 550/7
**son** [2] 511/18 559/5
**sons** [1] 562/8
**soon** [5] 509/5 521/19
559/7 593/3 603/2
**sorry** [14] 473/17
484/11 515/10 534/5
534/11 542/21 543/11
546/20 551/18 563/8
573/15 573/21 602/18
603/22
**sort** [16] 477/7 479/1
486/17 524/19 525/4
525/7 525/11 525/18
525/21 533/10 533/25
536/7 552/18 554/10
565/2 589/13
**sought** [1] 578/7
**sounded** [2] 507/16
536/9
**sounds** [3] 511/2 593/3
599/19
**source** [1] 472/12
**sources** [4] 520/6
574/4 574/6 586/16
**Southern** [1] 548/7
**spaces** [1] 522/10
**SPAN** [2] 590/11
592/16
**Spark** [1] 583/9
**speak** [1] 520/19
**Speaker** [4] 601/1
601/5 601/5 601/11
**Speaker Pelosi** [2]
601/5 601/11
**speaking** [4] 479/16
481/16 522/9 522/12
**special** [1] 558/19

508/17 530/10 530/12
554/11 554/17 556/10
557/7 575/25 584/6
584/20 584/21 584/23
591/1 592/16 601/15
**specifically** [4] 505/16
525/16 530/4 600/12
**specifics** [1] 477/11
**specified** [1] 477/11
**spectacle** [1] 481/4
**spectrum** [1] 536/24
**spend** [2] 508/4 518/10
**spoken** [4] 505/18
534/2 534/14 593/14
**spokesman** [1] 554/23
**spokesperson** [1]
555/2
**spouse** [3] 507/12
507/13 578/21
**Spring** [1] 506/14
**staff** [4] 521/17 534/13
561/2 600/8
**staffers** [1] 594/11
**stages** [1] 560/24
**stand** [3] 475/5 516/12
575/21
**standpoint** [2] 525/2
525/5
**stands** [1] 511/17
**star** [2] 577/16 577/18
**start** [15] 489/3 496/23
515/16 517/9 517/12
517/13 519/4 520/14
523/13 541/16 543/6
543/24 568/2 568/8
569/11
**started** [9] 471/22
508/19 516/3 516/19
519/10 523/23 532/20
540/10 602/23
**starting** [2] 524/22
547/24
**state** [3] 533/23 562/9
562/9
**statement** [3] 482/4
587/2 587/7
**statements** [1] 556/5
**STATES** [10] 469/1
469/3 469/10 471/6
503/19 512/10 516/1
548/23 559/15 579/1
**status** [1] 568/6
**staying** [1] 492/22
**Stefanik** [4] 583/14
599/25 600/3 601/18
**Stefanik's** [2] 601/7
601/13
**step** [1] 494/5
**Stephen** [1] 517/2
**Stewart** [19] 477/12
481/13 499/3 499/7
499/9 499/12 499/22
511/21 528/1 546/4
553/11 553/24 553/25
554/19 564/15 573/4
576/1 576/11 589/20
**Stewart Rhodes** [17]

478/13 499/3
499/7 499/9 499/12
499/22 528/1 546/4
553/11 553/24 553/25
554/19 573/4 576/1
576/11 589/20
**Stewart Rhodes'** [1]
564/15
**still** [19] 481/10 487/4
505/1 515/11 521/1
546/5 560/18 560/18
570/19 573/1 573/6
575/17 575/18 575/19
576/3 589/22 589/23
602/15 602/15
**stip** [1] 479/20
**stipulate** [5] 472/22
473/13 474/11 479/24
480/22
**stipulation** [7] 475/19
477/23 478/1 478/17
478/25 479/22 481/6
**stole** [1] 506/19
**Stone** [1] 525/20
**stop** [2] 493/6 493/7
**stopped** [1] 555/8
**store** [1] 522/17
**stories** [8] 492/8
519/14 532/17 536/8
555/1 555/8 555/9
586/16
**straight** [1] 583/16
**strains** [1] 538/13
**Strategy** [1] 583/10
**street** [5] 469/16
470/11 470/20 492/23
527/20
**strength** [1] 571/17
**stricken** [4] 494/8
543/3 543/4 582/5
**strict** [1] 520/18
**strictly** [1] 520/5
**strike** [5] 539/17 565/1
604/10 605/4 605/18
**strong** [13] 542/13
551/17 551/23 556/5
556/7 564/23 566/9
566/15 566/20 570/24
571/5 571/20 605/11
**struck** [3] 554/2 554/8
572/9
**stuck** [1] 554/15
**stuff** [11] 495/2 497/5
500/14 508/15 569/3
583/15 584/5 585/17
585/20 591/8 600/2
**style** [3] 525/7 525/22
526/7
**SUAREZ** [2] 470/11
470/14
**submission** [1] 541/12
**subset** [1] 508/11
**substitute** [1] 490/15
**such** [2] 480/5 542/12
**suddenly** [1] 476/7
**suffered** [1] 472/10
**suggestion** [2] 477/16
480/20

