IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )    CR No. 22-15
                                    )    Washington, D.C.
        vs.                         )    December 9, 2022
                                    )    9:30 a.m.
ROBERTO A. MINUTA, ET AL.,          )
                                    )    Day 4
            Defendants.             )
_____)

TRANSCRIPT OF JURY SELECTION PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Jeffrey S. Nestler
                             Alexandra Hughes
                             Louis Manzo
                             Troy Edwards
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant Minuta:        William Lee Shipley, Jr.
                             LAW OFFICES OF
                             WILLIAM L. SHIPLEY
                             PO Box 745
                             Kailua, HI 96734
                             (808) 228-1341
                             Email: 808Shipleylaw@gmail.com

For Defendant
Joseph Hackett:              Angela Halim
                             3580 Indian Queen Lane
                             Philadelphia, PA 19129
                             215-300-3229
                             Email: angiehalim@gmail.com


For Defendant
David Moerschel:             Connor Robert Martin
                             BROWN, SUAREZ, RIOS & WEINBERG
                             1532 Jackson Street
                             Fort Myers, FL 33901
                             (239) 337-9755
                             Email: connor@bsrlegal.com

                             Scott Weinberg
                             BROWN, SUAREZ,
                             RIOS & WEINBERG
                             265 E Marion Avenue
                             Suite 114
                             Punta Gorda, FL 33950
                             (941) 575-8000
                             Email: scott@bsrlegal.com

For Defendant
Edward Vallejo:              Matthew J. Peed
                             CLINTON & PEED
                             1775 Eye Street, NW
                             Suite 1150
                             Washington, D.C. 20006
                             (202) 919-9491
                             Email: matt@clintonpeed.com
```

```
 1                    P R O C E E D I N G S
 2          COURTROOM DEPUTY:  All rise.  The Court is now in
 3   session; the Honorable Amit P. Mehta now presiding.
 4          THE COURT:  Good morning.  Please be seated,
 5   everyone.
 6          COURTROOM DEPUTY:  Good morning, Your Honor.
 7   This is Criminal Case No. 22-15, United States of America
 8   versus Defendant No. 6, Roberto A. Minuta; Defendant 7,
 9   Joseph Hackett; Defendant 8, David Moerschel; and Defendant
10   11, Edward Vallejo.
11          Kathryn Rakoczy, Jeffrey Nestler, Alexandra
12   Hughes, Troy Edwards, and Louis Manzo on behalf of the
13   government.
14          William Shipley for Defendant Minuta.
15          Angela Halim for Defendant Hackett.
16          Scott Weinberg and Connor Martin for Defendant
17   Moerschel.
18          And Matthew Peed for Defendant Vallejo.
19          All named defendants are present in the courtroom
20   for these proceedings.
21          THE COURT:  All right.  Good morning, welcome
22   back, everyone.
23          So we have one last thing to do before we have our
24   final jury selected.
25          All right.  Just a couple of updates in terms of
```

1    juror availability.

2            The juror in line 13, on line 13, who is Juror

3    1259, is not present today.  That juror tested positive for

4    COVID this morning.

5            And then juror on line 49, who is juror 0812, that

6    juror is out as well because he had to have eye surgery this

7    morning.  So we'll strike both of those jurors for cause.

8            And we have -- so we also have a juror who's in

9    seat -- say, line 6, here today but that's the juror that

10   we've excused because of the travel conflict.

11           So we have 40 jurors present, which is more than

12   we need to complete the jury selection process.  And that's

13   where we are.

14           Any questions or concerns before we bring them all

15   in?  And so there was a question last night Ms. Halim sent

16   around.  And so we'll order our jurors in the box and in

17   the -- obviously in the panel, but they will just simply be

18   put into the box in the order in which they appear on the

19   sheet and not in the order in which they were qualified.

20           MR. SHIPLEY:  Your Honor, if I can just clarify a

21   question real quick.

22           THE COURT:  Uh-huh.

23           MR. SHIPLEY:  One of the jurors that was not able

24   to come back today is in the first 16.  So I'm going to

25   guess that we move everybody below him up one spot.

```
 1                    THE COURT:  Correct.

 2                    (Pause)

 3                    COURTROOM DEPUTY:  Jury panel.

 4                    (Prospective jurors entered the courtroom.)

 5                    THE COURT:  All right.  Please be seated,

 6     everyone.

 7                    Ladies and gentlemen, welcome back.  It is nice to

 8     have all of you with us.  We appreciate you returning.

 9                    So here's where we are.  We are at the final stage

10     of our jury selection process.  This process will involve

11     essentially a winnowing down of those of you who are here to

12     those who will finally be selected as our jurors.

13                    That process should not take terribly long,

14     probably about 20 minutes or so at most.

15                    So we will just ask you to sit patiently while the

16     lawyers and I and court staff do the work that we need to do

17     to reach our final jury that will be selected.

18                    Just the same reminders and instructions that I've

19     given you before.  Again, feel free to talk amongst

20     yourselves, you can get online, read, but, again, just

21     please, no communications about the case, no independent

22     research about the case, and obviously avoid any media about

23     the case, and that's all.

24                    So if you give us just about 20 minutes or so,

25     we'll be back with you.
```

```
1              (Pause)
2              THE COURT:  All right.  Counsel, about ready to
3    hand your sheets up, please.
4              (Pause)
5              THE COURT:  Okay, everyone.  So we have are now
6    going to do some moving around of jurors.  So Mr. --
7              Oh, sorry.  We're going to do some moving around
8    of jurors.  Mr. Douyon will take care of that so please pay
9    attention, if you hear your juror number, you may need to do
10   some moving.
11             COURTROOM DEPUTY:  So Seat 2 will be replaced by
12   Juror No. 0322.
13             Seat No. 5 will now be Juror No. 2325.
14             And Seat No. 9 will now be Juror No. 0628.
15             Seat No. 15 will now be Juror No. 1419.
16             And Seat 16 will now be Juror No. 0001.
17             (Pause)
18             THE COURT:  All right, Counsel.  Just a couple
19   more minutes, okay?
20             (Pause)
21             COURTROOM DEPUTY:  And this is the last change
22   that we'll make.
23             The juror in Seat 8 will now be Juror No. 2510.
24             THE COURT:  Okay.  Ladies and gentlemen, that
25   brings us to the conclusion of our jury selection process.
```

1    Those of you who are here in the box or in the two seats in

2    front of the box, you will be our jurors for this trial.

3    Those of you who are in our gallery, you will be dismissed

4    from jury service in this case.  We want to thank you for

5    your time and for being here.  Thank you very much, and you

6    are free to leave.

7              (Prospective jurors exited the courtroom.)

8              THE COURT:  Okay.  So I suspect when you all

9    arrived a few days ago or yesterday, none of you were

10   itching to be jurors in a long trial, but here you are.

11             We are very grateful.  We understand what an

12   incredible sacrifice and imposition this will be for you

13   personally and professionally, but, rest assured, we will do

14   everything we can to take as good of care of you as we can

15   and we will move as efficiently as we can through this

16   trial.

17             There will be some particular instructions that

18   we will be giving you shortly.  So we are going to dismiss

19   you for the day, and we will begin trial on Monday.

20   Mr. Douyon will show you out of the courtroom and I'll be

21   back in a minute to give you some additional instructions,

22   okay?  Thank you, everyone.

23             COURTROOM DEPUTY:  All rise.

24             (Jury exited the courtroom.)

25             THE COURT:  Okay, everyone.  Let's take a brief

```
 1   recess.  We'll be back at 10:35.  I just need to go back to
 2   talk to them about logistics and then we'll take up whatever
 3   legal issues we need to resolve, all right?  Thanks,
 4   everyone.
 5              (Recess from 10:21 a.m. to 10:41 a.m.)
 6              THE COURT:  Have a seat, everyone.  Thank you.
 7              Okay.  So I know we have the exhibits issue.
 8   Is there anything else we need to discuss?
 9              MR. PEED:  Just quickly for the record,
10   Your Honor, I would renew the change of venue motion based
11   on the nature of the jury we ended up with.  I don't know if
12   it's necessary, but I'm just doing it.
13              THE COURT:  I'm sorry.
14              MR. PEED:  Just for the record I would renew the
15   change of venue motion made by the parties.
16              THE COURT:  Okay.  That motion is denied.
17              I haven't run the numbers yet, but I can at least
18   put the following on the record and provide some more detail
19   once we've had a chance to look at the juror sheet a little
20   bit more closely.
21              But we did go through 90 jurors in order to
22   qualify 42, I believe.  Based upon my back-of-the-napkin
23   math, that's slightly less than 50 percent, it's about
24   50/50, in other words, for those who were excused and not
25   excused.
```

1          I did a quick look through, and I think only about

2    a third of the 45 who were actually excused were excused for

3    bias reasons or -- and that would even -- viewing that term

4    generously to include people, for example, I think there was

5    someone whose husband was on -- or significant other was

6    actually on the Hill that day.  So even if we include that

7    person in the bias category, so we're talking about 15 or so

8    out of 90 that we actually brought in for voir dire, a good

9    number of them were unavailable due to hardship issues,

10   given the length of the trial.

11         There were some with health issues, but we'll run

12   these numbers and we'll eventually put them on the record,

13   but this was certainly not a process that revealed a set of

14   jurors -- or a jury pool, I should say, that was so

15   hopelessly infected by news and information about the events

16   of January the 6th, and, in particular, Oath Keepers and

17   these defendants, that we could not pick a fair and

18   impartial jury.

19         And, frankly, I think it's notable that most of

20   them, I think all of them, really, followed the instruction

21   to avoid any media coverage since they came in to complete

22   the questionnaire, and only a handful of them had said that

23   they'd even seen the headlines about the last trial, and,

24   frankly, I was surprised at how few -- I was pleased because

25   I was a little worried about that, but, nevertheless.

```
1              So we'll pull some additional numbers together but
2    that was my back of the envelope sort of look at the
3    numbers.
4              MR. PEED:  Could I just put one more thing on the
5    record, just for the benefit of the appellate attorney.
6              THE COURT:  Uh-huh.
7              MR. PEED:  It seemed going through the process it
8    was fairly early clear to me that it was going to be
9    impossible to have a jury that did not have members who had
10   seen it, and so that's, I think, I just wanted to --
11             THE COURT:  Seen it, you mean the events of
12   January 6th?
13             MR. PEED:  The events of January 6th.  And so what
14   we're really doing is distinguishing between those who have
15   strong emotional reactions versus those who saw it live or
16   had known facts about it.  You know, we had to accept that
17   there's going to be some members of the jury that had seen
18   it.
19             THE COURT:  I think that's something you would
20   have accepted anyway when you pick a jury.
21             MR. PEED:  Right.
22             Just based on the political makeup of the
23   District, because the government has six strikes by the
24   rule, they're able to just target, and they did target,
25   every registered Republican, struck them.  That's some
```

1    appellate courts have noted that as a factor so I just

2    wanted to put that on the record.

3                THE COURT:  Noted what as factor?

4                MR. PEED:  The political makeup of the District,

5    in some cases that's relevant.  I understand the Court, I'm

6    just trying to make the record.

7                THE COURT:  I thought the D.C. Circuit thought the

8    political makeup of the District is problematic in terms of

9    disqualifying people for jury service or the need to change

10   venue.

11               I will state the obvious, which is, just like in

12   *Skilling*, where there were acquittals of certain counts of

13   Jeff Skilling, that the Supreme Court noted, as

14   demonstrating that the jurors could be fair and impartial,

15   there were acquittals in our last trial, and the jury was

16   quite discerning in terms of considering the evidence and

17   considering the charges.

18               MR. PEED:  I understand.  The record is made.

19   Thank you, Your Honor.

20               MR. SHIPLEY:  Your Honor, if I could just add,

21   and, again, just to make the record for appellate purposes,

22   I guess the one comment I have is, you know, I think we are

23   fighting as defense counsel the issue of undisclosed bias,

24   and I think that was made obvious yesterday, I believe it

25   was Juror 0690.

1          THE COURT:  May I please ask you to avoid using

2     the names of the jurors.

3          MR. SHIPLEY:  I apologize.  0690.

4          THE COURT:  Can you please put the name under

5     seal?

6          Yeah, go ahead.

7          MR. SHIPLEY:  Yeah, I apologize, Your Honor.  I'm

8     used to addressing jurors by their names in court in my past

9     experience.

10         THE COURT:  That's fine.

11         MR. SHIPLEY:  But that gentleman went all through

12    the course of voir dire seemingly without having any real

13    troubling answer, he was a retired gentleman, consumed a lot

14    of news.  And then it was only in response to my last

15    question, when I ask him what he thought the purpose of the

16    Oath Keeper organization was, that he made a quite

17    incendiary comment about, it exists to use force in order to

18    have things the way they want, to keep Donald Trump in

19    power.

20         Had that question not been asked and that answer

21    had been given, he'd have made it through the entire voir

22    dire process without ever disclosing that hidden bias.

23         My concern is, I think the Court did an excellent

24    job, but you just can't get to everything.  And if the

25    jurors won't acknowledge it, it's going to slip through, and

```
 1   I think that is an unavoidable consequence of being in this
 2   District.
 3                THE COURT:  Okay.
 4                And I would just simply say that that example was
 5   the rare exception.  Most of the folks that we struck for
 6   cause based on bias let us know their biases right away, and
 7   others, it was during the course of questioning fairly early
 8   that that became apparent, and I think it was only a handful
 9   of times that was defense counsel's questions that elicited
10   the bias that led to the strike for the first time.
11                I'm not aware of any Circuit decision that assumes
12   inherent bias on the part of a jury pool, and particularly
13   in this Circuit, that is certainly not the assumption, and
14   the assumption is that jurors can be fair and impartial, and
15   the purpose of voir dire is just to determine that, whether
16   they can be fair and impartial, and I think that's exactly
17   what we accomplished.
18                MR. EDWARDS:  And just for the record, Your Honor,
19   as to the government striking all of the Republicans on the
20   pool, that was, one, news to the government, we didn't know
21   that.  If that is true, we're not sure that is true.
22                Two, I would just note that we overlapped on three
23   strikes in our first round of strikes.
24                THE COURT:  Right.
25                MR. EDWARDS:  With the defense.
```

1            And as to Mr. Shipley's point, I just note, that's

2      why we do this process, that's why the defense got to ask

3      their own questions of every single juror.  And the juror

4      that was used as an example got struck.  And I would note

5      that the concept of implicit bias is an ever-present issue

6      in all human interaction, including every single jury

7      selection process that criminal justice goes through.

8      Thank you.

9            THE COURT:  Yep.

10           And for what it's worth, the only case I've ever

11     seen that involves the issue of implicit bias, I think we

12     dealt with this -- I've dealt with this on more than one

13     occasion in which it was actually somebody from the

14     Prosecutor's Office who comes in as a potential juror, and

15     there's a Seventh Circuit case that says, regardless of what

16     that juror says, there's -- there should be an assumption of

17     implicit bias that that person could not be impartial just

18     by virtue of being an employee of the same prosecuting

19     U.S. Attorney's Office.  Other than that, I've never seen

20     anything beyond that.

21           MR. SHIPLEY:  Your Honor, I call your attention to

22     the Oklahoma City bombing case, which was initially

23     evaluated in the Tulsa Division, or Oklahoma City Division

24     with the idea that it would move to the Tulsa Division.  And

25     when they evaluated the whole state, they found they

1    couldn't do it anywhere in the state of Oklahoma.  No jury

2    selection process was underway.  It was based simply on a

3    survey of basis and got sent to Denver instead.

4           THE COURT:  Yeah, again, a complete outlier of a

5    case in that sense.  I'm not sure why they didn't have a

6    voir dire process, but they didn't.  Our Circuit has said

7    the voir dire process is the way to go, that's the clear

8    upshot of *Haldeman* and that's what we spent three days

9    doing.

10          Okay.  Anything else before we turn to the

11   exhibits issue?

12          Okay.  I've considered the issue and here is how

13   I'm coming out.  The Federal Rule of Evidence 1006, and

14   I'm just quoting from the *Abou-Khatwa* case, which is 40

15   F.4th 666, 684 to 85, "permits the admission of summary

16   chart -- summary charts or calculations to prove the content

17   of voluminous writings, records or photographs that cannot

18   be conveniently examined in court.  The voluminous

19   underlying records must themselves be admissible and must be

20   made reasonably available for inspection and copying.  As

21   long as the summaries of those voluminous records are

22   accurate and nonprejudicial, the summaries can help the jury

23   organize and evaluate evidence which is factually complex

24   and fragmentally revealed in the testimony of a multitude of

25   witnesses or documents throughout the trial."

1          In *Abou-Khatwa* itself, there were two agents who

2    provided both -- testified both about summary exhibits and

3    provided what the Court considered to be summary testimony.

4    Agent One reviewed bank records, invoices of the healthcare

5    company, it was a healthcare fraud case, and of a different

6    company.  And what the agent did was prepare a summary

7    exhibit that compared one set of invoices to another set of

8    invoices, although demanding detention detail required only

9    basic calculations from information on the face of the

10   compiled records.

11         The Court held that cross-referencing invoices to

12   identify the differences between them simply requires lining

13   up and comparing information already provided in the

14   invoices themselves, no inferences are needed.

15         The second agent created summary charts based on

16   history of change logs; the company's invoices, a different

17   company's invoices, and a couple of miscellaneous documents

18   from the healthcare company.  Based on those voluminous

19   records, the agent produced a summary exhibit of the

20   different organizations that are connected to the defendant

21   and of a related company, paystubs of a related company that

22   were provided by the healthcare company.  Comparing the

23   names on the paystubs to the employer of the person on the

24   paystub.

25         Based on this list, the agent created a summary

1    that lists a bunch of people and has a timeline of all the

2    different groups that they've been a part of.  That

3    compilation of evidence under Rule 1006 was proper because

4    it was gleaned solely by looking at the history of change

5    records and sometimes confirming a date or, excuse me, a

6    time or date on a CareFirst invoices.

7         The Court also held that to the extent that the

8    agent actually drew inferences based upon that evidence and

9    determined that certain invoices or certain individuals

10   were, in fact, dummies; in other words, false clients or

11   false individuals, that testimony was out of bounds because

12   it, in fact, required inferences to be drawn from the

13   documents themselves.

14        I do think that while unique, these exhibits, and

15   in particular, I'm referring here to Exhibits 1500, 1501, as

16   they were numbered in the past trial, Exhibit 1540, Exhibit

17   6925, all meet the standard of 1006; that is, they are based

18   upon voluminous underlying records that themselves are

19   admissible.  They've been made available for inspection and

20   that these are exhibits that can, quote, help the jury

21   organize and evaluate evidence which is factually complex

22   and fragmentally revealed in the testimony of a multitude

23   of, in this case, documents throughout the trial.

24        Exhibit 1500, which is the moving montage that

25   we've talked about that shows the movements and

1    communications of individuals who are alleged to be part of

2    the conspiracy on January the 6th, that document --

3                (Pause)

4                THE COURT:  As I was saying, the montage, what we

5    referred to as the montage, Exhibit 1500, which shows the

6    movements of various alleged co-conspirators on January 6th,

7    rests on messages, videos, photos, phone records, maps, and

8    diagrams from various sources to put together a

9    comprehensive exhibit that rests on admissible evidence and

10   allows the jury to understand what is otherwise factually

11   complex and fragmentally revealed information.

12               The exhibits, 1500, does not require the jury to

13   draw or the person who's testifying about it to draw any

14   particular inferences, it is just a sequencing of locations

15   and messages.  The defense is obviously free to

16   cross-examine about other messages that may have been sent

17   at the time or other videos that are relevant to the

18   particular timeline that the government has introduced.

19   There's certainly nothing preventing the defense from doing

20   that, and they certainly did that at the first trial.

21               Similarly, Exhibit 1501, which shows movements of

22   the defendants and others coming to Washington, D.C. from

23   January 2nd through the 5th is based upon financial records,

24   hotel records, cell site location information, messages of

25   defendants and co-conspirators and maps, and provides the

same kind of helpful information for the jury to organize

and so they can understand what is otherwise factually

complex and fragmentally revealed.

Exhibits 1540 and 1629, which show Mr. Rhodes'

purchases of multiple firearms and related equipment for the

immediate -- for the periods immediately prior to

January 6th and immediately after, those are based upon

multiple messages, financial records, receipts, and maps

from the various establishments that Mr. Rhodes made

purchases from.  And, again, as I said, these are exhibits

that can help the jury organize and evaluate the evidence

which is factually complex and otherwise fragmentally

revealed.

The two cases that were cited in the defense memo,

*United States versus Hart*, this is 295 F.3d from the

Fifth Circuit at 451, is a very different case.  The Court

there said, "As noted at the outset, we have made it quite

clear that the proper use of Federal Rule of Evidence 1006

requires that there be supporting evidence that has been

presented previously to the jury to establish any

assumptions reflected in the summary.  The government

utterly failed to meet this standard.  Instead, it devoted

most of its energy to showing the existence of debts that it

maintains were undisclosed without presenting any evidence

to support the simple proposition that the full amount of

1    those debts shown belonged on a properly prepared document

2    that was submitted to the government."

3    This is not that.  The exhibits themselves are not

4    doing any work in terms of conveying to the jury, for

5    example, any evidence that -- about completeness or

6    propriety of documents or anything that would be considered

7    argumentative or require the drawing of inferences other

8    than the sequencing of events on that day.

9    Similarly, *Eichorn*, E-i-c-h-o-r-n, *versus AT&T*

10   *Corp*., 484 F.3d 644 from the Third Circuit also was cited.

11   In that case, the court said "The plaintiff's proffered

12   calculations are better described as a synthesis rather than

13   a summary of the charts and other evidence on which the

14   witness relied.  The calculations went beyond the data they

15   summarized and include several assumptions, inferences, and

16   projections about future events which represented the

17   defendants -- excuse me, the witness' opinion rather than

18   the underlying information.  The proposed evidence is thus

19   subject to the rules governing opinion testimony and was

20   properly held inadmissible."

21   There's nothing about these exhibits that I've

22   just described that is giving rise to opinion testimony or

23   projections or descriptions of behavior other than that

24   which is reflected in the underlying documents themselves.

25   I will also note the following, that even if I'm

1    wrong about these exhibits being admissible under Rule 1006,

2    I think they are admissible under Rule 611(a).  Rule 611(a)

3    permits the "Court to exercise reasonable control over the

4    mode and order of examining witnesses and presenting

5    evidence so as to make those procedures effective for

6    determining the truth, avoid wasting time, and protect

7    witnesses from harassment or undue embarrassment."

8            I will note -- or I will point the parties to the

9    following Circuit decisions.  They're all not from the

10   D.C. Circuit, but *United States versus Bray*, B-r-a-y, 139

11   F.3d 1104 from the Sixth circuit; *United States versus*

12   *Milkiewicz*, M-i-l-k-i-e-w-i-c-z, which is 470 F.3d 390 from

13   the First Circuit; *United States versus Hawkins*, which is

14   796 F.3d 843 from the Eighth Circuit; and *United States*

15   *versus Oyakhrie* -- I don't know how to pronounce it --

16   O-y-a-k-h-r-i-e, 431 Fed. Appx. 126 from the Third Circuit

17   in 2011.

18           What these cases stand for is the basic

19   proposition that something that may fall short of a Rule

20   1 -- 10,006 summary -- excuse me, 1006 summary, can still be

21   admissible as a "pedagogical device" under Rule 611(a).

22           And I think the Sixth Circuit's decision in *Bray*,

23   which I'll just read from, most accurately -- or effectively

24   summarizes the proposition.  They say that "We understand

25   the term 'pedagogical device' to mean an illustrative aid,

1    such as information presented on a chalkboard, flip-chart or

2    drawing and the like that, one, is used to summarize or

3    illustrate evidence such as documents, recordings or trial

4    testimony that has been admitted in evidence.

5         "Two, is itself not admitted into evidence.

6         "And, three, may reflect to some extent through

7    captions or other organizational devices or descriptions the

8    inferences and conclusions drawn from the underlying

9    evidence by the summary's proponent.

10        "This type of exhibit is more akin to argument

11   than evidence since it organizes the jury's examination of

12   testimony and documents already admitted in evidence.

13        "Trial courts have discretionary authority to

14   permit counsel to employ such pedagogical device summaries

15   to clarify and simplify complex testimony or other

16   information and evidence or to assist counsel in the

17   presentation of argument to the Court or jury.

18        "This Court has held that Federal Rule of Evidence

19   611(a) provides an additional basis for the use of such

20   illustrative aids, as an aspect of the Court's authority

21   concerning the mode of interrogating witnesses and

22   presenting evidence."

23        The Court goes on to say, "Such circumstances may

24   be instances in which such pedagogical device is so accurate

25   and reliable as summary illustration or extrapolation of

1    testimonial or other evidence in the case as to reliably

2    assist the fact-finder in understanding the evidence,

3    although not within the specific requirements of Rule 1006."

4            The Court then goes on to sort of summarize three

5    different types of summaries, what they call primary

6    evidence summaries, pedagogical device summaries, and then

7    what they call secondary evidence summaries, in which they

8    describe it as "they are not prepared entirely in compliance

9    with Rule 1006 and yet are a more -- and yet are more than a

10   mere pedagogical device designed to simplify and clarify

11   other evidence in the case.

12           "The secondary evidence summaries are admitted in

13   evidence not in lieu of the evidence they summarize but in

14   addition thereto, because in the judgment of the trial

15   court, such summaries so accurately and reliably summarize

16   complex or difficult evidence that is received in the case

17   as to materially assist the jurors in better understanding

18   the evidence.

19           "In the unusual instance in which this third form

20   of secondary evidence summary is admitted, the jury should

21   be instructed that the summary is not independent evidence

22   of its subject matter and is only as valid and as reliable

23   as the underlying evidence it summarizes."

24           And so that is from the Sixth Circuit in *Bray*.

25   There are similar statements that can be found in the

1    First Circuit's case that relies in part on *Bray*, and that's

2    also true in the *Hawkins* decision which adopts this notion

3    of an exhibit that may just fall a little short of 1006.

4            So even if I'm wrong about the 1006 summary, I do

5    find them to be admissible under 611(a).  I do find these

6    exhibits, having seen them, to be accurate and reliable.

7    Again, they're subject to cross-examination in terms of

8    additional facts that the defense may wish to bring out

9    during the course of the timeline that's illustrated in the

10   exhibits, and that they are the kind of evidence that will

11   assist the fact-finder in understanding the evidence that's

12   otherwise complex and varied and otherwise difficult to

13   manage to present.

14           Whether or not I give the requested limiting

15   instruction, we'll just have to see.  I don't know what the

16   government's thoughts are, you can think about it in terms

17   of whether you think I should do it or not.  All of the

18   evidence, from what I recall, most of the evidence, if not

19   all of it, from those exhibits is already in evidence, and

20   to give the jury an instruction that simply says that this

21   is not independent evidence of the subject matter and is

22   only as valid and reliable as the underlying evidence it

23   summarizes, seems to me not to be terribly problematic, so

24   we can take that up when the matter arises next week, okay?

25           MS. HALIM:  Your Honor, may I just supplement the

 1    record on this?  I understand the Court's ruling and this is
 2    not an attempt to get you to change your mind; however, I do
 3    want some arguments to be available on appeal and
 4    I'm not sure I've adequately completed the record in that
 5    regard.
 6              First and foremost, as I was reflecting on
 7    arguments made in the pleadings and also in person at the
 8    Pretrial Conference, I think I referred sometimes to slides,
 9    and that would be inaccurate.  This is not a PowerPoint
10    presentation.  It's a video.  It is -- actually all of the
11    1500 series of exhibits are MP4 files.  They are literally
12    videos.  You have to press play, press pause, you can
13    fast-forward, rewind.  I think that they may be relevant on
14    appeal so I wanted to get that into the record.
15              The other thing is that when it comes to Rule
16    1006, I believe that the evidence has to be both voluminous
17    and admissible, and of the admissible evidence, I do not
18    believe that the admissible evidence is so voluminous that
19    it cannot be conveniently examined in court when it comes to
20    the video, the text and the Zello.  I think I've already
21    conceded the bank records and call detail records fall into
22    different categories.
23              And then the third and final point is that I think
24    there was an acknowledgement that these exhibits are
25    atypical in terms of the summaries that we normally see.

1    And given all of the unique factors in a case like this,

2    I think this is not the time to be pushing envelopes in

3    terms of fancy, technologically savvy exhibits.

4            Thank you, Your Honor.

5            THE COURT:  Okay.  Thank you.

6            MR. PEED:  Accepting that it's been admitted,

7    I was wondering if I could raise issues with the content in

8    terms of making -- you know, the fairness of the exhibit,

9    some objections to it.

10           One, there are continuous lines in the exhibit.

11   I haven't done the analysis to know that the underlying

12   documents are providing that kind of second-to-second

13   continuity.  I imagine the government is taking points where

14   they have a cell tower or something or they've geolocated

15   video and they're drawing a continuous line.  So I would

16   object to an exhibit showing -- going to the jury showing

17   movement that is not actually reflected in any underlying

18   documents.

19           I've already made the objection about the

20   misleading nature of showing one point for Mr. Vallejo as if

21   he were at the Comfort Inn the entire time.

22           I would generally object to this and other videos

23   that the government will show of -- when there's a video

24   drawing a white line around individuals or darkening the

25   background, I think that if there's a video and the video is

1    evidence, the jury should be able to look at the evidence

2    even if it's in a compilation like this.

3            And, you know, part of the benefit of the jury's

4    system is having 12 or 14 eyes that can see things even

5    counsel doesn't see, and so I think if the evidence is a

6    video of a scene, the jury -- the government shouldn't be

7    darkening out contextual information or literally blacking

8    it out and highlighting things in the exhibits that go to

9    the jury.  Obviously, I think it's different for

10   demonstrative use in a closing argument.

11           In this kind of timeline exhibit, like, I'm

12   looking at 1500, I think the government should present it

13   chronologically.  Exhibit 1500, for example, has individuals

14   going up the steps at 2:35, and they have that after a phone

15   call that ends at 2:38.  So there's a suggestion that the

16   phone call is directly tied to the people going up the steps

17   just from the way they've sliced it.

18           THE COURT:  Well, but if memory serves, the 2:35

19   is only two individuals.  And then the 2:38 call concludes,

20   and then what has been previously referred to as Stack 1,

21   that's when Mr. Meggs leads the group up the Capitol steps.

22   So that's why it's presented the way that that is; which,

23   I think, frankly, just goes to underscore the point of why

24   that kind of exhibit is needed to allow a jury to determine

25   and look at in a literally minute-by-minute sequencing of

1    what people said where they were and what they were doing.

2          MR. PEED:  One objection I have is that the

3    government shows the defendants on this timeline entering

4    the building, they don't have them leaving the building and

5    the times for that.  And part of the prejudice there is the

6    suggestion that Stack 2 is in the building with Stack 1, or

7    Group 1 or Group 2 with Group 1.

8          Because the timelines for the groups stop and the

9    government doesn't change -- not the timelines, the colored

10   lines, the government has those colored lines going into the

11   Capitol, and then they have -- and then they sort of go back

12   in time and show Group 2 coming, they don't change those

13   other lines.

14         So, first of all, it's not an accurate exhibit in

15   terms of there should be some of those Group 1 lines moving

16   while the Group 2 line is also moving.  They don't show it

17   that way.

18         And since they're not showing Group 1 when they

19   leave the Capitol on their timeline, they're showing Group 2

20   coming in, they're not changing that.  And so it's an

21   inaccurate picture of where each individual was even on this

22   exhibit purporting to show --

23         THE COURT:  Can the government modify the exhibit

24   to show when the -- what we'll now call the Line 1 members

25   leave the Capitol complex or leave the Rotunda, I should

1    say?  I know they're still on grounds.

2              MR. EDWARDS:  Your Honor, the government's

3    position would be that defense can cross on that.  I mean --

4              THE COURT:  I know they can, but I'm asking you

5    whether you can modify the exhibit to show what time they

6    leave the Rotunda and the building.

7              MR. EDWARDS:  I'm just thinking through the

8    technological changes that would need to be made.

9              I do think that this really would be on the

10   defense -- so I can answer your question.

11             Technically is that feasible?  I think that that

12   is feasible.  I think the government's position would be

13   that it's not the defense's prerogative to change our

14   exhibits or order the events by which we tell our story and

15   the defense can consider that.

16             THE COURT:  That is undoubtedly true; however,

17   given the nature of the exhibit and the importance of having

18   it reflect accurate movements, which is the purpose of the

19   exhibit, it doesn't seem unreasonable to me to have as part

20   of that exhibit showing when the first line actually left

21   relative to when the second line entered.

22             Now, I know that'll come out testimonially.

23             MR. EDWARDS:  Right.

24             THE COURT:  But given that this is the visual the

25   jury will have with it, if it can be modified to reflect

1     that, then I think that's a fair request.

2              MR. EDWARDS:  Understood, Your Honor.

3              THE COURT:  Mr. Nestler.

4              MR. NESTLER:  I'm sorry, Your Honor.  They all

5     leave at different times so a part of what we were doing is

6     trying to make this efficient for the jury.  The members of

7     Line 1, there are 14 of them, leave over the course of

8     several different minutes.

9              THE COURT:  I know, I know.

10             MR. NESTLER:  So if we stop and point each time

11    somebody else leaves, we are making this more complicated

12    and our goal was to make this less complicated.

13             THE COURT:  Understood.

14             That said, I think the point is to ensure the jury

15    understands that, if my memory is correct, that everyone

16    from Line 1 was actually out of the building by the time the

17    second line entered, correct?

18             MR. EDWARDS:  Correct.

19             THE COURT:  Okay.

20             MR. EDWARDS:  And what we can do --

21             THE COURT:  So what you can simply do is have it

22    modified to show that --

23             MR. EDWARDS:  That fact.

24             THE COURT:  -- the last person exited at this

25    time.  It doesn't have to show each individual, the precise

1    minute they left the building, as long as it shows that the

2    last person left the building prior to the entry of the next

3    group.

4              MR. PEED:  If they have the video of an individual

5    leaving and they have the technological ability -- they're

6    showing individuals like Mr. Caldwell exactly where he is.

7    And so obviously the government would prefer the jury think

8    of Stack 1 or Group 1 or Line 1 as a unit acting cohesively.

9              But, actually, I mean, that's part of the

10   prejudice is that the jury needs to see on the timeline

11   individuals are leaving.  If the government has the ability

12   to show and highlight, as they've done for Mr. Caldwell and

13   Mr. Meggs on some of these, show them leaving, make it an

14   accurate timeline.

15             Here's the timeline.  We are not trying to put the

16   government's closing argument into this timeline.  We're

17   just trying to show you, here's where they were at different

18   teams, here's Mr. Hackett leaving, here's Mr. Minuta

19   leaving, and then just show all.  And highlight it.  It can

20   complete the timeline when everyone is out and that can be

21   as fair as possible.

22             THE COURT:  I thought your point was a different

23   one, and now you're asking for something different, which is

24   now you're asking to have the exhibit reflect when each of

25   the second line members left the building as opposed to the

794

1    first line, and your point was that you wanted to ensure

2    that the exhibit accurately reflected that the first line

3    members all left the building before the folks in the second

4    line arrived, and that they're going to do.

5            MR. PEED:  Yes, Your Honor.  That's a very

6    important part, I think, of making this exhibit --

7            THE COURT:  Right.

8            MR. PEED:  -- accurate and not prejudicial.

9            THE COURT:  So they're going to do that.

10           MR. PEED:  And I think just to the government's

11   point about, you know, the individuals, I also think just

12   showing that they didn't leave as a group is important

13   because the government's argument will be there's

14   cohesiveness of mens rea here which would be contradicted

15   implicitly by showing them leaving separately.

16           THE COURT:  Let's put it this way.  You can easily

17   cross-examine about that.  And it's not going to be an

18   uncontested fact.

19           MR. PEED:  But I can't give that cross-examination

20   in a video to the jury to take back so their memory from day

21   7 of trial is not going to go with them in a video format

22   that they can watch.  That's the problem.

23           THE COURT:  I just think that's, A, inaccurate.

24   The jury will certainly remember what you want them to

25   remember and you will have the opportunity to close on it

1    and emphasize the point that you are making.  But, you know,

2    look, I mean, if you want the government to -- how many

3    people is in that first group?  Is it eight, 13, 14.  13, 14

4    separate time segments precisely to the minute or second

5    when they depart, that's what you're asking for?

6          I mean, I don't think that's -- I don't think the

7    government is required to do that.  They're supposed to show

8    something that's accurate.  It demonstrates what the

9    movements were, as I've said, and showing the last point of

10   exit, I think, gets across what you want them to.  And you

11   can testimonially establish, through the agent, that not

12   everybody left at the exact same time.

13         There's not going to be video evidence showing

14   that everybody left at the exact same time.

15         MR. PEED:  It's just the jury is going to infer

16   that from here so I guess I see --

17         THE COURT:  I keep telling you, they're not going

18   to infer it.

19         They will listen to the evidence, all right?  So

20   it's not an unfair -- it's not an inference that can be

21   drawn.  If you were going to make the point you're making

22   here now, which is to get it out on cross, that these people

23   in Line 1 left at different times.  And within a, I don't

24   know, was it a five- to seven-minute period, I don't recall

25   what that time band is.

796

