1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,              )
                                            )
4              Plaintiff,                   )    CR No. 22-15
                                            )    Washington, D.C.
5         vs.                               )    December 12, 2022
                                            )    12:49 p.m.
6    ROBERTO A. MINUTA, ET AL.,             )
                                            )    Day 5
7              Defendants.                  )
     _____)

8

9              TRANSCRIPT OF JURY TRIAL PROCEEDINGS
                BEFORE THE HONORABLE AMIT P. MEHTA
10                UNITED STATES DISTRICT JUDGE

11

12

13

     APPEARANCES:
14
     For the Government:        **Kathryn Rakoczy, AUSA**
15                              **Jeffrey Nestler, AUSA**
                                **Alexandra Hughes, AUSA**
16                              **Troy Edwards, AUSA**
                                **Louis Manzo, AUSA**
17                              U.S ATTORNEY'S OFFICE
                                601 D Street, NW
18                              Washington, D.C., 20579
                                (202) 252-7277
19

20

21

22

23

24

25

1    APPEARANCES CONTINUED:

2    For Defendant
     Roberto A. Minuta:              **William Lee Shipley, Jr.**
3                                    LAW OFFICES OF WILLIAM L. SHIPLEY
                                     PO Box 745
4                                    Kailua, HI 96734
                                     (808) 228-1341
5

6    For Defendant
     Joseph Hackett:                 **Angela Halim**
7                                    3580 Indian Queen Lane
                                     Philadelphia, PA 19129
8                                    (215) 300-3229

9
     For Defendant
10   David Moerschel:                **Connor Robert Martin**
                                     BROWN, SUAREZ, RIOS & WEINBERG
11                                   1532 Jackson Street
                                     Fort Myers, FL 33901
12                                   (239) 337-9755

13                                   **Scott Weinberg**
                                     BROWN, SUAREZ, RIOS & WEINBERG
14                                   265 E Marion Avenue
                                     Suite 114
15                                   Punta Gorda, FL 33950
                                     (941) 575-8000
16

17   For Defendant
     Edward Vallejo:                 **Matthew J. Peed**
18                                   CLINTON & PEED
                                     1775 Eye Street, NW
19                                   Suite 1150
                                     Washington, D.C. 20006
20                                   (202) 919-9491

21

22

23

24

25

1                          **I N D E X**

2
                                                          <u>PAGE</u>
3
     GOVERNMENT'S OPENING STATEMENT..................... 887
4
     DEFENDANT HACKETT'S OPENING STATEMENT.............. 928
5
     DEFENDANT MOERSCHEL'S OPENING STATEMENT............ 941
6
     DEFENDANT VALLEJO'S OPENING STATEMENT.............. 957
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    MONDAY, DECEMBER 12, 2022

 2                           -  -  -

 3              (Proceedings commenced at 12:49 p.m.)

 4                           -  -  -

 5              COURTROOM DEPUTY:  Good morning, Your Honor.

 6     This is Criminal Case Number 22-15, United States of America

 7     versus Defendant Number 6, Roberto A. Minuta; Defendant 7,

 8     Joseph Hackett; Defendant 8, David Moerschel; and

 9     Defendant 11, Edward Vallejo.

10          Kathryn Rakoczy, Jeffrey Nestler, Alexandra Hughes,

11     Troy Edwards, and Louis Manzo for the government.

12          William Shipley for Defendant Minuta; Angela Halim for

13     Defendant Hackett; Scott Weinberg and Connor Martin for

14     Defendant Moerschel; and Matthew Peed for Defendant Vallejo.

15          All named defendants are present in the courtroom for

16     these proceedings.

17              THE COURT:  Okay.  Good afternoon, again,

18     everybody.  Hope everybody is well and had a good weekend.

19          All right.  So we're getting a slightly later start

20     than we had hoped, but we should be ready to go about 1:15

21     when our last juror arrives.  Fingers crossed.

22          So, in the interim, why don't we deal with the handful

23     of motions that were filed since we were last together last

24     week, starting I think with Ms. Halim's motion concerning

25     Mr. Hackett's Samsung flip phone.
```

1     So let me see if you would like to add anything, or I

2    can just turn to the government and get their response.

3                    MS. HALIM:  Yes, I think that would be

4    appropriate.  I don't have much to add.

5                    THE COURT:  Okay.

6                    MR. NESTLER:  We're not intending to open on

7    it, and we're not prepared to respond to the factual

8    assertions that she made in the motion that was filed last

9    night.  We will run down those issues and we'll get back to

10   the Court when we're prepared to do so.  If this issue comes

11   up, it will not come up until later in the trial.

12                   THE COURT:  Okay.

13       All right.  So then there were the two motions that

14   Mr. Shipley filed, these are ECF 421, 422, they concern

15   statements both by North Carolina Oath Keepers and then

16   Mr. Caldwell.

17       Mr. Shipley, anything else you want to add with

18   respect to your motions?

19                   MR. SHIPLEY:  No, Your Honor.  As the one

20   person in the room who didn't sit through the trial, I don't

21   think I have the same command of the trial record that

22   either the Court or the government has with respect to the

23   basis for my motion, so I'll submit it based on what I've

24   written.

25                   THE COURT:  Okay.  Mr. Edwards.

1          MR. EDWARDS:  Your Honor, similarly, this is

2     not going to be at issue in opening or in the early

3     witnesses, though we're prepared to at least respond briefly

4     if the Court would like to hear that the North Carolina Oath

5     Keepers issue -- the government isn't alleging that it --

6     I'll put it differently.

7          It's irrelevant that whether the group of the North

8     Carolina Oath Keepers in that chapter divorced from

9     nationals.  What the evidence will show is that Stewart

10     Rhodes and this group of individuals were in touch with

11     individuals like Doug Smith and Paul Stamey, who are members

12     of that organization, and that's including past

13     November 15th, including Doug Smith's messages to Stewart

14     Rhodes after his open letters and Paul Stamey and Doug Smith

15     coordinating with Thomas Caldwell to organize this hotel.

16          And that brings me to the second issue, which is

17     Thomas Caldwell.  And I'd just rest on the government's

18     argument at the hearing last week, the simple fact that

19     there was a jury verdict that the government hadn't met its

20     burden beyond a reasonable doubt shouldn't educate the

21     Court's view as to whether or not the government can meet a

22     preponderance of the evidence standard.

23          And to Mr. Shipley's point that the intermediary

24     between Thomas Caldwell and this group of individuals was

25     North Carolina, again, it wasn't necessarily North Carolina,

1    it was these particular individuals, and the evidence should

2    show that they were involved in the conspiracy.

3                THE COURT:  Okay.  So insofar as the North

4    Carolina Oath Keepers goes, I mean, I anticipated that would

5    be the government's response.

6        And, frankly, Mr. Shipley, I think it's accurate.  You

7    know, the alleged conspiracy is not between sort of

8    state-level subgroups of the Oath Keepers; rather, it's a

9    conspiracy among individuals.  And from what I recall, the

10   evidence at the first trial did show that at least two of

11   the North Carolina Oath Keepers, Mr. Stamey and Mr. Smith,

12   notwithstanding whatever rift may have come about between

13   the organizations, did continue to -- certainly up through

14   January 6, continue to communicate with Mr. Rhodes.  In

15   fact, there's one particular text message or communication I

16   think from Mr. Smith, Ranger Doug, after Mr. Rhodes posts

17   one of his open letters in which Smith is sort of very

18   laudatory and complimentary of Mr. Rhodes's posting and even

19   I think -- well, I'll leave it at that because I know that's

20   certainly the case.

21       And then -- so it's not as if there was this

22   complete -- and I think the evidence will bear this out --

23   it's not as if there was this complete break between all

24   members of that organization, the North Carolina folks and

25   everyone else.  Certainly at least two of the key

1    individuals continued to communicate and -- including

2    Mr. Stamey communicating with Mr. Caldwell about the QRF.

3    And then ultimately the evidence shows that both Kelly Meggs

4    and Stewart Rhodes were made aware of the QRF and its

5    placement at the hotel and who in fact would -- I think, if

6    memory serves, sort of what states would have provided

7    weapons to the QRF.

8         Insofar as Mr. Caldwell goes -- and actually -- it's

9    always dangerous to do a little bit of research, but there

10   actually are a couple of cases that are directly on point in

11   terms of this idea that just because a declarant has been

12   acquitted at a prior conspiracy trial and acquitted of a

13   conspiracy, that that declarant's statement can't come in

14   against another defendant as a co-conspirator statement.

15        And I would just direct the parties' attentions to --

16   there's a decision out of the Five Circuit called *United*

17   *States versus Cravero*, 545 F.2d at 406.  This is Fifth

18   Circuit from 1977.  And I'll just read from what the court

19   said there, that:  "We see no reason for a differing rule

20   when acquittal occurs before the hearsay testimony's

21   admitted."

22        Most of the cases involve situations where there's

23   co-defendants or co-conspirators and then oftentimes the --

24   or either one of two of scenarios, either the judge directs

25   a verdict for one of the declarant co-conspirators, or the

1    jury acquits one of the declarant co-conspirators.  And then

2    the issue on appeal is, well, should the Court had sort of

3    retroactively decertified or disqualified the co-conspirator

4    statements because one of the co-conspirators was deemed --

5    the declarant co-conspirator was deemed to have been

6    acquitted at trial.

7         *Cravero* involves the situation we find ourselves in,

8    and so that's what the court is referring to when it says:

9    "We see no reason for a differing rule when acquittal occurs

10   before the hearsay testimony is admitted.  The earlier

11   acquittal signifies that the government failed to prove the

12   declarant a participant in the conspiracy beyond a

13   reasonable doubt.  This circumstance in no way forecloses

14   the government in a subsequent case from establishing by

15   slight or even preponderant evidence the declarant's

16   participation.  The independent slight evidence" -- they

17   seem to have this sort of slight evidence rule back in

18   1977 -- "necessary to meet the threshold admissibility

19   requirement means only that the evidence would be sufficient

20   to support a finding by the jury that declarant was a

21   co-conspirator."

22        It's obviously not inconsistent with the earlier

23   jury's inability to sort of determine beyond a reasonable

24   doubt.

25        And then the Sixth Circuit some years later in the

1       *United States versus Todd*, 920 F.2d 399, faced a similar

2       factual scenario in which declarant co-defendant had been

3       acquitted at a prior trial, and then that declarant's

4       statement was admitted in the subsequent trial, and the

5       Court there rejected the defendant's argument saying:  "This

6       argument, however, fails to distinguish between the burden

7       of proof necessary to convict a person of a crime beyond a

8       reasonable doubt and the burden of proof necessary to admit

9       evidence -- preponderance of the evidence."

10          "Once the existence" -- this is quoting from a Seventh

11      Circuit case -- "once the existence of a joint venture for

12      an illegal purpose or for a legal purpose using an illegal

13      means in a statement made in the course of in furtherance of

14      that venture have been demonstrated by a preponderance of

15      the evidence, it makes no difference whether the declarant

16      or any other partner in crime could actually be tried,

17      convicted, and punished for the crime of conspiracy."

18          So in any event -- so to the extent there was -- I

19      raised it and it was premised in your motion, Mr. Shipley,

20      the idea that just because Mr. Caldwell was convicted --

21      excuse me -- acquitted of the conspiracy counts doesn't

22      foreclose Freeman of his statements in this case against

23      these defendants as co-conspirator statements.

24          The question then, it seems to me, is whether there

25      was at least a prima facie case that could be made of

1    Mr. Caldwell's participation in the conspiracy.  And I think

2    there certainly was.  There's certainly numerous

3    communications with Mr. Caldwell about the QRF.  Yes, it's

4    true, he wasn't in the Signal chats; yes, it's true he was

5    not directly in communications with Stewart Rhodes I think

6    after November of 2020.

7         Nevertheless, he was communicating with Paul Stamey,

8    he was communicating with others including Jessica Watkins

9    about the events of January the 6th and in particular was

10   communicating with Mr. Stamey about the QRF and identifying

11   a potential boat for the QRF.  And those statements alone

12   certainly establish his status as a potential or a

13   co-conspirator for purposes of admissibility.

14        Insofar as the specific question that was raised the

15   other day by Mr. Peed in the statements that are included in

16   Exhibit 1500, by the Caldwells during January 6th on

17   January 6th itself, there's two videos of them, I went back

18   and took a look.  There's one at about 12:36 PM where

19   Mr. Caldwell and Ms. Caldwell are walking toward the Capitol

20   building.  Ms. Caldwell essentially says, "We're marching to

21   the Capitol and they better do the right thing today.  If

22   not, uh-oh."

23        Mr. Caldwell responds words to the effect of, "I know

24   where Pence lives up on Wisconsin Avenue."  And he says,

25   "That punk ass better do what he's supposed to do."

1          You know, even if those are not strictly -- I mean,

2    these are arguably in some sense co-conspirator statements,

3    I guess insofar as they're at least communicating what one

4    alleged co-conspirator is doing on the day of and his

5    movements toward the Capitol building, where he ultimately

6    ends up.

7          But even if it's not strictly a co-conspirator's

8    statement, Mr. Caldwell's statements are admissible as they

9    bear on his state of mind on that day.  In particular, his

10   wife Sharon, while Mr. Caldwell is present, is acknowledging

11   that, you know, "Vice President Pence better do the right

12   thing" or "they better do the right thing" -- "they" may be

13   referring to all members of Congress -- "and if not, uh-oh."

14         I mean, people can decide for themselves what she was

15   referring to, if anything.  But, nevertheless, it gives some

16   indication of his state of mind based upon what his wife was

17   present and said, in which he immediately responds -- to

18   give further context or to give context to his statement --

19   that "I know where Pence lives, punk ass better do what he's

20   supposed to do," I think certainly provides evidence of his

21   state of mind and the state of mind of a co-conspirator and

22   their intention or his intention to go to the Capitol

23   building that day.

24         Then at 2:51 there's the video of the Caldwells at the

25   lower west terrace, it's chanting of "USA, USA."  And then

1          Mr. Caldwell sort of joins in, he looks in the camera, and

2     this is the famous Pelosi's doorknob comment.

3          So, you know, I'm not sure those are hearsay

4     statements strictly.  If memory serves, I mean, they're

5     largely chanting, and Mr. Caldwell's statement which

6     obviously itself is not truthful or even being presented for

7     the truth of the matter asserted.  And, frankly, I'm not

8     sure it could really qualify as a co-conspirator statement

9     insofar as it's not clear to me what if anything is being

10    done there to further the conspiracy.

11         Arguably, it does bear on, you know, Mr. Caldwell's

12    state of mind, and frankly is evidence as what a conspirator

13    is doing on the day of and at the particular time that's

14    relevant to the conspiracy.  So I think it's certainly

15    probative and admissible for that purpose.

16         You know, I thought about this because of this trial

17    and in the context of this trial, and that last statement

18    about Pelosi's doorknob, you know, I am going to actually on

19    403 grounds ask the government to remove that from the video

20    and from the transcript.  At the end of the day, it's not

21    terribly probative of much.  It's a stupid statement, it's

22    one of the clearly that has no truth value to it, and

23    ultimately the thing was played three or four times at the

24    first trial and -- you know, I think it has some prejudicial

25    quality to it the first time and second time and certainly

1    the third and fourth time.  But because Mr. Caldwell was

2    actually sitting at that trial, you know, the prejudicial

3    quality of it was not such that it actually outweighed the

4    probative value of it.

5         But this is a different trial, we've got different

6    defendants who are here and Mr. Caldwell's not here, and I

7    think the nature of the statement is such that I'm going to

8    ask the government to actually delete those lines from the

9    video and that exhibit.

10                   MR. EDWARDS:  May I respond briefly, Your

11   Honor?

12                   THE COURT:  Sure.

13                   MR. EDWARDS:  Thank you.

14        The government's intention with that video -- I

15   understand the Court's ruling -- was to focus the jury on

16   the fact that there are co-conspirators apart from

17   Mr. Hackett and Mr. Moerschel and their group focused on

18   Speaker Pelosi that day.

19        As you know and as was shown in the first trial, Kelly

20   Meggs writes a message that they or we -- in Mr. Meggs's

21   words -- looked for Speaker Pelosi that day.

22        So it is just in terms of responding to the 403

23   analysis, it's probative in the sense that there are other

24   co-conspirators in this group that were also focused on

25   Speaker Pelosi and what they were doing.  I understand the

1    Court's ruling on the doorknob, but at the very least, it's

2    their focus on that particular individual.

3                    THE COURT:  Understood.  On the other hand,

4    given Mr. Caldwell's penchant for rhetorical flourishes, I'm

5    not sure that it's all that probative of his state of mind.

6         In any event, so that will be the ruling both on

7    Mr. Shipley's motion and then the issue Mr. Peed raised last

8    week about the Caldwells' statements in Exhibit 1500.

9         All right.  So is there anything else?

10                   MS. HALIM:  Yes, there is.

11        The government distributed via USAfx over the weekend

12   exhibits that they presumably intend to introduce through

13   Special Agent Kelsey Harris, who I believe is going to be

14   one of the early witnesses in the trial.

15        I have two objections and one point of clarification.

16   My first question is for the government as to Exhibit 6610.

17        Is the government intending to only introduce the

18   redacted version, or is the government intending to

19   introduce the nonredacted version?  It's regarding

20   Mr. Abdullah's tip that was sent to the FBI following the

21   recording of the GoTo meeting.

22                   MR. NESTLER:  We intend to introduce the

23   redacted version to show the jury, but have the unredacted

24   version visible to the witness as the witness is testifying.

25                   MS. HALIM:  Thank you.

1          So no further issues as to 6610, with that

2     clarification.

3          If the Court will recall in Mr. Hackett's omnibus

4     motion in limine, I had made a motion to preclude

5     introduction of that combat arts training event, the video,

6     things of that sort.  That was from September 20th, 2020.

7     When I reviewed the exhibits for Agent Harris, there are 24

8     exhibits relating to that training, and then two additional

9     exhibits, so a total of 26 exhibits that presumably the

10    government intends for Special Agent Harris to testify

11    about.

12         Quite candidly, I don't remember if the Court ruled.

13    I thought that was one of those things that we put a pin in

14    it and said we're just going to have to wait and see how the

15    evidence comes in.  So now I think we're at the point where

16    I'm asking the Court to rule on that.

17         To the extent that Mr. Hackett is overruled and you do

18    admit some testimony regarding that incident, 26 exhibits

19    is -- I mean, running afoul of all kinds of things.  I mean,

20    we're getting into cumulative nature.  And there is

21    clearly -- it's clearly from the exhibits.  What they've

22    done is they've taken videos and sort of broken them up into

23    individual pieces.  They've even got transcripts of the

24    teacher who was speaking.  It goes so far above and beyond

25    anything that would be probative as it pertains to the

1    charged conspiracy.

2              THE COURT:  Okay.

3              MR. NESTLER:  We intend to introduce at this

4    trial the same evidence without the combat art training

5    introduced at the first trial with the additional of some

6    messages from September 20th and 21st that Mr. Meggs

7    exchanged with Mr. Hackett and others in the Florida Oath

8    Keeper group in which Mr. Meggs said some in videos and

9    talks about what a great training it was and compliments

10   Joe, Joe Hackett, and Ken, Ken House, on the job they did

11   that day.

12        I haven't counted each of them, but it's the same

13   photographs and it's the same videos.  At the first trial we

14   introduced only a minute or so of the instructor talking

15   about the training.  The defense under Rule 106 introduced

16   the entire video, and so at this trial we intend to

17   introduce the entire video.  It's seven or so minutes long.

18              THE COURT:  Well, I guess -- I suppose in some

19   sense it's a wait-and-see.  I mean, if it does get

20   cumulative, you'll let me know.  Just to be clear and if I

21   haven't been about the combat arts training video and why

22   it's admissible, I mean, I suppose it's admissible at a

23   minimum for two reasons.  One is that it establishes

24   connections.  Although it's before the conspiracy, it

25   establishes connections among some of the alleged

1       co-conspirators.  Mr. Meggs, his wife, Mr. Hackett,

2       Mr. Harrelson were all present, and it establishes their

3       familiarity and knowledge of one another.  And it's

4       certainly admissible for that purpose it seems to me.

5            And then it's further admissible of course because

6       Mr. Meggs -- it sort of embeds the portions of that video

7       into the hype video that he plays on January the 6th that

8       ends the early morning hours of January 6th or January

9       the 5th.

10           And insofar as, you know, the instructor statements,

11      you know, those words became apparent and relevant and

12      admissible not because they're being asserted necessarily

13      for the truth of the matter, although I guess I'm open to

14      hearing whether they are or not, but at a minimum it's sort

15      of for the effect on the listeners who were present to hear

16      the instructor's observation about, you know, handguns

17      versus long rifles and that handguns he says are sort of

18      defensive weapons and the long guns are more offensive in

19      nature, which the government will argue undercuts any

20      testimony or argument or position that the QRF was meant

21      purely for defensive purposes.

22                   MS. HALIM:  Okay.  And then lastly there's one

23      other -- I object to an in-court identification made by an

24      agent, that I'm aware of not a single agent has ever

25      actually met or interacted with Mr. Hackett.  So the only

1        purpose for doing an in-court identification that comes only

2        from a subsequent review of evidence post-event is so that

3        we got a law enforcement agent pointing a finger at a

4        defendant.  And it's unnecessary, it's prejudicial, and it's

5        not probative of anything, especially considering the lack

6        of connection between any agent and Mr. Hackett.

7                    THE COURT:  Okay.  I mean -- and I know -- is

8        the government intending to elicit an in-court ID of

9        Mr. Hackett from an agent?

10                    MR. NESTLER:  Yes, Your Honor.  The government

11        does bear the burden of proving beyond a reasonable doubt

12        the identity of each of the four defendants sitting here in

13        the courtroom.  One way of doing that is having them

14        identified in front of the jury.

15                    THE COURT:  No, I know.  But, you know -- you

16        know, again, we could get into this, but most of the

17        identifications that were made, at least in the last trial,

18        I thought were by agents that had actually met the defendant

19        and, therefore, would be in a position to say, yeah, I met

20        the defendant before, I'll now see him in the courtroom or

21        her in the courtroom.

22            If there is no such agent who's going to testify to

23        firsthand knowledge of what Mr. Hackett looks like, what

24        will it then be based on?

25                    MR. NESTLER:  It will be based on the agent's

1    investigation, which is reviewing photographs of the

2    defendant, both from January 6 and driver's license photos

3    and other photographs, and familiarity with what the

4    defendant looks like.

5        If I'm hearing Ms. Halim, do all the defendants want

6    to stipulate that they are all the people who are charged in

7    the indictment?

8                THE COURT:  That was the other option.  If

9    you're all prepared to stipulate that Mr. Hackett's the

10   person that's charged and -- you know, that resolves

11   Ms. Halim's concern if the government is prepared to do

12   that.

13               MS. HALIM:  I'm prepared to stipulate.  I have

14   no problem with that.

15               THE COURT:  You all can think about that.  I

16   assume it will be -- I don't know if -- we're not going to

17   get to the first agent today in any event, unlikely to at

18   least.

19               MR. NESTLER:  We'll consider whether we're

20   amenable to a stipulation if all four defendants are

21   amenable to a stipulation.  We do have agents of course

22   interacting with all four of these defendants personally, so

23   we could do that.  We could call agents who have met with

24   each of them personally and arrested them and come in here

25   and identify them in the courtroom.

1          I mean, this is not the most efficient way to go about

2     it if we are trying to do this in the most efficient manner,

3     but if that's what the defense wants, we can call someone

4     who arrested each one of these defendants and have them do

5     it.

6                    MS. HALIM:  I would say a stipulation is

7     absolutely the most efficient.  Not a single body has to be

8     called.

9                    THE COURT:  So, look, if you all can reach a

10    stipulation, all the better.  If not, you know, let me know,

11    and then we'll figure it out from there.

12                   MS. HALIM:  And that's all I have on Agent

13    Harris at this time.

14                   MR. NESTLER:  And just on that issue, Your

15    Honor, just so -- for the jury's benefit is having the

16    defendants identified in front of the jury is helpful so

17    if -- we'll consider this and we'll talk to defense, but if

18    we go down that path, we might need each defendant to rise

19    and remove their mask and put the jury -- so the jury can

20    see each --

21                   MS. HALIM:  Actually that raises -- it's a

22    question I was going to ask.  I'm going to introduce

23    Mr. Hackett.  I'm going to ask him to stand in front of the

24    jury.  And I was going to ask Your Honor if it's okay to

25    just briefly remove his mask so he will be identified in

1    front of the jury in about an hour or so.

2                    THE COURT:  Okay.  So I have received the --

3         Yes.

4                    MR. MANZO:  Your Honor, can we release the

5    officer we had who was stated -- can we release the officer

6    that we had stated -- slated to testify first?  He has to

7    get back on duty.  If there's -- it seems like there's an

8    extreme unlikelihood that we would get to a witness today.

9    I'm happy to keep him on board if you think it's possible.

10                    THE COURT:  Just doing the math in my head.

11                    MR. SHIPLEY:  May I add to that, Your Honor,

12    because doing the math in your head, I intend to reserve.

13    So the 45 minutes to an hour that I was involved in your

14    math --

15                    THE COURT:  Okay.  Let's keep the witness

16    here.

17         All right.  I'm told that all our jurors are present,

18    so I'd like to bring them in unless there's something that

19    needs immediate attention.

20                    MR. PEED:  One issue, Your Honor.  I've not

21    had time to raise -- there is a quote from the government's

22    closing in the last case that I think is very important, and

23    I assume the government adopts it because they made it in

24    their closing.  The statement is:  "The defendants are not

25    charged with entering into an agreement ahead of time --

1    ahead of January 6 to storm the United States Capitol.  That

2    is not the allegation in this case."

3         It's a very clean statement that I think is important

4    to be able to anchor my closing with -- I mean my opening

5    with.  So I hadn't had chance to raise with the government,

6    I don't know if they would oppose me having that be a

7    quote -- obviously the framework for admission is 801, which

8    the Court has dealt with before with Mr. Fisher.

9              MR. EDWARDS:  Yes.  The government would

10   object to him using that statement at opening.

11             THE COURT:  Yeah.  I have some reservations

12   about that as well.  I mean, this was argument.  It was a

13   different trial.  I don't know how you would tee it up as a

14   prior statement that the government made that, ladies and

15   gentlemen, you can sort of hold the government to.

16             MR. PEED:  It's the same indictment, so when

17   it states that this is not the allegation in this case, I

18   think it's perfectly acceptable to say the indictment is the

19   allegations of the case.

20             THE COURT:  At the same time, the indictment

21   speaks for itself and I don't know that we need the

22   government's characterization, but let's -- we can talk

23   about that in a little bit.  I mean, we're not going till

24   the end, so we'll take a break.

25             (Jury enters courtroom.)

1           THE COURT:  Please be seated, everyone.

2           And welcome back, ladies and gentlemen.  I hope you

3     had a nice weekend.  It's nice to have all of you with us.

4     Thank you for your patience in the later start this morning.

5     As I told you last week, in a long trial, things happen, and

6     we will do our best to accommodate those, particularly when

7     they happen to you, one of you.

8           So here's how things will play out this afternoon.  I

9     am going to provide you with some preliminary instructions,

10    those should not take more than about 15 minutes or so.  We

11    will then turn to the government for its openings.  We'll

12    probably then take a break about then, and then we'll hear

13    from the defense in their openings if any defense counsel

14    wishes to make an opening.

15          And then hopefully we got a little bit of time to get

16    started with the first witness this afternoon, all right?

17          So before we can officially begin, I am going to ask

18    all of you to please stand and raise your hands because we

19    do need to have you sworn in one more time.

20          COURTROOM DEPUTY:  Do you and each of you

21    solemnly swear or affirm that you will well and truly try

22    and in true deliverance make in this case between the United

23    States of America and Roberto A. Minuta, Joseph Hackett,

24    David Moerschel, and Edward Vallejo, and a true verdict

25    rendered according to the evidence and the law?

1          (Jurors respond in the affirmative.)

2              THE COURT:  Okay.  Before we begin the trial,

3    I want to explain some of the legal rules that will be

4    important during the case.  These remarks are not meant to

5    be a substitute for the detailed instructions that I will

6    give at the end of the trial, but they are intended to give

7    you a sense of what will be going on in the courtroom and

8    your responsibilities as jurors.

9          When you took your seats, you probably noticed that

10   each of you had a notebook and a pencil or other writing

11   instrument waiting for you.  That is because I permit jurors

12   to take notes during trial if they wish.  Whether or not you

13   take notes is entirely up to you.  Many people find that

14   taking notes helps them remember testimony and evidence.

15   Others find it distracts them from listening to the

16   witnesses.

17         You will not be able to take your notebooks with you

18   as you come and go.  You will be able to consult your

19   notebooks during your deliberations.  At all other times,

20   however, the notebooks will remain locked in the courtroom

21   including during recesses and overnight.  At the end of the

22   trial after you have delivered your verdict, your notebooks

23   will be collected and the pages torn out and destroyed.  No

24   one, including me, will ever look at any notes you have

25   taken, so you may feel free to write whatever you wish.

1          You'll probably notice that there are 16 of you

2    sitting in the jury box and two in the front of the jury

3    box.  Only 12 of you will retire to deliberate in this

4    matter.  That means four of you are alternate jurors.  We

5    have alternates in the event that a juror is unable to

6    continue his or her service for whatever reason.

7          Before any of you even entered the courtroom, we

8    randomly selected the alternate's seats.  I will not

9    disclose who the alternate jurors are until the end of my

10   final instructions, as any seat might turn out to be an

11   alternate seat.  It's important that each of you think of

12   yourselves as regular jurors during the trial and that all

13   of you give this case your fullest and most serious

14   attention.

15         At the beginning of the jury selection process I asked

16   the parties to identify themselves and to announce the names

17   of their possible witnesses.  If at any time during this

18   trial you suddenly realize that you recognize or might know

19   any witness, lawyer, or someone who is mentioned in the

20   testimony or evidence or anyone else connected with this

21   case in any way, you should raise your hand immediately and

22   ask to speak with me.

23         Now, I will briefly provide you with some additional

24   details about this case.

25         This is a criminal case that began when a grand jury

1     returned an indictment against the defendants, Mr. Roberto

2     Minuta, Mr. Joseph Hackett, Mr. David Moerschel, and

3     Mr. Edward Vallejo.  The indictment is just a formal way of

4     charging a person with a crime in order to bring him to

5     trial.  The indictment in this case contains conspiracy

6     charges and other charges.  The indictment alleges that the

7     defendants agreed to oppose by force the lawful transfer of

8     presidential power following the 2020 U.S. presidential

9     election and, in doing so, that the defendants violated

10    three separate conspiracy laws.

11         The first conspiracy charge is Count 1, seditious

12    conspiracy, which charges that the defendants entered an

13    agreement to try to stop the lawful transfer of power by

14    opposing by force the authority of the government of the

15    United States, or to use force to prevent, hinder, and delay

16    the execution of any law of the United States.

17         The second conspiracy charge is Count 2, conspiracy to

18    obstruct an official proceeding, which charges that the

19    defendants entered an agreement to obstruct an official

20    proceeding, that is Congress's session on January 6, 2021,

21    to certify the Electoral College votes.

22         And the third conspiracy charge is Count 4, conspiracy

23    to prevent members of Congress from discharging their

24    duties.

25         With regard to the other charges, Count 3 of

1    indictment charges all four defendants with obstruction of

2    an official proceeding, meaning Congress's session on

3    January 6th to certify the Electoral College votes.

4         Count 5 charges Defendants Joseph Hackett and David

5    Moerschel with destruction of government property for the

6    alleged damage to property at the U.S. Capitol on

7    January 6th.

8         Finally, Counts 6, 7, and 8 charge Defendants Roberto

9    Minuta, Joseph Hackett, and David Moerschel with obstruction

10   of justice for tampering with documents or proceedings.

11   These charges are based on the allegation that these

12   defendants after January 6th deleted certain content from

13   their cell phones to prevent the grand jury from obtaining

14   that content.

15        All four defendants have pleaded not guilty to all

16   charges in the indictment.

17        Now, you should understand clearly that the indictment

18   I just summarized is not evidence.  You must not think of

19   the indictment as any evidence of the guilt of any of the

20   defendants or draw any conclusion about the guilt of the

21   defendants just because they have been indicted.  You should

22   not speculate about whether any other individuals have been

23   charged with crimes.  During this trial the only issue for

24   you to decide is whether the government has proved each of

25   these four particular defendants guilty beyond a reasonable

1    doubt.

2        Now, let me turn to briefly explain some of the

3    procedures we will follow and some of the rules of law that

4    will be important in this case.  As I explain how the trial

5    will proceed, I will refer to the government or to the

6    defense or to the defendants.  When I mention the

7    government, I am referring to Mr. Edwards, Ms. Hughes,

8    Mr. Manzo, or Mr. Nestler or Ms. Rakoczy, who are

9    prosecutors with the U.S. Attorney's Office for the District

10    of Columbia.

11        When I mention the defendants or the defense, I'm

12    referring to Mr. Minuta, Mr. Hackett, Mr. Moerschel, or

13    Mr. Vallejo, or to one or more of their attorneys,

14    Ms. Shipley, Ms. Halim, Mr. Weinberg, Mr. Martin, or

15    Mr. Peed, or some combination of some defendants or lawyers.

16        Both sides have a number of other individuals

17    assisting them with the case including paralegals, clerks,

18    other lawyers, or in the case of the government, FBI agents.

19    Those individuals will sometimes be sitting at the table

20    with other lawyers and sometimes in the benches behind them.

21    To make the presentation of evidence more efficient for you,

22    these other individuals and sometimes even one of the

23    prosecutors or defense lawyers will be doing work relating

24    to the case outside of the courtroom.  Do not make any

25    assumptions or hold against a party the fact that you

1    sometimes see them or members of their team here in the

2    courtroom and sometimes do not.

3        After I finish these preliminary instructions as the

4    first step in this trial, the government and the defendants

5    will have an opportunity to make opening statements.  The

6    defendants may make an opening statement immediately after

7    the government's opening statement, or they may wait until

8    the beginning of the defendant's case, or they may choose

9    not to make an opening statement at all.  You should

10   understand that the opening statements are not evidence.

11   They're only intended to help you understand the evidence

12   that the lawyers expect will be introduced.

13       After the opening statements or statements, the

14   government will put on what is called its case-in-chief.

15   This means that the government will call witnesses and ask

16   them questions; this is called direct examination.  When the

17   government is finished, each defendant's lawyers may ask

18   questions; this is called cross-examination.  When the

19   defense is finished, the government may have brief redirect

20   examination.  After the government presents its evidence,

21   the defendants may present evidence, but they are not

22   required to do so.

23       The law does not require a defendant to prove his

24   innocence or to produce any evidence.  If, however, the

25   defense does put on evidence, the defendant's lawyers will

1    call witnesses to the stand and ask questions on direct

2    examination, government counsel will cross-examine, and

3    other defense counsel will cross-examine, and that

4    defendant's lawyer may have redirect examination.  When each

5    defendant is finished, the government may offer a rebuttal

6    case, which would operate along the same lines as its

7    case-in-chief.

8         At the end of all the evidence, I will instruct you

9    once more on the rules of law that you are to apply in your

10   deliberations when you retire to consider your verdict in

11   this case.  Then each side will have a chance to present

12   closing arguments in support of its case.  The statements of

13   the lawyers in their closing arguments, just as in their

14   questions and in their opening statements, are not evidence

15   in this case.  They're intended only to help you understand

16   the evidence and what each side claims the evidence shows.

17   Finally, at the end of the closing arguments, I will have a

18   few additional instructions for you before you begin your

19   deliberations.

20        I want to briefly describe my responsibilities as the

21   judge and your responsibilities as the jury.

22        My responsibility is to conduct this trial in an

23   orderly, fair, and efficient manner; to rule on legal

24   questions that came up in the course of the trial; and to

25   instruct you about the law that applies to this case.  It is

1    your sworn duty as jurors to accept and apply the law as I

2    state it to you.

3         Your responsibility as jurors is to determine the

4    facts of the case.  You and only you are the judges of the

5    facts.  You alone determine the weight, the effect, and the

6    value of the evidence as well as the credibility or

7    believability of the witnesses.  You must consider and weigh

8    the testimony of all witnesses who appear before you.  You

9    alone must decide the extent to which you believe any

10   witness.

11        During this trial I may rule on motions and objections

12   by the lawyers, make comments to the lawyers, question the

13   witnesses, and instruct you on the law.  You should not take

14   any of my statements or actions as any indication of my

15   opinion about how you should decide the facts.  If you think

16   that somehow I have expressed or even hinted at any opinion

17   as to the facts in this case, you should disregard it.  The

18   verdict in this case is your sole and exclusive

19   responsibility.

20        The lawyers in the case may object when the other side

21   asks a question, makes an argument, or offers evidence that

22   the objecting lawyer believes is not properly admissible.  I

23   will respond by saying either sustained or overruled.  If I

24   sustain an objection to a question asked by a lawyer, the

25   question must be withdrawn, and you must not guess or

1    speculate what the answer to the question would have been.

2    If I overrule an objection, the question may stand, and the

3    witness may answer it.

4        Every defendant in a criminal case is presumed to be

5    innocent.  The presumption of innocence remains with the

6    defendant throughout the trial unless and until he or she is

7    proven guilty beyond a reasonable doubt.  The burden is on

8    the government to prove the defendant guilty beyond a

9    reasonable doubt, and that burden never shifts throughout

10   the trial.

11       If you find the government has proven beyond a

12   reasonable doubt every element of the particular offense

13   with which a defendant is charged, it is your duty to find

14   him guilty of that offense.  On the other hand, if you find

15   that the government has failed to prove any element of a

16   particular offense beyond a reasonable doubt, you must find

17   the defendant guilty -- excuse me -- not guilty of that

18   offense.

19       You are not permitted to discuss this case with anyone

20   until this case is submitted to you for your decision at the

21   end of my final instructions.  That means until the case is

22   submitted to you, you may not talk about it even with your

23   fellow jurors.  This is because we don't want you making

24   decisions until you've heard all the evidence and the

25   instructions of law.  In addition, you may not talk about

1    the case with anyone else.

2         It should go without saying that you also may not

3    write about the case electronically through any blog posting

4    or other communication including social networking sites,

5    such as Facebook or Twitter, until you have delivered your

6    verdict and the case is over.  This is because you must

7    decide the case based on what happens here in the courtroom,

8    not on what someone may or may not tell you outside the

9    courtroom.

10        You, of course, may tell family and friends that you

11   are serving as a juror, and you may even tell them that

12   you're serving as a juror in a criminal case, but I ask you

13   to say nothing more than that.  When the case is over, you

14   may discuss any part of it -- excuse me -- you may discuss

15   any part of it with anyone you wish.  But until then, you

16   may not do so.

17        Although it is a natural human tendency to talk with

18   people with whom you may come into contact, you must not

19   talk with any of the parties, the attorneys, or any

20   witnesses in this case during the time you serve on this

21   jury.  If you encounter anyone connected with the case

22   outside the courtroom, you should avoid having any

23   conversation with them, overhearing their conversation, or

24   having any contact with them at all.

25        For example, if you find yourself in a courthouse

1    corridor, elevator, or any other location where the case is

2    being discussed by attorneys, parties, witnesses, or anyone

3    else, you should immediately leave the area to avoid hearing

4    such discussions.  If you do overhear a discussion about the

5    case, you should report that to me as soon as you can.

6        Finally, if you see any of the attorneys or witnesses

7    involved in the case that may turn and walk away from you,

8    they're not being rude, they're merely following the same

9    instruction that I gave to them.

10       It is very unlikely, but if someone does try to speak

11   with you about the case, you should refuse to do so and

12   immediately let me know by telling the courtroom deputy or

13   court security officer.  Do not tell your fellow jurors.

14   Just let me know, and I'll bring you into the courtroom to

15   discuss.

16       Because you must decide this case based only on what

17   occurs in the courtroom, you may not conduct any independent

18   investigation of the law or the facts of the case, nor

19   should you read or view any news stories about this case

20   that you come across.

21       This used to only mean that you could not conduct any

22   research in books or newspapers or read news articles or

23   view stories on television or visit the scene of the alleged

24   offense.  In this electronic age it also extends of course

25   to the Internet.  It means you cannot research or

1    investigate any issue on any website, ask any questions of

2    anyone via e-mail, text, or social media, or otherwise

3    communicate about the case.  It also means that you must

4    avoid reading or viewing any stories online about the case.

5    That includes tweets or other social media postings about

6    this case.  To help you avoid seeing news about this case,

7    you should change the settings for push notifications on

8    your cell phone as well as your news subscription alerts and

9    RSS feeds or Twitter feeds.  If you happen to get a push

10   notification about the case, you should not review the

11   linked story.

12       I want to explain a little bit further about why there

13   is a ban on Internet communications, research, and review of

14   news stories concerning the case.

15       Unfortunately, courts around the country have

16   occasionally experienced problems with jurors not following

17   this rule, sometimes resulting in costly retrials.

18   Generally speaking, these jurors have not sought to corrupt

19   the process; rather they had been seeking additional

20   information to aid them in what is undoubtedly a heavy and

21   solemn responsibility.

22       Nonetheless, there are sound reasons for this rule.

23   In the first place, obviously not everything one sees online

24   is true.  This includes not only persons responding to

25   whatever postings you might make about the case but also can

1      involve established websites.  For example, a mapping site

2      might not reflect the way a location appeared at the times

3      that are at issue in the case.  Furthermore, even items that

4      are technically true can change their meaning and

5      significance based upon context.

6            Both sides are entitled to have the chance to not only

7      dispute or rebut evidence presented by the other side but

8      also to argue to you how the evidence should be considered

9      within the factual and legal confines of the case.  Any

10     secret communications, research, or review of news stories

11     by a juror robs the parties of those opportunities and can

12     distort the process sometimes with negative results.

13           It is for those reasons that I instruct you that you

14     should not use the Internet to communicate about the case,

15     do any research about the case, or review any news stories

16     about the case including any social media postings.  If you

17     do happen to come across a news story or social media

18     posting, whether in print or television or online, and you

19     happen to review, view, or read some of it in a substantial

20     way, please do not share that fact with your fellow jurors.

21     Instead please alert the courtroom deputy about it so that I

22     can discuss it with you outside the presence of your fellow

23     jurors.

24           What do I mean by substantial way?

25           If, for example, you inadvertently happen upon a

**Government's Opening Statement**

1    headline about this case but read no further, I do not

2    consider that substantial, and you do not need to report it

3    to the courtroom deputy.

4         Finally, we have two terrific court reporters here,

5    one in the morning and one in the afternoon, taking down

6    testimony, but you will not have a transcript with you

7    during your deliberations.  You must rely on your memory

8    and, if you take them, your notes as an aid to that memory.

9         So I ask you to pay close attention, and we will begin

10   with the opening statement by the government.

11        Mr. Edwards.

12                **GOVERNMENT'S OPENING STATEMENT**

13             MR. EDWARDS:  Americans put a lot of energy

14   into elections.  We campaign, we put signs in our yards, we

15   give money if we've got it to give, we vote.  When the

16   election is over and all of our votes have been counted, the

17   winner governs, the loser concedes, and democracy moves on.

18   That is how elections work.  That is how we pick our

19   President every four years.  There is a routine peaceful

20   transition of presidential power.  That simple, but sacred,

21   process has been fundamental to our democracy.  It's been a

22   staple of how we govern ourselves for over 200 years.

23             Until January 6th, 2021, when these defendants decided

24   to take a presidential election into their own hands when

25   they tried to stop that presidential transfer of power by

888

**Government's Opening Statement**

1    force for the first time in our country's history.

2        These defendants, Roberto Minuta, Joseph Hackett,

3    David Moerschel, and Edward Vallejo, joined together with

4    each other and with others to use any means necessary

5    including using force to stop the transfer of power from

6    President Donald Trump to President-Elect Joe Biden.  And on

7    January 6th, 2021, they got their opportunity.

8        You see, Congress was required by the Constitution to

9    meet that day, January 6th.  They were required to meet

10   inside the Capitol building to count the ballots and to

11   declare the winner of the presidential election.  But that

12   day these defendants and others staged an arsenal of rifles

13   just across the river in Virginia.  They had people with

14   those rifles ready to rush them into D.C., and they used

15   brute strength to attack the United States Capitol building.

16   That day these defendants halted the transition of

17   presidential power.

18       In the 1:00 hour, the exact hour Congress is required

19   to start certifying the election, you will see that a

20   violent mob formed around that United States Capitol

21   building.  From the west side where new presidents are sworn

22   in on January 20th to the east where former presidents

23   depart, rioters smothered the building and the process.

24       By the 2:00 hour, law enforcement were trying

25   desperately to keep the rioters out, to keep the doors

**Government's Opening Statement**

1    closed.  They were stopping the mob from getting to the

2    members of Congress inside, their staff inside, their family

3    members, the people inside that building.  Those doors would

4    fail.

5        The rioters got inside and two opposing forces

6    clashed, tearing apart our government.  And in the haze of

7    that battle, one thing became clear, these defendants and

8    their group energized that attack.  They called this DC

9    Op -- or operation -- Jan 6, '21.  Defendant Edward Vallejo

10   was staged at a Virginia hotel just across the river.  He

11   was monitoring the riot and he had rifles at the ready.  He

12   messages his group inside D.C.:  "Vallejo back at hotel and

13   outfitted, have two trucks available."

14       And knowing they had rifles nearby, Joseph Hackett and

15   David Moerschel and their group were boots on the ground,

16   and they would breach the Capitol with brute strength.

17       Hackett and Moerschel joined together with 12 other

18   people wearing military-style helmets, tactical vests,

19   gloves and camouflage.  They put their hands on each other's

20   shoulders and they marched.  They marched together in the

21   same direction up the set of stairs that led directly to the

22   entrance to the United States Capitol.  And when they

23   reached the top, they threw their bodies into a mob, trying

24   to break down the doors, the doors that would ultimately

25   fail, and Hackett and Moerschel breached the building.

**Government's Opening Statement**

1    Defendant Roberto Minuta led a group of five others also

2    dressed in tactical gear to breach the same exact doors as

3    Hackett and Moerschel.

4        Inside, like Hackett and Moerschel, Minuta and his

5    group also threw their bodies into the mob, fighting to get

6    deeper into the Capitol.  And by the time Minuta got inside,

7    there were more law enforcement officers.  So Minuta took it

8    further.  He and his group forcefully clashed with the

9    officers trying to hold the line, screaming that this was

10   their building.  His words, their building.  And you will

11   hear that.  In the defendant's words, they were at war.

12   These defendants agreed to and joined together to stop the

13   presidential transfer of power, and they were ready to do it

14   with force.  And on January 6th, 2021, they did.

15       You'll hear and see ample evidence in this case about

16   what these defendants and their group were thinking about,

17   what they were talking about, what they did from

18   November 2020 through January 2021.  And you'll see it all

19   come together by January 6th.  All of this evidence will

20   come in through witnesses, people who will take that stand

21   right there, and they will tell you what they saw, what they

22   heard, what they investigated.  And you will see and hear

23   with your own eyes and ears exhibits, videos, messages,

24   audio recordings, and at the end of this trial will collect

25   all of those bits and pieces of this evidence and will put

891

**Government's Opening Statement**

1   it all together.  We'll show you that there was an

2   agreement, what the law calls a conspiracy, to stop the

3   transfer of presidential power, and that these defendants

4   joined that conspiracy.

5       Right now, this morning, just consider a few landmarks

6   to look out for along the way.  These four defendants,

7   Roberto Minuta, Joseph Hackett, David Moerschel, and Edward

8   Vallejo, and their group joined what is called a conspiracy.

9   And you'll hear that a conspiracy is just an agreement, an

10  agreement between people to do something unlawful.

11      You'll hear that the evidence here will make clear

12  that there was an agreement to stop the transfer of

13  presidential power by any means including using force.  That

14  the agreement involved other people too outside of these

15  defendants, other people known as co-conspirators.  And you

16  will see that by January 6th, 2021, all four of these

17  defendants joined their co-conspirators in that agreement.

18  And in that agreement as it crystalized into the defendants'

19  actions on January 6th violated multiple criminal laws.

20      You'll see that these four defendants were members of

21  an organization called the Oath Keepers.  That they joined

22  with other Oath Keepers to carry out this conspiracy.  And

23  the term "Oath Keepers" comes from soldiers or law

24  enforcement officers oaths to defend the Constitution

25  against all enemies, foreign and domestic.  And the idea

**Government's Opening Statement**

1    that this oath, it must be kept for life.

2         But you'll also see that these defendants, they

3    perverted the constitutional order, that they were willing

4    to use force and violence to impose their view of the

5    Constitution and their view of America on the rest of the

6    country.  And you will see that these defendants used their

7    status in the Oath Keepers to achieve their criminal goal.

8    They relied on relationships in this organization, they

9    spoke the same coded language, they coordinated, and they

10   acted together.

11        And what my colleague has just put up is an

12   organizational chart.  When you see evidence about other

13   people, about co-conspirators in this case who are not

14   before you in trial today, we'll show you this

15   organizational chart to try and help you, help you navigate

16   where these other people and where these four defendants fit

17   into the larger scheme.

18        You'll hear throughout trial about this man, Stewart

19   Rhodes, at the top, for example.  He's the leader of the

20   Oath Keepers.  And soon after the election in November 2020

21   he made it clear that they needed to stop the transfer of

22   presidential power, even if it meant using force.

23        And you'll see that all four of these defendants

24   outlined in red on that third row, all four of these

25   defendants communicated with Stewart Rhodes directly and

**Government's Opening Statement**

1    that they agreed with him.  You'll know that because you can

2    consider these defendants' words and actions and the words

3    and actions of the co-conspirators on this chart, that is

4    how a conspiracy works.

5        So who are these defendants and the people they acted

6    with?

7        First, Roberto Minuta.  Around the time of January 6,

8    2021, Minuta was living in the New York-New Jersey region.

9    You'll hear that Minuta was Rhodes's New York leader, and

10    you'll see that Minuta filled with rage about the election.

11    And you'll hear why.

12        To Minuta, he and his group were part of a revolution,

13    his word.  In fact, you'll hear that these defendants in

14    their group repeatedly referred to their revolutionary war,

15    their war against their government.  And on January 6,

16    Minuta led five other Oath Keepers to the Capitol along with

17    another regional leader, Joshua James, from Alabama, who

18    you'll see on that organizational chart.  Minuta on

19    January 6 would kit himself up with gear, vests, gloves,

20    goggles, and he would throw his body at the Capitol and the

21    officers protecting it that day.

22        Second, Joseph Hackett.  Joseph Hackett was a member

23    of the Florida Oath Keepers.  He was part of a group of

24    Florida Oath Keepers who had direct communication with

25    Stewart Rhodes including his co-defendant, David Moerschel,

**Government's Opening Statement**

1    and another individual, Kelly Meggs, who you will see on

2    that organizational chart.

3         You'll see that Hackett, he knew how to be careful.

4    Hackett repeatedly warned others about leaks, about keeping

5    messages secure, about law enforcement using evidence

6    against him and their group.  He resorted to using encrypted

7    applications that were more secure than other applications,

8    and he went by multiple names including Ahab, Faith, JW, and

9    John Willow on those messaging applications.

10        And he did the same thing to his physical appearance

11   on January 5th and 6th when he was in the D.C. area.  He

12   cloaked himself in a helmet, sunglasses, pulled-up neck

13   gaiter, military vests, and he breached the Capitol building

14   with his co-defendant David Moerschel.

15        And that brings me to our third defendant, David

16   Moerschel, another Florida Oath Keeper who was careful with

17   his words but intentional in his actions.  He brought a

18   rifle to the Washington, D.C. area just before January 6th,

19   and he stored it with other co-conspirators staged nearby in

20   that hotel in Virginia.  And on January 6 he breached the

21   Capitol with his co-defendant Joseph Hackett and the rest of

22   their group.

23        The fourth and final defendant, Edward Vallejo.  He's

24   an Army veteran from Arizona and a longtime member of the

25   Oath Keepers and ally of that leader, Stewart Rhodes.  He

**Government's Opening Statement**

1     drove across the entire country to bring firearms and other

2     gear and stage that gear and himself in a hotel outside of

3     D.C.  You see, Vallejo was part of what they called the

4     quick reaction force, or a QRF.  And it was made up of three

5     teams of people.

6         There's a North Carolina team in one room of that

7     hotel that overlooked a courtyard.

8         There's a second team from Florida right across the

9     hall that were there for Hackett and Moerschel and the rest

10    of their group.

11        And then there was the Arizona team, Edward Vallejo

12    and his co-conspirator, Todd Kandaris.  And, as they put it,

13    they were rifles in support of the President.

14        To understand that agreement, it's important to

15    understand the transfer of presidential power process, and

16    what is Congress's role in that process.

17        During this trial you'll learn more about our national

18    legislature.  You'll learn more about Congress.  Congress

19    has two parts.  There's a House of Representatives and

20    there's a Senate.  And on January 6 last year, the leader of

21    the House of Representatives was Speaker of the House Nancy

22    Pelosi.  The leader of the Senate was formerly the United

23    States Vice President Mike Pence.  The United States

24    Constitution, which is the document that controls our entire

25    government, actually talks about Congress and what it does

**Government's Opening Statement**

1   for that transfer-of-power process.

2       The Constitution, for example, requires that the House

3   and the Senate meet in a joint session, they meet together

4   once every four years to count the electoral ballots and

5   certify the winner of the election.  Congress then formally

6   declares that winner, and the winner is then sworn in as the

7   President of the United States on Inauguration Day, or

8   January 20th.

9       And, interestingly, there's another law that makes it

10  even more specific about what is supposed to happen on that

11  day.  You'll hear that that law requires the congressional

12  session to take place on January 6th and must -- and it must

13  start at 1 PM that day.  It must take place in the House,

14  inside the Capitol building.  And the Vice President must be

15  the person to preside over that session.  It's a lot of

16  musts, but it's the law.  It's required that that be how the

17  transfer-of-power process takes place.  And under these

18  laws, Congress cannot end that session on January 6th until

19  it counts all the ballots and it declares a winner.

20      And that's one of the weird things about this whole

21  process.  The winner of the election is not who the TV

22  announces that night.  It's not who they name in the banners

23  across the news stations for that following week.  No.  It's

24  who Congress declares wins the election.  And Congress must

25  declare it on January 6th, and it must do so inside that

**Government's Opening Statement**

1    Capitol building.

2         And you will see that the defendants and their

3    co-conspirators knew these musts.  That process was set to

4    play out for the 2020 presidential election.  It was

5    Tuesday, November 3rd, 2020.  The contest was between Donald

6    Trump and Joe Biden.  And by Saturday, November 7th, four

7    days after the election, most major news outlets were

8    projecting that Donald Trump had lost the election.

9         The evidence will show that it did not take long for

10   these defendants and their co-conspirators to kick into

11   gear.

12        Stewart Rhodes at the top of that organizational

13   chart, the leader of the Oath Keepers and the leader of this

14   conspiracy, wrote to certain regional leaders including from

15   Florida and others on November 5th.  He said:  "We must

16   refuse to accept Biden as a legitimate winner.  We aren't

17   getting through this without a civil war.  Too late for

18   that.  Prepare your mind, your body, your spirit."

19        Those were Rhodes's words two days after the election.

20   He was telling others, prepare for war.

21        Days later he delivered to the Oath Keepers a

22   step-by-step plan, and he told them that this is "what we

23   must do."  The steps including swarming the streets,

24   gathering millions in the Capitol, encouraging the police

25   and military to align with them, and storming -- Rhodes's

**Government's Opening Statement**

1    word -- storming the seat of government.  In Rhodes's words,

2    this was a, quote, "call to action."  This was an invitation

3    to sedition.  And as you will see throughout this trial,

4    these defendants echoed Rhodes's words, they acted on them,

5    and by January 6th, 2021, all four of these defendants

6    accepted that invitation.

7         Minuta, for his part, took to the Oath Keepers secure

8    internal chat called Rocketchat, and he called everyone to

9    prepare and to swarm those streets.  "Fellow patriots" -- he

10   said -- "if you were called to action on short notice, what

11   would you be scrambling to organize?  Get that gear set up

12   and ready to deploy on a moment's notice.  We must overtake

13   the streets in massive numbers.  This is our country, and

14   the time is now or never to save the republic."

15        The parallel between Minuta's and Rhodes's words and

16   what you will see that these defendants did on January 6th

17   is staggering, right down to preparing gear, overtaking the

18   streets, and storming the building responsible for the

19   transfer of presidential power.

20        On November 9th, soon after Rhodes delivered more

21   detailed instructions to a more private gathering of his

22   followers in a secretly-recorded GoTo meeting call, which is

23   another application that these defendants and their

24   co-conspirators used to communicate, you needed specific

25   invitation or access information to get into that call, and

**Government's Opening Statement**

1    Joseph Hackett and others from his Florida group, they were

2    there.  And they were ready for Rhodes's instructions.

3        In that meeting Rhodes delivered.  They would have to

4    take up arms to fight and prevent that transfer of power.

5    They would have what Rhodes called a quick reaction force.

6    And this QRF would guard an arsenal of firearms for the rest

7    of the co-conspirators.

8        And you will hear that Rhodes and some of the

9    defendants hoped -- hoped that President Trump would call

10   them up under a law called the Insurrection Act to help him

11   fight to stay in power, even if it meant using force against

12   other government actors.  But you'll know that uttering that

13   phrase, "Insurrection Act," it was just legal cover for an

14   agreement to use force to stop the transfer of power.  And

15   you'll know that because Rhodes said on that

16   secretly-recorded meeting what they would have to do.  They

17   would have to fight no matter what.

18                    (Audio played.)

19        MR. EDWARDS:  There is going to be a fight.

20        Make no mistake, ladies and gentlemen, this case, it's

21   not about the Insurrection Act.  President Trump never said

22   he would invoke it, and he never did.  No, this case is

23   about these defendants, it's about their co-conspirators and

24   their agreement to fight.  Their words.  Fight to halt that

25   transfer of presidential power.  And you will see that these

1    defendants, they knew they would have to take up that fight

2    themselves regardless of what President Trump did.  They

3    would have to be ready to act.  They said it themselves

4    heading into December, and then they did it themselves on

5    January 6th.

6         In December, Minuta joined Rhodes in Washington, D.C.,

7    and you'll see that Rhodes gave a speech and he warned that

8    if President Trump didn't act to stay in power, they would

9    have to do it themselves.  And in his words, it would be a

10   much more desperate, much more bloody war.  You will hear

11   him say that.  And the defendants agreed.  To Minuta it was

12   time to ready himself and others for a fight.  Even if that

13   meant death.  So he recorded a message rallying others to do

14   the same.

15                         (Video played.)

16              MR. EDWARDS:  Minuta was ready.

17        Hackett also stressed the need to do something.  He

18   took to a private encrypted messaging application called

19   Signal, which was end-to-end encrypted.  And what that means

20   is the messages and the content that they were passing back

21   and forth, it didn't exist in a cloud and it didn't exist in

22   the phone company records.  It existed only on those devices

23   they were using.

24        And he took to Signal and he wrote to his

25   co-defendant, David Moerschel and Stewart Rhodes and other

1    Florida Oath Keepers about what he called corrupt

2    politicians.  He wrote we need to demand the arrest of

3    corrupt politicians for what he decided was, in his words,

4    an unconstitutional election.  And at some point Hackett and

5    his group would need to act.

6         "When do we show up on their doorsteps to make

7    citizens arrests?"

8         "When do we do something to the corrupt politicians?"

9         Hackett was ready too.

10        Moerschel used that same encrypted app, Signal, and he

11   put it plainly to Hackett and Rhodes and the other Florida

12   Oath Keepers, he wrote days later:  "Lawyers always think

13   the answer is legal.  Warriors always think that answer is a

14   gun battle."

15        He recognized what was legal, and he wrote what

16   lawyers would do.

17        Moerschel was ready too.

18        These men were ready to act.  They thought that they

19   were warriors.  They were ready for death, and they were

20   ready to go to the corrupt politicians' doorstep, the

21   Capitol, and they were ready for a gun battle.

22        On his way across the country, Edward Vallejo messaged

23   about their historic mission to fight what he called

24   tyranny.  Democrats he said were doomed.  Vallejo was ready

25   too.  They were ready to use force to stop the transfer of

**Government's Opening Statement**

1    presidential power.

2        Later in December the defendants' focus began to turn

3    specifically to Washington, D.C. on January 6, 2021.  And

4    there will be evidence that these defendants and their

5    co-conspirators, they had a few reasons to be here in

6    addition to being prepared to stop that transfer of power.

7    And you will know that this is normal because, as you know,

8    humans are complicated.

9        We do things for more than one reason all the time.

10   Consider skipping work early to go to a Wizards game with

11   your kid.  Maybe you do that because you need a break from

12   your work colleagues.  Maybe you do it because you already

13   worked a lot this week.  Maybe you do it because you also

14   want to spend time with your kid.  And maybe you do it

15   because you want to see the Wizards actually get on track

16   and stay there through the playoffs.  All of those reasons

17   can be true at the exact same time.  Take that common life

18   experience and think about it when you consider the evidence

19   here.

20       For example, the defendants and their co-conspirators

21   talked about attending President Trump's rally at the

22   Ellipse on the morning of January 6th.  So did thousands of

23   other people.

24       They also talked about providing security for what

25   they called VIPs in D.C.  Of course they weren't trained,

1    they weren't licensed, they weren't insured, they weren't

2    even paid, but even being bad security guards is in itself

3    illegal.  Separate from any of those reasons, you will hear

4    about these defendants also agreed to do whatever was

5    necessary to stop that transfer of power, including using

6    force.  In fact, you'll see that when the process began as

7    required by law on January 6th, and when the mob formed that

8    afternoon, these defendants and their co-conspirators didn't

9    go away from the riot.  They didn't go away from the danger.

10   They headed straight for the Capitol, toward the riot.  They

11   abandoned anything they were doing that day, and they

12   activated their agreement to take matters into their own

13   hands.

14        A defendant's unlawful intent is not excused because

15   he talks about doing other things over three months.  A

16   defendant isn't off the hook just because they do something

17   for more than one reason.  If one of those reasons is

18   illegal, the defendant's conduct is still against the law.

19   And one of their reasons was illegal.

20        The evidence will show that by late December, the

21   defendants' agreement to stop the transfer of presidential

22   power by force began to crystalize around D.C. in

23   January 6th.  In fact, Rhodes referred to that day as a hard

24   constitutional deadline.  You'll see that these defendants,

25   they knew January 6th was important.  They knew that if they

**Government's Opening Statement**

1    didn't stop Congress on the 6th, it would be that much more

2    difficult to stop the transfer of power by January 20th,

3    Inauguration Day.  They were running out of time.  And

4    you'll see that Minuta rallied the troops on that secure

5    Oath Keepers internal chat.  "Brothers" -- he said -- "we

6    must be present for January 6th."  Must.

7        You'll see that the Florida defendants and their

8    co-conspirators, they actually discussed what they needed to

9    do on January 6th using their Florida Signal group chat.

10       On December 25th, Christmas 2020, Kelly Meggs, the

11   individual who worked with Joseph Hackett and David

12   Moerschel, a person you'll see on that organizational chart,

13   he wrote to Hackett and Moerschel:  "You need to make those

14   senators very uncomfortable.  Our peaceful protests need to

15   have a little more teeth because they aren't listening."

16       To Kelly Meggs, to David Moerschel, to Joseph Hackett,

17   they needed to be more than just a presence on January 6th.

18   And you'll see that on January 5th Moerschel wrote to

19   Hackett and the rest of that group:  "Maybe our role on

20   January 6th as patriots, maybe it isn't just to be a show of

21   force.  Not just a show of force on January 6th, actual

22   force."  Five days later after he sent that message, that is

23   exactly what Moerschel and his group did.

24       And Rhodes made it clear that they should direct that

25   force towards Congress on January 6th.  He told Moerschel

**Government's Opening Statement**

1    and Hackett and the rest of that Florida group on the same

2    day, Christmas, as Kelly Meggs wrote his message about

3    adding teeth to that protest, he wrote:  "I think Congress

4    will screw them over.  The only chance we have is if we

5    scare the shit out of them and convince them it will be

6    torches and pitchforks time if they don't do the right

7    thing, but I don't think they'll listen.  And he needs to

8    know" -- Rhodes warned later about President Trump -- "that

9    if he fails to act, we will have no choice."

10        You will hear that Vallejo and his fellow QRF team

11   leaders echoed this agreement on a podcast.  In fact,

12   Vallejo and his Arizona co-conspirator Todd Kandaris,

13   another person you'll see on that organizational chart, they

14   were both at the hotel, QRF hotel, with their rifles and

15   gear on January 6th.  And on that morning they stated on a

16   recorded podcast why they traveled across the country to

17   stage in the D.C. area.

18                    (Audio played.)

19            MR. EDWARDS:  Vallejo and Kandaris and their

20   co-conspirators were done with words.  They were prepared to

21   do, in their words, more than taunt.  They had the

22   facilities, the firearms to do just that.  And, echoing

23   Rhodes, they were ready to act as the forefathers when they

24   referenced that shot heard round the world, an ominous

25   reference to the start of the Revolutionary War, a violent

**Government's Opening Statement**

1   war American colonists waged against the government, except

2   now these defendants had our government in their sights.

3   And, make no mistake, Vallejo was ready for war.  He

4   continued on that same podcast.

5                    (Audio played.)

6                    MR. EDWARDS:  The morning of January 6th, if

7   President Trump, if Vice President Pence, if Congress didn't

8   do what these defendants wanted, somehow prevent Congress's

9   certification of the vote, they would take that as a

10  declaration of war.  And after seeing their messages and

11  hearing these videos leading up to January 6th, you will

12  believe they meant what they said because you'll see what

13  they did.

14       You will see that by early January 2021 these

15  defendants and their co-conspirators came together and

16  descended upon Washington, D.C.  They joined together as

17  part of the same conspiracy.  Many of them stopped at a

18  hotel in Arlington, Virginia, even if they weren't staying

19  there.  You'll hear that they selected this hotel as a

20  staging area, a location for their arsenal of weapons and

21  other gear to be manned by QRF teams.

22       And you will see CCTV camera footage from this hotel.

23  You will see Joseph Hackett, you will see David Moerschel,

24  you will see Edward Vallejo and his Arizona co-conspirator,

25  Todd Kandaris, and you will see many other co-conspirators

**Government's Opening Statement**

1    from around the country depositing and retrieving case after

2    case of what the evidence will show included semiautomatic

3    rifles, firearms, and other related equipment.

4        You will also hear that the leader of this conspiracy,

5    Stewart Rhodes, he spent tens of thousands of dollars on his

6    trip from Texas to Washington, D.C. on firearms equipment

7    and tactical gear, and he stored that equipment in his hotel

8    in Virginia.  This choice by the defendants and their

9    co-conspirators to stage their weapons of war in Virginia,

10   where the firearms laws are different than in D.C., it

11   wasn't because they were careful, it was because they were

12   calculating.  You see, you will hear evidence that they

13   needed access to their manpower and their firepower, and if

14   they were caught coming into D.C. with that gear, they would

15   lose both.  Someone would be arrested.  The weapons would be

16   confiscated.  And, as Rhodes put it, you're not much help to

17   the conspiracy if you're, quote, rotting in jail.

18       But they were still prepared to use force in D.C.,

19   with their weapons staged in Virginia, pointed at the

20   district.  The conspirators discussed on Signal a range of

21   other weapons, weapons that they discussed would look normal

22   but be helpful in using violence.  Knives, mace,

23   two-by-fours, tire thumpers, helmets, large flashlights.

24   You will see their messages about other items they can bring

25   into D.C.  And of course you'll see on video they were

1    prepared to use brute strength to force their way into the

2    building past law enforcement officers and against that

3    transfer of presidential power.

4         On the evening of January 5th, the defendants, their

5    co-conspirators, their arsenal had D.C. in their sights.

6         On January 6th, 2021, these defendants seized their

7    opportunity to forcibly oppose that transfer of power.  That

8    afternoon President Trump did not invoke the Insurrection

9    Act.  Vice President Pence, he said he would not stop the

10   certification.  Congress began certifying the election as

11   they were required to by the law.  These defendants and

12   their co-conspirators needed to take matters into their own

13   hands, and so they acted.  Everything crystalized.  They did

14   what was necessary to stop that process.

15        At 1:25 PM, January 6th, Rhodes sent a message on

16   Signal.  "Pence is doing nothing.  As I predicted."

17        This was Rhodes's call to action, the Vice President

18   was not doing what he wanted, they wanted, so that the

19   defendants and co-conspirators needed to take matters into

20   their own hands just as he had told them for weeks.  And

21   just after Rhodes sent that message, you'll see that on

22   video a co-conspirator yelled "move."  And you'll see that

23   Hackett and Moerschel were part of that group.  And they

24   moved toward the Capitol down Pennsylvania Avenue.  And as

25   that group marched, Rhodes continued to message them.  He

**Government's Opening Statement**

1    told them at 1:38 PM:  "All I see Trump doing is

2    complaining.  I see no intent by him to do anything.  So the

3    patriots are taking it into their own hands."

4        Recall that Rhodes had consistently told his troops to

5    be ready, to be ready to act to prevent that transfer of

6    power.  And now they were.  Rhodes then told his troops that

7    they would take their place in history.  The founding

8    generation stormed the governor's mansion.  They

9    street-fought.  That's where we are now.  Consider these

10   words when you review this evidence.

11       One co-conspirator, Jessica Watkins, who you'll also

12   see on the organizational chart that we present, she led a

13   group of Ohio Oath Keepers and joined that Florida team for

14   January 6th.  You'll see that Jessica Watkins was using an

15   application called Zello on her phone.  Zello, encrypted

16   application, but it works more like a walkie-talkie.  And

17   you'll hear that her chat was called Stop the Steal J6.

18   You'll hear clips of that recording as they marched down

19   Pennsylvania Avenue when Jessica Watkins is receiving

20   updates from other people about what rioters were doing at

21   the Capitol, about how law enforcement was responding.  And

22   you'll hear Jessica Watkins transmit information to those

23   people about what her group was doing, her group including

24   Hackett and Moerschel.

25                        (Video played.)

**Government's Opening Statement**

1        MR. EDWARDS:  That's where they're marching to

2   the Capitol down Pennsylvania Avenue.  30 to 40 of us.  And

3   you'll need to know that there were 14 in her group, there

4   were six in Minuta's group, and there were three other QRF

5   teams including Vallejo back at the hotel.  According to

6   Watkins, they were sticking to the plan.

7        Meanwhile, you'll see that Vallejo was ready and

8   outfitted as he messaged the group after the 2:00 hour.  It

9   was back at that hotel and he was awaiting word from Rhodes

10  to bring that arsenal of firearms into D.C.  And just before

11  2:30 PM you will see that Hackett and Moerschel entered the

12  restricted area of the Capitol grounds with their

13  co-conspirators on their way to breach the building.

14                      (Video played.)

15        MR. EDWARDS:  You'll see Capitol surveillance

16  video that captures Hackett and Moerschel and the other

17  individuals.

18        Here you'll see Hackett in the front and Jessica

19  Watkins close behind who had recently been on that Zello

20  application.

21        Here you'll see David Moerschel with Kelly Meggs, the

22  individual who talked about adding teeth to their peaceful

23  protests.  Kelly Meggs, who was directly in touch with

24  Stewart Rhodes on January 6th, including phone calls like

25  one at 2:32 PM.  And minutes after Kelly Meggs called

**Government's Opening Statement**

1    Stewart Rhodes, you'll see that Hackett and Moerschel, they

2    joined Kelly Meggs, they formed a line, each person with the

3    hand on the shoulder of their co-conspirator in front of

4    them, and they marched up the stairs of the United States

5    Capitol building where a mob was attempting to break down

6    that door.

7        Hackett and Moerschel would throw their bodies into

8    that effort, helping to cause significant damage to the

9    doors of that building.  Because of these defendants and the

10   mob they helped, the Columbus doors, as they're called,

11   whose sculptures depict episodes of our country's past, were

12   now etched with new scars of where our country had come.

13   You will hear that they helped cause tens of thousands of

14   dollars of damage to those doors.

15       At 2:38 PM when Hackett and Moerschel pushed forward,

16   another Florida co-conspirator, William Isaacs, who you will

17   see on the organizational chart, a part of their group was

18   the first person to breach the building.  You'll see it on

19   Capitol surveillance video.  And at that exact moment, that

20   moment, 2:38, Edward Vallejo back at the hotel, he announced

21   on Signal that he was ready.

22       "QRF, standing by at hotel.  Just say the word."

23       At 2:40 PM, Hackett and Moerschel pushed their way

24   past Capitol police officers through the blaring alarms and

25   through the halls of the Capitol building.  They were, in

**Government's Opening Statement**

1    Hackett's words, at the elected officials' doorstep.  So

2    were those elected officials.  You will hear that the United

3    States Secret Service had evacuated Vice President Mike

4    Pence.  You'll also hear that the Capitol police were still

5    in the process of evacuating the representatives and the

6    senators that were required to be there that day.  Their

7    staff members, their family members, the people and the

8    public servants whose job it was to be inside that day,

9    whose job it was under the Constitution to declare the

10    winner of the election, to finish the transfer of

11    presidential power, but they couldn't.  They couldn't

12    because these defendants and others were still inside.  And

13    so long as they were inside presenting a danger to everyone

14    inside, Congress couldn't finish that process.  And that was

15    the goal.

16        Instead you'll hear people tell you what it felt like

17    when they heard the metallic locks clicking on the doors in

18    the chamber.  You'll hear what it felt like to see law

19    enforcement with long rifles evacuating people.  And you'll

20    hear what it was like to see people frantically calling

21    their loved ones.

22        As you watch some of these defendants inside and you

23    watch how the public servants reacted, you will learn that

24    the Capitol is a complicated building, a sprawling complex.

25    That building has multiple floors, multiple wings, but these

1    defendants and their co-conspirators, they navigated it

2    quickly.  They split perfectly from 14 into two groups of

3    seven.  And they headed both toward the Senate and the

4    House.

5        To help you better understand these defendants'

6    actions inside that building, we'll often turn to this

7    diagram.  We hope it will help you to orient yourself as you

8    learn what people did inside.  You'll learn that the Senate

9    is on the top of this diagram or the north side of the

10   building.  The House of Representatives is on the bottom of

11   this diagram or the south of the building.

12       And there's a room called the Rotunda.  Living up to

13   its namesake, it's a large round room in the center.  You'll

14   see video from inside that room.  And you'll come to learn

15   that the normal procession that takes place on January 6th,

16   it normally goes straight line from Senate to the Rotunda

17   down to the House as they move those paper electoral ballots

18   on January 6th.

19       And you'll hear from officers who fought for their

20   lives and the lives of their fellow officers to desperately

21   try to keep the people, the rioters from breaking that

22   processional line, from getting in the way from these people

23   doing what the Constitution required them to do.  They will

24   tell you that none of these defendants helped them.  They

25   only presented a danger to the process and to all those

**Government's Opening Statement**

1    responsible for carrying it out.

2         Despite law enforcement's efforts, the defendants

3    prevailed.  There were 14 co-conspirators in Hackett's and

4    Moerschel's group and that first group that breached the

5    building.  And, as I told you, they split into two.  One

6    team of seven went toward the House, and one team of seven

7    went towards the Senate.

8         You'll see on video that the Senate group of seven

9    packed themselves into that hallway, and they marched toward

10   the Senate and began forcibly pushing their way towards the

11   chamber.  You'll see in this snapshot a member of that group

12   of seven, and you'll see how close they came to that Senate

13   chamber where only before on that same day senators were

14   undergoing the process.

15        You'll hear that members of this group started

16   chanting, "Push, push, get in there.  They can't hold us."

17   You see, getting in the building wasn't enough.  Pausing the

18   process wasn't enough.  They had to get to the Senate

19   chamber.  It was, as Vallejo had said earlier that day,

20   guerilla war.

21        Meanwhile, Hackett, Moerschel, and the other group of

22   seven went south towards the House of Representatives, the

23   bottom of this diagram, and the conspirators stationed

24   themselves just south of the Rotunda, between the Rotunda

25   and the House, and that was outside the suite of offices

1    belonging to Speaker Nancy Pelosi.

2         The evidence will show that Hackett and Moerschel and

3    their group looked for Nancy Pelosi.  Luckily they did not

4    find her.  But you will see Speaker Pelosi staffers were

5    just on the other side of the closed door, hiding in their

6    suite of offices, terrified of what these defendants and the

7    rest of the mob would do to them.  They were hiding in the

8    Capitol building.

9         Rather than find Speaker Pelosi, you'll hear evidence

10   that Hackett and Moerschel confronted law enforcement

11   officers.  They were trying to keep the officials and the

12   staffers safe, the people who were supposed to be inside

13   that day.  And eventually law enforcement rebuffed this

14   first group of defendants.  You'll learn that D.C. officers

15   deployed chemical spray and forced the Senate team of these

16   defendants and their co-conspirators back.  You'll learn

17   that Capitol police stopped Hackett and Moerschel and their

18   group from advancing any further.

19        Then Minuta and his group, they deployed.

20        You will see what Minuta and his group did.  They

21   heeded Rhodes's call to race to the Capitol building.  On

22   their way, Minuta recorded himself and his group racing to

23   the building, and you'll hear what he said.  You'll see the

24   videos in trial.  But for now listen.  Listen to Minuta's

25   words.

916

**Government's Opening Statement**

1              (Video played.)

2              MR. EDWARDS:  To Minuta and these people

3    storming into the Capitol, they were patriots.  And he was

4    headed to join what he called patriots.

5         Think about that.  Watch the video at trial.  Listen

6    to Minuta's words when he says D.C. police, they're

7    committing violence against people he called -- Minuta

8    called patriots.  That's his focus.  Watch as he rushed to

9    join his co-conspirators who also called themselves

10   patriots.

11        You will see Minuta's video showing police were

12   swerving in their patrol cars to form barricades with their

13   lights and sirens on.  Those officers knew they needed to

14   stop the attack on the building.  Minuta didn't care.  They

15   swerved around those patrol cars.  He was rushing to join

16   what he called in that video the war in the streets, and

17   that was exactly where Rhodes told them they were that day.

18        When they arrived at the Capitol, Minuta and their

19   group, they were on the west side of the building, which is

20   the opposite side of where Hackett and Moerschel had

21   entered.  You will not see Minuta and his group enter on the

22   west side.  You won't see them enter on the north side.

23   There were entrances.  They marched around the Capitol

24   building and went all the way to the opposite side and

25   entered the exact same doors that Hackett and Moerschel had

**Government's Opening Statement**

1    just previously went in.  The exact same doors.

2         And like Hackett and Moerschel, Minuta and his group

3    threw their hands on the shoulders of the co-conspirators in

4    front of them.  You'll see video as they sliced through the

5    rioters on the west side.  As they go around the north, they

6    approach the same set of stairs that Hackett and Moerschel

7    marched up in the same line, and Minuta breached that

8    building with his group.

9         That's where Minuta and his co-conspirator, Joshua

10   James, that individual from Alabama that you'll see on that

11   organizational chart, they confronted more law enforcement

12   officers, more blockades.  But this time it was in person.

13   And so Minuta and his co-conspirator James, they resorted to

14   force.  Law enforcement officers had lined up inside the

15   Capitol building to stop rioters from getting through that

16   lobby and into the Rotunda, into the Rotunda where that

17   procession normally takes place to transfer that

18   presidential power.  And at trial you will see multiple

19   angles of what Minuta and James did.

20        You'll see that they forced their way into the

21   Rotunda, clashing with officers.  You'll see Minuta's own

22   video that he recorded with his phone.  And across those

23   recordings you will hear that Minuta and James, they yelled

24   something.  This was their building, and the cops needed to

25   get out.  When James attacked the officers, you'll see

**Government's Opening Statement**

1    Minuta right behind him, right behind James, and he was

2    yelling the exact same things.  And when James attacked,

3    Minuta joined.  Using an officer's own riot shield to be the

4    force that pushed Minuta and James deeper into the building

5    further against the process for the presidential transfer of

6    power.

7                        (Audio played.)

8                 MR. EDWARDS:  This was the United States

9    Capitol building where members of Congress were upholding

10   their oaths to certify the election, where law enforcement

11   officers were upholding their oaths to protect the people in

12   that building, where the peaceful transfer of presidential

13   power was in process until it wasn't.  It wasn't because,

14   according to Minuta, pushing James further into that

15   building, this was their building, and they had taken it.

16        Hackett, Moerschel, Minuta, and Vallejo and their

17   co-conspirators and other rioters successfully interrupted

18   the certification of the presidential election that day.

19   They halted the transfer of presidential power with force,

20   and for the first time in this country's history it would

21   not begin again until 8 PM that night when law enforcement

22   officers, after waging battle for hours, finished clearing

23   the building.  When members of Congress, after fleeing or

24   being whisked away to safety, took back up their

25   constitutional duties.  When staffers could pick up the

**Government's Opening Statement**

1    pieces of their offices, the pieces of their government.

2        In the meantime, these defendants and their

3    co-conspirators, they left the Capitol building, and they

4    gathered with Rhodes.  You will see these individuals who

5    went into the building, they circled Rhodes, right there in

6    the center.  And at around 4 PM, tear gas and flash-bangs

7    still hanging in the air, they awaited their next steps

8    because they weren't done.

9        You'll see that the defendants bragged about what they

10   had just done.  They were prepared to continue their efforts

11   to accomplish the goal of preventing the transfer of power.

12   And it was set to occur in just two weeks on Inauguration

13   Day.  Because, let's be clear, halting the certification on

14   January 6th for these defendants and their co-conspirators

15   is just a first battle in the war.  Because -- as Rhodes put

16   it -- to them, that day, this was the street-fighting phase.

17   This was the storming the governor's mansion phase, his

18   words.

19       Next would come their Lexington.  Another ominous

20   reference to the Revolutionary War, the place where that war

21   started.  This was their war against their government.  And

22   on the evening of January 6th, the defendants and their

23   co-conspirators took to Signal.  Rhodes messaged that

24   patriots had taken matters into their own hands, and he

25   warned:  "You ain't seen nothing yet."

**Government's Opening Statement**

1    Kelly Meggs, that group -- the individual with Hackett

2    and Moerschel who you'll see on the organizational chart, he

3    took to Signal and he responded:  "We aren't quitting, we

4    are reloading."  That was the night of January 6th.  Vallejo

5    took to Signal too:  "We have only yet begun to fight."

6    And you will know that Vallejo's fight was against the

7    government and the transfer of presidential power because

8    you will see that night, on the evening of January 6th, he

9    messaged his co-conspirators that Congress -- Congress would

10   have to declare President Biden in the dead of night with no

11   one there.  His words.  He knew Congress could still finish

12   the process.  So he wasn't done.

13   On the morning of January 7th, he messaged his group:

14   "We are going to probe their defense line right now."  And

15   you will see that he in fact went into D.C. that morning and

16   provided a report back to his co-conspirators.  Vallejo

17   added that morning, January 7th:  "We are at war."

18   When you see Vallejo's messages, think about that.

19   The country was reeling from what had just happened, and

20   Vallejo and his co-conspirators were probing the defense

21   line.  They were at war.  And according to Vallejo, they

22   immediately started focusing on January 21st, 2021, the day

23   after the transfer-of-power process was supposed to

24   complete.

25   But on the evening of January 6th, the defendants also

**Government's Opening Statement**

1    realized just how much trouble they were in.  While at

2    dinner with Vallejo and others, Rhodes received word that

3    night, January 6th, that law enforcement may be after anyone

4    who had just gone into the Capitol building.  So Rhodes

5    fled, he drove through the night, eventually making his way

6    to Texas.  He even gave his cell phone to another associate

7    to avoid being tracked, and then he used another associate's

8    phone to send messages, ordering co-conspirators to stay

9    quiet and delete everything.

10        You will see his messages, and you will know that he

11    wrote:  "You all need to delete any of your comments

12    regarding who did what.  Delete your self-incriminating

13    comments or those that can incriminate others.  Hunt down

14    any comment you made that can be used against you, other

15    Oath Keepers, the organization, and delete them."

16        These defendants got busy.  You'll hear that these

17    defendants and their co-conspirators deleted critical

18    evidence off their phones, how some defendants including

19    Hackett, Moerschel, and Vallejo, they deleted that Signal

20    application entirely, the very platform that they used to

21    communicate with one another for the last three months

22    leading up to January 6th.  And they did this precisely to

23    keep this evidence away from law enforcement and the grand

24    jury who would investigate them for what they did on

25    January 6th.

**Government's Opening Statement**

1    You'll hear that Minuta, for his part, he specifically

2    deleted certain messages out of their chat.

3    Message:  "Why?"

4    He said:  "There were faces in one of those videos."

5    Think about why you delete a video that shows faces.

6    And then he replaced his phone entirely soon after

7    January 6th.  They did this to do exactly what Rhodes had

8    told them, to delete their self-incriminating evidence.

9    These defendants engaged in a conspiracy, and they

10   tried to cover it up.  They formed an agreement to do

11   something criminal to stop the presidential transfer of

12   power.

13   And, look, conspiracy is a strange-sounding legal

14   word.  It sounds like it must be done in the dark or in a

15   secret lair far away.  It doesn't.  It's just an agreement

16   to do something unlawful.  And the agreement part should be

17   familiar to you.  You've got a lifetime of experiences

18   forming agreements.  And, frankly, you probably do it every

19   single day.  And so you know that when you form an

20   agreement, it can look lots of different ways.

21   Now, I don't want to trivialize this case at all, it's

22   too important, but if it's helpful to you, consider an

23   everyday example of an agreement.  Consider making movie

24   plans with your friends.  That agreement can look wildly

25   different in many ways.  For example, how that agreement

**Government's Opening Statement**

1    forms.  It can be spoken or written like in a text message

2    or a phone call, or it can be unspoken.

3         I know it sounds weird, but when your group texts

4    about seeing a movie, if you're anything like me, you forget

5    to text but you show up.  And when you go to that theater at

6    that time, maybe even with some snacks in your coat or your

7    purse, no one is questioning why you are there.  They know

8    you agreed to see the movie.  Consider that that agreement

9    can grow over time.  You may agree to see a movie, but later

10   finally agree which movie, and then even later you agree to

11   what time to see that particular movie.  It's all still the

12   same agreement, it just grew more specific over time.

13        And there's no reason that the agreement has to be

14   long-planned.  It can be like if your group plans to see a

15   movie that's not out yet.  It could be immediate too.  When

16   you're walking through the mall with your friends and you

17   just decide to swing by the theater and see a movie, either

18   way you've reached an agreement.  And you can join that

19   agreement any time.  Your group can plan to see a movie

20   coming up for months, but you can join that agreement at the

21   last second.  And you walk into that theater, you walk in at

22   the right time, no one's questioning.  You join that

23   agreement.

24        The point is you've reached agreements in your whole

25   life, many of them.  Use that body of experience when you

**Government's Opening Statement**

1    assess the evidence in this case.  Use that experience to

2    see that these defendants reached an agreement too.  Their

3    agreement was to oppose by force the lawful transfer of

4    presidential power following the 2020 presidential election.

5    And by January 6th, 2021, all four of these defendants

6    joined that agreement, and that agreement violated three

7    related conspiracy laws.

8         First you'll hear about seditious conspiracy.  That's

9    the first charge.  You can break this law a couple of ways.

10        First, it's illegal to agree with others to oppose by

11   force the authority of the government of the United States.

12        Second, it's also illegal to agree with others to

13   hinder the execution of any law of the United States by

14   force.

15        Those are two ways to violate seditious conspiracy.

16   And so when you agree with others to stop the transfer of

17   presidential power with force and then you act by standing

18   with rifles near D.C. and storming the Capitol building on

19   January 6th, your agreement violates both of those prongs of

20   this law.  It is an agreement to oppose the authority of the

21   government with force, and it's an agreement to hinder any

22   law with force.  Particularly the laws that require Congress

23   to meet that day.  And to transfer presidential power by

24   declaring the winner.

25        Second, a conspiracy to obstruct Congress.

**Government's Opening Statement**

1        The conspiracy makes it illegal to agree with others

2   to obstruct what's called an official proceeding.  An

3   official proceeding includes a congressional proceeding or

4   what Congress was doing on January 6th.  So when you agree

5   with others and you act in a way that delays or hinders that

6   session, you commit this crime.

7        So, again, when you agree with others to stop that

8   transfer of power and you act by staging rifles and staying

9   with them or storming into the Capitol building, your

10  agreement violates this law.

11       Third, the final conspiracy charge.  Makes it illegal

12  to agree with others to prevent members of Congress from

13  discharging their duties under the Constitution, or agreeing

14  with others to unlawfully move them, displace them from

15  where they're supposed to be.  It's illegal to do it.  And

16  so when you consider that and you consider an agreement to

17  stop the transfer of presidential power, and when you act to

18  line rifles up and to stage with them at a hotel and you

19  storm into the building, you violate this conspiracy charge.

20  You stopped Congress from being able to do what they must

21  do.  Remember that.  Must do on January 6th.  You displaced

22  them from where they must be.

23       There are also three other nonconspiracy charges,

24  charges related to the results of their actions.  That

25  fourth charge on the screen, obstruction of an Electoral

**Government's Opening Statement**

1    College certification, obstructing Congress.  It just makes

2    it illegal to in fact obstruct the proceeding, to do

3    anything, to attempt to do anything to aid and abet others

4    in doing something that hinders or delays that proceeding

5    that was going on.

6         And so when you storm into the Capitol building and

7    you support those efforts by driving across the country to

8    stage with gear, you violate that law.

9         Fifth, destruction of property.  It is what it sounds

10   like.  It's illegal to in fact or to attempt or to aid and

11   abet others in damaging government property.  And so when

12   you storm into the Capitol building and you throw yourself

13   into a mob with the intent of getting into that building,

14   regardless of the doors that are stopping you from doing so,

15   and you cause thousands of dollars of damage to those doors,

16   you are guilty of that charge.

17        And, finally, deleting evidence.

18        Again, it is what it sounds like.  When you commit

19   these acts and you take evidence that could reveal their

20   agreement or reveal your actions and you delete them, delete

21   them from your phone, you get rid of your phone entirely,

22   you commit this crime.  And consider that all four of these

23   defendants got rid of the exact application that they used

24   to communicate with each other in the aftermath of

25   January 6th.

**Government's Opening Statement**

1    On November 3rd, 2020, our country chose its next

2    President.  But by January 6, 2021, these defendants chose

3    force and violence.  On the very day the routine transfer of

4    presidential power was set to happen, these defendants

5    didn't line up to protest.  They lined up rifles, they lined

6    up to attack the United States Capitol building.  And they

7    were done waiting for someone else to act.  They needed to.

8    And it would be necessary to use force to be successful.

9         By January 6th, by that day, you will see that the

10   conspiracy existed, and that these defendants joined it.

11   These defendants acted.  When you watch Vallejo drive across

12   the country to stage outside of D.C., when you watch Hackett

13   and Moerschel and Minuta agree to throw their hands on the

14   group's shoulders and march forward to storm into that

15   building, when you watch these defendants join together and

16   act on the exact date that Congress was required to meet,

17   the exact building that they were required to meet, you will

18   know.  You will know that these defendants by that moment

19   agreed to obstruct the peaceful transfer of presidential

20   power from one President to the next.  And they did it.

21        After this trial, after you've heard all of the

22   evidence, my colleague will stand before you and ask you to

23   reach the only verdict that is consistent with all of this

24   evidence.  Roberto Minuta is guilty.  Joseph Hackett is

25   guilty.  David Moerschel is guilty.  And Edward Vallejo is

**Government's Opening Statement**

1    guilty.

2         Thank you.

3              THE COURT:  All right.  Thank you,

4    Mr. Edwards.

5         All right.  So let's take our afternoon break now.  It

6    is about quarter of 3.  Why don't we plan to begin at 3:05,

7    and we'll keep going till the end of the afternoon.

8         Thank you, everyone.

9              (Recess taken from 2:48 p.m. to 3:07 p.m.)

10             THE COURT:  Welcome back, everybody.

11        We will now turn to defense counsel who, as you will

12   remember, they may make an opening statement but are not

13   required to do so.

14        So begin with Mr. Shipley on behalf of Mr. Minuta, do

15   you wish to make an opening?

16             MR. SHIPLEY:  Your Honor, on behalf of

17   Mr. Minuta, we would reserve our opening.

18             THE COURT:  Ms. Halim, on behalf of

19   Mr. Hackett?

20             MS. HALIM:  Yes, Your Honor.  Thank you.

21             **DEFENDANT HACKETT'S OPENING STATEMENT**

22             MS. HALIM:  Good afternoon.  My name is Angie

23   Halim, and I represent Joseph Hackett.

24        Mr. Hackett, will you stand, please.  And if you'll

25   just take your mask down for a moment.

**Defendant Hackett's Opening Statement**

1          Members of the jury, this is Joseph Hackett.

2          Stay standing, but put your mask on.

3          Mr. Hackett is 52 years old.  He lives in Sarasota,

4     Florida, with his wife and his daughter.  He's a

5     chiropractor.  He has no military experience, no law

6     enforcement experience.  He has precious little political

7     experience, unaware of the majority of the intricacies and

8     the details of the political process.  You know human beings

9     are complicated, so there's at least one thing that

10    Mr. Edwards and I agree on.  Mr. Hackett is complex and he

11    isn't perfect.  But, make no mistake, he is not guilty.

12         Now, back here at our defense table -- actually I

13    didn't even realize how many people are back there, it looks

14    like a team.  Don't be misled by that.  Don't assume that

15    because the attorneys work together, because we may be

16    coordinating and helping one another throughout this trial,

17    don't assume that there's cohesion or unity among those four

18    individuals.  Before January 6th Mr. Hackett didn't know a

19    single one of those other people.  In fact, even as of

20    January 6th, after January 6th, Mr. Hackett still didn't

21    know Roberto Minuta, still didn't know Ed Vallejo, and knew

22    precious little about David Moerschel, not even his real

23    name.

24         Mr. Hackett stands accused of three separate

25    conspiracies with ten different people, most of whom he did

1    not know.  The government is in overdrive, manipulating the

2    evidence to make it look as though there were shared goals,

3    a unity of purpose and meeting of the minds between all

4    those different people from all over the country.  There was

5    not.  It will be abundantly clear throughout this trial that

6    there was no plan to attack the Capitol, there was no plan

7    to disrupt the Electoral College proceeding, and there

8    currently was no plan to oppose the authority of the United

9    States by force.

10        Now, in the days and in the weeks that follow

11    January 6, it was an understandable desire to explain, how

12    did that happen?  There was an understandable desire to

13    point the finger at someone, to hold people accountable, but

14    as happens far, far too often, there was a rush to judgment.

15    In those early weeks, still back in January of 2021, agents

16    and prosecutors working together came up with a narrative, a

17    narrative that this group called the Oath Keepers

18    coordinated and planned an attack on the Capitol, planned to

19    disrupt the Electoral College proceeding.

20        The evidence doesn't show that.  They came up with

21    that narrative early on before they had all the evidence,

22    before they had all the messages, before they had the video,

23    before they reviewed all the audio, before they examined and

24    talked to their witnesses, before they had investigated with

25    any significance Mr. Hackett or anyone else.  You're going

**Defendant Hackett's Opening Statement**

1    to learn that that narrative is one, inaccurate, and

2    number two, it's a gross oversimplification of a set of

3    events that was extraordinarily complex.

4         You're also going to learn that in the next year as

5    the government continued investigating as it got those

6    messages, as it got that audio, as it got that video, what

7    they did is they cherry-picked bits and pieces plucked from

8    there and there that supported their narrative and then they

9    ignored, discarded everything else.  It was as though they

10   had tunnel vision with blinders on only grabbing at the bits

11   of evidence that seemingly confirmed those early and

12   uninformed conclusions.  Do not let them get away with that.

13   Do not let them tell a story that is incomplete and is a

14   warped version of the actual events of that day.

15        I'd like to talk now about some facts specific to

16   Mr. Hackett.  For that, I'm going to ask you to travel back

17   in time with me, back to the mid to late summer of 2020.

18   The pandemic is still raging.  Nobody's really talking about

19   the election yet.  People are still arguing across the

20   country about whether we have to wear masks, arguing about

21   whether it's okay for businesses to be mandated to be

22   closed.  George Floyd was murdered in broad daylight, and

23   protests and riots exploded across the country.  People

24   everywhere were scared, they were confused, they were angry

25   in all directions and from all sides.

**Defendant Hackett's Opening Statement**

1       Now, Mr. Hackett lives in a part of our country down

2  in Florida where he was subject to messaging that encouraged

3  him and his community to be afraid.  Wasn't always clear

4  what the precise threat was, but the message was one of

5  fear.  Some people talked about Antifa, some people talked

6  about Black Lives Matter, others around him spoke in generic

7  terms about the need to be prepared, the need to be ready

8  for battle, for war, be prepared to respond to threats,

9  violence from the enemies.  Again, it was not always if ever

10  clear what the threat was or who those enemies were, but

11  Mr. Hackett felt the need to find a space where he could

12  find protection, where he could learn self protection.

13       He found the Oath Keepers late summer, early fall of

14  2020, and he joined their group.  He didn't know much at all

15  about the group or its members, but he joined and he took

16  them seriously at the beginning.  In his short time with the

17  group he learned many of them spoke in this code.  Again, no

18  military experience, no law enforcement experience.  They

19  talked about ops and comms, short for operations or

20  communications.  He learned that they provided security

21  details for individuals at emotionally-charged events around

22  the country, things like protests, things like riots.  He

23  learned they organized community preparedness teams, they

24  called it CPT.

25       In the days leading up to January 6, Mr. Hackett did

1   travel from Florida with a small group of people up to D.C.

2   During his time, the three or so days that he was here in

3   D.C., he stayed with his traveling group.  He didn't have

4   his own vehicle, and he was in a city with which he was not

5   familiar.

6       The evidence will show that he along with many others

7   associated with the Oath Keepers who in fact traveled to

8   D.C., they came planning to provide security details for

9   individuals, they didn't know who yet, and that they were

10  there to protect, to be ready for threats, to defend if

11  necessary.  At no point did anyone say that they were going

12  to attack the Capitol.  At no point did anyone say that

13  there was a plan to stop and disrupt this proceeding

14  relating to the certification of the Electoral College vote.

15      On January 6th, those messages that were going around

16  in the Signal app, Mr. Hackett wasn't on that.  He wasn't

17  aware what others were saying that day.  And so on

18  January 6th, in the morning, Mr. Hackett went along with

19  that group he traveled up from Florida with to the Ellipse

20  where other Oath Keepers were and where many, many other

21  people were to hear the former President speak.

22      While still there, while the speech was still going

23  on, words started to spread and bubble around.  "Pence

24  betrayed us."  Word was ingested into people's ears.  "It's

25  over.  It's over."  Before that speech even ended, a lot of

**Defendant Hackett's Opening Statement**

1    people started walking towards the Capitol, and Mr. Hackett

2    and the others that he was with also started walking to the

3    Capitol.  Now, Mr. Hackett and five or six other people were

4    escorting an elderly female on that trek from the Ellipse to

5    the Capitol building.  You'll see the video evidence.

6    Nobody is making a beeline to get to the Capitol.  They're

7    just walking, I call it parade speed.

8        On that walk, word began to spread that the Capitol

9    was breached.  Word began to spread that people were inside

10   the Capitol building.  Whoever caused that initial breach of

11   the barricades outside the building into the building

12   itself, it wasn't a single solitary person associated with

13   the Oath Keepers, and it certainly had nothing to do with

14   Mr. Hackett.  As they got to the Capitol grounds, they were

15   no longer escorting the elderly female, and it was just

16   Mr. Hackett and several other people he had traveled with

17   and several other people he'd never met before a day in his

18   life.

19       I'm going to show you some video.  The government

20   showed this as well.  Mr. Hackett is among this group.

21                   (Video played.)

22              MS. HALIM:  Keep in mind at this point they've

23   learned and they know that the Capitol's been breached.

24   Nobody's running, nobody's in any sort of offensive

25   coordination, nobody's in any sort of tactical formation.

935

**Defendant Hackett's Opening Statement**

1    They are just walking to the Capitol.  There were no

2    instructions.  There were no plans.  There was no unity of

3    purpose.

4        Once they got to the Capitol grounds and once they

5    were in the crowds, in the throngs of people, there was

6    chaos, there was confusion, there was noise.  There were no

7    plans, there were no instructions, there was no unity of

8    purpose.

9        The government showed you the briefest clip during its

10   opening statement of the line that included Mr. Hackett

11   walking up those stairs.  Mr. Edwards said they marched up,

12   they walked up.  You saw the video.  The time it took to

13   walk up those stairs, that's the only time you're going to

14   see a line of anybody walking up there.  They went to join

15   two other Oath Keepers, that were already at the top of the

16   stairs, Jason Dolan and Kenneth Harrelson.  Mr. Hackett was

17   following behind other people that were in front of him.

18       They get to the top.  The big crowd of people at the

19   top of the stairs.  The doors are still closed, the Columbus

20   doors are still closed.  The people are singing the National

21   Anthem.  It's loud, there's chaos, but there were no plans

22   and there was no unity of purpose.  Then those big massive

23   Columbus doors opened from the inside.  Nobody up there knew

24   those doors were opening.  The doors opened from the inside.

25   The minute the doors opened, the crowd of human beings

**Defendant Hackett's Opening Statement**

1    packed together, make a rush inside the Capitol.

2         You will see from the video evidence that once those

3    doors opened, the crowd was moving.  The crowd was coming

4    from behind.  The people were pushed forward.  Some people

5    were physically jerked and pulled into the building from

6    other people who were already inside.  Some people were

7    pushed forward.

8         The government tells you that Mr. Hackett crossed that

9    threshold because it was his intent to stop the

10   certification.  Their evidence doesn't support that.  The

11   certification had in fact by that point already stopped, it

12   had already been suspended.  By that point some people --

13   many people thought the whole thing was already over because

14   of the hubbub back at the Ellipse that Pence had betrayed

15   them.

16        As you receive the evidence, you will hear and you'll

17   see I think for yourself that people had a variety of

18   motives for entering the Capitol.  For some it was to have

19   their voices be heard, for their anger to be registered.

20   For some it was to feel important, to be a part of history.

21   For some it was as simple as because other people are going

22   in.  And, yes, it is true that for some it was with the

23   corrupt purpose to disrupt that proceeding.  Not so for

24   Mr. Hackett.

25        Mr. Hackett was inside that building for just over 11

**Defendant Hackett's Opening Statement**

1  minutes.  11 minutes.  And you're going to see video from

2  the CCTV.  You will see his body language.  He's not

3  celebrating.  He's not triumphant.  There are no fist pumps.

4  He's not jubilant.  He doesn't look angry.  There's no

5  vitriol, there are no words of hate.  He doesn't confront a

6  single solitary other soul besides those people that he

7  traveled there with from Florida.  He looks lost.  He seems

8  confused.

9          The government got it wrong.  He did not ever go

10  towards the House chamber.  He did not ever go in search of

11  anyone.  You'll see the video.  You'll see that he sort of,

12  for that 11 minutes, wanders.  And not far outside the

13  Rotunda he goes from door to door.  He's in the middle, he

14  talks with some of the people he traveled with, he goes back

15  to another door.

16          Can we see the image number 1, please, Justin.

17          Those two pink circles Mr. Hackett, is the one --

18  looks like he's got a plastic pouch right here on his side.

19  That's Mr. Hackett.  The other circle, the other purplish

20  circle, that Mr. Moerschel.

21          Let's see another image.

22          At one point he's just standing back against the wall

23  by himself.

24          And then after 11 minutes -- image 3, please -- that's

25  Mr. Hackett and Mr. Moerschel walking out of the building.

**Defendant Hackett's Opening Statement**

1    They don't come back in.  And they stay outside.

2         Now, look, Mr. Hackett's not entirely blameless.  I'm

3    not going to tell you he is.  But remember he's not charged

4    with trespassing, he's not charged with civil disorder, he's

5    not charged with illegal parading.  He's accused of

6    conspiring with people he do not know to disrupt a

7    proceeding and to oppose the authority of the United States

8    by force.  When you see that there was no evidence of a plan

9    to stop the transfer of presidential power, no evidence of

10   coordination that day, no evidence of unity of purpose and a

11   meeting of the minds, you must vote to acquit Mr. Hackett.

12        Mr. Hackett and I, we ask you to hold the government

13   accountable.  We are in a courtroom, and it is their job and

14   their burden to prove that there is evidence, actual

15   evidence that supports each and every element of each and

16   every offense.  Quick assessments, assumptions based on

17   imperfect and incomplete information, supposition, and

18   speculation are unacceptable.

19        As you hear this case, as you receive the evidence,

20   there are four guiding principles that I'm going to ask you

21   to keep at the forefront of your minds.

22        Number 1, just as Judge Meta said in the preliminary

23   instructions, Mr. Hackett is presumed innocent.  He sits

24   there with a blank slate.

25        As the government calls its witnesses and introduce

**Defendant Hackett's Opening Statement**

1    its exhibits, I ask that you put on glasses and view -- view

2    everything through the lens of that presumption of innocence

3    because that's what our constitution demands.

4        Number 2, I want to talk about timing.  Once again,

5    I'm going to ask you to travel back in time.  Whenever you

6    see evidence that -- from before January 6th, the messages,

7    the people talking, anything else that you see from before

8    January 6th, I'm going to ask you, hard as it is to put

9    aside everything you saw about that day, everything you

10   learned or everything you heard about January 6th, go back

11   to the fall of 2020.  Before January 6th became eponymous.

12   Before it became something to memorialize.  Back to the time

13   when most people did not have an understanding whatsoever of

14   the significance of January 6th.  And even if they did

15   understand the significance of January 6th, probably didn't

16   understand the granular details of that process on the 6th.

17       See, what the government hopes that you're going to do

18   is they hope that you got those images and the knowledge

19   from the 6th in your mind as you're reading bombastic

20   messages from September, October, November, December.  But

21   keep in mind they weren't written that way, they shouldn't

22   be read that way.  So pay very close attention to the

23   precise timing of messages.

24       For example, just in his opening statement,

25   Mr. Edwards displayed a message that Mr. Hackett wrote about

**Defendant Hackett's Opening Statement**

1    making citizen's arrests.  That was a fragment of one

2    sentence in a paragraph of ten sentences that Mr. Hackett

3    wrote on December 16th.  No one contemplated going to D.C.

4    on January 6th before the 19th of December.  So when you see

5    messages from prior to the 19th of December, they're not

6    about D.C.  There were some other events in D.C. that other

7    people had involvement with, but not Mr. Hackett.

8          Three.  Social media.

9          When it comes to excavating for the truth, social

10   media is a complicated medium.  People don't use their real

11   names.  You can't take literally everything a person says

12   online.  Just because someone is in a group message or a

13   group chat, doesn't mean that they agree with everything

14   that they read.  It doesn't mean that they read every

15   message that's posted.  And it certainly doesn't mean that a

16   person endorses the content of every message.  And that's

17   especially true with a lot of the group messengers you're

18   going to see.  Signal end-to-end encryption, kind of like

19   WhatsApp and some other popular applications, some of these

20   message groups had more than 80 people in them.  There's a

21   lot of chatter.  People aren't reading every single message

22   that every single person writes.  I ask you to keep that in

23   mind.  Keep in mind your common-sense approach to the value

24   of things said on social media.

25         Lastly, the fourth and final guiding principle.  Mere

**Defendant Hackett's Opening Statement**

1    association and physical proximity with others does not a

2    conspiracy make.  Yes, Mr. Hackett traveled from Florida to

3    D.C. with a group of people.  Doesn't mean he conspired with

4    them.  It doesn't mean they all shared the same goals or the

5    same purpose.

6         On a day where crowds and throngs of thousands of

7    people congregated in a city that he did not know,

8    Mr. Hackett stayed with his travel group.  That does not

9    mean he shared a unity of purpose with everyone that he

10   traveled with.

11        As you receive the evidence, I ask you to keep each of

12   those four guiding principles in mind.  I ask you to keep

13   the presumption of innocence in mind and to remember always

14   that the burden of proof lies with the government.

15        At the end of this trial, I'm going to come back

16   before you and I'm going to review all of the evidence that

17   you've heard, and I'm going to ask you to return the only

18   verdict that will be consistent with the evidence that

19   you're going to hear, and that's a verdict of not guilty to

20   each and every count.

21        Thank you.

22             THE COURT:  Ms. Halim, thank you.

23        Mr. Weinberg.

24             **DEFENDANT MOERSCHEL'S OPENING STATEMENT**

25             MR. WEINBERG:  All right.  Good afternoon,

**Defendant Moerschel's Opening Statement**

1   ladies and gentlemen of the jury.  My name is Scott

2   Weinberg.

3        Along with my associate, Connor Martin -- if you'll

4   stand up --

5             MR. MARTIN:  Good afternoon.

6             MR. WEINBERG:  -- we have the pleasure of

7   representing David Moerschel, who is right there.

8        David, if you could stand up and remove your mask.

9        You can have a seat.

10       So we represent Mr. Moerschel in this case.  He's our

11  number 1 concern.  As you'll notice throughout the trial, as

12  the defense, we always get to go second.  So the government

13  gets to go, then the defense.  In this situation sometimes I

14  might go third, fourth, or fifth.  We have a lot of lawyers

15  in this room, so the order is always changing.

16       But we are in court today to talk about these men of

17  January 6th.  Like I said, Mr. Moerschel is my number 1

18  concern.  We'll see in this case that a lot of people got

19  swept up into the events that led to January 6 and by

20  January 6 itself.  And it's my job to show you and prevent

21  Mr. Moerschel from being swept up and thrown away by those

22  events.

23       Now, the government made an opening statement and

24  promised you a lot of things.  At the end of the trial

25  you're going to realize that the government has overpromised

**Defendant Moerschel's Opening Statement**

1    and under-delivered.

2        The government did break down their argument in a

3    couple parts.  I like to do the same thing so I can keep my

4    thoughts organized.  So I'm only going to break this down

5    into three parts.  And when we go over all of what I expect

6    the evidence is going to show, I want you to remember, like

7    my esteemed colleagues said, to use your common sense.  Just

8    because we're in a court of law, doesn't mean common sense

9    goes out the window.  When you look at a piece of evidence,

10   the government will promise one thing, but you need to look

11   one layer deeper to actually get to the truth.

12       So first we're going to learn why Mr. Moerschel joined

13   the Oath Keepers.  And we're going to have evidence about

14   that.  We're going to learn that David Moerschel had never

15   met an Oath Keeper in his life before January 4th, before

16   the 72 hours that changed my client's life forever.  We're

17   going to find out that David joined this group on

18   September 28th, 2020, only 100 days before January 6th.

19       David is from Florida.  It's the southwest part of the

20   state.  It's considered a nice place to live, a good place

21   to vacation.  This is back in 2020, as my colleague

22   Ms. Halim described.  2020 was an interesting time for

23   everywhere in the country, but it was especially interesting

24   in Florida.

25       Florida had a different relationship with the summer

**Defendant Moerschel's Opening Statement**

1    of 2020.  In Florida, pretty much everything was open.

2    There were no riots, there were no lockdowns.  But a lot of

3    people in the state felt nervous.  And the reason why people

4    felt nervous is because they were fed a steady diet of news

5    from places like Newsmax and Fox News.  Now, these companies

6    did stories over months just to get clicks and to get people

7    to pay attention.  What that does, it makes people afraid.

8    So on Fox News they would tell you that this could be coming

9    to you, these type of crimes and this violence that we're

10   seeing could be coming your way.

11       David, who is a hardworking man, loves his family.  He

12   has zero prior military training.  He has zero self-defense

13   training.  He's watching TV and he has a sense of foreboding

14   like a lot of people in 2020.  So he decides he's got to

15   find a group that can give back to the community but could

16   also get his back in case there's anything that goes off the

17   rails.  And that's why he sent his $50 online on

18   September 28th to become an official member.

19       All it took was $50 and an e-mail to join this

20   organization the government is saying is so sophisticated

21   that they planned an insurrection on January 6th.  We're

22   going to learn a lot about the Oath Keepers, and we're going

23   to learn a lot about the members of the Oath Keepers.  And

24   what we're going to find out is that this is not some highly

25   organized group, it's really just a bunch of people who were

**Defendant Moerschel's Opening Statement**

1    out of shape, overweight, elderly, and people who wanted to

2    play military.

3        Now, the Oath Keepers did have a history of going to

4    certain places after, let's say, a disaster or a riot to

5    protect different businesses, so that was alluring to

6    Mr. Moerschel.  And then the second reason why he joined is,

7    just like everybody, he wanted to be a part of a team.  All

8    of a sudden you send your application, now you're part of

9    chat groups, you're part of online meetings, and you're

10   getting to talk to a bunch of like-minded people.  This gave

11   David an opportunity to feel like he was taking control of

12   his community, made him feel like he was doing something

13   good for the country.

14       Now, the government is going to show that David did

15   have two guns, but what they're not going to have evidence

16   of is David being an aggressive militant member.  David is

17   150 pounds soaking wet.  You'll see in the chats, he spent

18   more time e-mailing congressmen and calling senators than he

19   ever did going to a gun range practicing what the government

20   calls an insurrection.

21       One thing I'd like to highlight, when you read all of

22   the chats in totality, you're going to see a lot of military

23   lingo.  And Mr. Moerschel, never been in the military, kind

24   of enjoyed that lingo.  Made him feel interesting, made him

25   feel special.  There's lots of words they use like Oscar

**Defendant Moerschel's Opening Statement**

1   Mike, ARR, PSD, QRF, OPSEC, deploying, gray man, bivouacked.

2   And one of my favorites I saw in the chat, "What's the intel

3   on lunch?"  These guys were playing military and using

4   military terms.

5       In fact, some of the chats sound a lot like people

6   playing Call of Duty than anything serious.  Now, there's

7   lot of inflammatory and terrible statements in the chats,

8   that's just the case, but those statements have nothing to

9   do with the plan to attack the Capitol.  And like most group

10  chats, people say a lot of crazy things in them, it doesn't

11  mean that you affirm those statements.

12      I think Drake might have said it best when these

13  gentlemen had Twitter fingers, not trigger fingers.  So

14  while they talk tough, you never actually had a plan to do

15  anything violent.

16      So let's get to my client's nickname on the chats or

17  what I believe the government will call a moniker, they call

18  him Hatsy.  Hatsy was his name on the chats.  Does Hatsy

19  mean anything special?  No.  The reason why he got that

20  nickname is because he had a picture with a hat on.  That's

21  how sophisticated this organization is when it comes up with

22  the monikers.

23      Finally, the last reason Mr. Moerschel joined -- and

24  it's a quote from one of my favorite authors, but he says

25  you have to be aware of charismatic leaders, they should

1    come with a warning label that they could be dangerous for

2    your health.

3        And in this situation and in this country at the time,

4    we had two charismatic leaders who were leading people

5    astray.  Number 1, we had the President who refused to admit

6    that he lost the election.  And, number 2, we had Stewart

7    Rhodes, who you heard a lot of inflammatory statements, who

8    looks like a cowboy with an eye patch.

9        Now, we're going to learn a lot about Stewart Rhodes.

10   I'm not a big fan of Mr. Rhodes.  I feel that Mr. Rhodes is

11   a right wing televangelist.  I think he's a faulty leader.

12   I think we're going to learn that he lives off of people's

13   dues and he manipulates them.  But we're also going to learn

14   that he's incompetent, he's a poor leader.  And no matter

15   how much he's only looking out for himself, he never had a

16   plan to breach the Capitol, he never had a plan to breach

17   the Rotunda, he never had a plan to obstruct Congress or any

18   of the other things the Government is accusing my client of

19   being a part of.

20       Part 2, we're going to talk about the planning for

21   January 6 from the perspective of my client because that's

22   what matters in this case and these charges.  And it all

23   started on December 19th, 2020, when the President texted or

24   tweeted -- and I'm paraphrasing -- statistically impossible

25   to have lost the 2020 election, big protest in D.C. on

**Defendant Moerschel's Opening Statement**

1    January 6, be there, will be wild.

2         This tweet is what set the simmering American divide

3    into a boil.  And unfortunately David and the whole country

4    got burned.  Once Trump tweeted this, every conservative Joe

5    Schmoe seeking clicks, seeking more views, seeking more dues

6    decided to come out of the woodwork to get a piece of the

7    Stop the Steal rally.  We're going to learn that men like

8    Roger Stone and Ali Alexander were riding at Trump's wake at

9    this rally to try to get as much publicity as they could,

10   the same with Stewart Rhodes.  And at that time you'll hear

11   that Mr. Rhodes is more than happy to use his men for

12   security purposes.

13        Then we circle back to David.  Why did he want to go

14   to January 5th and 6th?  He wanted to go because they told

15   him that they needed David.  They needed him to work

16   security.  That he never been to an Oath Keeper event in his

17   life.  He was eager.  It looked like something that was

18   going to be exciting.  He can work security.  A man who has

19   never been in a bar fight wanted to work security in

20   military outfits so he could feel like he was doing his

21   part.

22        Now, David attended some of the meetings, but I'd like

23   to point out the government talks about the November 9th

24   meeting, and there's going to be a lot of evidence about

25   this November 9th GoTo meeting.  David Moerschel wasn't at

**Defendant Moerschel's Opening Statement**

1    that meeting.  In fact, David Moerschel almost didn't go to

2    these events on January 4th, 5th, and 6th.

3         We'll learn from the texts that his boss would not let

4    him have the day off, so David wasn't going to go.  There's

5    even a message that we'll see that David says, "Sorry, guys,

6    I won't be there, I'll be there at the next event on the 9th

7    in Tallahassee."

8         "I'll be there at the next event on the 9th in

9    Tallahassee" is what he texted, meaning he had no idea that

10   there was going to be a conspiracy to invade the Capitol.

11   He's talking about plans three days after this event that

12   the government is saying was an insurrection.

13        Now, David, unfortunately who's known for having the

14   world's worst beginner's luck, got confirmation from his

15   boss that he could take the day off at 12 in the morning on

16   January 4th.

17        Now, I'm not going to bore you with too many details

18   about the drive up to D.C., the government is going to do

19   that plenty of times during the trial, but what is important

20   is that on that day, David met two Oath Keepers for the

21   first time in his life.  One was a guy named Kenneth

22   Bittner, and another guy named Robert Lemar.  Kenneth

23   Bittner was a 79-year-old man.

24        And, yes, David did bring his .45 handgun and his

25   Daniel Defense AR-15, and you'll learn from the text

**Defendant Moerschel's Opening Statement**

1    messages that he wanted to make sure they were legal and

2    left in Virginia.  What kind of conspirators follow weapons

3    laws?  He wanted to make sure he followed the law.

4         Now, gun culture in Florida is a lot different than in

5    D.C.  The way it's described, gun culture is just like

6    people who like to talk about cars or people who like to

7    talk about purses.  Name brands matter, different types

8    matter, but most of the time you just want to show it off,

9    you never want to actually use it.

10        Now let's get to Part 3, what actually happened on

11   that day.  So David drives up to D.C. with his first -- with

12   his two new friends.  They stop in North Carolina, he drops

13   off his weapons on the 5th legally in Virginia, and then he

14   ends up working security for an event that nothing really

15   happens.

16        On January 6, the Oath Keepers go to the event, they

17   work security for Ali Alexander, and it ends up just being

18   one of those normal Trump rallies.  As per usual, the speech

19   is boring, it's rambling, it's disjointed, so the Oath

20   Keepers decide to leave because they had to escort another

21   person.

22        At that time, as my colleague showed you, they're

23   walking to the Capitol.  They're walking to the Capitol.

24   The government described it as marching to the Capitol.  So

25   that's an example of you look one layer lower to find out

**Defendant Moerschel's Opening Statement**

1    what really happened.  It wasn't a march, it was a walk.

2    There's a big difference.

3         Now, this is where the evidence can get a little

4    tricky, but we know that Mike Pence left the Capitol at

5    2:12, and we know that Nancy Pelosi left at 2:15 and

6    Congress was adjourned.

7         So there was not one Oath Keeper at the Capitol at the

8    time when Mike Pence was there or Nancy Pelosi was there.

9    They were already gone before my client and the Oath Keepers

10   got there.  And by the time they got there, it was chaos.

11   And you'll see the videos, it was not a good scene.  But

12   David, who has medical training, is told that somebody is

13   injured and the medic needs backup.  That's why he walked up

14   those stairs.  You'll see in the video that he's got a

15   medical kit attached to his back.  This is the time for

16   David to use what he knows to help people.

17        Now, the scene at the top of the Capitol is crazy.

18   It's nuts.  You're going to see the video.  The windows are

19   already broken before the Oath Keepers get there.  The

20   Capitol had already been breached before the Oath Keepers

21   get there.  But they're up there.  It's confusing.  People

22   are screaming, everybody's singing the National Anthem.  And

23   then all of a sudden around 2:40 the doors open, and there

24   is a mass of humanity.  It's almost like a wave of humanity,

25   and just like a riptide, you can't fight against it, you

1    have to go forward or else you'll get trampled.  So he goes

2    into the Capitol.

3         Now, the government said he went into the Capitol to

4    look for Nancy Pelosi.  You're going to see him in the

5    Capitol, you're going to see every second or almost every

6    second of him in the Capitol.  Not one time does his intent

7    look like he's looking for Nancy Pelosi.  What you will see

8    is a guy who looks very confused, a guy that looks very

9    scared, and a guy who wants to get the heck out of there.

10        The government said as long as they were inside,

11   Congress couldn't finish.  If the goal of my client was to

12   prevent Congress from finishing, why did he leave in 11

13   minutes and six seconds?  Because his goal was not to

14   prevent Congress from finishing.  His goal was to help

15   somebody.  He walked in there, he looked around, he said

16   this is not good.  He actually ran into what we believe

17   Mr. Hackett -- they both spontaneously say "I'm

18   uncomfortable," and they leave together.  11 minutes and six

19   seconds they're out of the Capitol.  It's not an

20   insurrection.  It's not a conspiracy to obstruct Congress.

21        Now, there's a lot of things in this case, a lot of it

22   is going to be intent.  To discern intent, what do you look

23   at?  Look at people's actions, their body language, their

24   text messages.  Government showed you Mr. Moerschel's text

25   message, which said:  "Lawyers always think the answer is

**Defendant Moerschel's Opening Statement**

1    legal.  Warriors always think the answer is a gun battle."

2    That statement was on 12-24 before David had permission from

3    his boss to go to the Capitol.

4        Also that type of statement is something called an

5    axiom.  Had to look it up, but an axiom is basically, like,

6    to a hammer, everything looks like a nail.  That statement

7    is not aggressive in any way.  And when taken in context of

8    the rest of the chat, you'll see that David was trying to

9    calm down the rest of the crew.  People were saying legal

10   stuff, people were saying violent stuff, David was trying to

11   relax everybody.

12       Now, Mr. Moerschel inside the Capitol had zero

13   interactions with police.  None.  Absolutely none.  There

14   will not be one police officer to testify that he spoke to

15   Mr. Moerschel or that Mr. Moerschel touched him in any way.

16   There's not one shred of evidence that Mr. Moerschel defamed

17   any piece of property.  You don't see Mr. Moerschel

18   fist-pumping, screaming, chanting, yelling.  All you see him

19   in the Capitol is looking like he's scared to death and then

20   leave.  He didn't brag.  He didn't take a single photo.

21       And when he left on January 7th, he exited the Signal

22   chat group.  The government posted the statement by Stewart

23   Rhodes telling everybody to delete their app, that was on

24   January 8th.  Mr. Moerschel left the group on January 7th,

25   and he didn't leave the group because he was trying to hide

**Defendant Moerschel's Opening Statement**

1    evidence, he left the group because he no longer believed in

2    the mission of the group because he was not happy that they

3    had walked into the Capitol.

4        Now, if they were charged with trespassing, I wouldn't

5    be up here before you saying my client is not guilty, but

6    the government has overcharged my client with these terrible

7    crimes that it was no plan, there was no instructions, there

8    was no unity of purpose.  You cannot conspire with people

9    you don't know, you cannot conspire with people you never

10   met, you cannot conspire with people because there never was

11   a plan.

12       So at the end of this trial I want you to remember

13   what we talked about about common sense.  I want you to

14   remember that the government is overpromising and

15   under-delivering because when they say Mr. Moerschel was

16   careful with his words, not actions, that's not actually

17   true.  David Moerschel texted and chatted and talked to

18   anybody like he would.  David never had an intent to go to

19   the Capitol, he never had a plan to go into the Capitol, and

20   he's not guilty.

21       Thank you.

22             THE COURT:  Thank you, Mr. Weinberg.

23       Mr. Peed.

24                 (Pause in proceedings.)

25                 (The following discussion was had between

1                    Court and counsel at sidebar.)

2                    THE COURT:  Our court reporter wasn't with us,

3     so let me just summarize.

4          Mr. Peed has asked for the rule on witnesses to apply

5     during opening.  There was at least right now one FBI agent

6     in the courtroom other than the agent -- the case agent

7     who's at the prosecution's table, so Agent Harris.

8                    MR. NESTLER:  Yes.  I believe we discussed

9     this before the trial, but Your Honor ruled that the

10    government could have multiple case agents given the

11    complexity of the case, the number of defendants.  And then

12    both Agent Palian and Agent Harris will be serving as case

13    agents.

14                    MR. PEED:  I believe the Court said that only

15    one additional one could be present.  When I initially

16    considered this, there were multiple ones here.  I think

17    given that Agent Harris is not needed to help the government

18    right now, it's just opening statements, I would still ask

19    that it be applied just for this opening.

20                    THE COURT:  Okay.  We'll just ask --

21                    MR. NESTLER:  We're amenable to having two

22    case agents as we discussed earlier, but we would ask that

23    Agent Harris and Agent Palian be our two case agents as we

24    discussed earlier and that Agent Harris be allowed to stay

25    as a government case agent.  We understand about other case

1    agents, and there's no other FBI agents in the courtroom.

2              THE COURT:  Well, I think what I had held

3    consistent with what we did in the first trial was there's

4    the lead case agents, Agent Palian, and then there are topic

5    or witness-specific case agents who can be in the courtroom

6    for that witness's testimony -- or defendant-specific case

7    agents or subject-matter specific case agents.  And right

8    now we're at opening, and so it's not clear to me that Agent

9    Harris is here for any particular subject matter or witness,

10   and so I'll just ask him to step outside for the purposes of

11   this opening and we'll move forward.  Okay?

12             MR. EDWARDS:  Your Honor -- this is, just for

13   the record, Troy Edwards for the government -- now that we

14   have an opportunity, Mr. Peed and I talked about this

15   before, and I'm trying to avoid any disruption of his

16   opening.  Originally when he showed me some of the

17   presentation, it included a screenshot of the indictment,

18   and I had requested that he remove that given that the

19   indictment will likely not be part of the evidence to go

20   back with the jury, and he had mentioned that he would do

21   that.  I just wanted to confirm so that way we can avoid

22   disruption during that.

23             MR. PEED:  I did not recall saying I would do

24   that, but I don't mind doing it now, so I can --

25             THE COURT:  Is that something you need to do

**Defendant Vallejo's Opening Statement**

1    on the fly?

2              MR. PEED:  I can do that right now.  There's

3    just one sentence from the indictment that I had put up.

4              THE COURT:  Okay.

5              (Sidebar concluded.)

6         **DEFENDANT VALLEJO'S OPENING STATEMENT**

7              MR. PEED:  Good afternoon, ladies and

8    gentlemen.  My name is Matthew Peed, and I represent Edward

9    Vallejo.

10        Like Ms. Halim, I would ask Mr. Vallejo to stand so I

11   can introduce him.

12        So this is Ed Vallejo.  He's a resident of Arizona.

13   He's 64 years old.  He's a father, he's a stepfather, and a

14   husband of 35 years to his wife Debbie, who you'll see in

15   the courtroom every day.  When he married Debbie, she had

16   four children that Mr. Vallejo took as his own and raised as

17   his own.

18        He is a veteran.  He did four years of JROTC and then

19   joined the Army.  He lasted about a year-and-a-half in the

20   Army because he has very severe childhood asthma and had an

21   asthma attack and had to leave the Army, but he's dedicated

22   his life to service, especially service to veterans ever

23   since then.

24        Mr. Vallejo's passion for service is the reason behind

25   almost every decision that he makes.  It's what gets him

**Defendant Vallejo's Opening Statement**

1    into politics.  And he does have some strong libertarian

2    views, but it's what also makes him a servant and have a

3    servant's heart.

4         In this case you're going to hear when Mr. Vallejo

5    came to Washington, D.C. to serve what he believed would be

6    a massive protest of fellow Americans, he believed like he

7    believed what the President was telling him was true.

8         You will hear how he had no idea where he was going to

9    stay because he trusted that he'd get instructions.  So he

10   hopped in the car and he traveled across America because his

11   President had sent a message to people to come to

12   Washington, D.C.  That's the December 19th tweet you'll hear

13   a lot about in this case.

14        Mr. Vallejo came to Washington, D.C. to be part of a

15   movement with nothing but a servant's heart, wanting to stay

16   on a campground and cook.  That's why he came to Washington,

17   D.C.  You're going to see bins that he brought, you're going

18   to hear testimony of what was in those bins.  It was

19   200 pounds of food.  And you're going to hear how Ed

20   believed there would be basically something akin to the

21   Occupy Wall Street Movement where people were coming to

22   express themselves and be heard by the representatives in a

23   peaceful manner and that he'd take resources and food.  He

24   actually never believed he would be in this D.C. area but

25   would be out on a campground doing, with his humble way,

1    cooking.

2        Ladies and gentlemen, as you all know and as you

3    experienced through the jury selection process, this is as

4    we all know a historic case.  We all lived through the

5    events of January 6th.  Most of us watched it on our TVs.

6    As Americans we all had many feelings that day.  I had them,

7    I know you had them.

8        We all want justice for that day.  We all want the law

9    to be respected.  We all want the vindication of the

10   American tradition.  That's why this is an important case.

11   But it's actually four cases.  Each individual at the table

12   behind me charged in this case has a different set of

13   circumstances.  In many ways the only unity here is the

14   government's theory and their desire to try them together.

15       You're going to hear how Mr. Vallejo, unlike anyone

16   else at this table, never stepped foot on the Capitol

17   grounds, never went in the Capitol.  You're going to hear he

18   didn't know anyone at the table.  He never talked to anyone

19   at the table.  Until the day of jury selection, when you

20   first came here, he had never met anyone else at that table.

21       Because this is an important case, if you'll allow me,

22   I'd just like to start with a brief reference to another

23   important case in our nation's history.

24       About 250 years ago, eight British soldiers fired into

25   a crowd, mortally wounding some American citizens, known as

**Defendant Vallejo's Opening Statement**

1    the Boston Massacre.  They were in the middle of an

2    environment that was extremely hostile to a fair trial.

3    Eight of them and their commanders went on trial that year

4    in Boston.

5        John Adams, our second President, was a patriot.  He

6    had no love lost for the British soldiers, but he felt he

7    had a duty to the law and to his conscience to give them a

8    fair trial.  He actually wrote that he believed he would

9    not -- his last -- his own life would not last through the

10   end of that trial, he would be pelted in the street.  People

11   threw rocks at his home.  But he wanted to give those

12   defendants a fair and individual trial.

13       And at the end of that trial, those who had pulled the

14   trigger were convicted.  Those who had not were acquitted.

15   The jury even in that context of revolutionary Boston, where

16   even John Adams feared his role as a lawyer would hurt his

17   life, the jury of American colonialists were able to assess

18   individually people's guilt and acquit those who should be

19   acquitted.  And that set the standard for the fairness of

20   American jurisprudence.

21       And the reason I bring that up is we went through this

22   long process that you all remember of picking you and we

23   asked you questions.  Could you be fair?  Could you follow

24   the judge's instructions?  If you have any political

25   leanings, can you set them aside?  Can you look at each

961

**Defendant Vallejo's Opening Statement**

1    individual defendant individually and follow the judge's

2    instructions?  And all of you are here because you could.

3    And I thank you for that.

4         Why do we have juries?  You know, we have professional

5    investigators to investigate crimes.  Here we have

6    professionals who have spent thousands if not -- hundreds if

7    not thousands of hours investigating this case looking at

8    video, and we have professional prosecutors who organize

9    that evidence and present it to you.  So why do we have

10   individuals like yourselves to decide the case?

11        And the reason is we need people to police the police.

12   We need people to be a safeguard between a government that

13   may have someone who does something wrong but is not

14   charging them correctly or is overcharging them or just

15   simply has their own biases.  And so we get you, 16 people,

16   together to police the police.  And that is your job here.

17        You're what it is called a petit jury.  There's

18   already been a grand jury.  The grand jury has said these

19   allegations.  Your job as a petit jury is to decide whether

20   they got it right beyond a reasonable doubt.  Your job is

21   not to decide if these people behind me did anything wrong

22   that day.  Certainly you're going to see video evidence of

23   people going into the Capitol, a place that is restricted

24   grounds.  You're going to see people parading and picketing

25   and shouting and using abusive language.  And I didn't know

1    this before this case, but it's against the law to use

2    abusive language in the Capitol.  It's against the law to

3    picket in the Capitol.  It's against the law to forcibly

4    enter the Capitol.  That's not what's at issue here.  What's

5    at issue here is was there a conspiracy to stop a specific

6    process, the certification of the election, on January 6th?

7        The truth in this case will be apparent right before

8    your eyes.  This case is going to be a lot about messages.

9    You're going to see message after message after message.  In

10   many cases it will be obvious that people are using

11   hyperbole or bragging, but I'm not even going to ask you to

12   discount that.  I'm just going to ask you to read closely

13   the evidence that's put before you, the messages that are

14   put before you.  You see, you were chosen for your

15   intelligence, your fairness, and your impartiality.

16       The government has already and they're going to

17   continue to present to you what I would call a Twitter

18   version of a case.  They want you to look at 140 characters.

19   They want you to have the reaction, if you ever been on

20   Twitter, that people have in reaction to posts.  They want

21   you to be full of biases and have knee-jerk reactions.  I'm

22   going to just ask you to look at what's being said.

23       When you look at what's being said, several things

24   will be clear.  Number 1, there was no Oath Keeper plan to

25   attack the Capitol on January 6th.

**Defendant Vallejo's Opening Statement**

1        Now, the evidence -- you probably will hear evidence

2    in this case about actions by people who are not Oath

3    Keepers that evidence a plan to attack the Capitol.  There

4    are people who stage themselves at the Capitol before noon

5    while the President was giving a speech.  There was no

6    reason to be there other than to attack the Capitol, and

7    those people started pushing barriers, and some of those

8    people went all the way up to the windows and started

9    breaking the windows, and some of those people were the

10   first in.  And those people you'll hear evidence had a plan,

11   those were not the Oath Keepers.

12       While all that was going on, the people the government

13   says were conspirators in this case were at different places

14   doing different things, guarding different people and

15   security details.  Slowly they started to learn of the

16   events, and they had individual reactions.  That's what the

17   evidence is going to show.

18       The evidence is also going to show there was no intent

19   to interrupt the certification of the election by those who

20   even went into the Capitol.  As you've already heard, two of

21   these defendants were in there for 11 minutes, left of their

22   own accord, and looked scared while they were in.

23       To understand these truths, you're going to have to

24   understand a little bit about the Oath Keepers group.  So

25   you're going to hear what they are and what they're about

### Defendant Vallejo's Opening Statement

1    and some of the things they've done in preparation

2    throughout 2020 and in preparation for coming to Washington

3    on January 6th.

4         This is my client without his mask.  Just wanted you

5    to see his face.  We'll come back to this picture.  This

6    picture was on the way home from January 6th, so you can see

7    what was on his mind.

8         So these -- there's a group called the Oath Keepers.

9    Its founder and president is a man named Stewart Rhodes.

10   He's a Yale law graduate.  And I think, unfortunately,

11   didn't live up to the potential of that beginning in his

12   legal career, but he founded the Oath Keepers.  He's a

13   former paratrooper who took an oath, and he's very

14   conservative, and he believed -- not just conservative but

15   also libertarian in some ways.  And he believed that

16   government agents, police and military, would sometimes have

17   unconstitutional actions.  They would obey orders that would

18   violate the rights of people, and so he created a group

19   called the Oath Keepers with the idea that people who would

20   join it who were military or police would keep their oaths

21   and not follow unconstitutional orders, orders like

22   violating the right against unreasonable searches and

23   seizures.  They had a list of oaths they didn't want people

24   to break.

25        On the right is the vice president, Greg McWhirter.

**Defendant Vallejo's Opening Statement**

1    He's a man with law enforcement experience.  And as you hear

2    from other people, this is a group that caters to people

3    with law enforcement backgrounds and military backgrounds

4    who took that oath.

5         Especially throughout 2020, one of the things the Oath

6    Keepers would do is they would try to go to events where

7    there were protests planned or political events planned and

8    provide security for individuals, security for speakers, and

9    security for businesses.  They did this in places such as

10   Ferguson, Missouri; Louisville, Kentucky; Fayetteville,

11   North Carolina; and other cities.  There are business owners

12   like the owner of the bakery you see on the right and they

13   would station themselves there, and if there was violence in

14   a crowd, they would try to protect the crowd from getting to

15   those businesses.  That's one thing they did.

16        When they would have these operations, they would

17   create chat groups usually with the word "op" in the title.

18   So they would have a Fayetteville op chat, a Louisville op

19   chat, and this is where they would exchange information and

20   make plans and discuss what are the rules, where are we

21   going to stay, do we need vans, et cetera, et cetera.

22        Often, almost always, what they would do at events

23   that they were going to be providing security for

24   individuals is have what they called a QRF, a quick reaction

25   force.  A quick reaction force is a military term.  Anyone

**Defendant Vallejo's Opening Statement**

1    who's been in military at all understands what it means.

2    It's a group of people who would come in if a situation goes

3    crazy.  They had a term that you'll see over and over in

4    this case, "if shit hits the fan."  Sometimes it's SHTF.

5    Basically if something unplanned happens, unplanned, and you

6    need to get people out, the QRF would come in.

7         Now, one reason they wanted to do this, have this

8    ability, is that there was a lot of violence in 2020.  There

9    was -- and you'll see it circulated in some of the chats --

10   there was a murder in Portland by a member of a group called

11   Antifa of a Trump supporter, and then that individual was

12   eventually killed by law enforcement trying to apprehend

13   him.  And that was circulated among the Oath Keepers.  So

14   they knew there was a potential for violence and even murder

15   when groups of people with very different political beliefs,

16   including Antifa and supporters of the former President,

17   would be in the same place.

18        Even in the December event, which you'll hear about,

19   there was a stabbing of a Trump supporter by a member of

20   Antifa right here in D.C.  So when the Oath Keepers are

21   planning for events, one of the things they're planning for

22   is a contingency, is what if there's violence that's

23   life-threatening and we need to get people out?  So that was

24   why they had a QRF, a quick reaction force.

25        You're going to hear testimony that the purpose of the

## Defendant Vallejo's Opening Statement

1   QRF is reaction and extraction.  It's right there in the

2   title.  Reaction to unplanned events and extraction of

3   people.

4       There's an Oath Keeper named Graydon Young who's

5   told -- who will tell you that the QRF was for injuries or

6   extraction of folks from D.C., and the plan was we would

7   have driven them back to Virginia.

8       There's an Oath Keeper named Jon Zimmerman.  You'll

9   hear that the QRF was ready to get out quickly, grab

10  somebody if they were injured, throw them in a van if we

11  were to go into D.C. and extricate them for medical aid or

12  movement or whatever was needed.  It was for extraction and

13  defensive purposes.

14      So that's the main purpose of the QRF.  And you're

15  going to see tons of messages of shit hitting the fan --

16  excuse my French -- and what will we do, will we have a QRF

17  where will we put our weapons when we come there, because

18  there is a gun culture, everybody has them.  So they talked

19  about a QRF hotel because that's where you would put your

20  weapons to leave with people that would need to do this

21  task.

22      Now there's one other special thing to the QRF for the

23  D.C. events after the election.  You're going to hear a lot

24  about this too.  Stewart Rhodes, the leader of the Oath

25  Keepers, believed that President Trump might invoke what's

**Defendant Vallejo's Opening Statement**

1    called the Insurrection Act.  You're going to hear more

2    about his theory, but essentially he believed because the

3    election in his mind was unconstitutional and it's

4    fraudulent and there's a distinction that you'll hear about,

5    that there was a kind of insurrection going on, and that the

6    President had access to files that showed the corruptness of

7    our leaders.  And that he was going to release those files.

8    When he released those files, there was going to be an

9    insurrection against the President and they invoke the

10   Insurrection Act.

11        In this act you will see one of the things the

12   President can do is call up the militia, and we have an

13   organized militia in this country called the National Guard,

14   and we have what's called the reserve militia or unorganized

15   militia, which is basically able-bodied individuals between

16   certain ages, especially those with military experience.

17        And so Stewart Rhodes wanted there to be people

18   available in his group.  If the President were to call upon

19   the citizen militia, he wanted to be right.  So for the D.C.

20   events, the QRF had two roles.  For non-D.C. events, the QRF

21   had the same role as here in terms of helping extract

22   people.  For the D.C. events, you'll hear he was -- he was

23   hoping it -- and wanted to be available to the President of

24   the United States.

25        He summed it up best -- I just pulled this quote from

1    one of his explanations.  Stewart Rhodes issued a call to

2    action right after the election saying we'll have -- Oath

3    Keepers will have some of our most skilled special warfare

4    veterans standing by armed just outside D.C. as an emergency

5    QRF in the event of a worst-case scenario in D.C. such as a

6    Benghazi-style assault on the White House by communist

7    terrorists in conjunction with stand-down orders by traitor

8    generals.  Our men will be standing by awaiting the

9    president's orders to call us up as the militia.

10          Now, I think to most of our ears this sounds wacky,

11   but what is clear -- and, again, I'm not asking you to do

12   anything more than to use your intelligence and to read the

13   words in these messages -- was clear was that he wanted

14   people to be available for the President of the United

15   States using a law which gives him authority to call up the

16   militia to repel things such as a tax on the White House,

17   which would be unlawful.  That's what he says, and that's

18   what -- his secondary purpose for a QRF.

19          But remember, whatever Stewart Rhodes has planned,

20   whatever Stewart Rhodes's mind said for why -- what else a

21   QRF might do or what he wanted Trump to do, every event had

22   a group of people to have a defensive and extraction ability

23   because if there was violence and people need to get to the

24   hospital, they wanted vehicles to get them out.  And that

25   was true here.

1    Now, there was a series of events and rallies leading

2    up to January 6.  A lot of them was called Stop the Steal

3    rally at Atlanta, and Oath Keepers had a role in that.  It

4    was an event put on by someone named Ali Alexander, who you

5    will hear later having to do with the events in D.C., but he

6    had an event in Atlanta.

7    And at that event, as I told you, there were people of

8    different political views coming together.  One of them was

9    Antifa.  And here at this rally, as you can see, Antifa was

10    bringing assault rifles.  And the Oath Keepers attended this

11    rally.  So this is one of the reasons why they thought they

12    needed to be prepared to extract people from D.C., why they

13    needed to have a QRF.

14    These are some messages that they exchange at various

15    events about their QRF.  You'll see evidence that New

16    Mexico, they had an armed QRF sitting in a truck outside a

17    parking area.

18    At the Fayetteville event that I told you about, they

19    were also talking about staging a QRF somewhere in the loop

20    of a route of buses.

21    In the Louisville event they even had a boat across

22    the river in Ohio to be able to extract people across the

23    river.  Again, having nothing to do with anything illegal,

24    this is about getting people to safety.  And you'll notice

25    when they were talking at the Louisville event, they said

**Defendant Vallejo's Opening Statement**

1    they wanted to have a boat to help us exfil.  Help us exfil,

2    escape, and evade.  You'll hear that term "exfil" again when

3    it comes to Mr. Vallejo.

4         So I've told you about what the evidence will show

5    about the purpose of QRFs and Mr. Rhodes's ideas about the

6    Insurrection Act and how the President of the United States

7    could invoke it.  A lot of this case is basically going to

8    be like a reading comprehension test.  The government's

9    going to present you messages, and you'll see they'll have a

10   theme to them.  It will be something like if Trump doesn't

11   act, we will.  And you're going to be asked, what does that

12   mean?

13        Option A, if Trump acts, that means Trump invokes the

14   Insurrection Act, uses his authority to call up the militia,

15   that's something Stewart Rhodes repeatedly wanted Mr. Trump

16   to do.

17        If Mr. Trump doesn't do that and individuals forcibly

18   conspire to try to stop the transfer of power on their own,

19   then they are essentially committing seditious conspiracy or

20   other crimes.

21        Option C is resisting the incoming Biden

22   Administration.  So if Trump doesn't act before President

23   Biden takes office and he comes and takes office, then

24   another option that they meant was resisting President

25   Biden.

**Defendant Vallejo's Opening Statement**

1      I told you the first one is not seditious conspiracy

2    because it's literally supporting the President.

3      What I want you to understand, and as we look through

4    these messages that the government will show you and we will

5    show you, is that resisting the presidential administration

6    of President Biden after January 2nd -- after January 20th

7    is not charged in this case.  What's charged in this case is

8    a conspiracy to stop the transfer of power, to stop this

9    incoming President and incoming administration from taking

10   office.

11     You are going to be asked to just look at messages and

12   decide what was it meant -- was this a conspiracy to try to

13   stop on their own outside of Trump's authority under the

14   Insurrection Act an incoming administration, or was it

15   talking about planning to resist the Biden Administration

16   later?  Now, if it's the latter, it's simply not your job to

17   decide it because it's this case.  It's not charged in this

18   case.

19     You're going to see this message:  "If you fail to act

20   while you're still in office, we the people will have to

21   fight a bloody civil war and revolution against these two

22   illegitimate communist China puppets and their illegitimate

23   regime with all the powers of the deep state behind them

24   with nominal command of all the might of our armed forces."

25     This is the letter that Stewart Rhodes wrote to

**Defendant Vallejo's Opening Statement**

1    President Trump.  He wanted Trump to act before he left

2    office.  He says if you don't act before we leave office, we

3    will have to fight a bloody civil war against the Biden

4    regime.

5        So using that framework we just talked about with

6    reading comprehension, it's if Trump doesn't act, that's A,

7    we'll have to do C.  There's nothing in this message about

8    stopping Biden from taking power.  It's the opposite.

9        You will see this over and over and over through the

10   evidence.  You'll see people worrying that they may have to

11   fight a civil war against what they fear is an

12   unconstitutional President but a President who has taken

13   office.  So your only role is to decide did they have a plan

14   to stop that President from taking office?  And when you see

15   messages like this, the answer will be clear that no, not B.

16       You will see a message from an open letter from

17   Stewart Rhodes again.  "If you fail to do your duty, you

18   will leave we the people with no choice but to walk in the

19   founders' footsteps by declaring the regime illegitimate,

20   incapable of representing us, destructive of the just ends

21   of government," which is a quote from the Declaration of

22   Independence.

23       "Like the founding generation, we will take to arms in

24   defense of our God-given liberty.  We declare independence

25   from that puppet regime."  Again, you'll be asked to decide

1   if that's reflective of an intent, a conspiracy to stop the

2   transfer of power on or before January 20th.  It's A or C,

3   but it's not B because you can't fight a puppet regime and

4   call it illegitimate if it hasn't taken office yet, if it

5   has been stopped.

6       Last example of our reading comprehension prep.

7       "Trump needs to be a wartime President and wage war on

8   our enemies.  That's all he has left.  If he doesn't do

9   that, then we will have to fight against an illegitimate

10  Biden regime and all of the deep state with him.  It will be

11  a bloody and desperate fight.  We are going to have a fight.

12  That can't be avoided, but it's better to have the fight now

13  while Trump is commander in chief than to wait until he's

14  gone."

15      The government read you part of this message:  "It's

16  going to be a bloody and desperate fight."  But look what

17  came right before that.  It will be a fight against -- in

18  Stewart Rhodes's twisted mind -- an illegitimate regime with

19  all of the state behind him.

20      Again, you are not asked to decide whether those plans

21  ever reached fruition to the point where they can be charged

22  with something.  You're asked to decide whether Mr. Rhodes

23  conspired with others to stop Biden from coming into power

24  on the 20th.  And in messages like this you'll see them over

25  and over and over.  Every time you see them, I just want you

1    to think to yourself is this A, B, or C?  And if it's not

2    talking about stopping the transfer of power, which is B,

3    then it's talking about resisting an incoming

4    administration, that's C.  And C is not charged here.

5        Now, it's not comfortable to wade through the heated

6    rhetoric of Mr. Rhodes, but it's important that we do so so

7    we don't have a Twitterized version of events, a version

8    that's just fit for a headline.

9        There will be no dispute by the end of this case from

10   either side, that the defendants are not charged with

11   entering into an agreement ahead of time to storm the United

12   States Capitol.  That is not the allegation of this case.

13   The evidence that you will hear will show things that are

14   almost comical in reference to whether there was a plan.

15   You'll hear about Oath Keepers asking themselves should we

16   go in, and then they go in and then they come out and

17   Stewart Rhodes says that was stupid.

18       You're going to see things like this.  This is a

19   government exhibit and they're going to show you this line

20   of people walking towards the Capitol that they've

21   highlighted here.  They've listed the names.  But what --

22   they left off a name, Terry Cummings.  Is that because Terry

23   Cummings wasn't with these people walking down?  No.

24       This line one, as the government will show you on

25   their video, has the people they're circling as

**Defendant Vallejo's Opening Statement**

1    conspirators, and then this guy up there at the top named

2    Terry Cummings.  Terry Cummings is part of that group the

3    whole time they're walking to the Capitol.  Terry Cummings

4    is part of that group the whole time they drove up those who

5    came up from Florida drove up from Florida.  He chatted with

6    them.  He drove up with them.  He roomed with them.  And he

7    walked to the Capitol with them.

8        At the last moment he had to relieve himself.  He had

9    to go to the bathroom.  You'll hear how he went to the

10   bathroom, came out and these guys had gone up to the Capitol

11   or up to the steps.  So he's not a conspirator because he

12   had to use the bathroom right at the moment they decided to

13   go up.  You'll hear there was no talk all the way up from

14   Florida about going into the Capitol or attacking the

15   Capitol.  No talk about that all the way that they walked to

16   the Capitol.

17       So the government can't put him, Mr. Cummings, on

18   their line because he wasn't part of any line on the

19   Capitol.  He had to go to the bathroom.  That's how thin the

20   line is between people who went up until the Capitol in the

21   spur of the moment, in the chaos of the moment, and those

22   who are going on with their lives because despite coming to

23   Washington for all the same reasons, they had to go to the

24   bathroom at the wrong time.

25       Let's talk about Ed's trip to Washington, D.C.

### Defendant Vallejo's Opening Statement

1    Ed Vallejo was not an Oath Keeper, as you heard in the

2    opening.  He used to be.  He paid his dues one time about

3    ten years before January 6th.  And then he had a falling out

4    with the group.  He still admired the idea of keeping your

5    oath of course as a former veteran, but he came to

6    Washington, D.C. because the President of the United States

7    asked Americans to come to Washington, D.C.

8        So he made plans with some of his buddies, -- one was

9    named Todd, one was named Kelly, and one was named Frank --

10   to drive out together from Arizona to Washington.  They were

11   not part of any long chat group talking about their plans,

12   they weren't part of any Oath Keepers chat group.  They were

13   just four guys.  And one of them got busy and couldn't even

14   go.  So three guys who took a road trip.

15       On December 31st, after they had already decided to

16   come to Washington, D.C., you see Todd -- one of those three

17   guys text Stewart Rhodes and say, "Hey, Stewart are you

18   going to be in D.C.?"

19       By December 31st there had been weeks of planning the

20   DC op.  These guys didn't know that.  They weren't part of

21   the Oath Keepers.  They knew Stewart Rhodes because he had

22   been involved in some libertarian events, he had come down

23   for a rally a couple years before.  So they said, "Hey,

24   Stewart, are you going to be there?  Maybe we can room

25   together."

### Defendant Vallejo's Opening Statement

1        On his way there, Mr. Vallejo was texting his friends

2    about why he's going.  He said he was going to keep

3    Congress's feet to the fire, to attend the rally.  See, Ed

4    Vallejo knew -- he was pretty political.  Unlike some of the

5    defendants, he was very political.  He understood that there

6    was going to be a certification.  He wanted to see the

7    outcome of that certification, and he wanted to be part of a

8    process that could put pressure on Congress to do -- like

9    all political protesters do, to get their outcome that they

10   wanted.  So he wanted to be part of a rally and part of

11   putting pressure on Congress through a process he hoped to

12   result in objections.

13       He even got an e-mail from Ted Cruz that night --

14   well, you know, obviously not Ted Cruz personally -- saying

15   he was going to object to the certification, stand with me,

16   things like that.  So there was a whole process of expecting

17   that January 6 would go through and he would see what the

18   outcome was.  There was nary a hint that he would try to

19   stop it.

20       And you'll see evidence, Ed really believed there

21   would be 10 million people that came to Washington.  I mean,

22   there were 80 million people who voted for former President

23   Trump, and President Trump asked people to come.  He thought

24   this would be a very historic event with millions of people.

25       Ed brought 30 days of food with him, not just for

1    himself but for a group.  And he believed he was going to a

2    campground where he would set up a field kitchen and cook

3    for protesters and it would be kind of a -- kind of like a

4    festival, a festival of people who would go and do their day

5    of protesting in the streets and bring attention and they

6    would come back and get fed and at night they would, you

7    know, be together.  That's sort of what he expected.

8         This is Ed's road companion, Kelly Carter.  Again,

9    there are just three of them, Kelly, Todd, and Ed.  And as

10   you can see from the picture, these are elderly men, not

11   particularly in great shape, passionate men, but not people

12   coming to overthrow the United States government.

13        It was not until the day before January 6 that Ed

14   Vallejo you'll hear even knew where he was going.  He had

15   never met Kelly Meggs, one of the people the government will

16   say he conspired with.  Stewart Rhodes gave him his money

17   and told him Kelly could tell him where to stay.

18        One of the things you'll learn about Ed Vallejo is he

19   works with military veterans, he has taken classes to help

20   suicidal and struggling veterans, and he uses a lot of

21   veteran speak.  It's just in his nature, it's how he bonds

22   with people.

23        So I'm going to show you a text in the case where one

24   Oath Keeper said:  "Hey, where's the QRF hotel?"  The way Ed

25   asked that same question was:  "Ed Vallejo of Arizona and

980

**Defendant Vallejo's Opening Statement**

1  Tennessee with cadre requesting coordinates to allied

2  encampment outside DC boundaries to rendezvous.  Please

3  respond ASAP for the republic."  That's how Ed talks.

4      He had no response to that, so he wrote another text

5  to Kelly:  "Sir, this is Ed Vallejo.  We must have copied

6  your number wrong.  We had to get a room.  Please text us

7  the location so we know where to begin in the morning.

8  Thank you."

9      Mr. Meggs responded.  And for the first time Ed knew

10  he was going to a hotel.  Before that he thought he was

11  going to a campground 45 minutes outside of D.C.  So he

12  shows up at the hotel, the Comfort Inn in Boston, which he

13  didn't choose and he didn't know he was going to, dropped

14  off some bags, and then he went into D.C. to go to some

15  events.

16      This is a group of Oath Keepers who got together for a

17  previous event in November called the Million MAGA Rally.

18  One of these events they did after the election, they had a

19  QRF there, they had a rally.  This is the farm Ed thought he

20  was going.  He thought it would -- you'll hear how this

21  rally went.  You're going to hear that it was kind of a lot

22  of social time, comradery, and people were going into D.C.

23  and attending events and coming back to the campground and

24  grilling burgers.  And Ed thought that's what he was going

25  to.  And he brought a tremendous amount of food and a tent

1    kitchen to cook for this farm that he thought he was going

2    to.

3         You're going to see evidence of Mister -- Ed Vallejo

4    coming in to the Comfort Inn, he got there on January 5th at

5    about 1 PM.  After learning very soon before that that's

6    where he was even going.  He rolled in some bins, these bins

7    have these distinctive yellow tops.  He walked by

8    Mr. Caldwell, you'll see him there.

9         You're going to see this board a lot.  The government

10   has made a theory called the quick reaction force containing

11   these six people.  Mr. Caldwell's at the top.  You're going

12   to hear a lot about him.

13        This picture that I just put on my computer, this is

14   the only time these two men were even near each other.

15   Mr. Vallejo has never in his life spoken a word to

16   Mr. Caldwell.  There was a man named Kenneth Bittner from

17   Florida.  The only time Ed Vallejo was ever near Mr. Bittner

18   or spoke a word to him, you'll see a video of him passing

19   him in a hotel when brings himself up from his car.  They

20   pass like ships in the night.  Ed goes to his room.  Same

21   thing with Paul Stamey from North Carolina.

22        But you're going to hear, and what the evidence will

23   show, these were not coordinated groups.  There was

24   literally zero coordination between these people.  Those who

25   came from Florida had a guy -- an old guy in Florida watch

1   their guns.  Those that came from North Carolina had an old

2   guy from North Carolina watch their guns.  Ed and Todd and

3   his friend Kelly weren't part of this group.  They didn't

4   know this group existed.  They didn't know they were going

5   to a Comfort Inn.  The evidence will show they showed up,

6   dropped some stuff off and went into D.C. and didn't even

7   know they were supposed to be coordinating with any of these

8   people.

9       The government's going to draw lines around those

10  boxes and try to make it look sinister that Mr. Vallejo

11  brought a ton of stuff into that Comfort Inn.  And I want

12  you to know that Ed Vallejo likes to attend festivals.

13  There's a freedom festival in Arizona that he attended just

14  before the election.  And what does he do at them?  He sets

15  up kitchens.  Using his boxes with the yellow tops, he

16  brings things like car batteries to run generators and fans.

17  He brings camping equipment.  This is what he thought he was

18  going to.  He thought he was going to be setting up a snack

19  shop as he had done at other festivals.

20      Now, the morning of the 6th, Ed did a podcast, and the

21  government quoted this podcast for you in their opening.

22  The evidence will show that Ed spoke his mind and he was

23  focused on the certification.  And he said:  The American

24  people are going to be told today that we have liberty and

25  justice for all or they're going to be told F you, okay?

**Defendant Vallejo's Opening Statement**

1   And if they're told that, it's going to be a declaration of

2   guerilla war.  Again, you can't look at the Twitter version

3   of things.

4        One thing this shows beyond any doubt is that

5   Mr. Vallejo was not looking to interrupt any certification.

6   He was waiting on it.  He wanted to see what would happen.

7        And the other thing you have to look at is when

8   someone says it's going to be guerilla war, it's a

9   difference between that and him saying he wanted guerilla

10  war.  You're going to hear lots of messages about people

11  predicting violence if one outcome or another happened.

12  You'll even hear a message from the President of the United

13  States predicting violence.  That's different than wanting

14  it or wanting to start it.  And what's happening here above

15  all is Ed Vallejo's, on the morning of the 6th, expressing

16  his desire to see the outcome of the certification and to

17  see what's going to happen.

18       The one thing I don't understand about the

19  government's opening, they told you provably untrue things.

20  And I want you to ask yourself, why did they do that?  I

21  think they did that because their whole theory depends upon

22  there being a QRF to help support the Capitol attack, which

23  is not true.  We know it's not true.  At least we know

24  Mr. Vallejo had no role in that.

25       Mr. Vallejo has never staged in the Comfort Inn.  The

**Defendant Vallejo's Opening Statement**

1    evidence will show when he got there on the 5th, he

2    immediately went downtown.  He didn't stage himself there.

3    He went downtown.  How could he be a QRF on the 5th if he's

4    downtown?

5        Well, what happened on the 5th after going to some

6    events is Ed Vallejo lost his truck.  He couldn't remember

7    where he parked.  He's not familiar with D.C.  He was sort

8    of near Chinatown, near Freedom Plaza, and he lost his

9    truck.  The man was supposed to be the QRF leader of the

10   armed Oath Keeper attack on democracy.  Couldn't find his

11   truck on the 5th.  So he took an Uber back to the hotel and

12   woke up on the 6th truckless.  And instead of going downtown

13   immediately to find his truck, the evidence will show he did

14   that podcast the government will play for you, jabbing away

15   for an hour, hour-and-a-half on the morning of the 6th while

16   his truck is six miles away somewhere in D.C. that he has no

17   idea where it is.

18       After jabbing away on the 6th on that podcast, Ed went

19   into town to find his truck.  He left the Comfort Inn at

20   11:25 AM.  The government told you he was there waiting at

21   the QRF, staged with the weapons to bring them in.  He was

22   not at the QRF hotel, he was not staged, and he had no truck

23   to bring weapons with.

24       The evidence will show that right as the President of

25   the United States was calling for people to march to the

**Defendant Vallejo's Opening Statement**

1    Capitol, right as provocateurs were attacking the U.S.

2    Capitol, and right as the Oath Keepers were along with

3    thousands of others walking towards the Capitol, Ed Vallejo

4    was wandering around D.C. looking for his lost truck.

5         Now, ask yourselves, if he was supposed to be staged

6    at the QRF to be the person who brings rifles for this

7    incredibly important assault on democracy, why didn't he go

8    earlier?  Why didn't he skip the podcast and find his truck

9    first thing in the morning?  Why would he have set himself

10   up to be wandering around in downtown D.C. truckless, having

11   no idea when he'll find it, right when the insurrection is

12   happening, right when people are pushing the barriers down?

13             THE COURT:  Mr. Peed, we're about 45 minutes

14   and we're at quarter to 5.

15             MR. PEED:  At 1:19 PM, Ed found his truck.  He

16   wrote:  "Eureka, truck found."

17        This is going to be the key to the case.  He finds his

18   truck at 1:19, he had no ability to know he was going to

19   find it then, but he finds it there.  He gets back to the

20   QRF hotel, which is just his hotel that he was told about at

21   2:15.

22        In the meantime, this is what has happened while he

23   was wandering around looking for his truck and driving home.

24   He got messages saying American blood on the Capitol,

25   officers down.  An activist just got in his van, not sure

**Defendant Vallejo's Opening Statement**

1    which side he is on.  Flash grenades, explosions going off.

2    Tear gas at the Capitol, several officers hurt.  The police

3    are going to be overwhelmed.  Not going to be able to do

4    much when it comes down to it.  There are way too many

5    people.

6         Essentially Ed was getting messages of chaos going on

7    in an area of town he had nothing to do with.

8         So that's when he said.  Vallejo back at hotel and

9    outfitted, have two trucks available, let me know how I can

10   assist.  Exactly what the QRF is supposed to do.  Assist

11   when there's chaos going on.  Assist when people might be

12   injured.  He then said QRF standing by hotel, just say the

13   word.  The government's opening point out that that text was

14   sent right when the Capitol was being breached by certain

15   Oath Keepers.  But was that there?  Did he have any ability

16   to know that?  Of course not.

17        The evidence will show that he sent two more messages

18   that same day expressing the same sentiment.  I have two

19   pickups and one hour and 11 minutes to exfil, whomever needs

20   it.  Exfil, the same words that I showed you.

21        Finally he said:  Arizona won't let anyone walk.  I

22   was RTO for 36 Dust Off, and we will monitor all night and

23   transport anyone that meets us on the perimeter.  Curfew be

24   damned.  36 Dust Off was an evacuation that Ed took part in

25   to be understood by anyone who was in the military.

### Defendant Vallejo's Opening Statement

1      All of these messages, all of them the evidence will

2      show was about transporting people and getting them out of

3      harm's way.  And the government wants you to put on glasses

4      that read the first two messages sinisterly.  But we know

5      and the evidence will show Ed could not possibly have meant

6      that he was going to bring weapons to an armed assault on

7      the Capitol.  How do we know that?  Ed got back at 2:15.

8      The next thing of significance is after the Capitol

9      attack, Mr. Stamey from Mr. North Carolina starts going

10     home.  Ed Vallejo never put weapons into his truck, which

11     had been at D.C. overnight.  So we can prove -- we have no

12     burden.  Let me make that clear.  As the defense we have no

13     burden, but we can almost mathematically prove Ed Vallejo

14     when he said two trucks outfitted, let me know if I can

15     assist.  He meant ready to assist people getting out because

16     he had no ability to put weapons back in.  If he had put

17     them in, he would be on this Comfort Inn video putting

18     weapons in his truck.

19     Already given the time, I'll move forward.

20     Did a podcast the next day and you're going to hear

21     that Ed -- he had limited information because he didn't go

22     to the Capitol.  He heard Antifa might have been involved.

23     He thought and expressed that anyone who broke into the

24     Capitol is a domestic terrorist.  He said that.  And his

25     friend Kandaris, Todd, said he was disappointed because he

**Defendant Vallejo's Opening Statement**

1    was waiting to see the outcome of the certification and this

2    screwed it up.  There were senators who might have objected

3    had this not happened, and then that night it did happen and

4    they changed their vote.

5         So, once again, if you look at it closely, you'll hear

6    neither of the people of Arizona wanted to stop that

7    certification.  They wanted to see it go through.  They

8    wanted to see the objections heard.  They want to see the

9    outcome.  You won't see anything that shows they wanted to

10   stop it, or that sitting in the Comfort Inn after wandering

11   around D.C., Ed was trying to stop it.

12        Ed said some things the government will get to

13   about -- he felt there may be a war that was going to

14   happen.  Again, there was talk of the Insurrection Act being

15   invoked and there being some kind of civil war.  Ed always

16   talked about acting at the directive of POTUS, the President

17   of the United States.  He called him his commander in chief.

18   That's not seditious conspiracy.  If he was doing something

19   that was not under the authority of the United States, the

20   President of the United States, then it would be a different

21   story.

22        Ed heard through the grapevine that President Trump

23   had issued a directive to go home or to go to Texas.

24        Ed headed to Texas.

25        He stopped at Graceland on the way and took that

1    selfie with the message:  "Elvis says hi to his friends."

2         He's waiting in Texas for a couple days for direction,

3    again, from his President who was the legal President until

4    January 20th.  Then he went home.  His clutch got broke, and

5    he spent all of the 19th and 20th not focused on stopping

6    Joe Biden from becoming President but focusing on fixing the

7    clutch on his 1992 Nissan pickup which had just had a heck

8    of a journey from Arizona to D.C. and back.  And he brought

9    a geode for someone who helped him.

10        Now, look, there's going to be a lot of war talk.  I

11   want you to ask yourself, why is the government showing you

12   things like Facebook rants?  Why is that the quality of the

13   evidence that they have?  When there are people who were

14   staged at the Capitol as early as, the evidence will show,

15   11:45 who had just detailed plans to attack the Capitol.

16        I want you to ask yourselves as you sit here -- I want

17   you to apply the scientific method.  What would you expect

18   to see if there were a plan to attack the Capitol or in any

19   way stop Joe Biden from becoming President and Ed Vallejo

20   joined it?  Would you expect to see communications prior to

21   January 5th?  Of course you would.  Would you expect to see

22   some kind of detailed plan?  Yes, you would.  You're not

23   going to see any of that.

24        And if you look at the actual rants and used the

25   reading comprehension stuff we talked about, the only

**Defendant Vallejo's Opening Statement**

1    conclusion you'll be able to reach is that whatever they

2    wanted in terms of resisting what they viewed would be an

3    unconstitutional presidency, there was no talk about

4    stopping Joe Biden from taking that oath.

5         Certainly when you apply the presumption of innocence

6    to a man who's very passionate, a veteran, loves his family

7    and his country and wanted to do the right thing and drove

8    here and did nothing more than go to -- he literally did

9    nothing more than go to a rally, lose his truck, find his

10   truck, offer help, and go home, applying the presumption of

11   innocence, there's no way that you'll be able to agree with

12   the government's outlandish claim that there's proof beyond

13   a reasonable doubt that he was going to stage an attack on

14   the citadel of democracy with weapons he didn't have in his

15   truck.  And the only verdict you'll be able to give is not

16   guilty.

17        Thank you.

18            THE COURT:  All right.  Thank you, Mr. Peed.

19        All right.  Ladies and gentlemen, we have reached the

20   end of the day.  We will begin with the government's case

21   tomorrow morning at 9:30, so we look forward to seeing you.

22        Just, again, the same reminders I'll be giving you

23   throughout, which is please don't discuss the case with

24   anyone, please avoid any media and social media, and please

25   no independent research.

1          We look forward to seeing you tomorrow.  Have a good

2     evening, everyone.

3                    (Jury exits courtroom.)

4                    THE COURT:  Anything we need to take up before

5     we adjourn?

6                    MR. EDWARDS:  Your Honor, one note that I'd

7     just throw out at the beginning of this trial.

8          In the first trial we had worked out how to discuss

9     the Insurrection Act and how to discuss President Trump

10    invoking.  I think the conclusion we came to in the first

11    trial was that the degree to which it is relevant in this

12    trial is whether or not -- is how and to what form it

13    existed in the defendants' and the co-conspirators' minds,

14    not necessarily the legal conclusion that if President Trump

15    had invoked or if he were to operate on his behalf, it's

16    legal.  I think there was a little bit of towing the line

17    there, if not crossing it during opening.

18         So I just wanted to kind of reiterate for the benefit

19    of the trial that I think we need to really stick into that

20    former camp of what the evidence will show what these

21    defendants and their co-conspirators thought about it.

22                   THE COURT:  Okay.  Look, I think that line was

23    generally hewed to.  Ultimately it's opening, I'm not too

24    worried about it.

25         And, you know, the jury's not to be -- to put it

1    differently, there's testimony evidence about what the

2    defendants thought is fair game.  Can't be any legal

3    conclusions presented by the defense about what the

4    Insurrection Act in fact means or legally what it means or

5    what the president could or could not do pursuant to that

6    act.  I think that's the appropriate line to draw.  If you

7    all think otherwise, you will let me know, all right?

8         Just a reminder, if there are preliminary matters you

9    want to take up, please text JC so we can get started

10   earlier than 9:30 and get those resolved before the jury

11   arrives.

12             MR. NESTLER:  Your Honor, just to be clear for

13   tomorrow morning, we do expect to have Agent Harris in the

14   courtroom while our first officer witness testifies, Officer

15   Carrion, because Agent Harris can testify about some of the

16   video he's introducing, and so we in fact will have two

17   agents in the courtroom, Agent Palian and Agent Harris,

18   tomorrow morning.

19             THE COURT:  Okay.

20             MR. SHIPLEY:  Your Honor, as the Court knows,

21   Agent Harris is from the Tampa office.  He was the case

22   agent for Mr. Harrelson, he was involved in the

23   investigation of Mr. Meggs, Mr. Moerschel, Mr. Hackett.

24   Agent Palian is the overall case agent.  I'm happy to have

25   him sit in every day like they always do.

1          THE COURT:  I've dealt with this many times.

2    I've ruled what I've ruled, which is Agent Palian is the

3    lead case agent, there can be a second agent in the

4    courtroom who is the subject matter agent or particular to a

5    defendant or a set of events.  I've taken the government at

6    its word that Agent Harris is that second agent for this

7    first witness, and we'll proceed in that fashion.  Okay?

8          MR. SHIPLEY:  I understand.  I just don't see

9    based on what -- any connection between Agent Harris and

10   video from the Capitol.  And that's what Officer Carrion's

11   testifying to.  He's essentially Officer Salke.  It's the

12   same testimony as Officer Salke.  How does Agent Harris

13   connect to that?

14         THE COURT:  I think Mr. Nestler just explained

15   how he connects to it.  And if you disagree with how he

16   connects to it, talk to Mr. Nestler, I'll take it up in the

17   morning.

18        Thank you.

19             (Court adjourned at 4:57 p.m.)

20

21             **C E R T I F I C A T E**

22        I certify that the foregoing is a correct transcript
     of the record of proceedings in the above-entitled matter
23   prepared from my stenotype notes.

24             */s/ Gregory S. Mizanin*        *December 13, 2022*
              GREGORY S. MIZANIN, RDR, CRR              DATE

25

1

## $

$50 [2] - 944:17, 19

## '

'21 [1] - 889:9

## /

/s [1] - 993:24

## 1

1 [9] - 876:11; 896:13; 937:16; 938:22; 942:11, 17; 947:5; 962:24; 981:5
10 [1] - 978:21
100 [1] - 943:18
106 [1] - 866:15
11 [9] - 853:9; 936:25; 937:1, 12, 24; 952:12, 18; 963:21; 986:19
114 [1] - 851:14
1150 [1] - 851:19
11:25 [1] - 984:20
11:45 [1] - 989:15
12 [5] - 850:5; 853:1; 875:3; 889:17; 949:15
12-24 [1] - 953:2
12:36 [1] - 860:18
12:49 [2] - 850:5; 853:3
13 [1] - 993:24
14 [3] - 910:3; 913:2; 914:3
140 [1] - 962:18
15 [1] - 873:10
150 [1] - 945:17
1500 [2] - 860:16; 864:8
1532 [1] - 851:11
15th [1] - 855:13
16 [2] - 875:1; 961:15

16th [1] - 940:3
1775 [1] - 851:18
19129 [1] - 851:7
1977 [2] - 857:18; 858:18
1992 [1] - 989:7
19th [5] - 940:4; 947:23; 958:12; 989:5
1:00 [1] - 888:18
1:15 [1] - 853:20
1:19 [2] - 985:15, 18
1:25 [1] - 908:15
1:38 [1] - 909:1

## 2

2 [4] - 876:17; 939:4; 947:6, 20
200 [2] - 887:22; 958:19
20006 [1] - 851:19
202 [2] - 850:18; 851:20
2020 [23] - 860:6; 865:6; 876:8; 890:18; 892:20; 897:4; 904:10; 924:4; 927:1; 931:17; 932:14; 939:11; 943:18, 21-22; 944:1, 14; 947:23, 25; 964:2; 965:5; 966:8
2021 [15] - 876:20; 887:23; 888:7; 890:14, 18; 891:16; 893:8; 898:5; 902:3; 906:14; 908:6; 920:22; 924:5; 927:2; 930:15
2022 [3] - 850:5; 853:1; 993:24
20579 [1] -

850:18
20th [10] - 865:6; 866:6; 888:22; 896:8; 904:2; 972:6; 974:2, 24; 989:4
215 [1] - 851:8
21st [2] - 866:6; 920:22
22-15 [2] - 850:4; 853:6
228-1341 [1] - 851:4
239 [1] - 851:12
24 [1] - 865:7
250 [1] - 959:24
252-7277 [1] - 850:18
25th [1] - 904:10
26 [2] - 865:9, 18
265 [1] - 851:14
28th [2] - 943:18; 944:18
2:00 [2] - 888:24; 910:8
2:12 [1] - 951:5
2:15 [3] - 951:5; 985:21; 987:7
2:30 [1] - 910:11
2:32 [1] - 910:25
2:38 [2] - 911:15, 20
2:40 [2] - 911:23; 951:23
2:48 [1] - 928:9
2:51 [1] - 861:24
2nd [1] - 972:6

## 3

3 [4] - 876:25; 928:6; 937:24; 950:10
30 [2] - 910:2; 978:25
300-3229 [1] - 851:8
31st [2] - 977:15, 19

337-9755 [1] - 851:12
33901 [1] - 851:11
33950 [1] - 851:15
35 [1] - 957:14
3580 [1] - 851:7
36 [2] - 986:22, 24
399 [1] - 859:1
3:05 [1] - 928:6
3:07 [1] - 928:9
3rd [2] - 897:5; 927:1

## 4

4 [2] - 876:22; 919:6
40 [1] - 910:2
403 [2] - 862:19; 863:22
406 [1] - 857:17
421 [1] - 854:14
422 [1] - 854:14
45 [4] - 871:13; 949:24; 980:11; 985:13
4:57 [1] - 993:19
4th [3] - 943:15; 949:2, 16

## 5

5 [3] - 850:6; 877:4; 985:14
52 [1] - 929:3
545 [1] - 857:17
575-8000 [1] - 851:15
5th [14] - 867:9; 894:11; 897:15; 904:18; 908:4; 948:14; 949:2; 950:13; 981:4; 984:1, 3, 5, 11; 989:21

## 6

6 [24] - 853:7; 856:14; 869:2; 872:1; 876:20; 877:8; 889:9; 893:7, 15, 19; 894:20; 895:20; 902:3; 927:2; 930:11; 932:25; 942:19; 947:21; 948:1; 950:16; 970:2; 978:17; 979:13
601 [1] - 850:17
64 [1] - 957:13
6610 [2] - 864:16; 865:1
6th [88] - 860:9, 16-17; 867:7; 877:3, 7, 12; 887:23; 888:7, 9; 890:14, 19; 891:16, 19; 894:11, 18; 896:12, 18, 25; 898:5, 16; 900:5; 902:22; 903:7, 23, 25; 904:1, 6, 9, 17, 20-21, 25; 905:15; 906:6, 11; 908:6, 15; 909:14; 910:24; 913:15, 18; 919:14, 22; 920:4, 8, 25; 921:3, 22, 25; 922:7; 924:5, 19; 925:4, 21; 926:25; 927:9; 929:18, 20; 933:15, 18; 939:6, 8, 10-11, 14-16, 19; 940:4; 942:17; 943:18; 944:21; 948:14; 949:2; 959:5; 962:6,

25; 964:3, 6;
977:3; 982:20;
983:15; 984:12,
15, 18

**7**

7 [2] - 853:7;
877:8
72 [1] - 943:16
745 [1] - 851:3
79-year-old [1] -
949:23
7th [5] - 897:6;
920:13, 17;
953:21, 24

**8**

8 [3] - 853:8;
877:8; 918:21
80 [2] - 940:20;
978:22
801 [1] - 872:7
808 [1] - 851:4
887 [1] - 852:3
8th [1] - 953:24

**9**

919-9491 [1] -
851:20
920 [1] - 859:1
928 [1] - 852:4
941 [2] - 851:15;
852:5
957 [1] - 852:6
96734 [1] - 851:4
9:30 [2] - 990:21;
992:10
9th [5] - 898:20;
948:23, 25;
949:6, 8

**A**

abandoned [1] -
903:11
Abdullah's [1] -
864:20
abet [2] - 926:3,
11

ability [5] - 966:8;
969:22; 985:18;
986:15; 987:16
able [11] - 872:4;
874:17; 925:20;
960:17; 968:15;
970:22; 986:3;
990:1, 11, 15
able-bodied [1] -
968:15
above-entitled [1]
- 993:22
absolutely [2] -
870:7; 953:13
abundantly [1] -
930:5
abusive [2] -
961:25; 962:2
accept [2] -
881:1; 897:16
acceptable [1] -
872:18
accepted [1] -
898:6
access [3] -
898:25; 907:13;
968:6
accommodate [1]
- 873:6
accomplish [1] -
919:11
accord [1] -
963:22
according [4] -
873:25; 910:5;
918:14; 920:21
accountable [2] -
930:13; 938:13
accurate [1] -
856:6
accused [2] -
929:24; 938:5
accusing [1] -
947:18
achieve [1] -
892:7
acknowledging
[1] - 861:10

acquit [2] -
938:11; 960:18
acquits [1] -
858:1
acquittal [3] -
857:20; 858:9,
11
acquitted [7] -
857:12; 858:6;
859:3, 21;
960:14, 19
Act [12] - 899:10,
13, 21; 908:9;
968:1, 10;
971:6, 14;
972:14; 988:14;
991:9; 992:4
act [21] - 900:3,
8; 901:5, 18;
905:9, 23;
909:5; 924:17;
925:5, 8, 17;
927:7, 16;
968:11; 971:11,
22; 972:19;
973:1, 6; 992:6
acted [5] -
892:10; 893:5;
898:4; 908:13;
927:11
acting [1] -
988:16
action [4] - 898:2,
10; 908:17;
969:2
actions [12] -
881:14; 891:19;
893:2; 894:17;
913:6; 925:24;
926:20; 952:23;
954:16; 963:2;
964:17
activated [1] -
903:12
activist [1] -
985:25
actors [1] -
899:12

acts [2] - 926:19;
971:13
actual [4] -
904:21; 931:14;
938:14; 989:24
Adams [2] -
960:5, 16
add [4] - 854:1, 4,
17; 871:11
added [1] -
920:17
adding [2] -
905:3; 910:22
addition [2] -
882:25; 902:6
additional [6] -
865:8; 866:5;
875:23; 880:18;
885:19; 955:15
adjourn [1] -
991:5
adjourned [2] -
951:6; 993:19
Administration [2]
- 971:22; 972:15
administration [4]
- 972:5, 9, 14;
975:4
admired [1] -
977:4
admissibility [2] -
858:18; 860:13
admissible [8] -
861:8; 862:15;
866:22; 867:4,
12; 881:22
admission [1] -
872:7
admit [3] - 859:8;
865:18; 947:5
admitted [3] -
857:21; 858:10;
859:4
adopts [1] -
871:23
advancing [1] -
915:18
affirm [2] -

873:21; 946:11
afoul [1] - 865:19
afraid [2] - 932:3;
944:7
aftermath [1] -
926:24
afternoon [12] -
853:17; 873:8,
16; 887:5;
903:8; 908:8;
928:5, 7, 22;
941:25; 942:5;
957:7
age [1] - 884:24
agent [17] -
867:24; 868:3,
6, 9, 22; 869:17;
955:5, 25;
992:22, 24;
993:3, 6
Agent [23] -
864:13; 865:7,
10; 870:12;
955:7, 12, 17,
23-24; 956:4, 8;
992:13, 15, 17,
21, 24; 993:2, 6,
9, 12
agent's [1] -
868:25
agents [17] -
868:18; 869:21,
23; 878:18;
930:15; 955:10,
13, 22-23;
956:1, 4-5, 7;
964:16; 992:17
ages [1] - 968:16
aggressive [2] -
945:16; 953:7
ago [1] - 959:24
agree [14] -
923:9; 924:10,
12, 16; 925:1, 4,
7, 12; 927:13;
929:10; 940:13;
990:11
agreed [7] -

876:7; 890:12;
893:1; 900:11;
903:4; 923:8;
927:19
agreeing [1] -
925:13
agreement [41] -
871:25; 876:13,
19; 891:2, 9-10,
12, 14, 17-18;
895:14; 899:14,
24; 903:12, 21;
905:11; 922:10,
15-16, 20,
23-25; 923:8,
12-13, 18-20,
23; 924:2, 6,
19-21; 925:10,
16; 926:20;
975:11
agreements [2] -
922:18; 923:24
Ahab [1] - 894:8
ahead [3] -
871:25; 872:1;
975:11
aid [5] - 885:20;
887:8; 926:3,
10; 967:11
ain't [1] - 919:25
air [1] - 919:7
akin [1] - 958:20
AL [1] - 850:6
Alabama [2] -
893:17; 917:10
alarms [1] -
911:24
alert [1] - 886:21
alerts [1] - 885:8
Alexander [3] -
948:8; 950:17;
970:4
Alexandra [2] -
850:15; 853:10
Ali [3] - 948:8;
950:17; 970:4
align [1] - 897:25
allegation [4] -

872:2, 17;
877:11; 975:12
allegations [2] -
872:19; 961:19
alleged [5] -
856:7; 861:4;
866:25; 877:6;
884:23
alleges [1] -
876:6
alleging [1] -
855:5
allied [1] - 980:1
allow [1] - 959:21
allowed [1] -
955:24
alluring [1] -
945:5
ally [1] - 894:25
almost [7] -
949:1; 951:24;
952:5; 957:25;
965:22; 975:14;
987:13
alone [3] -
860:11; 881:5, 9
alternate [3] -
875:4, 9, 11
alternate's [1] -
875:8
alternates [1] -
875:5
AM [1] - 984:20
amenable [3] -
869:20; 955:21
America [4] -
853:6; 873:23;
892:5; 958:10
AMERICA [1] -
850:3
American [8] -
906:1; 948:2;
959:10, 25;
960:17, 20;
982:23; 985:24
Americans [4] -
887:13; 958:6;
959:6; 977:7

AMIT [1] - 850:9
amount [1] -
980:25
ample [1] -
890:15
analysis [1] -
863:23
anchor [1] - 872:4
Angela [2] -
851:6; 853:12
anger [1] - 936:19
Angie [1] - 928:22
angles [1] -
917:19
angry [2] -
931:24; 937:4
announce [1] -
875:16
announced [1] -
911:20
announces [1] -
896:22
answer [7] -
882:1, 3;
901:13; 952:25;
953:1; 973:15
Anthem [2] -
935:21; 951:22
anticipated [1] -
856:4
Antifa [7] - 932:5;
966:11, 16, 20;
970:9; 987:22
apart [2] - 863:16;
889:6
app [3] - 901:10;
933:16; 953:23
apparent [2] -
867:11; 962:7
appeal [1] - 858:2
appear [1] - 881:8
appearance [1] -
894:10
APPEARANCES
[2] - 850:13;
851:1
appeared [1] -
886:2

application [8] -
898:23; 900:18;
909:15; 910:20;
921:20; 926:23;
945:8
applications [4] -
894:7, 9; 940:19
applied [1] -
955:19
applies [1] -
880:25
apply [5] - 880:9;
881:1; 955:4;
989:17; 990:5
applying [1] -
990:10
apprehend [1] -
966:12
approach [2] -
917:6; 940:23
appropriate [2] -
854:4; 992:6
AR-15 [1] -
949:25
area [9] - 884:3;
894:11, 18;
905:17; 906:20;
910:12; 958:24;
970:17; 986:7
arguably [2] -
861:2; 862:11
argue [2] -
867:19; 886:8
arguing [2] -
931:19
argument [7] -
855:18; 859:5;
867:20; 872:12;
881:21; 943:2
arguments [3] -
880:12, 17
Arizona [11] -
894:24; 895:11;
905:12; 906:24;
957:12; 977:10;
979:25; 982:13;
986:21; 988:6;
989:8

Arlington [1] -
906:18
armed [5] -
969:4; 970:16;
972:24; 984:10;
987:6
arms [2] - 899:4;
973:23
Army [4] -
894:24; 957:19
ARR [1] - 946:1
arrest [1] - 901:2
arrested [3] -
869:24; 870:4;
907:15
arrests [2] -
901:7; 940:1
arrived [1] -
916:18
arrives [2] -
853:21; 992:11
arsenal [5] -
888:12; 899:6;
906:20; 908:5;
910:10
art [1] - 866:4
articles [1] -
884:22
arts [2] - 865:5;
866:21
ASAP [1] - 980:3
aside [2] - 939:9;
960:25
ass [2] - 860:25;
861:19
assault [4] -
969:6; 970:10;
985:7; 987:6
asserted [2] -
862:7; 867:12
assertions [1] -
854:8
assess [2] -
924:1; 960:17
assessments [1] -
938:16
assist [5] -
986:10; 987:15

4

assisting [1] - 878:17
associate [2] - 921:6; 942:3
associate's [1] - 921:7
associated [2] - 933:7; 934:12
association [1] - 941:1
assume [4] - 869:16; 871:23; 929:14, 17
assumptions [2] - 878:25; 938:16
asthma [2] - 957:20
astray [1] - 947:5
Atlanta [2] - 970:3, 6
attached [1] - 951:15
attack [18] - 888:15; 889:8; 916:14; 927:6; 930:6, 18; 933:12; 946:9; 957:21; 962:25; 963:3, 6; 983:22; 984:10; 987:9; 989:15, 18; 990:13
attacked [2] - 917:25; 918:2
attacking [2] - 976:14; 985:1
attempt [2] - 926:3, 10
attempting [1] - 911:5
attend [2] - 978:3; 982:12
attended [3] - 948:22; 970:10; 982:13
attending [2] - 902:21; 980:23
attention [6] -

871:19; 875:14; 887:9; 939:22; 944:7; 979:5
attentions [1] - 857:15
Attorney's [1] - 878:9
ATTORNEY'S [1] - 850:17
attorneys [5] - 878:13; 883:19; 884:2, 6; 929:15
audio [7] - 890:24; 899:18; 905:18; 906:5; 918:7; 930:23; 931:6
AUSA [5] - 850:14
authority [9] - 876:14; 924:11, 20; 930:8; 938:7; 969:15; 971:14; 972:13; 988:19
authors [1] - 946:24
available [5] - 889:13; 968:18, 23; 969:14; 986:9
Avenue [5] - 851:14; 860:24; 908:24; 909:19; 910:2
avoid [8] - 883:22; 884:3; 885:4, 6; 921:7; 956:15, 21; 990:24
avoided [1] - 974:12
awaited [1] - 919:7
awaiting [2] - 910:9; 969:8
aware [4] - 857:4; 867:24; 933:17;

946:25
axiom [2] - 953:5

**B**

backgrounds [2] - 965:3
backup [1] - 951:13
bad [1] - 903:2
bags [1] - 980:14
bakery [1] - 965:12
ballots [4] - 888:10; 896:4, 19; 913:17
ban [1] - 885:13
bangs [1] - 919:6
banners [1] - 896:22
bar [1] - 948:19
barricades [2] - 916:12; 934:11
barriers [2] - 963:7; 985:12
based [10] - 854:23; 861:16; 868:24; 877:11; 883:7; 884:16; 886:5; 938:16; 993:9
basis [1] - 854:23
bathroom [5] - 976:9, 12, 19, 24
batteries [1] - 982:16
battle [7] - 889:7; 901:14, 21; 918:22; 919:15; 932:8; 953:1
bear [4] - 856:22; 861:9; 862:11; 868:11
became [4] - 867:11; 889:7; 939:11
become [1] - 944:18

becoming [2] - 989:6, 19
beeline [1] - 934:6
BEFORE [1] - 850:9
began [8] - 875:25; 902:2; 903:6, 22; 908:10; 914:10; 934:8
begin [9] - 873:17; 874:2; 880:18; 887:9; 918:21; 928:6, 14; 980:7; 990:20
beginner's [1] - 949:14
beginning [5] - 875:15; 879:8; 932:16; 964:11; 991:7
begun [1] - 920:5
behalf [4] - 928:14, 16, 18; 991:15
behind [11] - 878:20; 910:19; 918:1; 935:17; 936:4; 957:24; 959:12; 961:21; 972:23; 974:19
beings [2] - 929:8; 935:25
beliefs [1] - 966:15
believability [1] - 881:7
believes [1] - 881:22
belonging [1] - 915:1
benches [1] - 878:20
benefit [2] - 870:15; 991:18
Benghazi [1] -

969:6
Benghazi-style [1] - 969:6
best [3] - 873:6; 946:12; 968:25
betrayed [2] - 933:24; 936:14
better [8] - 860:21, 25; 861:11, 19; 870:10; 913:5; 974:12
between [19] - 855:24; 856:7, 12, 23; 859:6; 868:6; 873:22; 891:10; 897:5; 898:15; 914:24; 930:3; 954:25; 961:12; 968:15; 976:20; 981:24; 983:9; 993:9
beyond [14] - 855:20; 858:12, 23; 859:7; 865:24; 868:11; 877:25; 882:7, 11, 16; 961:20; 983:4; 990:12
biases [2] - 961:15; 962:21
Biden [16] - 888:6; 897:6, 16; 920:10; 971:21, 23, 25; 972:6, 15; 973:3, 8; 974:10, 23; 989:6, 19; 990:4
big [5] - 935:18, 22; 947:10, 25; 951:2
bins [4] - 958:17; 981:6
bit [6] - 857:9; 872:23; 873:15; 885:12; 963:24; 991:16

5

bits [3] - 890:25; 931:7, 10
Bittner [4] - 949:22; 981:16
bivouacked [1] - 946:1
Black [1] - 932:6
blameless [1] - 938:2
blank [1] - 938:24
blaring [1] - 911:24
blinders [1] - 931:10
blockades [1] - 917:12
blog [1] - 883:3
blood [1] - 985:24
bloody [5] - 900:10; 972:21; 973:3; 974:11, 16
board [2] - 871:9; 981:9
boat [3] - 860:11; 970:21; 971:1
bodied [1] - 968:15
bodies [3] - 889:23; 890:5; 911:7
body [6] - 870:7; 893:20; 897:18; 923:25; 937:2; 952:23
boil [1] - 948:3
bombastic [1] - 939:19
bonds [1] - 979:21
books [1] - 884:22
boots [1] - 889:15
bore [1] - 949:17
boring [1] - 950:19
boss [3] - 949:3, 15; 953:3

Boston [4] - 960:1, 4, 15; 980:12
bottom [2] - 913:10; 914:23
boundaries [1] - 980:2
Box [1] - 851:3
box [2] - 875:2
boxes [2] - 982:10, 15
brag [1] - 953:20
bragged [1] - 919:9
bragging [1] - 962:11
brands [1] - 950:7
breach [7] - 889:16; 890:2; 910:13; 911:18; 934:10; 947:16
breached [9] - 889:25; 894:13, 20; 914:4; 917:7; 934:9, 23; 951:20; 986:14
break [11] - 856:23; 872:24; 873:12; 889:24; 902:11; 911:5; 924:9; 928:5; 943:2, 4; 964:24
breaking [2] - 913:21; 963:9
brief [2] - 879:19; 959:22
briefest [1] - 935:9
briefly [6] - 855:3; 863:10; 870:25; 875:23; 878:2; 880:20
bring [12] - 871:18; 876:4; 884:14; 895:1; 907:24; 910:10; 949:24; 960:21;

979:5; 984:21, 23; 987:6
bringing [1] - 970:10
brings [6] - 855:16; 894:15; 981:19; 982:16; 985:6
British [2] - 959:24; 960:6
broad [1] - 931:22
broke [2] - 987:23; 989:4
broken [2] - 865:22; 951:19
brothers [1] - 904:5
brought [6] - 894:17; 958:17; 978:25; 980:25; 982:11; 989:8
BROWN [2] - 851:10, 13
brute [3] - 888:15; 889:16; 908:1
bubble [1] - 933:23
buddies [1] - 977:8
building [62] - 860:20; 861:5, 23; 888:10, 15, 21, 23; 889:3, 25; 890:10; 894:13; 896:14; 897:1; 898:18; 908:2; 910:13; 911:5, 9, 18, 25; 912:24; 913:6, 10-11; 914:5, 17; 915:8, 21, 23; 916:14, 19, 24; 917:8, 15, 24; 918:4, 9, 12, 15, 23; 919:3, 5; 921:4; 924:18; 925:9, 19; 926:6, 12-13;

927:6, 15, 17; 934:5, 10-11; 936:5, 25; 937:25
bunch [2] - 944:25; 945:10
burden [10] - 855:20; 859:6, 8; 868:11; 882:7, 9; 938:14; 941:14; 987:12
burgers [1] - 980:24
burned [1] - 948:4
buses [1] - 970:20
business [1] - 965:11
businesses [4] - 931:21; 945:5; 965:9, 15
busy [2] - 921:16; 977:13

**C**

cadre [1] - 980:1
calculating [1] - 907:12
Caldwell [17] - 854:16; 855:15, 17, 24; 857:2, 8; 859:20; 860:3, 19-20, 23; 861:10; 862:1; 863:1; 981:8, 16
Caldwell's [7] - 860:1; 861:8; 862:5, 11; 863:6; 864:4; 981:11
Caldwells [2] - 860:16; 861:24
Caldwells' [1] - 864:8
calm [1] - 953:9
camera [2] - 862:1; 906:22

camouflage [1] - 889:19
camp [1] - 991:20
campaign [1] - 887:14
campground [5] - 958:16, 25; 979:2; 980:11, 23
camping [1] - 982:17
candidly [1] - 865:12
cannot [5] - 884:25; 896:18; 954:8
Capitol [118] - 860:19, 21; 861:5, 22; 872:1; 877:6; 888:10, 15, 20; 889:16, 22; 890:6; 893:16, 20; 894:13, 21; 896:14; 897:1, 24; 901:21; 903:10; 908:24; 909:21; 910:2, 12, 15; 911:5, 19, 24-25; 912:4, 24; 915:8, 17, 21; 916:3, 18, 23; 917:15; 918:9; 919:3; 921:4; 924:18; 925:9; 926:6, 12; 927:6; 930:6, 18; 933:12; 934:1, 3, 5-6, 8, 10, 14; 935:1, 4; 936:1, 18; 946:9; 947:16; 949:10; 950:23; 951:4, 7, 17, 20; 952:2, 5-6, 19; 953:3, 12, 19; 954:3, 19;

959:16; 961:23;
962:2-4, 25;
963:3, 6, 20;
975:12, 20;
976:3, 7, 10,
14-16, 19-20;
983:22; 985:1-3,
24; 986:2, 14;
987:7, 22, 24;
989:14, 18;
993:10
Capitol's [1] -
934:23
captures [1] -
910:16
car [3] - 958:10;
981:19; 982:16
care [1] - 916:14
career [1] -
964:12
careful [4] -
894:3, 16;
907:11; 954:16
Carolina [15] -
854:15; 855:4,
8, 25; 856:4, 11,
24; 895:6;
950:12; 965:11;
981:21; 982:1;
987:9
Carrion [1] -
992:15
Carrion's [1] -
993:10
carry [1] - 891:22
carrying [1] -
914:1
cars [3] - 916:12,
15; 950:6
Carter [1] - 979:8
case [122] -
856:20; 858:14;
859:11, 22, 25;
871:22; 872:2,
17, 19; 873:22;
874:4; 875:13,
21, 24-25;
876:5; 878:4,

17-18, 24;
879:8, 14;
880:6, 11-12,
15, 25; 881:4,
17-18, 20;
882:4, 19-21;
883:1, 3, 6-7,
12-13, 20-21;
884:1, 5, 7, 11,
16, 18-19;
885:3, 6, 10, 14,
25; 886:3, 9,
14-16; 887:1;
890:15; 892:13;
899:20, 22;
907:1; 922:21;
924:1; 938:19;
942:10, 18;
944:16; 946:8;
947:22; 952:21;
955:6, 10-12,
22-23, 25;
956:4-7; 958:4,
13; 959:4, 10,
12, 21, 23;
961:7, 10;
962:1, 7-8, 18;
963:2, 13;
966:4; 969:5;
971:7; 972:7,
17-18; 975:9,
12; 979:23;
985:17; 990:20,
23; 992:21, 24;
993:3
Case [1] - 853:6
case-in-chief [2] -
879:14; 880:7
cases [4] -
857:10, 22;
959:11; 962:10
caters [1] - 965:2
caught [1] -
907:14
caused [1] -
934:10
CCTV [2] -
906:22; 937:2

celebrating [1] -
937:3
cell [3] - 877:13;
885:8; 921:6
center [2] -
913:13; 919:6
certain [6] -
877:12; 897:14;
922:2; 945:4;
968:16; 986:14
certainly [14] -
856:13, 20, 25;
860:2, 12;
861:20; 862:14,
25; 867:4;
934:13; 940:15;
961:22; 990:5
certification [18] -
906:9; 908:10;
918:18; 919:13;
926:1; 933:14;
936:10; 962:6;
963:19; 978:6,
15; 982:23;
983:5, 16;
988:1, 7
certify [5] -
876:21; 877:3;
896:5; 918:10;
993:22
certifying [2] -
888:19; 908:10
cetera [2] -
965:21
chamber [5] -
912:18; 914:11,
13, 19; 937:10
chance [4] -
872:5; 880:11;
886:6; 905:4
change [2] -
885:7; 886:4
changed [2] -
943:16; 988:4
changing [1] -
942:15
chanting [4] -
861:25; 862:5;

914:16; 953:18
chaos [6] - 935:6,
21; 951:10;
976:21; 986:6,
11
chapter [1] -
855:8
characterization
[1] - 872:22
characters [1] -
962:18
charge [9] -
876:11, 17, 22;
877:8; 924:9;
925:11, 19, 25;
926:16
charged [18] -
866:1; 869:6,
10; 871:25;
877:23; 882:13;
932:21; 938:3-5;
954:4; 959:12;
972:7, 17;
974:21; 975:4,
10
charges [12] -
876:6, 12, 18,
25; 877:1, 4, 11,
16; 925:23;
947:22
charging [2] -
876:4; 961:14
charismatic [2] -
946:25; 947:4
chart [12] -
892:12, 15;
893:3, 18;
894:2; 897:13;
904:12; 905:13;
909:12; 911:17;
917:11; 920:2
chat [15] - 898:8;
904:5, 9;
909:17; 922:2;
940:13; 945:9;
946:2; 953:8,
22; 965:17-19;
977:11

chats [9] - 860:4;
945:17, 22;
946:5, 7, 10, 16,
18; 966:9
chatted [2] -
954:17; 976:5
chatter [1] -
940:21
chemical [1] -
915:15
cherry [1] - 931:7
cherry-picked [1]
- 931:7
chief [4] - 879:14;
880:7; 974:13;
988:17
childhood [1] -
957:20
children [1] -
957:16
China [1] -
972:22
Chinatown [1] -
984:8
chiropractor [1] -
929:5
choice [3] -
905:9; 907:8;
973:18
choose [2] -
879:8; 980:13
chose [2] - 927:1
chosen [1] -
962:14
Christmas [2] -
904:10; 905:2
circle [3] -
937:19; 948:13
circled [1] - 919:5
circles [1] -
937:17
circling [1] -
975:25
Circuit [4] -
857:16, 18;
858:25; 859:11
circulated [2] -
966:9, 13

circumstance [1] - 858:13
circumstances [1] - 959:13
citadel [1] - 990:14
cities [1] - 965:11
citizen [1] - 968:19
citizen's [1] - 940:1
citizens [2] - 901:7; 959:25
city [2] - 933:4; 941:7
civil [6] - 897:17; 938:4; 972:21; 973:3, 11; 988:15
claim [1] - 990:12
claims [1] - 880:16
clarification [2] - 864:15; 865:2
clashed [2] - 889:6; 890:8
clashing [1] - 917:21
classes [1] - 979:19
clean [1] - 872:3
clear [17] - 862:9; 866:20; 889:7; 891:11; 892:21; 904:24; 919:13; 930:5; 932:3, 10; 956:8; 962:24; 969:11, 13; 973:15; 987:12; 992:12
clearing [1] - 918:22
clearly [4] - 862:22; 865:21; 877:17
clerks [1] - 878:17
clicking [1] -

912:17
clicks [2] - 944:6; 948:5
client [7] - 947:18, 21; 951:9; 952:11; 954:5; 964:4
client's [2] - 943:16; 946:16
CLINTON [1] - 851:18
clip [1] - 935:9
clips [1] - 909:18
cloaked [1] - 894:12
close [4] - 887:9; 910:19; 914:12; 939:22
closed [5] - 889:1; 915:5; 931:22; 935:19
closely [2] - 962:12; 988:5
closing [6] - 871:22, 24; 872:4; 880:12, 17
cloud [1] - 900:21
clutch [2] - 989:4, 7
co [71] - 857:14, 23, 25; 858:1, 3-5, 21; 859:2, 23; 860:13; 861:2, 4, 7, 21; 862:8; 863:16, 24; 867:1; 891:15, 17; 892:13; 893:3, 25; 894:14, 19, 21; 895:12; 897:3, 10; 898:24; 899:7, 23; 900:25; 902:5, 20; 903:8; 904:8; 905:12, 20; 906:15, 24-25;

907:9; 908:5, 12, 19, 22; 909:11; 910:13; 911:3, 16; 913:1; 914:3; 915:16; 916:9; 917:3, 9, 13; 918:17; 919:3, 14, 23; 920:9, 16, 20; 921:8, 17; 991:13, 21
co-conspirator [19] - 857:14; 858:3, 5, 21; 859:23; 860:13; 861:2, 4, 21; 862:8; 895:12; 905:12; 906:24; 908:22; 909:11; 911:3, 16; 917:9, 13
co-conspirator's [1] - 861:7
co-conspirators [44] - 857:23, 25; 858:1, 4; 863:16, 24; 867:1; 891:15, 17; 892:13; 893:3; 894:19; 897:3, 10; 898:24; 899:7, 23; 902:5, 20; 903:8; 904:8; 905:20; 906:15, 25; 907:9; 908:5, 12, 19; 910:13; 913:1; 914:3; 915:16; 916:9; 917:3; 918:17; 919:3, 14, 23; 920:9, 16, 20; 921:8, 17; 991:21
co-conspirators' [1] - 991:13
co-defendant [5] - 859:2; 893:25;

894:14, 21; 900:25
co-defendants [1] - 857:23
coat [1] - 923:6
code [1] - 932:17
coded [1] - 892:9
cohesion [1] - 929:17
colleague [4] - 892:11; 927:22; 943:21; 950:22
colleagues [2] - 902:12; 943:7
collect [1] - 890:24
collected [1] - 874:23
College [6] - 876:21; 877:3; 926:1; 930:7, 19; 933:14
colonialists [1] - 960:17
colonists [1] - 906:1
Columbia [1] - 878:10
COLUMBIA [1] - 850:1
Columbus [3] - 911:10; 935:19, 23
combat [3] - 865:5; 866:4, 21
combination [1] - 878:15
Comfort [8] - 980:12; 981:4; 982:5, 11; 983:25; 984:19; 987:17; 988:10
comfortable [1] - 975:5
comical [1] - 975:14
coming [13] - 907:14; 923:20;

936:3; 944:8, 10; 958:21; 964:2; 970:8; 974:23; 976:22; 979:12; 980:23; 981:4
command [2] - 854:21; 972:24
commander [2] - 974:13; 988:17
commanders [1] - 960:3
commenced [1] - 853:3
comment [2] - 862:2; 921:14
comments [3] - 881:12; 921:11, 13
commit [3] - 925:6; 926:18, 22
committing [2] - 916:7; 971:19
common [5] - 902:17; 940:23; 943:7; 954:13
common-sense [1] - 940:23
comms [1] - 932:19
communicate [7] - 856:14; 857:1; 885:3; 886:14; 898:24; 921:21; 926:24
communicated [1] - 892:25
communicating [5] - 857:2; 860:7, 10; 861:3
communication [3] - 856:15; 883:4; 893:24
communications [6] - 860:3, 5; 885:13; 886:10; 932:20; 989:20

8

communist [2] - 969:6; 972:22
community [4] - 932:3, 23; 944:15; 945:12
companies [1] - 944:5
companion [1] - 979:8
company [1] - 900:22
complaining [1] - 909:2
complete [3] - 856:22; 920:24
complex [3] - 912:24; 929:10; 931:3
complexity [1] - 955:11
complicated [4] - 902:8; 912:24; 929:9; 940:10
complimentary [1] - 856:18
compliments [1] - 866:9
comprehension [4] - 971:8; 973:6; 974:6; 989:25
computer [1] - 981:13
comradery [1] - 980:22
concedes [1] - 887:17
concern [4] - 854:14; 869:11; 942:11, 18
concerning [2] - 853:24; 885:14
concluded [1] - 957:5
conclusion [4] - 877:20; 990:1; 991:10, 14
conclusions [2] -

931:12; 992:3
conduct [4] - 880:22; 884:17, 21; 903:18
confines [1] - 886:9
confirm [1] - 956:21
confirmation [1] - 949:14
confirmed [1] - 931:11
confiscated [1] - 907:16
confront [1] - 937:5
confronted [2] - 915:10; 917:11
confused [3] - 931:24; 937:8; 952:8
confusing [1] - 951:21
confusion [1] - 935:6
congregated [1] - 941:7
Congress [38] - 861:13; 876:23; 888:8, 18; 889:2; 895:18, 25; 896:5, 18, 24; 904:1, 25; 905:3; 906:7; 908:10; 912:14; 918:9, 23; 920:9, 11; 924:22, 25; 925:4, 12, 20; 926:1; 927:16; 947:17; 951:6; 952:11, 14, 20; 978:8, 11
Congress's [5] - 876:20; 877:2; 895:16; 906:8; 978:3
congressional [2]

- 896:11; 925:3
congressmen [1] - 945:18
conjunction [1] - 969:7
connect [1] - 993:13
connected [2] - 875:20; 883:21
connection [2] - 868:6; 993:9
connections [2] - 866:24
connects [2] - 993:15
CONNOR [1] - 942:5
Connor [3] - 851:10; 853:13; 942:3
conscience [1] - 960:7
conservative [3] - 948:4; 964:14
consider [16] - 869:19; 870:17; 880:10; 881:7; 887:2; 891:5; 893:2; 902:10, 18; 909:9; 922:22; 923:8; 925:16; 926:22
considered [3] - 886:8; 943:20; 955:16
considering [1] - 868:5
consistent [3] - 927:23; 941:18; 956:3
consistently [1] - 909:4
conspiracies [1] - 929:25
conspiracy [51] - 856:2, 7, 9; 857:12; 858:12; 859:17, 21;

860:1; 862:10, 14; 866:1, 24; 876:5, 10-12, 17, 22; 891:2, 4, 8-9, 22; 893:4; 897:14; 906:17; 907:4, 17; 922:9, 13; 924:7, 15, 25; 925:1, 11, 19; 927:10; 941:2; 949:10; 952:20; 962:5; 971:19; 972:1, 8, 12; 974:1; 988:18
conspirator [21] - 857:14; 858:3, 5, 21; 859:23; 860:13; 861:2, 4, 21; 862:8, 12; 895:12; 905:12; 906:24; 908:22; 909:11; 911:3, 16; 917:9, 13; 976:11
conspirator's [1] - 861:7
conspirators [49] - 857:23, 25; 858:1, 4; 863:16, 24; 867:1; 891:15, 17; 892:13; 893:3; 894:19; 897:3, 10; 898:24; 899:7, 23; 902:5, 20; 903:8; 904:8; 905:20; 906:15, 25; 907:9, 20; 908:5, 12, 19; 910:13; 913:1; 914:3, 23; 915:16; 916:9; 917:3; 918:17; 919:3, 14, 23; 920:9, 16, 20; 921:8, 17;

950:2; 963:13; 976:1; 991:21
conspirators' [1] - 991:13
conspire [4] - 954:8-10; 971:18
conspired [3] - 941:3; 974:23; 979:16
conspiring [1] - 938:6
Constitution [8] - 888:8; 891:24; 892:5; 895:24; 896:2; 912:9; 913:23; 925:13
constitution [1] - 939:3
constitutional [3] - 892:3; 903:24; 918:25
consult [1] - 874:18
contact [2] - 883:18, 24
containing [1] - 981:10
contains [1] - 876:5
contemplated [1] - 940:3
content [4] - 877:12, 14; 900:20; 940:16
contest [1] - 897:5
context [6] - 861:18; 862:17; 886:5; 953:7; 960:15
contingency [1] - 966:22
continue [5] - 856:13; 875:6; 919:10; 962:17
CONTINUED [1] - 851:1

continued [4] - 857:1; 906:4; 908:25; 931:5

control [1] - 945:11

controls [1] - 895:24

conversation [2] - 883:23

convict [1] - 859:7

convicted [3] - 859:17, 20; 960:14

convince [1] - 905:5

cook [3] - 958:16; 979:2; 981:1

cooking [1] - 959:1

coordinated [3] - 892:9; 930:18; 981:23

coordinates [1] - 980:1

coordinating [3] - 855:15; 929:16; 982:7

coordination [3] - 934:25; 938:10; 981:24

copied [1] - 980:5

cops [1] - 917:24

correct [1] - 993:22

correctly [1] - 961:14

corridor [1] - 884:1

corrupt [6] - 885:18; 901:1, 3, 8, 20; 936:23

corruptness [1] - 968:6

costly [1] - 885:17

counsel [5] - 873:13; 880:2; 928:11; 955:1

count [3] -

888:10; 896:4; 941:20

Count [5] - 876:11, 17, 22, 25; 877:4

counted [2] - 866:12; 887:16

country [23] - 885:15; 892:6; 895:1; 898:13; 901:22; 905:16; 907:1; 911:12; 920:19; 926:7; 927:1, 12; 930:4; 931:20, 23; 932:1, 22; 943:23; 945:13; 947:3; 948:3; 968:13; 990:7

country's [3] - 888:1; 911:11; 918:20

counts [2] - 859:21; 896:19

Counts [1] - 877:8

couple [5] - 857:10; 924:9; 943:3; 977:23; 989:2

course [11] - 859:13; 867:5; 869:21; 880:24; 883:10; 884:24; 902:25; 907:25; 977:5; 986:16; 989:21

court [10] - 857:18; 858:8; 867:23; 868:1, 8; 884:13; 887:4; 942:16; 943:8; 955:2

COURT [39] - 850:1; 853:17; 854:5, 12, 25; 856:3; 863:12; 864:3; 866:2,

18; 868:7, 15; 869:8, 15; 870:9; 871:2, 10, 15; 872:11, 20; 873:1; 874:2; 928:3, 10, 18; 941:22; 954:22; 955:2, 20; 956:2, 25; 957:4; 985:13; 990:18; 991:4, 22; 992:19; 993:1, 14

Court [13] - 854:10, 22; 855:4; 858:2; 859:5; 865:3, 12, 16; 872:8; 955:1, 14; 992:20; 993:19

Court's [3] - 855:21; 863:15; 864:1

courthouse [1] - 883:25

COURTROOM [2] - 853:5; 873:20

courtroom [28] - 853:15; 868:13, 20-21; 869:25; 872:25; 874:7, 20; 875:7; 878:24; 879:2; 883:7, 9, 22; 884:12, 14, 17; 886:21; 887:3; 938:13; 955:6; 956:1, 5; 957:15; 991:3; 992:14, 17; 993:4

courts [1] - 885:15

courtyard [1] - 895:7

cover [2] - 899:13; 922:10

cowboy [1] - 947:8

CPT [1] - 932:24

CR [1] - 850:4

Cravero [2] - 857:17; 858:7

crazy [3] - 946:10; 951:17; 966:3

create [1] - 965:17

created [1] - 964:18

credibility [1] - 881:6

crew [1] - 953:9

crime [6] - 859:7, 16-17; 876:4; 925:6; 926:22

crimes [5] - 877:23; 944:9; 954:7; 961:5; 971:20

criminal [6] - 875:25; 882:4; 883:12; 891:19; 892:7; 922:11

Criminal [1] - 853:6

critical [1] - 921:17

cross [3] - 879:18; 880:2

cross-examination [1] - 879:18

cross-examine [2] - 880:2

crossed [2] - 853:21; 936:8

crossing [1] - 991:17

crowd [7] - 935:18, 25; 936:3; 959:25; 965:14

crowds [2] - 935:5; 941:6

CRR [1] - 993:24

Cruz [2] - 978:13

crystalize [1] - 903:22

crystalized [2] - 891:18; 908:13

culture [3] - 950:4; 967:18

Cummings [6] - 975:22; 976:2, 17

cumulative [2] - 865:20; 866:20

curfew [1] - 986:23

**D**

D.C [69] - 850:4, 18; 851:19; 888:14; 889:12; 894:11, 18; 895:3; 900:6; 902:3, 25; 903:22; 905:17; 906:16; 907:6, 10, 14, 18, 25; 908:5; 910:10; 915:14; 916:6; 920:15; 924:18; 927:12; 933:1, 3, 8; 940:3, 6; 941:3; 947:25; 949:18; 950:5, 11; 958:5, 12, 14, 17, 24; 966:20; 967:6, 11, 23; 968:19, 22; 969:4; 970:5, 12; 976:25; 977:6, 16, 18; 980:11, 14, 22; 982:6; 984:7, 16; 985:4, 10; 987:11; 988:11; 989:8

damage [4] - 877:6; 911:8,

14; 926:15
damaging [1] -
926:11
damned [1] -
986:24
danger [3] -
903:9; 912:13;
913:25
dangerous [2] -
857:9; 947:1
Daniel [1] -
949:25
dark [1] - 922:14
DATE [1] -
993:24
date [1] - 927:16
daughter [1] -
929:4
David [48] -
851:10; 853:8;
873:24; 876:2;
877:4, 9; 888:3;
889:15; 891:7;
893:25; 894:14;
900:25; 904:11,
16; 906:23;
910:21; 927:25;
929:22; 942:7;
943:14, 17, 19;
944:11; 945:11,
14, 16; 948:3,
13, 15, 22, 25;
949:1, 4-5, 13,
20, 24; 950:11;
951:12, 16;
953:2, 8, 10;
954:17
daylight [1] -
931:22
days [12] - 897:7,
19, 21; 901:12;
904:22; 930:10;
932:25; 933:2;
943:18; 949:11;
978:25; 989:2
DC [3] - 889:8;
977:20; 980:2
dead [1] - 920:10

deadline [1] -
903:24
deal [1] - 853:22
dealt [2] - 872:8;
993:1
death [3] -
900:13; 901:19;
953:19
Debbie [2] -
957:14
December [16] -
850:5; 900:4, 6;
902:2; 903:20;
904:10; 939:20;
940:3-5; 947:23;
958:12; 966:18;
977:15, 19;
993:24
DECEMBER [1] -
853:1
decertified [1] -
858:3
decide [17] -
861:14; 877:24;
881:9, 15;
883:7; 884:16;
923:17; 950:20;
961:10, 19, 21;
972:12, 17;
973:13, 25;
974:20, 22
decided [5] -
887:23; 901:3;
948:6; 976:12;
977:15
decides [1] -
944:14
decision [3] -
857:16; 882:20;
957:25
decisions [1] -
882:24
declarant [8] -
857:11, 25;
858:1, 5, 12, 20;
859:2, 15
declarant's [3] -
857:13; 858:15;

859:3
declaration [2] -
906:10; 983:1
Declaration [1] -
973:21
declare [5] -
888:11; 896:25;
912:9; 920:10;
973:24
declares [3] -
896:6, 19, 24
declaring [2] -
924:24; 973:19
dedicated [1] -
957:21
deemed [2] -
858:4
deep [2] - 972:23;
974:10
deeper [3] -
890:6; 918:4;
943:11
defamed [1] -
953:16
defend [2] -
891:24; 933:10
Defendant [12] -
851:2, 6, 9, 17;
853:7-9, 12
DEFENDANT [6]
- 852:4-6;
928:21; 941:24;
957:6
defendant [27] -
857:14; 859:2;
868:4, 18, 20;
869:2, 4;
870:18; 879:23;
880:5; 882:4, 6,
8, 13, 17; 889:9;
890:1; 893:25;
894:14, 21, 23;
900:25; 903:16;
956:6; 961:1;
993:5
defendant's [8] -
859:5; 879:8,
17, 25; 880:4;

890:11; 903:14,
18
defendant-
specific [1] -
956:6
Defendants [3] -
850:7; 877:4, 8
defendants [105]
- 853:15;
857:23; 859:23;
863:6; 868:12;
869:5, 20, 22;
870:4, 16;
871:24; 876:1,
7, 9, 12, 19;
877:1, 12, 15,
20-21, 25;
878:6, 11, 15;
879:4, 6, 21;
887:23; 888:2,
12, 16; 889:7;
890:12, 16;
891:3, 6, 15, 17,
20; 892:2, 6, 16,
23, 25; 893:5,
13; 897:2, 10;
898:4, 16, 23;
899:9, 23;
900:1, 11;
902:4, 20;
903:4, 8, 24;
904:7; 906:2, 8,
15; 907:8;
908:4, 6, 11, 19;
911:9; 912:12,
22; 913:1, 24;
914:2; 915:6,
14, 16; 919:2, 9,
14, 22; 920:25;
921:16-18;
922:9; 924:2, 5;
926:23; 927:2,
4, 10-11, 15, 18;
955:11; 960:12;
963:21; 975:10;
978:5; 991:21;
992:2
defendants' [6] -

891:18; 893:2;
902:2; 903:21;
913:5; 991:13
defense [21] -
866:15; 870:3,
17; 873:13;
878:6, 11, 23;
879:19, 25;
880:3; 920:14,
20; 928:11;
929:12; 942:12;
944:12; 973:24;
987:12; 992:3
Defense [1] -
949:25
defensive [4] -
867:18, 21;
967:13; 969:22
degree [1] -
991:11
delay [1] - 876:15
delays [2] -
925:5; 926:4
delete [10] -
863:8; 921:9,
11-12, 15;
922:5, 8;
926:20; 953:23
deleted [4] -
877:12; 921:17,
19; 922:2
deleting [1] -
926:17
deliberate [1] -
875:3
deliberations [4] -
874:19; 880:10,
19; 887:7
deliverance [1] -
873:22
delivered [6] -
874:22; 883:5;
897:21; 898:20;
899:3; 943:1
delivering [1] -
954:15
demand [1] -
901:2

demands [1] - 939:3

democracy [5] - 887:17, 21; 984:10; 985:7; 990:14

democrats [1] - 901:24

demonstrated [1] - 859:14

depart [1] - 888:23

depict [1] - 911:11

deploy [1] - 898:12

deployed [2] - 915:15, 19

deploying [1] - 946:1

depositing [1] - 907:1

DEPUTY [2] - 853:5; 873:20

deputy [3] - 884:12; 886:21; 887:3

descended [1] - 906:16

describe [1] - 880:20

described [3] - 943:22; 950:5, 24

desire [4] - 930:11; 959:14; 983:16

desperate [3] - 900:10; 974:11, 16

desperately [2] - 888:25; 913:20

despite [2] - 914:2; 976:22

destroyed [1] - 874:23

destruction [2] - 877:5; 926:9

destructive [1] - 973:20

detailed [4] - 874:5; 898:21; 989:15, 22

details [7] - 875:24; 929:8; 932:21; 933:8; 939:16; 949:17; 963:15

determine [3] - 858:23; 881:3, 5

devices [1] - 900:22

diagram [4] - 913:7, 9, 11; 914:23

diet [1] - 944:4

difference [3] - 859:15; 951:2; 983:9

different [20] - 863:5; 872:13; 907:10; 922:20, 25; 929:25; 930:4; 943:25; 945:5; 950:4, 7; 959:12; 963:13; 966:15; 970:8; 983:13; 988:20

differently [2] - 855:6; 992:1

differing [2] - 857:19; 858:9

difficult [1] - 904:2

dinner [1] - 921:2

direct [5] - 857:15; 879:16; 880:1; 893:24; 904:24

direction [2] - 889:21; 989:2

directions [1] - 931:25

directive [2] - 988:16, 23

directly [5] -

857:10; 860:5; 889:21; 892:25; 910:23

directs [1] - 857:24

disagree [1] - 993:15

disappointed [1] - 987:25

disaster [1] - 945:4

discarded [1] - 931:9

discern [1] - 952:22

discharging [2] - 876:23; 925:13

disclose [1] - 875:9

discount [1] - 962:12

discuss [9] - 882:19; 883:14; 884:15; 886:22; 965:20; 990:23; 991:8

discussed [7] - 884:2; 904:8; 907:20; 955:8, 22, 24

discussion [2] - 884:4; 954:25

discussions [1] - 884:4

disjointed [1] - 950:19

disorder [1] - 938:4

displace [1] - 925:14

displaced [1] - 925:21

displayed [1] - 939:25

dispute [2] - 886:7; 975:9

disqualified [1] - 858:3

disregard [1] - 881:17

disrupt [5] - 930:7, 19; 933:13; 936:23; 938:6

disruption [2] - 956:15, 22

distinction [1] - 968:4

distinctive [1] - 981:7

distinguish [1] - 859:6

distort [1] - 886:12

distracts [1] - 874:15

distributed [1] - 864:11

district [1] - 907:20

DISTRICT [3] - 850:1, 10

District [1] - 878:9

divide [1] - 948:2

divorced [1] - 855:8

document [1] - 895:24

documents [1] - 877:10

Dolan [1] - 935:16

dollars [3] - 907:5; 911:14; 926:15

domestic [2] - 891:25; 987:24

Donald [3] - 888:6; 897:5, 8

done [10] - 862:10; 865:22; 905:20; 919:8, 10; 920:12; 922:14; 927:7; 964:1; 982:19

doomed [1] -

901:24

door [5] - 911:6; 915:5; 937:13, 15

doorknob [3] - 862:2, 18; 864:1

doors [21] - 888:25; 889:3, 24; 890:2; 911:9, 14; 912:17; 916:25; 917:1; 926:14; 935:19, 23-25; 936:3; 951:23

doorstep [2] - 901:20; 912:1

doorsteps [1] - 901:6

doubt [13] - 855:20; 858:13, 24; 859:8; 868:11; 878:1; 882:7, 9, 12, 16; 961:20; 983:4; 990:13

Doug [4] - 855:11, 13-14; 856:16

down [22] - 854:9; 870:18; 887:5; 889:24; 898:17; 908:24; 909:18; 910:2; 911:5; 913:17; 921:13; 928:25; 932:1; 943:2, 4; 953:9; 969:7; 975:23; 977:22; 985:12, 25; 986:4

downtown [5] - 984:2-4, 12; 985:10

Drake [1] - 946:12

draw [3] - 877:20; 982:9; 992:6

dressed [1] -

890:2
drive [3] - 927:11; 949:18; 977:10
driven [1] - 967:7
driver's [1] - 869:2
drives [1] - 950:11
driving [2] - 926:7; 985:23
dropped [2] - 980:13; 982:6
drops [1] - 950:12
drove [6] - 895:1; 921:5; 976:4-6; 990:7
dues [3] - 947:13; 948:5; 977:2
during [18] - 860:16; 874:4, 12, 19, 21; 875:12, 17; 877:23; 881:11; 883:20; 887:7; 895:17; 933:2; 935:9; 949:19; 955:5; 956:22; 991:17
Dust [2] - 986:22, 24
duties [3] - 876:24; 918:25; 925:13
duty [5] - 871:7; 881:1; 882:13; 960:7; 973:17
Duty [1] - 946:6

**E**

e-mail [3] - 885:2; 944:19; 978:13
e-mailing [1] - 945:18
eager [1] - 948:17
early [10] - 855:2; 864:14; 867:8; 902:10; 906:14; 930:15, 21;

931:11; 932:13; 989:14
ears [3] - 890:23; 933:24; 969:10
east [1] - 888:22
ECF [1] - 854:14
echoed [2] - 898:4; 905:11
echoing [1] - 905:22
Ed [42] - 929:21; 957:12; 958:19; 977:1; 978:3, 20, 25; 979:9, 13, 18, 24-25; 980:3, 5, 9, 19, 24; 981:3, 17, 20; 982:2, 12, 20, 22; 983:15; 984:6, 18; 985:3, 15; 986:6, 24; 987:5, 7, 10, 13, 21; 988:11, 15, 22, 24; 989:19
Ed's [2] - 976:25; 979:8
educate [1] - 855:20
Edward [14] - 851:17; 853:9; 873:24; 876:3; 888:3; 889:9; 891:7; 894:23; 895:11; 901:22; 906:24; 911:20; 927:25; 957:8
EDWARDS [15] - 855:1; 863:10, 13; 872:9; 887:13; 899:19; 900:16; 905:19; 906:6; 910:1, 15; 916:2; 918:8; 956:12; 991:6
Edwards [10] - 850:16; 853:11;

854:25; 878:7; 887:11; 928:4; 929:10; 935:11; 939:25; 956:13
effect [3] - 860:23; 867:15; 881:5
efficient [5] - 870:1, 7; 878:21; 880:23
effort [1] - 911:8
efforts [3] - 914:2; 919:10; 926:7
eight [2] - 959:24; 960:3
either [6] - 854:22; 857:24; 881:23; 923:17; 975:10
elderly [4] - 934:4, 15; 945:1; 979:10
Elect [1] - 888:6
elected [2] - 912:1
election [30] - 876:9; 887:16, 24; 888:11, 19; 892:20; 893:10; 896:5, 21, 24; 897:4, 7-8, 19; 901:4; 908:10; 912:10; 918:10, 18; 924:4; 931:19; 947:6, 25; 962:6; 963:19; 967:23; 968:3; 969:2; 980:18; 982:14
elections [2] - 887:14, 18
electoral [2] - 896:4; 913:17
Electoral [6] - 876:21; 877:3; 925:25; 930:7, 19; 933:14
electronic [1] -

884:24
electronically [1] - 883:3
element [3] - 882:12, 15; 938:15
elevator [1] - 884:1
elicit [1] - 868:8
Ellipse [4] - 902:22; 933:19; 934:4; 936:14
Elvis [1] - 989:1
embeds [1] - 867:6
emergency [1] - 969:4
emotionally [1] - 932:21
emotionally-charged [1] - 932:21
encampment [1] - 980:2
encounter [1] - 883:21
encouraged [1] - 932:2
encouraging [1] - 897:24
encrypted [5] - 894:6; 900:18; 901:10; 909:15
encryption [1] - 940:18
end [22] - 862:20; 872:24; 874:6, 21; 875:9; 880:8, 17; 882:21; 890:24; 896:18; 900:19; 928:7; 940:18; 941:15; 942:24; 954:12; 960:10, 13; 975:9; 990:20
end-to-end [2] - 900:19; 940:18

ended [1] - 933:25
endorses [1] - 940:16
ends [5] - 861:6; 867:8; 950:14, 17; 973:20
enemies [4] - 891:25; 932:9; 974:8
energized [1] - 889:8
energy [1] - 887:13
enforcement [21] - 868:3; 888:24; 890:7; 891:24; 894:5; 908:2; 909:21; 912:19; 915:10, 13; 917:11, 14; 918:10, 21; 921:3, 23; 929:6; 932:18; 965:1, 3; 966:12
enforcement's [1] - 914:2
engaged [1] - 922:9
enjoyed [1] - 945:24
enter [3] - 916:21; 962:4
entered [6] - 875:7; 876:12, 19; 910:11; 916:21, 25
entering [3] - 871:25; 936:18; 975:11
enters [1] - 872:25
entire [4] - 866:16; 895:1, 24
entirely [5] - 874:13; 921:20; 922:6; 926:21;

938:2
entitled [2] -
886:6; 993:22
entrance [1] -
889:22
entrances [1] -
916:23
environment [1] -
960:2
episodes [1] -
911:11
eponymous [1] -
939:11
equipment [4] -
907:3, 6-7;
982:17
escape [1] -
971:2
escort [1] -
950:20
escorting [2] -
934:4, 15
especially [6] -
868:5; 940:17;
943:23; 957:22;
965:5; 968:16
essentially [5] -
860:20; 968:2;
971:19; 986:6;
993:11
establish [1] -
860:12
established [1] -
886:1
establishes [3] -
866:23, 25;
867:2
establishing [1] -
858:14
esteemed [1] -
943:7
ET [1] - 850:6
et [2] - 965:21
etched [1] -
911:12
eureka [1] -
985:16
evacuated [1] -

912:3
evacuating [2] -
912:5, 19
evacuation [1] -
986:24
evade [1] - 971:2
evening [5] -
908:4; 919:22;
920:8, 25; 991:2
event [23] -
859:18; 864:6;
865:5; 868:2;
869:17; 875:5;
948:16; 949:6,
8, 11; 950:14,
16; 966:18;
969:5, 21;
970:4, 6-7, 18,
21, 25; 978:24;
980:17
events [29] -
860:9; 931:3,
14; 932:21;
940:6; 942:19,
22; 949:2;
959:5; 963:16;
965:6, 22;
966:21; 967:2,
23; 968:20, 22;
970:1, 5, 15;
975:7; 977:22;
980:15, 18, 23;
984:6; 993:5
eventually [3] -
915:13; 921:5;
966:12
everyday [1] -
922:23
everywhere [2] -
931:24; 943:23
evidence [118] -
855:9, 22;
856:1, 10, 22;
857:3;
858:15-17, 19;
859:9, 15;
861:20; 862:12;
865:15; 866:4;

868:2; 873:25;
874:14; 875:20;
877:18; 878:21;
879:10, 20-21,
24-25; 880:8,
14, 16; 881:6,
21; 882:24;
886:7; 890:15,
19, 25; 891:11;
892:12; 894:5;
897:9; 902:4,
18; 903:20;
907:2, 12;
909:10; 915:2,
9; 921:18, 23;
922:8; 924:1;
926:17, 19;
927:22, 24;
930:2, 20-21;
931:11; 933:6;
934:5; 936:2,
10, 16;
938:8-10, 14-15,
19; 939:6;
941:11, 16, 18;
943:6, 9, 13;
945:15; 948:24;
951:3; 953:16;
954:1; 956:19;
961:9, 22;
962:13; 963:1,
3, 10, 17-18;
970:15; 971:4;
973:10; 975:13;
978:20; 981:3,
22; 982:5, 22;
984:1, 13, 24;
986:17; 987:1,
5; 989:13;
991:20; 992:1
exact [10] -
888:18; 890:2;
902:17; 911:19;
916:25; 917:1;
918:2; 926:23;
927:16
exactly [4] -
904:23; 916:17;

922:7; 986:10
examination [5] -
879:16, 18, 20;
880:2, 4
examine [2] -
880:2
examined [1] -
930:23
example [11] -
883:25; 886:1,
25; 892:19;
896:2; 902:20;
922:23, 25;
939:24; 950:25;
974:6
excavating [1] -
940:9
except [1] - 906:1
exchange [2] -
965:19; 970:14
exchanged [1] -
866:7
exciting [1] -
948:18
exclusive [1] -
881:18
excuse [4] -
859:21; 882:17;
883:14; 967:16
excused [1] -
903:14
execution [2] -
876:16; 924:13
exfil [5] - 971:1;
986:19
Exhibit [3] -
860:16; 864:8,
16
exhibit [2] -
863:9; 975:19
exhibits [9] -
864:12; 865:7-9,
18, 21; 890:23;
939:1
exist [2] - 900:21
existed [4] -
900:22; 927:10;
982:4; 991:13

existence [2] -
859:10
exited [1] -
953:21
exits [1] - 991:3
expect [6] -
879:12; 943:5;
989:17, 20-21;
992:13
expected [1] -
979:7
expecting [1] -
978:16
experience [10] -
902:18; 923:25;
924:1; 929:5-7;
932:18; 965:1;
968:16
experienced [2] -
885:16; 959:3
experiences [1] -
922:17
explain [5] -
874:3; 878:2, 4;
885:12; 930:11
explained [1] -
993:14
explanations [1] -
969:1
exploded [1] -
931:23
explosions [1] -
986:1
express [1] -
958:22
expressed [2] -
881:16; 987:23
expressing [2] -
983:15; 986:18
extends [1] -
884:24
extent [3] -
859:18; 865:17;
881:9
extract [3] -
968:21; 970:12,
22
extraction [5] -

967:1, 6, 12; 969:22
extraordinarily [1] - 931:3
extreme [1] - 871:8
extremely [1] - 960:2
extricate [1] - 967:11
Eye [1] - 851:18
eye [1] - 947:8
eyes [2] - 890:23; 962:8

## F

F.2d [2] - 857:17; 859:1
face [1] - 964:5
Facebook [2] - 883:5; 989:12
faced [1] - 859:1
faces [2] - 922:4
facie [1] - 859:25
facilities [1] - 905:22
fact [20] - 855:18; 856:15; 857:5; 863:16; 878:25; 886:20; 893:13; 903:6, 23; 905:11; 920:15; 926:2, 10; 929:19; 933:7; 936:11; 946:5; 949:1; 992:4, 16
facts [6] - 881:4, 15, 17; 884:18; 931:15
factual [3] - 854:7; 859:2; 886:9
fail [4] - 889:4, 25; 972:19; 973:17
failed [2] - 858:11; 882:15
fails [2] - 859:6;

905:9
fair [6] - 880:23; 960:2, 8, 12, 23; 992:2
fairness [2] - 960:19; 962:15
Faith [1] - 894:8
fall [2] - 932:13; 939:11
falling [1] - 977:3
familiar [3] - 922:17; 933:5; 984:7
familiarity [2] - 867:3; 869:3
family [5] - 883:10; 889:2; 912:7; 944:11; 990:6
famous [1] - 862:2
fan [3] - 947:10; 966:4; 967:15
fans [1] - 982:16
far [5] - 865:24; 922:15; 930:14; 937:12
farm [2] - 980:19; 981:1
fashion [1] - 993:7
father [1] - 957:13
faulty [1] - 947:11
favorite [1] - 946:24
favorites [1] - 946:2
Fayetteville [3] - 965:10, 18; 970:18
FBI [4] - 864:20; 878:18; 955:5; 956:1
fear [2] - 932:5; 973:11
feared [1] - 960:16

fed [2] - 944:4; 979:6
feeds [2] - 885:9
feelings [1] - 959:6
feet [1] - 978:3
fellow [8] - 882:23; 884:13; 886:20, 22; 898:9; 905:10; 913:20; 958:6
felt [7] - 912:16, 18; 932:11; 944:3; 960:6; 988:13
female [2] - 934:4, 15
Ferguson [1] - 965:10
festival [3] - 979:4; 982:13
festivals [2] - 982:12, 19
few [3] - 880:18; 891:5; 902:5
field [1] - 979:2
fifth [2] - 926:9; 942:14
Fifth [1] - 857:17
fight [23] - 899:4, 11, 17, 19, 24; 900:1, 12; 901:23; 920:5; 948:19; 951:25; 972:21; 973:3, 11; 974:3, 9, 11-12, 16
fighting [2] - 890:5; 919:16
figure [1] - 870:11
filed [3] - 853:23; 854:8, 14
files [3] - 968:6
filled [1] - 893:10
final [5] - 875:10; 882:21; 894:23; 925:11; 940:25
finally [8] - 877:8;

880:17; 884:6; 887:4; 923:10; 926:17; 946:23; 986:21
finger [2] - 868:3; 930:13
fingers [3] - 853:21; 946:13
finish [5] - 879:3; 912:10, 14; 920:11; 952:11
finished [4] - 879:17, 19; 880:5; 918:22
finishing [2] - 952:12, 14
fire [1] - 978:3
firearms [7] - 895:1; 899:6; 905:22; 907:3, 6, 10; 910:10
fired [1] - 959:24
firepower [1] - 907:13
first [37] - 856:10; 862:24; 863:19; 864:16; 866:5, 13; 869:17; 871:6; 873:16; 876:11; 879:4; 885:23; 888:1; 893:7; 911:18; 914:4; 915:14; 918:20; 919:15; 924:8-10; 943:12; 949:21; 950:11; 956:3; 959:20; 963:10; 972:1; 980:9; 985:9; 987:4; 991:8, 10; 992:14; 993:7
firsthand [1] - 868:23
Fisher [1] - 872:8
fist [2] - 937:3; 953:18
fist-pumping [1] -

953:18
fit [2] - 892:16; 975:8
Five [1] - 857:16
five [4] - 890:1; 893:16; 904:22; 934:3
fixing [1] - 989:6
FL [2] - 851:11, 15
flash [2] - 919:6; 986:1
flash-bangs [1] - 919:6
flashlights [1] - 907:23
fled [1] - 921:5
fleeing [1] - 918:23
flip [1] - 853:25
floors [1] - 912:25
Florida [31] - 866:7; 893:23; 894:16; 895:8; 897:15; 899:1; 901:1, 11; 904:7, 9; 905:1; 909:13; 911:16; 929:4; 932:2; 933:1, 19; 937:7; 941:2; 943:19, 24-25; 944:1; 950:4; 976:5, 14; 981:17, 25
flourishes [1] - 864:4
Floyd [1] - 931:22
fly [1] - 957:1
focus [4] - 863:15; 864:2; 902:2; 916:8
focused [4] - 863:17, 24; 982:23; 989:5
focusing [2] - 920:22; 989:6
folks [2] - 856:24;

967:6
follow [6] - 878:3;
930:10; 950:2;
960:23; 961:1;
964:21
followed [1] -
950:3
followers [1] -
898:22
following [8] -
864:20; 876:8;
884:8; 885:16;
896:23; 924:4;
935:17; 954:25
food [4] - 958:19,
23; 978:25;
980:25
foot [1] - 959:16
footage [1] -
906:22
footsteps [1] -
973:19
FOR [1] - 850:1
force [39] - 876:7,
14-15; 888:1, 5;
890:14; 891:13;
892:4, 22;
895:4; 899:5,
11, 14; 901:25;
903:6, 22;
904:21, 25;
907:18; 908:1;
917:14; 918:4,
19; 924:3, 11,
14, 17, 21-22;
927:3, 8; 930:9;
938:8; 965:25;
966:24; 981:10
forced [2] -
915:15; 917:20
forcefully [1] -
890:8
forces [2] - 889:5;
972:24
forcibly [4] -
908:7; 914:10;
962:3; 971:17
foreboding [1] -

944:13
foreclose [1] -
859:22
forecloses [1] -
858:13
forefathers [1] -
905:23
forefront [1] -
938:21
foregoing [1] -
993:22
foreign [1] -
891:25
forever [1] -
943:16
forget [1] - 923:4
form [3] - 916:12;
922:19; 991:12
formal [1] - 876:3
formally [1] -
896:5
formation [1] -
934:25
formed [4] -
888:20; 903:7;
911:2; 922:10
former [7] -
888:22; 933:21;
964:13; 966:16;
977:5; 978:22;
991:20
formerly [1] -
895:22
forming [1] -
922:18
forms [1] - 923:1
Fort [1] - 851:11
forth [1] - 900:21
forward [9] -
911:15; 927:14;
936:4, 7; 952:1;
956:11; 987:19;
990:21; 991:1
fought [2] - 909:9;
913:19
founded [1] -
964:12
founder [1] -

964:9
founders' [1] -
973:19
founding [2] -
909:7; 973:23
four [27] -
862:23; 868:12;
869:20, 22;
875:4; 877:1,
15, 25; 887:19;
891:6, 16, 20;
892:16, 23-24;
896:4; 897:6;
898:5; 924:5;
926:22; 929:17;
938:20; 941:12;
957:16, 18;
959:11; 977:13
fours [1] - 907:23
fourth [5] - 863:1;
894:23; 925:25;
940:25; 942:14
Fox [2] - 944:5, 8
fragment [1] -
940:1
framework [2] -
872:7; 973:5
Frank [1] - 977:9
frankly [4] -
856:6; 862:7,
12; 922:18
frantically [1] -
912:20
fraudulent [1] -
968:4
free [1] - 874:25
freedom [1] -
982:13
Freedom [1] -
984:8
Freeman [1] -
859:22
French [1] -
967:16
friend [2] - 982:3;
987:25
friends [6] -
883:10; 922:24;

923:16; 950:12;
978:1; 989:1
front [9] - 868:14;
870:16, 23;
871:1; 875:2;
910:18; 911:3;
917:4; 935:17
fruition [1] -
974:21
full [1] - 962:21
fullest [1] -
875:13
fundamental [1] -
887:21
furtherance [1] -
859:13
furthermore [1] -
886:3

G

gaiter [1] - 894:13
game [2] -
902:10; 992:2
gas [2] - 919:6;
986:2
gathered [1] -
919:4
gathering [2] -
897:24; 898:21
gear [12] - 890:2;
893:19; 895:2;
897:11; 898:11,
17; 905:15;
906:21; 907:7,
14; 926:8
generally [2] -
885:18; 991:23
generals [1] -
969:8
generation [2] -
909:8; 973:23
generators [1] -
982:16
generic [1] -
932:6
gentlemen [8] -
872:15; 873:2;
899:20; 942:1;

946:13; 957:8;
959:2; 990:19
geode [1] - 989:9
George [1] -
931:22
given [6] - 864:4;
955:10, 17;
956:18; 973:24;
987:19
glasses [2] -
939:1; 987:3
gloves [2] -
889:19; 893:19
goal [6] - 892:7;
912:15; 919:11;
952:11, 13
goals [2] - 930:2;
941:4
God [1] - 973:24
God-given [1] -
973:24
goggles [1] -
893:20
Gorda [1] -
851:15
GoTo [3] -
864:21; 898:22;
948:25
govern [1] -
887:22
government [109]
- 853:11; 854:2,
22; 855:5, 19,
21; 858:11, 14;
862:19; 863:8;
864:11, 16-18;
865:10; 867:19;
868:8, 10;
869:11; 871:23;
872:5, 9, 14-15;
873:11; 876:14;
877:5, 24;
878:5, 7, 18;
879:4, 14-15,
17, 19-20;
880:2, 5; 882:8,
11, 15; 887:10;
889:6; 893:15;

895:25; 898:1; 899:12; 906:1; 919:1, 21; 920:7; 924:11, 21; 926:11; 930:1; 931:5; 934:19; 935:9; 936:8; 937:9; 938:12, 25; 939:17; 941:14; 942:12, 23, 25; 943:2, 10; 944:20; 945:14, 19; 946:17; 948:23; 949:12, 18; 950:24; 952:3, 10, 24; 953:22; 954:6, 14; 955:10, 17, 25; 956:13; 961:12; 962:16; 963:12; 964:16; 972:4; 973:21; 974:15; 975:19, 24; 976:17; 979:12, 15; 981:9; 982:21; 984:14, 20; 987:3; 988:12; 989:11; 993:5
Government [2] - 850:14; 947:18
government's [13] - 855:17; 856:5; 863:14; 871:21; 872:22; 879:7; 959:14; 971:8; 982:9; 983:19; 986:13; 990:12, 20
GOVERNMENT'S [2] - 852:3; 887:12
governor's [2] - 909:8; 919:17
governs [1] - 887:17
grab [1] - 967:9

grabbing [1] - 931:10
Graceland [1] - 988:25
graduate [1] - 964:10
grand [5] - 875:25; 877:13; 921:23; 961:18
granular [1] - 939:16
grapevine [1] - 988:22
gray [1] - 946:1
Graydon [1] - 967:4
great [2] - 866:9; 979:11
Greg [1] - 964:25
Gregory [1] - 993:24
GREGORY [1] - 993:24
grenades [1] - 986:1
grew [1] - 923:12
grilling [1] - 980:24
gross [1] - 931:2
ground [1] - 889:15
grounds [6] - 862:19; 910:12; 934:14; 935:4; 959:17; 961:24
group [95] - 855:7, 10, 24; 863:17, 24; 866:8; 889:8, 12, 15; 890:1, 5, 8, 16; 891:8; 893:12, 14, 23; 894:6, 22; 895:10; 899:1; 901:5; 904:9, 19, 23; 905:1; 908:23, 25; 909:13, 23;

910:3, 8; 911:17; 914:4, 8, 11, 15, 21; 915:3, 14, 18-20, 22; 916:19, 21; 917:2, 8; 920:1, 13; 923:3, 14, 19; 930:17; 932:14, 17; 933:1, 3, 19; 934:20; 940:12, 17; 941:3, 8; 943:17; 944:15, 25; 946:9; 953:22, 24-25; 954:1; 963:24; 964:8, 18; 965:2; 966:2, 10; 968:18; 969:22; 976:2, 4; 977:4, 11-12; 979:1; 980:16; 982:3
group's [1] - 927:14
groups [6] - 913:2; 940:20; 945:9; 965:17; 966:15; 981:23
grow [1] - 923:9
guard [1] - 899:6
Guard [1] - 968:13
guarding [1] - 963:14
guards [1] - 903:2
guerilla [4] - 914:20; 983:2, 8
guess [4] - 861:3; 866:18; 867:13; 881:25
guiding [3] - 938:20; 940:25; 941:12
guilt [3] - 877:19; 960:18
guilty [17] -

877:15, 25; 882:7, 14, 17; 926:16; 927:24; 928:1; 929:11; 941:19; 954:5, 20; 990:16
gun [7] - 901:14, 21; 945:19; 950:4; 953:1; 967:18
guns [4] - 867:18; 945:15; 982:1
guy [9] - 949:21; 952:8; 976:1; 981:25; 982:2
guys [7] - 946:3; 949:5; 976:10; 977:13, 17, 20

H

Hackett [103] - 851:6; 853:8, 13; 863:17; 865:17; 866:7, 10; 867:1, 25; 868:6, 9, 23; 870:23; 873:23; 876:2; 877:4, 9; 878:12; 888:2; 889:14, 17, 25; 890:3; 891:7; 893:22; 894:3, 21; 895:9; 899:1; 900:17; 901:4, 9, 11; 904:11, 13, 16, 19; 905:1; 906:23; 908:23; 909:24; 910:11, 16, 18; 911:1, 7, 15, 23; 914:21; 915:2, 10, 17; 916:20, 25; 917:2, 6; 918:16; 920:1; 921:19; 927:12, 24; 928:19, 23-24; 929:1, 3,

10, 18, 20, 24; 930:25; 931:16; 932:1, 11, 25; 933:16, 18; 934:1, 3, 14, 16, 20; 935:10, 16; 936:8, 24-25; 937:17, 19, 25; 938:11, 23; 939:25; 940:2, 7; 941:2, 8; 952:17; 992:23
HACKETT'S [2] - 852:4; 928:21
Hackett's [6] - 853:25; 865:3; 869:9; 912:1; 914:3; 938:2
half [2] - 957:19; 984:15
HALIM [11] - 854:3; 864:10, 25; 867:22; 869:13; 870:6, 12, 21; 928:20, 22; 934:22
Halim [9] - 851:6; 853:12; 869:5; 878:14; 928:18, 23; 941:22; 943:22; 957:10
Halim's [2] - 853:24; 869:11
hall [1] - 895:9
halls [1] - 911:25
hallway [1] - 914:9
halt [1] - 899:24
halted [2] - 888:16; 918:19
halting [1] - 919:13
hammer [1] - 953:6
hand [4] - 864:3; 875:21; 882:14; 911:3
handful [1] -

853:22

handgun [1] - 949:24

handguns [2] - 867:16

hands [10] - 873:18; 887:24; 889:19; 903:13; 908:13, 20; 909:3; 917:3; 919:24; 927:13

hanging [1] - 919:7

happy [4] - 871:9; 948:11; 954:2; 992:24

hard [2] - 903:23; 939:8

hardworking [1] - 944:11

harm's [1] - 987:3

Harrelson [3] - 867:2; 935:16; 992:22

Harris [17] - 864:13; 865:7, 10; 870:13; 955:7, 12, 17, 23-24; 956:9; 992:13, 15, 17, 21; 993:6, 9, 12

hat [1] - 946:20

hate [1] - 937:5

Hatsy [3] - 946:18

haze [1] - 889:6

head [2] - 871:10, 12

headed [4] - 903:10; 913:3; 916:4; 988:24

heading [1] - 900:4

headline [2] - 887:1; 975:8

health [1] - 947:2

hear [75] - 855:4; 867:15; 873:12; 890:11, 15, 22;

891:9, 11; 892:18; 893:9, 11, 13; 896:11; 899:8; 900:10; 903:3; 905:10; 906:19; 907:4, 12; 909:17, 22; 911:13; 912:2, 4, 16, 18, 20; 913:19; 914:15; 915:9, 23; 917:23; 921:16; 922:1; 924:8; 933:21; 936:16; 938:19; 941:19; 948:10; 958:4, 8, 12, 18-19; 959:15, 17; 963:1, 10, 25; 965:1; 966:18, 25; 967:9, 23; 968:1, 4, 22; 970:5; 971:2; 975:13, 15; 976:9, 13; 979:14; 980:20; 981:12, 22; 983:10, 12; 987:20; 988:5

heard [15] - 882:24; 890:22; 905:24; 912:17; 927:21; 936:19; 939:10; 941:17; 947:7; 958:22; 963:20; 977:1; 987:22; 988:8, 22

hearing [5] - 855:18; 867:14; 869:5; 884:3; 906:11

hearsay [3] - 857:20; 858:10; 862:3

heart [2] - 958:3, 15

heated [1] - 975:5

heavy [1] - 885:20

heck [2] - 952:9; 989:7

heeded [1] - 915:21

held [1] - 956:2

helmet [1] - 894:12

helmets [2] - 889:18; 907:23

help [17] - 879:11; 880:15; 885:6; 892:15; 899:10; 907:16; 913:5, 7; 951:16; 952:14; 955:17; 971:1; 979:19; 983:22; 990:10

helped [4] - 911:10, 13; 913:24; 989:9

helpful [3] - 870:16; 907:22; 922:22

helping [3] - 911:8; 929:16; 968:21

helps [1] - 874:14

hewed [1] - 991:23

HI [1] - 851:4

hi [1] - 989:1

hide [1] - 953:25

hiding [2] - 915:5, 7

highlight [1] - 945:21

highlighted [1] - 975:21

highly [1] - 944:24

himself [12] - 893:19; 894:12; 895:2; 900:12; 915:22; 937:23; 947:15; 976:8;

979:1; 981:19; 984:2; 985:9

hinder [3] - 876:15; 924:13, 21

hinders [2] - 925:5; 926:4

hint [1] - 978:18

hinted [1] - 881:16

historic [3] - 901:23; 959:4; 978:24

history [6] - 888:1; 909:7; 918:20; 936:20; 945:3; 959:23

hits [1] - 966:4

hitting [1] - 967:15

hold [6] - 872:15; 878:25; 890:9; 914:16; 930:13; 938:12

home [7] - 960:11; 964:6; 985:23; 987:10; 988:23; 989:4; 990:10

Honor [17] - 853:5; 854:19; 855:1; 863:11; 868:10; 870:15, 24; 871:4, 11, 20; 928:16, 20; 955:9; 956:12; 991:6; 992:12, 20

HONORABLE [1] - 850:9

hook [1] - 903:16

hope [4] - 853:18; 873:2; 913:7; 939:18

hoped [4] - 853:20; 899:9; 978:11

hopefully [1] -

873:15

hopes [1] - 939:17

hoping [1] - 968:23

hopped [1] - 958:10

hospital [1] - 969:24

hostile [1] - 960:2

hotel [29] - 855:15; 857:5; 889:10, 12; 894:20; 895:2, 7; 905:14; 906:18, 22; 907:7; 910:5, 9; 911:20, 22; 925:18; 967:19; 979:24; 980:10, 12; 981:19; 984:11, 22; 985:20; 986:8, 12

hour [9] - 871:1, 13; 888:18, 24; 910:8; 984:15; 986:19

hour-and-a-half [1] - 984:15

hours [4] - 867:8; 918:22; 943:16; 961:7

House [15] - 866:10; 895:19, 21; 896:2, 13; 913:4, 10, 17; 914:6, 22, 25; 937:10; 969:6, 16

hubbub [1] - 936:14

Hughes [3] - 850:15; 853:10; 878:7

human [3] - 883:17; 929:8; 935:25

humanity [2] - 951:24

humans [1] - 902:8

humble [1] - 958:25

hundreds [1] - 961:6

hunt [1] - 921:13

hurt [2] - 960:16; 986:2

husband [1] - 957:14

hype [1] - 867:7

hyperbole [1] - 962:11

**I**

ID [1] - 868:8

idea [9] - 857:11; 859:20; 891:25; 949:9; 958:8; 964:19; 977:4; 984:17; 985:11

ideas [1] - 971:5

identification [2] - 867:23; 868:1

identifications [1] - 868:17

identified [3] - 868:14; 870:16, 25

identify [2] - 869:25; 875:16

identifying [1] - 860:10

identity [1] - 868:12

ignored [1] - 931:9

illegal [14] - 859:12; 903:3, 18-19; 924:10, 12; 925:1, 11, 15; 926:2, 10; 938:5; 970:23

illegitimate [6] - 972:22; 973:19;

974:4, 9, 18

image [3] - 937:16, 21, 24

images [1] - 939:18

immediate [2] - 871:19; 923:15

immediately [8] - 861:17; 875:21; 879:6; 884:3, 12; 920:22; 984:2, 13

impartiality [1] - 962:15

imperfect [1] - 938:17

important [15] - 871:22; 872:3; 874:4; 875:11; 878:4; 895:14; 903:25; 922:22; 936:20; 949:19; 959:10, 21, 23; 975:6; 985:7

impose [1] - 892:4

impossible [1] - 947:24

IN [1] - 850:1

in-court [3] - 867:23; 868:1, 8

inability [1] - 858:23

inaccurate [1] - 931:1

inadvertently [1] - 886:25

Inauguration [3] - 896:7; 904:3; 919:12

incapable [1] - 973:20

incident [1] - 865:18

included [4] - 860:15; 907:2; 935:10; 956:17

includes [3] -

885:5, 24; 925:3

including [21] - 855:12; 857:1; 860:8; 874:21, 24; 878:17; 883:4; 886:16; 888:5; 891:13; 893:25; 894:8; 897:14, 23; 903:5; 909:23; 910:5, 24; 921:18; 966:16

incoming [5] - 971:21; 972:9, 14; 975:3

incompetent [1] - 947:14

incomplete [2] - 931:13; 938:17

inconsistent [1] - 858:22

incredibly [1] - 985:7

incriminate [1] - 921:13

incriminating [2] - 921:12; 922:8

Independence [1] - 973:22

independence [1] - 973:24

independent [3] - 858:16; 884:17; 990:25

Indian [1] - 851:7

indication [2] - 861:16; 881:14

indicted [1] - 877:21

indictment [15] - 869:7; 872:16, 18, 20; 876:1, 3, 5-6; 877:1, 16-17, 19; 956:17, 19; 957:3

individual [12] - 864:2; 865:23;

894:1; 904:11; 910:22; 917:10; 920:1; 959:11; 960:12; 961:1; 963:16; 966:11

individually [2] - 960:18; 961:1

individuals [20] - 855:10, 24; 856:1, 9; 857:1; 877:22; 878:16, 19, 22; 910:17; 919:4; 929:18; 932:21; 933:9; 961:10; 965:8, 24; 968:15; 971:17

inflammatory [2] - 946:7; 947:7

information [6] - 885:20; 898:25; 909:22; 938:17; 965:19; 987:21

ingested [1] - 933:24

initial [1] - 934:10

injured [3] - 951:13; 967:10; 986:12

injuries [1] - 967:5

Inn [8] - 980:12; 981:4; 982:5, 11; 983:25; 984:19; 987:17; 988:10

innocence [6] - 879:24; 882:5; 939:2; 941:13; 965:5, 11

innocent [2] - 882:5; 938:23

inside [28] - 888:10; 889:2, 5, 12; 890:4, 6; 896:14, 25; 912:8, 12-14, 22; 913:6, 8, 14;

915:12; 917:14; 934:9; 935:23; 936:1, 6, 25; 952:10; 953:12

insofar [6] - 856:3; 857:8; 860:14; 861:3; 862:9; 867:10

instead [3] - 886:21; 912:16; 984:12

instruct [4] - 880:8, 25; 881:13; 886:13

instruction [1] - 884:9

instructions [16] - 873:9; 874:5; 875:10; 879:3; 880:18; 882:21, 25; 898:21; 899:2; 935:2, 7; 938:23; 954:7; 958:9; 960:24; 961:2

instructor [2] - 866:14; 867:10

instructor's [1] - 867:16

instrument [1] - 874:11

insured [1] - 903:1

insurrection [7] - 944:21; 945:20; 949:12; 952:20; 968:5, 9; 985:11

Insurrection [12] - 899:10, 13, 21; 908:8; 968:1, 10; 971:6, 14; 972:14; 988:14; 991:9; 992:4

intel [1] - 946:2

intelligence [2] - 962:15; 969:12

intend [5] - 864:12, 22;

19

866:3, 16; 871:12

intended [3] - 874:6; 879:11; 880:15

intending [4] - 854:6; 864:17; 868:8

intends [1] - 865:10

intent [10] - 903:14; 909:2; 926:13; 936:9; 952:6, 22; 954:18; 963:18; 974:1

intention [3] - 861:22; 863:14

intentional [1] - 894:17

interacted [1] - 867:25

interacting [1] - 869:22

interactions [1] - 953:13

interesting [3] - 943:22; 945:24

interestingly [1] - 896:9

interim [1] - 853:22

intermediary [1] - 855:23

internal [2] - 898:8; 904:5

Internet [3] - 884:25; 885:13; 886:14

interrupt [2] - 963:19; 983:5

interrupted [1] - 918:17

intricacies [1] - 929:7

introduce [9] - 864:12, 17, 19, 22; 866:3, 17;

870:22; 938:25; 957:11

introduced [4] - 866:5, 14-15; 879:12

introducing [1] - 992:16

introduction [1] - 865:5

invade [1] - 949:10

investigate [3] - 885:1; 921:24; 961:5

investigated [2] - 890:22; 930:24

investigating [2] - 931:5; 961:7

investigation [3] - 869:1; 884:18; 992:23

investigators [1] - 961:5

invitation [3] - 898:2, 6, 25

invoke [5] - 899:22; 908:8; 967:25; 968:9; 971:7

invoked [2] - 988:15; 991:15

invokes [1] - 971:13

invoking [1] - 991:10

involve [2] - 857:22; 886:1

involved [7] - 856:2; 871:13; 884:7; 891:14; 977:22; 987:22; 992:22

involvement [1] - 940:7

involves [1] - 858:7

irrelevant [1] - 855:7

Isaacs [1] - 911:16

issue [13] - 854:10; 855:2, 5, 16; 858:2; 864:7; 870:14; 871:20; 877:23; 885:1; 886:3; 962:4

issued [2] - 969:1; 988:23

issues [2] - 854:9; 865:1

items [2] - 886:3; 907:24

itself [6] - 860:17; 862:6; 872:21; 903:2; 934:12; 942:20

---

**J**

J6 [1] - 909:17

jabbing [2] - 984:14, 18

Jackson [1] - 851:11

jail [1] - 907:17

James [10] - 893:17; 917:10, 13, 19, 23, 25; 918:1, 4, 14

Jan [1] - 889:9

January [124] - 856:14; 860:9, 16-17; 867:7; 869:2; 872:1; 876:20; 877:3, 7, 12; 887:23; 888:7, 9, 22; 890:14, 18-19; 891:16, 19; 893:7, 15, 19; 894:11, 18, 20; 895:20; 896:8, 12, 18, 25; 898:5, 16; 900:5; 902:3, 22; 903:7, 23,

25; 904:2, 6, 9, 17-18, 20-21, 25; 905:15; 906:6, 11, 14; 908:4, 6, 15; 909:14; 910:24; 913:15, 18; 919:14, 22; 920:4, 8, 13, 17, 22, 25; 921:3, 22, 25; 922:7; 924:5, 19; 925:4, 21; 926:25; 927:2, 9; 929:18, 20; 930:11, 15; 932:25; 933:15, 18; 939:6, 8, 10-11, 14-15; 940:4; 942:17, 19-20; 943:15, 18; 944:21; 947:21; 948:1, 14; 949:2, 16; 950:16; 953:21, 24; 959:5; 962:6, 25; 964:3, 6; 970:2; 972:6; 974:2; 977:3; 978:17; 979:13; 981:4; 989:4, 21

Jason [1] - 935:16

JC [1] - 992:9

Jeffrey [2] - 850:15; 853:10

jerk [1] - 962:21

jerked [1] - 936:5

Jersey [1] - 893:8

Jessica [6] - 860:8; 909:11, 14, 19, 22; 910:18

job [9] - 866:10; 912:8; 938:13; 942:20; 961:16, 19-20; 972:16

Joe [8] - 866:10; 888:6; 897:6; 948:4; 989:6, 19; 990:4

John [3] - 894:9; 960:5, 16

join [10] - 916:4, 9, 15; 923:18, 20, 22; 927:15; 935:14; 944:19; 964:20

joined [22] - 888:3; 889:17; 890:12; 891:4, 8, 17, 21; 900:6; 906:16; 909:13; 911:2; 918:3; 924:6; 927:10; 932:14; 943:12, 17; 945:6; 946:23; 957:19; 989:20

joins [1] - 862:1

joint [2] - 859:11; 896:3

Jon [1] - 967:8

Joseph [19] - 851:6; 853:8; 873:23; 876:2; 877:4, 9; 888:2; 889:14; 891:7; 893:22; 894:21; 899:1; 904:11, 16; 906:23; 927:24; 928:23; 929:1

Joshua [2] - 893:17; 917:9

journey [1] - 989:8

Jr [1] - 851:2

JROTC [1] - 957:18

jubilant [1] - 937:4

judge [2] - 857:24; 880:21

JUDGE [1] -

850:10
Judge [1] - 938:22
judge's [2] - 960:24; 961:1
judges [1] - 881:4
judgment [1] - 930:14
juries [1] - 961:4
jurisprudence [1] - 960:20
juror [5] - 853:21; 875:5; 883:11; 886:11
jurors [15] - 871:17; 874:1, 8, 11; 875:4, 9, 12; 881:1, 3; 882:23; 884:13; 885:16, 18; 886:20, 23
jury [33] - 855:19; 858:1, 20; 863:15; 864:23; 868:14; 870:16, 19, 24; 871:1; 872:25; 875:2, 15, 25; 877:13; 880:21; 883:21; 921:24; 929:1; 942:1; 956:20; 959:3, 19; 960:15, 17; 961:17-19; 991:3; 992:10
JURY [1] - 850:9
jury's [3] - 858:23; 870:15; 991:25
justice [3] - 877:10; 959:8; 982:25
Justin [1] - 937:16
JW [1] - 894:8

**K**

Kailua [1] - 851:4

Kandaris [5] - 895:12; 905:12, 19; 906:25; 987:25
Kathryn [2] - 850:14; 853:10
keep [18] - 871:9, 15; 888:25; 913:21; 915:11; 921:23; 928:7; 934:22; 938:21; 939:21; 940:22; 941:11; 943:3; 964:20; 978:2
Keeper [11] - 866:8; 894:16; 943:15; 948:16; 951:7; 962:24; 967:4, 8; 977:1; 979:24; 984:10
Keepers [58] - 854:15; 855:5, 8; 856:4, 8, 11; 891:21-23; 892:7, 20; 893:16, 23-24; 894:25; 897:13, 21; 898:7; 901:1, 12; 904:5; 909:13; 921:15; 930:17; 932:13; 933:7, 20; 934:13; 935:15; 943:13; 944:22; 945:3; 949:20; 950:16, 20; 951:9, 19-20; 963:3, 11, 24; 964:8, 12, 19; 965:6; 966:13, 20; 967:25; 969:3; 970:3, 10; 975:15; 977:12, 21; 980:16; 985:2; 986:15
keeping [2] - 894:4; 977:4

Kelly [18] - 857:3; 863:19; 894:1; 904:10, 16; 905:2; 910:21, 23, 25; 911:2; 920:1; 977:9; 979:8, 15, 17; 980:5; 982:3
Kelsey [1] - 864:13
Ken [2] - 866:10
Kenneth [4] - 935:16; 949:21; 981:16
Kentucky [1] - 965:10
kept [1] - 892:1
key [2] - 856:25; 985:17
kick [1] - 897:10
kid [2] - 902:11, 14
killed [1] - 966:12
kind [10] - 940:18; 945:23; 950:2; 968:5; 979:3; 980:21; 988:15; 989:22; 991:18
kinds [1] - 865:19
kit [2] - 893:19; 951:15
kitchen [2] - 979:2; 981:1
kitchens [1] - 982:15
knee [1] - 962:21
knee-jerk [1] - 962:21
knives [1] - 907:22
knowing [1] - 889:14
knowledge [3] - 867:3; 868:23; 939:18
known [3] - 891:15; 949:13;

959:25
knows [2] - 951:16; 992:20

**L**

label [1] - 947:1
lack [1] - 868:5
ladies [7] - 872:14; 873:2; 899:20; 942:1; 957:7; 959:2; 990:19
lair [1] - 922:15
landmarks [1] - 891:5
Lane [1] - 851:7
language [5] - 892:9; 937:2; 952:23; 961:25; 962:2
large [2] - 907:23; 913:13
largely [1] - 862:5
larger [1] - 892:17
last [18] - 853:21, 23; 854:8; 855:18; 862:17; 864:7; 868:17; 871:22; 873:5; 895:20; 921:21; 923:21; 946:23; 960:9; 974:6; 976:8
lasted [1] - 957:19
lastly [2] - 867:22; 940:25
late [4] - 897:17; 903:20; 931:17; 932:13
latter [1] - 972:16
laudatory [1] - 856:18
law [55] - 868:3; 873:25; 876:16; 878:3; 879:23; 880:9, 25; 881:1, 13;

882:25; 884:18; 888:24; 890:7; 891:2, 23; 894:5; 896:9, 11, 16; 899:10; 903:7, 18; 908:2, 11; 909:21; 912:18; 914:2; 915:10, 13; 917:11, 14; 918:10, 21; 921:3, 23; 924:9, 13, 20, 22; 925:10; 926:8; 929:5; 932:18; 943:8; 950:3; 959:8; 960:7; 962:1-3; 964:10; 965:1, 3; 966:12; 969:15
LAW [1] - 851:3
lawful [3] - 876:7, 13; 924:3
laws [7] - 876:10; 891:19; 896:18; 907:10; 924:7, 22; 950:3
lawyer [5] - 875:19; 880:4; 881:22, 24; 960:16
lawyers [15] - 878:15, 18, 20, 23; 879:12, 17, 25; 880:13; 881:12, 20; 901:12, 16; 942:14; 952:25
layer [2] - 943:11; 950:25
lead [2] - 956:4; 993:3
leader [13] - 892:19; 893:9, 17; 894:25; 895:20, 22; 897:13; 907:4;

947:11, 14; 967:24; 984:9
leaders [5] - 897:14; 905:11; 946:25; 947:4; 968:7
leading [5] - 906:11; 921:22; 932:25; 947:4; 970:1
leaks [1] - 894:4
leanings [1] - 960:25
learn [23] - 895:17; 912:23; 913:8, 14; 915:14, 16; 931:1, 4; 932:12; 943:12, 14; 944:22; 947:9, 12-13; 948:7; 949:3, 25; 963:15; 979:18
learned [5] - 932:17, 20, 23; 934:23; 939:10
learning [1] - 981:5
least [11] - 855:3; 856:10, 25; 859:25; 861:3; 864:1; 868:17; 869:18; 929:9; 955:5; 983:23
leave [11] - 856:19; 884:3; 950:20; 952:12, 18; 953:20, 25; 957:21; 967:20; 973:2, 18
led [5] - 889:21; 890:1; 893:16; 909:12; 942:19
Lee [1] - 851:2
left [12] - 919:3; 950:2; 951:4; 953:21, 24;

954:1; 963:21; 973:1; 974:8; 975:22; 984:19
legal [16] - 859:12; 874:3; 880:23; 886:9; 899:13; 901:13, 15; 922:13; 950:1; 953:1, 9; 964:12; 989:3; 991:14, 16; 992:2
legally [2] - 950:13; 992:4
legislature [1] - 895:18
legitimate [1] - 897:16
Lemar [1] - 949:22
lens [1] - 939:2
letter [2] - 972:25; 973:16
letters [2] - 855:14; 856:17
level [1] - 856:8
Lexington [1] - 919:19
libertarian [3] - 958:1; 964:15; 977:22
liberty [2] - 973:24; 982:24
license [1] - 869:2
licensed [1] - 903:1
lies [1] - 941:14
life [13] - 892:1; 902:17; 923:25; 934:18; 943:15; 948:17; 949:21; 957:22; 960:9, 17; 966:23; 981:15
life-threatening [1] - 966:23
lifetime [1] - 922:17

lights [1] - 916:13
like-minded [1] - 945:10
likely [1] - 956:19
limine [1] - 865:4
limited [1] - 987:21
line [19] - 890:9; 911:2; 913:16, 22; 917:7; 920:14, 21; 925:18; 927:5; 935:10, 14; 975:19, 24; 976:18, 20; 991:16, 22; 992:6
lined [3] - 917:14; 927:5
lines [3] - 863:8; 880:6; 982:9
lingo [2] - 945:23
linked [1] - 885:11
list [1] - 964:23
listed [1] - 975:21
listen [4] - 905:7; 915:24; 916:5
listeners [1] - 867:15
listening [2] - 874:15; 904:15
literally [4] - 940:11; 972:2; 981:24; 990:8
live [2] - 943:20; 964:11
lived [1] - 959:4
lives [8] - 860:24; 861:19; 913:20; 929:3; 932:1; 947:12; 976:22
Lives [1] - 932:6
living [2] - 893:8; 913:12
lobby [1] - 917:16
location [4] - 884:1; 886:2;

906:20; 980:7
lockdowns [1] - 944:2
locked [1] - 874:20
locks [1] - 912:17
long-planned [1] - 923:14
longtime [1] - 894:24
look [35] - 860:18; 870:9; 874:24; 891:6; 907:21; 922:13, 20, 24; 930:2; 937:4; 938:2; 943:9; 950:25; 952:4, 7, 22-23; 953:5; 960:25; 962:18, 22-23; 972:3, 11; 974:16; 982:10; 983:2, 7; 988:5; 989:10, 24; 990:21; 991:1, 22
looked [5] - 863:21; 915:3; 948:17; 952:15; 963:22
looking [7] - 947:15; 952:7; 953:19; 961:7; 983:5; 985:4, 23
looks [10] - 862:1; 868:23; 869:4; 929:13; 937:7, 18; 947:8; 952:8; 953:6
loop [1] - 970:19
lose [2] - 907:15; 990:9
loser [1] - 887:17
lost [8] - 897:8; 937:7; 947:6, 25; 960:6; 984:6, 8; 985:4

loud [1] - 935:21
Louis [2] - 850:16; 853:11
Louisville [4] - 965:10, 18; 970:21, 25
love [1] - 960:6
loved [1] - 912:21
loves [2] - 944:11; 990:6
lower [2] - 861:25; 950:25
luck [1] - 949:14
luckily [1] - 915:3
lunch [1] - 946:3

### M

mace [1] - 907:22
MAGA [1] - 980:17
mail [3] - 885:2; 944:19; 978:13
mailing [1] - 945:18
main [1] - 967:14
major [1] - 897:7
majority [1] - 929:7
mall [1] - 923:16
man [10] - 892:18; 944:11; 946:1; 948:18; 949:23; 964:9; 965:1; 981:16; 984:9; 990:6
mandated [1] - 931:21
manipulates [1] - 947:13
manipulating [1] - 930:1
manned [1] - 906:21
manner [3] - 870:2; 880:23; 958:23
manpower [1] - 907:13

mansion [2] - 909:8; 919:17

Manzo [3] - 850:16; 853:11; 878:8

MANZO [1] - 871:4

mapping [1] - 886:1

march [3] - 927:14; 951:1; 984:25

marched [9] - 889:20; 908:25; 909:18; 911:4; 914:9; 916:23; 917:7; 935:11

marching [3] - 860:20; 910:1; 950:24

Marion [1] - 851:14

married [1] - 957:15

Martin [4] - 851:10; 853:13; 878:14; 942:3

mask [6] - 870:19, 25; 928:25; 929:2; 942:8; 964:4

masks [1] - 931:20

mass [1] - 951:24

Massacre [1] - 960:1

massive [3] - 898:13; 935:22; 958:6

math [3] - 871:10, 12, 14

mathematically [1] - 987:13

matter [11] - 862:7; 867:13; 875:4; 899:17; 947:14; 950:7; 956:7, 9; 993:4,

22

Matter [1] - 932:6

matters [6] - 903:12; 908:12, 19; 919:24; 947:22; 992:8

Matthew [3] - 851:17; 853:14; 957:8

McWhirter [1] - 964:25

mean [26] - 856:4; 861:1, 14; 862:4; 865:19; 866:19, 22; 868:7; 870:1; 872:4, 12, 23; 884:21; 886:24; 940:13-15; 941:3, 9; 943:8; 946:11, 19; 971:12; 978:21

meaning [3] - 877:2; 886:4; 949:9

means [14] - 858:19; 859:13; 875:4; 879:15; 882:21; 884:25; 885:3; 888:4; 891:13; 900:19; 966:1; 971:13; 992:4

meant [10] - 867:20; 874:4; 892:22; 899:11; 900:13; 906:12; 971:24; 972:12; 987:5, 15

meantime [2] - 919:2; 985:22

meanwhile [2] - 910:7; 914:21

media [9] - 885:2, 5; 886:16; 940:8, 10, 24; 990:24

medic [1] - 951:13

medical [3] - 951:12, 15; 967:11

medium [1] - 940:10

meet [9] - 855:21; 858:18; 888:9; 896:3; 924:23; 927:16

meeting [9] - 864:21; 898:22; 899:3, 16; 930:3; 938:11; 948:24; 949:1

meetings [2] - 945:9; 948:22

meets [1] - 986:23

Meggs [18] - 857:3; 863:20; 866:6, 8; 867:1, 6; 894:1; 904:10, 16; 905:2; 910:21, 23, 25; 911:2; 920:1; 979:15; 980:9; 992:23

Meggs's [1] - 863:20

MEHTA [1] - 850:9

member [7] - 893:22; 894:24; 914:11; 944:18; 945:16; 966:10, 19

members [17] - 855:11; 856:24; 861:13; 876:23; 879:1; 889:2; 891:20; 912:7; 914:15; 918:9, 23; 925:12; 929:1; 932:15; 944:23

memorialize [1] -

939:12

memory [4] - 857:6; 862:4; 887:7

men [8] - 901:18; 942:16; 948:7, 11; 969:8; 979:10; 981:14

mention [2] - 878:6, 11

mentioned [2] - 875:19; 956:20

mere [1] - 940:25

merely [1] - 884:8

message [29] - 856:15; 863:20; 900:13; 904:22; 905:2; 908:15, 21, 25; 922:3; 923:1; 932:4; 939:25; 940:12, 15-16, 20-21; 949:5; 952:25; 958:11; 962:9; 972:19; 973:7, 16; 974:15; 983:12; 989:1

messaged [5] - 901:22; 910:8; 919:23; 920:9, 13

messages [37] - 855:13; 866:6; 889:12; 890:23; 894:5; 900:20; 906:10; 907:24; 920:18; 921:8, 10; 922:2; 930:22; 931:6; 933:15; 939:6, 20, 23; 940:5; 950:1; 952:24; 962:8, 13; 967:15; 969:13; 970:14; 971:9; 972:4, 11; 973:15; 974:24; 983:10; 985:24;

986:6, 17; 987:1, 4

messaging [3] - 894:9; 900:18; 932:2

messengers [1] - 940:17

met [11] - 855:19; 867:25; 868:18; 869:23; 934:17; 943:15; 949:20; 954:10; 959:20; 979:15

Meta [1] - 938:22

metallic [1] - 912:17

method [1] - 989:17

Mexico [1] - 970:16

mid [1] - 931:17

middle [2] - 937:13; 960:1

might [13] - 870:18; 875:10, 18; 885:25; 886:2; 942:14; 946:12; 967:25; 969:21; 972:24; 986:11; 987:22; 988:2

Mike [5] - 895:23; 912:3; 946:1; 951:4, 8

miles [1] - 984:16

militant [1] - 945:16

military [20] - 889:18; 894:13; 897:25; 929:5; 932:18; 944:12; 945:2, 22-23; 946:3; 948:20; 964:16, 20; 965:3, 25; 966:1; 968:16; 979:19; 986:25

military-style [1] -

889:18
militia [8] -
968:12-15, 19;
969:9, 16;
971:14
million [2] -
978:21
Million [1] -
980:17
millions [2] -
897:24; 978:24
mind [20] - 861:9,
16, 21; 862:12;
864:5; 897:18;
934:22; 939:19,
21; 940:23;
941:12; 956:24;
964:7; 968:3;
969:20; 974:18;
982:22
minded [1] -
945:10
minds [4] - 930:3;
938:11, 21;
991:13
minimum [2] -
866:23; 867:14
MINUTA [1] -
850:6
Minuta [50] -
851:2; 853:7,
12; 873:23;
876:2; 877:9;
878:12; 888:2;
890:1, 4, 6-7;
891:7; 893:7-10,
12, 16, 18;
898:7; 900:6,
11, 16; 904:4;
915:19, 22;
916:2, 7, 14, 18,
21; 917:2, 7, 9,
13, 19, 23;
918:1, 3-4, 14,
16; 922:1;
927:13, 24;
928:14, 17;
929:21

Minuta's [6] -
898:15; 910:4;
915:24; 916:6,
11; 917:21
minute [2] -
866:14; 935:25
minutes [14] -
866:17; 871:13;
873:10; 910:25;
937:1, 12, 24;
952:13, 18;
963:21; 980:11;
985:13; 986:19
misled [1] -
929:14
mission [2] -
901:23; 954:2
Missouri [1] -
965:10
mistake [3] -
899:20; 906:3;
929:11
Mister [1] - 981:3
Mizanin [1] -
993:24
MIZANIN [1] -
993:24
mob [9] - 888:20;
889:1, 23;
890:5; 903:7;
911:5, 10;
915:7; 926:13
Moerschel [75] -
851:10; 853:8,
14; 863:17;
873:24; 876:2;
877:5, 9;
878:12; 888:3;
889:15, 17, 25;
890:3; 891:7;
893:25; 894:14,
16; 895:9;
900:25; 901:10,
17; 904:12, 16,
18, 23, 25;
906:23; 908:23;
909:24; 910:11,
16, 21; 911:1, 7,

15, 23; 914:21;
915:2, 10, 17;
916:20, 25;
917:2, 6;
918:16; 920:2;
921:19; 927:13,
25; 929:22;
937:20, 25;
942:7, 10, 17,
21; 943:12, 14;
945:6, 23;
946:23; 948:25;
949:1; 953:12,
15-17, 24;
954:15, 17;
992:23
Moerschel's [2] -
914:4; 952:24
MOERSCHEL'S
[2] - 852:5;
941:24
moment [8] -
911:19; 927:18;
928:25; 976:8,
12, 21
moment's [1] -
898:12
MONDAY [1] -
853:1
money [2] -
887:15; 979:16
moniker [1] -
946:17
monikers [1] -
946:22
monitor [1] -
986:22
monitoring [1] -
889:11
months [4] -
903:15; 921:21;
923:20; 944:6
morning [22] -
853:5; 867:8;
873:4; 887:5;
891:5; 902:22;
905:15; 906:6;
920:13, 15, 17;

933:18; 949:15;
980:7; 982:20;
983:15; 984:15;
985:9; 990:21;
992:13, 18;
993:17
mortally [1] -
959:25
most [14] -
857:22; 868:16;
870:1, 7;
875:13; 897:7;
929:25; 939:13;
946:9; 950:8;
959:5; 969:3, 10
motion [7] -
853:24; 854:8,
23; 859:19;
864:7; 865:4
motions [4] -
853:23; 854:13,
18; 881:11
motives [1] -
936:18
move [5] -
908:22; 913:17;
925:14; 956:11;
987:19
moved [1] -
908:24
movement [2] -
958:15; 967:12
Movement [1] -
958:21
movements [1] -
861:5
moves [1] -
887:17
movie [9] -
922:23; 923:4,
8-11, 15, 17, 19
moving [1] -
936:3
multiple [7] -
891:19; 894:8;
912:25; 917:18;
955:10, 16
murder [2] -

966:10, 14
murdered [1] -
931:22
must [29] -
877:18; 881:7,
9, 25; 882:16;
883:6, 18;
884:16; 885:3;
887:7; 892:1;
896:12-14,
24-25; 897:15,
23; 898:12;
904:6; 922:14;
925:20-22;
938:11; 980:5
musts [2] -
896:16; 897:3
Myers [1] -
851:11

N

nail [1] - 953:6
name [8] -
896:22; 928:22;
929:23; 942:1;
946:18; 950:7;
957:8; 975:22
named [12] -
853:15; 949:21;
964:9; 967:4, 8;
970:4; 976:1;
977:9; 981:16
names [4] -
875:16; 894:8;
940:11; 975:21
namesake [1] -
913:13
Nancy [7] -
895:21; 915:1,
3; 951:5, 8;
952:4, 7
narrative [5] -
930:16, 21;
931:1, 8
nary [1] - 978:18
nation's [1] -
959:23
national [1] -

895:17
National [3] - 935:20; 951:22; 968:13
nationals [1] - 855:9
natural [1] - 883:17
nature [4] - 863:7; 865:20; 867:19; 979:21
navigate [1] - 892:15
navigated [1] - 913:1
near [5] - 924:18; 981:14, 17; 984:8
nearby [2] - 889:14; 894:19
necessarily [3] - 855:25; 867:12; 991:14
necessary [8] - 858:18; 859:7; 888:4; 903:5; 908:14; 927:8; 933:11
neck [1] - 894:12
need [26] - 870:18; 872:21; 873:19; 887:2; 900:17; 901:2, 5; 902:11; 904:13; 910:3; 921:11; 932:7, 11; 943:10; 956:25; 961:11; 965:21; 966:6, 23; 967:20; 969:23; 991:4, 19
needed [16] - 892:21; 898:24; 904:8, 17; 907:13; 908:12, 19; 916:13; 917:24; 927:7;

948:15; 955:17; 967:12; 970:12
needs [5] - 871:19; 905:7; 951:13; 974:7; 986:19
negative [1] - 886:12
nervous [2] - 944:3
NESTLER [10] - 854:6; 864:22; 866:3; 868:10, 25; 869:19; 870:14; 955:8, 21; 992:12
Nestler [5] - 850:15; 853:10; 878:8; 993:14, 16
networking [1] - 883:4
never [27] - 882:9; 898:14; 899:21; 934:17; 943:14; 945:23; 946:14; 947:15-17; 948:16, 19; 950:9; 954:9, 18-19; 958:24; 959:16-18, 20; 979:15; 981:15; 983:25; 987:10
nevertheless [2] - 860:7; 861:15
new [3] - 888:21; 911:12; 950:12
New [4] - 893:8; 970:15
News [2] - 944:5, 8
news [11] - 884:19, 22; 885:6, 8, 14; 886:10, 15, 17; 896:23; 897:7; 944:4

Newsmax [1] - 944:5
newspapers [1] - 884:22
next [9] - 919:7, 19; 927:1, 20; 931:4; 949:6, 8; 987:8, 20
nice [3] - 873:3; 943:20
nickname [2] - 946:16, 20
night [13] - 854:9; 896:22; 918:21; 920:4, 8, 10; 921:3, 5; 978:13; 979:6; 981:20; 986:22; 988:3
Nissan [1] - 989:7
nobody [2] - 934:6; 935:23
nobody's [4] - 931:18; 934:24
noise [1] - 935:6
nominal [1] - 972:24
non [1] - 968:20
non-D.C [1] - 968:20
nonconspiracy [1] - 925:23
none [3] - 913:24; 953:13
nonetheless [1] - 885:22
nonredacted [1] - 864:19
noon [1] - 963:4
normal [4] - 902:7; 907:21; 913:15; 950:18
normally [2] - 913:16; 917:17
North [15] - 854:15; 855:4, 7, 25; 856:3, 11, 24; 895:6;

950:12; 965:11; 981:21; 982:1; 987:9
north [3] - 913:9; 916:22; 917:5
note [1] - 991:6
notebook [1] - 874:10
notebooks [4] - 874:17, 19-20, 22
notes [6] - 874:12-14, 24; 887:8; 993:23
nothing [12] - 883:13; 908:16; 919:25; 934:13; 946:8; 950:14; 958:15; 970:23; 973:7; 986:7; 990:8
notice [5] - 875:1; 898:10, 12; 942:11; 970:24
noticed [1] - 874:9
notification [1] - 885:10
notifications [1] - 885:7
notwithstanding [1] - 856:12
November [13] - 855:13; 860:6; 890:18; 892:20; 897:5, 15; 898:20; 927:1; 939:20; 948:23, 25; 980:17
number [12] - 878:16; 931:2; 937:16; 938:22; 939:4; 942:11, 17; 947:5; 955:11; 962:24; 980:6
Number [2] - 853:6

numbers [1] - 898:13
numerous [1] - 860:2
nuts [1] - 951:18
NW [2] - 850:17; 851:18

O

oath [5] - 892:1; 964:13; 965:4; 977:5; 990:4
Oath [69] - 854:15; 855:4, 8; 856:4, 8, 11; 866:7; 891:21-23; 892:7, 20; 893:16, 23-24; 894:16, 25; 897:13, 21; 898:7; 901:1, 12; 904:5; 909:13; 921:15; 930:17; 932:13; 933:7, 20; 934:13; 935:15; 943:13, 15; 944:22; 945:3; 948:16; 949:20; 950:16, 19; 951:7, 9, 19-20; 962:24; 963:2, 11, 24; 964:8, 12, 19; 965:5; 966:13, 20; 967:4, 8, 24; 969:2; 970:3, 10; 975:15; 977:1, 12, 21; 979:24; 980:16; 984:10; 985:2; 986:15
oaths [5] - 891:24; 918:10; 964:20, 23
obey [1] - 964:17
object [4] -

867:23; 872:10; 881:20; 978:15

objected [1] - 988:2

objecting [1] - 881:22

objection [2] - 881:24; 882:2

objections [4] - 864:15; 881:11; 978:12; 988:8

observation [1] - 867:16

obstruct [8] - 876:18; 924:25; 925:2; 926:2; 927:19; 947:17; 952:20

obstructing [1] - 926:1

obstruction [3] - 877:1, 9; 925:25

obtaining [1] - 877:13

obvious [1] - 962:10

obviously [5] - 858:22; 862:6; 872:7; 885:23; 978:14

occasionally [1] - 885:16

Occupy [1] - 958:21

occur [1] - 919:12

occurs [3] - 857:20; 858:9; 884:17

October [1] - 939:20

OF [4] - 850:1, 3, 9; 851:3

offense [6] - 882:12, 14, 16, 18; 884:24; 938:16

offensive [2] - 867:18; 934:24

offer [2] - 880:5; 990:10

offers [1] - 881:21

OFFICE [1] - 850:17

Office [1] - 878:9

office [10] - 971:23; 972:10, 20; 973:2, 13-14; 974:4; 992:21

officer [5] - 871:5; 884:13; 953:14; 992:14

Officer [4] - 992:14; 993:10

officer's [1] - 918:3

officers [19] - 890:7, 9; 891:24; 893:21; 908:2; 911:24; 913:19; 915:11, 14; 916:13; 917:12, 14, 21, 25; 918:11, 22; 985:25; 986:2

OFFICES [1] - 851:3

offices [3] - 914:25; 915:6; 919:1

official [6] - 876:18; 877:2; 925:2; 944:18

officially [1] - 873:17

officials [2] - 912:2; 915:11

officials' [1] - 912:1

often [3] - 913:6; 930:14; 965:22

oftentimes [1] - 857:23

Ohio [2] - 909:13; 970:22

old [4] - 929:3;

957:13; 981:25; 982:1

ominous [2] - 905:24; 919:19

omnibus [1] - 865:3

once [10] - 859:10; 880:9; 896:4; 935:4; 936:2; 939:4; 948:4; 988:5

one [94] - 854:19; 856:15, 17; 857:24; 858:1, 4; 860:18; 861:3; 862:22; 864:14; 865:13; 866:23; 867:3, 22; 868:13; 870:4; 871:20; 873:7, 19; 874:24; 878:13, 22; 885:23; 887:5; 889:7; 895:6; 896:20; 902:9; 903:17, 19; 909:11; 910:25; 914:5; 920:11; 921:21; 922:4; 923:7; 927:20; 929:9, 16, 19; 931:1; 932:4; 937:17, 22; 940:1, 3; 943:10; 945:21; 946:2, 24; 949:21; 950:18, 25; 951:7; 952:6; 953:14, 16; 955:5, 15; 957:3; 965:5, 15; 966:7, 21; 967:22; 968:11; 969:1; 970:8, 11; 972:1; 975:24; 977:2, 8-9, 13, 16; 979:15, 18, 23;

980:18; 983:4, 11, 18; 986:19; 991:6

one's [1] - 923:22

ones [2] - 912:21; 955:16

online [6] - 885:4, 23; 886:18; 940:12; 944:17; 945:9

op [4] - 965:17; 977:20

Op [1] - 889:9

open [7] - 854:6; 855:14; 856:17; 867:13; 944:1; 951:23; 973:16

opened [4] - 935:23-25; 936:3

OPENING [8] - 852:3-6; 887:12; 928:21; 941:24; 957:6

opening [31] - 855:2; 872:4, 10; 873:14; 879:5-7, 9-10, 13; 880:14; 887:10; 928:12, 15, 17; 935:10, 24; 939:24; 942:23; 955:5, 18-19; 956:8, 11, 16; 977:2; 982:21; 983:19; 986:13; 991:17, 23

openings [2] - 873:11, 13

operate [2] - 880:6; 991:15

operation [1] - 889:9

operations [2] - 932:19; 965:16

opinion [2] - 881:15

opportunities [1] - 886:11

opportunity [5] - 879:5; 888:7; 908:7; 945:11; 956:14

oppose [8] - 872:6; 876:7; 908:7; 924:3, 10, 20; 930:8; 938:7

opposing [2] - 876:14; 889:5

opposite [3] - 916:20, 24; 973:8

ops [1] - 932:19

OPSEC [1] - 946:1

option [4] - 869:8; 971:13, 21, 24

order [3] - 876:4; 892:3; 942:15

ordering [1] - 921:8

orderly [1] - 880:23

orders [5] - 964:17, 21; 969:7, 9

organization [7] - 855:12; 856:24; 891:21; 892:8; 921:15; 944:20; 946:21

organizational [11] - 892:12, 15; 893:18; 894:2; 897:12; 904:12; 905:13; 909:12; 911:17; 917:11; 920:2

organizations [1] - 856:13

organize [3] - 855:15; 898:11; 961:8

organized [4] -

932:23; 943:4; 944:25; 968:13
orient [1] - 913:7
originally [1] - 956:16
Oscar [1] - 945:25
otherwise [2] - 885:2; 992:7
ourselves [2] - 858:7; 887:22
outcome [7] - 978:7, 9, 18; 983:11, 16; 988:1, 9
outfits [1] - 948:20
outfitted [4] - 889:13; 910:8; 986:9; 987:14
outlandish [1] - 990:12
outlets [1] - 897:7
outlined [1] - 892:24
outside [17] - 878:24; 883:8, 22; 886:22; 891:14; 895:2; 914:25; 927:12; 934:11; 937:12; 938:1; 956:10; 969:4; 970:16; 972:13; 980:2, 11
outweighed [1] - 863:3
overall [1] - 992:24
overcharged [1] - 954:6
overcharging [1] - 961:14
overdrive [1] - 930:1
overhear [1] - 884:4
overhearing [1] -

883:23
overlooked [1] - 895:7
overnight [2] - 874:21; 987:11
overpromised [1] - 942:25
overpromising [1] - 954:14
overrule [1] - 882:2
overruled [2] - 865:17; 881:23
oversimplification [1] - 931:2
overtake [1] - 898:12
overtaking [1] - 898:17
overthrow [1] - 979:12
overweight [1] - 945:1
overwhelmed [1] - 986:3
own [17] - 887:24; 890:23; 903:12; 908:12, 20; 909:3; 917:21; 918:3; 919:24; 933:4; 957:16; 960:9; 961:15; 963:22; 971:18; 972:13
owner [1] - 965:12
owners [1] - 965:11

**P**

PA [1] - 851:7
packed [2] - 914:9; 936:1
PAGE [1] - 852:2
pages [1] - 874:23
paid [2] - 903:2; 977:2

Palian [6] - 955:12, 23; 956:4; 992:17, 24; 993:2
pandemic [1] - 931:18
paper [1] - 913:17
parade [1] - 934:7
parading [2] - 938:5; 961:24
paragraph [1] - 940:2
paralegals [1] - 878:17
parallel [1] - 898:15
paraphrasing [1] - 947:24
paratrooper [1] - 964:13
parked [1] - 984:7
parking [1] - 970:17
part [33] - 883:14; 893:12, 23; 895:3; 898:7; 906:17; 908:23; 911:17; 922:1, 16; 932:1; 936:20; 943:19; 945:7-9; 947:19; 948:21; 956:19; 958:14; 974:15; 976:2, 4, 18; 977:11, 20; 978:7, 10; 982:3; 986:24
Part [2] - 947:20; 950:10
participant [1] - 858:12
participation [2] - 858:16; 860:1
particular [12] - 856:1, 15; 860:9; 861:9; 862:13; 864:2; 877:25; 882:12,

16; 923:11; 956:9; 993:4
particularly [3] - 873:6; 924:22; 979:11
parties [4] - 875:16; 883:19; 884:2; 886:11
parties' [1] - 857:15
partner [1] - 859:16
parts [3] - 895:19; 943:3, 5
party [1] - 878:25
pass [1] - 981:20
passing [2] - 900:20; 981:18
passion [1] - 957:24
passionate [2] - 979:11; 990:6
past [4] - 855:12; 908:2; 911:11, 24
patch [1] - 947:8
path [1] - 870:18
patience [1] - 873:4
patriot [1] - 960:5
patriots [8] - 898:9; 904:20; 909:3; 916:3, 8, 10; 919:24
patrol [2] - 916:12, 15
Paul [4] - 855:11, 14; 860:7; 981:21
pause [1] - 954:24
pausing [1] - 914:17
pay [3] - 887:9; 939:22; 944:7
peaceful [6] - 887:19; 904:14; 910:22; 918:12;

927:19; 958:23
Peed [11] - 851:17; 853:14; 860:15; 864:7; 878:15; 954:23; 955:4; 956:14; 957:8; 985:13; 990:18
PEED [8] - 851:18; 871:20; 872:16; 955:14; 956:23; 957:2, 7; 985:15
Pelosi [12] - 863:18, 21, 25; 895:22; 915:1, 3-4, 9; 951:5, 8; 952:4, 7
Pelosi's [2] - 862:2, 18
pelted [1] - 960:10
Pence [12] - 860:24; 861:11, 19; 895:23; 906:7; 908:9, 16; 912:4; 933:23; 936:14; 951:4, 8
penchant [1] - 864:4
pencil [1] - 874:10
Pennsylvania [3] - 908:24; 909:19; 910:2
people [157] - 861:14; 869:6; 874:13; 883:18; 888:13; 889:3, 18; 890:20; 891:10, 14-15; 892:13, 16; 893:5; 895:5; 902:23; 909:20, 23; 912:7, 16, 19-20; 913:8, 21-22; 915:12;

916:2, 7; 918:11; 929:13, 19, 25; 930:4, 13; 931:19, 23; 932:5; 933:1, 21; 934:1, 3, 9, 16-17; 935:5, 17-18, 20; 936:4, 6, 12-13, 17, 21; 937:6, 14; 938:6; 939:7, 13; 940:7, 10, 20-21; 941:3, 7; 942:18; 944:3, 6-7, 14, 25; 945:1, 10; 946:5, 10; 947:4; 950:6; 951:16, 21; 953:9; 954:8-10; 958:11, 21; 960:10; 961:11, 15, 21, 23-24; 962:10, 20; 963:2, 4, 7-10, 12, 14; 964:18, 23; 965:2; 966:2, 6, 15, 23; 967:3, 20; 968:17, 22; 969:14, 22-23; 970:7, 12, 22, 24; 972:20; 973:10, 18; 975:20, 23, 25; 976:20; 978:21-24; 979:4, 11, 15, 22; 980:22; 981:11, 24; 982:8, 24; 983:10; 984:25; 985:12; 986:5, 11; 987:2, 15; 988:6; 989:13
people's [4] - 933:24; 947:12;

952:23; 960:18
per [1] - 950:18
perfect [1] - 929:11
perfectly [2] - 872:18; 913:2
perimeter [1] - 986:23
permission [1] - 953:2
permit [1] - 874:11
permitted [1] - 882:19
person [16] - 854:20; 859:7; 869:10; 876:4; 896:15; 904:12; 905:13; 911:2, 18; 917:12; 934:12; 940:11, 16, 22; 950:21; 985:6
personally [3] - 869:22, 24; 978:14
persons [1] - 885:24
perspective [1] - 947:21
pertains [1] - 865:25
perverted [1] - 892:3
petit [2] - 961:17, 19
phase [2] - 919:16
Philadelphia [1] - 851:7
phone [12] - 853:25; 885:8; 900:22; 909:15; 910:24; 917:22; 921:6, 8; 922:6; 923:2; 926:21
phones [2] - 877:13; 921:18

photo [1] - 953:20
photographs [3] - 866:13; 869:1, 3
photos [1] - 869:2
phrase [1] - 899:13
physical [2] - 894:10; 941:1
physically [1] - 936:5
pick [2] - 887:18; 918:25
picked [1] - 931:7
picket [1] - 962:3
picketing [1] - 961:24
picking [1] - 960:22
pickup [1] - 989:7
pickups [1] - 986:19
picture [5] - 946:20; 964:5; 979:10; 981:13
piece [3] - 943:9; 948:6; 953:17
pieces [5] - 865:23; 890:25; 919:1; 931:7
pin [1] - 865:13
pink [1] - 937:17
pitchforks [1] - 905:6
place [12] - 885:23; 896:12, 17; 909:7; 913:15; 917:17; 919:20; 943:20; 961:23; 966:17
placement [1] - 857:5
places [4] - 944:5; 945:4; 963:13; 965:9
plainly [1] - 901:11
Plaintiff [1] - 850:4

plan [25] - 897:22; 910:6; 923:19; 928:6; 930:6, 8; 933:13; 938:8; 946:9, 14; 947:16; 954:7, 11, 19; 962:24; 963:3, 10; 967:6; 973:13; 975:14; 989:18, 22
planned [7] - 923:14; 930:18; 944:21; 965:7; 969:19
planning [6] - 933:8; 947:20; 966:21; 972:15; 977:19
plans [11] - 922:24; 923:14; 935:2, 7, 21; 949:11; 965:20; 974:20; 977:8, 11; 989:15
plastic [1] - 937:18
platform [1] - 921:20
play [4] - 873:8; 897:4; 945:2; 984:14
played [10] - 862:23; 899:18; 900:15; 905:18; 906:5; 909:25; 910:14; 916:1; 918:7; 934:21
playing [2] - 946:3, 6
playoffs [1] - 902:16
plays [1] - 867:7
Plaza [1] - 984:8
pleaded [1] - 877:15
pleasure [1] -

942:6
plenty [1] - 949:19
plucked [1] - 931:7
PM [12] - 860:18; 896:13; 908:15; 909:1; 910:11, 25; 911:15, 23; 918:21; 919:6; 981:5; 985:15
PO [1] - 851:3
podcast [9] - 905:11, 16; 906:4; 982:20; 984:14, 18; 985:8; 987:20
point [16] - 855:23; 857:10; 864:15; 865:15; 901:4; 923:24; 930:13; 933:11; 934:22; 936:11; 937:22; 948:23; 974:21; 986:13
pointed [1] - 907:19
pointing [1] - 868:3
police [15] - 897:24; 911:24; 912:4; 915:17; 916:6, 11; 953:13; 961:11, 16; 964:16, 20; 986:2
political [9] - 929:6, 8; 960:24; 965:7; 966:15; 970:8; 978:4, 9
politicians [3] - 901:2, 8
politicians' [1] - 901:20
politics [1] - 958:1
poor [1] - 947:14
popular [1] -

940:19
portions [1] - 867:6
Portland [1] - 966:10
position [2] - 867:20; 868:19
possible [2] - 871:9; 875:17
possibly [1] - 987:5
post [1] - 868:2
post-event [1] - 868:2
posted [2] - 940:15; 953:22
posting [3] - 856:18; 883:3; 886:18
postings [3] - 885:5, 25; 886:16
posts [2] - 856:16; 962:20
potential [4] - 860:11; 964:11; 966:14
POTUS [1] - 988:16
pouch [1] - 937:18
pounds [2] - 945:17; 958:19
power [50] - 876:8, 13; 887:20, 25; 888:5, 17; 890:13; 891:3, 13; 892:22; 895:15; 896:1, 17; 898:19; 899:4, 11, 14, 25; 900:8; 902:1, 6; 903:5, 22; 904:2; 908:3, 7; 909:6; 912:11; 917:18; 918:6, 13, 19;

919:11; 920:7, 23; 922:12; 924:4, 17, 23; 925:8, 17; 927:4, 20; 938:9; 971:18; 972:8; 973:8; 974:2, 23; 975:2
powers [1] - 972:23
practicing [1] - 945:19
precious [2] - 929:6, 22
precise [2] - 932:4; 939:23
precisely [1] - 921:22
preclude [1] - 865:4
predicted [1] - 908:16
predicting [2] - 983:11, 13
prejudicial [3] - 862:24; 863:2; 868:4
preliminary [4] - 873:9; 879:3; 938:22; 992:8
premised [1] - 859:19
prep [1] - 974:6
preparation [2] - 964:1
prepare [3] - 897:18, 20; 898:9
prepared [15] - 854:7, 10; 855:3; 869:9, 11, 13; 902:6; 905:20; 907:18; 908:1; 919:10; 932:7; 970:12; 993:23
preparedness [1] - 932:23

preparing [1] - 898:17
preponderance [3] - 855:22; 859:9, 14
preponderant [1] - 858:15
presence [2] - 886:22; 904:17
present [14] - 853:15; 861:10, 17; 867:2, 15; 871:17; 879:21; 880:11; 904:6; 909:12; 955:15; 961:9; 962:17; 971:9
presentation [2] - 878:21; 956:17
presented [4] - 862:6; 886:7; 913:25; 992:3
presenting [1] - 912:13
presents [1] - 879:20
preside [1] - 896:15
presidency [1] - 990:3
president [3] - 964:9, 25; 992:5
President [63] - 861:11; 887:19; 888:6; 895:13, 23; 896:7, 14; 899:9, 21; 900:2, 8; 902:21; 905:8; 906:7; 908:8, 17; 912:3; 920:10; 927:2, 20; 933:21; 947:5, 23; 958:7, 11; 960:5; 963:5; 966:16; 967:25; 968:6, 9, 12, 18,

23; 969:14; 971:6, 22, 24; 972:2, 6, 9; 973:1, 12, 14; 974:7; 977:6; 978:22; 983:12; 984:24; 988:16, 20, 22; 989:3, 6, 19; 991:9, 14
president's [1] - 969:9
President-Elect [1] - 888:6
presidential [35] - 876:8; 887:20, 24-25; 888:11, 17; 890:13; 891:3, 13; 892:22; 895:15; 897:4; 898:19; 899:25; 902:1; 903:21; 908:3; 912:11; 917:18; 918:5, 12, 18-19; 920:7; 922:11; 924:4, 17, 23; 925:17; 927:4, 19; 938:9; 972:5
presidents [2] - 888:21
pressure [2] - 978:8, 11
presumably [2] - 864:12; 865:9
presumed [2] - 882:4; 938:23
presumption [5] - 882:5; 939:2; 941:13; 990:5, 10
pretty [2] - 944:1; 978:4
prevailed [1] - 914:3
prevent [10] - 876:15, 23; 877:13; 899:4;

906:8; 909:5; 925:12; 942:20; 952:12, 14
preventing [1] - 919:11
previous [1] - 980:17
previously [1] - 917:1
prima [1] - 859:25
principle [1] - 940:25
principles [2] - 938:20; 941:12
print [1] - 886:18
private [2] - 898:21; 900:18
probative [7] - 862:15, 21; 863:4, 23; 864:5; 865:25; 868:5
probe [1] - 920:14
probing [1] - 920:20
problem [1] - 869:14
problems [1] - 885:16
procedures [1] - 878:3
proceed [2] - 878:5; 993:7
proceeding [13] - 876:18, 20; 877:2; 925:2; 926:2, 4; 930:7, 19; 933:13; 936:23; 938:7
PROCEEDINGS [1] - 850:9
proceedings [5] - 853:3, 16; 877:10; 954:24; 993:22
process [30] - 875:15; 885:19; 886:12; 887:21;

888:23; 895:15; 896:1, 17, 21; 897:3; 903:6; 908:14; 912:5, 14; 913:25; 914:14, 18; 918:5, 13; 920:12, 23; 929:8; 939:16; 959:3; 960:22; 962:6; 978:8, 11, 16

procession [2] - 913:15; 917:17

processional [1] - 913:22

produce [1] - 879:24

professional [2] - 961:4, 8

professionals [1] - 961:6

projecting [1] - 897:8

promise [1] - 943:10

promised [1] - 942:24

prongs [1] - 924:19

proof [4] - 859:7; 941:14; 990:12

properly [1] - 881:22

property [5] - 877:5; 926:9, 11; 953:17

prosecution's [1] - 955:7

prosecutors [4] - 878:9, 23; 930:16; 961:8

protect [4] - 918:11; 933:10; 945:5; 965:14

protecting [1] - 893:21

protection [2] -

932:12

protest [4] - 905:3; 927:5; 947:25; 958:6

protesters [2] - 978:9; 979:3

protesting [1] - 979:5

protests [5] - 904:14; 910:23; 931:23; 932:22; 965:7

provably [1] - 983:19

prove [7] - 858:11; 879:23; 882:8, 15; 938:14; 987:11, 13

proved [1] - 877:24

proven [2] - 882:7, 11

provide [4] - 873:9; 875:23; 933:8; 965:8

provided [3] - 857:6; 920:16; 932:20

provides [1] - 861:20

providing [2] - 902:24; 965:23

proving [1] - 868:11

provocateurs [1] - 985:1

proximity [1] - 941:1

PSD [1] - 946:1

public [2] - 912:8, 23

publicity [1] - 948:9

pulled [4] - 894:12; 936:5; 960:13; 968:25

pulled-up [1] -

894:12

pumping [1] - 953:18

pumps [1] - 937:3

punished [1] - 859:17

punk [2] - 860:25; 861:19

Punta [1] - 851:15

puppet [2] - 973:25; 974:3

puppets [1] - 972:22

purely [1] - 867:21

purplish [1] - 937:19

purpose [18] - 859:12; 862:15; 867:4; 868:1; 930:3; 935:3, 8, 22; 936:23; 938:10; 941:5, 9; 954:8; 966:25; 967:14; 969:18; 971:5

purposes [5] - 860:13; 867:21; 948:12; 956:10; 967:13

purse [1] - 923:7

purses [1] - 950:7

pursuant [1] - 992:5

Push [1] - 914:16

push [3] - 885:7, 9; 914:16

pushed [5] - 911:15, 23; 918:4; 936:4, 7

pushing [4] - 914:10; 918:14; 963:7; 985:12

put [31] - 855:6; 865:13; 870:19; 879:14, 25; 887:13; 889:19;

890:25; 892:11; 895:12; 901:11; 907:16; 919:15; 929:2; 939:1, 8; 957:3; 962:13; 967:17, 19; 970:4; 976:17; 978:8; 981:13; 987:3, 10, 16; 991:25

putting [2] - 978:11; 987:17

**Q**

QRF [45] - 857:2, 4, 7; 860:3, 10-11; 867:20; 895:4; 899:6; 905:10, 14; 906:21; 910:4; 911:22; 946:1; 965:24; 966:6, 24; 967:1, 5, 9, 14, 16, 19, 22; 968:20; 969:5, 18, 21; 970:13, 15-16, 19; 979:24; 980:19; 983:22; 984:3, 9, 21-22; 985:6, 20; 986:10, 12

QRFs [1] - 971:5

qualify [1] - 862:8

quality [3] - 862:25; 863:3; 989:12

quarter [2] - 928:6; 985:14

Queen [1] - 851:7

questioning [2] - 923:7, 22

questions [7] - 879:16, 18; 880:1, 14, 24; 885:1; 960:23

quick [7] - 895:4; 899:5; 938:16; 965:24; 966:24;

981:10

quickly [2] - 913:2; 967:9

quiet [1] - 921:9

quite [1] - 865:12

quitting [1] - 920:3

quote [7] - 871:21; 872:7; 898:2; 907:17; 946:24; 968:25; 973:21

quoted [1] - 982:21

quoting [1] - 859:10

**R**

race [1] - 915:21

racing [1] - 915:22

rage [1] - 893:10

raging [1] - 931:18

rails [1] - 944:17

raise [4] - 871:21; 872:5; 873:18; 875:21

raised [4] - 859:19; 860:14; 864:7; 957:16

raises [1] - 870:21

Rakoczy [3] - 850:14; 853:10; 878:8

rallied [1] - 904:4

rallies [2] - 950:18; 970:1

Rally [1] - 980:17

rally [12] - 902:21; 948:7, 9; 970:3, 9, 11; 977:23; 978:3, 10; 980:19, 21; 990:9

rallying [1] - 900:13

rambling [1] - 950:19
ran [1] - 952:16
randomly [1] - 875:8
range [2] - 907:20; 945:19
Ranger [1] - 856:16
rants [2] - 989:12, 24
rather [3] - 856:8; 885:19; 915:9
RDR [1] - 993:24
reach [3] - 870:9; 927:23; 990:1
reached [6] - 889:23; 923:18, 24; 924:2; 974:21; 990:19
reacted [1] - 912:23
reaction [10] - 895:4; 899:5; 962:19; 965:24; 966:24; 967:1; 981:10
reactions [2] - 962:21; 963:16
read [13] - 857:18; 884:19, 22; 886:19; 887:1; 939:22; 940:14; 945:21; 962:12; 969:12; 974:15; 987:4
reading [7] - 885:4; 939:19; 940:21; 971:8; 973:6; 974:6; 989:25
ready [27] - 853:20; 888:14; 889:11; 890:13; 898:12; 899:2; 900:3, 12, 16; 901:9, 17-21, 24-25; 905:23;

906:3; 909:5; 910:7; 911:21; 932:7; 933:10; 967:9; 987:15
real [2] - 929:22; 940:10
realize [3] - 875:18; 929:13; 942:25
realized [1] - 921:1
really [7] - 862:8; 931:18; 944:25; 950:14; 951:1; 978:20; 991:19
reason [15] - 857:19; 858:9; 875:6; 902:9; 903:17; 923:13; 944:3; 945:6; 946:19, 23; 957:24; 960:21; 961:11; 963:6; 966:7
reasonable [12] - 855:20; 858:13, 23; 859:8; 868:11; 877:25; 882:7, 9, 12, 16; 961:20; 990:13
reasons [10] - 866:23; 885:22; 886:13; 902:5, 16; 903:3, 17, 19; 970:11; 976:23
rebuffed [1] - 915:13
rebut [1] - 886:7
rebuttal [1] - 880:5
receive [3] - 936:16; 938:19; 941:11
received [2] - 871:2; 921:2
receiving [1] - 909:19

recently [1] - 910:19
recess [1] - 928:9
recesses [1] - 874:21
recognize [1] - 875:18
recognized [1] - 901:15
record [3] - 854:21; 956:13; 993:22
recorded [6] - 898:22; 899:16; 900:13; 905:16; 915:22; 917:22
recording [2] - 864:21; 909:18
recordings [2] - 890:24; 917:23
records [1] - 900:22
red [1] - 892:24
redacted [2] - 864:18, 23
redirect [2] - 879:19; 880:4
reeling [1] - 920:19
refer [1] - 878:5
reference [4] - 905:25; 919:20; 959:22; 975:14
referenced [1] - 905:24
referred [2] - 893:14; 903:23
referring [5] - 858:8; 861:13, 15; 878:7, 12
reflect [1] - 886:2
reflective [1] - 974:1
refuse [2] - 884:11; 897:16
refused [1] - 947:5
regard [1] -

876:25
regarding [3] - 864:19; 865:18; 921:12
regardless [2] - 900:2; 926:14
regime [7] - 972:23; 973:4, 19, 25; 974:3, 10, 18
region [1] - 893:8
regional [2] - 893:17; 897:14
registered [1] - 936:19
regular [1] - 875:12
reiterate [1] - 991:18
rejected [1] - 859:5
related [3] - 907:3; 924:7; 925:24
relating [3] - 865:8; 878:23; 933:14
relationship [1] - 943:25
relationships [1] - 892:8
relax [1] - 953:11
release [3] - 871:4; 968:7
released [1] - 968:8
relevant [3] - 862:14; 867:11; 991:11
relied [1] - 892:8
relieve [1] - 976:8
reloading [1] - 920:4
rely [1] - 887:7
remain [1] - 874:20
remains [1] - 882:5

remarks [1] - 874:4
remember [12] - 865:12; 874:14; 925:21; 928:12; 938:3; 941:13; 943:6; 954:12, 14; 960:22; 969:19; 984:6
reminder [1] - 992:8
reminders [1] - 990:22
remove [5] - 862:19; 870:19, 25; 942:8; 956:18
rendered [1] - 873:25
rendezvous [1] - 980:2
repeatedly [3] - 893:14; 894:4; 971:15
repel [1] - 969:16
replaced [1] - 922:6
report [3] - 884:5; 887:2; 920:16
reporter [1] - 955:2
reporters [1] - 887:4
represent [3] - 928:23; 942:10; 957:8
representatives [2] - 912:5; 958:22
Representatives [4] - 895:19, 21; 913:10; 914:22
representing [2] - 942:7; 973:20
republic [2] - 898:14; 980:3
requested [1] - 956:18

requesting [1] - 980:1
require [2] - 879:23; 924:22
required [12] - 879:22; 888:8, 18; 896:16; 903:7; 908:11; 912:6; 913:23; 927:16; 928:13
requirement [1] - 858:19
requires [2] - 896:2, 11
research [7] - 857:9; 884:22, 25; 885:13; 886:10, 15; 990:25
reservations [1] - 872:11
reserve [3] - 871:12; 928:17; 968:14
resident [1] - 957:12
resist [1] - 972:15
resisting [5] - 971:21, 24; 972:5; 975:3; 990:2
resolved [1] - 992:10
resolves [1] - 869:10
resorted [2] - 894:6; 917:13
resources [1] - 958:23
respect [2] - 854:18, 22
respected [1] - 959:9
respond [7] - 854:7; 855:3; 863:10; 874:1; 881:23; 932:8; 980:3

responded [2] - 920:3; 980:9
responding [3] - 863:22; 885:24; 909:21
responds [2] - 860:23; 861:17
response [3] - 854:2; 856:5; 980:4
responsibilities [3] - 874:8; 880:20
responsibility [4] - 880:22; 881:3, 19; 885:21
responsible [2] - 898:18; 914:1
rest [10] - 855:17; 892:5; 894:21; 895:9; 899:6; 904:19; 905:1; 915:7; 953:8
restricted [2] - 910:12; 961:23
result [1] - 978:12
resulting [1] - 885:17
results [2] - 886:12; 925:24
retire [2] - 875:3; 880:10
retrials [1] - 885:17
retrieving [1] - 907:1
retroactively [1] - 858:3
return [1] - 941:17
returned [1] - 876:1
reveal [2] - 926:19
review [8] - 868:2; 885:10, 13; 886:10, 15, 19; 909:10;

941:16
reviewed [2] - 865:7; 930:23
reviewing [1] - 869:1
revolution [2] - 893:12; 972:21
Revolutionary [2] - 905:25; 919:20
revolutionary [2] - 893:14; 960:15
rhetoric [1] - 975:6
rhetorical [1] - 864:4
Rhodes [63] - 855:10, 14; 856:14, 16; 857:4; 860:5; 892:19, 25; 893:25; 894:25; 897:12; 898:20; 899:3, 5, 8, 15; 900:6, 25; 901:11; 903:23; 904:24; 905:8, 23; 907:5, 16; 908:15, 21, 25; 909:4, 6; 910:9, 24; 911:1; 916:17; 919:4, 15, 23; 921:2, 4; 922:7; 947:7, 9-10; 948:10; 953:23; 964:9; 967:24; 968:17; 969:1, 19; 971:15; 972:25; 973:17; 974:22; 975:6, 17; 977:17, 21; 979:16
Rhodes's [13] - 856:18; 893:9; 897:19, 25; 898:1, 4, 15; 899:2; 908:17; 915:21; 969:20;

971:5; 974:18
rid [2] - 926:21, 23
riding [1] - 948:8
rifle [1] - 894:18
rifles [15] - 867:17; 888:12, 14; 889:11, 14; 895:13; 905:14; 907:3; 912:19; 924:18; 925:8, 18; 927:5; 970:10; 985:6
rift [1] - 856:12
rights [1] - 964:18
RIOS [2] - 851:10, 13
riot [5] - 889:11; 903:9; 918:3; 945:4
rioters [8] - 888:23, 25; 889:5; 909:20; 913:21; 917:5, 15; 918:17
riots [3] - 931:23; 932:22; 944:2
riptide [1] - 951:25
rise [1] - 870:18
river [4] - 888:13; 889:10; 970:22
road [2] - 977:14; 979:8
Robert [2] - 851:10; 949:22
ROBERTO [1] - 850:6
Roberto [11] - 851:2; 853:7; 873:23; 876:1; 877:8; 888:2; 890:1; 891:7; 893:7; 927:24; 929:21
robs [1] - 886:11
Rocketchat [1] - 898:8

rocks [1] - 960:11
Roger [1] - 948:8
role [7] - 895:16; 904:19; 960:16; 968:21; 970:3; 973:13; 983:24
roles [1] - 968:20
rolled [1] - 981:6
room [9] - 854:20; 895:6; 913:12-14; 942:15; 977:24; 980:6; 981:20
roomed [1] - 976:6
rotting [1] - 907:17
Rotunda [9] - 913:12, 16; 914:24; 917:16, 21; 937:13; 947:17
round [2] - 905:24; 913:13
route [1] - 970:20
routine [2] - 887:19; 927:3
row [1] - 892:24
RSS [1] - 885:9
RTO [1] - 986:22
rude [1] - 884:8
Rule [1] - 866:15
rule [9] - 857:19; 858:9, 17; 865:16; 880:23; 881:11; 885:17, 22; 955:4
ruled [4] - 865:12; 955:9; 993:2
rules [4] - 874:3; 878:3; 880:9; 965:20
ruling [3] - 863:15; 864:1, 6
run [2] - 854:9; 982:16
running [3] - 865:19; 904:3;

934:24
rush [3] - 888:14;
930:14; 936:1
rushed [1] - 916:8
rushing [1] -
916:15

S

sacred [1] -
887:20
safe [1] - 915:12
safeguard [1] -
961:12
safety [2] -
918:24; 970:24
Salke [2] - 993:11
Samsung [1] -
853:25
Sarasota [1] -
929:3
Saturday [1] -
897:6
save [1] - 898:14
saw [4] - 890:21;
935:12; 939:9;
946:2
scare [1] - 905:5
scared [4] -
931:24; 952:9;
953:19; 963:22
scars [1] - 911:12
scenario [2] -
859:2; 969:5
scenarios [1] -
857:24
scene [3] -
884:23; 951:11,
17
scheme [1] -
892:17
Schmoe [1] -
948:5
scientific [1] -
989:17
Scott [3] -
851:13; 853:13;
942:1
scrambling [1] -

898:11
screaming [3] -
890:9; 951:22;
953:18
screen [1] -
925:25
screenshot [1] -
956:17
screw [1] - 905:4
screwed [1] -
988:2
sculptures [1] -
911:11
search [1] -
937:10
searches [1] -
964:22
seat [4] - 875:10;
898:1; 942:9
seated [1] - 873:1
seats [2] - 874:9;
875:8
second [15] -
855:16; 862:25;
876:17; 893:22;
895:8; 923:21;
924:12, 25;
942:12; 945:6;
952:5; 960:5;
993:3, 6
secondary [1] -
969:18
seconds [2] -
952:13, 19
Secret [1] - 912:3
secret [2] -
886:10; 922:15
secretly [2] -
898:22; 899:16
secretly-recorded
[2] - 898:22;
899:16
secure [4] -
894:5, 7; 898:7;
904:4
security [16] -
884:13; 902:24;
903:2; 932:20;

933:8; 948:12,
16, 18-19;
950:14, 17;
963:15; 965:8,
23
sedition [1] -
898:3
seditious [6] -
876:11; 924:8,
15; 971:19;
972:1; 988:18
see [172] - 854:1;
857:19; 858:9;
865:14; 866:19;
868:20; 870:20;
879:1; 884:6;
888:8, 19;
890:15, 18, 22;
891:16, 20;
892:2, 6, 12, 23;
893:10, 18;
894:1, 3; 895:3;
897:2; 898:3,
16; 899:25;
900:7; 902:15;
903:6, 24;
904:4, 7, 12, 18;
905:13; 906:12,
14, 22-25;
907:12, 24-25;
908:21; 909:1,
12, 14; 910:7,
11, 15, 18, 21;
911:1, 17-18;
912:18, 20;
913:14; 914:8,
11-12, 17;
915:4, 20, 23;
916:11, 21-22;
917:4, 10, 18,
20-21, 25;
919:4, 9; 920:2,
8, 15, 18;
921:10; 923:8,
11, 14, 17, 19;
924:2; 927:9;
934:5; 935:14;
936:2, 17;

937:1, 11, 16,
21; 938:8;
939:6, 17;
940:4, 18;
942:18; 945:17,
22; 949:5;
951:11, 14, 18;
952:4, 7; 953:8,
17-18; 957:14;
958:17; 961:22,
24; 962:9, 14;
964:5; 965:12;
966:3, 9;
967:15; 968:11;
970:9, 15;
971:9; 972:19;
973:9, 14, 16;
974:24; 975:18;
977:16; 978:3,
6, 17, 20;
979:10; 981:3,
8-9, 18; 983:6,
16-17; 988:1,
7-9; 989:18,
20-21, 23; 993:8
seeing [6] -
885:6; 906:10;
923:4; 944:10;
990:21; 991:1
seeking [4] -
885:19; 948:5
seem [1] - 858:17
seemingly [1] -
931:11
sees [1] - 885:23
seized [1] - 908:6
seizures [1] -
964:23
selected [2] -
875:8; 906:19
selection [3] -
875:15; 959:3,
19
self [4] - 921:12;
922:8; 932:12;
944:12
self-defense [1] -
944:12

self-incriminating
[2] - 921:12;
922:8
selfie [1] - 989:1
semiautomatic [1]
- 907:2
Senate [12] -
895:20, 22;
896:3; 913:3, 8,
16; 914:7, 10,
12, 18; 915:15
senators [5] -
904:14; 912:6;
914:13; 945:18;
988:2
send [2] - 921:8;
945:8
sense [9] - 861:2;
863:23; 866:19;
874:7; 940:23;
943:7; 944:13;
954:13
sent [8] - 864:20;
904:22; 908:15,
21; 944:17;
958:11; 986:14,
17
sentence [2] -
940:2; 957:3
sentences [1] -
940:2
sentiment [1] -
986:18
separate [3] -
876:10; 903:3;
929:24
September [5] -
865:6; 866:6;
939:20; 943:18;
944:18
series [1] - 970:1
serious [2] -
875:13; 946:6
seriously [1] -
932:16
servant [1] -
958:2
servant's [2] -

958:3, 15
servants [2] -
912:8, 23
serve [2] -
883:20; 958:5
serves [2] -
857:6; 862:4
service [4] -
875:6; 957:22,
24
Service [1] -
912:3
serving [3] -
883:11; 955:12
session [7] -
876:20; 877:2;
896:3, 12, 15,
18; 925:6
set [14] - 889:21;
897:3; 898:11;
917:6; 919:12;
927:4; 931:2;
948:2; 959:12;
960:19, 25;
979:2; 985:9;
993:5
sets [1] - 982:14
setting [1] -
982:18
settings [1] -
885:7
seven [7] -
866:17; 913:3;
914:6, 8, 12, 22
Seventh [1] -
859:10
several [4] -
934:16; 962:23;
986:2
severe [1] -
957:20
shape [2] - 945:1;
979:11
share [1] - 886:20
shared [3] -
930:2; 941:4, 9
Sharon [1] -
861:10

shield [1] - 918:3
shifts [1] - 882:9
Shipley [8] -
851:2; 853:12;
854:14, 17;
856:6; 859:19;
878:14; 928:14
SHIPLEY [6] -
851:3; 854:19;
871:11; 928:16;
992:20; 993:8
Shipley's [2] -
855:23; 864:7
ships [1] - 981:20
shit [3] - 905:5;
966:4; 967:15
shop [1] - 982:19
short [3] - 898:10;
932:16, 19
shot [1] - 905:24
shoulder [1] -
911:3
shoulders [3] -
889:20; 917:3;
927:14
shouting [1] -
961:25
show [41] -
855:9; 856:2,
10; 864:23;
891:1; 892:14;
897:9; 901:6;
903:20; 904:20;
907:2; 915:2;
923:5; 930:20;
933:6; 934:19;
942:20; 943:6;
945:14; 950:8;
963:17; 971:4;
972:4; 975:13,
19, 24; 979:23;
981:23; 982:5,
22; 984:1, 13,
24; 986:17;
987:2, 5;
989:14; 991:20
showed [8] -
934:20; 935:9;

950:22; 952:24;
956:16; 968:6;
982:5; 986:20
showing [2] -
916:11; 989:11
shown [1] -
863:19
shows [6] - 857:3;
880:16; 922:5;
980:12; 983:4;
988:9
shred [1] - 953:16
SHTF [1] - 966:4
side [16] -
880:11, 16;
881:20; 886:7;
888:21; 913:9;
915:5; 916:19,
22, 24; 917:5;
937:18; 975:10;
986:1
sidebar [2] -
955:1; 957:5
sides [3] -
878:16; 886:6;
931:25
sights [2] - 906:2;
908:5
Signal [15] -
860:4; 900:19,
24; 901:10;
904:9; 907:20;
908:16; 911:21;
919:23; 920:3,
5; 921:19;
933:16; 940:18;
953:21
significance [5] -
886:5; 930:25;
939:14; 987:8
significant [1] -
911:8
signifies [1] -
858:11
signs [1] - 887:14
similar [1] - 859:1
similarly [1] -
855:1

simmering [1] -
948:2
simple [3] -
855:18; 887:20;
936:21
simply [2] -
961:15; 972:16
singing [2] -
935:20; 951:22
single [9] -
867:24; 870:7;
922:19; 929:19;
934:12; 937:6;
940:21; 953:20
sinister [1] -
982:10
sinisterly [1] -
987:4
sirens [1] -
916:13
sit [3] - 854:20;
989:16; 992:25
site [1] - 886:1
sites [1] - 883:4
sits [1] - 938:23
sitting [6] - 863:2;
868:12; 875:2;
878:19; 970:16;
988:10
situation [4] -
858:7; 942:13;
947:3; 966:2
situations [1] -
857:22
six [6] - 910:4;
934:3; 952:13,
18; 981:11;
984:16
Sixth [1] - 858:25
skilled [1] - 969:3
skip [1] - 985:8
skipping [1] -
902:10
slate [1] - 938:24
slated [1] - 871:6
sliced [1] - 917:4
slight [3] - 858:15
slightly [1] -

853:19
slowly [1] -
963:15
small [1] - 933:1
Smith [5] -
855:11, 14;
856:11, 16
Smith's [1] -
855:13
smothered [1] -
888:23
snack [1] -
982:18
snacks [1] -
923:6
snapshot [1] -
914:11
soaking [1] -
945:17
social [10] -
883:4; 885:2, 5;
886:16; 940:8,
24; 980:22;
990:24
soldiers [3] -
891:23; 959:24;
960:6
sole [1] - 881:18
solemn [1] -
885:21
solemnly [1] -
873:21
solitary [2] -
934:12; 937:6
someone [12] -
870:3; 875:19;
883:8; 884:10;
907:15; 927:7;
930:13; 940:12;
961:13; 970:4;
983:8; 989:9
sometimes [10] -
878:19, 22;
879:1; 885:17;
886:12; 942:13;
964:16; 966:4
somewhere [2] -
970:19; 984:16

soon [5] - 884:5; 892:20; 898:20; 922:6; 981:5
sophisticated [2] - 944:20; 946:21
Sorry [1] - 949:5
sort [18] - 856:7, 17; 857:6; 858:2, 17, 23; 862:1; 865:6, 22; 867:6, 14, 17; 872:15; 934:24; 937:11; 979:7; 984:7
sought [1] - 885:18
soul [1] - 937:6
sound [2] - 885:22; 946:5
sounding [1] - 922:13
sounds [5] - 922:14; 923:3; 926:9, 18; 969:10
south [3] - 913:11; 914:22, 24
southwest [1] - 943:19
space [1] - 932:11
Speaker [7] - 863:18, 21, 25; 895:21; 915:1, 4, 9
speakers [1] - 965:8
speaking [2] - 865:24; 885:18
speaks [1] - 872:21
special [4] - 945:25; 946:19; 967:22; 969:3
Special [2] - 864:13; 865:10
specific [9] -

860:14; 896:10; 898:24; 923:12; 931:15; 956:5-7; 962:5
specifically [2] - 902:3; 922:1
speculate [2] - 877:22; 882:1
speculation [1] - 938:18
speech [5] - 900:7; 933:22, 25; 950:18; 963:5
speed [1] - 934:7
spend [1] - 902:14
spent [4] - 907:5; 945:17; 961:6; 989:5
spirit [1] - 897:18
split [2] - 913:2; 914:5
spoken [2] - 923:1; 981:15
spontaneously [1] - 952:17
sprawling [1] - 912:24
spray [1] - 915:15
spread [3] - 933:23; 934:8
spur [1] - 976:21
stabbing [1] - 966:19
staff [2] - 889:2; 912:7
staffers [3] - 915:4, 12; 918:25
stage [9] - 895:2; 905:17; 907:9; 925:18; 926:8; 927:12; 963:4; 984:2; 990:13
staged [9] - 888:12; 889:10; 894:19; 907:19;

983:25; 984:21; 985:5; 989:14
staggering [1] - 898:17
staging [3] - 906:20; 925:8; 970:19
stairs [8] - 889:21; 911:4; 917:6; 935:11, 13, 16, 19; 951:14
Stamey [8] - 855:11, 14; 856:11; 857:2; 860:7, 10; 981:21; 987:9
stand [12] - 870:23; 873:18; 880:1; 882:2; 890:20; 927:22; 928:24; 942:4, 8; 957:10; 969:7; 978:15
stand-down [1] - 969:7
standard [2] - 855:22; 960:19
standing [7] - 911:22; 924:17; 929:2; 937:22; 969:4, 8; 986:12
stands [1] - 929:24
staple [1] - 887:22
start [7] - 853:19; 873:4; 888:19; 896:13; 905:25; 959:22; 983:14
started [12] - 873:16; 914:15; 919:21; 920:22; 933:23; 934:1; 947:23; 963:7, 15; 992:9
starting [1] - 853:24

starts [1] - 987:9
state [13] - 856:8; 861:9, 16, 21; 862:12; 864:5; 881:2; 943:20; 944:3; 972:23; 974:10, 19
state-level [1] - 856:8
STATEMENT [4] - 887:12; 928:21; 941:24; 957:6
statement [27] - 857:13; 859:4, 13; 861:8, 18; 862:5, 8, 17, 21; 863:7; 871:24; 872:3, 10, 14; 879:6, 9; 887:10; 928:12; 935:10; 939:24; 942:23; 953:2, 4, 6, 22
STATEMENT...... ..... [1] - 852:5
STATEMENT...... ....... [2] - 852:4, 6
STATEMENT...... .............. [1] - 852:3
statements [23] - 854:15; 858:4; 859:22; 860:11, 15; 861:2, 8; 862:4; 864:8; 867:10; 879:5, 10, 13; 880:12, 14; 881:14; 946:7, 11; 947:7; 955:18
STATES [3] - 850:1, 3, 10
states [2] - 857:6; 872:17
States [32] - 853:6; 857:17;

859:1; 872:1; 873:23; 876:15; 888:15, 20; 889:22; 895:23; 896:7; 911:4; 912:3; 918:8; 924:11, 13; 927:6; 930:9; 938:7; 968:24; 969:15; 971:6; 975:12; 977:6; 979:12; 983:13; 984:25; 988:17, 19
station [1] - 965:13
stationed [1] - 914:23
stations [1] - 896:23
statistically [1] - 947:24
status [2] - 860:12; 892:7
stay [11] - 899:11; 900:8; 902:16; 921:8; 929:2; 938:1; 955:24; 958:9, 15; 965:21; 979:17
stayed [2] - 933:3; 941:8
staying [2] - 906:18; 925:8
steady [1] - 944:4
Steal [3] - 909:17; 948:7; 970:2
stenotype [1] - 993:23
step [4] - 879:4; 897:22; 956:10
step-by-step [1] - 897:22
stepfather [1] - 957:13
stepped [1] - 959:16

steps [3] - 897:23; 919:7; 976:11
Stewart [33] - 855:9, 13; 857:4; 860:5; 892:18, 25; 893:25; 894:25; 897:12; 900:25; 907:5; 910:24; 911:1; 947:6, 9; 948:10; 953:22; 964:9; 967:24; 968:17; 969:1, 19-20; 971:15; 972:25; 973:17; 974:18; 975:17; 977:17, 21, 24; 979:16
stick [1] - 991:19
sticking [1] - 910:6
still [19] - 903:18; 907:18; 912:4, 12; 919:7; 920:11; 923:11; 929:20; 930:15; 931:18; 933:22; 935:19; 955:18; 972:20; 977:4
stipulate [3] - 869:6, 9, 13
stipulation [4] - 869:20; 870:6, 10
Stone [1] - 948:8
stop [39] - 876:13; 887:25; 888:5; 890:12; 891:2, 12; 892:21; 899:14; 901:25; 902:6; 903:5, 21; 904:1; 908:9, 14; 916:14; 917:15; 922:11; 924:16; 925:7, 17; 933:13;

936:9; 938:9; 950:12; 962:5; 971:18; 972:8, 13; 973:14; 974:1, 23; 978:19; 988:6, 10-11; 989:19
Stop [3] - 909:17; 948:7; 970:2
stopped [6] - 906:17; 915:17; 925:20; 936:11; 974:5; 988:25
stopping [6] - 889:1; 926:14; 973:8; 975:2; 985:9; 990:4
stored [2] - 894:19; 907:7
stories [7] - 884:19, 23; 885:4, 14; 886:10, 15; 944:6
storm [6] - 872:1; 925:19; 926:6, 12; 927:14; 975:11
stormed [1] - 909:8
storming [7] - 897:25; 898:1, 18; 916:3; 919:17; 924:18; 925:9
story [4] - 885:11; 886:17; 931:13; 988:21
straight [2] - 903:10; 913:16
strange [1] - 922:13
strange-sounding [1] - 922:13
street [3] - 909:9; 919:16; 960:10
Street [4] - 850:17; 851:11,

18; 958:21
street-fighting [1] - 919:16
street-fought [1] - 909:9
streets [6] - 897:23; 898:9, 13, 18; 916:16; 979:5
strength [3] - 888:15; 889:16; 908:1
stressed [1] - 900:17
strictly [3] - 861:1, 7; 862:4
strong [1] - 958:1
struggling [1] - 979:20
stuff [5] - 953:10; 982:6, 11; 989:25
stupid [2] - 862:21; 975:17
style [2] - 889:18; 969:6
SUAREZ [2] - 851:10, 13
subgroups [1] - 856:8
subject [4] - 932:2; 956:7, 9; 993:4
subject-matter [1] - 956:7
submit [1] - 854:23
submitted [2] - 882:20, 22
subscription [1] - 885:8
subsequent [3] - 858:14; 859:4; 868:2
substantial [3] - 886:19, 24; 887:2
substitute [1] -

874:5
successful [1] - 927:8
successfully [1] - 918:17
sudden [2] - 945:8; 951:23
suddenly [1] - 875:18
sufficient [1] - 858:19
suicidal [1] - 979:20
Suite [2] - 851:14, 19
suite [2] - 914:25; 915:6
summarize [1] - 955:3
summarized [1] - 877:18
summed [1] - 968:25
summer [3] - 931:17; 932:13; 943:25
sunglasses [1] - 894:12
support [6] - 858:20; 880:12; 895:13; 926:7; 936:10; 983:22
supported [1] - 931:8
supporter [2] - 966:11, 19
supporters [1] - 966:16
supporting [1] - 972:2
supports [1] - 938:15
suppose [2] - 866:18, 22
supposed [10] - 860:25; 861:20; 896:10; 915:12; 920:23; 925:15;

982:7; 984:9; 985:5; 986:10
supposition [1] - 938:17
surveillance [2] - 910:15; 911:19
suspended [1] - 936:12
sustain [1] - 881:24
sustained [1] - 881:23
swarm [1] - 898:9
swarming [1] - 897:23
swear [1] - 873:21
swept [2] - 942:19, 21
swerved [1] - 916:15
swerving [1] - 916:12
swing [1] - 923:17
sworn [4] - 873:19; 881:1; 888:21; 896:6

<hr>

**T**

table [8] - 878:19; 929:12; 955:7; 959:11, 16, 18
tactical [4] - 889:18; 890:2; 907:7; 934:25
talkie [1] - 909:16
talks [6] - 866:9; 895:25; 903:15; 937:14; 948:23; 980:3
Tallahassee [2] - 949:7, 9
Tampa [1] - 992:21
tampering [1] - 877:10
task [1] - 967:21
taunt [1] - 905:21

tax [1] - 969:16
teacher [1] - 865:24
team [11] - 879:1; 895:6, 8, 11; 905:10; 909:13; 914:6; 915:15; 929:14; 945:7
teams [4] - 895:5; 906:21; 910:5; 932:23
tear [2] - 919:6; 986:2
tearing [1] - 889:6
technically [1] - 886:4
Ted [2] - 978:13
tee [1] - 872:13
teeth [3] - 904:15; 905:3; 910:22
televangelist [1] - 947:11
television [2] - 884:23; 886:18
ten [3] - 929:25; 940:2; 977:3
tendency [1] - 883:17
Tennessee [1] - 980:1
tens [2] - 907:5; 911:13
tent [1] - 980:25
term [4] - 891:23; 965:25; 966:3; 971:2
terms [6] - 857:11; 863:22; 932:7; 946:4; 968:21; 990:2
terrace [1] - 861:25
terrible [2] - 946:7; 954:6
terribly [1] - 862:21
terrific [1] - 887:4
terrified [1] -

915:6
terrorist [1] - 987:24
terrorists [1] - 969:7
Terry [5] - 975:22; 976:2
test [1] - 971:8
testifies [1] - 992:14
testify [5] - 865:10; 868:22; 871:6; 953:14; 992:15
testifying [2] - 864:24; 993:11
testimony [12] - 858:10; 865:18; 867:20; 874:14; 875:20; 881:8; 887:6; 956:6; 958:18; 966:25; 992:1; 993:12
testimony's [1] - 857:20
Texas [5] - 907:6; 921:6; 988:23; 989:2
text [13] - 856:15; 885:2; 923:1, 5; 949:25; 952:24; 977:17; 979:23; 980:4, 6; 986:13; 992:9
texted [3] - 947:23; 949:9; 954:17
texting [1] - 978:1
texts [2] - 923:3; 949:3
THE [41] - 850:1, 9; 853:17; 854:5, 12, 25; 856:3; 863:12; 864:3; 866:2, 18; 868:7, 15; 869:8, 15; 870:9; 871:2,

10, 15; 872:11, 20; 873:1; 874:2; 928:3, 10, 18; 941:22; 954:22; 955:2, 20; 956:2, 25; 957:4; 985:13; 990:18; 991:4, 22; 992:19; 993:1, 14
theater [3] - 923:5, 17, 21
theme [1] - 971:10
themselves [13] - 861:14; 875:16; 900:2-4, 9; 914:9, 24; 916:9; 958:22; 963:4; 965:13; 975:15
theory [4] - 959:14; 968:2; 981:10; 983:21
therefore [1] - 868:19
they've [7] - 865:21-23; 934:22; 964:1; 975:20
thin [1] - 976:19
thinking [1] - 890:16
third [6] - 863:1; 876:22; 892:24; 894:15; 925:11; 942:14
Thomas [3] - 855:15, 17, 24
thoughts [1] - 943:4
thousands [8] - 902:22; 907:5; 911:13; 926:15; 941:6; 961:6; 985:3
threat [2] - 932:4, 10

threatening [1] - 966:23
threats [2] - 932:8; 933:10
three [16] - 862:23; 876:10; 895:4; 903:15; 910:4; 921:21; 924:6; 925:23; 929:24; 933:2; 940:8; 943:5; 949:11; 977:14, 16; 979:9
threshold [2] - 858:18; 936:9
threw [4] - 889:23; 890:5; 917:3; 960:11
throngs [2] - 935:5; 941:6
throughout [10] - 882:6, 9; 892:18; 898:3; 929:16; 930:5; 942:11; 964:2; 965:5; 990:23
throw [6] - 893:20; 911:7; 926:12; 927:13; 967:10; 991:7
thrown [1] - 942:21
thumpers [1] - 907:23
timing [2] - 939:4, 23
tip [1] - 864:20
tire [1] - 907:23
title [2] - 965:17; 967:2
today [6] - 860:21; 869:17; 871:8; 892:14; 942:16; 982:24
Todd [9] - 859:1; 895:12; 905:12; 906:25; 977:9, 16; 979:9;

982:2; 987:25
together [23] - 853:23; 888:3; 889:17, 20; 890:12, 19; 891:1; 892:10; 896:3; 906:15; 927:15; 929:15; 930:16; 936:1; 952:18; 959:14; 961:16; 970:8; 977:10, 25; 979:7; 980:16
tomorrow [4] - 990:21; 991:1; 992:13, 18
ton [1] - 982:11
tons [1] - 967:15
took [20] - 860:18; 874:9; 890:7; 898:7; 900:18, 24; 918:24; 919:23; 920:3, 5; 932:15; 935:12; 944:19; 957:16; 964:13; 965:4; 977:14; 984:11; 986:24; 988:25
top [10] - 889:23; 892:19; 897:12; 913:9; 935:15, 18-19; 951:17; 976:1; 981:11
topic [1] - 956:4
tops [2] - 981:7; 982:15
torches [1] - 905:6
torn [1] - 874:23
total [1] - 865:9
totality [1] - 945:22
touch [2] - 855:10; 910:23
touched [1] - 953:15
tough [1] - 946:14

toward [7] - 860:19; 861:5; 903:10; 908:24; 913:3; 914:6, 9

towards [8] - 904:25; 914:7, 10, 22; 934:1; 937:10; 975:20; 985:3

towing [1] - 991:16

town [2] - 984:19; 986:7

track [1] - 902:15

tracked [1] - 921:7

tradition [1] - 959:10

trained [1] - 902:25

training [9] - 865:5, 8; 866:4, 9, 15, 21; 944:12; 951:12

traitor [1] - 969:7

trampled [1] - 952:1

TRANSCRIPT [1] - 850:9

transcript [3] - 862:20; 887:6; 993:22

transcripts [1] - 865:23

transfer [44] - 876:7, 13; 887:25; 888:5; 890:13; 891:3, 12; 892:21; 895:15; 896:1, 17; 898:19; 899:4, 14, 25; 901:25; 902:6; 903:5, 21; 904:2; 908:3, 7; 909:5; 912:10; 917:17; 918:5, 12, 19; 919:11;

920:7, 23; 922:11; 924:3, 16, 23; 925:8, 17; 927:3, 19; 938:9; 971:18; 972:8; 974:2; 975:2

transfer-of-power [3] - 896:1, 17; 920:23

transition [2] - 887:20; 888:16

transmit [1] - 909:22

transport [1] - 986:23

transporting [1] - 987:2

travel [4] - 931:16; 933:1; 939:5; 941:8

traveled [9] - 905:16; 933:7, 19; 934:16; 937:7, 14; 941:2, 10; 958:10

traveling [1] - 933:3

trek [1] - 934:4

tremendous [1] - 980:25

trespassing [2] - 938:4; 954:4

TRIAL [1] - 850:9

trial [66] - 854:11, 20-21; 856:10; 857:12; 858:6; 859:3; 862:16, 24; 863:2, 5, 19; 864:14; 866:4, 13, 16; 868:17; 872:13; 873:5; 874:2, 6, 12, 22; 875:12, 18; 876:5; 877:23; 878:4; 879:4; 880:22, 24;

881:11; 882:6, 10; 890:24; 892:14, 18; 895:17; 898:3; 915:24; 916:5; 917:18; 927:21; 929:16; 930:5; 941:15; 942:11, 24; 949:19; 954:12; 955:9; 956:3; 960:2, 8, 10, 12-13; 991:7, 11-12, 19

tricky [1] - 951:4

tried [3] - 859:16; 887:25; 922:10

trigger [2] - 946:13; 960:14

trip [3] - 907:6; 976:25; 977:14

triumphant [1] - 937:3

trivialize [1] - 922:21

troops [3] - 904:4; 909:4, 6

trouble [1] - 921:1

Troy [3] - 850:16; 853:11; 956:13

truck [19] - 970:16; 984:6, 9, 11, 13, 16, 19, 22; 985:4, 8, 15-16, 18, 23; 987:10, 18; 990:9, 15

truckless [2] - 984:12; 985:10

trucks [3] - 889:13; 986:9; 987:14

true [14] - 860:4; 873:22, 24; 885:24; 886:4; 902:17; 936:22; 940:17; 954:17; 958:7; 969:25; 983:23

truly [1] - 873:21

Trump [33] - 888:6; 897:6, 8; 899:9, 21; 900:2, 8; 905:8; 906:7; 908:8; 909:1; 948:4; 950:18; 966:11, 19; 967:25; 969:21; 971:10, 13, 15, 17, 22; 973:1, 6; 974:7, 13; 978:23; 988:22; 991:9, 14

Trump's [3] - 902:21; 948:8; 972:13

trusted [1] - 958:9

truth [6] - 862:7, 22; 867:13; 940:9; 943:11; 962:7

truthful [1] - 862:6

truths [1] - 963:23

try [13] - 873:21; 876:13; 884:10; 892:15; 913:21; 948:9; 959:14; 965:6, 14; 971:18; 972:12; 978:18; 982:10

trying [11] - 870:2; 888:24; 889:23; 890:9; 915:11; 953:8, 10, 25; 956:15; 966:12; 988:11

Tuesday [1] - 897:5

tunnel [1] - 931:10

turn [8] - 854:2; 873:11; 875:10; 878:2; 884:7; 902:2; 913:6; 928:11

TV [2] - 896:21;

944:13

TVs [1] - 959:5

tweet [2] - 948:2; 958:12

tweeted [2] - 947:24; 948:4

tweets [1] - 885:5

twisted [1] - 974:18

Twitter [6] - 883:5; 885:9; 946:13; 962:17, 20; 983:2

Twitterized [1] - 975:7

two [38] - 854:13; 856:10, 25; 857:24; 860:17; 864:15; 865:8; 866:23; 875:2; 887:4; 889:5, 13; 895:19; 897:19; 907:23; 913:2; 914:5; 919:12; 924:15; 931:2; 935:15; 937:17; 945:15; 947:4; 949:20; 950:12; 955:21, 23; 963:20; 968:20; 972:21; 981:14; 986:9, 17-18; 987:4, 14; 992:16

two-by-fours [1] - 907:23

type [2] - 944:9; 953:4

types [1] - 950:7

tyranny [1] - 901:24

---

U

U.S [5] - 850:17; 876:8; 877:6; 878:9; 985:1

Uber [1] - 984:11

uh-oh [2] -

860:22; 861:13
ultimately [5] -
857:3; 861:5;
862:23; 889:24;
991:23
unable [1] - 875:5
unacceptable [1]
- 938:18
unaware [1] -
929:7
uncomfortable [2]
- 904:14; 952:18
unconstitutional
[6] - 901:4;
964:17, 21;
968:3; 973:12;
990:3
under [9] -
866:15; 896:17;
899:10; 912:9;
925:13; 943:1;
954:15; 972:13;
988:19
under-delivered
[1] - 943:1
under-delivering
[1] - 954:15
undercuts [1] -
867:19
undergoing [1] -
914:14
understandable
[2] - 930:11
understood [3] -
864:3; 978:5;
986:25
undoubtedly [1] -
885:20
unfortunately [4] -
885:15; 948:3;
949:13; 964:10
uninformed [1] -
931:12
UNITED [3] -
850:1, 3, 10
United [32] -
853:6; 857:16;
859:1; 872:1;

873:22; 876:15;
888:15, 20;
889:22; 895:22;
896:7; 911:4;
912:2; 918:8;
924:11, 13;
927:6; 930:8;
938:7; 968:24;
969:14; 971:6;
975:11; 977:6;
979:12; 983:12;
984:25; 988:17,
19
unity [9] - 929:17;
930:3; 935:2, 7,
22; 938:10;
941:9; 954:8;
959:13
unlawful [4] -
891:10; 903:14;
922:16; 969:17
unlawfully [1] -
925:14
unless [2] -
871:18; 882:6
unlike [2] -
959:15; 978:4
unlikelihood [1] -
871:8
unlikely [2] -
869:17; 884:10
unnecessary [1] -
868:4
unorganized [1] -
968:14
unplanned [3] -
966:5; 967:2
unreasonable [1]
- 964:22
unredacted [1] -
864:23
unspoken [1] -
923:2
untrue [1] -
983:19
up [90] - 854:11;
856:13; 860:24;
861:6; 865:22;

872:13; 874:13;
880:24; 889:21;
892:11; 893:19;
894:12; 895:4;
898:11; 899:4,
10; 900:1;
901:6; 906:11;
911:4; 913:12;
917:7, 14;
918:24; 921:22;
922:10; 923:5,
20; 925:18;
927:5; 930:16,
20; 932:25;
933:1, 19;
935:11-14, 23;
942:4, 8, 19, 21;
946:21; 949:18;
950:11, 14, 17;
951:13, 21;
953:5; 954:5;
957:3; 960:21;
963:8; 964:11;
968:12, 25;
969:9, 15;
970:2; 971:14;
976:1, 4-6,
10-11, 13, 20;
979:2; 980:12;
981:19; 982:5,
15, 18; 984:12;
985:10; 988:2;
991:4; 992:9;
993:16
updates [1] -
909:20
upholding [2] -
918:9, 11
USA [2] - 861:25
USAfx [1] -
864:11
uses [2] - 971:14;
979:20
usual [1] - 950:18
uttering [1] -
899:12

V

vacation [1] -
943:21
Vallejo [63] -
851:17; 853:9,
14; 873:24;
876:3; 878:13;
888:3; 889:9,
12; 891:8;
894:23; 895:3,
11; 901:22, 24;
905:10, 12, 19;
906:3, 24;
910:5, 7;
911:20; 914:19;
918:16; 920:4,
16, 20-21;
921:2, 19;
927:11, 25;
929:21; 957:9,
12, 16; 958:4,
14; 959:15;
971:3; 977:1;
978:1, 4;
979:14, 18, 25;
980:5; 981:3,
15, 17; 982:10,
12; 983:5,
24-25; 984:6;
985:3; 986:8;
987:10, 13;
989:19
VALLEJO'S [2] -
852:6; 957:6
Vallejo's [4] -
920:6, 18;
957:24; 983:15
value [4] -
862:22; 863:4;
881:6; 940:23
van [2] - 967:10;
985:25
vans [1] - 965:21
variety [1] -
936:17
various [1] -
970:14
vehicle [1] - 933:4

vehicles [1] -
969:24
venture [2] -
859:11, 14
verdict [11] -
855:19; 857:25;
873:24; 874:22;
880:10; 881:18;
883:6; 927:23;
941:18; 990:15
version [9] -
864:18, 23-24;
931:14; 962:18;
975:7; 983:2
versus [4] -
853:7; 857:17;
859:1; 867:17
vests [3] -
889:18; 893:19;
894:13
veteran [5] -
894:24; 957:18;
977:5; 979:21;
990:6
veterans [4] -
957:22; 969:4;
979:19
via [2] - 864:11;
885:2
Vice [7] - 861:11;
895:23; 896:14;
906:7; 908:9,
17; 912:3
vice [1] - 964:25
video [44] -
861:24; 862:19;
863:9, 14;
865:5; 866:16,
21; 867:6;
900:15; 907:25;
908:22; 909:25;
910:14, 16;
911:19; 913:14;
914:8; 916:1, 5,
11, 16; 917:4,
22; 922:5;
930:22; 931:6;
934:5, 19, 21;

935:12; 936:2;
937:1, 11;
951:14, 18;
961:8, 22;
975:25; 981:18;
987:17; 992:16;
993:10
videos [9] -
860:17; 865:22;
866:8, 13;
890:23; 906:11;
915:24; 922:4;
951:11
view [8] - 855:21;
884:19, 23;
886:19; 892:4;
939:1
viewed [1] - 990:2
viewing [1] -
885:4
views [3] - 948:5;
958:2; 970:8
vindication [1] -
959:9
violate [4] -
924:15; 925:19;
926:8; 964:18
violated [3] -
876:9; 891:19;
924:6
violates [2] -
924:19; 925:10
violating [1] -
964:22
violence [13] -
892:4; 907:22;
916:7; 927:3;
932:9; 944:9;
965:13; 966:8,
14, 22; 969:23;
983:11, 13
violent [4] -
888:20; 905:25;
946:15; 953:10
VIPs [1] - 902:25
Virginia [10] -
888:13; 889:10;
894:20; 906:18;

907:8, 19;
950:2, 13; 967:7
visible [1] -
864:24
vision [1] - 931:10
visit [1] - 884:23
vitriol [1] - 937:5
voices [1] -
936:19
vote [5] - 887:15;
906:9; 933:14;
938:11; 988:4
voted [1] - 978:22
votes [3] -
876:21; 877:3;
887:16
vs [1] - 850:5

W

wacky [1] -
969:10
wade [1] - 975:5
wage [1] - 974:7
waged [1] - 906:1
waging [1] -
918:22
wait [4] - 865:14;
866:19; 879:7;
974:13
wait-and-see [1] -
866:19
waiting [6] -
874:11; 927:7;
983:6; 984:20;
988:1; 989:2
wake [1] - 948:8
walk [8] - 884:7;
923:21; 934:8;
935:13; 951:1;
973:18; 986:21
walked [7] -
935:12; 951:13;
952:15; 954:3;
976:7, 15; 981:7
walkie [1] -
909:16
walkie-talkie [1] -
909:16

walking [15] -
860:19; 923:16;
934:1, 7; 935:1,
11, 14; 937:25;
950:23; 975:20,
23; 976:3; 985:3
Wall [1] - 958:21
wall [1] - 937:22
wandering [4] -
985:4, 10, 23;
988:10
wanders [1] -
937:12
wants [3] - 870:3;
952:9; 987:3
War [2] - 905:25;
919:20
war [28] - 890:11;
893:14; 897:17,
20; 900:10;
906:1, 3, 10;
907:9; 914:20;
916:16; 919:15,
20-21; 920:17,
21; 932:8;
972:21; 973:3,
11; 974:7;
983:2, 8, 10;
988:13, 15;
989:10
warfare [1] -
969:3
warned [4] -
894:4; 900:7;
905:8; 919:25
warning [1] -
947:1
warped [1] -
931:14
warriors [3] -
901:13, 19;
953:1
wartime [1] -
974:7
Washington [20] -
850:4, 18;
851:19; 894:18;
900:6; 902:3;

906:16; 907:6;
958:5, 12, 14,
16; 964:2;
976:23, 25;
977:6, 10, 16;
978:21
watch [9] -
912:22; 916:5,
8; 927:11, 15;
981:25; 982:2
watched [1] -
959:5
watching [1] -
944:13
Watkins [7] -
860:8; 909:11,
14, 19, 22;
910:6, 19
wave [1] - 951:24
ways [6] - 922:20,
25; 924:9, 15;
959:13; 964:15
weapons [19] -
857:7; 867:18;
906:20; 907:9,
15, 19, 21;
950:2, 13;
967:17, 20;
984:21, 23;
987:6, 10, 16,
18; 990:14
wear [1] - 931:20
wearing [1] -
889:18
website [1] -
885:1
websites [1] -
886:1
week [6] -
853:24; 855:18;
864:8; 873:5;
896:23; 902:13
weekend [3] -
853:18; 864:11;
873:3
weeks [5] -
908:20; 919:12;
930:10, 15;

977:19
weigh [1] - 881:7
weight [1] - 881:5
WEINBERG [4] -
851:10, 13;
941:25; 942:6
Weinberg [6] -
851:13; 853:13;
878:14; 941:23;
942:2; 954:22
weird [2] -
896:20; 923:3
welcome [2] -
873:2; 928:10
west [5] - 861:25;
888:21; 916:19,
22; 917:5
wet [1] - 945:17
WhatsApp [1] -
940:19
whatsoever [1] -
939:13
whisked [1] -
918:24
White [2] - 969:6,
16
whole [8] -
896:20; 923:24;
936:13; 948:3;
976:3; 978:16;
983:21
wife [5] - 861:10,
16; 867:1;
929:4; 957:14
wild [1] - 948:1
wildly [1] - 922:24
WILLIAM [1] -
851:3
William [3] -
851:2; 853:12;
911:16
willing [1] - 892:3
Willow [1] - 894:9
window [1] -
943:9
windows [3] -
951:18; 963:8
wing [1] - 947:11

wings [1] - 912:25
winner [10] - 887:17; 888:11; 896:5, 19, 21; 897:16; 912:10; 924:24
wins [1] - 896:24
Wisconsin [1] - 860:24
wish [4] - 874:12, 25; 883:15; 928:15
wishes [1] - 873:14
withdrawn [1] - 881:25
witness [12] - 864:24; 871:8, 15; 873:16; 875:19; 881:10; 882:3; 956:5, 9; 992:14; 993:7
witness's [1] - 956:6
witness-specific [1] - 956:5
witnesses [16] - 855:3; 864:14; 874:16; 875:17; 879:15; 880:1; 881:7, 13; 883:20; 884:2, 6; 890:20; 930:24; 938:25; 955:4
Wizards [2] - 902:10, 15
woke [1] - 984:12
woodwork [1] - 948:6
word [14] - 893:13; 898:1; 910:9; 911:22; 921:2; 922:14; 933:24; 934:8; 965:17; 981:15, 18; 986:13; 993:6

words [29] - 860:23; 863:21; 867:11; 890:10; 893:2; 894:17; 897:19; 898:1, 4, 15; 899:24; 900:9; 901:3; 905:20; 909:10; 912:1; 915:25; 916:6; 919:18; 920:11; 933:23; 937:5; 945:25; 954:16; 969:13; 986:20
works [3] - 893:4; 909:16; 979:19
world [1] - 905:24
world's [1] - 949:14
worried [1] - 991:24
worrying [1] - 973:10
worst [2] - 949:14; 969:5
worst-case [1] - 969:5
wounding [1] - 959:25
write [2] - 874:25; 883:3
writes [2] - 863:20; 940:22
writing [1] - 874:10
written [3] - 854:24; 923:1; 939:21
wrote [16] - 897:14; 900:24; 901:2, 12, 15; 904:13, 18; 905:2; 921:11; 939:25; 940:3; 960:8; 972:25; 980:4; 985:16

**Y**

Yale [1] - 964:10
yards [1] - 887:14
year [4] - 895:20; 931:4; 957:19; 960:3
year-and-a-half [1] - 957:19
years [11] - 858:25; 887:19, 22; 896:4; 929:3; 957:13, 18; 959:24; 977:3, 23
yelled [2] - 908:22; 917:23
yelling [2] - 918:2; 953:18
yellow [2] - 981:7; 982:15
York [2] - 893:8
York-New [1] - 893:8
Young [1] - 967:4
yourself [7] - 883:25; 913:7; 926:12; 936:17; 975:1; 983:20; 989:11
yourselves [4] - 875:12; 961:10; 985:5; 989:16

**Z**

Zello [3] - 909:15; 910:19
zero [4] - 944:12; 953:12; 981:24
Zimmerman [1] - 967:8