IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )     CR No. 22-15
                                   )     Washington, D.C.
          vs.                      )     December 15, 2022
                                   )     11:00 a.m.
ROBERTO A. MINUTA, ET AL.,         )
                                   )     Day 7
          Defendants.              )     Morning Session
_____)

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Jeffrey S. Nestler
                             Alexandra Hughes
                             Louis Manzo
                             Troy Edwards
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant Minuta:        William Lee Shipley, Jr.
                             LAW OFFICES OF
                             WILLIAM L. SHIPLEY
                             PO Box 745
                             Kailua, HI 96734
                             (808) 228-1341
                             Email: 808Shipleylaw@gmail.com

For Defendant
Joseph Hackett:              Angela Halim
                             3580 Indian Queen Lane
                             Philadelphia, PA 19129
                             215-300-3229
                             Email: angiehalim@gmail.com


For Defendant
David Moerschel:             Connor Robert Martin
                             BROWN, SUAREZ, RIOS & WEINBERG
                             1532 Jackson Street
                             Fort Myers, FL 33901
                             (239) 337-9755
                             Email: connor@bsrlegal.com

                             Scott Weinberg
                             BROWN, SUAREZ,
                             RIOS & WEINBERG
                             265 E Marion Avenue
                             Suite 114
                             Punta Gorda, FL 33950
                             (941) 575-8000
                             Email: scott@bsrlegal.com

For Defendant
Edward Vallejo:              Matthew J. Peed
                             CLINTON & PEED
                             1775 Eye Street, NW
                             Suite 1150
                             Washington, D.C. 20006
                             (202) 919-9491
                             Email: matt@clintonpeed.com
```

– – –

WITNESS INDEX

– – –

WITNESSES          DIRECT CROSS REDIRECT RECROSS

GOVERNMENT'S:

KELSEY HARRIS      1326

– – –

INDEX OF EXHIBITS

– – –

| GOVERNMENT'S | ADMITTED |
|---|---|
| 6777 | 1332 |
| 2020 | 1342 |
| 2021 | 1342 |
| 4653 | 1344 |
| 1526 | 1347 |
| 2426 | 1356 |
| 6778 | 1359 |
| 6778.1 | 1376 |
| 6778.2 | 1379 |

```
 1                    P R O C E E D I N G S
 2              COURTROOM DEPUTY:  All rise.
 3              THE COURT:  Please be seated, everyone.
 4              COURTROOM DEPUTY:  Good morning, Your Honor.
 5    This is Criminal Case No. 22-15, United States of America
 6    versus Defendant No. 6, Roberto A. Minuta; Defendant 7,
 7    Joseph Hackett; Defendant 8, David Moerschel; and
 8    Defendant 11, Edward Vallejo.
 9              Jeffrey Nestler, Alexander Hughes, Troy Edwards,
10    and Louis Manzo for the government.
11              William Shipley for Defendant Minuta.
12              Angela Halim for Defendant Hackett.
13              Scott Weinberg and Connor Martin for Defendant
14    Moerschel.
15              And Matthew Peed for Defendant Vallejo.
16              All named defendants are present in the courtroom
17    for these proceedings.
18              THE COURT:  Okay.  Good morning, everybody.  Glad
19    everybody made it in okay.
20              Are we ready to continue with Agent Harris'
21    testimony?
22              Okay.  Come on up.
23              COURTROOM DEPUTY:  Jury panel.
24              (Jury entered the courtroom.)
25              THE COURT:  All right.  Please be seated,
```

1    everyone.

2         Everyone, welcome back.

3         I'm glad everybody made it in and on a day that

4    I think only in D.C. could be considered dangerous weather.

5    So I'm glad you're all here.

6         We'll now get started with Special Agent's

7    continued direct examination.

8                        - - -

9    KELSEY HARRIS, WITNESS FOR THE GOVERNMENT, HAVING BEEN

10   PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

11   FOLLOWS:

12                  DIRECT EXAMINATION (CONTINUED)

13                        - - -

14                        - - -

15   BY MR. NESTLER:

16        Q    Good morning again, sir.

17        A    Good morning, sir.

18        Q    How are you?

19        A    Doing well.

20        Q    Please just remind us of your name.

21        A    Kelsey Harris.

22        Q    Now, Agent Harris -- if we could pull up, please,

23   Ms. Badalament, Government's Exhibit 6776.

24             When we were last here on Tuesday afternoon, we

25   were discussing this exhibit, and I have here Slide 10.  And

```
1   we see the phrase "F2F."  Do you remember talking about
2   that?
3        A    Yes, sir.
4        Q    Can you remind us what F2F means?
5        A    Face to face.
6        Q    And are you familiar with the phrase "op sec"?
7        A    Yes, sir, I am.
8        Q    What is --
9             MS. HALIM:  Objection.
10            THE COURT:  If you lay the foundation for it,
11   that's fine.
12            MR. NESTLER:  Sure.
13   BY MR. NESTLER:
14       Q    How are you familiar with the phrase "op sec"?
15       A    As an FBI agent, we are --
16            MS. HALIM:  Objection.
17            THE COURT:  It's overruled.
18            THE WITNESS:  -- we are taught and trained to
19   practice good op sec in our daily duties, meaning, you know,
20   not to publicly show our affiliation with the FBI and in the
21   course of our normal lives, protecting certain information.
22            You know, when you're out in public at a
23   restaurant, not to discuss cases that people may overhear,
24   things of that nature.
25            In layman's terms for the normal everyday person,
```

```
 1    you can consider op sec to be -- you can do things such as
 2    not allowing your packages to sit on your doorstep for
 3    several days while you're out of town so that people would
 4    know that may break into your home or --
 5              MR. NESTLER:  Thank you.
 6    BY MR. NESTLER:
 7         Q    And so what does op sec stand for?
 8         A    Operational security.
 9         Q    And in addition to being taught how to practice
10    op sec yourself as an FBI agent, have you investigated cases
11    involving op sec?
12         A    Yes, sir, I have.
13         Q    And what kinds of cases are those?
14              MS. HALIM:  Objection.
15              THE COURT:  It's overruled.
16    BY MR. NESTLER:
17         Q    And what kinds of cases and context have you
18    investigated op sec?
19         A    Various cases, from criminal cases to national
20    security cases.
21         Q    And what kinds of things do you investigate when
22    you're investigating subject's use of op sec, or operational
23    security?
24         A    So typically when we see people practicing op sec,
25    they're doing things to hide their identities such as --
```

1    MR. PEED:  Objection.

2    THE COURT:  I'm sorry?

3    MR. PEED:  Objection, Your Honor.

4    THE COURT:  Let's get on the phone, please.

5    (Bench conference)

6    THE COURT:  Go ahead, Mr. Peed.

7    MR. PEED:  The meaning of this word is not

8    something he can provide.  He's not a part of the

9    conversation through a 702 opinion.  He can do it through an

10    expert opinion.  And then this question --

11    THE COURT:  Why can he not, having reviewed

12    thousands of these communications and developed an

13    understanding of the term based upon thousands of

14    communications among these defendants and others, explain

15    what he understands what op secs means in the same way that

16    an agent who's investigating a drug conspiracy and has

17    reviewed thousands and thousands and thousands of, you know,

18    audio recordings, for example, say, This is what I

19    understand the term to mean.

20    MR. PEED:  I think you can do something like that

21    if he's tying it to the messages for this case he's reviewed

22    and anchors it.  What I've heard --

23    THE COURT:  That's what I thought Mr. Nestler was

24    doing.

25    MR. PEED:  It sounded like he was reaching into

1    any investigation he's ever done.  He was talking about

2    generally, typically, and going into things that have

3    nothing to do with anchoring it into his review and bringing

4    of his experience to these messages.

5              THE COURT:  I guess the question is where is

6    op sec coming up in these messages?  Is it something that's

7    going to come up in a message?

8              MR. PEED:  Yes, Your Honor, and I'm currently

9    laying the foundation as defense counsel objected to me

10   asking the question without foundation or laying the

11   foundation for his knowledge of that other investigations of

12   the word "op sec" and people using op sec.

13             THE COURT:  So I think -- here's the thing.

14   I think you've -- what the case law says is you've got to do

15   as follows:  He's got to provide a fairly specific

16   foundation for his understanding of what that term means in

17   the context of the investigation, and it has to be more in

18   terms of foundation than just simply, I reviewed thousands

19   of messages.

20             He's got to say, I've seen this term used by this

21   defendant or this co-conspirator in this context and give

22   general times and occasions, it seems to me.  That's what

23   the case law requires.

24             And then he can say -- you know, then you can turn

25   to this particular message and say, you know, Based upon

1    what you just told us, you see this term "op sec" here.  Is

2    that consistent with -- and then can you tell us what you

3    think that means.  And then say, Have you seen examples of

4    operation security used in this case.

5              I think that is an appropriate way to go about

6    doing it.  Does the defense think otherwise?

7              MR. PEED:  That sounds right.  I want to see how

8    it's implemented.

9              THE COURT:  Okay.

10             MR. NESTLER:  That's fine.  I do believe he should

11   be entitled to talk about, in other investigations, the

12   kinds of things that he has seen people do to mask their

13   identities to make it hard for the FBI to investigate them.

14   That goes to his own investigation.

15             THE COURT:  I think it's a little different.

16   I mean, I think it's -- because then -- will he testify, if

17   asked, Did some of these efforts make the FBI's

18   investigation harder?

19             MR. NESTLER:  Yes.

20             THE COURT:  So that's fair game.  And I think if

21   it's related to that, he can say, Look, yeah, the fact that

22   they used different names or that they used encryption, it

23   made the FBI's investigation more difficult.  I think that

24   is entirely fair.

25             And I think it is -- probably crosses the line if

```
 1   he's going to analogize the conduct here with what he's seen
 2   in other cases.
 3             MR. NESTLER:  Yes, Your Honor.
 4             THE COURT:  Okay.
 5             (Open court)
 6   BY MR. NESTLER:
 7        Q    Ms. Badalament, can you pull up for Agent Harris
 8   Government's Exhibit 6767, please.
 9             And are you familiar with this set of messages,
10   Agent Harris?
11        A    Yes, sir, I am.
12        Q    Have you compared these messages to the original
13   from the devices or accounts from which they were obtained?
14        A    I have.
15             MR. NESTLER:  The government moves into evidence
16   Government's Exhibit 6777.
17             THE COURT:  Any objection to 6777?
18                                 (Government's Exhibit 6777
                                     received into evidence.)
19
20             MR. NESTLER:  If we can go to the second slide,
21   please.
22             And if we could publish to the jury.
23   BY MR. NESTLER:
24        Q    Who's sending this message, Agent Harris?
25        A    Mr. Stewart Rhodes.
```

1    Q    On what date?

2    A    November 7th, 2020.

3    Q    And what does he say?

4    A    "A lot of it will be done in person.  Op sec."

5    Q    And remind us, what does op sec stand for, as far

6    as your understanding?

7    A    Operational security.

8    Q    If we can go back one slide to the first slide,

9    please.

10         So the first slide here is on the same date,

11    right, November 7 of 2020?

12    A    Yes, sir.

13    Q    And what does someone name Chris ask the

14    "Old Leadership" chat?

15    A    "But, Stewart, as we discussed, what do you need

16    from me to assist with ops/plans and such and my

17    background?"

18    Q    And then if you go to the next slide and in

19    response to that, Rhodes uses the phrase "op sec"; is that

20    right?

21    A    That's correct.

22    Q    Now, in your context of this investigation, what

23    kinds of things have you seen Stewart Rhodes and other

24    subjects do that, to you, appear to be uses of op sec, or

25    operational security?

 1              THE COURT:  So I think that -- it's not exactly

 2   how we discussed the question needs to be framed, so can you

 3   reframe the question, please.

 4              MR. NESTLER:  Sure.

 5   BY MR. NESTLER:

 6      Q    Are there types of -- well, you're part of this

 7   investigation; is that correct?

 8      A    Yes, sir.

 9      Q    And in this investigation, what kinds of

10   investigative methods did the FBI attempt to do in order to

11   identify certain individuals?

12      A    We serve a lot of legal process such as subpoenas.

13         Usually those subpoenas are a step-by-step process

14   to get to someone's identity if, you know, it took a while

15   to identify a person throughout the investigation, such as

16   we could subpoena a phone number.

17         Then we could then use information obtained from

18   that cell phone carrier to subpoena an Internet service

19   provide to get an IP address, that would then lead us to the

20   true address of that person where we could run the address

21   and see who lives at that residence.

22         So we went through several methods and steps to

23   get to identities of people in the investigation.

24      Q    And if you were to subpoena a phone carrier for

25   phone records, did sometimes the phone carrier tell you the

1  true name of the person who owned that phone number or

2  account?

3       A    Sometimes they did, sometimes they didn't.

4       Q    And if a person has a phone account without their

5  true name attached to that phone number, what would that

6  mean for you as an FBI agent investigating?

7       A    Usually that they were attempting to conceal their

8  identity.

9       Q    And would that be in line with some sort of

10 operational security that someone might be practicing?

11      A    Absolutely.

12      Q    And we went through phone records a second ago.

13 Have you heard of a VPN before?

14      A    Yes, sir, I have.

15      Q    What's a VPN?

16      A    A VPN is a virtual private network.  VPNs are used

17 to conceal or anonymize your Internet connection, so people

18 can use VPNs to either conceal or anonymize the network

19 connection or they can make it appear that it's being

20 connected in a different part or a different location than

21 where they're physically located.

22      Q    And if an individual was using a VPN to access the

23 Internet, would that make it easier or harder for the FBI to

24 determine that person's identity?

25      A    It makes it harder.

1    Q    In what way?

2    A    Well, when we're trying to identify that person --

3    like I said before, if you are going through those steps of

4    trying to identify someone and say you could get an address

5    and you want to match that address up with the address

6    that's being shown in the VPN, you know, that could hinder

7    the investigation if it's showing two different locations.

8         So you may think it's the right person or you may

9    think it's not the right person because they're -- you're

10   getting two bits of conflicting information.

11   Q    Understood.

12        MR. NESTLER:  If we could now go to the next

13   slide, please, Ms. Badalament.

14   BY MR. NESTLER:

15   Q    And here about 12 days later someone gamed Gator

16   writes to the "OK FL Hangout" chat.  Do you see that?

17   A    Yes, sir.

18   Q    And do you recall Gator's identity?

19   A    That's Mr. Kenneth Bittner.

20   Q    Okay.  Another Florida member of the Oath Keepers?

21   A    That's correct.

22   Q    And can you tell us what Gator, Kenneth Bittner,

23   says to the "OK FL Hangout" chat on November 19th of 2020?

24   A    "Be careful what you say.  Remember what Stewart

25   said on our call last night.  We are strictly defensive in

1  posture.  And don't talk doing anything to anyone.  That's

2  called conspiring."

3         MR. NESTLER:  If you can go to the next slide,

4  please, Ms. Badalament.

5  BY MR. NESTLER:

6     Q    And a couple of days later, OK Gator 1 also sends

7  a message to that same "Signal" chat; is that right?

8     A    Yes, sir.

9     Q    Remind us who OK Gator 1 is.

10    A    Mr. Kelly Meggs.

11    Q    And what does he say?

12    A    "Like we were told on the call the other night,

13 training is coming of all kinds.  Let's just all commit to

14 get involved.  Even as instructors like you Cape get

15 involved it in and help train people locally.  We need

16 everyone to work together and train each other."

17    Q    And if we can go to the next slide, please.

18         And then how does Gator, Kenneth Bittner,

19 responds?

20    A    "Gonna take more than the pistol instruction I can

21 provide."

22    Q    And then the next slide, please.

23         What does Gator then say?

24    A    "Understood."

25    Q    And then the next slide, please.

1    And somebody named Not Me then sends a post to

2  that same chat; is that correct?

3    A    Yes, sir.

4    Q    And what does that person named Not Me write?

5    A    "And we know this isn't secure.  So..."

6    Q    And I know it's been a couple of days, but can you

7  remind us, so Signal messages, when someone is talking about

8  a security of a Signal message, is the FBI able to actually

9  obtain sometimes Signal messages from people?

10    A    Sometimes if we were to recover the either sender

11  or receiver's phone of the Signal message, but not directly

12  from Signal, we don't.

13    Q    And so if people wanted to have a communication

14  that the FBI had absolutely no chance of recovering, are

15  there other methods of people communicating besides they're

16  communicating on Signal that you're aware of in this

17  investigation?

18    A    Yes, sir.

19    Q    Like what?

20    A    Telephone calls or face-to-face in-person

21  meetings.

22    Q    Thank you.

23    If we can go to the next slide, please.

24    And here on December 6th of 2020, someone named

25  Gator 6 sends a message to that same group.  Do you see

1   that?

2       A    Yes, sir.

3       Q    Can you remind us who Gator 6 is.

4       A    Mr. Kenneth Harrelson.

5       Q    And what does Kenneth Harrelson say to the group

6   here on December 6th?

7       A    "The membership:  If you do not have a Proton

8   email, please go to ProtonMail.com and get a free account so

9   we can have a safer communications.  If you have already

10  filled out a vetting form, the vetting team is processing

11  your docs now.  If you haven't filled out a vetting form,

12  please do and return to vettingokfl@protonmail.com."

13      Q    If we can go to the next slide, please.

14      A    "All members please fill out the mission

15  statement/bio form and return to vettingokfl@protonmail.com.

16  Thank you."

17      Q    Now, ProtonMail, are you familiar with what that

18  is?

19      A    Yes, sir.

20      Q    Can you please explain it?

21      A    ProtonMail is an email service provider such as

22  Gmail; however ProtonMail is a much more secure form of

23  email.  It is encrypted end to end.  Meaning we could submit

24  legal process to Google and get the contents of, you know,

25  emails.  ProtonMail, however, we wouldn't be able to get

1    email content from them.

2        Q    And is Google based in the United States?

3        A    It is.

4        Q    Is ProtonMail based in the United States?

5        A    No, I believe ProtonMail is based in Switzerland.

6        Q    And so if people were using Gmail or Yahoo Mail or

7    any other common provider to communicate, the FBI has the

8    ability to go to those providers and get the content of some

9    of those emails sometimes; is that right?

10       A    Yes, sir.

11       Q    But for ProtonMail, is that the case?

12           MR. SHIPLEY:  Objection.  This is all leading now

13   and has been asked and answered.

14           THE COURT:  It's overruled.  Go ahead.

15   BY MR. NESTLER:

16       Q    And for ProtonMail, is that the case?

17       A    Not content.  We could get low -- limited

18   information but not the contents of email messages.

19       Q    And if we could pull up on the screen, just for

20   Agent Harris, please, Government Exhibit 2020.

21           Are you familiar with bank records from --

22   regarding Kelly Meggs?

23       A    Yes, sir, I am.

24       Q    And is this a copy of one of Kelly Meggs' bank

25   records from November of 2020?

1341

```
 1        A    It is.

 2             MR. NESTLER:  The government moves into evidence

 3   Government Exhibit 2020.

 4             MS. HALIM:  No objection.

 5             MR. NESTLER:  And if we could please go to page 6,

 6   Ms. Badalament, there should be highlighting there.

 7             If you could just zoom in on the highlighted

 8   portion, please.

 9   BY MR. NESTLER:

10        Q    And on November 25th of 2020, did Kelly Meggs have

11   a charge on his Bank of American account?

12        A    Yes, sir.

13        Q    To where?

14        A    To ProtonMail.

15        Q    And where is ProtonMail based, according to this?

16        A    Switzerland.

17        Q    And what kind of charge, a one time or not?

18        A    No, this was a recurring charge, meaning usually

19   it was a monthly charge.

20        Q    And are you aware of whether ProtonMail offers

21   both paid services and free services?

22        A    I am aware of that.

23        Q    And what is the answer to that?

24        A    So through ProtonMail if you were to go and sign

25   up for their free version, you can get an email address, and
```

1    it has limitations on it such as the number of emails you

2    can send or receive in a day, the size of the storage and

3    that, but its paid versions have a lot more features.

4         Q    And if we can now go to Government Exhibit 2021,

5    just for Agent Harris, please.

6              Are you familiar with bank records from Citibank

7    for Defendant David Moerschel?

8         A    Yes, sir, I am.

9         Q    Is this a copy of one of Mr. Moerschel's bank

10   records?

11        A    It is.

12             MR. NESTLER:  The government moves into evidence

13   Government Exhibit 2021.

14             MR. WEINBERG:  No objection.

15             THE COURT:  Government 2021 and 2020 are admitted.

16             MR. NESTLER:  Thank you.

17                              (Government Exhibit 2020 and 2021
                                         received into evidence.)
18

19             MR. NESTLER:  If we could please publish to the

20   jury.

21             And if you can go to page 2, if you could just

22   zoom in on the highlighted portion, Ms. Badalament.

23   BY MR. NESTLER:

24        Q    And so on November 18th of 2020, did David

25   Moerschel, according to his Citibank records, make a payment

```
 1   to ProtonMail?

 2        A    Yes, sir.

 3        Q    What was that amount?

 4        A    $180.

 5        Q    And where, again, was ProtonMail located?

 6        A    Switzerland, Geneva.

 7        Q    If we could now go to Government Exhibit 4653,

 8   just for Agent Harris.

 9             And when you were here on Tuesday, we looked at

10   the ARIES liability waver for Joe Hackett.  Do you remember

11   that?

12        A    Yes, sir.

13        Q    And do you remember what email address Joe Hackett

14   had put down on his ARIES liability waiver?

15        A    It was johnwillow23@ProtonMail.com.

16        Q    And have you seen any other emails from

17   johnwillow23@ProtonMail.com?

