IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )
                                 )    CR No. 22-15
                                 )    Washington, D.C.
        vs.                      )    December 16, 2022
                                 )    9:20 a.m.
ROBERTO A. MINUTA, ET AL.,       )
                                 )    Day 8
          Defendants.            )
_____  )
```

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:         Jeffrey S. Nestler
                            Alexandra Hughes
                            Louis Manzo
                            Troy Edwards
                            U.S. ATTORNEY'S OFFICE
                            601 D Street, NW
                            Washington, D.C. 20579
                            (202) 252-7277
                            Email:
                            jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant Minuta:        William Lee Shipley, Jr.
                             LAW OFFICES OF
                             WILLIAM L. SHIPLEY
                             PO Box 745
                             Kailua, HI 96734
                             (808) 228-1341
                             Email: 808Shipleylaw@gmail.com

For Defendant
Joseph Hackett:              Angela Halim
                             3580 Indian Queen Lane
                             Philadelphia, PA 19129
                             215-300-3229
                             Email: angiehalim@gmail.com


For Defendant
David Moerschel:             Connor Robert Martin
                             BROWN, SUAREZ, RIOS & WEINBERG
                             1532 Jackson Street
                             Fort Myers, FL 33901
                             (239) 337-9755
                             Email: connor@bsrlegal.com

                             Scott Weinberg
                             BROWN, SUAREZ,
                             RIOS & WEINBERG
                             265 E Marion Avenue
                             Suite 114
                             Punta Gorda, FL 33950
                             (941) 575-8000
                             Email: scott@bsrlegal.com

For Defendant
Edward Vallejo:              Matthew J. Peed
                             CLINTON & PEED
                             1775 Eye Street, NW
                             Suite 1150
                             Washington, D.C. 20006
                             (202) 919-9491
                             Email: matt@clintonpeed.com
```

– – –

WITNESS INDEX

– – –

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| GOVERNMENT'S: | | | | |
| MICHAEL ADAMS | 1589 | 1620 | 1667 | |
| MICHAEL ADAMS | | 1645 | | |
| MICHAEL ADAMS | | 1653 | | |
| MICHAEL ADAMS | | 1663 | | |
| KELSEY HARRIS | | 1682 | 1700 | |

– – –

INDEX OF EXHIBITS

– – –

| GOVERNMENT'S | ADMITTED |
|---|---|
| 4606 AND 4607 | 1602 |
| 4604 | 1615 |
| 4609 AND 4610 | 1673 |
| 4605 | 1677 |
| 1.S.656.10096 | 1680 |
| 1.S.69618155 | 1712 |
| 6781 | 1716 |
| 1006 | 1717 |
| EV6857 | 1694 |

1          P R O C E E D I N G S

2          COURTROOM DEPUTY:  All rise.

3          All rise.  The Court is now in session; the

4    Honorable Amit P. Mehta presiding.

5          THE COURT:  Please be seated, everyone.

6          COURTROOM DEPUTY:  Good morning, Your Honor.

7    This is Criminal Case No. 22-15, United States of America

8    versus Defendant No. 6, Roberto A. Minuta; Defendant 7,

9    Joseph Hackett; Defendant 8, David Moerschel; and Defendant

10   11, Edward Vallejo.

11          Jeffrey Nestler, Alexandra Hughes, Troy Edwards,

12   and Louis Manzo for the government.

13          William Shipley for Defendant Minuta.

14          Angela Halim for Defendant Hackett.

15          Scott Weinberg and Connor Martin for Defendant

16   Moerschel.

17          And Matthew Peed for Defendant Vallejo.

18          All named defendants are present in the courtroom

19   for these proceedings.

20          THE COURT:  Okay.  Good morning, everybody.

21   I hope everybody had a nice evening.  Thank you for being

22   here early.  There were sort of two loose ends I wanted to

23   address this morning.  One was the motion that was made at

24   the end of the day concerning some slides involving

25   Mr. Moerschel, right, and some commentary that he had about

 1    Representative Schiff, and then we had the juror issue that

 2    we had sort of left open.

 3            So why don't we start with the juror issue and

 4    just where the parties are.  The one thing I want to bring

 5    to everybody's attention and maybe figure it out is that the

 6    code section I had cited yesterday was based on an older

 7    case and I was just reading from that older case.  It's been

 8    recodified.  It's now at D.C. Code 1-100102 -- .02.  So I

 9    don't know if you all had found it or not.

10            But in any event, why don't we start with defense

11    counsel and what your position is on the juror's continued

12    service?

13            MS. HALIM:  I defer to other defense counsel.

14            MR. SHIPLEY:  Your Honor, I guess my concern is

15    the basic qualification issue is residency within the

16    District.

17            And the key determination there is, is he living

18    outside the District without the intention of returning?

19    And I think that's -- he didn't answer that question

20    directly.  He didn't say, oh, I mean, it's just temporary,

21    I'm going to go back when the house is done or when the

22    apartment is in better -- it's open-ended.  He hasn't made a

23    decision one way or the other.

24            And I think the fact that he has physically

25    relocated outside the District without a plan for coming

```
1   back that he can describe shifts his residency.  The other
2   accoutrements or not getting his driver's license changed
3   yet, not reregistering to vote in another location, I don't
4   think he could vote in the District while residing in the
5   northern -- or the Eastern District of Virginia.
6            THE COURT:  Well --
7            MR. SHIPLEY:  So I think that's -- and it's a
8   circumstance where, as two days ago, I said we need to be
9   careful about dipping into the alternate pool this early.
10  That was a question of excusing a juror for being sick.
11  This is a question of maybe retaining a juror who doesn't
12  fit the qualifications for service in this district.
13           THE COURT:  Okay.  So let me read the following to
14  you to see if it changes your view.  I'll read you the
15  section yesterday.  This is -- again, this is all for
16  purposes of the voting rolls and who can qualify to vote
17  based on residency.
18           I think I read the definition yesterday, which was
19  residence, this is now in 1-1001.02(16)(A), "The term
20  'residence,' for purposes of voting, means the principal or
21  primary home or place of abode of a person.  Principal or
22  primary home or place of abode is that home or place in
23  which the person's habitation is fixed and to which a
24  person, whenever a person is absent, has the present
25  intention of returning after departure or absence therefrom,
```

1    regardless of the duration of the absence."

2          The code goes on to identify a punch of factors

3    that the Court can consider, like business pursuits;

4    employment; income sources; residency for income tax or

5    other purposes; residence of parents, spouse or children,

6    leasehold; situs of personal or real property, and motor

7    vehicle registration.

8          Here's the key thing.  (16)(E), (16)(E) of that

9    section says, "No person shall be deemed to have gained or

10   lost a residence by reason of absence while employed in the

11   service of the District or the U.S. Government," that

12   doesn't apply, "while a student at any institution of

13   learning," that doesn't apply, "while kept at an institution

14   at public expense."  That doesn't apply.

15         And here's the key, "or while absent from the

16   District with the intent to have the District remain the

17   person's residence."  So it reads, "No person shall be

18   deemed to have gained or lost a residence by reason of

19   absence... while absent from the District with the intent to

20   have the District remain a person's residence.  If the

21   person is absent from the District, but intends to maintain

22   residence in the District for voting purposes, the person

23   shall not register to vote in any other state or territory

24   during his or her absence."

25         So, you know, I don't know if that changes your

1  thinking at all.  You know, he said a few things yesterday

2  that would suggest his intent to return, including that he

3  had permitted, in fact, does have permits to build on his

4  parent's property presumably to come back and live in that

5  space, but he's delayed doing that given what the interest

6  rates are.

7         Also indicating that he's girlfriend was intending

8  to purchase a home in D.C. in the summer.  Some of that is

9  now -- it's not concrete, but I don't know if that changes

10  your view, Mr. Shipley.

11         MR. SHIPLEY:  I think the problems that those are

12  sort of decisions to be made based upon events yet to come.

13  He has not left.

14         THE COURT:  So let me just cut to the chase.

15         Are you asking that he be stricken?

16         MR. SHIPLEY:  I think we are.  We discussed this

17  last night and sort of, we didn't -- I don't think there was

18  a strong view, but I think the uniform view was we would

19  rather not go down the road with this problem.

20         THE COURT:  Mr. Edwards.

21         MR. EDWARDS:  I appreciate the defenses' position.

22  I was actually just curious as a matter of law of how this

23  plays out.  You know, obviously, the government has, wants

24  to make sure that we have a clear record regardless of how

25  the trial carries forward.

1    I do think the Court has a right just as a

2    principle matter, I understand the defense's objection,

3    (16)(A) and (16)(B) together make it clear that -- two

4    things.

5    One, there are factors that play into whether or

6    not a person is intending to return, and those factors seem

7    to, in the government's position, cut in favor of

8    determining that the juror intends to return; and then

9    (16)(A) specifically says that even if the person is absent,

10   as long as they have that intent regardless of the duration

11   of that absence.  So if he was saying yesterday on the

12   record that because of interest rates and things, he may

13   extend another year, I'm not sure that should cut against

14   him because of the clear letter of (16)(A).

15   And then just one addition to the Court's

16   citations, *United States versus Haywood*, D.C. Circuit 452

17   F.2d 1330, this is 1971, but D.C. Circuit at least

18   highlights that nonresidency of a juror is not a factor that

19   impairs the impartial and intelligent performance of a

20   juror's duties.

21   And I know that's a second step, it's not

22   necessarily the first step of his qualified.

23   THE COURT:  Right.

24   MR. EDWARDS:  But just to alleviate any concerns

25   that this would touch on the impartially of the juror, the

1   Circuit made clear that's not the case.

2          THE COURT:  Yeah, I took a look at that and

3   I think it went to the issue of prejudice of having somebody

4   who was seated that otherwise might not be qualified.

5          Okay.  Look, you know, I don't want to play with

6   fire here, I mean, if the defense is going to object to the

7   juror's continued being on the jury, it's not a -- not

8   something I'm prepared to risk if there are convictions

9   here.  So I'll dismiss the juror.

10          Before you do that, just please bring them in.

11          MR. SHIPLEY:  Something that we discussed with

12   respect to the juror that was ill was the idea that for

13   being ill, if a juror was excused, that would send a bad

14   message to the remainder of the jury, that a way out here is

15   to be -- report ill.  And I think it sends a good message

16   that we took a day off so a lot of the jurors don't think

17   that's a way out.

18          I'm introducing that only to suggest if we are

19   going to let this juror go, we should probably tell the jury

20   why.

21          THE COURT:  I'm happy to do that, though, what I

22   would propose is not something specific.

23          MR. SHIPLEY:  Agreed.

24          THE COURT:  And simply just say, Juror 16 is no

25   longer going to be serving on the jury and you shouldn't

1   speculate for the reasons -- the reason as to why, and just

2   leave it at that.  He's clearly not ill.

3           MR. SHIPLEY:  No.  I'm just saying issues arose

4   with respect to his appropriateness for being a juror in the

5   District.

6           THE COURT:  Yeah, I don't want to suggest that

7   somehow he's done anything wrong.

8           MR. SHIPLEY:  I understand.  That's why I couldn't

9   come up with the right word off the top of my head.

10          THE COURT:  We could use the word eligibility.

11          I just as well tell them not to speculate and

12  jurors will follow that, and I don't think it's going to --

13  I don't think these folks are sitting there thinking, how

14  can I get off this thing.

15          MR. SHIPLEY:  Not today they aren't.

16          THE COURT:  I don't think they are.  Once they're

17  on, they're on.  And certainly if history is any lesson,

18  they take their job very seriously and only in the most

19  extraordinary circumstances do they ask to opt out.  They

20  had to move to Houston.  So and she was even prepared to

21  come back if we could accommodate it.

22          All right.  So before we bring them in, let me

23  just rule on the motion that was made by Mr. Moerschel.

24          I'll grant the motion.  I do think that that

25  particular slide has very little probative value.  I looked

1    at all the slides that preceded it and it's pretty clear

2    that there's this ridiculous notion that there's -- this

3    ridiculous rumor that's being floated about Representative

4    Schiff and alleged illegal conduct involving a child and

5    that it is that discussion to which Mr. Moerschel was

6    responding and not the immediate couple slides that were

7    talking about Vice President Pence and his not having -- the

8    rumors about him not being faithful to what the expectation

9    of the President was.

10            And so there's very little, if any, probative

11    value, it seems to me, of that slide with respect to

12    Mr. Moerschel's state of mind.  And even if there's some, it

13    demonstrates some antipathy towards members of Congress.

14    I think, given the contents of the slide, it really is

15    more -- has the prospect of inflaming the jury and is more

16    prejudicial than probative.  So I'll exclude that slide from

17    and grant the request.

18            So can we bring Juror 16 in.

19            MR. NESTLER:  Your Honor, our first witness today

20    will be Mr. Adams.  Is it okay with the Court if

21    Special Agent Harris is present during his testimony?  He is

22    familiar with Mr. Adams and testimony about Florida so it

23    will be helpful for the government if Special Agent Harris

24    were here.

25            THE COURT:  Okay.  I mean, I think that's

1    consistent with my earlier ruling.

2            MR. NESTLER:  Thank you.  I just wanted to flag

3    that before we started.

4            THE COURT:  And to be clear, nothing, it seems to

5    me, he has said so far while he's testifying could be

6    affected by Mr. Adams' upcoming testimony.  If that were the

7    case, I might have a different view.  But unless you all

8    think differently that somehow his continued testimony might

9    be affected by Mr. Adams, but I don't see it.

10           MR. SHIPLEY:  But for the fact that we've already

11   had a trial, I might feel that way.  But I think

12   Agent Harris knows what Mr. Adams is going to testify to,

13   and I don't think he's going to be influenced in any way by

14   what we might hear.  That's my position.  I don't want to

15   speak for the other defendants.

16           MS. HALIM:  I don't have any objection to this

17   particular request.

18           MR. PEED:  No objection.

19           MR. NESTLER:  Thank you.

20           THE COURT:  Okay.  Thank you.

21           COURTROOM DEPUTY:  Jury panel.

22           THE COURT:  Hi, sir.  How are you?

23           JUROR:  I'm okay.  How are you?

24           THE COURT:  I'm good.

25           Please be seated, everybody.

 1              You are juror in seat No. 16?

 2              JUROR:  Correct.

 3              THE COURT:  So we appreciate you notifying us

 4     yesterday about your living circumstances and where you are

 5     and your thinking about your future residency.

 6              As you may know, there are some residency

 7     requirements in terms of jury service.  I will tell you that

 8     we've thought about, or I've thought about, let me put it

 9     that way, and it's a little unclear and somewhat ambiguous

10     to us whether you continue to qualify as a resident of the

11     District of Columbia for purposes of jury service, so given

12     that uncertainty, we are going to -- I'm going to excuse you

13     from further jury service in this matter.

14              JUROR:  Okay.

15              THE COURT:  I would ask that while the trial is

16     ongoing, that you abide by the same rules, in particular --

17     not so much the reading of the media, but not communicating

18     with anyone about the case until the case has concluded.  I

19     would very much appreciate that.

20              You know, we were -- I was inclined to advise your

21     fellow jurors not to speculate about why you are no longer

22     serving.  If, in the other hand, you want to walk back there

23     and say, "This is why I can no longer serve," that is

24     entirely up to you, and we'll abide by your wishes.

25              JUROR:  Okay.

1    THE COURT:  Okay?

2    JUROR:  Thank you.

3    THE COURT:  All right.  Well, thank you very much.

4    I'm sorry that we've had to do this.  I know you've been

5    here and diligent and paying attention.  And it's not easy

6    for me to do this, but thank you very much.

7    JUROR:  Yeah.  I'm sorry, everyone, as well.  It

8    was a complex situation --

9    THE COURT:  Understood.

10    JUROR:  -- and very dynamic.

11    THE COURT:  Okay.  Thank you very much.

12    (Pause)

13    COURTROOM DEPUTY:  Jury panel.

14    (Jury entered the courtroom.)

15    THE COURT:  All right.  Please be seated, everyone

16    and good morning again, everyone.

17    All right.  So, ladies and gentlemen, welcome

18    back.  As you can see, you are all now only 15 of you.  I

19    understand you've spoken with our juror who's in seat 16,

20    and we appreciate his service.  And, more importantly, we

21    appreciate your continued service.

22    And so this morning, we are going to have a slight

23    deviation in terms of the order.  You'll recall that we were

24    in the cross-examination of Special Agent Harris; however,

25    we've got an out-of-town witness.  And so we're going to

1  take that out-of-town witness' testimony now.  And when that

2  testimony -- excuse me, when that witness' testimony is

3  concluded, we'll return to the cross-examination of

4  Agent Harris.

5        So with that, Ms. Hughes.

6        MS. HUGHES:  The government calls Mike Adams.

7        COURTROOM DEPUTY:  Please raise your right hand.

8        (Witness is placed under oath.)

9        COURTROOM DEPUTY:  Thank you.

10        THE COURT:  All right.  Mr. Adams, good morning,

11  and welcome.  You can remove your mask if you're comfortable

12  doing so.  Thank you.

13        Ms. Hughes, when you're ready.

14                            - - -

15  MICHAEL ADAMS, WITNESS FOR THE GOVERNMENT, SWORN

16                            - - -

17                      DIRECT EXAMINATION

18  BY MS. HUGHES:

19    Q    Good morning.

20    A    Good morning.

21    Q    Could you please in a nice clear voice state and

22  spell your name for the ladies and gentlemen of the jury.

23    A    My name is Michael Adams, M-i-c-h-a-e-l,

24  A-d-a-m-s.

25    Q    And where are you -- where do you live, Mr. Adams?

```
 1   Not with specificity, but, generally, where do you live?

 2        A    I live in a town called Hilliard, Florida.

 3        Q    What is your occupation?

 4        A    I'm a manager for a vocational training company.

 5        Q    Have you served in the military?

 6        A    Yes.

 7        Q    What branch and for how long?

 8        A    Florida Army National Guard for six years.

 9        Q    Are you familiar with a group called the

10   Oath Keepers?

11        A    I am.

12        Q    Were you, in fact, a member of the Oath Keepers?

13        A    I was.

14        Q    When did you join the Oath Keepers?

15        A    I initially joined their organization about 2012.

16        Q    And eventually, did you disengage with the group

17   at that time?

18        A    I did.

19        Q    And did you re-engage with the group?

20        A    I did.

21        Q    When did you re-engage with the group?

22        A    About mid July of 2020.

23        Q    And did you resign again?

24        A    I did.

25        Q    When did you resign?
```

1     A     In December of 2020.

2     Q     Okay.  So the focus of your testimony today is

3 going to be on that five-month period --

4     A     Okay.

5     Q     -- from July 2020 to December 2020, okay?

6     A     Okay.

7     Q     I'm going to back up a bit for a moment?

8     A     Okay.

9     Q     So you mentioned you originally joined the group

10 in 2012.  What prompted you to join the group originally?

11     A     I have a keen interest in civil defense, and I was

12 having a conversation with someone I'd met that told me

13 about the organization.  And it had what it called CPT

14 teams.  They were community preparedness teams.  And it

15 was -- it was a civil defense-type function.  I found it

16 interesting.  So I went to the organizational website and

17 saw that's what they were doing, and that's what caught my

18 interest initially.

19     Q     So in 2012 when you joined, what did you do after

20 you went to their website?  How did you actually become a

21 member in 2012?

22     A     Well, in the website, it's a national

23 organization.  So inside of the website, it lists contacts

24 for the individual states.  I live in Florida.  I emailed

25 the formal chapter email, and I got no response.

1    Q    So what did you do after you received no response?

2    A    After multiple responses -- the organization did

3    have a chat room at that time that you could link to.  And

4    it was -- there was no activity in there.  So I never talked

5    to another human being in there, so I left.

6    Q    Okay.  Understood.

7         So after this effort in 2012, what prompted you to

8    re-engage with the organization in 2020?

9    A    Well, back to the summer of 2020, there was a lot

10   of unrest in the country.  There were riots.  Places were

11   being looted.  Things were on fire.  There was a lot of

12   really negative activity going on.

13        So that and being the type of person I am, that

14   inspired me to re-engage with the organization to see if

15   anything had changed since 2012.

16   Q    And what did you do those 8 years later?  How did

17   you try to get back in touch with the organization?

18   A    It was basically the same way.  I emailed the

19   formal chapter email with no response.

20        There was a link into a chat room.  And inside

21   that chat room, it had the individual states.

22        So I did see activity in there.  It was delayed

23   activity.  A person will leave a message, and a day later

24   someone would respond.  But there was some activity, so I

25   started engaging in that format.

1    Q    And to be specific, when you say there was some

2    activity, you're talking about the Florida chat room

3    specifically?

4    A    Correct, in the Florida chat room.  There were

5    people leaving messages for each other.  So I saw some

6    activity.

7    Q    Did you at a certain point connect with an

8    individual named Stewart Rhodes?

9    A    I did.

10    Q    Who is Stewart Rhodes?

11    A    He was the leader of the Oath Keepers

12    organization.

13    Q    How did you get in contact with him?

14    A    Inside of that chat room that -- not only did it

15    have the individual states; there were other rooms in there

16    as well.  So there was a general forum and that type

17    of thing.

18          So I went in there and moved -- and looked around.

19    And I found a message from him, and it left his cell phone

20    number.  So I gave him a call.

21    Q    And did he pick up?

22    A    He did.

23    Q    What did you talk about with Mr. Rhodes?

24    A    I said, "I'm in Florida, and no one's responding

25    to me emails.  What's going on?"

1         And he said that the Florida chapter had some time

2    ago dissolved and he needed help re-establishing the

3    chapter.

4         Q    How did you go about re-establishing the chapter?

5         A    Well, my initial thought, I really didn't have

6    time for this with my job; but I said, "I'm going to give it

7    a try."

8         So I went back into the chat room and spoke with

9    the individuals that were in there that I had to have some

10   brief contact with and indicated what he told me.  And I

11   said, "If we're going to have a chapter, it looks like we're

12   going to have to do it."

13        Q    And did you have a title at this point?

14        A    I did not.

15        Q    Did you eventually adopt a title?

16        A    I did.

17        Q    What was your title?

18        A    I referred to it as state coordinator.

19        Q    And so as the state coordinator, when you go back

20   into the chat room, what do you tell them about in terms of

21   what you're going to do to coordinate amongst these

22   individuals?

23        A    Well, initially, I felt it a democratic process.

24        I volunteered and the people in the group agreed

25   that I would assume that position.

1    Q    Did you stay on this platform, on this chat room

2    on the national website?

3    A    Well, my initial thought, it was not a good place

4    for us to connect and talk with each other.  Just the

5    format, I didn't like it.

6         So I had seen inside that chat forum reference to

7    something called Signal, and I'd never dealt with Signal

8    before.  But it was an end-to-end-encrypted app.

9         And so I looked into that, and I suggested to the

10   group that we go to that because I had some security

11   concerns myself.

12   Q    And do you recall -- did you eventually create a

13   new group on Signal?

14   A    I did.

15   Q    And do you recall what the name of this group was

16   that you created?

17   A    Initially, it was the first room.  And it

18   became -- it was titled "OK," for Oath Keepers, "FL," for

19   Florida, "Hangout," I believe.

20   Q    And do you recall who was in this original group,

21   the group on the Website?  Who was in that original group

22   that you then transferred over to your Signal group?

23   A    In that initial group -- and this was going over a

24   period of probably a couple of weeks -- there was

25   Kelly Meggs, Kenneth Harrelson, Alondra Propes,

1   Joseph Hackett.  There was a couple others that I don't

2   recall their names.

3       Q    How did you come -- well, first of all, did these

4   individuals in the national chat room, did they display

5   their full name?

6       A    Most people were there under a moniker of

7   some type.

8       Q    So how did you come to know that this original

9   crew was comprised of these people?

10      A    Well, when I brought them over to Signal, I

11  exchanged my number with them and we had a real

12  conversation, person to person.  And at least I knew the

13  name that they had given me at that point in time.

14      Q    How else did you coordinate amongst this group?

15  Out what other types of emails systems or systems did

16  you use?

17      A    Eventually we used an email system that's called

18  Proton.  Again, it's end-to-end encryption.

19      Q    Are you familiar with something called

20  GoToMeeting?

21      A    I am.

22      Q    What is GoToMeeting?

23      A    GoToMeeting is an online meeting format.  You can

24  do video chat or phone chat.  It's just a method of meeting

25  online.

1    Q    Like a conference call system?

2    A    Like a conference call-type thing.

3    Q    Did you have regular meetings over GoToMeeting?

4    A    I did.  I was familiar with that platform because

5    I used it at work.  So I had that familiarity.

6         And so I established a chapter meeting every

7    Monday, every Monday night, I believe, at 7:00 p.m., we held

8    a meeting for the chapter.

9    Q    Was Mr. Rhodes in this Signal group and this

10   GoTo -- and on your GoToMeeting calls?

11   A    Well, the meeting format was strictly for the

12   Florida chat room, but he was aware of it.  And there were

13   several times where he did come in on the meeting.

14   Q    Come in to the Signal group?

15   A    And the Signal group as well, yes.

16   Q    Okay.

17   A    He was on the Signal group.

18   Q    So on the GoToMeeting and the Signal group,

19   Mr. Rhodes would appear?

20   A    Yes, correct, and that was per his request, to be

21   in contact.

22   Q    So moving out of the summer and into the fall of

23   2020, do you recall there being an event in Louisville,

24   Kentucky?

25   A    I do.

1598

1    Q    Approximately when did this event occur?

2    A    I couldn't tell you the dates it was in.  It was

3  in relation to the Breonna Taylor case in Louisville.  And

4  it was the period of time when they were going to announce

5  the -- it was in trial and when they were going to announce

6  the verdict.  It was during that time.  I don't recall what

7  part of September.  I know it was September.

8    Q    September 2020?

9    A    Yes.

10   Q    Did Mr. Rhodes make a request of the group in

11  connection with what was happening in Louisville or what was

12  anticipated to happen in Louisville?

13   A    He did.

14   Q    What did he say?

15   A    He indicated that the group was going to be there

16  providing security, that there were people that were being

17  threatened and that our organization was going to go there

18  and provide security.

19   Q    How did he make this request, over what forum did

20  he make this request?

21   A    He came in -- well, he -- on both Signal, he made

22  the announcement, but he also came into my GoToMeeting.

23   Q    And what was his specific ask of the Florida

24  chapter?  What was he asking your members to do?

25   A    He needed volunteers to go to Louisville.

1    Q    And who from your chapter do you understand

2  attended this event?

3    A    I know Dennis Koopman, Kelly Meggs,

4  Kenneth Harrelson, and, I believe, Joseph Hackett also

5  attended.

6    Q    Did you go to Louisville?

7    A    I did not.

8    Q    Do you recall a conversation with Mr. Hackett

9  regarding Louisville?

10    A    At some point during the conversation, because

11  there was a lot of communication as far as who to talk to,

12  what to do, this, that and the other.

13        And I know I liked Mr. Hackett and I was concerned

14  about the environment they were going into, and I just told

15  him to be very careful.

16    Q    Why did you tell him to be careful?

17    A    It was my understanding, having met him -- I had

18  had in my past formal firearms training, formal tactical

19  training, and I wasn't sure that he had and I just know it

20  was a very potentially dangerous environment.

21    Q    So you said that you think it was a potentially

22  dangerous environment?

23    A    Uh-huh.

24    Q    What do you mean by that, spell that out.  What

25  did you think was dangerous about the Oath Keepers'

1    involvement in Louisville?

2         A    Well, they were bringing weapons, and it's an open

3    carry state.  And they were going to be on -- it was on

4    private property, presumably.  But they were going to be

5    standing there with weapons.

6         Q    And what was dangerous about that?

7         A    You're in someone else's town and you're standing

8    there with a weapon, you're just potentially a target.

9              If there was already a threat and my first

10   question to the organization was, who was our law

11   enforcement liaison, and we did not have one.

12        Q    And you had mentioned that you had some experience

13   providing -- that you had weapons training.  Did your

14   experience also include providing private security?

15        A    Correct.

16        Q    What is your experience in providing private

17   security?

18        A    Many years ago, I worked for a company, I was

19   licensed in the state of Florida to provide security and

20   armed security.

21        Q    And what, generally, is required to provide

22   private security in the state of Florida?

23        A    There are classes for both elements.  You have to

24   take a class to be a guard, period, to provide security, and

25   then there's an additional class to be an armed guard.

1    Q    And what was your understanding about what kind of

2    licenses the Oath Keepers had attained to go and provide

3    this ostensibly security in Louisville?

4    A    I was not aware of any and I was concerned about

5    the legality of what we were doing.

6    Q    And how did Mr. Hackett respond after you advised

7    him that you did not think this was a good idea?

8    A    It was a cordial conversation.

9         I didn't -- I don't think I gave it to him that

10   way, that I think it's a bad idea, it's just to be very

11   careful.

12   Q    Following Louisville, did you increase your

13   efforts to vet members of your chapter?

14   A    I did.

15        MS. HUGHES:  If it we could please bring up, just

16   for the witness, Government's Exhibit 4606.  And we can

17   scroll through that and, Ms. Badala -- by the end of this

18   trial, I will get that -- Badalament, my apologies.  If we

19   could scroll through this, Ms. Badalament, and then scroll

20   through 4607.

21   BY MS. HUGHES:

22   Q    Are you familiar with what is on your screen,

23   Mr. Adams?

24   A    I am.

25   Q    And what are these?

 1      A    These were members providing identification.

 2           And I created a vetting form and asked that the

 3   members fill the form out and provide identification.

 4      Q    And are these copies of the forms that were

 5   provided to you?

 6      A    They are.

 7      Q    Are these fair and accurate copies of those forms?

 8      A    They seem to be, yes.

 9           MS. HUGHES:  We seek to admit and publish 4606 and

10   4607.

11           MS. HALIM:  No objection.

12           THE COURT:  All right.  They will be admitted,

13   4606 and '7.

14                          (Government Exhibits 4606 and 4607
                                    received into evidence.)
15

16           MS. HUGHES:  If we could please start with

17   Government's Exhibit 4606, Ms. Badalament.

18   BY MS. HUGHES:

19      Q    So starting with page 1, if you could explain for

20   the jury, now that this is hopefully on their screens, what

21   is this form, what was this about?

22      A    Well, the intent, my intent for our chapter was

23   that we were going to be doing community preparedness teams

24   and we were going to be working with the general public, and

25   I wanted to know who our members were that we -- I didn't

```
1    have any security issues in working with the public.

2            And the national organization told me that they

3    were going to provide a means for me to vet the members and

4    to go ahead and start this process.  And this is -- I

5    created the form and started the process.

6        Q    And who is this form from?

7        A    David Moerschel.

8        Q    And what's the date of this email?

9        A    It's September 28th, 2020.

10       Q    And if you could see, there's a reference here to

11   CCW, "On page 2 are my DL and CCW."

12           What is CCW?

13       A    Okay, that's the -- the CCW is a concealed-carry

14   permit.

15           MS. HUGHES:  If we could please go to page 2,

16   Ms. Badalament.

17           Okay.  And if you could just zoom here.

18   Thank you.

19   BY MS. HUGHES:

20       Q    So what does Mr. Moerschel say about his social

21   media presence?

22       A    My -- it says, "Facebook (my profile can't be

23   searched for.  I would have to add someone on my end) and

24   just opened a Parler (in the process of getting rid of FB)"

25   Facebook.
```

1    MS. HUGHES:  If we could please go to Government's

2    Exhibit 4607, Ms. Badalament.

3    BY MS. HUGHES:

4        Q    Who's this form from?

5        A    Joe Hackett.

6        Q    And if you could just read, what is the email

7    address that Mr. Hackett used to submit this vetting form.

8        A    Johnwillow23 at ProtonMail.

9        Q    And, again, there's a reference to CCW.  Could you

10   please read what Mr. Hackett provided on the status of his

11   CCW permit?

12       A    It says, "I stated on my form that my CCW permit

13   is on its way and I should have it any day now.  Thank you."

14       Q    And that's a concealed carry permit?

15       A    Correct.

16       Q    If we could go to page 2, please.

17       MS. HUGHES:  And, Ms. Badalament, if we could

18   actually -- is it possible to rotate or is that a crazy

19   request?

20   BY MS. HUGHES:

21       Q    Here, we can maybe -- the only part of this I

22   actually want to focus on this so while it may require you

23   to crane your head, Mr. Adams, if you see, there's a

24   question here -- that may have made it worse.  But there's a

25   question about social media.

1    Can you see what Mr. Hackett writes in response to

2    the social media prompt?

3         A    It says, "Parler."

4         Q    And provides, it looks like, a user name?

5         A    A user name, looks like a user name.

6         Q    Okay.

7         A    Parler.com was a social media.

8         Q    We can bring that down.

9              MS. HALIM:  Your Honor, I have an objection.  Can

10   we get on the phone.

11             (Bench conference)

12             MS. HALIM:  Am I okay to talk?

13             The government continues to put personal

14   identifying information in front of the jury.  His Social

15   Security number was on there, I missed it when I reviewed it

16   earlier.  I mean, the home address is there.  I would ask

17   that those kinds of things be redacted.  Obviously, they are

18   going to be redacted before they're posted to the media,

19   I mean, to the public folder this evening.  But even for the

20   jury's sake, I'm not sure why his Social Security number is

21   there.  We've stipulated to identity.  It's not an issue.

22             THE COURT:  Ms. Hughes, your phone is not working.

23             MS. HUGHES:  That's a fair request.  It was an

24   oversight by the government.  We'll make sure that doesn't

25   happen again.  My apologies.

1    THE COURT:  Okay.  Thank you.

2    (Open court)

3    BY MS. HUGHES:

4    Q    Mr. Adams, did you meet in person in addition to

5    coordinating on these various platforms?

6    A    Yes.

7    Q    I want to draw your attention to a particular in

8    person meeting organized by an individual named

9    Jeremy Brown.

10    A    Okay.

11    Q    First of all, who is Jeremy Brown?

12    A    Jeremy Brown was a member and he's also a retired

13    special forces soldier.

14    Q    And did Mr. Brown organize a meeting during the

15    fall of 2020?

16    A    He did.

17    Q    Approximately when did this meeting take place?

18    A    This was probably after the election,

19    mid-November.

20    Q    Where did you meet?

21    A    This is southwest Florida, I think, around

22    Brooksville maybe.

23    Q    What was the stated purpose of this meeting?

24    A    Well, initially he came into the organization, one

25    of our members in that area met with him, and he was -- and

he -- Dennis Koopman was -- I considered him my -- basically

my assistant in the chapter and that he said that he had

some interesting things to talk about and that the

leadership group of the chapter should meet with him.

Q    And who was the leadership members who met with

him, who comprised that group?

A    Well, myself, Dennis Koopman, Kelly Meggs,

Kenneth Harrelson, Alondra Propes; Joseph Hackett we

considered part of that group.

Q    And just to pause on that for a moment, you

obviously have met Mr. Hackett in person then?

A    I have.

Q    Do you see Mr. Hackett in the courtroom today?

A    I do.

Q    Could you please identify him using an article of

clothing and where he is in the courtroom.

A    Okay.  He's the gentleman who has on the blue

sweater beside the lady.  He's seated beside the lady.

MS. HUGHES:  May the record please reflect an

in-court identification of Joseph Hackett?

MS. HALIM:  No objection.

THE COURT:  The record will reflect an in-court ID

of Mr. Hackett.

BY MS. HUGHES:

Q    Okay.  So, first of all, backing up, how were you

1    supposed to arrive at this meeting with Jeremy Brown?

2         A    Well, initially, it was very elaborate.

3              Jeremy had -- I can give my instructions to

4    arrive.  I was to arrive.

5              I was to arrive at a gas station and get out of my

6    vehicle wearing a ball cap, raise my hood, put the gas pump

7    in the tank of the vehicle, don't pump fuel, just put it in

8    there.  Go inside and buy an orange drink, come back out,

9    put the drink in my vehicle, take the ball cap off, and then

10   wait for a person with a flowered shirt to approach me and

11   have basically a challenge and password-type statement.  And

12   then I was to follow that person to another location.

13        Q    What if it was a green drink?  You don't have to

14   answer that.

15             So you were supposed to go to this location after

16   you did this elaborate --

17        A    Correct.

18        Q    And it was your understanding that everyone

19   received separate instructions on where to go?

20        A    Correct.

21        Q    Is that what actually happened?

22        A    That's not what happened, and I was disappointed

23   because my curiosity had the best of me.

24             But it did not happen.  Apparently, the property

25   this was supposed to take place at was someone else's family

1  property, and they were using the property.

2         So it then moved to a hotel meeting room.

3    Q    And in this hotel meeting room, what did Mr. Brown

4  discuss?

5    A    So we went in the room.  And he had on his --

6  I believe, if I recall correctly, he was using a laptop and

7  a big television screen.

8         And he had projected on the screen an image of --

9  in the special operations world, they have an unconventional

10 warfare handbook.

11   Q    I'm going to pause you right there, actually,

12 Mr. Adams, because it might be helpful to bring this up.

13        MS. HUGHES:  Could we please, Ms. Badalament,

14 bring up Government's Exhibit 6775, page 3.

15 BY MS. HUGHES:

16   Q    Is this one of the images you're referring to?

17   A    This is the one.

18   Q    Okay.

19        So what did he say about this, this pyramid here?

20   A    Well, in that world of special operations, they

21 receive -- particularly Special Forces receives training in

22 this area.

23        So what Mr. Brown was trying to convey to us, from

24 what I got from it, was that he believes that this act of

25 insurgency is currently occurring in our country.  And then

1    he gave -- he went through line by line what his

2    beliefs were.

3            MS. HUGHES:  And, Ms. Badalament, if we could

4    actually just zoom in on this top part here, that might make

5    it a little bit easier to read.

6    BY MS. HUGHES:

7        Q    So Mr. Brown, you said he said there was a current

8    insurgency in our country?

9        A    Correct.

10       Q    What does that mean?

11       A    Well, very specifically, he believes that foreign

12   governments, such as the Chinese government specifically,

13   have operators here that have infiltrated our government,

14   the media, some of our businesses.  And he worked his way

15   through that list drawing very loose conclusions about what

16   he believed to be happening.

17       Q    And so a foreign government, specifically the

18   Chinese, has co-opted the Federal Government; is that right?

19       A    Correct.

20       Q    Here on this pyramid, what does this mean?

21   There's actually --

22           MS. HUGHES:  I'm sorry.  Ms. Badalament.  If you

23   could zoom out for a moment.

24           At the bottom here, could you zoom in on the

25   title here.

1    BY MS. HUGHES:

2        Q    What is the title of this chart?

3        A    "Activities of an Insurgency or Resistance

4    Movement."

5        Q    And then if you could go back to the top of the

6    pyramid.

7             So what does this pyramid refer to?  Whose

8    activities are these?  Are these the Chinese who have

9    co-opted our government, or is this the resistance movement?

10       A    This would be the foreign actor.

11            The bottom portion of the pyramid is clandestine.

12   These are activities going on kind of behind the scenes, so

13   to speak.

14            And then as you get to that line, then it --

15   because this is what leads up to a takeover of your country.

16   You have clandestine activities that eventually build up to

17   a point where they come out in the open, and then there's

18   potential armed -- you see the red is armed, is the armed

19   component.

20       Q    How far off was this threat, according to

21   Mr. Brown?  Was this an insurgency which had already taken

22   place?  Or is this some distant threat that he assessed?

23       A    He believed that it was currently taking place.

24            MS. HUGHES:  If we could please take that down.

25            Thank you, Ms. Badalament.

```
 1   BY MS. HUGHES:
 2       Q    Prior to November 3rd, the November 3rd, 2020
 3   election, was the election discussed?
 4       A    Yes.
 5       Q    And after the election, was the election
 6   discussed?
 7       A    Yes.
 8       Q    Do you recall an event that took place in D.C. on
 9   November 14th, 2020?
10       A    I do.
11       Q    What is your understanding about the purpose of
12   that event?
13       A    The purpose of the event -- and this, again,
14   Mr. Rhodes came in on a GoToMeeting format and discussed
15   volunteers to go to Washington, D.C., for the purpose of
16   security missions for speakers here in town.
17       Q    Did you attend this event?
18       A    I did not.
19       Q    Why didn't you attend?
20       A    Number one, that environment is uncomfortable for
21   me to begin with.  And not to mention, if it -- I don't like
22   protests, and so I wouldn't be involved in something like
23   that to begin with.
24       Q    Did your involvement with the Oath Keepers change?
25       A    It did.
```

1    Q    Why did it change?

2    A    There's a number of reasons that just slowly began

3    to snowball.  I could never get the means to conduct the

4    background checks as necessary.

5         My focus was strictly civil defense, and the

6    organization kept taking my members away to do these

7    security missions.  And that was -- that was interfering

8    with the process.  I felt that the organization was not

9    truly geared to what it was saying it was or made -- from

10   the national organization side with Stewart Rhodes, he was

11   doing exactly what he says he wanted to do.

12   Q    So let me just pause you there.

13   A    Okay.

14   Q    When you say -- you said that you were committed

15   to a defensive, a civil defensive mission?

16   A    Correct.

17   Q    And you said that the national organization was

18   moving away from your mission?

19   A    Correct.

20   Q    What mission was the national organization moving

21   into, then?

22   A    Very political and -- very politically motivated.

23   And he was wanting to do these security missions in

24   different places.

25   Q    Do you recall at certain point Mr. Rhodes

1    authoring two letters addressed to former

2    President Donald Trump?

3        A    I do.

4        Q    At some point, were you interviewed by the FBI?

5        A    I was.

6        Q    And did you provide them with a copy of one of

7    these letters?

8        A    I did.

9            MS. HUGHES:  If we could please bring up just for

10   the witness Government's Exhibit 4604.

11           MR. PEED:  Your Honor, could we get on the phone?

12           (Bench conference)

13           MR. PEED:  Your Honor, I've before with the

14   government.

15           These obviously are unobjectionable.  These are in

16   evidence elsewhere, but there in the prior trial were

17   questions about his opinions about them and parts he

18   highlighted.  And the government had him basically opine on

19   why he thought these were extreme.  And I wanted to object

20   to questions eliciting his opinions about the documents.

21           THE COURT:  It's overruled.  I mean, he is a

22   participant in these events, I assume, right?  He got this

23   at the time, and he had formed impressions about what was

24   said.  And if I remember correctly, that's part of the

25   reason he left, correct?

1       MS. HUGHES:  Precisely.

2       MR. PEED:  But I think the reasons he left is not

3  relevant to the conspiracy.  It's why he left.

4  I mean, he's --

5       THE COURT:  Sure, it is.  Of course, it's

6  relevant.  It's relevant that he was observing this

7  organization.  His view, it had changed.  It was going in a

8  different direction.  And he can absolutely opine about what

9  caused him concern with this letter and why he left, there's

10  nothing improper about that.  All right?

11       (Open court)

12  BY MS. HUGHES:

13      Q    And is this on your screen, Mr. Adams?

14      A    It is.

15      Q    Is this a copy of one of the letters you provided

16  to the FBI?

17      A    It is.  It's the second letter.

18      Q    And is this a fair and accurate copy of one of

19  those letters?

20      A    It appears to be.

21       MS. HUGHES:  Government seeks to admit and publish

22  Government's Exhibit 4604.

23       MS. HALIM:  No objection.

24       THE COURT:  4604 will be admitted.

25                              (Government Exhibit 4604
                               received into evidence.)

```
 1   BY MS. HUGHES:
 2       Q    So starting off, there's writing at the top of the
 3   letter.  Could you just read what that writing in -- the pen
 4   writing is?
 5       A    "Stewart Rhodes' Open Letter to President Trump,
 6   Part II."
 7       Q    Who's handwriting is this?  Who wrote that?
 8       A    Unfortunately, that's my handwriting.
 9            MS. HUGHES:  If we could actually scroll quickly
10   to the bottom of the letter, Ms. Badalament, just to show
11   the signatures.
12   BY MS. HUGHES:
13       Q    Who's this letter signed by?
14       A    Stewart Rhodes.
15       Q    If we could go back to the top, please.
16            And if we could just -- first of all, who is the
17   letter addressed to, and what is the date of this letter?
18       A    It's addressed to President Trump, December
19   the 23rd, and that would be 2020.
20       Q    And as we just scrolled through, is this a
21   multiple-page letter?
22       A    It is.
23       Q    Reading -- focusing here on the third paragraph,
24   could you please read the first sentence of this paragraph?
25       A    "In our last open letter to you, we urged you to
```

1    invoke the Insurrection Act, declaring an insurrection to be

2    in existence by domestic enemies of the Constitution who are

3    in allegiance with, and doing the bidding of,

4    Communist China and its globalist allies, intent on stealing

5    the election and installing their puppet."

6        Q    How does this compare in your mind to the sort of

7    warnings you were hearing from Jeremy Brown?  Are they

8    similar in terms of --

9        A    It's the same ideology.

10       Q    And what is -- there's a reference here to the

11   insurrection, declaring the insurrection, Insurrection Act.

12   What is your understanding of what the Insurrection Act is?

13       A    Well, at the time -- truthfully, I've heard of it.

14   I couldn't give you -- draw you a clear definition of it.

15            My understanding is they believe the insurrection

16   is occurring, that this foreign actor has created this

17   environment where this election was stolen and that the

18   sitting president has a duty to declare that insurrection

19   and put it down, and that's what I believe it to be

20   referring to.

21       Q    And when you're saying the insurrection is

22   occurring, the insurrection is in the Federal Government

23   itself; is that right?

24       A    Correct.

25            MS. HUGHES:  If we could please go to page 10,

```
 1    Ms. Badalament.

 2    BY MS. HUGHES:

 3         Q    Here there's a yellow mark on the left side of the

 4    page.  Who marked this up?

 5         A    I did.

 6         Q    Why did you mark up this paragraph?

 7         A    It's probably the most astounding part of that

 8    letter for me.

 9         Q    If we could please zoom in on that paragraph.

10              If you could read that paragraph, please.

11         A    And, again, this is referring to the sitting

12    president at that time.

13         Q    That would be Mr. Trump?

14         A    Mr. Trump.

15              "If you fail to do your duty, you will leave we

16    the people no choice but to walk in the founders' footsteps,

17    by declaring the regime illegitimate, incapable of

18    representing us, destructive of the just ends of government

19    – to secure our liberty – and to be a mere puppet of a

20    deadly foreign enemy.  And like the founding generation,

21    we will take to arms in defense of our God-given liberty,

22    we will declare our independence from that puppet regime,

23    and we will fight for our liberty."

24         Q    Why was this paragraph so astounding to you?

25         A    Because this gentleman is telling the President of
```

1    the United States in this letter, in the text of this letter

2    and in the previous letter, that if he didn't do this, we

3    were.

4         Q    Who's the "we"?

5         A    It's not me, and that was my concern.

6         Q    Did you continue as the Florida state coordinator?

7         A    I resigned.

8         Q    When did you resign?

9         A    As soon as I read this letter.

10        Q    And who took over as the state lead?

11        A    It was up to the leadership group, and they chose

12   Kelly Meggs.

13        Q    What was your impression of Mr. Meggs?

14        A    I like Mr. Meggs, I thought he was a little

15   overenthusiastic.

16        Q    Enthusiastic about what?

17        A    Politics.

18        Q    Did you remain in some of these Oath Keeper chat

19   rooms?

20        A    Initially I did.

21        Q    Were you aware that Oath Keeper members traveled

22   to Washington, D.C. in advance of January 6th, 2021?

23        A    I was.

24        Q    Did you travel to Washington, D.C.?

25        A    I did not.

1    Q    Where were you on January 6th?

2    A    I was home.

3         MS. HUGHES:  No further questions.

4         MS. HALIM:  May I, Your Honor?

5         Thank you.

6                    - - -

7                    CROSS-EXAMINATION

8    BY MS. HALIM:

9    Q    Mr. Adams, good morning.

10   A    Good morning.

11   Q    Thank you for being here.  You came all the way

12   from Florida, right?

13   A    I did.

14   Q    That's where you're from, where you live, correct?

15   A    Yes, uh-huh.

16   Q    My name is Angie Halim.

17   A    Hi, Angie.

18   Q    It's nice to meet you, sir.

19   A    Nice to meet you.

20   Q    I represent Joseph Hackett.  You know Mr. Hackett?

21   A    I do.

22   Q    You've interacted with him personally, in person?

23   A    Yes.

24   Q    Interacted with him online through messaging?

25   A    Yes.

1    Q    Participation in GoToMeetings?

2    A    Yes.

3    Q    Things of that sort.

4         All right, sir.

5         I'm going to ask you just a little bit about you.

6    Please don't think me indelicate.  May I ask how old you

7    are?

8    A    I am 57 years old.

9    Q    And you have six years' experience in the Florida

10   National Guard, correct?

11   A    Correct.

12   Q    And you've also had formal firearms training?

13   A    Correct.

14   Q    Throughout your life, right?

15   A    At different points, yes.

16   Q    And I believe you indicated on direct examination

17   that you had taken some classes and been certified as

18   someone who could engage in private security?

19   A    Yes -- well, yes.

20   Q    And all of that was before 2012?

21   A    Correct.

22   Q    Before the first time that you joined the

23   Oath Keepers organization?

24   A    Correct.

25   Q    All right.  So I'd like to talk -- I'm going to

1    ask you to go back to 2012 to that first time.

2            How did you hear about the Oath Keepers?

3       A    There was a person I met on my job.  At my work I

4    meet hundreds of people a year.  And it's someone that I was

5    talking to about civil defense, and that person was familiar

6    with the organization.  They were not a member, but they

7    told me about the organization.

8       Q    It's fair to say it was word of mouth?

9       A    Word of mouth.

10      Q    At that time, you hadn't done a ton of research

11   about the organization; is that right?

12      A    I had not -- I had never heard of them.

13      Q    But you joined, right?

14      A    I did.

15      Q    And joining was simply a matter of going online

16   and sort of indicating, I'd like to join?

17      A    Correct.

18      Q    Right?

19           Especially back then at that time, right?

20      A    Sure.

21      Q    But then, you know, 30, 60, 90 days go by and you

22   didn't interact with anyone, correct?

23      A    Correct.

24      Q    At that time, there was no sophisticated

25   organization to speak of, right?

1    A    Not that I saw.

2    Q    Not that you saw down in Florida, correct?

3    A    Correct.

4    Q    So after some period of time when you had no

5  interaction with anyone, you sort of forgot about it,

6  correct?

7    A    I did.

8    Q    There wasn't -- you didn't say that you're not

9  going to be a member, you didn't indicate that you were not

10  being a member, correct?

11    A    Well, I stopped paying.

12    Q    Stopped paying and stopped interacting, right?

13    A    Right, correct.

14    Q    All right.

15         Now, fast-forward then to the summer of 2020.

16  By that point in time, how or what had you heard about the

17  Oath Keepers organization?

18    A    I knew more about the organization.  I was aware

19  of things like Ferguson, Missouri, and some of the other

20  things that the organization had done.

21    Q    And what did you know about Ferguson, Missouri, at

22  that point in time?

23    A    I knew that they were there for the purpose of

24  security.

25         But I also knew of their work with hurricane

1624

1    assistance and that sort of thing.

2        Q    Hurricane relief efforts?

3        A    Hurricane relief efforts, absolutely.

4        Q    And so, again, is it fair to say that your

5    knowledge and understanding of the Oath Keepers, and we're

6    talking 2020 now, came from word of mouth?

7        A    Yes.

8        Q    And when you say hurricane relief efforts, your

9    understanding was that Oath Keeper members would actually go

10   to places that have been devastated by hurricanes, right?

11       A    Correct.

12            And that information was displayed on their

13   website, so that's where I obtained that information.

14       Q    So in addition to word of mouth, you also had the

15   information that you saw or read from the Oath Keepers

16   website?

17       A    Correct.

18       Q    All right.

19            So in summer of 2020, I want to talk a little more

20   specifically about what was going on where you were in

21   Florida.

22            What county do you live in?

23       A    I'm in Nassau County, Florida.

24       Q    Would that be south, central, what area is that?

25       A    That's north, extreme northeast Florida.

1    Q    And during that time, you said there was a lot of

2    unrest in our country, right?

3    A    Correct.

4    Q    And specifically, you observed a lot of unrest in

5    your area in Florida as well, right?

6    A    It was -- the unrest I speak of was predominantly

7    other places.  But there were demonstrations --

8    demonstrations on smaller levels starting to appear in our

9    area as well.

10    Q    And were you fearful?

11    A    Absolutely.

12    Q    And what specifically were you fearful of at that

13    time?

14    A    Escalation.

15    Q    What kind?

16    A    I was seeing something that I hadn't seen, the

17    tension in the air, I hadn't seen my lifetime.  And I was

18    concerned about escalation.

19    Q    And were you also concerned about physical safety?

20    A    Yes.

21    Q    Were you concerned about the physical safety of

22    people in your community?

23    A    Absolutely.

24    Q    In your neighborhoods?

25    A    Sure.

1626

1     Q    Your friends, your family?

2     A    Sure.

3     Q    In addition to the unrest that was taking place,

4  it was also during the pandemic, right?

5     A    Yes, absolutely.

6     Q    And that also created some tension in the air,

7  would you agree?

8     A    I would agree.

9     Q    In 2020 when you rejoined the Oath Keepers

10  organization, again, it was as simple as going online,

11  paying your dues, and filling out a form, correct?

12     A    Yes.

13     Q    And at that point in time, you were looking around

14  and you noticed that there was some forum on the website,

15  correct?

16     A    Correct.

17     Q    The Oath Keepers website is a public website,

18  right?

19     A    It is.

20     Q    Meaning anyone can just go www., type in the

21  address and see whatever is on that website, correct?

22     A    And go to -- correct.

23          There was a members -- you could log into it as a

24  public site, but then, as a member, you had to log in to

25  access the forum or the chat room.

1    Q    And even though it was a members' only log-in, you

2    still had some concerns about security, right?

3    A    I did.

4    Q    And, specifically, the concern was that other

5    people might find out who the memberships were, right?

6    A    Exactly.

7    Q    You were aware that there are people that disagree

8    with the Oath Keeper mission, correct?

9    A    Absolutely.

10   Q    And, in fact, you're aware that some people are

11   even downright hostile to the Oath Keepers organization,

12   correct?

13   A    That was my security concern.

14   Q    So when you had concerns for security, you wanted

15   to make sure that those people that might be hostile towards

16   the mission of the organization weren't able to find your

17   personal identifying information, correct?

18   A    Correct.

19   Q    There was a big concern of doxing, right?

20   A    Big concern.

21   Q    And your understanding of doxing is that someone,

22   again, who is hostile, perhaps to the membership's mission,

23   would reveal personal identity of people, correct?

24   A    Correct.

25   Q    For the purpose of potentially doing harm, right?

1    A    Correct.

2    Q    Or threatening that individual, right?

3    A    That's correct.

4    Q    Including yourself, correct?

5    A    Absolutely.

6    Q    As summer moved into fall, fall moved into winter,

7    the talk of increasing security became more prominent within

8    the chat groups, correct?

9    A    It did.

10    Q    Talking about security and communications, that

11    was something that was pretty prevalent in the chat groups,

12    correct?

13    A    Yes.

14    Q    Something discussed in the GoToMeeting conference

15    calls, right?

16    A    Yes.

17    Q    Something discussed in person when you would meet

18    with some of your fellow members, right?

19    A    Correct.

20    Q    You said initially that what drew you to the

21    Oath Keepers specifically was you have a keen interest, I

22    think you said, in civil defense?

23    A    Correct.

24    Q    All right.

25         And the community preparedness teams, that was a

```
 1    very attractive feature of the organization to you, right?
 2         A    It was.
 3         Q    And community preparedness teams will often see it
 4    abbreviated as CPT, right?
 5         A    Correct.
 6         Q    And that's something that was discussed at some
 7    degree and to some length in the chats groups, correct?
 8         A    Oh, absolutely.  That was the founding ideology of
 9    my mission, was civil defense.
10         Q    And you indicated that when you were still,
11    before -- before you got the Signal messaging app, when you
12    were still interacting on the website in the members-only
13    forum section --
14         A    Yes.
15         Q    -- that was a big subject of conversation,
16    correct, CPT?
17         A    It was.
18         Q    And you were a big driver of that, right?
19         A    Sure.
20         Q    And you -- because you took the initiative to
21    really set up and start organizing that Florida chapter,
22    correct?
23         A    Correct.
24         Q    Then you -- I think it was state coordinator was
25    what the --
```

1    A    State coordinator.

2    Q    -- your title ultimately came?

3    A    Yes.

4    Q    Now, at that time, Mr. Hackett was one of the

5    people that was also interacting in that forum, correct?

6    A    Yes.

7    Q    So he was also somebody who was interacting and

8    engaging around CPT, right?

9    A    Yes.  Yes.

10   Q    And let's talk a little bit about CPT.

11        Part of your understanding of that particular

12   mission is to respond to disasters --

13   A    Uh-huh.

14   Q    -- correct?

15   A    Correct.

16   Q    And that could be natural disasters, acts of God,

17   right?

18   A    It could.

19   Q    Hurricanes, floods, fires, things of that sort?

20   A    Uh-huh.

21   Q    And as a member of a community preparedness team

22   of the Oath Keepers, your mission or your goal would be to

23   provide relief efforts to anybody devastated by those acts

24   of God, correct?

25   A    That or, more formally, I wanted to train other

```
 1    people.  I had the teaching -- my mission was to teach
 2    other people.
 3         Q    Teach other people in part about things like
 4    medical emergencies?
 5         A    Correct.
 6         Q    Tending to anybody who had been physically
 7    injured?
 8         A    Yes.
 9         Q    Being prepared to provide food if food became
10    scarce, right?
11         A    Absolutely.
12         Q    Water purification, that was another topic of
13    conversation, right?
14         A    Correct.
15         Q    In terms of providing protections to the
16    community, that could be protections to individuals, right?
17         A    Security.
18         Q    And it could also be towards businesses or
19    property --
20         A    Could be --
21         Q    -- of others, right?
22         A    -- correct.
23         Q    You were in a number -- now I'll fast-forward to
24    when Signal became part of your everyday experience?
25         A    Yes.
```

1    Q    That was -- was that still the summer of 2020 when

2    you began using Signal?

3    A    Yes, uh-huh.

4    Q    And at that time, you became a member in a number

5    of different Signal chat groups, correct?

6    A    I did.

7    Q    You started the "OK FL Hangout" chat group, right?

8    A    That was the original one.

9    Q    And Mr. Hackett was one of those early

10   members, correct?

11   A    I believe so.

12   Q    When the group was smaller, right?

13   A    Yes.

14   Q    Am I correct that in the summer of 2020, you had

15   just a handful of people who were members?

16   A    That's absolutely correct.

17        And might I add, that was -- eventually became our

18   own vetted chat room.  Brand-new people were coming into

19   that room that we didn't really have any information about.

20   Q    And over time, the numbers grew, correct?

21   A    It did.  It did.

22   Q    As October into November into December, there were

23   more than 100 people that became involved, right?

24   A    That's correct.

25   Q    You were a member of the "Old Leadership" chat

1633

```
 1   group, correct?
 2        A    Yes.
 3        Q    And you also hosted many of the GoToMeetings,
 4   right?
 5        A    Yes.
 6        Q    In fact, you were the one who made the
 7   arrangements to have the account?
 8        A    It was my account.
 9        Q    And you paid for it, correct?
10        A    I paid for it.
11        Q    Let me ask you when you became an Oath Keeper
12   member the second time in the summer of 2020.  You actually
13   paid for the lifetime membership, correct?
14        A    I did.
15        Q    I want to talk to you about Louisville?
16        A    Okay.
17        Q    You spoke with Mr. Hackett about Louisville,
18   right?
19        A    Correct.
20        Q    Was it your understanding that that was the first
21   event that he attended as an Oath Keeper?
22        A    Yes.
23        Q    And you were -- when you say you were concerned
24   for him, you were concerned for his safety, correct?
25        A    His safety, correct.
```

1    Q    You're aware that Mr. Hackett has no law

2   enforcement experience, right?

3    A    Correct.

4    Q    And aware that he had no military experience?

5    A    Correct.

6    Q    You suspected that he had no formal fire

7   training --

8    A    Correct.

9    Q    -- experience?

10    A    Correct.

11    Q    Mr. Hackett was an inexperienced sort of guy in

12   the world you were in, correct?

13    A    True.

14    Q    Your impressions of him, he was sort of a

15   naive guy?

16    A    I wouldn't say naive.  He was excited about what

17   he was doing, but I was concerned for his safety, with the

18   people that he was going to be with.

19    Q    All right.

20         And he is someone, his -- when you say that he was

21   excited, he was excited about being part of the community

22   preparedness team endeavors, correct?

23    A    That's not what Mr. Rhodes referred to it as, but

24   I can draw the connection there.

25    Q    That's what you referred to it as, though,

1  correct?

2      A    Not what they were doing.

3          Community preparedness is -- the big word,

4  "community," it's local.  It begins with you and your family

5  and your neighborhood.  It's not going states away unless

6  they were responding to it.

7          Now, you draw -- you're drawing a connection

8  there, but that's not what I view it as.  I view it as very

9  local.

10     Q    All right.  I think I maybe -- I think I confused

11 the issue by asking a question that was not so articulate,

12 and I'm sorry about that.

13     A    Okay.

14     Q    You interfaced personally with Mr. Hackett,

15 correct?

16     A    Yes, on a couple -- at least one occasion.

17     Q    And through messaging as well, right?

18     A    Correct.

19     Q    And early on your focus was the community

20 preparedness team, right?

21     A    Yes.

22     Q    And that was a driver of a lot of the early

23 conversation in the chat groups and in the in-person

24 interactions, correct?

25     A    It was.  But in my mission statement that every

1636

```
 1   member received, I say in the opening paragraph that that's
 2   the purpose of our chapter.
 3        Q    Mr. Hackett was never a leader of any chapter or
 4   teams in Florida, correct?
 5        A    Being aware of his background, I don't recall if
 6   he was an assistant for any area.  He had definitely
 7   volunteered to help.  I was aware of his background, which
 8   is very important in what we were doing.  So I considered
 9   him an important member of our organization.
10        Q    And that's because his background, what he brought
11   to the table, was some medical assistance, correct?
12        A    The medical, exactly.
13        Q    He had the know-how --
14        A    Exactly.
15        Q    -- and the knowledge to provide medical
16   intervention to someone in an injury, right?
17        A    Correct.
18        Q    And that --
19        A    I needed oversight.  I needed -- I'm in the
20   training business.  This is what I do every day.
21             And our people that were going to be training the
22   public, I needed oversight from people that had actual,
23   valid experience in the subject areas so that we were
24   providing the proper training.
25        Q    And that was the discipline that he brought to
```

1    the table?

2         A    Correct.

3         Q    Thank you, sir.

4              Let's talk about Jeremy Brown.  He is a retired

5    Special Forces -- let me say that again.

6              A retired Special Forces soldier, correct?

7         A    Correct.

8         Q    That's the experience he brought to the table,

9    right?

10        A    Yes.

11        Q    And I think you mentioned a couple times the

12   special ops world.

13        A    Correct.

14        Q    Jeremy Brown was in that world, correct?

15        A    He was in that world.

16        Q    Now, it was Dennis Koopman who brought to your

17   attention that Mr. Brown would be interested in teaching a

18   class, right?

19        A    Correct.

20        Q    That was a class that was called "unconventional

21   warfare"?

22        A    Correct.

23        Q    All right.

24             Now, to be clear, I want to refer to that pyramid

25   that Ms. Hughes showed you during your direct examination.

1    A    Yes.

2    Q    Now, to be clear, you said the phrase "the

3  takeover of the country."

4         Do you remember saying that?

5    A    I do.

6    Q    To be clear, the takeover is from some foreign

7  threat, correct?

8    A    Correct.

9    Q    Or some threat that is not democratic in nature,

10  right?

11   A    Correct.

12   Q    So Mr. Brown wasn't teaching anyone to take over

13  anything in the country, right?

14   A    That was not my opinion of it.

15   Q    It was to be prepared against an outside

16  non-democratic threat, right?

17   A    Correct, that's -- that was why he was -- that's

18  what I derived from the meeting.

19   Q    I want to talk a little bit about the

20  GoToMeetings.  You organized the November 9th GoToMeeting;

21  isn't that right?

22   A    Correct.

23   Q    And, in fact, you're an organizer of many of them

24  because it was your account?

25   A    We had a weekly Monday meeting and, yes, every

1    week we had a meeting.

2        Q    And you're the organizer of pretty much all of

3    those, right?

4        A    It was my account so I was -- I would set it up

5    for the date.  And so, yes, I would be the organizer.

6        Q    Let's talk briefly about the time period in which

7    you chose to resign.  You said that you resigned from the

8    Oath Keepers?

9        A    I did.

10        Q    And actually what it was is you stepped down from

11    leadership, correct?

12        A    I stepped down from leadership, correct.

13        Q    And that was at the end of December 2020, right?

14        A    December the 25th.

15        Q    December the 20 --

16        A    25th, Christmas Day.

17        Q    So when you stepped down from leadership, you

18    still considered yourself an Oath Keeper member, though?

19        A    I had signed up as a lifetime member.  I was not

20    going to pretend like I was not a member.  I signed up as a

21    lifetime member.

22            But I definitely wanted to get out of leadership

23    because of the direction I saw the organization moving.

24        Q    Sure.

25            And when you said that you contemplated still

1    being a lifetime member, in fact, you communicated a message

2    in which you said, I'll just -- I'll be here in the back?

3        A    I did.

4        Q    Because you did intend to stay involved in some

5    capacity, just not as the leader of the Florida State

6    chapter?

7        A    And which was my original intent the day I signed

8    up.

9        Q    Understood.  Understood.

10           Now, when you resigned from leadership, you

11   continued to be a member of the various Signal chat groups

12   that you were a part of?

13       A    In and as far as it was on my phone and those

14   rooms were there.

15           But my daily activity, as it had been prior to

16   that, was not there.

17       Q    All right.

18           But you still had access to all of the messages

19   that were coming in?

20       A    I did.

21           And there were hundreds and hundreds and hundreds

22   and you couldn't keep track of all that stuff.

23       Q    Understood.

24           You also still, after you resigned from

25   leadership, you also still participated in GoToMeetings,

1    correct?

2        A    What I did on the day that I resigned, I told the

3    group, I had a -- prior to my resignation, I had a function

4    in there where I could have a guest access, and I had given

5    the leadership group guest access so they could hold

6    training meetings on their own that they organized.  So

7    through that guest access, there were weekly meetings that I

8    wasn't a part of that they were doing training.

9        Q    And they --

10       A    And I let them continue because it was paid for.

11   I was giving them a month to figure out what they wanted to

12   do and then I was going to end that.

13       Q    But in January of 2021, you were an attendee at

14   two GoToMeetings, correct?

15       A    I probably was, yes.

16       Q    After January 6th, right?

17       A    I could have been.

18       Q    Does the date January 9th, 2021, ring a bell?

19       A    It could be.

20       Q    And later in the month of January as well, you

21   could have attended a GoToMeeting?

22       A    It's possible.

23       Q    I want to talk about those open letters that you

24   saw on the Oath Keepers website.  That was something that

25   Mr. Rhodes posted to the website, right?

1    A    Correct.

2    Q    And the website, again, is a public website,

3    right?

4    A    Yes.

5    Q    And he posted it to the public portion of the

6    website?

7    A    He did.

8    Q    You knew Mr. Rhodes to be someone who craved

9    attention, correct?

10    A    That would be my opinion, yes.

11    Q    And Mr. Rhodes used that website not only to

12    communicate information but also for fundraising efforts,

13    right?

14    A    Correct.

15    Q    That was a -- is it fair to say that fundraising

16    was a primary concern of Mr. Rhodes?

17    A    It was definitely a concern of Mr. Rhodes.

18    Q    Is it also fair to say that another primary

19    concern that Mr. Rhodes had was recruitment of individuals?

20    A    Yes.

21    Q    He wanted bigger and bigger and bigger numbers,

22    right?

23    A    Correct.

24    Q    And he would do things in order to try to attract

25    attention to get bigger and bigger numbers; is that correct?

1    A    Agreed.

2    Q    Kelly Meggs, is the person that took over --

3    you're aware that he took over as leader of the Florida

4    State chapter after you stepped down on Christmas Day of

5    2020, correct?

6    A    Correct.

7    Q    Kelly Meggs is, he's a big guy, is that fair to

8    say?

9    A    He is.

10    Q    6 foot, 4 inches.  Does that sound right?

11    A    He's a big guy.

12    Q    And has a big heft to him, if I may say?

13    A    He's a big gentleman.

14    Q    He has a personality that matches his size, does

15    he not?

16    A    I would agree.

17    Q    I think the word you used was "a bit on the

18    overenthusiastic side"?

19    A    I would agree with that.

20    Q    Has a strong, booming voice?

21    A    Uh-huh.

22    Q    He too took recruitment efforts very seriously,

23    right?

24    A    He did.

25         MS. HALIM:  Can I have just one moment,

1    Your Honor?

2    BY MS. HALIM:

3        Q    Mr. Adams, when we spoke a little bit earlier

4    about the security concerns that you and some others had,

5    now those security concerns were because you didn't want

6    people who were adversarial to the Oath Keepers to find out

7    your individual identities, right?

8        A    Correct and --

9        Q    You also didn't want media to find out about the

10   personal identities, correct?

11       A    Anyone that would -- absolutely no one.  It was

12   private.  No one.

13            But could I -- can I add something?

14       Q    Sure.

15       A    The organization, from my understanding, was

16   former military, police, and fire service people.

17            So I knew I had law enforcement people in the

18   organization.  My concern was not law enforcement.  My

19   concern was someone that would -- I hold state licenses in

20   the work that I do.  My concern was someone with an

21   egregious intent putting my personal information or any one

22   of my members just for the purpose of causing us harm.

23       Q    You weren't trying to obscure your identity from

24   law enforcement, correct?

25       A    I was not.

 1      Q    And it was not your impression that any of the

 2  other members that you knew were trying to obscure their

 3  identity from law enforcement, correct?

 4      A    They shouldn't have.  I had a statement that

 5  I gave every single meeting is, I want to be on the right

 6  side of the law and the right side of history.

 7      Q    Thank you, sir.  Good words to end on.

 8           MS. HALIM:  I have no further questions at this

 9  time.

10           THE COURT:  Okay.  Mr. Martin.

11                         -  -  -

12                    CROSS-EXAMINATION

13  BY MR. MARTIN:

14      Q    Good morning, Mr. Adams.

15      A    Good morning, sir.

16      Q    Thank you for being here today.

17      A    Thank you.

18      Q    My name is Connor Martin.  I represent

19  Mr. David Moerschel, along with my co-counsel, Mr. Scott

20  Weinberg.

21      A    Okay.

22      Q    Do you recognize Mr. Moerschel?  Do you see him in

23  the corner with the scarf around his neck?

24      A    I've seen his identification before.  He looks

25  familiar.

1    Q    That was from the vetting form that he sent to

2    you?

3    A    Yes.

4    Q    His identification on that?

5    A    Correct.

6    Q    So while we're on the topic of vetting, you

7    conducted the vetting process until you had stepped down

8    from your leadership role in December of 2020, correct?

9    A    What I initially did is I personally, because

10   there was a cost to that of running the background check, I

11   vetted my leadership group.  And then the others that were

12   coming in, I was waiting on the organization to give me a

13   means to do that.  So I was collecting the data, but I did

14   not have the means.  They never gave me that means to do

15   that.

16   Q    And you conducted Mr. Moerschel's vetting process,

17   is that fair to say?

18   A    I received his -- he turned in his information.

19   I do not know if we actually ran background on him.  I'm not

20   positive of that.

21   Q    Well, there was an alternative.  Instead of

22   running the background check, if somebody provided a

23   concealed-carry permit?

24   A    Okay.

25   Q    You know, they were considered to be vetted by

1    possession position of that, is that fair to say?

2        A    We were still going to run the background.  We

3    were still going to run the background once we had the means

4    to do so.

5            But that showed me that at least the state of

6    Florida had done a background on this individual.

7        Q    And kind of the purpose of the vetting process was

8    to keep out potentially dangerous people?

9        A    Correct.

10       Q    People that might be unstable?

11       A    Correct.

12       Q    Or in some way dangerous to the organization?

13       A    We were going to be working with the general

14   public, was my intent, and I wanted to know who my members

15   were, that I did not have a threat in that area as far as a

16   background I had to be concerned with.

17       Q    So that was the purpose of the vetting?

18       A    That was the purpose of the vetting.

19       Q    Understood.

20           Now, as far as your contact with Mr. Moerschel is

21   concerned, you never met him in person, did you?

22       A    I did not.

23       Q    And were you aware that he was not in attendance

24   the day that you met Mr. Meggs and other Oath Keepers in

25   August of 2020?

```
 1        A     Right.  I don't recall him being there.

 2        Q     He was not there.

 3              And as far as you know, he wasn't -- or he

 4  certainly was not in attendance at the meeting organized by

 5  Mr. Brown?

 6        A     Not that I recall.

 7        Q     That was the meeting where you had to have the

 8  special Signal --

 9        A     He was not a member of my leadership group.

10        Q     Okay.

11              And as far as you know, he was not in attendance

12  on that November 9th GoToMeeting that you had organized?

13        A     I do not know that at all.  I'm not sure.

14        Q     But you have no reason to think that he was.  You

15  know, he didn't speak up and, you know, you didn't have

16  interaction with him on that?

17        A     Where I'm at, correct, correct.

18        Q     And as far as you know, he wasn't in attendance on

19  November 14th at the Million MAGA March?  That was the

20  protest in D.C.

21        A     I don't know.  I honestly don't know.

22        Q     Now, I think you had said that you never had any

23  one-on-one interactions with him over the phone?

24        A     Not that I recall.

25        Q     Okay.
```

1      No personal texts that you recall one on one?

2      A    It may have.  It would have been probably

3  associated with him coming in to the organization.

4      Q    Okay.  But you didn't know him personally?

5      A    I did not.

6      Q    You don't know him personally now.

7      A    I don't.

8      Q    Okay.

9           Now, I want to discuss your experience with the

10  Signal chat app.

11      A    Okay.

12      Q    In your experience with the group chats on the

13  Signal chat app, was it your understanding that every person

14  was reading every message that was sent to that Signal chat?

15      A    In that room?  It was my understanding they had

16  access to whatever messages were in that room.

17      Q    Right, but once they had increased numbers to -- I

18  think you said there was somewhere in the neighborhood of 80

19  members?

20      A    Right.  80 to 100, yes.

21      Q    And I think you said there were hundreds, if not

22  thousands of messages that were being received in

23  those chats?

24      A    All the time.

25      Q    So I'll ask, was it your understanding that every

1650

```
 1   person was reading every single message?
 2            MS. HUGHES:  Objection; speculation.
 3            MR. MARTIN:  I'm asking if it's his understanding.
 4            THE COURT:  It's overruled.  He can answer to the
 5   extent that he has an understanding of people's practices
 6   and his own.
 7            THE WITNESS:  I'll say there's no way I could have
 8   worked a full-time job and read all those messages.  It was
 9   just impossible.
10   BY MR. MARTIN:
11       Q    And I understand.  I think myself and members of
12   the jury are involved in pretty active group chats, so I
13   understand what you're saying there.
14            Was it then sometimes the case for you that you
15   would read the more recent messages, as opposed to scrolling
16   through the, you know, tens or hundreds that preceded it
17   when you weren't involved?
18       A    Sometimes I would, because my concern was people
19   have a tendency to say inappropriate things.  And it's
20   bravado.  It's banter.  It's whatever it is.  I call it
21   "water cooler" talk.  Some of it's inappropriate, and I do
22   not like that.
23            And there's a couple different occasions where
24   I'll block the person on different occasions for their
25   behavior, because it's just not how you conduct yourself.
```

1   So -- but there's no way I could read every message.  It was

2   impossible.

3            So I asked my leadership group if they saw

4   something, let's address it as well.

5       Q    They never flagged anything said by Mr. Moerschel?

6       A    Not that I'm aware of, no.

7       Q    He was never blocked by yourself at least?

8       A    No.

9       Q    Okay.

10           Now, I want to talk about you stepping down from

11  the Oath Keepers leadership.  You had testified several

12  times here this morning that that occurred in late

13  December of 2020?

14      A    Correct.

15      Q    Okay.

16           And it's fair to say that that decision was based,

17  at least in part, on the fact that there was rhetoric flying

18  around the group chats that you didn't agree with, that you

19  thought maybe was going in the wrong direction?

20      A    Sure.

21           Well, my intent from the very beginning was civil

22  defense, and things were turning more and more political.

23  Civil defense was not a lot of people's focus.  They were

24  focused on the political side.

25      Q    And that includes Mr. Rhodes?

1    A    Absolutely.

2    Q    And part of the rhetoric that -- is it fair to say

3  that part of the rhetoric that you were uncomfortable was

4  some of Mr. Rhodes' own rhetoric contained in those open

5  letters to president -- then President Trump?

6    A    Absolutely.

7    Q    And Mr. Rhodes was the leader of the Oath Keepers

8  at that time?

9    A    That's correct.

10   Q    Now, you testified that after you stepped down

11 from leadership, you remained a member of the organization?

12   A    Correct.

13   Q    And you remained at least on those Signal chat

14 threads that you were involved with when you were in

15 leadership?

16   A    Correct.

17   Q    You still had them?

18   A    Correct.

19        I was still -- I still had access to the rooms

20 that I was in before I left.

21   Q    So it's fair to say that you were still a part of

22 the Oath Keepers even though you didn't agree with all of

23 their opinions?

24   A    That's correct.

25   Q    Including the opinions of the then-leader,

1   Mr. Stewart Rhodes?

2        A    Correct.

3        Q    And it's also fair to say that you remained on the

4   Signal chats -- at least you hadn't gotten rid of them --

5   even though you didn't like some rhetoric that was being put

6   forth in there?

7        A    Correct.

8        Q    Now, sir, on the Signal chat, I know you said that

9   you hadn't spent a lot of time with them after stepping down

10  from leadership.  But you never saw on any of those chat

11  threads any discussions of violence surrounding January 6th,

12  did you?

13       A    Are you talking about -- are you referring to

14  members discussing coming here and conducting violence?

15       Q    Right.

16       A    No.

17       Q    You didn't see anything like that?

18       A    No.

19            MR. MARTIN:  Thank you, sir.  That's all I have.

20            THE WITNESS:  Okay.

21                     CROSS-EXAMINATION

22  BY MR. SHIPLEY:

23       Q    Mr. Adams, my name is Bill Shipley.  I represent a

24  gentleman seated over here named Roberto Minuta.

25       A    Okay.

1    Q    I don't think you know him.

2    A    I do not.

3    Q    But I do have a few questions about your

4  testimony.

5    A    Okay.

6    Q    Your community preparedness team idea, referred to

7  kind of shorthand as civil defense?

8    A    Yes.

9    Q    You wanted to provide a resource for the community

10  at a time if first responders were not available, right?

11    A    That's correct.

12    Q    Okay.

13         So you wanted to teach the community certain

14  skills they might need in the event of a natural disaster or

15  man made difficulties?

16    A    That's absolutely correct.

17    Q    Okay.

18         And part of your vetting process would be to make

19  sure the people you bring into the Oath Keepers to do that

20  kind of training have the skill set they need, right?

21    A    That's correct.

22    Q    So you want to make sure that within the

23  population of your Florida Oath Keepers, you have people

24  that have the necessary qualifications, background and

25  experience, would that be fair to say?

1    A    That would be fair to say.

2    Q    And among that would be people with medical

3    training, right?

4    A    Absolutely.

5    Q    So you're looking at the Oath Keepers as a

6    community resource that can provide a wide variety of

7    assistance, right?

8    A    That's correct, absolutely correct.

9    Q    Would it be fair to say that there's two broad

10   instances:  The training, right?

11   A    Yes.

12   Q    And then in the event of a disaster of some form,

13   actually having Oath Keepers kick into gear and get out in

14   the community and help?

15   A    That would be the expectation.

16   Q    And that becomes sort of the organizational

17   arrangement, the need to have --

18   A    Yes.

19   Q    -- command and control, right?

20   A    Sure.  Sure.

21   Q    But in doing the planning, whatever it might be,

22   you were concerned about having operational security because

23   you knew there were people who didn't agree with the idea of

24   the Oath Keepers.

25   A    Yes.  Yes.

1    Q    Now, I think you've been clear that none of the

2  steps you took for operational security had any relationship

3  to law enforcement, right?

4    A    That's correct.

5    Q    You were purely concerned about adversarial

6  actors?

7    A    I had former police officers in my organization.

8    Q    So to the extent that there's been any testimony

9  that the FBI or that you were -- or that the Oath Keepers

10  were -- strike all of it.

11         To the extent there's been any suggestion that any

12  of your operational security measures were intended to

13  frustrate law enforcement, that would be completely untrue,

14  right?

15    A    That would be -- from my perspective and my

16  intent, that would be completely untrue.

17    Q    So to the extent that you either used or

18  encouraged others to use ProtonMail had nothing to do with

19  frustrating the FBI.

20    A    It was for our -- it was for our -- strictly our

21  organizational security for personal reasons.

22    Q    And same answer with regard to Signal, right?

23    A    Correct.

24    Q    Okay.

25         You know what a virtual private network is, a VPN?

1    A    I do.

2    Q    Are you aware of whether any of your membership

3 used VPNs?

4    A    I don't, but it will not surprise me.

5    Q    And did you use a VPN?

6    A    I have a VPN.

7    Q    Okay.

8    A    I use them at work.  I use them personally.

9    Q    Are you doing it to evade scrutiny by the FBI?

10    A    No, no.

11    Q    The November 9th GoToMeeting chat -- I hope I have

12 that day right -- you're aware that part of that was

13 recorded, right?

14    A    Yes, I am.

15    Q    And did the FBI bring that to your attention, that

16 somebody had recorded part of that November 9th session with

17 Stewart Rhodes?

18    A    I don't recall.  I saw that in the media.

19    Q    Okay.

20    A    I don't recall who -- I don't think -- I don't

21 think it was the FBI, I think I saw it on the media.

22    Q    Have you ever heard the recording?

23    A    I have.

24    Q    I'm sorry, you have?

25    A    I have.  It was in the media.

1    Q    Oh, fair enough.

2         But the FBI never played that for you?

3    A    Not that I recall, no.

4    Q    Okay.

5         So thinking back to that particular GoToMeeting

6    session that you arranged, that Stewart Rhodes came into,

7    and you know part of it's been recorded, if you think back

8    to that, did any part of that give you cause for concern in

9    the same way that the increasing rhetoric and bombast later

10   gave you cause for concern?

11   A    No.

12        I would say -- you have to understand,

13   Stewart Rhodes, the things he talk about every time you

14   talked to him, he talked about them, every time.

15        So a lot of what he was talking about, number one,

16   my core ideology, I didn't agree -- I didn't necessarily

17   agree with him, his take on it.  I didn't believe a lot of

18   the things he said; but I also very clearly understood that

19   it was his means potentially of making money.  So I

20   understood that as well.  So I didn't necessarily believe

21   what the guy was saying.

22        So the purpose of that call, and I believe the

23   title I put on the call was "D.C. planning op" and it was

24   for security admissions in D.C.  Stewart Rhodes always had

25   connections with certain media outlets and different figures

1659

1    and he would arrange for security for these people.

2        Q    And that particular meeting was specifically in

3    anticipation of the Million MAGA March that was taking place

4    in five days, right?

5        A    Correct.

6             Now, this is postelection, so there was discussion

7    of the election and there was always some discussion of

8    their thoughts on that.

9             And there's this ongoing belief of -- that the

10   election was stolen and the people that are behind it,

11   et cetera.  So some of that was probably part of that.

12       Q    In your experience, were those exchange of ideas

13   on the internal communications of the Oath Keepers any

14   different than what you heard in the media nationwide?

15       A    You heard a lot of the same stuff nationwide.

16       Q    And, in fact, you know Florida Oath Keepers

17   attended the Million MAGA March on November 14th as security

18   personnel, right?

19       A    That's correct.

20       Q    You're not aware of any incidents involving them

21   on November 14th, right?

22       A    No, no.

23       Q    I want to ask you just briefly about the idea of

24   the username changes.

25       A    Okay.

1    Q    Well, you know at some point Kelly Meggs became

2    Gator 1, right?

3    A    Uh-huh, correct.

4    Q    And Ken Harrelson became Gator 6?

5    A    Correct.

6    Q    And did that happen before you arrived or did that

7    happen after you sort of took over leadership?

8    A    That happened after, and I found it very, very,

9    very frustrating.

10    Q    Very what, I'm sorry?

11    A    Very frustrating.

12    Q    Frustrating.

13        Why did it frustrate you?

14    A    Because you don't know who you're talking to.

15    Q    But it sort of just became a thing, right, as more

16    people did it, more people wanted to do it?

17    A    It did.  It did.

18        Every time some weird little thing happened,

19    everybody would change their name.

20    Q    Okay.

21        And it was -- in fact, it was sort of like

22    military pilots, everybody just wanted to have a handle?

23    A    Well, right, to some degree, yes.

24    Q    A call sign?

25    A    There was some of that as well.

1    Q    But there was no message that went out that said,

2    "Hey, we all need to hide our identification so people don't

3    know who we are"?

4    A    I'm not going to say that there weren't times

5    where individuals didn't suggest that based on something.

6         We also had chats that were recorded that had

7    people from other states involved, and something would

8    happen somewhere else and everybody would freak out, that

9    everyone in that chat was exposed and people would change,

10   and this, that, and the other.  I'm not going to say that

11   didn't happen.

12   Q    So would it be fair to say it was in some measure,

13   a healthy dose of paranoia that ran through the group?

14   A    Correct.

15   Q    But it wasn't done to hide from law enforcement,

16   was it?

17   A    Not to my knowledge.

18   Q    It wasn't done to --

19        MS. HUGHES:  Objection.

20        THE COURT:  Sustained.

21   BY MR. SHIPLEY:

22   Q    Last subject.

23        The issue of Stewart Rhodes' increasing bombast.

24   He would issue these things called "Calls to Action," right?

25   A    Correct.

1    Q    And those were, in effect, calling on Oath Keepers

2  from a variety of jurisdictions to go to wherever he wanted

3  them to go and execute the mission, right?

4    A    Correct.

5    Q    Nobody was obligated to do that, right?

6    A    Not at all.

7    Q    And it's fair to say that just because somebody

8  responded to a call for security detail didn't mean that

9  they agreed with everything Stewart Rhodes wrote, did it?

10    A    That would be fair to say.

11    Q    They just responded to the mission?

12    A    Correct.

13         MR. SHIPLEY:  Your Honor, if you would give me

14  just a second, I had to cross out a lot of things covered by

15  other counsel.  I wanted to make sure I covered everything.

16  BY MR. SHIPLEY:

17    Q    After January 6th, you deleted the Signal

18  application from your phone, right?

19    A    At some point, yes.

20    Q    And the hundreds and hundreds of Signal messages,

21  they disappeared, right?

22    A    Correct.

23    Q    You weren't trying to obstruct justice by doing

24  that, were you?

25    A    No.

1     Q    You weren't trying to hide evidence from the FBI

2 by doing that, were you?

3     A    No.

4          Frankly, in the absence of what happened with the

5 leadership, people were contacting me to see what was going

6 on, and I, at that point, had stopped paying, so I had to

7 determine I'm no longer a member, and I stepped away from

8 it.

9          MR. SHIPLEY:  All right.  No further questions.

10          THE COURT:  Mr. Peed, how long do you think you'll

11 be?

12          MR. PEED:  Very briefly.

13                        - - -

14                  CROSS-EXAMINATION

15 BY MR. PEED:

16     Q    Good morning, Mr. Adams.

17     A    Good morning.

18     Q    If I could just have Mr. Vallejo stand up and take

19 his mask off?

20          THE COURT:  Do you need to take a break?

21          JUROR:  Your Honor, I'm sorry, but a few of us

22 really have to go to the restroom.

23          THE COURT:  Okay.  Fair enough.

24          All right.  So it's a little after 11:00.  We'll

25 resume at 11:20.  We'll see you all very shortly.

```
 1              COURTROOM DEPUTY:  All rise.

 2              (Jury exited the courtroom.)

 3              THE COURT:  All right, Mr. Adams, I'll just remind

 4    you not to discuss your testimony with anyone while we're on

 5    break.  Thank you, sir.

 6              COURTROOM DEPUTY:  This court stands in recess.

 7              (Recess from 11:03 a.m. to 11:21 a.m.)

 8              COURTROOM DEPUTY:  The jury is right behind us so

 9    remain standing.

10              Jury panel.

11              (Jury entered the courtroom.)

12              THE COURT:  Mr. Adams, you can come on back up,

13    sir.

14              All right.  Please be seated, everybody.

15              All right, Mr. Peed.

16    BY MR. PEED:

17         Q    Good afternoon, Mr. Adams.

18         A    Good afternoon.

19         Q    I believe you said you were using your account to

20    setup these GoToMeeting calls for the organization, correct?

21         A    Yes.

22         Q    You had approximately nine or ten calls in

23    November using your account, right?

24         A    Okay, yes.

25         Q    Those were sometimes national calls and sometimes
```

1  local calls, right?

2      A    Correct.

3      Q    Then in December of 2020, you had about 15 calls

4  that you set up and participated in, does that sound right?

5      A    It's possible, because in December, I had given

6  that guest access to members of the leadership group,

7  so it's possible there was that many.

8      Q    Okay.

9           Right before you stepped down from leadership, on

10  the 23rd of December, do you recall a call lasting about two

11  hours that you were on?

12      A    I don't recall specifically.  It would depend on

13  the subject matter of the call.

14      Q    Okay.

15           Do you recall around that same time having a call

16  for the Florida people called "D.C. discussion and CPT

17  teams"?

18      A    Not specifically.

19           If it was not on Monday night, it was one of the

20  training calls that other people were setting up.

21      Q    Okay.

22           For calls that you had in December of 2020, do you

23  recall Terry Cummings being on any calls?

24      A    I recall the name.

25      Q    Who's Terry Cummings?

1    A    He would have been a member in the Florida

2  organization.

3    Q    Did you ever speak with him?

4    A    I don't have direct recollection of that.

5         I remember the name, I know the name, but I don't

6  know if it was just from him joining the organization or

7  what.

8    Q    Okay.

9         And you had two calls -- you attended GoToMeeting

10 calls after January 6th, right?

11   A    That's possible.

12   Q    Do you remember one on January 9th?

13   A    That name was brought up before.  It's very

14 possible.  I don't -- I don't specifically recall it.

15   Q    Okay.

16        On any of the calls in November, you know, around

17 nine or ten calls, or around 15 calls in December or those

18 two calls in January, on any of those calls, was there any

19 discussion of a specific plan to conduct violence to stop

20 the transfer of power?

21   A    No.

22   Q    If you had heard that, would you have informed law

23 enforcement?

24   A    Certainly.

25   Q    One more question about Signal.

1           Signal is attached to your personal phone number,

2    correct?

3        A    Yes, uh-huh.

4        Q    And if you tap the icon of someone in Signal, you

5    can see what their phone number is, right?

6        A    I believe so.

7           MR. PEED:  No further questions, Your Honor.

8           THE WITNESS:  Okay.

9           THE COURT:  All right.  Ms. Hughes, any redirect?

10          MS. HUGHES:  Yes, Your Honor.

11                    REDIRECT EXAMINATION

12   BY MS. HUGHES:

13       Q    Mr. Adams, you were asked a series of questions

14   about why you deleted your Signal application, right?

15       A    Correct.

16       Q    Do you know why other people, other members of the

17   Oath Keepers, deleted their Signal?

18          MR. SHIPLEY:  Objection; hearsay.

19          THE COURT:  It's overruled.  It was asked.

20          Go ahead.  I mean, he can say yes or no.  I'm not

21   sure we'll go beyond that.

22          THE WITNESS:  I never discussed that with anyone,

23   so I wouldn't know.

24   BY MS. HUGHES:

25       Q    Did other individuals explain to you why they were

```
 1   using a VPN or a private network?

 2        A    No.

 3        Q    You were also asked a series of questions about

 4   there being a lot of messages across multiple Signal groups.

 5             Do you remember that?

 6        A    Correct.

 7        Q    And you were asked words to the effect of, would

 8   anyone be able to sort of keep up with this volume?

 9             And you said, I think, "No, I wouldn't be able to

10   do that and my job."

11        A    Right.

12             MS. HUGHES:  If we could please bring up

13   Government's Exhibit 6776, Slide 7.

14   BY MS. HUGHES:

15        Q    And this "OK FL Hangout," right?  That's your chat

16   room?

17        A    Right.

18             MS. HALIM:  Objection, Your Honor.

19             MS. HUGHES:  This is already in evidence.

20   I should have specified.

21             MS. HALIM:  The objection is cumulative.

22             THE COURT:  It's overruled.

23   BY MS. HUGHES:

24        Q    Do you know that Faith is Mr. Hackett?  Do you

25   recognize that as one of his monikers?
```

1    A    I am aware of that.

2    Q    Could you read what Mr. Hackett writes on

3    November 2nd to your group?

4    A    "Admit when I finish work and I see a hundred

5    messages, it can be daunting.  If I have time, I read them

6    all and watch all videos.  If I don't have time, I read the

7    CliffsNotes."

8         MS. HUGHES:  And if we could please now,

9    Ms. Badalament, move to Government's Exhibit 4604.

10   BY MS. HUGHES:

11   Q    You were asked questions about the nature of the

12   threat as described to you by Mr. Rhodes and Mr. Brown,

13   namely, that this is a foreign threat.

14   A    Correct.

15        MS. HUGHES:  If we could please go to Government's

16   Exhibit 4604 and if we could go to page 10.  And if we could

17   just go to the "If we fail" paragraph here.

18        My apologies.  That is confusing because there are

19   two paragraphs that start that way.  If we could go to this

20   paragraph here.  Sorry.  Thank you.

21   BY MS. HUGHES:

22   Q    So this first sentence here, could you read that

23   first sentence.

24   A    "If we fail to root out the deep state, root and

25   branch, now, this republic is dead."

1    Q    And so when there is this foreign threat, the

2    foreign threat, is it presenting itself, though, as the

3    current Federal Government of the United States?

4              MS. HALIM:  Objection.

5              THE COURT:  It's overruled.

6    BY MS. HUGHES:

7    Q    You can answer.

8    A    I honestly don't know.  I don't know who this --

9    I don't know who this threat is.

10   Q    So my apologies.

11             This is Mr. Rhodes' open letter?

12   A    Correct.

13   Q    So when he's talking about the current threat, is

14   it in the form of the Federal Government?

15   A    It could be, yes.  That would at least part of it.

16   Q    And you were asked a series of questions about the

17   community preparedness teams and the purpose of those teams.

18             In terms of their mission --

19             MS. HUGHES:  And you can bring that down.

20   Thank you, Ms. Badalament.

21   BY MS. HUGHES:

22   Q    -- is their mission defensive or offensive in

23   nature.

24   A    It's defensive.

25             MS. HUGHES:  If we could please bring up just for

1    the witness Government's Exhibit 4609.

2           Now, do you recognize -- there's two slides in

3    this, so if you go to the next slide as well, please.

4           Do you recognize this group in your group,

5    "OK FL Hangout"?

6    A    Yes.

7    Q    And do you recognize Faith as being Mr. Hackett?

8    A    I do.

9    Q    Do you recognize the date this is -- the date at

10   the top is December 22nd.  Is that a date that you were

11   still in this group?

12   A    Correct.

13          MS. HUGHES:  Government seeks to admit and publish

14   Government Exhibit 4609.

15          MS. HALIM:  Objection.  Could we get on the phone?

16          (Bench conference)

17          THE COURT:  Can you go back up.  I haven't -- I

18   wasn't -- I don't see what you're seeking to introduce.

19          MS. HUGHES:  Sure.

20          So there are a series of questions here that

21   implied that the conversation in the chat was purely for

22   defensive purposes.  And these slides show that specifically

23   Mr. Hackett and Mr. Moerschel were participants and it's

24   changed to a more offensive posture.  There's a tremendous

25   number of questions about CPT and it being defensive.  And

1672

1    the intention here is to ask, "What do these messages have

2    to do with community preparedness?"

3              MS. HALIM:  I never said the word "defensive."

4    I'm sure of that.

5              Second of all, I am not prepared with Rule 106

6    materials because I didn't know this was coming in through

7    this witness.

8              This is beyond the scope of the

9    cross-examination -- certainly the cross-examination that

10   I did.

11             MS. HUGHES:  These witnesses will be addressed by

12   other agents with their 106.  She can introduce them.  But

13   this was -- the thrust of all four of these

14   cross-examinations was community preparedness.

15             THE COURT:  So there was a fair amount of

16   discussion about community preparedness and its purpose.

17   And so to the extent that there were discussions in addition

18   to that and these defendants were part of those or at least

19   in the Signal chat, I don't think it's so far outside the

20   scope of cross-examination that it's improper.

21             In terms of completeness, Ms. Halim, obviously,

22   it's not coming in through this witness.  But if there is an

23   opportunity -- there will be an opportunity through another

24   government witness to do so.  And if not, then we can do it

25   independently to ensure that any completeness is attended

1    to, all right?

2              MS. HUGHES:  Thank you, Your Honor.

3              (Open court)

4              THE COURT:  The entire exhibit or just a couple --

5              MS. HUGHES:  So there's one more exhibit.  So we

6    can do this at the same time.

7              It's 4610, if you could just bring up that just

8    for efficiency, just for the witness, please.

9              It's the same group.  And there are four messages

10   here, and it's the same topic.  So if you go down --

11             THE COURT:  Okay.  So 4609 and 4610 will both be

12   admitted.

13                         (Government Exhibits 4609 and 4610
                                   received into evidence.)
14

15             MS. HUGHES:  Thank you.

16             And if we could please publish, we can bring up

17   4609, Ms. Badalament.

18   BY MS. HUGHES:

19        Q    Okay.  So starting here, this is a message on

20   December 22nd.  You're still a member of the group, correct?

21        A    Correct.

22        Q    You're still the state leader?

23        A    Correct.

24        Q    This is your group, the "OK FL Hangout"?

25        A    It is.

1    Q    And do you know who GenX is?

2    A    I do not.

3    Q    Could you please read this message.

4    A    "He didn't have to mention the insurrection

5    clause ... genius... maybe there's hope he's got this."

6    Q    And then the next message?

7    A    Okay.

8         Do you want me to read it?

9    Q    Could you please read what Mr. Hackett

10   responds with?

11   A    He said, "He sounds pissed.  That's good.  Now

12   just fucking do it.  We are ready."

13   Q    And if I could we go to Government's Exhibit 4610.

14        There's a link here, this, again, is on

15   December 22nd.  So you're still the state leader at this

16   point.

17   A    That's correct.

18   Q    There's a link to the next article.

19        If you can go to the next slide, please.

20        OK Gator 1, that's Kelly Meggs?

21   A    Correct.

22   Q    -- responds to this article, "Raise the battle

23   flags."

24        If we could go to next message.

25        What does Mr. Moerschel, Hatsy, respond with?

1    A     "Longish article, but worthy read.  Suggests we

2  form a new confederacy.  Agrees that martial law is a bad

3  idea."

4    Q     Could you please go to the next message.

5          Monk, do you know who Monk is?

6    A     I remember the moniker.  I don't recall who

7  it was.

8    Q     He responds, "Insurrection Act!"

9          Can we go to the next message, please.

10         Mr. Moerschel responds to the same group.  Could

11  you read Mr. Moerschel's message?

12    A     "Only Trump can do that.  And will he?  If not,

13  then ..."

14    Q     What does establishing potentially a new

15  confederacy and engaging in the Insurrection Act, whatever

16  that might entail, have to do with community preparedness?

17    A     Nothing whatsoever.

18    Q     And what was your understanding about this

19  rhetoric?  Was this a defensive mission or an offensive

20  mission in your understanding of what was being discussed?

21    A     This rhetoric was a common occurrence.  And what

22  it signified for me was that a lot of the members of the

23  organization were not concerned about civil defense, and it

24  had just gotten political.

25          What I referred to as "water cooler" talk, this

```
 1    was just another form of that.
 2            MS. HUGHES:  Could we please go to -- we could
 3    bring up just for the witness Government's Exhibit 4605.
 4            Now, you could scroll through.
 5            This has three pages, I believe, Ms. Badalament.
 6    BY MS. HUGHES:
 7      Q    You mentioned that this sort of -- this was part
 8    of your reason for resigning.
 9            Did you communicate that to Mr. Rhodes?
10      A    I did.
11            Well, the way it occurred, I initially sent an
12    email to the leadership group for Florida, and then
13    Kelly Meggs contacted Mr. Rhodes.  Mr. Rhodes then
14    contacted me before I actually contacted him.
15      Q    And is this a copy of the exchange you had with
16    Mr. Rhodes communicating your resignation?
17      A    It is.
18            MS. HUGHES:  Government seeks to admit and publish
19    Government's Exhibit 4605.
20            THE COURT:  Any objection?
21            MS. HUGHES:  I need us to scroll through.
22            MS. HALIM:  Yes, could you scroll through.
23            I have no objection.
24            THE COURT:  All right.  So 4605 will be admitted.
25            MS. HUGHES:  Thank you.
```

1                                    (Government Exhibit 4605
                                     received into evidence.)

2

3          MS. HUGHES:  If we could start on page 2.

4    BY MS. HUGHES:

5          Q     So, again, what is this?  This appears to be a

6    text message to Stewart Rhodes; is that correct?

7          A     That's correct.  That's how we were communicating.

8          Q     And the date is December 23rd; is that right?

9          A     Correct.

10         Q     So what did you text Mr. Rhodes?  Why did you text

11   him, first of all?  And then I'll have you read portions of

12   this.

13         A     So this is the 23rd.  Maybe my date is wrong on

14   that.  I thought it was the 25th.

15               Okay.  So -- okay.  Again, the question,

16   I'm sorry?

17         Q     Why did you text him.

18         A     He text -- well, his, initially he says to me,

19   "Kelly says you're thinking of stepping down from

20   leadership.  What's up?"

21         Q     And in part of your text message to him, this

22   darker bubble, that's you, correct?

23         A     Yes.

24         Q     You say, "Stewart, sorry, I got tied up at work.

25   My decision is based on several factors."

1678

1    Could you read your factor one and factor two,

2 please?

3    A    Okay.

4    "One, our organizational posture as a militia

5 group I found problematic.  It's not a match for my

6 ideology.  I'm more geared to networking and training, like

7 the CPT model.

8    "Two, I realize you're a very busy man but some of

9 the internal problems really bother me, example given,

10 member rosters, and member verification."

11    MS. HUGHES:  And then we can go to page 3 for the

12 third because it's cut off here.

13    Ms. Badalament, if you can just zoom that in.

14 BY MS. HUGHES:

15    Q    This is a continuation of the text message and if

16 you just want to start, for ease of reading, start here with

17 three?

18    A    "My biggest concern is the unchained rhetoric

19 flying around our chats.  Members are very vocal about

20 sensitive subject matter, poor op sec, and completely

21 inappropriate conversations that could be turned on us.

22    "My employment requires three state licenses and

23 I'm subject to suspension based on behavior they deem

24 questionable."

25    Q    And I want to ask you about that.

1          So you're saying here not just that the

2    communications are concerning to you, but also that this

3    could also imperil your job.  Is that what you were saying

4    here?

5          A    That's correct.

6          Q    How could this imperil your job?  How is this

7    rhetoric that concerning?

8          A    Well, some of my licenses I'm referring to, one in

9    particular is renewed on an annual basis.  And if my name

10   hits the press as being this extremist of some kind, which

11   we tend to be labeled by some outlets, that could interfere

12   with me being relicensed.

13         Q    So it wasn't just that you disagreed with the

14   mission but you were worried about potentially your job?

15         A    Sure, sure.

16         Q    If we could -- you were asked a series of

17   questions about there being no violent rhetoric on these

18   chats.  Do you remember several questions along those lines?

19         A    Yes.

20              MS. HUGHES:  If we could please bring up

21   Government's Exhibit 6778, slide 47, Ms. Badalament.

22   BY MS. HUGHES:

23         Q    This is a scene of your group, right, "OK FL

24   Hangout"?

25         A    Yes.

1    Q    And this OK Gator 1, is that Kelly Meggs?

2    A    That is.

3    Q    Can you please read what Mr. Meggs writes on

4    December 22nd?

5    A    "It's easy to chat here.  The real question is

6    who's will" -- he's saying, "It's easy to chat here.  The

7    real question is who's willing to die, and that's what the

8    patriots did by the thousands.  We are worried about getting

9    the day off."

10    Q    If you could bring up, just for the witness,

11    Government's Exhibit 1.S.656.10096.

12        And is this another message sent from

13    Stewart Rhodes to your chat?

14    A    Yes.

15        MS. HUGHES:  And the government would then seek to

16    admit and publish this one message.

17        It's just one slide, Ms. Halim.

18        THE COURT:  Okay.  1.S.656.10096 will be admitted.

19                    (Government Exhibit 1.S.656.10096
                       received into evidence.)

20

21        MS. HUGHES:  If we could please publish.

22    BY MS. HUGHES:

23    Q    So on December 25th, Stewart Rhodes wrote your

24    group, "I think Congress will screw him over.  The only

25    chance we/he has is if we scare the shit out of them and

1    convince them it will be torches and pitchforks time is they

2    don't do the right thing" —— if we don't do the right thing

3    —— "but I don't think they will listen."

4            Is this the kind of rhetoric you were concerned

5    about?

6        A    Yes.

7        Q    Is this the day that you remember issuing some

8    resignation, perhaps not that text, but setting down

9    formally this group?

10       A    Correct, the 25th.

11           MS. HUGHES:  No further questions.

12           THE COURT:  Okay, Mr. Adams, thank you for your

13   time and testimony, sir.  Safe travels home.

14           THE WITNESS:  Thank you, sir.

15           THE COURT:  All right.  Special Agent Harris, why

16   don't you come on back up, please.

17           And, Mr. Peed, we'll continue with your

18   cross-examination.

19

20

21

22

23

24

25

```
 1                            -  -  -

 2    KELSEY HARRIS, WITNESS FOR THE GOVERNMENT, SWORN

 3                   CROSS-EXAMINATION CONTINUED

 4                            -  -  -

 5

 6    BY MR. PEED:

 7         Q    Good afternoon, Agent Harris.

 8         A    Good morning, sir.

 9         Q    Welcome back.

10              You recall being asked questions about a

11    November 9th, 2020, GoToMeeting call, right?

12         A    Yes, sir.

13         Q    You listened to that call?

14         A    Yes, sir.

15         Q    All right.

16              I'd like to play a portion of that call which is

17    already in evidence, which is 1000.7, Exhibit 1000.7, and

18    accompanying that would be a transcript.

19              MR. NESTLER:  Just to be clear, is this the

20    defense exhibit?

21              MR. PEED:  The audio is the government exhibit and

22    the text is the defense exhibit.

23              THE COURT:  I'm sorry, say that again?

24              MR. PEED:  The audio is the government exhibit and

25    the text is the defense exhibit.
```

```
 1              THE COURT:  But it has the Government's Exhibit
 2    number up at the top.
 3              MR. PEED:  I used the same number for the defense
 4    exhibit.
 5              THE COURT:  Okay.  So this is now Vallejo 1000.7?
 6              MR. PEED:  That's correct, .TR is the text.
 7              THE COURT:  Okay.
 8              MR. PEED:  And there's no audio.
 9    BY MR. PEED:
10         Q    All right.  Do you recognize this quote that I'm
11    putting up as a quote from the GoToMeeting call,
12    Agent Harris?
13         A    I believe so.
14         Q    Could you read it, please.
15         A    "But we also want to have some of our best" --
16              THE COURT:  Hang on.  You can't do it this way.
17    You've got to play the audio.  This is not the evidence.
18    So you've got to play the audio.
19              MR. PEED:  I'll come back to that, Your Honor.
20    I don't know why the audio is not playing.
21              Can you switch it to, John -- Could we have
22    Defense Exhibit EV1000.TR.
23    BY MR. PEED:
24         Q    This is for the witness only.
25              Agent Harris --
```

```
 1              Could you just scroll through the next page, John.

 2              Could you look at this exhibit, Agent Harris?  Let

 3   me know when you have a chance to look at and if you need to

 4   see any other pages.

 5         A    (Witness complied.)

 6              MR. NESTLER:  I object to the admission of this,

 7   if that is what attempting is to happen.

 8              THE COURT:  I don't know what this is so it's hard

 9   for me to say at this point.

10              MR. PEED:  All right.  Your Honor, I move to admit

11   Exhibit EV1000.TR.

12              THE COURT:  I don't know what it is.  There's been

13   no foundation laid for what it is.

14              MR. PEED:  I'm sorry, Your Honor.

15   BY MR. PEED:

16         Q    Agent Harris, do you recognize what this is?

17         A    No, sir.

18         Q    Are you familiar with the November 9th GoToMeeting

19   chat, GoToMeeting call?

20         A    I am.

21         Q    You've listened to that call?

22         A    I have.

23         Q    Have you reviewed transcripts of that call?

24         A    I don't believe I have.

25         Q    You haven't reviewed any transcripts of the
```

```
 1   GoToMeeting call?
 2        A    I've listened to the call multiple times.  I've
 3   never seen this transcript here before if that's what this
 4   is.
 5        Q    You've never seen this before?
 6        A    No, sir.
 7        Q    All right.  I'll ask another agent, thank you.
 8             Could we have Exhibits 6770.
 9             Page 6, please.
10             All right.  Agent, you were shown this exhibit on
11   your direct, correct?
12        A    Yes, sir.
13        Q    All right.  And this exhibit, on November 4th,
14   Stewart Rhodes says that he's establishing a QRF for D.C.,
15   correct?
16        A    That's what it says, yes, sir.
17        Q    And can we have page 17 of this exhibit.
18             And this is a message from Jessica Watkins that
19   you were also shown on your direct, correct?
20        A    Yes.
21        Q    This is dated November 9th, 2020, correct?
22        A    That's correct.
23        Q    And she states that "We can have mace, tasers or
24   nightsticks.  QRF stanged, armed with our weapons, outside
25   the city," correct?
```

```
 1        A    Yes, sir.

 2        Q    All right.

 3             These messages were in the first week of November

 4   after the election, correct?

 5        A    Yes, this is six days after the election.

 6        Q    And this message is from the day of the

 7   GoToMeeting call, correct?

 8        A    Yes, sir.

 9        Q    And the GoToMeeting call of November 9th was about

10   the Million MAGA March plan for November 14th, correct?

11        A    I believe so.

12        Q    And could we go to exhibit, Government's Exhibit

13   1002.

14             All right.  And could we pull up the third

15   paragraph from the bottom of page 2.

16             Agent Harris, this exhibit, Government's Exhibit

17   1002, is from the web page "Call to Action" for the

18   November 14th rally, correct?

19        A    Yes, sir.

20        Q    I'm sorry, I called up the wrong code.  Could we

21   call up the paragraph referring to the QRF?

22             Could you read this, Agent Harris?

23        A    "Oath Keepers will have some of our most skilled

24   special warfare veterans standing by armed, just outside of

25   D.C., as a an emergency QRF in the event of a worst-case
```

 1    scenario in D.C. (such as a Benghazi style assault on the
 2    White House by communist terrorists, in conjunction with
 3    stand down orders by traitor generals).
 4         Q    This is in relation again to the November 14th
 5    rally, correct?
 6         A    It's all posted under the same title.
 7         Q    Okay.
 8              And you're not aware of any activation of a QRF at
 9    that rally, correct?
10         A    Not to my knowledge.
11         Q    You're not aware of any weapons, firearms, brought
12    into D.C. by a member of the Oath Keepers at the
13    November 14th rally, correct?
14         A    I don't know if they did or they didn't.
15         Q    Well, that question was, are you aware of anyone
16    doing that?
17         A    I don't know if anyone had weapons on them or not
18    when they were in D.C., sir.
19         Q    So, no?
20         A    I don't know if they did or they didn't.
21         Q    If you don't know of something, then you're not
22    aware that something happened, right?  You don't know that
23    they did it?
24         A    Or if they didn't.
25         Q    Could we go to Exhibit 6778.2, government's

1688

```
 1   exhibit.

 2          You were shown this exhibit on your direct,

 3   correct?

 4        A    Yes, sir.

 5        Q    This is a website report that was posted to a

 6   Florida Oath Keeper chat group, correct?

 7        A    That's correct.

 8        Q    And could you read the title?

 9        A    "Prepare for war.  After Jan. 6, expect all hell

10   to break loose across America."

11        Q    Could we cull out the third paragraph from the

12   bottom of page 2.

13        A    The line where it's -- okay.  "We do not condone

14   the following, but we anticipate spontaneous, armed

15   uprisings of patriots all across America, with the intention

16   to arrest corrupt officials across this nation and to

17   eliminate enemy combatants who are actively working in

18   collusion with foreign enemies (the CCP mainly) to overthrow

19   the United States of America."

20        Q    Based on this exhibit from the government, in this

21   time period between the election and January 6th, at least

22   some people were talking about how people might react to

23   January 6th, correct?  There might be violent reactions to

24   January 6th?

25        A    You're referring to the entire article?
```

1    Q    Yes.

2    A    I believe that's correct.

3    Q    All right.

4         And the article says it does not condone what's

5    going to happen but is predicting something that it does not

6    condone.

7         That's what the author states, correct?

8    A    That's what it says.

9    Q    Could we go to Exhibit 1531, Government's Exhibit.

10        This is the org chart you're you were shown in

11   your direct, correct?

12   A    Yes, sir.

13   Q    Looking at Line 1, we see a lot of Florida

14   individuals, correct, several Florida individuals?

15   A    Yes, sir.

16   Q    All right.

17        Terry Cummings is not listed in this org chart,

18   correct?

19   A    No, sir.

20   Q    Who's Terry Cummings?

21   A    An Oath Keeper from Florida.

22   Q    Did Mr. Cummings walk towards the Capitol with

23   members in this org chart on Line 1?

24   A    I believe he did.

25   Q    And did he travel to Washington, D.C., with

1   members of this group?

2        A    He did.

3        Q    Did he leave with members of this group?

4        A    He did.

5        Q    All right.

6             Can you pull up for the witness only Defense

7   Exhibit 6857.

8             All right.  In this case, sir, in your preparation

9   for this case, in your investigation, you reviewed

10  GoToMeetings records, correct?

11       A    Yes, sir.

12       Q    They come in Excel format with hundreds of rows

13  and columns, right?

14       A    Yes, sir.

15       Q    Lots of data?

16       A    Yes, sir.

17       Q    And you've reviewed them in connection with this

18  case, right?

19       A    Yes, sir.

20       Q    All right.

21            I'd like ask you to look at this exhibit.

22  Could you scroll to the next page.

23            The next page.

24            The next page.

25            The next page.

1           The next page.

2           And the next page.

3           And the next page.

4           All right.  Sir, this exhibit here, Defense
5    Exhibit 6857, is it a summary of some of that GoToMeetings
6    data that you reviewed?

7       A    It is.

8           MR. PEED:  Your Honor, at this time, I would move
9    to admit Defense Exhibit 6857.

10          MR. NESTLER:  Objection, Your Honor.  Phone
11   briefly.

12          (Bench conference)

13          MR. NESTLER:  This is the summary exhibit that we
14   prepared for the first trial which has multiple different
15   GoToMeeting calls.  We prepared a different summary exhibit
16   for this trial focused on this subject of Agent Harris'
17   testimony.  We don't believe that the proper foundation for
18   Agent Harris is laid here and for the introduction of this
19   document.

20          MR. PEED:  I went through the exact questions from
21   the government's foundation for the exhibit in his direct,
22   so I think it's -- that's a good-enough foundation that was
23   just laid.

24          MR. NESTLER:  That's part one.

25          And part two would be this is beyond the scope.

1    This is not anything that he testified about any GoToMeeting

2    calls after January 6th.  We were focused on November and

3    December with Agent Harris.  So these are -- Mr. Peed is

4    trying to get into calls that happened after January 6th.

5              THE COURT:  Well, it's not clear to me what he's

6    trying to do.

7              So what are you going to do with this?

8              MR. PEED:  I want to, first of all, have a

9    complete set of the calls, because the Government's exhibit

10   admitted 2 after January 6th.

11             And then from that, I'm going to ask about

12   Mr. Cummings.

13             MR. NESTLER:  Mr. Cummings was not brought out on

14   direct.

15             THE COURT:  Yeah, what about him?

16             MR. PEED:  Well, he was someone who marched with

17   the people in Line 1 to the Capitol.  And I just wanted to

18   draw the distinction from what the government's org chart

19   is, that they did go through with him to show that an

20   individual who both marched with the people from the Capitol

21   and was on these GoToMeetings before and after January 6th

22   was not put into their org chart.

23             THE COURT:  He's already testified he didn't put

24   in the org chart.

25             MR. PEED:  Sure, but I want to show who is not

1  being put into the org chart.

2          THE COURT:  I don't understand.  You just said you

3  don't -- you introduced this to say that Mr. Cummings is not

4  on the org chart, right?

5          MR. PEED:  To show a little bit more about who

6  Mr. Cummings is so they understand why the omission of him

7  from the line chart, summary chart is important.

8          THE COURT:  I still don't understand.  Is it a

9  point that Mr. Cummings is on these calls, on the

10  GoToMeeting calls?  Is that it?

11          MR. PEED:  That's it from this.  But, you know

12  primarily I just want the jury to have an exhibit that is

13  complete and the government's exhibit omitted two calls at

14  the end.

15          MR. NESTLER:  The exhibit we prepared for

16  Agent Harris focused on the calls that were the subject of

17  his testimony, which were November and December.  A

18  different agent will be discussing calls that happened

19  in January.

20          THE COURT:  I guess I'm not quite sure what the

21  heck is even going on here.  I really have no idea what

22  you're trying to do, Mr. Peed.  So there's no dispute as to

23  its accuracy, correct?

24          MR. NESTLER:  Correct.

25          THE COURT:  All right.  So we'll admit it.

```
 1            Okay.  Go ahead.

 2            (Open court)

 3            THE COURT:  The objection is overruled.

 4            So this is EV6875 [sic]?

 5                              (Defendant Exhibit EV6857
                                 received into evidence.)
 6

 7            MR. PEED:  Could you scroll to the previous page.

 8            MR. NESTLER:  6857.

 9            THE COURT:  Sorry.  6857.

10  BY MR. PEED:

11       Q    Can you go to the previous page.

12            All right.  Sir, do you see at the bottom there

13  was a call on December 30th, 2020?

14       A    Yes, sir.

15       Q    And what was the subject of that call?

16       A    "Florida D.C. Op Planning" chat.

17       Q    And could you read the selection of attendees that

18  are listed here?

19       A    This is Gator 6, Kenneth Harrelson, and

20  Mr. Kelly Meggs.

21       Q    And then could you scroll to the next page.

22       A    Mr. Caleb Berry, Mr. David Moerschel,

23  Mr. Richard Dockery, Mr. Graydon Young, Mr. Terry Cummings,

24  Mr. Jason Dolan, and Mr. Kenneth Bittner.

25       Q    All right.  And could you -- do you see at the
```

1    bottom, there was also a call after January 6th, on

2    January 20, 2020?

3        A    Yes, sir.

4        Q    And could you read the list of attendees that are

5    selected there?

6        A    Mr. Mike Adams and Mr. Terry Cummings.

7        Q    All right.  So Mr. Cummings was on the call that

8    we just looked at from December 30th, and he's always on the

9    call on January 20th, before and after January 6th, correct?

10       A    That's correct.

11       Q    All right.

12            And I believe you just said Mr. Cummings came up

13   with this group from Florida and walked to the Capitol with

14   members of Line 1, correct?

15       A    That's correct.

16       Q    But he's not on the org chart for Line 1, correct?

17       A    He's not.

18       Q    Because he didn't go up to the Capitol, right?

19       A    He did not go on top of the Capitol with Line 1.

20       Q    Now, you had a lot of -- well, you had some

21   testimony about op sec, correct?

22       A    Yes, sir.

23       Q    And I believe you said that if you had not done

24   anything illegal, you wouldn't try to hide your identity

25   using burner phones or monikers, correct?

1    A    I believe my words were, "I wouldn't have gone

2  through such lengths to hide my identity."

3    Q    Including burner phones.  You mentioned that,

4  right?

5    A    Yes, sir.

6    Q    And you mentioned monikers, right?

7    A    Yes, sir.

8    Q    All right.

9         Signal, the application Signal, doesn't work on a

10 flip phone, right?

11   A    I guess it could.  Some flip phones are

12 smartphones.

13   Q    Like the new Samsung flip phones?

14   A    That's correct.

15   Q    If a phone doesn't run Android or Apple iOS, it

16 can't run Signal, right?

17   A    I don't know if those are the only two operating

18 systems it works on.

19   Q    It doesn't work on "dumb phones" that are not

20 smartphones, right?

21   A    I wouldn't think it would.

22   Q    Okay.

23        And Signal is an app that requires you to enter a

24 phone number, right?

25   A    Correct.

1    Q    It's tied to your phone number?

2    A    That's correct.

3    Q    Okay.

4         And when you're using the Signal app, if you tap

5    the icon for someone's name, it will bring up their phone

6    number, right?

7    A    I'm not sure.

8    Q    Do you have Signal on your phone, your

9    personal phone?

10   A    No, sir.

11   Q    Now, when you said -- well, you said you wouldn't

12   go to such lengths if you weren't doing something wrong.

13   Those were your words, right?

14   A    I said I wouldn't go through such length if I was

15   in a group that I thought was not doing anything wrong.

16   Q    Now, you've reviewed messages from Mr. Vallejo,

17   the Signal chat that he was on, correct?

18   A    Yes, sir.

19   Q    And Mr. Vallejo used -- his moniker was

20   Ed Vallejo, correct?

21   A    That's correct.

22   Q    And he never changed that moniker throughout the

23   entire time of your investigation, correct?

24   A    No, I don't believe he had a moniker.

25   Q    And have you reviewed Mr. Vallejo's messages with

1    Stewart Rhodes through Signal directly with him?

2        A    I don't recall.  I recall seeing Mr. Vallejo's

3    messages in the "D.C. Op Jan. 6" chat.  I don't recall

4    specific messages between he and Mr. Rhodes.

5        Q    So you haven't reviewed any direct messages

6    through Signal between Mr. Vallejo and Mr. Rhodes?

7        A    Not specifically that I can recall.  If you were

8    to show me something, maybe it could spark a memory to see

9    if I've reviewed it or not.

10        Q    Okay.  Could you please pull up Defense 300.2.V.

11            Just for the witness.

12            Just review this message to yourself and then I'll

13    go to the next one when you look up.

14        A    (Witness complied.)

15        Q    Next one.

16        A    I've read it.

17        Q    Have you reviewed these messages before?

18        A    I have not seen these messages before.

19        Q    Okay.

20            To your knowledge, I understand you focused mostly

21    on the Florida -- you're from Florida and you focused mostly

22    on the Florida defendants, correct?

23        A    Yes, sir.

24        Q    But to your knowledge, did Mr. Vallejo ever delete

25    any messages?

1      A    I believe he just deleted Signal entirely.

2      Q    You think he deleted Signal?

3      A    I think that was --I believe so.

4      Q    What's the basis for that belief?

5      A    I don't recall the FBI recovering Signal messages

6  from Mr. Vallejo.

7      Q    Okay.  But what if he deleted it?

8           MR. NESTLER:  Objection.

9           THE COURT:  Sustained.

10 BY MR. PEED:

11     Q    Mr. Vallejo gave the FBI his phone, correct?

12     A    I believe so.

13     Q    And that was the same phone he used when he was

14 here on January 6th, correct?

15     A    I believe so.

16     Q    And that phone had all the pictures that he took

17 on January 6th, correct?

18     A    I recall there were photos from January 6th on his

19 phone.  We used one of those photos from him at the Supreme

20 Court.

21     Q    He provided his password to that phone to the FBI,

22 correct?

23     A    I don't know.  I wasn't involved in the process of

24 collecting his phone so I don't know if he did or if he

25 didn't.

1    Q    You don't know.

2         And we already looked at those GoToMeetings calls

3    on that summary chart.  Was Mr. Vallejo on any of those

4    calls, any of them?

5    A    No, sir.

6         MR. PEED:  Thank you.  No further questions.

7         THE COURT:  All right.  Redirect, Mr. Nestler.

8         MR. NESTLER:  Yes, Your Honor.  Thank you.

9                        -  -  -

10                  REDIRECT EXAMINATION

11   BY MR. NESTLER:

12   Q    Good afternoon, Agent Harris.

13   A    Good afternoon, sir.

14   Q    Okay.  Let's start with some questions that

15   Ms. Halim asked you on behalf of Defendant Joseph Hackett.

16        So to be clear, you're based in Florida; is that

17   right?

18   A    Yes, sir.

19   Q    Were you the lead Florida agent on

20   Defendant Hackett's case?

21   A    No, sir.

22   Q    Were you the lead Florida Agent on

23   Defendant Moerschel's case?

24   A    No, sir.

25   Q    Other FBI agents handled their cases?

```
 1              MS. HALIM:  Objection; leading.

 2              THE WITNESS:  Yes, sir.

 3              THE COURT:  It's overruled.

 4              Go ahead.

 5   BY MR. NESTLER:

 6      Q    Now, if we could, we're going to pull up

 7   Government's Exhibit 1531, the big board that you were asked

 8   several questions about, I think, by all the different

 9   defense lawyers.

10              You remember that?

11      A    Yes, sir.

12      Q    Do you remember counting how many people are on

13   this board?

14      A    If my memory serves me correct, I believe there

15   are 31.

16      Q    Okay.

17              Maybe 32?

18      A    Maybe so.  I can count them now if you would like.

19      Q    It's all right.

20              Over 30?

21      A    Yes, sir.

22      Q    Okay.

23              If we had added everybody to this board who was a

24   member of the Florida Oath Keepers Signal chat, how big

25   would the board be?
```

1    A    Well, if we used the same size board, they would

2  just be really small, but if we kept them the same size, it

3  would be pretty big.

4    Q    If we added every person from Florida who went to

5  President Trump's rally in D.C., how big would the board be?

6    A    You'd need a lot of boards.

7    Q    Okay.  And if we added every person who went to

8  President Trump's rally and then went to the Capitol

9  building, same thing?

10    A    Yes, sir.

11    Q    And just to be clear, is the Oath Keepers

12  organization on trial?

13    A    No, sir.

14    Q    Okay.

15        You were -- let's talk about op sec.  You were

16  asked several questions by Ms. Halim and some of the other

17  lawyers about op sec.  Do you remember that?

18    A    Yes, sir.

19    Q    And why people might have used some operational

20  security maneuvers; is that right?

21    A    Yes, sir.

22        MR. NESTLER:  If we could please pull up,

23  Ms. Badalament, Exhibit 1000.7, slide 2, it's already in

24  evidence.  It's the PowerPoint.

25        If we could go to the second slide, please.

```
 1              And play that.
 2              (Audio played)
 3   BY MR. NESTLER:
 4        Q    First of all, we just sat through the past few
 5   hours watching somebody named Michael Adams testify; is that
 6   right?
 7        A    Yes, sir.
 8        Q    So his first name is Mike?
 9        A    Yes, sir.
10        Q    Okay.
11              And do you see here that Stewart Rhodes was
12   talking about how the -- "We're in an era where everything
13   is being monitored"?
14        A    Yes, sir.
15        Q    Okay.
16              And he listed some government three-letter
17   agencies; is that right?
18        A    Yes, sir.
19        Q    Did Stewart Rhodes say anything here about the
20   left monitoring what Rhodes was doing?
21        A    No, sir.
22        Q    About the left or Antifa monitoring what the
23   Oath Keepers were doing?
24        A    No, sir.
25        Q    Okay.
```

1    Anything here about being doxed?

2    A    No, sir.

3    Q    Okay.

4    And, in fact, what's the final sentence he says

5    here in this clip?

6    A    "And everything you say can and will be used

7    against you."

8    Q    Is that a -- well, where does that phrase usually

9    come up?

10    A    When people are being read their rights after

11    they're arrested.

12    MR. NESTLER:  Thank you, Ms. Badalament.

13    If we could go to Government's Exhibit 1526,

14    please, already in evidence.

15    BY MR. NESTLER:

16    Q    Ms. Halim already -- also asked you some questions

17    about op sec and VPNs.

18    Do you remember that?

19    A    Yes, sir.

20    MR. NESTLER:  And if we could go to just the top 5

21    rows, through the end of October, please, Ms. Badalament.

22    Perfect.  That's great.

23    BY MR. NESTLER:

24    Q    Now, in September, what was the state that -- the

25    city and state that Mr. Hackett logged in from?

```
 1        A     Miami and Sarasota.

 2        Q     Okay.

 3              And then -- all throughout October, what was the

 4   city and state?

 5        A     Sarasota, Florida.

 6        Q     And where did Hackett live?

 7        A     Sarasota, Florida.

 8        Q     Okay.

 9              And then starting in November of 2020, and remind

10   us, what happened in November of 2020?

11        A     The Presidential election.

12              MR. NESTLER:  Okay.  Now, if we could zoom out for

13   a second, Ms. Badalament.

14   BY MR. NESTLER:

15        Q     Starting in November of 2020, what do you see in

16   terms of the locations where Mr. Hackett started logging in

17   from, according to the IP addresses here from GoToMeeting?

18        A     Starting on November 2nd, the day before the

19   election, various locations appeared.

20        Q     Okay.

21              And what does that mean to you in terms of VPNs?

22        A     That that's when he began using a VPN to log onto

23   these meetings.

24              MR. NESTLER:  Thank you.  You can pull that down,

25   Ms. Badalament.
```

1    BY MR. NESTLER:

2        Q    Okay.  Let's talk about some questions that

3    Mr. Weinberg asked you on behalf of Defendant Moerschel.

4            He asked you about someone named Dominic Pezzola

5    being one of the first rioters to breach the

6    Capitol Building on the west side of the building.  Do you

7    remember that question?

8        A    Yes, sir.

9            MR. NESTLER:  If you could pull up, please,

10   Ms. Badalament, Government's Exhibit 6733, slide 16.

11   BY MR. NESTLER:

12       Q    And remind us who is Dominic Pezzola,

13   Agent Harris?

14       A    I just know that -- I believe he's a Proud Boy, if

15   I'm not mistaken.

16       Q    And when you were testifying on direct

17   examination, did you testify about a message sent by

18   Roberto Minuta?

19       A    Yes, sir.

20       Q    And who was that message sent to on December 19th

21   of 2020, if you recall?

22       A    I believe it was Mr. Pezzola.

23       Q    The same Dominic Pezzola?

24       A    Yes, sir.

25       Q    Mr. Weinberg asked you about communications that

1    David Moerschel had -- or did not have with Thomas Caldwell.

2    Do you remember that?

3         A    Yes, sir.

4         Q    Are you aware of Moerschel having communications

5    and contact with Kenneth Bittner?

6         A    Yes, sir.

7         Q    And remind us where was Kenneth Bittner staying on

8    January 5th and January 6th?

9         A    At the Comfort Inn hotel.

10        Q    Where was Thomas Caldwell staying on January 5th

11    and January 6th?

12        A    The same Comfort Inn hotel.

13        Q    What about Edward Vallejo?

14        A    The same Comfort Inn hotel.

15        Q    And what about Paul Stamey?

16        A    The same Comfort Inn hotel.

17        Q    And Mr. Weinberg also asked you several questions

18    about Mr. Bittner, including his age; is that right?

19        A    Yes, sir.

20        Q    And what was your answer about what his age looked

21    like to you?

22        A    That he was pretty old.

23        Q    Okay.

24             Do you know if Mr. Bittner was able to drive?

25        A    He was.

1    Q    Do you know if he was able to talk on the phone?

2    A    He was.

3    Q    Was he able to read Signal messages?

4    A    He participated often in the group chat, so I

5    assume he was.

6    Q    Was he able to send Signal messages?

7    A    He sent lots of messages.

8    Q    Anything about what -- your knowledge about

9    Mr. Bittner, about whether he was somehow unable to fire

10   a weapon?

11   A    No, sir.

12   Q    Anything about your knowledge about Mr. Bittner

13   about his inability to watch over the guns that the other

14   members of the Florida group left in the hotel room with him

15   in Virginia?

16   A    No, sir.

17        MR. NESTLER:  Now, if we could pull up

18   Government's Exhibit 1002, please, Ms. Badalament.

19   BY MR. NESTLER:

20   Q    And Mr. Weinberg asked you some questions about

21   this and so did Mr. Peed.  It's Stewart Rhodes' call to

22   action on November 10th of 2020.

23        Do you remember some of those questions?

24   A    Yes, sir.

25   Q    And remind us, did Rhodes post this plan in other

1  places as well?

2      A    He did.

3          MR. NESTLER:  If we could go to page 4, please,

4  Ms. Badalament.

5          And scroll down on the bottom, starting with what

6  we the people must do.

7  BY MR. NESTLER:

8      Q    Now, you had questions from defense counsel about

9  whether this message was focused on November 14th; is that

10  right?

11      A    Yes, sir.

12      Q    And I want to ask you a couple questions about

13  that.

14          Can you read for us starting with "millions" right

15  here and just read those three lines.

16      A    "Millions gathered in our Capitol.  There were no

17  barricades strong enough to stop them, nor the police

18  determined enough to stop them."

19          We stormed the parliament and burned down fake

20  state television.

21          MR. NESTLER:  You missed the -- you can leave it,

22  Ms. Badalament.

23          THE WITNESS:  "And police and military aligned

24  with the people after a few hours of fistfight."

25

```
 1   BY MR. NESTLER:
 2        Q    Okay.
 3             Now, I want to pull up on -- for you Government
 4   Exhibit 1.S.69618155.
 5             Have you seen this message before, Agent Harris?
 6        A    I have.
 7        Q    Does this appear to be a true and accurate message
 8   that the FBI recovered from Rhodes' phone?
 9        A    It does.
10             MR. NESTLER:  The government moves into evidence
11   1.S.69618155.
12             MR. PEED:  Objection.
13             THE COURT:  Sorry?
14             MR. PEED:  I said, "Objection."
15             (Bench conference)
16             MR. PEED:  I kept being told we were only focused
17   on November and December, so I couldn't get into a lot of
18   stuff about January.  So I just think -- since I wasn't
19   allowed to do it, I think the government should save this
20   for their witness when they start talking about the rest of
21   the case.
22             MR. NESTLER:  I don't believe that was the point
23   about Mr. Peed's messages, but all the defense counsel said
24   that this message from Rhodes from November 10th was focused
25   on November 14th and that had nothing at all to do with what
```

1    happened on January 6th.  This message shows otherwise, and

2    it's being introduced to rebut that line of cross.

3            MR. PEED:  It doesn't show otherwise because no

4    one knew there was going to be a rally on the 6th when

5    they -- he sent that message.  And I wanted to ask him about

6    this kind of stuff because the founding generation stormed

7    the governor's mansion happened ten years before the

8    revolution, and I wanted to get into that.

9            But this is not -- I was told, okay, anything in

10   January is later, on another agent.

11           THE COURT:  Sorry.  Let's move beyond this.  We'll

12   deal with this through another agent.

13           MR. NESTLER:  Yes, Your Honor.

14           (Open court)

15           THE COURT:  All right.  So the objection will be

16   sustained.

17   BY MR. NESTLER:

18       Q    Okay.  Let me ask you a different question.

19           Do you remember Mr. Shipley asking you questions

20   about whether there were any messages you reviewed at any

21   time about a plan to storm the Capitol on January 6th?

22       A    Yes, sir.

23           MR. NESTLER:  In light of that question,

24   Your Honor, the government would seek to introduce

25   this message.

1    THE COURT:  Okay.  Admitted.

2    Go ahead.  You can admit it.

3    (Government Exhibit 1.S.69618155

4    received into evidence.)

5    MR. PEED:  I'd like to make an objection,

6    Your Honor.

7    THE COURT:  It's overruled.  It's responsive

8    directly to the question that Mr. Shipley asked.

9    MR. PEED:  I don't think it is, and I'd like to

10   make the record.

11   THE COURT:  No.  Let's go ahead.

12   MR. NESTLER:  Thank you.

13   BY MR. NESTLER:

14   Q    Could you please read for the ladies and gentlemen

15   of the jury what it is that Stewart Rhodes wrote to the

16   "Old Leadership" chat on January 6 of 2021 at 1:41 p.m.?

17   A    "Hey, the founding generation stormed the

18   governor's mansion in MA and tarred and feathered his tax

19   collectors, and they seized and dumped tea in water.  They

20   didn't fire on them, but they street-fought.  That's where

21   we are now."

22   Q    And this word here, can you read that word for us

23   again?

24   A    "Stormed."

25   Q    And what happened a few hours later on January 6th

1    with regard to the Capitol?

2        A    It was stormed.

3            MR. NESTLER:  And if we could split-screen this,

4    please, Ms. Badalament, with Government's Exhibit 1002.

5            MR. WEINBERG:  I'm going to object, Your Honor.

6    The last statement by counsel -- the last statement by

7    counsel is factually inaccurate.

8            (Bench conference)

9            THE COURT:  Is it a timing issue?

10           MR. WEINBERG:  Yes, Judge.

11           This message was sent at the time the -- I believe

12   the bike barricades were already down and people were going

13   on the steps.  "A couple hours later" is not an accurate

14   representation of what happened.

15           THE COURT:  Well, I guess the question is:  What

16   time are you suggesting it was "stormed"?  I mean --

17           MR. NESTLER:  I wasn't going to get into the

18   details about what these defendants did and the exact time

19   they did it, but we can go over that if that's what counsel

20   wants.  I was trying to be general about it.

21           MR. PEED:  The problem, Your Honor, is that this

22   statement is retrospective.  He's observing events and then

23   describing them, and that's why it didn't go to the question

24   about a plan.

25           THE COURT:  That's your interpretation of it.

1          Mr. -- this is the problem when you ask these

2   broad-based questions, open-ended questions about were there

3   any kind of messages about X, Y, and Z?  And this is what's

4   going to come up.

5          So there's no question it is within the scope of

6   the cross-examination.  So the other question is to

7   Mr. Weinberg's issue about whether it's sort of two hours

8   later.  And if the issue is sort of when that second group

9   entered, I think it's accurate.  But when it's sort of this

10  general storming of the Capitol, I think it's a little

11  ambiguous.

12         So I guess, Mr. Nestler, would you simply just

13  clarify what happened two hours later as opposed to just a

14  general storming?  Because I think that is not accurate.

15             MR. NESTLER:  Yes, Your Honor.

16         (Open court)

17  BY MR. NESTLER:

18    Q    Sorry.  Let me be more specific, Agent Harris.

19         This message was sent at 1:41 p.m.;

20  is that correct?

21    A    Yes, sir.

22    Q    At approximately 2:41 p.m., what is it that you

23  observed the members of Line 1 do with respect to

24  the Capitol?

25    A    They all entered the Capitol.

1       Q    Now, I have up here on the screen a split screen

2  between Rhodes' message on the left and that Serbian plan

3  message from 1002 on the right.

4            Do you see that?

5       A    Yes, sir.

6       Q    Now, back on November 10th when Rhodes was

7  writing, he wrote that "The police and military aligned with

8  the people after a few hours of fistfight."

9            Do you see that?

10      A    Yes, sir.

11      Q    And do you see anything in Rhodes' message about

12  something relating to fighting?

13      A    Yes, sir.

14      Q    And what is it that Rhodes wrote on January 6th

15  about fighting?

16      A    They street-fought.

17      Q    And then back on November 10th, what was it that

18  Rhodes wrote that the plan was to do with respect to the

19  parliament?

20      A    Storm the parliament.

21      Q    And on January 6th, did he say anything about

22  storming any government buildings?

23      A    The governor's mansion.

24      Q    Thank you.

25           MR. NESTLER:  You can take that down, please,

1    Ms. Badalament.

2            Now, if we could pull up for Agent Harris

3    Government's Exhibit 6781.

4    BY MR. NESTLER:

5        Q    Mr. Weinberg asked you several questions about the

6    date that Mr. Moerschel joined the "OK FL Hangout" chat.

7            Do you remember that?

8        A    Yes, sir.

9        Q    Okay.

10           And do we see here some messages from around

11   December 19th of 2020?

12       A    Yes, sir.

13       Q    The government moves into evidence Government

14   Exhibit 6781.

15           MR. WEINBERG:  No objection.

16           THE COURT:  All right.  6781 will be admitted.

17                               (Government Exhibit 6781
                                   received into evidence.)

18

19   BY MR. NESTLER:

20       Q    So on December 19th of 2020 at 8:27 p.m., what did

21   OK Gator 1, Kelly Meggs, say to the "OK FL Hangout" chat?

22       A    "Added David from Tampa area.  He was in the

23   section chat but never got out here.  Or hated us and

24   deleted the chat.  We shall see."

25       Q    And the next slide, please.

```
 1              And then what did OK Gator 1 say a few minutes

 2   later?

 3        A     "Welcome, David, from Punta Gorda."

 4        Q     And the next slide.

 5              And then a few minutes after that, what did

 6   Moerschel respond?

 7        A     "Ha-ha, thanks, gators."

 8        Q     And then after that, what did Moerschel write at

 9   8:32 p.m.?

10        A     "I missed the discussion on Trump's call to

11   protest on Jan. 6 (always late to the party)."

12        Q     So this is December 19th of 2020; is that right?

13        A     Yes, sir.

14        Q     Can we pull up on the screen Government's Exhibit

15   1006.

16              And is this President Trump's tweet?

17        A     It appears so.

18              MR. NESTLER:  The government moves into evidence

19   11006.

20              THE COURT:  Any objection?

21              MS. HALIM:  No objection.

22              THE COURT:  All right.  1006 will be admitted.

23                                (Government Exhibit 1006
                                  received into evidence.)
24

25
```

BY MR. NESTLER:

Q    So what did President Trump write in the last two sentences here in this tweet starting with "big"?

A    "Big protest in D.C. on January 6th.  Be there, will be wild."

Q    And what date did he send that tweet?

A    December 19th, 2020.

Q    So the same day that David Moerschel was joining the "OK FL Hangout" chat?

A    Yes, sir.

MR. NESTLER:  All right.  We can take that down, please, Ms. Badalament.

BY MR. NESTLER:

Q    And now I want to ask you a couple of questions about things that Mr. Peed asked you on behalf of Defendant Edward Vallejo, okay?

A    Yes, sir.

MR. NESTLER:  If we could pull up on the screen, Ms. Badalament, 210.P.1.

BY MR. NESTLER:

Q    And you were asked on direct by me if you recognized where -- approximately where Mr. Vallejo was; is that correct?

A    Yes, sir.

Q    What did you say on direct?

1719

1    A    The Capitol.

2    Q    You said the Supreme Court on direct.  Sorry, on

3    direct examination, right?

4    A    I believe I stated the Capitol, but when Mr. Peed

5    showed me the photo, I corrected myself and said

6    Supreme Court.

7    Q    I'm sorry, you're right.  You said Capitol when I

8    asked you.  You corrected yourself and said Supreme Court

9    when he asked you?

10    A    Yes, sir.

11    Q    Can you please explain to the members of the jury,

12    if everyone doesn't know, how close the Supreme Court and

13    the Capitol are to each other?

14    A    They're very close.

15    Q    Okay.  Thank you.

16        All right.

17        And then just one more short topic from things

18    that Mr. Peed asked you.

19        MR. NESTLER:  Government's Exhibit 6778, please,

20    Ms. Badalament.

21        And if we can go to slide 25.  You're already

22    there.  Thank you.

23    BY MR. NESTLER:

24    Q    Mr. Peed asked you about this statement that

25    Stewart Rhodes said on December 13th of 2020; is that right?

```
 1      A     Yes, sir.

 2      Q     And what is it that Rhodes wrote to Kellye SoRelle

 3  and others on December 13th?

 4      A     "Yes, of course.  Biden and Kamala would be

 5  prevented from being sworn in.  They'd be arrested and

 6  should be the first two indicted."

 7      Q     So this message on December 13th is Rhodes saying

 8  that President-Elect Biden and Vice President-elect Kamala

 9  Harris would be arrested and prevented from being sworn in?

10      A     Yes, sir.

11      Q     And if we could now pull up Government's Exhibit

12  6776 at Slide 13.

13            So three days later -- this is already in

14  evidence -- three days later on December 16th, do you see

15  Faith, that's Joseph Hackett, writing to the "OK FL Hangout"

16  chat?

17      A     Yes, sir.

18      Q     What is Faith, Joseph Hackett, writing just three

19  days later on the part I just highlighted?

20      A     "When do we show up on their doorsteps to make

21  citizens arrests when the sellouts and the corrupt alphabet

22  agencies do nothing?"

23            MR. NESTLER:  I have no further questions.

24            THE COURT:  Special Agent Harris, you may step

25  down.  Thank you very much.
```

1        MR. SHIPLEY:  Your Honor, can I ask that

2   Agent Harris remain subject to the subpoena to be recalled

3   during the defenses' case-in-chief?

4        THE COURT:  We can talk about that.

5        You can step down, Agent Harris.

6        MR. PEED:  Your Honor, can we get on the phone for

7   a second?

8        (Bench conference)

9        MR. PEED:  Your Honor, right after the message

10  that was introduced now to show a plan, there are several

11  messages where people in the chat are asking, are those

12  patriots, what are they doing, who's storming what building.

13  So I think a brief recross to read those messages would be

14  in order.

15       THE COURT:  No.  You'll have plenty of opportunity

16  to put those messages in front of the jury.  It's a long

17  trial.  You'll have plenty of opportunity to put those

18  messages in.

19       (Open court)

20       THE COURT:  You can step down, Agent Harris.

21       Okay.  So we've come to the end of our day.

22  Thank you, all, for your time and attention this week.  We

23  are continuing to -- we are continuing to be grateful for

24  your service and your attention.

25       Just again the reminders over the weekend, please

1722

```
 1   don't discuss the case, please no independent research; in
 2   particular, avoiding any media about the events of
 3   January 6th, and, in particular, it's my expectation is that
 4   come Monday, there may be some proceedings in the Capitol so
 5   please do your best to avoid any news stories and news
 6   coverage about those events.
 7            Thank you very much.  We look forward to seeing
 8   you.  We will start at 9:30 on Monday morning.
 9            Thanks, everyone.
10            COURTROOM DEPUTY:  All rise.
11            (Jury exited the courtroom.)
12            THE COURT:  All right.  Anything we need to
13   discuss before we adjourn?
14            MR. EDWARDS:  Not from the government, Your Honor.
15            MS. HALIM:  Not at this time.
16            THE COURT:  All right.  Thank you.  We'll see you
17   all on Monday.
18            COURTROOM DEPUTY:  All rise.  This court stands in
19   recess.
20            (Proceedings concluded at 12:30 p.m.)
21
22
23
24
25
```

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__December 16, 2022____     

William P. Zaremba, RMR, CRR

1724

BY MR. MARTIN: [2]
1645/13 1650/10
BY MR. NESTLER:
[20] 1700/11 1701/5
1703/3 1704/15
1704/23 1705/14
1706/1 1706/11
1708/19 1709/7
1709/25 1711/17
1712/13 1714/17
1716/4 1716/19
1717/25 1718/13
1718/20 1719/23
BY MR. PEED: [8]
1663/15 1664/16
1682/6 1683/9 1683/23
1684/15 1694/10
1699/10
BY MR. SHIPLEY: [3]
1653/22 1661/21
1662/16
BY MS. HALIM: [2]
1620/8 1644/2
BY MS. HUGHES: [30]
 1589/18 1601/21
1602/18 1603/19
1604/3 1604/20 1606/3
1607/24 1609/15
1610/6 1611/1 1612/1
1615/12 1616/1
1616/12 1618/2
1667/12 1667/24
1668/14 1668/23
1669/10 1669/21
1670/6 1670/21
1673/18 1676/6 1677/4
1678/14 1679/22
1680/22
COURTROOM
DEPUTY: [11] 1577/2
1577/6 1586/21
1588/13 1589/7 1589/9
1664/1 1664/6 1664/8
1722/10 1722/18
JUROR: [8] 1586/23
1587/2 1587/14
1587/25 1588/2 1588/7
1588/10 1663/21
MR. EDWARDS: [3]
1581/21 1582/24
1722/14
MR. MARTIN: [2]
1650/3 1653/19
MR. NESTLER: [37]
1585/19 1586/2
1586/19 1682/19
1684/6 1691/10
1691/13 1691/24
1692/13 1693/15
1693/24 1694/8 1699/8
1700/8 1702/22
1704/12 1704/20
1705/12 1705/24
1706/9 1708/17 1709/3
1709/21 1710/10
1710/22 1711/13
1711/23 1712/12

1714/15 1715/25
1717/18 1718/11
1718/18 1719/19
1720/23
MR. PEED: [32]
1586/18 1614/11
1614/13 1615/2
1663/12 1667/7
1682/21 1682/24
1683/3 1683/6 1683/8
1683/19 1684/10
1684/14 1691/8
1691/20 1692/8
1692/16 1692/25
1693/5 1693/11 1694/7
1700/6 1710/12
1710/14 1710/16
1711/3 1712/5 1712/9
1713/21 1721/6 1721/9
MR. SHIPLEY: [14]
1578/14 1579/7
1581/11 1581/16
1583/11 1583/23
1584/3 1584/8 1584/15
1586/10 1662/13
1663/9 1667/18 1721/1
MR. WEINBERG: [3]
1713/5 1713/10
1716/15
MS. HALIM: [19]
1578/13 1586/16
1602/11 1605/9
1605/12 1607/21
1615/23 1620/4
1643/25 1645/8
1668/18 1668/21
1670/4 1671/15 1672/3
1676/22 1701/1
1717/21 1722/15
MS. HUGHES: [44]
1589/6 1601/15 1602/9
1602/16 1603/15
1604/1 1604/17
1605/23 1607/19
1609/13 1610/3
1610/22 1611/24
1614/9 1615/1 1615/21
1616/9 1617/25 1620/3
1650/2 1661/19
1667/10 1668/12
1668/19 1669/8
1669/15 1670/19
1670/25 1671/13
1671/19 1672/11
1673/2 1673/5 1673/15
1676/2 1676/18
1677/3 1678/11
1679/20 1680/15
1680/21 1681/11
THE COURT: [91]
1577/5 1577/20 1579/6
1579/13 1581/14
1581/20 1582/23
1583/2 1583/21
1583/24 1584/6
1584/10 1584/16

1586/20 1586/22
1586/24 1587/3
1587/15 1588/1 1588/3
1588/9 1588/11
1588/15 1589/10
1602/12 1605/22
1606/1 1607/22
1614/21 1615/5
1615/24 1645/10
1650/4 1661/20
1663/10 1663/20
1663/23 1664/3
1664/12 1667/9
1667/19 1668/22
1670/5 1671/17
1672/15 1673/4
1673/11 1676/20
1676/24 1680/18
1681/12 1681/15
1682/23 1683/1 1683/5
1683/7 1683/16 1684/8
1684/12 1692/5
1692/15 1692/23
1693/2 1693/8 1693/20
1693/25 1694/3 1694/9
1699/9 1700/7 1701/3
1710/13 1711/11
1711/15 1712/1 1712/7
1712/11 1713/9
1713/15 1713/25
1716/16 1717/20
1717/22 1720/24
1721/4 1721/15
1721/20 1722/12
1722/16
THE WITNESS: [7]
1650/7 1653/20 1667/8
1667/22 1681/14
1701/2 1709/23

'
'7 [1] 1602/13
'residence,' [1]
1579/20

.
.02 [1] 1578/8
.TR [1] 1683/6

1
1-1001.02 [1] 1579/19
1-100102 [1] 1578/8
1.S.656.10096 [3]
1680/11 1680/18
1680/19
1.S.69618155 [3]
1710/4 1710/11 1712/3
10 [2] 1617/25 1669/16
100 [2] 1632/23
1649/20
1000.7 [4] 1682/17
1682/17 1683/5
1702/23
1001.02 [1] 1579/19
100102 [1] 1578/8
1002 [5] 1686/13
1686/17 1708/18

1006 [3] 1717/15
1717/22 1717/23
106 [2] 1672/5 1672/12
10th [4] 1708/22
1710/24 1715/6
1715/17
11 [1] 1577/10
11006 [1] 1717/19
114 [1] 1575/16
1150 [1] 1575/20
11:00 [1] 1663/24
11:03 a.m [1] 1664/7
11:20 [1] 1663/25
11:21 a.m [1] 1664/7
12:30 [1] 1722/20
13 [1] 1720/12
1330 [1] 1582/17
1341 [1] 1575/4
13th [3] 1719/25
1720/3 1720/7
14th [10] 1612/9
1648/19 1659/17
1659/21 1686/10
1686/18 1687/4
1687/13 1709/9
1710/25
15 [5] 1574/4 1577/7
1588/18 1665/3
1666/17
1526 [1] 1704/13
1531 [2] 1689/9 1701/7
1532 [1] 1575/11
16 [14] 1574/5 1579/19
1580/8 1580/8 1582/3
1582/3 1582/9 1582/14
1583/24 1585/18
1587/1 1588/19
1706/10 1723/7
16th [2] 1720/14
17 [1] 1685/17
1775 [1] 1575/20
19129 [1] 1575/7
1971 [1] 1582/17
19th [5] 1706/20
1716/11 1716/20
1717/12 1718/7
1:41 [1] 1712/16
1:41 p.m [1] 1714/19

2
20 [2] 1639/15 1695/2
20006 [1] 1575/21
2012 [8] 1590/15
1591/10 1591/19
1591/21 1592/7
1592/15 1621/20
1622/1
202 [2] 1574/17
1575/21
2020 [41] 1590/22
1591/1 1591/5 1591/5
1592/8 1592/9 1597/23
1598/8 1603/9 1606/15
1612/2 1612/9 1616/19
1623/15 1624/6
1624/19 1626/9 1632/1
1632/14 1633/12

1643/13 1643/5 1646/8
1647/25 1651/13
1665/3 1665/22
1682/11 1685/21
1694/13 1695/2 1705/9
1705/10 1705/15
1706/21 1708/22
1716/11 1716/20
1717/12 1718/7
1719/25
2021 [4] 1619/22
1641/13 1641/18
1712/16
2022 [2] 1574/5 1723/7
20579 [1] 1574/17
20th [1] 1695/9
210.P.1 [1] 1718/19
215-300-3229 [1]
1575/8
22-15 [2] 1574/4
1577/7
228-1341 [1] 1575/4
22nd [4] 1671/10
1673/20 1674/15
1680/4
239 [1] 1575/12
23rd [4] 1616/19
1665/10 1677/8
1677/13
25 [1] 1719/21
252-7277 [1] 1574/17
25th [5] 1639/14
1639/16 1677/14
1680/23 1681/10
265 [1] 1575/15
28th [1] 1603/9
2:41 [1] 1714/22
2nd [2] 1669/3 1705/18

3
30 [2] 1622/21 1701/20
300.2.V [1] 1698/10
30th [2] 1694/13
1695/8
31 [1] 1701/15
32 [1] 1701/17
3229 [1] 1575/8
337-9755 [1] 1575/12
33901 [1] 1575/12
33950 [1] 1575/16
3580 [1] 1575/7
3rd [2] 1612/2 1612/2

4
452 [1] 1582/16
4604 [6] 1614/10
1615/22 1615/24
1615/25 1669/9
1669/16
4605 [4] 1676/3
1676/19 1676/24
1677/1
4606 [5] 1601/16
1602/9 1602/13
1602/14 1602/17
4607 [4] 1601/20
1602/10 1602/14
1604/2

**4**
4609 [5] 1671/1
1671/14 1673/11
1673/13 1673/17
4610 [4] 1673/7
1673/11 1673/13
1674/13
47 [1] 1679/21
4th [1] 1685/13

**5**
57 [1] 1621/8
575-8000 [1] 1575/17
5th [2] 1707/8 1707/10

**6**
60 [1] 1622/21
601 [1] 1574/16
6733 [1] 1706/10
6770 [1] 1685/8
6775 [1] 1609/14
6776 [2] 1668/13
1720/12
6778 [2] 1679/21
1719/19
6778.2 [1] 1687/25
6781 [4] 1716/3
1716/14 1716/16
1716/17
6857 [5] 1690/7 1691/5
1691/9 1694/8 1694/9
6th [28] 1619/22
1620/1 1641/16
1653/11 1662/17
1666/10 1688/21
1688/23 1688/24
1692/2 1692/4 1692/10
1692/21 1695/1 1695/9
1699/14 1699/17
1699/18 1707/8
1707/11 1711/1 1711/4
1711/21 1712/25
1715/14 1715/21
1718/4 1722/3

**7**
7277 [1] 1574/17
745 [1] 1575/3
7:00 [1] 1597/7

**8**
80 [2] 1649/18 1649/20
8000 [1] 1575/17
808 [1] 1575/4
808Shipleylaw [1]
1575/5
8:27 [1] 1716/20
8:32 p.m [1] 1717/9

**9**
90 [1] 1622/21
919-9491 [1] 1575/21
941 [1] 1575/17
9491 [1] 1575/21
96734 [1] 1575/4
9755 [1] 1575/12
9:20 [1] 1574/6
9:30 [1] 1722/8

01:16 PM [38/2] 1707/1
1641/18 1648/12
1657/11 1657/16
1666/12 1682/11
1684/18 1685/21
1686/9

**A**
a.m [3] 1574/6 1664/7
1664/7
abbreviated [1] 1629/4
abide [2] 1587/16
1587/24
able [7] 1627/16
1668/8 1668/9 1707/24
1708/1 1708/3 1708/6
abode [2] 1579/21
1579/22
about [148] 1577/25
1579/9 1585/3 1585/7
1585/8 1585/22 1587/4
1587/5 1587/8 1587/8
1587/18 1587/21
1590/15 1590/22
1591/13 1593/2
1593/23 1594/4
1594/20 1599/14
1599/25 1600/6 1601/1
1601/4 1602/21
1603/20 1604/25
1607/3 1609/19
1610/15 1612/11
1614/17 1614/17
1614/20 1614/23
1615/8 1615/10
1619/16 1621/5 1622/2
1622/5 1622/7 1622/11
1623/5 1623/16
1623/18 1623/21
1624/20 1625/18
1625/19 1625/21
1627/2 1628/10
1630/10 1631/3
1632/19 1633/15
1633/17 1634/16
1634/21 1635/12
1637/4 1638/19 1639/6
1641/23 1644/4 1644/9
1651/10 1653/13
1654/3 1655/22 1656/5
1658/13 1658/14
1658/15 1659/23
1665/3 1665/10
1666/25 1667/14
1668/3 1669/11
1670/13 1670/16
1671/25 1672/16
1675/18 1675/23
1678/19 1678/25
1679/14 1679/17
1680/8 1681/5 1682/10
1686/9 1688/22 1692/1
1692/11 1692/15
1693/5 1695/21 1701/8
1702/15 1702/17
1703/12 1703/19
1703/22 1704/1
1704/17 1706/2 1706/4

1707/13 1707/15
1707/18 1707/20
1708/8 1708/8 1708/9
1708/12 1708/12
1708/13 1708/20
1709/8 1709/12
1710/18 1710/20
1710/23 1711/5
1711/20 1711/21
1713/18 1713/20
1713/24 1714/2 1714/3
1714/7 1715/11
1715/15 1715/21
1716/5 1718/15
1719/24 1721/4 1722/2
1722/6
above [1] 1723/4
above-titled [1] 1723/4
absence [7] 1579/25
1580/1 1580/10
1580/19 1580/24
1582/11 1663/4
absent [5] 1579/24
1580/15 1580/19
1580/21 1582/9
absolutely [16] 1615/8
1624/3 1625/11
1625/23 1626/5 1627/9
1628/5 1629/8 1631/11
1632/16 1644/11
1652/1 1652/6 1654/16
1655/4 1655/8
access [8] 1626/25
1640/18 1641/4 1641/5
1641/7 1649/16
1652/19 1665/6
accommodate [1]
1584/21
accompanying [1]
1682/18
according [2] 1611/20
1705/17
account [6] 1633/7
1633/8 1638/24 1639/4
1664/19 1664/23
accoutrements [1]
1579/2
accuracy [1] 1693/23
accurate [6] 1602/7
1615/18 1710/7
1713/13 1714/9
1714/14
across [4] 1668/4
1688/10 1688/15
1688/16
act [6] 1609/24 1617/1
1617/11 1617/12
1675/8 1675/15
action [3] 1661/24
1686/17 1708/22
activation [1] 1687/8
active [1] 1650/12
actively [1] 1688/17
activities [4] 1611/3
1611/8 1611/12
1611/16
activity [8] 1592/4

1592/23 1592/24
1593/2 1593/6 1640/15
actor [2] 1611/10
1617/16
actors [1] 1656/6
acts [2] 1630/16
1630/23
actual [1] 1636/22
actually [15] 1581/22
1591/20 1604/18
1604/22 1608/21
1609/11 1610/4
1610/21 1616/9 1624/9
1633/12 1639/10
1646/19 1655/13
1676/14
Adams [26] 1585/20
1585/22 1586/9
1586/12 1589/6
1589/10 1589/15
1589/23 1589/25
1601/23 1604/23
1606/4 1609/12
1615/13 1620/9 1644/3
1645/14 1653/23
1663/16 1664/3
1664/12 1664/17
1667/13 1681/12
1695/6 1703/5
Adams' [1] 1586/6
add [3] 1603/23
1632/17 1644/13
added [4] 1701/23
1702/1 1702/7 1716/22
addition [5] 1582/15
1606/4 1624/14 1626/3
1672/17
additional [1] 1600/25
address [5] 1577/23
1604/7 1605/16
1626/21 1651/4
addressed [4] 1614/1
1616/17 1616/18
1672/11
addresses [1] 1705/17
adjourn [1] 1722/13
admission [1] 1684/6
admissions [1]
1658/24
admit [10] 1602/9
1615/21 1669/4
1671/13 1676/18
1680/16 1684/10
1691/9 1693/25 1712/2
admitted [10] 1576/12
1602/12 1615/24
1673/12 1676/24
1680/18 1692/10
1712/1 1716/16
1717/22
adopt [1] 1594/15
advance [1] 1619/22
adversarial [2] 1644/6
1656/5
advise [1] 1587/20
advised [1] 1601/6
affected [1] 1586/6

after [35] 1579/25
1591/19 1592/1 1592/2
1592/7 1601/6 1606/18
1608/15 1612/5 1623/4
1640/24 1641/16
1643/4 1652/10 1653/9
1660/7 1660/8 1662/17
1663/24 1666/10
1686/4 1686/5 1688/9
1692/2 1692/4 1692/10
1692/21 1695/1 1695/9
1704/10 1709/24
1715/8 1717/5 1717/8
1721/9
afternoon [5] 1664/17
1664/18 1682/7
1700/12 1700/13
again [20] 1579/15
1588/16 1590/23
1596/18 1604/9
1605/25 1612/13
1618/11 1624/4
1626/10 1627/22
1637/5 1642/2 1674/14
1677/5 1677/15
1682/23 1687/4
1712/23 1721/25
against [3] 1582/13
1638/15 1704/7
age [2] 1707/18
1707/20
agencies [2] 1703/17
1720/22
agent [33] 1585/21
1585/23 1586/12
1588/24 1589/4
1681/15 1682/7
1683/12 1683/25
1684/2 1684/16 1685/7
1685/10 1686/16
1686/22 1691/16
1691/18 1692/3
1693/16 1693/18
1700/12 1700/19
1700/22 1706/13
1710/5 1711/10
1711/12 1714/18
1716/2 1720/24 1721/2
1721/5 1721/20
**Agent Harris [19]**
1586/12 1589/4
1681/15 1683/12
1683/25 1684/2
1684/16 1686/16
1686/22 1691/18
1693/16 1700/12
1706/13 1710/5
1714/18 1716/2 1721/2
1721/5 1721/20
agents [2] 1672/12
1700/25
ago [3] 1579/8 1594/2
1600/18
agree [9] 1626/7
1626/8 1643/16
1643/19 1651/18
1652/22 1655/23

agree... **[2]** 1658/16
1658/17
**agreed [4]** 1583/23
1594/24 1643/1 1662/9
**Agrees [1]** 1675/2
**ahead [6]** 1603/4
1667/20 1694/1 1701/4
1712/2 1712/11
**air [2]** 1625/17 1626/6
**AL [1]** 1574/6
**Alexandra [2]** 1574/14
1577/11
**aligned [2]** 1709/23
1715/7
**all [102]** 1577/2 1577/3
1577/18 1578/9
1579/15 1581/1
1584/22 1585/1 1586/7
1588/3 1588/15
1588/17 1588/18
1589/10 1596/3
1602/12 1606/11
1607/25 1615/10
1616/16 1620/11
1621/4 1621/20
1621/25 1623/14
1624/18 1628/24
1634/19 1635/10
1637/23 1639/2
1640/17 1640/18
1640/22 1648/13
1649/24 1650/8
1652/22 1653/19
1656/10 1661/2 1662/6
1663/9 1663/24
1663/25 1664/1 1664/3
1664/14 1664/15
1667/9 1669/6 1669/6
1672/5 1672/13 1673/1
1676/24 1677/11
1681/15 1682/15
1683/10 1684/10
1685/7 1685/10
1685/13 1686/2
1686/14 1687/6 1688/9
1688/15 1689/3
1689/16 1690/5 1690/8
1690/20 1691/4 1692/8
1693/25 1694/12
1694/25 1695/7
1695/11 1696/8
1699/16 1700/7 1701/8
1701/19 1703/4 1705/3
1710/23 1710/25
1711/15 1714/25
1716/16 1717/22
1718/11 1719/16
1721/22 1722/10
1722/12 1722/16
1722/17 1722/18
**all right [8]** 1615/10
1664/3 1673/1 1685/10
1686/14 1691/4
1701/19 1722/12
**alleged [1]** 1585/4
**allegiance [1]** 1617/3
**alleviate [1]** 1582/24

**allowed [1]** 1710/19
**Alondra [2]** 1595/25
1607/8
**Alondra Propes [1]**
1595/25
**along [2]** 1645/19
1679/18
**alphabet [1]** 1720/21
**already [13]** 1586/10
1600/9 1611/21
1668/19 1682/17
1692/23 1700/2
1702/23 1704/14
1704/16 1713/12
1719/21 1720/13
**also [31]** 1581/7
1598/22 1599/4
1600/14 1606/12
1621/12 1623/25
1624/14 1625/19
1626/4 1626/6 1630/5
1630/7 1631/18 1633/3
1640/24 1640/25
1642/12 1642/18
1644/9 1653/3 1658/18
1661/6 1668/3 1679/2
1679/3 1683/15
1685/19 1695/1
1704/16 1707/17
**alternate [1]** 1579/9
**alternative [1]** 1646/21
**always [4]** 1658/24
1659/7 1695/8 1717/11
**am [11]** 1590/11
1592/13 1596/21
1601/24 1605/12
1621/8 1632/14
1657/14 1669/1 1672/5
1684/20
**ambiguous [2]** 1587/9
1714/11
**AMERICA [5]** 1574/3
1577/7 1688/10
1688/15 1688/19
**AMIT [2]** 1574/9 1577/4
**among [1]** 1655/2
**amongst [2]** 1594/21
1596/14
**amount [1]** 1672/15
**Android [1]** 1696/15
**Angela [2]** 1575/6
1577/14
**Angie [2]** 1620/16
1620/17
**angiehalim [1]** 1575/8
**announce [2]** 1598/4
1598/5
**announcement [1]**
1598/22
**annual [1]** 1679/9
**another [12]** 1579/3
1582/13 1592/5
1608/12 1631/12
1642/18 1672/23
1676/1 1680/12 1685/7
1711/10 1711/12
**answer [6]** 1578/19

1656/22 1670/7
1707/20
**anticipate [1]** 1688/14
**anticipated [1]**
1598/12
**anticipation [1]** 1659/3
**Antifa [1]** 1703/22
**antipathy [1]** 1585/13
**any [50]** 1578/10
1580/12 1580/23
1582/24 1584/17
1585/10 1586/13
1586/16 1601/4 1603/1
1604/13 1632/19
1636/3 1636/6 1644/21
1645/1 1648/22
1653/10 1653/11
1656/2 1656/8 1656/11
1656/11 1657/2 1658/8
1659/13 1659/20
1665/23 1666/16
1666/18 1666/18
1667/9 1672/25
1676/20 1684/4
1684/25 1687/8
1687/11 1692/1 1698/5
1698/25 1700/3 1700/4
1711/20 1711/20
1714/3 1715/22
1717/20 1722/2 1722/5
**anybody [2]** 1630/23
1631/6
**anyone [11]** 1587/18
1622/22 1623/5
1626/20 1638/12
1644/11 1664/4
1667/22 1668/8
1687/15 1687/17
**anything [16]** 1584/7
1592/15 1638/13
1651/5 1653/17 1692/1
1695/24 1697/15
1703/19 1704/1 1708/8
1708/12 1711/9
1715/11 1715/21
1722/12
**apartment [1]** 1578/22
**apologies [4]** 1601/18
1605/25 1669/18
1670/10
**app [6]** 1595/8 1629/11
1649/10 1649/13
1696/23 1697/4
**Apparently [1]** 1608/24
**appear [3]** 1597/19
1625/8 1710/7
**APPEARANCES [2]**
1574/13 1574/19
**appeared [1]** 1705/19
**appears [3]** 1615/20
1677/5 1717/17
**Apple [1]** 1696/15
**application [3]**
1662/18 1667/14
1696/9
**apply [3]** 1580/12
1580/13 1580/14

1587/3 1587/19
1588/20 1588/21
**approach [1]** 1608/10
**appropriateness [1]**
1584/4
**approximately [5]**
1598/1 1606/17
1664/22 1714/22
1718/22
**are [78]** 1577/18
1578/4 1581/6 1581/11
1581/15 1581/16
1582/5 1583/8 1583/18
1584/13 1584/16
1586/22 1586/23
1587/1 1587/4 1587/6
1587/12 1587/21
1588/18 1588/22
1589/25 1590/9
1601/22 1601/25
1602/4 1602/6 1602/7
1603/11 1605/17
1611/8 1611/8 1611/12
1614/15 1614/15
1617/2 1617/7 1621/7
1627/7 1627/10
1650/12 1653/13
1653/13 1657/2 1657/9
1659/10 1661/3
1669/18 1671/20
1673/9 1674/12
1678/19 1679/2 1680/8
1684/18 1687/15
1688/17 1692/3 1692/7
1694/18 1695/4
1696/11 1696/17
1696/19 1701/12
1701/15 1704/10
1707/4 1712/21
1713/16 1719/13
1721/10 1721/11
1721/11 1721/12
1721/23 1721/23
**area [8]** 1606/25
1609/22 1624/24
1625/5 1625/9 1636/6
1647/15 1716/22
**areas [1]** 1636/23
**aren't [1]** 1584/15
**armed [8]** 1600/20
1600/25 1611/18
1611/18 1611/18
1685/24 1686/24
1688/14
**arms [1]** 1618/21
**Army [1]** 1590/8
**arose [1]** 1584/3
**around [11]** 1593/14
1606/21 1626/13
1630/8 1645/23
1651/18 1665/15
1666/16 1666/17
1678/19 1716/10
**arrange [1]** 1659/1
**arranged [1]** 1658/6
**arrangement [1]**

**arrangements [1]**
1633/7
**arrest [1]** 1688/16
**arrested [3]** 1704/11
1720/5 1720/9
**arrests [1]** 1720/21
**arrive [4]** 1608/1
1608/4 1608/4 1608/5
**arrived [1]** 1660/6
**article [6]** 1607/15
1674/18 1674/22
1675/1 1688/25 1689/4
**articulate [1]** 1635/11
**as [82]** 1579/8 1581/22
1582/1 1582/10
1582/10 1584/1
1584/11 1587/6
1587/10 1588/7
1588/18 1593/16
1594/18 1594/19
1597/15 1599/11
1599/11 1610/12
1611/14 1613/4
1616/20 1619/6 1619/9
1619/9 1619/10
1621/17 1625/5 1625/9
1626/10 1626/10
1626/23 1626/24
1628/6 1629/4 1630/21
1632/22 1633/21
1634/23 1634/25
1635/8 1635/8 1635/17
1639/19 1639/20
1640/5 1640/13
1640/13 1640/15
1641/20 1643/3
1647/15 1647/15
1647/20 1647/20
1648/3 1648/3 1648/11
1648/11 1648/18
1648/18 1650/15
1651/4 1654/7 1655/5
1658/20 1659/17
1660/15 1660/25
1668/25 1669/12
1670/2 1671/3 1671/7
1675/25 1678/4
1679/10 1683/11
1686/25 1687/1
1693/22 1709/1
1714/13
**ask [21]** 1584/19
1587/15 1598/23
1605/16 1621/5 1621/6
1622/1 1633/11
1649/25 1659/23
1672/1 1678/25 1685/7
1690/21 1692/11
1709/12 1711/5
1711/18 1714/1
1718/14 1721/1
**asked [27]** 1602/2
1651/3 1667/13
1667/19 1668/3 1668/7
1669/11 1670/16
1679/16 1682/10
1700/15 1701/7

## A

**asked...** [15] 1702/16
1704/16 1706/3 1706/4
1706/25 1707/17
1708/20 1712/8 1716/5
1718/15 1718/21
1719/8 1719/9 1719/18
1719/24
**asking** [6] 1581/15
1598/24 1635/11
1650/3 1711/19
1721/11
**assault** [1] 1687/1
**assessed** [1] 1611/22
**assistance** [3] 1624/1
1636/11 1655/7
**assistant** [2] 1607/2
1636/6
**associated** [1] 1649/3
**assume** [3] 1594/25
1614/22 1708/5
**astounding** [2] 1618/7
1618/24
**attached** [1] 1667/1
**attained** [1] 1601/2
**attempting** [1] 1684/7
**attend** [2] 1612/17
1612/19
**attendance** [4]
1647/23 1648/4
1648/11 1648/18
**attended** [7] 1599/2
1599/5 1633/21
1641/21 1659/17
1666/9 1672/25
**attendee** [1] 1641/13
**attendees** [2] 1694/17
1695/4
**attention** [9] 1578/5
1588/5 1606/7 1637/17
1642/9 1642/25
1657/15 1721/22
1721/24
**ATTORNEY'S** [1]
1574/16
**attract** [1] 1642/24
**attractive** [1] 1629/1
**audio** [7] 1682/21
1682/24 1683/8
1683/17 1683/18
1683/20 1703/2
**August** [1] 1647/25
**author** [1] 1689/7
**authoring** [1] 1614/1
**available** [1] 1654/10
**Avenue** [1] 1575/15
**avoid** [1] 1722/5
**avoiding** [1] 1722/2
**aware** [22] 1597/12
1601/4 1619/21
1623/18 1627/7
1627/10 1634/1 1634/4
1636/5 1636/7 1643/3
1647/23 1651/6 1657/2
1657/12 1659/20
1669/1 1687/8 1687/11
1687/15 1687/22
1707/4

**away** [4] 1613/6
1613/18 1635/5 1663/7

## B

**back** [26] 1578/21
1579/1 1581/4 1584/21
1587/22 1588/18
1591/7 1592/9 1592/17
1594/8 1594/19 1608/8
1611/5 1616/15 1622/1
1622/19 1640/2 1658/5
1658/7 1664/12
1671/17 1681/16
1682/9 1683/19 1715/6
1715/17
**background** [12]
1613/4 1636/5 1636/7
1636/10 1646/10
1646/19 1646/22
1647/2 1647/3 1647/6
1647/16 1654/24
**backing** [1] 1607/25
**bad** [3] 1583/13
1601/10 1675/2
**Badala** [1] 1601/17
**Badalament** [32]
1601/18 1601/19
1602/17 1603/16
1604/2 1604/17
1609/13 1610/3
1610/22 1611/25
1616/10 1618/1 1669/9
1670/20 1673/17
1676/5 1678/13
1679/21 1702/23
1704/12 1704/21
1705/13 1705/25
1706/10 1708/18
1709/4 1709/22 1713/4
1716/1 1718/12
1718/19 1719/20
**ball** [2] 1608/6 1608/9
**banter** [1] 1650/20
**barricades** [2] 1709/17
1713/12
**based** [10] 1578/6
1579/17 1581/12
1651/16 1661/5
1677/25 1678/23
1688/20 1700/16
1714/2
**basic** [1] 1578/15
**basically** [4] 1592/18
1607/1 1608/11
1614/18
**basis** [2] 1679/9
1699/4
**battle** [1] 1674/22
**be** [128] 1577/5 1579/8
1580/9 1580/17
1581/12 1581/15
1583/4 1583/15
1583/25 1585/20
1585/23 1586/4 1586/5
1586/9 1586/13
1588/25 1588/15
1591/3 1593/1 1597/20
1598/15 1599/15

**way** [4] 1613/2
1597/8 1600/6 1600/24
1600/25
**become** [1] 1582/12

**becomes** [1] 1655/16
**been** [14] 1578/7
1588/4 1621/17
1624/10 1631/6
1640/15 1641/17
1649/2 1656/1 1656/8
1656/11 1658/7 1666/1
1684/12
**before** [27] 1574/9
1583/10 1584/22
1586/3 1595/8 1605/18
1614/13 1621/20
1621/22 1629/11
1629/11 1645/24
1652/20 1660/6 1665/9
1666/13 1676/14
1685/3 1685/5 1692/21
1695/9 1698/17
1698/18 1705/18
1710/5 1711/7 1722/13
**began** [3] 1613/2
1632/2 1705/22
**begin** [2] 1612/21
1612/23
**beginning** [1] 1651/21
**begins** [1] 1635/4
**behalf** [3] 1700/15
1706/3 1718/15
**behavior** [2] 1650/25
1678/23
**behind** [3] 1611/12
1659/10 1664/8
**being** [40] 1577/21
1579/10 1583/7
1583/13 1584/4 1585/3
1585/8 1592/5 1592/11
1592/13 1597/23
1598/16 1620/11
1623/10 1631/9
1634/21 1636/5 1640/1
1645/16 1648/1
1649/22 1653/5
1665/23 1668/4 1671/7
1671/25 1675/20
1679/10 1679/12
1679/17 1682/10
1693/1 1703/13 1704/1
1704/10 1706/5
1710/16 1711/2 1720/5
1720/9
**belief** [2] 1659/9
1699/4
**beliefs** [1] 1610/2
**beliefs were** [1] 1610/2
**believe** [34] 1595/19
1597/7 1599/4 1609/6
1617/15 1617/19
1621/16 1632/11
1658/17 1658/20
1658/22 1664/19
1667/6 1676/5 1683/13
1684/24 1686/11
1689/2 1689/24
1691/17 1695/12
1695/23 1696/1
1697/24 1699/1 1699/3
1699/12 1699/15

**becomes** [1] 1655/16
**belongs** [1] 1655/16
**before...** [1] 1706/14
1706/22 1710/22
1713/11 1719/4
**believed** [2] 1610/16
1611/23
**believes** [2] 1609/24
1610/11
**bell** [1] 1641/18
**Bench** [7] 1605/11
1614/12 1671/16
1691/12 1710/15
1713/8 1721/8
**Benghazi** [1] 1687/1
**Berry** [1] 1694/22
**beside** [2] 1607/18
1607/18
**best** [3] 1608/23
1683/15 1722/5
**better** [1] 1578/22
**between** [4] 1688/21
1698/4 1698/6 1715/2
**beyond** [4] 1667/21
1672/8 1691/25
1711/11
**bidding** [1] 1617/3
**Biden** [2] 1720/4
1720/8
**big** [16] 1609/7
1627/19 1627/20
1629/15 1629/18
1635/3 1643/7 1643/11
1643/12 1643/13
1701/7 1701/24 1702/3
1702/5 1718/3 1718/4
**bigger** [5] 1642/21
1642/21 1642/21
1642/25 1642/25
**biggest** [1] 1678/18
**bike** [1] 1713/12
**Bill** [1] 1653/23
**bit** [8] 1591/7 1610/5
1621/5 1630/10
1638/19 1643/17
1644/3 1693/5
**Bittner** [7] 1694/24
1707/5 1707/7 1707/18
1707/24 1708/9
1708/12
**block** [1] 1650/24
**blocked** [1] 1651/7
**blue** [1] 1701/7
**board** [6] 1701/7
1701/13 1701/23
1701/25 1702/1 1702/5
**boards** [1] 1702/6
**bombast** [1] 1658/9
1661/23
**booming** [1] 1643/20
**both** [4] 1598/21
1600/23 1673/11
1692/20
**bother** [1] 1678/9
**bottom** [8] 1610/24
1611/11 1616/10
1686/15 1688/12
1694/12 1695/1 1709/5
**Box** [1] 1575/3
**Boy** [1] 1706/14

1728

**B**

**branch [2]** 1590/7 1669/25
**Brand [1]** 1632/18
**Brand-new [1]** 1632/18
**bravado [1]** 1650/20
**breach [1]** 1706/5
**break [3]** 1663/20 1664/5 1688/10
**Breonna [1]** 1598/3
**brief [2]** 1594/10 1721/13
**briefly [4]** 1639/6 1659/23 1663/12 1691/11
**bring [20]** 1578/4 1583/10 1584/22 1585/18 1601/15 1605/8 1609/12 1609/14 1614/9 1654/19 1657/15 1668/12 1670/19 1670/25 1673/7 1673/16 1676/3 1679/20 1680/10 1697/5
**bringing [1]** 1600/2
**broad [2]** 1655/9 1714/2
**broad-based [1]** 1714/2
**Brooksville [1]** 1606/22
**brought [8]** 1596/10 1636/10 1636/25 1637/8 1637/16 1666/13 1687/11 1692/13
**BROWN [18]** 1575/11 1575/14 1606/9 1606/11 1606/12 1606/14 1608/1 1609/3 1609/23 1610/7 1611/21 1617/7 1637/4 1637/14 1637/17 1638/12 1648/5 1669/12
**bsrlegal.com [2]** 1575/13 1575/17
**bubble [1]** 1677/22
**build [2]** 1581/3 1611/16
**building [4]** 1702/9 1706/6 1706/6 1721/12
**buildings [1]** 1715/22
**burned [1]** 1709/19
**burner [2]** 1695/25 1696/3
**business [2]** 1580/4 1636/20
**businesses [2]** 1610/14 1631/18
**busy [1]** 1678/8
**buy [1]** 1608/8

**C**

**Caldwell [2]** 1707/1 1707/10

**call [31]** 1593/20 1597/1 1597/2 1650/20 1658/22 1658/23 1660/24 1662/8 1665/10 1665/13 1665/15 1682/11 1682/13 1682/16 1683/11 1684/19 1684/21 1684/23 1685/1 1685/2 1686/7 1686/9 1686/17 1686/21 1694/13 1694/15 1695/1 1695/7 1695/9 1708/21 1717/10
**call-type [1]** 1597/2
**called [10]** 1590/2 1590/9 1591/13 1595/7 1596/17 1596/19 1637/20 1661/24 1665/16 1686/20
**calling [1]** 1662/1
**calls [30]** 1589/6 1597/10 1628/15 1661/24 1664/20 1664/22 1664/25 1665/1 1665/3 1665/20 1665/22 1665/23 1666/9 1666/10 1666/16 1666/17 1666/17 1666/18 1666/18 1691/15 1692/2 1692/4 1692/9 1693/9 1693/10 1693/13 1693/16 1693/18 1700/2 1700/4
**came [9]** 1598/21 1598/22 1606/24 1612/14 1620/11 1624/6 1630/2 1658/6 1695/12
**can [63]** 1579/1 1579/16 1580/3 1584/14 1585/18 1587/23 1588/18 1589/11 1596/23 1601/16 1604/21 1605/1 1605/8 1605/9 1608/3 1615/8 1626/20 1634/24 1643/25 1644/13 1650/4 1655/6 1664/12 1667/5 1667/20 1669/5 1670/7 1670/19 1671/17 1672/12 1672/24 1673/6 1673/16 1674/19 1675/9 1675/12 1678/11 1678/13 1680/3 1683/21 1685/17 1685/23 1690/6 1694/11 1698/7 1701/18 1704/6 1705/24 1709/14 1709/21 1712/2 1712/22 1713/19 1715/25 1717/14

**can't [3]** 1603/22 1683/16 1696/16
**cap [2]** 1608/6 1608/9
**capacity [1]** 1640/5
**Capitol [19]** 1689/22 1692/17 1692/20 1695/13 1695/18 1695/19 1702/8 1706/6 1709/16 1711/21 1713/1 1714/10 1714/24 1714/25 1719/1 1719/4 1719/7 1719/13 1722/4
**Capitol Building [1]** 1706/6
**careful [4]** 1579/9 1599/15 1599/16 1601/11
**carries [1]** 1581/25
**carry [4]** 1600/3 1603/13 1604/14 1646/23
**case [18]** 1577/7 1578/7 1578/7 1583/1 1586/7 1587/18 1587/18 1598/3 1650/14 1686/25 1690/8 1690/9 1690/18 1700/20 1700/23 1710/21 1721/3 1722/1
**cases [1]** 1700/25
**caught [1]** 1591/17
**cause [2]** 1658/8 1658/10
**caused [1]** 1615/9
**causing [1]** 1644/22
**CCP [1]** 1688/18
**CCW [7]** 1603/11 1603/11 1603/12 1603/13 1604/9 1604/11 1604/12
**cell [1]** 1593/19
**cell phone [1]** 1593/19
**central [1]** 1624/24
**certain [4]** 1593/7 1613/25 1654/13 1658/25
**certainly [4]** 1584/17 1648/4 1666/24 1672/9
**certified [1]** 1621/17
**certify [1]** 1723/2
**cetera [1]** 1659/11
**challenge [1]** 1608/11
**chance [2]** 1680/25 1684/3
**change [4]** 1612/24 1613/1 1660/19 1661/9
**changed [5]** 1579/2 1592/15 1615/7 1671/24 1697/22
**changes [4]** 1579/14 1580/25 1581/9 1659/24
**chapter [19]** 1591/25 1592/19 1594/1 1594/3

**1597/8 1598/24 1599/1 1601/13 1602/22 1607/2 1607/4 1629/21 1636/2 1636/3 1640/6 1643/4
**chart [13]** 1611/2 1689/10 1689/17 1689/23 1692/18 1692/22 1692/24 1693/1 1693/4 1693/7 1693/7 1695/16 1700/3
**chase [1]** 1581/14
**chat [53]** 1592/3 1592/20 1592/21 1593/2 1593/4 1593/14 1594/8 1594/20 1595/1 1595/6 1596/4 1596/24 1596/24 1597/12 1619/18 1626/25 1628/8 1628/11 1632/5 1632/7 1632/18 1632/25 1635/23 1640/11 1649/10 1649/13 1649/14 1652/13 1653/8 1653/10 1657/11 1661/9 1668/15 1671/21 1672/19 1680/5 1680/6 1680/13 1684/19 1688/6 1694/16 1697/17 1698/3 1701/24 1708/4 1712/16 1716/6 1716/21 1716/23 1716/24 1718/9 1720/16 1721/11
**chats [9]** 1629/7 1649/12 1649/23 1650/12 1651/18 1653/4 1661/6 1678/19 1679/18
**check [2]** 1646/10 1646/22
**checks [1]** 1613/4
**chief [1]** 1721/3
**child [1]** 1585/4
**children [1]** 1580/5
**China [1]** 1617/4
**Chinese [3]** 1610/12 1610/18 1611/8
**choice [1]** 1618/16
**chose [2]** 1619/11 1639/7
**Christmas [2]** 1639/16 1643/4
**Circuit [3]** 1582/16 1582/17 1583/1
**circumstance [1]** 1579/8
**circumstances [2]** 1584/19 1587/4
**citations [1]** 1582/16
**cited [1]** 1578/6
**citizens [1]** 1720/21
**city [3]** 1685/25 1704/25 1705/4
**civil [11]** 1591/11

1597/15 1613/5 1613/15 1622/5 1628/22 1629/9 1651/21 1651/23 1654/7 1675/23
**clandestine [2]** 1611/11 1611/16
**clarify [1]** 1714/13
**class [4]** 1600/24 1600/25 1637/18 1637/20
**classes [2]** 1600/3 1621/17
**clause [1]** 1674/5
**clear [16]** 1581/24 1582/3 1582/14 1583/1 1585/1 1586/4 1589/21 1617/14 1637/24 1638/2 1638/6 1656/1 1682/19 1692/5 1700/16 1702/11
**clearly [2]** 1584/2 1658/18
**CliffsNotes [1]** 1669/7
**CLINTON [1]** 1575/19
**clintonpeed.com [1]** 1575/22
**clip [1]** 1704/5
**close [2]** 1719/12 1719/14
**clothing [1]** 1607/16
**co [3]** 1610/18 1611/9 1645/19
**co-counsel [1]** 1645/19
**co-opted [2]** 1610/18 1611/9
**code [4]** 1578/6 1578/8 1580/2 1686/20
**collecting [2]** 1646/13 1699/24
**collectors [1]** 1712/19
**collusion [1]** 1688/18
**COLUMBIA [2]** 1574/1 1587/11
**columns [1]** 1690/13
**combatants [1]** 1688/17
**come [18]** 1581/4 1581/12 1584/9 1584/21 1596/3 1596/8 1597/13 1597/14 1608/8 1611/17 1664/12 1681/16 1683/19 1690/12 1704/9 1714/4 1721/21 1722/4
**Comfort [4]** 1707/9 1707/12 1707/14 1707/16
**comfortable [1]** 1589/11
**coming [8]** 1578/25 1632/18 1640/19 1646/12 1649/3 1653/14 1672/6 1672/22
**command [1]** 1655/19

1729

**C**   Case 1:22-cr-00015-APM   Document 768   Filed 02/08/24   Page 156 of 177   1615/4 1681/4   1617/6 1641/   1618/19 1634/1   1663/18   Page 156 of 177 1607/14 1607/13

**commentary [1]**
1577/25
**committed [1]** 1613/14
**common [1]** 1675/21
**communicate [2]**
1642/12 1676/9
**communicated [1]**
1640/1
**communicating [3]**
1587/17 1676/16
1677/7
**communication [1]**
1599/11
**communications [5]**
1628/10 1659/13
1679/2 1706/25 1707/4
**communist [2]** 1617/4
1687/2
**Communist China [1]**
1617/4
**community [21]**
1591/14 1602/23
1625/22 1628/25
1629/3 1630/21
1631/16 1634/21
1635/3 1635/4 1635/19
1654/6 1654/9 1654/13
1655/6 1655/14
1670/17 1672/2
1672/14 1672/16
1675/16
**company [2]** 1590/4
1600/18
**compare [1]** 1617/6
**complete [2]** 1692/9
1693/13
**completely [3]** 1656/13
1656/16 1678/20
**completeness [2]**
1672/21 1672/25
**complex [1]** 1588/8
**complied [2]** 1684/5
1698/14
**component [1]**
1611/19
**comprised [2]** 1596/9
1607/6
**concealed [1]** 1603/13
1604/14 1646/23
**concealed-carry [2]**
1603/13 1646/23
**concern [17]** 1578/14
1615/9 1619/5 1627/4
1627/13 1627/19
1627/20 1642/16
1642/17 1642/19
1644/18 1644/19
1644/20 1650/18
1658/8 1658/10
1678/18
**concerned [14]**
1599/13 1601/4
1625/18 1625/19
1625/21 1633/23
1633/24 1634/17
1647/16 1647/21
1655/22 1656/5

**concerning [3]**
1577/24 1679/2 1679/7
**concerns [6]** 1582/24
1595/11 1627/2
1627/14 1644/4 1644/5
**concluded [3]** 1587/18
1589/3 1722/20
**conclusions [1]**
1610/15
**concrete [1]** 1581/9
**condone [3]** 1688/13
1689/4 1689/6
**conduct [4]** 1585/4
1613/3 1650/25
1666/19
**conducted [2]** 1646/7
1646/16
**conducting [1]**
1653/14
**confederacy [2]**
1675/2 1675/15
**conference [10]**
1597/1 1597/2 1605/11
1614/12 1628/14
1671/16 1691/12
1710/15 1713/8 1721/8
**confused [1]** 1635/10
**confusing [1]** 1669/18
**Congress [2]** 1585/13
1680/24
**conjunction [1]** 1687/2
**connect [2]** 1593/7
1595/4
**connection [4]**
1598/11 1634/24
1635/7 1690/17
**connections [1]**
1658/25
**connor [4]** 1575/10
1575/13 1577/15
1645/18
**Connor Martin [1]**
1645/18
**consider [1]** 1580/3
**considered [5]** 1607/1
1607/9 1636/8 1639/18
1646/25
**consistent [1]** 1586/1
**conspiracy [1]** 1615/3
**Constitution [1]**
1617/2
**contact [5]** 1593/13
1594/10 1597/21
1647/20 1707/5
**contacted [3]** 1676/13
1676/14 1676/14
**contacted me [1]**
1676/14
**contacting [1]** 1663/5
**contacts [1]** 1591/23
**contained [1]** 1652/4
**contemplated [1]**
1639/25
**contents [1]** 1585/14
**continuation [1]**
1678/15
**continue [4]** 1587/10

1681/17
**continued [7]** 1575/1
1578/11 1583/7 1586/8
1588/21 1640/11
1682/3
**continues [1]** 1605/13
**continuing [2]** 1721/21
1721/23
**control [2]** 1655/19
**conversation [9]**
1591/12 1596/12
1599/8 1599/10 1601/8
1629/15 1631/13
1635/23 1671/21
**conversations [1]**
1678/21
**convey [1]** 1609/23
**convictions [1]** 1583/8
**convince [1]** 1681/1
**cooler [2]** 1650/21
1675/25
**coordinate [2]** 1594/21
1596/14
**coordinating [1]**
1606/5
**coordinator [5]**
1594/18 1594/19
1619/6 1629/24 1630/1
**copies [2]** 1602/4
1602/7
**copy [4]** 1614/6
1615/15 1615/18
1676/15
**cordial [1]** 1601/8
**core [1]** 1658/16
**corner [1]** 1645/23
**correct [210]**
**corrected [2]** 1719/5
1719/8
**correctly [2]** 1609/6
1614/24
**corrupt [2]** 1688/16
1720/21
**cost [1]** 1646/10
**could [121]** 1579/4
1584/10 1584/21
1586/5 1589/21 1592/3
1601/15 1601/19
1602/16 1602/19
1603/10 1603/15
1603/17 1604/1 1604/6
1604/9 1604/16
1604/17 1607/15
1609/13 1610/3
1610/23 1610/24
1611/5 1611/24 1613/3
1614/9 1614/11 1616/3
1616/9 1616/15
1616/16 1616/24
1617/25 1618/9
1618/10 1621/18
1626/23 1630/16
1630/18 1631/16
1631/18 1631/20
1641/4 1641/5 1641/17
1641/19 1641/21
1644/13 1650/7 1651/1

1669/2 1669/8 1669/15
1669/16 1669/19
1669/19 1669/22
1670/15 1670/25
1671/15 1673/7
1673/16 1674/3 1674/9
1674/13 1674/24
1675/4 1675/10 1676/2
1676/2 1676/4 1676/22
1677/3 1678/1 1678/21
1679/3 1679/6 1679/11
1679/16 1679/20
1680/10 1680/21
1683/14 1683/21
1684/1 1684/2 1685/8
1686/12 1686/14
1686/20 1686/22
1687/25 1688/8
1688/11 1689/9
1690/22 1694/7
1694/17 1694/21
1694/25 1695/4
1696/11 1698/8
1698/10 1701/6
1702/22 1702/25
1704/13 1704/20
1705/12 1706/9
1708/17 1709/3
1712/14 1713/3 1716/2
1718/18 1720/11
**Could you [1]** 1690/22
**couldn't [5]** 1584/8
1598/2 1617/14
1640/22 1710/17
**counsel [9]** 1578/11
1578/13 1645/19
1662/15 1709/8
1710/23 1713/6 1713/7
1713/19
**count [1]** 1701/18
**counting [1]** 1701/12
**country [7]** 1592/10
1609/25 1610/8
1611/15 1625/2 1638/3
1638/13
**county [2]** 1624/22
1624/23
**couple [10]** 1585/6
1595/24 1596/1
1635/16 1637/11
1650/23 1673/4
1709/12 1713/13
1718/14
**course [2]** 1615/5
1720/4
**court [21]** 1574/1
1577/3 1580/3 1582/1
1585/20 1606/2
1607/20 1607/22
1615/11 1664/6 1673/3
1694/2 1699/20
1711/14 1714/16
1719/2 1719/6 1719/8
1719/12 1721/19
1722/18
**Court's [1]** 1582/15
**courtroom [7]** 1577/18

1669/2 1669/8 1669/15
1669/16 1669/19
1669/19 1669/22
1670/15 1670/25
1671/15 1673/7
**coverage [1]** 1722/6
**covered [2]** 1662/14
1662/15
**CPT [8]** 1591/13
1629/4 1629/16 1630/8
1630/10 1665/16
1671/25 1678/7
**CR [1]** 1574/4
**crane [1]** 1604/23
**craved [1]** 1642/8
**crazy [1]** 1604/18
**create [1]** 1595/12
**created [5]** 1595/16
1602/2 1603/5 1617/16
1626/6
**crew [1]** 1596/9
**Criminal [1]** 1577/7
**cross [16]** 1576/4
1588/24 1589/3 1620/7
1645/12 1653/21
1662/14 1663/14
1672/9 1672/9 1672/14
1672/20 1681/18
1682/3 1711/2 1714/6
**cross-examination [12]**
1588/24 1589/3 1620/7
1645/12 1653/21
1663/14 1672/9 1672/9
1672/20 1681/18
1682/3 1714/6
**cross-examinations [1]**
1672/14
**CRR [2]** 1723/2 1723/8
**cull [1]** 1688/11
**Cummings [14]**
1665/23 1665/25
1689/17 1689/20
1689/22 1692/12
1692/13 1693/3 1693/6
1693/9 1694/23 1695/6
1695/7 1695/12
**cumulative [1]** 1668/21
**curiosity [1]** 1608/23
**curious [1]** 1581/22
**current [3]** 1610/7
1670/3 1670/13
**currently [2]** 1609/25
1611/23
**cut [4]** 1581/14 1582/7
1582/13 1678/12

**D**

**D.C [23]** 1574/5
1574/17 1575/21
1578/8 1581/8 1612/8
1612/15 1619/22
1619/24 1648/20
1658/23 1658/24
1665/16 1685/14
1686/25 1687/1
1687/12 1687/18
1689/25 1694/16
1698/3 1702/5 1718/4
**D.C. [2]** 1582/16
1582/17

**D.C. Circuit [2]** 1582/16 1582/17
**daily [1]** 1640/15
**dangerous [6]** 1599/20 1599/22 1599/25 1600/6 1647/8 1647/12
**darker [1]** 1677/22
**data [3]** 1646/13 1690/15 1691/6
**date [12]** 1603/8 1616/17 1639/5 1641/18 1671/9 1671/9 1671/10 1677/8 1677/13 1716/6 1718/6 1723/7
**dated [1]** 1685/21
**dates [1]** 1598/2
**daunting [1]** 1669/5
**David [9]** 1575/10 1577/9 1603/7 1645/19 1694/22 1707/1 1716/22 1717/3 1718/8
**David Moerschel [3]** 1603/7 1707/1 1718/8
**day [18]** 1574/7 1577/24 1583/16 1592/23 1604/13 1636/20 1639/16 1640/7 1641/2 1643/4 1647/24 1657/12 1680/9 1681/7 1686/6 1705/18 1718/8 1721/21
**days [7]** 1579/8 1622/21 1659/4 1686/5 1720/13 1720/14 1720/19
**dead [1]** 1669/25
**deadly [1]** 1618/20
**deal [1]** 1711/12
**dealt [1]** 1595/7
**December [36]** 1574/5 1591/1 1591/5 1616/18 1632/22 1639/13 1639/14 1639/15 1646/8 1651/13 1665/3 1665/5 1665/10 1665/22 1666/17 1671/10 1673/20 1674/15 1677/8 1680/4 1680/23 1692/3 1693/17 1694/13 1695/8 1706/20 1710/17 1716/11 1716/20 1717/12 1718/7 1719/25 1720/3 1720/7 1720/14 1723/7
**December 22nd [4]** 1671/10 1673/20 1674/15 1680/4
**December 30th [1]** 1695/8
**December of [1]** 1651/13
**decision [3]** 1578/23 1651/16 1677/25
**decisions [1]** 1581/12

**declaration [1]** 1618/22
**declaring [1]** 1617/1 1617/11 1618/17
**deem [1]** 1678/23
**deemed [2]** 1580/9 1580/18
**deep [1]** 1669/24
**Defendant [18]** 1575/2 1575/6 1575/10 1575/18 1577/8 1577/8 1577/9 1577/9 1577/13 1577/14 1577/15 1577/17 1694/5 1700/15 1700/20 1700/23 1706/3 1718/15
**Defendant Hackett's [1]** 1700/20
**Defendant Moerschel [1]** 1706/3
**Defendant Moerschel's [1]** 1700/23
**defendants [6]** 1574/7 1577/18 1586/15 1672/18 1684/12 1713/18
**defense [26]** 1578/10 1578/13 1583/6 1591/11 1591/15 1613/5 1618/21 1622/5 1628/22 1629/9 1651/22 1651/23 1654/7 1675/23 1682/10 1682/22 1682/25 1683/3 1683/22 1690/6 1691/4 1691/9 1698/10 1701/9 1709/8 1710/23
**defense exhibit [1]** 1682/22
**defense's [1]** 1582/2
**defense-type [1]** 1591/15
**defenses' [1]** 1581/21 1721/3
**defensive [8]** 1613/15 1613/15 1670/22 1670/24 1671/4 1671/25 1672/3 1675/19
**defer [1]** 1578/13
**definitely [1]** 1636/6 1639/22 1642/17
**definition [2]** 1579/18 1617/14
**degree [2]** 1629/7 1660/23
**delayed [2]** 1581/5 1592/22
**delete [1]** 1698/24
**deleted [7]** 1662/17 1667/14 1667/17 1699/1 1699/2 1699/7 1716/24
**democratic [3]** 1594/23 1638/9

**demonstrates [1]** 1585/13
**demonstrations [2]** 1625/7 1625/8
**Dennis [4]** 1599/3 1607/1 1607/7 1637/16
**Dennis Koopman [1]** 1637/16
**departure [1]** 1579/25
**depend [1]** 1665/12
**derived [1]** 1638/18
**describe [1]** 1579/1
**described [1]** 1669/12
**describing [1]** 1713/23
**destructive [1]** 1618/18
**detail [1]** 1662/8
**details [1]** 1713/18
**determination [1]** 1578/17
**determine [1]** 1663/7
**determined [1]** 1709/18
**determining [1]** 1582/8
**devastated [2]** 1624/10 1630/23
**deviation [1]** 1588/23
**did [154]**
**did you [11]** 1601/12 1606/4 1606/20 1618/6 1619/8 1647/21 1653/12 1677/10 1677/10 1677/17 1706/17
**didn't [40]** 1578/19 1578/20 1581/17 1594/5 1595/5 1601/9 1602/25 1612/19 1619/2 1622/22 1623/8 1623/9 1632/19 1644/5 1644/9 1648/15 1648/15 1649/4 1651/18 1652/22 1653/5 1653/17 1655/23 1658/16 1658/16 1658/17 1658/20 1661/5 1661/11 1662/8 1672/6 1674/4 1687/14 1687/20 1687/24 1692/23 1695/18 1699/25 1712/20 1713/23
**die [1]** 1680/7
**different [14]** 1586/7 1613/24 1615/8 1621/15 1632/5 1650/23 1650/24 1658/25 1659/14 1691/14 1691/15 1693/18 1701/8 1711/18
**differently [1]** 1586/8
**difficulties [1]** 1654/15
**diligent [1]** 1588/5
**dipping [1]** 1579/9
**direct [17]** 1576/4

1637/25 1666/4 1685/11 1685/19 1688/2 1689/11 1691/21 1692/14 1698/5 1706/16 1718/21 1718/25 1719/2 1719/3
**direction [3]** 1615/8 1639/23 1651/19
**directly [3]** 1578/20 1698/1 1712/8
**disagree [1]** 1627/7
**disagreed [1]** 1679/13
**disappeared [1]** 1662/21
**disappointed [1]** 1608/22
**disaster [2]** 1654/14 1655/12
**disasters [2]** 1630/12 1630/16
**discipline [1]** 1636/25
**discuss [5]** 1609/4 1649/9 1664/4 1722/1 1722/13
**discussed [10]** 1581/16 1583/11 1612/3 1612/6 1612/14 1628/14 1628/17 1629/6 1667/22 1675/20
**discussing [2]** 1653/14 1693/18
**discussion [7]** 1585/5 1659/6 1659/7 1665/16 1666/19 1672/16 1717/10
**discussions [2]** 1653/11 1672/17
**disengage [1]** 1590/16
**dismiss [1]** 1583/9
**display [1]** 1596/4
**displayed [1]** 1624/12
**dispute [1]** 1693/22
**dissolved [1]** 1594/2
**distant [1]** 1611/22
**distinction [1]** 1692/18
**district [18]** 1574/1 1574/1 1574/10 1578/16 1578/18 1578/25 1579/4 1579/5 1579/12 1580/11 1580/16 1580/16 1580/19 1580/20 1580/21 1580/22 1584/5 1587/11
**DL [1]** 1603/11
**do [126]** 1582/1 1583/10 1583/21 1584/19 1584/24 1588/4 1588/6 1589/25 1590/1 1591/19 1592/1 1592/16 1594/12 1594/20 1594/21 1595/12 1595/15 1595/20 1596/24 1597/23 1597/25

1599/1 1599/8 1599/12 1599/24 1607/13 1607/14 1612/8 1612/10 1613/6 1613/11 1613/23 1613/25 1614/3 1618/15 1619/2 1620/21 1624/22 1636/20 1638/4 1638/5 1641/12 1642/24 1644/20 1645/22 1645/22 1646/13 1646/14 1646/19 1647/4 1648/13 1650/21 1654/2 1654/3 1654/19 1656/18 1657/1 1660/16 1662/5 1663/10 1663/20 1665/10 1665/15 1665/22 1666/12 1667/16 1668/5 1668/10 1668/24 1668/24 1671/2 1671/4 1671/7 1671/8 1671/9 1672/1 1672/2 1672/24 1672/4 1673/6 1674/1 1674/2 1674/8 1674/12 1675/5 1675/12 1675/16 1678/19 1681/2 1681/2 1683/10 1683/16 1684/16 1688/13 1692/6 1692/7 1693/22 1694/12 1694/25 1697/8 1701/12 1702/17 1703/11 1704/18 1705/15 1706/6 1707/2 1707/24 1708/1 1708/23 1709/6 1710/19 1710/25 1711/19 1714/23 1715/4 1715/9 1715/11 1715/18 1716/7 1716/10 1720/14 1720/20 1720/22 1722/5
**do you [9]** 1599/8 1663/20 1665/10 1665/15 1665/22 1702/17 1704/18 1706/6 1707/2
**do you know [2]** 1675/5 1707/7
**do you recognize [3]** 1645/22 1683/10 1684/16
**Do you remember [3]** 1666/12 1701/12 1708/23
**do you see [4]** 1607/13 1645/22 1705/15 1720/14
**do you understand [1]** 1599/1
**Dockery [1]** 1694/23
**document [1]** 1691/19
**documents [1]** 1614/20

**does [18]**  1581/3
1603/20 1610/10
1610/20 1611/7 1617/6
1641/18 1643/10
1643/14 1665/4
1674/25 1675/14
1689/4 1689/5 1704/8
1705/21 1710/7 1710/9

**doesn't [10]**  1579/11
1580/12 1580/13
1580/14 1605/24
1696/9 1696/15
1696/19 1711/3
1719/12

**doing [22]**  1581/5
1589/12 1591/17
1601/5 1602/23
1613/11 1617/3
1627/25 1634/17
1635/2 1636/8 1641/8
1655/21 1657/9
1662/23 1663/2
1687/16 1697/12
1697/15 1703/20
1703/23 1721/12

**Dolan [1]**  1694/24
**domestic [1]**  1617/2
**Dominic [3]**  1706/4
1706/12 1706/23
**don't [78]**  1578/3
1578/9 1578/10 1579/3
1580/25 1581/9
1581/17 1583/5
1583/16 1584/6
1584/12 1584/13
1584/16 1586/9
1586/13 1586/14
1586/16 1596/1 1598/6
1601/9 1608/7 1608/13
1612/21 1621/6 1636/5
1648/1 1648/21
1648/21 1649/6 1649/7
1654/1 1657/4 1657/18
1657/20 1657/20
1657/20 1660/14
1661/2 1665/12 1666/4
1666/5 1666/14
1666/14 1669/6 1670/8
1670/8 1670/9 1671/18
1672/19 1675/6 1681/2
1681/2 1681/3 1681/16
1683/20 1684/8
1684/12 1684/24
1687/14 1687/17
1687/20 1687/21
1687/22 1691/17
1693/2 1693/3 1693/8
1696/17 1697/24
1698/2 1698/3 1699/5
1699/23 1699/24
1700/1 1710/22 1712/9
1722/1
**Donald [1]**  1614/2
**done [8]**  1578/21
1584/7 1622/10
1623/20 1647/6
1661/15 1661/18

**doorsteps [1]**  1720/20
**dose [1]**  1661/13
**down [28]**  1581/19
1605/8 1611/24
1617/19 1623/2
1639/10 1639/12
1639/17 1643/14 1646/7
1651/10 1652/10
1653/9 1665/9 1670/19
1673/10 1677/19
1681/8 1687/3 1705/24
1709/5 1709/19
1713/12 1715/25
1718/11 1720/21
1721/5 1721/20
**downright [1]**  1627/11
**doxed [1]**  1704/1
**doxing [2]**  1627/19
1627/21
**draw [5]**  1606/7
1617/14 1634/24
1635/7 1692/18
**drawing [2]**  1610/15
1635/7
**drew [1]**  1628/20
**drink [3]**  1608/8 1608/9
1608/13
**drive [1]**  1707/24
**driver [2]**  1629/18
1635/22
**driver's [1]**  1579/2
**dues [1]**  1626/11
**dumb [1]**  1696/19
**dumped [1]**  1712/19
**duration [2]**  1580/1
1582/10
**during [9]**  1580/24
1585/21 1598/6
1599/10 1606/14
1625/1 1626/4 1637/25
1721/3
**duties [1]**  1582/20
**duty [2]**  1617/18
1618/15
**dynamic [1]**  1588/10

**E**

**each [3]**  1593/5 1595/4
1719/13
**earlier [3]**  1586/1
1605/16 1644/3
**early [5]**  1577/22
1579/9 1632/9 1635/19
1635/22
**ease [1]**  1678/16
**easier [1]**  1610/5
**Eastern [1]**  1579/5
**easy [3]**  1588/5 1680/5
1680/6
**Ed [1]**  1697/20
**Ed Vallejo [1]**  1697/20
**Edward [4]**  1575/19
1577/10 1707/13
1718/16
**Edward Vallejo [2]**
1707/13 1718/16
**Edwards [3]**  1574/15

**effect [2]**  1662/1
1668/7
**efficiency [1]**  1673/8
**effort [1]**  1592/7
**efforts [7]**  1601/13
1624/2 1624/3 1624/8
1630/23 1642/12
1643/22
**egregious [1]**  1644/21
**either [1]**  1656/17
**elaborate [2]**  1608/2
1608/16
**elect [2]**  1720/8 1720/8
**election [14]**  1606/18
1612/3 1612/3 1612/5
1612/5 1617/5 1617/17
1659/7 1659/10 1686/4
1686/5 1688/21
1705/11 1705/19
**elements [1]**  1600/23
**eliciting [1]**  1614/20
**eligibility [1]**  1584/10
**eliminate [1]**  1688/17
**else [2]**  1596/14
1661/8
**else's [2]**  1600/7
1608/25
**elsewhere [1]**  1614/16
**email [12]**  1574/14
1575/5 1575/8 1575/13
1575/17 1575/22
1591/25 1592/19
1596/17 1603/8 1604/6
1676/12
**emailed [2]**  1591/24
1592/18
**emails [2]**  1593/25
1596/15
**emergencies [1]**
1631/4
**emergency [1]**
1686/25
**employed [1]**  1580/10
**employment [2]**
1580/4 1678/22
**encouraged [1]**
1656/18
**encrypted [1]**  1595/8
**encryption [1]**  1596/18
**end [13]**  1577/24
1595/8 1595/8 1596/18
1596/18 1601/17
1603/23 1639/13
1641/12 1645/7
1693/14 1704/21
1721/21
**end-to-end-encrypted**
**[1]**  1595/8
**endeavors [1]**  1634/20
**ended [2]**  1578/22
1714/2
**ends [1]**  1577/22
1618/18
**enemies [2]**  1617/2
1688/18
**enemy [2]**  1618/20
1688/17

**enforcement [6]**
1600/11 1634/2
1644/17 1644/18
1644/24 1645/3 1656/3
1656/13 1661/15
1666/23
**engage [5]**  1590/19
1590/21 1592/8
1592/14 1621/18
**engaging [3]**  1592/25
1630/8 1675/15
**enough [5]**  1658/1
1663/23 1691/22
1709/17 1709/18
**ensure [1]**  1672/25
**entail [1]**  1675/16
**enter [1]**  1696/23
**entered [4]**  1588/14
1664/11 1714/9
1714/25
**Enthusiastic [1]**
1619/16
**entire [3]**  1673/4
1688/25 1697/23
**entirely [1]**  1587/24
1699/1
**environment [5]**
1599/14 1599/20
1599/22 1612/20
1617/17
**era [1]**  1703/12
**escalation [2]**  1625/14
1625/18
**Especially [1]**  1622/19
**established [1]**  1597/6
**establishing [1]**
1594/2 1594/4 1675/14
1685/14
**et [2]**  1574/6 1659/11
**et cetera [1]**  1659/11
**EV1000.TR [2]**  1683/22
1684/11
**EV6857 [1]**  1694/5
**EV6875 [1]**  1694/4
**evade [1]**  1657/9
**even [9]**  1582/9
1584/20 1585/12
1605/19 1627/1
1627/11 1652/22
1653/5 1693/21
**evening [2]**  1577/21
1605/19
**event [12]**  1578/10
1597/23 1598/1 1599/2
1612/8 1612/12
1612/13 1612/17
1633/21 1654/14
1655/12 1686/25
**events [5]**  1581/12
1614/22 1713/22
1722/2 1722/6
**eventually [6]**  1590/16
1594/15 1595/12
1596/17 1611/16
1632/17
**ever [3]**  1657/22
1666/3 1698/24
**every [16]**  1597/6

1636/20 1638/25
1645/5 1649/13
1649/14 1649/25
1650/1 1651/1 1658/13
1658/14 1660/18
1702/4 1702/7
**everybody [8]**  1577/20
1577/21 1586/25
1660/19 1660/22
1661/8 1664/14
1701/23
**everybody's [1]**  1578/5
**everyday [1]**  1631/24
**everyone [8]**  1577/5
1588/7 1588/15
1588/16 1608/18
1661/9 1719/12 1722/9
**everything [4]**  1662/9
1662/15 1703/12
1704/6
**evidence [20]**  1602/14
1614/16 1615/25
1663/1 1668/19
1673/13 1677/1
1680/19 1682/17
1683/17 1694/5
1702/24 1704/14
1710/10 1712/3
1716/13 1716/17
1717/18 1717/23
1720/14
**exact [2]**  1691/20
1713/18
**exactly [4]**  1613/11
1627/6 1636/12
1636/14
**examination [19]**
1588/24 1589/3
1589/17 1620/7
1621/16 1637/25
1645/12 1653/21
1663/14 1667/11
1672/9 1672/9 1672/20
1681/18 1682/3
1700/10 1706/17
1714/6 1719/3
**examinations [1]**
1672/14
**example [1]**  1678/9
**Excel [1]**  1690/12
**exchange [1]**  1659/12
1676/15
**exchanged [1]**  1596/11
**excited [3]**  1634/16
1634/21 1634/21
**exclude [1]**  1585/16
**excuse [2]**  1587/12
1589/2
**excused [1]**  1583/13
**excusing [1]**  1579/10
**execute [1]**  1662/3
**exhibit [73]**  1601/14
1602/17 1604/2
1609/14 1614/10
1615/22 1615/25
1668/13 1669/9
1669/16 1671/1

## E

**exhibit... [62]** 1671/14 1673/4 1673/5 1674/13 1676/3 1676/19 1677/1 1679/21 1680/11 1680/19 1682/17 1682/20 1682/21 1682/22 1682/24 1682/25 1683/1 1683/4 1683/22 1684/2 1684/11 1685/10 1685/13 1685/17 1686/12 1686/12 1686/16 1686/16 1687/25 1688/1 1688/2 1688/20 1689/9 1689/9 1690/7 1690/21 1691/4 1691/5 1691/9 1691/13 1691/15 1691/21 1692/9 1693/12 1693/13 1693/15 1694/5 1701/7 1702/23 1704/13 1706/10 1708/18 1710/4 1712/3 1713/4 1716/3 1716/14 1716/17 1717/14 1717/23 1719/19 1720/11

**Exhibit 1000.7 [1]** 1682/17

**Exhibit 1002 [2]** 1708/18 1713/4

**Exhibit 4604 [4]** 1614/10 1615/22 1669/9 1669/16

**Exhibit 4609 [1]** 1671/1

**Exhibit 4610 [1]** 1674/13

**Exhibit 6778.2 [1]** 1687/25

**Exhibit 6781 [2]** 1716/3 1716/14

**Exhibit 6857 [2]** 1691/5 1691/9

**EXHIBITS [4]** 1576/10 1602/14 1673/13 1685/8

**existence [1]** 1617/2

**exited [2]** 1664/2 1722/11

**expect [1]** 1688/9

**expectation [3]** 1585/8 1655/15 1722/3

**expense [1]** 1580/14

**experience [14]** 1600/12 1600/14 1600/16 1621/9 1631/24 1634/2 1634/4 1634/9 1636/23 1637/8 1649/9 1649/12 1654/25 1659/12

**explain [3]** 1602/19 1667/25 1719/11

**exposed [1]** 1661/9

**extend [1]** 1582/13

**extent [5]** 1650/5 1656/8 1656/11

**extraordinary [1]** 1584/19

**extreme [2]** 1614/19 1624/25

**extremist [1]** 1679/10

**Eye [1]** 1575/20

## F

**F.2d [1]** 1582/17

**Facebook [2]** 1603/22 1603/25

**fact [12]** 1578/24 1581/3 1586/10 1590/12 1627/10 1633/6 1638/23 1640/1 1651/17 1659/16 1660/21 1704/4

**factor [1]** 1582/18 1678/1 1678/1

**factors [4]** 1580/2 1582/5 1582/6 1677/25

**factually [1]** 1713/7

**fail [3]** 1618/15 1669/17 1669/24

**fair [23]** 1602/7 1605/23 1615/18 1622/8 1624/4 1642/15 1642/18 1643/7 1646/17 1647/1 1651/16 1652/2 1652/21 1653/3 1654/25 1655/1 1655/9 1658/1 1661/12 1662/7 1662/10 1663/23 1672/15

**Faith [4]** 1668/24 1671/7 1720/15 1720/18

**faithful [1]** 1585/8

**fake [1]** 1709/19

**fall [4]** 1597/22 1606/15 1628/6 1628/6

**familiar [8]** 1585/22 1590/9 1596/19 1597/4 1601/22 1622/5 1645/25 1684/18

**familiarity [1]** 1597/5

**family [3]** 1608/25 1626/1 1635/4

**far [10]** 1586/5 1599/11 1611/20 1640/13 1647/15 1647/20 1648/3 1648/11 1648/18 1672/19

**fast [2]** 1623/15 1631/23

**fast-forward [2]** 1623/15 1631/23

**favor [1]** 1582/7

**FB [1]** 1603/24

**FBI [14]** 1614/4 1615/16 1656/9 1656/19 1657/9 1657/15 1657/21 1658/2 1663/1 1699/5 1699/11 1699/21 1700/25 1710/8

**farm [2]**... (see header)

**carry... [2]** 1625/12

**feathered [1]** 1712/14

**feature [1]** 1629/1

**Federal [4]** 1610/18 1617/22 1670/3 1670/14

**feel [1]** 1586/11

**fellow [2]** 1587/21 1628/18

**felt [2]** 1594/23 1613/8

**Ferguson [2]** 1623/19 1623/21

**few [9]** 1581/1 1654/3 1663/21 1703/4 1709/24 1712/25 1715/8 1717/1 1717/5

**fight [1]** 1618/23

**fighting [2]** 1715/12 1715/15

**figure [2]** 1578/5 1641/11

**figures [1]** 1658/25

**fill [1]** 1602/3

**filling [1]** 1626/11

**final [1]** 1704/4

**find [4]** 1627/5 1627/16 1644/6 1644/9

**finish [1]** 1669/4

**fire [6]** 1583/6 1592/11 1634/6 1644/16 1708/9 1712/20

**firearms [1]** 1599/18

**fires [1]** 1630/19

**first [23]** 1582/22 1585/19 1595/17 1596/3 1600/9 1606/11 1607/25 1616/16 1616/24 1621/22 1622/1 1633/20 1654/10 1669/22 1669/23 1677/11 1686/3 1691/14 1692/8 1703/4 1703/8 1706/5 1720/6

**fistfight [2]** 1709/24 1715/8

**fit [1]** 1579/12

**five [2]** 1591/3 1659/4

**five-month [1]** 1591/3

**fixed [1]** 1579/23

**FL [12]** 1575/12 1575/16 1595/18 1632/7 1668/15 1671/5 1673/24 1679/23 1716/6 1716/21 1718/9 1720/15

**flag [1]** 1586/2

**flagged [1]** 1651/5

**flags [1]** 1674/23

**flip [3]** 1696/10 1696/11 1696/13

**floated [1]** 1585/3

**floods [1]** 1630/19

**Florida [49]** 1585/22 1590/2 1590/8 1591/24 1593/2 1593/4 1593/24

**1597/12 1598/23**
1600/19 1600/22 1606/21 1619/6 1620/12 1621/9 1623/2 1624/21 1624/23 1624/25 1625/5 1629/21 1636/4 1640/5 1643/3 1647/6 1654/23 1659/16 1665/16 1666/1 1676/12 1688/6 1689/13 1689/14 1689/21 1694/16 1695/13 1698/21 1698/21 1698/22 1700/16 1700/19 1700/22 1701/24 1702/4 1705/5 1705/7 1708/14

**flowered [1]** 1608/10

**flying [2]** 1651/17 1678/19

**focus [5]** 1591/2 1604/22 1613/5 1635/19 1651/23

**focused [9]** 1651/24 1691/16 1692/2 1693/16 1698/20 1698/21 1709/9 1710/16 1710/24

**focusing [1]** 1616/23

**folder [1]** 1605/19

**folks [1]** 1584/13

**follow [2]** 1584/12 1608/12

**following [3]** 1579/13 1601/12 1688/14

**food [2]** 1631/9 1631/9

**foot [1]** 1643/10

**footsteps [1]** 1618/16

**forces [4]** 1606/13 1609/21 1637/5 1637/6

**foregoing [1]** 1723/3

**foreign [10]** 1610/11 1610/17 1611/10 1617/16 1618/20 1638/6 1669/13 1670/1 1670/2 1688/18

**forgot [1]** 1623/5

**form [14]** 1602/2 1602/3 1602/21 1603/5 1603/6 1604/4 1604/7 1604/12 1626/11 1646/1 1655/12 1670/14 1675/2 1676/1

**formal [6]** 1591/25 1592/19 1599/18 1599/18 1621/12 1634/6

**formally [2]** 1630/25 1681/9

**format [6]** 1592/25 1595/5 1596/23 1597/11 1612/14 1690/12

**formed [1]** 1614/23

**former [3]** 1614/1 1644/16 1656/7

**foims [2]**... (see header)
1602/7

**Fort [1]** 1575/12

**forth [1]** 1653/6

**forum [7]** 1593/16 1595/6 1598/19 1626/14 1626/25 1629/13 1630/5

**forward [4]** 1581/25 1623/15 1631/23 1722/7

**fought [2]** 1712/20 1715/16

**found [5]** 1578/9 1591/15 1593/19 1660/8 1678/5

**foundation [4]** 1684/13 1691/17 1691/21 1691/22

**founders' [1]** 1618/16

**founding [2]** 1610/20 1629/8 1711/6 1712/17

**four [2]** 1672/13 1673/9

**Frankly [1]** 1663/4

**freak [1]** 1661/8

**friends [1]** 1626/1

**front [2]** 1605/14 1721/16

**frustrate [1]** 1656/13

**frustrating [4]** 1656/19 1660/9 1660/11 1660/12

**fucking [1]** 1674/12

**fuel [1]** 1608/7

**full [2]** 1596/5 1650/8

**full-time [1]** 1650/8

**function [2]** 1591/15 1641/3

**fundraising [2]** 1642/12 1642/15

**further [8]** 1587/13 1620/3 1645/8 1663/9 1667/7 1681/11 1700/6 1720/23

**future [1]** 1587/5

## G

**gained [2]** 1580/9 1580/18

**gas [2]** 1608/5 1608/6

**gathered [1]** 1709/16

**Gator [7]** 1660/2 1660/4 1674/20 1680/1 1694/19 1716/21 1717/1

**Gator 6 [1]** 1660/4

**gators [1]** 1717/7

**gave [7]** 1593/20 1601/9 1610/1 1645/5 1646/14 1658/10 1699/11

**gear [1]** 1655/13

**geared [2]** 1613/9 1678/6

**general [6]** 1593/16 1602/24 1647/13

**general... [3]** 1713/20 1714/10 1714/14

**generally [2]** 1590/1 1600/21

**generals [1]** 1687/3

**generation [3]** 1618/20 1711/6 1712/17

**genius [1]** 1674/5

**gentleman [4]** 1607/17 1618/25 1643/13 1653/24

**gentlemen [3]** 1588/17 1589/22 1712/14

**GenX [1]** 1674/1

**get [18]** 1584/14 1592/17 1593/13 1601/18 1605/10 1608/5 1611/14 1613/3 1614/11 1639/22 1642/25 1655/13 1671/15 1692/4 1710/17 1711/8 1713/17 1721/6

**getting [3]** 1579/2 1603/24 1680/8

**girlfriend [1]** 1581/7

**give [6]** 1594/6 1608/3 1617/14 1646/12 1658/8 1662/13

**given [8]** 1581/5 1585/14 1587/11 1596/13 1618/21 1641/4 1665/5 1678/9

**giving [1]** 1641/11

**globalist [1]** 1617/4

**gmail.com [2]** 1575/5 1575/8

**go [66]** 1578/21 1581/19 1583/19 1594/4 1594/19 1595/10 1598/17 1598/25 1599/6 1601/2 1603/4 1603/15 1604/1 1604/16 1608/8 1608/15 1608/19 1611/5 1612/15 1616/15 1617/25 1622/1 1622/21 1624/9 1626/20 1626/22 1662/2 1662/3 1663/22 1667/20 1667/21 1669/15 1669/16 1669/17 1669/15 1671/3 1671/7 1673/10 1674/13 1674/19 1674/24 1675/4 1675/9 1676/2 1678/11 1686/12 1687/25 1689/9 1692/19 1694/1 1694/11 1695/18 1695/19 1697/12 1697/14 1698/13 1701/4 1702/25 1704/13 1704/20 1709/3 1712/2 1712/11 1713/19 1713/23

**go ahead [5]** 1667/20 1694/1 1701/4 1712/2 1712/11

**goal [1]** 1630/22

**God [3]** 1618/21 1630/16 1630/24

**God-given [1]** 1618/21

**goes [1]** 1580/2

**going [62]** 1578/21 1583/6 1583/19 1583/25 1584/12 1586/12 1586/13 1587/12 1587/12 1588/22 1588/25 1591/3 1591/7 1592/12 1593/25 1594/6 1594/11 1594/12 1594/21 1595/23 1598/4 1598/5 1598/15 1598/17 1599/14 1600/13 1600/4 1602/23 1602/24 1603/3 1605/18 1609/11 1611/12 1615/7 1621/5 1621/25 1622/15 1623/9 1624/20 1626/10 1634/18 1635/5 1636/21 1639/20 1641/12 1647/2 1647/3 1647/13 1651/19 1661/4 1661/10 1663/5 1689/5 1692/7 1692/11 1693/21 1701/6 1711/4 1713/5 1713/12 1713/17 1714/4

**gone [1]** 1696/1

**good [25]** 1577/6 1577/20 1583/15 1586/24 1588/16 1589/10 1589/19 1589/20 1595/3 1601/7 1620/9 1620/10 1645/7 1645/14 1645/15 1663/16 1663/17 1664/17 1664/18 1674/11 1682/7 1682/8 1691/22 1700/12 1700/13

**good morning [11]** 1577/20 1588/16 1589/10 1589/19 1589/20 1620/9 1620/10 1645/14 1663/16 1663/17 1682/8

**good-enough [1]** 1691/22

**Gorda [2]** 1575/16 1717/3

**got [10]** 1588/25 1591/25 1609/24 1614/22 1629/11 1674/5 1677/24 1683/17 1683/18 1716/23

**GoTo [1]** 1597/10

**GoToMeeting [27]** 1596/20 1596/22 1596/23 1597/3 1597/10 1597/18 1598/22 1612/14 1628/14 1638/20 1641/21 1648/12 1657/11 1658/5 1664/20 1666/9 1682/11 1683/11 1684/18 1684/19 1685/1 1686/7 1686/9 1691/15 1692/1 1693/10 1705/17

**GoToMeetings [9]** 1621/1 1633/3 1638/20 1640/25 1641/14 1690/10 1691/5 1692/21 1700/2

**gotten [2]** 1653/4 1675/24

**government [48]** 1574/14 1577/12 1580/11 1581/23 1585/23 1589/6 1589/15 1602/14 1605/13 1605/24 1610/12 1610/13 1610/17 1610/18 1611/9 1614/14 1614/18 1615/21 1615/25 1617/22 1618/18 1670/3 1670/14 1671/13 1671/14 1672/24 1673/13 1676/16 1677/1 1680/15 1680/19 1682/2 1682/21 1682/24 1688/20 1703/16 1710/3 1710/10 1710/19 1711/24 1712/3 1715/22 1716/13 1716/13 1716/17 1717/18 1717/23 1722/14

**Government Exhibit 4609 [1]** 1671/14

**government's [36]** 1576/5 1576/12 1582/7 1601/16 1602/17 1604/1 1609/14 1614/10 1615/22 1668/13 1669/9 1669/15 1671/1 1674/13 1676/9 1676/19 1679/21 1680/11 1683/1 1686/12 1686/16 1687/25 1689/9 1691/21 1692/9 1692/18 1693/13 1701/7 1704/13 1706/10 1708/18 1713/4 1716/3 1717/14 1719/19 1720/11

**governments [1]** 1610/12

**governor's [37]** 1712/18 1715/23

**grant [2]** 1584/24 1585/17

**grateful [1]** 1721/23

**Graydon [1]** 1694/23

**great [1]** 1704/22

**green [1]** 1608/13

**grew [1]** 1632/20

**group [61]** 1590/9 1590/16 1590/19 1590/21 1591/9 1591/10 1594/24 1595/10 1595/13 1595/15 1595/20 1595/21 1595/21 1595/22 1595/23 1596/14 1597/9 1597/14 1597/15 1597/17 1597/18 1598/10 1598/15 1607/4 1607/6 1607/9 1619/11 1632/7 1632/12 1633/1 1641/3 1641/15 1646/11 1648/9 1649/12 1650/12 1651/3 1651/18 1661/13 1665/6 1669/3 1671/4 1671/4 1671/11 1673/9 1673/20 1673/24 1675/10 1676/12 1678/5 1679/23 1680/24 1681/9 1688/6 1690/1 1690/3 1695/13 1697/15 1708/4 1708/14 1714/8

**groups [7]** 1628/8 1628/11 1629/7 1632/5 1635/23 1640/11 1668/4

**guard [4]** 1590/8 1600/24 1600/25 1621/10

**guess [5]** 1578/14 1693/20 1696/11 1713/15 1714/12

**guest [4]** 1641/4 1641/5 1641/7 1665/6

**guns [1]** 1708/13

**guy [5]** 1634/11 1634/15 1643/7 1643/11 1658/21

---

**H**

**ha [2]** 1717/7 1717/7

**Ha-ha [1]** 1717/7

**habitation [1]** 1579/23

**Hackett [37]** 1575/6 1577/9 1577/14 1596/1 1599/4 1599/8 1599/13 1601/6 1604/5 1604/7 1604/10 1605/1 1607/8 1607/11 1607/13 1607/20 1607/23 1620/20 1620/20 1630/4 1632/9 1633/17 1634/1 1634/11

**Hackett's [1]** 1700/20

**had [108]** 1577/21 1577/25 1578/1 1578/2 1578/6 1578/9 1581/3 1584/20 1586/11 1588/4 1591/13 1592/15 1592/21 1594/1 1594/9 1595/6 1595/10 1596/11 1596/13 1597/5 1599/17 1599/18 1599/19 1600/12 1600/12 1601/2 1607/2 1608/3 1608/23 1609/5 1609/8 1611/21 1614/18 1614/23 1615/7 1621/12 1621/17 1622/12 1622/12 1623/4 1623/16 1623/20 1624/14 1626/24 1627/2 1627/14 1631/1 1631/6 1632/14 1634/4 1634/6 1636/6 1636/13 1636/22 1638/25 1639/1 1639/19 1640/15 1640/18 1641/3 1641/3 1641/4 1642/19 1644/4 1644/17 1645/4 1646/7 1647/3 1647/6 1647/16 1648/7 1648/12 1648/22 1648/22 1649/15 1649/17 1651/11 1652/17 1652/19 1656/2 1656/7 1656/18 1657/16 1658/24 1661/6 1661/6 1662/14 1663/6 1663/6 1664/22 1665/3 1665/5 1665/22 1666/9 1666/22 1675/24 1676/15 1687/17 1695/20 1695/20 1695/23 1697/24 1699/16 1701/23 1707/1 1709/8 1710/25

**hadn't [5]** 1622/10 1625/16 1625/17 1653/4 1653/9

**Halim [8]** 1575/6 1577/14 1620/16 1672/21 1680/17 1700/15 1702/16 1704/16

**hand [2]** 1587/22 1589/7

**handbook [1]** 1609/10

**handful [1]** 1632/15

**handle [1]** 1660/22

**handled [1]** 1700/25

**H**

handwriting [2] 1616/7 1616/8
Hang [1] 1683/16
Hangout [10] 1595/19 1632/7 1668/15 1671/5 1673/24 1679/24 1716/6 1716/21 1718/9 1720/15
happen [9] 1598/12 1605/25 1608/24 1660/6 1660/7 1661/8 1661/11 1684/7 1689/5
happened [14] 1608/21 1608/22 1660/8 1660/18 1663/4 1687/22 1692/4 1693/18 1705/10 1711/1 1711/7 1712/25 1713/14 1714/13
happening [2] 1598/11 1610/16
happy [1] 1583/21
hard [1] 1684/8
harm [2] 1627/25 1644/22
Harrelson [5] 1595/25 1599/4 1607/8 1660/4 1694/19
Harris [27] 1585/21 1585/23 1586/12 1588/24 1589/4 1681/15 1682/2 1682/7 1683/12 1683/25 1684/2 1684/16 1686/16 1686/22 1691/18 1692/3 1693/16 1700/12 1706/13 1710/5 1714/18 1716/2 1720/9 1720/24 1721/2 1721/5 1721/20
Harris' [1] 1691/16
has [22] 1578/24 1579/24 1581/13 1581/23 1582/1 1584/25 1585/15 1586/5 1587/18 1607/17 1610/18 1617/16 1617/18 1634/1 1643/12 1643/14 1643/20 1650/5 1676/5 1680/25 1683/1 1691/14
hasn't [1] 1578/22
hated [1] 1716/23
Hatsy [1] 1674/25
have [109] 1580/9 1580/16 1580/18 1580/20 1581/3 1581/24 1582/10 1586/7 1586/16 1588/22 1590/5 1591/11 1592/3 1593/15 1594/5 1594/9 1594/11 1594/12 1594/13 1597/3 1600/11 1600/23

1604/13 1604/24
1605/9 1607/11
1607/12 1608/11
1608/13 1609/9
1610/13 1610/13
1611/8 1611/16 1621/9
1624/10 1628/21
1632/19 1633/7 1641/4
1641/17 1641/21
1643/25 1645/4 1645/8
1646/14 1647/15
1648/7 1648/14
1648/15 1649/2 1649/2
1650/7 1650/19
1653/19 1654/3
1654/20 1654/24
1654/24 1655/17
1657/6 1657/11
1657/22 1657/23
1657/24 1657/25
1658/12 1660/22
1663/18 1663/22
1666/1 1666/4 1666/22
1668/20 1669/5 1669/6
1672/1 1674/4 1675/16
1676/23 1677/11
1683/15 1683/21
1684/3 1684/22
1684/23 1684/24
1685/8 1685/17
1685/23 1686/23
1692/8 1693/12
1693/21 1696/1 1697/8
1697/25 1698/17
1698/18 1702/19
1707/1 1710/5 1710/6
1715/1 1720/23
1721/15 1721/17
haven't [3] 1671/17 1684/25 1698/5
having [8] 1583/3 1585/7 1591/12 1599/17 1655/13 1655/22 1665/15 1707/4
Haywood [1] 1582/16
he [180]
he said [5] 1581/1 1607/2 1610/7 1658/18 1674/11
he's [24] 1581/5 1581/7 1584/2 1584/7 1586/5 1586/13 1606/12 1607/17 1607/18 1615/4 1643/7 1643/11 1643/13 1670/13 1674/5 1680/6 1685/14 1692/5 1692/23 1695/8 1695/16 1695/17 1706/14 1713/22
head [2] 1584/9 1604/23
healthy [1] 1661/13
hear [2] 1586/14 1622/2
heard [7] 1617/13

1657/22 1659/14
1659/15 1666/22
hearing [1] 1617/7
hearsay [1] 1667/18
heck [1] 1693/21
heft [1] 1643/12
held [1] 1597/7
hell [1] 1688/9
help [3] 1594/2 1636/7 1655/14
helpful [2] 1585/23 1609/12
her [1] 1580/24
here [57] 1577/22 1583/6 1583/9 1583/14 1585/24 1588/5 1603/10 1603/17 1604/21 1604/24 1609/19 1610/4 1610/13 1610/20 1610/24 1610/25 1612/16 1616/23 1617/10 1618/3 1620/11 1640/2 1645/16 1651/12 1653/14 1653/24 1669/17 1669/20 1669/22 1671/20 1672/1 1673/10 1673/19 1674/14 1678/12 1678/16 1679/1 1679/4 1680/5 1680/6 1685/3 1691/4 1691/18 1693/21 1694/18 1699/14 1703/11 1703/19 1704/1 1704/5 1705/17 1709/15 1712/22 1715/1 1716/10 1716/23 1718/3
here's [2] 1580/8 1580/15
Hey [2] 1661/2 1712/17
HI [3] 1575/4 1586/22 1620/17
hide [5] 1661/2 1661/15 1663/1 1695/24 1696/2
highlighted [2] 1614/18 1720/19
highlights [1] 1582/18
Hilliard [1] 1590/2
him [49] 1582/14 1585/8 1593/13 1593/19 1593/20 1599/15 1599/16 1599/17 1601/7 1601/9 1606/25 1607/1 1607/4 1607/6 1607/15 1614/18 1615/9 1620/22 1620/24 1633/24 1634/14 1636/9 1643/12 1645/22 1646/19 1647/21 1648/1 1648/16 1648/23 1649/3 1649/4 1649/6

1658/17 1666/3 1666/6
1676/14 1677/11
1677/17 1677/21
1680/24 1692/15
1692/19 1693/6 1698/1
1699/19 1708/14
1711/5
his [56] 1579/1 1579/2
1580/24 1581/2 1581/3
1582/22 1584/4 1585/7
1585/21 1586/8
1588/20 1593/19
1597/20 1598/23
1603/20 1604/10
1605/14 1605/20
1609/5 1610/1 1610/14
1614/17 1614/20
1615/7 1633/24
1633/25 1634/17
1634/20 1636/5 1636/7
1636/10 1643/14
1645/23 1645/24
1646/4 1646/18
1646/18 1650/3 1650/6
1658/17 1658/19
1663/19 1668/25
1677/18 1691/21
1693/17 1697/19
1699/11 1699/18
1699/21 1699/24
1703/8 1707/18
1707/20 1708/13
1712/18
history [2] 1584/17 1645/6
hits [1] 1679/10
hold [2] 1641/5 1644/19
home [7] 1579/21 1579/22 1579/22 1581/8 1605/16 1620/2 1681/13
honestly [1] 1648/21 1670/8
Honor [30] 1577/6 1578/14 1585/19 1605/9 1614/11 1614/13 1620/4 1644/1 1662/13 1663/21 1667/7 1667/10 1668/18 1673/2 1683/19 1684/10 1684/14 1691/8 1691/10 1700/8 1711/13 1711/24 1712/6 1713/5 1713/21 1714/15 1721/1 1721/6 1719/22 1712/14
HONORABLE [2] 1574/9 1577/4
hood [1] 1608/6
hope [3] 1577/21 1657/11 1674/5
hopefully [1] 1602/20
hosted [1] 1633/3
hostile [3] 1627/11 1627/15 1627/22

hotel [7] 1609/2 1609/3
1707/9 1707/12
1707/14 1707/16
1708/14
hours [8] 1665/11
1703/5 1709/24
1712/25 1713/13
1714/7 1714/13 1715/8
house [2] 1578/21
1687/2
Houston [1] 1584/20
How [33] 1581/22
1581/24 1584/13
1586/22 1586/23
1590/7 1591/20
1592/16 1593/13
1594/4 1596/3 1596/8
1596/14 1598/19
1601/6 1607/25
1611/20 1617/6 1621/6
1622/2 1623/16
1636/13 1650/25
1663/10 1677/7 1679/6
1679/6 1688/22
1701/12 1701/24
1702/5 1703/12
1719/12
however [1] 1588/24
Hughes [7] 1574/14
1577/11 1589/5
1589/13 1605/22
1637/25 1667/9
huh [8] 1599/23
1620/15 1630/13
1630/20 1632/3
1643/21 1660/3 1667/3
human [1] 1592/5
hundred [1] 1669/4
hundreds [9] 1622/4
1640/21 1640/21
1640/21 1649/21
1650/16 1662/20
1662/20 1690/12
hurricane [4] 1623/25
1624/2 1624/3 1624/8
hurricanes [2] 1624/10
1630/19

**I**

I also [2] 1623/25
1658/18
I am [4] 1601/24
1621/8 1672/5 1684/20
I believe [13] 1595/19
1609/6 1621/16
1658/22 1664/19
1676/5 1689/24 1696/1
1699/1 1701/14
1706/14 1706/22
1719/4
I can [3] 1608/3 1698/7
1701/18
I couldn't [2] 1584/8
1710/17
I did [14] 1599/7
1601/14 1619/20
1619/25 1620/13
1627/3 1632/6 1639/9

**I**
**I did... [6]** 1640/3
1640/20 1641/2
1646/13 1647/15
1672/10
**I didn't [3]** 1601/9
1658/16 1658/16
**I do [1]** 1646/19
**I don't [14]** 1579/3
1584/12 1584/16
1586/13 1601/9
1657/20 1657/20
1666/14 1666/14
1670/9 1681/3 1683/20
1684/24 1697/24
**I don't have [2]**
1586/16 1666/4
**I don't recall [4]**
1657/20 1665/12
1698/2 1699/5
**I gave [2]** 1601/9
1645/5
**I guess [1]** 1578/14
**I have [10]** 1605/9
1607/12 1645/8
1653/19 1657/23
1657/25 1676/23
1684/22 1684/24
1698/18
**I hope [1]** 1577/21
**I just [5]** 1584/11
1586/2 1599/14
1706/14 1720/19
**I know [4]** 1582/21
1599/3 1599/13 1666/5
**I mean [5]** 1583/6
1585/25 1605/16
1605/19 1713/16
**I mean, he's [1]** 1615/4
**I recall [1]** 1648/6
1658/3 1665/24 1698/2
1699/18
**I should [2]** 1604/13
1668/20
**I think [18]** 1578/19
1578/24 1579/18
1581/11 1581/16
1581/18 1583/3
1583/15 1585/14
1585/25 1586/11
1601/10 1606/21
1643/17 1657/21
1680/24 1699/3 1701/8
**I thought [1]** 1677/14
**I understand [1]**
1582/2 1584/8 1698/20
**I want [8]** 1578/4
1606/7 1624/19
1637/24 1638/19
1659/23 1678/25
1718/14
**I wanted [3]** 1602/25
1647/14 1662/15
**I was [15]** 1581/22
1587/20 1599/13
1600/18 1619/23
1620/2 1623/18 1636/7
1639/4 1639/19

1659/16 1641/19
1641/12 1644/25
1646/13
**I went [1]** 1591/16
**I will [2]** 1587/7
1601/18
**I worked [1]** 1600/18
**I'd [8]** 1591/12 1595/7
1621/25 1622/16
1682/16 1690/21
1712/5 1712/9
**I'll [15]** 1579/14 1583/9
1584/24 1585/16
1631/23 1640/2 1640/2
1649/25 1650/7
1650/24 1664/3
1677/11 1683/19
1685/7 1698/12
**I'm [50]** 1578/21
1582/13 1583/8
1583/18 1583/21
1584/3 1586/23
1586/24 1587/12
1588/4 1588/7 1590/4
1591/7 1593/24 1594/6
1605/20 1609/11
1610/22 1621/5
1621/25 1624/23
1635/12 1636/19
1646/19 1648/13
1648/17 1650/3 1651/6
1657/24 1660/10
1661/4 1661/10 1663/7
1663/21 1667/20
1672/4 1677/16 1678/6
1678/23 1679/8
1682/23 1683/10
1684/14 1686/20
1692/11 1693/20
1697/7 1706/15 1713/5
1719/7
**I'm going [4]** 1578/21
1587/12 1621/5
1621/25
**I'm just [1]** 1584/3
**I'm not [2]** 1661/4
1661/10
**I'm not sure [2]**
1582/13 1605/20
**I'm sorry [9]** 1588/7
1610/22 1657/24
1660/10 1663/21
1677/16 1682/23
1686/20 1719/7
**I've [8]** 1587/8 1614/13
1617/13 1645/24
1685/2 1685/2 1698/9
1698/16
**icon [2]** 1667/4 1697/5
**ID [1]** 1607/22
**idea [8]** 1583/12
1601/7 1601/10 1654/6
1655/23 1659/23
1675/3 1693/21
**ideas [1]** 1659/12
**identification [6]**
1602/1 1602/3 1607/20
1645/24 1646/4 1661/2

identity **[2]** 1607/5
1607/15
**identifying [2]** 1605/14
1627/17
**identities [2]** 1644/7
1644/10
**identity [6]** 1605/21
1627/23 1644/23
1645/3 1695/24 1696/2
**ideology [4]** 1617/9
1629/8 1658/16 1678/6
**II [1]** 1616/6
**ill [4]** 1583/12 1583/13
1583/15 1584/2
**illegal [2]** 1585/4
1695/24
**illegitimate [1]** 1618/17
**image [1]** 1609/8
**images [1]** 1609/16
**immediate [1]** 1585/6
**impairs [1]** 1582/19
**impartial [1]** 1582/19
**impartially [1]** 1582/25
**imperil [2]** 1679/3
1679/6
**implied [1]** 1671/21
**important [3]** 1636/8
1636/9 1693/7
**importantly [1]**
1588/20
**impossible [2]** 1650/9
1651/2
**impression [2]**
1619/13 1645/1
**impressions [2]**
1614/23 1634/14
**improper [2]** 1615/10
1672/20
**inability [1]** 1708/13
**inaccurate [1]** 1713/7
**inappropriate [3]**
1650/19 1650/21
1678/21
**incapable [1]** 1618/17
**inches [1]** 1643/10
**incidents [1]** 1659/20
**inclined [1]** 1587/20
**include [1]** 1600/14
**includes [1]** 1651/25
**including [5]** 1581/2
1628/4 1652/25 1696/3
1707/18
**income [2]** 1580/4
1580/4
**increase [1]** 1601/12
**increased [1]** 1649/17
**increasing [3]** 1628/7
1658/9 1661/23
**indelicate [1]** 1621/6
**independence [1]**
1618/22
**independent [1]**
1722/1
**independently [1]**
1672/25
**INDEX [2]** 1576/2
1576/10
**Indian [1]** 1575/7

**indicated [4]** 1594/10
1598/15 1621/16
1629/10
**indicating [2]** 1581/7
1622/16
**indicted [1]** 1720/6
**individual [9]** 1591/24
1592/21 1593/8
1593/15 1606/8 1628/2
1644/7 1647/6 1692/20
**individuals [9]** 1594/9
1594/22 1596/4
1631/16 1642/19
1661/5 1667/25
1689/14 1689/14
**inexperienced [1]**
1634/11
**infiltrated [1]** 1610/13
**inflaming [1]** 1585/15
**influenced [1]** 1586/13
**information [9]**
1605/14 1624/12
1624/13 1624/15
1627/17 1632/19
1642/12 1644/21
1646/18
**informed [1]** 1666/22
**initial [3]** 1594/5
1595/3 1595/23
**initially [11]** 1590/15
1591/18 1594/23
1595/17 1606/24
1608/2 1619/20
1628/20 1646/9
1676/11 1677/18
**initiative [1]** 1629/20
**injured [1]** 1631/7
**injury [1]** 1636/16
**Inn [4]** 1707/9 1707/12
1707/14 1707/16
**inside [5]** 1591/23
1592/20 1593/14
1595/6 1608/8
**inspired [1]** 1592/14
**installing [1]** 1617/5
**instances [1]** 1655/10
**Instead [1]** 1646/21
**institution [2]** 1580/12
1580/13
**instructions [2]** 1608/3
1608/19
**insurgency [4]**
1609/25 1610/8 1611/3
1611/21
**insurrection [13]**
1617/1 1617/1 1617/11
1617/11 1617/11
1617/12 1617/15
1617/18 1617/21
1617/22 1674/4 1675/8
1675/15
**Insurrection Act [4]**
1617/11 1617/12
1675/8 1675/15
**intelligent [1]** 1582/19
**intend [1]** 1640/4
**intended [1]** 1656/12

**intending [2]** 1581/7
1582/6
**intends [1]** 1580/21
1582/8
**intent [12]** 1580/16
1580/19 1581/2
1582/10 1602/22
1602/22 1617/4 1640/7
1644/21 1647/14
1651/21 1656/16
**intention [4]** 1578/18
1579/25 1672/1
1688/15
**interact [1]** 1622/22
**interacted [2]** 1620/22
1620/24
**interacting [4]** 1623/12
1629/12 1630/5 1630/7
**interaction [2]** 1623/5
1648/16
**interactions [2]**
1635/24 1648/23
**interest [5]** 1581/5
1582/12 1591/11
1591/18 1628/21
**interested [1]** 1637/17
**interesting [2]** 1591/16
1607/3
**interfaced [1]** 1635/14
**interfere [1]** 1679/11
**interfering [1]** 1613/7
**internal [2]** 1659/13
1678/9
**interpretation [1]**
1713/25
**intervention [1]**
1636/16
**interviewed [1]** 1614/4
**introduce [3]** 1671/18
1672/12 1711/24
**introduced [3]** 1693/3
1711/2 1721/10
**introducing [1]**
1583/18
**introduction [1]**
1691/18
**investigation [2]**
1690/9 1697/23
**invoke [1]** 1617/1
**involved [8]** 1612/22
1632/23 1640/4
1650/12 1650/17
1652/14 1661/7
1699/23
**involvement [2]** 1600/1
1612/24
**involving [3]** 1577/24
1585/4 1659/20
**iOS [1]** 1696/15
**IP [1]** 1705/17
**is [284]**
**is that correct [4]**
1642/25 1677/6
1714/20 1718/23
**isn't [1]** 1638/21
**issue [11]** 1578/1
1578/3 1578/15 1583/3
1605/21 1635/11

**I**

**issue... [5]** 1661/23
1661/24 1713/9 1714/7
1714/8
**issues [2]** 1584/3
1603/1
**issuing [1]** 1681/7
**it [259]**
**it was [1]** 1675/7
**it's [87]** 1578/7 1578/8
1578/20 1578/22
1579/7 1581/9 1582/21
1583/7 1584/12 1585/1
1587/9 1588/5 1591/22
1596/18 1596/24
1600/2 1601/10
1601/10 1603/9
1605/21 1614/21
1615/3 1615/5 1615/6
1615/17 1616/18
1617/9 1618/7 1619/5
1620/18 1622/4 1622/8
1635/4 1635/5 1641/22
1650/3 1650/4 1650/19
1650/20 1650/20
1650/21 1650/25
1651/16 1652/21
1653/3 1658/7 1662/7
1663/24 1665/5 1665/7
1666/13 1667/19
1668/22 1670/5
1670/24 1671/23
1672/19 1672/20
1672/22 1673/7 1673/9
1673/10 1678/5
1678/12 1680/5 1680/6
1680/17 1684/8 1687/6
1688/13 1691/22
1692/5 1697/1 1701/3
1701/19 1702/23
1702/24 1708/21
1711/2 1712/7 1712/7
1714/7 1714/9 1714/9
1714/10 1721/16
1722/3
**its [4]** 1604/13 1617/4
1672/16 1693/23
**itself [2]** 1617/23
1670/2

**J**

**Jackson [1]** 1575/11
**Jan. [3]** 1688/9 1698/3
1717/11
**Jan. 6 [3]** 1688/9
1698/3 1717/11
**January [40]** 1619/22
1620/1 1641/13
1641/16 1641/18
1641/20 1653/11
1662/17 1666/10
1666/12 1666/18
1688/21 1688/23
1688/24 1692/2 1692/4
1692/10 1692/21
1693/19 1695/1 1695/2
1695/9 1695/9 1699/14
1699/17 1699/18

1707/11 1710/18
1711/1 1711/10
1711/21 1712/16
1712/25 1715/14
1715/21 1718/4 1722/3
**January 20 [1]** 1695/2
**January 5th [1]** 1707/8
**January 6th [24]**
1619/22 1620/1
1641/16 1653/11
1662/17 1666/10
1688/21 1688/23
1688/24 1692/2 1692/4
1692/10 1692/21
1695/1 1695/9 1699/14
1699/17 1707/8
1711/21 1712/25
1715/14 1715/21
1718/4 1722/3
**Jason [1]** 1694/24
**Jeffrey [2]** 1574/14
1577/11
**jeffrey.nestler [1]**
1574/18
**Jeremy [8]** 1606/9
1606/11 1606/12
1608/1 1608/3 1617/7
1637/4 1637/14
**Jeremy Brown [6]**
1606/9 1606/11 1608/1
1617/7 1637/4 1637/14
**Jessica [1]** 1685/18
**Jessica Watkins [1]**
1685/18
**job [8]** 1584/18 1594/6
1622/3 1650/8 1668/10
1679/3 1679/6 1679/14
**Joe [1]** 1604/5
**Joe Hackett [1]** 1604/5
**John [2]** 1683/21
1684/1
**Johnwillow23 [1]**
1604/8
**join [3]** 1590/14
1591/10 1622/16
**joined [6]** 1590/15
1591/9 1591/19
1621/22 1622/13
1716/6
**joining [3]** 1622/15
1666/6 1718/8
**Joseph [10]** 1575/6
1577/9 1596/1 1599/4
1607/8 1607/20
1620/20 1700/15
1720/15 1720/18
**Joseph Hackett [8]**
1596/1 1599/4 1607/8
1607/20 1620/20
1700/15 1720/15
1720/18
**Jr [1]** 1575/2
**JUDGE [2]** 1574/10
1713/10
**July [2]** 1590/22
1591/5
**jurisdictions [1]**

**juror [16]** 1578/1
1578/3 1579/10
1579/11 1582/8
1582/18 1582/25
1583/9 1583/12
1583/13 1583/19
1583/24 1584/4
1585/18 1587/1
1588/19
**juror's [3]** 1578/11
1582/20 1583/7
**jurors [3]** 1583/16
1584/12 1587/21
**jury [25]** 1574/9 1583/7
1583/14 1583/19
1583/25 1585/15
1586/21 1587/7
1587/11 1587/13
1588/13 1588/14
1589/22 1602/20
1605/14 1650/12
1664/2 1664/8 1664/10
1664/11 1693/12
1712/15 1719/11
1721/16 1722/11
**jury's [1]** 1605/20
**just [95]** 1578/4 1578/7
1578/20 1581/14
1581/22 1582/1
1582/15 1582/24
1583/10 1583/24
1584/1 1584/3 1584/11
1584/23 1586/2 1595/4
1596/24 1599/14
1599/19 1600/8
1601/10 1601/15
1603/17 1603/24
1604/6 1607/10 1608/7
1610/4 1613/2 1613/12
1614/9 1616/3 1616/10
1616/16 1616/20
1618/18 1621/5
1626/20 1632/15
1640/2 1640/5 1643/25
1644/22 1650/9
1650/25 1659/23
1660/15 1660/22
1662/7 1662/11
1662/14 1663/18
1664/3 1666/6 1669/17
1670/25 1673/4 1673/7
1673/7 1673/8 1674/12
1675/24 1676/1 1676/3
1678/13 1678/16
1679/1 1679/13
1680/10 1680/17
1682/19 1684/1
1686/24 1691/23
1692/17 1693/2
1693/12 1695/8
1695/12 1698/11
1698/12 1699/1 1702/2
1702/11 1703/4
1704/20 1706/14
1709/15 1710/18
1714/12 1714/13
1719/17 1720/18

**justice [1]** 1662/23

**K**

**Kailua [1]** 1575/4
**Kamala [2]** 1720/4
1720/8
**keen [2]** 1591/11
1628/21
**keep [3]** 1640/22
1647/8 1668/8
**Keeper [9]** 1619/18
1619/21 1624/9 1627/8
1633/11 1633/21
1639/18 1688/6
1689/21
**Keepers [39]** 1590/10
1590/12 1590/14
1593/11 1595/18
1601/2 1612/24
1621/23 1622/2
1623/17 1624/5
1624/15 1626/9
1626/17 1627/11
1628/21 1630/22
1639/8 1641/24 1644/6
1647/24 1651/11
1652/7 1652/22
1654/19 1654/23
1655/5 1655/13
1655/24 1656/9
1659/13 1659/16
1662/1 1667/17
1686/23 1687/12
1701/24 1702/11
1703/23
**Keepers' [1]** 1599/25
**Kelly [13]** 1595/25
1599/3 1607/7 1619/12
1643/2 1643/7 1660/1
1674/20 1676/13
1677/19 1680/1
1694/20 1716/21
**Kelly Meggs [10]**
1595/25 1599/3 1607/7
1619/12 1643/7 1660/1
1674/20 1676/13
1680/1 1716/21
**Kellye [1]** 1720/2
**KELSEY [1]** 1682/2
**Ken [1]** 1660/4
**Ken Harrelson [1]**
1660/4
**Kenneth [7]** 1595/25
1599/4 1607/8 1694/19
1694/24 1707/5 1707/7
**Kenneth Bittner [1]**
1707/5
**Kenneth Harrelson [4]**
1595/25 1599/4 1607/8
1694/19
**Kentucky [1]** 1597/24
**kept [4]** 1580/13
1613/6 1702/2 1710/16
**key [3]** 1578/17 1580/8
1580/15
**kick [1]** 1655/13
**kind [10]** 1601/1

**justice [1]** 1662/23

1647/7 1654/7 1654/20
1679/10 1681/4 1711/6
1714/3
**kinds [1]** 1605/17
**knew [9]** 1596/12
1623/18 1623/23
1623/25 1642/8
1644/17 1645/2
1655/23 1711/4
**know [73]** 1578/9
1580/25 1580/25
1581/1 1581/9 1581/23
1582/21 1583/5 1587/6
1587/20 1588/4 1596/8
1598/7 1599/3 1599/13
1599/19 1602/25
1620/20 1622/21
1623/21 1636/13
1646/19 1646/25
1647/14 1648/3
1648/11 1648/13
1648/15 1648/15
1648/18 1648/21
1648/21 1649/4 1649/6
1650/16 1653/8 1654/1
1656/25 1658/7
1659/16 1660/1
1660/14 1661/3 1666/5
1666/6 1666/16
1667/16 1667/23
1668/24 1670/8 1670/8
1670/9 1672/6 1674/1
1675/5 1683/20 1684/3
1684/8 1684/12
1687/14 1687/17
1687/20 1687/21
1687/22 1693/11
1696/17 1699/23
1699/24 1700/1
1706/14 1707/24
1708/1 1719/12
**know-how [1]** 1636/13
**knowledge [8]** 1624/5
1636/15 1661/17
1687/10 1698/20
1698/24 1708/8
1708/12
**knows [1]** 1586/12
**Koopman [4]** 1599/3
1607/1 1607/7 1637/16

**L**

**labeled [1]** 1679/1
**ladies [3]** 1588/17
1589/22 1712/14
**lady [2]** 1607/18
1607/18
**laid [3]** 1684/13
1691/18 1691/23
**Lane [1]** 1575/7
**laptop [1]** 1609/6
**last [6]** 1581/17
1616/25 1661/22
1713/6 1713/6 1718/2
**lasting [1]** 1665/10
**late [2]** 1651/12
1717/11

**later [13]** 1592/16
1592/23 1641/20
1658/9 1711/10
1712/25 1713/13
1714/8 1714/13 1717/2
1720/13 1720/14
1720/19
**law [14]** 1575/2
1581/22 1600/10
1634/1 1644/17
1644/18 1644/24
1645/3 1645/6 1656/3
1656/13 1661/15
1666/22 1675/2
**lawyers [2]** 1701/9
1702/17
**lead [3]** 1619/10
1700/19 1700/22
**leader [8]** 1593/11
1636/3 1640/5 1643/3
1652/7 1652/25
1673/22 1674/15
**leadership [26]** 1607/4
1607/5 1619/11
1632/25 1639/11
1639/12 1639/17
1639/22 1640/10
1640/25 1641/5 1646/8
1646/11 1648/9 1651/3
1651/11 1652/11
1652/15 1653/10
1660/7 1663/5 1665/6
1665/9 1676/12
1677/20 1712/16
**leading [1]** 1701/1
**leads [1]** 1611/15
**learning [1]** 1580/13
**leasehold [1]** 1580/6
**least [11]** 1582/17
1596/12 1635/16
1647/5 1651/7 1651/17
1652/13 1653/4
1670/15 1672/18
1688/21
**leave [5]** 1584/2
1592/23 1618/15
1690/3 1709/21
**leaving [1]** 1593/5
**Lee [1]** 1575/2
**left [14]** 1578/2
1581/13 1592/5
1593/19 1614/25
1615/2 1615/3 1615/9
1618/3 1652/20
1703/20 1703/22
1708/14 1715/2
**legality [1]** 1601/5
**length [2]** 1629/7
1697/14
**lengths [2]** 1696/2
1697/12
**lesson [1]** 1584/17
**let [12]** 1579/13
1581/14 1583/19
1584/22 1587/8
1613/12 1633/11
1637/5 1641/10 1684/2

**let's [9]** 1630/10
1637/4 1639/6 1651/4
1700/14 1702/15
1706/2 1711/11
1712/11
**letter [18]** 1582/14
1615/9 1615/17 1616/3
1616/5 1616/10
1616/13 1616/17
1616/17 1616/21
1616/25 1618/8 1619/1
1619/1 1619/2 1619/9
1670/11 1703/16
**letters [6]** 1614/1
1614/7 1615/15
1615/19 1641/23
1652/5
**levels [1]** 1625/8
**liaison [1]** 1600/11
**liberty [3]** 1618/19
1618/21 1618/23
**license [1]** 1579/2
**licensed [1]** 1600/19
**licenses [4]** 1601/2
1644/19 1678/22
1679/8
**life [1]** 1621/14
**lifetime [5]** 1625/17
1633/13 1639/19
1639/21 1640/1
**light [1]** 1711/23
**like [28]** 1580/3
1594/11 1595/5 1597/1
1597/2 1605/4 1605/5
1612/21 1612/22
1618/20 1619/14
1621/25 1622/16
1623/19 1631/3
1639/20 1650/22
1653/5 1653/17
1660/21 1678/6
1682/16 1690/21
1696/13 1701/18
1707/21 1712/5 1712/9
**liked [1]** 1599/13
**line [13]** 1610/1 1610/1
1611/14 1688/13
1689/13 1689/23
1692/17 1693/7
1695/14 1695/16
1695/19 1711/2
1714/23
**Line 1 [7]** 1689/13
1689/23 1692/17
1695/14 1695/16
1695/19 1714/23
**lines [2]** 1679/18
1709/15
**link [4]** 1592/3 1592/20
1674/14 1674/18
**list [2]** 1610/15 1695/4
**listed [3]** 1689/17
1694/18 1703/16
**listen [1]** 1681/3
**listened [3]** 1682/13
1684/21 1685/2
**lists [1]** 1591/23

1585/10 1587/9 1610/5
1619/14 1621/5
1624/19 1630/10
1638/19 1644/3
1660/18 1663/24
1693/5 1714/10
**live [8]** 1581/4 1589/25
1590/1 1590/2 1591/24
1620/14 1624/22
1705/6
**living [2]** 1578/17
1587/4
**local [3]** 1635/4 1635/9
1665/1
**location [3]** 1579/3
1608/12 1608/15
**locations [2]** 1705/16
1705/19
**log [4]** 1626/23
1626/24 1627/1
1705/22
**log-in [1]** 1627/1
**logged [1]** 1704/25
**logging [1]** 1705/16
**long [4]** 1582/10
1590/7 1663/10
1721/16
**longer [4]** 1583/25
1587/21 1587/23
1663/7
**Longish [1]** 1675/1
**look [7]** 1583/2 1583/5
1684/2 1684/3 1690/21
1698/13 1722/7
**looked [6]** 1584/25
1593/18 1595/9 1695/8
1700/2 1707/20
**looking [3]** 1626/13
1655/5 1689/13
**looks [4]** 1594/11
1605/4 1605/5 1645/24
**loose [3]** 1577/22
1610/15 1688/10
**looted [1]** 1592/11
**lost [2]** 1580/10
1580/18
**lot [19]** 1583/16 1592/9
1592/11 1599/11
1625/1 1625/4 1635/22
1651/23 1653/9
1658/15 1658/17
1659/15 1662/14
1668/4 1675/22
1689/13 1695/20
1702/6 1710/17
**lots [2]** 1690/15 1708/7
**Louis [2]** 1574/15
1577/12
**Louisville [12]** 1597/23
1598/3 1598/11
1598/12 1598/25
1599/6 1599/9 1600/1
1601/3 1601/12
1633/15 1633/17

**M**

**M-i-c-h-a-e-l [1]**

**MA [1]** 1712/18
**mace [1]** 1685/23
**made [10]** 1577/23
1578/22 1581/12
1583/1 1584/23
1598/21 1604/24
1613/9 1633/6 1654/15
**MAGA [4]** 1648/19
1659/3 1659/17
1686/10
**mainly [1]** 1688/23
**maintain [1]** 1580/21
**make [14]** 1581/24
1582/3 1598/10
1598/19 1598/20
1605/24 1610/4
1627/15 1654/18
1654/22 1662/15
1712/5 1712/10
1720/20
**making [2]** 1658/19
**man [2]** 1654/15
1678/8
**manager [1]** 1590/4
**maneuvers [1]** 1702/20
**mansion [3]** 1711/7
1712/18 1715/23
**many [5]** 1600/18
1633/3 1638/23 1665/7
1701/12
**Manzo [2]** 1574/15
1577/12
**March [4]** 1648/19
1659/3 1659/17
1686/10
**marched [2]** 1692/16
1692/20
**Marion [1]** 1575/15
**mark [2]** 1618/3 1618/6
**marked [1]** 1618/4
**martial [1]** 1675/2
**Martin [4]** 1575/10
1577/15 1645/10
1645/18
**mask [2]** 1589/11
1663/19
**match [1]** 1678/5
**matches [1]** 1643/14
**materials [1]** 1672/6
**matt [1]** 1575/22
**matter [7]** 1581/22
1582/2 1587/13
1622/15 1665/13
1678/20 1723/4
**Matthew [2]** 1575/19
1577/17
**may [11]** 1582/12
1587/6 1604/22
1604/24 1607/19
1620/4 1621/6 1643/12
1649/2 1720/24 1722/4
**maybe [11]** 1578/5
1579/11 1604/21
1606/22 1635/10
1651/19 1674/5
1677/13 1698/8
1701/17 1701/18

1581/14 1584/22
1585/11 1586/5 1587/8
1588/6 1589/2 1591/12
1592/14 1593/25
1594/10 1596/13
1603/2 1603/3 1608/10
1608/23 1612/21
1613/12 1618/8 1619/5
1621/6 1622/7 1633/11
1637/5 1646/12
1646/14 1647/5 1657/4
1662/13 1663/5 1674/8
1675/22 1676/14
1677/18 1678/9
1679/12 1684/3 1684/9
1692/5 1698/8 1701/14
1711/18 1714/18
1718/21 1719/5
**mean [13]** 1578/20
1583/6 1585/25
1599/24 1605/16
1605/19 1610/10
1610/20 1614/21
1662/8 1667/20
1705/21 1713/16
**mean, [1]** 1615/4
**Meaning [1]** 1626/20
**means [8]** 1579/20
1603/3 1613/3 1646/13
1646/14 1646/14
1647/3 1658/19
**measure [1]** 1661/12
**measures [1]** 1656/12
**media [14]** 1587/17
1603/21 1604/25
1605/2 1605/7 1605/18
1610/14 1644/9
1657/18 1657/21
1657/25 1658/25
1659/14 1722/2
**medical [5]** 1631/4
1636/11 1636/12
1636/15 1655/2
**meet [7]** 1606/4
1606/20 1607/4
1620/18 1620/19
1622/4 1628/17
**meeting [20]** 1596/23
1596/24 1597/6 1597/8
1597/11 1597/13
1606/8 1606/14
1606/17 1606/23
1608/1 1609/2 1609/3
1638/18 1638/25
1639/1 1645/5 1648/4
1648/7 1659/2
**meetings [4]** 1597/3
1641/6 1641/7 1705/23
**Meggs [16]** 1595/25
1599/3 1607/7 1619/12
1619/13 1619/14
1643/2 1643/7 1647/24
1660/1 1674/20
1676/13 1680/1 1680/3
1694/20 1716/21
**MEHTA [2]** 1574/9
1577/4

**member [28]** 1590/12
1591/21 1606/12
1622/6 1623/9 1623/10
1626/24 1630/21
1632/4 1632/25
1633/12 1636/1 1636/9
1639/18 1639/19
1639/20 1639/21
1640/1 1640/11 1648/9
1652/11 1663/7 1666/1
1673/20 1678/10
1678/10 1687/12
1701/24
**members [33]** 1585/13
1598/24 1601/13
1602/1 1602/3 1602/25
1603/3 1606/25 1607/5
1613/6 1619/21 1624/9
1626/23 1628/18
1629/12 1632/15
1644/22 1645/2
1647/14 1649/19
1650/11 1653/14
1665/6 1667/16
1675/22 1678/19
1689/23 1690/1 1690/3
1695/14 1708/14
1714/23 1719/11
**members' [1]** 1627/1
**members, [1]** 1632/10
**members, correct [1]**
1632/10
**members-only [1]**
1629/12
**membership [2]**
1633/13 1657/2
**membership's [1]**
1627/22
**memberships [1]**
1627/5
**memory [2]** 1698/8
1701/14
**mention [2]** 1612/21
1674/4
**mentioned [6]** 1591/9
1600/12 1637/11
1676/7 1696/3 1696/6
**mere [1]** 1618/19
**message [40]** 1583/14
1583/15 1592/23
1593/19 1640/1
1649/14 1650/1 1651/1
1661/1 1673/19 1674/3
1674/6 1674/24 1675/4
1675/9 1675/11 1677/6
1677/21 1678/15
1680/12 1680/16
1685/18 1686/6
1698/12 1706/17
1706/20 1709/9 1710/5
1710/7 1710/24 1711/1
1711/5 1711/25
1713/11 1714/19
1715/2 1715/3 1715/11
1720/7 1721/9
**messages [32]** 1593/5
1640/18 1649/16

1650/15 1662/20
1668/4 1669/5 1672/1
1673/9 1686/3 1697/16
1697/25 1698/3 1698/4
1698/5 1698/17
1698/18 1698/25
1699/5 1708/3 1708/6
1708/7 1710/23
1711/20 1714/3
1716/10 1721/11
1721/13 1721/16
1721/18
**messaging [3]** 1620/24
1629/11 1635/17
**met [8]** 1591/12
1599/17 1606/25
1607/5 1607/11 1622/3
1647/21 1647/24
**method [1]** 1596/24
**Miami [1]** 1705/1
**MICHAEL [3]** 1589/15
1589/23 1703/5
**mid [2]** 1590/22
1606/19
**mid-November [1]**
1606/19
**might [17]** 1583/4
1586/7 1586/8 1586/11
1586/14 1609/12
1610/4 1627/5 1627/15
1632/17 1647/10
1654/14 1655/21
1675/16 1688/22
1688/23 1702/19
**Mike [3]** 1589/6 1695/6
1703/8
**Mike Adams [1]** 1589/6
**military [6]** 1590/5
1634/4 1644/16
1660/22 1709/23
1715/7
**militia [1]** 1678/4
**Million [4]** 1648/19
1659/3 1659/17
1686/10
**Million MAGA March
[3]** 1648/19 1659/3
1686/10
**millions [2]** 1709/14
1709/16
**mind [2]** 1585/12
1617/6
**MINUTA [6]** 1574/6
1575/2 1577/8 1577/13
1653/24 1706/18
**minutes [2]** 1717/1
1717/5
**missed [3]** 1605/15
1709/21 1717/10
**mission [18]** 1613/15
1613/18 1613/20
1627/8 1627/16
1627/22 1629/9
1630/12 1630/22
1631/1 1635/25 1662/3
1662/11 1670/18
1670/22 1675/19

1675/23 1679/16
1613/7 1613/23
**Missouri [2]** 1623/19
1623/21
**mistaken [1]** 1706/15
**model [1]** 1678/7
**Moerschel [23]**
1575/10 1577/9
1577/16 1577/25
1584/23 1585/5 1603/7
1603/20 1645/19
1645/22 1647/20
1651/5 1671/23
1674/25 1675/10
1694/22 1706/3 1707/1
1707/4 1716/6 1717/6
1717/8 1718/8
**Moerschel's [4]**
1585/12 1646/16
1675/11 1700/23
**moment [4]** 1591/7
1607/10 1610/23
1643/25
**Monday [7]** 1597/7
1597/7 1638/25
1665/19 1722/4 1722/8
1722/17
**money [1]** 1658/19
**moniker [5]** 1596/6
1675/6 1697/19
1697/22 1697/24
**monikers [3]** 1668/25
1695/25 1696/6
**monitored [1]** 1703/13
**monitoring [2]**
1703/20 1703/22
**Monk [2]** 1675/5
1675/5
**month [3]** 1591/3
1641/11 1641/20
**more [20]** 1585/15
1585/15 1588/20
1623/18 1624/19
1628/7 1630/25
1632/23 1650/15
1651/22 1651/22
1660/15 1660/16
1666/25 1671/24
1673/5 1678/6 1693/5
1714/18 1719/17
**morning [17]** 1577/6
1577/20 1577/23
1588/16 1588/22
1589/10 1589/19
1589/20 1620/9
1620/10 1645/14
1645/15 1651/12
1663/16 1663/17
1682/8 1722/8
**most [4]** 1584/18
1596/6 1618/7 1686/23
**mostly [2]** 1698/20
1698/21
**motion [3]** 1577/23
1584/23 1584/24
**motivated [1]** 1613/22
**motor [1]** 1580/6

1622/9 1624/6 1624/14
**move [5]** 1584/20
1669/9 1684/10 1691/8
1711/11
**moved [4]** 1593/18
1609/2 1628/6 1628/6
**movement [2]** 1611/4
1611/9
**moves [3]** 1710/10
1716/13 1717/18
**moving [4]** 1597/22
1613/18 1613/20
1639/23
**Mr [3]** 1586/12 1697/16
1714/1
**Mr. [159]**
**Mr. Adams [20]**
1585/20 1585/22
1586/9 1589/10
1589/25 1601/23
1604/23 1606/4
1609/12 1615/13
1620/9 1644/3 1645/14
1653/23 1663/16
1664/3 1664/12
1664/17 1667/13
1681/12
**Mr. Adams' [1]** 1586/6
**Mr. Bittner [4]** 1707/18
1707/24 1708/9
1708/12
**Mr. Brown [9]** 1606/14
1609/3 1609/23 1610/7
1611/21 1637/17
1638/12 1648/5
1669/12
**Mr. Caleb Berry [1]**
1694/22
**Mr. Cummings [8]**
1689/22 1692/12
1692/13 1693/3 1693/6
1693/9 1695/7 1695/12
**Mr. David Moerschel
[2]** 1645/19 1694/22
**Mr. Edwards [1]**
1581/20
**Mr. Graydon Young [1]**
1694/23
**Mr. Hackett [24]**
1599/8 1599/13 1601/6
1604/7 1604/10 1605/1
1607/11 1607/13
1607/23 1620/20
1630/4 1632/9 1633/17
1634/1 1634/11
1635/14 1636/3
1668/24 1669/2 1671/7
1671/23 1674/9
1704/25 1705/16
**Mr. Jason Dolan [1]**
1694/24
**Mr. Kelly Meggs [1]**
1694/20
**Mr. Kenneth Bittner [1]**
1694/24
**Mr. Martin [1]** 1645/10
**Mr. Meggs [4]** 1619/13

1680/3
**Mr. Mike Adams [1]**
1695/6
**Mr. Moerschel [11]**
1577/25 1584/23
1585/5 1603/20
1645/22 1647/20
1651/5 1671/23
1674/25 1675/10
1716/6
**Mr. Moerschel's [3]**
1585/12 1646/16
1675/11
**Mr. Nestler [2]** 1700/7
1714/12
**Mr. Peed [10]** 1663/10
1664/15 1681/17
1692/3 1693/22
1708/21 1718/15
1719/4 1719/18
1719/24
**Mr. Peed's [1]** 1710/23
**Mr. Pezzola [1]**
1706/22
**Mr. Rhodes [23]**
1593/23 1597/9
1597/19 1598/10
1612/14 1613/25
1634/23 1641/25
1642/8 1642/11
1642/16 1642/17
1642/19 1651/25
1652/7 1669/12 1676/9
1676/13 1676/13
1676/16 1677/10
1698/4 1698/6
**Mr. Rhodes' [2]** 1652/4
1670/11
**Mr. Richard Dockery
[1]** 1694/23
**Mr. Scott [1]** 1645/19
**Mr. Shipley [3]**
1581/10 1711/19
1712/8
**Mr. Stewart [1]** 1653/1
**Mr. Terry Cummings
[2]** 1694/23 1695/6
**Mr. Trump [2]** 1618/13
1618/14
**Mr. Vallejo [8]** 1663/18
1697/19 1698/6
1698/24 1699/6
1699/11 1700/3
1718/22
**Mr. Vallejo's [2]**
1697/25 1698/2
**Mr. Weinberg [5]**
1706/3 1706/25
1707/17 1708/20
1716/5
**Mr. Weinberg's [1]**
1714/7
**Ms. [42]** 1589/5
1589/13 1601/17
1601/19 1602/17
1603/16 1604/2
1604/17 1605/22

**Ms.... [33]** 1609/13
1610/3 1610/22
1611/25 1616/10
1618/1 1637/25 1667/9
1669/9 1670/20
1672/21 1673/17
1676/5 1678/13
1679/21 1680/17
1700/19 1702/16
1702/23 1704/12
1704/16 1704/21
1705/13 1705/25
1706/10 1708/18
1709/4 1709/22 1713/4
1716/1 1718/12
1718/19 1719/20
**Ms. Badala [1]** 1601/17
**Ms. Badalament [31]**
1601/19 1602/17
1603/16 1604/2
1604/17 1609/13
1610/3 1610/22
1611/25 1616/10
1618/1 1669/9 1670/20
1673/17 1676/5
1678/13 1679/21
1702/23 1704/12
1704/21 1705/13
1705/25 1706/10
1708/18 1709/4
1709/22 1713/4 1716/1
1718/12 1718/19
1719/20
**Ms. Halim [5]** 1672/21
1680/17 1700/15
1702/16 1704/16
**Ms. Hughes [5]** 1589/5
1589/13 1605/22
1637/25 1667/9
**much [8]** 1587/17
1587/19 1588/3 1588/6
1588/11 1639/2
1720/25 1722/7
**multiple [5]** 1592/2
1616/21 1668/4 1685/2
1691/14
**multiple-page [1]**
1616/21
**must [1]** 1709/6
**my [88]** 1578/14
1584/9 1586/1 1586/14
1589/23 1591/17
1594/5 1594/6 1595/3
1596/11 1598/22
1599/17 1599/18
1600/9 1601/18
1602/22 1603/11
1603/22 1603/22
1603/23 1604/12
1604/12 1605/25
1607/1 1607/2 1608/3
1608/5 1608/6 1608/9
1608/23 1613/5 1613/6
1616/8 1617/15 1619/5
1620/16 1622/3 1622/3
1625/17 1627/13
1629/9 1631/1 1633/8

1639/4 1640/7 1640/13
1640/15 1641/3
1642/10 1644/15
1644/18 1644/18
1644/20 1644/21
1644/22 1645/18
1645/19 1646/11
1647/14 1647/14
1648/9 1649/15
1650/18 1651/3
1651/21 1653/23
1656/7 1656/15
1656/15 1658/16
1661/17 1668/10
1669/18 1670/10
1677/13 1677/25
1678/5 1678/18
1678/22 1679/8 1679/9
1687/10 1696/1 1696/2
1701/14 1722/3
**Myers [1]** 1575/12
**myself [4]** 1595/11
1607/7 1650/11 1719/5

**N**

**naive [2]** 1634/15
1634/16
**naive guy [1]** 1634/15
**name [19]** 1589/22
1589/23 1595/15
1596/5 1596/13 1605/4
1605/5 1605/5 1620/16
1645/18 1653/23
1660/19 1665/24
1666/5 1666/5 1666/13
1679/9 1697/5 1703/8
**named [6]** 1577/18
1593/8 1606/8 1653/24
1703/5 1706/4
**namely [1]** 1669/13
**names [1]** 1596/2
**Nassau [1]** 1624/23
**nation [1]** 1688/16
**national [10]** 1590/8
1591/22 1595/2 1596/4
1603/2 1613/10
1613/17 1613/20
1621/10 1664/25
**National Guard [1]**
1621/10
**nationwide [2]**
1659/14 1659/15
**natural [2]** 1630/16
1654/14
**nature [1]** 1638/9
1669/11 1670/23
**necessarily [3]**
1582/22 1658/16
1658/20
**necessary [2]** 1613/4
1654/24
**neck [1]** 1645/23
**need [10]** 1579/8
1654/14 1654/20
1655/17 1661/2
1663/20 1676/21
1684/3 1702/6 1722/12

**needed [5]** 1590/24
1598/25 1636/19
1636/19 1636/22
**negative [1]** 1592/12
**neighborhood [2]**
1635/5 1649/18
**neighborhoods [1]**
1625/24
**Nestler [4]** 1574/14
1577/11 1700/7
1714/12
**network [2]** 1656/25
1668/1
**networking [1]** 1678/6
**never [18]** 1592/4
1595/7 1613/3 1622/12
1636/3 1646/14
1647/21 1648/22
1651/5 1651/7 1653/10
1658/2 1667/22 1672/3
1685/3 1685/5 1697/22
1716/23
**new [5]** 1595/13
1632/18 1675/2
1675/14 1696/13
**news [2]** 1722/5
1722/5
**next [20]** 1671/3
1674/6 1674/18
1674/19 1674/24
1675/4 1675/9 1684/1
1690/22 1690/23
1690/24 1690/25
1691/1 1691/2 1691/3
1694/21 1698/13
1698/15 1716/25
1717/4
**nice [4]** 1577/21
1589/21 1620/18
1620/19
**night [3]** 1581/17
1597/7 1665/19
**nightsticks [1]**
1685/24
**nine [2]** 1664/22
1666/17
**no [85]** 1574/4 1577/7
1577/8 1580/9 1580/17
1583/24 1584/3
1586/18 1587/1
1587/21 1587/23
1591/25 1592/1 1592/4
1592/19 1593/24
1602/11 1607/21
1615/23 1618/16
1620/3 1622/24 1623/4
1634/1 1634/4 1634/6
1644/11 1644/12
1645/8 1648/14 1649/1
1650/7 1651/1 1651/6
1651/8 1653/16
1653/18 1657/10
1657/10 1658/3
1658/11 1659/22
1659/22 1661/1
1662/25 1663/3 1663/7
1663/9 1666/21 1667/7
1667/20 1668/2 1668/9

1681/11 1683/8
1684/13 1684/17
1685/6 1687/19
1689/19 1693/21
1693/22 1697/10
1697/24 1700/5 1700/6
1700/21 1700/24
1702/13 1703/21
1703/24 1704/2
1708/11 1708/16
1709/16 1711/3
1712/11 1714/5
1716/15 1717/21
1720/23 1721/15
1722/1
**Nobody [1]** 1662/5
**non [1]** 1638/16
**non-democratic [1]**
1638/16
**none [1]** 1656/1
**nonresidency [1]**
1582/18
**north [1]** 1624/25
**northeast [1]** 1624/25
**northern [1]** 1579/5
**not [144]** 1578/9
1579/2 1579/3 1580/23
1581/9 1581/13
1581/19 1582/6
1582/13 1582/18
1582/21 1583/1 1583/4
1583/7 1583/7 1583/22
1584/2 1584/11
1584/15 1585/6 1585/7
1585/8 1587/17
1587/17 1587/21
1588/5 1590/1 1593/14
1594/14 1595/3 1599/7
1600/11 1601/4 1601/7
1605/20 1605/21
1605/22 1608/22
1608/24 1612/18
1612/21 1613/8 1615/2
1619/5 1619/25 1622/6
1622/12 1623/1 1623/2
1623/8 1623/9 1634/23
1635/2 1635/5 1635/8
1635/11 1638/19
1638/14 1639/19
1639/20 1640/5
1640/16 1642/11
1643/15 1644/18
1644/25 1645/1
1646/14 1646/19
1646/19 1647/15
1647/22 1647/23
1648/2 1648/4 1648/6
1648/9 1648/11
1648/13 1648/13
1648/24 1649/5
1649/21 1650/22
1650/25 1651/6
1651/23 1654/2
1654/10 1657/4 1658/3
1659/20 1661/4
1661/10 1661/17
1662/6 1664/4 1665/18

1672/5 1672/22
1672/24 1674/2
1675/12 1675/23
1678/5 1679/1 1681/8
1683/17 1683/20
1687/8 1687/10
1687/11 1687/17
1687/21 1688/13
1689/4 1689/5 1689/17
1692/1 1692/5 1692/13
1692/22 1692/25
1693/3 1693/20
1695/16 1695/17
1695/19 1695/23
1696/19 1697/7
1697/15 1698/7 1698/9
1698/18 1706/15
1707/1 1713/13
1714/14 1722/14
1722/15
**nothing [6]** 1586/4
1615/10 1656/18
1675/17 1710/25
1720/22
**noticed [1]** 1626/14
**notifying [1]** 1587/3
**notion [1]** 1585/2
**November [38]**
1606/19 1612/2 1612/2
1612/9 1632/22
1638/20 1648/12
1648/19 1657/11
1657/16 1659/17
1659/21 1664/23
1666/16 1669/3
1682/11 1684/18
1685/13 1685/21
1686/3 1686/9 1686/10
1686/18 1687/4
1687/13 1692/2
1693/17 1705/9
1705/10 1705/15
1705/18 1708/22
1709/9 1710/17
1710/24 1710/25
1715/6 1715/17
**November 10th [2]**
1708/22 1715/17
**November 14th [9]**
1612/9 1648/19
1659/17 1659/21
1686/10 1686/18
1687/4 1687/13
1710/25
**November 2nd [1]**
1669/3
**November 9th [4]**
1638/20 1648/12
1657/16 1682/11
**now [50]** 1577/3
1578/8 1579/19 1581/9
1588/18 1589/1
1602/20 1604/13
1623/15 1624/6 1630/4
1631/23 1635/7
1637/16 1637/24
1638/2 1640/10 1644/5

**N**

now... **[32]** 1647/20
1648/22 1649/6 1649/9
1651/10 1652/10
1653/8 1656/1 1659/6
1669/8 1669/25 1671/2
1674/11 1676/4 1683/5
1695/20 1697/11
1697/16 1701/6
1701/18 1704/24
1705/12 1708/17
1709/8 1710/3 1712/21
1715/1 1715/6 1716/2
1718/14 1720/11
1721/10
number **[17]** 1593/20
1596/11 1605/15
1605/20 1612/20
1613/2 1631/23 1632/4
1658/15 1667/1 1667/5
1671/25 1683/2 1683/3
1696/24 1697/1 1697/6
numbers **[4]** 1632/20
1642/21 1642/25
1649/17
NW **[2]** 1574/16
1575/20

**O**

oath **[50]** 1589/8
1590/10 1590/12
1590/14 1593/11
1595/18 1599/25
1601/2 1612/24
1619/18 1619/21
1621/23 1622/2
1623/17 1624/5 1624/9
1624/15 1626/9
1626/17 1627/8
1627/11 1628/21
1630/22 1633/11
1633/21 1639/8
1639/18 1641/24
1644/6 1647/24
1651/11 1652/7
1652/22 1654/19
1654/23 1655/5
1655/13 1655/24
1656/9 1659/13
1659/16 1662/1
1667/17 1686/23
1687/12 1688/6
1689/21 1701/24
1702/11 1703/23
Oath Keepers **[37]**
1590/10 1590/12
1590/14 1593/11
1595/18 1601/2
1612/24 1621/23
1622/2 1623/17 1624/5
1624/15 1626/9
1626/17 1627/11
1628/21 1630/22
1639/8 1647/24
1651/11 1652/7
1652/22 1654/19
1654/23 1655/5
1655/13 1655/24

1656/9 1659/13
1659/16 1662/1
1667/17 1686/23
1687/12 1701/24
1702/11 1703/23
Oath Keepers' **[1]**
1599/25
object **[4]** 1583/6
1614/19 1684/6 1713/5
objection **[27]** 1582/2
1586/16 1586/18
1602/11 1605/9
1607/21 1615/23
1650/2 1661/19
1667/18 1668/18
1668/21 1670/4
1671/15 1676/20
1676/23 1691/10
1694/3 1699/8 1701/1
1710/12 1710/14
1711/15 1712/5
1716/15 1717/20
1717/21
obligated **[1]** 1662/5
obscure **[2]** 1644/23
1645/2
observed **[2]** 1625/4
1714/23
observing **[2]** 1615/6
1713/22
obstruct **[1]** 1662/23
obtained **[1]** 1624/13
obviously **[5]** 1581/23
1605/17 1607/11
1614/15 1672/21
occasion **[1]** 1635/16
occasions **[2]** 1650/23
1650/24
occupation **[1]** 1590/3
occur **[1]** 1598/1
occurred **[2]** 1651/12
1676/11
occurrence **[1]**
1675/21
occurring **[3]** 1609/25
1617/16 1617/22
October **[3]** 1632/22
1704/21 1705/3
off **[9]** 1583/16 1584/9
1584/14 1608/9
1611/20 1616/2
1663/19 1678/12
1680/9
offensive **[3]** 1670/22
1671/24 1675/19
OFFICE **[1]** 1574/16
officers **[1]** 1656/7
OFFICES **[1]** 1575/2
officials **[1]** 1688/16
often **[2]** 1629/3 1708/4
oh **[3]** 1578/20 1629/8
1658/1
OK **[14]** 1595/18
1632/7 1668/15 1671/5
1673/24 1674/20
1679/23 1680/1 1716/6
1716/21 1716/21
1717/1 1718/9 1720/15

1632/7 1668/15 1671/5
1673/24 1674/16
1716/21 1720/15
OK Gator 1 **[3]** 1680/1
1716/21 1717/1
okay **[100]** 1577/20
1579/13 1583/5
1585/20 1585/25
1586/20 1586/23
1587/14 1587/25
1588/1 1588/11 1591/2
1591/4 1591/5 1591/6
1591/8 1592/6 1597/16
1603/13 1603/17
1605/6 1605/12 1606/1
1606/10 1607/17
1607/25 1609/18
1613/13 1633/16
1635/13 1645/10
1645/21 1646/24
1648/10 1648/25
1649/4 1649/8 1649/11
1651/9 1651/15
1653/20 1653/25
1654/5 1654/12
1654/17 1656/24
1657/7 1657/19 1658/4
1659/25 1660/20
1663/23 1664/24
1665/8 1665/14
1665/21 1666/8
1666/15 1667/8
1673/11 1673/19
1674/7 1677/15
1677/15 1678/3
1680/18 1681/12
1683/5 1683/7 1687/7
1688/13 1694/1
1696/22 1697/3
1698/10 1698/19
1699/7 1700/14
1701/16 1701/22
1702/7 1702/14
1703/10 1703/15
1703/25 1704/3 1705/2
1705/8 1705/12
1705/20 1706/2
1707/23 1710/2 1711/9
1711/18 1712/1 1716/9
1718/16 1719/15
1721/21
old **[5]** 1621/6 1621/8
1632/25 1707/22
1712/16
Old Leadership **[2]**
1632/25 1712/16
older **[2]** 1578/6 1578/7
omission **[1]** 1693/6
omitted **[1]** 1693/13
once **[3]** 1584/16
1647/3 1649/17
one **[44]** 1577/23
1578/4 1578/23 1582/5
1582/15 1600/11
1606/24 1609/16
1609/17 1612/20
1614/6 1615/17

1632/9 1633/6 1635/16
1643/25 1644/11
1644/12 1644/21
1648/23 1648/23
1649/1 1649/1 1658/15
1665/19 1666/12
1666/25 1668/25
1673/5 1678/1 1678/4
1679/8 1680/16
1680/17 1691/24
1698/13 1698/15
1699/19 1706/5 1711/4
1719/17
one's **[1]** 1593/24
ongoing **[2]** 1587/16
1659/9
online **[5]** 1596/23
1596/25 1620/24
1622/15 1626/10
only **[14]** 1583/18
1584/18 1588/18
1593/14 1604/21
1627/1 1629/12
1642/11 1675/12
1680/24 1683/24
1690/6 1696/17
1710/16
op **[8]** 1658/23 1678/20
1694/16 1695/21
1698/3 1702/15
1702/17 1704/17
op sec **[5]** 1678/20
1695/21 1702/15
1702/17 1704/17
open **[17]** 1578/2
1578/22 1600/2 1606/2
1611/17 1615/11
1616/5 1616/25
1641/23 1652/4
1670/11 1673/3 1694/2
1711/14 1714/2
1714/16 1721/19
open-ended **[2]**
1578/22 1714/2
opened **[1]** 1603/24
opening **[1]** 1636/1
operating **[1]** 1696/17
operational **[4]**
1655/22 1656/2
1656/12 1702/19
operations **[2]** 1609/9
1609/20
operators **[1]** 1610/13
opine **[2]** 1614/18
1615/8
opinion **[2]** 1638/14
1642/10
opinions **[4]** 1614/17
1614/20 1652/23
1652/25
opportunity **[4]**
1672/23 1672/23
1721/15 1721/17
opposed **[2]** 1650/15
1714/13
ops **[1]** 1637/12
opt **[1]** 1584/19

opted **[2]** 1610/18
1611/9
orange **[1]** 1608/8
order **[3]** 1588/23
1642/24 1721/14
orders **[1]** 1687/3
org **[9]** 1689/10
1689/17 1689/23
1692/18 1692/22
1692/24 1693/1 1693/4
1695/16
organization **[44]**
1590/15 1591/13
1591/23 1592/2 1592/8
1592/14 1592/17
1593/12 1598/17
1600/10 1603/2
1606/24 1613/6 1613/8
1613/10 1613/17
1613/20 1615/7
1621/23 1622/6 1622/7
1622/11 1622/25
1623/17 1623/18
1623/20 1626/10
1627/11 1627/16
1629/1 1636/9 1639/23
1644/15 1644/18
1646/12 1647/12
1649/3 1652/11 1656/7
1664/20 1666/2 1666/6
1675/23 1702/12
organizational **[4]**
1591/16 1655/16
1656/21 1678/4
organize **[1]** 1606/14
organized **[5]** 1606/8
1638/20 1641/6 1648/4
1648/12
organizer **[3]** 1638/23
1639/2 1639/5
organizing **[1]** 1629/21
original **[5]** 1595/20
1595/21 1596/8 1632/8
1640/7
originally **[2]** 1591/9
1591/10
ostensibly **[1]** 1601/3
other **[35]** 1578/13
1578/23 1579/1 1580/5
1580/23 1586/15
1587/22 1593/5
1593/15 1595/4
1596/15 1599/12
1623/19 1625/7 1627/4
1630/25 1631/2 1631/3
1645/2 1647/24 1661/7
1661/10 1662/15
1665/20 1667/16
1667/16 1667/25
1672/12 1684/4
1700/25 1702/16
1708/13 1708/25
1714/6 1719/13
other people **[1]**
1631/2
others **[6]** 1596/1
1631/21 1644/4
1646/11 1656/18

**O**

**others... [1]** 1720/3
**otherwise [3]** 1583/4
1711/1 1711/3
**our [34]** 1585/19
1588/19 1598/17
1600/10 1602/22
1602/25 1606/25
1609/25 1610/8
1610/13 1610/14
1611/9 1616/25
1618/19 1618/21
1618/22 1618/23
1625/2 1625/8 1632/17
1636/2 1636/9 1636/21
1656/20 1656/20
1656/20 1661/2 1678/4
1678/19 1683/15
1685/24 1686/23
1709/16 1721/21
**out [32]** 1578/5
1581/23 1583/14
1583/17 1584/19
1588/25 1589/1
1596/15 1597/22
1599/24 1602/3 1608/5
1608/8 1610/23
1611/17 1626/11
1627/5 1639/22
1641/11 1644/6 1644/9
1647/8 1655/13 1661/1
1661/8 1662/14
1669/24 1680/25
1688/11 1692/13
1705/12 1716/23
**outlets [2]** 1658/25
1679/11
**outside [6]** 1578/18
1578/25 1638/15
1672/19 1685/24
1686/24
**over [18]** 1595/22
1595/23 1596/10
1597/3 1598/19
1619/10 1632/20
1638/12 1643/2 1643/3
1648/23 1653/24
1660/7 1680/24
1701/20 1708/13
1713/19 1721/25
**overenthusiastic [2]**
1619/15 1643/18
**overruled [8]** 1614/21
1650/4 1667/19
1668/22 1670/5 1694/3
1701/3 1712/7
**oversight [3]** 1605/24
1636/19 1636/22
**overthrow [1]** 1688/18
**own [4]** 1632/18
1641/6 1650/6 1652/4

**P**

**p.m [7]** 1597/7 1712/16
1714/19 1714/22
1716/20 1717/9
1722/20
**PA [1]** 1575/7

page [28] 1602/24 1609/8
1603/11 1603/15
1604/16 1609/14
1616/21 1617/25
1618/4 1669/16 1677/3
1678/11 1684/1 1685/9
1685/17 1686/15
1686/17 1688/12
1690/22 1690/23
1690/24 1690/25
1691/1 1691/2 1691/3
1694/7 1694/11
1694/21 1709/3
**page 3 [2]** 1609/14
1678/11
**pages [2]** 1676/5
1684/4
**paid [4]** 1633/9
1633/10 1633/13
1641/10
**pandemic [1]** 1626/4
**panel [3]** 1586/21
1588/13 1664/10
**paragraph [12]**
1616/23 1616/24
1618/6 1618/9 1618/10
1618/24 1636/1
1669/17 1669/20
1686/15 1686/21
1688/11
**paragraphs [1]**
1669/19
**paranoia [1]** 1661/13
**parent's [1]** 1581/4
**parents [1]** 1580/5
**Parler [2]** 1603/24
1605/3
**Parler.com [1]** 1605/7
**parliament [3]** 1709/19
1715/19 1715/20
**part [30]** 1598/7
1604/21 1607/9 1610/4
1614/24 1616/6 1618/7
1630/11 1631/3
1631/24 1634/21
1640/12 1641/8
1651/17 1652/12 1652/3
1652/21 1654/18
1657/12 1657/16
1658/7 1658/8 1659/11
1670/15 1672/18
1676/7 1677/21
1691/24 1691/25
1720/19
**Part II [1]** 1616/6
**participant [1]** 1614/22
**participants [1]**
1671/23
**participated [3]**
1640/25 1665/4 1708/4
**Participation [1]**
1621/1
**particular [10]** 1584/25
1586/17 1587/16
1606/7 1630/11 1658/5
1659/2 1679/9 1722/2
1722/3
**particularly [1]**

**parties [1]** 1578/4
**parts [1]** 1614/17
**party [1]** 1717/11
**password [2]** 1608/11
1699/21
**password-type [1]**
1608/11
**past [2]** 1599/18
1703/4
**patriots [3]** 1680/8
1688/15 1721/12
**Paul [1]** 1707/15
**Paul Stamey [1]**
1707/15
**pause [4]** 1588/12
1607/10 1609/11
1613/12
**paying [5]** 1588/5
1623/11 1623/12
1626/11 1663/6
**Peed [13]** 1575/19
1575/19 1577/17
1663/10 1664/15
1681/17 1692/3
1693/22 1708/21
1718/15 1719/4
1719/18 1719/24
**Peed's [1]** 1710/23
**pen [1]** 1616/3
**Pence [1]** 1585/7
**people [56]** 1593/5
1594/24 1596/6 1596/9
1598/16 1618/16
1622/4 1625/22 1627/5
1627/7 1627/10
1627/15 1627/23
1630/5 1631/1 1631/2
1631/3 1632/15
1632/18 1632/23
1634/18 1636/21
1636/22 1644/6
1644/16 1644/17
1647/8 1647/10
1650/18 1654/19
1654/23 1655/2
1655/23 1659/1
1659/10 1660/16
1660/16 1661/2 1661/7
1661/9 1663/5 1665/16
1665/20 1667/16
1688/22 1688/22
1692/17 1692/20
1701/12 1702/19
1704/10 1709/6
1709/24 1713/12
1715/8 1721/11
**people's [2]** 1650/5
1651/23
**per [1]** 1597/20
**Perfect [1]** 1704/22
**performance [1]**
1582/19
**perhaps [2]** 1627/22
1681/8
**period [7]** 1591/3
1595/24 1598/4
1600/24 1623/4 1639/6

**permit [5]** 1603/14
1604/11 1604/12
1604/14 1646/23
**permits [1]** 1581/3
**permitted [1]** 1581/3
**person [30]** 1579/21
1579/24 1579/24
1580/9 1580/17
1580/21 1580/22
1582/6 1582/9 1592/13
1592/23 1596/12
1596/12 1606/4 1606/8
1607/11 1608/10
1608/12 1620/22
1622/3 1622/5 1628/17
1635/23 1643/2
1647/21 1649/13
1650/1 1650/24 1702/4
1702/7
**person's [3]** 1579/23
1580/17 1580/20
**personal [10]** 1580/6
1605/13 1627/17
1627/23 1644/10
1644/21 1649/1
1656/21 1667/1 1697/9
**personal phone [1]**
1697/9
**personality [1]**
1643/14
**personally [6]** 1620/22
1635/14 1646/9 1649/4
1649/6 1657/8
**personnel [1]** 1659/18
**perspective [1]**
1656/15
**Pezzola [4]** 1706/4
1706/12 1706/22
1706/23
**Philadelphia [1]**
1575/7
**phone [28]** 1593/19
1596/24 1605/10
1605/22 1614/11
1640/13 1648/23
1662/18 1667/1 1667/5
1671/15 1691/10
1696/10 1696/15
1696/24 1697/1 1697/5
1697/8 1697/9 1699/11
1699/13 1699/16
1699/19 1699/21
1699/24 1708/1 1710/8
1721/6
**phones [5]** 1695/25
1696/3 1696/11
1696/13 1696/19
**photo [1]** 1719/5
**photos [2]** 1699/18
1699/19
**phrase [2]** 1638/2
1704/8
**physical [2]** 1625/19
1625/21
**physically [2]** 1578/24
1631/6
**pick [1]** 1593/21

pictures [1] 1699/16
**pilots [1]** 1660/22
**pissed [1]** 1674/11
**pitchforks [1]** 1681/1
**place [11]** 1579/21
1579/22 1579/22
1595/3 1606/17
1608/25 1611/22
1611/23 1612/8 1626/3
1659/3
**placed [1]** 1589/8
**places [5]** 1592/10
1613/24 1624/10
1625/7 1709/1
**Plaintiff [1]** 1574/4
**plan [9]** 1578/25
1666/19 1686/10
1708/25 1711/21
1713/24 1715/2
1715/18 1721/10
**planning [3]** 1655/21
1658/23 1694/16
**platform [2]** 1595/1
1597/4
**platforms [1]** 1606/5
**play [6]** 1582/5 1583/5
1682/16 1683/17
1683/18 1703/1
**played [2]** 1658/2
1703/2
**playing [1]** 1683/20
**plays [1]** 1581/23
**please [62]** 1577/5
1583/10 1586/25
1588/15 1589/7
1589/21 1601/15
1602/16 1603/15
1604/1 1604/10
1604/16 1607/15
1607/19 1609/13
1611/24 1614/9
1616/15 1616/24
1617/25 1618/9
1618/10 1621/6
1664/14 1668/12
1669/8 1669/15
1670/25 1671/3 1673/8
1673/16 1674/3 1674/9
1674/19 1675/4 1675/9
1676/2 1678/2 1679/20
1680/3 1680/21
1681/16 1683/14
1685/9 1698/10
1702/22 1702/25
1704/14 1704/21
1706/9 1708/18 1709/3
1712/14 1713/4
1715/25 1716/25
1718/12 1719/11
1719/19 1721/25
1722/1 1722/5
**plenty [2]** 1721/15
1721/17
**PO [1]** 1575/3
**point [17]** 1593/7
1594/13 1596/13
1599/10 1611/17
1613/25 1614/4

**P**

**point... [10]** 1623/16 1623/22 1626/13 1660/1 1662/19 1663/6 1674/16 1684/9 1693/9 1710/22
**points [1]** 1621/15
**police [5]** 1644/16 1656/7 1709/17 1709/23 1715/7
**political [4]** 1613/22 1651/22 1651/24 1675/24
**politically [1]** 1613/22
**Politics [1]** 1619/17
**pool [1]** 1579/9
**poor [1]** 1678/20
**population [1]** 1654/23
**portion [3]** 1611/11 1642/5 1682/16
**portions [1]** 1677/11
**position [6]** 1578/11 1581/21 1582/7 1586/14 1594/25 1647/1
**positive [1]** 1646/20
**possession [1]** 1647/1
**possible [6]** 1604/18 1641/22 1665/5 1665/7 1666/11 1666/14
**post [1]** 1708/25
**posted [5]** 1605/18 1641/25 1642/5 1687/6 1688/5
**postelection [1]** 1659/6
**posture [2]** 1671/24 1678/4
**potential [1]** 1611/18
**potentially [8]** 1599/20 1599/21 1600/8 1627/25 1647/8 1658/19 1675/14 1679/14
**power [1]** 1666/20
**PowerPoint [1]** 1702/24
**practices [1]** 1650/5
**preceded [2]** 1585/1 1650/16
**Precisely [1]** 1615/1
**predicting [1]** 1689/5
**predominantly [1]** 1625/6
**prejudice [1]** 1583/3
**prejudicial [1]** 1585/16
**preparation [1]** 1690/8
**Prepare [1]** 1688/9
**prepared [8]** 1583/8 1584/20 1631/9 1638/15 1672/5 1691/14 1691/15 1693/15
**preparedness [14]** 1591/14 1602/23 1628/25 1629/3 1630/21 1634/22 1635/3 1635/20 1654/6

1672/14 1672/16 1675/16
**presence [1]** 1603/22
**present [3]** 1577/18 1579/24 1585/21
**presenting [1]** 1670/2
**president [16]** 1585/7 1585/9 1614/2 1616/5 1616/18 1617/18 1618/12 1618/25 1652/5 1652/5 1702/5 1702/8 1717/16 1718/2 1720/8 1720/8
**President Donald Trump [1]** 1614/2
**President Trump [3]** 1616/18 1652/5 1718/2
**President Trump's [3]** 1702/5 1702/8 1717/16
**President-Elect [2]** 1720/8 1720/8
**Presidential [1]** 1705/11
**presiding [1]** 1577/4
**press [1]** 1679/10
**presumably [2]** 1581/4 1600/4
**pretend [1]** 1639/20
**pretty [6]** 1585/1 1628/11 1639/2 1650/12 1702/3 1707/22
**prevalent [1]** 1628/11
**prevented [2]** 1720/5 1720/9
**previous [3]** 1619/2 1694/7 1694/11
**primarily [1]** 1693/12
**primary [4]** 1579/21 1579/22 1642/16 1642/18
**principal [2]** 1579/20 1579/21
**principle [1]** 1582/2
**prior [4]** 1612/2 1614/16 1640/15 1641/3
**private [8]** 1600/4 1600/14 1600/16 1600/22 1621/18 1644/12 1656/25 1668/1
**probably [7]** 1583/19 1595/24 1606/18 1618/7 1641/15 1649/2 1659/11
**probative [3]** 1584/25 1585/10 1585/16
**problem [3]** 1581/19 1713/21 1714/1
**problematic [1]** 1678/5
**problems [2]** 1581/11 1678/9
**proceedings [5]** 1574/9 1577/19 1722/4 1722/20 1723/4
**process [10]** 1594/23

1613/8 1646/7 1646/16 1647/7 1654/18 1699/23
**profile [1]** 1603/22
**projected [1]** 1609/8
**prominent [1]** 1628/7
**prompt [1]** 1605/2
**prompted [2]** 1591/10 1592/7
**proper [2]** 1636/24 1691/17
**property [7]** 1580/6 1581/4 1600/4 1608/24 1609/1 1609/1 1631/19
**Propes [2]** 1595/25 1607/8
**propose [1]** 1583/22
**prospect [1]** 1585/15
**protections [2]** 1631/15 1631/16
**protest [1]** 1648/20 1717/11 1718/4
**protests [1]** 1612/22
**Proton [1]** 1596/18
**ProtonMail [2]** 1604/8 1656/18
**Proud [1]** 1706/14
**provide [13]** 1598/18 1600/19 1600/21 1600/24 1601/2 1602/3 1603/3 1614/6 1630/23 1631/9 1636/15 1654/9 1655/6
**provided [5]** 1602/5 1604/10 1615/15 1646/22 1699/21
**provides [1]** 1605/4
**providing [7]** 1598/16 1600/13 1600/14 1600/16 1602/1 1631/15 1636/24
**public [10]** 1580/14 1602/24 1603/1 1605/19 1626/17 1626/24 1636/22 1642/2 1642/5 1647/14
**publish [7]** 1602/9 1615/21 1671/13 1673/16 1676/18 1680/16 1680/21
**pull [13]** 1686/14 1690/6 1698/10 1701/6 1702/22 1705/24 1706/9 1708/17 1710/3 1716/2 1717/17 1718/18 1720/11
**pump [2]** 1608/6 1608/7
**punch [1]** 1580/12
**Punta [2]** 1575/16 1717/3
**Punta Gorda [1]** 1717/3
**puppet [3]** 1617/5 1618/19 1618/22
**purchase [1]** 1581/8
**purely [1]** 1656/5

**purification [1]** 1631/12
**purpose [14]** 1606/23 1612/11 1612/13 1612/15 1623/23 1627/25 1636/2 1644/22 1647/7 1647/17 1647/18 1658/22 1670/17 1672/16
**purposes [6]** 1579/16 1579/20 1580/5 1580/22 1587/11 1671/22
**pursuits [1]** 1580/3
**put [13]** 1587/8 1605/13 1608/6 1608/7 1608/9 1617/19 1653/5 1658/23 1692/22 1692/23 1693/1 1721/16 1721/17
**putting [1]** 1644/21 1683/11
**pyramid [6]** 1609/19 1610/20 1611/6 1611/7 1611/11 1637/24

**Q**

**QRF [5]** 1685/14 1685/24 1686/21 1686/25 1687/8
**qualification [1]** 1578/15
**qualifications [2]** 1579/12 1654/24
**qualified [2]** 1582/22 1583/4
**qualify [2]** 1579/16 1587/10
**Queen [1]** 1575/7
**question [20]** 1578/19 1579/10 1579/11 1600/10 1604/24 1604/25 1635/11 1666/25 1677/15 1680/5 1680/7 1687/15 1706/7 1711/18 1711/23 1712/8 1713/15 1713/23 1714/5 1714/6
**questionable [1]** 1678/24
**questions [35]** 1614/17 1614/20 1620/3 1645/8 1663/4 1663/9 1667/7 1667/13 1668/3 1669/11 1670/16 1671/20 1671/25 1679/17 1679/18 1681/11 1682/10 1691/20 1700/6 1700/14 1701/8 1702/16 1704/16 1706/7 1707/17 1708/20 1708/23 1709/8 1709/12 1711/19 1714/2 1714/2

**R**

**raise [3]** 1589/7 1608/6 1674/22
**rally [7]** 1686/18 1687/5 1687/9 1687/13 1702/5 1702/8 1711/4
**ran [2]** 1646/19 1661/13
**rates [2]** 1581/6 1582/12
**rather [1]** 1581/19
**re [6]** 1590/19 1590/21 1592/8 1592/14 1594/2 1594/4
**re-engage [4]** 1590/19 1590/21 1592/8 1592/14
**re-establishing [2]** 1594/2 1594/4
**react [1]** 1688/22
**reactions [1]** 1688/23
**read [39]** 1579/13 1579/14 1579/18 1604/6 1604/10 1610/5 1616/3 1616/24 1618/10 1619/9 1624/15 1650/8 1650/15 1651/1 1669/2 1669/5 1669/6 1669/22 1674/3 1674/8 1674/9 1675/1 1675/11 1677/11 1678/1 1680/3 1683/14 1686/22 1688/8 1694/17 1695/4 1698/16 1704/10 1708/3 1709/14 1709/15 1712/14 1712/22 1721/13
**reading [6]** 1578/7 1587/17 1616/23 1649/14 1650/1 1678/16
**reads [1]** 1580/17
**ready [2]** 1589/13 1674/12
**real [4]** 1580/6 1596/11 1680/5 1680/7
**realize [1]** 1678/8
**really [9]** 1585/14 1592/12 1594/5 1629/21 1632/19 1663/22 1678/9 1693/17 1702/2
**reason [6]** 1580/10 1580/18 1584/1 1614/25 1648/14 1676/8
**reasons [4]** 1584/1 1613/2 1615/2 1656/21
**rebut [1]** 1711/2
**recall [34]** 1588/21

1743

**R**

recall... **[33]** 1595/12
1595/15 1595/20
1596/2 1597/23 1598/6
1599/8 1609/6 1612/8
1613/25 1636/5 1648/1
1648/6 1648/24 1649/1
1657/18 1657/20
1658/3 1665/10
1665/12 1665/15
1665/23 1665/24
1666/14 1675/6
1682/10 1698/2 1698/2
1698/3 1698/7 1699/5
1699/18 1706/21
**recalled [1]** 1721/2
**receive [1]** 1609/21
**received [14]** 1592/1
1602/14 1608/19
1615/25 1636/1
1646/18 1649/22
1673/13 1677/1
1680/19 1694/5 1712/3
1716/17 1717/23
**receives [1]** 1609/21
**recent [1]** 1650/15
**recess [3]** 1664/6
1664/7 1722/19
**recodified [1]** 1578/8
**recognize [8]** 1645/22
1668/25 1671/2 1671/4
1671/7 1671/9 1683/10
1684/16
**recognized [1]**
1718/22
**recollection [1]** 1666/4
**record [6]** 1581/24
1582/12 1607/19
1607/22 1712/10
1723/3
**recorded [4]** 1657/13
1657/16 1658/7 1661/6
**recording [1]** 1657/22
**records [1]** 1690/10
**recovered [1]** 1710/8
**recovering [1]** 1699/5
**recross [2]** 1576/4
1721/13
**recruitment [2]**
1642/19 1643/22
**red [1]** 1611/18
**redacted [2]** 1605/17
1605/18
**redirect [5]** 1576/4
1667/9 1667/11 1700/7
1700/10
**refer [2]** 1611/7
1637/24
**reference [4]** 1595/6
1603/10 1604/9
1617/10
**referred [5]** 1594/18
1634/23 1634/25
1654/6 1675/25
**referring [7]** 1609/16
1617/20 1618/11
1653/13 1679/8
1686/21 1688/25

referring... **[1]** 1595/7
1617/20
**reflect [2]** 1607/19
1607/22
**regard [2]** 1656/22
1713/1
**regarding [1]** 1599/9
**regardless [3]** 1580/1
1581/24 1582/10
**regime [2]** 1618/17
1618/22
**register [1]** 1580/23
**registration [1]** 1580/7
**regular [1]** 1597/3
**rejoined [1]** 1626/9
**relating [1]** 1715/12
**relation [1]** 1598/3
1687/4
**relationship [1]** 1656/2
**relevant [3]** 1615/3
1615/6 1615/6
**relicensed [1]** 1679/12
**relief [4]** 1624/2 1624/3
1624/8 1630/23
**relocated [1]** 1578/25
**remain [5]** 1580/16
1580/20 1619/18
1664/9 1721/2
**remainder [1]** 1583/14
**remained [3]** 1652/11
1652/13 1653/3
**remember [17]**
1614/24 1638/4 1666/5
1666/12 1668/5 1675/6
1679/18 1681/7
1701/10 1701/12
1702/17 1704/18
1706/7 1707/2 1708/23
1711/19 1716/7
**remind [5]** 1664/3
1705/9 1706/12 1707/7
1708/25
**reminders [1]** 1721/25
**remove [1]** 1589/11
**renewed [1]** 1679/9
**report [2]** 1583/15
1688/5
**represent [3]** 1620/20
1645/18 1653/23
**representation [1]**
1713/14
**Representative [2]**
1578/1 1585/3
**representing [1]**
1618/18
**republic [1]** 1669/25
**request [8]** 1585/17
1586/17 1597/20
1598/10 1598/19
1598/20 1604/19
1605/23
**require [1]** 1604/22
**required [1]** 1600/21
**requirements [1]**
1587/7
**requires [2]** 1678/22
1696/23
**reregistering [1]**

returning... **[1]**
1617/20
**research [2]** 1622/10
1722/1
**residence [7]** 1579/19
1580/5 1580/10
1580/17 1580/18
1580/20 1580/22
**residency [6]** 1578/15
1579/1 1579/17 1580/4
1587/5 1587/6
**resident [1]** 1587/10
**residing [1]** 1579/4
**resign [4]** 1590/23
1590/25 1619/8 1639/7
**resignation [3]** 1641/3
1676/16 1681/8
**resigned [1]** 1619/7
1639/7 1640/10
1640/24 1641/2
**resigning [1]** 1676/8
**resistance [2]** 1611/3
1611/9
**resource [2]** 1654/9
1655/6
**respect [5]** 1583/12
1584/4 1585/11
1714/23 1715/18
**respond [5]** 1592/24
1601/6 1630/12
1674/25 1717/6
**responded [2]** 1662/8
1662/11
**responders [1]**
1654/10
**responding [3]** 1585/6
1593/24 1635/6
**responds [4]** 1674/10
1674/22 1675/8
1675/10
**responds with [1]**
1674/10
**response [4]** 1591/25
1592/1 1592/19 1605/1
**responses [1]** 1592/2
**responsive [1]** 1712/7
**rest [1]** 1710/20
**restroom [1]** 1663/22
**resume [1]** 1663/25
**retaining [1]** 1579/11
**retired [3]** 1606/12
1637/4 1637/6
**retrospective [1]**
1713/22
**return [4]** 1581/2
1582/6 1582/8 1589/3
**returning [2]** 1578/18
1579/25
**reveal [1]** 1627/23
**review [1]** 1698/12
**reviewed [12]** 1605/15
1684/23 1684/25
1690/9 1690/17 1691/6
1697/16 1697/25
1698/5 1698/9 1698/17
1711/20
**revolution [1]** 1711/8
**rhetoric [12]** 1651/17
1652/2 1652/3 1652/4

Rhodes... **[1]**
1675/21 1678/18
1679/7 1679/17 1681/4
**Rhodes [50]** 1593/8
1593/10 1593/23
1597/9 1597/19
1598/10 1612/14
1613/10 1613/25
1616/14 1634/23
1641/25 1642/8
1642/11 1642/16
1642/17 1642/19
1651/25 1652/7 1653/1
1657/17 1658/6
1658/13 1658/24
1662/9 1669/12 1676/9
1676/13 1676/13
1676/16 1677/6
1677/10 1680/13
1680/23 1685/14
1698/1 1698/4 1698/6
1703/11 1703/19
1703/20 1708/25
1710/24 1712/15
1715/6 1715/14
1715/18 1719/25
1720/2 1720/7
**Rhodes' [8]** 1616/5
1652/4 1661/23
1670/11 1708/21
1710/8 1715/2 1715/11
**Richard [1]** 1694/23
**rid [2]** 1603/24 1653/4
**ridiculous [2]** 1585/2
1585/3
**right [188]**
**rights [1]** 1704/10
**ring [1]** 1641/18
**RIOS [2]** 1575/11
1575/15
**rioters [1]** 1706/5
**riots [1]** 1592/10
**rise [5]** 1577/2 1577/3
1664/1 1722/10
1722/18
**risk [1]** 1583/8
**RMR [2]** 1723/2 1723/8
**road [1]** 1581/19
**Robert [1]** 1575/10
**ROBERTO [4]** 1574/6
1577/8 1653/24
1706/18
**Roberto Minuta [2]**
1653/24 1706/18
**role [1]** 1646/8
**rolls [1]** 1579/16
**room [22]** 1592/3
1592/20 1592/21
1593/2 1593/4 1593/14
1594/8 1594/20 1595/1
1595/17 1596/4
1597/12 1609/2 1609/3
1609/5 1626/25
1632/18 1632/19
1649/15 1649/16
1668/16 1708/14
**rooms [4]** 1593/15
1619/19 1640/14

**root [2]** 1669/24
1669/24
**rosters [1]** 1678/10
**rotate [1]** 1604/18
**rows [2]** 1690/12
1704/21
**rule [2]** 1584/23 1672/5
**Rule 106 [1]** 1672/5
**rules [1]** 1587/16
**ruling [1]** 1586/1
**rumor [1]** 1585/3
**rumors [1]** 1585/8
**run [4]** 1647/2 1647/3
1696/15 1696/16
**running [2]** 1646/10
1646/22

**S**

**Safe [1]** 1681/13
**safety [5]** 1625/19
1625/21 1633/24
1633/25 1634/17
**said [45]** 1579/8
1581/1 1586/5 1593/24
1594/1 1594/6 1594/11
1599/21 1607/2 1610/7
1610/7 1613/14
1613/17 1614/24
1625/1 1628/20
1628/22 1638/2 1639/7
1639/25 1640/2
1648/22 1649/18
1649/21 1651/5 1653/8
1658/18 1661/1
1664/19 1668/9 1672/3
1674/11 1693/2
1695/12 1695/23
1697/11 1697/11
1697/14 1710/14
1710/23 1719/2 1719/5
1719/7 1719/8 1719/25
**sake [1]** 1605/20
**same [22]** 1587/16
1592/18 1617/9
1656/22 1658/9
1659/15 1665/15
1673/6 1673/9 1673/10
1675/10 1683/3 1687/6
1699/13 1702/1 1702/2
1702/9 1706/23
1707/12 1707/14
1707/16 1718/8
**Samsung [1]** 1696/13
**Sarasota [3]** 1705/1
1705/5 1705/7
**sat [1]** 1703/4
**save [1]** 1710/19
**saw [11]** 1591/17
1593/5 1623/1 1623/2
1624/15 1639/23
1641/24 1651/3
1653/10 1657/18
1657/21
**say [49]** 1578/20
1583/14 1587/23
1593/1 1598/14
1603/20 1609/19

say... **[42]** 1613/14
1622/8 1623/8 1624/4
1624/8 1633/23
1634/16 1634/20
1636/1 1637/5 1642/15
1642/18 1643/8
1643/12 1646/17
1647/1 1650/7 1650/19
1651/16 1652/2
1652/21 1653/3
1654/25 1655/1 1655/9
1658/12 1661/4
1661/10 1661/12
1662/7 1662/10
1667/20 1677/24
1682/23 1684/9 1693/3
1703/19 1704/6
1715/21 1716/21
1717/1 1718/25
**saying [11]** 1582/11
1584/3 1613/9 1617/21
1638/4 1650/13
1658/21 1679/1 1679/3
1680/6 1720/7
**says [13]** 1580/9
1582/9 1603/22
1604/12 1605/3
1613/11 1677/18
1677/19 1685/14
1685/16 1689/4 1689/8
1704/4
**scarce [1]** 1631/10
**scare [1]** 1680/25
**scarf [1]** 1645/23
**scenario [1]** 1687/1
**scene [1]** 1679/23
**scenes [1]** 1611/12
**Schiff [2]** 1578/1
1585/4
**scope [4]** 1672/8
1672/20 1691/25
1714/5
**scott [4]** 1575/14
1575/17 1577/15
1645/19
**screen [9]** 1601/22
1609/7 1609/8 1615/13
1713/3 1715/1 1715/1
1717/14 1718/18
**screens [1]** 1602/20
**screw [1]** 1680/24
**scroll [12]** 1601/17
1601/19 1601/19
1616/9 1676/4 1676/21
1676/22 1684/1
1690/22 1694/7
1694/21 1709/5
**scrolled [1]** 1616/20
**scrolling [1]** 1650/15
**scrutiny [1]** 1657/9
**searched [1]** 1603/23
**seat [2]** 1587/1
1588/19
**seated [7]** 1577/5
1583/4 1586/25
1588/15 1607/18
1653/24 1664/14

1695/21 1702/15
1702/17 1704/17
**second [9]** 1582/21
1615/17 1633/12
1662/14 1672/5
1702/25 1705/13
1714/8 1717/7
**section [5]** 1578/6
1579/15 1580/9
1629/13 1716/23
**secure [1]** 1618/19
**security [35]** 1595/10
1598/16 1598/18
1600/14 1600/17
1600/19 1600/20
1600/22 1600/24
1601/3 1603/1 1605/15
1605/20 1612/16
1613/7 1613/23
1621/18 1623/24
1627/2 1627/13
1627/14 1628/7
1628/10 1631/17
1644/4 1644/5 1655/22
1656/2 1656/12
1656/21 1658/24
1659/1 1659/17 1662/8
1702/20
**see [33]** 1579/14
1586/9 1588/18
1592/14 1592/22
1603/10 1604/23
1605/1 1607/13
1611/18 1626/21
1629/3 1645/22
1653/17 1663/5
1663/25 1667/5 1669/4
1671/18 1684/4
1689/13 1694/12
1694/25 1698/8
1703/11 1705/15
1715/4 1715/9 1715/11
1716/10 1716/24
1720/14 1722/16
**seeing [3]** 1625/16
1698/2 1722/7
**seek [3]** 1602/9
1680/15 1711/24
**seeking [1]** 1671/18
**seeks [3]** 1615/21
1671/13 1676/18
**seem [2]** 1582/6
1602/8
**seems [2]** 1585/11
1586/4
**seen [8]** 1595/6
1625/16 1625/17
1645/24 1685/3 1685/5
1698/18 1710/5
**seized [1]** 1712/19
**selected [1]** 1695/5
**selection [1]** 1694/17
**sellouts [1]** 1720/21
**send [3]** 1583/13
1708/6 1718/6
**sends [1]** 1583/15
**sensitive [1]** 1678/20

1649/14 1676/11
1680/12 1706/17
1706/20 1708/7 1711/5
1713/11 1714/19
**sentence [4]** 1616/24
1669/22 1669/23
1704/4
**sentences [1]** 1718/3
**separate [1]** 1608/19
**September [5]** 1598/7
1598/7 1598/8 1603/9
1704/24
**Serbian [1]** 1715/2
**series [5]** 1667/13
1668/3 1670/16
1671/20 1679/16
**seriously [2]** 1584/18
1643/22
**serve [1]** 1587/23
**served [1]** 1590/5
**serves [1]** 1701/14
**service [10]** 1578/12
1579/12 1580/11
1587/7 1587/11
1587/13 1588/20
1588/21 1644/16
1721/24
**serving [2]** 1583/25
1587/22
**session [3]** 1577/3
1657/16 1658/6
**set [5]** 1629/21 1639/4
1654/20 1665/4 1692/9
**setting [2]** 1665/20
1681/8
**setup [1]** 1664/20
**several [10]** 1597/13
1651/11 1677/25
1679/18 1689/14
1701/8 1702/16
1707/17 1716/5
1721/10
**shall [4]** 1580/9
1580/17 1580/23
1716/24
**she [3]** 1584/20
1672/12 1685/23
**shifts [1]** 1579/1
**Shipley [1]** 1575/2
1575/3 1577/13
1581/10 1653/23
1711/19 1712/8
**shirt [1]** 1608/10
**shit [1]** 1680/25
**short [1]** 1719/17
**shorthand [1]** 1654/7
**shortly [1]** 1663/25
**should [7]** 1582/13
1583/19 1604/13
1607/4 1668/20
1710/19 1720/6
**shouldn't [2]** 1583/25
1645/4
**show [9]** 1616/10
1671/22 1692/19
1692/25 1693/5 1698/8
1711/3 1720/20

**showed [3]** 1637/25
1647/5 1719/5
**shown [4]** 1685/10
1685/19 1688/2
1689/10
**shows [1]** 1711/1
**sic [1]** 1694/4
**sick [1]** 1579/10
**side [7]** 1613/10
1618/3 1643/18 1645/6
1645/6 1651/24 1706/6
**sign [1]** 1660/24
**Signal [48]** 1595/7
1595/7 1595/13
1595/22 1596/10
1597/9 1597/14
1597/15 1597/17
1597/18 1598/21
1629/11 1631/24
1632/2 1632/5 1640/11
1648/8 1649/10
1649/13 1649/14
1652/13 1653/4 1653/8
1656/22 1662/17
1662/20 1666/25
1667/1 1667/4 1667/14
1667/17 1668/4
1672/19 1696/9 1696/9
1696/16 1696/23
1697/4 1697/8 1697/17
1698/1 1698/6 1699/1
1699/2 1699/5 1701/24
1708/3 1708/6
**Signal app [1]** 1697/4
**signatures [1]** 1616/11
**signed [4]** 1616/13
1639/19 1639/20
1640/7
**signified [1]** 1675/22
**similar [1]** 1617/8
**simple [1]** 1626/10
**simply [3]** 1583/24
1622/15 1714/12
**since [2]** 1592/15
1710/18
**single [2]** 1645/5
1650/1
**sir [87]** 1586/22
1620/18 1621/4 1637/3
1645/7 1645/15 1653/8
1653/19 1664/5
1664/13 1681/13
1681/14 1682/8
1682/12 1682/14
1684/17 1685/6
1685/12 1685/16
1686/1 1686/8 1686/19
1687/18 1688/4
1689/12 1689/15
1689/19 1690/8
1690/11 1690/14
1690/16 1690/19
1691/4 1694/12
1694/14 1695/3
1695/22 1696/5 1696/7
1697/10 1697/18
1698/23 1700/5

1700/21 1700/24
1701/2 1701/11
1701/21 1702/10
1702/13 1702/18
1702/21 1703/7 1703/9
1703/14 1703/18
1703/21 1703/24
1704/2 1704/19 1706/8
1706/19 1706/24
1707/3 1707/6 1707/19
1708/11 1708/16
1708/24 1709/11
1711/22 1714/21
1715/5 1715/10
1715/13 1716/8
1716/12 1717/13
1718/10 1718/17
1718/24 1719/10
1720/1 1720/10
1720/17
**site [1]** 1626/24
**sitting [3]** 1584/13
1617/18 1618/11
**situation [1]** 1588/8
**situs [1]** 1580/6
**six [3]** 1590/8 1621/9
1686/5
**size [3]** 1643/14 1702/1
1702/2
**skill [1]** 1654/20
**skilled [1]** 1686/23
**skills [1]** 1654/14
**slide [16]** 1584/25
1585/11 1585/14
1585/16 1668/13
1671/3 1674/19
1679/21 1680/17
1702/23 1702/25
1706/10 1716/25
1717/4 1719/21
1720/12
**Slide 7 [1]** 1668/13
**slides [5]** 1577/24
1585/1 1585/6 1671/2
1671/22
**slight [1]** 1588/22
**slowly [1]** 1613/2
**small [1]** 1702/2
**smaller [2]** 1625/8
1632/12
**smartphones [2]**
1696/12 1696/20
**snowball [1]** 1613/3
**so [180]**
**So I think [2]** 1579/7
1721/13
**so it's [2]** 1665/7
1684/8
**So this is [4]** 1677/13
1683/5 1694/4 1717/12
**So this message [1]**
1720/7
**So you've [1]** 1683/18
**social [6]** 1603/20
1604/25 1605/2 1605/7
1605/14 1605/20
**soldier [2]** 1606/13

1745

**soldier... [1]** 1637/6
**some [69]** 1577/24
1577/25 1581/8
1585/12 1585/13
1587/6 1592/24 1593/1
1593/5 1594/1 1594/9
1595/10 1596/7
1599/10 1600/12
1607/3 1610/14
1611/22 1614/4
1619/18 1621/17
1623/4 1623/19 1626/6
1626/14 1627/2
1627/10 1628/18
1629/6 1629/7 1636/11
1638/6 1638/9 1640/4
1644/4 1647/12
1650/21 1652/4 1653/5
1655/12 1659/7
1659/11 1660/1
1660/18 1660/23
1660/25 1661/12
1662/19 1678/8 1679/8
1679/10 1679/11
1681/7 1683/15
1686/23 1688/22
1691/5 1695/20
1696/11 1700/14
1702/16 1702/19
1703/16 1704/16
1706/2 1708/20
1708/23 1716/10
1722/4
**some type [1]** 1596/7
**somebody [6]** 1583/3
1630/7 1646/22
1657/16 1662/7 1703/5
**somehow [3]** 1584/7
1586/8 1708/9
**someone [16]** 1591/12
1592/24 1600/7
1603/23 1608/25
1621/18 1622/4
1627/21 1634/20
1636/16 1642/8
1644/19 1644/20
1667/4 1692/16 1706/4
**someone's [1]** 1697/5
**something [22]** 1583/8
1583/11 1583/22
1595/7 1596/19
1612/22 1625/16
1628/11 1628/14
1628/17 1629/6
1641/24 1644/13
1651/4 1661/5 1661/7
1687/21 1687/22
1689/5 1697/12 1698/8
1715/12
**sometimes [4]** 1650/14
1650/18 1664/25
1664/25
**somewhat [1]** 1587/9
**somewhere [2]**
1649/18 1661/8
**soon [1]** 1619/9
**sophisticated [1]**

**SoRelle [1]** 1720/2
**sorry [19]** 1588/4
1588/7 1610/22
1635/12 1657/24
1660/10 1663/21
1669/20 1677/16
1677/24 1682/23
1684/14 1686/20
1694/9 1710/13
1711/11 1714/18
1719/2 1719/7
**sort [21]** 1577/22
1578/2 1581/12
1581/17 1617/6 1621/3
1622/16 1623/5 1624/1
1630/19 1634/11
1634/14 1655/16
1660/7 1660/15
1660/21 1668/8 1676/7
1714/7 1714/8 1714/9
**sound [2]** 1643/10
1665/4
**sounds [1]** 1674/11
**sources [1]** 1580/4
**south [1]** 1624/24
**southwest [1]** 1606/21
**space [1]** 1581/5
**spark [1]** 1698/8
**speak [6]** 1586/15
1611/13 1622/25
1625/6 1648/15 1666/3
**speakers [1]** 1612/16
**special [14]** 1585/21
1585/23 1588/24
1606/13 1609/9
1609/20 1609/21
1637/5 1637/6 1637/12
1648/8 1681/15
1686/24 1720/24
**Special Agent Harris
[3]** 1585/21 1588/24
1720/24
**specific [6]** 1583/22
1593/1 1598/23
1666/19 1698/4
1714/18
**specifically [16]**
1582/9 1593/3 1610/11
1610/12 1610/17
1624/20 1625/4
1625/12 1627/4
1628/21 1659/2
1665/12 1665/18
1666/14 1671/22
1698/7
**specificity [1]** 1590/1
**specified [1]** 1668/20
**speculate [3]** 1584/1
1584/11 1587/21
**speculation [1]** 1650/2
**spell [2]** 1589/22
1599/24
**spent [1]** 1653/9
**split [2]** 1713/3 1715/1
**split-screen [1]** 1713/3
**spoke [3]** 1594/8
1633/17 1644/3

**spontaneous [1]**
1688/14
**spouse [1]** 1580/5
**Stamey [1]** 1707/15
**stand [2]** 1663/18
1687/3
**standing [4]** 1600/5
1600/7 1664/9 1686/24
**stands [2]** 1664/6
1722/18
**stanged [1]** 1685/24
**start [12]** 1578/3
1578/10 1602/16
1603/4 1629/21
1669/19 1677/3
1678/16 1678/16
1700/14 1710/20
1722/8
**started [5]** 1586/3
1592/25 1603/5 1632/7
1705/16
**starting [10]** 1602/19
1616/2 1625/8 1673/19
1705/9 1705/15
1705/18 1709/5
1709/14 1718/3
**state [24]** 1580/23
1585/12 1589/21
1594/18 1594/19
1600/3 1600/19
1600/22 1619/6
1619/10 1629/24
1630/1 1640/5 1643/4
1644/19 1647/5
1669/24 1673/22
1674/15 1678/22
1704/24 1704/25
1705/4 1709/20
**stated [3]** 1604/12
1606/23 1719/4
**statement [7]** 1608/11
1635/25 1645/4 1713/6
1713/6 1713/22
1719/24
**states [15]** 1574/1
1574/3 1574/10 1577/7
1582/16 1591/24
1592/21 1593/15
1619/1 1635/5 1661/7
1670/3 1685/23
1688/19 1689/7
**station [1]** 1608/5
**status [1]** 1604/10
**stay [2]** 1595/1 1640/4
**staying [2]** 1707/7
1707/10
**stealing [1]** 1617/4
**step [5]** 1582/21
1582/22 1720/24
1721/5 1721/20
**stepped [8]** 1639/10
1639/12 1639/17
1643/4 1646/7 1652/10
1663/7 1665/9
**stepping [3]** 1651/10
1653/9 1677/19
**steps [2]** 1656/2

**Stewart [23]** 1593/8
1593/10 1613/10
1616/5 1616/14 1653/1
1657/17 1658/6
1658/13 1658/24
1661/23 1662/9 1677/6
1677/24 1680/13
1680/23 1685/14
1698/1 1703/11
1703/19 1708/21
1712/15 1719/25
**Stewart Rhodes [17]**
1593/8 1593/10
1613/10 1616/14
1657/17 1658/6
1658/13 1658/24
1662/9 1677/6 1680/13
1685/14 1698/1
1703/11 1703/19
1712/15 1719/25
**Stewart Rhodes' [3]**
1616/5 1661/23
1708/21
**still [20]** 1627/2
1629/10 1629/12
1632/1 1639/18
1639/25 1640/18
1640/24 1640/25
1647/2 1647/3 1652/17
1652/19 1652/19
1652/21 1671/11
1673/20 1673/22
1674/15 1693/8
**stipulated [1]** 1605/21
**stolen [2]** 1617/17
1659/10
**stop [3]** 1666/19
1709/17 1709/18
**stopped [4]** 1623/11
1623/12 1623/12
1663/6
**stories [1]** 1722/5
**storm [2]** 1711/21
1715/20
**stormed [6]** 1709/19
1711/6 1712/17
1712/24 1713/2
1713/16
**storming [4]** 1714/10
1714/14 1715/22
1721/12
**street [5]** 1574/16
1575/11 1575/20
1712/20 1715/16
**street-fought [2]**
1712/20 1715/16
**stricken [1]** 1581/15
**strictly [3]** 1597/11
1613/5 1656/20
**strike [1]** 1656/10
**strong [3]** 1581/18
1643/20 1709/17
**student [1]** 1580/12
**stuff [4]** 1640/22
1659/15 1710/18
1711/6
**style [1]** 1687/1

**SUAREZ [2]** 1575/11
1575/14
**subject [10]** 1629/15
1636/23 1661/22
1665/13 1678/20
1678/23 1691/16
1693/16 1694/15
1721/2
**submit [1]** 1604/7
**subpoena [1]** 1721/2
**such [5]** 1601/12
1687/1 1696/2 1697/12
1697/14
**suggest [4]** 1581/2
1583/18 1584/6 1661/5
**suggested [1]** 1595/9
**suggesting [1]**
1713/16
**suggestion [1]**
1656/11
**Suggests [1]** 1675/1
**Suite [2]** 1575/16
1575/20
**summary [5]** 1691/5
1691/13 1691/15
1693/7 1700/3
**summer [9]** 1581/8
1592/9 1597/22
1623/15 1624/19
1628/6 1632/1 1632/14
1633/12
**supposed [3]** 1608/1
1608/15 1608/25
**Supreme [5]** 1699/19
1719/2 1719/6 1719/8
1719/12
**Supreme Court [3]**
1719/6 1719/8 1719/12
**sure [28]** 1581/24
1582/13 1599/19
1605/20 1605/24
1615/5 1622/20
1625/25 1626/2
1627/15 1629/19
1639/24 1644/14
1648/13 1651/20
1654/19 1654/22
1655/20 1655/20
1662/15 1667/21
1671/19 1672/4
1679/15 1679/15
1692/25 1693/20
1697/7
**surprise [1]** 1657/4
**surrounding [1]**
1653/11
**suspected [1]** 1634/6
**suspension [1]**
1678/23
**sustained [3]** 1661/20
1699/9 1711/16
**sweater [1]** 1607/18
**switch [1]** 1683/21
**sworn [4]** 1589/15
1682/2 1720/5 1720/9
**system [2]** 1596/17
1597/1
**systems [1]** 1596/15

**S**

systems... [2] 1596/15
1696/18

**T**

table [3] 1636/11
1637/1 1637/8
tactical [1] 1599/18
take [14] 1584/15
1589/1 1600/24
1606/17 1608/9
1608/25 1611/24
1618/21 1638/12
1658/17 1663/18
1663/20 1715/25
1718/11
taken [2] 1611/21
1621/17
takeover [3] 1611/15
1638/3 1638/6
taking [4] 1611/23
1613/6 1626/3 1659/3
talk [22] 1593/23
1595/4 1599/11
1605/12 1607/3
1621/25 1624/19
1628/7 1630/10
1633/15 1637/4
1638/19 1639/6
1641/23 1650/21
1651/10 1658/13
1675/25 1702/15
1706/2 1708/1 1721/4
talked [3] 1592/4
1658/14 1658/14
talking [12] 1585/7
1593/2 1622/5 1624/6
1628/10 1653/13
1658/15 1660/14
1670/13 1688/22
1703/12 1710/20
Tampa [1] 1716/22
tank [1] 1608/7
tap [2] 1667/4 1697/4
target [1] 1600/8
tarred [1] 1712/18
tasers [1] 1685/23
tax [2] 1580/4 1712/18
Taylor [1] 1598/3
tea [1] 1712/19
teach [3] 1631/1
1631/3 1654/13
teaching [3] 1631/1
1637/17 1638/12
team [4] 1630/21
1634/22 1635/20
1654/6
teams [9] 1591/14
1591/14 1602/23
1628/25 1629/3 1636/4
1665/17 1670/17
1670/17
television [2] 1609/7
1709/20
tell [6] 1583/19
1584/11 1587/7
1594/20 1598/2
1599/16

temporary [1] 1578/20
ten [1] 1664/22
1666/17 1711/7
tend [1] 1679/11
tendency [1] 1650/19
Tending [1] 1631/6
tens [1] 1650/16
tension [2] 1625/17
1626/6
term [1] 1579/19
terms [9] 1587/7
1588/23 1594/20
1617/8 1631/15
1670/18 1672/21
1705/16 1705/21
territory [1] 1580/23
terrorists [1] 1687/2
Terry [6] 1665/23
1665/25 1689/17
1689/20 1694/23
1695/6
Terry Cummings [4]
1665/23 1665/25
1689/17 1689/20
testified [1] 1651/11
1652/10 1692/1
1692/23
testify [3] 1586/12
1703/5 1706/17
testifying [2] 1586/5
1706/16
testimony [15]
1585/21 1585/22
1586/6 1586/8 1589/1
1589/2 1589/2 1591/2
1654/4 1656/8 1664/4
1681/13 1691/17
1693/17 1695/21
text [12] 1619/1 1677/6
1677/10 1677/10
1677/17 1677/18
1677/21 1678/15
1681/8 1682/22
1682/25 1683/6
texts [1] 1649/1
than [3] 1585/16
1632/23 1659/14
thank [42] 1577/21
1586/2 1586/19
1586/20 1588/2 1588/3
1588/6 1588/11 1589/9
1589/12 1603/18
1604/13 1606/1
1611/25 1620/5
1620/11 1637/3 1645/7
1645/16 1645/17
1653/19 1664/5
1669/20 1670/20
1673/2 1673/15
1676/25 1681/12
1681/14 1685/7 1700/6
1700/8 1704/12
1705/24 1712/12
1715/24 1719/15
1719/22 1720/25
1721/22 1722/7
1722/16

**th... [1]** 1618/20
thank you [35]
1577/21 1586/2
1586/19 1586/20
1588/2 1588/6 1588/11
1589/9 1589/12
1603/18 1604/13
1611/25 1620/5
1620/11 1637/3 1645/7
1645/16 1645/17
1653/19 1664/5
1669/20 1670/20
1676/25 1681/14
1685/7 1700/6 1700/8
1705/24 1719/15
1719/22 1721/22
1722/7 1722/16
thanks [2] 1717/7
1722/9
that [656]
that right [1] 1610/18
that's [76] 1578/19
1579/7 1582/21 1583/1
1583/17 1584/8 1585/3
1585/25 1586/14
1591/17 1591/17
1596/17 1603/13
1604/14 1605/23
1608/22 1614/24
1616/8 1617/19
1620/14 1624/13
1624/25 1628/3 1629/6
1632/16 1632/24
1634/23 1634/25
1635/8 1636/1 1636/10
1637/8 1638/17
1638/17 1652/9
1652/24 1653/19
1654/11 1654/16
1654/21 1655/8 1656/4
1659/19 1666/11
1668/15 1674/11
1674/17 1674/20
1677/7 1677/7 1677/22
1679/5 1680/7 1683/6
1685/3 1685/16
1685/22 1688/7 1689/2
1689/7 1689/8 1691/22
1691/24 1693/11
1695/10 1695/15
1696/14 1697/2
1697/21 1704/22
1705/22 1712/20
1713/19 1713/23
1713/25 1720/15
their [26] 1584/18
1590/15 1591/20
1596/2 1596/5 1602/20
1617/5 1623/25
1624/12 1641/6 1645/2
1650/24 1652/23
1659/8 1660/19 1667/5
1667/17 1670/18
1670/22 1672/12
1692/22 1697/5
1700/25 1704/10
1710/20 1720/20
them [33] 1583/10
1584/11 1584/22

1596/11 1614/6
1614/17 1622/17
1638/23 1641/10
1641/11 1652/17
1653/4 1653/9 1657/8
1657/8 1658/14
1659/20 1662/3 1669/5
1672/12 1680/25
1681/1 1687/17
1690/17 1700/4
1701/18 1702/2
1709/17 1709/18
1712/20 1713/23
then [49] 1578/1
1582/8 1582/15
1595/22 1600/25
1601/19 1607/11
1608/9 1608/12 1609/2
1609/25 1611/5
1611/14 1611/14
1611/17 1613/21
1622/19 1622/21
1623/15 1626/24
1629/24 1641/12
1646/11 1650/14
1652/5 1652/25
1655/12 1665/3
1672/24 1674/6
1675/13 1676/12
1676/13 1677/11
1678/11 1680/15
1687/21 1692/11
1694/21 1698/12
1702/8 1705/3 1705/9
1713/22 1715/17
1717/1 1717/5 1717/8
1719/17
then-leader [1]
1652/25
there [104] 1577/22
1578/17 1581/17
1582/5 1583/8 1584/13
1587/6 1587/22 1592/4
1592/4 1592/5 1592/9
1592/10 1592/11
1592/20 1592/22
1592/24 1593/1 1593/4
1593/15 1593/15
1593/16 1593/18
1594/9 1595/24 1596/1
1596/6 1597/12
1597/23 1598/15
1598/16 1598/17
1599/11 1600/5 1600/8
1600/9 1600/23
1605/15 1605/16
1605/21 1608/8
1609/11 1610/7
1613/12 1614/16
1622/3 1622/24 1623/8
1623/23 1625/1 1625/7
1626/14 1626/23
1627/7 1627/19
1632/22 1634/24
1635/8 1640/14
1640/16 1640/21
1641/4 1641/7 1646/10

1649/18 1649/21
1650/13 1651/17
1653/6 1655/23 1659/6
1659/7 1660/25 1661/1
1661/4 1665/7 1666/18
1668/4 1669/18 1670/1
1671/20 1672/15
1672/17 1672/22
1672/23 1673/9
1679/17 1688/23
1694/12 1695/1 1695/5
1699/18 1701/14
1709/16 1711/4
1711/20 1714/2 1718/4
1719/22 1721/10
1722/4
there's [33] 1585/2
1585/2 1585/10
1585/12 1600/25
1603/10 1604/9
1604/23 1604/24
1610/21 1611/17
1613/2 1615/9 1616/2
1617/10 1618/3 1650/7
1650/23 1651/1 1655/9
1656/8 1656/11 1659/9
1671/2 1671/24 1673/5
1674/5 1674/14
1674/18 1683/8
1684/12 1693/22
1714/5
therefrom [1] 1579/25
these [39] 1577/19
1584/13 1594/21
1596/3 1596/9 1601/25
1602/1 1602/4 1602/7
1606/5 1611/8 1611/8
1611/12 1613/6
1613/23 1614/7
1614/15 1614/15
1614/19 1614/22
1619/18 1659/1
1661/24 1664/20
1671/22 1672/1
1672/11 1672/13
1672/18 1679/17
1686/3 1692/3 1692/21
1693/9 1698/17
1698/18 1705/23
1713/18 1714/1
they [75] 1582/10
1584/15 1584/16
1584/18 1584/19
1591/17 1596/4
1596/13 1598/4 1598/5
1599/14 1600/2 1600/3
1600/4 1602/6 1602/8
1602/12 1603/2
1605/17 1609/1 1609/9
1609/20 1611/17
1617/7 1617/15
1619/11 1622/6 1622/6
1623/23 1635/2 1635/6
1641/5 1641/6 1641/8
1641/9 1641/11 1645/4
1646/14 1646/25

**T**

they... [34] 1649/15
1649/17 1651/3 1651/5
1651/23 1654/14
1654/20 1662/9
1662/11 1662/21
1667/25 1678/23
1681/1 1681/3 1687/14
1687/14 1687/18
1687/20 1687/20
1687/23 1687/24
1690/12 1692/19
1693/6 1702/1 1710/20
1711/5 1712/19
1712/19 1712/20
1713/19 1714/25
1715/16 1721/12
They'd [1] 1720/5
they're [5] 1584/16
1584/17 1605/18
1704/11 1719/14
thing [11] 1578/4
1580/8 1584/14
1593/17 1597/2 1624/1
1660/15 1660/18
1681/2 1681/2 1702/9
things [20] 1581/1
1582/4 1582/12
1592/11 1605/17
1607/3 1621/3 1623/19
1623/20 1630/19
1631/3 1642/24
1650/19 1651/22
1658/13 1658/18
1661/24 1662/14
1718/15 1719/17
think [64] 1578/19
1578/24 1579/4 1579/7
1579/18 1581/11
1581/16 1581/17
1581/18 1582/1 1583/3
1583/15 1583/16
1584/12 1584/13
1584/16 1584/24
1585/14 1585/25
1586/8 1586/11
1586/13 1599/21
1599/25 1601/7 1601/9
1601/10 1606/21
1615/2 1621/6 1628/22
1629/24 1635/10
1635/10 1637/11
1643/17 1648/14
1648/22 1649/18
1649/21 1650/11
1654/1 1656/1 1657/20
1657/21 1657/21
1658/7 1663/10 1668/9
1672/19 1680/24
1681/3 1691/22
1696/21 1699/2 1699/3
1701/8 1710/18
1710/19 1712/9 1714/9
1714/10 1714/14
1721/13
thinking [5] 1581/1
1584/13 1587/5 1658/5
1677/19

this [APM] 1616/23
1678/12 1686/14
1688/11
this [256]
This is [1] 1577/7
this message [1]
1711/25
Thomas [2] 1707/1
1707/10
Thomas Caldwell [2]
1707/1 1707/10
those [38] 1581/11
1582/6 1592/16 1602/7
1605/17 1615/19
1627/15 1630/23
1632/9 1639/3 1640/13
1641/23 1644/5
1649/23 1650/8 1652/4
1652/13 1653/10
1659/12 1662/1
1664/25 1666/17
1666/18 1670/17
1672/18 1679/18
1696/17 1697/13
1699/19 1700/2 1700/3
1708/23 1709/15
1721/11 1721/13
1721/16 1721/17
1722/6
those chats [1]
1649/23
though [7] 1583/21
1627/1 1634/25
1639/18 1652/22
1653/5 1670/2
thought [9] 1587/8
1587/8 1594/5 1595/3
1614/19 1619/14
1651/19 1677/14
1697/15
thoughts [1] 1659/8
thousands [2] 1649/22
1680/8
threads [2] 1652/14
1653/11
threat [13] 1600/9
1611/20 1611/22
1638/7 1638/9 1638/16
1647/15 1669/12
1669/13 1670/11 1670/2
1670/9 1670/13
threatened [1] 1598/17
threatening [1] 1628/2
three [8] 1676/5
1678/17 1678/22
1703/16 1709/15
1720/13 1720/14
1720/18
three-letter [1] 1703/16
through [27] 1601/17
1601/19 1601/20
1610/1 1610/15
1616/20 1620/24
1635/17 1641/7
1650/16 1661/13
1672/6 1672/22
1672/23 1676/4
1676/21 1676/22

1692/19 1696/2
1697/14 1698/1 1698/6
1703/4 1704/21
1711/12
throughout [3]
1621/14 1697/22
1705/3
thrust [1] 1672/13
tied [2] 1677/24 1697/1
time [50] 1590/17
1592/3 1594/1 1594/6
1596/13 1598/4 1598/6
1614/23 1617/13
1618/12 1621/22
1622/1 1622/10
1622/19 1622/24
1623/4 1623/16
1623/22 1625/1
1625/13 1626/13
1630/4 1632/4 1632/20
1633/12 1639/6 1645/9
1649/24 1650/8 1652/8
1653/9 1654/10
1658/13 1658/14
1660/18 1665/15
1669/5 1669/6 1673/6
1681/1 1681/13
1688/21 1691/8
1697/23 1711/21
1713/11 1713/16
1713/18 1721/22
1722/15
times [5] 1597/13
1637/11 1651/12
1661/4 1685/2
timing [1] 1713/9
title [9] 1594/13
1594/15 1594/17
1610/25 1611/2 1630/2
1658/23 1687/6 1688/8
title here [1] 1610/25
titled [2] 1595/18
1723/4
today [5] 1584/15
1585/19 1591/2
1607/13 1645/16
together [1] 1582/3
told [8] 1591/12
1594/10 1599/14
1603/2 1622/7 1641/2
1710/16 1711/9
ton [1] 1622/10
too [1] 1643/22
took [11] 1583/2
1583/16 1612/8
1619/10 1629/20
1643/2 1643/3 1643/22
1656/2 1660/7 1699/16
top [9] 1584/9 1610/4
1611/5 1616/2 1616/15
1671/10 1683/2
1695/19 1704/20
topic [4] 1631/12
1646/6 1673/10
1719/17
torches [1] 1681/1
touch [2] 1582/25

towards [4] 1585/13
1627/15 1631/18
1689/22
town [5] 1588/25
1589/1 1590/2 1600/7
1612/16
track [1] 1640/22
train [1] 1630/25
training [17] 1590/4
1599/18 1599/19
1600/13 1609/21
1621/12 1634/7
1636/20 1636/21
1636/24 1641/6 1641/8
1654/20 1655/3
1655/10 1665/20
1678/6
traitor [1] 1687/3
transcript [4] 1574/9
1582/18 1685/3 1723/3
transcripts [2] 1684/23
1684/25
transfer [1] 1666/20
transferred [1]
1595/22
travel [2] 1619/24
1689/25
traveled [1] 1619/21
travels [1] 1681/13
tremendous [1]
1671/24
trial [11] 1574/9
1581/25 1586/11
1587/15 1598/5
1601/18 1614/16
1691/14 1691/16
1702/12 1721/17
Troy [2] 1574/15
1577/11
true [2] 1634/13 1710/7
truly [1] 1613/9
Trump [8] 1614/2
1616/5 1616/18
1618/13 1618/14
1652/5 1675/12 1718/2
Trump's [4] 1702/5
1702/8 1717/10
1717/16
truthfully [1] 1617/13
try [4] 1592/17 1594/7
1642/24 1695/24
trying [9] 1609/23
1644/23 1645/2
1662/23 1663/1 1692/4
1692/6 1693/22
1713/20
turned [2] 1646/18
1678/21
turning [1] 1651/22
tweet [3] 1717/16
1718/3 1718/6
two [20] 1577/22
1579/8 1582/3 1614/1
1641/14 1655/9
1665/10 1666/9
1666/18 1669/19
1671/2 1678/1 1678/8

1697/25 1693/13
1696/17 1714/7
1714/13 1718/2 1720/6
type [7] 1591/15
1592/13 1593/16
1596/7 1597/2 1608/11
1626/20
types [1] 1596/15

**U**

U.S [1] 1574/16
U.S. [1] 1580/11
U.S. Government [1]
1580/11
uh [8] 1599/23 1620/15
1630/13 1630/20
1632/3 1643/21 1660/3
1667/3
uh-huh [8] 1599/23
1620/15 1630/13
1630/20 1632/3
1643/21 1660/3 1667/3
ultimately [1] 1630/2
unable [1] 1708/9
uncertainty [1]
1587/12
unchained [1] 1678/18
unclear [1] 1587/9
uncomfortable [2]
1612/20 1652/3
unconventional [2]
1609/9 1637/20
under [3] 1589/8
1596/6 1687/6
understand [11]
1582/2 1584/8 1588/19
1599/1 1650/11
1650/13 1658/12
1693/2 1693/6 1693/8
1698/20
understanding [19]
1599/17 1601/1
1608/18 1612/11
1617/12 1617/15
1624/5 1624/9 1627/21
1630/11 1633/20
1644/15 1649/13
1649/15 1649/25
1650/3 1650/5 1675/18
1675/20
understood [1] 1588/9
1592/6 1640/9 1640/9
1640/23 1647/19
1658/18 1658/20
Unfortunately [1]
1616/8
uniform [1] 1581/18
UNITED [8] 1574/1
1574/3 1574/10 1577/7
1582/16 1619/1 1670/3
1688/19
United States [4]
1582/16 1619/1 1670/3
1688/19
unless [2] 1586/7
1635/5
unobjectionable [1]
1614/15

## U

**unrest [5]** 1592/10 1625/2 1625/4 1625/6 1626/3
**unstable [1]** 1647/10
**until [2]** 1587/18 1646/7
**untrue [2]** 1656/13 1656/16
**up [61]** 1584/9 1587/24 1591/7 1593/21 1601/15 1607/25 1609/12 1609/14 1611/15 1611/16 1614/9 1618/4 1618/6 1619/11 1629/21 1639/4 1639/19 1639/20 1640/8 1648/15 1663/18 1664/12 1665/4 1665/20 1666/13 1668/8 1668/12 1670/25 1671/17 1673/7 1673/16 1676/3 1677/20 1677/24 1679/20 1680/10 1681/16 1683/2 1683/11 1686/14 1686/20 1686/21 1690/6 1695/12 1695/18 1697/5 1698/10 1698/13 1701/6 1702/22 1704/9 1706/9 1708/17 1710/3 1714/4 1715/1 1716/2 1717/14 1718/18 1720/11 1720/20
**upcoming [1]** 1586/6
**upon [1]** 1581/12
**uprisings [1]** 1688/15
**urged [1]** 1616/25
**us [17]** 1587/3 1587/10 1595/4 1609/23 1618/18 1644/22 1663/21 1664/8 1676/21 1678/21 1705/10 1706/12 1707/7 1708/25 1709/14 1712/22 1716/23
**usdoj.gov [1]** 1574/18
**use [6]** 1584/10 1596/16 1656/18 1657/5 1657/8 1657/8
**used [14]** 1596/17 1597/5 1604/7 1642/11 1643/17 1656/17 1657/3 1683/3 1697/19 1699/13 1699/19 1702/1 1702/19 1704/6
**user [3]** 1605/4 1605/5 1605/5
**username [1]** 1659/24
**using [10]** 1607/15 1609/1 1609/6 1632/2 1664/19 1664/23 1668/1 1695/25 1697/4 1705/22

## V

**valid [1]** 1636/23
**Vallejo [16]** 1575/19 1577/10 1577/17 1663/18 1683/5 1697/16 1697/19 1697/20 1698/6 1698/24 1699/6 1699/11 1700/3 1707/13 1718/16 1718/22
**Vallejo's [2]** 1697/25 1698/2
**value [2]** 1584/25 1585/11
**variety [2]** 1655/6 1662/2
**various [3]** 1606/5 1640/11 1705/19
**vehicle [4]** 1580/7 1608/6 1608/7 1608/9
**verdict [1]** 1598/6
**verification [1]** 1678/10
**versus [2]** 1577/8 1582/16
**very [35]** 1584/18 1584/25 1585/10 1587/19 1588/3 1588/6 1588/10 1588/11 1599/15 1599/20 1601/10 1608/2 1610/11 1610/15 1613/22 1613/22 1629/1 1635/8 1636/8 1643/22 1651/21 1658/18 1660/8 1660/8 1660/9 1660/10 1660/11 1663/12 1663/25 1666/13 1678/8 1678/19 1719/14 1720/25 1722/7
**vet [2]** 1601/13 1603/3
**veterans [1]** 1686/24
**vetted [3]** 1632/18 1646/11 1646/25
**vetting [10]** 1602/2 1604/7 1646/1 1646/6 1646/7 1646/16 1647/7 1647/17 1647/18 1654/18
**Vice [2]** 1585/7 1720/8
**Vice President Pence [1]** 1585/7
**video [1]** 1596/24
**videos [1]** 1669/6
**view [8]** 1579/14 1581/10 1581/18 1581/18 1586/7 1615/7 1635/8 1635/8
**violence [3]** 1653/11 1653/14 1666/19
**violent [2]** 1679/17 1688/23
**Virginia [2]** 1579/5
**virtual [1]** 1656/25
**vocal [1]** 1678/19
**vocational [1]** 1590/4
**voice [2]** 1589/21 1643/20
**volume [1]** 1668/8
**volunteered [1]** 1594/24 1636/7
**volunteers [2]** 1598/25 1612/15
**vote [4]** 1579/3 1579/4 1579/16 1580/23
**voting [3]** 1579/16 1579/20 1580/22
**VPN [5]** 1656/25 1657/5 1657/6 1668/1 1705/22
**VPNs [3]** 1657/3 1704/17 1705/21
**vs [1]** 1574/5

## W

**wait [1]** 1608/10
**waiting [1]** 1646/12
**walk [3]** 1587/22 1618/16 1689/22
**walked [1]** 1695/13
**want [29]** 1578/4 1583/5 1584/6 1586/14 1587/22 1604/22 1606/7 1624/19 1633/15 1637/24 1638/19 1641/23 1644/5 1644/9 1645/5 1649/9 1651/10 1654/22 1659/23 1674/8 1678/16 1678/25 1683/15 1692/8 1692/25 1693/12 1709/12 1710/3 1718/14
**wanted [20]** 1577/22 1586/2 1602/25 1613/11 1614/19 1627/14 1630/25 1639/22 1641/11 1642/21 1647/14 1654/9 1654/13 1660/16 1660/22 1662/2 1662/15 1692/17 1711/5 1711/8
**wanting [1]** 1613/23
**wants [2]** 1581/23 1713/20
**war [1]** 1688/9
**warfare [3]** 1609/10 1637/21 1686/24
**warnings [1]** 1617/7
**was [380]**
**was --l [1]** 1699/3
**Washington [7]** 1574/5 1574/17 1575/21 1612/15 1619/22 1619/24 1689/25
**wasn't [13]** 1599/19 1623/8 1638/12 1641/8 1648/3 1648/18
**virtual** 1671/18 1679/13 1699/23 1710/18 1713/17
**watch [2]** 1669/6 1708/13
**watching [1]** 1703/5
**water [4]** 1631/12 1650/21 1675/25 1712/19
**Watkins [1]** 1685/18
**way [18]** 1578/23 1583/14 1583/17 1586/11 1586/13 1587/9 1592/18 1601/10 1604/13 1610/14 1620/11 1647/12 1650/7 1651/1 1658/9 1669/19 1676/11 1683/16
**we [173]**
**we will [4]** 1618/21 1618/22 1618/23 1722/8
**we'll [10]** 1587/24 1589/3 1605/24 1663/24 1663/25 1667/21 1681/17 1693/25 1711/11 1722/16
**we're [8]** 1588/25 1594/11 1594/11 1624/5 1646/6 1664/4 1701/6 1703/12
**we've [6]** 1586/10 1587/8 1588/4 1588/25 1605/21 1721/21
**we/he [1]** 1680/25
**weapon [2]** 1600/8 1708/10
**weapons [6]** 1600/2 1600/5 1600/13 1685/24 1687/11 1687/17
**wearing [1]** 1608/6
**web [1]** 1686/17
**website [20]** 1591/16 1591/20 1591/22 1591/23 1595/2 1595/21 1624/13 1624/16 1626/14 1626/17 1626/17 1626/21 1629/12 1641/24 1641/25 1642/2 1642/2 1642/6 1642/11 1688/5
**week [3]** 1639/1 1686/3 1721/22
**weekend [1]** 1721/25
**weekly [2]** 1638/25 1641/7
**weeks [1]** 1595/24
**WEINBERG [10]** 1575/11 1575/14 1575/15 1577/15 1645/20 1706/3 1706/25 1707/17 1708/20 1716/5
**Weinberg's [1]** 1714/7
**weird [1]** 1660/18
**welcome [1]** 1588/17
**well [49]** 1579/6 1584/11 1588/3 1588/7 1591/22 1592/9 1593/16 1594/5 1594/23 1595/3 1596/3 1596/10 1597/11 1597/15 1598/21 1600/2 1602/22 1606/24 1607/7 1608/2 1609/20 1610/11 1617/13 1621/19 1623/11 1625/5 1625/9 1635/17 1641/20 1646/21 1651/4 1651/21 1658/20 1660/1 1660/23 1660/25 1671/3 1676/11 1677/18 1679/8 1687/15 1692/5 1692/16 1695/20 1697/11 1702/1 1704/8 1709/1 1713/15
**went [12]** 1583/3 1591/16 1591/20 1593/18 1594/8 1609/5 1610/1 1661/1 1691/20 1702/4 1702/7 1702/8
**were [161]**
**weren't [7]** 1627/16 1644/23 1650/17 1661/4 1662/23 1663/1 1697/12
**west [1]** 1706/6
**what [177]**
**what's [7]** 1593/25 1603/8 1677/20 1689/4 1699/4 1704/4 1714/3
**whatever [5]** 1626/21 1649/16 1650/20 1655/21 1675/15
**whatsoever [1]** 1675/17
**when [62]** 1578/21 1578/21 1589/1 1589/2 1589/13 1590/14 1590/21 1590/25 1591/19 1593/1 1594/19 1596/10 1598/1 1598/4 1598/5 1605/15 1606/17 1613/14 1617/21 1619/8 1623/4 1624/8 1626/9 1627/14 1628/17 1629/10 1629/11 1631/24 1632/1 1632/12 1633/11 1633/23 1634/20 1639/17 1639/25 1640/10 1644/3 1650/17 1652/14 1669/4 1670/1 1670/13 1684/3 1687/18 1697/4 1697/11 1698/13

1749

**W**

when... [15] 1699/13
1704/10 1705/22
1706/16 1710/20
1711/4 1714/1 1714/8
1714/9 1715/6 1719/4
1719/7 1719/9 1720/20
1720/21
whenever [1] 1579/24
where [33] 1578/4
1579/8 1587/4 1589/25
1589/25 1590/1
1597/13 1606/20
1607/16 1608/19
1611/17 1617/17
1620/1 1620/14
1620/14 1624/13
1624/20 1641/4 1648/7
1648/17 1650/23
1661/5 1688/13
1703/12 1704/8 1705/6
1705/16 1707/7
1707/10 1712/20
1718/22 1718/22
1721/11
wherever [1] 1662/2
whether [7] 1582/5
1587/10 1657/2 1708/9
1709/9 1711/20 1714/7
which [14] 1579/18
1579/23 1579/23
1585/5 1611/21 1636/7
1639/6 1640/2 1640/7
1679/10 1682/16
1682/17 1691/14
1693/17
while [11] 1579/4
1580/10 1580/12
1580/13 1580/15
1580/19 1586/5
1587/15 1604/22
1646/6 1664/4
White [1] 1687/2
who [52] 1579/11
1579/16 1583/4
1593/10 1595/20
1595/21 1599/1
1599/11 1600/10
1602/25 1603/6
1606/11 1607/5 1607/5
1607/6 1607/17 1611/8
1616/7 1616/16 1617/2
1618/4 1619/10
1621/18 1627/5
1627/22 1630/7 1631/6
1632/15 1633/6
1637/16 1642/8 1644/6
1647/14 1655/23
1657/20 1660/14
1661/3 1670/8 1670/9
1674/1 1675/5 1675/6
1688/17 1692/16
1692/20 1692/25
1693/5 1701/23 1702/4
1702/7 1706/12
1706/20
who's [10] 1588/19
1604/4 1616/7 1616/13

1680/7 1689/20
1721/12
Whose [1] 1611/7
why [28] 1578/3
1578/10 1583/20
1584/1 1584/8 1587/21
1587/23 1599/16
1605/20 1612/19
1613/1 1614/19 1615/3
1615/9 1618/6 1618/24
1638/17 1660/13
1667/14 1667/16
1667/25 1677/10
1677/17 1681/15
1683/20 1693/6
1702/19 1713/23
wide [1] 1655/6
wild [1] 1718/5
will [34] 1584/12
1585/20 1585/23
1587/7 1592/23
1601/18 1602/12
1607/22 1615/24
1618/15 1618/21
1618/22 1618/23
1629/3 1657/4 1672/11
1672/23 1673/11
1675/12 1676/24
1680/6 1680/18
1680/24 1681/1 1681/3
1686/23 1693/18
1697/5 1704/6 1711/15
1716/16 1717/22
1718/5 1722/8
William [5] 1575/2
1575/3 1577/13 1723/2
1723/8
willing [1] 1680/7
winter [1] 1628/6
wishes [1] 1587/24
within [4] 1578/15
1628/7 1654/22 1714/5
without [2] 1578/18
1578/25
witness [21] 1576/2
1585/19 1588/25
1589/8 1589/15
1601/16 1614/10
1671/1 1672/7 1672/22
1672/24 1673/8 1676/3
1680/10 1682/2
1683/24 1684/5 1690/6
1698/11 1698/14
1710/20
witness' [2] 1589/1
1589/2
witnesses [2] 1576/4
1672/11
word [11] 1584/9
1584/10 1622/8 1622/9
1624/6 1624/14 1635/3
1643/17 1672/3
1712/22 1712/22
words [4] 1645/7
1668/7 1696/1 1697/13
work [9] 1597/5 1622/3
1623/25 1644/20

1696/9 1696/19
worked [3] 1600/18
1610/14 1650/8
working [5] 1602/24
1603/1 1605/22
1647/13 1688/17
works [1] 1696/18
world [6] 1609/9
1609/20 1634/12
1637/12 1637/14
1637/15
worried [2] 1679/14
1680/8
worse [1] 1604/24
worst [1] 1686/25
worst-case [1]
1686/25
worthy [1] 1675/1
would [73] 1581/2
1581/18 1582/25
1583/13 1583/22
1587/15 1587/19
1592/24 1594/25
1597/19 1603/23
1605/16 1611/10
1616/19 1618/13
1624/9 1624/24 1626/7
1626/8 1627/23
1628/17 1630/22
1637/17 1639/4 1639/5
1642/10 1642/24
1643/16 1643/19
1644/11 1644/19
1649/2 1650/15
1650/18 1654/18
1654/25 1655/1 1655/2
1655/9 1655/15
1656/13 1656/15
1656/16 1658/12
1659/1 1660/19 1661/7
1661/8 1661/9 1661/12
1661/24 1662/10
1662/13 1665/12
1666/1 1666/22 1668/7
1670/15 1680/15
1682/18 1691/8
1691/25 1696/21
1701/18 1701/25
1702/1 1702/3 1702/5
1711/24 1714/12
1720/4 1720/9 1721/13
wouldn't [9] 1612/22
1634/16 1667/23
1668/9 1695/24 1696/1
1696/21 1697/11
1697/14
write [2] 1717/8 1718/2
writes [3] 1605/1
1669/2 1680/3
writing [6] 1616/2
1616/3 1616/4 1715/7
1720/15 1720/18
wrong [6] 1584/7
1651/19 1677/13
1686/20 1697/12
1697/15
wrote [8] 1616/7

1712/15 1715/7
1715/14 1715/18
1720/2
www [1] 1626/20

**Y**

Yeah [4] 1583/2 1584/6
1588/7 1692/15
year [2] 1582/13
1622/4
years [5] 1590/8
1592/16 1600/18
1621/8 1711/7
years' [1] 1621/9
yellow [1] 1618/3
yes [130] 1590/6
1597/15 1597/20
1598/9 1602/8 1606/6
1612/4 1612/7 1620/15
1620/23 1620/25
1621/2 1621/15
1621/19 1621/19
1624/7 1625/20 1626/5
1626/12 1628/13
1628/16 1629/14
1630/3 1630/6 1630/9
1630/9 1631/8 1631/25
1632/3 1632/13 1633/2
1633/5 1633/22
1635/16 1635/21
1637/10 1638/1
1638/25 1639/5
1641/15 1642/4
1642/10 1642/20
1646/3 1649/20 1654/8
1655/11 1655/18
1655/25 1655/25
1657/14 1660/23
1662/19 1664/21
1664/24 1667/3
1667/10 1667/20
1670/15 1671/6
1676/22 1677/23
1679/19 1679/25
1680/14 1681/6
1682/12 1682/14
1685/12 1685/16
1685/20 1686/1 1686/5
1686/8 1686/19 1688/4
1689/1 1689/12
1689/15 1690/11
1690/14 1690/16
1690/19 1694/14
1695/3 1695/22 1696/5
1696/7 1697/18
1698/23 1700/8
1700/18 1701/2
1701/11 1701/21
1702/10 1702/18
1702/21 1703/7 1703/9
1703/14 1703/18
1704/19 1706/8
1706/19 1706/24
1707/3 1707/6 1707/19
1708/24 1709/11
1711/13 1711/22
1713/10 1714/15

1715/10 1715/13
1716/8 1716/12
1717/13 1718/10
1718/17 1718/24
1719/10 1720/1 1720/4
1720/10 1720/17
yesterday [6] 1578/6
1579/15 1579/18
1581/1 1582/11 1587/4
yet [2] 1579/3 1581/12
you [640]
you know [1] 1583/5
you use [1] 1596/16
You'd [1] 1702/6
you'll [4] 1588/23
1663/10 1721/15
1721/17
you're [40] 1589/11
1589/13 1593/2
1594/21 1600/7 1600/7
1600/8 1609/16
1617/21 1620/14
1623/8 1627/10 1634/1
1635/7 1638/23 1639/2
1643/3 1650/13 1655/5
1657/12 1659/20
1660/14 1671/18
1673/20 1673/22
1674/15 1677/19
1678/8 1679/1 1687/8
1687/11 1687/21
1688/25 1689/10
1693/22 1697/4
1698/21 1700/16
1719/7 1719/21
you've [11] 1588/4
1588/19 1620/22
1621/12 1656/1
1683/17 1683/18
1684/21 1685/5
1690/17 1697/16
Young [1] 1694/23
your [157]
Your Honor [29]
1577/6 1578/14
1585/19 1605/9
1614/11 1614/13
1620/4 1644/1 1662/13
1663/21 1667/7
1667/10 1668/18
1673/2 1683/19
1684/10 1684/14
1691/8 1691/10 1700/8
1711/24 1712/6 1713/5
1713/21 1714/15
1721/1 1721/6 1721/9
1722/14
yourself [6] 1628/4
1639/18 1650/25
1651/7 1698/12 1719/8

**Z**

Zaremba [2] 1723/2
1723/8
zoom [7] 1603/17
1610/4 1610/23
1610/24 1618/9

**Z**

**zoom... [2]** 1678/13
1705/12