2379

```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,       )
                                )
         Plaintiff,             )
                                )    CR No. 22-15
                                )    Washington, D.C.
      vs.                       )    December 21, 2022
                                )    4:00 p.m.
ROBERTO A. MINUTA, ET AL.,      )
                                )    Day 11
         Defendants.            )
_____)

            TRANSCRIPT OF JURY TRIAL PROCEEDINGS
            BEFORE THE HONORABLE AMIT P. MEHTA
                UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

For the Government:        Kathryn Rakoczy
                           Jeffrey S. Nestler
                           Alexandra Hughes
                           Louis Manzo
                           Troy Edwards
                           U.S. ATTORNEY'S OFFICE
                           601 D Street, NW
                           Washington, D.C. 20579
                           (202) 252-7277
                           Email:
                           Kathryn.Rakoczy@usdoj.gov
                           Email:
                           jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant Minuta:        William Lee Shipley, Jr.
                             LAW OFFICES OF
                             WILLIAM L. SHIPLEY
                             PO Box 745
                             Kailua, HI 96734
                             (808) 228-1341
                             Email: 808Shipleylaw@gmail.com

For Defendant
Joseph Hackett:              Angela Halim
                             3580 Indian Queen Lane
                             Philadelphia, PA 19129
                             215-300-3229
                             Email: angiehalim@gmail.com


For Defendant
David Moerschel:             Connor Robert Martin
                             BROWN, SUAREZ, RIOS & WEINBERG
                             1532 Jackson Street
                             Fort Myers, FL 33901
                             (239) 337-9755
                             Email: connor@bsrlegal.com

                             Scott Weinberg
                             BROWN, SUAREZ,
                             RIOS & WEINBERG
                             265 E Marion Avenue
                             Suite 114
                             Punta Gorda, FL 33950
                             (941) 575-8000
                             Email: scott@bsrlegal.com

For Defendant
Edward Vallejo:              Matthew J. Peed
                             CLINTON & PEED
                             1775 Eye Street, NW
                             Suite 1150
                             Washington, D.C. 20006
                             (202) 919-9491
                             Email: matt@clintonpeed.com

1            P R O C E E D I N G S
2            COURTROOM DEPUTY:  Good afternoon, Your Honor.
3  This is Criminal Case No. 22-15, the United States of
4  America versus Defendant No. 6, Roberto A. Minuta; Defendant
5  7, Joseph Hackett; Defendant 8, David Moerschel; and
6  Defendant 11, Edward Vallejo.
7            Kathryn Rakoczy, Jeffrey Nestler, Alexandra
8  Hughes, Troy Edwards, and Louis Manzo for the government.
9            William Shipley for Defendant Minuta.
10           Angela Halim for Defendant Hackett.
11           Scott Weinberg for Defendant Moerschel.
12           And Matthew Peed for Defendant Vallejo.
13           Mr. Minuta is appearing via videoconference for
14 this hearing.
15           Mr. Hackett, Mr. Moerschel, and Mr. Vallejo have
16 had their appearances waived by counsel.
17           THE COURT:  All right.  Good afternoon, everybody.
18 And here I naively thought I would not be seeing you all
19 until tomorrow morning.
20           I assume you have received the news that the juror
21 in seat 9 tested positive for COVID not long after we
22 adjourned for the day.  She obviously will not be returning
23 tomorrow, and so I think the question is how the sides think
24 we ought to proceed given that we have only one day of
25 testimony, with the only two realistic options being wait it

1   out so we don't lose her or plow ahead tomorrow morning with
2   only two alternates the rest of the way.
3              I will say -- caveat this by saying that I would
4   disclose to the other jurors that this juror has tested
5   positive and get a sense from them whether they are
6   comfortable proceeding tomorrow.  And if one or more say
7   they are not, I would be inclined not to proceed, to be
8   sensitive to their concerns.  So just with that caveat in
9   mind, I welcome the parties' thoughts.
10             Why don't we start with Mr. Edwards and the
11  government.
12             MR. NESTLER:  Thank you, Your Honor.  Jeff Nestler
13  for the United States.
14             So has the Court not notified any of the other
15  jurors yet?
16             THE COURT:  Sorry, Mr. Edwards, I had a difficulty
17  hearing you.
18             MR. NESTLER:  Has the Court not yet notified any
19  other jurors?
20             THE COURT:  I have not.
21             MR. NESTLER:  And would the Court be inclined to
22  do that this evening or after this hearing is over?
23             THE COURT:  I think it depends.  I mean, if --
24  well, the short answer is I can certainly do that.  And if
25  we are not going to sit regardless tomorrow, I guess, then

1  we'll let them know, and I suppose we can poll them this
2  evening about their comfort level as well.  I had just
3  thought we would bring them in tomorrow and see, but I
4  suppose there's no reason we couldn't do it via text this
5  evening.
6            MR. NESTLER:  The reason we ask is that if we do
7  it in the morning, some may want to take a rapid test than
8  something else and that might lead to further delay
9  tomorrows, so it might be more efficient to do it this
10 evening.
11           THE COURT:  I didn't hear what you said,
12 Mr. Edwards.  I think -- I mean, Mr. Nestler.
13           I think what I heard you say is that if they come
14 in in the morning, we could do a rapid test to confirm that
15 everybody is negative before we proceed; is that right?
16           MR. NESTLER:  No.
17           What I was saying was if they came in tomorrow,
18 some might want to do a rapid test and that might delay
19 things.  I know in Trial 1, we had a similar issue, and
20 there was some hour or more delay while some jurors decided
21 to take a test, I think, or not.
