1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,      )
                                    )
4                                   )
             Plaintiff,             )    CR No. 22-15
5                                   )    Washington, D.C.
     Vs.                            )
6                                   )    January 4, 2023
                                    )    1:32 p.m.
7                                   )
     ROBERTO A. MINUTA, ET AL.,     )    DAY 13
8                                   )    Afternoon Session
                                    )
9            Defendants.            )
     _____  )
10

11

12                TRANSCRIPT OF JURY TRIAL PROCEEDINGS
                BEFORE THE HONORABLE AMIT P. MEHTA
13                  UNITED STATES DISTRICT JUDGE

14

15

     APPEARANCES:
16   For the Government:          Kathryn Rakoczy, AUSA
                                  Jeffrey Nestler, AUSA
17                                Alexandra Hughes, AUSA
                                  Troy Edwards, AUSA
18                                Louis Manzo, AUSA
                                  U.S ATTORNEY'S OFFICE
19                                601 D Street, NW
                                  Washington, D.C., 20579
20                                (202) 252-72

21

22

23

24

25

```
 1   APPEARANCES CONTINUED:

 2   For Defendant
     Roberto A. Minuta:              William Lee Shipley, Jr.
 3                                   LAW OFFICES OF WILLIAM L. SHIPLEY
                                     PO Box 745
 4                                   Kailua, HI 96734
                                     (808) 228-1341
 5
     For Defendant
 6   Joseph Hackett:                 Angela Halim
                                     3580 Indian Queen Lane
 7                                   Philadelphia, PA 19129
                                     (215) 300-3229
 8
     For Defendant
 9   David Moerschel:               Connor Robert Martin
                                     BROWN, SUAREZ, RIOS & WEINBERG
10                                   1532 Jackson Street
                                     Fort Myers, FL 33901
11                                   (239) 337-9755

12                                   Scott Weinberg
                                     BROWN, SUAREZ, RIOS & WEINBERG
13                                   265 E Marion Avenue
                                     Suite 114
14                                   Punta Gorda, FL 33950
                                     (941) 575-8000
15
     For Defendant
16   Edward Vallejo:                 Matthew J. Peed
                                     CLINTON & PEED
17                                   1775 Eye Street, NW
                                     Suite 1150
18                                   Washington, D.C. 20006
                                     (202) 919-9491
19

20

21

22

23

24

25
```

INDEX

WITNESS                                                          PAGE

JOANNA ABRAMS

   Continued Direct Examination By Mr. Edwards          2823


                          E X H I B I T S

Exhibit No.              Received

   9551                  2830

   22.V.3
   1500.2                2847

   9552                  2855

   1502                  2870

   1508                  2877

   1503.1                2889

   6744                  2910

1                P R O C E E D I N G S

2          (Resumed, 1:30 p.m.)

3          THE COURT:  Please remain seated everyone or be

4    seated.  Anything we need to discuss before we get started?

5          MR. MANZO:  No, Your Honor.

6          THE COURT:  Okay.  Why don't we bring in Agent Abrams.

7          MR. PEED:  There was a Rule 106 issue I just emailed

8    the government about.  I don't know when they're going to be

9    using the exhibit that it's about, but I just wanted to flag

01:30 10   that.

11          THE COURT:  Okay.  Is it something that's going to

12   come up shortly?

13          MR. EDWARDS:  I can look now.

14          Sorry.  With the Court's indulgence, I'll just review

15   it.  It's seven slides.  So I'll take a look at it.

16          THE COURT:  All right.  Let's just go ahead and bring

17   the jury in.  Is it something you're planning to --

18          MR. EDWARDS:  I think -- it looks like the timeframe,

19   we could be hitting it, it looks like 1:35 p.m. January 6th,

01:31 20   which, if I'm understanding Mr. Peed's email, it would be to

21   add to one of the compilations we'll get to I'd say shortly,

22   soon-ish.

23          So I'm happy to just continue, and when we get to

24   this, take a look at these seven slides or ask, you know, our

25   team can take a look at it.

```
 1              THE COURT:  Yeah.  Let's do that.  If you have your
 2      colleagues take a look, and if there's an issue, we can deal
 3      with it.
 4              (Jury enters the courtroom.)
 5              THE COURT:  All right.  Have a seat everybody.
 6      Welcome back.  I hope everybody had a nice lunch hour.  So
 7      we're ready to continue with Agent Abrams' testimony.
 8      SPECIAL AGENT JOANNE ABRAMS, Resumed
 9      CONTINUED DIRECT EXAMINATION BY MR. EDWARDS:
10      Q.    Good afternoon.
11      A.    Good afternoon.
12      Q.    How are you, Agent Abrams?
13      A.    I am good.
14      Q.    Before we took our break, we were talking about removing
15      from Signal messages to text messages.  So you had said you
16      were familiar with text messages.
17              Do cell phone carriers like AT&T or Verizon, do they have
18      access to a person's historical text messages?
19      A.    Not the data typically.  The content.
20      Q.    So usually you can't use a search warrant to the phone
21      company to get the messages from the phone provider?
22      A.    Correct.
23      Q.    Okay.  And are you aware of whether T-Mobile preserved
24      text message content for a short period of time in early 2021?
25      A.    Yes.
```

```
 1   Q.   Was the FBI able to obtain that content pursuant to a

 2   search warrant?

 3   A.   We were.

 4   Q.   And was that unusual?

 5   A.   Yes.

 6   Q.   Was that content only for T-Mobile subscribers?

 7   A.   T-Mobile subscribers or anyone who had messaged someone

 8   who had T-Mobile.

 9   Q.   Right.  So if somebody engaged in a text message
```
01:33 10   conversation, that content was captured by T-Mobile as well?
```
11   A.   Yes.

12   Q.   Okay.  Was Michael Greene -- I apologize.

13             MR. EDWARDS:  Mr. Nestler, can you pull up

14   Government's Exhibit 1531.

15   Q.   And while Mr. Nestler does that, was Michael Greene a

16   T-Mobile subscriber?

17   A.   He was.

18   Q.   And so was the FBI able, through T-Mobile, to gain access

19   to some of the text messages that Michael Greene had exchanged
```
01:34 20   with other people on January 6th?
```
21   A.   We were.

22   Q.   And we'll get to this a little later, but did the FBI also

23   recover Michael Greene's phone?

24   A.   Yes.

25   Q.   Were there text messages on Mr. Greene's phone?
```

1  A.   Yes.

2       MR. EDWARDS:  I'll wait.  Sorry.  Thank you.

3  Q.   So there were text messages on Mr. Greene's phone?

4  A.   Yes.

5  Q.   Did you compare the text messages that you received from

6  T-Mobile to the messages that you found on Mr. Greene's phone?

7  A.   Yes.

8  Q.   And was there a perfect match?

9  A.   No.

01:34 10  Q.   So for the -- have you reviewed -- and I'm not going to

11  show it now -- but Government's Exhibit 2400?

12  A.   I have.

13  Q.   And did it consist of messages from T-Mobile, including

14  Mr. Greene's text messages?

15  A.   Yes.

16  Q.   And have you compared those messages from Mr. Greene on

17  Exhibit 2400 to the underlying records to those messages?

18  A.   Yes.

19  Q.   And were they accurate?

01:34 20  A.   Yes.

21  Q.   Based on your investigation, did you come to a conclusion

22  as to why there was a discrepancy between the T-Mobile messages

23  and Mr. Greene's phone?

24       MR. SHIPLEY:  Objection.  Lack of foundation.

25       THE COURT:  If you could lay some foundation, please,

1    before she answers that question.

2              MR. EDWARDS:  Yes, Your Honor.

3    Q.   Agent Abrams, did you review the extraction from Mr.

4    Greene's phone, particularly his text messages?

5    A.   Yes.

6    Q.   Did you review the text messages from January 6th --

7    A.   Yes.

8    Q.   -- that existed on the phone?

9    A.   Yes.

01:35 10   Q.   Did you also review the T-Mobile messages that you

11   received from T-Mobile from January 6th?

12   A.   I did.

13   Q.   And were some of the messages in both of those returns?

14   A.   Some were, some were not.

15   Q.   Okay.  And did you come to any conclusion as to why there

16   would be messages -- well, let's put it this way:  Was there

17   some message that existed in the T-Mobile return?

18   A.   Yes.

19   Q.   And were there messages from the T-Mobile return that were

01:35 20   not specifically on the device itself?

21   A.   Yes, correct.

22   Q.   And did you come to a conclusion based on that comparison?

23             MR. SHIPLEY:  Objection.

24   **SIDEBAR:**

25             THE COURT:  Look, it sounds like you are trying to get

1    an opinion from her as to why something may not be there, and

2    it's not clear to me, A, what the answer is going to be; and,

3    B, how she can know that just based on a comparison of the

4    records?

5            MR. EDWARDS:  Well, Your Honor, I was just -- what I'm

6    trying to do is ask whether or not she came to a conclusion as

7    to specifically the direction of there being messages from

8    T-Mobile that T-Mobile collected but that the device itself

9    didn't have.  So I agree that I'm asking her to basically

01:37  10   answer what is a reason for why a message would be on the

11   T-Mobile return but not on the device.

12           THE COURT:  Okay.  What do you expect her to say?

13           MR. EDWARDS:  That the individual who uses that device

14   had control over the messages and removed the message as

15   opposed to him having control over messages that T-Mobile

16   stored.

17           THE COURT:  I guess the question is, is there anything

18   within the phone records, for example, is she able to point to

19   a Cellebrite report to say certain text messages were there and

01:37  20   deleted?

21           MR. EDWARDS:  She can -- that the return would have

22   shown that messages were there in error or were not there.  The

23   T-Mobile -- comparing it to the T-Mobile return would have

24   shown messages that he sent from that phone number at a certain

25   time that didn't end up showing up on the extraction from the

1    phone.

2              THE COURT:  Right.  I think the problem is just how

3    the question is phrased.  In other words, what is the reason

4    for that.  And I don't know that you know other than saying --

5    other than saying, put it differently, you can ask her does

6    somebody have capacity to delete text messages from their cell

7    phone.

8              MR. EDWARDS:  Right.

9              THE COURT:  She can answer that.  And if they did

01:38 10   that, would it appear on the phone once it's been -- if it was

11   deleted before it was seized, would you have access to it.  No,

12   but T-Mobile would have preserved it.  And you can do it that

13   way.  I don't know that you can ask her her opinion for why

14   it's not there.

15             MR. EDWARDS:  Understood, Your Honor.

16             THE COURT:  Okay.

17   (End of sidebar.)

18             THE COURT:  So the objection to the question is

19   sustained.

01:38 20   BY MR. EDWARDS:

21   Q.   I'll just ask this question, Agent Abrams, a little

22   differently.  When someone has access to their device, are they

23   capable of deleting messages from their device?

24   A.   They are.

25   Q.   And if the phone subscriber like in this instance from

1    T-Mobile has the content from text messages, can the user

2    delete messages that T-Mobile has?

3    A.    No.

4    Q.    And were there -- if the message was deleted before the

5    FBI recovered the device, would the FBI see the message on the

6    device?

7    A.    No.

8    Q.    Okay.  Let's turn to the morning of January 6th, 2021.

9    A.    Okay.

01:39 10    Q.    Were you aware of communications across this group of

11    individuals that you've talked about, including members on the

12    board here on 1531 in the morning of January 6th?

13    A.    Yes.

14          MR. EDWARDS:  Ms. Badalament, can we please show just

15    the witness Government's Exhibit 9551.

16    Q.    Agent Abrams, have you reviewed Government's Exhibit 9551?

17    A.    I have.

18    Q.    We can just leaf through a couple of these.

19          Does 9551 reflect various messages across members of this

01:40 20    group in the morning of January 6th?

21    A.    Yes.

22    Q.    And have you compared these messages to their original

23    extractions or the devices that they came from?

24    A.    I have.

25    Q.    And are the messages in this exhibit accurate?

A.    Yes.

            MR. EDWARDS:  Your Honor, at this time the Government

moves to admit and publish to the jury 9551.

            MR. SHIPLEY:  No objection.

            THE COURT:  All right.  9551 will be admitted.

            (Exhibit 9551 admitted into evidence.)

Q.    So let's turn now to the first message.

      Agent Abrams, who sent this message?

A.    Stewart Rhodes.

Q.    And who did he send it to?

A.    To the DC Op Jan 6 21 Signal chat.

Q.    And at 6:27 a.m., what did Mr. Rhodes say?

A.    "We will have several well equipped QRFs outside DC and

there are many, many others from other groups who will be

watching and waiting on the outside in case of worst case

scenarios."

Q.    Did you in the course of your investigation learn what

"QRF" meant?

A.    Yes.

Q.    What?

A.    Quick Reaction Force.

Q.    And did Rhodes message others on this group and in other

groups about what the QRF would be equipped with?

A.    Yes.

Q.    What would they be equipped with?

1    A.    Firearms.

2    Q.    Can we turn now to the next message.

3          At 6:27 a.m., about the same time, did Edward Vallejo

4    message the same group chat?

5    A.    He did.

6    Q.    What did he say?

7    A.    "What is the DC blade length rule?  What's the limit?  I

8    want my boarding cutlass."

9    Q.    Okay.  At 6:27 a.m. do you know with where Mr. Vallejo

01:41 10   was?

11   A.    The Comfort Inn in Ballston, Virginia.

12   Q.    And how do you know that?

13   A.    CCTV footage.

14   Q.    From the hotel?

15   A.    Correct.

16   Q.    And in turning back to this message, did you investigate

17   what a boarding cutlass was?

18   A.    I did.

19   Q.    What is a boarding cutlass?

01:41 20   A.    A sword.

21   Q.    Okay.  And did you in fact see surveillance from that

22   hotel with Mr. Vallejo carrying a sword?

23   A.    We did.

24         MR. EDWARDS:  Okay.  Ms. Badalament, can we just

25   please bring up Exhibit 1518 at three minutes and 24 seconds on

the video.  This has been admitted in a prior witness.

Q.   Agent Abrams, is this the surveillance you were referring to?

A.   Yes.

Q.   And can you just show for the jury, who is the individual closest to us in this video?

A.   This person?

Q.   Yes.

A.   Ed Vallejo.

Q.   And what does it appear he's carrying in his left hand?

A.   A sword.

Q.   Okay.  Agent Abrams, I think --

          MR. EDWARDS:  Thank you, Ms. Badalament.  Can we please go back to 9551.

Q.   So the next day, January 6th, Vallejo messages that he wants to bring his sword into DC?

A.   Correct.

Q.   Two minutes later this same group chat, what did Rhodes say?

A.   "Three inches.  Has to be three or less.  And a utility knife carried for utility purposes, i.e., no push daggers, et cetera.  Don't wear blade openly visible.  Keep them low profile."

Q.   And based on the surveillance you looked at, was Vallejo's sword longer than three inches?

A.   Yes.

Q.   One minute later, what did Rhodes message the same group chat?

A.   Mr. Rhodes said, "Unfortunately, Don Siekerman is sick and won't be able to make it.  Whip is now number one on this op."

Q.   Can you describe for the jury, who is Don Siekerman?

A.   Don Siekerman was an Oath Keeper from Pennsylvania who was scheduled to be the operational leader on January 6th.

Q.   And who dubbed Don Siekerman operational leader?

A.   Stewart Rhodes.

Q.   And is Don Siekerman on the board?

A.   He is.

Q.   Where?

A.   Under leadership.

Q.   So between Kellye SoRelle and Michael Greene?

A.   Correct.

Q.   So he gets sick.  Who does Rhodes say is taking his place as the operations lead?

A.   Whip.

Q.   And who is Whip?

A.   Michael Greene.

Q.   Is Whip just a Signal nickname that you saw on people's phones for Michael Greene?

A.   Yes.

Q.   Again, Michael Greene is there next to Don Siekerman on

1    the board?

2    A.    Correct.

3    Q.    Okay.  And Rhodes says he's the number one on this op for

4    that day?

5    A.    Yes.

6    Q.    Now, did the FBI recover items from Thomas Caldwell's cell

7    phone and hard drive?

8    A.    Yes.

9    Q.    So this message was about 6:30 a.m.

01:44 10         MR. EDWARDS:  Ms. Badalament, can we bring up just for

11    the witness, 22.V.3.

12    Q.    Agent Abrams, have you reviewed this exhibit?

13    A.    Yes.

14    Q.    And generally what is it?

15    A.    It's a video in the early morning hours of January 6th

16    around the Ellipse.

17    Q.    Okay.  And you said it's from Thomas Caldwell's phone?

18    A.    Yes.

19    Q.    Can you just describe briefly for the jury, who is Thomas

01:44 20    Caldwell?

21    A.    He was the organizer of the QRF hotel.

22    Q.    And is Thomas Caldwell on the board?

23    A.    Yes.

24    Q.    Where is he on that board?

25    A.    He's at the top right under the QRF in the orange.

1    Q.    So when you said the QRF hotel, organizing it, is that the

2    same -- you're referring to the same hotel Edward Vallejo

3    stayed at?

4    A.    Yes.

5    Q.    Okay.  Can you tell about what time this video was

6    recorded?

7    A.    A little after 6:30 in the morning.

8    Q.    On January 6th?

9    A.    Yes.

10   Q.    And how do you know that?

11   A.    Metadata.

12   Q.    Metadata from the video?

13   A.    Correct.

14         MR. EDWARDS:  Okay.  Your Honor, at this time we'd

15   move to admit 22.V.3 and publish it to the jury.

16         THE COURT:  Okay.  22.V.3 is admitted.

17         (Exhibit 22.V.3 admitted into evidence.)

18   Q.    Starting with this still shot here, Agent Abrams, first of

19   all, who is this individual in the tan hat here in the

20   foreground?

21   A.    Connie Meggs.

22   Q.    Okay.  And have you seen photographs and videos of Connie

23   Meggs on the day of January 6th in the course of your

24   investigation?

25   A.    I have.

```
 1  Q.    Have you seen photographs and videos of Connie Meggs on

 2  other days other than January 6th?

 3  A.    I have.

 4  Q.    Have you heard Connie Meggs speak?

 5  A.    Yes.

 6         MR. EDWARDS:  Okay.  So if we could play forward and

 7  stop at -- apologies -- about three seconds.  Thank you, Ms.

 8  Badalament.

 9         (Video played.)

01:45 10  Q.    Agent Abrams, who is this individual in the floppy hat

11  here closest to us at the center of the photo?

12  A.    Graydon Young.

13  Q.    Have you seen photographs and videos of Graydon Young on

14  January 6th?

15  A.    Yes.

16  Q.    Have you seen Graydon Young in person?

17  A.    I have.

18  Q.    Have you heard him speak?

19  A.    I have.

01:46 20  Q.    Okay.  So who is this individual?

21  A.    Graydon Young.

22         MR. EDWARDS:  Okay.  Can we please move forward in the

23  exhibit, Ms. Badalament.  Thank you.  We're pausing now at nine

24  seconds.

25         (Video played.)
```

1    Q.   Before we do that, is Graydon Young on the board?

2    A.   Yes.

3    Q.   And who is Graydon Young?

4    A.   He was an Oath Keeper from Florida present with Line 1.

5    Q.   Was he with Hackett and Moerschel on January 6th?

6    A.   He was.

7    Q.   Okay.  Who is this individual on the right side of the

8    screen drinking a water bottle at nine seconds?

9    A.   This is William Isaacs.

01:46 10   Q.   And can you describe for the jury, who is William Isaacs,

11   using Government's Exhibit 1351?

12   A.   He is also on the board.  Right here.  Line 1 as well.

13   Q.   Okay.  When you say "Line 1," are you talking about

14   Hackett and Moerschel's group?

15   A.   Yes.

16   Q.   And we'll get to this a little bit later, but Line 1

17   meaning a group that went into the Capitol building later on

18   January 6th?

19   A.   Correct.

01:47 20   Q.   Okay.  And for William Isaacs, have you seen photographs

21   and videos of William Isaacs from January 6th?

22   A.   Yes.

23   Q.   And have you seen photographs and videos of William Isaacs

24   on other days?

25   A.   I have.

```
 1    Q.    Including his driver's license?
 2    A.    Yes.
 3              MR. EDWARDS:  Okay.  So that's William Isaacs.
 4              Can we go forward in the video, Ms. Badalament.  Thank
 5    you.
 6              (Video played.)
 7              Okay.  We'll pause here at about, looks like 19
 8    seconds.
 9    Q.    Who is this individual with the yellow goggles on the
10    right side of the screen?
11    A.    Donovan Crowl.
12    Q.    Okay.  Have you viewed photographs and videos of Donovan
13    Crowl from January 6th?
14    A.    Yes.
15    Q.    And other days?
16    A.    Yes.
17    Q.    Have you heard Donovan Crowl speak?
18    A.    Yes.
19    Q.    Can you please describe for the jury who is Donovan Crowl,
20    using the board.
21    A.    Donovan Crowl is located right here.  He was from Ohio.
22    And he traveled with Jessica Watkins and was present with
23    Hackett and Moerschel.
24    Q.    Okay.  So he was with Hackett and Moerschel's group from
25    Florida?
```

```
 1   A.    Correct.
 2              MR. EDWARDS:   Okay.   Thank you, Ms. Badalament.   Can
 3   we go forward now.
 4              (Video played.)
 5              Okay, we'll pause here at 37 seconds.
 6   Q.    The person on the left side here with the American flag on
 7   the hat, I'll use the screen here to circle it.   Based on the
 8   attire, Agent Abrams, are you able to identify who this
 9   individual is?
10   A.    Yes.   That's David Moerschel.
11   Q.    Okay.   And have you seen pictures and videos of David
12   Moerschel throughout the day on January 6th?
13   A.    Yes.
14   Q.    Have you seen this hat in other photographs and videos on
15   David Moerschel?
16   A.    Yes.
17   Q.    Okay.   And to the right here, this individual on the right
18   side I've circled in green at 37 seconds, who is that
19   individual?
20   A.    That is Kelly Meggs.
21   Q.    And have you seen photographs and videos of Kelly Meggs
22   from January 6th and other days?
23   A.    Yes.
24   Q.    And based on the photos and videos that you've seen from
25   January 6th, are you familiar with what Kelly Meggs was
```

1    wearing?

2    A.    Yes.

3    Q.    Okay.  And again, is Kelly Meggs on the board here?

4    A.    He is.

5    Q.    And is he with Hackett and Moerschel throughout the day on

6    January 6th?

7    A.    Yes.

8          MR. EDWARDS:  Thank you, Ms. Badalament.  We can end

9    that exhibit now.

01:49 10   Q.    Okay.  So fair to say there are individuals from this Line

11   1 group from Florida and Ohio together at the Ellipse at about

12   6:30 or so on the morning of January 6th?

13   A.    Yes.

14   Q.    Okay.  Let's move forward a little bit in time to the

15   morning of January 6th and head to 11:00 a.m.

16   A.    Okay.

17   Q.    We're going to turn back now to Exhibit 9551.  At 11:18

18   a.m., earlier Vallejo messaged about what kind of blades he

19   could bring in.  Does he talk about other equipment?

01:50 20   A.    He did.

21   Q.    What did he say at 11:18?

22   A.    He says, "FYI I brought a drone with a 720p cam for recon

23   use but I'm not a proficient operator.  Do we have anyone

24   qualified to use it?  Do you want it prepped for deployment?

25   Let me know."

```
 1    Q.    So on the morning of January 6th, Agent Abrams, what is a
 2    drone?
 3    A.    Unmanned aircraft.
 4    Q.    And what kind of purposes do drones serve?
 5              MR. PEED:  Objection, Your Honor.
 6              THE COURT:  Can you rephrase the question.
 7              MR. EDWARDS:  Yes, Your Honor.
 8    Q.    Are you familiar with drones?
 9    A.    Yes.
10    Q.    Do you know what kinds of things drones can do?
11    A.    Yes.
12    Q.    What are certain things that -- what are certain acts or
13    things that drones can do?
14              MR. PEED:  Objection, Your Honor.
15              THE COURT:  She can answer that question.
16    A.    They -- you fly it around, take pictures.  You can look at
17    stuff below the drone.
18    Q.    So speaking of pictures, do you know what 720p cam means?
19    A.    That would be the resolution of the camera on the drone.
20    Q.    And are you familiar with the term "recon"?
21    A.    Yes.
22    Q.    What does "recon" mean?
23    A.    Recognizance.
24    Q.    Can you just explain what that word means.
25    A.    Usually it means looking at an area ahead of going there.
```

1    Q.    Okay.  And are there additional messages later in the day

2    of January 6th where Vallejo talks about his drone?

3    A.    Yes.

4    Q.    Okay.  And we'll get to those shortly.  But moving forward

5    in the morning, three minutes later, what does Rhodes say?

6    A.    Mr. Rhodes says, "Yes, bring it."

7    Q.    Okay.  And that's soon after Vallejo's message?

8    A.    Yes.

9    Q.    Does Vallejo in fact go into DC soon after this?

01:51 10   A.    He does.

11   Q.    At around what time?

12   A.    11:51.

13   Q.    And how do you know that?

14   A.    CCTV camera footage of him leaving the hotel.

15   Q.    And based on your investigation into Vallejo's messages,

16   what's one reason Vallejo went into DC that morning?

17   A.    He had lost his truck.

18   Q.    Did he ultimately find his truck?

19   A.    Yes.

01:51 20   Q.    What did he do after he found his truck?

21   A.    He got in his truck and proceeded to go back to the hotel

22   in Ballston, Virginia.

23   Q.    And so we'll talk about the timing a little later, but he

24   didn't stay in DC after he found his truck?

25   A.    He did not.

```
 1    Q.    Okay.  Where was his group at the time he found his truck
 2    later that afternoon?
 3    A.    In DC.
 4          MR. PEED:  Could the government clarify the question
 5    of "his group"?
 6          MR. EDWARDS:  Sure.
 7    Q.    Agent Abrams, what group chat was Mr. Vallejo a part of on
 8    January 6th?
 9    A.    The DC Op Jan 6 21 chat.
10    Q.    Was Stewart Rhodes a member of that group chat?
11    A.    Yes.
12    Q.    Was Roberto Minuta?
13    A.    Yes.
14    Q.    Was Kelly Meggs?
15    A.    Yes.
16    Q.    Was Jessica Watkins?
17    A.    Yes.
18    Q.    Were those members of this group that you're referring to?
19    A.    Yes.
20    Q.    Were they in DC at the time that Mr. Vallejo found his
21    truck in DC?
22    A.    They were.
23    Q.    Did they stay in DC when Mr. Vallejo went back to his
24    hotel?
25    A.    They did.
```

```
 1   Q.   Okay.  Back to this group's morning communications.  Let's
 2   head to the 1:00 hour that afternoon.
 3        Did this group continue to message each other at the 1:00
 4   hour?
 5   A.   Yes, but that's not what I'm seeing.
 6             MR. EDWARDS:  I'm sorry.  Ms. Badalament, can we --
 7   I'm sorry.  Here.
 8             I'll go back to that message.  Sorry, Agent Abrams.
 9   Let me check this off.
10             Okay.  Thank you for telling me that.  Can you go to
11   the next message, Ms. Badalament.
12   Q.   At 11:08 does an individual named Greg Smith message
13   Stewart Rhodes?
14   A.   Yes.
15   Q.   So let's break this down.  Who is Greg Smith?
16   A.   Another individual.
17   Q.   Is he on the board?
18   A.   He is not on the board.
19   Q.   Okay.  And he's messaging Stewart Rhodes and Kellye
20   SoRelle --
21   A.   Yes.
22   Q.   -- and a few others?
23   A.   Yes.
24   Q.   At 11:08, what does Greg Smith say?
25   A.   "Stewart, very cool, seeing many Oath Keepers shirts on
```

1    the Infowars DC feed.  I am just praying that this isn't just

2    another rally and speech day but a day of positive consequence

3    for our country."

4    Q.   Do you see where he says, "Seeing many Oath Keepers shirts

5    on the Infowars DC feed"?

6    A.   Yes.

7    Q.   Earlier you testified that Alex Jones was affiliated with

8    that feed, correct?

9    A.   Correct.

01:54 10   Q.   Okay.  And he was on the FOS group chat with Stewart

11   Rhodes?

12   A.   Yes.

13   Q.   Okay.  Does Stewart Rhodes respond later that morning?

14   A.   Yes.

15   Q.   At 11:26 a.m., what does Stewart Rhodes say later?

16   A.   He says, "Now it's nut cutting time.  Does Trump have

17   balls or not?  We're about to find out."

18   Q.   And can you remind the jury, what was happening on January

19   6th?

01:54 20   A.   The certification of the 2020 Presidential election.

21   Q.   And when was that legally required to begin?

22   A.   At 1:00 on January 6th.

23   Q.   Okay.  Now, can we jump to messages starting at about

24   1:00.

25        Did the individuals that we've been discussing, did they

1    communicate later into the afternoon on January 6th?

2    A.    They did.

3    Q.    Did they also travel around DC together?

4    A.    Yes.

5    Q.    Okay.  Let's look at some of those messages and activities

6    between 12:30 and 3:30 p.m. on January 6th.

7    A.    Okay.

8          MR. EDWARDS:  Ms. Badalament, can you please bring up

9    Exhibit 1500.2 just for the witness.

01:55 10    Q.    Agent Abrams, let me know when you can see that on your

11    screen.

12    A.    I can see it.

13    Q.    Have you reviewed Exhibit 1500.2?

14    A.    Yes.

15    Q.    In its entirety?

16    A.    Yes.

17    Q.    Does it contain videos and photographs and messages that

18    are consistent with the underlying records that you've

19    reviewed?

01:55 20    A.    Yes.

21    Q.    Does it also contain a map that shows the approximate

22    location of some of the individuals that are depicted or

23    described in the exhibit?

24    A.    It does.

25    Q.    And does the exhibit fairly and accurately depict the

           1   approximate location and the messages that they sent on January

           2   6th?

           3   A.   Yes.

           4   Q.   Does this video series start at about 12:30 p.m.?

           5   A.   Yes.

           6              MR. EDWARDS:  Your Honor, at this time we'd move to

           7   admit Government's Exhibit 1500.2 and publish it to the jury.

           8              THE COURT:  All right.  So 1500.2 is admitted subject

           9   to the discussions we've previously had about this exhibit.

01:55     10              Ladies and gentlemen, I do want to again just remind

          11   you, this is another one of these summary exhibits.  Again, you

          12   may consider the summary exhibits as you would any other

          13   evidence that's been admitted during the trial and give it as

          14   much weight or importance as you feel it deserves.

          15   Additionally, to the extent there's testimony about this

          16   exhibit, you should only consider it as an aid in evaluating

          17   the exhibit itself.

          18              (Exhibit 1500.2 admitted into evidence.)

          19              MR. EDWARDS:  Thank you, Your Honor.

01:56     20              Ms. Badalament, can we jump to or go to four seconds

          21   into the exhibit.  Thank you.

          22   Q.   Agent Abrams, what do we see here?

          23   A.   We see the map of DC with a few things highlighted:  The

          24   Willard Hotel, the Ellipse, the White House, and the U.S.

          25   Capitol.

1    Q.    Okay.  And to break that down, here on the left side of

2    the map, or west side, what is the Ellipse?

3    A.    The Ellipse is where the video from the morning was taken

4    as well as where President Trump was scheduled to speak.

5    Q.    Okay.  And so who from the individuals you investigated

6    were at the Ellipse in the first half of the day on January

7    6th?

8    A.    Most of Line 1.

9    Q.    Line 1?

01:57 10    A.    Yes.

11    Q.    And what is -- you see the Willard Hotel just north of

12    that.  What is the Willard Hotel?

13    A.    The Willard Hotel is where Roger Stone was staying.

14    Q.    And who from the individuals you investigated were around

15    the Willard Hotel in the beginning of January 6th?

16    A.    Line 2, so Roberto Minuta.

17    Q.    Okay.  And is the U.S. Capitol east of both of those

18    sites?

19    A.    Yes.

01:57 20    Q.    And can you just describe, what are two main avenues that

21    connect those two sites to the U.S. Capitol?

22    A.    Pennsylvania Avenue and Constitution Avenue Northwest.

23    Q.    And did members of Line 1 and Line 2 at some point in the

24    day use those avenues to then travel east towards the U.S.

25    Capitol?

A.    Yes.

          MR. EDWARDS:   Okay.   Ms. Badalament, can we play to about 17 seconds.

          (Video played.)

Q.    Okay.  Let's just break down this exhibit for a little bit, Agent Abrams.  First, do you see the bottom section here called timeline?

A.    Yes.

Q.    Okay.  Can you just describe for the jury, what is this?

A.    This is a timeline to help orient what time of the day this -- these exhibits are occurring.

Q.    And is that timeline static throughout the exhibit?

A.    Yes.

Q.    And so it's just relative to what's playing above it?

A.    Correct.

Q.    Okay.  And is that time an approximate time?

A.    Yes.

Q.    And can you just describe, is the time static at the time that an exhibit is playing, such that it's not moving at the same time as the exhibit?

A.    Right.

Q.    So is it generally describing the time of when an exhibit above it is starting?

A.    Yes.

Q.    And can you look down here now at the legend in the bottom

1    left?

2    A.    Yes.

3    Q.    Can you walk the jury through what this legend is showing?

4    A.    The legend is related to the colors also on the board.  So

5    the orange is for the QRF, in this case Thomas Caldwell as he's

6    in DC.  The green is for leadership.  The yellow will represent

7    the movements of Line 1.  The blue will represent subsequent

8    movements of Jason Dolan and Kenneth Harrelson separate from

9    Line 1.  And the purple represents the movements of Line 2.

01:59 10    Q.    Okay.  So just break that down just a little bit.  So QRF,

11    you said mostly it's tracking what Mr. Caldwell was doing in DC

12    on January 6th?

13    A.    Correct.

14    Q.    If it then pans out to the hotel.  Does it identify who

15    it's -- does the exhibit identify who is showing in terms of

16    from the QRF?

17    A.    Yes.

18    Q.    For example, if it shows Vallejo at the hotel, is that

19    then indicating Vallejo?

01:59 20    A.    Yes.

21    Q.    Okay.  Is this legend, by the way, is that color-coded to

22    match with Government's Exhibit 1531 here?

23    A.    It is.

24    Q.    So when you see orange, are we seeing some members of the

25    QRF?

1    A.    Yes.

2    Q.    When we see yellow, that's Line 1 or these members from

3    Florida and Ohio?

4    A.    Yes.

5    Q.    And so on and so forth?

6    A.    Yes.

7    Q.    Okay.  Now, you mentioned Line 1, again that's Hackett and

8    Moerschel and some of the members of their group?

9    A.    Correct.

01:59 10    Q.    And you see here Jason Dolan and Kenneth Harrelson.  You

11    said it tracks them separately.  Why is that?

12    A.    They break off briefly and proceed to the Capitol grounds

13    prior to the rest of Line 1.

14    Q.    Do they eventually meet up?

15    A.    They do.

16    Q.    Okay.  Where?

17    A.    On the steps, east Capitol steps.

18    Q.    Okay.  And then the purple line here, when you say Line 2,

19    that includes Roberto Minuta?

02:00 20    A.    Yes.

21    Q.    Okay.  Thank you.

22          Step back real quick.  You said leadership in the green

23    line.  Is that color coded to match the leadership here on the

24    board, so you're talking about Kellye SoRelle, Michael Greene,

25    and Stewart Rhodes?

```
1    A.    Correct.

2          MR. EDWARDS:  Ms. Badalament, can we play forward to

3    19 seconds.

4          (Video played.)

5    Q.    Just briefly, Agent Abrams, do individual exhibits like

6    Exhibit 29.V.1, do they appear in this section of the exhibit

7    throughout?

8    A.    Yes.

9    Q.    And is there typically an indicator of the exhibit number,

10   for example, here?

11   A.    Yes.

12   Q.    And does it then show where this exhibit derived from

13   underneath?

14   A.    Yes.

15   Q.    Okay.  And for example, sometimes you'll see these words,

16   does this transcript -- did this transcript come as part of

17   this video?

18   A.    No.

19   Q.    Is that something the government generated for the case?

20   A.    Yes.

21          THE COURT:  Just another reminder that when you

22   have -- when you're presented with audio evidence or video

23   evidence, it's accompanied by a transcript.  It is the video

24   and the audio that is the evidence in the case, not the

25   transcripts.  The transcripts are just being provided to you to
```

1    assist you in understanding what the audio and video conveys.

2    If there's any difference between the transcript and the audio

3    and video, it is the audio and video that controls.

4         MR. EDWARDS:  Thank you, Your Honor.

5    Q.   And is this typically how this exhibit is going to look as

6    we travel forward in the day?

7    A.   Yes.

8    Q.   So, for example, did this video come from Thomas

9    Caldwell's hard drive?

02:01 10    A.   Yes.

11    Q.   Does this video depict events at approximately 12:36, as

12    you can see on the left side?

13    A.   Yes.

14         MR. EDWARDS:  Okay.  Ms. Badalament, can we play to 49

15    seconds.

16         (Video played.)

17    Q.   Okay.  Did you hear a couple of voices there in that

18    video?

19    A.   I did.

02:02 20    Q.   Who was the female voice you heard?

21    A.   That was Sharon Caldwell.

22    Q.   Have you in fact heard Sharon Caldwell speak in person?

23    A.   I have.

24    Q.   Okay.  And who is the male voice you heard?

25    A.   Thomas Caldwell.

1    Q.    Have you seen and heard Thomas Caldwell speak in person?

2    A.    Yes.

3    Q.    Did you hear Caldwell say, "I know where Pence lives up on

4    Wisconsin Avenue"?

5    A.    Yes.

6    Q.    Who was "Pence" on January 6th?

7    A.    That was Vice President Michael Pence.

8    Q.    And do you know generally the location of the Vice

9    President's official residence as of January 6th?

02:02 10   A.    Wisconsin Avenue.

11         MR. EDWARDS:  Ms. Badalament, can we please play to

12   one minute and five seconds.

13         (Video played.)

14   Q.    Did you see on the left side from that timestamp to one

15   minute and five seconds the orange line move?

16   A.    Yes.

17   Q.    And did that indicate an approximate movement or location

18   of Thomas Caldwell?

19   A.    Correct.

02:03 20   Q.    Does that happen kind of throughout the exhibit?

21   A.    It does.

22   Q.    So at 1.13 p.m., where did Thomas Caldwell -- and is this

23   person here on the left, is that Sharon Caldwell?

24   A.    Yes.

25   Q.    How is she related to Thomas Caldwell?

```
 1    A.    She is his wife.

 2    Q.    Okay.  And where were they by 1:13 p.m.?

 3    A.    On the west side of the Capitol by the Peace Fountain.

 4    Q.    Okay.  And let's break now for a second from the group's

 5    movements and go back to some of the messages they were sending

 6    in this timeframe.

 7          The final message we saw earlier was from 11:26 a.m.  Were

 8    there also communications into the early afternoon?

 9    A.    Yes.

02:03 10          MR. EDWARDS:  Ms. Badalament, can we show Agent Abrams

11    Government's Exhibit 9552 just for the witness.

12    Q.    Can you see that?

13    A.    I can.

14    Q.    Have you reviewed Exhibit 9552?

15    A.    Yes.

16    Q.    And have you compared all of the messages in this exhibit

17    to the original messages on the extractions?

18    A.    Yes.

19    Q.    And did they appear to be accurate?

02:04 20    A.    Yes.

21          MR. EDWARDS:  At this time we'd move to admit and

22    publish Government's Exhibit 9952.

23          THE COURT:  All right.  9552 will be admitted.

24          (Exhibit 9552 admitted into evidence.)

25    Q.    Okay.  Agent Abrams, does Government's Exhibit 9552 show
```

1  generally messages across this group from 1:00 to 3:30 p.m.?

2  A.    Yes.

3  Q.    Starting here at 1:04 p.m. -- first of all, who is Horse

4  Whisperer?

5  A.    Just another individual.

6  Q.    And is that person on the board?

7  A.    No.

8  Q.    What does Horse Whisperer message in the group chat at

9  1:04 p.m.?

02:04 10  A.    "Patriots storm the closed area of the Capitol grounds by

11  the scaffolding, National Guard called in, incoming."

12  Q.    Okay.  What does Blue Skies message 11 minutes later to

13  that group chat?

14  A.    "Riot police en route to Capitol grounds."

15  Q.    Is Blue Skies on the board?

16  A.    No.

17  Q.    What does -- does Vallejo then message a couple of minutes

18  later at 1:19 p.m.?

19  A.    He does.

02:05 20  Q.    What does he message?

21  A.    "Eureka, truck found," and a smiley face emoji.

22  Q.    And so based on your information, what's going on here?

23  A.    He has located his vehicle.

24  Q.    And is he in DC at this time?

25  A.    Yes.

1    Q.    Okay.  So in the midst of messages about people storming

2    the Capitol grounds and riot police en route, does Vallejo stay

3    in DC with his truck?

4    A.    No.

5    Q.    Where does he go?

6    A.    Back to the hotel in Ballston, Virginia.

7    Q.    What does Horse Whisperer message the group next?

8    A.    They say, "American blood," with a blood emoji, "in the

9    Capitol steps.  Officers down."

02:05 10    Q.    And five minutes later at 1:25 p.m. what does Rhodes

11    message the DC Op Jan 6 chat?

12    A.    Mr. Rhodes says, "Pence is doing nothing, as I predicted."

13    Q.    And in the course of your investigation, did Rhodes

14    message the group about Vice President Pence before January

15    6th?

16    A.    Yes.

17    Q.    What generally had Rhodes messaged?

18    A.    He wanted Pence to do his duty and not to proceed with the

19    certification.

02:06 20    Q.    And so here what is he saying at 1:25?

21    A.    That that was not occurring and that he was moving

22    forward.

23         MR. EDWARDS:  Okay.  Ms. Badalament, can you now go

24    back to Exhibit 1500.2.  And can we play to one minute and 21

25    seconds.

1              (Video played.)

2    Q.    Okay.  Agent Abrams, do you see the message that popped up

3    in the upper right --

4    A.    Yes.

5    Q.    -- of the exhibit?

6          Is this the same message we just reviewed in government's

7    exhibit -- the other exhibit?

8    A.    Yes.

9    Q.    Okay.  And remind us, is Roberto Minuta on this chat, DC

02:06  10   Op January 6th 21?

11   A.    He is.

12   Q.    Is Vallejo?

13   A.    Yes.

14   Q.    Are members of Hackett's and Moerschel's group like Kelly

15   Meggs and Jessica Watkins?

16   A.    Yes.

17            MR. EDWARDS:  Ms. Badalament, can we play forward to

18   one minute and 26 seconds.

19            (Video played.)

02:07  20   Q.    Agent Abrams, did the FBI recover videos from Jessica

21   Watkins' phone?

22   A.    We did.

23   Q.    And did one of those videos show members of this Line 1

24   group at about 1:26 p.m.?

25   A.    Yes.

1    Q.    And could you tell where they were based on the video?

2    A.    Outside the Ellipse area.

3    Q.    The Ellipse area west of the Capitol?

4    A.    Correct.

5          MR. EDWARDS:  Okay.  Can we play to about one minute

6    and 29 seconds.  Can we go back just a tad just one second.

7    Thank you.

8          (Video played.)

9    Q.    Agent Abrams, who is this individual?

02:07 10   A.    This is Kelly Meggs.

11          MR. EDWARDS:  Okay.  And can we play to one minute and

12    43 seconds.

13          (Video played.)

14    Q.    Okay.  Who shouted "move" at the end of that clip?

15    A.    Jessica Watkins.

16    Q.    Have you seen Jessica Watkins in person?

17    A.    I have.

18    Q.    Have you heard her speak?

19    A.    I have.

02:08 20   Q.    So Jessica Watkins yelled "move" at about 1:26 p.m.?

21    A.    Yes.

22    Q.    Remind us, when was Rhodes' message?

23    A.    1:25 p.m.

24    Q.    Let's go back to some of those messages.

25          MR. EDWARDS:  Ms. Badalament, can we go to 9552.

```
 1   Q.   Is this the message you were talking about?

 2   A.   Yes.

 3            MR. EDWARDS:  Okay.  Can we go to the next message,

 4   please.

 5   Q.   And at 1:30 -- first of all, who is Chris?

 6   A.   Just another individual.

 7   Q.   Is he on the board?

 8   A.   He is not.

 9   Q.   What message group is Chris messaging at 1:30?

10   A.   The Old Leadership chat.

11   Q.   It wasn't called that on January 6th, was it?

12   A.   No.

13   Q.   What was it called?

14   A.   Leadership Sharing Intel Secured.

15   Q.   What does Chris say at 1:30?

16   A.   "They dumb enough to act like Antifa.  What they hope it

17   going to happen if they get into Capitol."

18   Q.   And what did Kellye SoRelle say one minute later?

19   A.   She said, "We are acting like the founding fathers.  Can't

20   stand down."

21   Q.   Did she add something else to that message?

22   A.   She did.  She said, "Per Stewart and I concur."

23   Q.   Have you reviewed other messages from Kellye SoRelle in

24   the course of this investigation?

25   A.   Yes.
```

1  Q.   And have you seen her use the phrase "per Stewart" before?

2  A.   I have.

3  Q.   And who was Kellye SoRelle with at about 1:30 in the

4  afternoon on January 6th?

5  A.   Stewart Rhodes.

6  Q.   What did you understand "per Stewart" to mean?

7  A.   That she was relaying a message from him, but she also

8  agreed.

9  Q.   And one minute later at 1:32 p.m., what does the Horse

02:09 10  Whisperer message to the group chat?

11  A.   They say, "Reinforcements inbound to Capitol.  Suggest

12  steering clear of Capitol area around the grandstands."

13         MR. EDWARDS:  Go to the next message, please.

14  Q.   What does Horse Whisperer add on to that?

15  A.   "Flash grenades/explosions going off now at Capitol

16  grounds."

17  Q.   Okay.  So by 1:36, Horse Whisperer is relaying that there

18  are grenades going off at the Capitol grounds?

19  A.   Correct.

02:09 20  Q.   One minute later what does Stewart Rhodes message the

21  group chat?

22  A.   "All I see Trump doing is complaining.  I see no intent by

23  him to do anything.  So the patriots are taking it into their

24  own hands.  They've had enough."

25  Q.   Okay.  That's at 1:38?

1    A.    Yes.

2            MR. EDWARDS:  Can we go back, Ms. Badalament, to

3    Government's Exhibit 1500.2 and play to one minute and 51

4    seconds.

5            (Video played.)

6    Q.    Agent Abrams, is this the message that you just read from

7    Stewart Rhodes at 1:38?

8    A.    Yes.

9    Q.    And he sends this to the group chat that has Minuta on it

02:10 10   and Vallejo and others?

11   A.    Yes.

12   Q.    What was happening here with the yellow line on the

13   exhibit?

14   A.    It was moving north on 15th.

15   Q.    And what does that yellow line represent?  Are Hackett and

16   Moerschel part of that group?

17   A.    They are.

18           MR. EDWARDS:  Can we play now to two minutes and ten

19   seconds.

02:10 20           (Video played.)

21   Q.    Okay.  Agent Abrams, at 1:41 p.m. did that yellow line

22   continue to move?

23   A.    Yes.

24   Q.    So were Hackett and Moerschel's group now turning east?

25           MS. HALIM:  Objection.

1          Can we be heard, Your Honor?

2    **SIDEBAR:**

3          MS. HALIM:  I object to Mr. Edwards' repeated

4    characterization of Hackett and Moerschel's group.  It suggests

5    that they are in some sort of leadership capacity of the group.

6    If he insists on repetitiveness, I would ask that it would be

7    the group that they were in.

8          THE COURT:  Well, go ahead.

9          MR. EDWARDS:  I was just going to say -- sorry, I'll

02:11 10   talk quieter.  I think it's accurate.  It's the group is what

11   I'm trying to describe.  It's the group that they were in.

12   It's Hackett and Moerschel's group that they're traveling with

13   on January 6th.

14         THE COURT:  It's really sort of a matter of what's

15   characterized ultimately.  Look, as long as it's clear that

16   this is Line 1 and refer to them as Line 1, and you can make

17   clear to the jury that Mr. Moerschel and Mr. Hackett are part

18   of that, I think that's more accurate and at least more

19   consistent with the way the exhibit is set up and the way I've

02:12 20   ruled on the exhibit.

21         MR. EDWARDS:  So just, if I can understand correctly,

22   just refer to it as the Line 1 or the group that Hackett and

23   Moerschel are in?

24         THE COURT:  Correct.

25         MR. PEED:  While we're here, Your Honor, there

1    was playing messages and recharacterizing them and moving on,

2    the court instructed us not to do that.  I just want to flag it

3    for going forward.

4            THE COURT:  Okay.

5            MR. EDWARDS:  I can't think of which message that

6    happened.

7            THE COURT:  Just be mindful of that.  I think it's

8    something that sort of reflects what we're doing or naturally

9    doing as a transition.  It's fine to read the text into the

02:13 10   record and even wrap the text up accurately into the next

11   question, but to characterize it is I think where the issue is.

12           MR. EDWARDS:  Understood, Your Honor.

13   (End of sidebar.)

14   BY MR. EDWARDS:

15   Q.   Okay.  Agent Abrams, we were talking about the Line 1

16   group or the group that Hackett and Moerschel were in --

17   A.   Yes.

18   Q.   -- turning at some point east and heading toward the

19   Capitol?

02:13 20   A.   Yes.

21   Q.   At 1:41 what does Stewart Rhodes message the Leadership

22   Sharing Intel Secured group?

23   A.   He said, "Hey, the founding generation stormed the

24   governor's mansion in MA and tarred and feathered his tax

25   collectors and they seized and dumped tea in water.  They

```
 1    didn't fire on them but they street fought.  That's where we
 2    are now.  Next comes our Lexington."
 3    Q.   So to break that down, where did Rhodes say to the group
 4    that they were currently?
 5    A.   The street fighting and storming the governor's mansion.
 6    Q.   At 1:41 on January 6th, what did he say is coming next?
 7    A.   Lexington.
 8    Q.   And, Agent Abrams, do you know what "Lexington" is?
 9    A.   The first battle of the American Revolution.
10    Q.   And who was that revolution -- who was that war against?
11    A.   The government.
12         MR. EDWARDS:  Can we please go back to Exhibit 9552,
13    the next message.  Thank you so much.
14    Q.   Agent Abrams, does this message come from Government's
15    Exhibit 85.S., and then there's a string of numbers?
16    A.   Yes.
17    Q.   And whose phone did this come from?
18    A.   William Isaacs.
19    Q.   And do you know that because of the 85 there?
20    A.   Yes.
21    Q.   And you testified earlier that there were screenshots from
22    Williams Isaacs' phone, correct?
23    A.   Correct.
24    Q.   What did -- first, who is Gator Medic FLOK?
25    A.   Another individual.
```

```
 1  Q.   Okay.  Is he on the board, or this person?

 2  A.   No.

 3  Q.   What did that person message the OK FL DC Op Jan 6 at 1:46

 4  p.m.?

 5  A.   "Over the Metro PD radio I overheard that people were

 6  trying to breach the Capitol building."

 7  Q.   Is the OK FL DC Op Jan 6, is that one of the Florida group

 8  chats?

 9       MR. PEED:  Your Honor?
```

**SIDEBAR:**

```
11       THE COURT:  Go ahead, Mr. Peed.

12       MR. PEED:  This is the slide that we had flagged

13  earlier for the 106 context.

14       THE COURT:  Okay.

15       MR. EDWARDS:  Yes, Your Honor.  The government is fine

16  with the first five, but we object to the last two.  I don't

17  know if there's a way to show you these messages.  We got them

18  as the jury was coming in.  I think the first five --

19       MR. PEED:  I think the first five are fine.

20       THE COURT:  Show the others --

21       MR. EDWARDS:  I'll figure out a way to do it, maybe

22  connect the laptop or something quickly.

23       THE COURT:  That's fine.

24       MR. EDWARDS:  Thank you, Your Honor.

25  (End of sidebar.)
```

BY MR. EDWARDS:

Q.   Agent Abrams, I apologize for the delay.  The defense --
we're going to show a couple of messages right before this.

        MR. EDWARDS:  Mr. Peed, do you have your laptop, if I
could use that to show these five messages?

        THE COURT:  These messages will be part of Exhibit
85.S.202735A?

        MR. EDWARDS:  We can add these, Your Honor, before
they go to the jury, to 9552, the compilation number.

        THE COURT:  Okay.

        MR. PEED:  Could you just read the text here for me?

        THE WITNESS:  Sure.  "Just finished with the
transferring PTS, headed to hotel.  Metro PD giving me a ride."

        MR. PEED:  Can you see who this is from?

        THE WITNESS:  This is from Gator Medic FLOK to the OK
FL DC Op Jan 6 chat.

BY MR. EDWARDS:

Q.   Agent Abrams, 1:44, what does Gator Medic Florida OK
message the group chat?

A.   "He helped me after helping one of his fellow Metro PD."

Q.   And then what does he message at 1:45?

A.   "Busy, two cops and five patients."

Q.   And then at 1:46?

A.   "Over the Metro PD radio, I overheard that people were
trying to breach the Capitol building."

2868

```
 1   Q.   And then at slide 5?
 2   A.   "Throwing rocks, concrete blocks and there was a crowd
 3   trying to force their way in."
 4   Q.   Okay.  So at 1:45 to 1:46 is Gator Medic Florida messaging
 5   to the Florida group chat that there are people storming into
 6   the Capitol building?
 7   A.   Yes.
 8          MR. EDWARDS:  Okay.  Can we go to the next slide,
 9   please.  At 2:04 -- actually, no.  If we could go back one
10   slide.  I apologize.
11   Q.   And just at 1:47, does it end that string of messages
12   there, is this the same message that Mr. Peed just showed?
13   A.   Yes.
14   Q.   Okay.  Great.
15          MR. EDWARDS:  If you go back one slide.
16   Q.   At the time -- based on your investigation at this time,
17   1:47, where are the group that Hackett and Moerschel are in,
18   where are they at 1:47?
19   A.   Proceeding towards the Capitol on Pennsylvania.
20   Q.   Okay.  And is Jessica Watkins still in that group with
21   Hackett and Moerschel?
22   A.   Yes.
23   Q.   Okay.  And speaking of Jessica Watkins, did the FBI come
24   to learn that Jessica Watkins was using an application called
25   Zello?
```

1  A.   Yes.

2  Q.   And was she using this Zello application at around this

3  time?

4  A.   Yes.

5  Q.   And are you familiar with Zello?

6  A.   I am.

7  Q.   And can you just describe briefly for the jury, what is

8  Zello?

9  A.   Zello is an application you can have on your phone.  It

02:19 10  essentially simulates a walkie-talkie.  So you can press a

11  button, speak, and then when you have a response or other

12  people are talking, you can hear it over the loudspeaker on

13  your phone.

14  Q.   Okay.  And, Agent Abrams, did the FBI in your

15  investigation gain access to an audio recording on Zello that

16  took place on that afternoon, January 6th?

17  A.   We did.

18       MR. EDWARDS:  Ms. Badalament, can we pull up

19  Government's Exhibit 1502 just for the witness.

02:20 20  Q.   Agent Abrams, have you reviewed Exhibit 1502 in its

21  entirety?

22  A.   Yes.

23  Q.   Is this Exhibit 1502 that you're looking at on the screen?

24  A.   Yes.

25  Q.   Is 1502 a compilation of the Zello recording you just

1    testified about?

2    A.    It is.

3    Q.    Does it include a map of Washington, D.C.?

4    A.    Yes.

5    Q.    Does it include the approximate location of Jessica

6    Watkins and her group, including Hackett and Moerschel as time

7    elapses?

8    A.    Yes.

9    Q.    Does it include a photo of Jessica Watkins?

02:20 10    A.    It does.

11    Q.    And does it appear to accurately reflect all of the

12    underlying records you've reviewed?

13    A.    Yes.

14            MR. EDWARDS:  At this time, Your Honor, we'd move to

15    admit Government's Exhibit 1502 and publish it.

16            THE COURT:  Okay.  1502 is admitted.

17            (Exhibit 1502 admitted into evidence.)

18            MR. EDWARDS:  Okay.  Ms. Badalament, can we just jump

19    to one minute and 31 seconds into the exhibit.  Sorry.  Can we

02:21 20    play to one minute, 31 seconds.

21            (Video played.)

22    Q.    Okay.  So first, who is One Percent Watchdog?

23    A.    Just another individual.

24    Q.    And is this person on the board?

25    A.    No.

1    Q.    And so does this Zello chat, does it include a number of

2    individuals chiming into the group chat?

3    A.    Yes.

4    Q.    And does one of those individuals include Jessica Watkins?

5    A.    Yes.

6    Q.    Okay.  First, did you hear One Percent Watchdog say,

7    "Discuss Vice President Pence's felony high crime treason

8    inside the national Capitol building"?

9    A.    Yes.

02:23 10        MR. EDWARDS:  Okay.  Can we now play to one minute and

11    37 seconds.

12            (Video played.)

13    Q.    If we could go back up a quick second.

14        Did you hear that voice say, "Right brother"?

15    A.    Yes.

16    Q.    And is that Jessica Watkins' voice?

17    A.    Yes.

18    Q.    So does she say, "Right, brother.  We're boots on the

19    ground here"?

02:23 20    A.    She does.

21    Q.    And who is Jessica Watkins with at about this time 1:49

22    p.m.?

23    A.    Line 1, which included Hackett and Moerschel.

24        MR. EDWARDS:  Can we play to one minute 49 seconds.

25            (Video played.)

1    Q.    Okay.  So again, at 1:50, is Jessica Watkins still with

2    the group that includes Hackett and Moerschel?

3    A.    Yes.

4    Q.    Okay.  And does she say, "we"?

5    A.    She does.

6    Q.    Does she say, "We're sticking to the plan"?

7    A.    She does.

8    Q.    Okay.  Does the map in the upper left corner of this

9    exhibit, does it show that the group is now moving east toward

02:24 10   the Capitol?

11   A.    Yes.

12   Q.    Between 1:48 and 1:52 p.m.?

13   A.    Correct.

14        MR. EDWARDS:  And, Ms. Badalament, if we could return

15   to Exhibit 1500.2 and play to two minutes and 34 seconds.

16   Q.    Okay.  Was that the same Zello transmission we heard?

17   A.    Yes.

18   Q.    Now, does this exhibit show a visual depiction of the

19   members who are with, physically with Jessica Watkins at this

02:24 20   time?

21   A.    It does.

22   Q.    And does it include Kelly Meggs, Hackett, and Moerschel?

23   A.    Yes.

24        MR. EDWARDS:  Can we play to two minutes and 43

25   seconds.

1          (Video played.)

2    Q.   At about three minutes later, 1:53 p.m., is there a

3    photograph here from Donovan Crowl's phone?

4    A.   Yes.

5    Q.   Okay.  Where is Jessica Watkins and the rest of her group,

6    according to this photograph?

7    A.   Pennsylvania proceeding toward the Capitol.

8    Q.   And do you see Joseph Hackett in this photo?

9    A.   Yes.

02:25 10   Q.   Can you circle him, please.

11   A.   (Witness complies.)

12   Q.   For the record, you've circled at about the center right

13   of the photograph?

14   A.   Yes.

15   Q.   And who is behind him?

16   A.   David Moerschel.

17   Q.   Is that the American flag on the back of the backwards

18   hat?

19   A.   Yes.

02:25 20   Q.   And to the left of David Moerschel -- oh, thank you.

21   You've circled David Moerschel?

22   A.   Yes.

23   Q.   To the left, who is that?

24   A.   Kelly Meggs.

25   Q.   And to the right of Joseph Hackett now, who is that with

1    brown hair at the top here?  I'll circle.

2    A.    William Isaacs.

3    Q.    And who is that behind William Isaacs?

4    A.    Connie Meggs.

5    Q.    Okay.  Do you see what Kelly Meggs is wearing on his head?

6    A.    Yes.

7    Q.    What is that?

8    A.    A hat.

9    Q.    Does that change over time on January 6th?

02:26 10   A.    It does.

11   Q.    What does he change into?

12   A.    A helmet.

13   Q.    And roughly when does he do that?

14   A.    Around 2:20.

15   Q.    Where is he when he does that?

16   A.    On the Capitol grounds.

17        MR. EDWARDS:  Can we play to three minutes and 19

18   seconds.

19        (Video played.)

02:26 20   Q.    While this rolls out to three minutes and 19 seconds,

21   between 1:53 p.m. and 2:01, do some members of this group

22   exchange messages on the January 5-6, DC OP Intel Team Chat?

23   A.    Yes.

24   Q.    Okay.  And first at 1:53, first who is Liberty?

25   A.    Another individual.

```
 1    Q.    And what does Liberty say?

 2    A.    "There's a link to YouTube video preceded by live stream

 3    of patriots storming the Capitol."

 4    Q.    Okay.  And did this group chat include Stewart Rhodes?

 5    A.    Yes.

 6    Q.    Did it include Joshua James?

 7    A.    Yes.

 8    Q.    Did you try to access the YouTube link that Liberty sent?

 9    A.    We did.

10    Q.    And what happened?

11    A.    We were unable to.

12    Q.    What does Highlander KT message at 1:54 p.m.?

13    A.    "Are they actually patriots?  Not those who are going to

14    go in disguise as patriots and cause trouble.  Need to verify

15    this."

16    Q.    And does Michael Greene respond?

17    A.    He does.

18    Q.    What does Michael Greene say?

19    A.    "They are patriots."

20    Q.    And at 2:01 does Stewart Rhodes chime in?

21    A.    Yes.

22    Q.    What does he say?

23    A.    "Actual patriots, pissed off patriots like the sons of

24    liberty were pissed off patriots."

25    Q.    And based on your investigation, did you discover who the
```

1    Sons of Liberty were?

2    A.    Yes.

3    Q.    Who were the Sons of Liberty?

4    A.    A militia-style organization who helped begin the American

5    Revolution.

6    Q.    Against who?

7    A.    The government.

8    Q.    Did Joshua James later chime into this chat at 2:04 p.m.?

9    A.    Yes.

02:27 10           MR. EDWARDS:  Can we play now to three minutes and 24

11    seconds.

12    Q.    Okay.  Based on your investigation, at 2:04 p.m. who is

13    Joshua James with?

14    A.    Roberto Minuta.

15    Q.    And approximately where are they?

16    A.    Around the Willard Hotel.

17    Q.    So while Hackett and Moerschel and others are headed to

18    the Capitol down Pennsylvania Avenue, where do Minuta and

19    others eventually head?

02:28 20    A.    Towards the Capitol.

21    Q.    And how do they do that?

22    A.    Golf carts.

23           MR. EDWARDS:  Okay.  Ms. Badalament, can we please

24    pull up Exhibit 1508 just for the witness.  So -- great.  Thank

25    you.

1    Q.    Agent Abrams, have you reviewed Exhibit 1508?

2    A.    I have.

3    Q.    And have you reviewed it in its entirety?

4    A.    Yes.

5    Q.    Does it contain videos and photos and messages consistent

6    with the underlying records you reviewed?

7    A.    Yes.

8    Q.    Does it similarly contain a map of the approximate

9    location of the individuals that are depicted?

02:28 10   A.    It does.

11   Q.    Okay.  Does it fairly and accurately depict that location

12   in the messages?

13   A.    Yes.

14   Q.    Agent Abrams, does Exhibit 1508 show some of Minuta's and

15   the group's actions and locations throughout January 6th?

16   A.    Yes.

17          MR. EDWARDS:  Okay.  At this time we'd move to admit

18   and publish to the jury Exhibit 1508.

19          THE COURT:  All right.  Hearing no objection, 1508

02:29 20   will be admitted.

21          MS. HALIM:  I need to see what it is, please.

22          MR. EDWARDS:  We can play a couple of seconds.

23          MS. HALIM:  No objection.

24          THE COURT:  All right.  1508 is admitted.

25          (Exhibit 1508 admitted into evidence.)

```
 1              MR. EDWARDS:  Thank you.
 2    Q.    Agent Abrams, if we could go forward to one second, who is
 3    this individual at about one second into the exhibit?
 4    A.    Roberto Minuta.
 5    Q.    Okay.  And do you see this timestamp on the left 2:30
 6    p.m.?
 7    A.    Yes.
 8    Q.    What -- generally what time does that represent here?
 9    A.    The time that they were proceeding to the Capitol from the
02:29 10   Willard.
11    Q.    Okay.  Is that actually the time they arrive at the
12    Capitol?
13    A.    No.
14    Q.    So 2:30, is that the time that they actually arrive at the
15    Capitol?
16    A.    Approximately, yes.
17    Q.    So is this kind of what you were talking about earlier
18    when you said a time is picking either a beginning or end of
19    somebody's travels?
02:30 20   A.    Yes.
21    Q.    Okay.  So this video in fact is earlier at about 2:00
22    p.m.?
23    A.    Yes.
24    Q.    Okay.  And who is driving the golf cart?
25    A.    Joshua James.
```

1    Q.    So where is Mr. Minuta on the golf cart?

2    A.    The passenger seat.

3    Q.    And is there anybody else on that golf cart with them?

4    A.    Yes.

5    Q.    Who?

6    A.    Brian Ulrich.

7    Q.    Can you use the board and describe to the jury who Brian

8    Ulrich is?

9    A.    Brian Ulrich is right here, and he was from Georgia.

02:30 10    Q.    And was he with Minuta and James throughout January 6th?

11    A.    Yes.

12    Q.    And are there other members on a different golf cart?

13    A.    Yes.

14    Q.    And are they the rest of the Line 2 group on 1531?

15    A.    Mark Grods, Jonathan Walden, and Rick Jackson.

16    Q.    Thank you.

17          MR. EDWARDS:  Can we play now to 41 seconds.

18          (Video played.)

19          Okay.  If we could go back just one second, Ms.

02:31 20    Badalament.  Thank you.

21    Q.    So at the time, 2:00, at the time Hackett and Moerschel

22    and the group they're with are headed to the Capitol, where

23    does Mr. Minuta say he is headed?

24    A.    To the Capitol.

25    Q.    Okay.  And who else are at the Capitol, according to

1  Minuta?

2  A.    Patriots.

3  Q.    What does Minuta say the patriots are doing?

4  A.    Storming the Capitol building.

5  Q.    And according to Minuta, who are the violent ones?

6  A.    The DC police.

7  Q.    And who are the police being violent against, according to

8  Minuta?

9  A.    The patriots.

02:32 10        MR. PEED:  Your Honor, I just object to the going

11  through and characterizing.  The text speaks for itself.

12        THE COURT:  Okay.  Go ahead.

13        MR. EDWARDS:  Okay.  Ms. Badalament, can we please

14  play to one minute and 45 seconds.

15        (Video played.)

16        If we could pause right there.  Sorry.

17  Q.    Did you hear this individual say, "Hey, pull the Capitol

18  up on your phone"?

19  A.    Yes.

02:33 20  Q.    Who was that?

21  A.    Joshua James.

22  Q.    Have you heard Joshua James talk in person?

23  A.    Yes.

24  Q.    Okay.  So you testified he's the one driving the golf cart

25  here?

1    A.    Yes.

2    Q.    Is it the same Joshua James who messaged Stewart Rhodes

3    that they were headed to the Capitol?

4    A.    Yes.

5         MR. EDWARDS:  Okay.  If we can continue.  Thank you

6    Ms. Badalament.

7         (Video played.)

8    Q.    Okay.  A couple of seconds earlier, how did Minuta

9    characterize what was going on?

02:34 10   A.    "Fucking war in the streets."

11   Q.    Okay.  And what happened there?  What did we just watch

12   happen there as they approached the Capitol building?

13   A.    Then went around a police car.

14   Q.    Okay.  And what did it appear the police cars were doing?

15   A.    They were trying to block the street.

16   Q.    And did they pass the courthouse we're sitting in right

17   now?

18        MR. PEED:  Your Honor, the video speaks for itself.

19        THE COURT:  It's overruled.

02:34 20        You're right.  On the other hand, she's describing

21   what the video shows for purposes of the record, including

22   identifying buildings that might not otherwise be identifiable.

23        MR. EDWARDS:  Thank you, Your Honor.

24        Can we please play to two minutes and 13 seconds.

25        (Video played.)

1    Q.    Okay.  So at about 2:35 p.m., did Minuta and the group he

2    was with arrive at the Capitol grounds?

3    A.    Yes.

4    Q.    Now, while Minuta was headed to the Capitol did other

5    members of the group continue to message each other?

6    A.    Yes.

7         MR. EDWARDS:  Ms. Badalament, can we return now to

8    Exhibit 9552 for more of those communications.  And can we go

9    forward to the next slide.

02:35 10    Q.    Is this that message that Joshua James sent to the Jan 5-6

11    Op Intel Team before they headed out in the video we just

12    watched?

13    A.    Yes.

14         MR. EDWARDS:  Can we go to the next message, please.

15    Q.    What does Rhodes message to the Old Leadership chat?

16    A.    At 2:05 he messaged, "Trump has one last chance to man up

17    and fulfill his oath.  Will he?"

18    Q.    Now, one minute later did Rhodes switch to the group

19    chat --

02:36 20    A.    Yes.

21    Q.    -- the DC Op January 6?

22         MR. EDWARDS:  Can we go to the next slide, please.

23    Q.    What did Rhodes say one minute later?

24    A.    "Whip, what's your location?  I'm trying to get to you."

25    Q.    So at 2:06 is Rhodes trying to get to the individual he's

1   designated the operations lead?

2   A.   Yes.

3          MR. EDWARDS:  Can we return now to Exhibit 1502 and

4   can we jump to and pause at three minutes and 29 seconds.

5          (Video played.)

6   Q.   Now, at around the time Minuta is headed to the Capitol,

7   are there Zello communications from Jessica Watkins at about

8   the same time?

9   A.   Yes, approximately.

02:36  10          MR. EDWARDS:  Okay.  Can we please play to three

11   minutes and 53 seconds.

12          (Video played.)

13   Q.   So at about this time, 1:58 p.m., where is Jessica

14   Watkins?

15   A.   Still on Pennsylvania marching towards the Capitol.

16   Excuse me.

17   Q.   And at about 1:58 is she announcing on Zello that Pence

18   had betrayed them?

19   A.   Yes.

02:37  20   Q.   Okay.  And did she say that her group was now marching on

21   the Capitol?

22   A.   Yes.

23   Q.   Were Hackett and Moerschel still with Jessica Watkins at

24   this time?

25   A.   Yes.

1          MR. EDWARDS:  Can we please play to four minutes and

2    45 seconds.

3          (Video played.)

4    Q.   So at about 1:59 p.m. was Jessica Watkins still headed to

5    the Capitol with Hackett and Moerschel?

6    A.   Yes.

7          MR. EDWARDS:  Okay.  Can we now play to five minutes

8    and six seconds.

9          (Video played.)

02:38 10    Q.   Agent Abrams, did you hear Jessica Watkins say that they

11    were close to the Capitol?

12    A.   Yes.

13    Q.   Did she say she was going to go silent when she got there

14    because she was going to be busy?

15    A.   Yes.

16    Q.   Did the FBI retrieve video of Jessica Watkins and who she

17    was with around the time that she was saying this?

18    A.   Yes.

19    Q.   And was it from her phone?

02:39 20    A.   Yes.

21          MR. EDWARDS:  Can we play now to five minutes and nine

22    seconds?

23          (Video played.)

24    Q.   Is this that video?

25    A.   Yes.

1    Q.   And at about what time was this video recorded?

2    A.   2:05 p.m.

3    Q.   And do you know based on the video who is holding the

4    phone?

5    A.   Jessica Watkins.

6    Q.   Okay.  Starting with this individual here in the center

7    that I've circled in green, dead center of the exhibit, who is

8    that?

9    A.   Joseph Hackett.

02:39 10   Q.   Okay.  We'll move now to the right.  Who is this

11   individual with the backwards hat and American flag?

12   A.   David Moerschel.

13   Q.   Okay.  And who is the individual here I've circled to the

14   right?

15   A.   Kelly Meggs.

16   Q.   Is he wearing his hat?

17   A.   I believe so.

18   Q.   Can we go now behind him.  Who is this person with the

19   black leather coat on?

02:40 20   A.   This one?

21   Q.   Yes.

22   A.   Caleb Berry.

23   Q.   And who is to the right of Caleb Berry?

24   A.   Jeremy Brown.

25   Q.   And who was Jeremy Brown?

```
 1   A.   He was another member from Florida.

 2   Q.   Is Jeremy Brown on the board?

 3   A.   Yes.

 4        MR. EDWARDS:  Can we play now to five minutes and 14

 5   seconds.

 6             (Video played.)

 7   Q.   Okay.  Who is this individual?

 8   A.   Jessica Watkins.

 9   Q.   And who is to the right of Jessica Watkins?

10   A.   Donovan Crowl.

11   Q.   Donovan Crowl, just for the record, is the person in the

12   upper right of the exhibit?

13   A.   Yes.

14        MR. EDWARDS:  Okay.  Can we play now to five minutes

15   and 43 seconds.

16             (Video played.)

17   Q.   Okay.  Were you able to hear what the crowd was chanting

18   while this group of individuals was headed to the Capitol?

19   A.   Yes.

20   Q.   What were they chanting?

21   A.   "We want Trump."

22   Q.   And earlier you mentioned that two individuals went ahead

23   of this group to the Capitol?

24   A.   Yes.

25   Q.   Who were they again?
```

1   A.   Jason Dolan and Kenneth Harrelson.

2   Q.   Let's talk a little bit about Dolan and Harrelson around

3   this time.

4         MR. EDWARDS:  Can we return to Exhibit 1500.2.  And

5   can we jump to three minutes and 39 seconds.  Can we play this

6   to four minutes.

7         (Video played.)

8   Q.   Okay.  Does this appear to be 1:59 p.m.?

9   A.   Yes.

02:42 10   Q.   And can you just describe for the jury, what are we

11   looking at here?  What kind of video is this?

12   A.   This is a CCTV video from the U.S. Capitol.

13   Q.   And are there a lot of cameras around the Capitol grounds

14   and inside the building?

15   A.   Yes.

16   Q.   When you see this string of numbers here, can you describe

17   briefly what we'll see throughout this exhibit?

18   A.   Sure.  The 1056 just signifies that it's a CCTV.  The 7205

19   would be the camera number.  And the 0152, or the third number,

02:42 20   would be the approximate time.

21   Q.   Okay.  And is it approximately the time when the clip

22   started?

23   A.   Yes.

24   Q.   So it might not be the time that the clip is showing?

25   A.   Correct.

1    Q.    Okay.  Around this time, what does the video show where

2    Jason Dolan and Kenneth Harrelson are?

3    A.    On the east side of the Capitol.

4         MR. EDWARDS:  Okay.  Ms. Badalament, can we please go

5    to Exhibit 1503.1 just for the witness.  And jump to one minute

6    and 48 seconds.

7         (Video played.)

8    Q.    Agent Abrams, have you reviewed Exhibit 1503.1?

9    A.    Yes.

02:43 10    Q.    And does it contains videos, photos, and messages

11    consistent with the underlying records you reviewed?

12    A.    Yes.

13    Q.    Does it show a map of the approximate location of the

14    individuals it shows?

15    A.    Yes.

16    Q.    And do those messages and photos and the map, are they

17    accurate compared to the underlying records you've reviewed?

18    A.    They are.

19    Q.    Okay.  Does this video series, particularly 1503.1, show

02:43 20    some of the group's actions and locations before they enter the

21    Capitol building?

22    A.    Yes.

23         MR. EDWARDS:  Okay.  The government moves to admit

24    1503.1 and to publish to the jury.

25         THE COURT:  All right.  1503.1, you said?

1          MR. EDWARDS:  Yes, Your Honor.

2          THE COURT:  That's admitted.

3          (Exhibit 1503.1 admitted into evidence.)

4   Q.   Before playing forward, Agent Abrams, where does this

5   appear on the Capitol grounds?

6   A.   On the east side.

7   Q.   When you see this exhibit number, is this similarly just

8   showing a description of where the video comes from at the top?

9   A.   Yes.

02:43 10  Q.   Okay.  Is this a rough approximation of the time at the

11  upper right?

12  A.   Yes.

13          MR. EDWARDS:  Okay.  Can we play to one minute --

14  Q.   Before we do that, on the map here, do you see this green

15  triangle?

16  A.   Yes.

17  Q.   Can you just describe for the jury, what does that green

18  triangle do on the map?

19  A.   It shows which way the camera is pointing so that the

02:44 20  larger portion is which way the camera is facing.

21          MR. EDWARDS:  Can we play to one minute and 57

22  seconds.

23          (Video played.)

24  Q.   So, Agent Abrams, do you see the picture here, what

25  appears on the upper left?

1    A.    Yes.

2    Q.    What is that?

3    A.    That is a corresponding video from the Capitol Police

4    CCTV.

5    Q.    And is that CCTV now just embedded in the news video that

6    you have underneath?

7    A.    Yes.

8    Q.    And do you see this yellow outline around the fence in the

9    news video?

02:44 10    A.    Yes.

11    Q.    Is that the same fence that's seen on this CCTV?

12    A.    It is.

13              MR. EDWARDS:    Okay.    Can we play to two minutes and 27

14    seconds.

15              (Video played.)

16    Q.    Okay.    Agent Abrams, based on the surveillance in the news

17    video, at approximately 2:00 p.m. what just occurred?

18    A.    The rioters pushed through the barricades and proceeded to

19    march onto the Capitol grounds.

02:45 20    Q.    And what side of the Capitol is this?

21    A.    The east side.

22              MR. EDWARDS:    Can we play now to two minutes and 34

23    seconds.

24              (Video played.)

25    Q.    So, Agent Abrams, if we could pause there, are Kenneth

1    Harrelson and Jason Dolan, based on this video, are they

2    joining that crowd?

3    A.    Yes.

4    Q.    Is this at about two minutes and one second?

5    A.    Yes.

6    Q.    Are they headed to the east steps of the U.S. Capitol

7    building?

8    A.    They are.

9          MR. EDWARDS:  Can we play now to two minutes.

02:46 10          THE COURT:  Before we do that, can I ask you to get on

11    the phone, please.

12    **SIDEBAR:**

13          THE COURT:  I don't recall whether they stated the

14    basis for her ability to identify Harrelson and Dolan, so if

15    she has done so, can you reiterate?  If she has not, could you

16    lay the foundation for that.

17          MR. EDWARDS:  She has not, Your Honor.  I'll do that

18    now.

19    (End of sidebar.)

02:46 20    Q.    Agent Abrams, before we move forward with this exhibit,

21    you've identified this individual on the front as Kenneth

22    Harrelson?

23    A.    Yes.

24    Q.    Have you seen Kenneth Harrelson in person?

25    A.    I have.

```
 1  Q.   Have you heard Kenneth Harrelson's voice?

 2  A.   I have.

 3  Q.   Have you seen photos and videos of Kenneth Harrelson from

 4  January 6th?

 5  A.   Yes.

 6  Q.   Who is this person in the front?

 7  A.   Kenneth Harrelson.

 8  Q.   I'd like to ask you similar questions about this person in

 9  the back you identified as Jason Dolan.  Have you seen Jason

02:46 10  Dolan in person?

11  A.   Yes.

12  Q.   Have you heard Jason Dolan speak in person?

13  A.   I have.

14  Q.   Have you seen photographs and videos of Jason Dolan from

15  January 6th and other days?

16  A.   Yes.

17  Q.   So who is this person behind Kenneth Harrelson?

18  A.   Jason Dolan.

19  Q.   Thank you, Agent Abrams.

02:47 20       MR. EDWARDS:  Can we now move forward in time to four

21  minutes and 18 seconds -- sorry, two minutes and 57 seconds.

22       (Video played.)

23  Q.   Okay.  Generally, Agent Abrams, what's happening here in

24  this video?

25  A.   The rioters are proceeding to try and get up the east
```

1    Capitol stairs.

2    Q.    Okay.  And using the map here, is it the center steps on

3    the east side?

4    A.    Yes.

5    Q.    At the end of this clip, who is at the top of the stairs

6    here?

7    A.    U.S. Capitol Police officers.

8    Q.    And what are they doing?

9    A.    They are trying to block the way.

02:48 10    Q.    And how do you know that they're Capitol Police officers?

11    A.    I can tell by their uniform.

12          MR. EDWARDS:  Can we play now to three minutes and 24

13    seconds.

14          (Video played.)

15    Q.    Okay.  Agent Abrams, what did we just watch here up to

16    three minutes and 24 seconds?

17    A.    We watched Dolan and Harrelson proceeding up the stairs.

18    Q.    So they're continuing up the stairs toward the Capitol?

19    A.    Yes.

02:49 20    Q.    That's about 2:02 p.m.?

21    A.    Yes.

22          MR. EDWARDS:  Can we play now to four minutes and 18

23    seconds.

24          (Video played.)

25    Q.    Okay.  So generally are Jason Dolan and Kenneth Harrelson

1   continuing up the east side steps with this group?

2   A.   Yes.

3   Q.   And is this a line of law enforcement officers here in the

4   center?

5   A.   It is.

6   Q.   And is anybody behind them right now on the steps other

7   than other law enforcement officers?

8   A.   No.

9   Q.   Where in this is the East Rotunda doors or the center --

02:50 10   the Columbus doors into the Capitol?

11   A.   They're about right here.

12   Q.   Okay.  So you've marked the right center of the video?

13   A.   Yes.

14        MR. EDWARDS:  Okay.  Agent Abrams -- or Ms.

15   Badalament, can we play forward to five minutes and nine

16   seconds.

17        (Video played.)

18   Q.   Okay.  Agent Abrams -- did the -- if we could pause there.

19   Did the video just show Jason Dolan have a physical altercation

02:51 20   with one of the law enforcement officers?

21   A.   Yes.

22        THE COURT:  Just mindful of the structure of the

23   question, leading questions.  If you'll rephrase the question,

24   please.

25        MR. EDWARDS:  Yes, Your Honor.

1    Q.    What did the video just show there?

2    A.    Jason Dolan was pushing on officers.

3    Q.    And at about -- if we could go back one second.  Just to

4    remind us, are Jason Dolan and Kenneth Harrelson -- who did

5    Jason Dolan and Kenneth Harrelson travel up to DC with?

6    A.    Line 1, the Florida group.

7         MR. EDWARDS:  Can we play forward now to five minutes

8    and 28 seconds.

9         (Video played.)

02:52 10   Q.    Okay.  So at about 2:06 p.m. did Jason Dolan -- what

11   occurred here in this video?

12   A.    The rioters appeared to break past the line of officers.

13         MR. PEED:  Objection, Your Honor.  Phones.

14   **SIDEBAR:**

15         MR. PEED:  Two objections, Your Honor.

16         THE COURT:  Go ahead, Mr. Peed.

17         MR. PEED:  One is a characterization that the

18   government is using the agent to use "rioters" when we know

19   only a subsection went into the Capitol --

02:52 20        THE COURT:  I'm sorry, what?

21         MR. PEED:  Number one, I object to the agent, through

22   the government, using the term "rioters" to describe people who

23   the government hasn't established a foundation did anything

24   violent.

25         And number two, I think the record -- I understood the

1    court's point about the record.  This is an exhibit that will

2    be in the record, and if we identify the timestamps as the

3    government is doing, the record will be clear.  So having her

4    narrate it is just narration and characterization, and it's

5    especially prejudicial when she uses terms like "rioters."

6         THE COURT:  Well, let me ask you this:  Is there any

7    case law citation that you can point to that says that there

8    can't be a general description of what's on a video put on the

9    record by a testifying agent, especially when the jury is

02:53 10    instructed that this is just an aid to the exhibit and not the

11    underlying evidence itself?

12         MR. PEED:  I mean, the court is aware that circuits

13    general --

14         THE COURT:  I mean --

15         MR. PEED:  -- of summary testimony, I think this is

16    approaching it.  I don't know this situation has come up.  I

17    can research it.

18         THE COURT:  It's not summary testimony in the sense

19    she's not summarizing anybody else's testimony.  All she's

02:53 20    doing is describing in a very general way what is appearing on

21    the video screen, and largely, you know, it hasn't been

22    inaccurate.  So if there's something that says she can't

23    provide that kind of testimony, without giving the limiting

24    instruction, I'd like to understand that.

25         MR. PEED:  I think Rule 602 requires personal

knowledge for any witness.  And the jury can look at this
information and make its determination of what's happening on
it.  It's very general -- it's beyond very general, like
orienting, talking about pushing and rioters, and so that's
characterizing not just simply orienting for the purpose of a
question.  The jury has this exhibit and they're watching it.
So if there's questions from it that the jury needs her
specific personal knowledge under 602 about, that's one thing.

THE COURT:  I guess there's two options here.  Either
she can say nothing, and I don't think that's what's required,
or I can have Mr. Edwards lead her to avoid having her use the
language that you're concerned about.

MR. PEED:  I'm fine with the leading.  Timestamps and
where are we in the timeline, those kind of questions are the
proper use of this exhibit.

THE COURT:  All right.  Well, I asked Mr. Edwards to
rephrase his question to avoid what you all have raised
concerns about previously, which is the government leading the
witness.  But if you are suggesting a way to avoid the concern
about her mischaracterizing or characterizing this is to have
Mr. Edwards lead, I'll let him do that.

MR. PEED:  I'm fine with that if his questions are not
themselves characterizing.

MR. SHIPLEY:  Your Honor, I'm going to jump in here.
I did brief this before the case.  I did object to agent

1    narration of video that they were not percipient witnesses to.

2    I did cite case authority from this circuit where a cooperating

3    defendant was allowed to narrate only portions of the video

4    that he participated in but was prevented from narrating

5    portions of video he did not participate in.

6            And we've raised this.  So I think I said at the time

7    that having an agent narrate video is inappropriate use of the

8    evidence.  The jury can watch it and draw their own

9    conclusions.

02:56 10        THE COURT:  All right.  Thus far she hasn't said

11   anything that is inaccurate or mischaracterizes what's on the

12   video screen, so let's get that clear for the record first and

13   foremost.

14           MR. SHIPLEY:  I understand.

15           THE COURT:  So let's just make sure that's clear.  And

16   none of you are actually objecting to a mischaracterization of

17   what's on the video.

18           MR. PEED:  I am, Your Honor.

19           THE COURT:  You're not because what she said is not

02:56 20  inaccurate.  You're the fighting fact she's saying at these are

21   rioters.  You're quibbling with word choice.  Let's take a

22   break.

23   (End of sidebar.)

24           THE COURT:  Let's take our afternoon break, everyone.

25   It's a little bit before 3:00.  Let's resume at 3:15.  Thank

 1    you, all.

 2              (Jury exits the courtroom.)

 3              THE COURT:  All right.  Agent Abrams, you can step

 4    down.

 5              Mr. Shipley, can you generally remind me the date on

 6    which you made your filing?

 7              MS. HALIM:  It was pretrial, I know that.

 8              THE COURT:  That I know.

 9              MS. HALIM:  Okay.  That's not helpful?

02:57 10              THE COURT:  No.  As long as we've been at this, I do

 11    know it was pretrial.

 12              MS. HALIM:  Do you remember when you filed your

 13    motion?

 14              MR. SHIPLEY:  Yeah, it's one of the few motions in

 15    limine that I filed to preclude agent narration of video.

 16              MS. HALIM:  It would have been, that was back in

 17    October?

 18              MR. SHIPLEY:  Right before Thanksgiving.

 19              MS. HALIM:  Maybe October 31 was, I think, our

02:58 20    deadline.

 21              THE COURT:  November 7, it's ECF 186.

 22              We'll take a look at these cases.  I'll note that none

 23    of them are actually from the circuit.

 24              MR. SHIPLEY:  Again, I understand there's leeway here.

 25    I'm not trying to be unreasonable about it.  And I understand

 1    Mr. Peed's objection, and I hadn't made that objection yet.

 2    But I did file pretrial, asked the court not to -- maybe I'm

 3    old school, but the evidence is the video.  Let the jury watch

 4    the video.  Don't let the jury be led to conclusions about

 5    videos through the testimony.

 6            THE COURT:  I agree with that as a general

 7    proposition.

 8            And, Mr. Hackett, if you want to take a break, feel

 9    free to exit if you'd like.

02:58 10          And I don't think I said anything pretrial that's

11    different than that.  In other words, I didn't -- I agreed with

12    you that an agent cannot essentially narrate the video and what

13    is happening.  I don't think she's done that, largely.  Perhaps

14    in one instance where she said there were rioters pushing up

15    toward the stairs, I suppose that could be put in more neutral

16    terms.

17            But again, the reason that came about is because I

18    asked Mr. Edwards to stop with the leading questions.  And in

19    order to avoid that, I could ask him to continue with leading

02:59 20   questions instead of having open-ended questions to provide

21    some context for what the jury is seeing.

22            MR. PEED:  And I just wanted to note, I didn't object

23    to the statements they were joining the group.  That sort of

24    was what someone could conclude, the idea even whether someone

25    is joining a group, is very -- you know, language can include

1    assumptions there.  So if someone's going near a group and

2    standing by them but acting independently, that's separate than

3    joining rioters.  There's a lot of judgment calls given that

4    language.  And that's why for the record I would further state

5    my objection.

6              THE COURT:  Okay.  Well, ultimately -- and I'll remind

7    the jury again that lawyers' questions are not the evidence and

8    that the agent's testimony insofar as describing the video

9    evidence is only an aid to the testimony -- I mean only an aid

03:00 10   in understanding the exhibit, and that's it.  So the jury will

11   certainly be well instructed about the extent to which the

12   government's questions can be considered, what the agent's

13   description of the video is can be considered.  Okay?  I'll

14   also look at the cases, Mr. Shipley.  Thank you.

15              (Recess, 3:00 p.m. - 3:17 p.m.)

16              MR. SHIPLEY:  So I want to correct one thing I said

17   earlier I think on the phone.  I think I said I cited a case in

18   this circuit.  The case was from the Third Circuit.

19              THE COURT:  Okay.  I looked at the cases, Mr. Shipley,

03:17 20   that you cited, and I'm actually not sure they actually stand

21   for the propositions you've suggested entirely.  You know,

22   *Shabazz* is actually a case in which the court actually allowed

23   narration by a law enforcement officer, and the only limitation

24   was where the defendant -- of images that the defendant would

25   have had his back to during a robbery.  So, in other words, the

1    narration was allowed of things the defendant would have seen

2    but not that he would have seen.  That was the limitation the

3    trial court put on it.

4          The *Dixon* case you cited is about identification, and

5    the whole issue there was that the district court, the trial

6    court had determined that the lay witnesses didn't have

7    sufficient foundation upon which to make the identification

8    testimony.  That's clearly something we've addressed here.  And

9    importantly, no one has contested any of the identifications

03:18 10    that's she's made.

11          And then finally, interestingly, the last case you

12    cited, the Ninth Circuit case, *Begay* actually involves a

13    situation where the trial court did allow narration of an

14    enhanced video by a law enforcement officer who actually wasn't

15    at the scene of the events that were being enhanced; and the

16    law enforcement officer who was permitted to narrate the video

17    was somebody who had seen the underlying video many, many

18    times, and was then providing some description of the video.

19    And the Ninth Circuit said that was entirely appropriate.  And

03:18 20    I'm letting in less than that.

21          MR. SHIPLEY:  Your Honor, but I think a key

22    distinction there in *Begay* is that that agent had created the

23    special video.  And the testimony was actually required by the

24    court to explain what the agent had done.

25          THE COURT:  Understood.

```
 1          MR. SHIPLEY:  We don't have that situation here.
 2          THE COURT:  Understood.  Well, you're right, we don't
 3   have that situation because these aren't, for the most part,
 4   enhanced videos.
 5          I mean, she could -- the enhancement here is fairly
 6   self-evident.  I mean, Begay was a 1994 case, and we're now 30
 7   years later, or 20 years later or 30 years later.  And I think
 8   we have sort of sophisticated jurors here who understand what
 9   they're seeing.
10          In any event, look, you know, we talked about this
11   pretrial, we looked at the notes.  And where I left things
12   pretrial is essentially where we are now, which is to not
13   permit narration that was characterizing the events.  And to
14   the extent that it was fairly objective and descriptive, I said
15   that would be okay and appropriate to aid the jury in
16   understanding what they were seeing.  Again, I stopped
17   Mr. Edwards from asking open-ended -- direct questions because
18   I thought it was going to draw an objection soon, and I thought
19   perhaps it was going on a little bit longer than it should
20   have.
21          But I think the way to resolve your concern, Mr. Peed,
22   and if you have a question -- an objection to a particular way
23   in which he phrases a direct question -- excuse me, a direct
24   question -- a leading question, excuse me, then you can make
25   it.
```

1        But, you know, this notion that we're just going to

2   have radio silence throughout the entire playing of this video

3   I don't think is required by the case law.  And I think some

4   limited identification of who is there, where they're going,

5   what they're doing, in a non -- in a way that's not

6   characterizing particularly anybody's intent, she doesn't come

7   anywhere close to that, I don't think that's problematic, and I

8   think it's appropriate to assist the jury in understanding the

9   evidence and what they're seeing.

03:20 10        I mean, this agent, as she's testified, pored through

11  thousands of hours of video, particularly these videos, text

12  messages, et cetera, or Signal chats and other messages.  So

13  she certainly has the capacity to provide some descriptive

14  detail about what the video contains.

15        So, Mr. Edwards, if you want to lead her through some

16  of the description, I think that's fine.

17        If there's a particular objection to the way in which

18  the agent is being led, just make it and I'll either ask him to

19  rephrase it or overrule the objection.

03:21 20        And I'll remind the jury that, you know, again that

21  the lawyer's questions are not the evidence and the same

22  instruction I've been giving them about testimony accompanying

23  summary exhibits.

24        MR. SHIPLEY:  Are we going to have --

25        THE COURT:  I'm sorry?

1          MR. SHIPLEY:  Are we going to have Mr. Edwards strike,

2    "What are the rioters doing" at this point?

3          THE COURT:  I mean, you know, as I said, if it's asked

4    in a leading way that you find objectionable, then you'll let

5    me know.

6          MR. PEED:  I think this is a fairly -- you know, I

7    don't object to general things such as you can walk them

8    through, do you see Mr. Minuta, do you see Mr. Minuta's hands,

9    things that are very --

03:21 10          THE COURT:  That's what she's been doing, by and

11    large.  Okay, maybe the last question was a little --

12          MR. PEED:  I tried to hold my tongue.

13          THE COURT:  That's fine.

14          Let's bring them back and let's proceed.

15          (Jury enters the courtroom.)

16          THE COURT:  Please be seated, everyone.  Thank you.

17    Apologies for the slight delay.  We had an issue to deal with.

18    We are now ready to proceed.

19          Just a couple of reminders.  You'll remember at the

03:22 20    very beginning I gave you an instruction that the lawyers'

21    questions are not evidence.  It is the witnesses' responses

22    that are the evidence.  Again, even if the question is phrased

23    in a way that suggests an answer, ultimately it is the answer

24    that is the evidence.

25          And, again, just the same reminder with respect to

1    these type of summary exhibits.  Testimony is just simply an

2    aid, an aid to assist you in understanding those summary

3    exhibits.

4            MR. EDWARDS:  Thank you, Your Honor.

5            Mr. Nestler, do you mind grabbing the big board here.

6            And while Mr. Nestler does that, Ms. Badalament, can

7    we please pull Government's Exhibit 1500.03.1 back up.  We left

8    off at timestamp five minutes and nine seconds.  Can we please

9    play forward to five minutes and 28 seconds in this exhibit.

03:23 10            (Video played.)

11    BY MR. EDWARDS:

12    Q.   Okay.  So by 2:06 p.m., had the crowd now filled the

13    stairs of the Capitol east steps?

14    A.   Yes.  They broke past the line of police officers and were

15    moving up towards the Columbus doors.

16    Q.   Were they now passed where that line of officers had been

17    a minute or two earlier?

18    A.   Yes.

19            MR. EDWARDS:  Ms. Badalament, can we -- this is at

03:24 20    2:06 p.m., and we had left Hackett and Moerschel and the group

21    that they were in at about 2:05 p.m.  Can we go back now to

22    Exhibit 1500.2 and jump to and pause at 5:40 p.m. -- 5:40 in

23    the timestamp.

24            (Video played.)

25    Q.   Okay.  Agent Abrams, at the exact same time, at 2:06 p.m.,

1   did Thomas Caldwell message Jessica Watkins?

2   A.   Yes.

3   Q.   What did Thomas Caldwell say?

4   A.   "Where are you?  Pence has punked out, we are screwed.

5   Tear gassing peaceful protesters at Capitol steps.  Getting

6   rowdy here.  I am here at the dry fountain to the left of the

7   Capitol."

8          MR. EDWARDS:  Ms. Badalament, can we resume and stop

9   at 5:49.

03:25 10   Q.   About 13 minutes later, 2:19 p.m., where is Thomas

11   Caldwell located?

12   A.   On the west side of the Capitol.

13   Q.   And is this a photograph that Thomas Caldwell took?

14   A.   Yes.

15          MR. EDWARDS:  Okay.  Ms. Badalament, can we please

16   refer to 9552 with some of the group's communications on

17   January 6th.  Can we go forward a little bit further toward

18   Liberty's message at 207.  Great.  Thank you.

19   Q.   So we left off the video exhibit at 2:19 p.m.  And the

03:25 20   last message we reviewed on this exhibit was 2:06.  So I'd like

21   to talk about some of the messages that went forward in time.

22   A.   Okay.

23   Q.   What did Liberty say to the group chat at 2:07 p.m.?

24   A.   "Patriots in Capitol."

25   Q.   And seven minutes later, what does Whiplash say to the

1    group chat?

2    A.    Whiplash says, "The have taken ground at the Capitol."

3    Q.    Who is Whiplash?

4    A.    Michael Greene.

5    Q.    And is that just another Signal moniker like Whip for

6    Michael Greene?

7    A.    Yes.

8    Q.    And whose phone is this from?

9    A.    Mr. Rhodes'.

03:26 10    Q.    Can we now turn -- earlier you talked a little bit about

11    some of the T-Mobile records that the FBI got.  Can we turn now

12    to the next message.  And can you look here at 2400 here at the

13    bottom left?

14    A.    Yes.

15    Q.    Does that just indicate that this is from that T-Mobile --

16    these T-Mobile messages?

17    A.    It does.

18    Q.    Okay.  So this first message, for example, what does

19    Rhodes message Michael Greene at 2:13 p.m.?

03:26 20    A.    "Call me."

21    Q.    And seconds later did Rhodes respond with his location?

22    A.    Whiplash responds at 2:15.

23    Q.    Oh, I'm sorry, yes.  What does Whiplash say at 2:15?

24    A.    To the DC Op Jan 6 21 Chat, "We need to regroup any

25    members who are not on mission."

1   Q.   Okay.  After sending that to the group chat, does Stewart

2   Rhodes message the group chat?

3   A.   He does.

4   Q.   What does Stewart Rhodes say?

5   A.   "I'm on the Supreme Court side of U.S. Capitol.  Whip or

6   Landon, where are you?"

7   Q.   And can we go to the next message.  So back to the -- what

8   did Whiplash say?

9        MR. EDWARDS:  Can we go forward?  Sorry.  Thank you.

03:27 10   Q.   And back to these T-Mobile messages between Michael Greene

11   and Stewart Rhodes directly, what did Michael Greene message?

12   A.   "Went to VM."

13   Q.   Do you know what "VM" means?

14   A.   Voicemail.

15   Q.   So does it appear that they attempted to call each other?

16   A.   Yes.

17   Q.   Okay.  And this was at 2:16 p.m.?

18   A.   Correct.

19   Q.   And are you familiar with videos some of this group

03:27 20   recorded at 2:16 p.m.?

21   A.   Yes.

22   Q.   Specifically Kellye SoRelle?

23   A.   Yes.

24   Q.   And who, based on the video, was Kellye SoRelle with at

25   about 2:16 p.m.?

A.    Stewart Rhodes.

         MR. EDWARDS:  Ms. Badalament, can we please pull up
Exhibit 6744.

         And this has been, Your Honor, stipulated -- the
authenticity has been stipulated to these videos.  We'd move
now to just admit all of 6744.

         THE COURT:  Okay.  6744 and the extensions?  What are
the extensions?  .1 through...

         MR. EDWARDS:  It will be three videos with various
clips, but we just call the entire compilation now just 6744.

         THE COURT:  Okay.  So 6744 is admitted.

         (Exhibit 6744 admitted into evidence.)

         MR. EDWARDS:  Thank you, Your Honor.

Q.    Agent Abrams, generally, before we play these videos, are
you familiar with Facebook Live?

A.    Yes.

Q.    Can you just describe briefly to the jury, what is
Facebook Live?

A.    Facebook Live is a tool that users of Facebook can use to
film themselves essentially live as it is happening and
broadcast to the people that follow them or can see what they
post.

Q.    And are you aware of Kellye SoRelle using Facebook Live on
January 6th?

A.    Yes.

1    Q.    And have you reviewed the videos that she recorded?

2    A.    Yes.

3    Q.    Have you compared what's depicted in those videos to your

4    knowledge of the activities at around the Capitol on the 6th?

5    A.    Yes.

6    Q.    For example, have you reviewed CCTV footage outside the

7    Capitol?

8    A.    I have.

9    Q.    Were you able to see Kellye SoRelle on that CCTV footage?

03:29 10    A.    We were.

11    Q.    And Stewart Rhodes near her?

12    A.    Yes.

13    Q.    At around the relevant times that she recorded these

14    videos?

15    A.    Yes.

16             MR. EDWARDS:  Okay.  And let's start with this first

17    video.  Can we please play the first video clip of this first

18    video, Ms. Badalament.

19             (Video played.)

03:29 20    Q.    Based on this video, Agent Abrams, and your investigation,

21    where is she on the Capitol grounds?

22    A.    She is on the east side of the Capitol grounds.

23    Q.    And remind us, this is at around 2:16 p.m.?

24    A.    Approximately, yes.

25    Q.    And where at about 2:16 p.m. are Hackett and Moerschel and

1    the group they are with?

2    A.    They are proceeding up Pennsylvania towards the Capitol

3    grounds.

4    Q.    And where do they eventually end up with regard to the

5    Capitol grounds?

6    A.    On the west side.  They walk around the west to the east

7    side.

8    Q.    And do they eventually end up to the same side of the

9    Capitol?

03:30 10    A.    Yes.

11    Q.    And at around 2:16 p.m. where is Minuta and his group?

12    A.    Proceeding to the Capitol in the golf carts.

13    Q.    And do they eventually end up at this same side of the

14    Capitol?

15    A.    Yes.

16    Q.    Okay.  Can we -- did you hear Ms. SoRelle --

17          MR. EDWARDS:  Sorry.  Can we just play the next clip

18    on the video.  Thank you, Ms. Badalament.

19          (Video played.)

03:31 20          MR. EDWARDS:  Okay.  Can we pause there and go back

21    maybe one second.  Thank you, Ms. Badalament.

22    Q.    Agent Abrams, who is this individual in the black cowboy

23    hat depicted in the video that I've circled?

24    A.    That is Stewart Rhodes.

25    Q.    And have you seen Stewart Rhodes in person?

1    A.    Yes.

2    Q.    Have you heard Stewart Rhodes' voice?

3    A.    Yes.

4    Q.    Have you seen pictures and photographs of Stewart Rhodes

5    on January 6th?

6    A.    I have.

7    Q.    Pictures and photographs of Stewart Rhodes on other days?

8    A.    Yes.

9    Q.    And so can you tell us, did you hear Kellye SoRelle say

03:31 10   that -- the last two sentences here, can you read what she

11   said?

12   A.    "That's how you take your government back.  You literally

13   take it back."

14            MR. EDWARDS:  Okay.  Can we please play the next

15   video, Ms. Badalament.

16            (Video played.)

17   Q.    Okay.  So approximately -- does this appear to be after --

18   and I'm going to circle here in the center of the video the

19   stairs that are filled.  Does this appear to be after Kenneth

03:32 20   Harrelson and Jason Dolan and the group of individuals filled

21   those stairs?

22   A.    Yes.

23   Q.    And those are the same stairs that they went up?

24   A.    Correct.

25            MR. EDWARDS:  Okay.  Can we please, Ms. Badalament,

1    play the final Facebook Live video.

2          (Video played.)

3          MR. EDWARDS:  Okay.  Can we go back just to that last

4    second to show the video.  Thank you.

5    Q.    Agent Abrams, were you able to see where Kellye SoRelle

6    was at the time of this video?

7    A.    The northwest cor --

8    Q.    And did she say that they've occupied both sides?

9    A.    Yes.

03:33 10   Q.    Did you hear her say that, "Think we can hang until the

11   20th or what?"

12   A.    She did.

13   Q.    What step of the transfer of power process was set to

14   happen on January 20?

15   A.    The inauguration.

16   Q.    And generally what happens on the inauguration?

17   A.    The newly elected president is sworn into office.

18   Q.    And what did she say they may -- what does she ask what

19   they may do until the 20th?

03:34 20   A.    Hang around.

21   Q.    And did she say -- what did she say the goal was of the

22   barricades?

23   A.    Keeping us away from the building was the goal.

24         MR. PEED:  Objection, Your Honor.  Same objection as

25   before.

 1          THE COURT:  Overruled.

 2          Go ahead.

 3          MR. EDWARDS:  Ms. Badalament, can we please return

 4   back to the defendants and the group's movement on Exhibit

 5   1500.2.  Can we resume from 5:49 to 5:59.

 6          (Video played.)

 7   Q.   Agent Abrams, is this at about 2:24 p.m.?

 8   A.   Yes.

 9   Q.   And who do we see here in the center?

03:34 10   A.   Stewart Rhodes.

11   Q.   And is this another CCTV video?

12   A.   It is.

13   Q.   What does it appear Rhodes is doing in this video?

14   A.   It appears that he is on his phone.

15          MR. EDWARDS:  Can we now play forward to six minutes

16   and 20 seconds.

17          (Video played.)

18   Q.   Agent Abrams, at about this time, 2:24 p.m., did your

19   investigation reveal messages from Rhodes to others at about

03:35 20   this time?

21   A.   Yes.

22          MR. EDWARDS:  And if we could go back maybe one second

23   and show some of those.

24          (Video played.)

25   Q.   Who was Stewart Rhodes messaging at 2:24 p.m.?

1   A.   Kelly Meggs.

2   Q.   What did he message?

3   A.   "Go to south side of U.S. Capitol.  That's where I am

4   going to link up with Whip."

5   Q.   Okay.  Did the FBI investigate whether Kelly Meggs

6   received those messages in realtime?

7   A.   We did.

8   Q.   Did he?

9   A.   He did not.

03:35 10   Q.   When did he receive them?

11   A.   Approximately 6:50 p.m.

12   Q.   So there was a delay when those messages came?

13   A.   Yes, those messages.

14   Q.   Regardless, did Rhodes send those message at 2:24 p.m.?

15   A.   He did.

16   Q.   And did Rhodes later connect with Kelly Meggs soon after

17   this?

18   A.   Yes.

19   Q.   How did he do that?

03:36 20   A.   A phone call.

21   Q.   Was the FBI able to investigate whether other messages

22   across groups and individuals came across in realtime?

23   A.   Yes, most of the messages did come across in realtime.

24   Q.   On January 6th?

25   A.   Yes.

1  Q.   And were there other -- let's go back to some of these,

2  the messages that Stewart Rhodes did send at 2:24 --

3       THE COURT:  Mr. Edwards, I'm sorry to interrupt you,

4  but it may be helpful here to lay some foundation about why

5  there may have been a delay in messages and what the basis is

6  for that testimony.

7       MR. EDWARDS:  Of course, Your Honor.

8  Q.   Agent Abrams, were you able to -- when the FBI extracts

9  the phone data, are you able to see the send time?

03:36 10  A.   Yes.

11  Q.   And in some instances are you able to see the receipt

12  time?

13  A.   In some instances, yes.

14  Q.   Okay.  So for examples here, were you able to see based on

15  that extraction that there was a receipt time, or when the

16  person on the other end receives that message, were you able to

17  see that metadata?

18  A.   Yes.

19  Q.   Okay.  Are you able to do that in all instances from

03:37 20  extractions?

21  A.   No.

22  Q.   Okay.  And so, for example, were you able to see from

23  other extractions that certain messages were being received in

24  realtime?

25  A.   Yes.

1   Q.   And were you able to see certain messages where people

2   would message someone and there would be a response to that

3   message soon after?

4   A.   Yes.

5   Q.   And did the content of those messages show that they were

6   actually responding to one another?

7   A.   Yes.

8   Q.   Okay.  And as part of your investigation were you able to

9   investigate any particular reason why that may have occurred,

03:37 10  some delays?

11  A.   Based on the situation the phone was in or the traffic on

12  the networks.

13  Q.   Okay.  But regardless, did Stewart Rhodes send these

14  messages at 2:24 p.m.?

15  A.   He did.

16  Q.   Okay.  And did -- well, let's go back to these messages.

17  What did Stewart Rhodes say?

18  A.   "Go to south side of U.S. Capitol.  That's where I am

19  going to link up with Whip."

03:38 20  Q.   Okay.  Agent Abrams, do you know your cardinal directions?

21  A.   Yes.

22  Q.   Is Rhodes on the south side of the Capitol?

23  A.   No.

24  Q.   What side is he on?

25  A.   The northeast.

1          MR. EDWARDS:  Can we play six minutes and 38 seconds.

2          (Video played.)

3     Q.   What are we -- what happened in this exhibit?  What are we

4     looking at?

5     A.   Line 1 has made their way onto the Capitol grounds, and

6     they have stopped and formed a huddle.

7     Q.   At about what time is this?

8     A.   2:24 p.m.

9     Q.   And is this video from a surveillance video outside?

03:38 10    A.   CCTV, yes.

11    Q.   Okay.  And based on this -- based on the surveillance,

12    2:24 p.m., was that the same time Rhodes was text-messaging

13    Kelly Meggs?

14    A.   Yes.

15    Q.   And are Joseph Hackett and David Moerschel with Kelly

16    Meggs in this surveillance footage?

17    A.   Yes.

18    Q.   What side of the Capitol are they on?

19    A.   The west currently, northwest.

03:39 20    Q.   And so they've stopped and huddled at this point?

21    A.   Yes.

22          MR. EDWARDS:  Can we play now to six minutes and 55

23    seconds.

24          (Video played.)

25    Q.   Okay.  So a little bit later, what did Hackett and

1   Moerschel in this Line 1 group do?

2   A.   They proceeded to move around the other side of the

3   Capitol to the east side of the Capitol.

4   Q.   And is that what we see here, they proceeded now to move

5   now from that stop and huddle?

6   A.   Yes.

7        MR. EDWARDS:   Can we play now to seven minutes and

8   nine seconds.

9        (Video played.)

03:40 10   Q.   Okay.   Earlier you testified about Vallejo finding his

11   truck and going back to the hotel.

12   A.   Yes.

13   Q.   At 2:24 p.m. where is Vallejo now?

14   A.   At the hotel in the Ballston, Virginia.

15   Q.   And how do you know that?

16   A.   We saw him arrive on the CCTV footage, but he also sent a

17   message.

18   Q.   Can we talk about that message?   What does he message the

19   group chat at 2:24?

03:40 20   A.   Vallejo messages the DC Op Jan 6 21 Signal chat, "Vallejo

21   back at hotel and outfitted.   Have two trucks available.   Let

22   me know how I can assist."

23   Q.   And have any of the Line 1 or the Line 2 individuals

24   breached the Capitol building yet?

25   A.   Not yet.

```
 1            MR. EDWARDS:  Okay.  Can we play now to seven minutes
 2    and 20 seconds.
 3            (Video played.)
 4    Q.   What does Stewart Rhodes' message to the same group chat
 5    one minute later?
 6    A.   A photo.
 7    Q.   And what does that photograph appear to be?
 8    A.   Of the northwest side of the Capitol.
 9    Q.   And did the FBI recover versions of this chat group from
03:41 10    multiple individuals' phones including from an individual named
11    Paul Taylor?
12    A.   Yes.
13    Q.   Is Paul Taylor on the board?
14    A.   No.
15    Q.   Can we -- does this appear to be where Stewart Rhodes is,
16    based on the investigation, at this moment?
17    A.   Yes.
18    Q.   Okay.  Can we -- what side of the Capitol again is this?
19    A.   Northwest.
03:41 20            MR. EDWARDS:  Can we play now to seven minutes and 26
21    seconds.
22            (Video played.)
23    Q.   What did the user with phone number ending in 0404 write
24    at 2:26 to the group chat?
25    A.   "They got S seed and ran when they heard people at the
```

1 door."

2 Q. And is this image from that individual Paul Taylor's

3 phone?

4 A. Yes.

5 Q. And so you were able to take screenshots from that

6 person's phone of this Signal chat?

7 A. Yes.

8 Q. Did that individual later correct themselves to say

9 "scared" instead of "S seed"?

03:42 10 A. Yes.

11   MR. EDWARDS:  Can we play now to seven minutes, 32

12 seconds.

13 Q. What did Rhodes post in response to a message from

14 Whiplash?

15 A. "Come to south side of Capitol, on steps."

16 Q. And what did Whiplash message to the group that he's

17 responding to?

18 A. He had said, "We need to regroup any members who are not

19 on mission."

03:42 20   MR. EDWARDS:  Can we play now to seven minutes and 38

21 seconds.

22 Q. What did Horsewhisperer then write at 2:27?

23 A. "We the people have taken the Capitol.  Congress forced to

24 recess."

25   MR. EDWARDS:  Can we play and stop at seven minutes

         1    and 43 seconds.

         2              (Video played.)

         3              MR. EDWARDS:  Okay.  Ms. Badalament, can we go back

         4    now to Exhibit 9552 to discuss some of the communications

         5    across this group on Signal at this time.  Can we move to the

         6    next message.

         7    Q.   Okay.  This is back to some of these T-Mobile messages

         8    between Michael Greene and Stewart Rhodes?

         9    A.   Yes.

03:43   10    Q.   What did Michael Greene message Rhodes at 2:24?

        11    A.   "By the trailers."

        12    Q.   And what did Rhodes respond soon after?

        13    A.   "On my way."

        14              MR. EDWARDS:  Okay.  Can we go now to the next

        15    message.

        16    Q.   And is this Stewart Rhodes now messaging the group chat at

        17    2:26?

        18    A.   Yes.

        19    Q.   Okay.  What does he message?

03:43   20    A.   "Come to south side of Capitol, on steps."

        21    Q.   And is this the final message we had just read from -- or

        22    I'm sorry.

        23              MR. EDWARDS:  Can we go to the next message.

        24    Q.   Can you read, what did Horsewhisperer say at 2:27?

        25    A.   "We the people have taken the Capitol.  Congress forced to

 1    recess."

 2    Q.    Is this that last message we had just read?

 3    A.    Yes.

 4    Q.    So did the messages continue on this group chat past 2:27?

 5    A.    Yes.

 6    Q.    Not even a minute later, what did Liberty tell the group?

 7    A.    "Patriots in the Capitol."

 8    Q.    And one minute after that, did Stewart Rhodes message the

 9    FOS chat?

03:43 10    A.    Yes.

11    Q.    And, again, remind the jury, who are some of the members

12    of the FOS chat?

13    A.    Stewart Rhodes, Alex Jones, Roger Stone, Ali Alexander,

14    Enrique Tarrio, Kellye SoRelle.

15    Q.    Okay.  And what did Rhodes message to that FOS chat at

16    2:28?

17    A.    "Back door of U.S. Capitol."

18    Q.    Did Rhodes then message the -- did Liberty then message

19    the group chat one minute later?

03:44 20    A.    Yes.

21    Q.    What did Liberty say?

22    A.    "Patriots in the Capitol.  I bet they ran through those

23    tunnels."

24    Q.    And who did Liberty say is in the Capitol?

25    A.    Patriots.

2925

Q.   Okay.  Can we now go to the next message.  What did Rhodes message the Old Leadership chat at 2:30?

A.   "Pounding on the doors."

Q.   So does it appear in this few-minute time span that Stewart Rhodes is going into various group chats and sending messages?

A.   Yes.

        MR. EDWARDS:  Okay.  Can we go to the next message, please.

Q.   Did the FBI also recover text messages from Vallejo's phone from around this time?

A.   Yes.

Q.   Did you recover Signal messages?

A.   No.

Q.   Did the text messages that you recovered on the phone include Vallejo's messages to an individual named Donna Hancock?

A.   Yes.

Q.   Who is Donna Hancock?

A.   The wife of the host of the podcast Declare Your Independence, Ernie Hancock.

Q.   Okay.  So let me break that down.  The Declare Your Independence, you're saying that's a podcast?

A.   Yes.

Q.   Is that the same podcast that Edward Vallejo had been on

1    in the morning of January 6th?

2    A.    It is.

3    Q.    And you're saying Donna Hancock, she's the wife of Ernie

4    Hancock who hosts that podcast?

5    A.    Correct.

6    Q.    Okay.  What did Vallejo message Donna Hancock at 2:32

7    p.m.?

8    A.    "The people have taken the Capitol and Congress is in

9    bedlam and locked down."

03:45 10   Q.    Who does Vallejo say took the Capitol?

11   A.    The people.

12   Q.    Okay.  After messaging that patriots or that the people

13   had taken the Capitol and Congress was in bedlam, what did

14   Vallejo message the group chat at 2:38 p.m.?

15   A.    "QRF standing by at hotel.  Just say the word."

16   Q.    Okay.  Let's discuss what Vallejo's group in DC was doing

17   around the time he sent these messages.

18   A.    Okay.

19        MR. EDWARDS:  Ms. Badalament, can we please go back to

03:46 20   Exhibit 1500.2.

21        MR. PEED:  Objection to the comment about Vallejo's

22   group.

23        THE COURT:  Just rephrase the question, please.

24        MR. EDWARDS:  Yes, Your Honor.

25   Q.    I had asked a couple of questions like this earlier.  What

 1  group chat did Vallejo message?

 2  A.   The DC Op Jan 6 21 chat.

 3  Q.   Were members of this group chat in DC at the time that

 4  he's messaging this group chat at 2:38 p.m.?

 5  A.   Yes, several.

 6  Q.   Did it include Kelly Meggs?

 7  A.   It did.

 8  Q.   Did it include Jessica Watkins?

 9  A.   Yes.

03:46 10  Q.   Stewart Rhodes?

11  A.   Yes.

12  Q.   Other members?

13  A.   Yes.

14  Q.   Okay.  At around --

15       MR. EDWARDS:  Can we now go to the 1500.2.  Thank you,

16  Ms. Badalament.

17  Q.   At around this time, 2:29 -- before we start, where are

18  Hackett and Moerschel and the rest of their group?

19  A.   They are proceeding from the west side around the north to

03:46 20  the east side.

21       MR. EDWARDS:  Okay.  Can we play now to seven minutes

22  and 54 seconds.

23            (Video played.)

24  Q.   Is this Capitol surveillance outside of the Capitol?

25  A.   Yes.

1    Q.    Okay.  And, Agent Abrams, where is this -- where is

2    Mr. Hackett in this video?

3    A.    He is right here.

4    Q.    So you can just point and circle it.  Sorry.

5          And is Jessica Watkins behind Hackett there?

6    A.    Yes, right here.

7    Q.    About what time is this?

8    A.    Approximately 2:29 p.m.

9    Q.    And is this the group now doing what you just described

03:47 10   earlier, they're going around the north to the east side?

11   A.    Yes.

12         MR. EDWARDS:  Can we play forward now to eight minutes

13   or seven minutes and 54 seconds.

14         (Video played.)

15         MR. EDWARDS:  Pausing here -- sorry, eight minutes,

16   two seconds.

17   Q.    Where is David Moerschel?  Is he here at the bottom left?

18   A.    Yes.

19   Q.    And is he next to Kelly Meggs?

03:47 20   A.    He is.

21   Q.    What is Kelly Meggs wearing on his head?

22   A.    He is putting on a helmet.

23   Q.    And can you see that while the video is moving?

24   A.    Yes.

25         MR. EDWARDS:  Okay.  Can we play now to eight minutes

2929

1    and ten seconds.

2                (Video played.)

3                MR. EDWARDS:  Ms. Badalament, can we go back to

4    Exhibit 1502 with some of Jessica Watkins' Zello

5    communications.

6    Q.   Now, we just saw Capitol CCTV of Hackett and Moerschel

7    with Jessica Watkins at about 2:29 p.m.  Around that time was

8    Jessica Watkins taking to the Zello chat, or was that chat

9    still active?

03:48 10   A.   It was.

11                MR. EDWARDS:  Okay.  Can we jump to six minutes and 53

12   seconds on this exhibit and play forward to seven minutes and

13   43 seconds.

14                (Video played.)

15   Q.   Okay.  That's at about 2:30 p.m.?

16   A.   Yes.

17   Q.   Did you hear One Percent Watchdog reference that citizens

18   arrest needed to occur?

19   A.   Yes.

03:49 20   Q.   "Just arrest all these mother fucking treasonous

21   bastards"?

22   A.   Yes.

23   Q.   And earlier was he referring to the individuals who were

24   responsible for the election?

25   A.   The certification, yes.

1   Q.   And was -- as Hackett and his group were breaching the

2   Capitol grounds, did the mayor of DC announce anything?

3   A.   Yes.

4         MR. EDWARDS:  Ms. Badalament, can we please publish to

5   the jury Exhibit 3056.

6         I'd like to now just read a stipulation for the jury.

7         Ms. Badalament, if you could just zoom in on that

8   paragraph.

9         "The government and the defendants hereby agree and

03:50 10  stipulate that:  On January 6th, 2021, at 2:31 p.m.,

11  Washington, D.C. Mayor Muriel Bowser ordered a citywide curfew

12  for the District of Columbia to be effective from 6:00 p.m. on

13  Wednesday, January 6th, until 6:00 a.m. on Thursday, January 7,

14  2021, because of what the Mayor asserted was a civil disorder

15  occurring at the United States Capitol on January 6th, 2021.

16        During the hours of the curfew, no person other than

17  persons designated by the Mayor was legally able to walk, bike,

18  run, loiter, stand, or motor by car or other mode of transport

19  upon any street, alley, park or other public place within the

03:51 20  District of Columbia."

21        Thank you, Ms. Badalament.

22  Q.   Agent Abrams, was this state of emergency notification,

23  was it pushed to cell phones?

24  A.   Yes.

25  Q.   And was it disseminated in the news?

A.    Yes.

          MR. EDWARDS:  Ms. Badalament, can we please go back to
Exhibit 1500.2 with some of the group's movements, and can we
pick up the events at 2:32 p.m. and play to 8:15.

Q.    According to the surveillance video, where is Stewart
Rhodes at this time?

A.    The west side of the Capitol.

Q.    What does he appear to have in his hand?

A.    A cell phone.

03:51     MR. EDWARDS:  Can we play now to eight minutes, 45
seconds.

          (Video played.)

Q.    Okay.  According to the surveillance video here on the
Capitol building, where are Hackett and Moerschel and their
group?

A.    Proceeding around the east side towards the center of the
east side of the Capitol.

Q.    So they had continued moving around the north and they're
now on the center of the east side?

03:52 A.    Yes.

Q.    What do they do at the end of this clip?

A.    Stop.

Q.    And about what time was that?

A.    2:32 p.m.

          MR. EDWARDS:  Okay.  Ms. Badalament, can we go back to

1    Exhibit 1503.1 for some of the group's actions before they go

2    toward the Capitol.  And can we jump to and pause at six

3    minutes and 13 seconds.

4    Q.    Agent Abrams, where is this video from?

5    A.    This is from Sandra Parker's phone.

6    Q.    And was Sandra Parker one of the individuals with Hackett

7    and Moerschel?

8    A.    Yes.

9    Q.    At this time, at about 2:32 p.m.?

03:53 10    A.    Yes.

11    Q.    And is that when this video was recorded?

12    A.    Yes.

13    Q.    So does this take place on that east side we saw them from

14    kind of a bird's eye view?

15    A.    Yes.

16         MR. EDWARDS:  Okay.  Can we please play to six

17    minutes, 17 seconds.

18    Q.    From left to right, can you please identify the

19    individuals in this clip?

03:53 20    A.    Graydon Young, Laura Steele, David Moerschel, and William

21    Isaacs.

22    Q.    And just for -- particularly for Laura Steele, Agent

23    Abrams, have you reviewed photographs and videos of Laura

24    Steele from the day of January 6th?

25    A.    Yes.

1   Q.   Have you reviewed photographs and videos of Laura Steele

2   on other days?

3   A.   Yes.

4   Q.   Okay.  And are you able to identify this individual here?

5   A.   Yes.

6   Q.   Okay.  So that's Laura Steele next to Graydon Young?

7   A.   Correct.

8   Q.   And is there a relationship between Graydon Young and

9   Laura Steele based on your investigation?

03:53 10   A.   Yes.  They are brother and sister.

11   Q.   And is Laura Steele on the board?

12   A.   Yes.

13   Q.   Okay.  Is she part of this group of individuals that

14   traveled from Florida, DC, and North Carolina?

15   A.   Yes.

16       MR. EDWARDS:  Okay.  Can we play forward now to seven

17   minutes and 23 seconds.

18       (Video played.)

19   Q.   Can you just identify for the jury who is on the left side

03:54 20   here of this group that was standing on the east side?

21   A.   Kelly Meggs.

22   Q.   And who else?

23   A.   Connie Meggs.

24   Q.   Again, is there a relationship between these two?

25   A.   Yes.  They are married.

1          MR. EDWARDS:  Okay.  Can we play now to six minutes

2    and 32 seconds.

3    Q.   And who was on the furthest left side of this group

4    starting from the left?

5    A.   Donovan Crowl.

6    Q.   And then moving forward?

7    A.   Joseph Hackett and Caleb Berry.

8    Q.   And what is that in the background of this video here?

9    A.   The Capitol.

03:54 10   Q.   And so they're on the east side still?

11   A.   Yes.

12          MR. EDWARDS:  Can we play now to seven minutes and

13   eight seconds.

14          (Video played.)

15   Q.   Okay.  Agent Abrams, has the rest of the group now come

16   into view here?

17   A.   Yes.

18   Q.   And on the far right there was that -- who was that

19   individual?

03:55 20   A.   James Beeks.

21   Q.   And have you seen photos and videos of James Beeks --

22   A.   I have.

23   Q.   -- on January 6th?

24   A.   Yes.

25   Q.   And other days?

```
 1   A.   Yes.

 2   Q.   Are you able to -- based on your investigation, have you

 3   looked at his driver's license?

 4   A.   Yes.

 5   Q.   Are you able to identify him as James Beeks?

 6   A.   Yes.

 7        MR. EDWARDS:   Okay.   Can we play forward just a couple

 8   more seconds.   Great.   Thank you.   Right there.

 9        (Video played.)

10   Q.   So at 2:32 p.m. on the east side of the Capitol building

11   are Hackett and Moerschel here with Kelly Meggs?

12   A.   They are.

13        MR. EDWARDS:   Ms. Badalament, can we go back to

14   Exhibit 1500.2.   And can we jump to and pause at nine minutes,

15   four seconds.

16   Q.   Earlier in your testimony we discussed call detail records

17   across this group.   Do you remember that?

18   A.   Yes.

19   Q.   Are we able to see a display here on this exhibit of one

20   of those calls?

21   A.   We are.

22   Q.   So what's going on here?

23   A.   Michael Greene is placing a call to Stewart Rhodes.

24   Q.   Okay.   At what time?

25   A.   2:31:34 p.m.
```

1    Q.   Are you able to see on the call detail records that that

2    phone call connected?

3    A.   Yes.

4         MR. EDWARDS:  Okay.  Can we play to nine minutes and

5    11 seconds.

6              (Video played.)

7    Q.   Okay.  What happened after that call connected at 2:31?

8    A.   At 2:32:11 Kelly Meggs places a call to Stewart Rhodes.

9         MR. EDWARDS:  Okay.  Can we play forward to nine

03:57 10   minutes and 20 seconds.  Can we pause here.

11             (Video played.)

12   Q.   So before Kelly Meggs called Stewart Rhodes, how long had

13   Michael Greene and Stewart Rhodes been connected on the call?

14   A.   Less than a minute.

15   Q.   Okay.  Now, after Kelly Meggs called Stewart Rhodes, what

16   happened?

17   A.   The calls were merged between Rhodes, Greene, and Meggs.

18        MR. SHIPLEY:  Objection.  Move to strike.  Lack of

19   foundation.

03:57 20        MR. EDWARDS:  I can ask a few questions, Your Honor.

21   Q.   Have you reviewed the call detail records pertaining to

22   this phone call?

23   A.   Yes.

24   Q.   And are you able to, based on those call detail records,

25   see when someone conferences in somebody else on a call?

1    A.    Yes.

2    Q.    Okay.  And did you see that signal here for this call?

3    A.    Yes.

4    Q.    And based on the length of time, were you able to see that

5    the call stayed connected for more than a few seconds?

6    A.    Yes.

7          MR. EDWARDS:  Okay.  So can we play forward now to

8    nine minutes and 30 seconds.

9          THE COURT:  Can I ask you get on the phone, please.

03:58 10          MR. EDWARDS:  Yes, Your Honor.

11    **SIDEBAR:**

12          THE COURT:  Okay.  I'm going to allow this subject to

13    it being connected up to the actual phone records that show the

14    calls and the merging of the calls.  I know there was such an

15    exhibit in the first trial, and if there is such an exhibit to

16    be introduced, I'll allow this to come in as long as the

17    underlying records are introduced as well.

18          MR. EDWARDS:  Yes, Your Honor.  The government hadn't

19    intended to do that because this is a summary exhibit without

03:59 20    the requirement -- I know Your Honor is aware -- we don't have

21    to introduce the underlying records.

22          THE COURT:  I understood this image, for example,

23    doesn't have the underlying exhibit number like some of the

24    other images do, and so I want to ensure that the underlying

25    exhibit is available for the jury to compare against what

1    they're seeing here.

2          MR. EDWARDS:  Understood, Your Honor.  At this time I

3    don't have it available.  I don't think she'll finish today.

4          THE COURT:  I'm not saying it needs to be done now,

5    just in order to connect it.

6          MR. EDWARDS:  Conditionally we'll move forward then.

7          THE COURT:  Yes.

8          MR. EDWARDS:  Thank you, Your Honor.

9    (End of sidebar.)

03:59 10   BY MR. EDWARDS:

11   Q.   So, again, can you remind the jury, Agent Abrams, what

12   happened at 2:32?

13   A.   A phone call was placed from Kelly Meggs to Stewart

14   Rhodes.

15   Q.   And then what happened at 2:32:18?

16   A.   The calls were merged.

17          MR. EDWARDS:  All right.  Can we play forward to nine

18   minutes, 30 seconds.

19   Q.   Okay.  At 2:33:48 what happens?

04:00 20   A.   Kelly Meggs leaves the call.

21   Q.   So from 2:32:11 to 2:33:48, was Kelly Meggs on that call

22   with Stewart Rhodes?

23   A.   Yes.

24          MR. EDWARDS:  Okay.  Can we play now to nine, 38.

25   Q.   Did the call between Stewart Rhodes and Michael Greene

1    continue after Kelly Meggs left?

2    A.    Yes, a little over three minutes.

3    Q.    Three minutes?

4    A.    Yes.

5    Q.    And so did the call end at 2:37?

6    A.    Yes.

7            MR. EDWARDS:  Okay.  Ms. Badalament -- before we do

8    that.  So Kelly Meggs drops off the call at 2:33.  Can we

9    please now go back to Exhibit 1503.1.

04:00 10   Q.    Now, we left this exhibit with Hackett and Moerschel

11   huddled at 2:32 p.m.

12        At about 2:33 into the video, did Sandra Parker record

13   what the group did?

14   A.    Yes.

15           MR. EDWARDS:  Can we play now to seven minutes and 38

16   seconds.

17           (Video played.)

18   Q.    Okay.  At about 2:33 p.m. what did Hackett and Moerschel

19   and the group they were with do?

04:01 20   A.    They moved towards the middle east Capitol stairs.

21   Q.    Okay.  Was Kelly Meggs with that group?

22   A.    Yes.  He was in front.

23   Q.    And did the FBI discover other videos that showed Hackett

24   and Moerschel and their group and what they did as they went to

25   those stairs?

1          MS. HALIM:  Objection to the characterization.

2          MR. EDWARDS:  I can rephrase.

3          THE COURT:  Rephrase, please.

4          MR. EDWARDS:  Yes, Your Honor.

5    Q.   Did the FBI discover other videos that showed the Line 1

6    group, including Hackett and Moerschel, and what they did as

7    they headed toward the stairs to the Capitol?

8    A.   Yes.

9          MR. EDWARDS:  Okay.  Ms. Badalament, can we please go

04:02 10   back to Exhibit 1500.2 and jump to and pause at nine minutes,

11   58 seconds.

12          (Video played.)

13   Q.   So when Hackett and Moerschel got to the steps, what did

14   they do?

15   A.   They formed a line and placed their hands on the shoulder

16   in front of them.

17   Q.   And what did they do after that?

18   A.   Proceeded to continue up the stairs towards the Capitol.

19          MR. EDWARDS:  Okay.  Can we play now to ten minutes,

04:02 20   12 seconds.

21          (Video played.)

22   Q.   Okay.  At this time is this the same set of stairs that

23   Jason Dolan and Kenneth Harrelson had previously gone up?

24   A.   Yes.

25   Q.   And now Hackett and Moerschel in this Line 1 group joined

1    with Jason Dolan and Kenneth Harrelson?

2    A.    They have.

3    Q.    Did the FBI discover other videos of what Hackett and

4    Moerschel and the others did while going up the stairs?

5    A.    Yes.

6         MR. EDWARDS:  Ms. Badalament, can we play now to ten

7    minutes or go back to Exhibit 1503.1 and play from where we

8    left off.  Let's go from seven minutes, 38 seconds to eight

9    minutes, 55 seconds, please.

04:04 10         (Video played.)

11    Q.    As this goes forward, Agent Abrams, are you able to see a

12    closer view of each individual as this line goes up the stairs?

13    A.    Yes.

14         MR. EDWARDS:  Can we just go forward actually, Ms.

15    Badalament, to nine minutes, four seconds.

16         THE COURT:  Hang on.  Ladies and gentlemen, let me add

17    one other instruction.  You've seen in this exhibit and some of

18    the others we've been seeing that individuals' names appear on

19    the screen to identify them.  That is being presented

04:05 20    essentially as a -- to help assist you.  Ultimately the

21    question of the accuracy of the identifications that appear on

22    those screens will have to be something you determine on your

23    own based upon all of the evidence that you have heard,

24    including any testimony and any other relevant evidence.

25         I'll, of course, remind you of that at the end, but

1    ultimately these identifications and their accuracy, ultimately

2    that is your determination to make.  All right?

3              MR. EDWARDS:  Thank you, Your Honor.

4              Can we in fact just go forward to ten minutes, two

5    seconds in this exhibit.

6              (Video played.)

7    Q.   Agent Abrams, earlier you testified that the Line 1 group

8    met with Jason Dolan and Kenneth Harrelson at the top of the

9    stairs; is that correct?

04:07 10   A.   Yes.

11   Q.   And does this exhibit show that?

12   A.   It does.

13   Q.   Now, Agent Abrams, we'll go forward now another 30

14   seconds.

15        Does this identify the individuals you've identified

16   before they went up the stairs?

17              (Video played.)

18   A.   Yes.

19   Q.   Now, Agent Abrams, at about 2:35 p.m. had Hackett,

04:08 20   Moerschel and the group they were with made it up toward the

21   top of those East Capitol steps?

22   A.   Yes.

23              MR. EDWARDS:  Ms. Badalament, can we please go back to

24   Exhibit 1500.2 and play this forward to about ten minutes, 17

25   seconds.

1    Q.    So at this same time, 2:35 p.m., where is Thomas Caldwell?

2    A.    The west side of the Capitol on the scaffolding.

3    Q.    So is that the opposite side?

4    A.    Correct.

5    Q.    And are you able to see where he was based on a photograph

6    that he took?

7    A.    Yes.

8    Q.    So were you aware based on your investigation where the

9    scaffolding was?

04:08 10    A.    Yes.

11    Q.    And can you just describe for the jury, what do you mean

12    by -- when you say "the scaffolding"?

13    A.    It was the structure that was near the inauguration stage

14    on the west side of the Capitol.

15                MR. EDWARDS:    And can we play forward to ten minutes,

16    31 seconds.

17                (Video played.)

18    Q.    Agent Abrams, at 2:37 p.m. where is Stewart Rhodes based

19    on surveillance footage?

04:09 20    A.    The west northwest side of the Capitol.

21    Q.    And what does it appear he's doing with his left hand?

22    A.    Lean up to his head.

23    Q.    And did he keep his hand at his ear during the whole

24    surveillance clip?

25    A.    Yes.

1    Q.   Can you remind the jury, at 2:37, what had Stewart Rhodes

2    done?

3    A.   He was on the phone with Michael Greene.

4         MR. EDWARDS:  Now, Ms. Badalament, can we please go

5    back to Exhibit 1503.1 and jump to and pause at 11 minutes,

6    four seconds.

7    Q.   Agent Abrams, did the FBI discover multiple videos of

8    Hackett and Moerschel and the group that they were with at

9    about 2:37 p.m. when they reached the top of the Capitol steps?

04:10  10   A.   Yes.

11        MR. EDWARDS:  Okay.  Can we play now to 11 minutes, 11

12   seconds.

13        (Video played.)

14   Q.   Agent Abrams, to orient the jury, what does William Isaacs

15   ultimately end up doing after 2:37 p.m.?

16   A.   He goes inside the Capitol.

17   Q.   Is he the first person of this group in Line 1 to go in?

18   A.   Yes.

19   Q.   And about what time does he make entry into the building?

04:10  20   A.   2:38 p.m.

21        MR. EDWARDS:  Can we please play forward to 11

22   minutes, 53 seconds.

23        (Video played.)

24        MR. EDWARDS:  Okay.  We'll pause here.

25        Ms. Badalament noticed that some of our videos are

1    lagging a little bit.  If we could take a couple of minutes,

2    Your Honor, she's going to close a number of exhibits that are

3    open that we're no longer using.

4         THE COURT:  Okay.  If you'd like to stand up and

5    stretch, by all means feel free to do so.

6         MR. EDWARDS:  Thank you, Your Honor.

7         Some of the videos are starting to move slowly.  It's

8    4:15.

9         We've played now to about 11, 52.  Great.  Thank you.

04:12 10  Q.   Agent Abrams, did some of the videos the FBI discovered in

11   its investigation, did it come from some of the members of this

12   group's phone?

13   A.   Yes.

14   Q.   And so whose video or whose phone did this video come

15   from?

16   A.   Jason Dolan.

17   Q.   Okay.  And was it -- did it -- in fact, actually I

18   misspoke.

19        Did it record from his phone, but did you find it on

04:13 20  another device?

21   A.   The hard drive.

22   Q.   Okay.  And about what time did this video occur?

23   A.   Around 2:37 p.m.

24        MR. EDWARDS:  And can we play now to 11 minutes, 58

25   seconds.

1  Q.   Okay.  Who was directly behind Jason Dolan at about 2:37

2  p.m.?

3  A.   Members of Line 1 to include Caleb Berry, David Moerschel,

4  Graydon Young, Jessica Watkins, and Donovan Crowl.

5  Q.   I'm going to circle here.  Where is Mr. David Moerschel's

6  left hand?

7  A.   On Caleb Berry's shoulder.

8       MR. EDWARDS:  Okay.  And can we play now to 12

9  minutes, 20 seconds.

04:13 10       (Video played.)

11  Q.   Okay.  If we could go back just a smidge.  Agent Abrams, I

12  want to ask you just first, where did this video come from?

13  A.   The L.A. Times.

14  Q.   Okay.  And is this at around 2:37 p.m.?

15  A.   Yes.

16  Q.   Is this at that same East Rotunda door area and landing

17  where Hackett and Moerschel are at around this time?

18  A.   Yes.

19       MR. EDWARDS:  Okay.  Can we play forward just two

04:14 20  seconds.  Right there.  Thank you.

21  Q.   Did you see these two individuals who were walking away?

22  A.   Yes.

23  Q.   Who were those individuals?

24  A.   Police officers.

25  Q.   And do you hear what some of the other rioters are

1    chanting or yelling at that point?

2            MR. SHIPLEY:  Objection, irrelevant.

3            THE COURT:  Well, the jury can hear it.  Go ahead.  So

4    it's sustained.

5    Q.    Agent Abrams, let's play it forward to 12 minutes, 26

6    seconds.

7            (Video played.)

8    Q.    If we can just go back a small second here.  Agent Abrams,

9    do you see this individual in front of -- that I'm going to

04:15 10    circle here in front of the Rotunda or the East Rotunda doors

11    here?

12    A.    Yes.

13    Q.    Who is that individual?

14    A.    Officer Marc Carrion.

15    Q.    And where is he positioned?

16    A.    In front of the door blocking it.

17            MR. EDWARDS:  Can we play now to 12 minutes, 37

18    seconds.

19            (Video played.)

04:16 20    Q.    Now, Agent Abrams, where does this video come from?

21    A.    News2Share.

22    Q.    Is this about 2:37 p.m.?

23    A.    Yes.

24    Q.    Is it the same East Rotunda Door right outside of the top

25    of the stairs?

1    A.    It is.

2    Q.    And what appears to be in William Isaacs' right ear here?

3    A.    Some sort of earpiece.

4          MR. EDWARDS:  Can we play forward to two minutes -- 12

5    minutes and 52 seconds.

6          (Video played.)

7    Q.    Now, who followed up behind William Isaacs as they moved

8    towards the doors?

9    A.    Kenneth Harrelson and Joseph Hackett.

04:17 10    Q.    Are the doors open or closed at this point?

11   A.    Closed.

12         MR. EDWARDS:  Can we play now to 13 minutes, 44

13   seconds.

14         (Video played.)

15   Q.    Agent Abrams, is Kelly Meggs following up behind Joseph

16   Hackett?

17   A.    Yes.

18         (Video played.)

19   Q.    Okay.  Agent Abrams, did you hear during that clip people

04:18 20   yelling, "Oath Keepers"?

21   A.    Yes.

22   Q.    Can you tell me, where is David Moerschel's left hand in

23   this video clip I've circled here?

24   A.    On Caleb Berry's back.

25         MR. EDWARDS:  Can we play to 13 minutes, 44 seconds.

1    Actually, can we go back and just play forward from 13:44 on.

2    Thank you.

3            (Video played.)

4    Q.    Agent Abrams, are these the -- what are these yellow --

5    what's this yellow outlining here?

6    A.    Those are the doors, the East Columbus doors into the

7    Rotunda Lobby inside the Capitol.

8    Q.    And at about 2:37 p.m., do they open?

9    A.    Yes.

04:19 10    Q.    Are Hackett and Moerschel in the bottom left here in the

11    exhibit?

12    A.    Yes.

13    Q.    Okay.  And as it plays forward, is this symbol something

14    the government has added to show that we are fast-forwarding

15    through the exhibit?

16    A.    It is.

17    Q.    Okay.  What are we seeing here at 13 minutes and 44

18    seconds?

19    A.    Kelly Meggs with his arm, wrist up with a closed fist.

04:20 20    Q.    Okay.  And did the FBI in fact find video of Kelly Meggs'

21    hand motion in another video?

22    A.    Yes.

23            MR. EDWARDS:  Can we please play now to 15 minutes and

24    13 seconds.

25            (Video played.)

1   Q.   Agent Abrams, can you describe what Kelly Meggs is doing

2   with his hand here?

3   A.   It appears he's holding it in the air and pushing forward

4   as if instructing them.

5        MR. EDWARDS:   Okay.  Can we pause here, Ms.

6   Badalament.  Sorry.  Thank you.

7   Q.   Did you see any other hands in the air doing the same

8   motion?

9   A.   No.

04:21 10   Q.   Okay.  And where do Hackett and Moerschel and the rest of

11   the group go after the doors open and Kelly Meggs made that

12   hand motion?

13   A.   They go inside.

14   Q.   Can we play --

15        MR. PEED:   Objection, Your Honor.

16        THE COURT:   Sorry?

17        MR. PEED:   I just have an objection, Your Honor.

18   Based on the last question, I think that raises a completeness

19   objection.  I would ask that the video be played in its

04:21 20   entirely, or at least this segment.

21        MR. EDWARDS:   Your Honor, the government asked her a

22   question as to what she saw in this clip.

23        THE COURT:   Right.  I'm not sure, is there any further

24   footage of -- I don't know what the footage further shows.

25        MR. EDWARDS:   My last question was to just ask what

```
 1    did --
 2            THE COURT:  I know.  I don't know what the footage
 3    further shows in terms of --
 4            MR. EDWARDS:  Yeah, I'm not sure we're -- speaking in
 5    response -- I'm not sure where Mr. Peed is going.
 6            MR. PEED:  We cab get on the phones if you'd like,
 7    Your Honor.
 8    SIDEBAR:
 9            THE COURT:  Go ahead, Mr. Peed.
10            MR. PEED:  Okay.  Your Honor, obviously the court has
11    ruled on the summary exhibit, but I think the government
12    crossed the line when they said did you see any other hands
13    move, when we know that the broader clip has other hands
14    moving.  So that I think requires us, for completeness
15    purposes, under Rule 106, at the same time show the clip which
16    it's already labeled in here as the exhibit, so I just ask the
17    exhibit be played.
18            MR. EDWARDS:  Your Honor, my understanding is that
19    if -- my memory is that the rest of the exhibit shows that at
20    different time.  I was asking Special Agent Abrams at this
21    specific time point are there other people doing that hand
22    motion around him, around Hackett and Moerschel.  Obviously the
23    government's question here was to show there's Kelly Meggs in
24    their line of sight, Hackett and Moerschel.  Are there other
25    people in their line of sight in front of Kelly Meggs in that
```

```
 1   moment doing the same thing.
 2            THE COURT:  How much longer is the video?
 3            MR. EDWARDS:  Sorry, this exhibit or the video clip?
 4            THE COURT:  The one that Mr. Peed wants played, how
 5   much longer is the clip?
 6            MR. EDWARDS:  I don't know.  We're pulling it up now
 7   to see how much longer the clip goes.
 8            Again, the government's position here was --
 9            THE COURT:  I understand.  I'm just trying to figure
10   out how much longer it needs to run in order to show whatever
11   happens afterwards.
12            MR. EDWARDS:  We're looking into it now, Your Honor,
13   we're pulling the clip.
14            Your Honor, while we pull the clip, I'd ask two
15   things.  One, if Mr. Peed has the clip, it would be helpful if
16   he could just pull it.  It doesn't look like we have it saved
17   locally.
18            And then the second thing, Your Honor, is if Mr. Peed
19   is getting at the idea that other people are doing something
20   while chanting, I can ask a followup question:  Was anybody
21   chanting "Trump" at that moment, because the video is clear and
22   the jury can hear that it was.
23            MR. PEED:  I pulled up the clip I was thinking of,
24   Your Honor.  It's one minute long.  There's no CCTV timestamp
25   on it.  But it's the one that was played in the prior trial.
```

1          MR. EDWARDS:  Your Honor, we've got the full video,

2     it's active online.  It's an hour and eight minutes.

3          THE COURT:  All right.  Well --

4          MR. PEED:  One minute I would ask to be played.

5          THE COURT:  It's not clear to me that the one minute

6     that you're talking about from the prior trial was immediately

7     following from the image of Mr. Meggs' hand up.

8          MR. PEED:  It looks to me like it does, Your Honor.

9          THE COURT:  If you've got something that continues for

04:25 10   another 30 seconds, fine; I'll ask that it be played now.  Are

11     you certain it actually follows sequentially and it's not in a

12     different time period?

13          MR. PEED:  If I could show the court the screenshot at

14     the end of this video with Meggs' hand, it looks to me like the

15     same.

16          THE COURT:  I can't see it from where I am.  So it's

17     not quite feasible.

18          MR. EDWARDS:  Is this it on the screen?

19          THE COURT:  No.

04:26 20        MR. EDWARDS:  Sorry, okay.

21          THE COURT:  Look, we've got another half hour here.

22     Let's -- if you've got it, Mr. Peed, and it can be teed up, you

23     can run it for another 30 seconds.  That's fine, and we'll move

24     on, okay

25     (End of sidebar.)

1    Q.    Okay.  Agent Abrams, we're going to show, based on the

2    defense request, an extra 30 seconds of one of the clips we

3    just discussed.

4    A.    Okay.

5             THE COURT:  I don't know what's happening between the

6    two of you, but can we play, what, the 30 seconds I've

7    permitted to be played.

8             MR. EDWARDS:  I'll just note for the record it's a

9    different source.  It's not the clip -- it's not an extension

04:27 10    of the clip we just played, it's from a different source.

11             THE COURT:  Then it's not subject to Rule 106.

12             MR. PEED:  Same moment in time, Your Honor, just for

13    the record.

14             THE COURT:  You can show it on cross-examination.

15    It's not subject to Rule 106.  I thought it was from the same

16    source.

17             MR. EDWARDS:  Thank you.

18    BY MR. EDWARDS:

19    Q.    Agent Abrams, continuing forward, okay.  I'd asked a

04:27 20    second ago, where did Hackett and Moerschel and their group go

21    after the doors opened and Kelly Meggs made that hand motion?

22    A.    They all proceeded to enter the Capitol.

23             MR. EDWARDS:  We can now play forward to 15 minutes,

24    33 seconds.

25             (Video played.)

1    Q.    Okay.  Agent Abrams, by the 2:39 to 2:40 mark, who was in

2    front of this group going into the Capitol?

3    A.    William Isaacs.

4    Q.    Okay.  And who was behind him now?

5    A.    The rest of Line 1.  This is Kelly Meggs, David Moerschel,

6    Caleb Berry, and Jason Dolan.

7            MR. EDWARDS:  Can we play to 15 minutes 49 seconds.

8            (Video played.)

9    Q.    Okay.  Agent Abrams, you mentioned William Isaacs was the

04:29 10   first to enter into the building.  Did the FBI discover

11   multiple videos that showed different angles of that entry

12   point?

13   A.    Yes.

14   Q.    Okay.  So at approximately 2:38 or 2:39, is this a video

15   from Parler?

16   A.    Yes.

17           MR. EDWARDS:  And can we play forward to 16 minutes

18   and six seconds.

19           (Video played.)

04:30 20   Q.    Okay.  Agent Abrams, in the middle here in the doorway, is

21   this an individual law enforcement officer?

22   A.    Yes.  There are two.

23   Q.    And how can you tell that?

24   A.    Well, one says U.S. Capitol Police on the jacket, and the

25   other is wearing a helmet, riot helmet.

1          MR. EDWARDS:  Can we play forward to 16 minutes, ten

2    seconds.

3    Q.   Did one of the rioters in this area yell, "Take his helmet

4    off"?

5    A.   Yes.

6    Q.   And did another rioter in fact attempt to do that in this

7    video?

8    A.   Yes.

9          MR. EDWARDS:  Can we play now to 17 minutes 19

04:30  10    seconds.

11          (Video played.)

12    Q.   Is this William Isaacs' attempting to enter the building

13    here, like you testified earlier?

14    A.   Yes.

15    Q.   Okay.  At that time, at about 2:38 p.m., were Hackett and

16    Moerschel and the rest of their group behind William Isaacs?

17    A.   Yes.

18    Q.   Okay.  And who was in front -- I'm sorry.

19          MR. EDWARDS:  Actually, if we can, let's just play now

04:32  20    to 17 minutes, 26 seconds.

21          (Video played.)

22          MR. EDWARDS:  If we could pause here.

23    Q.   Now, let me ask you -- I thought we had paused a little

24    earlier.  Who was in front -- who was following behind William

25    Isaacs?

1    A.    Kelly Meggs, Jason Dolan, Hackett, and Harrelson.

2          MR. EDWARDS:  Okay.  And can we continue going forward

3    for five seconds.

4          (Video played.)

5    Q.    Right here, Agent Abrams, at 17 minutes, 26 seconds, where

6    is Joseph Hackett's left hand?

7    A.    On Kelly Meggs' back.

8    Q.    Okay.  Is this at about 2:39 p.m. as the group is heading

9    toward those doors into the building?

04:33 10   A.    Yes.

11          MR. EDWARDS:  Okay.  Can we play now to 18 minutes, 15

12   seconds.

13          (Video played.)

14   Q.    Okay.  So at about 2:38 into 2:39, did Isaacs finally make

15   it into the building?

16   A.    Yes.

17          MR. EDWARDS:  Ms. Badalament, can we please go to

18   Exhibit 1500.2.  And can we play forward where we left off to

19   10:36.

04:35 20   Q.    And, Agent Abrams, what is this view?

21   A.    This is a CCTV camera from inside the Rotunda lobby on the

22   east side of the Capitol.

23   Q.    So the videos that we just watched, where were those in

24   relation to what this camera is showing?

25   A.    They were on the other side of those doors there.

1    Q.    So we're now inside where William Isaacs then comes in?

2    A.    Yes.

3    Q.    Okay.  At around 2:38, where are Hackett and Moerschel and

4    the rest of their group as it relates to this moment in the

5    camera?

6    A.    Essentially on the other side.

7          MR. EDWARDS:  Okay.  Can we play forward to 11

8    minutes, please.

9          (Video played.)

04:35 10   Q.    Okay.  We'll pause here.  At 2:38 p.m., where is William

11   Isaacs?

12   A.    He is proceeding to enter the Capitol.

13   Q.    Where is Edward Vallejo?

14   A.    At a hotel in Ballston, Virginia.

15   Q.    Is this after having found his truck and returned to the

16   hotel?

17   A.    Yes.

18   Q.    At that moment at 2:38, what does Vallejo message the

19   group chat?

04:36 20   A.    He says, "QRF standing by at hotel.  Just say the word."

21         MR. EDWARDS:  Okay.  Let's play forward to 12 minutes

22   and 25 seconds.

23         (Video played.)

24   Q.    By 11 minutes, 40 seconds in the video had William Isaacs

25   made his way through the lobby?

```
 1    A.    Yes.

 2              (Video played.)

 3    Q.    Okay.  Agent Abrams, at about what time does Hackett and

 4    Moerschel and the rest of their group reach the Capitol

 5    building?

 6    A.    Approximately 2:41 p.m.

 7    Q.    Who is here at the front of that group?

 8    A.    Kelly Meggs.

 9    Q.    And are Hackett and Moerschel behind him?

10    A.    They are.

11              MR. EDWARDS:  Ms. Badalament, can we go back to

12    Exhibit 1503.1 and jump to and pause at 19 minutes and four

13    seconds.

14              (Video played.)

15    Q.    Agent Abrams, does this exhibit show that same CCTV

16    camera?

17    A.    Yes.

18    Q.    Okay.  So this is that same view, it's just in another

19    exhibit, from the Rotunda lobby area?

20    A.    Correct.

21              MR. EDWARDS:  Can we play forward now to 19 minutes

22    and 21 seconds.

23              (Video played.)

24    Q.    Okay.  Agent Abrams, who is this that's holding up a

25    phone?
```

1    A.    Kenneth Harrelson.

2    Q.    At 19 minutes, 21 seconds did the FBI also discover

3    recordings on Kenneth Harrelson's phone from inside the

4    building?

5    A.    Yes.

6    Q.    Is that video and audio now overlaid on top of the CCTV

7    camera?

8    A.    It is.

9    Q.    Normally does the CCTV camera have audio?

04:39 10    A.    No.

11    Q.    So does the audio come from Kenneth Harrelson's phone

12    video?

13    A.    Yes.

14          MR. EDWARDS:    Can we play now to 19 minutes and 45

15    seconds?

16          (Video played.)

17    Q.    Okay.    Agent Abrams, where do Hackett and Moerschel and

18    the group that they're with go after entering the Capitol

19    building?

04:40 20    A.    Into the Rotunda.

21    Q.    All right.    Is that the room that we're seeing here in

22    Kenneth Harrelson's phone?

23    A.    Yes.

24    Q.    This upper-right video here?

25    A.    Yes.

1    Q.    So it's facing almost, you know, down as it relates to

2    this CCTV video --

3    A.    Yes.

4    Q.    -- into the next room?

5    A.    Correct.

6    Q.    Okay.  I'm going to focus your attention here to these two

7    individuals.  Who is David Moerschel linking arms with?

8    A.    Caleb Berry.

9    Q.    Okay.  And as that -- do they do that as they head into

04:40 10   the Rotunda?

11   A.    Yes.

12   Q.    Okay.  And who is directly behind them here?  I'm circling

13   right above them at the center of the photo.

14   A.    Kelly Meggs.

15         MR. EDWARDS:  And can we now move forward to 19

16   minutes and 58 seconds.

17         (Video played.)

18   Q.    Okay.  Agent Abrams, what is this exhibit showing?

19   A.    This is showing a photograph from an L.A. Times

04:41 20   photographer that depicts Kenneth Harrelson and Jason Dolan as

21   they walk into the Rotunda.

22   Q.    Is this around 2:41 p.m., that same moment, the

23   surveillance camera was showing them entering the next room?

24   A.    Yes.

25   Q.    And just to explain here, is this photograph from this

1  camera that's being held up in the air?

2  A.    Yes.

3  Q.    Okay.  And so at this moment as Kenneth Harrelson and

4  Jason Dolan are entering the Rotunda, are Hackett and Moerschel

5  behind them?

6  A.    They are.

7          MR. EDWARDS:  Now, can we play through to the end of

8  the exhibit at 20 minutes and 22 seconds.

9          (Video played.)

04:42 10  Q.    By the time 2:41 rolls around, is Jessica Watkins now

11  entering the Rotunda?

12  A.    Yes.

13          MR. EDWARDS:  Okay.  Speaking of Jessica Watkins, Ms.

14  Badalament, can we return back to Exhibit 1502.  Can we jump to

15  and pause at eight minutes and 34 seconds.

16          (Video played.)

17  Q.    So we just left from when the group enters at about 2:41

18  p.m.  At about the same time is Jessica Watkins Zello chat

19  still active?

04:43 20  A.    It is.

21          MR. EDWARDS:  Okay.  Can we play forward now to nine

22  minutes and 25 seconds.

23          (Video played.)

24  Q.    Okay.  We've paused now at nine minutes, 25 seconds.

25  Agent Abrams, did the FBI also discover videos that had audio

1    on Jessica Watkins' cell phone?

2    A.    Yes.

3    Q.    Can you just describe for the jury, what happened there

4    with the audio as we switched from the Zello transmission to

5    Jessica Watkins' cell phone video?

6    A.    The way Zello works is you can hear the broadcast over

7    your phone speaker, so even if you're using it to take a video,

8    you would still be able to hear the audio.

9    Q.    And so the audio that the jury heard during the Zello

04:44 10   transmission, was that from the actual Zello recording?

11    A.    On this particular video?

12    Q.    Correct.

13    A.    That was from her phone.

14    Q.    From her phone?

15    A.    Yes.

16    Q.    Okay.  And then as it goes into the cell phone video, you

17    can hear out loud still that Zello transmission occurring?

18    A.    Yes.

19    Q.    Okay.  And it's at about 2:44 p.m.?

04:44 20   A.    Yes.

21            MR. EDWARDS:  Can we play forward to nine minutes and

22    45 seconds.

23            (Video played.)

24    Q.    Now, at about 2:44 p.m., first of all, Agent Abrams, where

25    does this video come from?

1    A.    Sandra Parker's phone.

2    Q.    Is Sandra Parker still with Jessica Watkins and the rest

3    of this group as they're in the Rotunda?

4    A.    Yes.

5          MR. EDWARDS:    Can we play forward to ten minutes and

6    13 seconds.    First, I apologize.    If you could pause, Ms.

7    Badalament.

8    Q.    Who do we see here in the center of the video?

9    A.    Jessica Watkins.

04:45 10   Q.    Do we see her using her cell phone?

11   A.    Yes.

12         MR. EDWARDS:    Okay.    We can now play forward.

13         (Video played.)

14   Q.    Okay.    Agent Abrams, did we go back and forth between the

15   Zello transmission now and a video from Donovan Crowl's phone?

16   A.    We did.

17   Q.    Did we see Jessica Watkins and Donovan Crowl in the

18   Rotunda?

19   A.    Yes.

04:46 20   Q.    Did you hear them say that they overran the Capitol?

21   A.    Yes.

22   Q.    What does FreedomDozier say to Jess -- first of all, is

23   Jess -- does Jessica Watkins go by "Jess"?

24   A.    Yes.

25   Q.    What does FreedomDozier 91 say at 2:46 p.m.?

2965

A.    "Get it Jess.  Do your shit.  This is what we fucking

lived up for, everything we fucking trained for."

        MR. EDWARDS:  Can we please play a couple more seconds

to ten minutes and 17 seconds.

        (Video played.)

Q.    Okay.  According to the surveillance video -- let me pause

there, Agent Abrams.  Okay.

        MR. EDWARDS:  Ms. Badalament, can we actually go back

to Exhibit 9552, please, and go back to some of the messages

that some of the members of this group were exchanging at about

this time.

Q.    Okay.  So this message at 2:38, we've reviewed it, this is

from Vallejo that says, "QRF standing by at hotel.  Just say

the word."

        Did the group that are -- some of the group that were

members of this DC Op Jan 6, did they then proceed into the

Capitol building?

A.    Yes.

        MR. EDWARDS:  Can we go to the next message.

Q.    What does Highlander KT say one minute later to the group

chat?

A.    "They are reporting teargas or pepper spray deployed

inside the Rotunda.  Not sure at this point."

        MR. EDWARDS:  Okay.  Can we go to the next message.

Q.    Agent Abrams, who is Western State Lead?

1    A.    Paul Stamey.

2    Q.    And who is Paul Stamey?

3    A.    He is under the orange line on the QRF.

4    Q.    The QRF.  Are you pointing to the Exhibit 1531 here?

5    A.    Yes.

6    Q.    Can you point out for the jury, where is he?

7    A.    He is right here.

8    Q.    Okay.  And where was Paul Stamey at this time?

9    A.    At the hotel.

04:48 10   Q.    And what does he say at 2:40 p.m. to the group chat?

11   A.    "That affirmative."

12         MR. EDWARDS:  Can we go back to the last message.

13   Q.    And this was at 2:39.  So 30 seconds later he's responding

14   to that group chat?

15   A.    Yes.

16   Q.    Okay.  "That affirmative."

17         MR. EDWARDS:  Can we go to the next message, please.

18   Q.    At about that exact same time, 2:40 p.m., does Rhodes

19   message the Old Leadership chat?

04:48 20   A.    He does.

21   Q.    What does he say?

22   A.    "Hare."

23   Q.    Does Rhodes then go to the group chat to send photographs

24   and updates of what's happening?

25   A.    Yes.

1          MR. EDWARDS:  Okay.  Can we go to the next slide,

2    please.

3    Q.   And so what are we seeing here at 2:40 from Rhodes to the

4    group chat?

5    A.   The photo from the west side of the Capitol.

6    Q.   And is this from Stewart Rhodes at this time based on your

7    investigation?

8    A.   Yes.

9          MR. EDWARDS:  Can we go to the next message.

04:49 10   Q.   What does he say next?

11   A.   "South side of U.S. Capitol.  Patriots pounding on doors."

12         MR. EDWARDS:  And the next message.

13   Q.   What does Jim say to the group chat?

14   A.   "We own that fucking building and keep charging."

15   Q.   So is Jim on the board?

16   A.   No.

17   Q.   What does Highlander KT send immediately after that?

18   A.   "They are deploying protective masks to Congress and being

19   evacuated.  Chickens.  Face the music you wankers.  I have

04:49 20   goosebumps watching this."

21   Q.   Does Rhodes then send another photo?

22   A.   Yes.

23   Q.   Where is this photo?  What does it show?

24   A.   The Capitol.

25   Q.   What side?

| | |
|---|---|
| 1 | A.   The west side. |
| 2 | Q.   And is that where Rhodes still is at 2:42? |
| 3 | A.   Yes. |
| 4 | Q.   What does he send to the group chat next? |
| 5 | A.   "Pissed off patriots." |
| 6 | MR. EDWARDS:  Okay.  And the next slide. |
| 7 | Q.   What does he send to the group chat again? |
| 8 | A.   "Come to south side, just left of dome." |
| 9 | Q.   Did he send another photograph? |
| 04:49 10 | A.   He does. |
| 11 | Q.   Do you see earlier in the message he referred to the dome? |
| 12 | A.   Yes. |
| 13 | Q.   Is this a picture of the dome of the Capitol? |
| 14 | A.   It is. |
| 15 | Q.   And is that dome, is that the center of the Capitol where |
| 16 | the Rotunda is? |
| 17 | A.   Yes. |
| 18 | Q.   And this is at about 2:43 p.m.? |
| 19 | A.   Correct. |
| 04:50 20 | Q.   Where are Hackett and Moerschel and the rest of the Line 1 |
| 21 | group? |
| 22 | A.   Inside the Rotunda. |
| 23 | Q.   Now, Agent Abrams, did Rhodes also record video while he |
| 24 | was on that west side of the Capitol? |
| 25 | A.   Yes. |

1          MR. EDWARDS:  Okay.  Ms. Badalament, can we go back to

2    Exhibit 1500.2 and jump to and pause at 13 minutes and three

3    seconds.

4    Q.    Agent Abrams, where was this video recovered?

5    A.    Rhodes' iCloud.

6    Q.    And can you tell based on the video or the metadata what

7    time the video showed?

8    A.    Yes.

9    Q.    What time was it?

04:50 10   A.    2:41 p.m.

11   Q.    Okay.  And can you tell the location of the video based on

12   what you're seeing here?

13   A.    The west side.

14   Q.    Is it showing the same dome or Rotunda?

15   A.    Yes.

16          MR. EDWARDS:  Can we play forward to 13 minutes and 24

17   seconds.

18          (Video played.)

19   Q.    Okay.  Agent Abrams, at 2:41 when Stewart Rhodes was

04:51 20   messaging the group chat to come to the dome of the Capitol,

21   what does he say here?  Sorry, I'm not very good at

22   underlining.

23   A.    "They need to shit their fucking pants."

24   Q.    What does he say after that?

25   A.    "Sic semper tyrannis."

1    Q.   Do you know what that means?

2    A.   Thus unto tyrants.

3    Q.   Can you say that again?  I'm sorry, I didn't hear you.

4    A.   Thus unto tyrants.

5    Q.   Okay.  So by 2:41 p.m. Rhodes is outside of the west side

6    of the Capitol.  Let's go back to Mr. Minuta.

7         MR. EDWARDS:  Ms. Badalament, can you go back to

8    Exhibit 1508 showing Mr. Minuta and that group's actions as

9    they head to the Capitol.  We left off with Minuta about two

04:52 10    minutes and 13 seconds into this video.  Can we play forward to

11    two minutes and 24 seconds.

12         (Video played.)

13    Q.   Agent Abrams, can you remind the jury at 2:35 p.m. when

14    they arrive at the Capitol, who was with Mr. Minuta?

15    A.   Joshua James, Jonathan Walden, Rick Jackson, Brian Ulrich,

16    Mark Grods.

17    Q.   And are some of those images captured in Mr. Minuta's

18    video that he recorded on Facebook?

19    A.   Yes.

04:52 20         MR. EDWARDS:  Can we play forward to three minutes and

21    18 seconds.

22         (Video played.)

23    Q.   Okay.  Agent Abrams, when Minuta arrived at the Capitol

24    grounds, what side of the Capitol was he on?

25         THE COURT:  Sorry to interrupt.  Could you ask the

1   agent the foundation for the earlier identifications, Mr.

2   Ulrich --

3          MR. EDWARDS:  Oh, yes.  The same set of questions.

4   Yes, Your Honor.

5          Can we go back a couple of seconds, Ms. Badalament,

6   toward -- I think it's around two minutes, and let's go a

7   little bit back.  Sorry.

8   Q.   In the meantime, Agent Abrams, you identified a few

9   individuals that Mr. Minuta was with when they arrived on the

04:54 10   Capitol grounds; is that correct?

11   A.   Yes.

12   Q.   One of the individuals you identified was Brian Ulrich?

13   A.   Yes.

14   Q.   Have you seen photos and videos of Brian Ulrich on January

15   6th?

16   A.   Yes.

17   Q.   And in the course of your investigation, have you seen

18   photos and videos of Mr. Ulrich on other days other than

19   January 6th?

04:54 20   A.   Yes.

21   Q.   Have you ever seen Mr. Ulrich in person?

22   A.   I have.

23   Q.   Have you heard him speak?

24   A.   I have.

25   Q.   And so that individual in the center of this frame here,

1   that's Mr. Ulrich?

2   A.   Yes.

3   Q.   Similarly, this individual on the right that you

4   identified as Rick Jackson, have you seen photos and videos of

5   Rick Jackson from January 6th and what he was wearing?

6   A.   Yes.

7   Q.   And have you seen photos and videos of Rick Jackson on

8   other days?

9   A.   Yes.

04:55 10   Q.   And have you seen Rick Jackson in person?

11   A.   No.

12   Q.   Okay.  So are you able to identify Rick Jackson based on

13   what he is wearing and how he appears based on the videos from

14   January 6th?

15   A.   Yes.

16   Q.   Okay.  Similar set of questions here for the individual in

17   the back, Jonathan Walden or this individual here with the --

18   you can't see it here, but does Mr. Walden have an animal with

19   him?

04:55 20   A.   He does.

21   Q.   What kind of animal?

22   A.   A dog.

23   Q.   And do you, based on your investigation, know what the dog

24   was wearing?

25   A.   A vest.

```
 1   Q.   Was there anything on the vest?

 2   A.   I believe so, but I don't recall.

 3   Q.   Okay.  And have you seen photos and videos of Jonathan

 4   Walden from January 6th?

 5   A.   Yes.

 6   Q.   And did he have that dog with him throughout January 6th?

 7   A.   He did.

 8   Q.   Have you seen photos and videos of Jonathan Walden on

 9   other days other than January 6th?

10   A.   Yes.

11   Q.   So are you able to identify this individual with the dog?

12   A.   Yes.

13        MR. EDWARDS:  Okay.  Can we go forward a little bit,

14   Ms. Badalament.  Keep going a little bit.  Thank you.

15        (Video played.)

16        Okay.  Can we pause here, Ms. Badalament.

17   Q.   Just one more individual, Agent Abrams, Mark Grods you

18   identified earlier in the video?

19   A.   Yes.

20   Q.   Have you seen photos and videos of Mark Grods from January

21   6th and what he was wearing?

22   A.   Yes.

23   Q.   And items that he had with him?

24   A.   Yes.

25   Q.   And have you seen photos and videos of Mark Grods outside
```

1    of January 6th?

2    A.    Yes.

3    Q.    So based on your investigation and what you've seen from

4    Mark Grods, are you able to identify him in these videos?

5    A.    Yes.

6            THE COURT:  Okay.  Why don't we break for the day.

7    Ladies and gentlemen, thank you for your time and attention.  I

8    know it's been a long day, but we got through -- it was an

9    efficient workday.  So thank you all very much.  We will start

10   again tomorrow at 9:30.  I look forward to seeing you then.

11   Thank you.

12           (Jury exits the courtroom.)

13           THE COURT:  Ms. Abrams, you can step down.  Just the

14   same reminder:  Do not discuss your testimony overnight.

15           THE WITNESS:  Okay.

16           THE COURT:  Anything we need to discuss before we

17   adjourn?

18           MS. HALIM:  I have a couple of things, if that's all

19   right.

20           THE COURT:  Sure.

21           MS. HALIM:  Just to get the ball rolling on a couple

22   of different things.  First is regarding Mr. Hackett.  I intend

23   to put on character witnesses for Mr. Hackett once we

24   transition to the defense, and I spoke with Mr. Edwards the

25   other day and he indicated that the government would intend to

1    cross-examine character witnesses based on specific instances

2    of Mr. Hackett's conduct.

3           And so to that end I am seeking a ruling from the

4    court in advance regarding the appropriate scope of

5    cross-examination of a character witness.  And specifically I

6    want to make clear that I'm not calling opinion -- I'm not

7    seeking opinion testimony from a witness as to Mr. Hackett's

8    character.  I will be eliciting reputation in the community

9    character testimony, so is this witness familiar with his

04:58 10   reputation.  And specifically I would be inquiring about

11   reputation as to truthfulness or character for honesty, I guess

12   we could call it, and peacefulness and nonviolence.

13          So when Mr. Edwards and I were speaking, I was candid

14   that I hadn't researched the DC Circuit case law yet.  In the

15   Third Circuit the practice is very common that the scope is

16   very limited when it's reputation.

17          THE COURT:  Scope of the cross?

18          MS. HALIM:  Of the cross.  I'm sorry, yes.

19          So I found two cases, so I wanted to give those cites

04:59 20   so that everybody can take a look and then we can talk about

21   this at a future time.

22          The first is a DC Circuit case *U.S. v. Fox*, and the

23   cite for that is 473 F.2d 131.  It's from 1972.  And the second

24   case is a Supreme Court case from 1969, *U.S. v. Schimon,*

25   however that's pronounced.  Oh, no, sorry, it can't be Supreme

1    Court because it's 420 F.2d 251.  I'm not sure which circuit

2    that is.

3              THE COURT:  Sorry.  420 F.2d?

4              MS. HALIM:  251.

5              THE COURT:  Okay.

6              MS. HALIM:  And the *Fox* case does cite it.  I'm not

7    sure what circuit it's from.

8              So I believe those cases say that the scope of

9    cross-examination should be limited to the basis of the

05:00 10   witness's knowledge of the reputation in the community, the

11   witness's own background and whether or not there's anything

12   impeachable in the witness's background, and then if the

13   government has other or competing hearsay reputational-type

14   evidence, but not devolve into the specific instances of

15   conduct.

16             So I put that out there for a subject for discussion

17   at a further point.

18             The second thing I have to raise is we got

19   notification, I think it was yesterday, from Mr. Nestler, and

05:00 20   then I saw there were some exhibits uploaded this morning for a

21   Jamie Fleet.  And I'm going to ask for an offer of proof from

22   the government as to the relevance of this person's testimony.

23   He appears to be the staff director of communication and senior

24   adviser to the Speaker, who of course was Nancy Pelosi on

25   January 6th.

           1              There are photos of damage to the Speaker's office

           2    that Mr. Fleet took and provided to the government.  And absent

           3    a connection to any Oath Keeper, I would argue that Mr. Fleet's

           4    testimony is not relevant.

           5              THE COURT:  Okay.  Mr. Nestler?

           6              MR. NESTLER:  Happy to proffer now if Your Honor would

           7    like.  Mr. Fleet was in the House Chamber during an important

           8    point on January 6th to observe what was happening inside of

           9    the House Chamber.  I can describe the security response,

05:01     10    including what members of Congress were doing, including

          11    putting on gas masks, and how he himself felt as people were

          12    drawing firearms and protecting the doors.

          13              In addition, he was in touch with -- let me put it

          14    this way:  There were members of Speaker Pelosi's staff who

          15    were hiding in the Speaker's suite, which was just outside of

          16    where Mr. Hackett and Mr. Moerschel were for about 10 or 15

          17    minutes from about 2:45 to 3:00, as well as other members of

          18    the group.  And Mr. Fleet was in touch with eight members of

          19    Speaker Pelosi's staff who were barricaded inside of a

05:02     20    conference room inside of that suite where the members of the

          21    Oath Keepers were outside of.  And he will describe

          22    communications with them and other members of the staff during

          23    that time contemporaneously, and also his observations about

          24    the damage to the doors to the conference room where they were

          25    hiding, as well as surveillance video identifying them going

1    into hiding and coming out of hiding.

2         MS. HALIM:  Can I respond now?  So I would say that

3    that is not relevant because Mr. Fleet, based on Mr. Nestler's

4    proffer, did not actually see any Oath Keepers.  It was -- as

5    far as I know, there's no evidence whatsoever that any Oath

6    Keeper actually made it to the House or did any damage of the

7    House office -- or the Speaker's office, I'm sorry, the

8    Speaker's office.  I misspoke.

9         With respect to the allegation that Mr. Hackett and

05:02 10   Mr. Moerschel were just outside the Speaker's office, I don't

11   believe that's accurate.  In fact, I think we can show that

12   just based on the fact that there was about a five-minute

13   period in which you can't see them on any camera at all

14   whatsoever.

15        There are thousands of cameras throughout that Capitol

16   building.  Had they been en route or going towards the

17   Speaker's office, I absolutely think that we would see them on

18   a camera.  And, in fact, Mr. Weinberg and I spent some time

19   trying to reconstruct, and we think we found sort of the area

05:03 20   where they must have been standing, which is just sort of in a

21   corner and just standing, not going anywhere.

22        So for all those reasons I would say that Mr. Fleet's

23   testimony is more designed to inflame the jury's passion than

24   it is to actually connect to anything relevant in this case.

25        THE COURT:  When do you anticipate calling him?

1   Tomorrow?

2           MR. NESTLER:  Probably Friday, but depending on how

3   long cross-examination of Special Agent Abrams takes, it could

4   be late tomorrow, but probably more likely Friday or Monday.

5           THE COURT:  Right.  That seems more likely.

6           So, look, my initial reaction is this:  That depending

7   upon the timing of when he was on the House floor, I certainly

8   think that in the same way that the Parliamentarian describes

9   some of his experiences on the House floor, and ultimately

05:04 10   there is a charge here for disrupting the Congressional

11   proceedings, the certification, you know, there's some

12   probative value to the proffered testimony.

13           In terms of his communications with those in the

14   Speaker's suite, I guess I'd have to -- well, one, there's a

15   hearsay issue potentially.  I don't know what exactly he's

16   going to say.

17           MR. NESTLER:  Sure.  We can just put this out in the

18   open.  We're not planning to call any of the eight staffers of

19   Speaker Pelosi who were actually hiding in the Speaker's suite.

05:05 20   It's not our intention to have them testify publicly.

21   Mr. Fleet was planning to testify in lieu of them.

22           We understand the limitations of that, because he

23   wasn't the one actually hiding, so we have surveillance video

24   showing them going into hiding and surveillance video showing

25   them coming out of hiding.  He's very familiar with the

1    Speaker's suite and with this camera view and all eight of
2    these people, and can describe who they are, what that room is,
3    where they were, and how that all works; and the fact that he
4    was -- while he was evacuated, he was in touch with them and
5    others about their security situation, including with Special
6    Agent Lazarus, who ended up finding them and rescued them at
7    around 3:25 p.m.  So Mr. Fleet will be able to describe all of
8    that.

9         And to what Ms. Halim has represented about where her
05:05 10   client was, that's a factual question for the jury.

11        Our position is that Mr. Hackett and Mr. Moerschel, as
12   well as Mr. Meggs and other members of the group that went
13   south towards the House, were in what's called the Small
14   Rotunda for about 10 or 15 minutes, and that is at the entrance
15   of the Speaker's Suite.  And we have a map and a diagram, and
16   Mr. Fleet will be able to describe all of that.

17        THE COURT:  All right.  Well, I guess -- I mean, well,
18   look, in terms of -- again, I'll sort of come back to where I
19   was, which is in terms of -- I mean, it sounds like he is
05:06 20   prepared to describe and testify about what other people
21   experienced.  And I have concerns about his ability and the
22   basis to do that.

23        If what you're telling me is that he had phone
24   conversations with various people during that time, it will
25   depend upon what those conversations were and what those people

said and whether it meets some exception.  If, for example,
they said, "There are people knocking at the door, we're really
afraid," that could in theory be a present sense impression.
But we'd have to have some foundation to understand that to be
the case.

But, you know, for example, you just suggested that he
can look at a video and say they went into hiding.  I'm not
sure how he can say that, not having actually been there.  And
if it's based upon what other people have told him, then there
they would have to meet some exception to allow it to be
conveyed.

MR. NESTLER:  To be clear, he doesn't have to use the
word "hiding."

There's a conference room.  There's only one way in
and one way out.  And the surveillance video is pretty clear.
It shows eight staffers going in around 2:15 p.m. and it shows
them not leaving until 3:25 p.m., after dozens or hundreds of
rioters had come down that hallway including banging and
pounding on those doors, which is all visible on the
surveillance video.

So he's not going to testify that they were scared.
He'll testify to what he sees on the surveillance video and his
interactions with them later, how they appeared later that day
to him, and his phone conversations with them that were
happening contemporaneously or text message conversations.  So

1    we're not -- he's not going to be testifying that they went

2    into hiding.  He'll be testifying about what he can observe.

3          MS. HALIM:  2:15, Your Honor.  I'm sure you're aware

4    that's a good almost 30 minutes before Mr. Hackett and

5    Mr. Moerschel or any of those folks in that first group went

6    in.

7          MR. NESTLER:  And the reason we're doing this is

8    because these people were hiding while these defendants were

9    outside of their doors.  I mean, that's what's relevant here.

05:08 10  They were in hiding while these defendants were inside the

11   Capitol building right near where they were hiding.

12         And we'll make the argument in closing obviously, the

13   inference is that they were hiding, and Mr. Fleet doesn't need

14   to make that inference on the stand that they were hiding.

15         MR. SHIPLEY:  I'd ask Mr. Nestler to tell me which

16   element of which offense somebody hiding proves.

17         MR. EDWARDS:  Obstruction.  These staffers are part of

18   the process.  They are in fact working on the certification at

19   the time.  Sorry.

05:09 20         MR. SHIPLEY:  And it stopped.  It's stopped by that

21   point.  And it's not the staffers who do the certification;

22   it's the Congress people.

23         THE COURT:  But, I mean, look, the statute doesn't

24   speak in terms of stopping -- well, 1512(c)(2) in the

25   conspiracy counts don't speak in terms of stopping any

1    individual -- speak in terms of stopping a proceeding or

2    interfering with or obstructing a proceeding.

3         And, you know, it is true that there are some staffers

4    who may participate in that.  I don't know whether the Speaker

5    of the House's staff was actually participating in some way

6    with those proceedings or they were just there to observe.

7         So certainly Mr. Fleet probably is in a better

8    position to say, if he was actually on the House floor, then

9    arguably he was actually doing something more than just

05:10 10   observing.

11        Again, it's not clear to me what lower level staffers

12   would be doing, so I think I'd have to have a better

13   understanding of that to connect that up.

14        I mean, the other conspiracy count concerns members of

15   Congress, so I don't think this testimony necessarily goes to

16   that directly, that count.  So I think I'd like to have a

17   better understanding of that.

18        Look, I think as a general proposition, his testimony

19   about what he experienced I think probably is relevant and has

05:10 20   probative value and isn't duplicative of other testimony we

21   have heard.

22        To the extent he's going to start testifying about the

23   experience of other people and what he was told by other

24   people, I'm going to need a better proffer to accept any

25   statements, both in terms of hearsay and the relevance of those

1    particular people to the proceedings, as opposed to just folks

2    who might be observing the proceedings.

3            MR. NESTLER:  Before we elicit any statements about

4    what somebody else told him, we will do that.  We will make

5    that proffer.  But we do intend to go through what he

6    personally observed with his own eyes during the time,

7    including playing surveillance video, having him identify

8    certain people, and the location and the layout of the

9    Speaker's suite.

05:11 10        THE COURT:  Right.  And I think that's fair game.  But

11    then we bump up against the extent that I heard you potentially

12    suggest that he would describe what was in the video outside of

13    the suite, I think that's -- maybe you're shaking your head

14    saying that's not what you're intending to do.

15            MR. NESTLER:  That's not what we're intending to do.

16            He did go to where they were hiding.  He was in touch

17    with them and others about them being in hiding at the time.

18    He was concerned for their safety as a senior member of Speaker

19    Pelosi's staff.  At 5:17 p.m., he went back into the Capitol,

05:11 20    saw where they were hiding, and took photographs himself of the

21    broken door frame.  And so we are intending to introduce -- and

22    we have provided this to defense counsel -- the photographs

23    that Mr. Fleet himself took two hours later of the broken door

24    frame from where these staffers were hiding.

25            THE COURT:  What does the broken door frame have to do

1    with these defendants?

2         MR. NESTLER:  It corroborates that these

3    individuals -- these staffers were hiding just in the Speaker

4    suite just feet --

5         THE COURT:  I understand.  But I want to make sure

6    that the broken door frame is not what you're suggesting is a

7    basis for the destruction of property?

8         MR. NESTLER:  Correct.

9         THE COURT:  Okay.  It is not -- you're not going to

05:12 10   argue it's the basis for the destruction of property count.

11        MR. NESTLER:  That is correct.

12        THE COURT:  Okay.  All right.  Let's just see how this

13   plays out.  I think I'd like to understand a little bit better

14   about exactly what he's going to say and understand the

15   foundation for what his observations were.  Again, to the

16   extent he's going to testify about other people's experiences,

17   I'd have to understand what the relevance is and whatever

18   hearsay exceptions might apply.

19        MR. NESTLER:  Understood, Your Honor.

05:13 20   THE COURT:  Okay.  Look, I'd like to resolve that to

21   the extent that we can before he takes the stand so that we

22   don't have to disrupt the testimony any more than is needed and

23   also to allow defense counsel to object based on foundation.

24        Thanks, everyone.  See you in the morning.

25        (Adjourned, 5:13 p.m.)

```
1                    CERTIFICATE OF OFFICIAL REPORTER

2

3            I, Kelly Mortellite, Registered Merit Reporter

4    and Certified Realtime Reporter, in and for the United States

5    District Court for the District of Massachusetts, do hereby

6    certify that the foregoing transcript is a true and correct

7    transcript of the stenographically reported proceedings held in

8    the above-entitled matter to the best of my skill and ability.

9                    Dated this 4th day of January, 2023.

10

11                   /s/ Kelly Mortellite

12                   _____

13                   Kelly Mortellite, RMR, CRR

14                   Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25
```

## /

**/s** [1] - 2986:11

## 0

**0152** [1] - 2887:19
**0404** [1] - 2921:23

## 1

**1** [31] - 2837:4, 2837:12, 2837:13, 2837:16, 2840:11, 2848:8, 2848:9, 2848:23, 2850:7, 2850:9, 2851:2, 2851:7, 2851:13, 2858:23, 2863:16, 2863:22, 2864:15, 2871:23, 2895:6, 2910:8, 2919:5, 2920:1, 2920:23, 2940:5, 2940:25, 2942:7, 2944:17, 2946:3, 2955:5, 2968:20
**1.13** [1] - 2854:22
**10** [2] - 2977:16, 2980:14
**1056** [1] - 2887:18
**106** [5] - 2822:7, 2866:13, 2951:15, 2954:11, 2954:15
**10:36** [1] - 2957:19
**11** [10] - 2856:12, 2936:5, 2944:5, 2944:11, 2944:21, 2945:9, 2945:24, 2958:7, 2958:24
**114** [1] - 2820:13
**1150** [1] - 2820:17
**11:00** [1] - 2840:15
**11:08** [2] - 2844:12, 2844:24
**11:18** [2] - 2840:17, 2840:21
**11:26** [2] - 2845:15, 2855:7
**11:51** [1] - 2842:12
**12** [6] - 2940:20, 2946:8, 2947:5, 2947:17, 2948:4, 2958:21
**12:30** [2] - 2846:6, 2847:4
**12:36** [1] - 2853:11
**13** [12] - 2819:7, 2881:24, 2907:10, 2932:3, 2948:12, 2948:25, 2949:17, 2949:24, 2964:6, 2969:2, 2969:16, 2970:10
**131** [1] - 2975:23
**1351** [1] - 2837:11
**13:44** [1] - 2949:1
**14** [1] - 2886:4
**15** [6] - 2949:23, 2954:23, 2955:7, 2957:11, 2977:16, 2980:14
**1500.03.1** [1] - 2906:7
**1500.2** [20] - 2821:11, 2846:9, 2846:13, 2847:7, 2847:8, 2847:18, 2857:24, 2862:3, 2872:15, 2887:4, 2906:22, 2915:5, 2926:20, 2927:15, 2931:3, 2935:14, 2940:10, 2942:24, 2957:18, 2969:2
**1502** [11] - 2821:13, 2869:19, 2869:20, 2869:23, 2869:25, 2870:15, 2870:16, 2870:17, 2883:3, 2929:4, 2962:14
**1503.1** [12] - 2821:15, 2888:5, 2888:8,

2888:19, 2888:24, 2888:25, 2889:3, 2932:1, 2939:9, 2941:7, 2944:5, 2959:12
**1508** [9] - 2821:14, 2876:24, 2877:1, 2877:14, 2877:18, 2877:19, 2877:24, 2877:25, 2970:8
**1512(c)(2** [1] - 2982:24
**1518** [1] - 2831:25
**1531** [5] - 2824:14, 2829:12, 2850:22, 2879:14, 2966:4
**1532** [1] - 2820:10
**15th** [1] - 2862:14
**16** [2] - 2955:17, 2956:1
**17** [7] - 2849:3, 2932:17, 2942:24, 2956:9, 2956:20, 2957:5, 2965:4
**1775** [1] - 2820:17
**18** [4] - 2892:21, 2893:22, 2957:11, 2970:21
**186** [1] - 2899:21
**19** [10] - 2838:7, 2852:3, 2874:17, 2874:20, 2956:9, 2959:12, 2959:21, 2960:2, 2960:14, 2961:15
**19129** [1] - 2820:7
**1969** [1] - 2975:24
**1972** [1] - 2975:23
**1994** [1] - 2903:6
**1:00** [5] - 2844:2, 2844:3, 2845:22, 2845:24, 2856:1
**1:04** [2] - 2856:3, 2856:9
**1:13** [1] - 2855:2
**1:19** [1] - 2856:18
**1:25** [3] - 2857:10, 2857:20, 2859:23
**1:26** [2] - 2858:24, 2859:20
**1:30** [5] - 2822:2, 2860:5, 2860:9, 2860:15, 2861:3
**1:32** [2] - 2819:6, 2861:9
**1:35** [1] - 2822:19
**1:36** [1] - 2861:17
**1:38** [2] - 2861:25, 2862:7
**1:41** [3] - 2862:21, 2864:21, 2865:6
**1:44** [1] - 2867:18
**1:45** [2] - 2867:21, 2868:4
**1:46** [3] - 2866:3, 2867:23, 2868:4
**1:47** [3] - 2868:11, 2868:17, 2868:18
**1:48** [1] - 2872:12
**1:49** [1] - 2871:21
**1:50** [1] - 2872:1
**1:52** [1] - 2872:12
**1:53** [3] - 2873:2, 2874:21, 2874:24
**1:54** [1] - 2875:12
**1:58** [2] - 2883:13, 2883:17
**1:59** [2] - 2884:4, 2887:8

## 2

**2** [6] - 2848:16, 2848:23, 2850:9, 2851:18, 2879:14, 2920:23
**20** [7] - 2903:7, 2914:14, 2915:16, 2921:2, 2936:10, 2946:9, 2962:8
**20006** [1] - 2820:18

**202** [2] - 2819:20, 2820:18
**2020** [1] - 2845:20
**2021** [5] - 2823:24, 2829:8, 2930:10, 2930:14, 2930:15
**2023** [2] - 2819:6, 2986:9
**20579** [1] - 2819:19
**207** [1] - 2907:18
**20th** [2] - 2914:11, 2914:19
**21** [9] - 2830:11, 2843:9, 2857:24, 2858:10, 2908:24, 2920:20, 2927:2, 2959:22, 2960:2
**215** [1] - 2820:7
**22** [1] - 2962:8
**22-15** [1] - 2819:4
**22.V.3** [5] - 2821:11, 2834:11, 2835:15, 2835:16, 2835:17
**228-1341** [1] - 2820:4
**23** [1] - 2933:17
**239** [1] - 2820:11
**24** [6] - 2831:25, 2876:10, 2893:12, 2893:16, 2969:16, 2970:11
**2400** [2] - 2825:11, 2825:17, 2908:12
**25** [3] - 2958:22, 2962:22, 2962:24
**251** [2] - 2976:1, 2976:4
**252-72** [1] - 2819:20
**26** [5] - 2858:18, 2921:20, 2947:5, 2956:20, 2957:5
**265** [1] - 2820:13
**27** [1] - 2890:13
**28** [2] - 2895:8, 2906:9
**2823** [1] - 2821:5
**2830** [1] - 2821:10
**2847** [1] - 2821:11
**2855** [1] - 2821:12
**2870** [1] - 2821:13
**2877** [1] - 2821:14
**2889** [1] - 2821:15
**29** [2] - 2859:6, 2883:4
**29.V.1** [1] - 2852:6
**2910** [1] - 2821:16
**2:00** [3] - 2878:21, 2879:21, 2890:17
**2:01** [2] - 2874:21, 2875:20
**2:02** [1] - 2893:20
**2:04** [3] - 2868:9, 2876:8, 2876:12
**2:05** [3] - 2882:16, 2885:2, 2906:21
**2:06** [5] - 2882:25, 2895:10, 2906:12, 2906:20, 2906:25, 2907:20
**2:07** [1] - 2907:23
**2:13** [1] - 2908:19
**2:15** [4] - 2908:22, 2908:23, 2981:16, 2982:3
**2:16** [6] - 2909:17, 2909:20, 2909:25, 2911:23, 2911:25, 2912:11
**2:19** [2] - 2907:10, 2907:19
**2:20** [1] - 2874:14
**2:24** [11] - 2915:7, 2915:18, 2915:25, 2916:14, 2917:2, 2918:14, 2919:8, 2919:12, 2920:13, 2920:19, 2923:10
**2:26** [2] - 2921:24, 2923:17

**2:27** [3] - 2922:22, 2923:24, 2924:4
**2:28** [1] - 2924:16
**2:29** [3] - 2927:17, 2928:8, 2929:7
**2:30** [4] - 2878:5, 2878:14, 2925:2, 2929:15
**2:31** [2] - 2930:10, 2936:7
**2:31:34** [1] - 2935:25
**2:32** [7] - 2926:6, 2931:4, 2931:24, 2932:9, 2935:10, 2938:12, 2939:11
**2:32:11** [2] - 2936:8, 2938:21
**2:32:18** [1] - 2938:15
**2:33** [3] - 2939:8, 2939:12, 2939:18
**2:33:48** [2] - 2938:19, 2938:21
**2:35** [4] - 2882:1, 2942:19, 2943:1, 2970:13
**2:37** [10] - 2939:5, 2943:18, 2944:1, 2944:9, 2944:15, 2945:23, 2946:1, 2946:14, 2947:22, 2949:8
**2:38** [10] - 2926:14, 2927:4, 2944:20, 2955:14, 2956:15, 2957:14, 2958:3, 2958:10, 2958:18, 2965:12
**2:39** [5] - 2955:1, 2955:14, 2957:8, 2957:14, 2966:13
**2:40** [4] - 2955:1, 2966:10, 2966:18, 2967:3
**2:41** [7] - 2959:6, 2961:22, 2962:10, 2962:17, 2969:10, 2969:19, 2970:5
**2:42** [1] - 2968:2
**2:43** [1] - 2968:18
**2:44** [2] - 2963:19, 2963:24
**2:45** [1] - 2977:17
**2:46** [1] - 2964:25

## 3

**30** [11] - 2903:6, 2903:7, 2937:8, 2938:18, 2942:13, 2953:10, 2953:23, 2954:2, 2954:6, 2966:13, 2982:4
**300-3229** [1] - 2820:7
**3056** [1] - 2930:5
**31** [4] - 2870:19, 2870:20, 2899:19, 2943:16
**32** [2] - 2922:11, 2934:2
**33** [1] - 2954:24
**337-9755** [1] - 2820:11
**33901** [1] - 2820:10
**33950** [1] - 2820:14
**34** [3] - 2872:15, 2890:22, 2962:15
**3580** [1] - 2820:6
**37** [4] - 2839:5, 2839:18, 2871:11, 2947:17
**38** [5] - 2919:1, 2922:20, 2938:24, 2939:15, 2941:8
**39** [1] - 2887:5
**3:00** [3] - 2898:25, 2901:15, 2977:17
**3:15** [1] - 2898:25
**3:17** [1] - 2901:15
**3:25** [2] - 2980:7, 2981:17
**3:30** [2] - 2846:6, 2856:1

## 4

**4** [1] - 2819:6
**40** [1] - 2958:24
**41** [1] - 2879:17
**420** [2] - 2976:1, 2976:3
**43** [5] - 2859:12, 2872:24, 2886:15, 2923:1, 2929:13
**44** [3] - 2948:12, 2948:25, 2949:17
**45** [5] - 2880:14, 2884:2, 2931:10, 2960:14, 2963:22
**473** [1] - 2975:23
**48** [1] - 2888:6
**49** [3] - 2853:14, 2871:24, 2955:7
**4:15** [1] - 2945:8
**4th** [1] - 2986:9

## 5

**5** [1] - 2868:1
**5-6** [2] - 2874:22, 2882:10
**51** [1] - 2862:3
**52** [2] - 2945:9, 2948:5
**53** [3] - 2883:11, 2929:11, 2944:22
**54** [2] - 2927:22, 2928:13
**55** [2] - 2919:22, 2941:9
**57** [2] - 2889:21, 2892:21
**575-8000** [1] - 2820:14
**58** [3] - 2940:11, 2945:24, 2961:16
**5:13** [1] - 2985:25
**5:17** [1] - 2984:19
**5:40** [2] - 2906:22
**5:49** [2] - 2907:9, 2915:5
**5:59** [1] - 2915:5

## 6

**6** [11] - 2830:11, 2843:9, 2857:11, 2866:3, 2866:7, 2867:16, 2882:21, 2908:24, 2920:20, 2927:2, 2965:16
**601** [1] - 2819:19
**602** [2] - 2896:25, 2897:8
**6744** [7] - 2821:16, 2910:3, 2910:6, 2910:7, 2910:10, 2910:11, 2910:12
**6:00** [2] - 2930:12, 2930:13
**6:27** [3] - 2830:12, 2831:3, 2831:9
**6:30** [3] - 2834:9, 2835:7, 2840:12
**6:50** [1] - 2916:11
**6th** [71] - 2822:19, 2824:20, 2826:6, 2826:11, 2829:8, 2829:12, 2829:20, 2832:15, 2833:8, 2834:15, 2835:8, 2835:23, 2836:2, 2836:14, 2837:5, 2837:18, 2837:21, 2838:13, 2839:12, 2839:22, 2839:25, 2840:6, 2840:12, 2840:15, 2841:1, 2842:2, 2843:8, 2845:19, 2845:22, 2846:1, 2846:6, 2847:2, 2848:7, 2848:15, 2850:12, 2854:6, 2854:9, 2857:15, 2858:10, 2860:11, 2861:4, 2863:13, 2865:6, 2869:16, 2874:9, 2877:15, 2879:10,

2892:4, 2892:15, 2907:17, 2910:24, 2911:4, 2913:5, 2916:24, 2926:1, 2930:10, 2930:13, 2930:15, 2932:24, 2934:23, 2971:15, 2971:19, 2972:5, 2972:14, 2973:4, 2973:6, 2973:9, 2973:21, 2974:1, 2976:25, 2977:8

## 7

**7** [2] - 2899:21, 2930:13
**7205** [1] - 2887:18
**720p** [2] - 2840:22, 2841:18
**745** [1] - 2820:3

## 8

**808** [1] - 2820:4
**85** [1] - 2865:19
**85.S** [1] - 2865:15
**85.S.202735A** [1] - 2867:7
**8:15** [1] - 2931:4

## 9

**91** [1] - 2964:25
**919-9491** [1] - 2820:18
**941** [1] - 2820:14
**9551** [9] - 2821:10, 2829:15, 2829:16, 2829:19, 2830:3, 2830:5, 2830:6, 2832:14, 2840:17
**9552** [13] - 2821:12, 2855:11, 2855:14, 2855:23, 2855:24, 2855:25, 2859:25, 2865:12, 2867:9, 2882:8, 2907:16, 2923:4, 2965:9
**96734** [1] - 2820:4
**9952** [1] - 2855:22
**9:30** [1] - 2974:10

## A

**a.m** [9] - 2830:12, 2831:3, 2831:9, 2834:9, 2840:15, 2840:18, 2845:15, 2855:7, 2930:13
**ability** [3] - 2891:14, 2980:21, 2986:8
**able** [35] - 2824:1, 2824:18, 2827:18, 2833:5, 2839:8, 2886:17, 2911:9, 2914:5, 2916:21, 2917:8, 2917:9, 2917:11, 2917:14, 2917:16, 2917:19, 2917:22, 2918:1, 2918:8, 2922:5, 2930:17, 2933:4, 2935:2, 2935:5, 2935:19, 2936:1, 2936:24, 2937:4, 2941:11, 2943:5, 2963:8, 2972:12, 2973:11, 2974:4, 2980:7, 2980:16
**above-entitled** [1] - 2986:8
**abrams** [1] - 2950:1
**ABRAMS** [2] - 2821:4, 2823:8
**Abrams** [106] - 2822:6, 2823:12, 2826:3, 2828:21, 2829:16, 2830:8, 2832:2, 2832:12, 2834:12, 2835:18, 2836:10, 2839:8, 2841:1, 2843:7, 2844:8,

2846:10, 2847:22, 2849:6, 2852:5, 2855:10, 2855:25, 2858:2, 2858:20, 2859:9, 2862:6, 2862:21, 2864:15, 2865:8, 2865:14, 2867:2, 2867:18, 2869:14, 2869:20, 2877:1, 2877:14, 2878:2, 2884:10, 2888:8, 2889:4, 2889:24, 2890:16, 2890:25, 2891:20, 2892:19, 2892:23, 2893:15, 2894:14, 2894:18, 2899:3, 2906:25, 2910:14, 2911:20, 2912:22, 2914:5, 2915:7, 2915:18, 2917:8, 2918:20, 2928:1, 2930:22, 2932:4, 2932:23, 2934:15, 2938:11, 2941:11, 2942:7, 2942:13, 2942:19, 2943:18, 2944:7, 2944:14, 2945:10, 2946:11, 2947:5, 2947:8, 2947:20, 2948:15, 2948:19, 2949:4, 2951:20, 2954:1, 2954:19, 2955:1, 2955:9, 2955:20, 2957:5, 2957:20, 2959:3, 2959:15, 2959:24, 2960:17, 2961:18, 2962:25, 2963:24, 2964:14, 2965:7, 2965:25, 2968:23, 2969:4, 2969:19, 2970:13, 2970:23, 2971:8, 2973:17, 2974:13, 2979:3

**Abrams'** [1] - 2823:7
**absent** [1] - 2977:2
**absolutely** [1] - 2978:17
**accept** [1] - 2983:24
**access** [6] - 2823:18, 2824:18, 2828:11, 2828:22, 2869:15, 2875:8
**accompanied** [1] - 2852:23
**accompanying** [1] - 2904:22
**according** [7] - 2873:6, 2879:25, 2880:5, 2880:7, 2931:13, 2965:6
**accuracy** [2] - 2941:21, 2942:1
**accurate** [7] - 2825:19, 2829:25, 2855:19, 2863:10, 2863:18, 2888:17, 2978:11
**accurately** [4] - 2846:25, 2864:10, 2870:11, 2877:11
**act** [1] - 2860:16
**acting** [2] - 2860:19, 2901:2
**actions** [4] - 2877:15, 2888:20, 2932:1, 2970:8
**active** [3] - 2929:9, 2953:2, 2962:19
**activities** [2] - 2846:5, 2911:4
**acts** [1] - 2841:12
**actual** [3] - 2875:23, 2937:13, 2963:10
**add** [5] - 2822:21, 2860:21, 2861:14, 2867:8, 2941:16
**added** [1] - 2949:14
**addition** [1] - 2977:13
**additional** [1] - 2842:1
**additionally** [1] - 2847:15
**addressed** [1] - 2902:8
**adjourn** [1] - 2974:17
**adjourned** [1] - 2985:25
**admit** [8] - 2830:3, 2835:15, 2847:7, 2855:21, 2870:15, 2877:17, 2888:23, 2910:6

**admitted** [19] - 2830:5, 2830:6, 2832:1, 2835:16, 2835:17, 2847:8, 2847:13, 2847:18, 2855:23, 2855:24, 2870:16, 2870:17, 2877:20, 2877:24, 2877:25, 2889:2, 2889:3, 2910:11, 2910:12
**advance** [1] - 2975:4
**adviser** [1] - 2976:24
**affiliated** [1] - 2845:7
**afraid** [1] - 2981:3
**Afternoon** [1] - 2819:8
**afternoon** [9] - 2823:10, 2823:11, 2843:2, 2844:2, 2846:1, 2855:8, 2861:4, 2869:16, 2898:24
**afterwards** [1] - 2952:11
**agent** [20] - 2869:20, 2877:1, 2895:18, 2895:21, 2896:9, 2897:25, 2898:7, 2899:3, 2899:15, 2900:12, 2902:22, 2902:24, 2904:10, 2904:18, 2944:14, 2948:15, 2948:19, 2950:1, 2971:1, 2980:6
**AGENT** [1] - 2823:8
**Agent** [100] - 2822:6, 2823:7, 2823:12, 2826:3, 2828:21, 2829:16, 2830:8, 2832:2, 2832:12, 2834:12, 2835:18, 2836:10, 2839:8, 2841:1, 2843:7, 2844:8, 2846:10, 2847:22, 2849:6, 2852:5, 2855:10, 2855:10, 2855:25, 2858:2, 2858:20, 2859:9, 2862:6, 2862:21, 2864:15, 2865:8, 2865:14, 2867:2, 2867:18, 2869:14, 2877:14, 2878:2, 2884:10, 2888:8, 2889:4, 2889:24, 2890:16, 2890:25, 2891:20, 2892:19, 2892:23, 2893:15, 2894:14, 2894:18, 2906:25, 2910:14, 2911:20, 2912:22, 2914:5, 2915:7, 2915:18, 2917:8, 2918:20, 2928:1, 2930:22, 2932:4, 2932:22, 2934:15, 2938:11, 2941:11, 2942:7, 2942:13, 2942:19, 2943:18, 2944:7, 2945:10, 2946:11, 2947:5, 2947:8, 2947:20, 2949:4, 2951:20, 2954:1, 2954:19, 2955:1, 2955:9, 2955:20, 2957:5, 2957:20, 2959:3, 2959:15, 2959:24, 2960:17, 2961:18, 2962:25, 2963:24, 2964:14, 2965:7, 2965:25, 2968:23, 2969:4, 2969:19, 2970:13, 2970:23, 2971:8, 2973:17, 2979:3
**agent's** [2] - 2901:8, 2901:12
**ago** [1] - 2954:20
**agree** [3] - 2827:9, 2900:6, 2930:9
**agreed** [2] - 2861:8, 2900:11
**ahead** [10] - 2822:16, 2841:25, 2863:8, 2866:11, 2880:12, 2886:22, 2895:16, 2915:2, 2947:3, 2951:9
**aid** [7] - 2847:16, 2896:10, 2901:9, 2903:15, 2906:2
**air** [3] - 2950:3, 2950:7, 2962:1
**aircraft** [1] - 2841:3
**AL** [1] - 2819:7
**Alex** [2] - 2845:7, 2924:13

**Alexander** [1] - 2924:13
**Alexandra** [1] - 2819:17
**Ali** [1] - 2924:13
**allegation** [1] - 2978:9
**alley** [1] - 2930:19
**allow** [5] - 2902:13, 2937:12, 2937:16, 2981:10, 2985:23
**allowed** [3] - 2898:3, 2901:22, 2902:1
**almost** [2] - 2961:1, 2982:4
**altercation** [1] - 2894:19
**AMERICA** [1] - 2819:3
**American** [6] - 2839:6, 2857:8, 2865:9, 2873:17, 2876:4, 2885:11
**AMIT** [1] - 2819:12
**Angela** [1] - 2820:6
**angles** [1] - 2955:11
**animal** [2] - 2972:18, 2972:21
**announce** [1] - 2930:2
**announcing** [1] - 2883:17
**answer** [6] - 2827:2, 2827:10, 2828:9, 2841:15, 2905:23
**answers** [1] - 2826:1
**anticipate** [1] - 2978:25
**Antifa** [1] - 2860:16
**apologies** [2] - 2836:7, 2905:17
**apologize** [4] - 2824:12, 2867:2, 2868:10, 2964:6
**appear** [19] - 2828:10, 2832:10, 2852:6, 2855:19, 2870:11, 2881:14, 2887:8, 2889:5, 2909:15, 2913:17, 2913:19, 2915:13, 2921:7, 2921:15, 2925:4, 2931:8, 2941:18, 2941:21, 2943:21
**APPEARANCES** [2] - 2819:15, 2820:1
**appeared** [2] - 2895:12, 2981:23
**appearing** [1] - 2896:20
**application** [3] - 2868:24, 2869:2, 2869:9
**apply** [1] - 2985:18
**approached** [1] - 2881:12
**approaching** [1] - 2896:16
**appropriate** [4] - 2902:19, 2903:15, 2904:8, 2975:4
**approximate** [8] - 2846:21, 2847:1, 2849:16, 2854:17, 2870:5, 2877:8, 2887:20, 2888:13
**approximation** [1] - 2889:10
**area** [9] - 2841:25, 2856:10, 2859:2, 2859:3, 2861:12, 2946:16, 2956:3, 2959:19, 2978:19
**arguably** [1] - 2983:9
**argue** [2] - 2977:3, 2985:10
**argument** [1] - 2982:12
**arm** [1] - 2949:19
**arms** [1] - 2961:7
**arrest** [2] - 2929:18, 2929:20
**arrive** [5] - 2878:11, 2878:14, 2882:2, 2920:16, 2970:14
**arrived** [2] - 2970:23, 2971:9
**asserted** [1] - 2930:14

**assist** [5] - 2853:1, 2904:8, 2906:2, 2920:22, 2941:20
**assumptions** [1] - 2901:1
**AT&T** [1] - 2823:17
**attempt** [1] - 2956:6
**attempted** [1] - 2909:15
**attempting** [1] - 2956:12
**attention** [2] - 2961:6, 2974:7
**attire** [1] - 2839:8
**ATTORNEY'S** [1] - 2819:18
**audio** [13] - 2852:22, 2852:24, 2853:1, 2853:2, 2853:3, 2869:15, 2960:6, 2960:9, 2960:11, 2962:25, 2963:4, 2963:8, 2963:9
**AUSA** [5] - 2819:16, 2819:16, 2819:17, 2819:17, 2819:18
**authenticity** [1] - 2910:5
**authority** [1] - 2898:2
**available** [3] - 2920:21, 2937:25, 2938:3
**avenue** [1] - 2854:4
**Avenue** [5] - 2820:13, 2848:22, 2854:10, 2876:18
**avenues** [2] - 2848:20, 2848:24
**avoid** [4] - 2897:11, 2897:17, 2897:19, 2900:19
**aware** [7] - 2823:23, 2829:10, 2896:12, 2910:23, 2937:20, 2943:8, 2982:3

## B

**background** [3] - 2934:8, 2976:11, 2976:12
**backwards** [2] - 2873:17, 2885:11
**badalament** [1] - 2853:14
**Badalament** [70] - 2829:14, 2831:24, 2832:13, 2834:10, 2836:8, 2836:23, 2838:4, 2839:2, 2840:8, 2844:6, 2844:11, 2846:8, 2847:20, 2849:2, 2852:2, 2854:11, 2855:10, 2857:23, 2858:17, 2859:25, 2862:2, 2869:18, 2870:18, 2872:14, 2876:23, 2879:20, 2880:13, 2881:6, 2882:7, 2888:4, 2894:15, 2906:6, 2906:19, 2907:8, 2907:15, 2910:2, 2911:18, 2912:18, 2912:21, 2913:15, 2913:25, 2915:3, 2923:3, 2926:19, 2927:16, 2929:3, 2930:4, 2930:7, 2930:21, 2931:2, 2931:25, 2935:13, 2939:7, 2940:9, 2941:6, 2941:15, 2942:23, 2944:4, 2944:25, 2950:6, 2957:17, 2959:11, 2962:14, 2964:7, 2965:8, 2969:1, 2970:7, 2971:5, 2973:14, 2973:16
**ball** [1] - 2974:21
**balls** [1] - 2845:17
**Ballston** [5] - 2831:11, 2842:22, 2857:6, 2920:14, 2958:14
**banging** [1] - 2981:18
**barricaded** [1] - 2977:19
**barricades** [2] - 2890:18, 2914:22
**based** [44] - 2825:21, 2826:22, 2827:3,

2832:24, 2839:7, 2839:24, 2842:15, 2856:22, 2859:1, 2868:16, 2875:25, 2876:12, 2885:3, 2890:16, 2891:1, 2909:24, 2911:20, 2917:14, 2918:11, 2919:11, 2921:16, 2933:9, 2935:2, 2936:24, 2937:4, 2941:23, 2943:5, 2943:8, 2943:18, 2950:18, 2954:1, 2967:6, 2969:6, 2969:11, 2972:12, 2972:13, 2972:23, 2974:3, 2975:1, 2978:3, 2978:12, 2981:9, 2985:23
**basis** [4] - 2891:14, 2917:5, 2976:9, 2980:22, 2985:7, 2985:10
**bastards** [1] - 2929:21
**battle** [1] - 2865:9
**bedlam** [2] - 2926:9, 2926:13
**Beeks** [3] - 2934:20, 2934:21, 2935:5
**BEFORE** [1] - 2819:12
**Begay** [3] - 2902:12, 2902:22, 2903:6
**begin** [2] - 2845:21, 2876:4
**beginning** [3] - 2848:15, 2878:18, 2905:20
**behind** [15] - 2873:15, 2874:3, 2885:18, 2892:17, 2894:6, 2928:5, 2946:1, 2948:7, 2948:15, 2955:4, 2956:16, 2956:24, 2959:9, 2961:12, 2962:5
**below** [1] - 2841:17
**Berry** [6] - 2885:22, 2885:23, 2934:7, 2946:3, 2955:6, 2961:8
**Berry's** [2] - 2946:7, 2948:24
**best** [1] - 2986:8
**bet** [1] - 2924:22
**betrayed** [1] - 2883:18
**better** [5] - 2983:7, 2983:12, 2983:17, 2983:24, 2985:13
**between** [14] - 2825:22, 2833:15, 2846:6, 2853:2, 2872:12, 2874:21, 2909:10, 2923:8, 2933:8, 2933:24, 2936:17, 2938:25, 2954:5, 2964:14
**beyond** [1] - 2897:3
**big** [1] - 2906:5
**bike** [1] - 2930:17
**bird's** [1] - 2932:14
**bit** [15] - 2837:16, 2840:14, 2849:6, 2850:10, 2887:2, 2898:25, 2903:19, 2907:17, 2908:10, 2919:25, 2945:1, 2971:7, 2973:13, 2973:14, 2985:13
**black** [2] - 2885:19, 2912:22
**blade** [2] - 2831:7, 2832:22
**blades** [1] - 2840:18
**block** [2] - 2881:15, 2893:9
**blocking** [1] - 2947:16
**blocks** [1] - 2868:2
**blood** [2] - 2857:8
**blue** [1] - 2850:7
**Blue** [2] - 2856:12, 2856:15
**board** [24] - 2829:12, 2833:11, 2834:1, 2834:22, 2834:24, 2837:1, 2837:12, 2838:20, 2840:3, 2844:17, 2848:18, 2850:4, 2851:24, 2856:6, 2856:15, 2860:7, 2866:1, 2870:24, 2879:7,

2886:2, 2906:5, 2921:13, 2933:11, 2967:15
**boarding** [3] - 2831:8, 2831:17, 2831:19
**boots** [1] - 2871:18
**bottle** [1] - 2837:8
**bottom** [6] - 2849:6, 2849:25, 2908:13, 2928:17, 2949:10
**Bowser** [1] - 2930:11
**Box** [1] - 2820:3
**breach** [2] - 2866:6, 2867:25
**breached** [1] - 2920:24
**breaching** [1] - 2930:1
**break** [14] - 2823:14, 2844:15, 2848:1, 2849:5, 2850:10, 2851:12, 2855:4, 2865:3, 2895:12, 2898:22, 2898:24, 2900:8, 2925:22, 2974:6
**Brian** [6] - 2879:6, 2879:7, 2879:9, 2970:15, 2971:12, 2971:14
**brief** [1] - 2897:25
**briefly** [6] - 2834:19, 2851:12, 2852:5, 2869:7, 2887:17, 2910:17
**bring** [9] - 2822:6, 2822:16, 2831:25, 2832:16, 2834:10, 2840:19, 2842:6, 2846:8, 2905:14
**broadcast** [2] - 2910:21, 2963:6
**broader** [1] - 2951:13
**broke** [1] - 2906:14
**broken** [4] - 2984:21, 2984:23, 2984:25, 2985:6
**brother** [3] - 2871:14, 2871:18, 2933:10
**brought** [1] - 2840:22
**BROWN** [2] - 2820:9, 2820:12
**brown** [1] - 2874:1
**Brown** [3] - 2885:24, 2885:25, 2886:2
**building** [26] - 2837:17, 2866:6, 2867:25, 2868:6, 2871:8, 2880:4, 2881:12, 2887:14, 2888:21, 2891:7, 2914:23, 2920:24, 2931:14, 2935:10, 2944:19, 2955:10, 2956:12, 2957:9, 2957:15, 2959:5, 2960:4, 2960:19, 2965:17, 2967:14, 2978:16, 2982:11
**buildings** [1] - 2881:22
**bump** [1] - 2984:11
**busy** [2] - 2867:22, 2884:14
**button** [1] - 2869:11
**BY** [8] - 2823:9, 2828:20, 2864:14, 2867:1, 2867:17, 2906:11, 2938:10, 2954:18

## C

**cab** [1] - 2951:6
**Caldwell** [18] - 2834:20, 2834:22, 2850:5, 2850:11, 2853:21, 2853:22, 2853:25, 2854:1, 2854:3, 2854:18, 2854:22, 2854:23, 2854:25, 2907:1, 2907:3, 2907:11, 2907:13, 2943:1
**Caldwell's** [3] - 2834:6, 2834:17, 2853:9
**Caleb** [8] - 2885:22, 2885:23, 2934:7, 2946:3, 2946:7, 2948:24, 2955:6,

2961:8
**cam** [2] - 2840:22, 2841:18
**camera** [16] - 2841:19, 2842:14, 2887:19, 2889:19, 2889:20, 2957:21, 2957:24, 2958:5, 2959:16, 2960:7, 2960:9, 2961:23, 2962:1, 2978:13, 2978:18, 2980:1
**cameras** [2] - 2887:13, 2978:15
**candid** [1] - 2975:13
**cannot** [1] - 2900:12
**capable** [1] - 2828:23
**capacity** [3] - 2828:6, 2863:5, 2904:13
**Capitol** [147] - 2837:17, 2847:25, 2848:17, 2848:21, 2848:25, 2851:12, 2851:17, 2855:3, 2856:10, 2856:14, 2857:2, 2857:9, 2859:3, 2860:17, 2861:11, 2861:12, 2861:15, 2861:18, 2864:19, 2866:6, 2867:25, 2868:6, 2868:19, 2871:8, 2872:10, 2873:7, 2874:16, 2875:3, 2876:18, 2876:20, 2878:9, 2878:12, 2878:15, 2879:22, 2879:24, 2879:25, 2880:4, 2880:17, 2881:3, 2881:12, 2882:2, 2882:4, 2883:6, 2883:15, 2883:21, 2884:5, 2884:11, 2886:18, 2886:23, 2887:12, 2887:13, 2888:3, 2888:21, 2889:5, 2890:3, 2890:19, 2890:20, 2891:6, 2893:1, 2893:7, 2893:10, 2893:18, 2894:10, 2895:19, 2906:13, 2907:5, 2907:7, 2907:12, 2907:24, 2908:2, 2909:5, 2911:4, 2911:7, 2911:21, 2911:22, 2912:2, 2912:5, 2912:9, 2912:12, 2912:14, 2916:3, 2918:18, 2918:22, 2919:5, 2919:18, 2920:3, 2920:24, 2921:8, 2921:18, 2922:15, 2922:23, 2923:20, 2923:25, 2924:7, 2924:17, 2924:22, 2924:24, 2926:8, 2926:10, 2926:13, 2927:24, 2929:6, 2930:2, 2930:15, 2931:7, 2931:14, 2931:17, 2932:2, 2934:9, 2935:10, 2939:20, 2940:7, 2940:18, 2942:21, 2943:2, 2943:14, 2943:20, 2944:9, 2944:16, 2949:7, 2954:22, 2955:2, 2955:24, 2957:22, 2958:12, 2959:4, 2960:18, 2964:20, 2965:17, 2967:5, 2967:11, 2967:24, 2968:13, 2968:15, 2968:24, 2969:20, 2970:6, 2970:9, 2970:14, 2970:23, 2970:24, 2971:10, 2978:15, 2982:11, 2984:19
**captured** [2] - 2824:10, 2970:17
**car** [2] - 2881:13, 2930:18
**cardinal** [1] - 2918:20
**Carolina** [1] - 2933:14
**carried** [1] - 2832:21
**carriers** [1] - 2823:17
**Carrion** [1] - 2947:14
**carrying** [2] - 2831:22, 2832:10
**cars** [1] - 2881:14
**cart** [5] - 2878:24, 2879:1, 2879:3, 2879:12, 2880:24

**carts** [2] - 2876:22, 2912:12
**case** [23] - 2830:15, 2850:5, 2852:19, 2852:24, 2896:7, 2897:25, 2898:2, 2901:17, 2901:18, 2901:22, 2902:4, 2902:11, 2902:12, 2903:6, 2904:3, 2975:14, 2975:22, 2975:24, 2976:6, 2978:24, 2981:5
**cases** [5] - 2899:22, 2901:14, 2901:19, 2975:19, 2976:8
**CCTV** [19] - 2831:13, 2842:14, 2887:12, 2887:18, 2890:4, 2890:5, 2890:11, 2911:6, 2911:9, 2915:11, 2919:10, 2920:16, 2929:6, 2952:24, 2957:21, 2959:15, 2960:6, 2960:9, 2961:2
**cell** [9] - 2823:17, 2828:6, 2834:6, 2930:23, 2931:9, 2963:1, 2963:5, 2963:16, 2964:10
**Cellebrite** [1] - 2827:19
**center** [16] - 2836:11, 2873:12, 2885:6, 2885:7, 2893:2, 2894:4, 2894:9, 2894:12, 2913:18, 2915:9, 2931:16, 2931:19, 2961:13, 2964:8, 2968:15, 2971:25
**certain** [8] - 2827:19, 2827:24, 2841:12, 2917:23, 2918:1, 2953:11, 2984:8
**certainly** [4] - 2901:11, 2904:13, 2979:7, 2983:7
**CERTIFICATE** [1] - 2986:1
**certification** [6] - 2845:20, 2857:19, 2929:25, 2979:11, 2982:18, 2982:21
**Certified** [1] - 2986:4
**certify** [1] - 2986:6
**cetera** [2] - 2832:22, 2904:12
**Chamber** [2] - 2977:7, 2977:9
**chance** [1] - 2882:16
**change** [2] - 2874:9, 2874:11
**chanting** [5] - 2886:17, 2886:20, 2947:1, 2952:20, 2952:21
**character** [6] - 2974:23, 2975:1, 2975:5, 2975:8, 2975:9, 2975:11
**characterization** [4] - 2863:4, 2895:17, 2896:4, 2940:1
**characterize** [2] - 2864:11, 2881:9
**characterized** [1] - 2863:15
**characterizing** [6] - 2880:11, 2897:5, 2897:20, 2897:23, 2903:13, 2904:6
**charge** [1] - 2979:10
**charging** [1] - 2967:14
**chat** [63] - 2830:11, 2831:4, 2832:18, 2833:3, 2843:7, 2843:9, 2843:10, 2845:10, 2856:8, 2856:13, 2857:11, 2858:9, 2860:10, 2861:10, 2861:21, 2862:9, 2867:16, 2867:19, 2868:5, 2871:1, 2871:2, 2874:22, 2875:4, 2876:8, 2882:15, 2882:19, 2907:23, 2908:1, 2908:24, 2909:1, 2909:2, 2920:19, 2920:20, 2921:4, 2921:9, 2921:24, 2922:6, 2923:16, 2924:4, 2924:9, 2924:12, 2924:15, 2924:19, 2925:2, 2926:14, 2927:1, 2927:2,

2927:3, 2927:4, 2929:8, 2958:19, 2962:18, 2965:21, 2966:10, 2966:14, 2966:19, 2966:23, 2967:4, 2967:13, 2968:4, 2968:7, 2969:20
**chats** [3] - 2866:8, 2904:12, 2925:5
**check** [1] - 2844:9
**chickens** [1] - 2967:19
**chime** [2] - 2875:20, 2876:8
**chiming** [1] - 2871:2
**choice** [1] - 2898:21
**Chris** [3] - 2860:5, 2860:9, 2860:15
**circle** [7] - 2839:7, 2873:10, 2874:1, 2913:18, 2928:4, 2946:5, 2947:10
**circled** [7] - 2839:18, 2873:12, 2873:21, 2885:7, 2885:13, 2912:23, 2948:23
**circling** [1] - 2961:12
**Circuit** [4] - 2901:18, 2902:12, 2902:19, 2975:15
**circuit** [7] - 2898:2, 2899:23, 2901:18, 2975:14, 2975:22, 2976:1, 2976:7
**circuits** [1] - 2896:12
**citation** [1] - 2896:7
**cite** [3] - 2898:2, 2975:23, 2976:6
**cited** [4] - 2901:17, 2901:20, 2902:4, 2902:12
**cites** [1] - 2975:19
**citizens** [1] - 2929:17
**citywide** [1] - 2930:11
**civil** [1] - 2930:14
**clarify** [1] - 2843:4
**clear** [13] - 2827:2, 2861:12, 2863:15, 2863:17, 2896:3, 2898:12, 2898:15, 2952:21, 2953:5, 2975:6, 2981:12, 2981:15, 2983:11
**clearly** [1] - 2902:8
**client** [1] - 2980:10
**CLINTON** [1] - 2820:16
**clip** [23] - 2859:14, 2887:21, 2887:24, 2893:5, 2911:17, 2912:17, 2931:21, 2932:19, 2943:24, 2948:19, 2948:23, 2950:22, 2951:13, 2951:15, 2952:3, 2952:5, 2952:7, 2952:13, 2952:14, 2952:15, 2952:23, 2954:9, 2954:10
**clips** [2] - 2910:10, 2954:2
**close** [3] - 2884:11, 2904:7, 2945:2
**closed** [4] - 2856:10, 2948:10, 2948:11, 2949:19
**closer** [1] - 2941:12
**closest** [2] - 2832:6, 2836:11
**closing** [1] - 2982:12
**coat** [1] - 2885:19
**coded** [2] - 2850:21, 2851:23
**colleagues** [1] - 2823:2
**collected** [1] - 2827:8
**collectors** [1] - 2864:25
**color** [2] - 2850:21, 2851:23
**color-coded** [1] - 2850:21
**colors** [1] - 2850:4
**COLUMBIA** [1] - 2819:1

**Columbia** [2] - 2930:12, 2930:20
**Columbus** [3] - 2894:10, 2906:15, 2949:6
**Comfort** [1] - 2831:11
**coming** [4] - 2865:6, 2866:18, 2978:1, 2979:25
**comment** [1] - 2926:21
**common** [1] - 2975:15
**communicate** [1] - 2846:1
**communication** [1] - 2976:23
**communications** [10] - 2829:10, 2844:1, 2855:8, 2882:8, 2883:7, 2907:16, 2923:4, 2929:5, 2977:22, 2979:13
**community** [2] - 2975:8, 2976:10
**company** [1] - 2823:21
**compare** [2] - 2825:5, 2937:25
**compared** [5] - 2825:16, 2829:22, 2855:16, 2888:17, 2911:3
**comparing** [1] - 2827:23
**comparison** [2] - 2826:22, 2827:3
**competing** [1] - 2976:13
**compilation** [3] - 2867:9, 2869:25, 2910:10
**compilations** [1] - 2822:21
**complaining** [1] - 2861:22
**completeness** [2] - 2950:18, 2951:14
**complies** [1] - 2873:11
**concern** [2] - 2897:19, 2903:21
**concerned** [2] - 2897:12, 2984:18
**concerns** [3] - 2897:18, 2980:21, 2983:14
**conclude** [1] - 2900:24
**conclusion** [4] - 2825:21, 2826:15, 2826:22, 2827:6
**conclusions** [2] - 2898:9, 2900:4
**concrete** [1] - 2868:2
**concur** [1] - 2860:22
**conditionally** [1] - 2938:6
**conduct** [2] - 2975:2, 2976:15
**conference** [3] - 2977:20, 2977:24, 2981:14
**conferences** [1] - 2936:25
**Congress** [8] - 2922:23, 2923:25, 2926:8, 2926:13, 2967:18, 2977:10, 2982:22, 2983:15
**Congressional** [1] - 2979:10
**connect** [6] - 2848:21, 2866:22, 2916:16, 2938:5, 2978:24, 2983:13
**connected** [5] - 2936:2, 2936:7, 2936:13, 2937:5, 2937:13
**connection** [1] - 2977:3
**Connie** [6] - 2835:21, 2835:22, 2836:1, 2836:4, 2874:4, 2933:23
**Connor** [1] - 2820:9
**consequence** [1] - 2845:2
**consider** [2] - 2847:12, 2847:16
**considered** [2] - 2901:12, 2901:13
**consist** [1] - 2825:13

**consistent** [4] - 2846:18, 2863:19, 2877:5, 2888:11
**conspiracy** [2] - 2982:25, 2983:14
**Constitution** [1] - 2848:22
**contain** [4] - 2846:17, 2846:21, 2877:5, 2877:8
**contains** [2] - 2888:10, 2904:14
**contemporaneously** [2] - 2977:23, 2981:25
**content** [7] - 2823:19, 2823:24, 2824:1, 2824:6, 2824:10, 2829:1, 2918:5
**contested** [1] - 2902:9
**context** [2] - 2866:13, 2900:21
**continue** [11] - 2822:23, 2823:7, 2844:3, 2862:22, 2881:5, 2882:5, 2900:19, 2924:4, 2939:1, 2940:18, 2957:2
**continued** [1] - 2931:18
**Continued** [1] - 2821:5
**CONTINUED** [2] - 2820:1, 2823:9
**continues** [1] - 2953:9
**continuing** [3] - 2893:18, 2894:1, 2954:19
**control** [2] - 2827:14, 2827:15
**controls** [1] - 2853:3
**conversation** [1] - 2824:10
**conversations** [4] - 2980:24, 2980:25, 2981:24, 2981:25
**conveyed** [1] - 2981:11
**conveys** [1] - 2853:1
**cool** [1] - 2844:25
**cooperating** [1] - 2898:2
**cops** [1] - 2867:22
**cor** [1] - 2914:7
**corner** [2] - 2872:8, 2978:21
**correct** [39] - 2823:22, 2826:21, 2831:15, 2832:17, 2833:16, 2834:2, 2835:13, 2837:19, 2839:1, 2845:8, 2845:9, 2849:15, 2850:13, 2851:9, 2852:1, 2854:19, 2859:4, 2861:19, 2863:24, 2865:22, 2865:23, 2872:13, 2887:25, 2901:16, 2909:18, 2913:24, 2922:8, 2926:5, 2933:7, 2942:9, 2943:4, 2959:20, 2961:5, 2963:12, 2968:19, 2971:10, 2985:8, 2985:11, 2986:6
**correctly** [1] - 2863:21
**corresponding** [1] - 2890:3
**corroborates** [1] - 2985:2
**counsel** [2] - 2984:22, 2985:23
**count** [3] - 2983:14, 2983:16, 2985:10
**country** [1] - 2845:3
**counts** [1] - 2982:25
**couple** [14] - 2829:18, 2853:17, 2856:17, 2867:3, 2877:22, 2881:8, 2905:19, 2926:25, 2935:7, 2945:1, 2965:3, 2971:5, 2974:18, 2974:21
**course** [8] - 2830:17, 2835:23, 2857:13, 2860:24, 2917:7, 2941:25, 2971:17, 2976:24
**Court** [5] - 2909:5, 2975:24, 2976:1,

2986:5, 2986:14
**court** [12] - 2864:2, 2896:12, 2900:2, 2901:22, 2902:3, 2902:5, 2902:6, 2902:13, 2902:24, 2951:10, 2953:13, 2975:4
**COURT** [117] - 2819:1, 2822:3, 2822:6, 2822:11, 2822:16, 2823:1, 2823:5, 2825:25, 2826:25, 2827:12, 2827:17, 2828:2, 2828:9, 2828:16, 2828:18, 2830:5, 2835:16, 2841:6, 2841:15, 2847:8, 2852:21, 2855:23, 2863:8, 2863:14, 2863:24, 2864:4, 2864:7, 2866:11, 2866:14, 2866:20, 2866:23, 2867:6, 2867:10, 2870:16, 2877:19, 2877:24, 2880:12, 2881:19, 2888:25, 2889:2, 2891:10, 2891:13, 2894:22, 2895:16, 2895:20, 2896:6, 2896:14, 2896:18, 2897:9, 2897:16, 2898:10, 2898:15, 2898:19, 2898:24, 2899:3, 2899:8, 2899:10, 2899:21, 2900:6, 2901:6, 2901:19, 2902:25, 2903:2, 2904:25, 2905:3, 2905:10, 2905:13, 2905:16, 2910:7, 2910:11, 2915:1, 2917:3, 2926:23, 2937:9, 2937:12, 2937:22, 2938:4, 2938:7, 2940:3, 2941:16, 2945:4, 2947:3, 2950:16, 2950:23, 2951:2, 2951:9, 2952:2, 2952:4, 2952:9, 2953:3, 2953:5, 2953:9, 2953:16, 2953:19, 2953:21, 2954:5, 2954:11, 2954:14, 2970:25, 2974:6, 2974:13, 2974:16, 2974:20, 2975:17, 2976:3, 2976:5, 2977:5, 2978:25, 2979:5, 2980:17, 2982:23, 2984:10, 2984:25, 2985:5, 2985:9, 2985:12, 2985:20
**court's** [2] - 2822:14, 2896:1
**courthouse** [1] - 2881:16
**courtroom** [4] - 2823:4, 2899:2, 2905:15, 2974:12
**cowboy** [1] - 2912:22
**CR** [1] - 2819:4
**created** [1] - 2902:22
**crime** [1] - 2871:7
**cross** [7] - 2954:14, 2975:1, 2975:5, 2975:17, 2975:18, 2976:9, 2979:3
**cross-examination** [4] - 2954:14, 2975:5, 2976:9, 2979:3
**cross-examine** [1] - 2975:1
**crossed** [1] - 2951:12
**crowd** [4] - 2868:2, 2886:17, 2891:2, 2906:12
**Crowl** [9] - 2838:11, 2838:13, 2838:17, 2838:21, 2886:10, 2886:11, 2934:5, 2946:4, 2964:17
**crowl** [1] - 2838:19
**Crowl's** [2] - 2873:3, 2964:15
**CRR** [1] - 2986:13
**curfew** [2] - 2930:11, 2930:16
**cutlass** [3] - 2831:8, 2831:17, 2831:19
**cutting** [1] - 2845:16

# D

**D.C** [5] - 2819:5, 2819:19, 2820:18, 2870:3, 2930:11
**daggers** [1] - 2832:21
**damage** [3] - 2977:1, 2977:24, 2978:6
**data** [2] - 2823:19, 2917:9
**date** [1] - 2899:5
**Dated** [1] - 2986:9
**David** [16] - 2820:9, 2839:10, 2839:11, 2839:15, 2873:16, 2873:20, 2873:21, 2885:12, 2919:15, 2928:17, 2932:20, 2946:3, 2946:5, 2948:22, 2955:5, 2961:7
**DAY** [1] - 2819:7
**days** [11] - 2836:2, 2837:24, 2838:15, 2839:22, 2892:15, 2913:7, 2933:2, 2934:25, 2971:18, 2972:8, 2973:9
**DC** [39] - 2830:11, 2830:13, 2831:7, 2832:16, 2842:9, 2842:16, 2842:24, 2843:3, 2843:9, 2843:20, 2843:21, 2843:23, 2845:1, 2845:5, 2846:3, 2847:23, 2850:6, 2850:11, 2856:24, 2857:3, 2857:11, 2858:9, 2866:3, 2866:7, 2867:16, 2874:22, 2880:6, 2882:21, 2895:5, 2908:24, 2920:20, 2926:16, 2927:2, 2927:3, 2930:2, 2933:14, 2965:16, 2975:14, 2975:22
**dead** [1] - 2885:7
**deadline** [1] - 2899:20
**deal** [2] - 2823:2, 2905:17
**declare** [2] - 2925:20, 2925:22
**Defendant** [3] - 2820:2, 2820:5, 2820:8, 2820:15
**defendant** [4] - 2898:3, 2901:24, 2902:1
**Defendants** [1] - 2819:9
**defendants** [5] - 2915:4, 2930:9, 2982:8, 2982:10, 2985:1
**defense** [5] - 2867:2, 2954:2, 2974:24, 2984:22, 2985:23
**delay** [4] - 2867:2, 2905:17, 2916:12, 2917:5
**delays** [1] - 2918:10
**delete** [2] - 2828:6, 2829:2
**deleted** [3] - 2827:20, 2828:11, 2829:4
**deleting** [1] - 2828:23
**depict** [3] - 2846:25, 2853:11, 2877:11
**depicted** [4] - 2846:22, 2877:9, 2911:3, 2912:23
**depiction** [1] - 2872:18
**depicts** [1] - 2961:20
**deployed** [1] - 2965:22
**deploying** [1] - 2967:18
**deployment** [1] - 2840:24
**derived** [1] - 2852:12
**describe** [25] - 2833:6, 2834:19, 2837:10, 2838:19, 2848:20, 2849:9, 2849:18, 2863:11, 2869:7, 2879:7, 2887:10, 2887:16, 2889:17, 2895:22, 2910:17, 2943:11, 2950:1, 2963:3,

2977:9, 2977:21, 2980:2, 2980:7, 2980:16, 2980:20, 2984:12
**described** [2] - 2846:23, 2928:9
**describes** [1] - 2979:8
**describing** [4] - 2849:22, 2881:20, 2896:20, 2901:8
**description** [5] - 2889:8, 2896:8, 2901:13, 2902:18, 2904:16
**descriptive** [2] - 2903:14, 2904:13
**deserves** [1] - 2847:14
**designated** [2] - 2883:1, 2930:17
**designed** [1] - 2978:23
**destruction** [2] - 2985:7, 2985:10
**detail** [5] - 2904:14, 2935:16, 2936:1, 2936:21, 2936:24
**determination** [2] - 2897:2, 2942:2
**determine** [1] - 2941:22
**determined** [1] - 2902:6
**device** [9] - 2826:20, 2827:8, 2827:11, 2827:13, 2828:22, 2828:23, 2829:5, 2829:6, 2945:20
**devices** [1] - 2829:23
**devolve** [1] - 2976:14
**diagram** [1] - 2980:15
**difference** [1] - 2853:2
**different** [8] - 2879:12, 2900:11, 2951:20, 2953:12, 2954:9, 2954:10, 2955:11, 2974:22
**differently** [2] - 2828:5, 2828:22
**DIRECT** [1] - 2823:9
**direct** [3] - 2903:17, 2903:23
**Direct** [1] - 2821:5
**direction** [1] - 2827:7
**directions** [1] - 2918:20
**directly** [4] - 2909:11, 2946:1, 2961:12, 2983:16
**director** [1] - 2976:23
**discover** [8] - 2875:25, 2939:23, 2940:5, 2941:3, 2944:7, 2955:10, 2960:2, 2962:25
**discovered** [1] - 2945:10
**discrepancy** [1] - 2825:22
**Discuss** [1] - 2871:7
**discuss** [5] - 2822:4, 2923:4, 2926:16, 2974:14, 2974:16
**discussed** [2] - 2935:16, 2954:3
**discussing** [1] - 2845:25
**discussion** [1] - 2976:16
**discussions** [1] - 2847:9
**disguise** [1] - 2875:14
**disorder** [1] - 2930:14
**display** [1] - 2935:19
**disrupt** [1] - 2985:22
**disrupting** [1] - 2979:10
**disseminated** [1] - 2930:25
**distinction** [1] - 2902:22
**DISTRICT** [3] - 2819:1, 2819:1, 2819:13
**District** [4] - 2930:12, 2930:20, 2986:5
**district** [1] - 2902:5

**Dixon** [1] - 2902:4
**dog** [4] - 2972:22, 2972:23, 2973:6, 2973:11
**Dolan** [29] - 2850:8, 2851:10, 2887:1, 2887:2, 2888:2, 2891:1, 2891:14, 2892:9, 2892:10, 2892:12, 2892:14, 2892:18, 2893:17, 2893:25, 2894:19, 2895:2, 2895:4, 2895:5, 2895:10, 2913:20, 2940:23, 2941:1, 2942:8, 2945:16, 2946:1, 2955:6, 2957:1, 2961:20, 2962:4
**dome** [6] - 2968:8, 2968:11, 2968:13, 2968:15, 2969:14, 2969:20
**Don** [6] - 2833:4, 2833:6, 2833:7, 2833:9, 2833:11, 2833:25
**done** [5] - 2891:15, 2900:13, 2902:24, 2938:4, 2944:2
**Donna** [3] - 2925:16, 2925:19, 2926:3, 2926:6
**Donovan** [12] - 2838:11, 2838:12, 2838:17, 2838:19, 2838:21, 2873:3, 2886:10, 2886:11, 2934:5, 2946:4, 2964:15, 2964:17
**Door** [1] - 2947:24
**door** [9] - 2922:1, 2924:17, 2946:16, 2947:16, 2981:2, 2984:21, 2984:23, 2984:25, 2985:6
**doors** [18] - 2894:9, 2894:10, 2906:15, 2925:3, 2947:10, 2948:8, 2948:10, 2949:6, 2950:11, 2954:21, 2957:9, 2957:25, 2967:11, 2977:12, 2977:24, 2981:19, 2982:9
**doorway** [1] - 2955:20
**down** [15] - 2844:15, 2848:1, 2849:5, 2849:25, 2850:10, 2857:9, 2860:20, 2865:3, 2876:18, 2899:4, 2925:22, 2926:9, 2961:1, 2974:13, 2981:18
**dozens** [1] - 2981:17
**draw** [2] - 2898:8, 2903:18
**drawing** [1] - 2977:12
**drinking** [1] - 2837:8
**drive** [3] - 2834:7, 2853:9, 2945:21
**driver's** [2] - 2838:1, 2935:3
**driving** [2] - 2878:24, 2880:24
**drone** [5] - 2840:22, 2841:2, 2841:17, 2841:19, 2842:2
**drones** [4] - 2841:4, 2841:8, 2841:10, 2841:13
**drops** [1] - 2939:8
**dry** [1] - 2907:6
**dubbed** [1] - 2833:9
**dumb** [1] - 2860:16
**dumped** [1] - 2864:25
**duplicative** [1] - 2983:20
**during** [10] - 2847:13, 2901:25, 2930:16, 2943:23, 2948:19, 2963:9, 2977:7, 2977:22, 2980:24, 2984:6
**duty** [1] - 2857:18

# E

**ear** [2] - 2943:23, 2948:2
**early** [3] - 2823:24, 2834:15, 2855:8
**earpiece** [1] - 2948:3
**East** [2] - 2894:9, 2947:24
**east** [32] - 2848:17, 2848:24, 2851:17, 2862:24, 2864:18, 2872:9, 2888:3, 2889:6, 2890:21, 2891:6, 2892:25, 2893:3, 2894:1, 2906:13, 2911:22, 2912:6, 2920:3, 2927:20, 2928:10, 2931:16, 2931:17, 2931:19, 2932:13, 2933:20, 2934:10, 2935:10, 2939:20, 2942:21, 2946:16, 2947:10, 2949:6, 2957:22
**ECF** [1] - 2899:21
**ed** [1] - 2832:9
**Edward** [5] - 2820:16, 2831:3, 2835:2, 2925:25, 2958:13
**Edwards** [12] - 2819:17, 2821:5, 2897:11, 2897:16, 2897:21, 2900:18, 2903:17, 2904:15, 2905:1, 2917:3, 2974:24, 2975:13
**EDWARDS** [242] - 2822:13, 2822:18, 2823:9, 2824:13, 2825:2, 2826:2, 2827:5, 2827:13, 2827:21, 2828:8, 2828:15, 2828:20, 2829:14, 2830:2, 2831:24, 2832:13, 2834:10, 2835:14, 2836:6, 2836:22, 2838:3, 2839:2, 2840:8, 2841:7, 2843:6, 2844:6, 2846:8, 2847:6, 2847:19, 2849:2, 2852:2, 2853:4, 2853:14, 2854:11, 2855:10, 2855:21, 2857:23, 2858:17, 2859:5, 2859:11, 2859:25, 2860:3, 2861:13, 2862:2, 2862:18, 2863:9, 2863:21, 2864:5, 2864:12, 2864:14, 2865:12, 2866:15, 2866:21, 2866:24, 2867:1, 2867:4, 2867:8, 2867:17, 2868:8, 2868:15, 2869:18, 2870:14, 2870:18, 2871:10, 2871:24, 2872:14, 2872:24, 2874:17, 2876:10, 2876:23, 2877:17, 2877:22, 2878:1, 2879:17, 2880:13, 2881:5, 2881:23, 2882:7, 2882:14, 2882:22, 2883:3, 2883:10, 2884:1, 2884:7, 2884:21, 2886:4, 2886:14, 2887:4, 2888:4, 2888:23, 2889:1, 2889:13, 2889:21, 2890:13, 2890:22, 2891:9, 2891:17, 2892:20, 2893:12, 2893:22, 2894:14, 2894:25, 2895:7, 2906:4, 2906:11, 2906:19, 2907:8, 2907:15, 2909:9, 2910:2, 2910:9, 2910:13, 2911:16, 2912:17, 2912:20, 2913:14, 2913:25, 2914:3, 2915:3, 2915:15, 2915:22, 2917:7, 2919:1, 2919:22, 2920:7, 2921:1, 2921:20, 2922:11, 2922:20, 2922:25, 2923:3, 2923:14, 2923:23, 2925:8, 2926:19, 2926:24, 2927:15, 2927:21, 2928:12, 2928:15, 2928:25, 2929:3, 2929:11, 2930:4, 2931:2, 2931:10,

2931:25, 2932:16, 2933:16, 2934:1, 2934:12, 2935:7, 2935:13, 2936:4, 2936:9, 2936:20, 2937:7, 2937:10, 2937:18, 2938:2, 2938:6, 2938:8, 2938:10, 2938:17, 2938:24, 2939:7, 2939:15, 2940:2, 2940:4, 2940:9, 2940:19, 2941:6, 2941:14, 2942:3, 2942:23, 2943:15, 2944:4, 2944:11, 2944:21, 2944:24, 2945:6, 2945:24, 2946:8, 2946:19, 2947:17, 2948:4, 2948:12, 2948:25, 2949:23, 2950:5, 2950:21, 2950:25, 2951:4, 2951:18, 2952:3, 2952:6, 2952:12, 2953:1, 2953:18, 2953:20, 2954:8, 2954:17, 2954:18, 2954:23, 2955:7, 2955:17, 2956:1, 2956:9, 2956:19, 2956:22, 2957:2, 2957:11, 2957:17, 2958:7, 2958:21, 2959:11, 2959:21, 2960:14, 2961:15, 2962:7, 2962:13, 2962:21, 2963:21, 2964:5, 2964:12, 2965:3, 2965:8, 2965:19, 2965:24, 2966:12, 2966:17, 2967:1, 2967:9, 2967:12, 2968:6, 2969:1, 2969:16, 2970:7, 2970:20, 2971:3, 2973:13, 2982:17
**Edwards'** [1] - 2863:3
**effective** [1] - 2930:12
**efficient** [1] - 2974:9
**eight** [12] - 2928:12, 2928:15, 2928:25, 2931:10, 2934:13, 2941:8, 2953:2, 2962:15, 2977:18, 2979:18, 2980:1, 2981:16
**either** [3] - 2878:18, 2897:9, 2904:18
**elapses** [1] - 2870:7
**elected** [1] - 2914:17
**election** [2] - 2845:20, 2929:24
**element** [1] - 2982:16
**elicit** [1] - 2984:3
**eliciting** [1] - 2975:8
**Ellipse** [8] - 2834:16, 2840:11, 2847:24, 2848:2, 2848:3, 2848:6, 2859:2, 2859:3
**email** [1] - 2822:20
**emailed** [1] - 2822:7
**embedded** [1] - 2890:5
**emergency** [1] - 2930:22
**emoji** [2] - 2856:21, 2857:8
**en** [3] - 2856:14, 2857:2, 2978:16
**end** [17] - 2827:25, 2840:8, 2859:14, 2868:11, 2878:18, 2893:5, 2912:4, 2912:8, 2912:13, 2917:16, 2931:21, 2939:5, 2941:25, 2944:15, 2953:14, 2962:7, 2975:3
**End** [7] - 2828:17, 2864:13, 2866:25, 2891:19, 2898:23, 2938:9, 2953:25
**ended** [3] - 2900:20, 2903:17, 2980:6
**ending** [1] - 2921:23
**enforcement** [7] - 2894:3, 2894:7, 2894:20, 2901:23, 2902:14, 2902:16, 2955:21
**engaged** [1] - 2824:9

**enhanced** [3] - 2902:14, 2902:15, 2903:4
**enhancement** [1] - 2903:5
**Enrique** [1] - 2924:14
**ensure** [1] - 2937:24
**enter** [5] - 2888:20, 2954:22, 2955:10, 2956:12, 2958:12
**entering** [4] - 2960:18, 2961:23, 2962:4, 2962:11
**enters** [3] - 2823:4, 2905:15, 2962:17
**entire** [2] - 2904:2, 2910:10
**entirely** [3] - 2901:21, 2902:19, 2950:20
**entirety** [3] - 2846:15, 2869:21, 2877:3
**entitled** [1] - 2986:8
**entrance** [1] - 2980:14
**entry** [2] - 2944:19, 2955:11
**equipment** [1] - 2840:19
**equipped** [3] - 2830:13, 2830:23, 2830:25
**ernie** [1] - 2925:21
**Ernie** [1] - 2926:3
**error** [1] - 2827:22
**especially** [2] - 2896:5, 2896:9
**essentially** [6] - 2869:10, 2900:12, 2903:12, 2910:20, 2941:20, 2958:6
**established** [1] - 2895:23
**et** [2] - 2832:21, 2904:12
**ET** [1] - 2819:7
**Eureka** [1] - 2856:21
**evacuated** [2] - 2967:19, 2980:4
**evaluating** [1] - 2847:16
**event** [1] - 2903:10
**events** [4] - 2853:11, 2902:15, 2903:13, 2931:4
**eventually** [5] - 2851:14, 2876:19, 2912:4, 2912:8, 2912:13
**evidence** [26] - 2830:6, 2835:17, 2847:13, 2847:18, 2852:22, 2852:23, 2852:24, 2855:24, 2870:17, 2877:25, 2889:3, 2896:11, 2898:8, 2900:3, 2901:7, 2901:9, 2904:9, 2904:21, 2905:21, 2905:22, 2905:24, 2910:12, 2941:23, 2941:24, 2976:14, 2978:5
**evident** [1] - 2903:6
**exact** [2] - 2906:25, 2966:18
**exactly** [2] - 2979:15, 2985:14
**EXAMINATION** [1] - 2823:9
**Examination** [1] - 2821:5
**examination** [4] - 2954:14, 2975:5, 2976:9, 2979:3
**examine** [1] - 2975:1
**example** [11] - 2827:18, 2850:18, 2852:10, 2852:15, 2853:8, 2908:18, 2911:6, 2917:22, 2937:22, 2981:1, 2981:6
**examples** [1] - 2917:14
**exception** [2] - 2981:1, 2981:10
**exceptions** [1] - 2985:18
**exchange** [1] - 2874:22

**exchanged** [1] - 2824:19
**exchanging** [1] - 2965:10
**excuse** [3] - 2883:16, 2903:23, 2903:24
**Exhibit** [61] - 2821:8, 2825:11, 2825:17, 2829:15, 2829:16, 2830:6, 2831:25, 2835:17, 2837:11, 2840:17, 2846:9, 2846:13, 2847:7, 2847:18, 2850:22, 2852:6, 2855:14, 2855:22, 2855:24, 2857:24, 2862:3, 2865:12, 2867:6, 2869:19, 2869:20, 2870:15, 2870:17, 2872:15, 2876:24, 2877:18, 2877:25, 2882:8, 2883:3, 2887:4, 2888:5, 2888:8, 2889:3, 2906:7, 2906:22, 2910:3, 2910:12, 2915:4, 2923:4, 2926:20, 2929:4, 2930:5, 2931:3, 2932:1, 2935:14, 2939:9, 2940:10, 2941:7, 2942:24, 2944:5, 2957:18, 2959:12, 2962:14, 2965:9, 2966:4, 2969:2, 2970:8
**exhibit** [76] - 2822:9, 2824:14, 2829:25, 2834:12, 2836:23, 2840:9, 2846:23, 2846:25, 2847:9, 2847:16, 2847:17, 2847:21, 2849:5, 2849:12, 2849:19, 2849:20, 2849:22, 2850:15, 2852:6, 2852:9, 2852:12, 2853:5, 2854:20, 2855:11, 2855:16, 2855:25, 2858:5, 2858:7, 2862:13, 2863:19, 2863:20, 2865:15, 2869:23, 2870:19, 2872:9, 2872:18, 2877:1, 2877:14, 2878:3, 2885:7, 2886:12, 2887:17, 2889:7, 2891:20, 2896:1, 2896:10, 2897:6, 2897:15, 2901:10, 2906:9, 2907:19, 2907:20, 2919:3, 2929:12, 2935:19, 2937:15, 2937:19, 2937:23, 2937:25, 2939:10, 2941:17, 2942:5, 2942:11, 2949:11, 2949:15, 2951:11, 2951:16, 2951:17, 2951:19, 2952:3, 2959:15, 2959:19, 2961:18, 2962:8
**exhibits** [9] - 2847:11, 2847:12, 2849:11, 2852:5, 2904:23, 2906:1, 2906:3, 2945:2, 2976:20
**existed** [2] - 2826:8, 2826:17
**exit** [1] - 2900:9
**exits** [2] - 2899:2, 2974:12
**expect** [1] - 2827:12
**experience** [1] - 2983:23
**experienced** [2] - 2980:21, 2983:19
**experiences** [2] - 2979:9, 2985:16
**explain** [3] - 2841:24, 2902:24, 2961:25
**extension** [1] - 2954:9
**extensions** [2] - 2910:7, 2910:8
**extent** [7] - 2847:15, 2901:11, 2903:14, 2983:22, 2984:11, 2985:16, 2985:21
**extra** [1] - 2954:2
**extraction** [3] - 2826:3, 2827:25, 2917:15
**extractions** [4] - 2829:23, 2855:17, 2917:20, 2917:23
**extracts** [1] - 2917:8
**eye** [1] - 2932:14

**Eye** [1] - 2820:17
**eyes** [1] - 2984:6

**F**

**F.2d** [3] - 2975:23, 2976:1, 2976:3
**face** [2] - 2856:21, 2967:19
**Facebook** [7] - 2910:15, 2910:18, 2910:19, 2910:23, 2914:1, 2970:18
**facing** [2] - 2889:20, 2961:1
**fact** [14] - 2831:21, 2842:9, 2853:22, 2878:21, 2898:20, 2942:4, 2945:17, 2949:20, 2956:6, 2978:11, 2978:12, 2978:18, 2980:3, 2982:18
**factual** [1] - 2980:10
**fair** [2] - 2840:10, 2984:10
**fairly** [5] - 2846:25, 2877:11, 2903:5, 2903:14, 2905:6
**familiar** [9] - 2823:16, 2839:25, 2841:8, 2841:20, 2869:5, 2909:19, 2910:15, 2975:9, 2979:25
**far** [3] - 2898:10, 2934:18, 2978:5
**fast** [1] - 2949:14
**fast-forwarding** [1] - 2949:14
**fathers** [1] - 2860:19
**FBI** [25] - 2824:1, 2824:18, 2824:22, 2829:5, 2834:6, 2858:20, 2868:23, 2869:14, 2884:16, 2908:11, 2916:5, 2916:21, 2917:8, 2921:9, 2925:10, 2939:23, 2940:5, 2941:3, 2944:7, 2945:10, 2949:20, 2955:10, 2960:2, 2962:25
**feasible** [1] - 2953:17
**feathered** [1] - 2864:24
**feed** [3] - 2845:1, 2845:5, 2845:8
**feet** [1] - 2985:4
**fellow** [1] - 2867:20
**felony** [1] - 2871:7
**felt** [1] - 2977:11
**female** [1] - 2853:20
**fence** [2] - 2890:8, 2890:11
**few** [7] - 2844:22, 2847:23, 2899:14, 2925:4, 2936:20, 2937:5, 2971:8
**few-minute** [1] - 2925:4
**fighting** [2] - 2865:5, 2898:20
**figure** [2] - 2866:21, 2952:9
**file** [1] - 2900:2
**filed** [2] - 2829:12, 2899:15
**filing** [1] - 2899:6
**filled** [3] - 2906:12, 2913:19, 2913:20
**film** [1] - 2910:20
**final** [3] - 2855:7, 2914:1, 2923:21
**finally** [2] - 2902:11, 2957:14
**fine** [10] - 2864:9, 2866:15, 2866:19, 2866:23, 2897:13, 2897:22, 2904:16, 2905:13, 2953:10, 2953:23
**finish** [1] - 2938:3
**finished** [1] - 2867:12
**fire** [1] - 2865:1
**firearms** [2] - 2831:1, 2977:12

**first** [30] - 2830:7, 2835:18, 2848:6, 2849:6, 2856:3, 2860:5, 2865:9, 2865:24, 2866:16, 2866:18, 2866:19, 2870:22, 2871:6, 2874:24, 2898:12, 2908:18, 2911:16, 2911:17, 2937:15, 2944:17, 2946:12, 2955:10, 2963:24, 2964:6, 2964:22, 2974:22, 2975:22, 2982:5
**fist** [1] - 2949:19
**five** [18] - 2854:12, 2854:15, 2857:10, 2866:16, 2866:18, 2866:19, 2867:5, 2867:22, 2884:7, 2884:21, 2886:4, 2886:14, 2894:15, 2895:7, 2906:8, 2906:9, 2957:3, 2978:12
**five-minute** [1] - 2978:12
**FL** [5] - 2820:10, 2820:14, 2866:3, 2866:7, 2867:16
**flag** [5] - 2822:9, 2839:6, 2864:2, 2873:17, 2885:11
**flagged** [1] - 2866:12
**flash** [1] - 2861:15
**Fleet** [11] - 2976:21, 2977:2, 2977:7, 2977:18, 2978:3, 2979:21, 2980:7, 2980:16, 2982:13, 2983:7, 2984:23
**Fleet's** [2] - 2977:3, 2978:22
**FLOK** [2] - 2865:24, 2867:15
**floor** [3] - 2979:7, 2979:9, 2983:8
**floppy** [1] - 2836:10
**Florida** [11] - 2837:4, 2838:25, 2840:11, 2851:3, 2866:7, 2867:18, 2868:4, 2868:5, 2886:1, 2895:6, 2933:14
**fly** [1] - 2841:16
**focus** [1] - 2961:6
**folks** [2] - 2982:5, 2984:1
**follow** [1] - 2910:21
**followed** [1] - 2948:7
**following** [3] - 2948:15, 2953:7, 2956:24
**follows** [1] - 2953:11
**followup** [1] - 2952:20
**footage** [10] - 2831:13, 2842:14, 2911:6, 2911:9, 2919:16, 2920:16, 2943:19, 2950:24, 2951:2
**FOR** [1] - 2819:1
**force** [1] - 2868:3
**Force** [1] - 2830:21
**forced** [2] - 2922:23, 2923:25
**foregoing** [1] - 2986:6
**foreground** [1] - 2835:20
**foremost** [1] - 2898:13
**formed** [2] - 2919:6, 2940:15
**Fort** [1] - 2820:10
**forth** [2] - 2851:5, 2964:14
**forward** [64] - 2836:6, 2836:22, 2838:4, 2839:3, 2840:14, 2842:4, 2852:2, 2853:6, 2857:22, 2858:17, 2864:3, 2878:2, 2882:9, 2889:4, 2891:20, 2892:20, 2894:15, 2895:7, 2906:9, 2907:17, 2907:21, 2909:9, 2915:15, 2928:12, 2929:12, 2933:16, 2934:6,

2935:7, 2936:9, 2937:7, 2938:6,
2938:17, 2941:11, 2941:14, 2942:4,
2942:13, 2942:24, 2943:15, 2944:21,
2946:19, 2947:5, 2948:4, 2949:1,
2949:13, 2950:3, 2954:19, 2954:23,
2955:17, 2956:1, 2957:2, 2957:18,
2958:7, 2958:21, 2959:21, 2961:15,
2962:21, 2963:21, 2964:5, 2964:12,
2969:16, 2970:10, 2970:20, 2973:13,
2974:10
**forwarding** [1] - 2949:14
**FOS** [4] - 2845:10, 2924:9, 2924:12,
2924:15
**fought** [1] - 2865:1
**foundation** [11] - 2825:24, 2825:25,
2891:16, 2895:23, 2902:7, 2917:4,
2936:19, 2971:1, 2981:4, 2985:15,
2985:23
**founding** [2] - 2860:19, 2864:23
**fountain** [2] - 2855:3, 2907:6
**four** [9] - 2847:20, 2884:1, 2887:6,
2892:20, 2893:22, 2935:15, 2941:15,
2944:6, 2959:12
**fox** [2] - 2975:22, 2976:6
**frame** [5] - 2971:25, 2984:21, 2984:24,
2984:25, 2985:6
**free** [2] - 2900:9, 2945:5
**freedomDozier** [2] - 2964:22, 2964:25
**Friday** [2] - 2979:2, 2979:4
**front** [12] - 2891:21, 2892:6, 2939:22,
2940:16, 2947:9, 2947:10, 2947:16,
2951:25, 2955:2, 2956:18, 2956:24,
2959:7
**fucking** [6] - 2881:10, 2929:20, 2965:1,
2965:2, 2967:14, 2969:23
**fulfill** [1] - 2882:17
**full** [1] - 2953:1
**furthest** [1] - 2934:3
**future** [1] - 2975:21
**FYI** [1] - 2840:22

## G

**gain** [2] - 2824:18, 2869:15
**game** [1] - 2984:10
**gas** [1] - 2977:11
**gassing** [1] - 2907:5
**gator** [3] - 2865:24, 2867:15, 2867:18
**Gator** [1] - 2868:4
**general** [8] - 2896:8, 2896:13, 2896:20,
2897:3, 2900:6, 2905:7, 2983:18
**generally** [11] - 2834:14, 2849:22,
2854:8, 2856:1, 2857:17, 2878:8,
2892:23, 2893:25, 2899:5, 2910:14,
2914:16
**generated** [1] - 2852:19
**generation** [1] - 2864:23
**gentlemen** [3] - 2847:10, 2941:16,
2974:7
**Georgia** [1] - 2879:9

**given** [1] - 2901:3
**goal** [2] - 2914:21, 2914:23
**goggles** [1] - 2838:9
**golf** [7] - 2876:22, 2878:24, 2879:1,
2879:3, 2879:12, 2880:24, 2912:12
**goosebumps** [1] - 2967:20
**Gorda** [1] - 2820:14
**government** [23] - 2822:8, 2830:2,
2843:4, 2852:19, 2865:11, 2866:15,
2876:7, 2888:23, 2895:18, 2895:22,
2895:23, 2896:3, 2897:18, 2913:12,
2930:9, 2937:18, 2949:14, 2950:21,
2951:11, 2974:25, 2976:13, 2976:22,
2977:2
**Government** [1] - 2819:16
**government's** [4] - 2858:6, 2901:12,
2951:23, 2952:8
**Government's** [15] - 2824:14, 2825:11,
2829:15, 2829:16, 2837:11, 2847:7,
2850:22, 2855:11, 2855:22, 2855:25,
2862:3, 2865:14, 2869:19, 2870:15,
2906:7
**governor's** [2] - 2864:24, 2865:5
**grabbing** [1] - 2906:5
**grandstands** [1] - 2861:12
**Graydon** [10] - 2836:12, 2836:13,
2836:16, 2836:21, 2837:1, 2837:3,
2932:20, 2933:6, 2933:8, 2946:4
**great** [5] - 2868:14, 2876:24, 2907:18,
2935:8, 2945:9
**green** [6] - 2839:18, 2850:6, 2851:22,
2885:7, 2889:14, 2889:17
**Greene** [23] - 2824:12, 2824:15,
2824:19, 2825:16, 2833:15, 2833:21,
2833:23, 2833:25, 2851:24, 2875:16,
2875:18, 2908:4, 2908:6, 2908:19,
2909:10, 2909:11, 2923:8, 2923:10,
2935:23, 2936:13, 2936:17, 2938:25,
2944:3
**Greene's** [7] - 2824:23, 2824:25,
2825:3, 2825:6, 2825:14, 2825:23,
2826:4
**Greg** [3] - 2844:12, 2844:15, 2844:24
**grenades** [1] - 2861:18
**grenades/explosions** [1] - 2861:15
**Grods** [6] - 2879:15, 2970:16, 2973:17,
2973:20, 2973:25, 2974:4
**ground** [2] - 2871:19, 2908:2
**grounds** [19] - 2851:12, 2856:10,
2856:14, 2857:2, 2861:16, 2861:18,
2874:16, 2882:2, 2887:13, 2889:5,
2890:19, 2911:21, 2911:22, 2912:3,
2912:5, 2919:5, 2930:2, 2970:24,
2971:10
**group** [141] - 2829:10, 2829:20,
2830:22, 2831:4, 2832:18, 2833:2,
2837:14, 2837:17, 2838:24, 2840:11,
2843:1, 2843:5, 2843:7, 2843:10,
2843:18, 2844:3, 2845:10, 2851:8,
2856:1, 2856:8, 2856:13, 2857:7,

2857:14, 2858:14, 2858:24, 2860:9,
2861:10, 2861:21, 2862:9, 2862:16,
2862:24, 2863:4, 2863:5, 2863:7,
2863:10, 2863:11, 2863:12, 2863:22,
2864:16, 2864:22, 2865:3, 2866:7,
2867:19, 2868:5, 2868:17, 2868:20,
2870:6, 2871:2, 2872:2, 2872:9,
2873:5, 2874:21, 2875:4, 2879:14,
2879:22, 2882:1, 2882:5, 2882:18,
2883:20, 2886:18, 2886:23, 2894:1,
2895:6, 2900:23, 2900:25, 2901:1,
2906:20, 2907:23, 2908:1, 2909:1,
2909:2, 2909:19, 2912:1, 2912:11,
2913:20, 2920:1, 2920:19, 2921:4,
2921:9, 2921:24, 2922:16, 2923:5,
2923:16, 2924:4, 2924:6, 2924:19,
2925:5, 2926:14, 2926:16, 2926:22,
2927:1, 2927:3, 2927:4, 2927:18,
2928:9, 2930:1, 2931:15, 2933:13,
2933:20, 2934:3, 2934:15, 2935:17,
2939:13, 2939:19, 2939:21, 2939:24,
2940:6, 2940:25, 2942:7, 2942:20,
2944:8, 2944:17, 2950:11, 2954:20,
2955:2, 2956:16, 2957:8, 2958:4,
2958:19, 2959:4, 2959:7, 2960:18,
2962:17, 2964:3, 2965:10, 2965:15,
2965:20, 2966:10, 2966:14, 2966:23,
2967:4, 2967:13, 2968:4, 2968:7,
2968:21, 2969:20, 2977:18, 2980:12,
2982:5
**group's** [10] - 2844:1, 2855:4, 2877:15,
2888:20, 2907:16, 2915:4, 2931:3,
2932:1, 2945:12, 2970:8
**groups** [2] - 2830:14, 2830:23, 2916:22
**Guard** [1] - 2856:11
**guess** [5] - 2827:17, 2897:9, 2975:11,
2979:14, 2980:17

## H

**Hackett** [72] - 2820:6, 2837:5, 2837:14,
2838:23, 2838:24, 2840:5, 2851:7,
2862:15, 2862:24, 2863:4, 2863:12,
2863:17, 2863:22, 2864:16, 2868:17,
2868:21, 2870:6, 2871:23, 2872:2,
2872:22, 2873:8, 2873:25, 2876:17,
2879:21, 2883:23, 2884:5, 2885:9,
2900:8, 2906:20, 2911:25, 2919:15,
2919:25, 2927:18, 2928:2, 2928:5,
2929:6, 2930:1, 2931:14, 2932:6,
2934:7, 2935:11, 2939:10, 2939:18,
2939:23, 2940:6, 2940:13, 2940:25,
2941:3, 2942:19, 2944:8, 2946:17,
2948:9, 2948:16, 2949:10, 2950:10,
2951:22, 2951:24, 2954:20, 2956:15,
2957:1, 2958:3, 2959:3, 2959:9,
2960:17, 2962:4, 2968:20, 2974:22,
2974:23, 2977:16, 2978:9, 2980:11,
2982:4
**Hackett's** [4] - 2858:14, 2957:6, 2975:2,
2975:7

**hair** [1] - 2874:1
**half** [2] - 2848:6, 2953:21
**Halim** [2] - 2820:6, 2980:9
**HALIM** [17] - 2862:25, 2863:3, 2877:21, 2877:23, 2899:7, 2899:9, 2899:12, 2899:16, 2899:19, 2940:1, 2974:18, 2974:21, 2975:18, 2976:4, 2976:6, 2978:2, 2982:3
**hallway** [1] - 2981:18
**Hancock** [6] - 2925:17, 2925:19, 2925:21, 2926:3, 2926:4, 2926:6
**hand** [15] - 2832:10, 2881:20, 2931:8, 2943:21, 2943:23, 2946:6, 2948:22, 2949:21, 2950:2, 2950:12, 2951:21, 2953:7, 2953:14, 2954:21, 2957:6
**hands** [6] - 2861:24, 2905:8, 2940:15, 2950:7, 2951:12, 2951:13
**hang** [3] - 2914:10, 2914:20, 2941:16
**happy** [2] - 2822:23, 2977:6
**hard** [3] - 2834:7, 2853:9, 2945:21
**Hare** [1] - 2966:22
**Harrelson** [25] - 2850:8, 2851:10, 2887:1, 2887:2, 2888:2, 2891:1, 2891:14, 2891:22, 2891:24, 2892:3, 2892:7, 2892:17, 2893:17, 2893:25, 2895:4, 2895:5, 2913:20, 2940:23, 2941:1, 2942:8, 2948:9, 2957:1, 2960:1, 2961:20, 2962:3
**Harrelson's** [4] - 2892:1, 2960:3, 2960:11, 2960:22
**hat** [9] - 2835:19, 2836:10, 2839:7, 2839:14, 2873:18, 2874:8, 2885:11, 2885:16, 2912:23
**head** [9] - 2840:15, 2844:2, 2874:5, 2876:19, 2928:21, 2943:22, 2961:9, 2970:9, 2984:13
**headed** [12] - 2867:13, 2876:17, 2879:22, 2879:23, 2881:3, 2882:4, 2882:11, 2883:6, 2884:4, 2886:18, 2891:6, 2940:7
**heading** [2] - 2864:18, 2957:8
**hear** [21] - 2853:17, 2854:3, 2869:12, 2871:6, 2871:14, 2880:17, 2884:10, 2886:17, 2912:16, 2913:9, 2914:10, 2929:17, 2946:25, 2947:3, 2948:19, 2952:22, 2963:6, 2963:8, 2963:17, 2964:20, 2970:3
**heard** [20] - 2836:4, 2836:18, 2838:17, 2853:20, 2853:22, 2853:24, 2854:1, 2859:18, 2863:1, 2872:16, 2880:22, 2892:1, 2892:12, 2913:2, 2921:25, 2941:23, 2963:9, 2971:23, 2983:21, 2984:11
**hearing** [1] - 2877:19
**hearsay** [4] - 2976:13, 2979:15, 2983:25, 2985:18
**held** [2] - 2962:1, 2986:7
**helmet** [5] - 2874:12, 2928:22, 2955:25, 2956:3
**help** [2] - 2849:10, 2941:20

**helped** [2] - 2867:20, 2876:4
**helpful** [3] - 2899:9, 2917:4, 2952:15
**helping** [1] - 2867:20
**hereby** [2] - 2930:9, 2986:5
**HI** [1] - 2820:4
**hiding** [22] - 2977:15, 2977:25, 2978:1, 2979:19, 2979:23, 2979:24, 2979:25, 2981:7, 2981:13, 2982:2, 2982:8, 2982:10, 2982:11, 2982:13, 2982:14, 2982:16, 2984:16, 2984:17, 2984:20, 2984:24, 2985:3
**high** [1] - 2871:7
**Highlander** [2] - 2965:20, 2967:17
**highlander** [1] - 2875:12
**highlighted** [1] - 2847:23
**himself** [3] - 2977:11, 2984:20, 2984:23
**historical** [1] - 2823:18
**hitting** [1] - 2822:19
**hold** [1] - 2905:12
**holding** [3] - 2885:3, 2950:3, 2959:24
**honesty** [1] - 2975:11
**Honor** [64] - 2822:5, 2826:2, 2827:5, 2828:15, 2830:2, 2835:14, 2841:5, 2841:7, 2841:14, 2847:6, 2847:19, 2853:4, 2863:1, 2863:25, 2864:12, 2866:9, 2866:15, 2866:24, 2867:8, 2870:14, 2880:10, 2881:18, 2881:23, 2889:1, 2891:17, 2894:25, 2895:13, 2895:15, 2897:24, 2898:18, 2902:21, 2906:4, 2910:4, 2910:13, 2914:24, 2917:7, 2926:24, 2936:20, 2937:10, 2937:18, 2937:20, 2938:2, 2938:8, 2940:4, 2942:3, 2945:2, 2945:6, 2950:15, 2950:17, 2950:21, 2951:7, 2951:10, 2951:18, 2952:12, 2952:14, 2952:18, 2952:24, 2953:1, 2953:8, 2954:12, 2971:4, 2977:6, 2982:3, 2985:19
**HONORABLE** [1] - 2819:12
**hope** [2] - 2823:6, 2860:16
**horse** [1] - 2861:14
**Horse** [5] - 2856:3, 2856:8, 2857:7, 2861:9, 2861:17
**Horsewhisperer** [2] - 2922:22, 2923:24
**host** [1] - 2925:20
**hosts** [1] - 2926:4
**hotel** [21] - 2831:14, 2831:22, 2834:21, 2835:1, 2835:2, 2842:14, 2842:21, 2843:24, 2850:14, 2850:18, 2857:6, 2867:13, 2920:11, 2920:14, 2920:21, 2926:15, 2958:14, 2958:16, 2958:20, 2965:13, 2966:9
**Hotel** [6] - 2847:24, 2848:11, 2848:12, 2848:13, 2848:15, 2876:16
**hour** [5] - 2823:6, 2844:2, 2844:4, 2953:2, 2953:21
**hours** [4] - 2834:15, 2904:11, 2930:16, 2984:23
**house** [5] - 2978:6, 2978:7, 2979:7, 2979:9, 2980:13, 2983:8

**House** [3] - 2847:24, 2977:7, 2977:9
**house's** [1] - 2983:5
**huddle** [2] - 2919:6, 2920:5
**huddled** [2] - 2919:20, 2939:11
**Hughes** [1] - 2819:17
**hundreds** [1] - 2981:17

**I**

**i.e** [1] - 2832:21
**iCloud** [1] - 2969:5
**idea** [2] - 2900:24, 2952:19
**identifiable** [1] - 2881:22
**identification** [3] - 2902:4, 2902:7, 2904:4
**identifications** [4] - 2902:9, 2941:21, 2942:1, 2971:1
**identified** [7] - 2891:21, 2892:9, 2942:15, 2971:8, 2971:12, 2972:4, 2973:18
**identify** [15] - 2839:8, 2850:14, 2850:15, 2891:14, 2896:2, 2932:18, 2933:4, 2933:19, 2935:5, 2941:19, 2942:15, 2972:12, 2973:11, 2974:4, 2984:7
**identifying** [2] - 2881:22, 2977:25
**image** [3] - 2922:2, 2937:22, 2953:7
**images** [2] - 2901:24, 2937:24, 2970:17
**immediately** [2] - 2953:6, 2967:17
**impeachable** [1] - 2976:12
**importance** [1] - 2847:14
**important** [1] - 2977:7
**importantly** [1] - 2902:9
**impression** [1] - 2981:3
**IN** [1] - 2819:1
**inaccurate** [3] - 2896:22, 2898:11, 2898:20
**inappropriate** [1] - 2898:7
**inauguration** [3] - 2914:15, 2914:16, 2943:13
**inbound** [1] - 2861:11
**inches** [2] - 2832:20, 2832:25
**include** [13] - 2870:3, 2870:5, 2870:9, 2871:1, 2871:4, 2872:22, 2875:4, 2875:6, 2900:25, 2925:16, 2927:6, 2927:8, 2946:3
**included** [1] - 2871:23
**includes** [2] - 2851:19, 2872:2
**including** [13] - 2825:13, 2829:11, 2838:1, 2870:6, 2881:21, 2921:10, 2940:6, 2941:24, 2977:10, 2980:5, 2981:18, 2984:7
**incoming** [1] - 2856:11
**independence** [2] - 2925:21, 2925:23
**independently** [1] - 2901:2
**INDEX** [1] - 2821:1
**Indian** [1] - 2820:6
**indicate** [2] - 2854:17, 2908:15
**indicated** [1] - 2974:25
**indicating** [1] - 2850:19
**indicator** [1] - 2852:9

**individual** [45] - 2827:13, 2832:5, 2835:19, 2836:10, 2836:20, 2837:7, 2838:9, 2839:9, 2839:17, 2839:19, 2844:12, 2844:16, 2852:5, 2856:5, 2859:9, 2860:6, 2865:25, 2870:23, 2874:25, 2878:3, 2880:17, 2882:25, 2885:6, 2885:11, 2885:13, 2886:7, 2891:21, 2912:22, 2921:10, 2922:2, 2922:8, 2925:16, 2933:4, 2934:19, 2941:12, 2947:9, 2947:13, 2955:21, 2971:25, 2972:3, 2972:16, 2972:17, 2973:11, 2973:17, 2983:1
**individuals** [26] - 2829:11, 2840:10, 2845:25, 2846:22, 2848:5, 2848:14, 2871:2, 2871:4, 2877:9, 2886:18, 2886:22, 2888:14, 2913:20, 2916:22, 2920:23, 2929:23, 2932:6, 2932:19, 2933:13, 2942:15, 2946:21, 2946:23, 2961:7, 2971:9, 2971:12, 2985:3
**individuals'** [2] - 2921:10, 2941:18
**indulgence** [1] - 2822:14
**inference** [2] - 2982:13, 2982:14
**inflame** [1] - 2978:23
**information** [2] - 2856:22, 2897:2
**Infowars** [2] - 2845:1, 2845:5
**initial** [1] - 2979:6
**Inn** [1] - 2831:11
**inquiring** [1] - 2975:10
**inside** [14] - 2871:8, 2887:14, 2944:16, 2949:7, 2950:13, 2957:21, 2958:1, 2960:3, 2965:23, 2968:22, 2977:8, 2977:19, 2977:20, 2982:10
**insists** [1] - 2863:6
**insofar** [1] - 2901:8
**instance** [2] - 2828:25, 2900:14
**instances** [5] - 2917:11, 2917:13, 2917:19, 2975:1, 2976:14
**instead** [2] - 2900:20, 2922:9
**instructed** [3] - 2864:2, 2896:10, 2901:11
**instructing** [1] - 2950:4
**instruction** [4] - 2896:24, 2904:22, 2905:20, 2941:17
**intel** [4] - 2860:14, 2864:22, 2874:22, 2882:11
**intend** [3] - 2974:22, 2974:25, 2984:5
**intended** [1] - 2937:19
**intending** [3] - 2984:14, 2984:15, 2984:21
**intent** [2] - 2861:22, 2904:6
**intention** [1] - 2979:20
**interactions** [1] - 2981:23
**interestingly** [1] - 2902:11
**interfering** [1] - 2983:2
**interrupt** [2] - 2917:3, 2970:25
**introduce** [2] - 2937:21, 2984:21
**introduced** [2] - 2937:16, 2937:17
**investigate** [4] - 2831:16, 2916:5, 2916:21, 2918:9
**investigated** [2] - 2848:5, 2848:14

**investigation** [22] - 2825:21, 2830:17, 2835:24, 2842:15, 2857:13, 2860:24, 2868:16, 2869:15, 2875:25, 2876:12, 2911:20, 2915:19, 2918:8, 2921:16, 2933:9, 2935:2, 2943:8, 2945:11, 2967:7, 2971:17, 2972:23, 2974:3
**involves** [1] - 2902:12
**irrelevant** [1] - 2947:2
**Isaacs** [20] - 2837:9, 2837:10, 2837:20, 2837:21, 2837:23, 2838:3, 2865:18, 2874:2, 2874:3, 2932:21, 2944:14, 2948:7, 2955:3, 2955:9, 2956:16, 2956:25, 2957:14, 2958:1, 2958:11, 2958:24
**Isaacs'** [3] - 2865:22, 2948:2, 2956:12
**ish** [1] - 2822:22
**issue** [6] - 2822:7, 2823:2, 2864:11, 2902:5, 2905:17, 2979:15
**items** [2] - 2834:6, 2973:23
**itself** [6] - 2826:20, 2827:8, 2847:17, 2880:11, 2881:18, 2896:11

# J

**jacket** [1] - 2955:24
**Jackson** [8] - 2820:10, 2879:15, 2970:15, 2972:4, 2972:5, 2972:7, 2972:10, 2972:12
**James** [13] - 2875:6, 2876:8, 2876:13, 2878:25, 2879:10, 2880:21, 2880:22, 2881:2, 2882:10, 2934:20, 2934:21, 2935:5, 2970:15
**Jamie** [1] - 2976:21
**Jan** [11] - 2830:11, 2843:9, 2857:11, 2866:3, 2866:7, 2867:16, 2882:10, 2908:24, 2920:20, 2927:2, 2965:16
**January** [76] - 2819:6, 2822:19, 2824:20, 2826:6, 2826:11, 2829:8, 2829:12, 2829:20, 2832:15, 2833:8, 2834:15, 2835:8, 2835:23, 2836:2, 2836:14, 2837:5, 2837:18, 2837:21, 2838:13, 2839:12, 2839:22, 2839:25, 2840:6, 2840:12, 2840:15, 2841:1, 2842:2, 2843:8, 2845:18, 2845:22, 2846:1, 2846:6, 2847:1, 2848:6, 2848:15, 2850:12, 2854:6, 2854:9, 2857:14, 2858:10, 2860:11, 2861:4, 2863:13, 2865:6, 2869:16, 2874:9, 2874:22, 2877:15, 2879:10, 2882:21, 2892:4, 2892:15, 2907:17, 2910:24, 2913:5, 2914:14, 2916:24, 2926:1, 2930:10, 2930:13, 2930:15, 2932:24, 2934:23, 2971:14, 2971:19, 2972:5, 2972:14, 2973:4, 2973:6, 2973:9, 2973:20, 2974:1, 2976:25, 2977:8, 2986:9
**Jason** [26] - 2850:8, 2851:10, 2887:1, 2888:2, 2891:1, 2892:9, 2892:12, 2892:14, 2892:18, 2893:25, 2894:19, 2895:2, 2895:4, 2895:5, 2895:10,

2913:20, 2940:23, 2941:1, 2942:8, 2945:16, 2946:1, 2955:6, 2957:1, 2961:20, 2962:4
**Jeffrey** [1] - 2819:16
**Jeremy** [3] - 2885:24, 2885:25, 2886:2
**Jess** [4] - 2964:22, 2964:23, 2965:1
**Jessica** [43] - 2838:22, 2843:16, 2858:15, 2858:20, 2859:15, 2859:16, 2859:20, 2868:20, 2868:23, 2868:24, 2870:5, 2870:9, 2871:4, 2871:16, 2871:21, 2872:1, 2872:19, 2873:5, 2883:7, 2883:13, 2883:23, 2884:4, 2884:10, 2884:16, 2885:5, 2886:8, 2886:9, 2907:1, 2927:8, 2928:5, 2929:4, 2929:7, 2929:8, 2946:4, 2962:10, 2962:13, 2962:18, 2963:1, 2963:5, 2964:2, 2964:9, 2964:17, 2964:23
**Jim** [2] - 2967:13, 2967:15
**JOANNA** [1] - 2821:4
**JOANNE** [1] - 2823:8
**joined** [1] - 2940:25
**joining** [4] - 2891:2, 2900:23, 2900:25, 2901:3
**Jonathan** [5] - 2879:15, 2970:15, 2972:17, 2973:3, 2973:8
**Jones** [2] - 2845:7, 2924:13
**Joseph** [9] - 2820:6, 2873:8, 2873:25, 2885:9, 2919:15, 2934:7, 2948:9, 2948:15, 2957:6
**Joshua** [9] - 2875:6, 2876:8, 2876:13, 2878:25, 2880:21, 2880:22, 2881:2, 2882:10, 2970:15
**Jr** [1] - 2820:2
**JUDGE** [1] - 2819:13
**judgment** [1] - 2901:3
**jump** [16] - 2845:23, 2847:20, 2870:18, 2883:4, 2887:5, 2888:5, 2897:24, 2906:22, 2929:11, 2932:2, 2935:14, 2940:10, 2944:5, 2959:12, 2962:14, 2969:2
**jurors** [1] - 2903:8
**JURY** [1] - 2819:12
**jury** [51] - 2822:17, 2830:3, 2832:5, 2833:6, 2834:19, 2835:15, 2837:10, 2838:19, 2845:18, 2847:7, 2849:9, 2850:3, 2863:17, 2866:18, 2867:9, 2869:7, 2877:18, 2879:7, 2887:10, 2888:24, 2889:17, 2896:9, 2897:1, 2897:6, 2897:7, 2898:8, 2900:3, 2900:4, 2900:21, 2901:7, 2901:10, 2903:15, 2904:8, 2904:20, 2910:17, 2924:11, 2930:5, 2930:6, 2933:19, 2937:25, 2938:11, 2943:11, 2944:1, 2944:14, 2947:3, 2952:22, 2963:3, 2963:9, 2966:6, 2970:13, 2980:10
**Jury** [4] - 2823:4, 2899:2, 2905:15, 2974:12
**jury's** [1] - 2978:23

## K

**Kailua** [1] - 2820:4
**Kathryn** [1] - 2819:16
**keep** [4] - 2832:22, 2943:23, 2967:14, 2973:14
**Keeper** [4] - 2833:7, 2837:4, 2977:3, 2978:6
**Keepers** [5] - 2844:25, 2845:4, 2948:20, 2977:21, 2978:4
**keeping** [1] - 2914:23
**Kelly** [46] - 2839:20, 2839:21, 2839:25, 2840:3, 2843:14, 2858:14, 2859:10, 2872:22, 2873:24, 2874:5, 2885:15, 2916:1, 2916:5, 2916:16, 2919:13, 2919:15, 2927:6, 2928:19, 2928:21, 2933:21, 2935:11, 2936:8, 2936:12, 2936:15, 2938:13, 2938:20, 2938:21, 2939:1, 2939:8, 2939:21, 2948:15, 2949:19, 2949:20, 2950:1, 2950:11, 2951:23, 2951:25, 2954:21, 2955:5, 2957:1, 2957:7, 2959:8, 2961:14, 2986:3, 2986:11, 2986:13
**Kellye** [13] - 2833:15, 2844:19, 2851:24, 2860:18, 2860:23, 2861:3, 2909:22, 2909:24, 2910:23, 2911:9, 2913:9, 2914:5, 2924:14
**Kenneth** [25] - 2850:8, 2851:10, 2887:1, 2888:2, 2890:25, 2891:21, 2891:24, 2892:1, 2892:3, 2892:7, 2892:17, 2893:25, 2895:4, 2895:5, 2913:19, 2940:23, 2941:1, 2942:8, 2948:9, 2960:1, 2960:3, 2960:11, 2960:22, 2961:20, 2962:3
**key** [1] - 2902:21
**kind** [9] - 2840:18, 2841:4, 2854:20, 2878:17, 2887:11, 2896:23, 2897:14, 2932:14, 2972:21
**kinds** [1] - 2841:10
**knife** [1] - 2832:21
**knocking** [1] - 2981:2
**knowledge** [4] - 2897:1, 2897:8, 2911:4, 2976:10
**KT** [3] - 2875:12, 2965:20, 2967:17

## L

**L.A** [2] - 2946:13, 2961:19
**labeled** [1] - 2951:16
**lack** [2] - 2825:24, 2936:18
**ladies** [3] - 2847:10, 2941:16, 2974:7
**lagging** [1] - 2945:1
**landing** [1] - 2946:16
**Landon** [1] - 2909:6
**Lane** [1] - 2820:6
**language** [3] - 2897:12, 2900:25, 2901:4
**laptop** [2] - 2866:22, 2867:4
**large** [1] - 2905:11
**largely** [1] - 2896:21, 2900:13

**larger** [1] - 2889:20
**last** [11] - 2866:16, 2882:16, 2902:11, 2905:11, 2907:20, 2913:10, 2914:3, 2924:2, 2950:18, 2950:25, 2966:12
**late** [1] - 2979:4
**Laura** [7] - 2932:20, 2932:22, 2932:23, 2933:1, 2933:6, 2933:9, 2933:11
**LAW** [1] - 2820:3
**law** [10] - 2894:3, 2894:7, 2894:20, 2896:7, 2901:23, 2902:14, 2902:16, 2904:3, 2955:21, 2975:14
**lawyer's** [1] - 2904:21
**lawyers'** [2] - 2901:7, 2905:20
**lay** [4] - 2825:25, 2891:16, 2902:6, 2917:4
**layout** [1] - 2984:8
**Lazarus** [1] - 2980:6
**Lead** [1] - 2965:25
**lead** [5] - 2833:18, 2883:1, 2897:11, 2897:21, 2904:15
**leader** [2] - 2833:8, 2833:9
**Leadership** [3] - 2860:10, 2882:15, 2925:2
**leadership** [8] - 2833:14, 2850:6, 2851:22, 2851:23, 2860:14, 2863:5, 2864:21, 2966:19
**leading** [7] - 2894:23, 2897:13, 2897:18, 2900:18, 2900:19, 2903:24, 2905:4
**leaf** [1] - 2829:18
**lean** [1] - 2943:22
**learn** [2] - 2830:17, 2868:24
**least** [2] - 2863:18, 2950:20
**leather** [1] - 2885:19
**leaves** [1] - 2938:20
**leaving** [2] - 2842:14, 2981:17
**led** [2] - 2900:4, 2904:18
**Lee** [1] - 2820:2
**leeway** [1] - 2899:24
**left** [35] - 2832:10, 2839:6, 2848:1, 2850:1, 2853:12, 2854:14, 2854:23, 2872:8, 2873:20, 2873:23, 2878:5, 2889:25, 2903:11, 2906:7, 2906:20, 2907:6, 2907:19, 2908:13, 2928:17, 2932:18, 2933:19, 2934:3, 2934:4, 2939:1, 2939:10, 2941:8, 2943:21, 2946:6, 2948:22, 2949:10, 2957:6, 2957:18, 2962:17, 2968:8, 2970:9
**legally** [2] - 2845:21, 2930:17
**legend** [4] - 2849:25, 2850:3, 2850:4, 2850:21
**length** [2] - 2831:7, 2937:4
**less** [3] - 2832:20, 2902:20, 2936:14
**letting** [1] - 2902:20
**level** [1] - 2983:11
**Lexington** [3] - 2865:2, 2865:7, 2865:8
**liberty** [10] - 2874:24, 2875:1, 2875:8, 2875:24, 2876:1, 2907:23, 2924:6, 2924:18, 2924:21, 2924:24
**Liberty** [1] - 2876:3
**liberty's** [1] - 2907:18

**license** [2] - 2838:1, 2935:3
**lieu** [1] - 2979:21
**likely** [2] - 2979:4, 2979:5
**limine** [1] - 2899:15
**limit** [1] - 2831:7
**limitation** [2] - 2901:23, 2902:2
**limitations** [1] - 2979:22
**limited** [3] - 2904:4, 2975:16, 2976:9
**limiting** [1] - 2896:23
**line** [16] - 2851:18, 2851:23, 2854:15, 2862:12, 2862:15, 2862:21, 2894:3, 2895:12, 2906:14, 2906:16, 2940:15, 2941:12, 2951:12, 2951:24, 2951:25, 2966:3
**Line** [36] - 2837:4, 2837:12, 2837:13, 2837:16, 2840:10, 2848:8, 2848:9, 2848:16, 2848:23, 2850:7, 2850:9, 2851:2, 2851:7, 2851:13, 2851:18, 2858:23, 2863:16, 2863:22, 2864:15, 2871:23, 2879:14, 2895:6, 2919:5, 2920:1, 2920:23, 2940:5, 2940:25, 2942:7, 2944:17, 2946:3, 2955:5, 2968:20
**link** [4] - 2875:2, 2875:8, 2916:4, 2918:19
**linking** [1] - 2961:7
**literally** [1] - 2913:12
**Live** [5] - 2910:15, 2910:18, 2910:19, 2910:23, 2914:1
**live** [2] - 2875:2, 2910:20
**lived** [1] - 2965:2
**lives** [1] - 2854:3
**lobby** [4] - 2949:7, 2957:21, 2958:25, 2959:19
**locally** [1] - 2952:17
**located** [2] - 2838:21, 2856:23, 2907:11
**location** [12] - 2846:22, 2847:1, 2854:8, 2854:17, 2870:5, 2877:9, 2877:11, 2882:24, 2888:13, 2908:21, 2969:11, 2984:8
**locations** [2] - 2877:15, 2888:20
**locked** [1] - 2926:9
**loiter** [1] - 2930:18
**look** [26] - 2822:13, 2822:15, 2822:24, 2822:25, 2823:2, 2826:25, 2841:16, 2846:5, 2849:25, 2853:5, 2863:15, 2897:1, 2899:22, 2901:14, 2903:10, 2908:12, 2952:16, 2953:21, 2974:10, 2975:20, 2979:6, 2980:18, 2981:7, 2982:23, 2983:18, 2985:20
**looked** [4] - 2832:24, 2901:19, 2903:11, 2935:3
**looking** [5] - 2841:25, 2869:23, 2887:11, 2919:4, 2952:12
**looks** [5] - 2822:18, 2822:19, 2838:7, 2953:8, 2953:14
**lost** [1] - 2842:17
**loud** [1] - 2963:17
**loudspeaker** [1] - 2869:12
**Louis** [1] - 2819:18

**low** [1] - 2832:22
**lower** [1] - 2983:11
**lunch** [1] - 2823:6

# M

**MA** [1] - 2864:24
**main** [1] - 2848:20
**male** [1] - 2853:24
**man** [1] - 2882:16
**mansion** [2] - 2864:24, 2865:5
**MANZO** [1] - 2822:5
**Manzo** [1] - 2819:18
**map** [12] - 2846:21, 2847:23, 2848:2, 2870:3, 2872:8, 2877:8, 2888:13, 2888:16, 2889:14, 2889:18, 2893:2, 2980:15
**Marc** [1] - 2947:14
**march** [1] - 2890:19
**marching** [2] - 2883:15, 2883:20
**Marion** [1] - 2820:13
**mark** [3] - 2955:1, 2970:16, 2973:17
**Mark** [4] - 2879:15, 2973:20, 2973:25, 2974:4
**marked** [1] - 2894:12
**married** [1] - 2933:25
**Martin** [1] - 2820:9
**masks** [1] - 2967:18, 2977:11
**Massachusetts** [1] - 2986:5
**match** [3] - 2825:8, 2850:22, 2851:23
**matter** [2] - 2863:14, 2986:8
**Matthew** [1] - 2820:16
**mayor** [4] - 2930:2, 2930:11, 2930:14, 2930:17
**mean** [15] - 2841:22, 2861:6, 2896:12, 2896:14, 2901:9, 2903:5, 2903:6, 2904:10, 2905:3, 2943:11, 2980:17, 2980:19, 2982:22, 2982:23, 2983:14
**meaning** [1] - 2837:17
**means** [6] - 2841:18, 2841:24, 2841:25, 2909:13, 2945:5, 2970:1
**meant** [1] - 2830:18
**meantime** [1] - 2971:8
**medic** [4] - 2865:24, 2867:15, 2867:18, 2868:4
**meet** [2] - 2851:14, 2981:10
**meets** [1] - 2981:1
**Meggs** [49] - 2835:21, 2835:23, 2836:1, 2836:4, 2839:20, 2839:21, 2839:25, 2840:3, 2843:14, 2858:15, 2859:10, 2872:22, 2873:24, 2874:4, 2874:5, 2885:15, 2916:1, 2916:5, 2916:16, 2919:13, 2919:16, 2927:6, 2928:19, 2928:21, 2933:21, 2933:23, 2935:11, 2936:8, 2936:12, 2936:15, 2936:17, 2938:13, 2938:20, 2938:21, 2939:1, 2939:8, 2939:21, 2948:15, 2949:19, 2950:1, 2950:11, 2951:23, 2951:25, 2954:21, 2955:5, 2957:1, 2959:8, 2961:14, 2980:12

**Meggs'** [4] - 2949:20, 2953:7, 2953:14, 2957:7
**MEHTA** [1] - 2819:12
**member** [3] - 2843:10, 2886:1, 2984:18
**members** [30] - 2829:11, 2829:19, 2843:18, 2848:23, 2850:24, 2851:2, 2851:8, 2858:14, 2858:23, 2872:19, 2874:21, 2879:12, 2882:5, 2908:25, 2922:18, 2924:11, 2927:3, 2927:12, 2945:11, 2946:3, 2965:10, 2965:16, 2977:10, 2977:14, 2977:17, 2977:18, 2977:20, 2977:22, 2980:12, 2983:14
**memory** [1] - 2951:19
**mentioned** [3] - 2851:7, 2886:22, 2955:9
**merged** [2] - 2936:17, 2938:16
**merging** [1] - 2937:14
**Merit** [1] - 2986:3
**message** [101] - 2823:24, 2824:9, 2826:17, 2827:10, 2827:14, 2829:4, 2829:5, 2830:7, 2830:8, 2830:22, 2831:2, 2831:4, 2831:16, 2833:2, 2834:9, 2842:7, 2844:3, 2844:8, 2844:11, 2844:12, 2855:7, 2856:8, 2856:12, 2856:17, 2856:20, 2857:7, 2857:11, 2857:14, 2858:2, 2858:6, 2859:22, 2860:1, 2860:3, 2860:9, 2860:21, 2861:7, 2861:10, 2861:13, 2861:20, 2862:6, 2864:5, 2864:21, 2865:13, 2865:14, 2866:3, 2867:19, 2867:21, 2868:12, 2875:12, 2882:5, 2882:10, 2882:14, 2882:15, 2907:1, 2907:18, 2907:20, 2908:12, 2908:18, 2908:19, 2909:2, 2909:7, 2909:11, 2916:2, 2916:14, 2917:16, 2918:2, 2918:3, 2920:17, 2920:18, 2921:4, 2922:13, 2922:16, 2923:6, 2923:10, 2923:15, 2923:19, 2923:21, 2923:23, 2924:2, 2924:8, 2924:15, 2924:18, 2925:1, 2925:2, 2925:8, 2926:6, 2926:14, 2927:1, 2958:18, 2965:12, 2965:19, 2965:24, 2966:12, 2966:17, 2966:19, 2967:9, 2967:12, 2968:11, 2981:25
**messaged** [5] - 2824:7, 2840:18, 2857:17, 2881:2, 2882:16
**messages** [87] - 2823:15, 2823:16, 2823:18, 2823:21, 2824:19, 2824:25, 2825:3, 2825:5, 2825:6, 2825:13, 2825:14, 2825:16, 2825:17, 2825:22, 2826:4, 2826:6, 2826:10, 2826:13, 2826:16, 2826:19, 2827:7, 2827:14, 2827:15, 2827:19, 2827:22, 2827:24, 2828:6, 2828:23, 2829:1, 2829:2, 2829:19, 2829:22, 2829:25, 2832:15, 2842:1, 2842:15, 2845:23, 2846:5, 2846:17, 2847:1, 2855:5, 2855:16, 2855:17, 2856:1, 2857:1, 2859:24, 2860:23, 2864:1, 2866:17, 2867:3, 2867:5, 2867:6, 2868:11, 2874:22,

2877:5, 2877:12, 2888:10, 2888:16, 2904:12, 2907:21, 2908:16, 2909:10, 2915:19, 2916:6, 2916:12, 2916:13, 2916:21, 2916:23, 2917:2, 2917:5, 2917:23, 2918:1, 2918:5, 2918:14, 2918:16, 2920:20, 2923:7, 2924:4, 2925:6, 2925:10, 2925:13, 2925:15, 2925:16, 2926:17, 2965:9
**messaging** [9] - 2844:19, 2860:9, 2868:4, 2915:25, 2919:12, 2923:16, 2926:12, 2927:4, 2969:20
**met** [1] - 2942:8
**metadata** [4] - 2835:11, 2835:12, 2917:17, 2969:6
**Metro** [4] - 2866:5, 2867:13, 2867:20, 2867:24
**Michael** [23] - 2824:12, 2824:15, 2824:19, 2824:23, 2833:15, 2833:21, 2833:23, 2833:25, 2851:24, 2854:7, 2875:16, 2875:18, 2908:4, 2908:6, 2908:19, 2909:10, 2909:11, 2923:8, 2923:10, 2935:23, 2936:13, 2938:25, 2944:3
**middle** [2] - 2939:20, 2955:20
**midst** [1] - 2857:1
**might** [4] - 2881:22, 2887:24, 2984:2, 2985:18
**militia** [1] - 2876:4
**militia-style** [1] - 2876:4
**mind** [1] - 2906:5
**mindful** [2] - 2864:7, 2894:22
**MINUTA** [1] - 2819:7
**Minuta** [28] - 2820:2, 2843:12, 2848:16, 2851:19, 2858:9, 2862:9, 2876:14, 2876:18, 2878:4, 2879:1, 2879:10, 2879:23, 2880:1, 2880:3, 2880:5, 2880:8, 2881:8, 2882:1, 2882:4, 2883:6, 2905:8, 2912:11, 2970:6, 2970:8, 2970:9, 2970:14, 2970:23, 2971:9
**Minuta's** [3] - 2877:14, 2905:8, 2970:17
**minute** [33] - 2833:2, 2854:12, 2854:15, 2857:24, 2858:18, 2859:5, 2859:11, 2860:18, 2861:9, 2861:20, 2862:3, 2870:19, 2870:20, 2871:10, 2871:24, 2880:14, 2882:18, 2882:23, 2888:5, 2889:13, 2889:21, 2906:17, 2921:5, 2924:6, 2924:8, 2924:19, 2925:4, 2936:14, 2952:24, 2953:4, 2953:5, 2965:20, 2978:12
**minutes** [124] - 2831:25, 2832:18, 2842:5, 2856:12, 2856:17, 2857:10, 2862:18, 2872:15, 2872:24, 2873:2, 2874:17, 2874:20, 2876:10, 2881:24, 2883:4, 2883:11, 2884:1, 2884:7, 2884:21, 2886:4, 2886:14, 2887:5, 2887:6, 2890:13, 2890:22, 2891:4, 2891:9, 2892:21, 2893:12, 2893:16, 2893:22, 2894:15, 2895:7, 2906:8, 2906:9, 2907:10, 2907:25, 2915:15,

2919:1, 2919:22, 2920:7, 2921:1, 2921:20, 2922:11, 2922:20, 2922:25, 2927:21, 2928:12, 2928:13, 2928:15, 2928:25, 2929:11, 2929:12, 2931:10, 2932:3, 2932:17, 2933:17, 2934:1, 2934:12, 2935:14, 2936:4, 2936:10, 2937:8, 2938:18, 2939:2, 2939:3, 2939:15, 2940:10, 2940:19, 2941:7, 2941:8, 2941:9, 2941:15, 2942:4, 2942:24, 2943:15, 2944:5, 2944:11, 2944:22, 2945:1, 2945:24, 2946:9, 2947:5, 2947:17, 2948:4, 2948:5, 2948:12, 2948:25, 2949:17, 2949:23, 2953:2, 2954:23, 2955:7, 2955:17, 2956:1, 2956:9, 2956:20, 2957:5, 2957:11, 2958:8, 2958:21, 2958:24, 2959:12, 2959:21, 2960:2, 2960:14, 2961:16, 2962:8, 2962:15, 2962:22, 2962:24, 2963:21, 2964:5, 2965:4, 2969:2, 2969:16, 2970:10, 2970:11, 2970:20, 2971:6, 2977:17, 2980:14, 2982:4
**mischaracterization** [1] - 2898:16
**mischaracterizes** [1] - 2898:11
**mischaracterizing** [1] - 2897:20
**mission** [2] - 2908:25, 2922:19
**misspoke** [2] - 2945:18, 2978:8
**Mobile** [27] - 2823:23, 2824:6, 2824:8, 2824:10, 2824:16, 2824:18, 2825:6, 2825:13, 2825:22, 2826:10, 2826:11, 2826:17, 2826:19, 2827:8, 2827:11, 2827:15, 2827:23, 2828:12, 2829:1, 2829:2, 2908:11, 2908:15, 2908:16, 2909:10, 2923:7
**mobile** [1] - 2824:7
**mode** [1] - 2930:18
**Moerschel** [66] - 2820:9, 2837:5, 2838:23, 2839:10, 2839:12, 2839:15, 2840:5, 2851:8, 2862:16, 2863:17, 2863:23, 2864:16, 2868:17, 2868:21, 2870:6, 2871:23, 2872:2, 2872:22, 2873:16, 2873:20, 2873:21, 2876:17, 2879:21, 2883:23, 2884:5, 2885:12, 2906:20, 2911:25, 2919:15, 2920:1, 2927:18, 2928:17, 2929:6, 2931:14, 2932:7, 2932:20, 2935:11, 2939:10, 2939:18, 2939:24, 2940:6, 2940:13, 2940:25, 2941:4, 2942:20, 2944:8, 2946:3, 2946:17, 2949:10, 2950:10, 2951:22, 2951:24, 2954:20, 2955:5, 2956:16, 2958:3, 2959:4, 2959:9, 2960:17, 2961:7, 2962:4, 2968:20, 2977:16, 2978:10, 2980:11, 2982:5
**Moerschel's** [8] - 2837:14, 2838:24, 2858:14, 2862:24, 2863:4, 2863:12, 2946:5, 2948:22
**moment** [8] - 2921:16, 2952:1, 2952:21, 2954:12, 2958:4, 2958:18, 2961:22, 2962:3
**Monday** [1] - 2979:4

**moniker** [1] - 2908:5
**morning** [16] - 2829:8, 2829:12, 2829:20, 2834:15, 2835:7, 2840:12, 2840:15, 2841:1, 2842:5, 2842:16, 2844:1, 2845:13, 2848:3, 2926:1, 2976:20, 2985:24
**Mortellite** [3] - 2986:3, 2986:11, 2986:13
**most** [3] - 2848:8, 2903:3, 2916:23
**mostly** [1] - 2850:11
**mother** [1] - 2929:20
**motion** [6] - 2899:13, 2949:21, 2950:8, 2950:12, 2951:22, 2954:21
**motions** [1] - 2899:14
**motor** [1] - 2930:18
**move** [24] - 2835:15, 2836:22, 2840:14, 2847:6, 2854:15, 2855:21, 2859:14, 2859:20, 2862:22, 2870:14, 2877:17, 2885:10, 2891:20, 2892:20, 2910:5, 2920:2, 2920:4, 2923:5, 2936:18, 2938:6, 2945:7, 2951:13, 2953:23, 2961:15
**moved** [2] - 2939:20, 2948:7
**movement** [2] - 2854:17, 2915:4
**movements** [5] - 2850:7, 2850:8, 2850:9, 2855:5, 2931:3
**moves** [2] - 2830:3, 2888:23
**moving** [11] - 2842:4, 2849:19, 2857:21, 2862:14, 2864:1, 2872:9, 2906:15, 2928:23, 2931:18, 2934:6, 2951:14
**MR** [307] - 2822:5, 2822:7, 2822:13, 2822:18, 2823:9, 2824:13, 2825:2, 2825:24, 2826:2, 2826:23, 2827:5, 2827:13, 2827:21, 2828:8, 2828:15, 2828:20, 2829:14, 2830:2, 2830:4, 2831:24, 2832:13, 2834:10, 2835:14, 2836:6, 2836:22, 2838:3, 2839:2, 2840:8, 2841:5, 2841:7, 2841:14, 2843:4, 2843:6, 2844:6, 2846:8, 2847:6, 2847:19, 2849:2, 2852:2, 2853:4, 2853:14, 2854:11, 2855:10, 2855:21, 2857:23, 2858:17, 2859:5, 2859:11, 2859:25, 2860:3, 2861:13, 2862:2, 2862:18, 2863:9, 2863:21, 2863:25, 2864:5, 2864:12, 2864:14, 2865:12, 2866:9, 2866:12, 2866:15, 2866:19, 2866:21, 2866:24, 2867:1, 2867:4, 2867:8, 2867:11, 2867:14, 2867:17, 2868:8, 2868:15, 2869:18, 2870:14, 2870:18, 2871:10, 2871:24, 2872:14, 2872:24, 2874:17, 2876:10, 2876:23, 2877:17, 2877:22, 2878:1, 2879:17, 2880:10, 2880:13, 2881:5, 2881:18, 2881:23, 2882:7, 2882:14, 2882:22, 2883:3, 2883:10, 2884:1, 2884:7, 2884:21, 2886:4, 2886:14, 2887:4, 2888:4, 2888:23, 2889:1, 2889:13, 2889:21, 2890:13, 2890:22, 2891:9, 2891:17, 2892:20, 2893:12, 2893:22, 2894:14, 2894:25, 2895:7,

2895:13, 2895:15, 2895:17, 2895:21, 2896:12, 2896:15, 2896:25, 2897:13, 2897:22, 2897:24, 2898:14, 2898:18, 2899:14, 2899:18, 2899:24, 2900:22, 2901:16, 2902:21, 2903:1, 2904:24, 2905:1, 2905:6, 2905:12, 2906:4, 2906:11, 2906:19, 2907:8, 2907:15, 2909:9, 2910:2, 2910:9, 2910:13, 2911:16, 2912:17, 2912:20, 2913:14, 2913:25, 2914:3, 2914:24, 2915:3, 2915:15, 2915:22, 2917:7, 2919:1, 2919:22, 2920:7, 2921:1, 2921:20, 2922:11, 2922:20, 2922:25, 2923:3, 2923:14, 2923:23, 2925:8, 2926:19, 2926:21, 2926:24, 2927:15, 2927:21, 2928:12, 2928:15, 2928:25, 2929:3, 2929:11, 2930:4, 2931:2, 2931:10, 2931:25, 2932:16, 2933:16, 2934:1, 2934:12, 2935:7, 2935:13, 2936:4, 2936:9, 2936:18, 2936:20, 2937:7, 2937:10, 2937:18, 2938:2, 2938:6, 2938:8, 2938:10, 2938:17, 2938:24, 2939:7, 2939:15, 2940:2, 2940:4, 2940:9, 2940:19, 2941:6, 2941:14, 2942:3, 2942:23, 2943:15, 2944:4, 2944:11, 2944:21, 2944:24, 2945:6, 2945:24, 2946:8, 2946:19, 2947:2, 2947:17, 2948:4, 2948:12, 2948:25, 2949:23, 2950:5, 2950:15, 2950:17, 2950:21, 2950:25, 2951:4, 2951:6, 2951:10, 2951:18, 2952:3, 2952:6, 2952:12, 2952:23, 2953:1, 2953:4, 2953:8, 2953:13, 2953:18, 2953:20, 2954:8, 2954:12, 2954:17, 2954:18, 2954:23, 2955:7, 2955:17, 2956:1, 2956:9, 2956:19, 2956:22, 2957:2, 2957:11, 2957:17, 2958:7, 2958:21, 2959:11, 2959:21, 2960:14, 2961:15, 2962:7, 2962:13, 2962:21, 2963:21, 2964:5, 2964:12, 2965:3, 2965:8, 2965:19, 2965:24, 2966:12, 2966:17, 2967:1, 2967:9, 2967:12, 2968:6, 2969:1, 2969:16, 2970:7, 2970:20, 2971:3, 2973:13, 2977:6, 2979:2, 2979:17, 2981:12, 2982:7, 2982:15, 2982:17, 2982:20, 2984:3, 2984:15, 2985:2, 2985:8, 2985:11, 2985:19
**MS** [17] - 2862:25, 2863:3, 2877:21, 2877:23, 2899:7, 2899:9, 2899:12, 2899:16, 2899:19, 2940:1, 2974:18, 2974:21, 2975:18, 2976:4, 2976:6, 2978:2, 2982:3
**multiple** [3] - 2921:10, 2944:7, 2955:11
**Muriel** [1] - 2930:11
**music** [1] - 2967:19
**must** [1] - 2978:20
**Myers** [1] - 2820:10

**N**

**named** [3] - 2844:12, 2921:10, 2925:16

**names** [1] - 2941:18
**Nancy** [1] - 2976:24
**narrate** [5] - 2896:4, 2898:3, 2898:7, 2900:12, 2902:16
**narrating** [1] - 2898:4
**narration** [7] - 2896:4, 2898:1, 2899:15, 2901:23, 2902:1, 2902:13, 2903:13
**National** [1] - 2856:11
**national** [1] - 2871:8
**naturally** [1] - 2864:8
**near** [4] - 2901:1, 2911:11, 2943:13, 2982:11
**necessarily** [1] - 2983:15
**need** [9] - 2822:4, 2875:14, 2877:21, 2908:24, 2922:18, 2969:23, 2974:16, 2982:13, 2983:24
**needed** [2] - 2929:18, 2985:22
**needs** [3] - 2897:7, 2938:4, 2952:10
**Nestler** [8] - 2819:16, 2824:13, 2824:15, 2906:5, 2906:6, 2976:19, 2977:5, 2982:15
**NESTLER** [11] - 2977:6, 2979:2, 2979:17, 2981:12, 2982:7, 2984:3, 2984:15, 2985:2, 2985:8, 2985:11, 2985:19
**Nestler's** [1] - 2978:3
**networks** [1] - 2918:12
**neutral** [1] - 2900:15
**newly** [1] - 2914:17
**news** [4] - 2890:5, 2890:9, 2890:16, 2930:25
**News2Share** [1] - 2947:21
**next** [37] - 2831:2, 2832:15, 2833:25, 2844:11, 2857:7, 2860:3, 2861:13, 2864:10, 2865:2, 2865:6, 2865:13, 2868:8, 2882:9, 2882:14, 2882:22, 2908:12, 2909:7, 2912:17, 2913:14, 2923:6, 2923:14, 2923:23, 2925:1, 2925:8, 2928:19, 2933:6, 2961:4, 2961:23, 2965:19, 2965:24, 2966:17, 2967:1, 2967:9, 2967:10, 2967:12, 2968:4, 2968:6
**nice** [1] - 2823:6
**nickname** [1] - 2833:22
**nine** [17] - 2836:23, 2837:8, 2884:21, 2894:15, 2906:8, 2920:8, 2935:14, 2936:4, 2936:9, 2937:8, 2938:17, 2938:24, 2940:10, 2941:15, 2962:21, 2962:24, 2963:21
**Ninth** [2] - 2902:12, 2902:19
**non** [1] - 2904:5
**none** [2] - 2898:16, 2899:22
**nonviolence** [1] - 2975:12
**normally** [1] - 2960:9
**north** [5] - 2848:11, 2862:14, 2927:19, 2928:10, 2931:18
**North** [1] - 2933:14
**northeast** [1] - 2918:25
**Northwest** [1] - 2848:22
**northwest** [5] - 2914:7, 2919:19,

2921:8, 2921:19, 2943:20
**note** [3] - 2899:22, 2900:22, 2954:8
**notes** [1] - 2903:11
**nothing** [2] - 2857:12, 2897:10
**noticed** [1] - 2944:25
**notification** [2] - 2930:22, 2976:19
**notion** [1] - 2904:1
**November** [1] - 2899:21
**number** [14] - 2827:24, 2833:5, 2834:3, 2852:9, 2867:9, 2871:1, 2887:19, 2889:7, 2895:21, 2895:25, 2921:23, 2937:23, 2945:2
**numbers** [2] - 2865:15, 2887:16
**nut** [1] - 2845:16
**NW** [2] - 2819:19, 2820:17

**O**

**Oath** [9] - 2833:7, 2837:4, 2844:25, 2845:4, 2948:20, 2977:3, 2977:21, 2978:4, 2978:5
**oath** [1] - 2882:17
**object** [8] - 2863:3, 2866:16, 2880:10, 2895:21, 2897:25, 2900:22, 2905:7, 2985:23
**objecting** [1] - 2898:16
**objection** [26] - 2825:24, 2826:23, 2828:18, 2830:4, 2841:5, 2841:14, 2862:25, 2877:19, 2877:23, 2895:13, 2900:1, 2901:5, 2903:18, 2903:22, 2904:17, 2904:19, 2914:24, 2926:21, 2936:18, 2940:1, 2947:2, 2950:15, 2950:17, 2950:19
**objectionable** [1] - 2905:4
**objections** [1] - 2895:15
**objective** [1] - 2903:14
**observations** [2] - 2977:23, 2985:15
**observe** [3] - 2977:8, 2982:2, 2983:6
**observed** [1] - 2984:6
**observing** [2] - 2983:10, 2984:2
**obstructing** [1] - 2983:2
**obstruction** [1] - 2982:17
**obtain** [1] - 2824:1
**obviously** [3] - 2951:10, 2951:22, 2982:12
**occupied** [1] - 2914:8
**occur** [2] - 2929:18, 2945:22
**occurred** [3] - 2890:17, 2895:11, 2918:9
**occurring** [4] - 2849:11, 2857:21, 2930:15, 2963:17
**October** [2] - 2899:17, 2899:19
**OF** [5] - 2819:1, 2819:3, 2819:12, 2820:3, 2986:1
**offense** [1] - 2982:16
**offer** [1] - 2976:21
**OFFICE** [1] - 2819:18
**office** [7] - 2914:17, 2977:1, 2978:7, 2978:8, 2978:10, 2978:17
**officer** [5] - 2901:23, 2902:14, 2902:16, 2947:14, 2955:21

**officers** [11] - 2857:9, 2893:7, 2893:10, 2894:3, 2894:7, 2894:20, 2895:2, 2895:12, 2906:14, 2906:16, 2946:24
**OFFICES** [1] - 2820:3
**official** [1] - 2854:9
**OFFICIAL** [1] - 2986:1
**Official** [1] - 2986:14
**Ohio** [3] - 2838:21, 2840:11, 2851:3
**OK** [4] - 2866:3, 2866:7, 2867:15, 2867:18
**Old** [3] - 2860:10, 2882:15, 2925:2
**old** [2] - 2900:3, 2966:19
**once** [2] - 2828:10, 2974:23
**One** [2] - 2871:6, 2929:17
**one** [75] - 2822:21, 2833:2, 2833:5, 2834:3, 2842:16, 2847:11, 2854:12, 2854:14, 2857:24, 2858:18, 2858:23, 2859:5, 2859:6, 2859:11, 2860:18, 2861:9, 2861:20, 2862:3, 2866:7, 2867:20, 2868:9, 2868:15, 2870:19, 2870:20, 2870:22, 2871:4, 2871:10, 2871:24, 2878:2, 2878:3, 2879:19, 2880:14, 2880:24, 2882:16, 2882:18, 2882:23, 2885:20, 2888:5, 2889:13, 2889:21, 2891:4, 2894:20, 2895:3, 2895:17, 2895:21, 2897:8, 2899:14, 2900:14, 2901:16, 2902:9, 2912:21, 2915:22, 2918:6, 2921:5, 2924:8, 2924:19, 2932:6, 2935:19, 2941:17, 2952:4, 2952:15, 2952:24, 2952:25, 2953:4, 2953:5, 2954:2, 2955:24, 2956:3, 2965:20, 2971:12, 2973:17, 2979:14, 2979:23, 2981:14, 2981:15
**ones** [1] - 2880:5
**online** [1] - 2953:2
**OP** [1] - 2874:22
**op** [3] - 2833:5, 2834:3, 2882:11
**Op** [12] - 2830:11, 2843:9, 2857:11, 2858:10, 2866:3, 2866:7, 2867:16, 2882:21, 2908:24, 2920:20, 2927:2, 2965:16
**open** [7] - 2900:20, 2903:17, 2945:3, 2948:10, 2949:8, 2950:11, 2979:18
**open-ended** [2] - 2900:20, 2903:17
**opened** [1] - 2954:21
**openly** [1] - 2832:22
**operational** [2] - 2833:8, 2833:9
**operations** [2] - 2833:18, 2883:1
**operator** [1] - 2840:23
**opinion** [4] - 2827:1, 2828:13, 2975:6, 2975:7
**opposed** [2] - 2827:15, 2984:1
**opposite** [1] - 2943:3
**options** [1] - 2897:9
**orange** [5] - 2834:25, 2850:5, 2850:24, 2854:15, 2966:3
**order** [3] - 2900:19, 2938:5, 2952:10
**ordered** [1] - 2930:11
**organization** [1] - 2876:4
**organizer** [1] - 2834:21

**organizing** [1] - 2835:1
**orient** [2] - 2849:10, 2944:14
**orienting** [2] - 2897:4, 2897:5
**original** [2] - 2829:22, 2855:17
**otherwise** [1] - 2881:22
**outfitted** [1] - 2920:21
**outline** [1] - 2890:8
**outlining** [1] - 2949:5
**outside** [14] - 2830:13, 2830:15, 2859:2, 2911:6, 2919:9, 2927:24, 2947:24, 2970:5, 2973:25, 2977:15, 2977:21, 2978:10, 2982:9, 2984:12
**overheard** [2] - 2866:5, 2867:24
**overlaid** [1] - 2960:6
**overnight** [1] - 2974:14
**overran** [1] - 2964:20
**overrule** [1] - 2904:19
**overruled** [2] - 2881:19, 2915:1
**own** [6] - 2861:24, 2898:8, 2941:23, 2967:14, 2976:11, 2984:6

## P

**p.m** [107] - 2819:6, 2822:2, 2822:19, 2846:6, 2847:4, 2854:22, 2855:2, 2856:1, 2856:3, 2856:9, 2856:18, 2857:10, 2858:24, 2859:20, 2859:23, 2861:9, 2862:21, 2866:4, 2871:22, 2872:12, 2873:2, 2874:21, 2875:12, 2876:8, 2876:12, 2878:6, 2878:22, 2882:1, 2883:13, 2884:4, 2885:2, 2887:8, 2890:17, 2893:20, 2895:10, 2901:15, 2906:12, 2906:20, 2906:21, 2906:22, 2906:25, 2907:10, 2907:19, 2907:23, 2908:19, 2909:17, 2909:20, 2909:25, 2911:23, 2911:25, 2912:11, 2915:7, 2915:18, 2915:25, 2916:11, 2916:14, 2918:14, 2919:8, 2919:12, 2920:13, 2926:7, 2926:14, 2927:4, 2928:8, 2929:7, 2929:15, 2930:10, 2930:12, 2931:4, 2931:24, 2932:9, 2935:10, 2935:25, 2939:11, 2939:18, 2942:19, 2943:1, 2943:18, 2944:9, 2944:15, 2944:20, 2945:23, 2946:2, 2946:14, 2947:22, 2949:8, 2956:15, 2957:8, 2958:10, 2959:6, 2961:22, 2962:18, 2963:19, 2963:24, 2964:25, 2966:10, 2966:18, 2968:18, 2969:10, 2970:5, 2970:13, 2980:7, 2981:16, 2981:17, 2984:19, 2985:25
**PA** [1] - 2820:7
**PAGE** [1] - 2821:3
**pans** [1] - 2850:14
**pants** [1] - 2969:23
**paragraph** [1] - 2930:8
**park** [1] - 2930:19
**Parker** [3] - 2932:6, 2939:12, 2964:2
**Parker's** [2] - 2932:5, 2964:1
**Parler** [1] - 2955:15
**parliamentarian** [1] - 2979:8

**part** [9] - 2843:7, 2852:16, 2862:16, 2863:17, 2867:6, 2903:3, 2918:8, 2933:13, 2982:17
**participate** [2] - 2898:5, 2983:4
**participated** [1] - 2898:4
**participating** [1] - 2983:5
**particular** [5] - 2903:22, 2904:17, 2918:9, 2963:11, 2984:1
**particularly** [5] - 2826:4, 2888:19, 2904:6, 2904:11, 2932:22
**pass** [1] - 2881:16
**passed** [1] - 2906:16
**passenger** [1] - 2879:2
**passion** [1] - 2978:23
**past** [3] - 2895:12, 2906:14, 2924:4
**patients** [1] - 2867:22
**patriots** [18] - 2856:10, 2861:23, 2875:3, 2875:13, 2875:14, 2875:19, 2875:23, 2875:24, 2880:2, 2880:3, 2880:9, 2907:24, 2924:7, 2924:22, 2924:25, 2926:12, 2968:5
**Patriots** [1] - 2967:11
**Paul** [7] - 2921:11, 2921:13, 2922:2, 2966:1, 2966:2, 2966:8
**pause** [23] - 2838:7, 2839:5, 2880:16, 2883:4, 2890:25, 2894:18, 2906:22, 2912:20, 2932:2, 2935:14, 2936:10, 2940:10, 2944:5, 2944:24, 2950:5, 2956:22, 2958:10, 2959:12, 2962:15, 2964:6, 2965:6, 2969:2, 2973:16
**paused** [2] - 2956:23, 2962:24
**pausing** [2] - 2836:23, 2928:15
**PD** [4] - 2866:5, 2867:13, 2867:20, 2867:24
**peace** [1] - 2855:3
**peaceful** [1] - 2907:5
**peacefulness** [1] - 2975:12
**Peed** [2] - 2820:16, 2895:16
**peed** [10] - 2866:11, 2867:4, 2868:12, 2903:21, 2951:5, 2951:9, 2952:4, 2952:15, 2952:18, 2953:22
**PEED** [37] - 2820:16, 2822:7, 2841:5, 2841:14, 2843:4, 2863:25, 2866:9, 2866:12, 2866:19, 2867:11, 2867:14, 2880:10, 2881:18, 2895:13, 2895:15, 2895:17, 2895:21, 2896:12, 2896:15, 2896:25, 2897:13, 2897:22, 2898:18, 2900:22, 2905:6, 2905:12, 2914:24, 2926:21, 2950:15, 2950:17, 2951:6, 2951:10, 2952:23, 2953:4, 2953:8, 2953:13, 2954:12
**peed's** [2] - 2822:20, 2900:1
**Pelosi** [2] - 2976:24, 2979:19
**Pelosi's** [3] - 2977:14, 2977:19, 2984:19
**Pence** [8] - 2854:3, 2854:6, 2854:7, 2857:12, 2857:14, 2857:18, 2883:17, 2907:4
**Pence's** [1] - 2871:7
**Pennsylvania** [7] - 2833:7, 2848:22, 2868:19, 2873:7, 2876:18, 2883:15,

2912:2
**people** [32] - 2824:20, 2857:1, 2866:5, 2867:24, 2868:5, 2869:12, 2895:22, 2910:21, 2918:1, 2921:25, 2922:23, 2923:25, 2926:8, 2926:11, 2926:12, 2948:19, 2951:21, 2951:25, 2952:19, 2977:11, 2980:2, 2980:20, 2980:24, 2980:25, 2981:2, 2981:9, 2982:8, 2982:22, 2983:23, 2983:24, 2984:1, 2984:8
**people's** [2] - 2833:22, 2985:16
**pepper** [1] - 2965:22
**Per** [1] - 2860:22
**per** [2] - 2861:1, 2861:6
**percent** [1] - 2870:22
**Percent** [2] - 2871:6, 2929:17
**percipient** [1] - 2898:1
**perfect** [1] - 2825:8
**perhaps** [2] - 2900:13, 2903:19
**period** [3] - 2823:24, 2953:12, 2978:13
**permit** [1] - 2903:13
**permitted** [2] - 2902:16, 2954:7
**person** [26] - 2832:7, 2836:16, 2839:6, 2853:22, 2854:1, 2854:23, 2856:6, 2859:16, 2866:1, 2866:3, 2870:24, 2880:22, 2885:18, 2886:11, 2891:24, 2892:6, 2892:8, 2892:10, 2892:12, 2892:17, 2912:25, 2917:16, 2930:16, 2944:17, 2971:21, 2972:10
**person's** [3] - 2823:18, 2922:6, 2976:22
**personal** [2] - 2896:25, 2897:8
**personally** [1] - 2984:6
**persons** [1] - 2930:17
**pertaining** [1] - 2936:21
**Philadelphia** [1] - 2820:7
**phone** [65] - 2823:17, 2823:20, 2823:21, 2824:23, 2824:25, 2825:3, 2825:6, 2825:23, 2826:4, 2826:8, 2827:18, 2827:24, 2828:1, 2828:7, 2828:10, 2828:25, 2834:7, 2834:17, 2858:21, 2865:17, 2865:22, 2869:9, 2869:13, 2873:3, 2880:18, 2884:19, 2885:4, 2891:11, 2901:17, 2908:8, 2915:14, 2916:20, 2917:9, 2918:11, 2921:23, 2922:3, 2922:6, 2925:11, 2925:15, 2931:9, 2932:5, 2936:2, 2936:22, 2937:9, 2937:13, 2938:13, 2944:3, 2945:12, 2945:14, 2945:19, 2959:25, 2960:3, 2960:11, 2960:22, 2963:1, 2963:5, 2963:7, 2963:13, 2963:14, 2963:16, 2964:1, 2964:10, 2964:15, 2980:23, 2981:24
**phones** [5] - 2833:23, 2895:13, 2921:10, 2930:23, 2951:6
**photo** [8] - 2836:11, 2870:9, 2873:8, 2921:6, 2961:13, 2967:5, 2967:21, 2967:23
**photograph** [9] - 2873:3, 2873:6, 2873:13, 2907:13, 2921:7, 2943:5, 2961:19, 2961:25, 2968:9

**photographer** [1] - 2961:20
**photographs** [17] - 2835:22, 2836:1, 2836:13, 2837:20, 2837:23, 2838:12, 2839:14, 2839:21, 2846:17, 2892:14, 2913:4, 2913:7, 2932:23, 2933:1, 2966:23, 2984:20, 2984:22
**photos** [15] - 2839:24, 2877:5, 2888:10, 2888:16, 2892:3, 2934:21, 2971:14, 2971:18, 2972:4, 2972:7, 2973:3, 2973:8, 2973:20, 2973:25, 2977:1
**phrase** [1] - 2861:1
**phrased** [2] - 2828:3, 2905:22
**phrases** [1] - 2903:23
**physical** [1] - 2894:19
**physically** [1] - 2872:19
**pick** [1] - 2931:4
**picking** [1] - 2878:18
**picture** [2] - 2889:24, 2968:13
**pictures** [5] - 2839:11, 2841:16, 2841:18, 2913:4, 2913:7
**pissed** [3] - 2875:23, 2875:24, 2968:5
**place** [4] - 2833:17, 2869:16, 2930:19, 2932:13
**placed** [2] - 2938:13, 2940:15
**places** [1] - 2936:8
**placing** [1] - 2935:23
**Plaintiff** [1] - 2819:4
**plan** [1] - 2872:6
**planning** [3] - 2822:17, 2979:18, 2979:21
**play** [110] - 2836:6, 2849:2, 2852:2, 2853:14, 2854:11, 2857:24, 2858:17, 2859:5, 2859:11, 2862:3, 2862:18, 2870:20, 2871:10, 2871:24, 2872:15, 2872:24, 2874:17, 2876:10, 2877:22, 2879:17, 2880:14, 2881:24, 2883:10, 2884:1, 2884:7, 2884:21, 2886:4, 2886:14, 2887:5, 2889:13, 2889:21, 2890:13, 2890:22, 2891:9, 2893:12, 2893:22, 2894:15, 2895:7, 2906:9, 2910:14, 2911:17, 2912:17, 2913:14, 2914:1, 2915:15, 2919:1, 2919:22, 2920:7, 2921:1, 2921:20, 2922:11, 2922:20, 2922:25, 2927:21, 2928:12, 2928:25, 2929:12, 2931:4, 2931:10, 2932:16, 2933:16, 2934:1, 2934:12, 2935:7, 2936:4, 2936:9, 2937:7, 2938:17, 2938:24, 2939:15, 2940:19, 2941:6, 2941:7, 2942:24, 2943:15, 2944:11, 2944:21, 2945:24, 2946:8, 2946:19, 2947:5, 2947:17, 2948:4, 2948:12, 2948:25, 2949:1, 2949:23, 2950:14, 2954:6, 2954:23, 2955:7, 2955:17, 2956:1, 2956:9, 2956:19, 2957:11, 2957:18, 2958:7, 2958:21, 2959:21, 2960:14, 2962:7, 2962:21, 2963:21, 2964:5, 2964:12, 2965:3, 2969:16, 2970:10, 2970:20
**played** [115] - 2836:9, 2836:25, 2838:6, 2839:4, 2849:4, 2852:4, 2853:16,

2854:13, 2858:1, 2858:19, 2859:8, 2859:13, 2862:5, 2862:20, 2870:21, 2871:12, 2871:25, 2873:1, 2874:19, 2879:18, 2880:15, 2881:7, 2881:25, 2883:5, 2883:12, 2884:3, 2884:9, 2884:23, 2886:6, 2886:16, 2887:7, 2888:7, 2889:23, 2890:15, 2890:24, 2892:22, 2893:14, 2893:24, 2894:17, 2895:9, 2906:10, 2906:24, 2911:19, 2912:19, 2913:16, 2914:2, 2915:6, 2915:17, 2915:24, 2919:2, 2919:24, 2920:9, 2921:3, 2921:22, 2923:2, 2927:23, 2928:14, 2929:2, 2929:14, 2931:12, 2933:18, 2934:14, 2935:9, 2936:6, 2936:11, 2939:17, 2940:12, 2940:21, 2941:10, 2942:6, 2942:17, 2943:17, 2944:13, 2944:23, 2945:9, 2946:10, 2947:7, 2947:19, 2948:6, 2948:14, 2948:18, 2949:3, 2949:25, 2950:19, 2951:17, 2952:4, 2952:25, 2953:4, 2953:10, 2954:7, 2954:10, 2954:25, 2955:8, 2955:19, 2956:11, 2956:21, 2957:4, 2957:13, 2958:9, 2958:23, 2959:2, 2959:14, 2959:23, 2960:16, 2961:17, 2962:9, 2962:16, 2962:23, 2963:23, 2964:13, 2965:5, 2969:18, 2970:12, 2970:22, 2973:15
**playing** [6] - 2849:14, 2849:19, 2864:1, 2889:4, 2904:2, 2984:7
**plays** [2] - 2949:13, 2985:13
**PO** [1] - 2820:3
**podcast** [4] - 2925:20, 2925:23, 2925:25, 2926:4
**point** [17] - 2827:18, 2848:23, 2864:18, 2896:1, 2896:7, 2905:2, 2919:20, 2928:4, 2947:1, 2948:10, 2951:21, 2955:12, 2965:23, 2966:6, 2976:17, 2977:8, 2982:21
**pointing** [2] - 2889:19, 2966:4
**police** [8] - 2856:14, 2857:2, 2880:6, 2880:7, 2881:13, 2881:14, 2906:14, 2946:24
**Police** [4] - 2890:3, 2893:7, 2893:10, 2955:24
**popped** [1] - 2858:2
**pored** [1] - 2904:10
**portion** [1] - 2889:20
**portions** [2] - 2898:3, 2898:5
**position** [3] - 2952:8, 2980:11, 2983:8
**positioned** [1] - 2947:15
**positive** [1] - 2845:2
**post** [2] - 2910:22, 2922:13
**potentially** [2] - 2979:15, 2984:11
**pounding** [3] - 2925:3, 2967:11, 2981:19
**power** [1] - 2914:13
**practice** [1] - 2975:15
**praying** [1] - 2845:1
**preceded** [1] - 2875:2
**preclude** [1] - 2899:15

**predicted** [1] - 2857:12
**prejudicial** [1] - 2896:5
**prepared** [1] - 2980:20
**prepped** [1] - 2840:24
**present** [3] - 2837:4, 2838:22, 2981:3
**presented** [2] - 2852:22, 2941:19
**preserved** [2] - 2823:23, 2828:12
**president** [1] - 2914:17
**President** [4] - 2848:4, 2854:7, 2857:14, 2871:7
**President's** [1] - 2854:9
**Presidential** [1] - 2845:20
**press** [1] - 2869:10
**pretrial** [6] - 2899:7, 2899:11, 2900:2, 2900:10, 2903:11, 2903:12
**pretty** [1] - 2981:15
**prevented** [1] - 2898:4
**previously** [3] - 2847:9, 2897:18, 2940:23
**probative** [2] - 2979:12, 2983:20
**problem** [1] - 2828:2
**problematic** [1] - 2904:7
**proceed** [5] - 2851:12, 2857:18, 2905:14, 2905:18, 2965:16
**proceeded** [6] - 2842:21, 2890:18, 2920:2, 2920:4, 2940:18, 2954:22
**proceeding** [12] - 2868:19, 2873:7, 2878:9, 2892:25, 2893:17, 2912:2, 2912:12, 2927:19, 2931:16, 2958:12, 2983:1, 2983:2
**proceedings** [5] - 2979:11, 2983:6, 2984:1, 2984:2, 2986:7
**PROCEEDINGS** [1] - 2819:12
**process** [2] - 2914:13, 2982:18
**proffer** [4] - 2977:6, 2978:4, 2983:24, 2984:5
**proffered** [1] - 2979:12
**proficient** [1] - 2840:23
**profile** [1] - 2832:23
**pronounced** [1] - 2975:25
**proof** [1] - 2976:21
**proper** [1] - 2897:15
**property** [2] - 2985:7, 2985:10
**proposition** [2] - 2900:7, 2983:18
**propositions** [1] - 2901:21
**protecting** [1] - 2977:12
**protective** [1] - 2967:18
**protesters** [1] - 2907:5
**proves** [1] - 2982:16
**provide** [3] - 2896:23, 2900:20, 2904:13
**provided** [3] - 2852:25, 2977:2, 2984:22
**provider** [1] - 2823:21
**providing** [1] - 2902:18
**PTS** [1] - 2867:13
**public** [1] - 2930:19
**publicly** [1] - 2979:20
**publish** [8] - 2830:3, 2835:15, 2847:7, 2855:22, 2870:15, 2877:18, 2888:24, 2930:4

**pull** [8] - 2824:13, 2869:18, 2876:24, 2880:17, 2906:7, 2910:2, 2952:14, 2952:16
**pulled** [1] - 2952:23
**pulling** [2] - 2952:6, 2952:13
**punked** [1] - 2907:4
**Punta** - 2820:14
**purple** [2] - 2850:9, 2851:18
**purpose** [1] - 2897:5
**purposes** [4] - 2832:21, 2841:4, 2881:21, 2951:15
**pursuant** [1] - 2824:1
**push** [1] - 2832:21
**pushed** [2] - 2890:18, 2930:23
**pushing** [4] - 2895:2, 2897:4, 2900:14, 2950:3
**put** [9] - 2826:16, 2828:5, 2896:8, 2900:15, 2902:3, 2974:23, 2976:16, 2977:13, 2979:17
**putting** [2] - 2928:22, 2977:11

## Q

**QRF** [14] - 2830:18, 2830:23, 2834:21, 2834:25, 2835:1, 2850:5, 2850:10, 2850:16, 2850:25, 2926:15, 2958:20, 2965:13, 2966:3, 2966:4
**QRFs** [1] - 2850:13
**qualified** [1] - 2840:24
**Queen** - 2820:6
**questions** [17] - 2892:8, 2894:23, 2897:7, 2897:14, 2897:22, 2900:18, 2900:20, 2901:7, 2901:12, 2903:17, 2904:21, 2905:21, 2926:25, 2936:20, 2971:3, 2972:16
**quibbling** [1] - 2898:21
**Quick** [1] - 2830:21
**quick** [2] - 2851:22, 2871:13
**quickly** [1] - 2866:22
**quieter** [1] - 2863:10
**quite** [1] - 2953:17

## R

**radio** [3] - 2866:5, 2867:24, 2904:2
**raise** [1] - 2976:18
**raised** [2] - 2897:17, 2898:6
**raises** [1] - 2950:18
**Rakoczy** [1] - 2819:16
**rally** [1] - 2845:2
**ran** [2] - 2921:25, 2924:22
**reach** [1] - 2959:4
**reached** [1] - 2944:9
**reaction** [1] - 2979:6
**Reaction** [1] - 2830:21
**read** [8] - 2862:6, 2864:9, 2867:11, 2913:10, 2923:21, 2923:24, 2924:2, 2930:6
**ready** [2] - 2823:7, 2905:18
**real** [1] - 2851:22

**really** [2] - 2863:14, 2981:2
**realtime** [4] - 2916:6, 2916:22, 2916:23, 2917:24
**Realtime** [1] - 2986:4
**reason** [6] - 2827:10, 2828:3, 2842:16, 2900:17, 2918:9, 2982:7
**reasons** [1] - 2978:22
**receipt** [2] - 2917:11, 2917:15
**receive** [1] - 2916:10
**received** [4] - 2825:5, 2826:11, 2916:6, 2917:23
**Received** [1] - 2821:8
**receives** [1] - 2917:16
**recess** [2] - 2922:24, 2924:1
**Recess** [1] - 2901:15
**recharacterizing** [1] - 2864:1
**recognizance** [1] - 2841:23
**recon** [3] - 2840:22, 2841:20, 2841:22
**reconstruct** [1] - 2978:19
**record** [16] - 2864:10, 2873:12, 2881:21, 2886:11, 2895:25, 2896:1, 2896:2, 2896:3, 2896:9, 2898:12, 2901:4, 2939:12, 2945:19, 2954:8, 2954:13, 2968:23
**recorded** [7] - 2835:6, 2885:1, 2909:20, 2911:1, 2911:13, 2932:11, 2970:18
**recording** [2] - 2869:15, 2869:25, 2963:10
**recordings** [1] - 2960:3
**records** [16] - 2825:17, 2827:4, 2827:18, 2846:18, 2870:12, 2877:6, 2888:11, 2888:17, 2908:11, 2935:16, 2936:1, 2936:21, 2936:24, 2937:13, 2937:17, 2937:21
**recover** [6] - 2824:23, 2834:6, 2858:20, 2921:9, 2925:10, 2925:13
**recovered** [2] - 2829:5, 2925:15, 2969:4
**refer** [3] - 2863:16, 2863:22, 2907:16
**reference** [1] - 2929:17
**referred** [1] - 2968:11
**referring** [4] - 2832:2, 2835:2, 2843:18, 2929:23
**reflect** [2] - 2829:19, 2870:11
**reflects** [1] - 2864:8
**regard** [1] - 2912:4
**regarding** [2] - 2974:22, 2975:4
**regardless** [2] - 2916:14, 2918:13
**Registered** [1] - 2986:3
**regroup** [2] - 2908:24, 2922:18
**Reinforcements** [1] - 2861:11
**reiterate** [1] - 2891:15
**related** [2] - 2850:4, 2854:25
**relates** [2] - 2958:4, 2961:1
**relation** [1] - 2957:24
**relationship** [2] - 2933:8, 2933:24
**relative** [1] - 2849:14
**relaying** [2] - 2861:7, 2861:17
**relevance** [3] - 2976:22, 2983:25, 2985:17

**relevant** [7] - 2911:13, 2941:24, 2977:4, 2978:3, 2978:24, 2982:9, 2983:19
**remain** [1] - 2822:3
**remember** [3] - 2899:12, 2905:19, 2935:17
**remind** [14] - 2845:18, 2847:10, 2858:9, 2859:22, 2895:4, 2899:5, 2901:6, 2904:20, 2911:23, 2924:11, 2938:11, 2941:25, 2944:1, 2970:13
**reminder** [3] - 2852:21, 2905:25, 2974:14
**reminders** [1] - 2905:19
**removed** [1] - 2827:14
**removing** [1] - 2823:14
**repeated** [1] - 2863:3
**repetitiveness** [1] - 2863:6
**rephrase** [7] - 2841:6, 2894:23, 2897:17, 2904:19, 2926:23, 2940:2, 2940:3
**report** [1] - 2827:19
**reported** [1] - 2986:7
**REPORTER** [1] - 2986:1
**Reporter** [3] - 2986:3, 2986:4, 2986:14
**reporting** [1] - 2965:22
**represent** [4] - 2850:6, 2850:7, 2862:15, 2878:8
**represented** [1] - 2980:9
**represents** [1] - 2980:9
**reputation** [5] - 2975:8, 2975:10, 2975:11, 2975:16, 2976:10
**reputational** [1] - 2976:13
**reputational-type** [1] - 2976:13
**request** [1] - 2954:2
**required** [4] - 2845:21, 2897:10, 2902:23, 2904:3
**requirement** [1] - 2937:20
**requires** [2] - 2896:25, 2951:14
**rescued** [1] - 2980:6
**research** [1] - 2896:17
**researched** [1] - 2975:14
**residence** [1] - 2854:9
**resolution** [1] - 2841:19
**resolve** [2] - 2903:21, 2985:20
**respect** [2] - 2905:25, 2978:9
**respond** [5] - 2845:13, 2875:16, 2908:21, 2923:12, 2978:2
**responding** [3] - 2918:6, 2922:17, 2966:13
**responds** [1] - 2908:22
**response** [5] - 2869:11, 2918:2, 2922:13, 2951:5, 2977:9
**responses** [1] - 2905:21
**responsible** [1] - 2929:24
**rest** [13] - 2851:13, 2873:5, 2879:14, 2927:18, 2934:15, 2950:10, 2951:19, 2955:5, 2956:16, 2958:4, 2959:4, 2964:2, 2968:20
**resume** [3] - 2898:25, 2907:8, 2915:5
**Resumed** [1] - 2822:2, 2823:8

retrieve [1] - 2884:16
return [11] - 2826:17, 2826:19, 2827:11, 2827:21, 2827:23, 2872:14, 2882:7, 2883:3, 2887:4, 2915:3, 2962:14
returned [1] - 2958:15
returns [1] - 2826:13
reveal [1] - 2915:19
review [4] - 2822:14, 2826:3, 2826:6, 2826:10
reviewed [23] - 2825:10, 2829:16, 2834:12, 2846:13, 2846:19, 2855:14, 2858:6, 2860:23, 2869:20, 2870:12, 2877:1, 2877:3, 2877:6, 2888:8, 2888:11, 2888:17, 2907:20, 2911:1, 2911:6, 2932:23, 2933:1, 2936:21, 2965:12
revolution [3] - 2865:9, 2865:10, 2876:5
Rhodes [88] - 2830:9, 2830:12, 2830:22, 2832:18, 2833:2, 2833:4, 2833:10, 2833:17, 2834:3, 2842:5, 2842:6, 2843:10, 2844:13, 2844:19, 2845:11, 2845:13, 2845:15, 2851:25, 2857:10, 2857:12, 2857:13, 2857:17, 2861:5, 2861:20, 2862:7, 2864:21, 2865:3, 2875:4, 2875:20, 2881:2, 2882:15, 2882:18, 2882:23, 2882:25, 2908:19, 2908:21, 2909:2, 2909:4, 2909:11, 2910:1, 2911:11, 2912:24, 2912:25, 2913:4, 2913:7, 2915:10, 2915:13, 2915:19, 2915:25, 2916:16, 2917:2, 2918:13, 2918:17, 2918:22, 2919:12, 2921:15, 2922:13, 2923:8, 2923:10, 2923:12, 2923:16, 2924:8, 2924:13, 2924:15, 2924:18, 2925:5, 2927:10, 2931:6, 2935:23, 2936:8, 2936:12, 2936:13, 2936:15, 2936:17, 2938:14, 2938:22, 2938:25, 2943:18, 2944:1, 2966:18, 2966:23, 2967:3, 2967:6, 2967:21, 2968:2, 2968:23, 2969:19, 2970:5
rhodes [2] - 2916:14, 2925:1
Rhodes' [5] - 2859:22, 2908:9, 2913:2, 2921:4, 2969:5
Rick [7] - 2879:15, 2970:15, 2972:4, 2972:5, 2972:7, 2972:10, 2972:12
ride [1] - 2867:13
RIOS [2] - 2820:9, 2820:12
riot [3] - 2856:14, 2857:2, 2955:25
rioter [1] - 2956:6
rioters [14] - 2890:18, 2892:25, 2895:12, 2895:18, 2895:22, 2896:5, 2897:4, 2898:21, 2900:14, 2901:3, 2905:2, 2946:25, 2956:3, 2981:18
RMR [1] - 2986:13
robbery [1] - 2901:25
Robert [1] - 2820:9
ROBERTO [1] - 2819:7
Roberto [7] - 2820:2, 2843:12, 2848:16, 2851:19, 2858:9, 2876:14, 2878:4
rocks [1] - 2868:2

Roger [2] - 2848:13, 2924:13
rolling [1] - 2974:21
rolls [2] - 2874:20, 2962:10
room [7] - 2960:21, 2961:4, 2961:23, 2977:20, 2977:24, 2980:2, 2981:14
Rotunda [20] - 2894:9, 2946:16, 2947:10, 2947:24, 2949:7, 2957:21, 2959:19, 2960:20, 2961:10, 2961:21, 2962:4, 2962:11, 2964:3, 2964:18, 2965:23, 2968:16, 2968:22, 2969:14, 2980:14
rough [1] - 2889:10
roughly [1] - 2874:13
route [3] - 2856:14, 2857:2, 2978:16
rowdy [1] - 2907:6
rule [6] - 2822:7, 2831:7, 2896:25, 2951:15, 2954:11, 2954:15
ruled [2] - 2863:20, 2951:11
ruling [2] - 2975:3
run [3] - 2930:12, 2952:10, 2953:23

## S

safety [1] - 2984:18
Sandra [5] - 2932:5, 2932:6, 2939:12, 2964:1, 2964:2
saved [1] - 2952:16
saw [8] - 2833:22, 2855:7, 2920:16, 2929:6, 2932:13, 2950:22, 2976:20, 2984:20
scaffolding [4] - 2856:11, 2943:2, 2943:9, 2943:12
scared [2] - 2922:9, 2981:21
scenarios [1] - 2830:16
scene [1] - 2902:15
scheduled [2] - 2833:8, 2848:4
Schimon [1] - 2975:24
school [1] - 2900:3
scope [4] - 2975:4, 2975:15, 2975:17, 2976:8
Scott [1] - 2820:12
screen [9] - 2837:8, 2838:10, 2839:7, 2846:11, 2869:23, 2896:21, 2898:12, 2941:19, 2953:18
screens [1] - 2941:22
screenshot [1] - 2953:13
screenshots [2] - 2865:21, 2922:5
screwed [1] - 2907:4
search [2] - 2823:20, 2824:2
seat [2] - 2823:5, 2879:2
seated [3] - 2822:3, 2822:4, 2905:16
second [16] - 2855:4, 2859:6, 2871:13, 2878:2, 2878:3, 2879:19, 2891:4, 2895:3, 2912:21, 2914:4, 2915:22, 2947:8, 2952:18, 2954:20, 2975:23, 2976:18
seconds [141] - 2831:25, 2836:7, 2836:24, 2837:8, 2838:8, 2839:5, 2839:18, 2847:20, 2849:3, 2852:3, 2853:15, 2854:12, 2854:15, 2857:25,

2858:18, 2859:6, 2859:12, 2862:4, 2862:19, 2870:19, 2870:20, 2871:11, 2871:24, 2872:15, 2872:25, 2874:18, 2874:20, 2876:11, 2877:22, 2879:17, 2880:14, 2881:8, 2881:24, 2883:4, 2883:11, 2884:2, 2884:8, 2884:22, 2886:5, 2886:15, 2887:5, 2888:6, 2889:22, 2890:14, 2890:23, 2892:21, 2893:13, 2893:16, 2893:23, 2894:16, 2895:8, 2906:8, 2906:9, 2908:21, 2915:16, 2919:1, 2919:23, 2920:8, 2921:2, 2921:21, 2922:12, 2922:21, 2923:1, 2927:22, 2928:13, 2928:16, 2929:1, 2929:12, 2929:13, 2931:11, 2932:3, 2932:17, 2933:17, 2934:2, 2934:13, 2935:8, 2935:15, 2936:5, 2936:10, 2937:5, 2937:8, 2938:18, 2939:16, 2940:11, 2940:20, 2941:8, 2941:9, 2941:15, 2942:5, 2942:14, 2942:25, 2943:16, 2944:6, 2944:12, 2944:22, 2945:25, 2946:9, 2946:20, 2947:6, 2947:18, 2948:5, 2948:13, 2948:25, 2949:18, 2949:24, 2953:10, 2953:23, 2954:2, 2954:6, 2954:24, 2955:7, 2955:18, 2956:2, 2956:10, 2956:20, 2957:3, 2957:5, 2957:12, 2958:22, 2958:24, 2959:13, 2959:22, 2960:2, 2960:15, 2961:16, 2962:8, 2962:15, 2962:22, 2962:24, 2963:22, 2964:6, 2965:3, 2965:4, 2966:13, 2969:3, 2969:17, 2970:10, 2970:11, 2970:21, 2971:5
section [2] - 2849:6, 2852:6
secured [1] - 2860:14
Secured [1] - 2864:22
security [2] - 2977:9, 2980:5
see [67] - 2829:5, 2831:21, 2845:4, 2846:10, 2846:12, 2847:22, 2847:23, 2848:11, 2849:6, 2850:24, 2851:2, 2851:10, 2852:15, 2853:12, 2854:14, 2855:12, 2858:2, 2861:22, 2867:14, 2873:8, 2874:5, 2877:21, 2878:5, 2887:16, 2887:17, 2889:7, 2889:14, 2889:24, 2890:8, 2905:8, 2910:21, 2911:9, 2914:5, 2915:9, 2917:9, 2917:11, 2917:14, 2917:17, 2917:22, 2918:1, 2920:4, 2928:23, 2935:19, 2936:1, 2936:25, 2937:2, 2937:4, 2941:11, 2943:5, 2946:21, 2947:9, 2950:7, 2951:12, 2952:7, 2953:16, 2964:8, 2964:10, 2964:17, 2968:11, 2972:18, 2978:4, 2978:13, 2978:17, 2985:12, 2985:24
seed [2] - 2921:25, 2922:9
seeing [14] - 2844:5, 2844:25, 2850:24, 2900:21, 2903:9, 2903:16, 2904:9, 2938:1, 2941:18, 2949:17, 2960:21, 2967:3, 2969:12, 2974:10
Seeing [1] - 2845:4
seeking [2] - 2975:3, 2975:7

**sees** [1] - 2981:22
**segment** [1] - 2950:20
**seized** [2] - 2828:11, 2864:25
**self** [1] - 2903:6
**self-evident** [1] - 2903:6
**semper** [1] - 2969:25
**send** [11] - 2830:10, 2916:14, 2917:2, 2917:9, 2918:13, 2966:23, 2967:17, 2967:21, 2968:4, 2968:7, 2968:9
**sending** [3] - 2855:5, 2909:1, 2925:5
**sends** [1] - 2862:9
**senior** [2] - 2976:23, 2984:18
**sense** [2] - 2896:18, 2981:3
**sent** [7] - 2827:24, 2830:8, 2847:1, 2875:8, 2882:10, 2920:16, 2926:17
**sentences** [1] - 2913:10
**separate** [2] - 2850:8, 2901:2
**separately** [1] - 2851:11
**sequentially** [1] - 2953:11
**series** [2] - 2847:4, 2888:19
**serve** [1] - 2841:4
**Session** [1] - 2819:8
**set** [5] - 2863:19, 2914:13, 2940:22, 2971:3, 2972:16
**seven** [16] - 2822:15, 2822:24, 2907:25, 2920:7, 2921:1, 2921:20, 2922:11, 2922:20, 2922:25, 2927:21, 2928:13, 2929:12, 2933:16, 2934:12, 2939:15, 2941:8
**several** [2] - 2830:13, 2927:5
**Shabazz** [1] - 2901:22
**shaking** [1] - 2984:13
**sharing** [1] - 2860:14
**Sharing** [1] - 2864:22
**Sharon** [3] - 2853:21, 2853:22, 2854:23
**Shipley** [3] - 2820:2, 2899:5, 2901:19
**shipley** [1] - 2901:14
**SHIPLEY** [18] - 2820:3, 2825:24, 2826:23, 2830:4, 2897:24, 2898:14, 2899:14, 2899:18, 2899:24, 2901:16, 2902:21, 2903:1, 2904:24, 2905:1, 2936:18, 2947:2, 2982:15, 2982:20
**shirts** [2] - 2844:25, 2845:4
**shit** [2] - 2965:1, 2969:23
**short** [1] - 2823:24
**shortly** [3] - 2822:12, 2822:21, 2842:4
**shot** [1] - 2835:18
**shoulder** [2] - 2940:15, 2946:7
**shouted** [1] - 2859:14
**show** [34] - 2825:11, 2829:14, 2832:5, 2852:12, 2855:10, 2855:25, 2858:23, 2866:17, 2866:20, 2867:3, 2867:5, 2872:9, 2872:18, 2877:14, 2888:1, 2888:13, 2888:19, 2894:19, 2895:1, 2914:4, 2915:23, 2918:5, 2937:13, 2942:11, 2949:14, 2951:15, 2951:23, 2952:10, 2953:13, 2954:1, 2954:14, 2959:15, 2967:23, 2978:11
**showed** [5] - 2868:12, 2939:23, 2940:5, 2955:11, 2969:7

**showing** [13] - 2827:25, 2850:3, 2850:15, 2887:24, 2889:8, 2957:24, 2961:18, 2961:19, 2961:23, 2969:14, 2970:8, 2979:24
**shown** [2] - 2827:22, 2827:24
**shows** [10] - 2846:21, 2850:18, 2881:21, 2888:14, 2889:19, 2950:24, 2951:3, 2951:19, 2981:16
**sic** [1] - 2969:25
**sick** [2] - 2833:4, 2833:17
**side** [62] - 2837:7, 2838:10, 2839:6, 2839:18, 2848:1, 2848:2, 2853:12, 2854:14, 2855:3, 2888:3, 2889:6, 2890:20, 2890:21, 2893:3, 2894:1, 2907:12, 2909:5, 2911:22, 2912:6, 2912:7, 2912:8, 2912:13, 2916:3, 2918:18, 2918:22, 2918:24, 2919:18, 2920:2, 2920:3, 2921:8, 2921:18, 2922:15, 2923:20, 2927:19, 2927:20, 2928:10, 2931:7, 2931:16, 2931:17, 2931:19, 2932:13, 2933:19, 2933:20, 2934:3, 2934:10, 2935:10, 2943:2, 2943:3, 2943:14, 2943:20, 2957:22, 2957:25, 2958:6, 2967:5, 2967:11, 2967:25, 2968:1, 2968:8, 2968:24, 2969:13, 2970:5, 2970:24
**SIDEBAR** [7] - 2826:24, 2863:2, 2866:10, 2891:12, 2895:14, 2937:11, 2951:8
**sidebar** [7] - 2828:17, 2864:13, 2866:25, 2891:19, 2898:23, 2938:9, 2953:25
**sides** [1] - 2914:8
**Siekerman** [6] - 2833:4, 2833:6, 2833:7, 2833:9, 2833:11, 2833:25
**sight** [2] - 2951:24, 2951:25
**signal** [2] - 2920:20, 2937:2
**Signal** [8] - 2823:15, 2830:11, 2833:22, 2904:12, 2908:5, 2922:6, 2923:5, 2925:13
**signifies** [1] - 2887:18
**silence** [1] - 2904:2
**silent** [1] - 2884:13
**similar** [2] - 2892:8, 2972:16
**similarly** [3] - 2877:8, 2889:7, 2972:3
**simply** [2] - 2897:5, 2906:1
**simulates** [1] - 2869:10
**sister** [1] - 2933:10
**sites** [2] - 2848:18, 2848:21
**sitting** [1] - 2881:16
**situation** [6] - 2896:16, 2902:13, 2903:1, 2903:3, 2918:11, 2980:5
**six** [9] - 2884:8, 2915:15, 2919:1, 2919:22, 2929:11, 2932:2, 2932:16, 2934:1, 2955:18
**Skies** [2] - 2856:12, 2856:15
**skill** [1] - 2986:8
**slide** [9] - 2866:12, 2868:1, 2868:8, 2868:10, 2868:15, 2882:9, 2882:22, 2967:1, 2968:6
**slides** [2] - 2822:15, 2822:24

**slight** [1] - 2905:17
**slowly** [1] - 2945:7
**small** [2] - 2947:8, 2980:13
**smidge** [1] - 2946:11
**smiley** [1] - 2856:21
**Smith** [3] - 2844:12, 2844:15, 2844:24
**someone** [6] - 2824:7, 2828:22, 2900:24, 2918:2, 2936:25
**sometimes** [1] - 2852:15
**sons** [2] - 2875:23, 2876:1
**Sons** [1] - 2876:3
**soon** [7] - 2822:22, 2842:7, 2842:9, 2903:18, 2916:16, 2918:3, 2923:12
**soon-ish** [1] - 2822:22
**sophisticated** [1] - 2903:8
**SoRelle** [14] - 2833:15, 2844:20, 2851:24, 2860:18, 2860:23, 2861:3, 2909:22, 2909:24, 2910:23, 2911:9, 2912:16, 2913:9, 2914:5, 2924:14
**sorry** [32] - 2822:14, 2825:2, 2844:6, 2844:7, 2844:8, 2863:9, 2870:19, 2880:16, 2892:21, 2895:20, 2904:25, 2908:23, 2909:9, 2912:17, 2917:3, 2923:22, 2928:4, 2928:15, 2950:6, 2950:16, 2952:3, 2953:20, 2956:18, 2969:21, 2970:3, 2970:25, 2971:7, 2975:18, 2975:25, 2976:3, 2978:7, 2982:19
**sort** [9] - 2863:5, 2863:14, 2864:8, 2900:23, 2903:8, 2948:3, 2978:19, 2978:20, 2980:18
**sounds** [2] - 2826:25, 2980:19
**source** [3] - 2954:9, 2954:10, 2954:16
**south** [8] - 2916:3, 2918:18, 2918:22, 2922:15, 2923:20, 2967:11, 2968:8, 2980:13
**span** [1] - 2925:4
**Speaker** [4] - 2977:14, 2977:19, 2979:19, 2984:18
**speaker** [4] - 2963:7, 2976:24, 2983:4, 2985:3
**Speaker's** [5] - 2977:1, 2978:7, 2978:8, 2978:10, 2978:17
**speaker's** [6] - 2977:15, 2979:14, 2979:19, 2980:1, 2980:15, 2984:9
**speaking** [5] - 2841:18, 2868:23, 2951:4, 2962:13, 2975:13
**speaks** [2] - 2880:11, 2881:18
**SPECIAL** [1] - 2823:8
**special** [2] - 2902:23, 2980:5
**Special** [2] - 2951:20, 2979:3
**specific** [4] - 2897:8, 2951:21, 2975:1, 2976:14
**specifically** [5] - 2826:20, 2827:7, 2909:22, 2975:5, 2975:10
**speech** [2] - 2845:2
**spent** [1] - 2978:18
**spray** [1] - 2965:22
**staff** [6] - 2976:23, 2977:14, 2977:19, 2977:22, 2983:5, 2984:19

**staffers** [8] - 2979:18, 2981:16, 2982:17, 2982:21, 2983:3, 2983:11, 2984:24, 2985:3
**stage** [1] - 2943:13
**stairs** [19] - 2893:1, 2893:5, 2893:17, 2893:18, 2900:15, 2906:13, 2913:19, 2913:21, 2913:23, 2939:20, 2939:25, 2940:7, 2940:18, 2940:22, 2941:4, 2941:12, 2942:9, 2942:16, 2947:25
**Stamey** [3] - 2966:1, 2966:2, 2966:8
**stand** [6] - 2860:20, 2901:20, 2930:18, 2945:4, 2982:14, 2985:21
**standing** [7] - 2901:2, 2926:15, 2933:20, 2958:20, 2965:13, 2978:20, 2978:21
**start** [5] - 2847:4, 2911:16, 2927:17, 2974:9, 2983:22
**started** [2] - 2822:4, 2887:22
**starting** [7] - 2835:18, 2845:23, 2849:23, 2856:3, 2885:6, 2934:4, 2945:7
**state** [3] - 2901:4, 2930:22, 2965:25
**statements** [3] - 2900:23, 2983:25, 2984:3
**STATES** [3] - 2819:1, 2819:3, 2819:13
**States** [2] - 2930:15, 2986:4
**static** [2] - 2849:12, 2849:18
**statute** [1] - 2982:23
**stay** [3] - 2842:24, 2843:23, 2857:2
**stayed** [2] - 2835:3, 2937:5
**staying** [1] - 2848:13
**Steele** [7] - 2932:20, 2932:22, 2932:24, 2933:1, 2933:6, 2933:9, 2933:11
**steering** [1] - 2861:12
**stenographically** [1] - 2986:7
**step** [4] - 2851:22, 2899:3, 2914:13, 2974:13
**steps** [14] - 2851:17, 2857:9, 2891:6, 2893:2, 2894:1, 2894:6, 2906:13, 2907:5, 2922:15, 2923:20, 2940:13, 2942:21, 2944:9
**Stewart** [56] - 2830:9, 2833:10, 2843:10, 2844:13, 2844:19, 2844:25, 2845:10, 2845:13, 2845:15, 2851:25, 2860:22, 2861:1, 2861:5, 2861:6, 2861:20, 2862:7, 2864:21, 2875:4, 2875:20, 2881:2, 2909:1, 2909:4, 2909:11, 2910:1, 2911:11, 2912:24, 2912:25, 2913:2, 2913:4, 2913:7, 2915:10, 2915:25, 2917:2, 2918:13, 2918:17, 2921:4, 2921:15, 2923:8, 2923:16, 2924:8, 2924:13, 2925:5, 2927:10, 2931:5, 2935:23, 2936:8, 2936:12, 2936:13, 2936:15, 2938:13, 2938:22, 2938:25, 2943:18, 2944:1, 2967:6, 2969:19
**sticking** [1] - 2872:6
**still** [13] - 2835:18, 2868:20, 2872:1, 2883:15, 2883:23, 2884:4, 2929:9, 2934:10, 2962:19, 2963:8, 2963:17,

2964:2, 2968:2
**stipulate** [1] - 2930:10
**stipulated** [2] - 2910:4, 2910:5
**stipulation** [1] - 2930:6
**Stone** [2] - 2848:13, 2924:13
**stop** [6] - 2836:7, 2900:18, 2907:8, 2920:5, 2922:25, 2931:22
**stopped** [5] - 2903:16, 2919:6, 2919:20, 2982:20
**stopping** [3] - 2982:24, 2982:25, 2983:1
**stored** [1] - 2827:16
**storm** [1] - 2856:10
**stormed** [1] - 2864:23
**storming** [5] - 2857:1, 2865:5, 2868:5, 2875:3, 2880:4
**stream** [1] - 2875:2
**Street** [3] - 2819:19, 2820:10, 2820:17
**street** [4] - 2865:1, 2865:5, 2881:15, 2930:19
**streets** [1] - 2881:10
**stretch** [1] - 2945:5
**strike** [2] - 2905:1, 2936:18
**string** [3] - 2865:15, 2868:11, 2887:16
**structure** [2] - 2894:22, 2943:13
**stuff** [1] - 2841:17
**style** [1] - 2876:4
**SUAREZ** [2] - 2820:9, 2820:12
**subject** [5] - 2847:8, 2937:12, 2954:11, 2954:15, 2976:16
**subscriber** [2] - 2824:16, 2828:25
**subscribers** [2] - 2824:6, 2824:7
**subsection** [1] - 2895:19
**subsequent** [1] - 2850:7
**sufficient** [1] - 2902:7
**suggest** [2] - 2861:11, 2984:12
**suggested** [2] - 2901:21, 2981:6
**suggesting** [2] - 2897:19, 2985:6
**suggests** [2] - 2863:4, 2905:23
**Suite** [3] - 2820:13, 2820:17, 2980:15
**suite** [8] - 2977:15, 2977:20, 2979:14, 2979:19, 2980:1, 2984:9, 2984:13, 2985:4
**summarizing** [1] - 2896:19
**summary** [9] - 2847:11, 2847:12, 2896:15, 2896:18, 2904:23, 2906:1, 2906:2, 2937:19, 2951:11
**suppose** [1] - 2900:15
**Supreme** [3] - 2909:5, 2975:24, 2975:25
**surveillance** [21] - 2831:21, 2832:2, 2832:24, 2890:16, 2919:9, 2919:11, 2919:16, 2927:24, 2931:5, 2931:13, 2943:19, 2943:24, 2961:23, 2965:6, 2977:25, 2979:23, 2979:24, 2981:15, 2981:20, 2981:22, 2984:7
**sustained** [2] - 2828:19, 2947:4
**switch** [1] - 2882:18
**switched** [1] - 2963:4
**sword** [5] - 2831:20, 2831:22, 2832:11, 2832:16, 2832:25

**sworn** [1] - 2914:17
**symbol** [1] - 2949:13

**T**

**T-mobile** [28] - 2823:23, 2824:6, 2824:7, 2824:8, 2824:10, 2824:16, 2824:18, 2825:6, 2825:13, 2825:22, 2826:10, 2826:11, 2826:17, 2826:19, 2827:8, 2827:11, 2827:15, 2827:23, 2828:12, 2829:1, 2829:2, 2908:11, 2908:15, 2908:16, 2909:10, 2923:7
**tad** [1] - 2859:6
**talkie** [1] - 2869:10
**talks** [1] - 2842:2
**tan** [1] - 2835:19
**tarred** [1] - 2864:24
**Tarrio** [1] - 2924:14
**tax** [1] - 2864:24
**Taylor** [2] - 2921:11, 2921:13
**Taylor's** [1] - 2922:2
**tea** [1] - 2864:25
**team** [3] - 2822:25, 2874:22, 2882:11
**tear** [1] - 2907:5
**teargas** [1] - 2965:22
**teed** [1] - 2953:22
**ten** [10] - 2862:18, 2929:1, 2940:19, 2941:6, 2942:4, 2942:24, 2943:15, 2956:1, 2964:5, 2965:4
**term** [2] - 2841:20, 2895:22
**terms** [11] - 2850:15, 2896:5, 2900:16, 2951:3, 2979:13, 2980:18, 2980:19, 2982:24, 2982:25, 2983:1, 2983:25
**testified** [8] - 2845:7, 2865:21, 2870:1, 2880:24, 2904:10, 2920:10, 2942:7, 2956:13
**testify** [6] - 2979:20, 2979:21, 2980:20, 2981:21, 2981:22, 2985:16
**testifying** [4] - 2896:9, 2982:1, 2982:2, 2983:22
**testimony** [27] - 2823:7, 2847:15, 2896:15, 2896:18, 2896:19, 2896:23, 2900:5, 2901:8, 2901:9, 2902:8, 2902:23, 2904:22, 2906:1, 2917:6, 2935:16, 2941:24, 2974:14, 2975:7, 2975:9, 2976:22, 2977:4, 2978:23, 2979:12, 2983:15, 2983:18, 2983:20, 2985:22
**text** [24] - 2823:15, 2823:16, 2823:18, 2823:24, 2824:9, 2824:19, 2824:25, 2825:3, 2825:5, 2825:14, 2826:4, 2826:6, 2827:19, 2828:6, 2829:1, 2864:9, 2864:10, 2867:11, 2880:11, 2904:11, 2919:12, 2925:10, 2925:15, 2981:25
**text-messaging** [1] - 2919:12
**Thanksgiving** [1] - 2899:18
**THE** [122] - 2819:1, 2819:1, 2819:12, 2822:3, 2822:6, 2822:11, 2822:16, 2823:1, 2823:5, 2825:25, 2826:25,

2827:12, 2827:17, 2828:2, 2828:9, 2828:16, 2828:18, 2830:5, 2835:16, 2841:6, 2841:15, 2847:8, 2852:21, 2855:23, 2863:8, 2863:14, 2863:24, 2864:4, 2864:7, 2866:11, 2866:14, 2866:20, 2866:23, 2867:6, 2867:10, 2867:12, 2867:15, 2870:16, 2877:19, 2877:24, 2880:12, 2881:19, 2888:25, 2889:2, 2891:10, 2891:13, 2894:22, 2895:16, 2895:20, 2896:6, 2896:14, 2896:18, 2897:9, 2897:16, 2898:10, 2898:15, 2898:19, 2898:24, 2899:3, 2899:8, 2899:10, 2899:21, 2900:6, 2901:6, 2901:19, 2902:25, 2903:2, 2904:25, 2905:3, 2905:10, 2905:13, 2905:16, 2910:7, 2910:11, 2915:1, 2917:3, 2926:23, 2937:9, 2937:12, 2937:22, 2938:4, 2938:7, 2940:3, 2941:16, 2945:4, 2947:3, 2950:16, 2950:23, 2951:2, 2951:9, 2952:2, 2952:4, 2952:9, 2953:3, 2953:5, 2953:9, 2953:16, 2953:19, 2953:21, 2954:5, 2954:11, 2954:14, 2970:25, 2974:6, 2974:13, 2974:15, 2974:16, 2974:20, 2975:17, 2976:3, 2976:5, 2977:5, 2978:25, 2979:5, 2980:17, 2982:23, 2984:10, 2984:25, 2985:5, 2985:9, 2985:12, 2985:20
**themselves** [3] - 2897:23, 2910:20, 2922:8
**theory** [1] - 2981:3
**they've** [3] - 2861:24, 2914:8, 2919:20
**thinking** [1] - 2952:23
**Third** [2] - 2901:18, 2975:15
**third** [1] - 2887:19
**Thomas** [16] - 2834:6, 2834:17, 2834:19, 2834:22, 2850:5, 2853:8, 2853:25, 2854:1, 2854:18, 2854:22, 2854:25, 2907:1, 2907:3, 2907:10, 2907:13, 2943:1
**thousands** [2] - 2904:11, 2978:15
**three** [20] - 2831:25, 2832:20, 2832:25, 2836:7, 2842:5, 2873:2, 2874:17, 2874:20, 2876:10, 2883:4, 2883:10, 2887:5, 2893:12, 2893:16, 2910:9, 2939:2, 2939:3, 2969:2, 2970:20
**through..** [1] - 2910:8
**throughout** [11] - 2839:12, 2840:5, 2849:12, 2852:7, 2854:20, 2877:15, 2879:10, 2887:17, 2904:2, 2973:6, 2978:15
**throwing** [1] - 2868:2
**Thursday** [1] - 2930:13
**timeframe** [2] - 2822:18, 2855:6
**timeline** [4] - 2849:7, 2849:10, 2849:12, 2897:14
**timestamp** [5] - 2854:14, 2878:5, 2906:8, 2906:23, 2952:24
**timestamps** [2] - 2896:2, 2897:13
**timing** [2] - 2842:23, 2979:7

**today** [1] - 2938:3
**together** [2] - 2840:11, 2846:3
**tomorrow** [3] - 2974:10, 2979:1, 2979:4
**tongue** [1] - 2905:12
**took** [8] - 2823:14, 2869:16, 2907:13, 2926:10, 2943:6, 2977:2, 2984:20, 2984:23
**tool** [1] - 2910:19
**top** [9] - 2834:25, 2874:1, 2889:8, 2893:5, 2942:8, 2942:21, 2944:9, 2947:24, 2960:6
**touch** [4] - 2977:13, 2977:18, 2980:4, 2984:16
**toward** [11] - 2864:18, 2872:9, 2873:7, 2893:18, 2900:15, 2907:17, 2932:2, 2940:7, 2942:20, 2957:9, 2971:6
**towards** [12] - 2848:24, 2868:19, 2876:20, 2883:15, 2906:15, 2912:2, 2931:16, 2939:20, 2940:18, 2948:8, 2978:16, 2980:13
**tracking** [1] - 2850:11
**tracks** [1] - 2851:11
**traffic** [1] - 2918:11
**trailers** [1] - 2923:11
**trained** [1] - 2965:2
**TRANSCRIPT** [1] - 2819:12
**transcript** [6] - 2852:16, 2852:23, 2853:2, 2986:6, 2986:7
**transcripts** [1] - 2852:25
**transfer** [1] - 2914:13
**transferring** [1] - 2867:13
**transition** [2] - 2864:9, 2974:24
**transmission** [5] - 2872:16, 2963:4, 2963:10, 2963:17, 2964:15
**transport** [1] - 2930:18
**travel** [4] - 2846:3, 2848:24, 2853:6, 2895:5
**traveled** [2] - 2838:22, 2933:14
**traveling** [1] - 2863:12
**travels** [1] - 2878:19
**treason** [1] - 2871:7
**treasonous** [1] - 2929:20
**trial** [7] - 2847:13, 2902:3, 2902:5, 2902:13, 2937:15, 2952:25, 2953:6
**TRIAL** [1] - 2819:12
**triangle** [2] - 2889:15, 2889:18
**tried** [1] - 2905:12
**trouble** [1] - 2875:14
**Troy** [1] - 2819:17
**truck** [11] - 2842:17, 2842:18, 2842:20, 2842:21, 2842:24, 2843:1, 2843:21, 2856:21, 2857:3, 2920:11, 2958:15
**trucks** [1] - 2920:21
**true** [2] - 2983:3, 2986:6
**Trump** [6] - 2845:16, 2848:4, 2861:22, 2882:16, 2886:21, 2952:21
**truthfulness** [1] - 2975:11
**try** [2] - 2875:8, 2892:25
**trying** [13] - 2826:25, 2827:6, 2863:11,

2866:6, 2867:25, 2868:3, 2881:15, 2882:24, 2882:25, 2893:9, 2899:25, 2952:9, 2978:19
**tunnels** [1] - 2924:23
**turn** [6] - 2829:8, 2830:7, 2831:2, 2840:17, 2908:10, 2908:11
**turning** [3] - 2831:16, 2862:24, 2864:18
**two** [36] - 2832:18, 2848:20, 2848:21, 2862:18, 2866:16, 2867:22, 2872:15, 2872:24, 2881:24, 2886:22, 2890:13, 2890:22, 2891:4, 2891:9, 2892:21, 2895:15, 2895:25, 2897:9, 2906:17, 2913:10, 2920:21, 2928:16, 2933:24, 2942:4, 2946:19, 2946:21, 2948:4, 2952:14, 2954:6, 2955:22, 2961:6, 2970:9, 2970:11, 2971:6, 2975:19, 2984:23
**type** [2] - 2906:1, 2976:13
**typically** [3] - 2823:19, 2852:9, 2853:5
**tyrannis** [1] - 2969:25
**tyrants** [2] - 2970:2, 2970:4

**U**

**U.S** [16] - 2819:18, 2847:24, 2848:17, 2848:21, 2848:24, 2887:12, 2891:6, 2893:7, 2909:5, 2916:3, 2918:18, 2924:17, 2955:24, 2967:11, 2975:22, 2975:24
**Ulrich** [1] - 2879:6, 2879:8, 2879:9, 2970:15, 2971:2, 2971:12, 2971:14, 2971:18, 2971:21, 2972:1
**ultimately** [9] - 2842:18, 2863:15, 2901:6, 2905:23, 2941:20, 2942:1, 2944:15, 2979:9
**unable** [1] - 2875:11
**under** [5] - 2833:14, 2834:25, 2897:8, 2951:15, 2966:3
**underlining** [1] - 2969:22
**underlying** [12] - 2825:17, 2846:18, 2870:12, 2877:6, 2888:11, 2888:17, 2896:11, 2902:17, 2937:17, 2937:21, 2937:23, 2937:24
**underneath** [1] - 2852:13, 2890:6
**understood** [8] - 2828:15, 2864:12, 2895:25, 2902:25, 2903:2, 2937:22, 2938:2, 2985:19
**Unfortunately** [1] - 2833:4
**uniform** [1] - 2893:11
**United** [2] - 2930:15, 2986:4
**UNITED** [3] - 2819:1, 2819:3, 2819:13
**unmanned** [1] - 2841:3
**unreasonable** [1] - 2899:25
**unto** [2] - 2970:2, 2970:4
**unusual** [1] - 2824:4
**up** [59] - 2822:12, 2824:13, 2827:25, 2831:25, 2834:10, 2846:8, 2851:14, 2854:3, 2858:2, 2863:19, 2864:10, 2869:18, 2871:13, 2876:24, 2880:18, 2882:16, 2892:25, 2893:15, 2893:17,

2893:18, 2894:1, 2895:5, 2896:16, 2900:14, 2906:7, 2906:15, 2910:2, 2912:2, 2912:4, 2912:8, 2912:13, 2913:23, 2916:4, 2918:19, 2931:4, 2937:13, 2940:18, 2940:23, 2941:4, 2941:12, 2942:16, 2942:20, 2943:22, 2944:15, 2945:4, 2948:7, 2948:15, 2949:19, 2952:6, 2952:23, 2953:7, 2953:22, 2959:24, 2962:1, 2965:2, 2980:6, 2983:13, 2984:11

**updates** [1] - 2966:24

**uploaded** [1] - 2976:20

**upper** [6] - 2858:3, 2872:8, 2886:12, 2889:11, 2889:25, 2960:24

**upper-right** [1] - 2960:24

**user** [2] - 2829:1, 2921:23

**users** [1] - 2910:19

**uses** [2] - 2827:13, 2896:5

**utility** [2] - 2832:20, 2832:21

---

## V

**Vallejo** [32] - 2820:16, 2831:3, 2831:9, 2831:22, 2832:9, 2832:15, 2835:2, 2840:18, 2842:2, 2842:9, 2842:16, 2843:7, 2843:20, 2843:23, 2850:18, 2850:19, 2856:17, 2857:2, 2858:12, 2862:10, 2920:10, 2920:13, 2920:20, 2925:25, 2926:6, 2926:10, 2926:14, 2927:1, 2958:13, 2958:18, 2965:13

**Vallejo's** [7] - 2832:24, 2842:7, 2842:15, 2925:10, 2925:16, 2926:16, 2926:21

**value** [2] - 2979:12, 2983:20

**various** [4] - 2829:19, 2910:9, 2925:5, 2980:24

**vehicle** [1] - 2856:23

**verify** [1] - 2875:14

**Verizon** [1] - 2823:17

**versions** [1] - 2921:9

**vest** [2] - 2972:25, 2973:1

**Vice** [4] - 2854:7, 2854:8, 2857:14, 2871:7

**video** [135] - 2832:1, 2832:6, 2834:15, 2835:5, 2835:12, 2838:4, 2847:4, 2848:3, 2852:17, 2852:22, 2852:23, 2853:1, 2853:3, 2853:8, 2853:11, 2853:18, 2859:1, 2875:2, 2878:21, 2881:18, 2881:21, 2882:11, 2884:16, 2884:24, 2885:1, 2885:3, 2887:11, 2887:12, 2888:1, 2888:19, 2889:8, 2890:3, 2890:5, 2890:9, 2890:17, 2891:1, 2892:24, 2894:12, 2894:19, 2895:1, 2895:11, 2896:8, 2896:21, 2898:1, 2898:3, 2898:5, 2898:7, 2898:12, 2898:17, 2899:15, 2900:3, 2900:4, 2900:12, 2901:8, 2901:13, 2902:14, 2902:16, 2902:17, 2902:18, 2902:23, 2904:2, 2904:11, 2904:14, 2907:19, 2909:24, 2911:17, 2911:18, 2911:20, 2912:18, 2912:23, 2913:15,

2913:18, 2914:1, 2914:4, 2914:6, 2915:11, 2915:13, 2919:9, 2928:2, 2928:23, 2931:5, 2931:13, 2932:4, 2932:11, 2934:8, 2939:12, 2945:14, 2945:22, 2946:12, 2947:20, 2948:23, 2949:20, 2949:21, 2950:19, 2952:2, 2952:3, 2952:21, 2953:1, 2953:14, 2955:14, 2956:7, 2957:24, 2960:6, 2960:12, 2960:24, 2961:2, 2963:5, 2963:7, 2963:11, 2963:16, 2963:25, 2964:8, 2964:15, 2965:6, 2968:23, 2969:4, 2969:6, 2969:7, 2969:11, 2970:10, 2970:18, 2973:18, 2977:25, 2979:23, 2979:24, 2981:7, 2981:15, 2981:20, 2981:22, 2984:7, 2984:12

**Video** [106] - 2836:9, 2836:25, 2838:6, 2839:4, 2849:4, 2852:4, 2853:16, 2854:13, 2858:1, 2858:19, 2859:8, 2859:13, 2862:5, 2862:20, 2870:21, 2871:12, 2871:25, 2873:1, 2874:19, 2879:18, 2880:15, 2881:7, 2881:25, 2883:5, 2883:12, 2884:3, 2884:9, 2884:23, 2886:6, 2886:16, 2887:7, 2888:7, 2889:23, 2890:15, 2890:24, 2892:22, 2893:14, 2893:24, 2894:17, 2895:9, 2906:10, 2906:24, 2911:19, 2912:19, 2913:16, 2914:2, 2915:6, 2915:17, 2915:24, 2919:2, 2919:24, 2920:9, 2921:3, 2921:22, 2923:2, 2927:23, 2928:14, 2929:2, 2929:14, 2931:12, 2933:18, 2934:14, 2935:9, 2936:6, 2936:11, 2939:17, 2940:12, 2940:21, 2941:10, 2942:6, 2942:17, 2943:17, 2944:13, 2944:23, 2946:10, 2947:7, 2947:19, 2948:6, 2948:14, 2948:18, 2949:3, 2949:25, 2954:25, 2955:8, 2955:19, 2956:11, 2956:21, 2957:4, 2957:13, 2958:9, 2958:23, 2959:2, 2959:14, 2959:23, 2960:16, 2961:17, 2962:9, 2962:16, 2962:23, 2963:23, 2964:13, 2965:5, 2969:18, 2970:12, 2970:22, 2973:15

**videos** [50] - 2835:22, 2836:1, 2836:13, 2837:21, 2837:23, 2838:12, 2839:11, 2839:14, 2839:21, 2839:24, 2846:17, 2858:20, 2858:23, 2877:5, 2888:10, 2892:3, 2892:14, 2900:5, 2903:4, 2904:11, 2909:19, 2910:5, 2910:9, 2910:14, 2911:1, 2911:3, 2911:14, 2932:23, 2933:1, 2934:21, 2939:23, 2940:5, 2941:3, 2944:7, 2944:25, 2945:7, 2945:10, 2955:11, 2957:23, 2962:25, 2971:14, 2971:18, 2972:4, 2972:7, 2972:13, 2973:3, 2973:8, 2973:20, 2973:25, 2974:4

**view** [6] - 2932:14, 2934:16, 2941:12, 2957:20, 2959:18, 2980:1

**viewed** [1] - 2838:12

**violent** [3] - 2880:5, 2880:7, 2895:24

**Virginia** [5] - 2831:11, 2842:22, 2857:6,

2920:14, 2958:14

**visible** [2] - 2832:22, 2981:19

**visual** [1] - 2872:18

**VM** [2] - 2909:12, 2909:13

**voice** [6] - 2853:20, 2853:24, 2871:14, 2871:16, 2892:1, 2892:1, 2913:2

**voicemail** [1] - 2909:14

**voices** [1] - 2853:17

**vs** [1] - 2819:5

---

## W

**wait** [1] - 2825:2

**waiting** [1] - 2830:15

**Walden** [6] - 2879:15, 2970:15, 2972:17, 2972:18, 2973:4, 2973:8

**walk** [5] - 2850:3, 2905:7, 2912:6, 2930:17, 2961:21

**walkie** [1] - 2869:10

**walkie-talkie** [1] - 2869:10

**walking** [1] - 2946:21

**wankers** [1] - 2967:19

**wants** [2] - 2832:16, 2952:4

**war** [2] - 2865:10, 2881:10

**warrant** [2] - 2823:20, 2824:2

**Washington** [5] - 2819:5, 2819:19, 2820:18, 2870:3, 2930:11

**watch** [4] - 2881:11, 2893:15, 2898:8, 2900:3

**watchdog** [1] - 2870:22

**Watchdog** [2] - 2871:6, 2929:17

**watched** [3] - 2882:12, 2893:17, 2957:23

**watching** [3] - 2830:15, 2897:6, 2967:20

**water** [2] - 2837:8, 2864:25

**Watkins** [39] - 2838:22, 2843:16, 2858:15, 2859:15, 2859:16, 2859:20, 2868:20, 2868:23, 2868:24, 2870:6, 2870:9, 2871:4, 2871:21, 2872:1, 2872:19, 2873:5, 2883:7, 2883:14, 2883:23, 2884:4, 2884:10, 2884:16, 2885:5, 2886:8, 2886:9, 2907:1, 2927:8, 2928:5, 2929:7, 2929:8, 2946:4, 2962:10, 2962:13, 2962:18, 2964:2, 2964:9, 2964:17, 2964:23

**Watkins'** [5] - 2858:21, 2871:16, 2929:4, 2963:1, 2963:5

**wear** [1] - 2832:22

**wearing** [9] - 2840:1, 2874:5, 2885:16, 2928:21, 2955:25, 2972:5, 2972:13, 2972:24, 2973:21

**Wednesday** [1] - 2930:13

**weight** [1] - 2847:14

**WEINBERG** [1] - 2820:9, 2820:12

**Weinberg** [2] - 2820:12, 2978:18

**welcome** [1] - 2823:6

**west** [17] - 2848:2, 2855:3, 2859:3, 2907:12, 2912:6, 2919:19, 2927:19, 2931:7, 2943:2, 2943:14, 2943:20, 2967:5, 2968:1, 2968:24, 2969:13,

2970:5
**western** [1] - 2965:25
**whatsoever** [2] - 2978:5, 2978:14
**Whip** [9] - 2833:5, 2833:19, 2833:20, 2833:22, 2882:24, 2908:5, 2909:5, 2916:4, 2918:19
**whiplash** [8] - 2907:25, 2908:2, 2908:3, 2908:22, 2908:23, 2909:8, 2922:14, 2922:16
**Whisperer** [6] - 2856:4, 2856:8, 2857:7, 2861:10, 2861:14, 2861:17
**White** [1] - 2847:24
**whole** [2] - 2902:5, 2943:23
**wife** [3] - 2855:1, 2925:20, 2926:3
**Willard** [7] - 2847:24, 2848:11, 2848:12, 2848:13, 2848:15, 2876:16, 2878:10
**William** [22] - 2820:2, 2837:9, 2837:10, 2837:20, 2837:21, 2837:23, 2838:3, 2865:18, 2874:2, 2874:3, 2932:20, 2944:14, 2948:2, 2948:7, 2955:3, 2955:9, 2956:12, 2956:16, 2956:24, 2958:1, 2958:10, 2958:24
**WILLIAM** [1] - 2820:3
**Williams** [1] - 2865:22
**Wisconsin** [2] - 2854:4, 2854:10
**witness** [14] - 2829:15, 2832:1, 2834:11, 2846:9, 2855:11, 2869:19, 2873:11, 2876:24, 2888:5, 2897:1, 2897:19, 2975:5, 2975:7, 2975:9
**WITNESS** [4] - 2821:3, 2867:12, 2867:15, 2974:15
**witness's** [3] - 2976:10, 2976:11, 2976:12
**witnesses** [4] - 2898:1, 2902:6, 2974:23, 2975:1
**witnesses'** [1] - 2905:21
**word** [6] - 2841:24, 2898:21, 2926:15, 2958:20, 2965:14, 2981:13
**words** [4] - 2828:3, 2852:15, 2900:11, 2901:25
**workday** [1] - 2974:9
**works** [2] - 2963:6, 2980:3
**worst** [1] - 2830:15
**wrap** [1] - 2864:10
**wrist** [1] - 2949:19
**write** [2] - 2921:23, 2922:22

**Y**

**years** [3] - 2903:7
**yell** [1] - 2956:3
**yelled** [1] - 2859:20
**yelling** [2] - 2947:1, 2948:20
**yellow** [9] - 2838:9, 2850:6, 2851:2, 2862:12, 2862:15, 2862:21, 2890:8, 2949:4, 2949:5
**yesterday** [1] - 2976:19
**Young** [10] - 2836:12, 2836:13, 2836:16, 2836:21, 2837:1, 2837:3, 2932:20, 2933:6, 2933:8, 2946:4

**YouTube** [2] - 2875:2, 2875:8

**Z**

**Zello** [19] - 2868:25, 2869:2, 2869:5, 2869:8, 2869:15, 2869:25, 2871:1, 2872:16, 2883:7, 2883:17, 2929:4, 2929:8, 2962:18, 2963:4, 2963:6, 2963:9, 2963:10, 2963:17, 2964:15
**zello** [1] - 2869:9
**zoom** [1] - 2930:7