**S**

Suite [2]  470/16 470/20
summoned [2]  494/25
573/14
supported [2]  504/22
574/20
supporters [1]  560/9
supporting [1]  602/24
suppose [1]  490/4
supposed [2]  524/1
524/4
sure [32]  476/9 476/15
477/11 486/10 489/11
492/12 500/21 508/12
525/5 525/25 528/21
528/24 529/13 529/14
529/15 530/17 531/17
535/7 536/2 536/19
536/21 539/3 542/3
542/8 542/9 543/7
552/15 563/23 583/17
593/12 597/1 597/6
surf [1]  518/19
surprise [4]  519/17
530/15 537/19 560/7
surprised [1]  528/19
surrounding [2]  473/7
498/19
suspect [1]  486/13
sworn [2]  516/13 520/2
system [4]  507/15
516/5 535/12 564/1

**T**

table [2]  510/5 510/7
tactical [1]  525/5
take [14]  480/5 482/5
484/4 489/13 505/4
509/23 522/4 540/1
544/8 545/16 546/19
555/20 590/1 605/21
taken [2]  481/20
481/21
taking [1]  554/10
talk [7]  502/21 506/1
518/15 598/13 599/5
599/6 599/18
talked [8]  477/6 529/7
532/5 534/23 589/25
593/19 597/3 600/12
talking [7]  477/14
487/13 567/5 584/8
585/16 590/25 601/16
talks [1]  600/20
Tamburri [1]  517/3
tanglements [1]
604/13
targeted [1]  500/8
Tarrio [1]  478/12
task [1]  495/15
tasks [1]  489/10
tax [2]  563/18 563/18
teach [1]  490/15
teacher [1]  507/14
team [5]  541/4 600/3
600/4 600/16 601/7
tee [1]  482/8
television [1]  519/11

486/2 492/6 493/11
494/22 497/3 499/12
501/15 502/16 503/4
505/22 510/11 521/19
524/15 527/9 529/10
531/14 536/7 536/16
538/14 542/15 545/1
545/6 545/12 547/15
547/24 550/4 554/19
557/2 558/14 558/16
562/23 569/15 569/24
571/11 574/3 576/8
577/13 579/12 584/24
589/1 592/14 594/23
595/12 596/12 598/17
telling [3]  492/25 542/7
588/18
ten [1]  563/15
tend [3]  508/4 509/3
568/20
tension [1]  549/24
tenuous [1]  485/19
term [1]  511/15
terms [8]  485/12 498/8
524/19 534/23 554/18
560/4 586/12 598/15
testified [1]  514/6
testify [2]  480/8 598/6
testifying [2]  480/10
522/13
testimonial [1]  531/24
testimony [5]  475/20
514/12 550/17 580/9
580/17
tests [1]  522/25
Texas [1]  567/1
text [7]  472/12 474/20
475/11 475/21 477/3
477/5 477/25
texted [3]  481/24
593/18 595/1
texting [1]  519/1
texts [1]  600/22
than [32]  476/16
477/24 478/14 479/19
479/21 479/22 485/4
495/11 497/23 499/18
504/14 511/4 513/3
522/23 525/6 525/14
525/24 528/17 530/10
534/24 554/4 556/9
560/9 562/13 566/10
566/13 566/21 574/9
578/2 589/5 591/5
597/16
thank [61]  478/22
484/13 484/22 488/8
488/11 488/12 488/23
491/10 491/23 493/25
494/14 496/6 496/14
496/16 496/17 497/14
507/12 507/25 509/11
509/12 509/14 514/15
514/18 514/21 516/9
516/16 516/17 516/18
517/4 523/8 523/19
535/8 537/14 539/12

542/10 542/25 543/9
551/12 552/16 552/17
552/25 564/12 567/11
567/12 567/19 572/4
572/11 574/12 574/24
575/1 577/3 580/23
580/24 582/1 582/4
582/14 589/4 604/7
thank you [57]  478/22
484/13 484/22 488/8
488/11 488/12 488/23
491/10 491/23 493/25
494/14 496/6 496/14
496/16 496/17 497/14
507/12 507/25 509/11
509/12 509/14 514/15
516/9 516/16 516/17
516/18 517/4 523/8
523/19 535/8 537/14
539/12 539/16 539/24
540/6 542/10 542/25
543/9 551/12 552/16
552/17 552/25 564/12
567/11 567/19 572/4
572/11 574/12 575/1
577/3 580/23 580/24
582/1 582/4 582/14
589/4 604/7
Thank you so much
[1]  574/24
thanks [4]  515/17
515/18 551/24 574/18
Thanksgiving [1]
576/11
that [684]
that's [67]  471/24
475/3 476/12 477/21
478/3 482/2 482/19
482/24 483/8 483/10
483/15 486/23 487/22
487/23 487/25 491/22
493/19 499/1 501/20
505/5 506/21 509/3
514/11 523/25 530/20
531/1 535/18 535/24
540/16 540/19 545/10
545/18 545/21 546/22
547/3 547/9 551/5
551/12 551/24 552/12
556/22 557/25 558/8
560/13 563/3 563/19
566/12 567/10 567/22
570/20 571/3 575/24
575/24 577/8 577/19
577/20 578/14 579/7
579/8 583/9 584/16
591/14 592/6 597/6
597/8 601/19 602/20
theft [1]  550/6
their [23]  487/14
489/11 497/17 498/2
500/2 505/18 519/21
524/17 524/19 524/20
525/5 525/8 525/14
525/22 525/25 533/19
536/7 556/9 575/21
589/9 590/10 592/20