```
1            And if you want, I can tell the government, look,
2    make it even slightly more accurate, which is to say, this
3    is when the first person left of that line, and then this is
4    when the last person left, and in between those two times is
5    when everybody else left.
6            MR. PEED:  Those are definitely improvements,
7    Your Honor.
8            THE COURT:  So I'll ask the government to make
9    that change.
10           MR. EDWARDS:  Your Honor, I note that the analysis
11   here is not necessarily that the exhibit is misleading or
12   that, it's 403.  And the defense in the last trial was able
13   and did introduce numerous videos to show just these points.
14           THE COURT:  I got it.  I got it.
15           I'm just, you know, to the extent that we've had a
16   longer conversation about this exhibit than we did last
17   time, this defense team is raising additional points that
18   the last one did not.  And so, you know, to the extent these
19   minor adjustments can be made that provide a little bit
20   higher degree of precision, at least as to those two points,
21   I think that's reasonable.
22           MR. EDWARDS:  I would just note factually that
23   many of the Line 1 members, if not all of them, gathered
24   together right outside that door.
25           THE COURT:  I'm just asking you to show when they
```

1    exited the building.  I don't need you to put -- I'm not

2    asking you, now do I think the request is being made, to

3    show where they precisely were on the Capitol Grounds after

4    they left until they all gathered as a group.

5              MR. EDWARDS:  Right.

6              My point was to say that them leaving --

7    I understand Mr. Peed's point here to be they're leaving at

8    different times that are fragmented across about a

9    ten-minute range.  They really all grouping up right outside

10   that door.

11             So what we can work to do is show, I think the

12   main fact here, that Line 1 and Line 2 are not overlapping

13   when they're inside the building.

14             You can speak.

15             MR. PEED:  As the Judge said, I think it's very

16   helpful.

17             MR. EDWARDS:  So I guess my -- the thrust of my

18   point here is that we can work with Court's ruling to tinker

19   with the exhibit to show that Line 1 and Line 2 are not

20   overlapping.

21             But when we start to get into the minute, you

22   know, each individual leaving first or last, that starts to,

23   for me -- they're really all grouping up there anyway

24   so it's a yellow line.

25             So what we're happy to try to work on is show

1    somehow visually that Line 1 is out by the time Line 2

2    enters.  We can do that.

3              THE COURT:  Okay.  I think that's all that's being

4    asked.

5              Like I said, if you can put a data point that

6    shows when the first member of that line left and when the

7    last member of the line left and make clear through

8    testimony that the evidence shows that everybody in that

9    group left between those two points in time and then they

10   gathered somewhere near, I guess it's the -- what is it --

11   southwest corner -- or, sorry, the southeast corner, that's

12   fine, and then we'll see when the next group arrives.

13             MR. PEED:  Thank you, Your Honor.

14             THE COURT:  All right.  Is there anything else we

15   need to discuss?

16             MS. HALIM:  I wanted to re-raise the issue of --

17   I know the Court is going to hold admissibility of the

18   physical firearm seized from Mr. Hackett's residence.  That

19   seizure was made in late May.  I believe it was May 28th,

20   2021, so that would be more than five months after

21   January 6th.

22             And, you know, the argument is that, one, the

23   government can't prove that the weapon that was seized five

24   months later is or was present in D.C. on January 6th or 7th

25   or 5th.  But, number two, to the extent that there is some

1    connection through testimony, it would be a 403 argument,

2    that to introduce a physical thing that was seized so long

3    after the fact, that would be prejudicial.

4            To that end, I raise this to say, is the

5    government going to be permitted to open on that fact?

6            THE COURT:  About the fact that a weapon was

7    seized --

8            MS. HALIM:  Seized in May.

9            THE COURT:  -- from Mr. Hackett's home?  I don't

10   know if you intend to do that.  I don't recall that was

11   something that came up the first time in opening but...

12           MR. EDWARDS:  I mean, I would just note that it's

13   perfectly, at least on the question of whether it's

14   relevant, it's certainly relevant.

15           It's three months later, a couple months later,

16   and I think at the Pretrial Conference we assessed the

17   question of whether or not there was enough evidence from

18   the government's side as to whether Mr. Hackett was in the

19   hotel.

20           We would proffer that a civilian would identify

21   him as being in the hotel during the trial.  And so with

22   that fact when there are messages and now CCTV showing

23   Mr. Hackett and other individuals pushing carts of long

24   rifle cases, I think it's perfectly relevant that the

25   government found a rifle that would fit into that case in

1   his house.

2           MS. HALIM:  Well, to be clear, even if he's

3   present, which is not a concession at this point, even if

4   he's present, there are at least four individuals present,

5   and there are a number of cases.  You don't actually see any

6   firearms in the video.

7           There is no evidence as to who brought what.

8   There are no statements with respect to Mr. Hackett saying

9   that he's bringing a gun, unless I'm wrong.

10          MR. EDWARDS:  There are messages certainly

11  floating in the group chat across this group, his and his

12  co-conspirators discussing bringing firearms.

13          MS. HALIM:  Sure, but the government is making a

14  pretty mighty leap that that means that Mr. Hackett actually

15  brought that weapon seized from his home; that there's a lot

16  of dots not connected to get to that point.

17          And so at this point, all I'm asking is that

18  they're not permitted to open on it until foundation has

19  been laid, there's enough evidence for the Court to make an

20  appropriate ruling.  That's all I'm asking here today.

21          THE COURT:  Okay.  Yeah, I can ask the

22  government -- I'll limit the government from making that

23  precise statement, that there was a weapon recovered from

24  Mr. Hackett's home in opening, we'll just see how the

25  evidence comes in.  It's not a debilitating limitation for

```
 1   opening purposes.
 2             MS. HALIM:  And then lastly, the government sent,
 3   I believe this was on Sunday, this past Sunday, the
 4   government sent a supplemental spreadsheet of statements
 5   that were not admitted at the first trial that they do
 6   intend to admit at this trial, and so I wanted to raise
 7   objections to six statements that were proposed made by
 8   Mr. Hackett at the time -- they're indicated as JW, which
 9   I believe is a John Willow; am I correct about that,
10   Mr. Edwards?
11             MR. EDWARDS:  Say that again, I'm sorry.
12             MS. HALIM:  John Willow, the name is John Willow.
13             MR. EDWARDS:  Yep.
14             MS. HALIM:  Which was a name that Mr. Hackett was
15   using at some point in time pre-conspiracy though, before
16   November.
17             These statements are from September 28th,
18   September 29th, October 17th, and then November 2nd.
19             THE COURT:  Sorry, can you give me the dates
20   again?
21             MS. HALIM:  Yes.  So the first statement is
22   September 28th.  And these are all 2020, Your Honor.
23             September 28th, 2020, Mr. Hackett posts a Facebook
24   video and the message, "Time to be passive is over,
25   inspiring speech."
```

1          Presumably the government's reason for wanting

2    this is in because the next day, a full 24 hours later, and

3    this is in the Oath Keepers Florida Signal chat, a full 24

4    hours later, Stewart Rhodes -- or Stewart Stewart, which I

5    presume to be Stewart Rhodes -- responds, "Wouldn't it be

6    epic if Trump body-slammed him and stomped his head in.

7    I can dream."

8          THE COURT:  I'm sorry, I didn't hear you.  What

9    does he say?

10         MS. HALIM:  He says -- this is Stewart Stewart

11   saying this now.  "Wouldn't it be epic if Trump body-slammed

12   him and stomped his head in.  I can dream."

13         I have not had the opportunity to check it to see

14   if those two messages are consecutive, meaning that

15   Mr. Hackett posted the message on the 28th and then a full

16   24 hours later, there were no intervening messages and

17   Stewart Stewart responded directly, I don't know that yet.

18   But I would say that that -- given the time frame outside

19   the charged conspiracy, that would not be relevant.

20         And then there are two other statements, JW says,

21   "F yeah and effing media wasted no time ripping into Trump

22   after.  Media is the biggest enemy to the U.S."

23         I would argue those are not relevant to the

24   charges and they fall outside of the charged conspiracy time

25   frames.

1              On October 17th, 2020, which now we're several --

2      a couple weeks later, two to three weeks later, in the same

3      Signal group Oath Keepers Florida, there's a message that I

4      can't see the entirety of it on this printout that I have,

5      but it's regarding filling a med kit, and, again, having

6      nothing to do with the election or --

7              THE COURT:  I'm sorry, it has to do with what?

8              MS. HALIM:  Having nothing to do with the

9      election.

10             THE COURT:  I'm sorry, but what's the statement?

11             MS. HALIM:  So I can't read the entire thing.  I'm

12     going to read the portion that I can.  There's some lines

13     that are cut off because of the way it printed.

14             "I just filled my med kit so I'm good.  We don't

15     have a firm time on that stop bleed class.  That will likely

16     not happen before the election.  Do you have recommended

17     videos for us as we may come into turbulent times pretty

18     quick?"

19             And the last message, which I do acknowledge is

20     much closer, it's November 2nd, 10:06 p.m., "Things are

21     tense and people are frustrated as we watch big tech and big

22     pharm," p-h-a-r-m, I mean, I suppose that is meant to be big

23     pharma -- "along with the M-s-m, control the narrative in

24     favor of the left, making us all look like assholes to the

25     general public.  Most poor dumb bastards have no idea what

```
 1   we stand to lose with this election.  I admit when I finish
 2   work and I see 100 messages, it can be daunting.  If I have
 3   time, I read them all and watch all videos.  If I don't have
 4   time, I read the Cliff Notes."
 5             So I object to the admissibility of all of those
 6   statements that fall outside the charged conspiracy.
 7             THE COURT:  Okay.
 8             Well, look, I mean, insofar as statements before
 9   the conspiracy, I mean, there's certainly a grounds for
10   their admission as statements of a party-opponent, and even
11   then, I'm not sure they're being admitted for the truth of
12   what is said but, rather, to establish Mr. Hackett's state
13   of mind at the time in advance of the election, and there
14   were similar statements admitted of other defendants in the
15   last trial.  And I believe with the limitation that those
16   statements were only admissible against the defendant that
17   uttered them.
18             So it seems to me that to the extent that those
19   are being admitted to establish Mr. Hackett's state of mind,
20   they are relevant, they're probative of his state of mind,
21   and they're not unduly prejudicial.  Certainly not to
22   overcome their probative value.
23             And as for the other ones, I guess I'd have to
24   just look at them, but they all seem to have -- particularly
25   the last one, again, I'm not sure they are what one would
```

1   sort of precisely consider to be -- I mean, they are

2   statements of a co-conspirator at that point, it seems to

3   me, and reflect the thinking of co-conspirators during a

4   time of the conspiracy, and so they seem to have at least

5   that probative value and relevance to the government's case.

6   And why is that not accurate?

7            MS. HALIM:  Well, with respect to the earlier

8   statements in September, I'm really struggling to see how a

9   state of mind in September is relevant and what its

10  probative value is.

11           THE COURT:  Well, his state of mind is relevant to

12  the extent of -- I think it's fair game.  There's case law

13  to the effect that the individual's state of mind and

14  discussions about entering into a conspiracy or

15  participating in a conspiracy, even if those statements

16  are -- precede the conspiracy as charged, they are

17  admissible.

18           MS. HALIM:  Even months prior?

19           THE COURT:  I mean, this is five weeks prior?

20           MS. HALIM:  Five weeks prior.

21           Well, then I would ask, and I'll have to start

22  looking for statements from September and October to show

23  the countervailing state of mind.  I guess that's the

24  approach then.  Thank you.

25           THE COURT:  You're welcome.

```
1              MR. EDWARDS:  Your Honor, I just wanted to clarify
2    one thing on the record.  I mentioned to Ms. Halim that JW
3    was an abbreviation for John Willow.  The record will show
4    in the government's case that he went by both, went by JW
5    and he went by John Willow.  So I didn't want to state that
6    it was the same.
7              And then to the extent that I understood your
8    ruling that pre-election messages are more to his state of
9    mind and at least admissible against Mr. Hackett, the
10   October message that I think Ms. Halim referenced, October
11   17th talking about the "filling my med kit and don't have a
12   firm time on the stop bleed class," the next sentence was,
13   "that will likely not happen before the election."
14             So the government's position on that statement
15   would be that it's relevant that he's messaging other
16   members of this "OK FL Hangout," which include
17   co-conspirators and co-defendants about trainings "before
18   the election."
19             And so it would be the government's position that
20   that's more akin to co-conspirator statements that would
21   come in against everybody.
22             THE COURT:  Maybe.
23             It would depend on who's on the a chat and whether
24   you can establish who's on the chat at that time.
25             I mean, they would certainly come in against
```

1    Mr. Hackett as the declarant.

2              You know, to the extent you are seeking to have

3    such a statement come in against others who heard the

4    statement, you know, we'd have to figure out who's actually

5    on that chat and whether any of these defendants were on

6    that chat.  Mr. Vallejo wasn't, for example, I know that for

7    a fact.  I don't know if any of the others were.  I don't

8    think Mr. Minuta would have been.

9              MR. EDWARDS:  No, I think that these are

10   co-conspirator statements, though.  So, for example, you

11   know, if somebody -- if a co-conspirator is saying something

12   in one chat can still be admissible against other

13   co-conspirators that they might hear it.

14             THE COURT:  That's true, but those are typically

15   statements made within the term of the conspiracy and in

16   furtherance of the conspiracy, and this, by definition, this

17   prior to the conspiracy, at least as the government has

18   alleged it.

19             MR. EDWARDS:  Right, it's discussing -- right.

20   So two things.

21             One note, I'd point the Court to *United States v.*

22   *Smith* from the Second Circuit that talks about not

23   necessarily looking at the rigid timelines to determine

24   whether or not co-conspirator statements can still come in

25   against a conspiracy, that really the question is, is this

```
 1   an association of -- or a group of people and their state of

 2   mind and then carrying into the formation of that

 3   conspiracy, and I don't have the cite right now.

 4          THE COURT:  If you would send the cite along, I'll

 5   took at it.

 6          MR. EDWARDS:  I can find it.

 7          I think generally Judge Learned Hand talks about,

 8   you know, really the question shouldn't be to look at a

 9   timeline of a conspiracy issue, it should just be the open

10   question of, is this a group of people that are forming this

11   meeting of minds even if it's a precursor.