18        A    I have.

19        Q    And are we looking at one of them now?

20        A    We are.

21             MR. NESTLER:  The government moves into evidence

22   Government Exhibit 4653.

23             MS. HALIM:  No objection.

24             MR. SHIPLEY:  No objection.

25             THE COURT:  4653 is admitted.
```

1                                        (Government Exhibit 4653
                                         received into evidence.)
2

3    BY MR. NESTLER:

4        Q     And so walk us through -- what's the date of this

5    email?

6        A     December 19th, 2020.

7        Q     And who is it to?

8        A     Mr. Graydon Young.

9        Q     And what kind of email address was Graydon Young

10   using?

11       A     A Gmail address.

12       Q     And, again, the FBI is able to obtain content from

13   Google from Gmail accounts; is that right?

14       A     Yes, we are.

15       Q     And then who sent the email?

16       A     Johnwillow23@ProtonMail.com.

17       Q     And what was the subject of the email?

18       A     "Test."

19       Q     And then if you could please read the content?

20       A     "I believe we only need to do this when important

21   info is at hand like locations, identities, ops planning."

22       Q     And have you seen that word before "ops"?

23       A     Yes, sir.

24       Q     What have you seen ops in the context of?

25       A     Such as the names of some of the chats that they

1   were using such as the "OK FL D.C. Op" or the

2   "D.C. Op Jan. 6" chat.  So when they were planning for what

3   they called the D.C. Op or D.C. operation.

4        Q    Okay.

5             And if we can go -- and was there a picture

6   attached to this email?

7        A    It was.

8        Q    And if we can go to the next page, which should be

9   the picture, please, Ms. Badalament.

10            And so what does this appear to be, this picture

11  attached to the mail?

12       A    It's a handwritten note.

13       Q    And is it in block print or in cursive?

14       A    This is in cursive.

15       Q    If you could please read it for us, to the extent

16  you can, Agent Harris.

17       A    "Secure comms test.

18            "Good talk tonight, guys.  Rally point in North

19  Port Charlotte at Gray's if transportation is possible.  All

20  ProtonMails.  May consider an RP that won't burn anyone."

21       Q    And that phrase "RP," have you seen that before?

22       A    Yes, sir.

23       Q    In what kind of context, and what

24  do you understand it to stand for?

25       A    I've seen it in the context of messages being

1    shared with locations, and it refers to rally point.

2        Q    And you can continue, please, after, "It won't

3    burn anyone."

4        A    Yes.

5            I'm not sure what the first word says but, "Move

6    in progress.

7            "Messages in cursive to eliminate digital reads.

8            "Plans for recruitment and meetings."

9        Q    And now, we talked earlier about Mr. --

10   Defendant Hackett's use of johnwillow23@ProtonMail.com as an

11   email address; is that right?

12       A    Yes, sir.

13       Q    Are you aware of GoToMeeting?

14       A    Yes, sir.

15       Q    And I know we talked about GoToMeeting a little

16   bit when you were here on Tuesday; is that right?

17       A    Yes, sir.

18       Q    Have you reviewed records from GoToMeeting

19   regarding Defendant Hackett?

20       A    I have.

21       Q    If we could pull up on the screen for

22   Agent Harris, please, Government's Exhibit 1526.

23            Is this a summary of some of the records from

24   GoToMeeting regarding Defendant Hackett?

25       A    Yes, sir, it is.

1    Q    And I know we went over this on Tuesday, but just

2    to remind us, when GoToMeeting produces records to the FBI,

3    can you describe the format and the volume.

4    A    Very voluminous.  Usually in Excel spreadsheets

5    with hundreds or thousands of rows and columns.

6    Q    And Government's Exhibit 1526 here, is this a

7    summary of some of those rows and some of those columns?

8    A    Yes, sir, it is.

9         MR. NESTLER:  The government moves into evidence

10   Exhibit 1526.

11        MS. HALIM:  No objection.

12        THE COURT:  All right.  1526 will be admitted.

13                        (Government's Exhibit 1526

                            received into evidence.)

14

15   BY MR. NESTLER:

16   Q    Okay.  And if we could just start with the green

17   just on these three columns here.  Perfect.

18        All right.  So, Agent Harris, in September of

19   2020, in October of 2020, and through November 9th of 2020,

20   what were the two different names that Hackett used to log

21   into GoToMeeting according to the GoToMeeting records?

22   A    Joe Hackett and Joe H.

23   Q    And what did he start using?  What was the first

24   one he used?

25   A    Joe Hackett.

1    Q    And then starting in November, what name did he

2  start using?

3    A    Joe H.

4    Q    And if we could then zoom out for a minute,

5  Ms. Badalament.

6         And then if we could zoom in on the yellow for the

7  same three columns.

8         Starting after November 9th, and remind us, on

9  November 9th, did a particular GoToMeeting occur?

10   A    Yes, there was a 125-minute GoToMeeting call.

11   Q    And is that the audio we listened to when we were

12 last here on Tuesday?

13   A    It was.

14   Q    And did the records reflect that Joe Hackett was

15 an attendee on that call?

16   A    That's correct.

17   Q    Now, after that call, the next meeting is here on

18 November 11th; is that right?

19   A    Yes, sir.

20   Q    Did Joe Hackett log in with Joe Hackett or Joe H.

21 as his log-in name to the next GoToMeeting?

22   A    No, sir, he used JW.

23   Q    And remind us, what are the first two letters of

24 John Willow?

25   A    JW.

1    Q    And what did he use to log in to the GoToMeetings

2    from November 11th through December 4th?  What name?

3    A    JW.

4    Q    And then starting there on December 4th for

5    additional messages through the end of the month of December

6    of 2020, what name did Defendant Hackett use to log in to

7    GoToMeeting?

8    A    Ahab.

9    Q    If we can log out for a second -- or zoom out for

10   a second, Ms. Badalament.  Thank you.

11         And when you mentioned VPNs earlier, you mentioned

12   something called an IP address; is that right?

13   A    Yes, sir.

14   Q    And if you could just zoom in on these

15   three columns here, please, Ms. Badalament.

16         All the way over -- well, that's fine.  That's

17   good.

18         Now, what's an IP address?

19   A    An IP address, or Internet protocol address, is

20   the address that's assigned to an Internet connection when

21   you sign up for a service with an Internet provider.

22   Q    And how, if at all, does the FBI use IP addresses

23   in its investigations to help identify and locate people?

24   A    Usually we can use subpoenas or other legal

25   process to serve to an Internet provider for a particular IP

1  address, which helps us to learn who registered that IP

2  address or what location or residence it's tied to.

3      Q    And can you explain how VPNs interact with IP

4  addresses?

5      A    So usually people can use a VPN to either hide

6  their IP address or anonymize it or conceal it by using a

7  different location to appear with that particular IP

8  address.

9      Q    And there are some -- for Hackett's records with

10 GoToMeeting, there are some IP addresses and locations here

11 for Sarasota, Florida; is that correct?

12     A    Yes, sir.

13     Q    And do you know the city and state in which

14 Hackett was residing around this time?

15     A    Sarasota, Florida.

16     Q    There are other IP addresses listed here from

17 other locations; is that right?

18     A    Yes, sir.

19     Q    And can you name some of those for us?

20     A    We see Florence.  There is Prague.  Oberlin Park.

21          I believe there were some locations in, let's see,

22 Alabama, Texas, New Jersey, Georgia, various places.

23     Q    Thank you.

24          And based on the locations in addition to

25 Sarasota, Florida, were you able to draw any conclusions as

1    part of your investigation about whether Joe Hackett was in

2    these other locations at the time he logged into

3    GoToMeeting?

4        A    Well, it didn't take much.  Just even based off

5    these records, you can see that some of the same dates or

6    very shortly after being in one place across the country or

7    across the world, the IP address is bouncing back to

8    Florida.  So it's physically impossible for someone to be in

9    those locations in a short amount of time or even on the

10   same day.

11       Q    Thank you, Agent Harris.

12            If we could zoom out again, please,

13   Ms. Badalament.

14            And if we could log in -- if we could just

15   highlight the bottom four rows or bottom six or seven rows

16   here.

17            Thank you.

18            And from the log-ins, according to GoToMeeting

19   records from September and October and November, was

20   Mr. Hackett -- what was his role when he was logging in?

21       A    During those dates, he logged in as an attendee.

22       Q    And starting on December 18th, did Mr. Hackett's

23   role in some of these GoToMeetings change in terms of how he

24   logged in and what his role was, according to the records?

25       A    Yes, he logged in as an organizer.

1    Q    Thank you.

2         Now, we can take that down, please,

3    Ms. Badalament.

4         THE COURT:  Hang on for a second, Mr. Nestler.  If

5    I could just interrupt you.

6         Ladies and gentlemen, I want to just give you the

7    instruction I gave you to remind you about summary exhibits

8    and what they are.

9         Again, these are -- summary exhibits are summaries

10   of voluminous records.  You may consider summary exhibits as

11   you would any other evidence admitted during the trial and

12   give them such weight or importance, if any, as you feel

13   they deserve.

14        Insofar as there is testimony about summary

15   exhibits, you should consider such testimony only as an aid

16   in evaluating the summary exhibit.

17        MR. NESTLER:  Thank you, Your Honor.

18   BY MR. NESTLER:

19   Q    Now, continuing on talking about defendant

20   Joseph Hackett, Agent Harris.  Did the FBI determine whether

21   Defendant Hackett had a cell phone that used AT&T's network?

22   A    We did.

23   Q    And did the FBI attempt to obtain records from

24   AT&T regarding that cell phone?

25   A    Yes, sir.

1353

```
 1        Q    What did those records show generally?

 2        A    In what regard are you referring?

 3        Q    Did they have a user name or a true name attached

 4   to those records for subscriber information?

 5        A    Yes.

 6        Q    How was the -- well, what was the type of AT&T --

 7   what was the type of log-in for that AT&T subscriber

 8   records, if you recall?

 9             Would it help to look at them?

10        A    Yes.

11        Q    Okay.

12             With the Court's brief indulgence, I'm going to

13   pull up on the screen for Agent Harris Government

14   Exhibit 2413.2.

15             And is this part of the records that AT&T provided

16   in response to a subpoena for that phone number regarding

17   Defendant Hackett?

18        A    Yes, sir, it was.

19        Q    And if you could just go -- if you could just zoom

20   in here.

21             MS. HALIM:  I do not see it on my screen.  Can we

22   get it onto mine, please.

23             MR. NESTLER:  Sure.

24             MS. HALIM:  Got it.  Thank you.

25             MR. NESTLER:  Sure.
```

1  BY MR. NESTLER:

2      Q    And do you see the contact name?

3      A    Yes, sir.

4      Q    And if we could just go up to the top, please,

5  Ms. Badalament.

6          And do you see the billing party and the financial

7  liable party?

8      A    Yes, sir.

9      Q    Does this refresh your recollection as to what

10  kind of account it was with AT&T?

11     A    Yes.  It was a TracPhone account that was using

12  AT&T's network.

13     Q    And so what's a TracPhone?

14     A    It's a prepaid phone that you can usually just buy

15  from most retailers such as Walmart, Walgreens, CVS stores.

16     Q    And so did the AT&T records have Hackett's true

17  name attached to them?

18     A    No, sir.

19     Q    Now, you can take that down, please,

20  Ms. Badalament.  Thank you.

21          And now, when an individual registers with Signal,

22  does that individual need to provide a phone number for --

23  as part of their Signal account?

24     A    Yes, you have to.

25     Q    And now did -- as far as your investigation

1    revealed, did Joe Hackett use his AT&T phone number or a

2    different phone number to access Signal?

3         A    It was a different phone number.

4         Q    Could you please explain that.

5         A    I believe the phone number was from an app that

6    was downloaded to generate a separate phone number.

7         Q    And have you seen records from a company called

8    TextMe?

9         A    Yes.

10        Q    And are you familiar with what TextMe is?

11        A    Yes.  Just as I explained, it's one of the

12   applications you can usually download to generate a phone

13   number for texting and calling purposes, so that's usually

14   not your normal phone number that's registered on your

15   cell phone provider's plan.

16        Q    And if we can pull up for Agent Harris, please,

17   Government Exhibit 2426.

18             Are these the records the government received from

19   TextMe regarding that phone number?

20        A    Yes.

21             MS. HALIM:  Again, Your Honor, I can't see it on

22   the defense screens.

23             THE COURT:  Is it just too small or it's not on

24   your screen?

25             MR. NESTLER:  It's black.

```
 1                 THE COURT:  That's all right.  I just wanted to
 2   make sure.
 3                 MS. HALIM:  Got it.  Thank you.
 4   BY MR. NESTLER:
 5       Q    And are these the records from TextMe that the
 6   government received regarding this account?
 7       A    Yes, sir.
 8                 MR. NESTLER:  The government moves into evidence
 9   Exhibit 2426.
10                 MS. HALIM:  No objection.
11                 THE COURT:  2426 will be admitted.
12                                     (Government Exhibit 2426
                                         received into evidence.)
13
14   BY MR. NESTLER:
15       Q    And what is the user name attached to this TextMe
16   account?
17       A    Johnwillow232581.
18       Q    And was there an email address attached to the
19   account?
20       A    Yes, it was johnwillow23@ProtonMail.
21       Q    Was there a true name of Joe Hackett attached to
22   this account?
23       A    No, sir.
24       Q    Thank you.  We can take that down, please,
25   Ms. Badalament.
```

1    And if we could go back to Government Exhibit

2    6777, please.

3    And if we could go down to Slide 8, I think we

4    might have left off on.

5    If we can go down one more and then the next one,

6    so it's going to be Slide 10.

7    And so we had left off on a message from -- we can

8    go back up two.

9    So this message on December 6th of 2020 from

10   Gator 6 you said was Kenneth Harrelson; is that right?

11   A    Yes, sir, that's correct.

12   Q    And what time is this message?

13   A    10:41 a.m.

14   Q    And if we can go down to the next part of the

15   message and then the next slide.

16   And so just a few seconds later also at

17   10:41 a.m., what did someone named Red Pill Patriot send to

18   the same message group?

19   A    "Loose lips sink ships."

20   Q    And then the next message, please.

21   And so about a month later on January 1st of 2021,

22   who was writing now to the "OK FL Hangout" chat?

23   A    Mr. Stewart Rhodes.

24   Q    And what is it that Stewart Rhodes sends to the

25   chat on January 1st of 2021?

1    A    "And some shit is best talked about face to face

2    over a beer, not on a chat.  Makes a big difference

3    difference."

4    Q    Thank you.

5         Now, if we can take that down, please,

6    Ms. Badalament.

7         Are you aware of other messages, mostly in

8    December of 2020, regarding people's statement of intent of

9    what they were thinking and what they planned to do

10   regarding your investigation?

11        MS. HALIM:  Objection.

12        THE COURT:  Just reframe your question, please.

13        MR. NESTLER:  Sure.

14   BY MR. NESTLER:

15   Q    Are you aware of additional -- have you reviewed

16   additional messages?

17   A    I have.

18   Q    How many additional messages?

19   A    Maybe hundreds.

20   Q    And I'm going to pull up on the screen for

21   Agent Harris Government Exhibit 6778.

22        Does this exhibit contain the content of many of

23   those messages that we talked about mostly from the December

24   2020 time frame?

25   A    Yes, sir.

1    Q    Have you compared these messages against the

2    originals from the Facebook accounts and other online

3    accounts and cell phones from which they were drawn?

4    A    I have.

5    Q    Do they appear to be accurate?

6    A    Yes, sir.

7         MR. NESTLER:  The government moves into evidence

8    Exhibit 6778.

9         MS. HALIM:  No objection.

10        THE COURT:  All right.  6778 will be admitted.

11                              (Government Exhibit 6778

                                 received into evidence.)

12

13        MR. NESTLER:  And if we could -- actually at this

14   point, Mr. Edwards, if you wouldn't mind helping with the

15   board, we're going to put up Government Exhibit 1531 just to

16   help us keep track of some of the individuals as we go

17   through these.

18   BY MR. NESTLER:

19   Q    So starting here on December 5th of 2020, who was

20   sending this message?

21   A    Bilbo, who I believe was Mr. Ulrich.

22   Q    And what state was from or which region of the

23   country?

24   A    He was part of the Southeast region.

25   Q    And where is he sending the message to?

1    A    The "GA OK general" chat, which was the Georgia

2  Oath Keepers chat.

3    Q    Okay.  And what does Ulrich or nickname Bilbo say

4  on December 5th of 2020?

5    A    "I seriously do wonder what it would take just to

6  get every patriot marching around the Capitol armed just to

7  show our government how powerless they are.  That if they

8  continue to rape our Constitution — these are the folks who

9  they will be dealing with."

10    Q    And if we can go to the next slide, please.

11          And then the next day, are we on a different chat

12  now?

13    A    Yes, this is the "OK FL Hangout."

14    Q    And what does someone named Destokes write to this

15  chat?

16    A    "If they sell out, there will be no protection to

17  the Constitution other than the citizens themselves."

18    Q    If we can go to the next slide, please.

19          And OK Gator 1, who is that?

20    A    Mr. Kelly Meggs.

21    Q    How does he then follow up to the same chat, "OK

22  FL Hangout" on December 6th?

23    A    "That would be a very, very bad thing.  There

24  would have to be repercussions."

25    Q    And if we could go to next slide, please.

1      Later that night on December 6th of 2020, Jason
2  writes to that same chat; is that correct?
3      A    Yes, sir.
4      Q    And what does Jason write?
5      A    "Everyone has different circumstances.  I've been
6  prepping my wife and daughter for the possibility of heading
7  overseas for the last couple months.  We have that option
8  but very few people do.  I'm waiting on all legal remedies
9  (from legitimate or illegitimate courts) to be solved."
10     Q    And then the next part of that message?
11     A    "I have Christmas plans with family but come the
12 new year (for me anyway) I have to be mentally prepared for
13 however far I'm willing to go to stand for America, for the
14 Constitution, for the President, and for the survival of our
15 ideals."
16     Q    And is Jason, Jason Dolan there on the chart?
17     A    That's correct.
18     Q    And if we could continue forward, please.
19          And later that night, OK Gator 1, Kelly Meggs,
20 what does he then say?
21     A    "We all have evaluated our commitment, and if
22 yours is to stand with this great lady of liberty, then
23 we will all be standing with you.  We are here for no other
24 reason.  None of us.  We're all here to make sure our
25 governments follow the Constitution of the United States of

1  America."

2      Q    And then the next part of that message?

3      A    "They don't -- they don't bend them, they twist

4  them, but we can't let them break them.  It's not our God

5  given right.  It's our God given responsibility."

6      Q    And if we can go to the next message, please.

7           Now, just a few minutes after that, 10:44 p.m.,

8  someone named Faith writes to that same chat; is that right?

9      A    Yes, sir.

10     Q    Remind us who Faith is.

11     A    Mr. Hackett.

12     Q    And what does Mr. Hackett say?

13     A    "That's a question most intelligent people would

14  have asked themselves" --

15          MS. HALIM:  Your Honor, I'm so sorry, these two

16  monitors here keep going down.  They just went blank again.

17          THE COURT:  Sorry, folks, just bear with us.

18          MR. NESTLER:  We'll make a temporary adjustment.

19          THE COURT:  Thanks, Counsel.  We'll get that taken

20  care of over the lunch break.

21  BY MR. NESTLER:

22     Q    All right.  So on the evening of December 6th of

23  2020 at 10:44 p.m., what does Faith, Joe Hackett, write to

24  this same group?

25     A    "That's the question most intelligent people would

1  have asked theirselves I imagine.  I have the opportunity to

2  take my family and bolt.  I agree with you completely, the

3  question you posed should be the one that's right for you

4  and your family.  For me, my heart is in the United States

5  where I want to freely take my child to a national park or

6  to a movie or take her fishing.  I want to do" --

7        MR. NESTLER:  And the next part of the message,

8  please, Ms. Badalament.

9    A    -- "that here.  I've also developed a bond with

10 brothers and a sister here that have had an impact on that

11 decision.  I gotta stay.  You have the chance to enjoy your

12 family in safety, and that's every man's decision.  You're

13 not alone."

14   Q    If we can go to next message, please.

15        So about 20 minutes later at -- the same night at

16 11:07 p.m., Jason Dolan then sends another message; is that

17 right?

18   A    Yes, sir.

19   Q    What does Dolan say?

20   A    "For most of my life I've been on the front lines.

21 I shouldn't be alive today.  I am here by the grace of God

22 and for no other reason.  After I retired I had many

23 opportunities to join multiple NGOs/federal agencies.

24 I declined (even though I wanted to) because my wife was

25 done with my deployments.  I'm asking her to put up with it

1  again but this time there is no coming back, no pay, no

2  awards, no homecomings, and if I'm lucky, I get a prison

3  sentence sentencing tagged with treason or a bullet from the

4  very people I would protect.  Yet I swore to defend this

5  country against all enemies foreign and domestic.  I think

6  my biggest trouble is trying to convince myself to say

7  goodbye to my family, after all they had to endure, with the

8  likelihood of never seeing them again... again."

9        Q    And if we could go to the next slide, please.

10        A few minutes later at 11:11 p.m., what does Dolan

11  continue writing?

12        A    "Sorry for the rant.  Things are getting closer to

13  the point of no return.  I can't help thinking about my

14  decisions in the coming days.  I may be dumb grunt but

15  I'm not stupid."

16        Q    If we can continue, please.

17        Three minutes later at 11:14 p.m. that same night

18  on December 6th what does Faith, Joe Hackett, write to that

19  same group?

20        A    "I'm with you man and I'm glad you put that out

21  there.  It helped me a lot to know -- hear what you said."

22        Q    And if we can go to the next slide, please.

23        And a few minutes after that that same night at

24  11:19 p.m., what does OK Gator 1, Kelly Meggs, write to the

25  group?

1    A    "Dude, stand ready but focus on that family.  Our

2  battle doesn't start with us.  Our battle ends with us.  Not

3  just OK but all of us.  The thousands of patriots in your

4  town you don't even know exist.  We have to stop acting like

5  it's just us.  It's not everyone, but there's going to be a

6  lot.

7         "If it ever happens, we have to make sure the ones

8  that stand up know what they are doing.  That's our mission.

9  Your fear needs to be your motivation.  We have more time

10  than you think but not enough.  We need to get this done.

11         "Teach your neighbors, teach your friends, teach

12  anyone that will let you teach them.  Get ready.  100 guys

13  go to prison, 1,000 guys get in a battle, 10,000 guys get in

14  a war, 72 million is a massive patriot movement.  We won't

15  go alone.  Let's prepare those going with us."

16    Q    And if we can go to the next message, please.

17         And so as we continue, what did Faith, Joe

18  Hackettt, then say?

19    A    "As I said, I'm glad you did.  We all must take

20  into account what level of commitment is in our hearts.  No

21  one can honestly say they know how this is going to play out

22  with certainty.  That unknown is a killer.  Knowing what you

23  know would make anyone wonder if they want their family to

24  endure that kind of turmoil.

25         "Having that option to go is a heavy burden.

1   I pray you find the path that is right for you, and I pray

2   the same for myself and anyone listening."

3       Q    If we could continue forward, please.

4            And now a couple of days later on December 9th of

5   2020, we were at a different chat now; is that right?

6       A    Yes, sir.

7       Q    What chat is this?

8       A    This is the "GA OK" general chat.

9       Q    And who's sending this message?

10      A    Someone named TruthSeeker69.

11      Q    And what does that individual say here on

12  December 9th of 2020?

13      A    "Request from national (Stewart Rhodes).  We're

14  going to be in D.C. this weekend.  The patriot pastors who

15  are organizing the Jericho march around the U.S. Capitol and

16  Supreme Court on Saturday have asked for our assistance with

17  security.

18           "General Flynn and his family will be there,

19  so it's important that we show up ready to help."

20      Q    You can continue on the rest of that message.

21      A    "If any of you or anyone else from your chapters

22  can make it, it would be a blessing.  Oath Keepers will

23  cover your expenses.

24           "We also welcome allied groups.  Already had some

25  Three Percenters from LA coming (from AP III, who are with

1  us in Lafayette).  Please pass the word to other

2  squared-away groups."

3       Q    And do you know what the Three Percenters are?

4       A    They're a militia group.

5       Q    And if we could continue the next page.

6            So we're in a different message chain now;

7  is that correct?

8       A    Yes, sir.

9       Q    And if you could just -- if you could highlight

10  the bottom left here for us, Ms. Badalament.

11           And earlier we were talking about Signal messages;

12  is that right?

13       A    That's correct.

14       Q    Now, here we see this letter T.  What does that

15  indicate?

16       A    These are text messages.

17       Q    And it's still from Exhibit 1; is that right?

18       A    Yes, sir.

19       Q    So whose phone is this from?

20       A    Mr. Stewart Rhodes.

21       Q    Okay.

22           And is this -- you can go back to the main

23  message, please, Ms. Badalament.  Thank you.

24           So this is a message from Stewart Rhodes to other

25  individuals; is that right?