22           THE COURT:  Right.  I mean, I think -- well, it
23 certainly, I think, would be a wise thing for us to do just
24 to give them an extra degree of comfort.  Now, if they
25 collectively say, We don't need to test and we're ready to

```
 1   go, then we won't have to do that.  But I think we can be
 2   ready to have tests available tomorrow, and for the -- well,
 3   the tests available tomorrow if anybody wants to take it,
 4   and it may delay us by, you know, 20 minutes or so, 20, 25
 5   minutes.
 6             MR. NESTLER:  Do we know why juror 9 tested today?
 7   Was she showing symptoms?
 8             THE COURT:  I do not know.
 9             MR. NESTLER:  And do we know the chances of juror
10   7 not being available tomorrow?  We understood that she had
11   a family issue today.
12             THE COURT:  She told us without qualification that
13   she would be here Thursday.
14             MR. NESTLER:  Understood.
15             The government's position is that we ought to try
16   to go forward tomorrow.
17             THE COURT:  Okay.
18             All right.  Thoughts from the defense.  I'll start
19   with where everybody is on my screen, starting with
20   Mr. Weinberg.
21             MR. WEINBERG:  Good afternoon, Your Honor.
22             I have a feeling that the jurors are all going to
23   want to get tested.  I also have a feeling that one or more
24   might end up being positive.  Frankly, I would prefer if we
25   just took our break today and left until the break because
```

1  then we don't lose the alternate juror, and then we don't
2  have to worry about the impact that the positive test that
3  this one juror had on the other.  So I think the safest best
4  is to just call it until the break.  That's what we would
5  prefer.
6              THE COURT:  Okay.  Mr. Shipley.  You're on mute,
7  Mr. Shipley.
8              MR. SHIPLEY:  Yeah, I have the same concern that I
9  had this morning is, we still have to get through the
10 holidays.  And if we would be dismissing juror 9, we're down
11 to two, and we haven't gotten through the holidays, and we
12 have several weeks of trial left.  And so the price we'd pay
13 to not run that risk is one more day.
14             THE COURT:  Okay.
15             Ms. Halim.
16             MS. HALIM:  Thank you.  Good afternoon,
17 Your Honor.
18             -- and I also -- you know, it's not ideal that we
19 were moving forward tomorrow on such a tight time schedule,
20 especially considering for me, Mr. Berry is a critical
21 witness for Mr. Hackett.  In light of the totality of all
22 circumstances, I would ask that we just take the day
23 tomorrow, everybody gets the break.  If anyone else is
24 exposed, they will know for sure over the break.  And we
25 come back fresh after the holiday, that's my reference.

1                THE COURT: Okay. Mr. Peed.

2                Mr. Peed, you're on mute.

3                MR. PEED: Your Honor, my computer was freezing.

4         I have the same position. I feel like we'll be in

5    a better position once we're through the holidays to know

6    how judicious we have to be with our alternates, and, you

7    know, it would be risky to lose one now and be down to two

8    and not know where we stand after the holidays.

9                And I think I speak for most of the defense that

10   this particular juror seems very engaged, and, you know, it

11   would be a shame to lose a very engaged juror when we could

12   wait one day. So I would join with the position of the

13   other defendants.

14               MR. EDWARDS: Your Honor, I apologize if we're

15   lagging over you, but could we be heard on just three

16   additional points in support of the government's position?

17               THE COURT: Sure.

18               I'm just having a little bit of difficulty hearing

19   you, but if you could keep your voice up.

20               MR. EDWARDS: Yeah, sorry, our technology is

21   acting up. Is that better?

22               THE COURT: Yes, that was much better.

23               MR. EDWARDS: So three additional points,

24   Your Honor. First is that the government has -- and I know

25   the Court is aware of this but I'm just re-highlighting the

1   importance of having this out-of-town civilian witness who's
2   now been in town for a while and we're dealing with kind of
3   start and stops with this trial, and this would now delay
4   that and cause issues with travel and getting back again,
5   and so we'd highlight that.  That was kind of the whole --
6   the thrust of why we were attempting to go forward today but
7   then, you know, convinced that it's at least doable
8   tomorrow.
9           Second, this by no means is the fault of this
10  particular juror, but this is now, I think, the third delay
11  that has been caused by this juror.  And, again, I don't
12  mean to blame the juror, it sounds like it's been health
13  issues on the first day of openings and then a health issue
14  for herself on the Wednesday of last week and now this.
15  I just highlight that as somewhat of a repeat occurrence
16  here for this particular juror.
17          But then really most importantly, Your Honor, the
18  notion from some of the defense counsel that this is similar
19  to Trial 1 in the way that we have four or five weeks
20  additional and so we need those alternates, the government
21  would just push back on that notion.  This is a different
22  trial.  As Your Honor is aware, we are moving through our
23  evidence at a different pace.  We don't think that it's
24  actually that many weeks.
25          Now, of course, we know defense counsel has their

1  own case to present afterward, but we would just push back
2  that there is as great a need for a high number of
3  alternates that there may have been with the length of trial
4  in the first one.
5           THE COURT:  Okay.
6           Well, in a sense, I think that cuts both, at least
7  from my perspective, in that if the trial is anticipated to
8  be shorter, losing a day is less costly than it would be if
9  the trial is longer.
10          All right.  Anyone else want to be heard?
11          Okay.  I think what I would like to do -- well,
12 I think what makes the most sense -- and I'm sorry to have
13 to do this because I do think it obviously is an
14 inconvenience and imposition on the civilian witness, but it
15 seems to me to be on the safe side, we ought to probably
16 hold off on tomorrow.  I can understand -- I could foresee
17 the jurors particularly around her having some concern.
18          You know, unlike the last trial when this
19 happened, we learned about it over the weekend and so the
20 last was exposure was, you know, on Friday afternoon.  And
21 so by the time the jurors showed up on Monday, you know, if
22 they were asymptomatic, the odds are that they weren't going
23 to have it.