them [33]  473/10
476/24 489/13 492/10
498/2 499/25 505/18
505/22 505/22 506/1
508/19 515/16 520/20
529/4 529/12 529/18
534/14 534/19 538/14
555/20 558/22 560/12
571/3 587/15 588/6
588/11 588/15 588/22
590/2 591/24 596/21
599/24 600/24
then [48]  476/2 479/12
482/9 483/19 486/19
488/24 491/23 494/6
496/17 497/9 497/12
498/24 500/13 501/4
502/16 503/7 503/8
503/9 503/13 507/9
515/1 517/24 523/6
523/13 527/21 532/18
536/9 536/12 537/10
538/25 539/25 542/11
543/5 547/10 548/9
551/6 551/7 553/16
554/18 554/25 562/20
565/5 577/2 578/12
587/20 588/9 591/7
591/25
there [99]  476/18
477/20 478/9 478/13
478/15 478/19 481/6
487/4 487/6 487/11
487/12 487/24 488/5
490/8 490/10 490/11
491/7 491/25 495/16
497/6 498/1 507/9
508/11 510/6 512/16
515/7 516/21 516/22
517/20 524/6 525/8
526/7 526/13 527/1
527/16 527/16 527/19
527/21 527/22 528/7
528/19 530/3 530/5
530/15 530/16 533/9
533/10 534/25 539/19
540/12 540/13 540/21
542/23 544/3 544/6
544/7 544/15 549/7
549/23 550/14 553/4
553/6 553/20 554/4
555/1 555/7 556/7
557/17 560/24 565/4
565/17 565/19 565/21
567/8 567/24 572/1
574/2 574/21 577/11
580/9 583/1 583/11
584/20 585/1 585/3
585/5 585/8 586/13
588/21 589/14 591/8
593/11 593/11 593/12
593/13 594/4 595/6
600/21 601/13
there's [14]  475/19
477/23 478/20 495/16
508/17 519/18 522/15
525/21 531/15 535/17

571/13 574/19
602/19
thereafter [1]  593/4
therefore [1]  516/8
these [54]  471/18
473/8 476/4 485/24
487/16 495/17 495/20
498/13 498/16 499/24
500/25 502/16 503/17
504/11 512/9 513/1
516/24 517/21 520/1
520/12 521/1 523/13
526/16 528/10 528/17
529/3 537/10 547/2
549/14 549/19 553/16
555/14 555/18 556/20
558/7 559/14 570/7
571/2 576/6 576/9
577/4 577/6 577/9
585/13 586/2 587/3
588/10 592/25 594/3
595/22 598/7 601/8
604/18 605/1
they [63]  472/17
472/17 473/8 473/15
474/16 478/4 481/22
481/24 489/16 490/2
490/13 495/2 497/19
497/23 498/17 500/3
503/18 504/12 504/14
504/21 505/16 505/17
506/19 506/23 512/22
515/13 515/14 520/21
520/21 520/22 525/16
525/17 530/7 534/15
550/18 553/21 555/20
555/25 556/12 560/9
560/17 571/23 575/21
578/25 579/24 583/18
584/20 588/20 588/22
590/16 592/6 592/19
593/15 593/20 593/21
595/2 595/24 596/16
596/18 600/11 602/20
603/14 605/16
they'll [1]  472/24
they're [7]  481/23
495/9 495/12 502/20
505/1 525/3 596/18
they've [5]  476/5
481/23 481/24 531/20
591/8
thing [4]  482/6 485/18
559/3 592/9
things [13]  474/8 476/6
476/7 485/15 489/23
490/2 538/15 545/19
554/5 569/14 583/19
591/1 600/21
think [161]
thinking [1]  493/20
this [188]
This is [1]  471/6
Thomas [3]  499/4
528/2 546/5
Thomas Caldwell [2]
499/4 546/5
those [43]  476/1