12          We had this conversation in trial 1 when we talked

13   about September messages from Kelly Meggs about, you know,

14   their training that they had just done.  That still came in

15   against everyone.  I recognize there was a message in

16   January that had referred to it.

17          But throughout the length of the conspiracy, these

18   defendants and their co-conspirators do refer to trainings

19   on -- in their messages, and this is a message about him

20   organizing those trainings.  And so I guess --

21          THE COURT:  Okay.

22          MR. EDWARDS:  -- that would be the question.

23          THE COURT:  I'll look at the case and we can

24   revisit it when the government --

25          MR. EDWARDS:  Introduces it.
```

1          THE COURT:  -- introduces the statement.

2          MR. EDWARDS:  Okay.  Thank you.

3          THE COURT:  Mr. Peed.

4          MR. PEED:  Yes, Your Honor.

5          There was one more 403 or relevance objection I

6    wanted to make to the 1500, not the document itself.

7          But there are two fairly prejudicial videos of

8    Mr. Caldwell, which would have been much more relevant in

9    the prior trial since he was a defendant.  One is him

10   walking down the street with his wife and his wife is

11   chanting, "U.S.A., U.S.A.," and "uh-oh, uh-oh," and he says,

12   "I know where Mike Pence lives."

13         And then Mr. Caldwell gets to the Peace Fountain,

14   ironically, and says very prejudicial things there, but he's

15   just sitting there.  So I think there's one text between

16   Mr. Caldwell and Ms. Watkins, which is fine in terms of this

17   timeline, but once he gets there, I think the evidence was

18   fairly clear from the last trial, he sits there, he chants,

19   he says horrible things, and then he leaves.

20         And I don't understand the relevance to a timeline

21   of showing a fairly prejudicial, ugly statement of

22   Mr. Caldwell sitting there at a fountain saying things.

23   It's not going to help the jury understand the relevant

24   information this document is being shown to them for.  So I

25   would just ask the government to either take out or

1    extremely cut short that rah-rah video of Caldwell by the

2    fountain saying prejudicial things.  It wouldn't be in here.

3              THE COURT:  Why don't you ask him if they'll do

4    it.  I don't know if that's something they're amenable to

5    doing or not.

6              MR. EDWARDS:  No.

7              MR. PEED:  I'm asking the Court to say that's not

8    relevant for the purpose of this exhibit.

9              THE COURT:  I know what you're asking me to say,

10   but I would like you to ask them whether they would agree to

11   that before I need to rule.

12             MR. PEED:  No, Your Honor, I don't expect them to

13   agree to that.

14             MR. EDWARDS:  No, we would argue that this is a

15   co-conspirator who is saying "we" while marching toward the

16   Capitol down Pennsylvania.

17             And then I think the second video is when they're

18   on the grounds on the parapet and I think they use the term

19   "we" again.

20             And these are on the day of.  I mean, we're not

21   talking about messages from September.  We're talking about

22   a group of people who have intermingled via messages and

23   coordinated via travel and now they're on the day of and we

24   have video of them then saying "we."  And so I think the

25   intent of one co-conspirator should absolutely come in

```
 1   against others.
 2           THE COURT:  Can I ask a question that didn't
 3   really occur to me until just now?
 4           Mr. Caldwell is not convicted of any conspiracy
 5   counts.  If a jury has concluded that Mr. Caldwell is not a
 6   co-conspirator beyond a reasonable doubt in the conspiracies
 7   charged, can in a second trial you admit his statements,
 8   maybe his actions, but his statements as co-conspirator
 9   statements?
10           MR. EDWARDS:  Yes, it's an interesting question,
11   but, yes.
12           I think the Court can find that the government has
13   shown by a preponderance that this individual is a member of
14   the conspiracy whether or not -- regardless of whether a
15   jury in a previous trial --
16           THE COURT:  I mean, it's true that there's a
17   different standard of proof but there is something
18   discordant about a jury having concluded that Mr. Caldwell
19   was not a co-conspirator in the conspiracy charges of the
20   exact same conspiracy charged in this case.
21           MR. EDWARDS:  Yeah.
22           THE COURT:  And then admitting and telling the --
23   not telling the jury, but admitting those statements as
24   co-conspirator statements when he's not been determined to
25   be part of the conspiracy.
```

1          MR. EDWARDS:  I don't think so.

2          I mean, I understand on the surface.

3          But I think it's a different question than if you

4    had asked the jury, did the government meet that burden by a

5    preponderance, and they didn't answer that question, they

6    answered whether or not we had met this burden, and I think

7    it's the Court's decision to make the decision as to whether

8    we meet this burden.

9          THE COURT:  I mean, you know, the other truth of

10   the matter is that it doesn't actually require underlying

11   illegality as long as people are acting in concert to

12   constitute a co-conspirator statement.  And there is that.

13         MR. EDWARDS:  Right.

14         THE COURT:  All right.  So back to the statement

15   of Mr. Caldwell.

16         MR. PEED:  Could I just add, Your Honor, this

17   actually, most of the clip the government has put in is from

18   Sharon Caldwell.  She says "U.S.A., U.S.A., U.S.A.  I'm

19   doing a video, this is our house.  We're here.  Congress is

20   gone because they are pussies.  Everybody, all the Trump

21   supporters here.  We've gone through tear gas and smoke

22   bombs and rubber bullets and we are here."  And Caldwell

23   says, "That's right."

24         And then she says, "We are free, we are free," and

25   Caldwell says, "Today I will wipe my ass on Pelosi's

1    doorknob."  I would submit none of this Facebook video he's

2    making is furthering the conspiracy.

3              And I would note Mr. Caldwell and Sharon Caldwell

4    were not on the op chat.  The only one that Mr. Vallejo was

5    on.  Mr. Vallejo didn't know Mr. Caldwell, he wasn't

6    conspiring -- this wasn't furthering anything he was doing,

7    but this is sort of bragging to the Facebook, "we're here,

8    we've been through tear gas."

9              And, you know, most of this from Sharon Caldwell.

10             THE COURT:  Well, he does say "That's right."

11             MR. PEED:  Yeah, there's an adoption there.  But

12   it's just not necessary in an exhibit that's purporting to

13   be shown to the jury to help them organize the locations of

14   people.  It's just the government throwing in some rhetoric

15   there.  So I think it's 403 at that point for sure.

16             And it wouldn't hurt any information conveying.

17   They want to show where Mr. Caldwell is and his photo and

18   that video shows that.  That's where he is, that's how they

19   can show where he is.

20             None of those statements advance the conspiracy.

21   He went home from that location, and none of those

22   statements helped any of the other conspirators.  It's not

23   like the phone call where the government could argue that

24   phone call advanced the movement of people.  This is him and

25   his wife acting solely for themselves and saying things that

1    never got communicated to anyone in the conspiracy.

2             THE COURT:  So, let me ask you, if someone is part

3    of the conspiracy and they are engaged in conduct that --

4    conduct that's in furtherance of the conspiracy, as the

5    government alleges Mr. Caldwell is as he's walking to the

6    Capitol Building.  He's providing some -- that's his

7    contribution, I suppose that's the theory.  Why can't that

8    co-conspirator's state of mind be admitted at the time, even

9    if it's not strictly a statement that's in furtherance of

10   the conspiracy?

11            MR. PEED:  I think state of mind is admissible,

12   and I think it may even be the wrong way to look at this as

13   whether it's a statement in furtherance or not.

14            It's Mr. Caldwell agreeing with his wife's, you

15   know, statement that Congress is gone and they're pussies.

16   That's admissible to show what Mr. Caldwell was thinking as

17   he's standing there.

18            THE COURT:  Is it the language you're offended by

19   or the sentiment?

20            MR. PEED:  The language, the length, because this

21   is purportedly about showing locations, and that's why it's

22   going to the jury.

23            But then, you know, it's showing this ugly

24   sentiment by Ms. Caldwell and the "wipe my ass on Pelosi's

25   door" statement.  You know, those are going to come in.

```
 1   I don't think they need to come in additionally through this
 2   summary exhibit, because it's not showing the movements of
 3   people or the furtherance of the actions of information
 4   flow, it's just a side comment by Mr. Caldwell and his wife.
 5              THE COURT:  But if you concede the statement comes
 6   in --
 7              MR. PEED:  Well, from 403, I'm not sure I would
 8   concede that, Your Honor, but it is admissible under 401.
 9              THE COURT:  I thought you just said that the
10   statements will come in.  If the statements come in, it's
11   not clear to me why, based on the reasons I've already
12   articulated, why it's a problem they come in through the
13   exhibit, in addition to them being in independently of the
14   exhibit.
15              MR. PEED:  There's an added layer of 403.  I don't
16   think they should come in under 403.  I think they're
17   admissible as a hearsay exception because he's talking about
18   his state of mind or may even be not even hearsay.
19              THE COURT:  It's not even hearsay.
20              MR. PEED:  It's not even hearsay.
21              THE COURT:  I don't think, for example, maybe he
22   knows where Pence lives, but he quite, as we all know, did
23   not quite literally do to the Speaker's doorknob what
24   he said he did.
25              MR. PEED:  Right.
```

1          So if the government wants to introduce that

2    statement and if the Court rules it's not that prejudicial

3    given all the other statements so the government can put in

4    a video of Mr. Caldwell saying, "I'm going to wipe my ass on

5    Pelosi's doorknob today."

6          But now we have another exhibit that the

7    government wants to put together as a montage to help the

8    jury understand and aggregate the data flow and the

9    information flow of where people were at certain times and

10   the communications between co-conspirators, so you've got

11   the phone call between Meggs and Greene and Rhodes, or the

12   texts between Caldwell to Watkins.  That's all communication

13   information flow.

14         And then they just have a video that's just

15   Mr. Caldwell spouting off.  Again, they're just getting to

16   go back to the barrel, double dip just to put that in there.

17   It doesn't advance the purpose.  So it's another layer of

18   403 problem with -- there's no probative value to that

19   statement in terms of showing where people were on that day

20   and the communication flow and information flow.

21         So I would ask that the Court order the government

22   to slice out, show his picture or maybe show a couple words,

23   but a long video where he goes through all that is just

24   showing -- reminding the jury once again not only that this

25   is where he was but that Mr. Caldwell said nasty things

```
 1   about Pelosi.
 2            THE COURT:  Okay.
 3            MR. EDWARDS:  I don't know if the Court wanted to
 4   hear us.
 5            THE COURT:  Yes, I'll hear from you.  I don't
 6   think I need to rule on it today.
 7            MR. EDWARDS:  Right.
 8            For the record, I think the Court is right that a
 9   co-conspirator's state of mind, especially at the time of
10   acting, is relevant an applicable to -- or admissible
11   against other co-conspirators.
12            Just to address one smaller point that Mr. Peed
13   brought up about kind of lack of connections with
14   Mr. Vallejo and Mr. Caldwell, they're at the same hotel.
15   CCTV will show that Mr. Caldwell and Mr. Vallejo are at that
16   Comfort Inn and Mr. Caldwell didn't go home after leaving
17   the Capitol Grounds, he went to the Comfort Inn where
18   Mr. Vallejo was.
19            THE COURT:  All right.
20            MR. PEED:  And I'll add, and they never spoke a
21   word to each other and the government will have no video or
22   phone records or text messages or Signal messages.
23            Mr. Caldwell wasn't on the Signal chat.  There's
24   literally not a single piece of evidence that Mr. Caldwell
25   and Mr. Vallejo ever communicated other than perhaps like
```

1    walking through the lobby, I think there was like maybe

2    Mr. Caldwell may have been having breakfast at the same time

3    that Mr. Vallejo was walking by, or something like that.

4    That's what we're talking about in terms of the Comfort Inn.

5              THE COURT:  He turned his head.

6              MR. EDWARDS:  There was a nod.

7              Aside from the CCTV, I just note the larger

8    picture that Mr. Vallejo wouldn't have gone to that hotel

9    without Mr. Caldwell.  He picked the hotel and communicated

10   to others.

11             THE COURT:  Let me think about it.

12             MR. EDWARDS:  Thank you.

13             THE COURT:  It sounds like there's not a dispute

14   about the admissibility of the statement independently, it's

15   a question of how much of the statement is included in 1500.

16   So I think I have 1500.  I do have it, so I'll take a look

17   at it and then -- the statement is pretty inflammatory.

18   When Mr. Caldwell was sitting here, he couldn't run away

19   from that, but he's not sitting here today.

20             All right.  So we will start at 9:30 on Monday.

21             Oh, yeah, right, shoot, I forgot.  Didn't realize

22   this would all take so long.

23             Our juror in Seat 7 said, told JC that reporting

24   to the designated location without compensation for parking

25   would present a financial hardship; i.e., she will need to

 1   pay for Lyft every day.  We could figure something out about

 2   that.

 3            Additionally, she stated childcare issues would

 4   present a further hardship.  So I guess, well, let's bring

 5   her in to find out what that's all about and then figure out

 6   what to do.

 7            MR. SHIPLEY:  Can I ask another question real

 8   quick?  One of the issues that we discussed was what our

 9   schedule would be on the week of the 19th depending on the

10   availability of the panel, if some jurors had plans earlier

11   in the week that would affect the last day.  I don't know

12   where we ended up.

13            THE COURT:  Nobody has said that they would be out

14   that week.  I told them we'd be through the 22nd and nobody

15   raised an issue with it.

16            MR. SHIPLEY:  Okay.  All right.  I'll make my own

17   plans.

18            THE COURT:  You are Juror 0484; is that right?

19            PROSPECTIVE JUROR:  Yes.

20            THE COURT:  You are our juror now in Seat 7.

21   Thank you for coming in.  You've indicated to Mr. Douyon

22   that not being compensated for parking would present a

23   financial hardship for you; is that right?

24            PROSPECTIVE JUROR:  Yes.

25            THE COURT:  All right.  Let me see what we can do

1    about that if that's the issue.

2           But the second thing you told him is that

3    childcare issues would present a further hardship.

4           PROSPECTIVE JUROR:  Yes.

5           THE COURT:  Can you describe -- can you tell us

6    what you meant by that?

7           PROSPECTIVE JUROR:  Yes.

8           So the normal hours of it would be, like, I would

9    have to drop him off at 9:00 to 5:00, but with me being here

10   by 8:30 and actually leaving by 5:00, that would add like an

11   extra hour in the morning and an extra hour in the afternoon

12   that I would have to pay extra to have him stay longer.

13          THE COURT:  In other words, you'd have to make

14   additional financial arrangements.  Is there somebody who

15   could do the pickup and dropoff for you?

16          PROSPECTIVE JUROR:  No, I'm the only one with a

17   car.  And he's still a baby, so, like, a car seat have to be

18   involved so like it's just me.

19          THE COURT:  You'll forgive me for asking, but if

20   you had to drop him off by 8:00 and I guess pick him up by

21   6:00, that additional two hours, what would that cost you?

22          PROSPECTIVE JUROR:  Normally it is an extra dollar

23   per minute.  So what is that?  I guess like an extra 60 in

24   the morning and afternoon.

25          THE COURT:  So 120 per day?

```
1              PROSPECTIVE JUROR:  Yeah.

2              THE COURT:  Okay.

3              And you could drop them off at 8:00 and pick them

4    up by 6:00, that's something -- at least logistically, let's

5    leave the money out, for a moment, logistically that would

6    be done?

7              PROSPECTIVE JUROR:  They allow it, we just have to

8    have the funds.

9              THE COURT:  Let me have a conversation with folks

10   and then we will let you know, okay?

11             PROSPECTIVE JUROR:  Okay.

12             THE COURT:  Thank you for letting us know that.

13             All right.  Counsel, thoughts on what to do here?

14             By my math -- and in fairness to her, she would

15   not have known when we asked her about hardship that she

16   would need to report when she did.  You know, it's a good

17   deal of money, that's 500 plus dollars a week even if it's

18   only one hour on Fridays.

19             I do got know whether there's court funds

20   available to compensate her or not, I can look into that.

21   But if not, then what is -- what are your thoughts about

22   what we do?

23             MR. EDWARDS:  One thought, Your Honor, is if --

24   whether or not there's parking at the courthouse.

25             THE COURT:  I think the parking issue is a little
```

```
 1   bit less significant.

 2              MR. EDWARDS:  Right.

 3              THE COURT:  And we wouldn't have her park here

 4   just because she's being asked to report somewhere else.

 5              But I think the parking is -- we'll figure that

 6   out, that's a small dollar amount.

 7              MR. EDWARDS:  I was going to suggest, the last

 8   thing you mentioned, have her opt to not do that if that

 9   shrinks the amount of time that she has to leave and let her

10   decide that.  Or it sounds like she had a car but if she

11   Ubered or Lyfted here, it didn't sound, I didn't hear the

12   juror say that she didn't have somebody that could do the

13   pickup or drop-off, it was a car issue.  But if she's the

14   only one with a car, she could Uber or Lyft which may leave

15   the car for who may be able to help.

16              THE COURT:  Right.  I don't know what that would

17   cost her.  I mean, probably more than parking.

18              MS. HALIM:  Your Honor, the only other thing I

19   would raise is, I mean, obviously, none of us can tell the

20   juror, but that's a lot for a young woman to get a baby

21   early and it could end up impacting our daily start times if

22   she's running late.

23              THE COURT:  I didn't -- I mean, I agree, although

24   she didn't seem to be concerned about being able to do the

25   early drop-off and pickup as late as 6:00, it's just doing
```

1    it and the cost of doing it.

2            Look, I mean, one option is to bring back the last

3    qualified juror and seat that juror either as an alternate

4    or a deliberating juror, depending upon what the parties

5    think.  I know that's potentially an issue in terms of the

6    strikes you use but, I mean, take a look at who's coming in

7    next, and if there's no objection to that person, then

8    that's a possibility.

9            And I know no one struck the juror in Seat 1 who's

10   our first alternate, so presumably you all are at least

11   somewhat comfortable with her if she is a deliberating

12   juror.

13           She is an alternate.  She's our second alternate.

14   So that does change things a little bit in my mind.

15           I mean, we could bring in the last juror that

16   everybody agrees upon, and I could afford everybody some

17   flexibility in terms of that thought process, and if we can

18   mutually agree upon somebody, we could put that juror in

19   Seat 7 and then make that juror, if everybody would agree,

20   to be the last alternate.

21           MR. SHIPLEY:  The only point I would raise is that

22   we only struck one alternate.

23           THE COURT:  I understand.

24           MR. SHIPLEY:  Because we liked the rest of them.

25   Now we're talking about bringing somebody in who we might