```
 1      A     Yes, sir.

 2      Q     And one of those individuals is listed here next

 3   to his name; is that right?

 4      A     Yes, sir.

 5      Q     Who is that?

 6      A     Ms. Kellye SoRelle.

 7      Q     Okay.

 8            And what is it that Stewart Rhodes says to

 9   Kellye SoRelle and a few other individuals on December 10th

10   of 2020?

11      A     "Will insurrection or the Insurrection Act be our

12   only option?  Ha-ha.  Well played.  Though it's in

13   reverse-either Trump gets off his ass and uses the

14   Insurrection Act to defend the Chi-Com puppet coup, or we're

15   going to have to rise up in insurrection (rebellion) against

16   the Chi-Com puppet Biden.  Take your pick."

17      Q     And then someone in that same message group named

18   Greg Smith then writes a message; is that right?

19      A     Yes, sir.

20      Q     And what does Smith ask?

21      A     "Stewart, just to clarify:  Any initiative on the

22   Insurrection Act will include steps to prevent Biden or

23   Kamala from taking the oath, right?  Assist says:  Yes."

24      Q     And do you know who Kamala is?

25      A     Vice President Kamala Harris.
```

1    Q    At the time, was she Vice President-Elect?

2    A    She was.

3    Q    If we could go to the next, please.

4         And then someone in that same group named David

5    Roberts writes a message; is that right?

6    A    Yes, sir.

7    Q    What does Roberts ask?

8    A    "What is Biden's recourse, if any, under that

9    scenario?"

10    Q    Then the next message, please.

11         And how does Rhodes respond?

12    A    "Yes, of course.  Biden and Kamala would be

13    prevented from being sworn in.  They'd be arrested and

14    should be the first two indicted."

15    Q    And then how does he continue?

16    A    "You can't let traitors and communist puppets who

17    were never duly elected be sworn in."

18    Q    If we could go to the next slide, please.

19         And now the next day is December 14th of 2020.

20         Do you see that?

21    A    Yes, sir.

22    Q    And we're now back here in the "Georgia OK"

23    general chat; is that right?

24    A    Yes, sir.

25    Q    And who's sending this message?

```
 1        A    Mr. Stewart Rhodes.

 2        Q    And what does Rhodes say to the "Georgia

 3   Oath Keepers" general chat on December 14th?

 4        A    "Exactly.  I spoke at the big

 5   Stop the Steal/Jericho March on the National Mall on

 6   Saturday and said just that.  He must do it.  We are already

 7   at war with communist China and its domestic enemy proxies.

 8   He must act now so we can fight this war while he is

 9   Commander in Chief."

10        Q    If we can go to the next slide, please.  And then

11   how does Bilbo, Ryan Ulrich, you indicated, how does he

12   respond?

13        A    "Millions stand ready."

14        Q    And then the next slide.

15             And then what does Rhodes continue with?

16        A    "If he doesn't use the Insurrection Act to keep a

17   Chi-Com puppet out of the White House, then we will have to

18   fight a bloody revolution/Civil War to defeat the traitors."

19        Q    And if we can go to the next slide, please.

20             So now the -- this is the next day on

21   December 15th; is that right?

22        A    Yes, sir.

23        Q    At what time?

24        A    2:48 a.m.

25        Q    And where is Rhodes sending this message to?
```

1    A    To the "Old Leadership" chat.

2    Q    What does Rhodes tell the "Old Leadership" chat on

3   the morning of December 15th?

4    A    "Trump still needs to do as I am urging.  People

5   keep saying invoking the Insurrection Act is a last resort."

6    Q    Okay.  The next slide, please.

7         And then how does he continue in that message?

8    A    "Nonsense.  He must do it now before Jan. 6.  And

9   he needs to give the state legislators the time to decertify

10  before Jan. 6th. in at least three of those states.  Only

11  then does it go to a vote in the House based on

12  delegations."

13   Q    And if we could -- well, this date here, Jan. 6th,

14  do you know what that refers to?

15   A    January 6th, 2021.

16   Q    And if we could go to the next slide, please.

17        And now on December 18th, a couple of days after

18  that, this is Rhodes sending a text message; is that right?

19   A    Yes, sir.

20   Q    Back to that same group that includes

21  Kellye SoRelle and a few others?

22   A    Yes.

23   Q    And what does Rhodes say here?

24   A    "That's what should be happening.  But I have my

25  doubts.  I'm tired of waiting for Trump to do his damn

1   duty."

2       Q    If we can go to the next, please.

3            And now, the next day on December 19th, at

4   8:07 a.m., where is Rhodes writing to now?

5       A    The "Old Leadership" chat.

6       Q    And what does Rhodes say here to the

7   "Old Leadership" chat?

8       A    "I'll say it again.  It is a tragic mistake for

9   him to wait till Jan. 6 or after.  Congress will stab him in

10  the back.  The GOP Senate will stab him in the back.  Heck,

11  McConnell has already made that clear."

12      Q    And then the next slide, the message continues.

13      A    "You can expect it to go much like it did with the

14  SCOTUS-only 2 out of the 12 did the right thing.  Thomas and

15  Alito.  The rest turned on their duty and violated their

16  oaths.  And that included all of Trump's own nominees on the

17  Court."

18      Q    If we can go to the next message, please.

19           And how does the message continue?

20      A    "So expect only 1 out of 6 GOP in Congress,

21  especially in the Neo-Com-infested Senate to stand tall.

22  The rest will fold."

23      Q    And if we can continue to the next slide, please.

24           And now here on December 20th, at 10:46 a.m.,

25  someone named Bilbo, Brian Ulrich, sends a message; is that

1   right?

2      A    Yes, sir.

3      Q    And where is he sending this message to?

4      A    To "GA OK" general chat.

5      Q    And what does Ulrich say?

6      A    "Trump acts now, maybe a few hundred radicals die

7   trying to burn down cities.  Trump sits on his hands, Biden

8   wins, millions die resisting the death of the First and

9   Second Amendment."

10      Q    And if we can go to the next message, please.

11          And now the next day on December 21st of 2020,

12   what chat are be looking at here?

13      A    The "OK FL" Hangout.

14      Q    And who's sending this message?

15      A    Mr. Stewart Rhodes.

16      Q    What does Rhodes say?

17      A    "We need to push Trump to do his duty.  If he

18   doesn't, we will do ours.  Declare independence.  Defy.

19   Resist.  Defend.  Conquer or die.  This needs to be our

20   attitude."

21      Q    And if we can go to the next message, please.

22          How does Rhodes continue?

23      A    "Let's adopt the Q slogan of WWG1WGA, Where We Go

24   1, We Go All.

25          "We nullify together.  We defy together.  We

1  resist together.  We defend together.  They come for one of

2  us, they come for all of us."

3      Q    And then how does that message continue on the

4  next slide?

5      A    "When they come for us, we go for them.  When they

6  strike at our leaders, we strike at their leaders.  This is

7  the path of the founders.  It's what they did."

8      Q    And if we can go to the next, please.

9           And then later that night, OK Gator 1 sends a

10  message to that same group; is that right?

11      A    Yes, sir.

12      Q    And this is Kelly Meggs?

13      A    That's correct.

14      Q    And what does Kelly Meggs say at 11:37 p.m. on

15  December 21st?

16      A    "We are militia.  We don't have to play by their

17  rules.  We make the rules.  We the people."

18      Q    If we can go to the next, please.

19           Now, early the next morning, December 22nd at

20  6:38 a.m., how does Kelly Meggs continue to that same group

21  "OK FL" Hangout?

22      A    "One rule that must be abided by.  Go one, you're

23  a criminal.  Go dozens, you're a cell.  Go hundreds, you're

24  a movement.  Go thousands, you're patriots.

25           "Whatever we do, no matter how old, tired, gotta

1  work, my family needs me here, we have to do it together,

2  all of us."

3      Q    If we can go to next part of that message.

4      A    "We can't be anything but patriots or we lose."

5      Q    And if we can go to next message, please.

6           And how does he continue?

7      A    "WWG1WGA is last night's takeaway."

8      Q    And now if we can go to the next message, please,

9  Ms. Badalament.

10          Now, later that morning on December 22nd of 2020

11  at 7:17 a.m., there's another message; is that right?

12     A    Yes, sir.

13     Q    And who sends this message?

14     A    Mr. Moerschel.

15     Q    And is he saved in Rhodes' phone with just a phone

16  number?

17     A    Yes, sir.

18     Q    Okay.

19          And this is also to the "OK FL Hangout" chat?

20     A    That's correct.

21     Q    And what does Defendant Moerschel send?

22     A    It is a link to an article.

23     Q    And where is the article?  What's the website?

24     A    ZeroHedge.com.

25     Q    And have you gone to that link?

```
 1        A     I have.

 2        Q     If we could now pull up 6778.1.  Is this the

 3   article?

 4        A     Yes, sir, it is.

 5              MR. NESTLER:  Government moves to admit 6778.1

 6   into evidence.

 7              MR. WEINBERG:  No objection.

 8              THE COURT:  All right.  6778.1 will be admitted.

 9                             (Government Exhibit 6778.1
                                  received into evidence.)
10

11   BY MR. NESTLER:

12        Q     And what is the -- is this a lengthy article?

13        A     Very.

14        Q     Okay.  What's the title of the article?

15        A     "The New Confederacy.  Yes, it's time for

16   conservatives to unite against the globalist reset."

17              MR. NESTLER:  If we can go back to 6778, please,

18   Ms. Badalament.

19   BY MR. NESTLER:

20        Q     And if we can go to the next slide after Moerschel

21   sends that message.

22              What does Kelly Meggs, OK Gator 1, say?

23        A     "Raise the battle flags."

24        Q     And the next message, please.

25              How does Moerschel continue?
```

1    A    Longest article, but worthy read.  Suggests we

2 form a new confederacy.  Agrees that martial law is a bad

3 idea.

4    Q    If we can go to the next message, please.

5         A couple hours later at 9:16 a.m. that same

6 morning, December 22nd, what does OK Gator 1, Kelly Meggs,

7 say to the same group?

8    A    "It's to see chat here.  The real question is

9 who's willing to die.  That's what the patriots did by the

10 thousands.  We are worried about getting the day off."

11    Q    If we can go to the next message, please.

12         And now, we've moved away from the "OK FL

13 Hangout"; is that correct?

14    A    Yes, sir.

15    Q    And what are we looking at here?

16    A    This was a post made to Parler.

17    Q    And you see here on the bottom left, that

18 Exhibit 2053, does that indicate records obtained from

19 Parler for Don Siekerman?

20    A    That's correct.

21    Q    And can you describe what Parler is for us?

22    A    It's just a social media website.  I believe it

23 calls itself a conservative site, so it's similar to

24 Twitter.

25    Q    And this individual, Don Siekerman, is he up there

1  on the board?

2       A    Yes, at the very top.

3       Q    Okay.

4            And this is a post.  Can you just briefly describe

5  what posts and comments and messages are on Parler?

6       A    Yes, similar to Facebook where you can make a post

7  and people can interact and comment on that post.

8       Q    And so in this Parler post on December 24th of

9  2020 at 5:47 p.m., what is it that Siekerman wrote?

10      A    "Fellow patriots.  Are we going to let all of

11 those past sacrifices of our forefathers, our own friends,

12 our own sons and daughters slip between our fingers or are

13 you going to put forth some real effort to maintain our

14 freedoms?  It may cost you something, effort, time, money,

15 maybe even everything you have, including your life, or are

16 you going to sit there and bitch about it?"

17      Q    And then the next slide, please.

18           Now, that was on December 24th, right?

19      A    Yes, sir.

20      Q    So the next day is what?

21      A    December 25th.

22      Q    Any importance on December 25th?

23      A    Christmas.

24      Q    Okay.

25           So on Christmas at 4:45 p.m., someone named Aaron

1    sends a post to the "OK FL Hangout" chat; is that right?

2        A    Yes, sir.

3        Q    And what does Aaron write?

4        A    It is a link to an article from naturalnews.com.

5        Q    Have you gone to that link?

6        A    Yes, sir, I have.

7        Q    And if we could now pull up 6778.2, is this the

8    article?

9        A    It is.

10            MR. NESTLER:  The government moves 6778.2 into

11   evidence.

12            MS. HALIM:  No objection.

13            THE COURT:  6778.2 is admitted.

14                                (Government Exhibit 6778.2
                                     received into evidence.)
15

16            MR. NESTLER:  If we could just highlight the

17   paragraph starting with "Short Summary," please,

18   Ms. Badalament.

19   BY MR. NESTLER:

20       Q    Is this also an article that spans several pages,

21   Agent Harris?

22       A    Yes, sir.

23       Q    If you could read for us what was written here on

24   the first page?

25       A    "The short summary is that if this election

 1  situation is not resolved on January 6th, all hell is going

 2  to break loose across America.  The obvious, overwhelming

 3  election theft by enemies of America will simply not be

 4  tolerated by patriots.  It's already apparent that literally

 5  millions of Americans are on the verge of activating their

 6  Second Amendment duty to defeat tyranny and save the

 7  republic, even if it means possibly dying in the process."

 8          MR. NESTLER:  And if we could go back to 6778,

 9  please, Ms. Badalament.

10  BY MR. NESTLER:

11      Q    And after Aaron sends this message at 4:45 p.m.,

12  if we can go to the next message, please, what does he

13  write?

14      A    "Take heed."

15      Q    And then the next slide, please.

16          What does OK Gator 1, Kelly Meggs, write at

17  5:18 p.m. on Christmas Day?

18      A    "Great article to post here cat daddy.  Time for a

19  gut check from everyone in this room.  If this is our

20  course, where do you fit in?  This is where we are, we have

21  been invaded.  Patriots are going to stand and we have to

22  lead them.  Make sure you are really ready, not just

23  talking.  The country is going to need us."

24      Q    If we can go to the next slide, please.

25          And then someone named GenX responds; is that

```
1    right?

2         A    Yes, sir.

3         Q    And is GenX on the board over here?

4         A    This is Mr. Graydon Young.

5         Q    Okay.

6              If you could just point him out so everyone can

7    see him.

8         A    Right here.

9         Q    You pointed to Graydon Young on the bottom left

10   portion of the board.

11             What does Graydon Young, GenX, write to that same

12   group?

13        A    'We need much larger numbers PDQ," which means

14   pretty darn quick.

15        Q    And if we can go to next message, please.

16             How does OK Gator 1, Kelly Meggs, respond?

17        A    "We have millions."

18        Q    And then the next message.

19        A    "Once they see it start."

20        Q    And then the next message, how does he then

21   continue?

22        A    "We need to wait patiently and then be the

23   leaders."