24          But this is a different situation since we were
25 all together yesterday, they were together having lunch

1    together yesterday, presumably in close proximity to one
2    another, and so I suppose just to err on the side of caution
3    and to ensure that there isn't any further spread, although
4    we have been diligent in our masking so I think that helps,
5    to hold off and just not sit tomorrow, and then just hope
6    for a complete reset when we resume after the holidays.
7    Okay?
8              So we will advise the jurors of what is going on
9    and tell them that they should report Tuesday -- I think
10   it's the -- Tuesday, the 3rd, is that what it is?
11             MR. EDWARDS:  Your Honor?
12             THE COURT:  Tuesday, the 3rd, and we'll start up
13   again, okay?
14             MR. EDWARDS:  Your Honor, may we raise one
15   follow-up issue then as a result of the Court's ruling?
16             So as you know, Special Agent Hilgeman is in the
17   middle of her testimony.  We did not anticipate the length
18   of some of the cross, and so we would request permission for
19   Special Agent Hilgeman to be able to help the government in
20   preparing other agents in some of their testimony.  She's an
21   integral part of the team.  This is kind of putting the
22   government in a position now to not have access to one of
23   its case agents for two weeks as she took the stand on
24   Monday.
25             I understand that the defense may push back on the

1  idea that we would be interacting with her about the
2  substance of her testimony, but we've done a pretty good job
3  of regimenting certain agents to timelines and topics, and
4  we would request that Special Agent Hilgeman have the
5  ability to work with the other agents to prepare for their
6  testimony that's upcoming.
7          MR. SHIPLEY:  On behalf of Mr. Minuta, I have no
8  objection, Your Honor.
9          THE COURT:  Does anybody object?
10         MS. HALIM:  It's a close call but I will not
11 object on behalf of Mr. Hackett.
12         MR. WEINBERG:  And Mr. Moerschel will not object
13 either.
14         MR. PEED:  On behalf of Mr. Vallejo, I will not
15 object either.  It sounds like the government is saying that
16 she won't discuss the subject of her testimony and the
17 redirect.  So if that's what I'm hearing, no objection.
18         MR. EDWARDS:  Great.  Thank you very much.
19         THE COURT:  All right.  Thank you, Counsel.
20         Let.  So at the risk of saying farewell and
21 wishing you happy holidays only to have to be back tomorrow,
22 you know, have a good holiday, everyone, and we'll see you
23 in January.
24         (Proceedings concluded at 4:19 p.m.)
25

C E R T I F I C A T E

      I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__December 22, 2022____   

                                        William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY:** [1] 2381/2
**MR. EDWARDS:** [6] 2386/14 2386/20 2386/23 2389/11 2389/14 2390/18
**MR. NESTLER:** [8] 2382/12 2382/18 2382/21 2383/6 2383/16 2384/6 2384/9 2384/14
**MR. PEED:** [2] 2386/3 2390/14
**MR. SHIPLEY:** [2] 2385/8 2390/7
**MR. WEINBERG:** [2] 2384/21 2390/12
**MS. HALIM:** [2] 2385/16 2390/10
**THE COURT:** [18]

**1**
**11** [2] 2379/7 2381/6
**114** [1] 2380/16
**1150** [1] 2380/20
**1341** [1] 2380/4
**15** [2] 2379/4 2381/3
**1532** [1] 2380/11
**1775** [1] 2380/20
**19129** [1] 2380/7

**2**
**20** [2] 2384/4 2384/4
**20006** [1] 2380/21
**202** [2] 2379/18 2380/21
**2022** [2] 2379/5 2391/7
**20579** [1] 2379/17
**21** [1] 2379/5
**215-300-3229** [1] 2380/8
**22** [1] 2391/7
**22-15** [2] 2379/4 2381/3
**228-1341** [1] 2380/4
**239** [1] 2380/12
**25** [1] 2384/4
**252-7277** [1] 2379/18
**265** [1] 2380/15

**3**
**3229** [1] 2380/8
**337-9755** [1] 2380/12
**33901** [1] 2380/12
**33950** [1] 2380/16
**3580** [1] 2380/7
**3rd** [2] 2389/10 2389/12

**4**
**4:00** [1] 2379/6
**4:19** [1] 2390/24

**5**
**575-8000** [1] 