625

**T**

those... [42] 478/20
480/2 487/17 490/1
490/1 498/19 500/7
506/5 514/25 515/3
515/11 515/11 517/5
522/5 523/4 529/10
529/11 530/5 531/6
534/5 534/7 535/15
535/18 536/16 537/7
538/14 546/10 557/10
557/21 557/21 557/24
559/3 560/3 562/23
563/20 568/15 584/24
590/22 601/6 601/18
605/13 605/17
**thought** [5] 478/6
510/10 510/16 539/19
563/3
**thoughts** [1] 571/1
**thousands** [1] 565/21
**three** [12] 504/7 504/8
528/17 531/10 536/12
557/13 557/13 557/15
568/13 568/15 574/4
594/20
**through** [12] 472/9
473/25 480/24 486/1
495/7 517/6 529/14
531/12 566/25 569/19
569/20 574/8
**throughout** [2] 518/11
532/12
**Thursday** [2] 544/4
551/3
**ties** [1] 559/10
**till** [1] 472/11
**time** [42] 477/13
477/13 477/13 488/9
493/25 496/7 496/17
497/9 503/12 505/5
508/4 509/23 514/19
517/24 518/10 518/12
530/5 531/12 532/23
533/24 537/23 537/23
543/1 544/17 553/24
554/25 554/25 558/24
558/24 563/16 563/24
565/12 568/2 572/4
575/2 583/12 588/14
594/14 594/16 594/19
604/24 605/9
**times** [4] 481/24
503/14 560/24 600/13
**titled** [1] 606/4
**today** [27] 483/23
483/24 511/12 511/23
515/4 515/12 515/13
515/14 515/25 516/9
517/6 517/17 521/5
521/12 521/18 522/16
523/12 546/6 552/7
552/25 573/1 573/6
575/17 576/3 576/5
588/2 589/22
**together** [1] 539/2
**told** [21] 472/9 478/4
483/20 493/19 497/9

549/3 549/4 549/6
556/15 561/7 561/17
583/1 588/17 588/19
594/9 594/11 595/3
595/20
**Tom** [1] 589/21
**Tom Caldwell** [1]
589/21
**tomorrow** [1] 483/22
**too** [3] 507/13 539/19
556/4
**top** [1] 574/4
**topics** [2] 536/20
557/22
**touch** [1] 518/1
**tougher** [1] 598/9
**tourist** [1] 560/23
**tours** [1] 579/13
**towards** [3] 500/13
583/2 591/9
**town** [1] 483/17
**transcript** [2] 469/9
606/3
**transfer** [2] 485/12
485/25
**transition** [3] 558/20
568/4 568/5
**transitioning** [1] 568/2
**transmission** [2]
475/10 507/8
**transpired** [1] 571/23
**trauma** [1] 487/1
**traumatic** [2] 486/11
488/3
**traumatizing** [1]
542/19
**treated** [1] 585/5
**Trevor** [1] 517/2
**trial** [35] 476/13 478/9
478/14 481/4 483/9
490/22 497/12 498/11
498/22 498/24 499/23
506/1 520/4 520/13
520/14 522/11 522/22
522/23 523/1 523/3
527/2 527/16 527/21
531/1 533/3 533/4
533/6 533/11 540/22
568/1 570/21 576/11
577/5 579/8 588/6
**tried** [2] 493/10 523/25
**trouble** [2] 501/1 558/6
**Troy** [2] 469/15 471/11
**true** [3] 504/13 518/23
570/11
**Trump** [6] 505/1
525/19 560/1 583/13
602/25 603/24
**Trump's** [5] 525/20
565/13 583/4 602/11
604/20
**trunk** [1] 509/6
**truth** [1] 545/15
**try** [3] 487/20 518/11
551/2
**trying** [8] 483/8 500/8
546/11 546/22 566/12

**Tuesday** [2] 472/1
551/6
**Tuesdays** [2] 544/5
551/7
**turn** [31] 484/20 492/3
494/19 494/20 496/20
500/6 501/4 501/18
506/9 510/4 511/7
512/1 513/19 514/4
519/23 524/10 542/11
544/23 546/9 547/11
553/5 558/10 569/10
572/22 575/13 578/17
579/19 581/11 587/23
597/7 597/9
**turned** [4] 501/19
565/24 566/3 577/18
**TV** [4] 501/20 501/25
519/14 592/3
**tweet** [1] 592/6
**tweeting** [1] 519/1
519/15 519/18 592/19
**tweets** [1] 519/21
**Twitter** [1] 591/5
**two** [19] 473/25 480/13
485/11 486/7 504/8
504/17 506/4 506/4
515/9 517/14 522/15
523/14 537/10 539/2
539/2 544/3 558/19
563/18 568/13
**type** [3] 559/3 588/22
601/18
**typically** [1] 542/1

**U**

**U.S** [2] 469/16 515/23
**U.S.** [9] 503/21 545/10
548/4 548/7 548/25
559/12 559/16 570/16
595/25
**U.S. Attorney** [1] 548/4
**U.S. Attorney's Office**
[1] 548/7
**U.S. Government** [7]
503/21 545/10 548/25
559/12 559/16 570/16
595/25
**Uh** [10] 484/16 493/3
502/12 525/23 590/3
595/13 596/11 599/21
600/5 603/5
**Uh-huh** [10] 484/16
493/3 502/12 525/23
590/3 595/13 596/11
599/21 600/5 603/5
**ultimately** [2] 476/16
605/3
**unacceptable** [1]
556/8
**unavoidable** [1]
518/13
**uncle** [1] 562/13
**under** [4] 474/1 474/7
516/15 520/18
**undermine** [1] 485/11
**understand** [11]