```
 1    have struck.
 2              THE COURT:  Well, that's why I said you all would
 3    have to mutually agree on who the juror would be.
 4              MR. SHIPLEY:  Okay.
 5              MR. PEED:  Who's up next?
 6              COURTROOM DEPUTY:  0591.
 7              THE COURT:  We believe it is 0591.  Because there
 8    was the last alternate, the one and only alternate to be
 9    subbed in was 2510, and the next qualified juror is on line
10    65, and then the next qualified juror after that is on line
11    70.
12              MR. SHIPLEY:  So I can confirm, sometimes we're
13    talking about line 65.
14              THE COURT:  Correct, that's the first -- that's
15    the next qualified juror.
16              And then line 70 is our next qualified juror.
17              MR. SHIPLEY:  I think we're happy with the first
18    qualified juror.
19              MR. EDWARDS:  No objection from the government.
20              THE COURT:  And would you all want to make that
21    juror the fourth alternate?  JC, which is I think is
22    probably reasonable.
23              MR. SHIPLEY:  How would we have done that if that
24    would have been into regular order?  Would she have gone in
25    the second alternate spot or become the fourth alternate?
```

1          THE COURT:  I'm not sure what you mean.

2          MR. SHIPLEY:  Well, I'm not sure the manner in

3    which the juror alternates were placed in in order.

4          THE COURT:  In other words, if somebody had struck

5    her in Seat 7?

6          MR. SHIPLEY:  Yeah, had Seat 7 been struck.

7          THE COURT:  Right, then the next juror would fill

8    her slot.

9          MR. SHIPLEY:  Would take her spot which could make

10   her the second alternate.  That's fine.

11         THE COURT:  Correct.

12         MR. EDWARDS:  I think we would stick with the

13   position that this person be the fourth alternate.

14         THE COURT:  I mean, here's the issue.  The

15   government exercised two peremptories on the alternates, one

16   in the box and one in the panel.  And presumably they did it

17   that way because they were content to have that second juror

18   be their second alternate.

19         It changes the equation, it seems to me,

20   potentially, maybe it doesn't, if that juror who slides into

21   that box for whom was not stricken by the government is now

22   somebody else.

23         And last time we used three alternates.  We were

24   down to one alternate -- I'm sorry, we dismissed two

25   alternates.  So it's not inconceivable that we would have

1    the second alternate become a deliberating juror.

2            I mean, I think I'm inclined to reshuffle, but I'd

3    like to have the defense's okay with that if that's -- and

4    think about who's in Seat 8, and that was somebody who came

5    in after a government strike, who you all did not choose to

6    strike yourselves.

7            MR. PEED:  I know, I think, for myself, for the

8    defense, we like the second alternate as a second or even

9    the first.

10           And so losing her, it would be -- we'd want to

11   have a say in having the person who replaces her stay as a

12   second, and part of what we saw is sort of a similar type of

13   juror in terms of her role.

14           So we think that the government isn't losing

15   anything by having someone already approved as the second

16   alternate be replaced.

17           But we didn't have this go -- we didn't like as

18   much the third or fourth alternates in that second position,

19   which is bumping them up into that is a bigger change, we

20   would see it as.

21           THE COURT:  Thoughts, Mr. Edwards?

22           MR. EDWARDS:  I mean, I think the principal reason

23   was that we, the government assumed that this person would

24   be the second alternate and then used that as part of our

25   calculation as to who to strike.

1          The defense knew that the third alternate would

2    bump up if the first two got struck, that's the logic game

3    at this point.

4          THE COURT:  Right.

5          MR. EDWARDS:  So I think the principle here would

6    be that the government has not lost a factor that went into

7    its calculus in strikes, so reshuffling seems to be

8    appropriate.

9          MS. HALIM:  We'll have lost a factor that we went

10   into our calculus.  We just have different equations.

11         THE COURT:  All right.  Well, if there's no

12   agreement, I think I need to probably err on the side of the

13   defense's request for the obvious reasons.  So that's what

14   we'll do, assuming we can get that juror back.  So let's see

15   what we can do, just stay tuned, everyone.

16         JC, let her know that we are -- seeing what we can

17   do and then we'll be in touch with her.

18         Okay.  I think the last --

19         MR. EDWARDS:  I was just going to raise, should we

20   discuss the next person in line in the event that that

21   person --

22         THE COURT:  Booked a trip to Hawaii?

23         MR. EDWARDS:  Immediately.  I worry, that if we

24   don't, two is one and one is none, kind of deal.

25         THE COURT:  Look, yes, I'm happy to discuss, if

1    you all think that the next person in line is acceptable to

2    both sides, that's number --

3                MR. EDWARDS:  0654.

4                THE COURT:  Right, line 70.

5                MS. HALIM:  What was that number?

6                THE COURT:  0654, line 70.

7                All right.  What do you all think?

8                MR. EDWARDS:  Well, the government is fine with

9    0654.

10               MS. HALIM:  The inquiry is simply whether there's

11   an objection to 0654, correct?

12               Okay.  That's what we're looking at.

13               THE COURT:  Right, in the event that 0591 is --

14               MS. HALIM:  Unavailable.

15               THE COURT:  Right, or has gotten online and done a

16   lot of reading.

17               MR. SHIPLEY:  So we're precautionary -- she's

18   left?

19               THE COURT:  She's left the building.

20               MS. HALIM:  No objection from the defense.

21               THE COURT:  All right.  So JC has gone ahead to

22   call the other juror and get her information and call, so

23   we'll just have to wait and see.  We'll get you information

24   as soon as we have it.  It might make some sense to stick

25   around for a little bit until we can get this hopefully

1    resolved.  So just stay tuned.  Does JC have all of your

2    contact information?

3         MR. SHIPLEY:  I don't think he has contact

4    information for me.

5         THE COURT:  Okay.

6         Yeah, just, I mean, I think he's probably got it.

7         MR. SHIPLEY:  I'll make sure he has it.

8         THE COURT:  Just make sure he has it, your

9    cell phone info.

10        MR. EDWARDS:  Two things, Your Honor, in case we

11   don't come back.  One is, I flagged this for Mr. Shipley

12   yesterday, I think he filed a motion in limine that

13   suggested to the public that his client was subject to

14   execution.  I'd ask that Mr. Shipley maybe clarify that to

15   the extent the public may be confused.  He is not charged

16   with treason, he's charged with seditious conspiracy.

17        Second, I just wanted to float what I brought up

18   yesterday that if the Court would inquire as to Monday's

19   schedule, who's opening, how long.

20        THE COURT:  Yeah, I was going to do that, sorry.

21        MR. SHIPLEY:  I apologize for that, Your Honor.

22   Just by way of an explanation, I had an assistant file that,

23   I just scanned it real quick, read the case that he cited to

24   make sure I was comfortable with the citation of authority,

25   didn't read it word for word, or I would have caught that

 1    and taken that out.  Obviously that was a step over the

 2    line, so to speak.

 3            MR. EDWARDS:  Executed poorly.

 4            THE COURT:  Right.

 5            MS. HALIM:  Just a typo.

 6            THE COURT:  Okay.

 7            So length of openings, Mr. Edwards?

 8            MR. EDWARDS:  No more than an hour, Your Honor.

 9            THE COURT:  Mr. Shipley, we'll go right down the

10    indictment, so, Mr. Shipley, you'll be first.

11            MR. SHIPLEY:  Probably 45 minutes to an hour.

12            THE COURT:  Okay.

13            Ms. Halim.

14            MS. HALIM:  Typically clock in at 30 minutes, so

15    I'm going to try my best to stay there.  But could spill

16    over a tiny bit.

17            THE COURT:  Okay.  Mr. Weinberg, Mr. Martin.

18            MR. WEINBERG:  30 minutes, Your Honor.

19            THE COURT:  And, Mr. Peed.

20            MR. PEED:  30 minutes to an hour.

21            THE COURT:  I'm sorry.

22            MR. PEED:  A lot will probably have been said by

23    the time I stand up.

24            THE COURT:  All right.  So what I think that means

25    is the government ought to have a couple witnesses available

 1  Monday morning, assuming everybody keeps to their time,

 2  which I will ask you to do.  You know, the initial

 3  instructions, 15 minutes, and then if everybody sticks to

 4  their time we probably ought to get a least three openings

 5  in in the morning and then two after lunch, and then the

 6  government probably ought to be ready to go after that.

 7          MR. EDWARDS:  Yes, Your Honor.

 8          THE COURT:  Okay?

 9          MR. SHIPLEY:  Just as a heads-up, Your Honor,

10  I know you attempted to do this the first trial and we have

11  talked collectively about we intend to sort of maybe have

12  one designated as the main cross-examiner, not necessarily

13  the same person every time.  So with the Court's indulgence,

14  we won't necessarily go in order with everyone.

15          THE COURT:  That was the thinking last time.  It

16  didn't exactly go that way, but that's fine.  It's not a big

17  deal.

18          MS. HALIM:  Sorry, Mr. Edwards, I'm going to put

19  this on the record now.  I need your revised summary

20  exhibits.

21          MR. EDWARDS:  You told me to wait until the

22  weekend.  That's a miscommunication.  I will get those over.

23  Those were the exhibits we were fixing from stack to line.

24  I will get those over.

25          THE COURT:  Also, if either side, I know the

1  government will, but to the extent there are exhibits,

2  visuals, intended to be used during opening, please make

3  sure you've exchanged those so we can resolve any objections

4  beforehand.  Just a reminder, although I know the government

5  knows, you know, notice of witnesses coming up on Monday

6  should be given today.  And there's one other thing that

7  I cannot recall.  It just escaped my mind.  I can't

8  remember.  I'm sure it will come to me the moment I walk out

9  of here.

10         Okay.  Anything else?

11         MR. NESTLER:  Scheduling, but not for these

12  defendants but for the defendants in Rhodes 1, I just wanted

13  to remind the Court that we have not yet set a schedule for

14  either sentencing or for post-trial motions.  I just want to

15  put that out there real quick.

16         THE COURT:  I am aware.

17         MR. NESTLER:  Thank you, Your Honor.

18         MS. HALIM:  One tiny, little additional thing.

19  The government recently provided notice of a message that

20  they intend to introduce that Mr. Minuta sent to someone

21  that is a Proud Boy.  I just want to make sure that that's

22  not -- we're still caucusing on what the objections, how to

23  object, limiting instructions, whatnot.  Does the government

24  plan on opening -- does the term Proud Boys come up in the

25  government's opening at all?

1             MR. EDWARDS:  No.

2             MS. HALIM:  Thank you.

3             MR. EDWARDS:  And I recognize we still have the

4    statement at issue, just on the Exhibit 1500 with today's

5    rulings, that's going to take little bit more time for us to

6    fix, but we can share at least the one that were corrected

7    for stack and line.

8             MS. HALIM:  Thank you.

9             THE COURT:  All right.  So just stay tuned about

10   our juror issue and we'll take it from there.  See everybody

11   Monday morning, if not sooner.  Thank you, all.

12             (Proceedings concluded at 12:17 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__December 9, 2022_____    

                    William P. Zaremba, RMR, CRR

**COURTROOM**
**DEPUTY: [7]** 765/2
765/6 767/3 768/11
768/21 769/23 824/6
**MR. EDWARDS: [52]**
775/18 775/25 791/2
791/7 791/23 792/2
792/18 792/20 792/23
796/10 796/22 797/5
797/17 799/12 800/10
801/11 801/13 806/1
807/9 807/19 808/6
808/22 808/25 809/2
810/6 810/14 811/10
811/21 812/1 812/13
817/3 817/7 818/6
818/12 821/23 822/2
822/7 824/19 825/12
826/22 827/5 827/19
827/23 828/3 828/8
829/10 830/3 830/8
831/7 831/21 833/1
833/3
**MR. NESTLER: [4]**
792/4 792/10 832/11
832/17
**MR. PEED: [35]** 770/9
770/14 772/4 772/7
772/13 772/21 773/4
773/18 788/6 790/2
793/4 794/5 794/8
794/10 794/19 795/15
796/6 797/15 798/13
809/4 810/7 810/12
812/16 813/11 814/11
814/20 815/7 815/15
815/20 815/25 817/20
824/5 826/7 830/20
830/22
**MR. SHIPLEY: [24]**
766/20 766/23 773/20
774/3 774/7 774/11
776/21 819/7 819/16
823/21 823/24 824/4
824/12 824/17 824/23
825/2 825/6 825/9
828/17 829/3 829/7
829/21 830/11 831/9
**MR. WEINBERG: [1]**
830/18
**MS. HALIM: [27]**
786/25 798/16 799/8
800/2 800/13 801/2
801/12 801/14 801/21
802/10 803/8 803/11
805/7 805/18 805/20
822/18 827/9 828/5
828/10 828/14 828/20
830/5 830/14 831/18
832/18 833/2 833/8
**PROSPECTIVE**
**JUROR: [9]** 819/19
819/24 820/4 820/7
820/16 820/22 821/1
821/7 821/11
**THE COURT: [140]**

**'pedagogical [1]**
783/25

**0**

**0001 [1]** 768/16
**0322 [1]** 768/12
**0484 [1]** 819/18
**0591 [3]** 824/6 824/7
828/13
**0628 [1]** 768/14
**0654 [4]** 828/3 828/6
828/9 828/11
**0690 [2]** 773/25 774/3
**0812 [1]** 766/5

**1**

**10,006 [1]** 783/20
**100 [1]** 804/2
**1006 [11]** 777/13 779/3
779/17 781/18 783/1
783/20 785/3 785/9
786/3 786/4 787/16
**10:06 [1]** 803/20
**10:21 [1]** 770/5
**10:35 [1]** 770/1
**10:41 [1]** 770/5
**11 [1]** 765/10
**1104 [1]** 783/11
**114 [1]** 764/16
**1150 [1]** 764/20
**12 [1]** 789/4
**120 [1]** 820/25
**1259 [1]** 766/3
**126 [1]** 783/16
**12:17 [1]** 833/12
**13 [4]** 766/2 766/2
795/3 795/3
**1341 [1]** 764/4
**139 [1]** 783/10
**14 [4]** 789/4 792/7
795/3 795/3
**1419 [1]** 768/15
**15 [5]** 763/4 765/7
768/15 771/7 831/3
**1500 [11]** 779/15
779/24 780/5 780/12
787/11 789/12 789/13
809/6 818/15 818/16
833/4
**1501 [2]** 779/15 780/21
**1532 [1]** 764/11
**1540 [2]** 779/16 781/4
**16 [2]** 766/24 768/16
**1629 [1]** 781/4
**1775 [1]** 764/20
**17th [3]** 801/18 803/1
806/11
**19129 [1]** 764/7
**19th [1]** 819/9

**2**

**20 [2]** 767/14 767/24
**20006 [1]** 764/21
**2011 [1]** 783/17
**202 [2]** 763/17 764/21
**2020 [3]** 801/22 801/23
803/1

**2022 [1]** 763/5 834/7
**20579 [1]** 763/17
**215-300-3229 [1]** 764/8
**22-15 [2]** 763/4 765/7
**228-1341 [1]** 764/4
**22nd [1]** 819/14
**2325 [1]** 768/13
**239 [1]** 764/12
**24 [3]** 802/2 802/3
802/16
**2510 [2]** 768/23 824/9
**252-7277 [1]** 763/17
**265 [1]** 764/15
**28th [5]** 798/19 801/17
801/22 801/23 802/15
**295 [1]** 781/15
**29th [1]** 801/18
**2:35 [2]** 789/14 789/18
**2:38 [2]** 789/15 789/19
**2nd [3]** 780/23 801/18
803/20

**3**

**30 [3]** 830/14 830/18
830/20
**3229 [1]** 764/8
**337-9755 [1]** 764/12
**33901 [1]** 764/12
**33950 [1]** 764/16
**3580 [1]** 764/7
**390 [1]** 783/12

**4**

**40 [2]** 766/11 777/14
**401 [1]** 815/8
**403 [8]** 796/12 799/1
809/5 813/15 815/7
815/15 815/16 816/18
**42 [1]** 770/22
**431 [1]** 783/16
**45 [2]** 771/2 830/11
**451 [1]** 781/16
**470 [1]** 783/12
**484 [1]** 782/10
**49 [1]** 766/5

**5**

**50 [2]** 770/23 770/24
**50/50 [1]** 770/24
**500 [1]** 821/17
**575-8000 [1]** 764/17
**5:00 [2]** 820/9 820/10
**5th [2]** 780/23 798/25

**6**

**60 [1]** 820/23
**601 [1]** 763/16
**611 [5]** 783/2 783/2
783/21 784/19 786/5
**644 [1]** 782/10
**65 [2]** 824/10 824/13
**666 [1]** 777/15
**684 [1]** 777/15
**6925 [1]** 779/17
**6:00 [3]** 820/21 821/4
822/25
**6th [8]** 771/16 772/12
772/13 780/2 780/6

**7**

**70 [4]** 824/11 824/16
828/4 828/6
**7277 [1]** 763/17
**745 [1]** 764/3
**796 [1]** 783/14
**7th [1]** 798/24

**8**

**8000 [1]** 764/17
**808 [1]** 764/4
**808Shipleylaw [1]**
764/5
**843 [1]** 783/14
**85 [1]** 777/15
**8:00 [2]** 820/20 821/3
**8:30 [1]** 820/10

**9**

**90 [2]** 770/21 771/8
**919-9491 [1]** 764/21
**941 [1]** 764/17
**9491 [1]** 764/21
**96734 [1]** 764/4
**9755 [1]** 764/12
**9:00 [1]** 820/9
**9:30 [2]** 763/6 818/20

**A**

**a.m [3]** 763/6 770/5
770/5
**abbreviation [1]** 806/3
**ability [2]** 793/5 793/11
**able [6]** 766/23 772/24
789/1 796/12 822/15
822/24
**Abou [2]** 777/14 778/1
**Abou-Khatwa [2]**
777/14 778/1
**about [61]** 767/14
767/21 767/22 767/22
767/24 768/2 770/2
770/23 771/1 771/7
771/15 771/23 771/25
772/16 774/17 778/2
779/25 780/13 780/16
782/5 782/16 782/21
783/1 786/4 786/16
788/19 794/11 794/17
796/16 797/8 799/6
801/9 805/14 806/11
806/17 807/22 808/7
808/13 808/13 808/19
810/21 810/21 811/18
814/21 815/17 817/1
817/13 818/4 818/11
818/14 819/1 819/5
820/1 821/15 821/21
822/24 823/25 824/13
826/4 831/11 833/9
**above [1]** 834/4
**above-titled [1]** 834/4
**absolutely [1]** 810/25
**accept [1]** 772/16
**acceptable [1]** 828/1
**accepted [1]** 772/20
**Accepting [1]** 788/6

**accomplished [1]**
775/17
**accurate [10]** 777/22
784/24 786/6 790/14
791/18 793/14 794/8
795/8 796/2 805/6
**accurately [3]** 783/23
785/15 794/2
**acknowledge [2]**
774/25 803/19
**acknowledgement [1]**
787/24
**acquittals [2]** 773/12
773/15
**across [3]** 795/10
797/8 800/11
**acting [4]** 793/8 812/11
813/25 817/10
**actions [2]** 811/8 815/3
**actually [16]** 771/2
771/6 771/8 776/13
779/8 787/10 788/17
791/20 792/16 793/9
800/5 800/14 807/4
812/10 812/17 820/10
**add [4]** 773/20 812/16
817/20 820/10
**added [1]** 815/15
**addition [8]** 769/21
772/1 784/19 786/8
796/17 820/14 820/21
832/18
**additionally [2]** 815/1
819/3
**address [1]** 817/12
**addressing [1]** 774/8
**adequately [1]** 787/4
**adjustments [1]**
796/19
**admissibility [3]**
798/17 804/5 818/14
**admissible [19]** 777/19
779/19 780/9 783/1
783/2 783/21 786/5
787/17 787/17 787/18
804/16 805/17 806/9
807/12 814/11 814/16
815/8 815/17 817/10
**admission [2]** 777/15
804/10
**admit [3]** 801/6 804/1
811/7
**admitted [11]** 784/4
784/5 784/12 785/12
785/20 788/6 801/5
804/11 804/14 804/19
814/8
**admitting [2]** 811/22
811/23
**adoption [1]** 813/11
**adopts [1]** 786/2
**advance [3]** 804/13
813/20 816/17
**advanced [1]** 813/24
**affect [1]** 819/11
**afford [1]** 823/16

836

**A**

after [11] 781/7 789/14
797/3 798/20 799/3
802/22 817/16 824/10
826/5 831/5 831/6

afternoon [2] 820/11
820/24

again [13] 767/19
767/20 773/21 777/4
781/10 786/7 801/11
801/20 803/5 804/25
810/19 816/15 816/24

against [10] 804/16
806/9 806/21 806/25
807/3 807/12 807/25
808/15 811/1 817/11

agent [7] 778/4 778/6
778/15 778/19 778/25
779/8 795/11

agents [1] 778/1

aggregate [1] 816/8

ago [1] 769/9

agree [6] 810/10
810/13 822/23 823/18
823/19 824/3

agreeing [1] 814/14

agreement [1] 827/12

agrees [1] 823/16

ahead [2] 774/6 828/21

aid [1] 783/25

aids [1] 784/20

akin [2] 784/10 806/20

AL [1] 763/6

Alexandra [2] 763/14
765/11

all [70] 765/2 765/19
765/21 765/25 766/14
767/5 767/8 767/23
768/2 768/18 769/8
769/23 770/3 771/20
774/11 775/19 776/6
779/1 779/17 783/9
786/17 786/19 787/10
788/1 790/14 792/4
793/19 794/3 795/19
796/23 797/4 797/9
797/23 798/3 798/14
800/17 800/20 801/22
803/24 804/3 804/3
804/5 804/24 812/14
812/20 815/22 816/3
816/12 816/23 817/19
818/20 818/22 819/5
819/16 819/25 821/13
823/10 824/2 824/20
826/5 827/11 828/1
828/7 828/7 828/21
829/1 830/24 832/25
833/9 833/11

all right [5] 768/18
770/3 795/19 817/19
819/16

alleged [3] 780/1 780/6
807/18

alleges [1] 814/5

allow [2] 789/24 821/7

allows [1] 780/10

along [2] 803/23 808/4

already [4] 778/13
784/12 786/19 787/20
788/19 815/11 826/15

also [9] 766/8 779/7
782/10 782/25 786/2
787/7 790/16 794/11
831/25

alternate [20] 823/3
823/10 823/13 823/13
823/20 823/22 824/8
824/8 824/21 824/25
824/25 825/10 825/13
825/18 825/24 826/1
826/8 826/16 826/24
827/1

alternates [5] 825/3
825/15 825/23 825/25
826/18

although [4] 778/8