24        Q    And then if we go to the next message, please.

25             Then Gator responds.  Can you remind us who Gator
```

1    is.

2         A    Mr. Kenneth Bittner.

3         Q    And is he over there on the chart?

4         A    Yes, he is.

5         Q    Can you just generally point out where he is?

6         A    Here.

7         Q    So he's on the far right side of the chart under

8    the Quick Reaction Force section?

9         A    Yes, sir, that's correct.

10        Q    And what is it that Bittner writes?

11        A    "If this election situation is not resolved on

12   January 6th, all hell is going to break loose across

13   America.  So resolved which way?  In my honest opinion,

14   either way is going to set it off."

15        Q    He write IMHO, right?

16        A    That's correct.

17        Q    And are there quotation marks in some of this

18   message?

19        A    Yes.

20        Q    Could you tell what -- where these quotes were

21   taken from?

22        A    From the article that had just been posted.

23             MR. NESTLER:  And if we could go to next message,

24   please, and you can zoom out a little bit, please,

25   Ms. Badalament.

1  BY MR. NESTLER:

2      Q    And so I'm going to go back to that stipulation I

3  had been reading before, which is Government Exhibit 3050.

4  It says:  The FBI obtained forensic images acquisitions of

5  the data from the following phones, and that is on

6  November 5th and 23rd of '21, Government Exhibit 51, a

7  SanDisk flash drive provided by Paul Taylor containing

8  screenshots of the 'D.C. Op January 6, '21' Signal chat.

9          And then Government Exhibit 52 is a SanDisk flask

10 drive provided by Paul Taylor containing pictures and videos

11 regarding January 6th.

12         And before we read the message so just so we're

13 clear, when the FBI obtains Signal data off of a phone, is

14 that the com- -- always the complete Signal thread or chat?

15     A    No, sir.

16     Q    And why not?

17     A    It all depends on -- it's based off the phone of

18 when that person joined the chat or if messages have been

19 deleted or altered -- well, not altered but usually deleted.

20     Q    And so did the FBI recover from certain

21 individuals the same chat from different time periods?

22     A    Yes.

23     Q    And so sometimes are there messages from some

24 people's phones that don't exist in other people's phones?

25     A    That's correct.

1     Q    Okay.  So we're looking at here a message from

2     Paul Taylor's phone but it's the same chat group we talked

3     about earlier; is that right?

4     A    Yes, sir.

5     Q    That's "D.C. Op Jan 6th, '21"?

6     A    That's correct.

7     Q    And what is that OK Gator 1, Kelly Meggs, wrote on

8     December 28th of 2020 at 12:33 p.m.?

9     A    "Two reasons to go to D.C.  No. 1, celebrate

10    republic is saved.  No. 2, Trump is one of them and the

11    mission becomes a more critical and important with

12    repercussions beyond imagination."

13    Q    Thank you, Agent Harris.

14         MR. NESTLER:  I have no further questions,

15    Your Honor.

16         THE COURT:  Okay.  Just a quick instruction,

17    ladies and gentlemen.

18         With respect to the articles that you've just seen

19    that were attached to these messages, those articles are not

20    be admitted for the truth of what the articles contain, but

21    rather being presented to you for the fact that they were

22    sent and the effect on the listener of the article -- the

23    sender of the article and anyone that may have actually

24    reviewed the article, okay?

25         All right.  Well, instead of getting started with

1    cross-examination, why don't we go ahead and take our lunch

2    break now.  It's 12:20.  We will resume at 1:20.  Have a

3    good lunch break, everybody.  We'll see you shortly.

4              COURTROOM DEPUTY:  All rise.

5              (Jury exited the courtroom.)

6              THE COURT:  Agent Harris, same instruction about

7    your testimony.  We'll see you shortly.

8              Anything we need to discuss before lunch?

9              MR. EDWARDS:  No, Your Honor.

10             THE COURT:  All right.  We'll see you in about an

11   hour.

12             COURTROOM DEPUTY:  This court stands in recess.

13             (Recess from 12:21 p.m. to 1:20 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__December 15, 2022____    

                    William P. Zaremba, RMR, CRR

**BY MR. NESTLER:**
**[26]** 1326/15 1327/13
1328/6 1328/16 1332/6
1332/23 1334/5
1336/14 1337/5
1340/15 1341/9
1342/23 1344/3
1347/15 1352/18
1354/1 1356/4 1356/14
1358/14 1359/18
1362/21 1376/11
1376/19 1379/19
1380/10 1383/1

**COURTROOM**
**DEPUTY: [5]** 1325/2
1325/4 1325/23 1385/4
1385/12

**MR. EDWARDS: [1]**
1385/9

**MR. NESTLER: [34]**
1327/12 1328/5
1331/10 1331/19
1332/3 1332/15
1332/20 1334/4
1336/12 1337/3 1341/2
1341/5 1342/12
1342/16 1342/19
1343/21 1347/9
1352/17 1353/23
1353/25 1355/25
1356/8 1358/13 1359/7
1359/13 1362/18
1363/7 1376/5 1376/17
1379/10 1379/16
1380/8 1382/23
1384/14

**MR. PEED: [7]** 1329/1
1329/3 1329/7 1329/20
1329/25 1330/8 1331/7

**MR. SHIPLEY: [2]**
1340/12 1343/24

**MR. WEINBERG: [2]**
1342/14 1376/7

**MS. HALIM: [15]**
1327/9 1327/16
1328/14 1341/4
1343/23 1347/11
1353/21 1353/24
1355/21 1356/3
1356/10 1358/11
1359/9 1362/15
1379/12

**THE COURT: [36]**
1325/3 1325/18
1325/25 1327/10
1327/17 1328/15
1329/2 1329/4 1329/6
1329/11 1329/23
1330/5 1330/13 1331/9
1331/15 1331/20
1332/4 1332/17 1334/1
1340/14 1342/15
1343/25 1347/12
1352/4 1355/23 1356/1
1356/11 1358/12
1359/10 1362/17
1362/19 1376/8

1385/6 1385/10

**THE WITNESS: [1]**
1327/18

**$**

**$180 [1]** 1343/4

**'**

**'21 [2]** 1383/6 1384/5
**'21' [1]** 1383/8
**'D.C [1]** 1383/8
**'We [1]** 1381/13

**1**

**1,000 [1]** 1365/13
**10 [2]** 1326/25 1357/6
**10,000 [1]** 1365/13
**100 [1]** 1365/12
**10:41 [1]** 1357/13
**10:41 a.m [1]** 1357/17
**10:44 [2]** 1362/7
1362/23
**10:46 [1]** 1372/24
**10th [1]** 1368/9
**11 [1]** 1325/8
**114 [1]** 1323/16
**1150 [1]** 1323/20
**11:00 [1]** 1322/6
**11:07 [1]** 1363/16
**11:11 [1]** 1364/10
**11:14 [1]** 1364/17
**11:19 [1]** 1364/24
**11:37 [1]** 1374/14
**11th [2]** 1348/18
1349/2
**12 [2]** 1336/15 1372/14
**125-minute [1]**
1348/10
**12:20 [1]** 1385/2
**12:21 [1]** 1385/13
**12:33 [1]** 1384/8
**1341 [1]** 1323/4
**14th [2]** 1369/19
1370/3
**15 [4]** 1322/4 1322/5
1325/5 1386/7
**1526 [5]** 1346/22
1347/6 1347/10
1347/12 1347/13
**1531 [1]** 1359/15
**1532 [1]** 1323/11
**15th [2]** 1370/21
1371/3
**1775 [1]** 1323/20
**18th [3]** 1342/24
1351/22 1371/17
**19129 [1]** 1323/7
**19th [3]** 1336/23
1344/6 1372/3
**1:20 [2]** 1385/2
1385/13
**1st [2]** 1357/21
1357/25

**2**

**20 [1]** 1363/15
**20006 [1]** 1323/21
**202 [2]** 1322/17

**2020 [31]** 1333/2
1333/11 1336/23
1338/24 1340/20
1340/25 1341/3
1341/10 1342/15
1342/17 1342/24
1344/6 1347/19
1347/19 1347/19
1349/6 1357/9 1358/8
1358/24 1359/19
1360/4 1361/1 1362/23
1366/5 1366/12
1368/10 1369/19
1373/11 1375/10
1378/9 1384/8
**2021 [7]** 1342/4
1342/13 1342/15
1342/17 1357/21
1357/25 1371/15
**2022 [2]** 1322/5 1386/7
**2053 [1]** 1377/18
**20579 [1]** 1322/17
**20th [1]** 1372/24
**215-300-3229 [1]**
1323/8
**21st [1]** 1373/11
1374/15
**22-15 [2]** 1322/4
1325/5
**228-1341 [1]** 1323/4
**22nd [3]** 1374/19
1375/10 1377/6
**239 [1]** 1323/12
**23rd [1]** 1383/6
**2413.2 [1]** 1353/14
**2426 [4]** 1355/17
1356/9 1356/11
1356/12
**24th [2]** 1378/8
1378/18
**252-7277 [1]** 1322/17
**25th [3]** 1341/10
1378/21 1378/22
**265 [1]** 1323/15
**28th [1]** 1384/8
**2:48 [1]** 1370/24

**3**

**3050 [1]** 1383/3
**3229 [1]** 1323/8
**337-9755 [1]** 1323/12
**33901 [1]** 1323/12
**33950 [1]** 1323/6
**3580 [1]** 1323/7

**4**

**4653 [4]** 1343/7
1343/22 1343/25
1344/1
**4:45 [2]** 1378/25
1380/11
**4th [2]** 1349/2 1349/4

**5**

**51 [1]** 1383/6
**52 [1]** 1383/9
**575-8000 [1]** 1323/17

**5:47 [1]** 1378/9
**5th [3]** 1359/19 1360/4
1383/6

**6**

**601 [1]** 1322/16
**6767 [1]** 1332/8
**6776 [1]** 1326/23
**6777 [4]** 1332/16
1332/17 1332/18
1357/2
**6778 [6]** 1358/21
1359/8 1359/10
1359/11 1376/17
1380/8
**6778.1 [4]** 1376/2
1376/5 1376/8 1376/9
**6778.2 [4]** 1379/7
1379/10 1379/13
1379/14
**6:38 a.m [1]** 1374/20
**6th [14]** 1338/24
1339/6 1357/9 1360/22
1361/1 1362/22
1364/18 1371/10
1371/13 1371/15
1380/1 1382/12
1383/11 1384/5

**7**

**702 [1]** 1329/9
**72 million [1]** 1365/14
**7277 [1]** 1322/17
**745 [1]** 1323/3
**7:17 [1]** 1375/11
**7th [1]** 1333/2

**8**

**8000 [1]** 1323/17
**808 [1]** 1323/4
**808Shipleylaw [1]**
1323/5
**8:07 a.m [1]** 1372/4

**9**

**919-9491 [1]** 1323/21
**941 [1]** 1323/17
**9491 [1]** 1323/21
**96734 [1]** 1323/4
**9755 [1]** 1323/12
**9:16 [1]** 1377/5
**9th [5]** 1347/19 1348/8
1348/9 1366/4 1366/12

**A**

**a.m [9]** 1322/6 1357/13
1357/17 1370/24
1372/4 1372/24
1374/20 1375/11
1377/5
**Aaron [3]** 1378/25
1379/3 1380/11
**abided [1]** 1374/22
**ability [1]** 1340/8
**able [4]** 1338/8
1339/25 1344/12
1350/25
**about [23]** 1327/1

1336/15 1338/7 1346/9
1346/15 1351/1 1352/7
1352/14 1352/19
1357/21 1358/1
1358/23 1363/15
1364/13 1367/11
1377/10 1378/16
1384/3 1385/6 1385/10
**above [1]** 1386/4
**above-titled [1]** 1386/4
**absolutely [2]** 1335/11
1338/14
**access [2]** 1335/22
1355/2
**according [5]** 1341/15
1342/25 1347/21
1351/18 1351/24
**account [12]** 1335/2
1335/4 1339/8 1341/11
1354/10 1354/11
1354/23 1356/6
1356/16 1356/19
1356/22 1365/20
**accounts [4]** 1332/13
1344/13 1359/2 1359/3
**accurate [1]** 1359/5
**acquisitions [1]**
1383/4
**across [4]** 1351/6
1351/7 1380/2 1382/12
**act [6]** 1368/11
1368/14 1368/22
1370/8 1370/16 1371/5
**acting [1]** 1365/4
**activating [1]** 1380/5
**acts [1]** 1373/6
**actually [3]** 1338/8
1359/13 1384/23
**addition [2]** 1328/9
1350/24
**additional [4]** 1349/5
1358/15 1358/16
1358/18
**address [22]** 1334/19
1334/20 1334/20
1336/4 1336/5 1336/5
1341/25 1343/13
1344/9 1344/11
1346/11 1349/12
1349/18 1349/19
1349/19 1349/20
1350/1 1350/2 1350/6
1350/8 1351/7 1356/18
**addresses [4]** 1349/22
1350/4 1350/10
1350/16
**adjustment [1]**
1362/18
**admit [1]** 1376/5
**admitted [10]** 1324/10
1342/15 1343/25
1347/12 1352/11
1356/11 1359/10
1376/8 1379/13
1384/20
**adopt [1]** 1373/23
**affiliation [1]** 1327/20

**A**

after [12] 1346/2
1348/8 1348/17 1351/6
1362/7 1363/22 1364/7
1364/23 1371/17
1372/9 1376/20
1380/11
afternoon [1] 1326/24
again [11] 1326/16
1343/5 1344/12
1351/12 1352/9
1355/21 1362/16
1364/1 1364/8 1364/8
1372/8
against [4] 1359/1
1364/5 1368/15
1376/16
agencies [1] 1363/9
agent [23] 1325/20
1326/22 1327/15
1328/10 1329/16
1332/7 1332/10
1332/24 1335/6
1340/20 1342/5 1343/8
1345/16 1346/22
1347/18 1351/11
1352/20 1353/13
1355/16 1358/21
1379/21 1384/13
1385/6
Agent Harris [17]
1326/22 1332/7
1332/10 1332/24
1340/20 1342/5 1343/8
1345/16 1346/22
1347/18 1351/11
1352/20 1353/13
1358/21 1379/21
1384/13 1385/6
Agent Harris' [1]
1325/20
Agent's [1] 1326/6
ago [1] 1335/24
agree [1] 1363/2
Agrees [1] 1377/2
Ahab [1] 1349/8
ahead [3] 1329/6
1340/14 1385/1
aid [1] 1352/15
AL [1] 1322/6
Alabama [1] 1350/22
Alexander [1] 1325/9
Alexandra [1] 1322/14
Alito [1] 1372/15
alive [1] 1363/21
all [36] 1325/2 1325/16
1325/25 1326/5
1337/13 1337/13
1339/14 1340/12
1345/19 1347/12
1347/18 1349/16
1349/22 1356/1
1359/10 1361/8
1361/21 1361/23
1361/24 1362/22
1364/5 1364/7 1365/3
1365/19 1372/16
1373/24 1374/2 1375/2

1382/12 1383/17
1384/25 1385/4
1385/10
allied [1] 1366/24
allowing [1] 1328/2
alone [2] 1363/13
1365/15
already [5] 1339/9
1366/24 1370/6
1372/11 1380/4
also [6] 1337/6
1357/16 1363/9
1366/24 1375/19
1379/20
altered [2] 1383/19
1383/19
always [1] 1383/14
am [7] 1327/7 1332/11
1340/23 1341/22
1342/8 1363/21 1371/4
Amendment [2] 1373/9
1380/6
AMERICA [7] 1322/3
1325/5 1361/13 1362/1
1380/2 1380/3 1382/13
American [1] 1341/11
Americans [1] 1380/5
AMIT [1] 1322/9
among [1] 1329/14
amount [2] 1343/3
1351/9
analogize [1] 1332/1
anchoring [1] 1330/3
anchors [1] 1329/22
Angela [2] 1323/6
1325/12
angiehalim [1] 1323/8
anonymize [2] 1335/17
1335/18 1350/6
anonymize the [1]
1335/18
anonymize your [1]
1335/17
another [3] 1336/20
1363/16 1375/11
answer [1] 1341/23
answered [1] 1340/13
any [11] 1330/1
1332/17 1340/7
1343/16 1350/25
1352/11 1352/12
1366/21 1368/21
1369/8 1378/22
anyone [8] 1337/1
1345/20 1346/3
1365/12 1365/23
1366/2 1366/21
1384/23
anything [3] 1337/1
1375/4 1385/8
anyway [1] 1361/12
AP [1] 1366/25
AP III [1] 1366/25
app [1] 1355/5
apparent [1] 1380/4
appear [5] 1333/24
1335/19 1345/10

APPEARANCES [2]
1322/13 1322/19
applications [1]
1355/12
appropriate [1] 1331/5
are [63] 1325/16
1325/20 1326/18
1327/6 1327/14
1327/15 1327/18
1328/13 1332/9 1334/6
1334/13 1335/16
1336/3 1336/25
1338/14 1339/17
1340/21 1341/20
1342/6 1342/15
1343/19 1343/20
1344/14 1346/13
1348/23 1350/9
1350/10 1350/16
1352/8 1352/9 1352/9
1353/2 1355/10
1355/18 1356/5 1358/7
1358/15 1360/7 1360/8
1360/11 1361/23
1364/12 1365/8
1366/15 1366/25
1367/3 1367/16 1370/6
1373/12 1374/16
1377/10 1377/15
1378/5 1378/10
1378/12 1378/15
1380/5 1380/20
1380/21 1380/22
1382/17 1383/23
1384/19
ARIES [2] 1343/10
1343/14
armed [1] 1360/6
around [3] 1350/14
1360/6 1366/15
arrested [1] 1369/13
article [14] 1375/22
1375/23 1376/3
1376/12 1376/14
1377/1 1379/4 1379/8
1379/20 1380/18
1382/22 1384/22
1384/23 1384/24
articles [1] 1384/18
1384/19 1384/20
as [37] 1326/10
1327/15 1328/1
1328/1 1328/25
1330/9 1330/15 1333/5
1333/6 1333/15
1334/12 1334/15
1335/6 1337/14
1339/21 1342/1
1344/25 1345/1
1346/10 1348/21
1350/25 1351/21
1351/25 1352/10
1352/12 1352/14
1352/15 1354/9
1354/15 1354/23
1354/25 1354/25
1355/11 1359/16

1371/4
ask [3] 1333/13
1368/20 1369/7
asked [5] 1331/17
1340/13 1362/14
1363/1 1366/16
asking [2] 1330/10
1363/25
ass [1] 1368/13
assigned [1] 1349/20
assist [2] 1333/16
1368/23
assistance [1] 1366/16
attached [9] 1335/5
1345/6 1345/11 1353/3
1354/17 1356/15
1356/18 1356/21
1384/19
attempt [2] 1334/10
1352/23
attempting [1] 1335/7
attendee [2] 1348/15
1351/21
attitude [1] 1373/20
ATTORNEY'S [1]
1322/16
audio [2] 1329/18
1348/11
Avenue [1] 1323/15
awards [1] 1364/2
aware [6] 1338/16
1341/20 1341/22
1346/13 1358/7
1358/15
away [2] 1367/2
1377/12

**B**

back [14] 1326/2
1333/8 1351/7 1357/1
1357/8 1364/1 1367/22
1369/22 1371/20
1372/10 1372/10
1376/17 1380/8 1383/2
background [1]
1333/17
bad [2] 1360/23 1377/2
Badalament [24]
1326/23 1332/7
1336/13 1337/4 1341/6
1342/22 1345/9 1348/5
1349/10 1349/15
1351/13 1352/3 1354/5
1354/20 1356/25
1358/6 1363/8 1367/10
1367/23 1375/9
1376/18 1379/18
1380/9 1382/25
bank [5] 1340/21
1340/24 1341/11
1342/6 1342/9
based [10] 1329/13
1330/25 1340/2 1340/4
1340/5 1341/15
1350/24 1351/4
1371/11 1383/17
battle [4] 1365/2

1376/23
be [51] 1325/3 1325/25
1326/4 1328/1 1330/17
1331/11 1333/4
1333/24 1334/2 1335/9
1335/10 1336/24
1339/25 1341/6 1345/8
1345/10 1347/12
1351/8 1356/11 1357/6
1359/5 1359/10 1360/9
1360/16 1360/23
1360/24 1361/9
1361/12 1361/23
1364/14 1365/5 1365/9
1366/14 1366/18
1366/22 1368/11
1369/12 1369/13
1369/14 1369/17
1371/24 1373/12
1373/19 1374/22
1375/4 1376/8 1380/3
1381/22 1384/20
bear [1] 1362/7
because [3] 1331/16
1336/9 1363/24
becomes [1] 1384/11
been [9] 1326/9 1338/6
1340/13 1361/5
1363/20 1380/21
1382/22 1383/3
1383/18
beer [1] 1358/2
before [10] 1322/9
1335/13 1336/3
1344/22 1345/21
1371/8 1371/10 1383/3
1383/12 1385/5
being [7] 1328/9
1335/19 1336/16
1345/25 1351/6
1369/13 1384/21
believe [7] 1331/10
1340/5 1344/20
1350/21 1355/5
1359/21 1377/22