2380/17

**6**
**601** [1] 2379/17

**7**
**7277** [1] 2379/18
**745** [1] 2380/3

**8**
**8000** [1] 2380/17
**808** [1] 2380/4
**808Shipleylaw** [1] 2380/5

**9**
**919-9491** [1] 2380/21
**941** [1] 2380/17
**9491** [1] 2380/21
**96734** [1] 2380/4
**9755** [1] 2380/12

**A**
**ability** [1] 2390/5
**able** [1] 2389/19
**about** [4] 2383/2 2385/2 2388/19 2390/1
**above** [1] 2391/4
**above-titled** [1] 2391/4
**access** [1] 2389/22
**acting** [1] 2386/21
**actually** [1] 2387/24
**additional** [3] 2386/16 2386/23 2387/20
**adjourned** [1] 2381/22
**advise** [1] 2389/8
**after** [5] 2381/21 2382/22 2385/25 2386/8 2389/6
**afternoon** [5] 2381/2 2381/17 2384/21 2385/16 2388/20
**afterward** [1] 2388/1
**again** [3] 2387/4 2387/11 2389/13
**Agent** [3] 2389/16 2389/19 2390/4
**agents** [4] 2389/20 2389/23 2390/3 2390/5
**ahead** [1] 2382/1
**AL** [1] 2379/6
**Alexandra** [2] 2379/15 2381/7
**all** [8] 2381/17 2381/18 2384/18 2384/22 2385/21 2388/10 2388/25 2390/19
**also** [2] 2384/23 2385/18
**alternate** [1] 2385/1
**alternates** [4] 2382/2 2386/6 2387/20 2388/3
**although** [1] 2389/3
**AMERICA** [2] 2379/3 2381/4
**AMIT** [1] 2379/9
**Angela** [2] 2380/6 2381/10
**Angela Halim** [1] 2381/10
**angiehalim** [1] 2380/6
**another** [1] 2389/2
**answer** [1] 2382/24
**anticipate** [1] 2389/17
**anticipated** [1] 2388/7
**any** [3] 2382/14 2382/18 2389/3
**anybody** [2] 2384/3 2390/9
**anyone** [2] 2385/23 2388/10
**apologize** [1] 2386/14
**appearances** [3] 2379/13 2379/20 2381/16
**appearing** [1] 2381/13
**are** [6] 2382/5 2382/7 2382/25 2384/22 2387/22 2388/22
**around** [1] 2388/17
**as** [7] 2383/2 2387/15 2387/22 2388/2 2389/15 2389/16 2389/23
**ask** [2] 2383/6 2385/22
**assume** [1] 2381/20
**asymptomatic** [1] 2388/22
**attempting** [1] 2387/6
**ATTORNEY'S** [1] 2379/16
**available** [3] 2384/2 2384/3 2384/10
**Avenue** [1] 2380/15
**aware** [2] 2386/25 2387/22

**B**
**back** [6] 2385/25 2387/4 2387/21 2388/1 2389/25 2390/21
**be** [23]
**because** [2] 2384/25 2388/13
**been** [5] 2387/2 2387/11 2387/12 2388/3 2389/4
**before** [2] 2379/9 2383/15
**behalf** [3] 2390/7 2390/11 2390/14
**being** [3] 2381/25 2384/10 2384/24
**Berry** [1] 2385/20
**best** [1] 2385/3
**better** [3] 2386/5 2386/21 2386/22
**bit** [1] 2386/18
**blame** [1] 2387/12
**both** [1] 2388/6
**Box** [1] 2380/3
**break** [5] 2384/25 2384/25 2385/4 2385/23 2385/24
**bring** [1] 2383/3
**BROWN** [2] 2380/11 2380/14
**bsrlegal.com** [2]

**C**
**call** [2] 2385/4 2390/10
**came** [1] 2383/17
**can** [4] 2382/24 2383/1 2384/1 2388/16
**case** [3] 2381/3 2388/1 2389/23
**cause** [1] 2387/4
**caused** [1] 2387/11
**caution** [1] 2389/2
**caveat** [2] 2382/3 2382/8
**certain** [1] 2390/3
**certainly** [2] 2382/24 2383/23
**certify** [1] 2391/2
**chances** [1] 2384/9
**circumstances** [1] 2385/22
**civilian** [2] 2387/1 2388/14
**CLINTON** [1] 2380/19
**clintonpeed.com** [1] 2380/22
**close** [2] 2389/1 2390/10
**collectively** [1] 2383/25
**COLUMBIA** [1] 2379/1
**come** [2] 2383/13 2385/25
**comfort** [2] 2383/2 2383/24
**comfortable** [1] 2382/6
**complete** [1] 2389/6
**computer** [1] 2386/3
**concern** [2] 2385/8 2388/17
**concerns** [1] 2382/8
**concluded** [1] 2390/24
**confirm** [1] 2383/14
**connor** [2] 2380/10 2380/13
**considering** [1] 2385/20
**CONTINUED** [1] 2380/1
**convinced** [1] 2387/7
**correct** [1] 2391/3
**costly** [1] 2388/8
**could** [5] 2383/14 2386/11 2386/15 2386/19 2388/16
**couldn't** [1] 2383/4
**counsel** [4] 2381/16 2387/18 2387/25 2390/19
**course** [1] 2387/25
**COURT** [5] 2379/1 2382/14 2382/18 2382/21 2386/25
**Court's** [1] 2389/15
**COVID** [1] 2381/21
**CR** [1] 2379/4
**Criminal** [1] 2381/3
**critical** [1] 2385/20
**cross** [1] 2389/18
**CRR** [2] 2391/2 2391/8
**cuts** [1] 2388/6

**D**
**D.C** [3] 2379/5 2379/17 2380/21
**Date** [1] 2391/7
**David** [2] 2380/10 2381/5
**day** [8] 2379/7 2381/22 2381/24 2385/13 2385/22 2386/12 2387/13 2388/8
**dealing** [1] 2387/2
**December** [2] 2379/5 2391/7
**decided** [1] 2383/20