493/17 504/21 508/10
531/19 541/3 541/22
542/21 604/11
**understanding** [16]
497/17 497/19 498/5
509/1 524/23 525/15
526/20 540/11 554/12
554/19 554/20 554/22
555/23 556/11 583/5
603/1
**understood** [3] 490/20
510/10 524/5
**unfair** [1] 585/2
**unfairly** [1] 585/5
**unhappy** [2] 566/22
567/8
**uniquely** [2] 481/18
604/19
**unit** [1] 558/19
**UNITED** [10] 469/1
469/3 469/10 471/6
503/19 512/10 516/1
548/23 559/15 579/1
**United States** [6]
503/19 512/10 516/1
548/23 559/15 579/1
**United States of** [1]
471/6
**units** [2] 558/25 559/1
**unless** [4] 475/9
475/21 506/19 521/8
**unlike** [1] 522/17
**unrelated** [1] 548/19
**until** [6] 478/19 503/12
506/1 519/22 521/9
521/16
**unusual** [1] 567/5
**up** [34] 471/25 475/18
476/24 481/17 482/8
482/16 489/12 490/7
490/9 492/3 492/24
495/2 503/12 509/17
514/14 515/7 524/6
527/21 537/15 540/12
543/6 544/3 544/16
553/5 562/10 573/24
574/8 583/16 587/20
590/5 601/1 601/14
601/17 604/15
**upcoming** [1] 540/24
**updates** [1] 483/14
**upon** [6] 483/6 493/10
524/23 557/3 564/6
587/11
**us** [86] 475/6 475/14
478/4 483/20 485/4
489/7 492/6 492/12
492/23 493/12 493/19
494/23 497/3 499/12
501/8 501/15 503/1
503/4 505/10 506/12
507/4 510/11 516/24
517/10 524/15 527/9
529/10 532/6 532/22
540/20 540/24 542/7
542/15 542/20 545/1
545/6 545/13 546/13

549/4 549/6 550/4
552/1 552/6 552/25
553/15 554/19 556/15
556/18 557/2 557/10
558/14 558/16 560/21
561/7 561/17 562/23
567/20 568/1 569/15
569/24 571/11 573/10
574/6 576/8 577/13
577/25 579/12 583/1
583/5 584/24 587/20
588/18 591/19 592/14
594/9 594/11 594/23
595/12 595/20 596/12
597/15 597/17 599/7
**USAID** [1] 558/20
**usdoj.gov** [1] 469/18
**use** [3] 518/18 518/21
545/13
**used** [5] 487/1 545/12
560/4 579/14 579/15
**using** [1] 590/15
**usually** [2] 517/8 521/7
**uttered** [1] 487/17

**V**

**vague** [1] 497/7
**Vaguely** [1] 525/17
**valid** [1] 482/22
**validity** [1] 481/5
**Vallejo** [10] 470/19
471/9 471/16 480/18
481/16 482/5 516/2
553/14 554/4 554/11
**Vallejo's** [3] 479/15
479/16 482/11
**various** [2] 502/21
592/4
**vehicle** [1] 499/15
**verbal** [1] 475/13
**verdict** [3] 518/8
535/19 537/11
**versus** [2] 471/7 516/1
**very** [28] 482/4 482/14
488/8 491/10 495/22
495/22 496/6 496/18
502/20 514/18 518/21
523/8 532/14 542/25
552/8 552/16 556/4
557/18 562/16 562/16
564/17 567/12 568/17
572/4 575/1 580/24
582/1 604/7
**victim** [6] 506/11 550/3
550/6 562/19 597/11
597/12
**video** [5] 526/2 530/3
530/25 531/9 531/22
**videos** [17] 500/12
507/18 508/6 508/12
508/16 508/22 509/8
509/9 530/5 530/9
530/16 530/19 530/22
531/2 531/6 531/15
590/25
**view** [4] 556/19 601/8
601/9 604/18

**V**

viewed [2] 557/23
577/12

views [17] 495/19
502/22 502/22 504/14
513/2 513/9 513/9
560/8 560/17 564/17
566/16 566/20 566/21
585/12 591/13 605/11
605/15

violates [1] 520/12
violence [1] 477/18
Virginia [5] 499/16
563/23 581/21 581/22
581/24

vis [2] 500/3 500/3
vis-à-vis [1] 500/3
visit [1] 559/7
visiting [2] 593/18
594/19

visitors [1] 505/7
visuals [1] 530/5
vocal [2] 556/1 560/2
vocalized [2] 566/20
566/21

vociferous [2] 556/4
564/17

voicing [1] 556/9
voir [1] 473/8
voluntarily [1] 522/16
volunteer [1] 505/7
vote [3] 538/12 549/25
594/3