785/3 822/23 832/4

am [2] 801/9 832/16

amenable [1] 810/4

AMERICA [2] 763/3
765/7

AMIT [2] 763/9 765/3

amongst [1] 767/19

amount [3] 781/25
822/6 822/9

analysis [2] 788/11
796/10

Angela [2] 764/6
765/15

angiehalim [1] 764/8

another [4] 778/7
816/6 816/17 819/7

answer [4] 774/13
774/20 791/10 812/5

answered [1] 812/6

any [18] 766/14 767/22
771/21 774/12 775/11
780/13 781/20 781/24
782/4 782/5 788/17
800/5 807/5 807/7
811/4 813/16 813/22
832/3

anyone [1] 814/1

anything [8] 770/8
776/20 777/10 782/6
798/14 813/6 826/15
832/10

anyway [2] 772/20
797/23

anywhere [1] 777/1

apologize [3] 774/3
774/7 829/21

apparent [1] 775/8

appeal [2] 787/3
787/14

appear [1] 766/18

APPEARANCES [2]
763/13 763/19

appellate [2] 772/5
773/1 773/21

applicable [1] 817/10

appreciate [1] 767/8

approach [1] 805/24

appropriate [2] 800/20
827/8

approved [1] 826/3

Appx [1] 783/16

are [87]

argue [3] 802/23
810/14 813/23

argument [7] 784/10
784/17 789/10 793/16
794/13 798/22 799/1

argumentative [1]
782/7

arguments [2] 787/3
787/7

arises [1] 786/24

around [5] 766/16
768/6 768/7 788/24
828/25

arrangements [1]
820/14

arrived [2] 769/9 794/4

arrives [1] 798/12

articulated [1] 815/12

as [91]

Aside [1] 818/7

ask [16] 767/15 774/1
774/15 776/2 796/8
800/21 805/21 809/25
810/3 810/10 811/2
814/2 816/21 819/7
829/14 831/2

asked [5] 774/20 798/4
812/4 821/15 822/4

asking [11] 791/4
793/23 793/24 795/5
796/25 797/2 800/17
800/20 810/7 810/9
820/19

aspect [1] 784/20

ass [3] 812/25 814/24
816/4

assessed [1] 799/16

assholes [1] 803/24

assist [4] 784/16 785/2
785/17 786/11

assistant [1] 829/22

association [1] 808/1

assumed [1] 826/23

assumes [1] 775/11

assuming [2] 827/14
831/1

assumption [3] 775/13
775/14 776/16

assumptions [2]
781/21 782/15

assured [1] 769/13

attempt [1] 787/2

attempted [1] 831/10

attention [2] 768/9
776/21

attorney [1] 772/5

ATTORNEY'S [2]
763/16 776/19

atypical [1] 787/25

authority [3] 784/13
784/20 829/24

availability [2] 766/1
819/10

available [5] 777/20
779/19 787/3 821/20

Avenue [1] 764/15

avoid [4] 767/22
771/21 774/1 783/6

aware [2] 775/11
832/16

away [2] 775/6 818/18

**B**

baby [2] 820/17 822/20

back [16] 765/22
766/24 767/7 767/25
769/21 770/1 770/1
770/22 772/2 790/11
794/20 812/14 816/16
823/2 827/14 829/11

background [1] 788/25

band [1] 795/25

bank [2] 778/4 787/21

barrel [1] 816/16

based [13] 770/10
770/22 772/22 775/6
777/2 778/15 778/18
778/25 779/8 779/17
780/23 781/7 815/11

basic [2] 789/8 783/18

basis [2] 777/3 784/19

bastards [1] 803/25

be [113]

became [1] 775/8

because [19] 766/6
766/10 771/24 772/23
779/3 779/11 785/14
790/8 794/13 802/2
803/13 812/20 814/20
815/2 815/17 822/4
823/24 824/7 825/17

become [2] 824/25
826/1

been [18] 774/20
774/21 779/2 779/19
780/16 781/19 784/4
788/6 789/20 800/19
807/8 809/8 811/24
813/8 818/2 824/24
825/6 830/22

before [12] 763/9
765/23 766/14 767/19
777/10 794/3 801/15
803/16 804/8 806/13
806/17 810/11

beforehand [1] 832/4

begin [1] 769/19

behalf [1] 765/12

behavior [1] 782/23

being [15] 765/9 775/1
776/18 783/1 797/2
798/3 799/21 804/11
804/19 809/24 815/13
819/22 820/9 822/4
822/24

believe [9] 770/22
773/24 787/16 787/18
798/19 801/3 801/9
804/15 824/7

belonged [1] 782/1

below [1] 766/25

benefit [2] 772/5 789/3

best [1] 830/15

better [2] 782/12
785/17

between [8] 772/14
778/12 796/4 798/9
809/15 816/10 816/11
816/12

beyond [2] 776/20
782/14 811/6

bias [10] 771/3 771/7
773/23 774/22 775/6
775/10 775/12 776/5
776/11 776/17

biases [1] 775/6

big [4] 803/21 803/21
803/22 831/16

bigger [1] 826/19

biggest [1] 802/22

bit [7] 770/20 796/19
822/1 823/14 828/25
830/16 833/5

blacking [1] 789/7

bleed [2] 803/15
806/12

body [2] 802/6 802/11

body-slammed [2]
802/6 802/11

bombing [1] 776/22

bombs [1] 812/22

Booked [1] 827/22

both [6] 766/7 778/2
778/2 787/16 806/4
828/2

bounds [1] 779/11

box [7] 764/3 766/16
766/18 769/1 769/2
825/16 825/21

Boy [1] 832/21

Boys [1] 832/24

bragging [1] 813/7

Bray [4] 783/10 783/22
785/24 786/1

breakfast [1] 818/2

brief [1] 769/25

bring [5] 766/14 786/8
819/4 823/2 823/15

bringing [1] 800/9
800/12 823/25

brings [1] 768/25

brought [5] 771/8
800/7 800/15 817/13
829/17

BROWN [2] 764/11
764/14

bsrlegal.com [2]
764/13 764/17

building [13] 790/4
790/4 790/6 791/6
792/16 793/1 793/2
793/25 794/3 797/1
797/13 814/6 828/19

bullets [1] 812/22

bump [1] 827/2

bumping [1] 826/19

bunch [1] 779/1

burden [3] 812/4 812/6
812/8

**C**

**calculations [4]** 777/16
778/9 782/12 782/14
**calculus [2]** 827/7
827/10
**Caldwell [36]** 793/6
793/12 809/8 809/13
809/16 809/22 810/1
811/4 811/5 811/18
812/15 812/18 812/22
812/25 813/3 813/3
813/5 813/9 813/17
814/5 814/14 814/16
814/24 815/4 816/4
816/12 816/15 816/25
817/14 817/15 817/16
817/23 817/24 818/2
818/9 818/18
**call [13]** 776/21 785/5
785/7 787/21 789/15
789/16 789/19 790/24
813/23 813/24 816/11
828/22 828/22
**came [4]** 771/21
799/11 808/14 826/4
**can [71]** 766/20 767/20
769/14 769/14 769/15
770/17 774/4 775/14
775/16 777/22 779/20
781/2 781/11 783/20
785/25 786/16 786/24
787/12 789/4 790/23
791/3 791/4 791/5
791/10 791/15 791/25
792/20 792/21 793/19
793/20 794/16 794/22
795/11 795/20 796/1
796/19 797/11 797/14
797/18 798/2 798/5
800/21 801/19 802/7
802/12 803/12 804/2
806/24 807/12 807/24
808/6 808/23 811/2
811/7 811/12 813/19
816/3 819/7 819/25
820/5 820/5 821/20
822/19 823/17 824/12
827/14 827/15 827/16
828/25 832/3 833/6
**can't [7]** 774/24 794/19
798/23 803/4 803/11
814/7 832/7
**cannot [3]** 777/17
787/19 832/7
**Capitol [8]** 789/21
790/11 790/19 790/25
797/3 810/16 814/6
817/17
**Capitol Building [1]**
814/6
**captions [1]** 784/7
**car [6]** 820/17 820/17
822/10 822/13 822/14
822/15
**care [2]** 768/8 769/14
**CareFirst [1]** 779/6
**carrying [1]** 808/2
**carts [1]** 799/23

**case [27]** 765/7 767/2
767/22 767/23 769/4
776/10 776/15 776/22
777/5 777/14 778/5
779/23 781/16 782/11
785/1 785/11 785/16
786/1 788/1 799/25
805/5 805/12 806/4
808/23 811/20 829/10
829/23
**cases [5]** 773/5 781/14
783/18 799/24 800/5
**categories [1]** 787/22
**category [1]** 771/7
**caucusing [1]** 832/22
**caught [1]** 829/25
**cause [2]** 766/7 775/6
**CCTV [3]** 799/22
817/15 818/7
**cell [3]** 780/24 788/14
829/9
**cell phone [1]** 829/9
**certain [4]** 773/12
779/9 779/9 816/9
**certainly [10]** 771/13
775/13 780/19 780/20
794/24 799/14 800/10
804/9 804/21 806/25
**certify [1]** 834/2
**chalkboard [1]** 784/1
**chance [1]** 770/19
**change [13]** 768/21
770/10 770/15 773/9
778/16 779/4 787/2
790/9 790/12 791/13
796/9 823/14 826/19
**changes [2]** 791/8
825/19
**changing [1]** 790/20
**chanting [1]** 809/11
**chants [1]** 809/11
**charged [8]** 802/19
802/24 804/6 805/16
811/7 811/20 829/15
829/16
**charges [3]** 773/17
802/24 811/19
**chart [2]** 777/16 784/1
**charts [3]** 777/16
778/15 782/13
**chat [9]** 800/11 802/3
806/23 806/24 807/5
807/6 807/12 813/4
817/23
**check [1]** 802/13
**childcare [2]** 819/3
820/3
**choose [1]** 826/5
**chronologically [1]**
789/13
**circuit [15]** 773/7
775/11 775/13 776/15
777/6 781/16 782/10
783/9 783/10 783/11
783/13 783/14 783/16
785/24 807/22
**Circuit's [2]** 783/22
786/1

**circumstances [1]**
784/23
**citation [1]** 829/24
**cite [2]** 808/3 808/4
**cited [3]** 781/14 782/10
829/23
**City [2]** 776/22 776/23
**civilian [1]** 799/20
**clarify [5]** 766/20
784/15 785/10 806/1
829/14
**class [2]** 803/15
806/12
**clear [7]** 772/8 777/7
781/18 798/7 800/2
809/18 815/11
**client [1]** 829/13
**clients [1]** 779/10
**Cliff [1]** 804/4
**CLINTON [1]** 764/19
**clintonpeed.com [1]**
764/22
**clip [1]** 812/17
**clock [1]** 830/14
**close [1]** 794/25
**closely [1]** 770/20
**closer [1]** 803/20
**closing [2]** 789/10
793/16
**co [24]** 780/6 780/25
800/12 805/2 805/3
806/17 806/17 806/20
807/10 807/11 807/13
807/24 808/18 810/15
810/25 811/6 811/8
811/19 811/24 812/12
814/8 816/10 817/9
817/11
**co-conspirator [12]**
805/2 806/20 807/10
807/11 807/24 810/15
810/25 811/6 811/8
811/19 811/24 812/12
**co-conspirator's [2]**
814/8 817/9
**co-conspirators [9]**
780/6 780/25 800/12
805/3 806/17 807/13
808/18 816/10 817/11
**co-defendants [1]**
806/17
**cohesively [1]** 793/8
**cohesiveness [1]**
794/14
**collectively [1]** 831/11
**colored [1]** 790/9
790/10
**COLUMBIA [1]** 763/1
**come [17]** 766/24
791/22 803/17 806/21
806/25 807/3 807/24
810/25 814/25 815/1
815/10 815/10 815/12
815/16 829/11 832/8
832/24
**comes [5]** 776/14
787/15 787/19 800/25
815/5

**comfort [4]** 817/16 817/17
817/16 817/17 818/4
**Comfort Inn [1]** 817/17
**comfortable [2]** 823/11
829/24
**coming [7]** 777/13
780/22 790/12 790/20
819/21 823/6 832/5
**comment [3]** 773/22
774/17 815/4
**communicated [3]**
814/1 817/25 818/9
**communication [2]**
816/12 816/20
**communications [3]**
767/21 780/1 816/10
**company [6]** 778/5
778/6 778/18 778/21
778/21 778/22
**company's [2]** 778/16
778/17
**compared [1]** 778/7
**comparing [2]** 778/13
778/22
**compensate [1]**
821/20
**compensated [1]**
819/22
**compensation [1]**
818/24
**compilation [2]** 779/3
789/2
**compiled [1]** 778/10
**complete [4]** 766/12
771/21 777/4 793/20
**completed [1]** 787/4
**completeness [1]**
782/5
**complex [9]** 777/23
779/21 780/11 781/3
781/12 784/15 785/16
786/12 790/25
**compliance [1]** 785/8
**complicated [2]**
792/11 792/12
**comprehensive [1]**
780/9
**concede [2]** 815/5
815/8
**conceded [1]** 787/21
**concept [1]** 776/5
**concern [1]** 774/23
**concerned [1]** 822/24
**concerning [1]** 784/21
**concerns [1]** 766/14
**concert [1]** 812/11
**concession [1]** 800/3
**concluded [3]** 811/5
811/18 833/12
**concludes [1]** 789/19
**conclusion [1]** 768/25
**conclusions [1]** 784/8
**conduct [2]** 814/3
814/4
**Conference [2]** 787/8
799/16
**confirm [1]** 824/12
**confirming [1]** 779/5

**conflict [1]** 766/10
**confused [1]** 829/15
**Congress [2]** 812/19
814/15
**connected [2]** 778/20
800/16
**connection [1]** 799/1
**connections [1]**
817/13
**connor [3]** 764/10
764/13 765/16
**consecutive [1]** 802/14
**consequence [1]**
775/1
**consider [2]** 791/15
805/1
**considered [3]** 777/12
778/3 782/6
**considering [2]** 773/16
773/17
**conspiracies [1]** 811/6
**conspiracy [29]** 780/2
801/15 802/19 802/24
804/6 804/9 805/4
805/14 805/15 805/16
807/15 807/16 807/17
807/25 808/3 808/9
808/17 811/4 811/14
811/19 811/20 811/25
813/2 813/20 814/1
814/3 814/4 814/10
829/16
**conspirator [12]** 805/2
806/20 807/10 807/11
807/24 810/15 810/25
811/6 811/8 811/19
811/24 812/12
**conspirator's [2]** 814/8
817/9
**conspirators [10]**
780/6 780/25 800/12
805/3 806/17 807/13
808/18 813/22 816/10
817/11
**conspiring [1]** 813/6
**constitute [1]** 812/12
**consumed [1]** 774/13
**contact [2]** 829/2 829/3
**content [3]** 777/16
788/7 825/17
**contextual [1]** 789/7
**CONTINUED [1]** 764/1
**continuity [1]** 788/13
**continuous [2]** 788/10
788/15
**contradicted [1]**
794/14
**contribution [1]** 814/7
**control [2]** 783/3
803/23
**conveniently [2]**
777/18 787/19
**conversation [3]**
796/16 808/12 821/19
**conveying [2]** 782/4
813/16
**convicted [1]** 811/4
**coordinated [1]** 810/23

**C**

**copying [1]** 777/20
**corner [2]** 798/11
798/11
**Corp [1]** 782/10
**correct [9]** 767/1
792/15 792/17 792/18
801/9 824/14 825/11
828/11 834/3
**corrected [1]** 833/6
**cost [3]** 820/21 822/17
823/1
**could [19]** 771/17
772/4 773/14 773/20
776/17 788/7 812/16
813/23 819/1 820/15
821/3 822/12 822/14
822/21 823/15 823/16
823/18 825/9 830/15
**couldn't [2]** 777/1
818/18
**counsel [7]** 768/2
768/18 773/23 784/14
784/16 789/5 821/13
**counsel's [1]** 775/9
**countervailing [1]**
805/23
**counts [2]** 773/12
811/5
**couple [7]** 765/25
768/18 778/17 799/15
803/2 816/22 830/25
**course [4]** 774/12
775/7 786/9 792/7
**court [32]** 763/1 765/2
767/16 773/5 773/13
774/8 774/23 777/18
778/3 778/11 779/7
781/16 782/11 783/3
784/17 784/18 784/23
785/4 785/15 787/19
798/17 800/19 807/21
810/7 811/12 816/2
816/21 817/3 817/8
821/19 829/18 832/13
**Court's [5]** 784/20
787/1 797/18 812/7
831/13
**courthouse [1]** 821/24
**courtroom [5]** 765/19
767/4 769/7 769/20
769/24
**courts [2]** 773/1
784/13
**coverage [1]** 771/21
**COVID [1]** 766/4
**CR [1]** 763/4
**created [2]** 778/15
778/25
**criminal [2]** 765/7
776/7
**cross [8]** 778/11
780/16 786/7 791/3
794/17 794/19 795/22
831/12
**cross-examination [2]**
786/7 794/19
**cross-examine [2]**

**cross-examiner [1]**
831/12
**cross-referencing [1]**
778/11
**CRR [2]** 834/2 834/8
**cut [2]** 803/13 810/1

**D**

**D.C [5]** 763/5 763/17
764/21 780/22 798/24
**D.C. [2]** 773/7 783/10
**D.C. Circuit [2]** 773/7
783/10
**daily [1]** 822/21
**darkening [2]** 788/24
789/7
**data [3]** 782/14 798/5
816/8
**date [3]** 779/5 779/6
834/7
**dates [1]** 801/19
**daunting [1]** 804/2
**David [2]** 764/10 765/9
**day [12]** 763/7 769/19
771/6 782/8 794/20
802/2 810/20 810/23
816/19 819/1 819/11
820/25
**days [2]** 769/9 777/8
**deal [3]** 821/17 827/24
831/17
**dealt [2]** 776/12 776/12
**debilitating [1]** 800/25
**debts [2]** 781/23 782/1
**December [2]** 763/5
834/7
**decide [1]** 822/10
**decision [5]** 775/11
783/22 786/2 812/7
812/7
**decisions [1]** 783/9
**declarant [1]** 807/1
**defendant [15]** 764/2
764/6 764/10 764/18
765/8 765/8 765/9
765/9 765/14 765/15
765/16 765/18 778/20
804/16 809/9
**defendants [13]** 763/7
765/19 771/17 780/22
780/25 782/17 790/3
804/14 806/17 807/5
808/18 832/12 832/12
**defense [16]** 773/23
775/9 775/25 776/2
780/15 780/19 781/14
786/8 791/3 791/10
791/15 796/12 796/17
826/8 827/1 828/20
**defense's [1]** 791/13
826/3 827/13
**definitely [1]** 796/6
**definition [1]** 807/16
**degree [1]** 796/20
**deliberating [3]** 823/4
823/11 826/1
**demanding [1]** 778/8

**demonstrates [1]**
795/8
**demonstrating [1]**
773/14
**demonstrative [1]**
789/10
**denied [1]** 770/16
**Denver [1]** 777/3
**depart [1]** 795/5
**depend [1]** 806/23
**depending [2]** 819/9
823/4
**describe [2]** 785/8
820/5
**described [2]** 782/12
782/22
**descriptions [2]**
782/23 784/7
**designated [2]** 818/24
831/12
**designed [1]** 785/10
**detail [3]** 770/18 778/8
787/21
**detention [1]** 778/8
**determine [3]** 775/15
789/24 807/23
**determined [2]** 779/9
811/24
**determining [1]** 783/6
**device [5]** 783/21
784/14 784/24 785/6
785/10
**device' [1]** 783/25
**devices [1]** 784/7
**devoted [1]** 781/22
**diagrams [1]** 780/8
**did [16]** 770/21 771/1
772/9 772/24 774/23
778/6 780/20 796/13
796/16 796/18 812/4
815/22 815/24 821/16
825/16 826/5
**didn't [20]** 775/20
777/5 777/6 794/12
802/8 806/5 811/2
812/5 813/5 817/16
818/21 822/11 822/11
822/12 822/23 822/24
826/17 826/17 829/25
831/16
**differences [1]** 778/12
**different [18]** 778/5
778/16 778/20 779/2
781/16 785/5 787/22
789/9 792/5 792/8
793/17 793/22 793/23
795/23 797/8 811/17
812/3 827/10
**difficult [2]** 785/16
786/12
**dip [1]** 816/16
**dire [6]** 771/8 774/12
774/22 775/15 777/6
777/7
**directly [2]** 789/16
802/17
**discerning [1]** 773/16
**disclosing [1]** 774/22

**discretionary [1]**
784/13
**discuss [4]** 770/8
798/15 827/20 827/25
**discussed [1]** 819/8
**discussing [2]** 800/12
807/19
**discussions [1]** 805/14
**dismiss [1]** 769/18
**dismissed [2]** 769/3
825/24
**dispute [1]** 818/13
**disqualifying [1]** 773/9
**distinguishing [1]**
772/14
**DISTRICT [7]** 763/1
763/1 763/10 772/23
773/4 773/8 775/2
**Division [3]** 776/23
776/23 776/24
**do [51]** 765/23 767/16
767/16 768/6 768/7
768/9 769/13 776/2
777/1 779/14 786/4
786/5 786/17 787/2
787/17 791/9 792/20
792/21 794/4 794/9
795/7 797/2 797/11
798/2 799/10 801/5
803/6 803/7 803/8
803/16 803/19 808/18
810/3 815/23 818/16
819/6 819/25 820/15
821/13 821/19 821/22
822/8 822/12 822/24
827/14 827/15 827/17
828/7 829/20 831/2
831/10
**do you [1]** 828/7
**Do you have [1]**
803/16
**document [4]** 780/2
782/1 809/6 809/24
**documents [10]**
777/25 778/17 779/13
779/23 782/6 782/24
784/3 784/12 788/12
788/18
**does [7]** 780/12 802/9
813/10 823/14 829/1
832/23 832/24
**doesn't [7]** 789/5 790/4
791/19 792/25 812/10
816/17 825/20
**doing [12]** 770/12
772/14 777/9 780/19
782/4 790/1 792/5
810/5 812/19 813/6
822/25 823/1
**dollar [2]** 820/22 822/6
**dollars [1]** 821/17
**don't [36]** 770/11
783/15 786/15 790/4
790/12 790/16 790/6
795/6 795/23 795/24
797/1 799/9 799/10
800/5 802/17 803/14

806/23 806/11 807/7
807/7 808/3 809/20
810/3 810/4 810/12
812/1 815/1 815/15
815/21 817/3 817/5
819/11 822/16 827/24
829/3 829/11
**Donald [1]** 774/18
**done [6]** 788/11 793/12
808/14 821/6 824/23
828/15
**door [2]** 796/24 797/10
814/25
**doorknob [3]** 813/1
815/23 816/5
**dots [1]** 800/16
**double [1]** 816/16
**doubt [1]** 811/6
**Douyon [3]** 768/8
769/20 819/21
**down [5]** 767/11
809/10 810/16 825/24
830/9
**draw [2]** 780/13 780/13
**drawing [4]** 782/7
784/2 788/15 788/24
**drawn [3]** 779/12 784/8
795/21
**dream [2]** 802/7 802/12
**drew [1]** 779/8
**drop [5]** 820/9 820/20
821/3 822/13 822/25
**drop-off [2]** 822/13
822/25
**dropoff [1]** 820/15
**due [1]** 771/9
**dumb [1]** 803/25
**dummies [1]** 779/10
**during [5]** 775/7 786/9
799/21 805/3 832/2

**E**

**E-i-c-h-o-r-n [1]** 782/9
**each [6]** 790/21 792/10
792/25 793/24 797/22
817/21
**earlier [2]** 805/7 819/10
**early [4]** 772/8 775/7
822/21 822/25
**easily [1]** 794/16
**Edward [2]** 764/19
765/10
**Edwards [6]** 763/5
765/12 801/10 826/21
830/7 831/18
**effect [1]** 805/13
**effective [1]** 783/5
**effectively [1]** 783/23
**efficient [1]** 792/6
**efficiently [1]** 769/15
**effing [1]** 802/21
**Eichorn [1]** 782/9
**eight [1]** 795/3
**Eighth [1]** 783/14
**either [4]** 809/25 823/3
831/25 832/14
**election [8]** 803/6
803/9 803/16 804/1

839

**E**

election... [4] 804/13 806/8 806/13 806/18
elicited [1] 775/9
else [8] 770/8 777/10 792/11 796/5 798/14 822/4 825/22 832/10
Email [6] 763/18 764/5 764/8 764/13 764/17 764/22
embarrassment [1] 783/7
emotional [1] 772/14
emphasize [1] 795/1
employ [1] 784/14
employee [1] 776/18
employer [1] 778/23
end [2] 799/4 822/21
ended [2] 770/11 819/12
ends [1] 789/15
enemy [1] 802/22
energy [1] 781/23
engaged [1] 814/3
enough [2] 799/17 800/19
ensure [2] 792/14 794/1
entered [3] 767/4 791/21 792/17
entering [2] 790/3 805/14
enters [1] 798/2
entire [3] 774/21 788/21 803/11
entirely [1] 785/8
entirety [1] 803/4
entry [1] 793/2
envelope [1] 772/2
envelopes [1] 788/2
epic [2] 802/6 802/11
equation [1] 825/19
equations [1] 827/10
equipment [1] 781/5
err [1] 827/12
escaped [1] 832/7
especially [1] 817/9
essentially [1] 767/11
establish [5] 781/20 795/11 804/12 804/19 806/24
establishments [1] 781/9
ET [1] 763/6
evaluate [3] 777/23 779/21 781/11
evaluated [2] 776/23 776/25
even [23] 771/3 771/6 771/23 782/25 786/4 789/2 789/4 790/21 796/2 800/2 800/3 804/10 805/15 805/18 808/11 814/8 814/12 815/18 815/18 815/19 815/20 821/17 826/8
event [2] 827/20 828/13

eventually [1] 771/12
ever [4] 774/22 776/5 776/10 817/25
ever-present [1] 776/5
every [5] 772/25 776/3 776/6 819/1 831/13
everybody [13] 766/25 795/12 795/14 796/5 798/8 806/21 812/20 823/16 823/16 823/19 831/1 831/3 833/10
everyone [13] 765/5 765/22 767/6 768/5 769/22 769/25 770/4 770/6 792/15 793/20 808/15 827/15 831/14
everything [2] 769/14 774/24
evidence [59] 773/16 777/13 777/23 779/3 779/8 779/21 780/9 781/11 781/18 781/19 781/24 782/5 782/13 782/18 783/5 784/3 784/4 784/5 784/9 784/11 784/12 784/16 784/18 784/22 785/1 785/2 785/6 785/7 785/11 785/12 785/13 785/13 785/16 785/18 785/20 785/21 785/23 786/10 786/11 786/18 786/18 786/19 786/21 786/22 787/16 787/17 787/18 789/1 789/1 789/5 795/13 795/19 798/8 799/17 800/7 800/19 800/25 809/17 817/24
exact [3] 795/12 795/14 811/20
exactly [3] 775/14 793/6 831/16
examination [3] 784/11 786/7 794/19
examine [2] 780/16 794/17
examined [2] 777/18 787/19
examiner [1] 831/12
examining [1] 783/4
example [8] 771/4 775/4 776/4 782/5 789/13 807/6 807/10 815/21
excellent [1] 774/23
exception [2] 775/5 815/17
exchanged [1] 832/3
excuse [3] 779/5 782/17 783/20
excused [1] 766/10 770/24 770/25 771/2 771/2
Executed [1] 830/3

execution [1] 832/4
exercise [1] 783/3
exercised [1] 825/15
exhibit [36] 778/7 778/19 779/16 779/16 779/24 780/5 780/9 780/21 784/10 786/3 788/8 788/10 788/16 789/11 789/13 789/24 790/14 790/22 790/23 791/5 791/17 791/19 791/20 793/24 794/2 794/6 796/11 796/16 797/19 810/8 813/12 815/2 815/13 815/14 816/6 833/4
Exhibit 1500 [3] 779/24 780/5 789/13
exhibits [23] 770/7 777/11 778/2 779/14 779/15 779/20 780/12 781/4 781/10 782/3 782/21 783/1 786/6 786/10 786/19 787/11 787/24 788/3 789/8 791/14 831/20 831/23 832/1
existence [1] 781/23
exists [1] 774/17
exit [1] 795/10
exited [4] 769/7 769/24 792/24 797/1
expect [1] 810/12
experience [1] 774/9
explanation [1] 829/22