Bench [1] 1329/5
bend [1] 1362/3
besides [1] 1338/15
best [1] 1358/1
between [1] 1378/12
beyond [1] 1384/12
Biden [4] 1368/16
1368/22 1369/12
1373/7
Biden's [1] 1369/8
big [2] 1358/2 1370/4
biggest [1] 1364/6
Bilbo [4] 1359/21
1360/3 1370/11
1372/25
billing [1] 1354/6
bio [1] 1359/16
bit [2] 1346/16 1382/24
bitch [1] 1378/16
bits [1] 1336/10
Bittner [5] 1336/19

**B**

Bittner... [4] 1336/22 1337/18 1382/2 1382/10
black [1] 1355/25
blank [1] 1362/16
blessing [1] 1366/22
block [1] 1345/13
bloody [1] 1370/18
board [4] 1359/15 1378/1 1381/3 1381/10
bolt [1] 1363/2
bond [1] 1363/9
both [1] 1341/21
bottom [5] 1351/15 1351/15 1367/10 1377/17 1381/9
bouncing [1] 1351/7
Box [1] 1323/3
break [7] 1328/4 1362/4 1362/20 1380/2 1382/12 1385/2 1385/3
Brian [1] 1372/25
brief [1] 1353/12
briefly [1] 1378/4
bringing [1] 1330/3
brothers [1] 1363/10
BROWN [2] 1323/11 1323/14
bsrlegal.com [2] 1323/13 1323/17
bullet [1] 1364/3
burden [1] 1365/25
burn [3] 1345/20 1346/3 1373/7
buy [1] 1354/14

**C**

call [5] 1336/25 1337/12 1348/10 1348/15 1348/17
called [4] 1337/2 1345/3 1349/12 1355/7
calling [1] 1355/13
calls [2] 1338/20 1377/23
can [93]
can't [5] 1355/21 1362/4 1364/13 1369/16 1375/4
Cape [1] 1337/14
Capitol [2] 1360/6 1366/15
care [1] 1362/20
careful [1] 1336/24
carrier [3] 1334/18 1334/24 1334/25
case [7] 1325/5 1329/21 1330/14 1330/23 1331/4 1340/11 1340/16
cases [8] 1327/23 1328/10 1328/14 1328/17 1328/19 1328/19 1328/20 1332/2
cat [1] 1380/18
celebrate [1] 1384/9

**C (continued)**

cell [6] 1334/18 1352/21 1352/24 1355/15 1359/3 1374/23
cell phone [4] 1334/18 1352/21 1352/24 1355/15
certain [3] 1327/21 1334/11 1383/20
certainty [1] 1365/22
certify [1] 1386/2
chain [1] 1367/6
chance [2] 1338/14 1363/11
change [1] 1351/23
chapters [1] 1366/21
charge [4] 1341/11 1341/17 1341/18 1341/19
Charlotte [1] 1345/19
chart [3] 1361/16 1382/3 1382/7
chat [35] 1333/14 1336/16 1336/23 1337/7 1338/2 1345/2 1357/22 1357/25 1358/2 1360/1 1360/2 1360/11 1360/15 1360/21 1361/2 1362/8 1366/5 1366/7 1366/8 1369/23 1370/3 1371/1 1371/2 1372/5 1372/7 1373/4 1373/12 1375/19 1377/8 1379/1 1383/8 1383/14 1383/18 1383/21 1384/2
chats [1] 1344/25
check [1] 1380/19
Chi [3] 1368/14 1368/16 1370/17
Chi-Com [3] 1368/14 1368/16 1370/17
Chief [1] 1370/9
child [1] 1363/5
China [1] 1370/7
Chris [1] 1333/13
Christmas [4] 1361/11 1378/23 1378/25 1380/17
circumstances [1] 1361/5
Citibank [2] 1342/6 1342/25
cities [1] 1373/7
citizens [1] 1360/17
city [1] 1350/13
Civil [1] 1370/18
clarify [1] 1368/21
clear [2] 1372/11 1383/13
CLINTON [1] 1323/19
clintonpeed.com [1] 1323/22
closer [1] 1364/12
co [1] 1330/21
co-conspirator [1] 1330/21

**C (continued)**

columns [5] 1347/5 1347/7 1347/17 1348/7 1349/15
com [5] 1368/14 1368/16 1370/17 1372/21 1383/14 1385/25
come [6] 1325/22 1330/7 1361/11 1374/1 1374/2 1374/5
coming [5] 1330/6 1337/13 1364/1 1364/14 1366/25
Commander [1] 1370/9
comment [1] 1378/7
comments [1] 1378/5
commit [1] 1337/13
commitment [2] 1361/21 1365/20
common [1] 1340/7
comms [1] 1345/17
communicate [1] 1340/7
communicating [2] 1338/15 1338/16
communication [1] 1338/13
communications [3] 1329/12 1329/14 1339/9
communist [2] 1369/16 1370/7
company [1] 1355/7
compared [2] 1332/12 1359/1
complete [1] 1383/14
completely [1] 1363/2
conceal [4] 1335/7 1335/17 1335/18 1350/6
conclusions [1] 1350/25
conduct [1] 1332/1
confederacy [2] 1376/15 1377/2
conference [1] 1329/5
conflicting [1] 1336/10
Congress [2] 1372/9 1372/20
connected [1] 1335/20
connection [3] 1335/17 1335/19 1349/20
connor [3] 1323/10 1323/13 1325/13
Conquer [1] 1373/19
conservative [1] 1377/23
conservatives [1] 1376/16
consider [4] 1328/1 1345/20 1352/10 1352/15
considered [1] 1326/4
consistent [1] 1331/2
conspiracy [1] 1329/16

**C (continued)**

1330/21
conspiring [1] 1337/2
Constitution [4] 1360/8 1360/17 1361/14 1361/25
contact [1] 1354/2
contain [2] 1358/22 1384/20
containing [2] 1383/7 1383/10
content [6] 1340/1 1340/8 1340/17 1344/12 1344/19 1358/22
contents [2] 1339/24 1340/18
context [7] 1328/17 1330/17 1330/21 1333/22 1344/24 1345/23 1345/25
continue [21] 1325/20 1346/2 1360/8 1361/18 1364/11 1364/16 1365/17 1366/3 1366/20 1367/5 1369/15 1370/15 1371/7 1372/19 1372/23 1373/22 1374/3 1374/20 1375/6 1376/25 1381/21
continued [3] 1323/1 1326/7 1326/12
continues [1] 1372/12
continuing [1] 1352/19
conversation [1] 1329/9
convince [1] 1364/6
copy [2] 1340/24 1342/9
correct [20] 1333/21 1334/7 1336/21 1338/2 1348/16 1350/11 1357/11 1361/2 1361/17 1367/7 1367/13 1374/13 1375/20 1377/13 1377/20 1382/9 1382/16 1383/25 1384/6 1386/3
cost [1] 1378/14
could [54] 1326/4 1326/22 1332/22 1334/16 1334/17 1334/20 1336/4 1336/6 1336/12 1339/23 1340/17 1340/19 1341/5 1341/7 1342/19 1342/21 1343/7 1344/19 1345/15 1346/21 1347/16 1348/4 1348/6 1349/14 1351/12 1351/14 1351/14 1352/5 1353/19 1353/19 1354/4 1355/4 1357/1 1357/3 1359/13 1360/25 1361/18

**C (continued)**

1366/3 1367/5 1367/9 1367/9 1369/3 1369/18 1371/13 1371/16 1376/2 1379/7 1379/16 1379/23 1380/8 1381/6 1382/20 1382/23
counsel [2] 1330/9 1362/19
country [4] 1351/6 1359/23 1364/5 1380/23
coup [1] 1368/14
couple [6] 1337/6 1338/6 1361/7 1366/4 1371/17 1377/5
course [3] 1327/21 1369/12 1380/20
court [5] 1322/1 1332/5 1366/16 1372/17 1385/12
Court's [1] 1353/12
courtroom [3] 1325/16 1325/24 1385/5
courts [1] 1361/9
cover [1] 1366/23
CR [1] 1322/4
criminal [3] 1325/5 1328/19 1374/23
critical [1] 1384/11
cross [2] 1324/4 1385/1
cross-examination [1] 1385/1
crosses [1] 1331/25
CRR [2] 1386/2 1386/8
currently [1] 1330/8
cursive [3] 1345/13 1345/14 1346/7
CVS [1] 1354/15

**D**

D.C [10] 1322/5 1322/17 1323/21 1326/4 1345/1 1345/3 1345/3 1366/14 1384/5 1384/9
D.C. [1] 1345/2
D.C. Op Jan. 6 [1] 1345/2
daddy [1] 1380/18
daily [1] 1327/19
damn [1] 1371/25
dangerous [1] 1326/4
darn [1] 1381/14
data [2] 1383/5 1383/13
date [5] 1333/1 1333/10 1344/4 1371/13 1386/7
dates [2] 1351/5 1351/21
daughter [1] 1361/6
daughters [1] 1378/12
David [5] 1323/10 1325/7 1342/7 1342/24 1369/4
David Moerschel [1]

**D**

David Moerschel... [1] 1342/7
day [12] 1322/7 1326/3 1342/2 1351/10 1360/11 1369/19 1370/20 1372/3 1373/11 1377/10 1378/20 1380/17
days [7] 1328/3 1336/15 1337/6 1338/6 1364/14 1366/4 1371/17
dealing [1] 1360/9
death [1] 1373/8
December [38] 1322/5 1338/24 1339/6 1344/6 1349/2 1349/4 1349/5 1351/22 1357/9 1358/8 1358/23 1359/19 1360/4 1360/22 1361/1 1362/22 1364/18 1366/4 1366/12 1368/9 1369/19 1370/3 1370/21 1371/3 1372/24 1373/11 1374/15 1374/19 1375/10 1377/6 1378/8 1378/18 1378/21 1378/22 1384/8 1386/7
December 10th [1] 1368/9
December 15th [1] 1370/21
December 21st [1] 1373/11
December 22nd [3] 1374/19 1375/10 1377/6
December 24th [2] 1378/8 1378/18
December 25th [1] 1378/21
December 9th [1] 1366/12
decertify [1] 1371/9
decision [2] 1363/11 1363/12
decisions [1] 1364/14
Declare [1] 1373/18
declined [1] 1363/24
defeat [2] 1370/18 1380/6
defend [4] 1364/4 1368/14 1373/19 1374/1
defendant [22] 1323/2 1323/6 1323/10 1323/18 1325/6 1325/6 1325/7 1325/8 1325/11 1325/12 1325/13 1325/15 1330/21 1342/7 1346/10 1346/19 1346/24 1349/6 1352/19 1352/21 1353/17 1375/21

discussing [1] 1325/8
DISTRICT [3] 1322/1 1322/1 1322/10
do [43] 1327/1 1328/1 1328/21 1329/9 1329/20 1330/3 1330/14 1331/10 1331/12 1333/15 1333/24 1334/10 1336/16 1336/18 1338/25 1339/7 1339/12 1343/10 1343/13 1344/20 1345/24 1350/13 1353/21 1354/2 1354/6 1358/9 1359/5 1360/5 1361/8 1363/6 1367/3 1368/24 1369/20 1370/6 1371/4 1371/8 1371/14 1371/25 1373/17 1373/18 1374/25 1375/1 1380/20
do you [4] 1328/21 1333/15 1336/18 1380/20
do you know [2] 1350/13 1371/14
do you remember [2] 1327/1 1343/13
do you see [5] 1336/16 1338/25 1354/2 1354/6 1369/20
do you understand [1] 1345/24
docs [1] 1339/11
does [60] 1328/7 1331/6 1333/3 1333/5 1333/13 1337/11 1337/18 1337/23 1338/4 1339/5 1345/10 1349/22 1354/9 1354/22 1358/22 1360/3 1360/14 1360/21 1361/4 1361/20 1362/12 1362/23 1363/19 1364/10 1364/18 1364/24 1366/11 1367/14 1368/20 1369/7 1369/11 1369/15 1370/2 1370/11 1370/11 1370/15 1371/2 1371/7 1371/11 1371/23 1372/6 1372/19 1373/5 1373/16 1373/22 1374/3 1374/14 1374/20 1375/6 1375/21 1376/22 1376/25 1377/6 1377/18 1379/3 1380/12 1380/16 1381/11 1381/16 1381/20
doesn't [3] 1365/2 1370/16 1373/18
doing [6] 1326/19

1331/6 1337/1 1365/8
Dolan [4] 1361/16 1363/16 1363/19 1364/10
domestic [2] 1364/5 1370/7
Don [2] 1377/19 1377/25
Don Siekerman [2] 1377/19 1377/25
don't [8] 1337/1 1338/12 1362/3 1362/3 1365/4 1374/16 1383/24 1385/1
done [4] 1330/1 1333/4 1363/25 1365/10
doorstep [1] 1328/2
doubts [1] 1371/25
down [10] 1343/14 1352/2 1354/19 1356/24 1357/3 1357/5 1357/14 1358/5 1362/16 1373/7
download [1] 1355/12
downloaded [1] 1355/6
dozens [1] 1374/23
draw [1] 1350/25
drawn [1] 1359/3
drive [2] 1383/7 1383/10
drug [1] 1329/16
Dude [1] 1365/1
duly [1] 1369/17
dumb [1] 1364/14
during [2] 1351/21 1352/11
duties [1] 1327/19
duty [4] 1372/1 1372/15 1373/17 1380/6
dying [1] 1380/7

**E**

each [1] 1337/16
earlier [4] 1346/9 1349/11 1367/11 1384/3
early [1] 1374/19
easier [1] 1335/23
Edward [2] 1323/19 1325/8
Edwards [3] 1322/15 1325/9 1359/14
effect [2] 1384/22 1378/14
effort [2] 1378/13 1378/14
efforts [1] 1331/17
either [5] 1335/18 1338/10 1350/5 1368/13 1382/14
Elect [1] 1369/1
elected [1] 1369/17
election [3] 1379/25 1380/3 1382/11
eliminate [1] 1346/7
else [1] 1366/21

denial [20] 1322/18
1323/6 1323/8 1323/13 1323/17 1323/22 1339/8 1339/21 1339/23 1340/1 1340/18 1341/25 1343/13 1344/5 1344/9 1344/15 1344/17 1345/6 1346/11 1356/18
emails [4] 1339/25 1340/9 1342/1 1343/16
encrypted [1] 1339/23
encryption [1] 1331/22
end [3] 1339/23 1343/9 1349/5
ends [1] 1365/2
endure [2] 1364/7 1365/24
enemies [2] 1364/5 1380/3
enemy [1] 1370/7
enjoy [1] 1363/11
enough [1] 1365/10
entered [1] 1325/24
entirely [1] 1331/24
entitled [1] 1331/11
especially [1] 1372/21
ET [1] 1322/6
evaluated [1] 1361/21
evaluating [1] 1352/16
even [7] 1337/14 1351/4 1351/9 1363/24 1365/4 1378/15 1380/7
evening [1] 1362/22
ever [2] 1330/1 1365/7
every [2] 1360/6 1363/12
everybody [4] 1325/18 1325/19 1326/3 1385/3
everyday [1] 1327/25
everyone [8] 1325/3 1326/1 1326/2 1337/16 1361/5 1365/5 1380/19 1381/6
everything [1] 1378/15
evidence [18] 1332/15 1332/18 1341/2 1342/12 1342/17 1343/21 1344/1 1347/9 1347/13 1352/11 1356/8 1356/12 1359/7 1359/11 1376/6 1376/9 1379/11 1379/14
exactly [2] 1334/3 1370/4
examination [3] 1326/7 1326/12 1385/1
example [1] 1329/18
examples [1] 1331/3
Excel [1] 1347/4
exhibit [35] 1326/23 1326/25 1332/8 1332/16 1332/18 1340/20 1341/3 1342/4 1342/13 1342/17 1343/7 1343/22 1344/1 1346/22 1347/6

**E**

exhibit... [20] 1347/10
1347/13 1352/16
1353/14 1355/17
1356/9 1356/12 1357/1
1358/21 1358/22
1359/8 1359/11
1359/15 1367/17
1376/9 1377/18
1379/14 1383/3 1383/6
1383/9
**Exhibit 2053 [1]**
1377/18
**Exhibit 2413.2 [1]**
1353/14
**Exhibit 2426 [1]**
1356/9
exhibits [5] 1324/8
1352/7 1352/9 1352/10
1352/15
exist [2] 1365/4
1383/24
exited [1] 1385/5
expect [2] 1372/13
1372/20
expenses [1] 1366/22
experience [1] 1330/4
expert [1] 1329/10
explain [4] 1329/14
1339/20 1350/3 1355/4
explained [1] 1355/11
extent [1] 1345/15
Eye [1] 1323/20

**F**

F2F [2] 1327/1 1327/4
face [6] 1327/5 1327/5
1338/20 1338/20
1358/1 1358/1
Facebook [2] 1359/2
1378/6
fact [2] 1331/21
1384/21
fair [2] 1331/20
1331/24
fairly [1] 1330/15
Faith [5] 1362/8
1362/10 1362/23
1364/18 1365/17
familiar [7] 1327/6
1327/14 1332/9
1339/17 1340/21
1342/6 1355/10
family [9] 1361/11
1363/2 1363/4 1363/12
1364/7 1365/1 1365/23
1366/18 1375/1
far [4] 1333/5 1354/25
1361/13 1382/7
FBI [18] 1327/15
1327/20 1328/10
1331/13 1334/10
1335/6 1335/23 1338/8
1338/14 1340/7
1344/12 1347/2
1349/22 1352/20
1352/23 1383/4
1383/13 1383/20

number [2] 1341/17
1331/23
fear [1] 1365/9
features [1] 1342/3
federal [1] 1363/23
feel [1] 1352/12
Fellow [1] 1378/10
few [8] 1357/16 1361/8
1362/7 1364/10
1364/23 1368/9
1371/21 1373/6
fight [2] 1370/8
1370/18
fill [1] 1339/14
filled [2] 1339/10
1339/11
financial [1] 1354/6
find [1] 1366/1
fine [3] 1327/11
1331/10 1349/16
fingers [1] 1378/12
first [8] 1333/8 1333/10
1346/5 1347/23
1348/23 1369/14
1373/8 1379/24
fishing [1] 1363/6
fit [1] 1380/20
FL [13] 1323/12
1323/16 1336/16
1336/23 1345/1
1357/22 1360/13
1360/22 1373/13
1374/21 1375/19
1377/12 1379/1
flags [1] 1376/23
flash [1] 1383/7
flask [1] 1383/9
Florence [1] 1350/20
Florida [5] 1336/20
1350/11 1350/15
1350/25 1351/8
Flynn [1] 1366/18
focus [1] 1365/1
fold [1] 1372/22
folks [2] 1360/8
1362/17
follow [2] 1360/21
1361/25
following [1] 1383/5
follows [2] 1326/11
1330/15
Force [1] 1382/8
forefathers [1] 1378/11
foregoing [1] 1386/3
foreign [1] 1364/5
forensic [1] 1383/4
form [5] 1339/10
1339/11 1339/15
1339/22 1377/2
format [1] 1347/3
Fort [1] 1323/12
forth [1] 1378/13
forward [2] 1361/18
1366/3
foundation [6] 1327/10
1330/9 1330/10
1330/11 1330/16
1330/18

four [1] 1351/15
frame [1] 1358/24
framed [1] 1334/2
free [3] 1339/8 1341/21
1341/25
freedoms [1] 1378/14
freely [1] 1363/5
friends [2] 1365/11
1378/11
front [1] 1363/20
further [1] 1326/10
1384/14

**G**

GA [3] 1360/1 1366/8
1373/4
GA OK [2] 1360/1
1373/4
game [1] 1331/20
gamed [1] 1336/15
Gator [20] 1336/15
1336/22 1337/6 1337/9
1337/18 1337/23
1338/25 1339/3
1357/10 1360/19
1361/19 1364/24
1374/9 1376/22 1377/6
1380/16 1381/16
1381/25 1381/25
1384/7
Gator 1 [2] 1337/6
1380/16
Gator 6 [3] 1338/25
1339/3 1357/10
Gator's [1] 1336/18
gave [1] 1352/7
general [7] 1330/22
1360/1 1366/8 1366/18
1369/23 1370/3 1373/4
General Flynn [1]
1366/18
generally [3] 1330/2
1353/1 1382/5
generate [1] 1355/6
1355/12
Geneva [1] 1343/6
gentlemen [2] 1352/6
1384/17
GenX [3] 1380/25
1381/3 1381/11
Georgia [4] 1350/22
1360/1 1369/22 1370/2
get [22] 1326/6 1329/4
1334/14 1334/19
1334/23 1336/4
1337/14 1337/14
1339/8 1339/24
1339/25 1340/8
1340/17 1341/25
1353/22 1360/6
1362/19 1364/2
1365/10 1365/12
1365/13 1365/13
gets [1] 1368/13
getting [4] 1336/10
1364/12 1377/10
1384/25

given [2] 1362/4 1330/22
1352/6 1352/12 1371/9
1352/6 1362/5
1362/5
glad [5] 1325/18
1326/3 1326/5 1364/20
1365/19
globalist [1] 1376/16
Gmail [4] 1339/22
1340/6 1344/11
1344/13
gmail.com [2] 1323/5
1323/8
go [77]
Go ahead [2] 1329/6
1330/14
God [3] 1362/4 1362/5
1363/21
goes [1] 1331/14
going [23] 1330/2
1330/7 1332/1 1336/3
1353/12 1357/6
1358/20 1359/15
1362/16 1365/5
1365/15 1365/21
1366/14 1368/15
1378/10 1378/13
1378/16 1380/1
1380/21 1380/23
1382/12 1382/14
1383/2
gone [2] 1375/25
1379/5
Gonna [1] 1337/20
good [8] 1325/4
1325/18 1326/16
1326/17 1327/19
1345/18 1349/17
1385/3
Good morning [1]
1326/17
goodbye [1] 1364/7
Google [3] 1339/24
1340/2 1344/13
GOP [2] 1372/10
1372/20
Gorda [1] 1323/16
got [5] 1330/14
1330/15 1330/20
1353/24 1356/3
GoToMeeting [14]
1346/13 1346/15
1346/18 1346/24
1347/2 1347/21
1347/21 1348/9
1348/10 1348/21
1349/7 1350/10 1351/3
1351/18
GoToMeetings [2]
1349/1 1351/23
gotta [2] 1363/11
1374/25
government [36]
1322/14 1325/10
1326/9 1332/15
1340/20 1341/2 1341/3
1342/4 1342/12
1342/13 1342/15

give [24] 1330/22
1352/6 1352/12 1371/9

1343/17 1343/7
1343/21 1343/22
1344/1 1347/9 1353/13
1355/17 1355/18
1356/6 1356/8 1356/12
1357/1 1358/21 1359/7
1359/11 1359/15
1360/7 1376/5 1376/9
1379/10 1379/14
1383/3 1383/6 1383/9
**GOVERNMENT'S [9]**
1324/5 1324/10
1326/23 1332/8
1332/16 1332/18
1346/22 1347/6
1347/13
governments [1]
1363/21
grace [1] 1363/21
Gray's [1] 1345/19
Graydon [5] 1344/8
1344/9 1381/4 1381/9
1381/11
Graydon Young [2]
1344/9 1381/9
great [2] 1361/22
1380/18
green [1] 1347/16
Greg [1] 1368/18
group [15] 1338/25
1339/5 1357/18
1362/24 1364/19
1364/25 1367/4
1368/17 1369/4
1371/20 1374/10
1374/20 1377/7
1381/12 1384/2
groups [2] 1366/24
1367/2
grunt [1] 1364/14
guess [1] 1330/5
gut [1] 1380/19
guys [4] 1345/18
1365/12 1365/13
1365/13