**Defendant** [12] 2380/2 2380/6 2380/10 2380/18 2381/4 2381/4 2381/5 2381/6 2381/9 2381/10 2381/11 2381/12
**Defendant Hackett** [1] 2381/10
**Defendant Moerschel** [1] 2381/11
**Defendant Vallejo** [1] 2381/12
**defendants** [2] 2379/7 2386/13
**defense** [5] 2384/18 2386/9 2387/18 2387/25 2389/25
**degree** [1] 2383/24
**delay** [6] 2383/8 2383/18 2383/20 2384/4 2387/3 2387/10
**depends** [1] 2382/23
**did** [1] 2389/17
**didn't** [1] 2383/11
**different** [3] 2387/21 2387/23 2388/24
**difficulty** [2] 2382/16 2386/18
**diligent** [1] 2389/4
**disclose** [1] 2382/4
**discuss** [1] 2390/16
**dismissing** [1] 2385/10
**DISTRICT** [3] 2379/1 2379/1 2379/10
**do** [15]
**doable** [1] 2387/7
**Does** [1] 2390/9
**don't** [7] 2382/1 2382/10 2383/25 2385/1 2385/1 2387/11 2387/23
**done** [1] 2390/2
**down** [2] 2385/10 2386/7

**E**
**Edward** [2] 2380/19 2381/6
**Edwards** [5] 2379/16 2381/8 2382/10

## E

**Edwards... [2]** 2382/16 2383/12
**efficient [1]** 2383/9
**either [2]** 2390/13 2390/15
**else [3]** 2383/8 2385/23 2388/10
**Email [7]** 2379/18 2379/19 2380/5 2380/8 2380/13 2380/17 2380/22
**end [1]** 2384/24
**engaged [2]** 2386/10 2386/11
**ensure [1]** 2389/3
**err [1]** 2389/2
**especially [1]** 2385/20
**ET [1]** 2379/6
**evening [4]** 2382/22 2383/2 2383/5 2383/10
**everybody [4]** 2381/17 2383/15 2384/19 2385/23
**everyone [1]** 2390/22
**evidence [1]** 2387/23
**exposed [1]** 2385/24
**exposure [1]** 2388/20
**extra [1]** 2383/24
**Eye [1]** 2380/20

## F

**family [1]** 2384/11
**farewell [1]** 2390/20
**fault [1]** 2387/9
**feel [1]** 2386/4
**feeling [2]** 2384/22 2384/23
**first [3]** 2386/24 2387/13 2388/4
**five [1]** 2387/19
**FL [2]** 2380/12 2380/16
**follow [1]** 2389/15
**follow-up [1]** 2389/15
**foregoing [1]** 2391/3
**foresee [1]** 2388/16
**Fort [1]** 2380/12
**forward [3]** 2384/16 2385/19 2387/6
**four [1]** 2387/19
**Frankly [1]** 2384/24
**freezing [1]** 2386/3
**fresh [1]** 2385/25
**Friday [1]** 2388/20
**further [2]** 2383/8 2389/3

## G

**get [3]** 2382/5 2384/23 2385/9
**gets [1]** 2385/23
**getting [1]** 2387/4
**give [1]** 2383/24
**given [1]** 2381/24
**gmail.com [2]** 2380/5 2380/8
**go [3]** 2384/1 2384/16 2387/6

**going [4]** 2382/25 2384/22 2388/22 2389/8
**good [6]** 2381/2 2381/17 2384/21 2385/16 2390/2 2390/22
**Gorda [1]** 2380/16
**gotten [1]** 2385/11
**government [8]** 2379/14 2381/8 2382/11 2386/24 2387/20 2389/19 2389/22 2390/15
**government's [2]** 2384/15 2386/16
**great [2]** 2388/2 2390/18
**guess [1]** 2382/25

## H

**Hackett [6]** 2380/6 2381/5 2381/10 2381/15 2385/21 2390/11
**had [7]** 2381/16 2382/16 2383/2 2383/19 2384/10 2385/3 2385/9
**Halim [3]** 2380/6 2381/10 2385/15
**happened [1]** 2388/19
**happy [1]** 2390/21
**has [6]** 2382/4 2382/14 2382/18 2386/24 2387/11 2387/25
**have [24]**
**haven't [1]** 2385/11
**having [4]** 2386/18 2387/1 2388/17 2388/25
**health [2]** 2387/12 2387/13
**hear [1]** 2383/11
**heard [3]** 2383/13 2386/15 2388/10
**hearing [5]** 2381/14 2382/17 2382/22 2386/18 2390/17
**help [1]** 2389/19
**helps [1]** 2389/4
**her [6]** 2382/1 2388/17 2389/17 2390/1 2390/2 2390/16
**here [3]** 2381/18 2384/13 2387/16
**herself [1]** 2387/14
**HI [1]** 2380/4
**high [1]** 2388/2
**highlight [2]** 2387/5 2387/15
**highlighting [1]** 2386/25
**Hilgeman [3]** 2389/16 2389/19 2390/4
**hold [2]** 2388/16 2389/5
**holiday [2]** 2385/25

**holidays [6]** 2385/10 2385/11 2386/5 2386/8 2389/6 2390/21
**Honor [12]** 2381/2 2382/12 2384/21 2385/17 2386/3 2386/14 2386/24 2387/17 2387/22 2389/11 2389/14 2390/8
**HONORABLE [1]** 2379/9
**hope [1]** 2389/5
**hour [1]** 2383/20
**how [2]** 2381/23 2386/6
**Hughes [2]** 2379/15 2381/8

## I

**I apologize [1]** 2386/14
**I assume [1]** 2381/20
**I can [2]** 2382/24 2388/16
**I guess [1]** 2382/25
**I have [4]** 2384/22 2385/8 2386/4 2390/7
**I just [1]** 2387/15
**I know [2]** 2383/19 2386/24
**I mean [2]** 2382/23 2383/22
**I think [11]** 2382/23 2383/13 2383/22 2383/23 2384/1 2385/3 2386/9 2387/10 2388/6 2388/11 2388/12
**I