voted [1] 574/20
voting [3] 485/12 586/6
586/10

vs [1] 469/5

**W**

wait [4] 490/5 518/12
543/10 551/18

waiting [4] 518/10
518/12 518/14 593/21

walk [1] 520/21
walks [1] 480/23
want [20] 475/14
476/20 478/4 478/7
479/14 480/12 480/20
481/6 481/8 481/9
481/10 482/3 486/8
516/3 516/9 523/23
571/4 579/4 590/16
596/13

wanted [10] 471/21
471/25 476/3 479/11
488/1 550/25 551/16
583/19 599/6 599/18

was [197]
Washington [6] 469/5
469/17 470/21 519/14
533/23 578/4

wasn't [8] 524/4 526/6
527/6 528/19 597/1
597/6 598/20 599/6

watch [1] 500/17
500/19 508/15 508/17
508/19 509/4 522/2
529/15 546/19 590/11

watched [17] 492/15
508/6 529/11 529/13
529/14 531/11 557/5
557/6 557/11 557/13
557/21 569/18 577/15
578/3 578/4 591/22
592/8

watching [5] 508/22
532/12 532/16 577/18
590/22

Watkins [7] 499/4
511/22 528/1 546/4
553/25 573/5 589/20

way [15] 476/25 482/20
483/4 517/19 534/23
536/3 554/6 562/1
564/5 564/24 565/23
565/24 566/2 567/1
574/22

ways [3] 566/10 602/20
605/6

we [113] 471/22
472/10 472/11 472/22
472/24 473/2 473/7
473/11 473/12 474/7
474/10 475/23 476/6
476/10 476/23 476/24
478/1 478/4 478/6
478/8 478/16 478/17
481/4 483/12 483/13
483/21 483/23 483/23
484/23 485/9 485/16
485/19 486/23 490/21
490/21 491/24 492/15
492/16 492/19 492/23
494/9 496/18 500/19
500/22 505/14 506/14
510/17 515/3 516/3
516/11 516/13 516/19
516/22 516/25 517/9
517/12 517/23 518/1
519/6 521/6 521/8
521/10 521/11 521/12
521/19 521/23 522/14
523/6 523/9 523/23
523/25 529/7 531/19
531/19 531/21 532/3
540/10 541/22 542/12
543/5 543/5 543/9
544/21 552/19 553/7
553/10 553/12 562/17
562/20 562/24 563/4
572/4 573/8 575/14
577/18 577/18 578/10
586/14 586/15 587/18
587/20 587/24 589/1
589/2 589/19 589/25
593/19 595/22 597/16
600/6 600/21 602/10
605/20

we will [8] 478/4 478/8
517/12 517/23 518/1
521/8 521/19 543/5

we'd [1] 604/10
we'll [10] 483/24 494/6
514/25 515/1 515/16
523/22 539/25 540/1

we're [16] 473/11
473/12 474/4 475/6
476/4 476/23 487/25
502/7 502/20 514/23
523/12 567/5 585/16
600/9 600/9 605/20

we've [10] 472/7 472/7
472/8 473/23 476/22
483/21 485/11 532/5
556/24 594/8

wear [2] 522/15 522/19
wearing [2] 522/9
530/6

Wednesday [2] 544/4
551/3

Wednesdays [2] 551/9
551/10

week [2] 472/5 551/7
weeks [8] 490/25
516/20 517/14 522/24
539/2 544/8 568/13
568/15

weight [1] 580/17
WEINBERG [4] 470/11
470/14 470/15 471/14

Welcome [2] 515/23
582/19

well [50] 471/20
474/10 474/12 475/3
475/12 475/13 475/16
476/2 476/3 476/9
477/10 477/20 478/18
481/23 482/12 485/7
490/16 492/19 497/25
498/15 501/5 501/10
503/3 504/17 505/14
508/15 522/14 522/15
524/18 525/22 530/23
531/8 532/13 533/13
533/22 533/24 534/5
534/18 534/22 538/24
539/19 544/21 548/6
565/4 567/7 569/11
574/18 580/7 593/10
594/17

well-done [1] 539/19
went [5] 473/24 473/25
504/6 512/22 566/13
were [125] 473/11
474/19 476/13 478/6
478/16 481/22 481/24
486/5 486/5 486/13
486/14 486/16 486/22
490/7 490/21 490/24
490/25 492/17 492/19
492/22 495/17 495/24
497/23 498/1 499/2
499/20 500/7 501/13
502/13 502/17 503/20
504/21 505/13 505/16
505/17 505/23 505/23
506/14 507/9 513/5
513/17 514/23 515/11
523/6 523/24 523/25
524/1 525/17 526/7
527/17 527/24 528/7
528/19 530/10 530/16

where [16] 473/24
478/14 481/18 482/17
485/10 501/20 507/4
517/23 523/6 530/3
548/16 559/17 561/1
574/4 594/16 602/20

whether [61] 473/12
476/25 479/24 481/6
481/8 481/19 482/22
483/5 486/2 489/4
492/4 496/24 499/2
499/7 502/24 504/3
504/12 504/13 505/3
505/8 511/9 511/20
512/2 512/18 513/12
517/10 524/12 526/19
527/15 527/15 527/16
527/20 527/24 529/11
531/15 542/12 544/24
547/11 548/11 550/2
551/16 552/6 553/7
556/3 558/12 559/21
560/19 562/18 562/21