extent [11] 779/7 784/6 796/15 796/18 798/25 804/18 805/12 806/7 807/2 829/15 832/1
extra [5] 820/11 820/11 820/12 820/22 820/23
extrapolation [1] 784/25
extremely [1] 810/1
eye [2] 764/20 766/6
eyes [1] 789/4

**F**

F.3d [5] 781/15 782/10 783/11 783/12 783/14
F.4th [1] 777/15
face [1] 778/9
Facebook [3] 801/23 813/1 813/7
fact [12] 779/10 779/12 785/2 786/11 792/23 794/18 797/12 799/3 799/5 799/6 799/22 807/7
fact-finder [2] 785/2 786/11
factor [4] 773/1 773/3 827/6 827/9
factors [1] 788/1
facts [2] 772/16 786/8
factually [6] 777/23 779/21 780/10 781/2 781/12 796/22

fair [7] 771/17 773/14 775/14 775/16 792/1 793/21 805/12
fairly [5] 772/8 775/7 809/7 809/18 809/21
fairness [2] 788/8 821/14
fall [5] 783/19 786/3 787/21 802/24 804/6
false [2] 779/10 779/11
fancy [1] 788/3
fast [1] 787/13
fast-forward [1] 787/13
favor [1] 803/24
feasible [2] 791/11 791/12
Fed [1] 783/16
Federal [3] 777/13 781/18 784/18
feel [1] 767/19
few [2] 769/9 771/24
Fifth [1] 781/16
Fifth Circuit [1] 781/16
fighting [1] 773/23
figure [4] 807/4 819/1 819/5 822/5
file [1] 829/22
filed [1] 829/12
files [1] 787/11
fill [1] 825/7
filled [1] 803/14
filling [2] 803/5 806/11
final [4] 765/24 767/9 767/17 787/23
finally [1] 767/12
financial [5] 780/23 781/8 818/25 819/23 820/14
find [5] 786/5 786/5 808/6 811/12 819/5
finder [2] 785/2 786/11
fine [6] 774/10 798/12 809/16 825/10 828/8 831/16
finish [1] 804/1
firearm [1] 798/18
firearms [3] 781/5 800/6 800/12
firm [2] 803/15 806/12
first [25] 766/24 775/10 775/23 780/20 783/13 786/1 787/6 790/14 791/20 794/1 794/2 795/3 796/3 797/22 798/6 799/11 801/5 801/21 823/10 824/14 824/17 826/9 827/2 830/10 831/10
First Circuit's [1] 786/1
fit [1] 799/25
five [5] 795/24 798/20 798/23 805/19 805/20
fix [1] 833/6
fixing [1] 831/23
FL [3] 764/12 764/16

flagged [1] 829/11
flexibility [1] 823/17
flip [1] 784/1
flip-chart [1] 784/1
float [1] 829/17
floating [1] 800/11
Florida [2] 802/3 803/3
flow [6] 815/4 816/8 816/9 816/13 816/20 816/20
folks [3] 775/5 794/3 821/9
followed [1] 771/20
following [3] 770/18 782/25 783/9
force [1] 774/17
foregoing [1] 834/3
foremost [1] 787/6
forgive [1] 820/19
forgot [1] 818/21
form [1] 785/19
format [1] 794/21
formation [1] 808/2
forming [1] 808/10
Fort [1] 764/12
forward [1] 787/13
found [3] 776/25 785/25 799/25
foundation [1] 800/18
fountain [1] 809/13 809/22 810/2
four [1] 800/4
fourth [4] 824/21 824/25 825/13 826/18
fragmentally [5] 777/24 779/22 780/11 781/3 781/12
fragmented [1] 797/8
frame [1] 802/18
frames [1] 802/25
frankly [3] 771/19 771/24 789/23
fraud [1] 778/5
free [5] 767/19 769/6 780/15 812/24 812/24
Fridays [1] 821/18
front [1] 769/2
frustrated [1] 803/21
full [4] 781/25 802/2 802/3 802/15
funds [1] 821/8 821/19
further [2] 819/4 820/3
furtherance [5] 807/16 814/4 814/9 814/13 815/3
furthering [2] 813/2 813/6
future [1] 782/16

**G**

gallery [1] 769/3
game [2] 805/12 827/2
gas [2] 812/21 813/8
gathered [3] 796/23 797/4 798/10
general [1] 803/25
generally [2] 788/22

**G**

generally... [1] 808/7
generously [1] 771/4
gentleman [2] 774/11
774/13
gentlemen [2] 767/7
768/24
geolocated [1] 788/14
get [15] 767/20 774/24
787/2 787/14 795/22
797/21 800/16 822/20
827/14 828/22 828/23
828/25 831/4 831/22
831/24
gets [3] 795/10 809/13
809/17
getting [1] 816/15
give [6] 767/24 769/21
786/14 786/20 794/19
801/19
given [9] 767/19
771/10 774/21 788/1
791/17 791/24 802/18
816/3 832/6
giving [2] 769/18
782/22
gleaned [1] 779/4
gmail.com [2] 764/5
764/8
go [14] 770/1 770/21
774/6 777/7 789/8
790/11 794/21 816/16
817/16 826/17 830/9
831/6 831/14 831/16
go ahead [1] 774/6
goal [1] 792/12
goes [5] 776/7 784/23
785/4 789/23 816/23
going [33] 766/24
768/6 768/7 769/18
772/7 772/8 772/17
774/25 788/16 789/14
789/16 790/10 794/4
794/9 794/17 794/21
795/13 795/15 795/17
795/21 798/17 799/5
803/12 809/23 814/22
814/25 816/4 822/7
827/19 829/20 830/15
831/18 833/5
gone [6] 812/20 812/21
814/15 818/8 824/24
828/21
good [7] 765/4 765/6
765/21 769/14 771/8
803/14 821/16
Good morning [1]
765/21
Gorda [1] 764/16
got [10] 776/2 776/4
777/3 796/14 796/14
814/1 816/10 821/19
827/2 829/6
gotten [1] 828/15
governing [1] 782/19
government [58]
763/14 765/13 772/23
775/19 775/20 780/18

788/23 789/6 789/12
790/3 790/9 790/10
790/23 793/7 793/11
795/2 795/7 796/1
796/8 798/23 799/5
799/25 800/13 800/22
800/22 801/2 801/4
807/17 808/24 809/25
811/12 812/4 812/17
813/14 813/23 814/5
816/1 816/3 816/7
816/21 817/21 824/19
825/15 825/21 826/5
826/14 826/23 827/6
828/8 830/25 831/6
832/1 832/4 832/19
832/23
government's [13]
786/16 791/2 791/12
793/16 794/10 794/13
799/18 802/1 805/5
806/4 806/14 806/19
832/25
grateful [1] 769/11
Greene [1] 811/9
grounds [5] 791/1
797/3 804/9 810/18
817/17
group [22] 789/21
790/7 790/7 790/7
790/12 790/15 790/16
790/18 790/19 790/21
793/8 794/12 795/3
797/4 798/9 798/12
800/11 800/11 803/3
808/1 808/10 810/22
Group 1 [1] 793/8
Group 2 [1] 790/19
grouping [2] 797/9
797/23
groups [2] 779/2 790/8
guess [11] 766/25
773/22 795/16 797/17
798/10 804/23 805/23
808/20 819/4 820/20
820/23
gun [1] 800/9

**H**

Hackett [14] 764/6
765/9 765/15 793/18
799/18 799/23 800/8
800/14 801/8 801/14
801/23 802/15 806/9
807/1
Hackett's [5] 798/18
799/9 800/24 804/12
804/19
had [22] 766/6 770/19
771/22 772/9 772/16
772/16 772/17 774/20
774/21 796/15 802/13
808/12 808/14 808/16
812/4 812/6 819/10
820/20 822/10 825/4
825/6 829/22
Haldeman [1] 777/8

Hann [6] 764/6 765/9
766/15 806/2 806/10
830/13
hand [2] 768/3 808/7
handful [2] 771/22
775/8
Hangout [1] 806/16
happen [2] 803/16
806/13
happy [3] 797/25
824/17 827/25
harassment [1] 783/7
hardship [6] 771/9
818/25 819/4 819/23
820/3 821/15
Hart [1] 781/15
has [26] 772/23 777/6
779/1 780/18 781/19
784/4 784/18 787/16
789/13 789/20 790/10
793/11 800/18 803/7
807/17 811/5 811/12
812/17 819/13 822/9
827/6 828/15 828/21
829/3 829/7 829/8
have [97]
haven't [2] 770/17
788/11
having [10] 774/12
786/6 789/4 791/17
803/5 803/8 811/18
818/2 826/11 826/15
Hawaii [1] 827/22
Hawkins [2] 783/13
786/2
he [39] 766/6 774/13
774/15 774/16 788/21
793/6 802/9 802/10
806/4 806/5 809/9
809/11 809/17 809/18
809/18 809/19 809/19
813/5 813/6 813/10
813/18 813/19 813/21
815/21 815/22 815/24
815/24 816/23 816/25
817/17 818/5 818/9
818/18 829/3 829/7
829/8 829/12 829/15
829/23
he said [1] 815/24
he'd [1] 774/21
he's [15] 800/2 800/4
800/9 806/15 809/14
811/24 813/1 814/5
814/6 814/17 815/17
818/19 820/17 829/6
829/16
head [3] 802/6 802/12
818/5
headlines [1] 771/23
heads [1] 831/9
heads-up [1] 831/9
health [1] 771/11
healthcare [4] 778/4
778/5 778/18 778/22
hear [6] 768/9 802/8
807/13 817/4 817/5
822/11

hearsay [4] 815/17
815/18 815/19 815/20
held [4] 778/11 779/7
782/20 784/18
help [7] 777/22 779/20
781/11 809/23 813/13
816/7 822/15
helped [1] 813/22
helpful [2] 781/1
797/16
her [19] 819/5 821/14
821/15 821/20 822/3
822/8 822/9 822/17
823/11 825/5 825/8
825/9 825/10 826/10
826/11 826/13 827/16
827/17 828/22
here [28] 766/9 767/11
769/1 769/5 769/10
777/12 779/15 794/14
795/16 795/22 796/11
797/7 797/12 797/18
800/20 810/2 812/19
812/21 812/22 813/7
818/18 818/19 820/9
821/13 822/3 822/11
827/5 832/9
here's [6] 767/9 793/15
793/17 793/18 793/18
825/14
HI [1] 764/4
hidden [1] 774/22
higher [1] 796/20
highlight [2] 793/12
793/19
highlighting [1] 789/8
Hill [1] 771/6
him [14] 766/25 774/15
799/21 802/6 802/12
808/19 809/9 810/3
813/24 820/2 820/9
820/12 820/20 820/20
his [23] 800/1 800/11
800/11 800/15 802/6
802/12 804/20 805/11
806/8 809/10 809/10
811/7 811/8 811/8
813/17 813/25 814/6
814/14 815/4 815/18
816/22 818/5 829/13
history [2] 778/16
779/4
hold [1] 798/17
home [5] 799/9 800/15
800/24 813/21 817/16
Honor [32] 765/6
766/20 770/10 773/19
773/20 774/7 775/18
776/21 786/25 788/4
791/2 792/2 792/4
794/5 796/7 796/10
798/13 801/22 806/1
809/4 810/12 812/16
815/8 821/23 822/18
829/10 829/21 830/8
830/18 831/7 831/9
832/17

**HONORABLE [2]**
763/9 765/3
hopefully [1] 828/25
hopelessly [1] 771/15
horrible [1] 809/19
hotel [6] 780/24 799/19
799/21 817/14 818/8
818/9
hour [6] 820/11 820/11
821/18 830/8 830/11
830/20
hours [5] 802/2 802/4
802/16 820/8 820/21
house [2] 800/1 812/19
how [11] 771/24
777/12 783/15 795/2
800/24 805/8 813/18
818/15 824/23 829/19
832/22
however [2] 787/2
791/16
Hughes [1] 763/14
765/12
huh [2] 766/22 772/6
human [1] 776/6
hurt [1] 813/16
husband [1] 771/5

**I**

I admit [1] 804/1
I also [1] 794/11
I am [1] 832/16
I apologize [2] 774/7
829/21
I believe [5] 770/22
787/16 798/19 801/3
801/9
I can [8] 770/17 791/10
796/1 800/21 802/7
802/12 821/20 824/12
I can't [2] 794/19
803/11
I cannot [1] 832/7
I did [1] 771/1
I didn't [3] 802/8
822/11 822/23
I don't [10] 795/6 795/6
797/1 807/7 810/12
815/1 815/15 815/21
817/5 829/3
I don't have [1] 808/3
I don't recall [2]
795/24 799/10
I guess [10] 773/22
795/16 797/17 798/10
804/23 805/23 808/20
819/4 820/20 820/23
I have [5] 773/22 790/2
802/13 803/4 818/16
I haven't [2] 770/17
788/11
I just [11] 770/1 772/4
772/10 773/1 794/23
806/1 829/17 829/23
832/12 832/14 832/21
I know [14] 770/7
791/1 791/4 791/22
797/17 801/9 806/12
798/17 807/6 809/12

**I**

**I know...** [7] 810/9
823/5 823/9 826/7
831/10 831/25 832/4

**I mean** [21] 791/3
793/9 795/2 795/6
799/12 803/22 804/8
804/9 805/1 805/19
806/25 810/20 811/16
812/2 822/17 822/23
823/6 823/15 826/2
826/22 829/6

**I recall** [1] 786/18

**I should** [3] 771/14
786/17 790/25

**I think** [65] 771/1 771/4
771/19 771/20 772/10
772/19 773/22 773/24
774/23 775/1 775/16
776/11 783/2 783/22
787/8 787/13 787/20
787/23 788/2 788/25
789/9 789/12 789/23
791/11 791/12 792/1
792/14 794/6 794/10
795/10 796/21 797/2
797/11 797/15 798/3
799/16 799/24 805/12
806/10 807/9 808/7
809/17 810/17 810/18
811/12 812/3 812/6
814/11 814/12 815/16
817/8 818/1 821/25
822/5 824/17 824/21
825/12 826/2 826/7
826/22 827/12 827/18
829/6 829/12 830/24

**I thought** [2] 773/7
793/22

**I told** [1] 819/14

**I understand** [6] 773/5
773/18 787/1 797/7
812/2 823/23

**I was** [8] 771/24
771/25 780/4 787/6
788/7 822/7 827/19
829/24

**I will** [8] 773/11 782/25
783/8 783/8 812/25
831/2 831/22 831/24

**I would** [2] 810/10
813/1

**I'd** [4] 804/23 807/21
826/2 829/14

**I'll** [12] 769/20 783/23
796/8 800/22 805/21
808/4 808/23 817/5
817/20 818/16 819/16
829/7

**I'll look** [1] 808/23

**I'm** [46] 766/24 770/12
770/13 773/5 774/7
775/11 777/5 777/13
777/14 779/15 782/25
786/4 787/4 789/11
791/4 791/7 792/4
796/15 796/25 797/1
800/9 800/17 800/20

803/10 803/11 803/14
804/11 804/25 805/8
810/7 812/18 815/7
816/4 820/16 825/1
825/2 825/24 826/2
827/25 830/15 830/21
831/18 832/8

**I'm going** [3] 766/24
816/4 830/15

**I'm just** [5] 770/12
777/14 791/7 796/15
796/25

**I'm not** [2] 775/11
797/1

**I'm not sure** [3] 787/4
804/25 815/7

**I'm sorry** [7] 770/13
801/11 802/8 803/7
803/10 825/24 830/21

**I'm sure** [1] 832/8

**I've** [11] 767/18 776/10
776/12 776/19 777/12
782/21 787/4 787/20
788/19 795/9 815/11

**i.e** [1] 818/25

**idea** [2] 776/24 803/25

**identify** [2] 778/12
799/20

**illegality** [1] 812/11

**illustrate** [1] 784/3

**illustrated** [1] 786/9

**illustration** [1] 784/25

**illustrative** [2] 783/25
784/20

**imagine** [1] 788/13

**immediate** [1] 781/6

**immediately** [3] 781/6
781/7 827/23

**impacting** [1] 822/21

**impartial** [5] 771/18
773/14 775/14 775/16
776/17

**implicit** [3] 776/5
776/11 776/17

**implicitly** [1] 794/15

**importance** [1] 791/17

**important** [2] 794/6
794/12

**imposition** [1] 769/12

**impossible** [1] 772/9

**improvements** [1]
796/6

**inaccurate** [1] 787/9
790/21 794/23

**inadmissible** [1]
782/20

**incendiary** [1] 774/17

**inclined** [1] 826/2

**include** [4] 771/4 771/6
782/15 806/16

**included** [1] 818/15

**including** [1] 776/6

**inconceivable** [1]
825/25

**incredible** [1] 769/12

**independent** [3]
767/21 785/21 786/21

**independently** [2]
815/13 818/14

**Indian** [1] 764/7

**indicated** [2] 801/8
819/21

**indictment** [1] 830/10

**individual** [5] 790/21
792/25 793/4 797/22
811/13

**individual's** [1] 805/13

**individuals** [11] 779/9
779/11 780/1 788/24
789/13 789/19 793/6
793/11 794/11 799/23
800/4

**indulgence** [1] 831/13

**infected** [1] 771/15

**infer** [2] 795/15 795/18

**inference** [1] 795/20

**inferences** [7] 778/14
779/8 779/12 780/14
782/7 782/15 784/8

**inflammatory** [1]
818/17

**info** [1] 829/9

**information** [20]
771/15 778/9 778/13
780/11 780/24 781/1
782/18 784/1 784/16
789/7 809/24 813/16
815/3 816/9 816/13
816/20 828/22 828/23
829/2 829/4

**inherent** [1] 775/12

**initial** [1] 831/2

**initially** [1] 776/22

**Inn** [4] 788/21 817/16
817/17 818/4

**inquire** [1] 829/18

**inquiry** [1] 828/10

**inside** [1] 797/13

**insofar** [1] 804/8

**inspection** [2] 777/20
779/19

**inspiring** [1] 801/25

**instance** [1] 785/19

**instances** [1] 784/24

**instead** [2] 777/3
781/22

**instructed** [1] 785/21

**instruction** [3] 771/20
786/15 786/20

**instructions** [5] 767/18
769/17 769/21 831/3
832/23

**intend** [4] 799/10 801/6
831/11 832/20

**intended** [1] 832/2

**intent** [1] 810/25

**interaction** [1] 776/6

**interesting** [1] 811/10

**intermingled** [1]
810/22

**interrogating** [1]
784/21

**intervening** [1] 802/16

**introduce** [4] 796/13
796/2 816/1 830/9

**introduces** [2] 808/25
809/1

**invoices** [9] 778/4
778/7 778/8 778/11
778/14 778/16 778/17
779/6 779/9

**involve** [1] 767/10

**involved** [1] 820/18

**involves** [1] 776/11

**ironically** [1] 809/14

**is** [215]

**Is there** [2] 770/8
820/14

**isn't** [1] 826/14

**issue** [16] 770/7
773/23 776/5 776/11
777/11 777/12 798/16
808/9 819/15 820/1
821/25 822/13 823/5
825/14 833/4 833/10

**issues** [7] 770/3 771/9
771/11 788/7 819/3
819/8 820/3

**it** [131]

**it didn't** [1] 822/11

**it would be** [3] 799/1
806/19 820/8

**it's** [62] 770/12 770/23
771/19 774/25 776/10
787/10 788/6 789/2
789/9 789/22 790/14
790/20 791/13 794/17
795/15 795/20 795/20
796/12 797/15 797/24
798/10 799/12 799/13
799/14 799/15 799/24
800/25 803/5 803/20
805/12 806/15 807/19
808/11 809/23 811/10
811/16 812/3 812/7
813/12 813/14 813/15
811/22 814/9 814/13
814/14 814/21 814/23
815/2 815/4 815/10
815/12 815/19 815/20
816/2 816/17 818/14
820/18 821/16 821/17
822/25 825/25 831/16

**itching** [1] 769/10

**its** [4] 781/23 785/22
805/9 827/7

**itself** [3] 778/1 784/5
809/6

**J**

**Jackson** [1] 764/11

**January** [10] 771/16
772/12 772/13 780/2
780/6 780/23 781/7
798/21 798/24 808/16

**January 2nd** [1]
780/23

**January 6th** [4] 780/6
781/7 798/21 798/24

**JC** [5] 818/23 824/21
827/16 828/21 829/1

**Jeff** [1] 773/13

**Jeffrey** [1] 763/14
765/11

**jeffrey.nestler** [1]
763/18

**job** [1] 774/24

**John** [5] 801/9 801/12
801/12 806/3 806/5

**Joseph** [2] 764/6 765/9

**Jr** [1] 764/2

**JUDGE** [3] 763/10
797/15 808/7

**judgment** [1] 785/14

**juror** [52] 766/1 766/2
766/2 766/3 766/5
766/5 766/6 766/8
766/9 768/9 768/12
768/13 768/14 768/15
768/16 768/23 768/23
770/19 773/25 776/3
776/3 776/14 776/16
818/23 819/18 819/20
822/12 822/20 823/3
823/3 823/4 823/9
823/12 823/15 823/18
823/19 824/3 824/9
824/10 824/15 824/16
824/18 824/21 825/3
825/7 825/17 825/20
826/1 826/13 827/14
828/22 833/10

**Juror 0690** [1] 773/25

**jurors** [20] 766/7
766/11 766/16 766/23
767/4 767/12 768/6
768/8 769/2 769/7
769/10 770/21 771/14
773/14 774/2 774/8
774/25 775/14 785/17
819/10

**jury** [54] 763/9 765/24
766/12 767/3 767/10
767/17 768/25 769/4
769/24 770/11 771/14
771/18 772/9 772/17
772/20 773/9 773/15
775/12 776/6 777/1
777/22 779/20 780/10
780/12 781/1 781/11
781/20 782/4 784/17
785/20 786/20 788/16
789/1 789/6 789/9
789/24 791/25 792/6
792/14 793/7 793/10
794/24 795/15 805/9
809/23 811/5 811/15
811/18 811/23 812/4
813/13 814/22 816/8
816/24

**jury's** [2] 784/11 789/3

**just** [94]

**justice** [1] 776/7

**JW** [4] 801/8 802/20
806/2 806/4

**K**

**Kailua** [1] 764/4

**Kathryn** [1] 765/11

**keep** [2] 774/18 795/17

**K**

**Keeper [1]** 774/16
**Keepers [3]** 771/16
802/3 803/3
**keeps [1]** 831/1
**Kelly [1]** 808/13
**Kelly Meggs [1]**
808/13
**Khatwa [2]** 777/14
778/1
**kind [7]** 781/1 786/10
788/12 789/11 789/24
817/13 827/24
**kit [3]** 803/5 803/14
806/11
**knew [1]** 827/1
**know [59]** 770/7
770/11 772/16 773/22
775/6 775/20 783/15
786/15 788/8 788/11
789/3 791/1 791/4
791/22 792/9 792/9
794/11 795/1 795/24
796/15 796/18 797/22
798/17 798/22 799/10
802/17 807/2 807/4
807/6 807/7 807/11
808/8 808/13 809/12
810/4 810/9 812/9
813/5 813/9 814/15
817/3 819/11 821/10
821/12 821/16 821/19
822/16 823/5 823/9
826/7 827/16 831/2
831/10 831/25 832/4
832/5
**known [2]** 772/16
821/15
**knows [2]** 815/22
832/5

**L**

**lack [1]** 817/13
**Ladies [2]** 767/7
768/24
**laid [1]** 800/19
**Lane [1]** 764/7
**language [2]** 814/18
814/20
**larger [1]** 818/7
**last [28]** 765/23 766/15
768/21 771/23 773/15
774/14 792/24 793/2
795/9 796/4 796/12
796/16 796/18 797/22
798/7 803/19 804/15
804/25 809/18 819/11
822/7 823/2 823/15
823/20 824/8 825/23
827/18 831/15
**lastly [1]** 801/2
**late [3]** 798/19 822/22
822/25
**later [8]** 798/24 799/15
799/15 802/2 802/4
802/16 803/2 803/2
**law [2]** 764/2 805/12

**layer [2]** 815/15 816/17
**leads [1]** 789/21
**leap [1]** 800/14
**Learned [1]** 808/7
**Learned Hand [1]**
808/7
**least [11]** 770/17
796/20 799/13 800/4
805/4 806/9 807/17
821/4 823/10 831/4
833/6
**leave [11]** 769/6 790/19
790/25 790/25 791/6
792/5 792/7 794/12
821/5 822/9 822/14
**leaves [2]** 792/11
809/19
**leaving [12]** 790/4
793/5 793/11 793/13
793/18 793/19 794/15
797/6 797/7 797/22
817/16 820/10
**led [1]** 775/10
**Lee [1]** 764/2
**left [18]** 791/20 793/1
793/2 793/25 794/3
795/12 795/14 795/23
796/3 796/4 796/5
797/4 798/6 798/7
798/9 803/24 828/18
828/19
**legal [1]** 770/3
**length [4]** 771/10
808/17 814/20 830/7
**less [3]** 770/23 792/12
822/1
**let [8]** 775/6 814/2
818/11 819/25 821/9
821/10 822/9 827/16
**let's [5]** 769/25 794/16
819/4 821/4 827/14
**let's see [1]** 827/14
**letting [1]** 821/12
**lieu [1]** 785/13
**like [23]** 773/11 784/2
788/1 789/2 789/11
793/6 798/5 803/24
810/10 813/23 817/25
818/1 818/3 818/13
820/8 820/10 820/17
820/18 820/23 822/10
826/3 826/8 826/17
**liked [1]** 823/24
**likely [2]** 803/15
806/13
**limine [1]** 829/12
**limit [1]** 800/22
**limitation [2]** 800/25
804/15
**limiting [2]** 786/14
832/23
**line [41]** 766/2 766/2
766/5 766/9 788/15
788/24 790/16 790/24
791/20 791/21 792/7
792/16 792/17 793/8
793/25 794/1 794/2

**M**

**M-i-l-k-i-e-w-i-c-z [1]**

796/23 797/12 797/12
797/19 797/19 797/24
798/1 798/1 798/6
798/7 824/9 824/10
824/13 824/16 827/20
828/1 828/4 828/6
830/2 831/23 833/7
**Line 1 [7]** 792/16 793/8
795/23 796/23 797/12
797/19 798/1
**Line 2 [3]** 797/19 798/1
**lines [6]** 788/10 790/10
790/10 790/10 790/15
803/12
**lining [1]** 778/12
**list [1]** 778/25
**listen [1]** 795/19
**lists [1]** 779/1
**literally [5]** 787/11
789/7 789/25 815/23
817/24
**little [9]** 770/19 771/25
786/3 796/19 821/25
823/14 828/25 832/18
833/5
**live [1]** 772/15
**lives [2]** 809/12 815/22
**lobby [1]** 818/1
**location [2]** 780/24
813/21 818/24
**locations [3]** 780/14
813/13 814/21
**logic [1]** 827/2
**logistically [2]** 821/4
821/5
**logistics [1]** 770/2
**logs [1]** 778/16
**long [10]** 767/13
769/10 777/21 793/1
799/2 799/23 812/11
816/23 818/22 829/19
**longer [2]** 796/16
820/12
**look [18]** 770/19 771/1
772/2 789/1 789/25
795/2 796/1 803/24
804/8 804/24 808/8
808/23 814/12 818/16
821/20 823/2 823/6
827/25
**looking [5]** 779/4
789/12 805/22 807/23
828/12
**lose [1]** 804/1
**losing [2]** 826/10
826/14
**lost [2]** 827/6 827/9
**lot [5]** 774/13 800/15
822/20 828/16 830/22
**Louis [2]** 763/15
765/12
**lunch [1]** 831/5
**Lyft [2]** 819/1 822/14
**Lyfted [1]** 822/11

**M-s-m [1]** 803/23
**made [17]** 770/15
773/18 773/24 774/16
774/21 777/20 779/19
781/9 781/17 787/7
788/19 791/8 796/19
797/2 798/19 801/7
807/15
**main [2]** 797/12 831/12
**maintains [1]** 781/24
**make [25]** 768/22
773/6 773/21 783/5
792/6 792/12 793/13
795/21 796/2 796/8
798/7 800/19 809/6
812/7 819/16 820/13
823/19 824/20 825/9
828/24 829/7 829/8
829/24 832/2 832/21
**makeup [3]** 772/22
773/4 773/8
**making [9]** 788/8
792/11 794/6 795/1
795/21 800/13 800/22
803/24 813/2
**manage [1]** 786/13
**manner [1]** 825/2
**many [2]** 795/2 796/23
**Manzo [2]** 763/15
765/12
**maps [3]** 780/7 780/25
781/8
**marching [1]** 810/15
**Marion [1]** 764/15
**Martin [3]** 764/10
765/16 830/17
**materially [1]** 785/17
**math [2]** 770/23 821/14
**matt [1]** 764/22
**matter [5]** 785/22
786/21 786/24 812/10
834/4
**Matthew [2]** 764/19
765/18
**may [20]** 768/9 774/1
780/16 783/19 784/6
784/23 786/3 786/8
786/25 787/13 798/19
798/19 799/8 803/17
814/12 815/18 818/2