**H**

ha [2] 1368/12 1368/12
Ha-ha [1] 1368/12
Hackett [26] 1323/6
1325/7 1325/12
1343/10 1343/13
1346/19 1346/24
1347/20 1347/22
1347/25 1348/14
1348/20 1348/20
1349/6 1350/14 1351/1
1351/20 1352/20
1352/21 1353/17
1355/1 1356/21
1362/11 1362/12
1362/23 1364/18
Hackett's [4] 1346/10
1350/9 1351/22
1354/16
Hackettt [1] 1365/12
had [10] 1338/14
1343/14 1352/21

**had...** [7] 1357/7
1363/10 1363/22
1364/7 1366/24
1382/22 1383/3
**Halim** [2] 1323/6
1325/12
**hand** [1] 1344/21
**hands** [1] 1373/7
**handwritten** [1]
1345/12
**Hang** [1] 1352/4
**Hangout** [10] 1336/16
1336/23 1357/22
1360/13 1360/22
1373/13 1374/21
1375/19 1377/13
1379/1
**happening** [1] 1371/24
**happens** [1] 1365/25
**hard** [1] 1331/13
**harder** [3] 1331/18
1335/23 1335/25
**Harrelson** [3] 1339/4
1339/5 1357/10
**HARRIS** [21] 1326/9
1326/21 1332/6
1332/7 1332/10
1332/24 1340/20
1342/5 1343/8 1345/16
1346/22 1347/18
1351/11 1352/20
1353/13 1355/16
1358/21 1368/25
1379/21 1384/13
1385/6
**Harris'** [1] 1325/20
**has** [9] 1329/16
1330/17 1331/12
1335/4 1340/7 1340/13
1342/1 1361/5 1372/11
**have** [64] 1326/25
1328/10 1328/12
1328/17 1330/2 1331/3
1332/12 1332/14
1333/23 1335/13
1335/14 1338/13
1339/7 1339/9 1339/9
1341/10 1342/3
1343/16 1343/18
1344/22 1344/24
1345/21 1346/18
1346/20 1353/3
1354/16 1354/24
1355/7 1357/4 1358/15
1358/17 1359/1 1359/4
1360/24 1361/7
1361/11 1361/12
1361/21 1362/14
1363/1 1363/1 1363/10
1363/11 1365/4 1365/7
1365/9 1366/16
1368/15 1370/17
1371/24 1374/16
1375/1 1375/25 1376/1
1378/15 1379/5 1379/6
1380/20 1380/21
1381/17 1383/18

1385/2
**haven't** [1] 1339/11
**having** [3] 1326/9
1329/11 1365/25
**he** [47] 1329/8 1329/9
1329/11 1329/15
1329/25 1330/1
1330/24 1331/10
1331/12 1331/16
1331/21 1333/3
1337/11 1347/23
1347/24 1348/1
1348/22 1349/1 1351/2
1351/20 1351/21
1351/23 1351/25
1359/24 1359/25
1360/21 1361/20
1369/15 1370/6 1370/8
1370/8 1370/11
1370/16 1371/7 1371/8
1371/9 1373/3 1373/17
1375/6 1375/15
1377/25 1380/12
1381/20 1382/3 1382/4
1382/5 1382/15
**he's** [9] 1329/8
1329/21 1329/21
1330/1 1330/15
1330/20 1332/1 1332/1
1382/7
**heading** [1] 1361/6
**hear** [1] 1364/21
**heard** [2] 1329/22
1335/13
**heart** [1] 1363/4
**hearts** [1] 1365/20
**heavy** [1] 1365/25
**Heck** [1] 1372/10
**heed** [1] 1380/14
**hell** [2] 1380/1 1382/12
**help** [6] 1337/15
1349/23 1353/9
1359/16 1364/13
1366/19
**helped** [1] 1364/21
**helping** [1] 1359/14
**helps** [1] 1350/1
**her** [2] 1363/6 1363/25
**here** [47] 1326/5
1326/24 1326/25
1331/1 1332/1 1333/10
1336/15 1338/24
1339/6 1343/9 1346/16
1347/6 1347/17
1348/12 1348/17
1349/15 1350/10
1350/16 1351/16
1353/20 1359/19
1361/23 1361/24
1362/16 1363/9
1363/10 1363/21
1366/11 1367/10
1367/14 1368/2
1369/22 1371/13
1371/23 1372/6
1372/24 1373/12
1375/1 1377/8 1377/15

1380/18 1381/3 1381/8
1382/6 1384/1
**here's** [1] 1330/13
**HI** [1] 1323/4
**hide** [2] 1328/25
1350/5
**highlight** [1] 1351/15
1367/9 1379/16
**highlighted** [2] 1341/7
1342/22
**highlighting** [1] 1341/6
**him** [5] 1372/9 1372/9
1372/10 1381/6 1381/7
**hinder** [1] 1336/6
**his** [18] 1330/3 1330/4
1330/11 1330/16
1331/14 1341/11
1342/25 1343/14
1348/21 1351/20
1351/24 1355/1
1366/18 1368/3
1368/13 1371/25
1373/7 1373/17
**home** [1] 1328/4
**homecomings** [1]
1364/2
**honest** [1] 1382/13
**honestly** [1] 1365/21
**Honor** [9] 1325/4
1329/3 1330/8 1332/3
1352/17 1355/21
1362/15 1384/15
1385/9
**HONORABLE** [1]
1322/9
**hour** [1] 1385/11
**hours** [1] 1377/5
**House** [2] 1370/17
1371/11
**how** [28] 1326/18
1327/14 1328/9 1331/7
1334/2 1337/18
1349/22 1350/3
1351/23 1353/6
1358/18 1360/7
1360/21 1365/21
1369/11 1369/15
1370/11 1370/11
1371/7 1372/19
1373/22 1374/7
1374/20 1374/25
1375/6 1376/25
1381/16 1381/20
**however** [3] 1339/22
1339/25 1361/13
**Hughes** [1] 1322/14
1325/9
**hundred** [1] 1373/6
**hundreds** [3] 1347/5
1358/19 1374/23

**I**
─────────────
**I am** [3] 1327/7
1341/22 1363/21
**I believe** [6] 1340/5
1344/20 1350/21
1355/5 1359/21

**I can** [1] 1337/20
**I can't** [1] 1364/13
**I declined** [1] 1363/24
**I gave** [1] 1352/7
**I have** [13] 1326/25
1328/12 1332/14
1343/18 1346/20
1358/17 1359/4
1361/11 1361/12
1371/24 1376/1 1379/6
1384/14
**I just** [1] 1356/1
**I know** [3] 1338/6
1346/15 1347/1
**I mean** [1] 1331/16
**I pray** [1] 1366/1
**I think** [10] 1326/4
1329/20 1330/14
1331/5 1331/15
1331/16 1331/20
1331/23 1331/25
1364/5
**I thought** [1] 1329/23
**I want** [4] 1331/7
1352/6 1363/5 1363/6
**I wanted** [1] 1363/24
**I'll** [1] 1372/8
**I'm** [18] 1326/3 1326/5
1329/2 1330/8 1346/5
1353/12 1358/20
1361/8 1361/13
1362/15 1363/25
1364/2 1364/15
1364/20 1364/20
1365/19 1371/25
1383/2
**I'm going** [1] 1383/2
**I'm not** [1] 1364/15
**I'm sorry** [1] 1329/2
**I've** [6] 1329/22
1330/20 1345/25
1361/5 1363/9 1363/20
**idea** [1] 1377/3
**ideals** [1] 1361/15
**identify** [5] 1334/11
1334/15 1336/2 1336/4
1349/23
**identities** [4] 1328/25
1331/13 1334/23
1344/21
**identity** [4] 1334/14
1335/8 1335/24
1336/18
**III** [1] 1366/25
**illegitimate** [1] 1361/9
**images** [1] 1383/4
**imagination** [1]
1384/12
**imagine** [1] 1363/1
**IMHO** [1] 1382/15
**impact** [1] 1363/10
**implemented** [1]
1331/8
**importance** [2]
1352/12 1378/22
**important** [3] 1344/20
1366/19 1384/11

**impossible** [1] 1351/8
**include** [1] 1368/22
**included** [1] 1372/16
**includes** [1] 1371/20
**including** [1] 1378/15
**independence** [1]
1373/18
**INDEX** [2] 1324/2
1324/8
**Indian** [1] 1323/7
**indicate** [2] 1367/15
1377/18
**indicated** [1] 1370/11
**indicted** [1] 1369/14
**individual** [5] 1335/22
1354/21 1354/22
1366/11 1377/25
**individuals** [6] 1334/11
1359/16 1367/25
1368/2 1368/9 1383/21
**indulgence** [1]
1353/12
**infested** [1] 1372/21
**info** [1] 1344/21
**information** [5]
1327/21 1334/17
1336/10 1340/18
1353/4
**initiative** [1] 1368/21
**ins** [1] 1351/18
**Insofar** [1] 1352/14
**instead** [1] 1384/25
**instruction** [4] 1337/20
1352/7 1384/16 1385/6
**instructors** [1] 1337/14
**insurrection** [7]
1368/11 1368/11
1368/14 1368/15
1368/22 1370/16
1371/5
**Insurrection Act** [5]
1368/11 1368/14
1368/22 1370/16
1371/5
**intelligent** [2] 1362/13
1362/25
**intent** [1] 1358/8
**interact** [2] 1350/3
1378/7
**Internet** [7] 1334/18
1335/17 1335/20
1349/19 1349/20
1349/21 1349/25
**interrupt** [1] 1352/5
**invaded** [1] 1380/21
**investigate** [2] 1328/21
1331/13
**investigated** [2]
1328/10 1328/18
**investigating** [3]
1328/22 1329/16
1335/6
**investigation** [15]
1330/1 1330/17
1331/14 1331/18
1331/23 1333/22
1334/7 1334/9 1334/15
1334/23 1336/7

**I**

**investigation... [4]**
1338/17 1351/1
1354/25 1358/10
**investigations [3]**
1330/11 1331/11
1349/23
**investigative [1]**
1334/10
**invoking [1]** 1371/5
**involved [2]** 1337/14
1337/15
**involving [1]** 1328/21
**IP [13]** 1334/19
1349/12 1349/18
1349/19 1349/22
1349/25 1350/1 1350/3
1350/6 1350/7 1350/10
1350/16 1351/7
**is [176]**
**is that correct [5]**
1334/7 1350/11 1361/2
1367/7 1377/13
**is that right [1]** 1337/7
**isn't [1]** 1338/5
**it [87]**
**it would be [1]**
1366/22
**it's [37]** 1327/17
1328/15 1331/8
1331/15 1331/16
1331/21 1334/1
1335/19 1336/7 1336/8
1336/9 1338/6 1340/14
1345/12 1350/2 1351/8
1354/14 1355/11
1355/23 1355/25
1357/6 1362/4 1362/5
1365/5 1365/5 1366/19
1367/17 1368/12
1374/7 1376/15 1377/8
1377/22 1377/23
1380/4 1383/17 1384/2
1385/2
**its [3]** 1342/3 1349/23
1370/7
**itself [1]** 1377/23

**J**

**Jackson [1]** 1323/11
**Jan [4]** 1371/8 1371/10
1372/9 1384/5
**Jan. [2]** 1345/2
1371/13
**Jan. 6th [1]** 1371/13
**January [7]** 1357/21
1357/25 1371/15
1380/1 1382/12 1383/8
1383/11
**January 1st [1]**
1357/25
**January 6th [2]**
1371/15 1380/1
1382/12
**Jason [5]** 1361/1
1361/4 1361/16
1361/16 1363/16
**Jason Dolan [2]**

**Jeffrey [2]** 1322/14
1325/9
**jeffrey.nestler [1]**
1322/18
**Jericho [2]** 1366/15
1370/5
**Jersey [1]** 1350/22
**Joe [16]** 1343/10
1343/13 1347/22
1347/22 1347/25
1348/3 1348/14
1348/20 1348/20
1348/20 1351/1 1355/1
1356/21 1362/23
1364/18 1365/17
**Joe H [1]** 1348/20
**John [1]** 1348/24
**johnwillow23 [5]**
1343/15 1343/17
1344/16 1346/10
1356/20
**Johnwillow232581 [1]**
1356/17
**join [1]** 1363/23
**joined [1]** 1383/18
**Joseph [3]** 1323/6
1325/7 1352/20
**Joseph Hackett [1]**
1352/20
**Jr [1]** 1323/2
**JUDGE [1]** 1322/10
**jury [6]** 1322/9 1325/23
1325/24 1332/22
1342/20 1385/5
**just [48]** 1326/20
1330/18 1331/1
1337/13 1340/19
1341/7 1342/5 1342/21
1343/8 1347/1 1347/16
1347/17 1349/14
1351/4 1351/14 1352/5
1352/6 1353/19
1353/19 1354/4
1354/14 1355/11
1355/23 1356/1
1357/16 1358/12
1359/15 1360/5 1360/6
1362/7 1362/16
1362/17 1365/3 1365/5
1367/9 1368/21 1370/6
1375/15 1377/22
1378/4 1379/16
1380/22 1381/6 1382/5
1382/22 1383/12
1384/16 1384/18
**JW [3]** 1348/22
1348/25 1349/3

**K**

**Kailua [1]** 1323/4
**Kamala [4]** 1368/23
1368/24 1368/25
1369/12
**keep [4]** 1359/16
1362/16 1370/16
1371/5
**Keepers [4]** 1336/20

**Kelly [15]** 1337/10
1340/22 1340/24
1341/10 1360/20
1361/19 1364/24
1374/12 1374/14
1374/20 1376/22
1377/6 1380/16
1381/16 1384/7
**Kelly Meggs [12]**
1340/22 1341/10
1361/19 1364/24
1374/12 1374/14
1374/20 1376/22
1377/6 1380/16
1381/16 1384/7
**Kelly Meggs' [1]**
1340/24
**Kellye [3]** 1368/6
1368/9 1371/21
**Kellye SoRelle [3]**
1368/9 1371/21
**KELSEY [2]** 1326/9
1326/21
**Kenneth [7]** 1336/19
1336/22 1337/18
1339/4 1339/5 1357/10
1382/2
**Kenneth Harrelson [2]**
1339/5 1357/10
**killer [1]** 1365/22
**kind [5]** 1341/17
1344/9 1345/23
1354/10 1365/24
**kinds [7]** 1328/13
1328/17 1328/21
1331/12 1333/23
1334/9 1337/13
**know [22]** 1327/19
1327/22 1328/4
1329/17 1330/24
1330/25 1334/14
1336/6 1338/5 1338/6
1339/24 1346/15
1347/1 1350/13
1364/21 1365/4 1365/8
1365/21 1365/23
1367/3 1368/24
1371/14
**Knowing [1]** 1365/22
**knowledge [1]** 1330/11

**L**

**LA [1]** 1366/25
**ladies [2]** 1352/6
1384/17
**lady [1]** 1361/22
**Lafayette [1]** 1367/1
**Lane [1]** 1323/7
**larger [1]** 1381/13
**last [6]** 1326/24
1336/25 1348/12
1361/7 1371/5 1375/7
**later [13]** 1336/15
1337/6 1357/16
1357/21 1361/1
1361/19 1363/15
1364/10 1364/17

**law [4]** 1323/2 1330/14
1330/23 1377/2
**lay [1]** 1327/10
**laying [2]** 1330/9
1330/10
**layman's [1]** 1327/25
**lead [2]** 1334/19
1380/22
**leaders [3]** 1374/6
1374/6 1381/23
**Leadership [5]**
1333/14 1371/1 1371/2
1372/5 1372/7
**leading [1]** 1340/12
**learn [1]** 1350/1
**least [1]** 1371/10
**Lee [1]** 1323/2
**left [5]** 1357/4 1357/7
1367/10 1377/17
1381/9
**legal [4]** 1334/12
1339/24 1349/24
1361/8
**legislators [1]** 1371/9
**legitimate [1]** 1361/9
**lengthy [1]** 1376/12
**let [4]** 1362/4 1365/12
1369/16 1378/10
**let's [5]** 1329/4
1337/13 1350/21
1365/15 1373/23
**let's see [1]** 1350/21
**letter [1]** 1367/14
**letters [1]** 1348/23
**level [1]** 1365/20
**liability [2]** 1343/10
1343/14
**liable [1]** 1354/7
**liberty [1]** 1361/22
**life [2]** 1363/20
1378/15
**like [9]** 1329/20
1329/25 1336/3
1337/12 1337/14
1338/19 1344/21
1365/4 1372/13
**likelihood [1]** 1364/8
**limitations [1]** 1342/1
**limited [1]** 1340/17
**line [2]** 1331/25 1335/9
**lines [1]** 1363/20
**link [4]** 1375/22
1375/25 1379/4 1379/5
**lips [1]** 1357/19
**listed [2]** 1350/16
1368/2
**listened [1]** 1348/11
**listener [1]** 1384/22
**listening [1]** 1366/2
**literally [1]** 1380/4
**little [3]** 1331/15
1346/15 1382/24
**lives [2]** 1327/21
1334/21
**locally [1]** 1337/15
**locate [1]** 1349/23

**located [2]** 1335/21
1343/5
**location [3]** 1335/20
1350/2 1350/7
**locations [9]** 1336/7
1344/21 1346/1
1350/10 1350/17
1350/21 1350/24
1351/2 1351/9
**log [9]** 1347/20
1348/20 1348/21
1349/1 1349/6 1349/9
1351/14 1351/18
1353/7
**log-in [2]** 1348/21
1353/7
**log-ins [1]** 1351/18
**logged [4]** 1351/2
1351/21 1351/24
1351/25
**logging [1]** 1351/20
**Longest [1]** 1377/1
**look [2]** 1331/21
1353/9
**looked [1]** 1343/9
**looking [4]** 1343/19
1373/12 1377/15
1384/1
**loose [3]** 1357/19
1380/2 1382/12
**lose [1]** 1375/4
**lot [5]** 1333/4 1334/12
1342/3 1364/21 1365/6
**Louis [2]** 1322/15
1325/10
**low [1]** 1340/17
**lucky [1]** 1364/2
**lunch [4]** 1362/20
1385/1 1385/3 1385/8

**M**

**made [5]** 1325/19
1326/3 1331/23
1372/11 1377/16
**mail [2]** 1340/6
1345/11
**main [1]** 1367/22
**maintain [1]** 1378/13
**make [14]** 1331/13
1331/17 1335/19
1335/23 1342/25
1356/2 1361/24
1362/18 1365/7
1365/23 1366/22
1374/17 1378/6
1380/22
**makes [2]** 1335/25
1358/2
**Mall [1]** 1370/5
**man [1]** 1364/20
**man's [1]** 1363/12
**many [3]** 1358/18
1358/22 1363/22
**Manzo [2]** 1322/15
1325/10
**march [2]** 1366/15
1370/5
**marching [1]** 1360/6

**M**

Marion [1]  1323/15
marks [1]  1382/17
martial [1]  1377/2
Martin [2]  1323/10
1325/13
mask [1]  1331/12
massive [1]  1365/14
match [1]  1336/5
matt [1]  1323/22
matter [2]  1374/25
1386/4
Matthew [2]  1323/19
1325/15
may [9]  1327/23
1328/4 1336/8 1336/8
1345/20 1352/10
1364/14 1378/14
1384/23
maybe [3]  1358/19
1373/6 1378/15
McConnell [1]  1372/11
me [9]  1330/9 1330/22
1333/16 1338/1 1338/4
1361/12 1363/4
1364/21 1375/1
mean [3]  1329/19
1331/16 1335/6
meaning [4]  1327/19
1329/7 1339/23
1341/18
means [6]  1327/4
1329/15 1330/16
1331/3 1380/7 1381/13
media [1]  1377/22
meeting [1]  1348/17
meetings [2]  1338/21
1346/8
Meggs [14]  1337/10
1340/22 1341/10
1360/20 1361/19
1364/24 1374/12
1374/14 1374/20
1376/22 1377/6
1380/16 1381/16
1384/7
Meggs' [1]  1340/24
MEHTA [1]  1322/9
member [1]  1336/20
members [1]  1339/14
membership [1]
1339/7
mentally [1]  1361/12
mentioned [2]  1349/11
1349/11
message [64]  1330/7
1330/25 1332/24
1337/7 1338/8 1338/11
1338/25 1357/7 1357/9
1357/12 1357/15
1357/18 1357/20
1359/20 1359/25
1361/10 1362/2 1362/6
1363/7 1363/14
1363/16 1365/16
1366/9 1366/20 1367/6
1367/23 1367/24
1368/17 1368/18

messages [23]
1329/21 1330/4 1330/6
1330/19 1332/9
1332/12 1338/7 1338/9
1340/18 1345/25
1346/7 1349/5 1358/7
1358/16 1358/18
1358/23 1359/1
1367/11 1367/16
1378/5 1383/18
1383/23 1384/19
methods [3]  1334/10
1334/22 1338/15
might [2]  1335/10
1357/4
militia [2]  1367/4
1374/16
million [1]  1365/14
millions [4]  1370/13
1373/8 1380/5 1381/17
mind [1]  1359/14
mine [1]  1353/22
MINUTA [4]  1322/6
1323/2 1325/6 1325/11
minute [2]  1348/4
1348/10
minutes [5]  1362/7
1363/15 1364/10
1364/17 1364/23
mission [1]  1339/14
1365/8 1384/11
mistake [1]  1372/8
Moerschel [1]  1323/10
1325/7 1325/14 1342/7
1342/25 1375/14
1375/21 1376/20
1376/25
Moerschel's [1]  1342/9
money [1]  1378/14
monitors [1]  1362/16
month [2]  1349/5
1357/21
monthly [1]  1341/19
months [1]  1361/7
more [8]  1330/17
1331/23 1337/20
1339/22 1342/3 1357/5
1365/9 1384/11
morning [9]  1322/7
1325/4 1325/18
1326/16 1326/17

1375/10 1377/6
most [4]  1354/15
1362/13 1362/25
1363/20
mostly [2]  1358/7
1358/23
motivation [1]  1365/9
Move [1]  1346/5
moved [1]  1377/12
movement [2]  1365/14
1374/24
moves [9]  1332/15
1341/2 1342/12
1343/21 1347/9 1356/8
1359/7 1376/5 1379/10
movie [1]  1363/6
Mr [1]  1346/9
Mr. [23]  1329/6
1329/23 1332/25
1336/19 1337/10
1339/4 1342/9 1344/8
1351/20 1351/22
1352/4 1357/23
1359/14 1359/21
1360/20 1362/11
1362/12 1367/20
1370/1 1373/15
1375/14 1381/4 1382/2
Mr. Edwards [1]
1359/14
Mr. Graydon Young [2]
1344/8 1381/4
Mr. Hackett [2]
1351/20 1362/11
1362/12
Mr. Hackett's [1]
1351/22
Mr. Kelly Meggs [2]
1337/10 1360/20
Mr. Kenneth [2]
1336/19 1339/4
Mr. Kenneth Bittner [1]
1382/2
Mr. Moerschel [1]
1375/14
Mr. Moerschel's [1]
1342/9
Mr. Nestler [2]  1329/23
1352/4
Mr. Peed [1]  1329/6
Mr. Stewart [4]
1332/25 1357/23
1367/20 1373/15
Mr. Stewart Rhodes [1]
1370/1
Mr. Ulrich [1]  1359/21
Ms [1]  1342/22
Ms. [24]  1329/23
1332/7 1336/13 1337/4
1341/6 1345/9 1348/5
1349/10 1349/15
1351/13 1352/3 1354/5
1354/20 1356/25
1358/6 1363/8 1367/10