understand [1]** 2389/25
**I was [1]** 2383/17
**I will [2]** 2382/3 2390/10
**I'll [1]** 2384/18
**I'm [4]** 2386/18 2386/25 2388/12 2390/17
**I'm just [1]** 2386/18
**I'm sorry [1]** 2388/12
**idea [1]** 2390/1
**ideal [1]** 2385/18
**impact [1]** 2385/2
**importance [1]** 2387/1
**importantly [1]** 2387/17
**imposition [1]** 2388/14
**inclined [2]** 2382/7 2382/21
**inconvenience [1]** 2388/14
**Indian [1]** 2380/7
**integral [1]** 2389/21
**interacting [1]** 2390/1
**is [38]**
**isn't [1]** 2389/3
**issue [4]** 2383/19 2384/11 2387/13 2389/15

**issues [2]** 2386/25 2387/13
**it [20]**
**it would be [1]** 2388/8
**it's [6]** 2385/18 2387/7 2387/12 2387/23 2389/10 2390/10
**its [1]** 2389/23

## J

**Jackson [1]** 2380/11
**January [1]** 2390/23
**Jeff [1]** 2382/12
**Jeffrey [2]** 2379/14 2381/7
**jeffrey.nestler [1]** 2379/20
**job [1]** 2390/2
**join [1]** 2386/12
**Joseph [2]** 2380/6 2381/5
**Jr [1]** 2380/2
**JUDGE [1]** 2379/10
**judicious [1]** 2386/6
**juror [13]** 2381/20 2382/4 2384/6 2384/9 2385/1 2385/3 2385/10 2386/10 2386/11 2387/10 2387/11 2387/12 2387/16
**jurors [8]** 2382/4 2382/15 2382/19 2383/20 2384/22 2388/17 2388/21 2389/8
**JURY [1]** 2379/9
**just [15]**

## K

**Kailua [1]** 2380/4
**Kathryn [2]** 2379/14 2381/7
**Kathryn.Rakoczy [1]** 2379/19
**keep [1]** 2386/19
**kind [3]** 2387/2 2387/5 2389/21
**know [20]**

## L

**lagging [1]** 2386/15
**Lane [1]** 2380/7
**last [3]** 2387/14 2388/18 2388/20
**LAW [1]** 2380/2
**lead [1]** 2383/8
**learned [1]** 2388/19
**least [2]** 2387/7 2388/6
**Lee [1]** 2380/2
**left [2]** 2384/25 2385/12
**length [2]** 2388/3 2389/17
**less [1]** 2388/8
**let [2]** 2383/1 2390/20
**level [1]** 2383/2
**light [1]** 2385/21
**like [4]** 2386/4 2387/12

2388/11 2390/15
**little [1]** 2386/18
**long [1]** 2381/21
**longer [1]** 2388/9
**lose [4]** 2382/1 2385/1 2386/7 2386/11
**losing [1]** 2388/8
**Louis [2]** 2379/15 2381/8
**lunch [1]** 2388/25

## M

**makes [1]** 2388/12
**many [1]** 2387/24
**Manzo [2]** 2379/15 2381/8
**Marion [1]** 2380/15
**Martin [1]** 2380/10
**masking [1]** 2389/4
**matt [1]** 2380/22
**matter [1]** 2391/4
**Matthew [2]** 2380/19 2381/12
**Matthew Peed [1]** 2381/12
**may [5]** 2383/7 2384/4 2388/3 2389/14 2389/25
**me [2]** 2385/20 2388/15
**mean [4]** 2382/23 2383/12 2383/22 2387/12
**means [1]** 2387/9
**MEHTA [1]** 2379/9
**middle [1]** 2389/17
**might [5]** 2383/8 2383/9 2383/18 2383/18 2384/24
**mind [1]** 2382/9
**MINUTA [6]** 2379/6 2380/2 2381/4 2381/9 2381/13 2390/7
**minutes [2]** 2384/4 2384/5
**Moerschel [5]** 2380/10 2381/5 2381/11 2381/15 2390/12
**Monday [2]** 2388/21 2389/24
**more [5]** 2382/6 2383/9 2383/20 2384/23 2385/13
**morning [5]** 2381/19 2382/1 2383/7 2383/14 2385/9
**most [3]** 2386/9 2387/17 2388/12
**moving [2]** 2385/19 2387/22
**Mr [2]** 2386/2 2390/14
**Mr. [17]**
**Mr. Berry [1]** 2385/20
**Mr. Edwards [3]** 2382/10 2382/16 2383/12
**Mr. Hackett [3]** 2381/15 2385/21

**M**
**Mr. Hackett... [1]** 2390/11
**Mr. Minuta [2]** 2381/13 2390/7
**Mr. Moerschel [2]** 2381/15 2390/12
**Mr. Nestler [1]** 2383/12
**Mr. Peed [1]** 2386/1
**Mr. Shipley [2]** 2385/6 2385/7
**Mr. Vallejo [1]** 2381/15
**Mr. Weinberg [1]** 2384/20
**Ms. [1]** 2385/15
**Ms. Halim [1]** 2385/15
**much [2]** 2386/22 2390/18
**mute [2]** 2385/6 2386/2
**my [4]** 2384/19 2385/25 2386/3 2388/7
**Myers [1]** 2380/12

**N**
**naively [1]** 2381/18
**need [3]** 2383/25 2387/20 2388/2
**negative [1]** 2383/15
**Nestler [4]** 2379/14 2381/7 2382/12 2383/12
**news [1]** 2381/20
**no [8]** 2379/4 2381/3 2381/4 2383/4 2383/16 2387/9 2390/7 2390/17
**not [21]**
**notified [2]** 2382/14 2382/18
**notion [2]** 2387/18 2387/21
**now [8]** 2383/24 2386/7 2387/2 2387/3 2387/10 2387/14 2387/25 2389/22
**number [1]** 2388/2
**NW [2]** 2379/17 2380/20

**O**
**object [4]** 2390/9 2390/11 2390/12 2390/15
**objection [2]** 2390/8 2390/17
**obviously [2]** 2381/22 2388/13
**occurrence [1]** 2387/15
**odds [1]** 2388/22
**off [2]** 2388/16 2389/5
**OFFICE [1]** 2379/16
**OFFICES [1]** 2380/2
**okay [8]** 2384/17 2385/6 2385/14 2386/1 2388/5 2388/11 2389/7 2389/13
**once [1]** 2386/5
**one [11]** 2381/24 2385/13 2386/7 2386/12 2388/4 2389/1 2389/14 2389/22
**only [4]** 2381/24 2381/25 2382/2 2390/21
**openings [1]** 2387/13
**options [1]** 2381/25
**other [7]** 2382/4 2382/14 2382/19 2385/3 2386/13 2389/20 2390/5
**ought [3]** 2381/24 2384/15 2388/15
**our [5]** 2384/25 2386/6 2386/20 2387/22 2389/4
**out [2]** 2382/1 2387/1
**over [4]** 2382/22 2385/24 2386/15 2388/19
**own [1]** 2388/1

**P**
**p.m [2]** 2379/6 2390/24
**PA [1]** 2380/7
**pace [1]** 2387/23
**part [1]** 2389/21
**particular [3]** 2386/10 2387/10 2387/16
**particularly [1]** 2388/17
**parties' [1]** 2382/9
**pay [1]** 2385/12
**Peed [5]** 2380/19 2380/19 2381/12 2386/1 2386/2
**permission [1]** 2389/18
**perspective [1]** 2388/7
**Philadelphia [1]** 2380/7
**Plaintiff [1]** 2379/4
**plow [1]** 2382/1
**PO [1]** 2380/3
**points [2]** 2386/16 2386/23
**poll [1]** 2383/1
**position [6]** 2384/15 2386/4 2386/5 2386/12 2386/16 2389/22
**positive [4]** 2381/21 2382/5 2384/24 2385/2
**prefer [2]** 2384/24 2385/5
**prepare [1]** 2390/5
**preparing [1]** 2389/20
**present [1]** 2388/1
**presumably [1]** 2389/1
**pretty [1]** 2390/2
**price [1]** 2385/12
**probably [1]** 2388/15
**proceed [3]** 2381/24 2382/7 2383/15
**proceeding [1]** 2382/6
**proceedings [3]** 2379/9 2390/24 2391/4
**proximity [1]** 2386/
**Punta [1]** 2380/16
**push [3]** 2387/21 2388/1 2389/25
**putting [1]** 2389/21

**Q**
**qualification [1]** 2384/12
**Queen [1]** 2380/7
**question [1]** 2381/23

**R**
**raise [1]** 2389/14
**Rakoczy [2]** 2379/14 2381/7
**rapid [3]** 2383/7 2383/14 2383/18
**re [1]** 2386/25
**re-highlighting [1]** 2386/25
**ready [2]** 2383/25 2384/2
**realistic [1]** 2381/25
**really [1]** 2387/17
**reason [2]** 2383/4 2383/6
**received [1]** 2381/20
**record [1]** 2391/3
**redirect [1]** 2390/17
**reference [1]** 2385/25
**regardless [1]** 2382/25
**regimenting [1]** 2390/3
**repeat [1]** 2387/15
**report [1]** 2389/9
**request [2]** 2389/18 2390/4
**reset [1]** 2389/6
**rest [1]** 2382/2
**result [1]** 2389/15
**resume [1]** 2389/6
**returning [1]** 2381/22
**right [6]** 2381/17 2383/15 2383/22 2384/18 2388/10 2390/19
**RIOS [2]** 2380/11 2380/15
**risk [2]** 2385/13 2390/20
**risky [1]** 2386/7
**RMR [2]** 2391/2 2391/8
**Robert [1]** 2380/10
**ROBERTO [2]** 2379/6 2381/4
**ruling [1]** 2389/15
**run [1]** 2385/13

**S**
**safe [1]** 2388/15
**safest [1]** 2385/3
**said [1]** 2383/11
**same [2]** 2385/8 2386/4
**say [4]** 2382/3 2382/6 2383/13 2383/25
**saying [4]** 2382/3 2383/17 2390/15
**schedule [1]** 2385/19
**scott [3]** 2380/14 2380/17 2381/11
**Scott Weinberg [1]** 2381/11
**screen [1]** 2384/19
**seat [1]** 2381/21
**Second [1]** 2387/9
**see [2]** 2383/3 2390/22
**seeing [1]** 2381/18
**seems [2]** 2386/10 2388/15
**sense [3]** 2382/5 2388/6 2388/12
**sensitive [1]** 2382/8
**several [1]** 2385/12
**shame [1]** 2386/11
**she [7]** 2381/22 2384/7 2384/10 2384/12 2384/13 2389/23 2390/16
**She's [1]** 2389/20
**Shipley [5]** 2380/2 2380/3 2381/9 2385/6 2385/7
**short [1]** 2382/24
**shorter [1]** 2388/8
**should [1]** 2389/9
**showed [1]** 2388/21
**showing [1]** 2384/7
**side [2]** 2388/15 2389/2
**sides [1]** 2381/23
**similar [2]** 2383/19 2387/18
**since [1]** 2388/24
**sit [2]** 2382/25 2389/5
**situation [1]** 2388/24
**so [21]**
**so I think [2]** 2381/23 2389/4
**so it [1]** 2383/9
**some [8]** 2383/7 2383/18 2383/20 2383/20 2387/18 2388/17 2389/18 2389/20
**something [1]** 2383/8
**somewhat [1]** 2387/15
**sorry [3]** 2382/16 2386/20 2388/12
**sounds [2]** 2387/12 2390/15
**speak [1]** 2386/9
**Special [3]** 2389/16 2389/19 2390/4
**Special Agent [1]** 2390/4
**Special Agent Hilgeman [1]** 2389/19
**spread [1]** 2389/3
**stand [2]** 2386/8 2389/23
**start [4]** 2382/10 2384/18 2387/3 2389/12
**starting [1]** 2384/19
**STATES [5]** 2379/1 2379/3 2379/10 2381/3 2382/13
**still [1]** 2385/9
**stops [1]** 2387/3
**Street [3]** 2379/17 2380/11 