533/18 534/12 536/17
538/11 538/14 539/7
539/19 544/6 545/17
546/3 546/11 549/20
549/25 550/18 551/1
555/1 555/25 556/7
559/3 560/9 561/17
562/24 563/20 564/25
565/4 565/21 566/1
566/6 566/21 566/22
568/14 568/18 568/25
570/8 574/3 577/17
577/18 583/2 584/11
584/20 585/3 585/5
586/4 586/8 587/6
587/8 587/9 587/9
588/20 588/23 590/23
591/15 592/1 593/5
593/12 593/13 593/20
593/21 594/2 594/16
594/17 595/2 595/7
601/4 601/23 602/3
603/18

weren't [1] 589/2
what [142]
what's [4] 473/17
474/12 477/3 482/19
whatever [10] 518/16
527/10 531/11 533/5
555/21 578/11 578/11
591/12 592/6 592/18
whatnot [1] 592/2
when [33] 489/16
489/17 492/15 505/13
510/18 516/20 516/25
517/8 521/9 526/18
528/3 538/1 541/11
541/11 543/5 545/23
547/24 552/14 554/2
557/15 561/25 568/11
571/1 572/24 582/2
583/12 584/22 588/2
592/1 593/17 595/1
600/20 603/2

which [27] 473/5
474/11 475/4 478/17
481/3 483/23 496/23
498/9 503/4 510/13
520/4 520/13 529/8
532/4 532/7 539/18
544/2 551/14 551/18
573/11 577/20 583/12
585/13 585/19 601/15
602/10 604/20

while [9] 485/8 488/2
518/14 518/21 522/9
534/1 568/8 587/12
604/24

who [79] 473/18 479/8
483/13 483/13 483/19
490/10 498/21 501/22
503/1 505/14 507/19
515/5 517/5 519/15
519/20 520/12 522/12
522/13 522/19 523/10
523/11 523/14 526/2
526/12 533/15 534/12
538/9 538/14 539/7
543/6 543/11 544/8
547/15 549/7 549/7
549/9 554/1 558/5
559/5 560/17 561/16
561/17 561/20 561/22
561/23 562/4 562/6
562/11 562/12 562/13
563/4 563/14 564/25
565/5 565/22 566/5
566/22 570/7 578/6
579/16 584/11 585/4
585/5 585/5 592/11
592/14 593/5 594/4
594/10 595/11 596/2
596/10 596/12 596/18
597/3 598/17 603/3
604/14 604/22

who's [8] 472/4 473/19
475/4 500/15 513/24
526/9 562/13 597/11
who've [2] 595/21
598/6

whole [3] 557/19
557/22 586/20

whom [1] 487/17
why [17] 471/24
478/17 487/5 487/23
487/25 506/12 506/22
517/17 522/14 542/15
543/8 544/21 545/13
550/4 552/12 558/16
597/17

wife [5] 497/12 504/6
506/14 509/4 565/20
wife's [1] 501/18
WiFi [1] 517/12
will [73] 478/4 478/8
478/9 478/13 481/11
483/6 483/24 484/4
487/11 487/12 487/20

627

**W**

**will... [62]** 488/9
491/11 493/24 494/8
495/16 496/7 499/22
500/17 504/12 508/11
509/13 514/19 517/6
517/7 517/12 517/17
517/19 517/22 517/23
517/23 518/1 518/7
518/7 518/9 518/10
518/11 518/23 519/23
520/2 520/4 520/5
521/5 521/8 521/13
521/14 521/19 521/20
522/6 522/11 522/12
523/2 523/5 523/6
530/15 530/16 531/18
539/12 543/1 543/5
552/18 553/4 564/2
567/13 572/5 575/2
580/9 580/25 582/1
582/5 601/7 604/8
604/23
**William [7]** 470/2 470/3
471/12 510/11 511/2
606/2 606/8
**winning [1]** 567/4
**wish [2]** 518/5 518/15
**within [2]** 479/18
525/18
**witness [10]** 472/25
473/1 473/3 474/25
479/1 514/6 514/9
563/4 580/14 598/6
**witnesses [1]** 522/13
**Women's [1]** 512/22
**won't [5]** 483/22
530/15 564/5 589/1
589/2
**Wonderful [1]** 567/18
**wondering [1]** 527/20
**word [5]** 475/7 487/1
545/12 545/13 603/7
**words [3]** 485/2 485/4
541/4
**work [46]** 490/9 491/1
491/2 491/3 510/15
510/18 510/20 513/23
513/24 514/2 514/8
517/20 529/18 532/10
532/23 533/13 536/6
537/21 537/24 538/1
549/8 549/9 561/20
562/9 568/16 569/5
569/6 579/2 579/25
583/6 583/9 585/19
586/1 586/12 591/24
591/25 592/1 596/10
596/16 596/22 599/19
600/16 602/7 603/20
603/23 605/7
**worked [27]** 503/6
503/8 504/25 507/3
507/4 507/19 513/24
532/13 532/22 533/7
536/5 536/10 536/11
536/13 536/22 548/24
558/22 559/16 562/7