822/14 822/15 829/15
**maybe [8]** 806/22
811/8 815/21 816/22
818/1 825/20 829/14
831/11
**me [24]** 772/8 779/5
782/17 783/20 786/23
791/19 797/23 801/19
804/18 805/3 810/9
811/3 814/2 815/11
818/11 819/25 820/9
820/18 820/19 821/9
825/19 829/4 831/21
832/8
**mean [28]** 772/11
783/25 791/3 793/19
795/2 795/6 799/12

**M-s-m [1]** 803/23
**meaning [1]** 802/14
**means [2]** 800/14
830/24
**meant [2]** 803/22 820/6
**med [3]** 803/5 803/14
806/11
**media [4]** 767/22
771/21 802/21 802/22
**meet [4]** 779/17 781/22
812/4 812/8
**meeting [1]** 808/11
**Meggs [4]** 789/21
793/13 808/13 816/11
**MEHTA [3]** 763/9 765/3
**member [3]** 798/6
798/7 811/13
**members [8]** 772/9
772/17 790/24 792/6
793/25 794/3 796/23
806/16
**memo [1]** 781/14
**memory [3]** 789/18
792/15 794/20
**mens [1]** 794/14
**mens rea [1]** 794/14
**mentioned [2]** 806/2
822/8
**mere [1]** 785/10
**message [6]** 801/24
802/15 803/3 803/19
806/10 808/15 808/19
832/19
**messages [17]** 780/7
780/15 780/16 780/24
781/8 799/22 800/10
802/14 802/16 804/2
806/8 808/13 808/19
810/21 810/22 817/22
817/22
**messaging [1]** 806/15
**met [1]** 812/6
**might [3]** 807/13
823/25 828/24
**mighty [1]** 810/2
**Mike [1]** 809/12
**Milkiewicz [1]** 783/12
**mind [16]** 787/2 804/13
804/19 804/20 805/9
805/11 805/13 805/23
806/9 808/2 814/8
814/11 815/18 817/9
823/14 832/7
**minds [1]** 808/11
**minor [1]** 796/19
**MINUTA [7]** 763/6
764/2 765/8 765/14
793/18 807/8 832/20
**minute [9]** 769/21
789/25 789/25 793/1
795/4 795/24 797/9
797/21 820/23

**M**

minutes [9] 767/14
767/24 768/19 792/8
830/11 830/14 830/18
830/20 831/3
miscellaneous [1]
778/17
miscommunication [1]
831/22
misleading [2] 788/20
796/11
mode [2] 783/4 784/21
modified [2] 791/25
792/22
modify [2] 790/23
791/5
Moerschel [3] 764/10
765/9 765/17
moment [2] 821/5
832/8
Monday [5] 769/19
818/20 831/1 832/5
833/11
Monday's [1] 829/18
money [3] 766/25
821/17
montage [4] 779/24
780/4 780/5 816/7
months [5] 798/20
798/24 799/15 799/15
805/18
more [19] 766/11
768/19 770/18 770/20
772/4 776/12 784/10
785/9 785/9 792/11
796/2 798/20 806/8
806/20 809/5 809/8
822/17 830/8 833/5
morning [10] 765/4
765/6 765/21 766/4
766/7 820/11 820/24
831/1 831/5 833/11
most [9] 767/14 771/19
775/5 781/23 783/23
786/18 803/25 812/17
813/9
motion [4] 770/10
770/15 770/16 829/12
motions [1] 832/14
move [3] 766/25
769/15 776/24
movement [2] 788/17
813/24
movements [6] 779/25
780/6 780/21 791/18
795/9 815/2
moving [6] 768/6 768/7
768/10 779/24 790/15
790/16
MP4 [1] 787/11
Mr [3] 768/6 800/14
830/9
Mr. [78]
Mr. Caldwell [28]
793/6 793/12 809/9
809/13 809/16 809/22
811/4 811/5 811/18
812/15 813/3 813/5

814/16 815/4 816/4
816/15 816/25 817/14
817/15 817/16 817/23
817/24 818/2 818/9
818/18
Mr. Douyon [3] 768/8
769/20 819/21
Mr. Edwards [4]
801/10 826/21 830/7
831/18
Mr. Hackett [10]
793/18 799/18 799/23
800/8 801/8 801/14
801/23 802/15 806/9
807/1
Mr. Hackett's [5]
798/18 799/9 800/24
804/12 804/19
Mr. Martin [1] 830/17
Mr. Meggs [2] 789/21
793/13
Mr. Minuta [3] 793/18
807/8 832/20
Mr. Nestler [1] 792/3
Mr. Peed [3] 809/3
817/12 830/19
Mr. Peed's [1] 797/7
Mr. Rhodes [1] 781/9
Mr. Rhodes' [1] 781/4
Mr. Shipley [3] 829/11
829/14 830/10
Mr. Shipley's [1] 776/1
Mr. Vallejo [10] 788/20
807/6 813/4 813/5
817/14 817/15 817/18
817/25 818/3 818/8
Mr. Weinberg [1]
830/17
Ms. [6] 766/15 806/2
806/10 809/16 814/24
830/13
Ms. Caldwell [1]
814/24
Ms. Halim [1] 766/15
806/2 806/10 830/13
Ms. Watkins [1] 809/16
much [5] 769/5 803/20
809/8 818/15 826/18
multiple [2] 781/5
781/8
multitude [2] 777/24
779/22
must [2] 777/19 777/19
mutually [2] 823/18
824/3
my [19] 770/22 772/2
774/8 774/14 774/23
792/15 797/6 797/17
797/17 803/14 806/11
812/25 814/24 816/4
819/16 821/14 823/14
830/15 832/7
Myers [1] 764/12
myself [1] 826/7

**N**

name [3] 774/4 801/12

named [1] 765/19
names [3] 774/2 774/8
778/23
napkin [1] 770/22
narrative [1] 803/23
nasty [1] 816/25
nature [3] 770/11
788/20 791/17
near [1] 798/10
necessarily [4] 796/11
807/23 831/12 831/14
necessary [2] 770/12
813/12
need [17] 766/12
767/16 768/9 770/1
770/3 770/8 773/9
791/8 797/1 798/15
810/11 815/1 817/6
818/25 821/16 827/12
831/19
needed [2] 778/14
789/24
needs [1] 793/10
Nestler [3] 763/14
765/11 792/3
never [3] 776/19 814/1
817/20
nevertheless [1]
771/25
news [3] 771/15
774/14 775/20
next [14] 786/24 793/2
798/12 802/2 806/12
823/7 824/5 824/9
824/10 824/15 824/16
825/7 827/20 828/1
nice [1] 767/7
night [1] 766/15
no [35] 763/4 765/7
765/8 767/21 767/21
768/12 768/13 768/13
768/14 768/14 768/15
768/15 768/16 768/23
777/1 778/14 800/7
800/8 802/16 802/21
803/25 807/9 810/6
810/12 810/14 816/18
817/21 820/16 823/7
823/9 824/19 827/11
828/20 830/8 833/1
nobody [2] 819/13
819/14
nod [1] 818/6
none [6] 769/9 813/1
813/20 813/21 822/19
827/24
nonprejudicial [1]
777/22
normal [1] 820/8
normally [2] 787/25
820/22
not [120]
notable [1] 771/19
note [11] 775/22 776/1
776/4 782/25 783/8
796/10 796/22 799/12
807/21 813/3 818/7

noted [2] 771/23
773/13 781/17
Notes [1] 804/4
nothing [4] 780/19
782/21 803/6 803/8
notice [2] 832/5 832/19
notion [1] 786/2
November [3] 801/16
801/18 803/20
now [25] 765/2 765/3
768/5 768/13 768/14
768/15 768/16 768/23
790/24 791/22 793/23
793/24 795/22 797/2
799/22 802/11 803/1
808/3 810/23 811/3
816/6 819/20 823/25
825/21 831/19
number [6] 768/9
771/9 798/25 800/5
828/2 828/5
numbered [1] 779/16
numbers [4] 770/17
771/12 772/1 772/3
numerous [1] 796/13
NW [2] 763/16 764/20

**O**

O-y-a-k-h-r-i-e [1]
783/16
Oath [4] 771/16 774/16
802/3 803/3
Oath Keepers [3]
771/16 802/3 803/3
object [4] 788/16
788/22 804/5 832/23
objection [7] 788/19
790/2 809/5 823/7
824/19 828/11 828/20
objections [4] 788/9
801/7 832/3 832/22
obvious [3] 773/11
773/24 827/13
obviously [7] 766/17
767/22 780/15 789/9
793/7 822/19 830/1
occasion [1] 776/13
occur [1] 811/3
October [5] 801/18
803/1 805/22 806/10
806/16
off [7] 803/13 816/15
820/9 820/20 821/3
822/13 822/25
offended [1] 814/18
OFFICE [3] 763/16
776/14 776/19
OFFICES [1] 764/2
oh [4] 768/7 809/11
809/11 818/21
OK [1] 806/16
OK FL Hangout [1]
806/16
okay [34] 768/5 768/19
768/24 769/8 769/22
769/25 770/7 770/16
775/3 777/10 777/12
786/24 788/5 792/19

noise [4] 773/7 776/17
773/20 800/21 804/7
808/21 809/2 817/2
819/16 821/2 821/10
821/11 824/4 826/3
827/18 828/12 829/5
830/6 830/12 830/17
831/8 832/10
Oklahoma [3] 776/22
776/23 777/1
once [3] 770/19 809/17
816/24
one [46] 765/23 766/23
766/25 772/4 773/22
775/20 776/12 778/4
778/7 784/2 788/10
788/20 790/2 790/23
796/18 798/22 804/25
804/25 806/2 807/12
807/21 809/5 809/9
809/15 810/25 813/4
817/12 819/8 820/16
821/18 821/23 822/14
823/2 823/9 823/22
824/8 825/15 825/16
825/24 827/24 827/24
829/11 831/12 832/6
832/18 833/6
ones [1] 804/23
online [2] 767/20
828/15
only [19] 771/1 771/22
774/14 775/8 776/10
778/8 785/22 786/22
789/19 804/16 813/4
816/24 820/16 821/18
822/14 822/18 823/21
823/22 824/8
op [1] 813/4
op chat [1] 813/4
open [3] 799/5 800/18
808/9
opening [7] 799/14
800/24 801/1 829/19
832/2 832/24 832/25
openings [2] 830/7
831/4
opinion [3] 782/17
782/19 782/22
opponent [1] 804/10
opportunity [2] 794/25
802/13
opposed [1] 793/25
opt [1] 822/8
option [1] 823/2
order [11] 766/16
766/18 766/19 770/21
774/17 783/4 791/14
816/21 824/24 825/3
831/14
organization [1]
774/16
organizational [1]
784/7
organizations [1]
778/20
organize [5] 777/23
779/21 781/1 781/11
813/13

844

**O**

**organizes** [1] 784/11
**organizing** [1] 808/20
**other** [33] 770/24
771/5 776/19 779/10
780/16 780/17 782/7
782/13 782/23 784/7
784/15 785/1 785/11
787/15 788/22 790/13
799/23 802/20 804/14
804/23 806/15 807/12
812/9 813/22 816/3
817/11 817/21 817/25
820/13 822/18 825/4
828/22 832/6
**others** [6] 775/7
780/22 807/3 807/7
811/1 818/10
**otherwise** [5] 780/10
781/2 781/12 786/12
786/12
**ought** [3] 830/25 831/4
831/6
**our** [25] 765/23 766/16
767/10 767/12 767/17
768/25 769/2 769/3
773/15 775/23 777/6
791/13 791/14 792/12
812/19 818/23 819/8
819/20 822/21 823/10
823/13 824/16 826/24
827/10 833/10
**out** [25] 766/6 769/20
771/8 777/13 779/11
786/8 789/7 789/8
791/22 792/16 793/20
795/22 798/1 807/4
809/25 816/22 819/1
819/5 819/5 819/13
821/5 822/6 830/1
832/8 832/15
**outlier** [1] 777/4
**outset** [1] 781/17
**outside** [5] 796/24
797/9 802/18 802/24
804/6
**over** [7] 783/3 792/7
801/24 830/1 830/16
831/22 831/24
**overcome** [1] 804/22
**overlapped** [1] 775/22
**overlapping** [2] 797/12
797/20
**own** [2] 776/3 819/16
**Oyakhrie** [1] 783/15

**P**

**p-h-a-r-m** [1] 803/22
**p.m** [2] 803/20 833/12
**PA** [1] 764/7
**panel** [4] 766/17 767/3
819/10 825/16
**parapet** [1] 810/18
**park** [1] 822/3
**parking** [6] 818/24
819/22 821/24 821/25
822/5 822/17
**part** [14] 775/12 779/2
790/5 791/19 792/5
793/9 794/6 811/25
814/2 826/12 826/24
**participating** [1]
805/15
**particular** [5] 769/17
771/16 779/15 780/14
780/18
**particularly** [2] 775/12
804/24
**parties** [3] 770/15
783/8 823/4
**party** [1] 804/10
**party-opponent** [1]
804/10
**passive** [1] 801/24
**past** [3] 774/8 779/16
801/3
**patiently** [1] 767/15
**pause** [7] 767/2 768/1
768/4 768/17 768/20
780/3 787/12
**pay** [3] 768/8 819/1
820/12
**paystub** [1] 778/24
**paystubs** [1] 778/21
778/23
**Peace** [1] 809/13
**pedagogical** [5]
783/21 784/14 784/24
785/6 785/10
**Peed** [6] 764/19 764/19
765/18 809/3 817/12
830/19
**Peed's** [1] 797/7
**Pelosi** [1] 817/1
**Pelosi's** [3] 812/25
814/24 816/5
**Pence** [2] 809/12
815/22
**Pennsylvania** [1]
810/16
**people** [17] 771/4
773/9 779/1 789/16
790/1 795/3 795/22
803/21 808/1 808/10
810/22 812/11 813/14
813/24 815/3 816/9
816/19
**per** [2] 820/23 820/25
**percent** [1] 770/23
**peremptories** [1]
825/15
**perfectly** [2] 799/13
799/24
**perhaps** [1] 817/25
**period** [1] 795/24
**periods** [1] 781/6
**permit** [1] 784/14
**permits** [2] 777/15
783/3
**permitted** [2] 799/5
800/18
**person** [17] 771/7
776/17 778/23 780/13
787/7 792/24 793/2
796/3 796/4 823/7
827/20 827/21 828/1
831/13
**personally** [1] 769/13
**pharm** [1] 803/22
**pharma** [1] 803/23
**Philadelphia** [1] 764/7
**phone** [8] 780/7 789/14
789/16 813/23 813/24
816/11 817/22 829/9
**photo** [1] 813/17
**photographs** [1]
777/17
**photos** [1] 780/7
**physical** [2] 798/18
799/2
**pick** [4] 771/17 772/20
820/20 821/3
**picked** [1] 818/9
**pickup** [3] 820/15
822/13 822/25
**picture** [3] 790/21
816/22 818/8
**piece** [1] 817/24
**placed** [1] 825/3
**Plaintiff** [1] 763/4
**plaintiff's** [1] 782/11
**plan** [1] 832/24
**plans** [2] 819/10
819/17
**play** [1] 787/12
**pleadings** [1] 787/7
**please** [8] 765/4 767/5
767/21 768/3 768/8
774/1 774/4 832/2
**pleased** [1] 771/24
**plus** [1] 821/17
**PO** [1] 764/3
**point** [27] 776/1 783/8
787/23 788/20 789/23
792/10 792/14 793/22
794/1 794/11 795/1
795/9 795/21 797/6
797/7 797/18 798/5
800/3 800/16 800/17
801/15 805/2 807/21
813/15 817/12 823/21
827/3
**points** [5] 788/13
796/13 796/17 796/20
798/9
**political** [3] 772/22
773/4 773/8
**pool** [3] 771/14 775/12
775/20
**poor** [1] 803/25
**poorly** [1] 830/3
**portion** [1] 803/12
**position** [6] 791/3
791/12 806/14 806/19
825/13 826/18
**positive** [1] 766/3
**possibility** [1] 823/8
**possible** [1] 793/21
**post** [1] 832/14
**post-trial** [1] 832/14
**posted** [1] 802/15
**posts** [1] 801/23
**potential** [1] 825/21
**potentially** [2] 823/5
825/20
**power** [1] 774/19
**PowerPoint** [1] 787/9
**pre** [2] 801/15 806/8
**pre-conspiracy** [1]
801/15
**pre-election** [1] 806/8
**precautionary** [1]
828/17
**precede** [1] 805/16
**precise** [2] 792/25
800/23
**precisely** [3] 795/4
797/3 805/1
**precision** [1] 796/20
**precursor** [1] 808/11
**prefer** [1] 793/7
**prejudice** [2] 790/5
793/10
**prejudicial** [8] 794/8
799/3 804/21 809/7
809/14 809/21 810/2
816/2
**prepare** [1] 778/6
**prepared** [2] 782/1
785/8
**preponderance** [2]
811/13 812/5
**prerogative** [1] 791/13
**present** [14] 765/19
766/3 766/11 776/5
786/13 789/12 798/24
800/3 800/4 800/4
818/25 819/4 819/22
820/3
**presentation** [2]
784/17 787/10
**presented** [3] 781/20
784/1 789/22
**presenting** [3] 781/24
783/4 784/22
**presiding** [1] 765/3
**press** [2] 787/12
787/12
**presumably** [1] 802/1
823/10 825/16
**presume** [1] 802/5
**Pretrial** [2] 787/8
799/16
**pretty** [3] 800/14
803/17 818/17
**preventing** [1] 780/19
**previous** [1] 811/15
**previously** [2] 781/20
789/20
**primary** [1] 785/5
**principal** [1] 826/22
**principle** [1] 827/5
**printed** [1] 803/13
**printout** [1] 803/4
**prior** [7] 781/6 793/2
805/18 805/19 805/20
807/17 809/9
**probably** [9] 767/14
822/17 824/22 827/12
829/6 830/11 830/22
**probative** [5] 804/20
804/22 805/5 805/10
816/18
**problem** [3] 794/22
815/12 816/18
**problematic** [2] 773/8
786/23
**procedures** [1] 783/5
**proceedings** [4] 763/9
765/20 833/12 834/4
**process** [14] 766/12
767/10 767/10 767/13
768/25 771/13 772/7
774/22 776/2 776/7
777/2 777/6 777/7
823/17
**produced** [1] 778/19
**professionally** [1]
769/13
**proffer** [1] 799/20
**proffered** [1] 782/11
**projections** [2] 782/16
782/23
**pronounce** [1] 783/15
**proof** [1] 811/17
**proper** [2] 779/3
781/18
**properly** [2] 782/1
782/20
**proponent** [1] 784/9
**proposed** [2] 782/18
801/7
**proposition** [3] 781/25
783/19 783/24
**propriety** [1] 782/6
**prosecuting** [1] 776/18
**Prosecutor's** [1]
776/14
**Prospective** [2] 767/4
769/7
**protect** [1] 783/6
**Proud** [2] 832/21
832/24
**prove** [2] 777/16
798/23
**provide** [2] 770/18
796/19
**provided** [5] 778/2
778/3 778/13 778/22
832/19
**provides** [2] 780/25
784/19
**providing** [2] 788/12
814/6
**public** [3] 803/25
829/13 829/15
**pull** [1] 772/1
**Punta** [1] 764/16
**purchases** [2] 781/5
781/10
**purportedly** [1] 814/21
**purporting** [2] 790/22
813/12
**purpose** [5] 774/2
775/15 791/18 810/8
816/17
**purposes** [2] 773/21

**P**

purposes... [1] 801/1
pushing [2] 788/2 799/23
pussies [2] 812/20 814/15
put [18] 766/18 770/18 771/12 772/4 773/2 774/4 780/8 793/15 794/16 797/1 798/5 812/17 816/3 816/7 816/16 823/18 831/18 832/15

**Q**

qualified [7] 766/19 823/3 824/9 824/10 824/15 824/16 824/18
qualify [1] 770/22
Queen [1] 764/7
question [17] 766/15 766/21 774/15 774/20 791/10 799/13 799/17 807/25 808/8 808/10 808/22 811/2 811/10 812/3 812/5 818/15 819/7
questioning [1] 775/7
questionnaire [1] 771/22
questions [3] 766/14 775/9 776/3
quick [6] 766/21 771/1 803/18 819/8 829/23 832/15
quickly [1] 770/9
quite [5] 773/16 774/16 781/17 815/22 815/23
quote [1] 779/20
quoting [1] 777/14

**R**

rah [2] 810/1 810/1
rah-rah [1] 810/1
raise [7] 788/7 798/16 799/4 801/6 822/19 823/21 827/19
raised [1] 819/15
raising [1] 796/17
Rakoczy [1] 765/11
range [1] 797/9
rare [1] 775/5
rather [3] 782/12 782/17 804/12
re [1] 798/16
re-raise [1] 798/16
rea [1] 794/14
reach [1] 767/17
reactions [1] 772/15
read [8] 767/20 783/23 803/11 803/12 804/3 804/4 829/23 829/25
reading [1] 828/16
ready [2] 768/2 813/6
real [5] 766/21 774/12 819/7 829/23 832/15
realize [1] 818/21
really [9] 771/20

797/23 805/8 807/25 808/8 811/3
reason [2] 802/1 826/22
reasonable [4] 783/3 796/21 811/6 824/22
reasonably [1] 777/20
reasons [3] 771/3 815/11 827/13
recall [4] 786/18 795/24 799/10 832/7
receipts [1] 781/8
received [1] 785/16
recently [1] 832/19
recess [2] 770/1 770/5
recognize [2] 808/15 833/3
recommended [1] 803/16
record [18] 770/9 770/14 770/18 771/12 772/5 773/2 773/6 773/18 773/21 775/18 787/1 787/4 787/14 806/2 806/3 817/8 831/19 834/3
recordings [1] 784/3
records [15] 777/17 777/19 777/21 778/4 778/10 778/19 779/5 779/18 780/7 780/23 780/24 781/8 787/21 787/21 817/22
recovered [1] 800/23
refer [1] 808/18
referenced [1] 806/10
referencing [1] 778/11
referred [4] 780/5 787/8 789/20 808/16
referring [1] 779/15
reflect [5] 784/6 791/18 791/25 793/24 805/3
reflected [4] 781/21 782/24 788/17 794/2
reflecting [1] 787/6
regard [1] 787/5
regarding [1] 803/5
regardless [2] 776/15 811/14
registered [1] 772/25
regular [1] 824/24
related [3] 778/21 778/21 781/5
relative [1] 791/21
relevance [3] 805/5 809/5 809/20
relevant [16] 773/5 780/17 787/13 799/14 799/14 799/24 802/19 802/23 804/20 805/9 805/11 806/15 809/8 809/23 810/8 817/10
reliable [4] 784/25 785/22 786/6 786/22
reliably [2] 785/1 785/15
relied [1] 782/14

remember [1] 794/24 794/25 832/8
remind [1] 832/13
reminder [1] 832/4
reminders [1] 767/18
reminding [1] 816/24
renew [2] 770/10 770/14
replaced [2] 768/11 826/16
replaces [1] 826/11
report [2] 821/16 822/4
reporting [1] 818/23
represented [1] 782/16
Republican [1] 772/25
Republicans [1] 775/19
request [3] 792/1 797/2 827/13
requested [1] 786/14
require [3] 780/12 782/7 812/10
required [2] 778/8 779/12 795/7
requirements [1] 785/3
requires [2] 778/12 781/9
research [1] 767/22
reshuffle [1] 826/2
reshuffling [1] 827/7
residence [1] 798/18
resolve [2] 770/3 832/3
resolved [1] 829/1
respect [2] 800/8 805/7
responded [1] 802/17
responds [1] 802/5
response [1] 774/14
rest [2] 769/13 823/24
rests [2] 780/7 780/9
retired [1] 774/13
returning [1] 767/8
revealed [6] 771/13 777/24 779/22 780/11 781/3 781/13
reviewed [1] 778/4
revised [1] 831/19
revisit [1] 808/24
rewind [1] 787/13
rhetoric [1] 813/14
Rhodes [5] 781/9 802/4 802/5 816/11 832/12
Rhodes 1 [1] 832/12
Rhodes' [1] 781/4
rifle [2] 799/24 799/25
right [48] 765/21 765/25 767/5 768/2 768/18 770/3 772/21 775/6 775/24 791/23 794/7 795/19 796/24 797/5 797/9 798/14 807/19 807/19 808/3 812/13 812/14 812/23 813/10 815/25 817/7 817/8 817/19 818/20 818/21 819/16 819/18 819/23 819/25 821/13

827/4 827/11 828/4 828/7 828/13 828/15 828/21 830/4 830/9 830/24 833/9
rigid [1] 807/23
RIOS [2] 764/11 764/15
ripping [1] 802/1
rise [3] 765/2 769/23 782/22
RMR [2] 834/2 834/8
Robert [1] 764/10
ROBERTO [2] 763/6 765/8
role [1] 826/13
Rotunda [2] 790/25 791/6
round [1] 775/23
rubber [1] 812/22
rule [15] 772/24 777/13 779/3 781/18 783/1 783/2 783/2 783/19 783/21 784/18 785/3 785/9 787/15 810/11 817/6
rules [2] 782/19 816/2
ruling [4] 787/1 797/18 800/20 806/8
rulings [1] 833/5
run [3] 770/17 771/11 818/18
running [1] 822/22

**S**

sacrifice [1] 769/12
said [18] 771/22 777/6 781/10 781/17 782/11 790/1 792/14 795/9 797/15 798/5 804/12 815/9 815/24 816/25 818/23 819/13 824/2 830/22
same [11] 767/18 776/18 781/1 795/12 795/14 803/2 806/6 811/20 817/14 818/2 831/13
savvy [1] 788/3
saw [2] 772/15 826/12
say [17] 766/9 771/14 775/4 783/24 784/23 791/1 796/2 797/6 799/4 801/11 802/9 802/18 810/7 810/9 813/10 822/12 826/11
saying [10] 780/4 800/8 802/11 807/11 809/22 810/2 810/15 810/24 813/25 816/4 831/13
says [12] 776/15 776/16 786/20 802/10 802/20 809/11 809/14 809/19 812/18 812/23 812/24 812/25
scanned [1] 829/23
scene [1] 789/6
schedule [3] 819/9 829/19 832/13

scheduling [1] 832/11

scott [3] 764/14 764/17 765/16
seal [1] 774/5
seat [17] 766/9 768/11 768/13 768/14 768/15 768/16 768/23 770/6 818/23 819/20 820/17 823/3 823/9 823/19 825/5 825/6 826/4
Seat 7 [5] 818/23 819/20 823/19 825/5 825/6
seated [2] 765/4 767/5
seats [1] 769/1
second [25] 778/15 788/12 788/12 791/21 792/17 793/25 794/3 795/4 807/22 810/17 811/7 820/2 823/13 824/25 825/10 825/17 825/18 826/1 826/8 826/8 826/12 826/15 826/18 826/24 829/17
Second Circuit [1] 807/22
secondary [3] 785/7 785/12 785/20
seditious [1] 829/16
see [18] 786/15 787/25 789/4 789/5 793/10 795/16 798/12 800/5 800/24 802/13 803/4 804/2 805/8 809/4 826/20 827/14 828/23 833/10
seeing [1] 827/16
seeking [1] 807/2
seem [4] 791/19 804/24 805/4 822/24
seemed [1] 772/7
seemingly [1] 774/12
seems [5] 786/23 804/18 805/2 825/19 827/7
seen [7] 771/23 772/10 772/11 772/17 776/11 776/19 786/6
segments [1] 795/4
seized [6] 798/18 798/23 799/2 799/7 799/8 800/15
seizure [1] 798/19
selected [3] 765/24 767/12 767/17
selection [6] 763/9 766/12 767/10 768/25 776/7 777/2
send [1] 808/4
sense [2] 777/5 828/24
sent [6] 766/15 777/3 780/16 801/2 801/4 832/20
sentence [1] 806/12
sentencing [1] 832/14
sentiment [2] 814/19 814/24
separate [1] 795/4

**separately** [1] 794/10
**September** [9] 801/17
801/18 801/22 801/23
805/8 805/9 805/22
808/13 810/21
**sequencing** [3] 780/14
782/8 789/25
**series** [1] 787/11
**serves** [1] 789/18
**service** [2] 769/4 773/9
**session** [1] 765/3
**set** [4] 771/13 778/7
778/7 832/13
**seven** [1] 795/24
**seven-minute** [1]
795/24
**Seventh** [1] 776/15
**several** [3] 782/15
792/8 803/1
**share** [1] 833/6
**Sharon** [3] 812/18
813/3 813/9
**Sharon Caldwell** [3]
812/18 813/3 813/9
**she** [16] 812/18 812/24
818/25 819/3 821/14
821/15 821/16 822/9
822/10 822/10 822/12
822/14 822/24 823/11
823/13 824/24
**she's** [6] 822/4 822/13
822/22 823/13 828/17
828/19
**sheet** [2] 766/19
770/19
**sheets** [1] 768/3
**Shipley** [7] 764/2 764/3
765/14 829/11 829/14
830/9 830/10
**Shipley's** [1] 776/1
**shoot** [1] 818/21
**short** [3] 783/19 786/3
810/1