1367/23 1368/6 1375/9
1376/18 1379/18
1380/9 1382/25

network [4]  1335/16
1326/23 1332/7
1336/13 1337/4 1341/6
1345/9 1348/5 1349/10
1349/15 1351/13
1352/3 1354/5 1354/20
1356/25 1358/6 1363/8
1367/10 1367/23
1375/9 1376/18
1379/18 1380/9
1382/25
Ms. Kellye SoRelle [1]
1368/6
much [4]  1339/22
1351/4 1372/13
1381/13
multiple [1]  1363/23
must [5]  1365/19
1370/6 1370/8 1371/8
1374/22
my [15]  1333/16
1353/21 1361/6 1363/2
1363/4 1363/5 1363/20
1363/24 1363/25
1364/6 1364/7 1364/13
1371/24 1375/1
1382/13
Myers [1]  1323/12
myself [2]  1364/6
1366/2

**N**

name [16]  1326/20
1333/13 1335/1 1335/5
1348/1 1348/21 1349/2
1349/6 1350/19 1353/3
1353/3 1354/2 1354/17
1356/15 1356/21
1368/3
named [13]  1325/16
1338/1 1338/4 1338/24
1357/17 1360/14
1362/8 1366/10
1368/17 1369/4
1372/25 1378/25
1380/25
names [3]  1331/22
1344/25 1347/20
national [4]  1328/19
1363/5 1366/13 1370/5
naturalnews.com [1]
1379/4
nature [1]  1327/24
need [10]  1333/15
1337/15 1344/20
1354/22 1365/10
1373/17 1380/23
1381/13 1381/22
1385/8
needs [6]  1334/2
1365/9 1371/4 1371/9
1373/19 1375/1
neighbors [1]  1365/11
Neo [1]  1372/21
Neo-Com-infested [1]
1372/21
Nestler [4]  1322/14
1325/9 1329/23 1352/4

network [4]  1335/16
1335/18 1352/21
1354/12
never [2]  1364/8
1369/17
new [4]  1350/22
1361/12 1376/15
1377/3
New Jersey [1]
1350/22
next [68]
NGOs [1]  1363/23
NGOs/federal [1]
1363/23
nickname [1]  1360/3
night [8]  1336/25
1337/12 1361/1
1361/19 1363/15
1364/17 1364/23
1374/9
night's [1]  1375/7
no [33]  1322/4 1325/5
1325/6 1338/14 1340/5
1341/4 1341/18
1342/14 1343/23
1343/24 1347/11
1348/22 1354/18
1356/10 1356/23
1359/9 1360/16
1361/23 1363/22
1364/1 1364/1 1364/1
1364/2 1364/13
1365/20 1374/25
1376/7 1379/12
1383/15 1384/9
1384/10 1384/14
1385/9
nominees [1]  1372/16
None [1]  1361/24
Nonsense [1]  1371/8
normal [3]  1327/21
1327/25 1355/14
North [1]  1345/18
not [33]  1327/20
1327/23 1328/2 1329/7
1329/8 1329/11 1334/1
1336/9 1338/1 1338/4
1338/11 1339/7
1340/17 1340/18
1341/17 1346/5
1353/21 1355/14
1355/23 1358/2 1362/4
1363/13 1364/15
1365/2 1365/5 1365/10
1380/1 1380/3 1380/22
1382/11 1383/16
1383/19 1384/19
note [1]  1345/12
nothing [1]  1330/3
November [14]  1333/2
1333/11 1336/23
1340/25 1341/10
1342/24 1347/19
1348/1 1348/8 1348/9
1348/18 1349/2
1351/19 1383/6
November 5th [1]
1383/6

**N**

November 7th [1]
1333/2
November 9th [2]
1347/19 1348/9
now [45] 1326/6
1326/22 1333/22
1336/12 1339/11
1339/17 1340/12
1342/4 1343/7 1343/19
1346/9 1348/17
1349/18 1352/2
1352/19 1354/19
1354/21 1354/25
1357/22 1358/5
1360/12 1362/7 1366/4
1366/5 1367/6 1367/14
1369/19 1369/22
1370/8 1370/20 1371/8
1371/17 1372/3 1372/4
1372/24 1373/6
1373/11 1374/19
1375/8 1375/10 1376/2
1377/12 1378/18
1379/7 1385/2
nullify [1] 1373/25
number [15] 1334/16
1335/1 1335/5 1342/1
1353/16 1354/22
1355/1 1355/2 1355/3
1355/5 1355/6 1355/13
1355/14 1355/19
1375/16
numbers [1] 1381/13
NW [2] 1322/16
1323/20

**O**

oath [5] 1336/20
1360/2 1366/22
1368/23 1370/3
Oath Keepers [4]
1336/20 1360/2
1366/22 1370/3
oaths [1] 1372/16
Oberlin [1] 1350/20
objected [1] 1330/9
objection [17] 1327/9
1327/16 1328/14
1329/1 1329/3 1332/17
1340/12 1341/4
1342/14 1343/19
1343/24 1347/11
1356/10 1358/11
1359/9 1376/7 1379/12
obtain [3] 1338/9
1344/12 1352/23
obtained [4] 1332/13
1334/17 1377/18
1383/4
obtains [1] 1383/13
obvious [1] 1380/2
occasions [1] 1330/22
occur [1] 1348/9
October [2] 1347/19
1351/19
off [8] 1351/4 1357/4
1357/7 1368/13

1383/13 1383/17
offers [1] 1341/20
OFFICE [1] 1322/16
OFFICES [1] 1323/2
OK [27] 1336/16
1336/23 1337/6 1337/9
1345/1 1357/22 1360/1
1360/13 1360/19
1360/21 1361/19
1364/24 1365/3 1366/8
1369/22 1373/4
1373/13 1374/9
1374/21 1375/19
1376/22 1377/6
1377/12 1379/1
1380/16 1381/16
1384/7
OK FL Hangout [3]
1336/16 1336/23
1357/22
OK Gator 1 [4]
1360/19 1361/19
1374/9 1376/22
okay [21] 1325/18
1325/19 1325/22
1331/9 1332/4 1336/20
1345/4 1347/16
1353/11 1360/3
1367/21 1368/7 1371/6
1375/18 1376/14
1378/3 1378/24 1381/5
1384/1 1384/16
1384/24
old [6] 1333/14 1371/1
1371/2 1372/5 1372/7
1374/25
Old Leadership [4]
1333/14 1371/1 1372/5
1372/7
Once [1] 1381/19
one [17] 1333/8
1340/24 1341/17
1342/9 1343/19
1347/24 1351/6
1355/11 1357/5 1357/5
1363/3 1365/21 1368/2
1374/1 1374/22
1374/22 1384/10
ones [1] 1365/7
online [1] 1359/2
only [7] 1326/4
1344/20 1352/15
1368/12 1371/10
1372/14 1372/20
op [24] 1327/6 1327/14
1327/19 1328/1 1328/7
1328/10 1328/11
1328/18 1328/22
1328/24 1329/15
1330/6 1330/12
1330/12 1331/1 1331/3
1333/5 1333/19
1333/24 1345/1 1345/2
1345/3 1383/8 1384/5
op sec [18] 1327/6
1327/14 1327/19
1328/1 1328/7 1328/10

1328/22 1328/24
1330/6 1330/12
1330/12 1331/1 1333/4
1333/5 1333/19
1333/24
op secs [1] 1329/15
Open [1] 1332/5
operation [2] 1331/4
1345/3
operational [5] 1328/8
1328/22 1333/7
1333/25 1335/10
opinion [3] 1329/9
1329/10 1382/13
opportunities [1]
1363/23
opportunity [1] 1363/1
ops [4] 1333/16
1344/21 1344/22
1344/24
ops/plans [1] 1333/16
option [3] 1361/7
1365/25 1368/12
order [1] 1334/10
organizer [1] 1351/25
organizing [1] 1366/15
original [1] 1332/12
originals [1] 1359/2
other [23] 1330/11
1331/11 1332/2
1333/23 1337/12
1337/16 1338/15
1340/7 1343/16
1349/24 1350/16
1350/17 1351/2
1352/11 1358/7 1359/2
1360/17 1361/23
1363/22 1367/1
1367/24 1368/9
1383/24
others [2] 1329/14
1371/21
otherwise [1] 1331/6
our [26] 1327/19
1327/20 1327/21
1336/25 1360/7 1360/8
1361/14 1361/21
1361/24 1362/4 1362/5
1365/1 1365/2 1365/8
1365/20 1366/16
1368/11 1373/19
1374/6 1378/11
1378/11 1378/12
1378/12 1378/13
1380/19 1385/1
ours [1] 1373/18
out [18] 1327/22
1328/3 1339/10
1339/11 1339/14
1348/4 1349/9 1349/9
1351/12 1360/16
1364/20 1365/21
1370/17 1372/14
1372/20 1381/6 1382/5
1382/24
over [6] 1347/1
1349/16 1358/2

overhear [1] 1327/23
overruled [3] 1327/17
1328/15 1340/14
overseas [1] 1361/7
overwhelming [1]
1380/2
own [4] 1331/14
1372/16 1378/11
1378/12
owned [1] 1335/1

**P**

p.m [14] 1362/7
1362/23 1363/16
1364/10 1364/17
1364/24 1374/14
1378/9 1378/25
1380/11 1380/17
1384/8 1385/13
1385/13
PA [1] 1323/7
packages [1] 1328/2
page [5] 1341/5
1342/21 1345/8 1367/5
1379/24
page 6 [1] 1341/5
pages [1] 1379/20
paid [2] 1341/21
1342/3
panel [1] 1325/23
paragraph [1] 1379/17
park [2] 1350/20
1363/5
Parler [5] 1377/16
1377/19 1377/21
1378/5 1378/8
part [12] 1329/8 1334/6
1335/20 1351/1
1353/15 1354/23
1357/14 1359/24
1361/10 1362/2 1363/7
1375/3
particular [4] 1330/25
1348/9 1349/25 1350/7
party [2] 1354/6 1354/7
pass [1] 1367/1
past [1] 1378/11
pastors [1] 1366/14
path [2] 1366/1 1374/7
patiently [1] 1381/22
patriot [4] 1357/17
1360/6 1365/14
1366/14
patriots [7] 1365/3
1374/24 1375/4 1377/9
1378/10 1380/4
1380/21
Paul [3] 1383/7
1383/10 1384/2
Paul Taylor [1] 1383/7
pay [1] 1364/1
payment [1] 1342/25
PDQ [1] 1361/14
Peed [4] 1323/19
1323/19 1325/15
1329/6
people [21] 1327/23

1330/12 1331/12
1334/23 1335/17
1337/15 1338/9
1338/13 1338/15
1340/6 1349/23 1350/5
1361/8 1362/13
1362/25 1364/4 1371/4
1374/17 1378/7
people's [3] 1358/8
1383/24 1383/24
Percenters [2] 1366/25
1367/3
Perfect [1] 1347/17
periods [1] 1383/21
person [12] 1327/25
1333/4 1334/15
1334/20 1335/1 1335/4
1336/2 1336/8 1336/9
1338/4 1338/20
1383/18
person's [1] 1335/24
Philadelphia [1]
1323/7
phone [31] 1329/4
1334/16 1334/18
1334/24 1334/25
1334/25 1335/1 1335/4
1335/5 1335/12
1338/11 1352/21
1352/24 1353/16
1354/14 1354/22
1355/1 1355/2 1355/3
1355/5 1355/6 1355/12
1355/14 1355/15
1375/15 1375/15
1383/13 1383/17
1384/2
phones [4] 1359/3
1383/5 1383/24
1383/24
phrase [5] 1327/1
1327/6 1327/14
1333/19 1345/21
physically [2] 1335/21
1351/8
pick [1] 1368/16
picture [3] 1345/5
1345/9 1345/10
pictures [1] 1383/10
Pill [1] 1357/17
pistol [1] 1337/20
place [1] 1351/6
places [1] 1350/22
Plaintiff [1] 1322/4
plan [1] 1355/15
planned [1] 1358/9
planning [1] 1344/21
1345/2
plans [1] 1333/16
1346/8 1361/11
play [2] 1365/21
1374/16
played [1] 1368/12
please [87]
PO [1] 1323/3
point [6] 1345/18

**P**

**point... [5]** 1346/1 1359/14 1364/13 1381/6 1382/5
**pointed [1]** 1381/9
**Port [1]** 1345/19
**portion [3]** 1341/8 1342/22 1381/10
**posed [1]** 1363/3
**possibility [1]** 1361/6
**possible [1]** 1345/19
**possibly [1]** 1380/7
**post [8]** 1338/1 1377/16 1378/4 1378/6 1378/7 1378/8 1379/1 1380/18
**posted [1]** 1382/22
**posts [1]** 1378/5
**posture [1]** 1337/1
**powerless [1]** 1360/7
**practice [2]** 1327/19 1328/9
**practicing [2]** 1328/24 1335/10
**Prague [1]** 1350/20
**pray [2]** 1366/1 1366/1
**prepaid [1]** 1354/14
**prepare [1]** 1365/15
**prepared [1]** 1361/12
**prepping [1]** 1361/6
**present [1]** 1325/16
**presented [1]** 1384/21
**President [3]** 1361/14 1368/25 1369/1
**President-Elect [1]** 1369/1
**pretty [1]** 1381/14
**prevent [1]** 1368/22
**prevented [1]** 1369/13
**PREVIOUSLY [1]** 1326/10
**print [1]** 1345/13
**prison [2]** 1364/2 1365/13
**private [1]** 1335/16
**probably [1]** 1331/25
**proceedings [3]** 1322/9 1325/17 1386/4
**process [5]** 1334/12 1334/13 1339/24 1349/25 1380/7
**processing [1]** 1339/10
**produces [1]** 1347/2
**progress [1]** 1346/6
**protect [1]** 1364/4
**protecting [1]** 1327/21
**protection [1]** 1360/16
**protocol [1]** 1349/19
**Proton [1]** 1339/7
**ProtonMail [15]** 1339/17 1339/21 1339/22 1339/25 1340/4 1340/5 1340/11 1340/16 1341/14 1341/15 1341/20 1341/24 1343/1 1343/5 1356/20

ProtonMail.com [7] 1339/8 1339/12 1339/15 1343/15 1343/17 1344/16 1346/10
**ProtonMails [1]** 1345/20
**provide [5]** 1329/8 1330/15 1334/19 1337/21 1354/22
**provided [3]** 1353/15 1383/7 1383/10
**provider [4]** 1339/21 1340/7 1349/21 1349/25
**provider's [1]** 1355/15
**providers [1]** 1340/8
**proxies [1]** 1370/7
**public [1]** 1327/22
**publicly [1]** 1327/20
**publish [2]** 1332/22 1342/19
**pull [9]** 1326/22 1332/7 1340/19 1346/21 1353/13 1355/16 1358/20 1376/2 1379/7
**Punta [1]** 1323/16
**puppet [3]** 1368/14 1368/16 1370/17
**puppets [1]** 1369/16
**purposes [1]** 1355/13
**push [1]** 1373/17
**put [5]** 1343/14 1359/15 1363/25 1364/20 1378/13

**Q**

**Queen [1]** 1323/7
**question [10]** 1329/10 1330/5 1330/10 1334/2 1334/3 1358/12 1362/13 1362/25 1363/3 1377/8
**questions [1]** 1384/14
**quick [3]** 1381/14 1382/8 1384/16
**quotation [1]** 1382/17
**quotes [1]** 1382/20

**R**

**radicals [1]** 1373/6
**Raise [1]** 1376/23
**rally [2]** 1345/18 1346/1
**rant [1]** 1364/12
**rape [1]** 1360/8
**rather [1]** 1384/21
**reaching [1]** 1329/25
**Reaction [1]** 1382/8
**read [5]** 1344/19 1345/15 1377/1 1379/23 1383/12
**reading [1]** 1383/3
**reads [1]** 1346/7
**ready [6]** 1325/20 1365/1 1365/12 1366/19 1370/13 1380/22

**really [1]** 1380/22
**reason [2]** 1361/24 1363/22
**reasons [1]** 1384/9
**rebellion [1]** 1368/15
**recall [2]** 1336/18 1353/8
**receive [1]** 1342/2
**received [10]** 1332/18 1342/17 1344/1 1347/13 1355/18 1356/6 1356/12 1359/11 1376/9 1379/14
**receiver's [1]** 1338/11
**recess [2]** 1385/12 1385/13
**recollection [1]** 1354/9
**record [1]** 1386/3
**recordings [1]** 1329/18
**records [27]** 1334/25 1335/12 1340/21 1340/25 1342/6 1342/10 1342/25 1346/18 1346/23 1347/2 1347/21 1348/14 1350/9 1351/5 1351/19 1351/24 1352/10 1352/23 1353/1 1353/4 1353/8 1353/15 1354/16 1355/7 1355/18 1356/5 1377/18
**recourse [1]** 1369/8
**recover [2]** 1338/10 1383/20
**recovering [1]** 1338/14
**RECROSS [1]** 1324/4
**recruitment [1]** 1346/8
**recurring [1]** 1341/18
**Red [1]** 1357/17
**REDIRECT [1]** 1324/4
**referring [1]** 1353/2
**refers [2]** 1346/1 1371/14
**reflect [1]** 1348/14
**reframe [1]** 1334/3 1358/12
**refresh [1]** 1354/9
**regard [1]** 1353/2
**regarding [10]** 1340/22 1346/19 1346/24 1352/24 1353/16 1355/19 1356/6 1358/8 1358/10 1383/11
**region [2]** 1359/22 1359/24
**registered [2]** 1350/1 1355/14
**registers [1]** 1354/21
**related [1]** 1331/21
**remedies [1]** 1361/8
**remember [4]** 1327/1 1336/24 1343/10 1343/13

**repercussions [2]** 1360/24 1384/12
**republic [1]** 1380/7 1384/10
**Request [1]** 1366/13
**requires [1]** 1330/23
**reset [1]** 1376/16
**residence [2]** 1334/21 1350/2
**residing [1]** 1350/14
**resist [2]** 1373/19 1374/1
**resisting [1]** 1373/8
**resolved [3]** 1380/1 1382/11 1382/13
**resort [1]** 1371/5
**respect [1]** 1384/18
**respond [3]** 1369/11 1370/12 1381/10
**responds [3]** 1337/19 1380/25 1381/25
**response [2]** 1333/19 1353/16
**responsibility [1]** 1362/5
**rest [3]** 1366/20 1372/15 1372/22
**restaurant [1]** 1327/23
**resume [1]** 1385/2
**RESUMED [1]** 1326/10
**retailers [1]** 1354/15
**retired [1]** 1363/22
**return [3]** 1339/12 1339/15 1364/13
**revealed [1]** 1355/1
**reverse [1]** 1368/13
**reverse-either [1]** 1368/13
**review [1]** 1330/3
**reviewed [7]** 1329/11 1329/17 1329/21 1330/18 1346/18 1358/15 1384/24
**revolution [1]** 1370/18
**revolution/Civil War [1]** 1370/18
**Rhodes [22]** 1332/25 1333/19 1333/23 1357/23 1357/24 1366/13 1367/20 1367/24 1368/8 1369/11 1370/1 1370/2 1370/15 1370/20 1371/2 1371/18 1371/23 1372/4 1372/6 1373/15 1373/16 1373/22
**Rhodes' [1]** 1375/15
**right [50]** 1325/25 1331/7 1333/11 1333/20 1336/8 1336/9 1337/7 1340/9 1344/13 1346/11 1346/16 1347/12 1347/18 1348/18 1349/12

1330/17 1356/1 1357/10 1359/10 1362/5 1362/8 1362/22 1363/3 1363/17 1366/1 1366/5 1367/12 1367/17 1367/25 1368/3 1368/18 1368/23 1369/5 1369/23 1370/21 1371/18 1372/14 1373/1 1374/10 1375/11 1376/8 1378/18 1379/1 1381/1 1381/8 1382/7 1382/15 1384/3 1384/25 1385/10
**RIOS [2]** 1323/11 1323/15
**rise [3]** 1325/2 1368/15 1385/4
**RMR [2]** 1386/2 1386/8
**Robert [1]** 1323/10
**ROBERTO [2]** 1322/6 1325/6
**Roberts [2]** 1369/5 1369/7
**role [3]** 1351/20 1351/23 1351/24
**room [1]** 1380/19
**rows [4]** 1347/5 1347/7 1351/15 1351/15
**RP [2]** 1345/20 1345/21
**rule [1]** 1374/22
**rules [2]** 1374/17 1374/17
**run [1]** 1334/20
**Ryan [1]** 1370/11

**S**

**sacrifices [1]** 1378/11
**safer [1]** 1339/9
**safety [1]** 1363/12
**said [6]** 1336/3 1336/25 1357/10 1364/21 1365/19 1370/6
**same [29]** 1329/15 1333/10 1337/7 1338/2 1338/25 1348/7 1351/5 1351/10 1357/18 1360/1 1361/2 1362/8 1362/24 1363/15 1364/17 1364/19 1364/23 1366/2 1368/17 1369/4 1371/20 1374/10 1374/20 1377/5 1377/7 1381/11 1383/21 1384/2 1385/6
**SanDisk [2]** 1383/7 1383/9
**Sarasota [3]** 1350/11 1350/15 1350/25
**Saturday [2]** 1366/16 1370/6
**save [1]** 1380/6
**saved [2]** 1375/15

**saved...** [1] 1384/10
**say** [29] 1329/18
1330/20 1330/24
1330/25 1331/3
1331/21 1333/3 1336/4
1336/24 1337/11
1337/23 1339/5 1360/3
1361/20 1362/12
1363/19 1364/6
1365/18 1365/21
1366/11 1370/2
1371/23 1372/6 1372/8
1373/5 1373/16
1374/14 1376/22
1377/7
**saying** [1] 1371/5
**says** [6] 1330/14
1336/23 1346/5 1368/8
1368/23 1383/4
**scenario** [1] 1369/9
**scott** [3] 1323/14
1323/17 1325/13
**SCOTUS** [1] 1372/14
**SCOTUS-only** [1]
1372/14
**screen** [6] 1340/19
1346/21 1353/13
1353/21 1355/24
1358/20
**screens** [1] 1355/22
**screenshots** [1]
1383/8
**seated** [2] 1325/3
1325/25
**sec** [18] 1327/6
1327/14 1327/19
1328/1 1328/7 1328/10
1328/11 1328/18
1328/22 1328/24
1330/6 1330/12
1330/12 1331/1 1333/4
1333/5 1333/19
1333/24
**second** [7] 1332/20
1335/12 1349/9
1349/10 1352/4 1373/9
1380/6
**seconds** [1] 1357/16
**secs** [1] 1329/15
**section** [1] 1382/8
**secure** [3] 1338/5
1339/22 1345/17
**security** [9] 1328/8
1328/20 1328/23
1331/4 1333/7 1333/25
1335/10 1338/8
1366/17
**see** [23] 1327/1
1328/24 1331/1 1331/7
1334/21 1336/16
1338/25 1350/20
1350/21 1351/5
1353/21 1354/2 1354/6
1355/21 1367/14
1369/20 1377/8
1377/17 1381/7
1381/19 1385/3 1385/7

**seeing** [1] 1364/8
**seems** [1] 1330/22
**seen** [12] 1330/20
1331/3 1331/12 1332/1
1333/23 1343/16
1344/22 1344/24
1345/21 1345/25
1355/7 1384/18
**sell** [1] 1360/16
**Senate** [1] 1372/10
1372/21