2380/20
**SUAREZ [2]** 2380/11 2380/14
**subject [1]** 2390/16
**substance [1]** 2390/2
**such [1]** 2385/19
**Suite [2]** 2380/16 2380/20
**support [1]** 2386/16
**suppose [3]** 2383/1 2383/4 2389/2
**sure [2]** 2385/24 2386/17
**symptoms [1]** 2384/7

**T**
**take [4]** 2383/7 2383/21 2384/3 2385/22
**team [1]** 2389/21
**technology [1]** 2386/20
**tell [1]** 2389/9
**test [6]** 2383/7 2383/14 2383/18 2383/21 2383/25 2385/2
**tested [4]** 2381/21 2382/4 2384/6 2384/23
**testimony [6]** 2381/25 2389/17 2389/20 2390/2 2390/6 2390/16
**tests [2]** 2384/2 2384/3
**text [1]** 2383/4
**than [2]** 2383/7 2388/8
**Thank [4]** 2382/12 2385/16 2390/18 2390/19
**Thank you [2]** 2382/12 2385/16
**that [54]**
**that's [4]** 2385/4 2385/25 2390/6 2390/17
**their [6]** 2381/16 2382/8 2383/2 2387/25 2389/20 2390/5
**them [6]** 2382/5 2383/1 2383/1 2383/3 2383/24 2389/9
**then [9]** 2382/25 2384/1 2385/1 2385/1 2387/7 2387/13 2387/17 2389/5 2389/15
**there [4]** 2383/20 2388/2 2388/3 2389/3
**there's [1]** 2383/4
**they [10]** 2382/5 2382/7 2383/13 2383/17 2383/24 2385/24 2388/22 2388/22 2388/25

**T**
they... [1] 2389/9
thing [1] 2383/23
things [1] 2383/19
think [19]
third [1] 2387/10
this [28]
This is [1] 2381/3
those [1] 2387/20
thought [2] 2381/18 2383/3
thoughts [2] 2382/9 2384/18
three [2] 2386/15 2386/23
through [4] 2385/9 2385/11 2386/5 2387/22
thrust [1] 2387/6
Thursday [1] 2384/13
tight [1] 2385/19
time [2] 2385/19 2388/21
timelines [1] 2390/3
titled [1] 2391/4
today [4] 2384/6 2384/11 2384/25 2387/6
together [3] 2388/25 2388/25 2389/1
told [1] 2384/12
tomorrow [17]
tomorrows [1] 2383/9
took [2] 2384/25 2389/23
topics [1] 2390/3
totality [1] 2385/21
town [2] 2387/1 2387/2
transcript [2] 2379/9 2391/3
travel [1] 2387/4
trial [10] 2379/9 2383/19 2385/12 2387/3 2387/19 2387/22 2388/3 2388/7 2388/9 2388/18
Troy [2] 2379/16 2381/8
try [1] 2384/15
Tuesday [3] 2389/9 2389/10 2389/12
two [5] 2381/25 2382/2 2385/11 2386/7 2389/23

**U**
U.S [1] 2379/16
understand [2] 2388/16 2389/25
understood [2] 2384/10 2384/14
UNITED [5] 2379/1 2379/3 2379/10 2381/3 2382/13
unlike [1] 2388/18
until [3] 2381/19 2384/25 2385/4
up [6] 2384/24 2386/19 2389/12 2389/15
upcoming [1] 2390/6
us [3] 2383/23 2384/4 2384/12
usdoj.gov [2] 2379/19 2379/20

**V**
Vallejo [5] 2380/19 2381/6 2381/12 2381/15 2390/14
versus [1] 2381/4
very [3] 2386/10 2386/11 2390/18
via [2] 2381/13 2383/4
videoconference [1] 2381/13
voice [1] 2386/19
vs [1] 2379/5

**W**
wait [2] 2381/25 2386/12
waived [1] 2381/16
want [4] 2383/7 2383/18 2384/23 2388/10
wants [1] 2384/3
was [9] 2383/17 2383/17 2383/20 2384/7 2386/3 2386/22 2387/5 2388/20 2388/20
Washington [3] 2379/5 2379/17 2380/21
way [2] 2382/2 2387/19
we [54]
we will [1] 2389/8
we'd [2] 2385/12 2387/5
we'll [4] 2383/1 2386/4 2389/12 2390/22
we're [5] 2383/25 2385/10 2386/5 2386/14 2387/2
we've [1] 2390/2
Wednesday [1] 2387/14
week [1] 2387/14
weekend [1] 2388/19
weeks [4] 2385/12 2387/19 2387/24 2389/23
WEINBERG [5] 2380/11 2380/14 2380/15 2381/11 2384/20
welcome [1] 2382/9
well [6] 2382/24 2383/2 2383/22 2384/2 2388/6 2388/11
were [5] 2385/19 2387/6 2388/22 2388/24 2388/25
weren't [1] 2388/22
what [9] 2383/11 2383/13 2383/17 2388/12 2389/8 2389/10 2390/17
when [3] 2386/11 2388/18 2389/6
where [2] 2384/19 2386/8
whether [1] 2382/5
while [2] 2383/20 2387/2
who's [1] 2387/1
whole [1] 2387/5
why [3] 2382/10 2384/6 2387/6
will [7] 2381/22 2382/3 2385/24 2389/8 2390/10 2390/12 2390/14
William [5] 2380/2 2380/3 2381/9 2391/2 2391/8
wise [1] 2383/23
wishing [1] 2390/21
without [1] 2384/12
witness [3] 2385/21 2387/1 2388/14
won't [2] 2384/1 2390/16
work [1] 2390/5
worry [1] 2385/2
would [22]

**Y**
Yeah [2] 2385/8 2386/20
Yes [1] 2386/22
yesterday [2] 2388/25 2389/1
yet [2] 2382/15 2382/18
you [24]
you're [2] 2385/6 2386/2
your [13] 2381/2 2382/12 2384/21 2385/17 2386/3 2386/14 2386/19 2386/24 2387/17 2387/22 2389/11 2389/14 2390/8
Your Honor [10] 2381/2 2382/12 2384/21 2385/17 2386/14 2386/24 2387/17 2387/22 2389/14 2390/8

**Z**
Zaremba [2] 2391/2 2391/8