593/4 595/21 598/17
600/13 601/7
**working [8]** 492/15
504/18 505/11 513/20
533/15 541/1 565/11
604/24
**works [3]** 537/20
596/19 596/20
**world [1]** 574/5
**worried [1]** 603/25
**would [207]**
**wouldn't [7]** 505/25
538/24 559/19 564/5
590/17 601/16 603/25
**written [1]** 540/23
**wrong [2]** 536/17
565/11
**wrongly [1]** 504/23

**Y**

**Yard [3]** 594/13 594/17
594/18
**yeah [43]** 487/21
489/22 493/20 493/21
500/1 504/10 507/6
507/24 508/20 509/2
509/16 525/21 528/18
559/9 565/6 566/14
566/24 567/10 571/9
571/13 579/6 582/14
583/8 584/1 586/3
587/21 589/8 589/17
589/23 589/23 590/15
593/1 593/19 594/12
595/17 597/1 597/13
597/18 598/16 599/7
599/23 600/19 602/9
**year [2]** 495/2 512/23
**years [24]** 504/4 504/8
507/10 512/20 513/13
532/14 533/1 536/12
536/14 554/16 558/18
558/19 558/23 559/4
559/12 559/23 561/4
561/6 562/13 563/15
563/18 567/2 591/23
600/14
**Yep [3]** 496/22 536/25
581/25
**yes [89]** 478/23 484/2
486/14 486/20 487/3
490/11 491/5 492/1
493/1 494/2 494/17
497/1 497/2 499/5
501/14 504/6 506/7
506/12 507/24 509/25
510/12 511/5 511/13
511/24 513/11 513/18
514/7 523/20 524/14
527/13 528/5 529/5
532/1 533/17 534/8
534/16 535/5 535/21
537/13 540/7 541/6
541/10 542/15 542/15
545/23 547/14 550/5
553/2 553/6 553/9
553/11 553/14 558/15

561/3 561/21 564/20
566/18 569/8 570/22
571/4 572/10 572/18
573/2 573/7 574/11
575/9 575/18 575/19
576/4 576/4 576/6
576/7 577/10 577/22
579/13 579/22 580/4
581/5 581/16 582/25
584/15 586/21 591/16
592/13 594/25 597/17
**yesterday [17]** 472/11
484/22 488/24 491/23
496/17 514/23 514/24
515/9 515/11 523/14
523/24 524/1 524/2
524/4 524/7 540/11
540/12
**yet [6]** 473/11 473/12
476/24 477/11 552/19
581/21
**York [2]** 548/7 548/8
**you [998]**
**you understand [1]**
492/13
**you'd [6]** 499/2 527/24
534/17 573/3 584/6
591/5
**you'll [1]** 504/13
**you're [30]** 476/16
482/12 484/15 491/17
491/20 496/14 500/15
507/2 508/8 508/10
513/21 533/19 535/22
540/6 541/9 544/3
549/4 552/7 553/1
558/5 559/7 567/21
568/20 573/22 575/8
575/11 578/6 581/22
587/12 601/16
**you've [87]** 475/24
481/16 486/3 486/19
489/24 492/13 493/19
495/7 497/16 498/9
498/10 499/11 499/12
500/10 500/23 505/3
505/9 506/5 507/17
510/14 511/9 511/15
511/20 512/15 513/12
513/15 513/21 524/12
524/23 526/1 526/2
526/14 527/10 528/7
529/10 529/11 529/11
530/19 532/4 533/18
534/18 537/17 540/23
544/2 544/24 545/20
546/12 546/14 546/25
547/7 549/3 549/4
553/8 556/15 556/15
556/25 556/25 557/11
557/21 557/23 559/17
560/20 560/21 561/7
561/11 561/17 563/25
570/18 575/14 575/20
577/7 577/11 577/14
577/25 578/11 578/11
578/12 583/1 583/1

591/12 591/19 592/23
594/9 597/12
**younger [1]** 538/1
**your [246]**
**Your Honor [39]** 471/5
471/23 478/22 480/1
480/25 484/2 484/6
488/6 488/7 488/13
491/8 491/9 491/13
494/10 496/4 496/5
496/9 514/15 515/9
523/15 535/5 535/8
537/16 539/24 540/2
542/24 543/17 552/21
564/11 567/15 572/2
572/3 572/8 572/12
575/4 580/22 581/2
582/15 604/6
**yours [2]** 513/3 560/9
**yourself [6]** 522/14
537/7 566/16 574/17
594/22 596/9
**yourselves [2]** 516/4
518/16
**YouTube [4]** 508/3
508/14 508/16 508/22

**Z**

**Zaremba [2]** 606/2
606/8