**shortly** [1] 769/18
**should** [14] 767/13
771/14 776/16 785/20
786/17 789/1 789/12
790/15 790/25 808/9
810/25 815/16 827/19
832/6
**shouldn't** [2] 789/6
808/8
**show** [29] 769/20
781/4 788/23 790/12
790/16 790/22 790/24
791/5 792/22 792/25
793/12 793/13 793/17
793/19 795/7 796/13
796/25 797/3 797/11
797/19 797/25 805/22
806/3 813/17 813/19
814/16 816/22 816/22
817/15
**showing** [19] 781/23
788/16 788/16 788/20
790/18 790/19 791/20
793/6 794/12 794/15

809/21 814/21 814/23
815/2 816/19 816/24
**shown** [4] 782/1
809/24 811/13 813/13
**shows** [8] 779/25
780/5 780/21 790/3
793/1 798/6 798/8
813/18
**shrinks** [1] 822/9
**side** [4] 799/18 815/4
827/12 831/25
**sides** [1] 828/2
**Signal** [4] 802/3 803/3
817/22 817/23
**significant** [2] 771/5
822/1
**similar** [3] 785/25
804/14 826/12
**Similarly** [2] 780/21
782/9
**simple** [1] 781/25
**simplify** [2] 784/15
785/10
**simply** [7] 766/17
775/4 777/2 778/12
786/20 792/21 828/10
**since** [4] 771/21
784/11 790/18 809/9
**single** [3] 776/3 776/6
817/24
**sit** [1] 767/15
**site** [1] 780/24
**sits** [1] 809/18
**sitting** [4] 809/15
809/22 818/18 818/19
**six** [2] 772/23 801/7
**Sixth** [3] 783/11 783/22
785/24
**Skilling** [2] 773/12
773/13
**slammed** [2] 802/6
802/11
**slice** [1] 816/22
**sliced** [1] 789/17
**slides** [2] 787/8 825/20
**slightly** [2] 770/23
796/2
**slip** [1] 774/25
**slot** [1] 825/8
**small** [1] 822/6
**smaller** [1] 817/12
**Smith** [1] 807/22
**smoke** [1] 812/21
**so** [118]
**so I think** [6] 789/5
809/15 810/24 813/15
818/16 827/5
**so it's** [3] 790/20
797/24 816/17
**So two** [1] 807/20
**solely** [2] 779/4 813/25
**some** [24] 768/6 768/7
768/10 769/17 769/21
770/18 771/11 772/1
772/17 772/25 773/5
784/6 787/3 788/9
790/15 793/13 798/25

814/6 819/10 823/16
828/24
**somebody** [10] 776/13
792/11 807/11 820/14
822/12 823/18 823/25
825/4 825/22 826/4
**somehow** [1] 798/1
**someone** [4] 771/5
814/2 826/15 832/20
**something** [12] 772/19
783/19 788/14 793/23
795/8 799/11 807/11
810/4 811/17 818/3
819/1 821/4
**sometimes** [3] 779/5
787/8 824/12
**somewhat** [1] 823/11
**somewhere** [2] 798/10
822/4
**soon** [1] 828/24
**sooner** [1] 833/11
**sorry** [13] 768/7
770/13 792/4 798/11
801/11 801/19 802/8
803/7 803/10 825/24
829/20 830/21 831/18
**sort** [7] 772/2 785/4
790/11 805/1 813/7
826/12 831/11
**sound** [1] 822/11
**sounds** [2] 818/13
822/10
**sources** [1] 780/8
**southeast** [1] 798/11
**southwest** [1] 798/11
**speak** [2] 797/14 830/2
**Speaker's** [1] 815/23
**specific** [1] 785/3
**speech** [1] 801/25
**spent** [1] 777/8
**spill** [1] 830/15
**spoke** [1] 817/20
**spot** [3] 766/25 824/25
825/9
**spouting** [1] 816/15
**spreadsheet** [1] 801/4
**stack** [6] 789/20 790/6
790/6 793/8 831/23
833/7
**Stack 1** [3] 789/20
790/6 793/8
**Stack 2** [1] 790/6
**staff** [1] 767/16
**stage** [1] 767/9
**stand** [3] 783/18 804/1
830/23
**standard** [3] 779/17
781/22 811/17
**standing** [1] 814/17
**start** [4] 797/21 805/21
818/20 822/21
**starts** [1] 797/22
**state** [17] 773/11
776/25 777/1 804/12
804/19 804/20 805/9
805/11 805/13 805/23
806/5 806/8 808/1

817/9
**stated** [1] 819/3
**statement** [21] 800/23
801/21 803/10 806/14
807/3 807/4 809/1
809/21 812/12 812/14
814/9 814/13 814/15
814/25 815/5 816/2
816/19 818/14 818/15
818/17 833/4
**statements** [29]
785/25 800/8 801/4
801/7 801/17 802/20
804/6 804/8 804/10
804/14 804/16 805/2
805/8 805/15 805/22
806/20 807/10 807/15
807/24 811/7 811/8
811/9 811/23 811/24
813/20 813/22 815/10
815/10 816/3
**STATES** [10] 763/1
763/3 763/10 765/7
781/15 783/10 783/11
783/13 783/14 807/21
**stay** [6] 820/12 826/11
827/15 829/1 830/15
833/9
**step** [1] 830/1
**steps** [3] 789/14
789/16 789/21
**Stewart** [8] 802/4
802/4 802/4 802/5
802/10 802/10 802/17
802/17
**Stewart Rhodes** [2]
802/4 802/5
**stick** [2] 825/12 828/24
**sticks** [1] 831/3
**still** [8] 783/20 791/1
807/12 807/24 808/14
820/17 832/22 833/3
**stomped** [2] 802/6
802/12
**stop** [4] 790/8 792/10
803/15 806/12
**story** [1] 791/14
**street** [4] 763/16
764/11 764/20 809/10
**stricken** [1] 825/21
**strictly** [1] 814/9
**strike** [5] 766/7 775/10
826/5 826/6 826/25
**strikes** [5] 772/23
775/23 775/23 823/6
827/7
**striking** [1] 775/19
**strong** [1] 772/15
**struck** [9] 772/25 775/5
776/4 823/9 823/22
824/1 825/4 825/6
827/2
**struggling** [1] 805/8
**SUAREZ** [2] 764/11
764/14
**subbed** [1] 824/9
**subject** [5] 782/19

817/9
**submit** [1] 813/1
**submitted** [1] 782/2
**such** [8] 784/1 784/3
784/14 784/19 784/23
784/24 785/15 807/3
**suggest** [1] 822/7
**suggested** [1] 829/13
**suggestion** [2] 789/15
790/6
**Suite** [2] 764/16 764/20
**summaries** [10]
777/21 777/22 784/14
785/5 785/6 785/6
785/7 785/12 785/15
787/25
**summarize** [4] 784/2
785/4 785/13 785/15
**summarized** [1]
782/15
**summarizes** [3] 783/24
785/23 786/23
**summary** [18] 777/15
777/16 778/2 778/3
778/6 778/15 778/19
778/25 781/21 782/13
783/20 783/20 784/25
785/20 785/21 786/4
815/2 831/19
**summary's** [1] 784/9
**Sunday** [2] 801/3
801/3
**supplement** [1] 786/25
**supplemental** [1]
801/4
**support** [1] 781/25
**supporters** [1] 812/21
**supporting** [1] 781/19
**suppose** [2] 803/22
814/7
**supposed** [1] 795/7
**Supreme** [1] 773/13
**Supreme Court** [1]
773/13
**sure** [16] 775/21 777/5
787/4 800/13 804/11
804/25 813/15 815/7
825/1 825/2 829/7
829/8 829/24 832/3
832/8 832/21
**surface** [1] 812/2
**surgery** [1] 766/6
**surprised** [1] 771/24
**survey** [1] 777/3
**suspect** [1] 769/8
**synthesis** [1] 782/12
**system** [1] 789/4

**T**

**take** [14] 767/13 768/8
769/14 769/25 770/2
786/24 794/20 809/25
818/16 818/22 823/6
825/9 833/5 833/10
**taken** [1] 830/1
**taking** [1] 788/13
**talk** [2] 767/19 770/2

**talked [3]** 779/25
808/12 831/11
**talking [8]** 771/7
806/11 810/21 810/21
815/17 818/4 823/25
824/13
**talks [2]** 807/22 808/7
**target [2]** 772/24
772/24
**team [1]** 796/17
**teams [1]** 793/18
**tear [2]** 812/21 813/8
**tear gas [2]** 812/21
813/8
**tech [1]** 803/21
**Technically [1]** 791/11
**technological [2]**
791/8 793/5
**technologically [1]**
788/3
**tell [4]** 791/14 796/1
820/5 822/19
**telling [3]** 795/17
811/22 811/23
**ten [1]** 797/9
**ten-minute [1]** 797/9
**tense [1]** 803/21
**term [5]** 771/3 783/25
807/15 810/18 832/24
**terms [16]** 765/25
773/8 773/16 782/4
786/7 786/16 787/25
788/3 788/8 790/15
809/16 816/19 818/4
823/5 823/17 826/13
**terribly [2]** 767/13
786/23
**tested [1]** 766/3
**testified [1]** 778/2
**testifying [1]** 780/13
**testimonial [1]** 785/1
**testimonially [2]**
791/22 795/11
**testimony [11]** 777/24
778/3 779/11 779/22
782/19 782/22 784/4
784/12 784/15 798/8
799/1
**text [3]** 787/20 809/15
817/22
**texts [1]** 816/12
**than [16]** 766/11
770/23 776/12 776/19
782/8 782/12 782/17
782/23 784/11 785/9
796/16 798/20 812/3
817/25 822/17 830/8
**thank [18]** 769/4 769/5
769/22 770/6 773/19
776/8 788/4 788/5
798/13 805/24 809/2
818/12 819/21 821/12
832/17 833/2 833/8
833/11
**Thank you [15]** 769/5
769/22 773/19 776/8
788/5 798/13 805/24

809/2 809/2 819/21
821/12 832/17 833/2
833/8 833/11
**Thanks [1]** 770/3
**that [448]**
**that that [1]** 827/20
**that'll [1]** 791/22
**that's [72]** 766/9
766/12 767/23 770/23
772/10 772/19 772/25
773/5 774/10 775/16
776/1 776/2 777/7
777/8 786/1 786/9
786/11 789/21 789/22
792/1 793/9 794/5
794/22 794/23 795/5
795/6 795/8 796/21
798/3 798/3 798/11
800/20 805/23 806/20
807/14 810/4 810/7
812/23 813/10 813/12
813/18 813/18 814/4
814/6 814/7 814/9
814/16 814/21 816/12
816/14 818/4 819/5
820/1 821/4 821/17
822/6 822/20 823/5
823/8 824/2 824/14
824/14 825/10 826/3
827/2 827/13 828/2
828/12 831/16 831/22
832/21 833/5
**their [14]** 774/8 775/6
776/3 790/19 794/20
804/10 804/22 808/1
808/14 808/18 808/19
825/18 831/1 831/4
**them [34]** 766/14 770/2
771/9 771/12 771/20
771/20 771/22 772/25
778/12 786/5 786/6
790/4 792/7 793/13
794/15 794/21 794/24
795/10 796/23 797/6
804/3 804/17 804/24
809/24 810/10 810/12
810/24 813/13 815/13
819/14 821/3 821/3
823/24 826/19
**themselves [7]** 777/19
778/14 779/13 779/18
782/3 782/24 813/25
**then [46]** 766/5 770/2
774/14 785/4 785/6
787/23 789/19 789/20
790/11 790/11 792/1
793/19 796/3 798/9
798/12 801/2 801/18
802/15 802/20 804/11
805/21 805/24 806/7
808/2 809/13 809/19
810/17 810/24 811/22
812/24 814/23 816/14
818/17 819/5 821/10
821/21 823/7 823/19
824/10 824/16 825/7
826/24 827/17 831/3
831/5 831/5

**there [53]** 766/15
769/17 770/8 771/4
771/11 773/12 773/15
776/16 778/1 781/17
781/19 785/25 787/24
788/10 790/5 790/15
792/7 797/23 798/14
798/25 799/17 799/22
800/4 800/5 800/7
800/8 800/10 800/23
802/16 802/20 804/13
808/15 809/5 809/7
809/14 809/15 809/17
809/18 809/22 811/17
812/12 813/11 813/15
814/17 816/16 818/1
818/6 820/14 824/7
830/15 832/1 832/15
833/10
**there's [29]** 772/17
776/15 776/16 780/19
782/21 788/23 788/25
789/15 794/13 795/13
800/15 800/19 803/3
803/12 804/9 805/12
809/15 811/16 813/11
815/15 816/18 817/23
818/13 821/19 821/24
823/7 827/11 828/10
832/6
**thereto [1]** 785/14
**these [22]** 765/20
771/12 771/17 779/14
779/20 781/10 782/21
783/1 783/18 786/5
787/24 793/13 795/22
796/13 796/18 801/17
801/22 807/5 807/9
808/17 810/20 832/11
**they [83]**
**they'd [1]** 771/23
**they'll [1]** 810/3
**they're [28]** 772/24
783/9 786/7 788/15
790/18 790/19 790/20
791/1 793/5 794/4
794/9 795/7 795/17
797/7 797/13 797/23
800/18 801/8 804/11
804/20 804/21 810/4
810/17 810/23 814/15
815/16 816/15 817/14
**they've [5]** 779/2
779/19 788/14 789/17
793/12
**thing [11]** 765/23 772/4
787/15 799/2 803/11
806/2 820/2 822/8
822/18 832/6 832/18
**things [13]** 774/18
789/4 789/8 803/20
807/20 809/14 809/19
809/22 810/2 813/25
816/25 823/14 829/10
**think [94]**
**thinking [4]** 791/7
805/3 814/16 831/15

783/16 785/19 787/23
826/18 827/1
**Third Circuit [1]**
783/16
**this [99]**
**This is [1]** 765/7
**those [37]** 766/7
767/11 767/12 769/1
769/3 770/24 772/14
772/15 777/21 778/18
781/7 782/1 783/5
786/19 790/10 790/12
790/15 796/4 796/6
796/20 798/9 802/14
802/23 804/5 804/15
804/18 805/15 807/14
808/20 811/23 813/20
813/21 814/25 831/22
831/23 831/24 832/3
**though [2]** 801/15
807/10
**thought [7]** 773/7
773/7 774/15 793/22
815/9 821/23 823/17
**thoughts [4]** 786/16
821/13 821/21 826/21
**three [8]** 775/22 777/8
784/6 785/4 799/15
803/2 825/23 831/4
**through [21]** 769/15
770/21 771/1 772/7
774/11 774/21 774/25
776/7 780/23 784/6
791/7 795/11 798/7
799/1 812/21 813/8
815/1 815/12 816/23
818/1 819/14
**throughout [3]** 777/25
779/23 808/17
**throwing [1]** 813/14
**thrust [1]** 797/17
**thus [1]** 782/18
**tied [1]** 789/16
**time [44]** 769/5 775/10
779/6 780/17 783/6
788/2 788/21 790/12
791/5 792/10 792/16
792/25 795/4 795/12
795/14 795/25 796/17
798/1 798/9 799/11
801/8 801/15 801/24
802/18 802/21 802/24
803/15 804/3 804/4
804/13 805/4 806/12
806/24 814/8 817/9
818/2 822/9 825/23
830/23 831/1 831/4
831/13 831/15 833/5
**timeline [14]** 779/1
780/18 786/9 789/11
790/3 790/19 793/10
793/14 793/15 793/16
793/20 808/9 809/17
809/20
**timelines [3]** 790/8
790/9 807/23
**times [9]** 775/9 790/5

795/23 796/4
797/8 803/17 816/9
822/21
**tinker [1]** 797/18
**tiny [2]** 830/16 832/18
**titled [1]** 834/4
**today [9]** 766/3 766/9
766/24 800/20 812/25
816/5 817/6 818/19
832/6
**today's [1]** 833/4
**together [4]** 772/1
780/8 796/24 816/7
**told [4]** 818/23 819/14
820/2 831/21
**took [1]** 808/5
**touch [1]** 827/17
**toward [1]** 810/15
**tower [1]** 788/14
**training [1]** 808/14
**trainings [1]** 806/17
808/18 808/20
**transcript [2]** 763/9
834/3
**travel [2]** 766/10
810/23
**treason [1]** 829/16
**trial [27]** 769/2 769/10
769/16 769/19 771/10
771/23 773/15 777/25
779/16 779/23 780/20
784/3 784/13 785/14
794/21 796/12 799/21
801/5 801/6 804/15
808/12 809/9 809/18
811/7 811/15 831/10
832/14
**trip [1]** 827/22
**troubling [1]** 774/13
**Troy [2]** 763/15 765/12
**true [6]** 775/21 775/21
786/2 791/16 807/14
811/16
**Trump [5]** 774/18
802/6 802/11 802/21
812/20
**truth [3]** 783/6 804/11
812/9
**try [2]** 797/25 830/15
**trying [4]** 773/6 792/6
793/15 793/17
**Tulsa [2]** 776/23
776/24
**tuned [3]** 827/15 829/1
833/9
**turbulent [1]** 803/17
**turn [1]** 777/10
**turned [1]** 818/5
**two [22]** 769/1 775/22
778/1 781/14 784/5
789/19 796/4 796/20
798/9 798/25 802/14
802/20 803/2 807/20
809/7 820/21 825/15
825/24 827/2 827/24
829/10 831/5
**type [2]** 784/10 826/12
**types [1]** 785/5

**T**

typically [2] 807/14 830/14
typo [1] 830/5

**U**

U.S [2] 763/16 802/22
U.S. [1] 776/19
U.S. Attorney's Office [1] 776/19
U.S.A [5] 809/11 809/11 812/18 812/18 812/18
Uber [1] 822/14
Ubered [1] 822/11
ugly [2] 809/21 814/23
uh [4] 766/22 772/6 809/11 809/11
Uh-huh [2] 766/22 772/6
uh-oh [2] 809/11 809/11
unavailable [2] 771/9 828/14
unavoidable [1] 775/1
uncontested [1] 794/18
under [8] 774/4 779/3 783/1 783/2 783/21 786/5 815/8 815/16
underlying [10] 777/19 779/18 782/18 782/24 784/8 785/23 786/22 788/11 788/17 812/10
underscore [1] 789/23
understand [13] 769/11 773/5 773/18 780/10 781/2 783/24 787/1 797/7 809/20 809/23 812/2 816/8 823/23
understanding [3] 785/2 785/17 786/11
understands [1] 792/15
understood [3] 792/2 792/13 806/7
underway [1] 777/2
undisclosed [2] 773/23 781/24
undoubtedly [1] 791/16
undue [1] 783/7
unduly [1] 804/21
unfair [1] 795/20
unique [2] 779/14 788/1
unit [1] 793/8
UNITED [10] 763/1 763/3 763/10 765/7 781/15 783/10 783/11 783/13 783/14 807/21
United States [6] 781/15 783/10 783/11 783/13 783/14 807/21
unless [1] 800/9
unreasonable [1] 791/19

811/3 828/25 831/21
unusual [1] 785/19
up [25] 766/25 768/3 770/2 770/11 778/13 786/24 789/14 789/16 789/21 797/9 797/23 799/11 817/13 819/12 820/20 821/4 822/21 824/5 826/19 827/2 829/17 830/23 831/9 832/5 832/24
updates [1] 765/25
upon [8] 770/22 779/8 779/18 780/23 781/7 823/4 823/16 823/18
upshot [1] 777/8
us [11] 767/8 767/24 768/25 775/6 803/17 803/24 817/4 820/5 821/12 822/19 833/5
usdoj.gov [1] 763/18
use [6] 774/17 781/18 784/19 789/10 810/18 823/6
used [6] 774/8 776/4 784/2 825/23 826/24 832/2
using [2] 774/1 801/15
uttered [1] 804/17
utterly [1] 781/22

**V**

valid [2] 785/22 786/22
Vallejo [13] 764/19 765/10 765/18 788/20 807/6 813/4 813/5 817/14 817/15 817/18 817/25 818/3 818/8
value [4] 804/22 805/5 805/10 816/18
varied [1] 786/12
various [3] 780/6 780/8 781/9
venue [3] 770/10 770/15 773/10
versus [8] 765/8 772/15 781/15 782/9 783/10 783/11 783/13 783/15
very [6] 769/5 769/11 781/16 794/5 797/15 809/14
via [2] 810/22 810/23
video [23] 787/10 787/20 788/15 788/23 788/25 788/25 789/6 793/4 794/20 794/21 795/13 800/6 801/24 810/1 810/17 810/24 812/19 813/1 813/18 816/4 816/14 816/23 817/21
videos [8] 780/7 780/17 787/12 788/22 796/13 803/17 804/3 809/7
viewing [1] 771/3

visual [1] 791/24
visually [1] 798/1
visuals [1] 832/2
voir [6] 771/8 774/12 774/21 775/15 777/6 777/7
voluminous [7] 777/17 777/18 777/21 778/18 779/18 787/16 787/18 787/18
vs [1] 763/5

**W**

wait [2] 828/23 831/21
walk [1] 832/8
walking [4] 809/10 814/5 818/1 818/3
want [13] 769/4 774/18 787/3 794/24 795/2 795/10 796/1 806/5 813/17 824/20 826/10 832/14 832/21
wanted [11] 772/10 773/2 787/14 794/1 798/16 801/6 806/1 809/6 817/3 829/17 832/12
wanting [1] 802/1
wants [2] 816/1 816/7
was [94]
Washington [4] 763/5 763/17 764/21 780/22
wasn't [4] 807/6 813/5 813/6 817/23
wasted [1] 802/21
wasting [1] 783/6
watch [3] 794/22 803/21 804/3
Watkins [2] 809/16 816/12
way [11] 774/18 777/7 789/17 789/22 790/17 794/16 803/13 814/12 821/7 829/22 831/16
we [132]
We believe [1] 824/7
we will [7] 767/15 769/13 769/15 769/18 769/19 818/20 821/10
we'd [3] 807/4 819/14 826/10
we'll [21] 766/7 766/16 767/25 768/22 770/1 770/2 771/11 771/12 772/1 786/15 790/24 798/12 800/24 822/5 827/9 827/14 827/17 828/23 828/23 830/9 833/10
we're [18] 768/7 771/7 772/14 775/21 793/16 797/25 803/1 810/20 810/21 812/19 813/7 818/4 823/25 824/12 824/24 828/17 828/12 828/17 832/22
we've [6] 766/10 770/19 779/25 796/15

weapon [4] 798/23 799/6 800/15 800/23
week [5] 786/24 819/9 819/11 819/14 821/17
weekend [1] 831/22
weeks [4] 803/2 803/2 805/19 805/20
WEINBERG [5] 764/11 764/14 764/15 765/16 830/17
welcome [3] 765/21 767/7 805/25
well [14] 766/6 789/18 800/2 804/8 805/7 805/11 805/21 813/10 815/7 819/4 824/2 825/2 827/11 828/8 827/9
went [9] 774/11 782/14 806/4 806/4 806/5 813/21 817/17 827/6 827/9
were [39] 766/19 769/9 770/24 771/2 771/2 771/9 771/11 773/12 773/15 778/1 778/22 779/10 779/16 781/14 781/24 788/21 790/1 790/1 792/5 793/17 795/9 795/21 797/3 801/5 801/7 802/16 804/14 804/16 807/5 807/7 813/4 816/9 816/19 825/3 825/17 825/23 831/23 831/23 833/6
what [69] 769/11 772/13 773/3 774/15 775/17 776/10 776/15 777/8 778/3 778/6 780/4 780/10 781/2 783/18 785/5 785/7 786/15 786/18 789/20 790/1 790/1 790/24 791/5 792/5 792/20 792/21 794/24 795/5 795/8 795/10 795/25 797/11 797/25 798/10 800/7 802/8 803/7 803/25 804/12 804/25 805/9 810/9 814/16 815/23 818/4 819/5 820/6 820/21 820/23 821/13 821/21 821/21 821/22 822/16 823/4 825/1 826/12 827/13 827/15 827/16 828/5 828/7 828/12 829/17 830/24 832/22
what's [1] 803/10
whatever [1] 770/2
whatnot [1] 832/23
when [34] 769/8 772/20 774/15 776/25 786/24 787/15 787/19 788/23 789/21 790/18 790/24 791/20 791/21

796/3 796/4 796/5 796/25 797/13 797/21 798/6 798/16 799/12 799/22 804/1 808/12 808/24 810/17 811/24 818/18 821/15 821/16
where [21] 766/13 767/9 773/12 788/13 790/1 790/21 793/6 793/17 797/3 809/12 813/17 813/18 813/19 813/23 815/22 816/9 816/19 816/23 816/25 817/17 819/12
whether [19] 775/15 786/14 786/17 791/5 799/13 799/17 799/18 806/23 807/5 807/24 810/10 811/14 811/14 812/6 812/7 814/13 821/19 821/24 828/10
which [46] 766/11 766/18 766/19 773/11 776/13 776/22 777/14 777/23 779/21 779/24 780/5 780/21 781/4 781/12 782/13 782/16 782/24 783/12 783/13 783/23 784/24 785/7 785/19 786/2 789/22 791/14 791/18 793/23 794/14 795/22 796/2 800/3 801/8 801/14 802/4 803/1 803/19 806/16 809/8 809/16 822/14 824/21 825/3 825/9 826/19 831/2
while [4] 767/15 779/14 790/16 810/15
white [1] 788/24
who [27] 766/2 766/5 767/11 767/12 769/1 769/3 770/24 771/2 772/9 772/14 772/15 776/14 778/1 780/1 800/7 807/3 810/15 810/22 820/14 822/15 823/25 824/3 825/20 826/4 826/5 826/11 826/25
who's [10] 766/8 780/13 806/23 806/24 807/4 823/6 823/9 824/5 826/4 829/19
whole [1] 776/25
whom [1] 825/21
whose [1] 771/5
why [42] 776/2 776/2 777/5 789/22 789/23 805/6 810/3 814/7 814/21 815/11 815/12 824/2
wife [4] 809/10 809/10 813/25 815/4
wife's [1] 814/14
will [48] 766/17 767/10 767/12 767/15 767/17

849

**W**

will... **[43]** 768/8
768/11 768/13 768/14
768/15 768/16 768/23
769/2 769/3 769/12
769/13 769/15 769/17
769/18 769/19 769/20
773/11 782/25 783/8
783/8 786/10 788/23
791/25 794/13 794/24
794/25 795/19 803/15
806/3 806/13 812/25
815/10 817/15 817/21
818/20 818/25 821/10
830/22 831/2 831/22
831/24 832/1 832/8
William **[5]** 764/2 764/3
765/14 834/2 834/8
Willow **[5]** 801/9
801/12 801/12 806/3
806/5
winnowing **[1]** 767/11
wipe **[3]** 812/25 814/24
816/4
wish **[1]** 786/8
within **[3]** 785/3 795/23
807/15
without **[5]** 774/12
774/22 781/24 818/9
818/24
witness **[1]** 782/14
witness' **[1]** 782/17
witnesses **[6]** 777/25
783/4 783/7 784/21
830/25 832/5
woman **[1]** 822/20
won't **[2]** 774/25
831/14
wondering **[1]** 788/7
word **[3]** 817/21 829/25
829/25
words **[5]** 770/24
779/10 816/22 820/13
825/4
work **[6]** 767/16 782/4
797/11 797/18 797/25
804/2
worried **[1]** 771/25
worry **[1]** 827/23
worth **[1]** 776/10
would **[85]**
wouldn't **[6]** 802/5
802/11 810/2 813/16
818/8 822/3
writings **[1]** 777/17
wrong **[4]** 783/1 786/4
800/9 814/12

**Y**

yeah **[12]** 774/6 774/7
777/4 800/21 802/21
811/21 813/11 818/21
821/1 825/6 829/6
829/20
yellow **[1]** 797/24
Yep **[2]** 776/9 801/13
yes **[12]** 794/5 801/21
809/4 811/10 811/11

820/4 820/7 827/25
831/7
yesterday **[4]** 769/9
773/24 829/12 829/18
yet **[5]** 770/17 785/9
785/9 802/17 832/13
you **[137]**
you'd **[1]** 820/13
you'll **[2]** 820/19
830/10
you're **[7]** 793/23
793/24 795/5 795/21
805/25 810/9 814/18
you've **[3]** 816/10
819/21 832/3
young **[1]** 822/20
your **[45]** 765/6 766/20
768/3 768/9 769/5
770/10 773/19 773/20
774/7 775/18 776/21
776/21 786/25 787/2
788/4 791/2 791/10
792/2 792/4 793/22
794/1 794/5 796/7
796/10 798/13 801/22
806/1 806/7 809/4
810/12 812/16 815/8
821/21 821/23 822/18
829/1 829/8 829/10
829/21 830/8 830/18
831/7 831/9 831/19
832/17
Your Honor **[29]** 765/6
766/20 770/10 773/19
773/20 774/7 775/18
786/25 788/4 791/2
792/2 792/4 794/5
796/7 798/13 801/22
806/1 809/4 810/12
812/16 821/23 822/18
829/10 829/21 830/8
830/18 831/7 831/9
832/17
yourselves **[2]** 767/20
826/6

**Z**

Zaremba **[2]** 834/2
834/8
Zello **[1]** 787/20