**send** [3] 1342/2
1357/17 1375/21
**sender** [2] 1338/10
1384/23
**sending** [9] 1332/24
1359/20 1359/25
1366/9 1369/25
1370/25 1371/18
1373/3 1373/14
**sends** [11] 1337/6
1338/1 1338/25
1357/24 1363/16
1372/25 1374/9
1375/13 1376/21
1379/1 1380/11
**sent** [2] 1344/15
1384/22
**sentence** [1] 1364/3
**sentencing** [1] 1364/3
**separate** [1] 1355/6
**September** [2] 1347/18
1351/19
**seriously** [1] 1360/5
**serve** [2] 1334/12
1349/25
**service** [3] 1334/18
1339/21 1349/21
**services** [2] 1341/21
1341/21
**Session** [1] 1322/7
**set** [2] 1332/9 1382/14
**seven** [1] 1351/15
**several** [3] 1328/3
1334/22 1379/20
**shared** [1] 1346/1
**she** [2] 1369/1 1369/2
**Shipley** [3] 1323/2
1323/3 1325/11
**ships** [1] 1357/19
**shit** [1] 1358/1
**short** [3] 1351/9
1379/17 1379/25
**shortly** [1] 1351/6
**should** [7] 1331/10
1341/6 1345/8 1352/15
1363/3 1369/14
1371/24
**shouldn't** [1] 1363/21
**show** [4] 1327/20
1353/1 1360/7 1366/19
**showing** [1] 1336/7
**shown** [1] 1336/6
**side** [1] 1382/7
**Siekerman** [3] 1377/19
1377/25 1378/9

**sign** [2] 1341/24
1349/21
**Signal** [14] 1337/7
1338/7 1338/8 1338/9
1338/11 1338/12
1338/16 1354/21
1354/23 1355/2
1367/11 1383/8
1383/13 1383/14
**similar** [2] 1377/23
1378/6
**simply** [2] 1330/18
1380/3
**sink** [1] 1357/19
**sir** [71]
**sister** [1] 1363/10
**sit** [2] 1328/2 1378/16
**site** [1] 1377/23
**sits** [1] 1373/7
**situation** [2] 1380/1
1382/11
**six** [1] 1351/15
**size** [1] 1342/2
**slide** [34] 1326/25
1332/20 1333/8 1333/8
1333/10 1333/18
1336/13 1337/3
1337/17 1337/22
1337/25 1338/23
1339/13 1357/3 1357/6
1357/15 1360/10
1360/18 1360/25
1364/9 1364/22
1369/18 1370/10
1370/14 1370/19
1371/6 1371/16
1372/12 1372/23
1374/4 1376/20
1378/17 1380/15
1380/24
**Slide 8** [1] 1357/3
**slip** [1] 1378/12
**slogan** [1] 1373/23
**small** [1] 1355/23
**Smith** [2] 1368/18
1368/20
**so** [58] 1326/5 1328/3
1328/7 1328/24
1330/13 1331/20
1333/10 1334/1 1334/2
1334/22 1335/17
1336/8 1338/5 1338/7
1338/13 1339/8 1340/6
1341/24 1342/24
1344/4 1345/2 1345/10
1347/18 1350/5 1351/8
1354/13 1354/16
1355/13 1357/6 1357/7
1357/9 1357/16
1357/21 1359/19
1362/15 1362/22
1363/15 1365/17
1366/19 1367/6
1367/19 1367/24
1370/8 1370/20
1372/20 1377/23
1378/8 1378/20
1378/25 1381/6 1382/7

**sight** [1] 1383/12
1383/12 1383/12
1383/20 1383/23
1384/1
**So I think** [2] 1330/13
1334/1
**so it's** [1] 1366/19
**So this is** [1] 1367/24
**So this message** [1]
1357/9
**social** [1] 1377/22
**solved** [1] 1361/9
**some** [19] 1331/17
1335/9 1340/8 1344/25
1346/23 1347/7 1347/7
1350/9 1350/10
1350/19 1350/21
1351/5 1351/23 1358/1
1359/16 1366/24
1378/13 1382/17
1383/23
**somebody** [1] 1338/1
**someone** [16] 1333/13
1335/10 1336/4
1336/15 1338/7
1338/24 1351/8
1357/17 1360/14
1362/8 1366/10
1368/17 1369/4
1372/25 1378/25
1380/25
**someone's** [1] 1334/14
**something** [5] 1329/8
1329/20 1330/6
1349/12 1378/14
**sometimes** [7] 1334/25
1335/3 1335/3 1338/9
1338/10 1340/9
1383/23
**sons** [1] 1378/12
**SoRelle** [3] 1368/6
1368/9 1371/21
**sorry** [4] 1329/2
1362/15 1362/17
1364/12
**sort** [1] 1335/9
**sounded** [1] 1329/25
**sounds** [1] 1331/7
**Southeast** [1] 1359/24
**spans** [1] 1379/20
**Special** [1] 1326/6
**Special Agent's** [1]
1326/6
**specific** [1] 1330/15
**spoke** [1] 1370/4
**spreadsheets** [1]
1347/4
**squared** [1] 1367/2
**squared-away** [1]
1367/2
**stab** [2] 1372/9
1372/10
**stand** [11] 1326/10
1328/7 1333/5 1345/24
1361/13 1361/22
1365/1 1365/8 1370/13
1372/21 1380/21
**standing** [1] 1361/23

**stands** [1] 1385/12
**start** [5] 1347/16
1347/23 1348/2 1365/2
1381/19
**started** [2] 1326/6
1384/25
**starting** [6] 1348/1
1348/8 1349/4 1351/22
1359/19 1379/17
**state** [3] 1350/13
1359/22 1371/9
**statement** [1] 1339/15
1358/8
**statement/bio** [1]
1339/15
**states** [9] 1322/1
1322/3 1322/10 1325/5
1340/2 1340/4 1361/25
1363/4 1371/10
**stay** [1] 1363/11
**Steal** [1] 1370/5
**step** [2] 1334/13
1334/13
**steps** [3] 1334/22
1336/3 1368/22
**Stewart** [13] 1332/25
1333/15 1333/23
1336/24 1357/23
1357/24 1366/13
1367/20 1367/24
1368/8 1368/21 1370/1
1373/15
**Stewart Rhodes** [5]
1333/23 1357/24
1366/13 1367/24
1368/8
**still** [2] 1367/17 1371/4
**stipulation** [1] 1383/2
**stop** [2] 1365/4 1370/5
**Stop the Steal/Jericho
March** [1] 1370/5
**storage** [1] 1342/2
**stores** [1] 1354/15
**Street** [3] 1322/16
1323/11 1323/20
**strictly** [1] 1336/25
**strike** [2] 1374/6
1374/6
**stupid** [1] 1364/15
**SUAREZ** [2] 1323/11
1323/14
**subject** [1] 1344/17
**subject's** [1] 1328/22
**subjects** [1] 1333/24
**submit** [1] 1339/23
**subpoena** [4] 1334/16
1334/18 1334/24
1353/16
**subpoenas** [3]
1334/12 1334/13
1349/24
**subscriber** [2] 1353/4
1353/7
**such** [12] 1328/1
1328/25 1333/16
1334/12 1334/15
1339/21 1342/1
1344/25 1345/1

**S**

such... [3] 1352/12
1352/15 1354/15
Suggests [1] 1377/1
Suite [2] 1323/16
1323/20
summaries [1] 1352/9
summary [9] 1346/23
1347/7 1352/7 1352/9
1352/10 1352/14
1352/16 1379/17
1379/25
Supreme [1] 1366/12
Supreme Court [1]
1366/16
sure [10] 1327/12
1334/4 1346/5 1353/23
1353/25 1356/2
1358/13 1361/24
1365/7 1380/22
survival [1] 1361/14
Switzerland [3] 1340/5
1341/16 1343/6
swore [1] 1364/4
sworn [3] 1326/10
1369/13 1369/17

**T**

T's [2] 1352/21
1354/12
tagged [1] 1364/3
take [14] 1337/20
1351/4 1352/2 1354/19
1356/24 1358/5 1360/5
1363/2 1363/5 1363/6
1365/19 1368/16
1380/14 1385/1
takeaway [1] 1375/7
taken [2] 1362/19
1382/21
taking [1] 1368/23
talk [3] 1331/11 1337/1
1345/18
talked [5] 1346/9
1346/15 1358/1
1358/23 1384/2
talking [6] 1327/1
1330/1 1338/7 1352/19
1367/11 1380/23
tall [1] 1372/21
taught [2] 1327/18
1328/9
Taylor [2] 1383/7
1383/10
Taylor's [1] 1384/2
teach [4] 1365/11
1365/11 1365/11
1365/12
team [1] 1339/10
Telephone [1] 1338/20
tell [5] 1331/2 1334/25
1336/22 1371/2
1382/20
temporary [1] 1362/18
term [5] 1329/13
1329/19 1330/16
1330/20 1331/1
terms [3] 1327/25

test [2] 1344/18
1345/17
TESTIFIED [1] 1326/10
testify [1] 1331/16
testimony [4] 1325/21
1352/14 1352/15
1385/7
Texas [1] 1350/22
text [2] 1367/16
1371/18
texting [1] 1355/13
TextMe [5] 1355/8
1355/10 1355/15
1356/5 1356/15
than [5] 1330/18
1335/20 1337/20
1360/17 1365/10
Thank [17] 1328/5
1338/22 1339/16
1342/16 1349/10
1350/23 1351/11
1351/17 1352/1
1352/17 1353/24
1354/20 1356/3
1356/24 1358/4
1367/23 1384/13
Thank you [16] 1328/5
1338/22 1339/16
1342/16 1349/10
1350/23 1351/11
1351/17 1352/1
1352/17 1353/24
1354/20 1356/24
1358/4 1367/23
1384/13
Thanks [1] 1362/19
that [200]
that's [36] 1327/11
1329/23 1330/6
1330/22 1331/10
1331/20 1333/21
1336/6 1336/19
1336/21 1337/1
1348/16 1349/16
1349/16 1349/20
1355/13 1355/14
1356/1 1357/11
1361/17 1362/13
1362/25 1363/3
1363/12 1365/8
1367/13 1371/24
1374/13 1375/20
1377/9 1377/20 1382/9
1382/16 1383/25
1384/5 1384/6
theft [1] 1380/3
their [13] 1328/25
1331/12 1335/4 1335/7
1341/25 1350/6
1354/23 1365/23
1372/15 1372/15
1374/6 1374/16 1380/5
theirselves [1] 1363/1
them [15] 1331/13
1340/1 1343/19
1352/12 1353/9
1354/17 1362/3 1362/4

1365/12 1374/5
1380/22 1384/14
themselves [2]
1360/17 1362/14
then [56] 1329/10
1330/24 1330/24
1331/2 1331/3 1331/16
1333/18 1334/17
1334/17 1334/19
1337/18 1337/22
1337/23 1337/25
1338/1 1344/15
1344/19 1348/1 1348/4
1348/6 1349/4 1357/5
1357/15 1357/20
1360/11 1360/21
1361/10 1361/20
1361/22 1362/2
1363/16 1365/18
1368/17 1368/18
1369/4 1369/10
1369/15 1370/10
1370/14 1370/15
1370/17 1371/7
1371/11 1372/12
1374/3 1374/9 1378/17
1380/15 1380/25
1381/18 1381/20
1381/20 1381/22
1381/24 1381/25
1383/9
there [26] 1334/6
1338/15 1341/6 1341/6
1345/5 1348/10 1349/4
1350/9 1350/10
1350/16 1350/20
1350/21 1352/14
1356/18 1356/21
1360/16 1360/23
1361/16 1364/1
1364/21 1366/18
1377/25 1378/16
1382/3 1382/17
1383/23
there's [2] 1365/5
1375/11
these [22] 1325/17
1329/12 1329/14
1330/4 1330/6 1331/17
1332/12 1347/17
1349/14 1351/2 1351/5
1351/23 1352/9
1355/18 1356/5 1359/1
1359/17 1360/8
1362/15 1367/16
1382/20 1384/19
they [36] 1331/22
1331/22 1332/13
1335/3 1335/3 1335/7
1335/19 1344/25
1345/2 1345/3 1352/8
1352/13 1353/3 1358/9
1358/9 1359/3 1359/5
1360/7 1360/7 1360/9
1360/16 1362/3 1362/3
1362/3 1362/16 1364/7
1365/8 1365/21

1374/5 1374/5 1374/7
1381/19 1384/21
They'd [1] 1369/13
they're [5] 1328/25
1335/21 1336/9
1338/15 1367/4
thing [3] 1330/13
1360/23 1372/14
things [8] 1327/24
1328/1 1328/21
1328/25 1330/2
1331/12 1333/23
1364/12
think [18] 1326/4
1329/20 1330/13
1330/14 1331/3 1331/5
1331/6 1331/15
1331/16 1331/20
1331/23 1331/25
1334/1 1336/8 1336/9
1357/3 1364/5 1365/10
thinking [2] 1358/9
1364/13
this [91]
This is [1] 1325/5
Thomas [1] 1372/14
those [18] 1328/13
1334/13 1336/3 1340/8
1340/9 1347/7 1347/7
1350/19 1351/5
1351/21 1353/1 1353/4
1358/23 1365/15
1368/2 1371/10
1378/11 1384/19
though [2] 1363/24
1368/12
thought [1] 1329/23
thousands [10]
1329/12 1329/13
1329/17 1329/17
1329/17 1330/18
1347/5 1365/3 1374/24
1377/10
thread [1] 1383/14
three [7] 1347/17
1348/7 1349/15
1364/17 1366/25
1367/3 1371/10
three columns [1]
1349/15
through [11] 1329/9
1329/9 1334/22
1335/12 1336/3
1341/24 1344/4
1347/19 1349/2 1349/5
1359/17
throughout [1]
1345/18
tied [1] 1350/2
till [1] 1372/9
time [15] 1341/17
1350/14 1351/2 1351/9
1357/12 1358/24
1364/1 1365/9 1369/1
1370/23 1371/9
1376/15 1378/14
1380/18 1383/21

times [1] 1330/22
tired [2] 1371/25
1374/25
title [1] 1376/14
titled [1] 1386/4
today [1] 1363/21
together [6] 1337/16
1373/25 1373/25
1374/1 1374/1 1375/1
told [2] 1331/1 1337/12
tolerated [1] 1380/4
tonight [1] 1345/18
too [1] 1355/23
took [1] 1334/14
top [2] 1354/4 1378/2
town [2] 1328/3 1365/4
track [1] 1359/16
TracPhone [2] 1354/11
1354/13
tragic [1] 1372/8
train [2] 1337/15
1337/16
trained [1] 1327/18
training [1] 1337/13
traitors [2] 1369/16
1370/18
transcript [2] 1322/9
1386/3
transportation [1]
1345/19
treason [1] 1364/3
trial [2] 1322/9 1352/11
trouble [1] 1364/6
Troy [2] 1322/15
1325/9
true [6] 1334/20 1335/1
1335/5 1353/3 1354/16
1356/21
Trump [7] 1368/13
1371/4 1371/25 1373/6
1373/7 1373/17
1384/10
Trump's [1] 1372/16
truth [1] 1384/20
TruthSeeker69 [1]
1366/10
trying [4] 1336/2
1336/4 1364/6 1373/7
Tuesday [5] 1326/24
1343/9 1346/16 1347/1
1348/12
turmoil [1] 1365/24
turn [1] 1330/24
turned [1] 1372/15
twist [1] 1362/3
Twitter [1] 1377/24
two [8] 1336/7 1336/10
1347/20 1348/23
1357/8 1362/15
1369/14 1384/9
tying [1] 1329/21
type [2] 1353/6 1353/7
types [1] 1334/6
typically [2] 1328/24
1330/2
tyranny [1] 1380/6

**U**

U.S. [1] 1366/15
U.S. Capitol [1] 1366/15
Ulrich [5] 1359/21 1360/3 1370/11 1372/25 1373/5
under [2] 1369/8 1382/7
understand [2] 1329/19 1345/24
understanding [3] 1329/13 1330/16 1333/6
understands [1] 1329/15
Understood [2] 1336/11 1337/24
unite [1] 1376/16
UNITED [8] 1322/1 1322/3 1322/10 1325/5 1340/2 1340/4 1361/25 1363/4
United States [3] 1340/2 1340/4 1363/4
United States of [1] 1361/25
unknown [1] 1365/22
up [24] 1325/22 1326/22 1330/6 1330/7 1332/7 1336/5 1340/19 1341/25 1346/21 1349/21 1353/13 1354/4 1355/16 1357/8 1358/20 1359/15 1360/21 1363/25 1365/8 1366/19 1368/15 1376/2 1377/25 1379/7
upon [2] 1329/13 1330/25
urging [1] 1371/4
us [36] 1326/20 1327/4 1331/1 1331/2 1333/5 1334/19 1336/22 1337/9 1338/7 1339/3 1344/4 1345/15 1347/2 1348/8 1348/23 1350/1 1350/19 1359/16 1361/24 1362/10 1362/17 1365/2 1365/2 1365/3 1365/5 1365/15 1367/1 1367/10 1374/2 1374/2 1374/5 1375/2 1377/21 1379/23 1380/23 1381/25
usdoj.gov [1] 1322/18
use [11] 1328/22 1334/17 1335/18 1346/10 1349/1 1349/6 1349/22 1349/24 1350/5 1355/1 1370/16
used [9] 1330/20 1331/4 1331/22 1331/22 1335/16 1347/20 1347/24 1348/22 1352/21
user [2] 1353/3

**V**

uses [3] 1333/19 1333/24 1368/13
using [9] 1330/12 1335/22 1340/6 1344/10 1345/1 1347/23 1348/2 1350/6 1354/11
usually [10] 1334/13 1335/7 1341/18 1347/4 1349/24 1350/5 1354/14 1355/12 1355/13 1383/19

**V**

Vallejo [3] 1323/19 1325/8 1325/15
various [2] 1328/19 1350/22
verge [1] 1380/5
version [1] 1341/25
versions [1] 1342/3
versus [1] 1325/6
very [8] 1347/4 1351/6 1360/23 1360/23 1361/8 1364/4 1376/13 1378/2
vetting [3] 1339/10 1339/10 1339/11
vettingokfl [2] 1339/12 1339/15
Vice [2] 1368/25 1369/1
videos [1] 1383/10
violated [1] 1372/15
virtual [1] 1335/16
volume [1] 1347/3
voluminous [2] 1347/4 1352/10
vote [1] 1371/11
VPN [6] 1335/13 1335/15 1335/16 1335/22 1336/6 1350/5
VPNs [4] 1335/16 1335/18 1349/11 1350/3
vs [1] 1322/5

**W**

wait [2] 1372/9 1381/22
waiting [2] 1361/8 1371/25
waiver [1] 1343/14
Walgreens [1] 1354/15
walk [1] 1344/4
Walmart [1] 1354/15
want [6] 1331/7 1336/5 1352/6 1363/5 1363/6 1365/23
wanted [3] 1338/13 1356/1 1363/24
war [4] 1365/14 1370/7 1370/8 1370/18
was [49] 1329/23 1329/25 1330/1 1335/22 1341/18 1341/19 1343/3 1343/5

what [24] 1340/7 1340/14 1344/17 1345/16 1347/23 1348/10 1348/13 1348/14 1350/14 1351/1 1351/19 1351/20 1351/20 1351/24 1353/6 1353/6 1353/7 1353/18 1354/10 1354/11 1354/11 1355/3 1355/5 1355/6 1356/18 1356/20 1356/21 1357/10 1357/22 1359/19 1359/21 1359/22 1359/24 1360/1 1363/24 1369/1 1369/2 1377/16 1378/18 1379/23
what's [6] 1335/15 1344/4 1349/18 1354/13 1375/23 1376/14
Whatever [1] 1374/25
when [20] 1326/24 1327/22 1328/21 1328/24 1336/2 1338/7 1343/9 1344/20 1345/2 1346/16 1347/2 1348/11 1349/11 1349/20 1351/20 1354/21 1374/5 1374/5 1383/13 1383/18
where [18] 1330/5 1334/20 1335/21 1341/13 1341/15 1343/5 1359/25 1363/5 1370/25 1372/4 1373/3 1373/23 1375/23 1378/6 1380/20 1382/20
whether [3] 1341/20 1351/1 1352/20
which [10] 1332/13 1345/8 1350/1 1350/13 1359/3 1359/22 1360/1 1381/13 1382/13 1383/3
while [3] 1328/3 1334/14 1370/8
White [1] 1370/17
White House [1] 1370/17
who [20] 1334/21 1335/1 1337/9 1339/3 1344/7 1344/15 1350/1 1357/22 1359/19 1359/21 1360/8 1360/19 1362/10 1366/14 1366/25 1368/5 1368/24 1369/16 1375/13 1381/25
who's [6] 1329/16 1332/24 1366/9 1369/25 1373/14 1377/9
whose [1] 1367/19
why [3] 1329/11 1383/16 1385/1
wife [1] 1361/6
will [21] 1331/16 1333/4 1347/12 1356/11 1359/10 1360/9 1360/16 1361/23 1365/12 1366/18 1366/22 1368/11 1368/22 1370/17 1372/9 1372/10 1372/22 1373/18 1376/8 1380/3 1385/2
William [5] 1323/2 1323/3 1325/11 1386/2

willing [2] 1361/13 1377/9
Willow [1] 1348/24
wins [2] 1373/8
without [2] 1330/10 1335/4
WITNESS [2] 1324/2 1326/9
WITNESSES [1] 1324/4
won't [3] 1345/20 1346/2 1365/14
wonder [2] 1360/5 1365/23
word [5] 1329/7 1330/12 1344/22 1346/5 1367/1
work [2] 1337/16 1375/1
world [1] 1351/7
worried [1] 1377/10
worthy [1] 1377/1
would [16] 1328/3 1334/19 1335/5 1335/9 1335/23 1352/11 1353/9 1360/5 1360/23 1360/24 1362/13 1362/25 1364/4 1365/23 1366/22 1369/12
wouldn't [2] 1339/25 1359/14
write [11] 1338/4 1360/14 1361/4 1362/23 1364/18 1364/24 1379/3 1380/13 1380/16 1381/11 1382/15
writes [6] 1336/16 1361/2 1362/8 1368/18 1369/5 1382/10
writing [3] 1357/22 1364/11 1372/4
written [1] 1379/23
wrote [2] 1378/9 1384/7
WWG1WGA [2] 1373/23 1375/7

**Y**

Yahoo [1] 1340/6
yeah [1] 1331/21
year [1] 1361/12
yellow [1] 1348/6
Yes [90]
Yet [1] 1364/4
you [185]
you're [12] 1326/5 1327/22 1328/3 1328/22 1334/6 1336/9 1338/16 1363/12 1374/22 1374/23 1374/23 1374/24
you've [3] 1330/14 1330/14 1384/18
Young [5] 1344/8 1344/9 1381/4 1381/9

**Y**

**Young... [1]** 1381/11
**your [37]** 1325/4
1326/20 1328/2 1328/2
1328/4 1329/3 1330/8
1332/3 1333/6 1333/22
1335/17 1339/11
1351/1 1352/17 1354/9
1354/25 1355/14
1355/14 1355/21
1355/24 1358/10
1358/12 1362/15
1363/4 1363/11 1365/3
1365/9 1365/9 1365/11
1365/11 1366/21
1366/23 1368/16
1378/15 1384/15
1385/7 1385/9
**Your Honor [9]** 1325/4
1329/3 1330/8 1332/3
1352/17 1355/21
1362/15 1384/15
1385/9
**yours [1]** 1361/22
**yourself [1]** 1328/10

**Z**

**Zaremba [2]** 1386/2
1386/8
**ZeroHedge.com [1]**
1375/24
**zoom [9]** 1341/7
1342/22 1348/4 1348/6
1349/9 1349/14
1351/12 1353/19
1382/24