1               IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA

2

3  UNITED STATES OF AMERICA,    )
                        )

4                        )
         Plaintiff,       )   CR No. 22-15

5                        )   Washington, D.C.
  Vs.                 )

6                        )   January 5, 2023
                        )   1:32 p.m.

7                        )
  ROBERTO A. MINUTA, ET AL.,   )   DAY 14

8                        )   Afternoon Session
                        )

9         Defendants.      )
  _____  )

10

11

12            TRANSCRIPT OF JURY TRIAL PROCEEDINGS
          BEFORE THE HONORABLE AMIT P. MEHTA

13              UNITED STATES DISTRICT JUDGE

14

15

  APPEARANCES:

16  For the Government:        Kathryn Rakoczy, AUSA
                        Jeffrey Nestler, AUSA

17                        Alexandra Hughes, AUSA
                        Troy Edwards, AUSA

18                        Louis Manzo, AUSA
                        U.S ATTORNEY'S OFFICE

19                        601 D Street, NW
                        Washington, D.C., 20579

20                        (202) 252-72

21

22

23

24

25

```
 1    APPEARANCES CONTINUED:

 2    For Defendant
      Roberto A. Minuta:            William Lee Shipley, Jr.
 3                                   LAW OFFICES OF WILLIAM L. SHIPLEY
                                     PO Box 745
 4                                   Kailua, HI 96734
                                     (808) 228-1341
 5
      For Defendant
 6    Joseph Hackett:               Angela Halim
                                     3580 Indian Queen Lane
 7                                   Philadelphia, PA 19129
                                     (215) 300-3229
 8
      For Defendant
 9    David Moerschel:              Connor Robert Martin
                                     BROWN, SUAREZ, RIOS & WEINBERG
10                                   1532 Jackson Street
                                     Fort Myers, FL 33901
11                                   (239) 337-9755

12                                   Scott Weinberg
                                     BROWN, SUAREZ, RIOS & WEINBERG
13                                   265 E Marion Avenue
                                     Suite 114
14                                   Punta Gorda, FL 33950
                                     (941) 575-8000
15
      For Defendant
16    Edward Vallejo:               Matthew J. Peed
                                     CLINTON & PEED
17                                   1775 Eye Street, NW
                                     Suite 1150
18                                   Washington, D.C. 20006
                                     (202) 919-9491
19

20

21

22

23

24

25
```

1                              INDEX

2   WITNESS                                                PAGE

3   JOANNA ABRAMS

4     Continued Cross-Examination By Mr. Shipley          3147
      Cross-Examination Mr. Peed                          3165
5     Redirect Examination By Mr. Edwards                 3230

6   JASON McINTYRE

7     Direct Examination By Ms. Hughes                    3262

8
      Exhibit No.          Received
9
        E125                 3169
10
        EV104                3175
11
        EV143                3180
12
        EV175                3194
13
        EV121                3198
14
        EV305.3              3200
15
        EV305.3              3201
16
        EV142                3203
17
        EV174                3212
18
        EV107                3216
19
        EV109                3216
20
        EV124.1              3221
21
        EV902                3226
22
        9557                 3235
23
        2122                 3267
24
        2123, 2124,          3269
25      2125

```
 1                    P R O C E E D I N G S
 2            THE COURT:  Somebody just shut the door in the back,
 3     please.  Thank you.
 4            Before we continue with Agent Abrams' testimony I want
 5     to just flag one issue, and that is that I think it's happened
 6     once or twice in her testimony where, in response to a question
 7     that typically starts with "Is there any evidence," she has
 8     sometimes referred to things she has learned from witness
 9     interviews.  And I'd like to avoid that if we can.
10            So I'd like to give her an instruction not to
11     reference witness interviews or the contents of witness
12     interviews in any answer that she gives.  Depending upon
13     whether a door is open or not, we'll see, but I'd like to keep
14     that door closed.  Okay?
15            MR. EDWARDS:  Yes, Your Honor.
16            THE COURT:  Agent Abrams, just have a seat.  Just real
17     quick.  I think this happened once in your testimony where you
18     referred to something you had learned from a witness interview
19     or from a witness out of court.  I'm just going to ask you to
20     avoid introducing evidence that or statements that you've
21     learned or facts that you've learned from witness interviews --
22            THE WITNESS:  Sure.
23            THE COURT:  -- that you conducted or the 302s that
24     you've read of those witness interviews.  Okay?
25            THE WITNESS:  Absolutely.
```

1          THE COURT:  All right.  Let's bring our jurors in.

2          (Jury enters the courtroom.)

3          THE COURT:  All right.  Have a seat, everybody.

4   Welcome back.  I hope everybody had a nice lunch hour.  We are

5   ready to continue with Mr. Shipley's cross-examination.

6   CONTINUED CROSS-EXAMINATION BY MR. SHIPLEY:

7   Q.   Agent Abrams, I want to back up just a little bit and

8   clarify something that, I think I confused myself, which is not

9   uncommon, so I probably confused everybody else.

10         I'd asked you if you knew of any messages by Roberto

11  Minuta in the DC Op Jan 6 chat.  Okay?

12  A.   Yes.

13  Q.   What I meant to ask you was just on the day of January

14  6th.  Remember, we had that subset of 420 messages from 6:30

15  a.m. to 9:00 p.m.?

16  A.   Yes.  I couldn't say specifically if it was on January

17  6th.  I do know they were in that chat.  I didn't read them in

18  my testimony, if that's your question.

19  Q.   Right.  There are a handful but are outside that window,

20  right?

21  A.   I believe so but I couldn't say for sure.

22  Q.   Okay.  All right.

23         MR. SHIPLEY:  Can we pull up the montage 15.2 again

24  and start at 14:32.

25  Q.   This is a little ahead of where we had left off when we

 1    were talking about the Josh James text message at 2:04.

 2    A.   Yes.

 3    Q.   Now they're actually in the golf carts and moving, and the

 4    timeline down at the bottom says this is now 2:30?

 5    A.   It's approximately 2:30, between the time they left the

 6    Willard to the time they reached the Capitol.

 7    Q.   Okay.  Well, this is while they're still on the way?

 8    A.   Correct.

 9    Q.   Okay.  So in the rough time of 2:30 -- let me ask you,

10    where does that time come from?

11    A.   It comes from the timing that we've received from the time

12    they left the Willard to the time they reached the Capitol.  We

13    also have CCTV footage of them passing by the Department of

14    Labor.  So it's an amalgamation of those times.  I didn't make

15    this exhibit, again, so I don't know why they specifically

16    chose 2:30, but that's also when this video was created.

17    Q.   Okay.  But at least according to that timestamp, 26

18    minutes has passed since Josh James' text message, right?

19    A.   Since they left the Willard, yes.

20    Q.   Well, we know Josh James' text message was at 2:04 because

21    the Signal text says 2:04 down at the bottom.

22    A.   Correct.

23    Q.   So this video is in the timeframe, so to speak, of 2:30?

24    A.   Yes.

25    Q.   26 minutes after we know the text was sent?

1    A.    Correct.

2    Q.    All right.  And do you know -- let's back up to when the

3    text was sent, and we'll just play it.  I think it's like

4    14:19.

5         Okay.  Can we play it from there up until Mr. Minuta

6    appears.

7              (Video played.)

8    Q.    All right.  Now, we know that as it goes on it shows the

9    actual path of the golf cart, but this is roughly halfway,

10   right?

11   A.    Yes.

12   Q.    Okay.  So 26 minutes in a golf cart to get halfway to the

13   Capitol from the Willard?

14   A.    I guess so, yes.

15   Q.    Okay.  Keep playing.

16             (Video played.)

17   Q.    All right.  Stop.  Now, there's metadata when you pull

18   this stuff off Facebook that tells you the time of day this

19   video was actually made?

20   A.    Yes.

21   Q.    It's all stored in the electronic data that Facebook and

22   Twitter and every other social media company keeps?

23   A.    Correct.

24   Q.    So we know that this is, you know, roughly 2:31 when he

25   starts talking in the livestream?

1    A.    Okay.

2    Q.    Okay.  Now, he says, "Patriots storm the Capitol."

3    A.    Yes.

4    Q.    He's not there yet, right?

5    A.    No.

6    Q.    And from that vantage point he can't see the Capitol,

7    right, lots of buildings in the way?

8    A.    He cannot, no.  Right.

9    Q.    So he's not reflecting anything he's actually seeing?

10   A.    No, but Line 1 was there at that time.

11   Q.    Okay.  There's no communications between Line 1 and Line

12   2, at least with respect to Mr. Minuta, is there?

13   A.    He was with Joshua James, so I can't say what he was told.

14   Q.    Exactly.  So sitting here today, you don't know that he

15   knew anything about what was actually happening inside the

16   Capitol?

17   A.    Right.  Only what he's saying.

18   Q.    Okay.  Let's keep playing.

19              (Video played.)

20   Q.    Let's stop there.  Now, along the path of travel that

21   you've watched, there's no violence between the police and

22   protesters, right?

23   A.    Correct.

24   Q.    In fact, this is on the north side of the mall?

25   A.    D Street.

1    Q.   Several streets off the mall, right?

2    A.   Right.

3    Q.   The protesters have all, mostly walked on the south street

4    of the Mall from the Ellipse up to the Capitol?

5    A.   Right.

6    Q.   So he's nowhere near where there's actually a crowd of

7    protesters that moved from the Ellipse to the Capitol?

8    A.   Right.  But he does know about it.

9    Q.   And I think in a different video -- I'm not going to pull

10   it up because we've got more to do here and then we'll be done.

11   In a different video he makes a reference to there being war in

12   the streets?

13   A.   Yes.

14   Q.   That's also part of the same livestream.  It's just in a

15   different place?

16   A.   Right.

17   Q.   But there's no war in the streets that he can see?

18   A.   Not in front of him, no.

19   Q.   Keep going.

20            (Video played.)

21   Q.   Stop it there.  Grand theft auto golf cart, does that have

22   any meaning to you?

23   A.   As far as what does that mean?

24   Q.   Right.

25   A.   That he stole a golf cart.

1  Q.   You're not familiar with the video game called Grand Theft

2  Auto?

3  A.   I am aware that there is a video game called Grand Theft

4  Auto.

5  Q.   Are you aware that that video game allows you to play in a

6  golf cart?

7  A.   No.

8  Q.   Let's just play it forward to the part where they arrive

9  at the courthouse.

10         (Video played.)

11  Q.   Okay.  Now this is roughly the place where they park,

12  right?

13  A.   Yes.

14  Q.   That's just outside this building across the street?

15  A.   Yes.

16  Q.   Okay.  And now the timestamp, I believe, if we go forward

17  a little bit, it appears on the bottom.  2:35?

18  A.   Correct.

19  Q.   All right.  So now we had 26 minutes, supposedly, from the

20  time Josh James' message until they were roughly halfway in a

21  golf cart?

22  A.   Sure.

23  Q.   Now, five minutes to travel the second half in a golf

24  cart?

25  A.   Yes.

1    Q.    So something there doesn't work.  You can't take 26

2    minutes to go halfway and then five minutes to go the second

3    half.

4    A.    We don't know what streets were closed or what traffic was

5    like, so I don't...

6    Q.    And at this point they leave the golf carts because they

7    can't go any further and they begin walking towards the west

8    side?

9    A.    Correct.

10   Q.    Now, you said that -- obviously you've lived with this

11   case for your entire career so far?

12   A.    Yes.

13   Q.    And would it be fair to say you reviewed hundreds of hours

14   of video?

15   A.    Yes.

16   Q.    Okay.  And video from all different segments or just video

17   limited to the specifics of this particular investigation?

18   A.    Segments of what?

19   Q.    Violence that took place all throughout the Capitol

20   compound.

21   A.    Yes.

22   Q.    You have?

23   A.    Yes.

24   Q.    Okay.  So you've reviewed lots of video from the west

25   side?

1    A.    Yes.

2    Q.    Okay.  And from that, there was a massive crowd on the

3    west side, right?

4    A.    Sure.

5    Q.    The entire park, not the entire park but a substantial

6    portion of the park below Capitol Hill was full of people who

7    had come from the Ellipse and gone there?

8    A.    Okay.

9    Q.    The east side, a much smaller crowd, right?  I mean, from

10   several hundred to a couple of thousand is all?

11   A.    I mean, I wouldn't feel comfortable estimating the number

12   of people.

13   Q.    Much smaller compared to the west side?

14   A.    I couldn't say.

15   Q.    All right.  Now, in analyzing this video or at least

16   watching the video of the west side in particular, did you see

17   video of the exterior -- exterior, so outside the Capitol

18   building -- bike racks used in various places?

19   A.    Yes.

20   Q.    And they used those bike racks as barriers blocking public

21   walkways that go through the park up to the Capitol building,

22   right?

23   A.    They used bike racks to designate the restricted area of

24   the Capitol.

25   Q.    All right.  And there's walkways that normally, on an

1   ordinary day, the public can walk up the walkways up towards

2   the Capitol building, right?

3   A.   Sure.

4   Q.   And they use bike rack barriers to block those walkways?

5   A.   Right.

6   Q.   In addition to those, at the building itself there was an

7   entire line of bike rack barriers to stop people from getting

8   to the building?

9   A.   That was the intention, yes.

10  Q.   And in the videos you watched, while those -- we're

11  talking about the barriers at the building, there was actually

12  behind that a police barricade, so to speak, officers with

13  shields and other riot gear, right?

14  A.   Yes.

15  Q.   Now, that location on the west side outside of the

16  building, that lower ground level lower west --

17  A.   Yes.

18  Q.   -- was the location of a lot of violent clashes, right?

19  A.   It was a location of violence, yes.

20  Q.   And by 2:15 the bike rack barriers had essentially been

21  disassembled by the crowd and pulled away?

22  A.   Okay.

23  Q.   When you reviewed it, does that sound about right?

24  A.   I did not look at that particular area for those specific

25  times.  I know they were removed at some point, but I don't

1    know if it was 2:15.

2    Q.   And based upon your review by about ten minutes later at

3    2:25, the police line had given way.  In other words, the crowd

4    was just too big and overwhelmed the police line forcing the

5    police to pull back?

6    A.   I know that occurred.  Again, I don't know the specific

7    time.

8    Q.   Have you seen any closed circuit TV video that shows

9    officers leaving the outside and go into the building itself?

10   A.   Where?

11   Q.   On the west side.

12   A.   I have not, no.

13   Q.   Would it be fair to say that at least by 2:35, when group

14   2 arrives and parks the golf carts, barricades and the police

15   line have disappeared; the police have gone inside the building

16   and the barricades are gone on the west side?

17   A.   I can't speak to that.

18   Q.   Let's go back to the -- let's just let it run forward to

19   15:57.

20              (Video played.)

21   Q.   Let's stop right there.  Well, let it -- here.  Okay.  So

22   right there.

23        This is on the west side, right?

24   A.   Yes.

25   Q.   And this is the north corner of the west side?

1    A.    Sort of.

2    Q.    Okay.  And in fact, they continue to walk there and they

3    go around the north side of the building, correct?

4    A.    Yes.

5    Q.    And they're going towards the east side?

6    A.    Yes.

7    Q.    Back side.  Okay.  And this is the crowd that we were

8    talking about, the large crowd on the west side?

9    A.    This is part of the crowd on the west side, yes.

10   Q.    Okay.  And I guess -- see here, see the bike rack barrier

11   there?

12   A.    Yes.

13   Q.    That's not where the bike rack barriers were erected,

14   right?  That's been moved?

15   A.    I couldn't say specifically.

16   Q.    Okay.  Let's let it run.

17              (Video played.)

18   Q.    Okay.  See, I know it's a black and white.  Let's go a

19   little further and see if we can get it back to a color

20   picture.  No?  Okay.

21        Now, at some point, and I think it is in 1508, we're not

22   going to go to 1508 at this point.  Another montage video

23   that's unique as to group 2?

24   A.    Yes.

25   Q.    Roberto Minuta stops along the path getting to the east

1    side and has an impolite exchange with a line of police

2    officers, right?

3    A.    Yes.

4    Q.    And at that point he made no effort to breach that police

5    line, right?

6    A.    Not then, no.

7    Q.    There were, I don't know, 10, 12, 15 officers that you

8    could see at various points and there was a rope line or a

9    chain that went through some stanchions in front of him?

10   A.    I don't recall that, but...

11   Q.    But other than yelling at him, he didn't do anything else,

12   did he?

13   A.    Not then, no.

14   Q.    And he had his camera on?

15   A.    Yes.

16   Q.    Filming himself doing all of these things?

17   A.    Yes.

18   Q.    Now, among his remarks that we listened to and we had the

19   transcript along the side, he said "Not even able to feed their

20   families, not a joke, not a joke."  Do you remember that?

21   A.    Yes.

22   Q.    And you've seen that video many times, right?

23   A.    I have.

24   Q.    Now, Roberto Minuta is a tattoo artist, right?

25   A.    Yes.

1    Q.    And he owned his own tattoo business in Upstate New York?

2    A.    He did.

3    Q.    And his tattoo business was closed by the COVID shutdown

4    regulations, right?

5    A.    For a time, yes.

6    Q.    And you've seen other videos of Roberto Minuta complaining

7    about the fact that his business had been closed down and he

8    was having trouble understanding how to support his family?

9    A.    I have seen videos of him expressing frustration to the

10    COVID lockdowns, yes.

11    Q.    Let's go forward to 16:22.

12            (Video played.)

13    Q.    Maybe I have the wrong timestamp.  Let's move forward

14    until it shows up where I want it to be.  Right there.  Okay.

15    And go forward a little bit because I think it zooms in.

16            (Video played.)

17    Q.    So this is all six members of group 2 going up the stairs

18    together, right?

19    A.    Right.

20    Q.    And this is at 3:10 on the camera, right?

21    A.    Correct.

22    Q.    All right.  Keep going.

23            Why don't we stop right there.

24            They've reached the top of the stairs?

25    A.    Yes.

1    Q.   Have you been to this physical location?

2    A.   I have.

3    Q.   And from the top of the stairs, where they're at, until

4    the Columbus Doors, 15 feet, right, 20 feet?

5    A.   I'm not very good with that, the distance, but I would say

6    it's no farther than from me to the table there.

7    Q.   All right.  Fair enough.  Everybody can see that.

8    A.   Yes.

9    Q.   Okay.  So that's at 3:10.  Let's keep rolling.

10             (Video played.)

11   Q.   All right.  Stop there.  So now this is 3:14, right?

12   A.   Yes.

13   Q.   This is a four-minute gap there between the time they

14   reach the top of the stairs and the time they traveled that 20

15   feet to walk to the doors?

16   A.   Sure.

17   Q.   And the doors were open the whole time, right?

18   A.   I believe so.  I know the officers tried to close them

19   from time to time.

20   Q.   No question.  They did at intermittent times but at this

21   point in time the doors were open the whole time?

22   A.   Sure.

23   Q.   Okay.  But they had done something, Roberto Minuta and

24   Josh James, or actually all six of them, because they got to

25   the top, they had paused and done something for four minutes

1  outside of the doors?

2  A.    Yes, they did not enter for four minutes.

3  Q.    And in that time period people are going in and going out,

4  right?

5  A.    Mostly in, but yes.

6  Q.    And you have Officer Carrion, who has testified here, is

7  one of the officers -- I think this is Carrion and Salke both.

8  I could be wrong but that's my recollection.

9  A.    I believe you're right, yes.

10  Q.    And they're standing right there at the door, and

11  understanding it's a difficult situation for them, but they're

12  not stopping anybody, right?

13  A.    I don't -- I can't say if they're trying to stop them from

14  this image.

15  Q.    Let's go forward to 17:03 or just let it run.

16          (Video played.)

17  Q.    Let's back up a little bit, five seconds.  Right there.

18  Go forward.  Maybe not the best one to use.  Stop.

19        You've watched this video many times.

20  A.    Yes.

21  Q.    And you know at some point there Officer Carrion reached

22  out with his left hand and put it on Roberto Minuta's chest,

23  right?

24  A.    I'm not sure if I saw that.  I saw some sort of

25  communication but I don't know if I saw a hand.

1    Q.   What you can see Roberto Minuta do, is he's got both hands

2    up and he's got his phone in one hand, right?

3    A.   Yes.

4    Q.   He puts both hands up like, This is all I've got, no gun,

5    so to speak?

6    A.   Maybe, yeah.

7    Q.   And not long after that they have some kind of exchange

8    because you see Roberto Minuta nodding?

9    A.   Yes.

10   Q.   Like they're having some kind of voiced exchange?

11   A.   Correct.

12   Q.   And then just a moment or two later Roberto Minuta is

13   allowed to walk right past, isn't he?

14   A.   He walks right past, yes.

15   Q.   He didn't push either Officer Salke or Officer Carrion out

16   of the way?

17   A.   No.

18   Q.   And right behind him, the third circle there, you

19   testified that's Jonathan Walden with the dog?

20   A.   Yes.

21   Q.   And why don't we go forward just a couple of seconds.

22            (Video played.)

23   Q.   Now, Walden's gotten separated here a little bit, right?

24   A.   Yes.

25   Q.   Right there.  Stop.

1          You can see Officer Carrion look down.  He notices the

2     dog, right?

3     A.    Yes.

4     Q.    He gets his attention, he becomes now focused on the dog.

5          Keep playing.

6               (Video played.)

7     Q.    Stop.  What happens next, and you've seen this and I'm not

8     sure where to find it so I'm not going to tell him where to go,

9     what happens next is the crowd behind Walden starts pushing and

10    pushes their way through the door and knocks the officers out

11    of the way, right?

12    A.    The crowd pushes through the door, yes.

13    Q.    Walden didn't push through the door.  In fact, the officer

14    reached out and pulled him and the dog in the door?

15    A.    The officer -- well, I don't want to talk about what I've

16    heard.

17    Q.    Okay.  Well, without regard to his motivations, he reached

18    out with one hand, put it on Walden's back and pulled him

19    inside, pulled him forward?

20    A.    I don't recall seeing that.  I'm not sure if you do have

21    the video but I do know Walden entered the building.

22    Q.    Let's go to 17:44.  That may be where we're at.

23         You testified this is members of the first group, some of

24    them, that came out over an extended period of time, but this

25    is members of some of them coming out and going down the

1    opposite side of the stairs?

2    A.    Yes.

3    Q.    And the video reflects no evidence of the two groups ever

4    meeting or seeing each other, right?

5    A.    Right.

6    Q.    And, in fact, no members of either group knew of the

7    other, right?  Except maybe Josh James.

8    A.    Right.  The leader of Line 2 knew the leader of Line 1 at

9    the very least.

10   Q.    So Josh James, Roberto Minuta and Jonathan Walden enter at

11   3:14?

12   A.    3:14, 3:15.

13   Q.    For whatever reason or why, Grods and -- gets separated.

14   They don't come in until seven minutes later.

15   A.    Correct.

16   Q.    They're never together inside, right?

17   A.    Right, meet up with Walden but Minuta and James are

18   separate.

19   Q.    And then they exit separately, right?

20   A.    Yes.

21   Q.    And once they're all out, they kind of find each other?

22   A.    Correct.

23   Q.    And the last thing, which was the last video that you saw,

24   is the two groups standing with Stewart Rhodes at the southeast

25   corner?

1    A.    Yes.   Northeast, I think.

2            MR. SHIPLEY:   Thank you.   Nothing further.

3            THE COURT:   Thank you, Mr. Shipley.

4            Mr. Peed.

5    CROSS-EXAMINATION MR. PEED:

6    Q.    Good afternoon.

7    A.    Good afternoon.

8    Q.    All right.   I represent Mr. Vallejo.   So Mr. Vallejo, he

9    came to the Comfort Inn area on January 5th, right?

10   A.    Correct.

11   Q.    All right.   Then he unloaded his truck?

12   A.    Yes.

13   Q.    Then he went into DC?

14   A.    The 5th, yes.

15   Q.    All right.   He went down to the Supreme Court and did some

16   personal security details, right?

17   A.    I believe so, yes.

18   Q.    He didn't stay in the hotel like Mr. Bittner and

19   Mr. Stamey?

20   A.    He stayed in the Virginia hotel.

21   Q.    He didn't stay there on the afternoon of the 5th and the

22   evening of the 5th.   He went into DC?

23   A.    Yes, correct.

24   Q.    Okay.   He didn't arrange the Comfort Inn hotel, right?   He

25   had no role in that, right?

1    A.    Right.

2    Q.    Now, the Oath Keepers on their chats, they discussed in

3    great specificity the laws governing weapons in DC, right?

4    A.    Inside the city limits, yes.

5    Q.    Down to the inches of a blade length you could bring in?

6    A.    Yes.

7    Q.    And that included that no firearms whatsoever were allowed

8    into DC?

9    A.    Correct.

10    Q.    And Mr. Kandaris, who traveled with Mr. Vallejo, said on

11    the January 6th podcast that he made sure that he had no

12    weapons when he crossed into DC, right?

13    A.    Right.

14    Q.    So Mr. Kandaris and Mr. Vallejo went down into DC, and

15    then Mr. Vallejo parked near Freedom Plaza, right?

16    A.    I believe so.

17    Q.    And he lost his truck, right?

18    A.    Yeah.

19    Q.    And he actually thought his truck was stolen, right?

20    A.    I think so, yes, or impounded.

21    Q.    And his truck was a small 1996 Nissan pickup, right?

22    A.    Yes.

23    Q.    So not exactly a prize for thieves, right?

24    A.    I can't say what a thief would want to steal.

25    Q.    But he thought it was stolen, right?  And he had to take

1    an Uber back to the hotel on the night of the 5th, right?

2    A.    Yes.

3    Q.    Now, if you know, based on your investigation, did Stewart

4    Rhodes expect Mr. Vallejo to be in DC on the 6th, the following

5    morning?

6    A.    Not to my knowledge.

7    Q.    All right.  I'd like to show you what I'll mark as EV125

8    for the witness.

9         All right.  Do you recognize this as selections of chats

10   from the DC Op Jan 6 21 Signal chat?

11   A.    That's what it says.

12   Q.    You've reviewed this chat, right?

13   A.    Yes, I've just never seen this --

14   Q.    This format.  It's not the bubble that you --

15   A.    Right, or the extraction.

16            MR. PEED:  At this time, Your Honor, I'd move to admit

17   Defense Exhibit EV125.

18            MR. EDWARDS:  It's my first time seeing these.  How

19   many pages are there?

20            MR. PEED:  Four.

21            MR. EDWARDS:  Can we get on the phone for a second

22   just to ask a question.  It's the first time I've seen this.

23   **SIDEBAR:**

24            THE COURT:  Go ahead, Mr. Edwards.

25            MR. EDWARDS:  I just wanted to ask Mr. Peed, but I

1    didn't want to do it in open court, whether or not these are
2    all of the messages from the first timestamp to the next.  Are
3    these select ones?  It's hard to tell from just the timestamp
4    without exhibit numbers for each message.

5            THE COURT:  They don't appear to be consecutive.
6    Mr. Peed, they appear -- Mr. Peed, you can't be heard.

7            MR. PEED:  They're chronological, they're not every
8    message.  They're the ones that relate to Mr. Vallejo in
9    particular for this time period.

10           THE COURT:  Okay.  Any concerns, Mr. Edwards?

11           MR. EDWARDS:  No, not at this time.  In reviewing, can
12   we go to the third and fourth page.  We've seen the first two,
13   it looks like.  No, Your Honor, these appear to be from the DC
14   Op Jan 6 chat.

15           The only concern is, without having the opportunity to
16   actually review these ahead of time, knowing whether the
17   editorialization of the response to the Ed Vallejo message is
18   accurate.

19           MR. PEED:  That came from the government's extraction,
20   Your Honor.  I just pulled it from their extraction that they
21   produced in discovery.

22           MR. EDWARDS:  I don't know that.

23           THE COURT:  All right.  Let's allow it in.  If there's
24   any question about the accuracy of the bracketed language, we
25   have an opportunity to take a look at it.  We can always

1    revisit it with the jury at that point.  Okay.

2    (End of sidebar.)

3         THE COURT:  All right.  Subject to discussion, EV125

4    is admitted.

5         (Exhibit E125 admitted into evidence.)

6    Q.   All right.  Agent, do you see where my cursor is?

7    Mr. Vallejo, on the morning of January 6th, sends a message to

8    the general group, the DC Op group, "Stupid alert.  I parked my

9    dark gray Nissan four-cyl pickup within five blocks of Freedom

10   Plaza after dropping SC team and searched for an hour on foot

11   never finding it.  If you spot it, let me know.  Duh.  Thanks."

12   A.   Yes.

13   Q.   And could you say what Stewart Rhodes said after that

14   message within the same minute?

15   A.   Yes, "Been there.  You got a ride in?"

16   Q.   All right.  So as of 6:21 a.m. Mr. Rhodes is asking

17   Mr. Vallejo if he has a ride in, correct?

18   A.   Yes.

19   Q.   Mr. Rhodes was in DC when he sent this message, right?

20   A.   I believe in this one he was at his hotel.  I think he

21   meant into DC, yes.

22   Q.   Okay.  And he asks again at 6:23, "Do you need a ride in

23   or are you Ubering it"?

24   A.   Correct.

25   Q.   And at 6:26 a.m., moving down, Mr. Vallejo says, "I am

1    waiting for my civilian team to arise and will come in with

2    them," correct?

3    A.    Yes.

4    Q.    Moving forward, one minute later Mr. Vallejo asks the

5    general group, "What is the DC blade length rule?  What's the

6    limit?  I want my boarding cutlass," correct?

7    A.    Yes.

8    Q.    So at 6:27 a.m. we've seen three or four messages so far

9    where Stewart Rhodes is asking about Mr. Vallejo coming into DC

10   and Mr. Vallejo's talking about going into DC, correct?

11   A.    Yes, Mr. Rhodes is asking if he needed a ride to get his

12   truck back in DC.

13   Q.    Okay.  Mr. Vallejo says he wanted to bring his boarding

14   cutlass into DC, correct?

15   A.    Yes.

16   Q.    All right.  Do you know what a boarding cutlass is?

17   A.    The sword.

18   Q.    Do you know what kind of sword a boarding cutlass is?

19   A.    I believe it was used or it has been used in the past when

20   ships were boarded.

21   Q.    All right.  It's an antique item, correct?

22   A.    I mean, I don't know the age of the sword.  It's still a

23   sword.

24   Q.    No, but I'm saying it was used by the military, the U.S.

25   military in the 1800s, correct?

```
1   A.   Potentially.  I don't know about the time period.

2   Q.   You don't know?

3   A.   No.

4   Q.   Did you Google it?

5   A.   I did.

6   Q.   All right.  And did you come up with results talking about

7   museum pieces and replicas?

8   A.   No.  Just that it was a sword used to board ships.

9   Q.   Do you recall what the first thing is when you Google

10  boarding cutlass?

11  A.   No.  A picture and --

12  Q.   But you did Google it, correct?

13  A.   I did.

14  Q.   All right.  All right.  Then we had a gap here in this

15  exhibit between 6:33 a.m. and 11:18 a.m.  Do you see that?

16  A.   Yes, I see the 11:18 a.m., yes.

17  Q.   And between around 6:30 in the morning on January 6th and

18  11:00 in the morning on January 6th, Mr. Vallejo unloaded some

19  items and put them in the hotel, right?

20  A.   Yes.

21  Q.   And then he did a podcast with his friend Todd Kandaris,

22  right, the person who came from Arizona with him, right?

23  A.   Yes.

24  Q.   All right.  And so that podcast ended somewhere around the

25  11:00 hour Eastern Time, right?
```

1    A.   Right.

2    Q.   All right.  And then Mr. Vallejo talks about a drone.  He

3    says, "FYI, I brought a drone with 720 p cam for recon use but

4    I am not a proficient operator.  Do we have anyone qualified to

5    use it?  Do you want it prepped for deployment?  Let me know."

6    Right?

7    A.   Yes.

8    Q.   And then at 11:21 a.m. Stewart Rhodes states, "Yes, bring

9    it."

10   A.   Correct.

11   Q.   All right.  So as of 11:21 a.m. on the 6th, Stewart Rhodes

12   is giving instructions to Mr. Vallejo to come into DC, right?

13   A.   I just read that as he's having Mr. Vallejo prep the drone

14   for deployment to be brought to DC.  Not necessarily by

15   himself.

16   Q.   But he's instructing Mr. Vallejo to bring it, right?

17   A.   To have the drone be brought to DC, yes.

18   Q.   All right.  And it's a direct statement to Mr. Vallejo

19   based on the response message, right?

20   A.   Yes.

21   Q.   Okay.  All right.  Moving forward, you know that

22   Mr. Vallejo, from the security camera footage, did indeed leave

23   the Comfort Inn at around 11:50 a.m., correct?

24   A.   Yes.

25   Q.   All right.  He proceeded into DC.  Do you know who gave

1    him a ride?

2    A.    I do not recall.

3    Q.    So he proceeded into DC and then he went into the Freedom

4    Plaza area, correct?

5    A.    He looked for his truck, yes.

6    Q.    All right.  Did you take any steps to determine his

7    location?

8    A.    I did not.

9    Q.    Okay.  Do you know anyone on the FBI who has taken steps

10   to determine his location between 11:50 and 2:15?

11   A.    I know that he looked for his truck.  He located it at

12   about 1:19 and then proceeded back to the hotel.

13   Q.    There was messages, but you've taken no steps to actually

14   determine where he went, right?

15   A.    I have not.

16   Q.    Okay.  So 1:19 p.m., the certification process had already

17   started by 1:19, p.m., correct?

18   A.    Correct.

19   Q.    All right.  And the Oath Keepers, the first Oath Keeper to

20   enter the Capitol building entered around 2:38 p.m., correct?

21   A.    Yes.

22   Q.    It took Mr. Vallejo about 54 minutes from the moment he

23   found his truck to get through all of the issues with travel

24   that day back to the Comfort Inn and to his room, right?

25   A.    Assuming he left as soon as he found his truck.

1    Q.    Because he walked in, on the video camera footage of the
2    Comfort Inn, leaving the elevator at 2:25, right?
3    A.    Right.
4    Q.    So a 55-minute time period.  And between 2:15 and 2:38,
5    how many minutes is that?
6    A.    20, 30 minutes, 2:15 to 2:38, 20 minutes plus.
7    Q.    23 minutes, right?
8    A.    Yes.  Thank you.
9    Q.    So if it took Mr. Vallejo an extra half hour to find his
10   truck, he would not have even been back at the hotel when the
11   first people went into the Capitol, right?
12   A.    Sure.
13   Q.    All right.  Now, Mr. Vallejo didn't know where his truck
14   was, right?
15   A.    He believed he knew where it was but he did have to locate
16   it.
17   Q.    He didn't know how long it was going to take to find it,
18   right?
19   A.    No.  But I know that was part of the plan.
20   Q.    Okay.  All right.  So as we saw before, it was Stewart
21   Rhodes -- if there was a plan at all from Stewart Rhodes at
22   6:00 in the morning, it was for Mr. Vallejo to come into DC,
23   right?
24   A.    That was only to get his truck back.
25   Q.    Well, Mr. Rhodes just asked if he needed a ride in, didn't

1    say anything about -- Mr. Vallejo didn't say, "I'm coming in to

2    get my truck," right?  He just asked, "If you see my truck, let

3    me know," right?

4    A.    If you could go back, we could --

5    Q.    Okay.  Let's go back.  Let's go to the "Stupid alert" in

6    the middle of the page.  Mr. Vallejo doesn't say anything about

7    coming to look for his truck, right?  He asks others, "If you

8    spot it, let me know," right?

9    A.    Correct.

10   Q.    And immediately Mr. Rhodes responds, "You got a ride in?"

11   A.    Yes.

12   Q.    Okay.  All right.  I'd like to show the witness EV104.

13           Do you recognize this text?

14   A.    Yes.

15   Q.    I'll just quickly scroll through.  There's ten slides.  Do

16   you recognize all of those slides?

17   A.    Yes.

18   Q.    These are messages from the DC Op Jan 6 21 chat group,

19   right?

20   A.    Correct.

21           MR. PEED:  At this time, Your Honor, I'd move to -- I

22   think it might already be in, but if it's not, EV104.

23           MR. EDWARDS:  No objection.

24           THE COURT:  All right.  EV104 is in.

25           (Exhibit EV104 admitted into evidence.)

1   Q.   By 1:19 p.m. on January 6th, there is already crowds
2   marching towards the Capitol, right?
3   A.   Right.
4   Q.   And there had actually already been agitators at the
5   Capitol pushing against barriers, correct?
6   A.   I can't say for sure at that specific moment.
7   Q.   Well, there was pushing -- there were people staged by
8   the -- there were people who went to the barriers even before
9   1:00 p.m., correct?
10  A.   Yes.
11  Q.   And some of those people who went by the barriers even
12  before 1:00 p.m. are some of the first that entered the
13  Capitol, right?
14  A.   I can't say that for sure.
15  Q.   All right.  So by 1:19 p.m. President Trump has finished
16  his speech and people are marching en masse to the Capitol,
17  right?
18  A.   Yes.
19  Q.   And at that time Mr. Vallejo was wandering around looking
20  for his truck, right?
21  A.   Well, at 1:19 he found it but previously, yes.
22  Q.   Between 1:00 in the afternoon and 1:19, right?
23  A.   Yes.
24  Q.   Okay.  And he finds his truck at 1:19, and sends this
25  message, right?  "Eureka, truck found," smiley face, right?

1  A.   Yes.

2  Q.   All right.  Now, after he sent that message,

3  Horsewhisperer, at 1:20, the next minute, states "American

4  blood in the Capitol steps.  Officers down."  Right?

5  A.   Yes.

6  Q.   And Nick posts that "An activist just got in this van.

7  Not sure what side he is on."

8  A.   Yes.

9  Q.   You recall he posted a photograph of a van.  I didn't

10  attach it to this slide.

11  A.   I don't actually recall that.

12  Q.   And Horsewhisperer said, "There are flash grenades

13  explosions going off now at Capitol grounds"?

14  A.   Yes.

15  Q.   Blue Skies says, "Tear gas at the Capitol, several

16  officers hurt"?

17  A.   Yes.

18  Q.   HighlanderKT says, "I think the police are going to be

19  overwhelmed and not be able to do much when it comes down to

20  it.  There are way too many people, and no doubts, as word gets

21  out what is going on at the Capitol, more will join into the

22  fray going on."

23  A.   Yes.

24  Q.   So those messages all occurred during the period

25  Mr. Vallejo found his truck and got back to the hotel, right?

1    A.    Correct.

2    Q.    Now, let's go back to the first slide.  Would you agree

3    with me that, "Eureka, truck found" smiley face is a fairly

4    light mood kind of text?

5    A.    It seems excited, yes.

6    Q.    And would you agree with me that, "American blood in the

7    Capitol steps, officer down" is a quite more dramatic sentiment

8    to that?  It's talking about things that are of great weight?

9    A.    To me, yes.

10   Q.    All right.  So between that "Eureka" message and when

11   Mr. Vallejo gets back to the hotel, we see several messages of

12   people -- reports of violence and reports of questions of what

13   side people might be on, right?

14   A.    Yes.

15   Q.    And reports the police might be overwhelmed, right?

16   A.    Right.

17   Q.    Now, we don't know if Mr. Vallejo abided by the laws of

18   texting and driving.  But these all came while he was driving

19   to the hotel, right?

20   A.    Yes.

21   Q.    Okay.  So after these messages of violence and overwhelmed

22   police, Mr. Vallejo says at 2:24, "Vallejo back at hotel and

23   outfitted.  Have two trucks available.  Let me know how I can

24   assist."

25   A.    He does, yes.

1    Q.    Okay.  Now, one of the purposes of the QRF was to assist

2    "if shit hit the fan," is a phrase used by the Oath Keepers

3    group, right?

4    A.    Yes.

5    Q.    And I think you talked about a message in your direct

6    Mr. Vallejo sent to Donna Hancock saying, "There's bedlam at

7    the Capitol," right?

8    A.    Yes, mm-hmm.

9    Q.    Okay.  And one of the purposes of the QRF that was

10   discussed by some of the people on the board was to help

11   people -- help save lives, right?

12   A.    Whose lives?

13   Q.    Help save lives?

14   A.    This was a message?

15   Q.    Well, I'm asking you, do you recall -- do you recall

16   Mr. Caldwell, in taking efforts to arrange a QRF, talking about

17   saving lives?

18   A.    I do not, no.

19   Q.    All right.  For the witness only.

20         Do you recognize this message?

21   A.    I do not.

22   Q.    Are you familiar with Thomas Caldwell?

23   A.    Yes.

24   Q.    He's on the board, right?

25   A.    Correct.

1    Q.    And he had a role in arranging the Comfort Inn, right?

2    A.    Yes.

3    Q.    And you are aware that he sent messages trying to obtain a

4    boat to use as part of the QRF, right?

5    A.    I am, yes.

6          MR. PEED:  Okay.  Your Honor, I'd like to admit

7    Defense Exhibit EV143.

8          MR. EDWARDS:  Objection, Your Honor.  The witness said

9    she hasn't seen this message.

10          THE COURT:  Are you going to ask her to do anything

11    other than read it?

12          MR. PEED:  No.

13          THE COURT:  I'll admit it.  Go ahead.

14          (Exhibit EV143 admitted into evidence.)

15    Q.    All right.  Could you please read what Mr. Caldwell says

16    in this message, starting with "Matt"?

17    A.    Sure.  "Matt, I am meeting at 6:00 p.m. with officers of

18    Blue Ridge Militia.  Your intro will be easier for me to

19    arrange thereafter.  Burning question.  Do you have any members

20    of your community who have, or have contacts who have a boat we

21    could have in the Potomac on the 6th?  Here is why.  We are not

22    going in with guns.  However, we have designated a quick

23    reaction force which will have all such things.  If things went

24    really bad and we needed to fight back to save lives, the QRF

25    vehicle will have a hard time fighting through traffic to get

1  to our guys.  But if we had a boat standing by, the QRF could

2  load the boat, ferry stuff to our waiting arms if we had to get

3  folks out."

4  Q.   And it continues.

5  A.   I see.  "Sick, hurt, just too cold, we could get them out

6  via boat and our QRF vehicle could get them home or coordinate

7  it.  If someone had a commercial boat even, maybe we can hire

8  it for the day.  I would get the money.  And if traffic is just

9  too brutal, we could ferry people in to the protest.  I have

10 five coming in from Ohio, 15 from Florida.  Going to be hard

11 for us to drive in and not get separated, including in terms of

12 the nightmarish parking.  Could I respectfully ask you to put

13 out the call?  It's a way a patriot could help and we will

14 compensate them, no worries.  Thanks in advance for your help."

15 Q.   All right.  Now, trucks is one way to get people who are

16 hurt or sick out of DC, right?

17 A.   Sure.

18 Q.   All right.  Here Vallejo says he has two trucks available.

19 "Let me know how I can assist," right?

20 A.   Yes.

21 Q.   And Mr. Vallejo doesn't mention bringing in any weapons in

22 this text, right?

23 A.   No, just the trucks.

24 Q.   Now, Mr. Vallejo's truck had been in DC overnight, right?

25 A.   Yes.

1    Q.    And the Oath Keepers were meticulous about knowing the

2    rules for guns in DC, right?

3    A.    Yes.

4    Q.    And he drove that same truck back to the hotel, right?

5    A.    Correct.

6    Q.    And at 2:25 is when he's seen -- I mean 2:15 is when he's

7    seen on the Comfort Inn video coming back to his room, right?

8    A.    Right.

9    Q.    And he sends this message nine minute later, right?

10   A.    Mm-hmm.

11   Q.    Okay.  So between 2:15 when he came in on the video and

12   2:24 when he sends this message, there's no video of

13   Mr. Vallejo going back to that truck back into DC that night

14   and putting weapons on it, right?

15   A.    Right.

16   Q.    So assuming Mr. Vallejo, like the Oath Keepers, was

17   concerned about following DC's laws about guns, that truck had

18   no guns in it when it came back to the hotel, right?

19   A.    Correct.

20   Q.    And no guns were placed on it before he sent this text,

21   right?

22   A.    Right.

23   Q.    Now, 14 minute later, Mr. Vallejo wrote, "QRF standing by

24   at hotel.  Just say the word."  Right?

25   A.    He did.

1    Q.   And we know from your direct that in between these two

2    messages he sent that message about Congress being in bedlam,

3    right?

4    A.   I believe that was in between.  I can't remember the

5    specific time.

6    Q.   Do you know what bedlam means?

7    A.   Not off the top of my head.

8    Q.   It means a chaotic situation, right?

9    A.   Yes, yes.

10   Q.   So when he sends this message at 2:38, Mr. Vallejo didn't

11   say anything about bringing weapons, right?

12   A.   No, just the QRF standing by at hotel.

13   Q.   And we know that between 2:15 -- let's go to his last

14   message between 2:24 and 2:38 Mr. Vallejo has not, after that

15   first message, gone and put any weapons in his truck?

16   A.   Correct.

17   Q.   So he's still standing by with no weapons in the truck,

18   right?

19   A.   Right, not in the truck.

20   Q.   All right.  Later in that day, at 4:49, Mr. Vallejo sends

21   another message about trucks, right?

22   A.   Yes.

23   Q.   And he says, "I have two pickups and one hour and 11

24   minutes to ex-fil whomever needs it."  Right?

25   A.   Yes.

1    Q.    "Ex-fil" is a term that means ex-filtrate, right?

2    A.    Correct.

3    Q.    Another term meaning get people out of where they are,

4    right?

5    A.    Yes.

6    Q.    And usually get them to safety, right?

7    A.    To remove them from a situation.

8    Q.    All right.  And this reference to one hour and 11 minutes,

9    if you look at the time, that would take you to 6:00 p.m.,

10   right?

11   A.    Right.

12   Q.    So Mr. Vallejo -- there was a 6:00 p.m. curfew, right?

13   A.    Yes.

14   Q.    So Mr. Vallejo is offering his pickups only until the DC

15   curfew, right?

16   A.    I guess you could read it that way, yes, if that's what

17   the timeframe means, up to 6:00 p.m.

18   Q.    All right.  And you've reviewed the Comfort Inn video

19   footage, right?

20   A.    Yes.

21   Q.    So between his message at 2:38, where he mentions QRF

22   standing by, and here where he offers two pickups, again, he's

23   not gone and put any weapons on that pickup, right?

24   A.    Right.

25   Q.    Now, you read this on your direct, right; do you remember

1    that?

2    A.   Yes.

3    Q.   But there wasn't a message before that that he was

4    referring to by "my statement," do you recall that?

5    A.   I believe there was.

6    Q.   What was the statement that he was referring to,

7    Mr. Vallejo?

8    A.   It was something about leaving, I believe.  But if you

9    have the text, I'd be happy to read it.

10   Q.   Okay.  It's not on this slide but I'll pull it up.

11        On this slide at 5:21 Mr. Vallejo states, "My statement

12   was to assure you Arizona won't let anyone walk.  "I was RTO

13   for 36 Dustoff."  Do you know what will "RTO" means?

14   A.   I don't know.

15   Q.   Do you know what 36 Dustoff is?

16   A.   I believe it's military, something related to his time.

17   Q.   Do you know what kind of unit that was?

18   A.   No.

19   Q.   All right.  Mr. Vallejo is referencing those in a message

20   that's talking about transporting people, right?

21   A.   Yes.

22   Q.   Okay.  From context it looks like he's saying he has

23   experience transporting people, right?

24   A.   Sure.

25   Q.   He states, "We will monitor all night and transport anyone

1    that meets us on the perimeter, curfew be dammed."  Right?

2    A.   Yes.

3    Q.   Mr. Vallejo is not offering to cross into DC against the

4    curfew, right?

5    A.   I don't read it that way.

6    Q.   Well, he says, "Anyone who meets us on the perimeter," so

7    the way to read this is Mr. Vallejo is going to the perimeter,

8    right?

9    A.   Sure.

10   Q.   And it's logical that that's the perimeter of DC, right?

11   A.   Yes.

12   Q.   Okay.  So let's review this message at 5:21, 4:49.  Those

13   two expressly discuss getting people and transporting them,

14   right?

15   A.   Yes.

16   Q.   Ex-fil, you agree with me that's about getting people out

17   of DC?

18   A.   Yes.

19   Q.   And do you agree with me that "transporting anyone," he's

20   talking about getting people out of DC, right?

21   A.   Yes, after they've all exited the Capitol.

22   Q.   Okay.  So there's nothing inconsistent with Vallejo's very

23   first message offering two trucks and his assistance with him

24   saying -- or with him meaning transporting people from DC,

25   correct?

1    A.    Right.

2    Q.    Same with the statement "QRF standing by at hotel."  One

3    of the purposes of the QRF, in the minds of the people who

4    arranged it initially, was to transport people out of DC,

5    right?

6              MR. EDWARDS:  Objection, Your Honor.

7              THE COURT:  Sustained.

8    Q.    All right.  Let's go to your Government Exhibit 9554 on

9    page 25.

10         All right.  This is moving later in the day from the

11   message we just looked at.  On the slide it's 7:08 p.m.  And

12   you talked about this on your direct, right?

13   A.    Yes.

14   Q.    Someone named Rich Lupo asked Kelly Meggs, "What happens

15   of house resumes session tonight?"

16   A.    Yes.

17   Q.    "If house" was the correction?

18   A.    Yes.

19   Q.    Okay.  Kelly Meggs said to Rich Lupo, "We are going back"?

20   A.    Yes.

21   Q.    This is at 7:08 p.m., right?

22   A.    Correct.

23   Q.    Where is Kelly Meggs when he says this?

24   A.    I believe he was at his hotel.

25   Q.    At his hotel, okay.  And he did not say that to the DC Op

1    Signal chat group, right?

2    A.    Correct.

3    Q.    Mr. Vallejo had -- you've looked at Mr. Vallejo's phone

4    records and Mr. Meggs' phone records, correct?

5    A.    Yes.

6    Q.    For the entire duration, from January 5th to January 20th,

7    was there ever a call or text between Mr. Meggs and

8    Mr. Vallejo?

9    A.    Not to my knowledge.

10   Q.    And there's no other Signal chat that Mr. Vallejo was on,

11   other than the DC Op chat, right?

12   A.    I don't believe so.

13   Q.    So this sentiment by Kelly Meggs, there's no way it was

14   communicated, at least in electronic form that you could see,

15   to Mr. Vallejo, right?

16   A.    Not this specific one, no.

17   Q.    Now, almost the same time, 7:08, and almost the same time

18   on the DC Op chat Horsewhisperer sends a message, right?

19   A.    Yes.

20   Q.    And Mr. Vallejo is on that group?

21   A.    Yes.

22   Q.    And Horsewhisperer doesn't leave any doubt about whether

23   Congress is going to meet again.  He actually informs the

24   group, "FYI, Congress requested back to Capitol tonight at 7:00

25   p.m. to finish off the electoral process," right?

1    A.   Yes.

2    Q.   Mr. Vallejo responds to this message, doesn't he?  He says

3    something in response?

4    A.   I believe so.

5    Q.   And he says, "Well, they have to declare a butt boy pres

6    in the dead of night with no one there," right?

7    A.   Yes.

8    Q.   Now, Mr. Vallejo did not express any intent to go back to

9    the Capitol, which he never went to, and interrupt this

10   process, right?

11             MR. EDWARDS:  Objection, Your Honor.

12             THE COURT:  Sustained.  Sustained.

13             MR. PEED:  Just thinking of the next question.

14             THE COURT:  Sorry.

15   Q.   Congress did certify Joe Biden as president that night,

16   right?

17   A.   In the middle of the night, yes.

18   Q.   Mr. Vallejo did not go to the Capitol that night, correct?

19   A.   Correct.

20   Q.   He's on the CCTV footage in the Comfort Inn all night?

21   A.   Until he went to dinner.

22   Q.   Okay.  Then he came back and didn't leave --

23   A.   Right.

24   Q.   All right.  Now, the next morning, after the

25   certification, Mr. Vallejo sent a message to the Signal group

1    commenting on the fact that the president was certified, right?

2    A.   Yes.

3    Q.   And he said, "Just as I predicted," words to that effect,

4    right?

5    A.   I believe so.

6    Q.   Okay.  All right.  Now, you discussed this message in your

7    direct that Stewart Rhodes sent, right, to the DC Op Jan 6, '21

8    chat?

9    A.   Yes.

10   Q.   Stewart Rhodes said "Thousands of ticked-off patriots

11   spontaneously marched on the Capitol," right?

12   A.   Yes.

13   Q.   And sent the message, "They will not live under an

14   illegitimate Chi Com puppet regime."  Do you know what

15   "spontaneously" means?

16   A.   Yes.  But to explain it, all at once.  I can't think of a

17   better way to describe it than spontaneously, just all of a

18   sudden, I guess.  Is that a good --

19   Q.   All of a sudden, without planning?

20   A.   Sure.

21   Q.   Okay.  All right.  Mr. Vallejo says at 7:32 "We will be

22   back at 6:00 a.m. to do it again."

23   A.   Yes.

24   Q.   All right.  Now, he says "it," which is a pronoun -- which

25   is an antecedent, right?  It's not -- it refers to something,

1    right?

2    A.   Right.

3    Q.   And linguistically here what "it" refers to is march on

4    the Capitol, right?  He says, "Ticked off patriots

5    spontaneously marched on the Capitol" and sent the message?

6               MR. EDWARDS:  Objection.

7               THE COURT:  Sustained.

8               MR. PEED:  What's the objection?

9               THE COURT:  She can read it.  She can't interpret what

10   "it" means.

11              MR. PEED:  Can we get on the phones for a second, Your

12   Honor?

13              THE COURT:  No.  Keep going.

14              MR. PEED:  I'm allowed to read it, right, as the

15   government did in their direct?

16              THE COURT:  Yeah.

17              MR. PEED:  Okay.

18   Q.   "Stewart Rhodes says thousands of ticked off patriots

19   spontaneously marched," right?

20   A.   Yes.

21   Q.   Ed Vallejo says, "We'll be back at 6:00 a.m. to do it

22   again."  Right?

23   A.   Yes.

24   Q.   Now.  There were thousands of people who marched to the

25   Capitol, right?

1    A.    Yes.

2    Q.    And with Mr. Shipley you didn't want to commit to a

3    number.  Would you agree it was at least 10,000 people?

4    A.    I couldn't say for sure, but it did seem like

5    approximately 10,000 or more.

6    Q.    Okay.  And there were rallies at the Capitol that had

7    official permits, right?

8    A.    Yes.

9    Q.    In your investigation did you determine exactly what

10   rallies were scheduled and permitted around the Capitol?

11   A.    I don't know the names of them specifically.  I know that

12   there were a few.

13   Q.    All right.  One of them had Alex Jones in it, right?

14   A.    I believe so.

15   Q.    Okay.  Ali Alexander?

16   A.    Yes.

17   Q.    Only a small portion of the people who marched towards the

18   Capitol went into the Capitol, right?

19   A.    I can't say the percentage.

20   Q.    Not a precise percentage but you would agree with me it is

21   a fraction and it was less than a third?

22   A.    It was less than marched towards the Capitol, yes.

23   Q.    Okay.  And the people who did march towards the Capitol,

24   at least the ones who attended the rally by the President of

25   the United States were instructed by the President of the

1    United States to march to the Capitol, right?

2            THE COURT:  Objection sustained.  You can rephrase the

3    question.

4    Q.   There was a speech that ended around 1:00 p.m. in which

5    the President of the United States said, "We are going to march

6    to the Capitol," right?

7    A.   Yes.

8    Q.   And, in fact, he said he was going to march with them,

9    right?

10   A.   Correct.

11   Q.   Nothing in this slide that Mr. Vallejo responded to talked

12   about going into the Capitol, right?

13   A.   No.

14   Q.   Mr. Vallejo said he had food for 30 days, right?

15   A.   He did.

16   Q.   He brought a lot of bins in from his truck, right?

17   A.   Yes.

18   Q.   And food for 30 days, you would agree with me, takes up

19   some space, right?

20   A.   It could.  It depends on the type of food, I guess.

21   Q.   I was trying to figure it out.  Even a can of soup, 30

22   days for one person, that's going to be about 60 cans of soup,

23   right?

24   A.   Sure.

25   Q.   All right.  You went over this in your direct.

1    Mr. Vallejo reported that he thought -- he was told hundreds of

2    thousands of people were "still headed here and even more will

3    show up on the weekend from being off work," right?

4    A.    Yes.

5    Q.    This message was sent again after the prediction, after

6    the report from Horsewhisperer that Congress was going to meet

7    that night, right?

8    A.    Right.

9    Q.    So marching again at 6:00 a.m. the next day is not

10   something that could have stopped the certification, right?

11   A.    Not the certification, no.

12   Q.    Okay.  I'd like to show the witness Exhibit EV175.

13        Do you recognize these as chat messages from the DC Op Jan

14   6 chat group?

15   A.    This one, yes.  I don't recall seeing that first one.

16        MR. PEED:  Your Honor, at this time I'd move to admit

17   EV175.

18        MR. EDWARDS:  Can you slide through the rest of it?

19   We haven't seen this.

20        MR. PEED:  There's just two pages.

21        MR. EDWARDS:  Are there any others between the two?

22        MR. PEED:  No.

23        MR. EDWARDS:  No objection.

24        THE COURT:  EV175 is admitted.

25        (Exhibit EV175 admitted into evidence.)

1          MR. PEED:  Is it admitted, Your Honor?

2          THE COURT:  Yes.

3    Q.   Agent Abrams, you read this message in your direct, right?

4    A.   I did.

5    Q.   "After action reports will be dated 1/21."

6    A.   Yes.

7    Q.   There was a message Mr. Vallejo was writing afterwards

8    referring to action after reports.  Do you recall that?

9    A.   I do not.

10   Q.   So when you just read this on your direct, you didn't have

11   any idea of the context?

12   A.   I've read a lot of messages.  At this moment in time I do

13   not recall what came after this.

14   Q.   Let's go to what came in the chronology of the chat before

15   it.

16   A.   Do you want me to read this?

17   Q.   Do you know who sealawyer is?

18   A.   It's just another individual, not on the board.

19   Q.   Sure.  Read this to the jury, please.

20   A.   "As someone who was one of the first up the stairs, I

21   would like to take a moment for a couple of thoughts for after

22   action review.  I did not wake up this morning thinking I

23   would," quote, "'storm the Capitol,'" unquote.  "While I think

24   it totally necessary to do what we did, I feel no joy.  I am

25   deeply saddened for what I see on the horizon.  God bless

1   America.  She will get through this."

2   Q.   All right.  Mr. Vallejo says, "After action reports will

3   be dated 1/21/21," right?

4   A.   Yes.

5   Q.   Now, President Trump, the former President Trump was the

6   President until January 20 at noon, right?

7   A.   Yes.

8   Q.   So someone who is going to -- put it this way:  The whole

9   time, if Mr. Vallejo has stayed in the DC area until January 20

10  at noon, that entire period President Trump would have been the

11  President, right?

12  A.   Yes.

13  Q.   And the executive authority of the United States would

14  have been him and his office, right?

15  A.   Correct.

16  Q.   Okay.  And 1/21 would be the day after, right?

17  A.   Yes.

18  Q.   All right.  You gave some testimony about some messages

19  about a drone, right?

20  A.   Yes.

21          MR. PEED:  For the witness only I'd like to show

22  EV121.  I think the government will want to look at this.  Do

23  you want me to make it bigger?

24          MR. EDWARDS:  Yes, please.

25          MR. PEED:  These are all to the same person.

1           MR. EDWARDS:  Down a little bit.  Sorry.

2           Your Honor, may we get on the phones, please.

3  **SIDEBAR:**

4           THE COURT:  Okay.

5           MR. EDWARDS:  Your Honor, I do not know what these

6  are.  These are messages from Christmas of 2020 from Lady

7  Katherine of Chandler.  It's unclear to me the relevance or how

8  it's within the scope.

9           MR. PEED:  Your Honor, it's discussion of

10  Mr. Vallejo's plans for a New Year's Eve rave that he is

11  working on and that he purchased a drone with a 720 p camera on

12  it in the hopes of having a light show be able to be filmed for

13  New Year's Eve.

14           MR. EDWARDS:  Right.  So if the relevance is that the

15  reason he bought the drone was for a different event than Jan

16  6, we would continue our objection.  Nobody has alleged he

17  brought the drone for January 6th.  It's that he brought his

18  drone for --

19           THE COURT:  If you want to show this to establish when

20  he got the drone, that's fine.  But I don't know that showing

21  that he used the drone once before for a light show is terribly

22  relevant.  It doesn't bear on his intent.

23           MR. PEED:  I think it does but for this reason, Your

24  Honor.  And I'd hide this for the other witness as well.  There

25  is, a very large percentage of the conspiracy messages are

1   happening on Christmas in Florida.  And at the same time, I

2   think this shows what was on Mr. Vallejo's mind, which was

3   working feverishly to put on a rave by New Year's Eve.  And he

4   basically hopped in the truck after that.  So between the time

5   period the Florida group and national group were planning this

6   operation, he was doing something completely different.

7          MR. EDWARDS:  He had hopped in his truck to come to DC

8   nearly a week later.  The messages from Christmas were in the

9   Florida group chats.  These messages about co-conspirators do

10  different things during a three-month period other than --

11         THE COURT:  I understand.  If that's what Mr. Peed

12  wants to establish, that's okay.  But, you know, with

13  limitations.  Obviously the fact that he went to go buy

14  groceries the next day isn't going to come in but for this

15  limited purpose, that's fine

16  (End of sidebar.)

17         THE COURT:  All right.  So EV121 will be admitted.

18         (Exhibit EV121 admitted into evidence.)

19  Q.   Agent Abrams, did you review phone records obtained from

20  Mr. Vallejo?

21  A.   I have not seen this, no.

22  Q.   Not this, but did you generally review his phone records?

23  A.   Some of them, not all.

24  Q.   I'll ask you to read for the jury the highlighted messages

25  beginning at number 341.

1    A.    "Much to do on the venue before NYE."

2    Q.    All right.  And that was sent by Mr. Vallejo to someone

3    named, in his contacts, Lady Katherine of Chandler, correct?

4    A.    Yes.

5    Q.    And Lady Katherine of Chandler writes back, "Cool.  What

6    are the plans for NYE," right?

7    A.    Correct.

8    Q.    What did Mr. Vallejo say back to her?

9    A.    "Yuge rave in the Northern Arizona high desert."

10   Q.    Continue.

11   A.    "Five acts booked for the evening, 16 miles south of

12   Winslow.  I'm building a stage this week.  It should be epic."

13   Q.    All right.  That same day Lady Katherine of Chandler

14   writes, "LOL.  I hope I get a chance to see pictures/video of

15   the results."  And what did Mr. Vallejo respond?

16   A.    "I got a drone with a 720 p cam on it.  Going all out."

17   Q.    All right.  Could you read the next two highlighted

18   messages?

19   A.    Sure.  "I have led light strings that are sound actuated

20   with the microphones on each musician and the other end waving

21   in the air attached to helium balloons.  Should make for great

22   night shots from the air.  I just may stream it too.

23   Q.    Thank you.  You take that down.

24         I'd like to show for the witness Exhibit EV305.3.

25              MR. EDWARDS:  No objection, Your Honor.

 1              THE COURT:  Okay.  305.3 is admitted.

 2              (Exhibit EV305.3 admitted into evidence.)

 3    Q.    Agent Abrams, are you familiar with someone by the name of

 4    Phranq Tamburri?

 5    A.    No.

 6    Q.    Are you aware that people came from Arizona with

 7    Mr. Vallejo on his trip to DC?

 8    A.    I'm aware of Todd Kandaris, yes.

 9    Q.    Okay.  And there's no one who came with them that you're

10    aware of named Phranq Tamburri, right?

11    A.    Not that I'm aware of, but I didn't focus on that.

12    Q.    Are you aware that Mr. Vallejo had a small Signal chat

13    group of the people that he came to DC with?

14    A.    No, I was not aware of that.

15    Q.    Okay.  I'm going to have you read a message that was in a

16    Signal group that he was in because that has come in.

17    A.    Okay.

18    Q.    All right.  Could you start with the message that starts

19    with "Phranq"?

20    A.    Looks like a thumbs up emoji. "Same here, bummed.  Please

21    let everyone know that I am going to be following your journey

22    personally and relaying it on the radio as Ernie and I will be

23    holding down the fort at the Arizona Capitol for all of the

24    events and, of course, the radio show.  Anything you don't

25    think should be shared on the radio, make sure to let me know.

1    But otherwise tell the world your perspective through updates

2    and pictures, please, on this group chat.  Best, Dr. P."

3    Q.    All right.  And then what did Mr. Vallejo respond?

4    A.    "Good Lord willing, you will get drone cam footage, bud.

5    Stay tuned."  Then it looks like a videocamera emoji.

6    Q.    Okay.  Take this down.

7          You reviewed the Signal chat groups, a lot of them, right?

8    A.    Yes.

9    Q.    This wasn't the first time that a drone was discussed on

10   an Oath Keeper operation, correct?

11   A.    I have not seen this specific Signal chat.

12   Q.    I'm just asking right now for your general knowledge.

13   A.    I don't recall.

14         MR. PEED:  Your Honor, I would like to show the

15   witness and introduce EV172.  I have sent it to the government.

16         MR. EDWARDS:  Can you scroll through it, please.

17         We reiterate our objection given the timeline of these

18   messages.

19         THE COURT:  As I said, I will allow it in but only for

20   it to be read into the record.  EV305.3 will be admitted.

21         (Exhibit EV305.3 admitted into evidence.)

22         MR. PEED:  I won't read all of them, Your Honor,

23   thankfully.

24   Q.    Agent Abrams, could you read what someone with the handle

25   Guardian 7 wrote to the Op Rivertown chat group?

1  A.    Sure.  This is July of 2020.  "I suggest a QRF watching

2  nearby and photo/film guys."

3  Q.    All right.  What does Thomas write to the group?

4  A.    Thomas writes in August of 2020, "Hey buddy.  Just spoken

5  with Rob Dupont and Shannon Minor.  We are putting together a

6  QRF that will be specifically trained for hot extract.  An Ace

7  cell for intelligence analysis and a HUMIT team for in-field

8  collection operations.  With upcoming missions, we are going to

9  need some gear.  What are the chances we can get a couple

10 radios and a small drone we can stream video from?  I'd like

11 these teams to be built as a rapid response force for handling

12 sophisticated HUMIT and SIGINT operations."

13 Q.    Do you see the phrase "hot extract"?

14 A.    Yes.

15 Q.    Do you know what the term "hot" means in the context of

16 Oath Keeper discussions generally?

17 A.    Not for --

18       MR. EDWARDS:  Objection, Your Honor.

19       THE COURT:  That's sustained.  She's not seen these

20 before.

21       MR. PEED:  That's fine.

22 Q.    Do you know what "extract" means?

23 A.    Generally.

24 Q.    What does it mean?

25 A.    To remove.

1    Q.    Okay.  Now, what does Stewart Rhodes write shortly after

2    the message you just read?

3    A.    On August 9 of 2020 Stewart Rhodes writes, "Chances are

4    very good, especially since we have a possible op in Louisville

5    looming.  Would you be able to be there for that op to help fly

6    the drone and other IT/comms needs?"

7    Q.    And do you understand IT/comms to be information

8    technology and communications?

9    A.    Sure.

10    Q.    What does Thomas write?

11    A.    He responds, "Yes, with the new teams.  Posted the notice

12    today and already have applicants.  Signing the memorandum of

13    understanding tomorrow to extend my FCC license to Oath

14    Keepers."

15    Q.    Take that down.

16          I'd like to show you Exhibit EV142.  All right.  Do you

17    recognize these as messages in the DC Op Jan 6 chat?

18    A.    Yes.

19    Q.    It's one page.

20          MR. EDWARDS:  Okay.

21          THE COURT:  EV142 will be admitted.

22          (Exhibit EV142 admitted into evidence.)

23    Q.    Getting back to the timeline of January 6th, about six

24    minutes after Mr. Vallejo said he found his truck, Stewart

25    Rhodes sent the message you read in your direct that, "Pence is

3204

1    doing nothing, as I predicted," right?

2    A.    Yeah.  Yes, sorry.

3    Q.    Then Mr. Rhodes begins going to the Capitol around that

4    time, right?

5    A.    Yes.

6    Q.    Could you please read what he wrote to the group at

7    1:48 p.m.?

8    A.    "Attention security team at Freedom Rally.  My gray

9    shoulder bag and helmet are on the ground behind the stage.

10   Please secure them and keep them with you whenever you end up.

11   I'm on my way to the Capitol.  Please confirm.  Stewart."

12   Q.    Then he writes 18 minutes later.  "Whip, what's your

13   location?  I'm trying to get to you," right?

14   A.    Yes.

15   Q.    Okay.  Mr. Rhodes, you've read his message.  He did, in

16   fact, predict that Pence would not stop certification, right?

17              MR. EDWARDS:  Objection.

18              THE COURT:  Sustained.

19   Q.    There are messages where Mr. Rhodes states that from prior

20   to January 6th that Mr. Pence will not stop certification,

21   right?

22              MR. EDWARDS:  Objection.

23              THE COURT:  If she recalls.

24   A.    I believe he was hoping that Pence would do his duty.

25   Q.    Let's look at Defense Exhibit EV174.

1            THE COURT:  It's 3:00.  Why don't we take our

2    afternoon break.  All right, ladies and gentlemen, let's take

3    our afternoon break.  We'll resume at 3:20.  Take a little

4    extra time and we'll see you all shortly.  Thank you.

5            (Jury exits the courtroom.)

6            THE COURT:  Thank you, Agent Abrams.

7            All right.  Mr. Peed, how much more do you think you

8    have?

9            MR. PEED:  I think just three topics, one which is

10   going through the 1500 and making the points that we talked

11   about in the motion practice.  Showing the Kelly Meggs video

12   with the --

13           THE COURT:  I'm sorry?

14           MR. PEED:  Showing the video of the fists we

15   discussed.

16           THE COURT:  You haven't answered my question.

17           MR. PEED:  How much time?  I don't know how long it's

18   been since I've been up here.

19           THE COURT:  Sorry?

20           MR. PEED:  What time did I start, if the court knows?

21           THE COURT:  I didn't mark the time, but how much

22   longer do you think you have, Mr. Peed?

23           MR. PEED:  I think I'm two-thirds done, Your Honor, at

24   least.

25           MR. NESTLER:  He started at 2:02 p.m.

```
 1              MR. PEED:  I told the government an hour 45.  I think
 2      I'm definitely on schedule for that.
 3              THE COURT:  And then redirect?
 4              MR. EDWARDS:  Your Honor, I was going to ask Mr. Peed
 5      if he has any other exhibits that we haven't seen yet.  That
 6      could really streamline if we could see those.
 7              THE COURT:  If you could share those with government
 8      counsel.
 9              MR. EDWARDS:  Thirty to 45 minutes.
10              THE COURT:  Okay.  All right.  Looks like that will
11      take us close to the end of the day.  Thank you, everyone.
12              THE CLERK:  All rise.  The court stands in recess.
13              (Recess 2:59 p.m. - 3:19 p.m.)
14              THE COURT:  You may be seated, everyone.  Thank you.
15      JC sent me a text at 2:15, which I unconsciously did not see.
16      Maybe it was conscious.  All right.  What do we have?
17              MR. PEED:  Couple of objections from the government.
18      Do you want to state them?
19              MS. HUGHES:  Sure.  So the government has reviewed the
20      exhibit provided by Mr. Peed and we have objections to four of
21      them.  Two of them are videos of Alex Jones with -- there are
22      videos of him on January 6th but there's no indication --
23              THE COURT:  Hang on one second.
24              (Court/clerk discussion held off the record.)
25              Go ahead.  I just wanted to let the jury know we're
```

 1    going to be a little bit longer.

 2           MS. HUGHES:  There are two videos of Alex Jones on

 3    January 6th but there's no indication there were any Oath

 4    Keepers, let alone these defendants anywhere near him.  One of

 5    them is just him walking in front of the Washington Monument

 6    and one of him is of him giving a speech.  There's no

 7    indication there are any Oath Keepers who were there to hear

 8    that speech.  They're just video clips of Alex Jones.

 9           THE COURT:  Okay.  Mr. Peed, what's the purpose of

10    that?

11           MR. PEED:  The government brought up that there was a

12    Friends of Stone chat group that Stewart Rhodes was on that

13    included Alex Jones and Enrique Tarrio, and I don't think

14    there's any position of the government that the conspiracy is

15    just limited to Oath Keepers.  Mr. Vallejo was not an Oath

16    Keeper member and they said -- you know, I think they were

17    trying to imply Mr. Tarrio was involved and they show pictures

18    of Mr. Tarrio and Mr. Minuta, chats between them.

19           So given they, in their direct, said that Mr. Jones

20    and Mr. Tarrio were on this Friends of Stone chat with

21    Mr. Rhodes, I think it's relevant to show that Mr. Jones

22    walked, just like the Oath Keepers, in that group to the

23    Capitol and got to the Capitol and then the Meggs group went

24    one way and the Jones went another way.  I think it's important

25    to show that people who are on the same chat have different

1    perspectives about what to do when they get there and see the

2    lawlessness.

3         THE COURT:  But Mr. Jones isn't alleged to be part of

4    the conspiracy.

5         MR. PEED:  Well, he is alleged to be on a group with

6    Stewart where the conspiracy is being discussed.

7         THE COURT:  That doesn't make him a co-conspirator.

8         MR. PEED:  I'm not trying to get in his statements.

9         THE COURT:  It doesn't matter.  His conduct is only

10   relevant, it seems to me, if it bears on whether there is a

11   conspiracy or not.  And if he's not a co-conspirator, why does

12   what he does matter?

13        MR. PEED:  If his behavior overlaps significantly with

14   things the government is saying was part of planning --

15        THE COURT:  I don't think they're saying -- I think

16   there was one or a handful of things said on a Friends of Stone

17   chat.  I don't know that what he does is terribly relevant.  I

18   mean, who was on the Friends of Stone chat?  It was Mr. Rhodes,

19   it was Tarrio, Roger Stone, and what's his name?

20        MR. EDWARDS:  Ali Alexander.

21        THE COURT:  And that's it.  There was like five of

22   them, right?

23        MR. PEED:  It was a very small group.

24        THE COURT:  Exactly.

25        MR. PEED:  A small group of important people.

 1          THE COURT:  I'm not going to allow it in.  It's not

 2    relevant.  Here is another thing, I'm not going to allow it in

 3    for the following reason:  Because it then risks the government

 4    standing up and saying we'd like to show what Enrique Tarrio

 5    and his people were doing that day at the same time.  And I

 6    don't think we want to open that door.  All right.

 7          MR. PEED:  Okay.

 8          THE COURT:  Ms. Hughes, what's next?

 9          MS. HUGHES:  There are two articles that deal with the

10    Sons of Liberty, one of which is a History Channel document and

11    one of which is a Wikipedia document on the Sons of Liberty.

12    We would object to both of those on relevance grounds, in

13    addition to a bunch of other reasons that we could also raise,

14    but mainly relevance.

15          MR. PEED:  Those are mainly for identification, but

16    what I want to do is ask -- the government elicited that she

17    did an investigation into the Sons of Liberty, and I want to

18    ask her what was your investigation.  And if that investigation

19    consisted of reading the Wikipedia entry, then I think it's

20    relevant and admissible what her investigation -- it becomes an

21    investigation document, if that's what she's --

22          THE COURT:  Do we have any reason to think she looked

23    at Wikipedia?

24          MS. HUGHES:  I think an investigation into the Sons of

25    Liberty is a bit of a stretch.  She said she's aware of who the

1    Sons of Liberty were by virtue of her investigation of the Oath

2    Keepers.

3            THE COURT:  That's what I'm trying to figure out.  Did

4    she actually refer to the Wikipedia page?

5            MR. PEED:  I want to ask the question.  What she said

6    on direct was, based on my investigation, the Sons of Liberty

7    were a militia group, which is not factually true.  But I want

8    to find out what investigation did you do.  You represented to

9    the jury you've done an investigation.

10            THE COURT:  Well, I mean, if she says, "I looked at

11    Wikipedia," then you could ask her is the following accurate

12    about the group and see what she says, but we're not going to

13    put the Wikipedia pages in.

14            MR. PEED:  But isn't it relevant to her -- like on a

15    non-hearsay basis to show her investigation.  This is what she

16    did for the investigation, reading this, and this is how she

17    got it wrong.  She can't even repeat Wikipedia right, if that's

18    the conclusion the jury --

19            THE COURT:  If you ask her and she says "I reviewed

20    Wikipedia," you can ask her about Wikipedia entries that were

21    something that she read, but the entries are not coming in.

22            Ms. Hughes.

23            MS. HUGHES:  That's all, Your Honor.

24            THE COURT:  Okay.

25            MR. PEED:  The two pages --

1          MS. HUGHES:  There are two pages, but we were just

2     trying to correct your exhibit, the chat.  We were fine with

3     those.

4          MR. PEED:  Okay.

5          THE COURT:  So we're ready to go?

6          MS. HUGHES:  Yes, Your Honor.

7          MR. PEED:  Yes, Your Honor.

8          (Jury enters the courtroom.)

9          THE COURT:  Okay.  Please be seated.  Thank you,

10    folks, for the extra time.  We just needed to resolve a few

11    matters, but we are ready to proceed.  Mr. Peed.

12    BY MR. PEED:

13    Q.   All right.  When we broke we were talking about a text you

14    read in your direct, Mr. Rhodes said, "As I predicted, Pence

15    isn't going to stop the certification," words to that effect,

16    right?

17    A.   Yes.

18    Q.   And I'm showing you EV142, a message from Stewart Rhodes

19    on December 31, 2020.

20    A.   Okay.

21         MR. PEED:  If there's no objection, I move to admit

22    it, Your Honor.

23         THE COURT:  EV142 is admitted.

24         MR. PEED:  174.  Did I misspeak?  EV174.

25         THE COURT:  174.  Okay.

1              (Exhibit EV174 admitted into evidence.)

2    Q.   All right.  Could you read the sentence that the --

3    A.   Beginning with "But"?

4    Q.   "But," yes.

5    A.   "But I don't expect Pence to be a hero sadly.  I think he

6    is exactly as I thought."

7    Q.   It continues, "We shall see."

8    A.   "We shall see.  But if the GOP leaders in Congress stabs

9    Trump in the back, he will then have only one option,

10   Insurrection Act and declass/data dump to expose them all and

11   then run a real clean election with paper ballots.  If he does

12   that, the deep state will fight back and the left deep state

13   useful idiots will riot, bomb and shoot.  There will be

14   fighting.  But we will suppress them, all us patriots, it will

15   be nasty but nowhere near as nasty as it will be if Biden is in

16   the Whitehouse."

17   Q.   Next message?

18   A.   "I'm explaining what will happen if he doesn't fight back.

19   And if he gives up and leaves the Whitehouse to an imposter, it

20   will cost many, many lives maybe millions as we fight against

21   the puppet regime."

22   Q.   All right.  And "regime" is a government, right?

23   A.   Yes.

24   Q.   Okay.  So this was written on December 31, 2020, right?

25   A.   Correct.

1   Q.   Okay.  So about seven days later Mr. Rhodes then said, "As

2   I predicted, Pence isn't going to stop the certification,"

3   right?

4   A.   Yes.

5   Q.   And there was no -- there's a plan that Mr. Rhodes laid

6   out here that you just read, right?

7   A.   Right.

8   Q.   Okay.  So generally speaking, Mr. Rhodes wanted Mr. Trump

9   to use the Insurrection Act, right?

10  A.   Ideally, yes.

11  Q.   And he wanted him to use that between -- up to the 20th,

12  when he stopped being president, right?

13          MR. EDWARDS:  Objection.

14          THE COURT:  Sustained.

15  Q.   So on the 6th, when Mr. Rhodes said that, that was in the

16  1:00 to 2:00 hour, correct, the thing about "As I predicted"?

17  A.   I believe so.

18  Q.   All right.  And at that time, I think you said in your

19  direct, there was something of a debate about what was going on

20  at the Capitol, whether it was Antifa, whether it was Trump

21  supporters?

22  A.   There was conversation in the chat about that, yes.

23  Q.   All right.  And can we go back to 142EV.

24       This is the message where you see the time is 1:25 p.m.,

25  right?

A.   Yes.

Q.   Okay.  Now, Mr. Rhodes starts going to the Capitol but he doesn't have any equipment with him, right?

A.   He doesn't have the shoulder bag and helmet.

Q.   He left it at a rally?

A.   At a stage, yes.

Q.   And Mr. Rhodes has to ask members of his group, hey, if anyone is there, can they grab my stuff, right, grab my helmet and my backpack, right?

        MR. EDWARDS:  Objection.

        THE COURT:  Overruled.  Go ahead.

A.   That's what it says, yes.

Q.   And at this time he doesn't know where Whip, the leader of the operation, is, right?

A.   At 2:06 p.m. he is asking what his location is.

Q.   And he continues to try to get into the same location with Oath Keepers, including Mr. Greene, throughout the rest of the next hour, correct?

A.   Yes.

Q.   He keeps sending messages about where his location is and saying, "Come here," right?

A.   Yes.

Q.   In fact, he doesn't send him in the right direction, right?

A.   Right.

1    Q.   All right.  So whatever planning there was of Mr. Rhodes

2    did not include getting his stuff ready and knowing where he

3    was going to be, correct?

4              THE COURT:  That's sustained.

5              MR. PEED:  Withdrawn.

6    Q.   I'm going to show you EV107.  All right.  On your direct

7    you were shown these slides where a member of the op chat named

8    Gator Medic FL OK talked about what was happening at the

9    Capitol, right?

10   A.   Yes.

11   Q.   And he reported hearing it on a police radio, right?

12   A.   Right.

13   Q.   All right.  And you read these.  I'm not going to have you

14   read them again here.  But there were two that you didn't get

15   to that showed what was going on here.  So you read this, "Over

16   the Metro PD radio I overheard that people were trying to

17   breach the Capitol building"?

18   A.   Yes.

19   Q.   All right.  He then reports following that up "Throwing

20   rocks, concrete blocks and there was a crowd trying to force

21   their way in," right?

22   A.   Yes.

23   Q.   And then John Flagler right after that says "Word is many

24   Antifa among the patriots," right?

25   A.   That's what it says, yes.

1          MR. PEED:  I'm sorry.  I thought this was in.  Let's
2  go ahead and publish 109 to the jury.
3          THE COURT:  EV107 is admitted.
4          MR. PEED:  107, right.
5          (Exhibit EV107 admitted into evidence.)
6  Q.    So John Flagler wrote, after these messages from -- about
7  throwing rocks, concrete blocks and crowd trying to force their
8  way in, John Flagler then says "Word is Antifa is among the
9  patriots," right?
10  A.    Yes.
11  Q.    What does Gator Medic FL OK say?
12  A.    "Some medics on my team have been pepper sprayed and
13  attacked at Capitol.  Headed their way."
14  Q.    Going back to EV109, you discussed this message, correct,
15  on your direct?
16  A.    I did, yes.
17  Q.    Okay.  And you said that, or read it, "The Founding
18  Generation stormed the governor's mansion in MA and tarred and
19  feathered his tax collectors and they seized and dumped tea in
20  water."
21          MR. PEED:  I think it's in evidence.
22          THE COURT:  I don't think it's in evidence.
23          MR. PEED:  Move to admit EV109.
24          THE COURT:  All right.  It will be admitted.
25          (Exhibit EV109 admitted into evidence.)

1          MR. PEED:  Thank you, Judge.

2          THE COURT:  Thank you all.

3    Q.   "The Founding Generation stormed the governor's mansion in

4    MA and tarred and feathered his tax collectors and they seized

5    and dumped tea in water.  They didn't fire on them but they

6    street fought.  That's where we are now."

7    A.   Yes.

8    Q.   Now, there is a series -- this is a discussion we were

9    talking about, right, where in realtime in this 1:00 to 2:00

10   hour people on the Signal group chats weren't sure if these

11   were Trump supporters or Antifa members, correct?

12   A.   Patriots or Antifa, yes.

13   Q.   So HighlanderKT asks, "Are we sure they are actually

14   patriots and not those bad actors who are dressed as patriots?"

15   A.   Correct.

16   Q.   "From word we had been getting, that was a possibility.

17   We need to verify this."

18   A.   Yes.

19   Q.   At 2:02, Stewart Rhodes says, "Yes, pissed-off patriots"?

20   A.   Yes.

21   Q.   Now, 2:16, someone named Rocko 208 said, "Whose storm,

22   what building?"

23   A.   Yes.

24   Q.   Do you know who Rocko 208 is?

25   A.   No.

1    Q.    HighlanderKT says, "Supposedly patriots.  Watching the

2    live feed now and at the Capitol.  It is in lockdown right now

3    and apparently Congress has called a recess."

4    A.    Yes.

5    Q.    And HighlanderKT states, "Saw a guy in the live feed

6    dressed as a patriot but red hat on backwards at the Capitol.

7    Looks way out of place.  Red, white striped sweater.  From what

8    I could tell, about late 20s.  Very tall.  Remember, that part

9    of the intel we got was there was a plan for the bad actors to

10   dress up with MAGA gear but hats on backwards."

11   A.    Yes.

12   Q.    And Chris wrote shortly thereafter, "Antifa infiltrating

13   as MAGA with backwards red hats."

14   A.    Yes, that's what it says.

15   Q.    Mr. Vallejo also at this time was trying to figure out if

16   Antifa or Trump supporters were causing the violence at the

17   Capitol, right?

18   A.    Via messages, I believe so, yes.

19   Q.    Okay.

20   A.    In a different chat.

21   Q.    Take that down.  I'd like to show you Defense Exhibit

22   EV124.1.

23              MR. PEED:  Any objection?

24              MR. EDWARDS:  In wasn't included in the stuff we

25   reviewed.

1              THE COURT:  Folks, I thought we were going to avoid

2        this by sharing the exhibits at the break.

3              MR. PEED:  I thought we hit them all, Your Honor.

4              MR. EDWARDS:  Can you scroll back up.

5              We object.

6        **SIDEBAR:**

7              THE COURT:  Go ahead.

8              MR. EDWARDS:  Thank you, Your Honor.  So we didn't see

9        this exhibit during the break.  What was not clear to us is

10       whether or not these are Vallejo's messages toward the bottom

11       and what the relevance is of some of the messages if you go a

12       little bit further toward the bottom with him sending articles

13       with other news links that circle people's tattoos.

14             MR. PEED:  These are all relevant to state of mind and

15       trying to figure out exactly during the period what was going

16       on, what was happening and put in the context of the

17       government's joke which is here immediately before, and after

18       is Vallejo expressing his understanding that this is Antifa.

19             MR. EDWARDS:  I would note that the timestamps appear

20       to be incorrect and that this is not necessarily rebutting

21       anything that we posted.  The government presented messages

22       where Mr. Vallejo messages the group saying that the people

23       have taken the Capitol.

24             THE COURT:  Are the timestamps incorrect?

25             MR. PEED:  It's an hour behind, I believe.

1          MR. EDWARDS:  I would just note that on a day where

2    it's minute by minute, hour by hour, that's relevant.

3          THE COURT:  Can we establish that is an hour behind?

4    In other words, this is what time?  This is actually 2:47?

5          MR. EDWARDS:  Correct, Your Honor.

6          THE COURT:  And will she know that?

7          MR. EDWARDS:  I don't know she will know the other

8    messages at the bottom with him sending links to other people's

9    photos.

10         MR. PEED:  We have the government slide with the joke

11   here with the timestamp on the joke.

12         THE COURT:  Let's -- go ahead.

13         MR. EDWARDS:  I just didn't get to the second

14   argument.  The second argument is I'm trying to figure out how

15   Mr. Peed is going to present Mr. Vallejo's statements here in

16   terms of the hearsay exception.

17         THE COURT:  Well, this goes to state of mind in the

18   context for the statement that you all introduced earlier.  So

19   I don't know that that's an issue.  You know, can we stipulate

20   that the times are an hour off, and that way we can just get

21   through this?

22         MR. EDWARDS:  Yes, Your Honor, I believe that's the

23   right --

24         THE COURT:  All right.  Go ahead and just make clear

25   to her what the time is, the parties have stipulated to it, and

1    let's move through this, please.  I'd like to get her off

2    today.

3    (End of sidebar.)

4              MR. PEED:  Your Honor, I move to admit EV124.1,

5    subject to the stipulation we discussed.

6              THE COURT:  It's admitted.  124.1 is admitted.

7              (Exhibit EV124.1 admitted into evidence.)

8    Q.   Agent Abrams, you have seen this joke before, or this

9    message before, right --

10   A.   Yes.

11   Q.   -- with the laughing face?

12        All right.  And for the record, there's a timestamp to

13   this message, right?

14   A.   Yes.

15   Q.   It's actually an hour behind Eastern Time, correct, when

16   he sent it?

17   A.   Right.

18   Q.   I just want to direct your attention to the beginning of

19   this exhibit.  It says 12:57 but it's actually 1:57 p.m.

20   Mr. Vallejo texted to Mr. Hancock, "Shots fired in the Rotunda,

21   reported by Oath Keeper on scene."  Correct?

22   A.   Yes.

23   Q.   All right.  He corrected that it was flash bangs, not

24   gunshots, right?

25   A.   Correct.

1    Q.    Now, at 2:16 Eastern Time Mr. Vallejo sends a video to

2    Mr. Hancock, right?

3    A.    It appears so.

4    Q.    And he states, "We believe this is Antifa but not

5    confirmed.  Note the lumber.  There was a cache of lumber and

6    propane tanks discovered in downtown DC yesterday, just like

7    the Soros brick stashes."  Do you see that?

8    A.    Yes.

9    Q.    All right.  Are you familiar with the video of the first

10   physical breach of the Capitol?

11   A.    Yes.

12   Q.    Okay.  Someone threw a piece of lumber through a window,

13   correct?

14   A.    They broke in, yes.

15   Q.    With lumber, do you recall that?

16   A.    Correct.

17   Q.    All right.  You see there were two links that Mr. Vallejo

18   sent?

19   A.    Two links, yes.

20   Q.    Then there's a statement, "So, have you secured the

21   Arizona Capitol yet, slacker?"

22   A.    Yes.

23   Q.    Mr. Vallejo is not a fan of Antifa based on his messages

24   that you reviewed, correct?

25            MR. EDWARDS:  Objection.

```
 1              THE COURT:  Sustained.  Have her read the messages.
 2    Don't ask her to interpret them.
 3    Q.   All right.  After that statement about securing the
 4    Arizona Capitol with the smiley face, Mr. Vallejo sent this
 5    picture of someone that you know to have gone into the Capitol,
 6    correct?
 7    A.   Yes.
 8    Q.   All right.  And he circled another picture of an
 9    individual with a beard and a tattoo, correct?
10    A.   Correct.
11    Q.   And he wrote "Antifa," correct?
12    A.   Yes.
13    Q.   He wrote "They broke in and out, guys are now getting pics
14    of Antifa posters inside."  Do you see that?
15    A.   Yes.
16    Q.   Followed by another website showing the individual you
17    just saw before who went in the Capitol, correct?
18    A.   It looks like a tweet maybe of two photographs side by
19    side.
20    Q.   Okay.  And the timestamp on this is 2:45 p.m. correct?
21    A.   Yes.
22    Q.   Which is 3:45 p.m.?
23    A.   Eastern.
24    Q.   So even before he got back to the hotel, Mr. Vallejo had
25    sent messages about shots in the Rotunda to Mr. Hancock, right?
```

1    A.    Yes.

2    Q.    All right.  And all the way through 3:45 he's discussing

3    whether it's Antifa breaking in, right?

4    A.    Correct.

5    Q.    All right.  I'm going to show you Government's Exhibit

6    1500.2 quickly.

7         Now, you stated on your direct that this fairly and

8    accurately represents the movements of the people that are

9    represented in it, right?

10   A.    Yes, to my knowledge.

11   Q.    Okay.  It doesn't actually show any movement for

12   Mr. Vallejo, right?

13   A.    Right.

14   Q.    It shows movements for everyone else that's represented

15   here but not Mr. Vallejo?

16   A.    Correct.

17   Q.    In fact, there are only two points in this video that show

18   the location of Mr. Vallejo and they're both at the Comfort

19   Inn, right?

20   A.    Yes, I believe so.

21   Q.    Okay.  You were asked questions about the phone call

22   between Mr. Greene and Mr. Rhodes that you testified is

23   reflected in underlying records, right?

24   A.    Yes.

25   Q.    All right.  You said that the records indicate that there

1    was a joining into the conference call with Mr. Meggs, right?

2    A.    Yes.

3    Q.    There were no phone calls between Mr. Greene, Mr. Rhodes

4    or Mr. Meggs and Mr. Vallejo between January 5th and January

5    6th, correct?

6    A.    Not that I saw.

7    Q.    All right.  So whatever was discussed on this call, unless

8    it was put on the Signal op chat, Mr. Vallejo didn't know about

9    it, right?

10    A.    Not that I'm aware of.

11    Q.    All right.  Shortly thereafter, you've reviewed this video

12    of people going up the stairs, right?

13    A.    Yes.

14    Q.    All right.  So here is where this exhibit puts a dot on

15    Mr. Vallejo, right?

16    A.    Yes.

17    Q.    He was moving for over an hour in the DC area, right?

18    A.    Yes.

19    Q.    And the government has the capability of putting that in

20    this exhibit, right, they have the location points from his

21    phone, right?

22    A.    I believe so.

23    Q.    All right.  Do you recall questions on your direct about a

24    fist being held up by Mr. Meggs?

25    A.    Yes.

1    Q.   And you were asked if in the clip you saw any other fists

2    in the air, correct?

3    A.   Yes.

4         MR. PEED:  Your Honor, I'd like to show the witness

5    and introduce without objection EV902.

6         THE COURT:  EV what?

7         MR. PEED:  EV902.

8         THE COURT:  902 you said?

9         MR. PEED:  Yes.

10        THE COURT:  Okay.  EV902 will be admitted.

11        (Exhibit EV902 admitted into evidence.)

12        MR. PEED:  May I publish it?

13        (Video played.)

14   Q.   I'm going to pause it there and ask you the same question,

15   Agent.  Do you see hands in the air?

16   A.   It's kind of blurry, but...

17   Q.   Do you see where my cursor is?

18   A.   Yes, I see that hand, yes.

19   Q.   Do you see where my cursor is?

20   A.   I can't tell if it's a hand, but.

21   Q.   Let's go back for ten seconds.

22        (Video played.)

23   Q.   Do you see in the foreground of the video a fist that just

24   came up pumping?  Go back two seconds.  Look in the lower left

25   of the foreground.

1              (Video played.)

2    Q.    Do you see a fist in that ten-second clip pumping up?

3    A.    Yes.

4    Q.    Did you see the fist of Kelly Meggs?

5    A.    Yes.

6    Q.    And what was his fist doing?

7    A.    It was more moving forward than pumping, in my opinion.

8    Q.    It was moving, correct?

9    A.    Yes.

10   Q.    All right.  Now, you can take that down.

11         You were asked some questions about Mr. Rhodes saying that

12   the founding generation stormed the governor's mansion.  He

13   said that in a message, right?

14   A.    Yes.

15   Q.    He said that's where we are now, and referred to street

16   fighting, right?

17   A.    Correct.

18   Q.    You said, based on your investigation, the Sons of Liberty

19   were a militia group.  I believe that was your testimony.

20   A.    Sort of a militia group, yes.

21   Q.    The Sons of Liberty was a political group, right?

22   A.    Political/militia I believe was the definition that I

23   found.

24   Q.    Where did you find that definition?

25   A.    I Googled it.

1    Q.    In Googling it, did you read Wikipedia?

2    A.    I don't recall.

3    Q.    Did you only read the first two entries on Google when you

4    Googled Sons of Liberty?

5    A.    I don't remember which ones I clicked on.

6    Q.    All right.  Are you familiar with the year that the

7    governor's mansion was stormed that Mr. Vallejo was referring

8    to?

9    A.    Mr. Rhodes?

10   Q.    Mr. Rhodes, yes, sorry.

11   A.    Not off the top of my head right at this moment.

12   Q.    All right.  Oath Keepers in general refer to historical

13   events from the revolution period a lot.  Would you agree with

14   that?

15   A.    Yes.

16   Q.    It's important to understand what they mean to know the

17   revolution history, right?

18   A.    Yes.

19   Q.    The governor's mansion was stormed in 1765.  Does that

20   ring a bell?

21   A.    No, but I don't have reason to argue.

22   Q.    1765 was ten years before Lexington, right?

23   A.    Okay.

24   Q.    And between 1765 and Lexington, the United States had a

25   Continental Congress, right?

```
 1              MR. EDWARDS:  Objection, Your Honor.

 2              THE COURT:  Well, it's somewhat -- go ahead.  If she

 3    knows.

 4    A.   I don't actually.

 5    Q.   You don't know whether we had a Continental Congress?

 6    A.   I'm not that familiar with this part of history.  Sorry.

 7    Q.   Okay.  You are familiar that Lexington was the shot heard

 8    around the world, right?

 9    A.   Yes.

10    Q.   And it happened in 1775, right?

11    A.   Sure.

12    Q.   And you're aware the Declaration of Independence didn't

13    happen until 1776?

14    A.   Yes.

15    Q.   Are you aware that about a year before the Declaration of

16    Independence the Continental Congress petitioned King George

17    for redress of grievances?

18    A.   No.

19    Q.   All right.  Would you agree with me that a decade is a

20    long time in terms of a plan?

21    A.   Not necessarily.

22              MR. PEED:  No further questions, Your Honor.

23              THE COURT:  Thank you, Mr. Peed.  All right.

24    Redirect?

25              MR. EDWARDS:  Yes, Your Honor.  With the court's
```

 1    indulgence.  Sorry, Your Honor.  I may have lost the most

 2    important person I need here for a second.

 3            THE COURT:  Do we need to send out an APB?

 4            MR. EDWARDS:  Can I step out to see if there was an

 5    emergency or something.  Thank you, Your Honor.

 6            THE COURT:  Mr. Nestler --

 7            MR. EDWARDS:  Mr. Manzo.

 8            THE COURT:  I was going to ask them whether they can

 9    jump in.

10            MS. HUGHES:  No promises but I can try.

11            THE COURT:  We appreciate that.  All right.  Let's go.

12    REDIRECT EXAMINATION BY MR. EDWARDS:

13    Q.    Okay.  Agent Abrams, I'm going to ask you a couple of

14    questions, and when I do I'll refer back to some of the

15    questions you've heard.

16        So first, do you recall questions from Mr. Weinberg and

17    Ms. Halim, who represent David Moerschel and Joseph Hackett,

18    about their clients not being on certain chats?

19    A.    Yes.

20    Q.    And do you recall them asking questions about them not

21    receiving those messages because they're not on those chats?

22    A.    Yes.

23    Q.    Was Kelly Meggs on the chats that they named?

24    A.    Yes.

25    Q.    And David Moerschel and Joseph Hackett, were they with

1    Kelly Meggs all day on January 6th?

2    A.    They were.

3    Q.    Can we please pull up Government's Exhibit 22.V.1.  If

4    this doesn't work, I can start to move.

5         Do you recall watching a video with Kelly Meggs at 6:30 in

6    the morning and David Moerschel?

7    A.    Yes.

8    Q.    And do you recall seeing whose hand Joseph Hackett is

9    grabbing at 2:41 p.m. as they enter the building?

10   A.    I don't recall.

11   Q.    Can we pull up 1500.2.

12            THE COURT:  Can the defense pull that up, please.

13            MR. EDWARDS:  1500.2, please, at 2:41 p.m.

14            THE COURT:  Do you have the --

15            MR. EDWARDS:  The timestamp --

16            THE COURT:  Defense has put it up.

17            MR. EDWARDS:  Okay.

18            THE COURT:  Ms. Badalament has arrived to save the

19   day.

20            MR. EDWARDS:  Thank you, Ms. Badalament.

21            Okay.  I'd like to pull up, Ms. Badalament, if we can,

22   Exhibit 1500.2 and go to about 2:41 p.m.  Can we play forward

23   just a tad.  Thank you.  Go back to where we were.  That was

24   great.  Go back when they're entering the entrance there,

25   please.

1               (Video played.)

2    Q.   Do you see where the first person is that's entering the

3    doorway here at 2:41 p.m.?

4    A.   Mr. Meggs.

5    Q.   And who is behind him, do you recall, in the video as they

6    enter the Capitol building?

7    A.   Joseph Hackett.

8    Q.   And who at 2:41 is Joseph Hackett holding onto as they

9    enter into the building?

10   A.   Mr. Meggs.

11   Q.   Okay.  Do you recall questions from Ms. Halim about

12   identifying each individual but having the names on the

13   exhibits when you did so?

14   A.   Yes.

15   Q.   Do you remember those questions about, you know, you

16   relying on the names that are on the exhibit?

17   A.   Yes.

18   Q.   Ms. Badalament, can we pull up Exhibit 5702 and 5706 and

19   put them side by side, if possible.  Thank you very much.

20        Agent Abrams, can you see Exhibit 5706 on your screen?

21   A.   Yes.

22   Q.   Can you see Exhibit 5702 on the left side?

23   A.   Yes.

24   Q.   Do you recall identifying each of the individuals from the

25   left side to the right side of both of these photographs?

A.    Yes.

Q.    Are there any names on those photographs?

A.    No.

Q.    Every time I asked you to identify someone, do you recall me asking you questions about whether you reviewed photographs and videos of the particular individual on days outside of January 6th and on January 6th?

A.    I do.

Q.    And do you recall me asking whether you met many of these individuals in person or heard them speak?

A.    Yes.

Q.    And were you able to rely on that information to identify people?

A.    Yes.

Q.    Okay.  So are the names on these exhibits for you, Agent Abrams, or is it a useful tool for the jury?

A.    It's more a tool for the jury.

Q.    Okay.  Okay.  I want to move to some questions that Mr. Shipley asked you.  Mr. Shipley represents Roberto Minuta.

A.    Okay.

Q.    Okay.  Do you recall Mr. Shipley asking you questions about Roberto Minuta leading Line 2?

A.    Whether or not he was in charge of Line 2?

Q.    Correct.

A.    Yes.

1    Q.   Do you remember he asked you questions about, it was

2    actually Joshua James who was the leader?

3    A.   Yes.

4         MR. EDWARDS:  Ms. Badalament, can we please pull up

5    the -- I'll identify the exhibit number here in a second.  This

6    would be just for the witness.

7    Q.   Okay.  This is just for the witness.

8         Agent Abrams, are these messages from Stewart Rhodes to

9    the DC Op Jan 6 21 chat that you've discussed today?

10   A.   Yes.

11   Q.   And are these from December 30 at 7:55 p.m.?

12   A.   This is, yes.

13   Q.   And if we scroll through just two or three messages here

14   in this.  Do you recall these messages from the DC Op Jan 6

15   chat?

16   A.   Yes.

17   Q.   And can we start at the top.

18        MR. EDWARDS:  At this point, Your Honor, the

19   government moves to admit these three slides, 1S.159.109 -- we

20   can go to the next one -- in fact, we'll just call this exhibit

21   Government's Exhibit 9557.

22        THE COURT:  Has defense taken a look at those?

23        MS. HALIM:  No objection.

24        MR. PEED:  No objection.

25        THE COURT:  They'll be admitted.

1     (Exhibit 9557 admitted into evidence.)

2     Q.   Okay.  So Mr. Shipley asked you some questions about

3     whether Roberto Minuta was a leader.  Can you please read this

4     message from Stewart Rhodes to the DC Op Jan 6 chat on December

5     30, 7:55 p.m.?

6     A.   "All, please loop in any leaders of state groups you know

7     are coming up, such as from GA, SC, WY, et cetera".

8     Q.   And is Roberto Minuta on the DC Op Jan 6 21 chat?

9     A.   Yes.

10    Q.   Can we go to the next slide, please.  Okay.  Thank you.

11         Agent Abrams, did Stewart Rhodes also message the DC Op

12    Jan 6 chat at 8:31 p.m. that night?

13    A.   Yes.

14    Q.   What did Stewart Rhodes message?

15    A.   "This is the DC Op thread for all leadership coming in

16    from multiple states and together with the overall DC Op

17    leadership."

18    Q.   Okay.  Can we go to the next slide, please.  What did

19    Stewart Rhodes message one minute later in the group chat?

20    A.   "Agreed.  Now you are plugged in with all the other

21    leaders coming in from all over the nation. "

22    Q.   Okay.  And Minuta is on this group chat?

23    A.   Yes.

24    Q.   Are you aware that -- did Mr. Minuta stay with Joshua

25    James at the hotel in Virginia on January 6th?

1    A.    Yes.

2    Q.    And did the rest of Joshua James -- did the rest of the

3    individuals with Joshua James and Roberto Minuta, did they stay

4    in that hotel?

5    A.    No.

6    Q.    Where did they stay?

7    A.    At the Mayflower.

8    Q.    And who suggested the Mayflower on the DC Op Jan 6 chat?

9    A.    Roberto Minuta.

10          MR. EDWARDS:  Ms. Badalament, can we play Government's

11   Exhibit 1508 at three minutes and 38 seconds.

12   Q.    Okay.  Do you recall looking at Government's Exhibit 1508

13   during your direct?

14   A.    Yes.

15   Q.    And do you recall testifying about Mr. Minuta and the

16   other individuals as they marched across the West Lawn?

17   A.    Yes.

18   Q.    Okay.  Who again is at the front of this line as they go

19   around to the east side of the Capitol?

20   A.    Roberto Minuta.

21   Q.    And is the rest of his group behind him?

22   A.    Yes.

23   Q.    Okay.  Now, Agent Abrams, Mr. Shipley also asked you

24   questions about whether you could know who made certain phone

25   calls.  Do you remember those questions?

1    A.    Yes.

2    Q.    And that whether or not it could be somebody else that

3    used somebody's phone?

4    A.    Sure.

5    Q.    Okay.  Ms. Badalament, in this exhibit can you go to eight

6    minutes and 14 seconds.

7         Were there many instances during January 6th in which you

8    found photos or videos of Roberto Minuta, in fact, holding his

9    phone?

10   A.    Yes.

11   Q.    So at eight minutes and 14 seconds, is this a video from

12   Mr. Minuta's phone that he recorded?

13   A.    It is.

14   Q.    Okay.  Can we go to 14 minutes and five seconds, please.

15        Now, at the end of this exhibit, do you recall testifying

16   at 3:41 p.m. about Mr. Minuta on the Capitol steps after he

17   exited the building?

18   A.    I do.

19   Q.    What is Mr. Minuta holding in this photograph?

20   A.    His phone.

21   Q.    Okay.  And is this on January 6th?

22   A.    It is.

23   Q.    Now, do you recall Mr. Shipley asking you questions about

24   Roberto Minuta and whether or not he, in fact, read any of

25   Stewart Rhodes' messages that day?

1    A.    I believe so, yes.

2    Q.    Now, after Stewart Rhodes messaged at about 1:41 about

3    being at the storming the governor's mansion phase, what did

4    Mr. Minuta do 20 minutes later at 2:00?

5    A.    When they were heading towards the Capitol, he was on the

6    livestream Facebook.

7    Q.    Okay.  And what was he doing?

8    A.    Live-streaming his trip to the Capitol.

9    Q.    And what did he do when he got to the Capitol by

10   3:14 p.m.?

11   A.    Went inside.

12   Q.    Do you recall questions about whether Mr. Minuta read or

13   sent certain messages?

14   A.    Yes.

15   Q.    And do you remember -- with the court's indulgence.  Here

16   we go.

17         Do you recall questions from Mr. Shipley about --

18              THE COURT:  Is everybody okay back there?  All right.

19   Q.    Do you recall Mr. Shipley asking you questions about

20   whether Mr. Minuta, in fact, read a message or if he kept the

21   messages closed on January 6th?

22   A.    I recall whether or not we could tell if he had read a

23   message, yes.

24   Q.    Right.  Would the FBI have a better idea of whether

25   Mr. Minuta read messages or sent certain messages if you were

1    able to retrieve his phone?

2    A.    The Signal op phone, yes.

3    Q.    And if you were able to review or extract some of the

4    messages off his device?

5    A.    Yes.

6    Q.    Was the FBI able to do that?

7    A.    No.

8    Q.    Had Mr. Minuta gotten rid of his phone by the time the FBI

9    arrested Mr. Minuta?

10             MR. SHIPLEY:  Objection, lack of foundation.

11             THE COURT:  I'll sustain.  You can try to get at it a

12    different way.  But as asked, the objection is sustained.

13    Q.    In the course of your investigation, did the FBI execute

14    search warrants on Mr. Minuta's person when he was arrested?

15    A.    Yes.

16    Q.    Did the FBI also execute search warrants at Mr. Minuta's

17    residence at the time of his arrest?

18    A.    Yes.

19    Q.    Was the FBI able to recover the phone that Mr. Minuta used

20    in Washington, D.C. on January 6th?

21    A.    I don't recall.  I know he received a new phone with a new

22    phone number, and I know we recovered several phones.

23    Q.    Were any of those phones the phone he was holding here in

24    this photograph here in Exhibit 1508?

25    A.    I don't believe so.

1   Q.   You were asked a couple of questions from Mr. Shipley

2   about whether or not Roberto Minuta and Ed Vallejo had ever

3   talked with one another, correct?  Do you remember that?

4   A.   If they knew each other, yes.

5   Q.   And if they had ever communicated was one of Mr. Shipley's

6   questions?

7   A.   I believe so.

8   Q.   Is Mr. Minuta on that DC Op Jan 6 group chat --

9   A.   Yes.

10  Q.   -- that they were using on January 6th, 2021?

11  A.   Yes.

12  Q.   Was Mr. Vallejo on that group chat?

13  A.   Yes.

14  Q.   Did Mr. Vallejo message the group chat on January 6th?

15  A.   He did.

16  Q.   Now, do you recall Mr. Shipley asking you questions about

17  the 1:00 calls between Stewart Rhodes and Roberto Minuta?

18  A.   Yes.

19  Q.   And do you recall Mr. Shipley mentioned that Mr. Minuta

20  didn't go to the Capitol until an hour later at 2:00 p.m.?

21  A.   Correct.

22  Q.   Did Stewart Rhodes message the group chat at 1:38 p.m.

23  about Vice President Pence not doing his duty?

24  A.   Around then.

25  Q.   And so was it, in fact, 40 minutes later after those 1:00

1    calls that Stewart Rhodes messaged that Vice President Pence

2    wasn't doing his duty?

3    A.    Yes.

4    Q.    So soon after that what did Roberto Minuta do?

5    A.    They began to head towards the Capitol.

6    Q.    Okay.  Can we please turn to Exhibit 1508.  Can we go to

7    the beginning of this exhibit, please.  Thank you.

8         Do you recall Mr. Shipley asking you some questions about

9    this timestamp here at 2:30 p.m.?

10   A.    Yes.

11   Q.    And he asked you questions about how it could be 2:30 if

12   he was just then leaving and kind of the trajectory of his trip

13   to the Capitol?

14   A.    Yes.

15   Q.    Is the 2:30 timestamp just a static timestamp on this

16   exhibit here?

17   A.    Yes.

18   Q.    So it's not moving in time while Mr. Minuta travels?

19   A.    Right.

20   Q.    And is the 2:30 timestamp just the timestamp that

21   Mr. Minuta arrives to the Capitol?

22   A.    Approximately.

23   Q.    So it's not when Mr. Minuta starts his trip to the

24   Capitol, correct?

25   A.    No.  It begins throughout the trip.

1    Q.    Okay.  And do you recall, what time did Joshua James

2    message by the group chat that they were heading to the Capitol

3    and ETA was 30 minutes?

4    A.    2:04 p.m.

5    Q.    Okay.  Now, do you recall some questions from Mr. Shipley

6    about Roberto Minuta yelling at a police line?

7    A.    Yes.

8    Q.    And he asked questions about whether or not he breached

9    that police line?

10   A.    Yes.

11   Q.    Can we please go forward in time to the eight minutes --

12   can we just go forward, Ms. Badalament, to that 2004.V.2.

13           MS. BADALAMENT:  I'm sorry, what number did you say?

14           MR. EDWARDS:  2004.V.2 is the exhibit, and I'm working

15   on a timestamp.  Can you go back a couple of seconds and go

16   forward maybe five seconds or so until we see the transcript,

17   please.  And the police line there.  You can play four, maybe

18   five more seconds.

19           (Video played.)

20           Thank you, Ms. Badalament.

21   Q.    So Mr. Shipley was asking you about this video.  He didn't

22   pull it up, but is this the video he was asking you about it?

23   A.    I believe so.

24   Q.    Did Mr. Minuta breach this police line?

25   A.    He did not go through this one.

1   Q.    Are these police officers inside the Capitol?

2   A.    No.

3   Q.    And he talked to you a little bit about what Mr. Minuta

4   yelled at those officers.  Do you remember he talked about the

5   impolite conversation?

6   A.    Yes.

7   Q.    Can you read what Mr. Minuta yelled at these officers from

8   "Don't" here?

9   A.    "Don't give a fuck about the people that they swore an

10  oath to and then stand here and they know their government is

11  completely criminal, completely corrupt, and they fuck us

12  over."

13  Q.    Who, according, to Mr. Minuta is corrupt?

14        MR. SHIPLEY:  Objection, calls for speculation.

15        THE COURT:  Sustained.

16  Q.    Who did he say right here is corrupt, is criminal?

17        MR. SHIPLEY:  Objection, calls for speculation.  It

18  says "they."

19        THE COURT:  Ask her not to interpret what the words

20  mean.  The words are what they are.  The jury can draw its own

21  conclusions about the meaning.

22  Q.    My question should be more specific.  Agent Abrams, can

23  you read these four words here?

24  A.    "Their government is completely criminal."

25  Q.    Okay.  Now, were there other times that Mr. Minuta was

1  yelling at officers throughout January 6th?

2  A.  Yes.

3  Q.  Can we please go back to eight minutes and 14 seconds.

4      Now, to remind the jury, where is it Mr. Minuta recorded

5  this video?

6  A.  Inside the Rotunda.

7  Q.  Okay.  And at about what time?

8  A.  3:02.

9  Q.  Is this after he yelled at the officers outside?

10 A.  Yes.

11 Q.  Can we play forward, please, until the end of the

12 transcript?

13         MR. SHIPLEY:  Your Honor, I'm going to object to this

14 as beyond the scope of cross.  I didn't discuss this.

15         MR. EDWARDS:  Your Honor, Mr. Shipley asked questions

16 about specific things Mr. Minuta yelled at officers that day.

17         MR. SHIPLEY:  In one particular episode.  That was it.

18         THE COURT:  I think that's fair.  He didn't ask him

19 specifically about this, so I'll sustain the objection as

20 outside the scope of cross-examination.

21         MR. EDWARDS:  Ms. Badalament, can we please go forward

22 in time, without playing it, to a couple seconds later.  Maybe

23 towards the next video that starts, not Mr. Minuta's recorded

24 video.  Thank you.

25         (Video played.)

1    Q.   Agent Abrams, do you recall Mr. Shipley asking you

2    questions about whether Mr. Minuta breached the police line

3    outside the Capitol?

4    A.   Yes.

5    Q.   And I asked you earlier were those officers inside.  Did

6    Mr. Minuta eventually breach a line of officers inside the

7    Capitol?

8            MR. SHIPLEY:  Objection.  Beyond the scope of cross.

9            THE COURT:  Sustained.  The video, the jury has seen

10   this before.  Mr. Shipley's questions were limited to the

11   outside, so.

12           MR. EDWARDS:  Yes, Your Honor.

13   Q.   Agent Abrams, do you recall questions from Mr. Shipley

14   about the fencing that got taken down outside of the Capitol?

15   A.   Yes.

16   Q.   And questions about whether or not Roberto Minuta knew

17   whether or not he was allowed to be on the ground or not or in

18   the building because of the fencing that went down?

19   A.   I recall mentions of the fencing and if there was a path

20   there normally, yes.

21   Q.   Okay.  Can we go to the beginning of this exhibit,

22   Ms. Badalament.  Can we play forward until the end of this

23   transcript, please.

24           (Video played.)

25   Q.   Okay.  If we could go back one second to show the clip

1    there that we've paused.  Agent Abrams, did Mr. Minuta say that

2    patriots are legally entering the Capitol?

3    A.    He did not.

4    Q.    What did he say?

5    A.    "Patriots storm the Capitol building."

6    Q.    And is this before Mr. Minuta arrived at the Capitol

7    grounds?

8    A.    Yes.

9    Q.    And at some point when he gets closer to the Capitol

10   grounds, do law enforcement vehicles with lights on attempt to

11   form a vehicle blockade?

12   A.    Yes, they do.

13   Q.    What does Mr. Minuta do in the golf cart?

14         MR. SHIPLEY:  Objection.  Mr. Minuta is not driving

15   the golf cart.

16         THE COURT:  Sustained.  Just rephrase the question.

17   Q.    What does Joshua James driving the golf cart with

18   Mr. Minuta sitting next to him, what do they do?

19   A.    They go around the police cars.

20   Q.    Okay.  I want to turn to a couple of questions that

21   Mr. Peed has asked about, and Mr. Peed represents Vallejo.

22   A.    Okay.

23   Q.    First, Ms. Badalament, if we could pull up, please,

24   Government's Exhibit 1504.TR.

25         Agent Abrams, do you recall questions from Mr. Peed about

1    the purpose of the QRF?

2    A.    Yes.

3    Q.    And do you recall questions from Mr. Peed about

4    Mr. Vallejo's focus on Antifa on January 6th?

5    A.    Yes.

6    Q.    And do you recall some questions from Mr. Peed about

7    whether the QRF was for, quote, "saving lives"?

8    A.    Yes.

9    Q.    Okay.  Did Mr. Vallejo take to a podcast on the morning of

10   January 6th, 2021?

11   A.    Yes.

12   Q.    Ms. Badalament, can we please play through some of the

13   clips on Exhibit 1054.TR.

14         MR. PEED:  Objection, Your Honor.  This is a reference

15   to...

16         THE COURT:  But it's related.  Go ahead.  It's within

17   the scope.

18         MR. EDWARDS:  Thank you.

19   Q.    Can we go forward to Mr. Vallejo's first statement on the

20   podcast.

21         Okay.  Starting at timestamp 4 minutes and 53 seconds, can

22   we please play this exhibit.

23         (Video played.)

24   Q.    Okay.  Can we play the next clip, please.

25         (Video played.)

1    Q.    Please play the next clip.

2            (Video played.)

3    Q.    Can we pause there and go back for a second.  Actually,

4    play through the last clip.  Sorry.

5            (Video played.)

6    Q.    Okay.  Agent Abrams, in the morning of January 6th, did

7    Mr. Vallejo discuss Antifa with Ernie Hancock?

8    A.    No.

9    Q.    Was he discussing ex-filtrating people from Washington,

10   D.C.?

11   A.    No.

12   Q.    Was he discussing saving lives?

13   A.    No.

14   Q.    Did he, in fact, say that there may be a declaration of

15   gorilla war?

16   A.    Yes.

17   Q.    Did he say he was the individual who would fix it if it

18   was broken?

19   A.    He did, yes.

20   Q.    And did Mr. Vallejo talk about people telling him that

21   it's too soon for him to shoot the bastards?

22   A.    Yes.

23   Q.    Okay.  Do you recall questions from Mr. Peed about

24   messages between Stewart Rhodes and Edward Vallejo on the

25   morning of January 6th?

1  A.   Yes.

2  Q.   In which Stewart Rhodes and Ed Vallejo discussed the

3  drone?

4  A.   Yes.

5  Q.   And whether to bring it into Washington, D.C.?

6  A.   I do.

7  Q.   Do those messages show that Stewart Rhodes and Edward

8  Vallejo are in direct communication with one another as early

9  as 6:30 in the morning on January 6th?

10  A.   They do.

11  Q.   And are they both on the group chat using the group chat

12  throughout the day?

13  A.   Yes.

14  Q.   Do you recall questions from Mr. Peed about whether some

15  messages from Mr. Vallejo about whether or not there were

16  individuals in the Capitol that were Antifa?

17  A.   Yes.

18  Q.   And whether or not Ed Vallejo was focusing on combatting

19  Antifa?

20  A.   Yes.

21  Q.   Okay.  Can we turn to 9552, slide 13, please.

22       Were some of Mr. Peed's questions about whether or not it

23  was Antifa going into the building?

24  A.   Yes.

25  Q.   Go to 2:32 p.m., Ms. Badalament.  Thank you so much.

1    At 2:32 p.m. what did Mr. Vallejo message Donna Hancock?

2    A.   "The people have taken the Capitol and Congress is in

3    bedlam and locked down."

4    Q.   Did Mr. Vallejo say Antifa has taken the Capitol?

5    A.   No, he did not.

6    Q.   Who?

7    A.   The people.

8    Q.   Can we go to the next slide, please.

9         What did Mr. Vallejo send to the DC Op Jan 6 chat six

10   minutes later?

11   A.   "QRF standing by at hotel.  Just say the word."

12   Q.   Did he message about just standing by at this hotel after

13   suggesting Antifa was at the Capitol?

14   A.   No.

15   Q.   Do you recall questions from Mr. Peed about Ed Vallejo and

16   Kelly Meggs and having no contact between the two of them from

17   January 5th on?

18   A.   Yes.

19   Q.   Agent Abrams, who did Mr. Vallejo learn the address of the

20   QRF hotel from?

21   A.   I believe it was Kelly Meggs.

22   Q.   Okay.

23        MR. PEED:  Objection.  Can we have a date to that

24   question?

25   Q.   Do you recall the date?

1    A.    I do not.

2    Q.    Did he learn it before going to the hotel on January 6th?

3    A.    Yes.

4          MR. PEED:  Objection, misstates the date.  It should

5    be January 5th.

6          THE COURT:  He asked before January 6th.  It's not

7    inaccurate.

8          MR. EDWARDS:  Thank you.

9    Q.    Do you recall questions from Mr. Peed about Ed Vallejo or

10   about messages on the OK FL DC Op Jan 6 chat?  It's a lot of

11   letters.

12   A.    Yes.

13   Q.    Do you recall Mr. Peed asking questions about the debate

14   going on about whether it was Antifa going in the Capitol in

15   that group chat?

16   A.    Yes.

17   Q.    Is Mr. Vallejo on the chat on the OK FL DC Op January 6?

18   A.    No.

19   Q.    Similarly, do you recall questions from Mr. Peed about the

20   Old Leadership Chat Antifa debate?

21   A.    Yes.

22   Q.    Was Mr. Vallejo on the Old Leadership Chat?

23   A.    No.

24         MR. EDWARDS:  Okay.  With the court's indulgence.

25   Q.    Okay.  Let's just -- I want to talk a little bit about

1    Mr. Vallejo's timeline on January 6.  Do you recall questions

2    from Mr. Peed about whether Mr. Vallejo lost his -- at what

3    time he lost his truck and went into DC?

4    A.    Yes.

5    Q.    Okay.  Can you remind the jury when did Mr. Vallejo lose

6    his truck?

7    A.    January 5th.

8    Q.    When did he go into Washington, D.C. on the morning of

9    January 6th?

10   A.    Around 11:50 a.m.

11   Q.    And when did he message "Eureka, truck found"?

12   A.    1:19 p.m.

13   Q.    Now, had Mr. Rhodes messaged the group that Vice President

14   Pence had betrayed them by 1:19?

15   A.    No.

16   Q.    What did Vallejo do after messaging the group that he had

17   found his truck?

18   A.    He left DC and headed back to the QRF hotel in Virginia.

19   Q.    Where were Stewart Rhodes and Joseph Hackett and David

20   Moerschel and Roberto Minuta when Vallejo returned back to the

21   hotel?

22   A.    They were inside DC.

23   Q.    Do you recall questions from Mr. Peed about ex-filtrating

24   people out of Washington, D.C.?

25   A.    I do.

1    Q.    Did Vallejo stay in DC where the individuals were?

2    A.    Not at that time, no.

3    Q.    Where did he go?

4    A.    Back to the hotel.

5    Q.    What did Mr. Vallejo have at that hotel?

6    A.    The QRF, the firearms were at the hotel.

7              MR. PEED:  Objection, Your Honor.

8              THE COURT:  I'm sorry?

9    Q.    Do you recall a message from --

10             MR. EDWARDS:  Sorry, Your Honor.

11             THE COURT:  You can rephrase the question.  Objection

12    is sustained.  Could you rephrase the question, please.

13    Q.    Do you recall a message from Prometheus discussing

14    bringing rifles and manpower for the process and the President?

15    A.    I do not.

16    Q.    Okay.  Do you recall watching CCTV of Mr. Vallejo bringing

17    gear into -- items into the hotel?

18    A.    Yes.

19    Q.    Okay.  Do you recall messages from Stewart Rhodes about

20    whether the QRF was well-armed?

21    A.    Yes.

22    Q.    Now, when Vallejo went back to the hotel, what did he do?

23    A.    He messaged the chat that he was at the hotel and

24    outfitted.

25    Q.    Right.  Did he then say "two trucks available"?

1    A.    He did, yes.

2    Q.    His message -- did he ever mention the word ex-fil in that

3    message?

4    A.    No.

5    Q.    When was the -- well, can we go back to Government's

6    Exhibit 9554.

7         While we pull that up, is the first time Mr. Vallejo

8    mentions the word ex-fil later in the 4:00 hour on January 6th?

9    A.    Yes.

10   Q.    Now, is that after Joseph Hackett and David Moerschel and

11   Stewart Rhodes and Kelly Meggs, Roberto Minuta, Joshua James

12   had left the Capitol building?

13   A.    Yes.

14   Q.    Do you recall questions from Mr. Peed about Mr. Vallejo's

15   messages about going back that weekend, about millions coming

16   to DC?

17   A.    Yes.

18   Q.    Ms. Badalament is going to pull a message up for me, but

19   in the meantime I'd like to ask you, do you recall Mr. Peed

20   asking questions about whether there were permitted rallies for

21   January 6th that day?

22   A.    Yes.

23   Q.    And whether there were other people who were attending

24   that rally from the Ellipse to the grounds of January 6th -- or

25   to the Capitol grounds on January 6th?

1   A.   Yes.

2   Q.   And do you recall him asking those questions when he

3   showed you this message from Mr. Vallejo about returning with

4   thousands of more people into DC?

5   A.   I recall both of those things.  I don't know if they

6   happened at the same time, but yes.

7   Q.   Okay.  Agent Abrams, was January 6th a peaceful rally?

8   A.   No.

9         MR. PEED:  Objection.

10        THE COURT:  That's sustained.

11   Q.   When Mr. Vallejo or when Mr. Peed asked you questions

12   about permitted rallies, was what happened inside the Capitol

13   part of a permitted rally?

14   A.   It was not.

15   Q.   What did --

16        MR. EDWARDS:  Sorry, we're pulling one last message.

17   With the court's indulgence.

18        THE COURT:  Mr. Edwards, if not, we can conclude --

19        MR. EDWARDS:  We found it.

20   Q.   Agent Abrams, I want to ask one or two more questions.  Do

21   you recall Mr. Peed asking you questions about Mr. Vallejo

22   returning to DC the next day with those permitted rallies?

23   A.   I'm sorry, I don't.

24   Q.   Sorry, I'll just rephrase the question.

25        Do you recall Mr. Peed asking you questions about

1    Mr. Vallejo and whether or not he was there for the rally?

2    A.   I recall a question about if there were permitted rallies,

3    yes.

4    Q.   Right.  And I just asked you a second ago whether January

5    6th included -- what happened in the Capitol were permitted

6    rallies, correct?

7    A.   Correct.

8    Q.   Were they?

9    A.   No.

10   Q.   Do you recall questions from Mr. Peed about Mr. Vallejo's

11   QRF being about saving lives?

12   A.   Yes, one of the purposes, yes.

13   Q.   After Mr. Vallejo had messaged the group chat about the

14   people taking over Congress and Capitol and Congress being in

15   bedlam?

16   A.   Yes.

17   Q.   On the evening of January 6th, what did Mr. Vallejo

18   message the group chat?

19   A.   "We have only yet begin to fight."

20          MR. EDWARDS:  No further questions, Your Honor.

21          MS. HALIM:  May I have permission to conduct a very

22   limited recross-examination?

23          THE COURT:  On the phone, please.

24          MS. HALIM:  Yes.

25   **SIDEBAR:**

1          THE COURT:  Go ahead.

2          MS. HALIM:  So Agent Abrams testified that the person

3    who was second in line behind Kelly Meggs entering the Capitol

4    was Hackett.  It's not.

5          MR. EDWARDS:  There's a video exhibit.  We didn't pull

6    it.  I'm happy to re-pull it.  There is a video exhibit, when I

7    asked Agent Abrams who was behind Kelly Meggs as they were

8    approaching those doors.  On direct there's a video that shows

9    it's Hackett behind Kelly Meggs with his hand on the vest.

10          MS. HALIM:  So outside the Capitol, that's correct.

11    But coming inside the Capitol that's incorrect.  She identified

12    on the interior of the Capitol, not the exterior.

13          MR. EDWARDS:  Sorry.  The video we pulled because we

14    were trying to be efficient, was showing them while they were

15    still outside the doors.  So I used that instead of going back

16    to 1503.1.  And I tried to word my question on the outside of

17    the doors as they approached who was behind Kelly Meggs.

18          THE COURT:  I think the question is was there some

19    change in order from the image in which they were sort of

20    outside the door to when they actually entered, on the

21    precipice of the door, and there's a suggestion, Ms. Halim,

22    there was somehow a change in order?

23          MS. HALIM:  Yes.  So when I crossed Agent Harris, he

24    identified Mr. Hackett, and Mr. Hackett is maybe the fourth

25    person.  It looks like he's sort of maybe holding on to the

1   door or something.  Graydon Young scoops him, grabs him with

2   his hand, pulls him in.  But the person directly behind Kelly

3   Meggs inside the Capitol is not Joseph Hackett.

4        MR. EDWARDS:  Right.  I tried to word the question "on

5   the outside of the Capitol as they approached the doors."  I

6   just didn't go to the right exhibit because I didn't want to

7   take the time to pull it.

8        THE COURT:  If the concern, Ms. Halim, is that the

9   jury is left with the impression -- well, let me put it this

10   way:  Mr. Edwards, if you were attempting to convey that

11   Mr. Hackett was behind Mr. Meggs but perhaps not immediately

12   behind him, I'm not sure that's what the testimony came out as.

13   I certainly -- left with the impression you were trying to

14   suggest that Mr. Hackett was immediately behind Mr. Meggs, but

15   is that not what you were trying to elicit?

16        MR. EDWARDS:  No.  In fact, what I was trying to

17   elicit was based on the video she's reviewed, where was

18   Mr. Hackett as they had approached the doors.  And I used this

19   just because I asked her who was in front of Joseph Hackett, so

20   I went to a different video to show her who was in the front.

21        THE COURT:  Well --

22        MR. SHIPLEY:  Your Honor, can I be heard?  That was

23   not the subject matter of the testimony.  Trying to establish a

24   communication based on their physical positioning.  It went to

25   the issue of there's no calls between people.  They don't know

1    what people said in the context.  Then he tried to draw the

2    physical relationship of each other as being a basis for

3    communication.

4         THE COURT:  I understand that.  Look, just clean it up

5    and make it clear that Mr. Hackett is not immediately behind

6    Mr. Meggs as they enter the Capitol and he's two, three, four

7    people behind in a line.  Is that accurate?

8         MS. HALIM:  Well, what happens is it looks like he's

9    pulled in by Graydon Young.  I'm not exactly sure how many

10   people behind he is, but it's definitely not directly behind

11   Kelly Meggs.

12        THE COURT:  Do you agree with that characterization?

13        MR. EDWARDS:  No, I do not.  I do understand

14   Ms. Halim's point that Joseph Hackett may not be directly

15   behind Kelly Meggs when they're in the building.

16        THE COURT:  Let's do this:  If everybody is in

17   agreement that Mr. Hackett is not immediately in the shot

18   behind Mr. Meggs as he was about to enter the building, and

19   he's about to cross the threshold of the building --

20        MR. EDWARDS:  I can ask that.

21        THE COURT:  -- let's get that out and ultimately the

22   jury will be able to discern what the order was based on all

23   the evidence.

24        MS. HALIM:  Your Honor, if I may, though, what

25   happened was the photo that was on the screen where Mr. Edwards

 1   paused it was in the Capitol and he said, "Who is that person

 2   behind Kelly Meggs?  Joseph Hackett."

 3            THE COURT:  Right.  That's what I'm trying to have

 4   corrected and to make clear that Mr. Hackett was not

 5   immediately behind Mr. Meggs to dispel the notion that at least

 6   I'm not -- from the redirect that perhaps Mr. Hackett was

 7   immediately behind Mr. Meggs.  If that is incorrect, let's just

 8   dispel that and then we'll move on.  Okay.

 9            MR. EDWARDS:  Thank you.

10   (End of sidebar.)

11   Q.   Agent Abrams, I'll just ask a few additional follow-up

12   questions.  Do you recall me asking you some questions about

13   when Mr. Hackett and Kelly Meggs and others of that group

14   entered the Capitol building at 2:41 p.m.?

15   A.   Yes.

16   Q.   And do you recall me asking you questions about Joseph

17   Hackett holding Kelly Meggs' back while outside the Capitol?

18   A.   Yes.

19   Q.   We can pull it up if it's helpful.  Can you please open at

20   1500.2.

21            So while Ms. Badalament pulls this up, after Joseph

22   Hackett had been holding Kelly Meggs' back outside the Capitol

23   doors --

24   A.   Yes.

25   Q.   -- we want to show you a camera view of when they're

1    entering the Capitol doors.

2    A.    Okay.

3    Q.    Can we go back a little bit to when they're entering the

4    building.

5            (Video played.)

6    Q.    Okay.  Now, earlier you had identified this individual as

7    Kelly Meggs, correct?

8    A.    Yes.

9    Q.    Can we play just a second or two forward, Ms. Badalament.

10   Has the order of the individuals changed now such that Joseph

11   Hackett is not directly behind Kelly Meggs as they enter the

12   building?

13   A.    Yes.

14           THE COURT:  Ms. Halim.

15           MR. EDWARDS:  Thank you, Agent Abrams.

16           THE COURT:  All right.  Agent Abrams, thank you very

17   much for your time, your testimony.  You may step down.

18           Get on the phone.

19   **SIDEBAR:**

20           THE COURT:  Okay.  Ms. Hughes, what do we have next?

21           MS. HUGHES:  Your Honor, we have the architect for the

22   Capitol, who is a 20-minute witness.  We could get through his

23   direct.  I don't know if --

24           THE COURT:  He's going to come in and just talk about

25   the doors and value of the doors?

```
 1              MS. HUGHES:  Yes, Your Honor.
 2              THE COURT:  What do you all expect in terms of
 3    cross-examination?
 4              MS. HALIM:  I don't know that I'll have any questions.
 5              THE COURT:  Mr. Shipley?
 6              MR. SHIPLEY:  Zero.
 7              THE COURT:  Mr. Peed?
 8              MR. PEED:  Zero.
 9              MR. WEINBERG:  Probably zero, Your Honor.
10              THE COURT:  All right.  Let's get going then.
11    (End of sidebar.)
12              THE COURT:  All right.  Ladies and gentlemen, we're
13    going to try to squeeze in one more witness today, which should
14    still get us to about 5:00.
15         So Ms. Hughes.
16              MS. HUGHES:  The government calls Jason McIntyre from
17    the Architect of the Capitol's office.
18              JASON McINTYRE, Sworn
19              THE COURT:  Mr. McIntyre, welcome.  I'll ask you to
20    remove your mask if you're comfortable doing so.  Thank you,
21    sir.
22    DIRECT EXAMINATION BY MS. HUGHES:
23    Q.   Good afternoon, sir.
24    A.   Good afternoon.
25    Q.   Could you please start by introducing yourself to the
```

1  ladies and gentlemen of the jury by stating and spelling your

2  full name.

3  A.   Yes.  My name is Jason, J-a-s-o-n, McIntyre,

4  M-c-I-n-t-y-r-e.

5  Q.   Where do you work?

6  A.   I work for the Architect of the Capitol.

7  Q.   What is your position at the Architect of the Capitol?

8  A.   I am the deputy superintendent for the United States

9  Capitol and Capitol Visitor Center.

10  Q.   How long have you worked there?

11  A.   Since 2008.

12  Q.   And how long have you been the deputy superintendent?

13  A.   Since late 2019.

14  Q.   What is your educational background?

15  A.   I'm an engineer by trade.  I have a degree in fire

16  protection engineering that I went to a four-year engineering

17  degree from college.

18  Q.   And what is the mission of the Architect of the Capitol?

19  A.   Our mission is to maintain and preserve the United States

20  Capitol and the Capitol complex.

21  Q.   What is involved in maintaining the Capitol complex?

22  A.   My office has approximately 225 individuals, who range in

23  a skill set anywhere from carpentry to masonry to painting,

24  plumbing, other trades as well as architects and engineers.

25  And it's our job to determine how and what to do to maintain

1    our buildings on the Capitol complex.

2    Q.   I want to draw your attention to January 6th, 2021.  First

3    of all, were you working at the Capitol that day?

4    A.   I was working remotely on the 6th.

5    Q.   Did you come to learn at a certain point that the Capitol

6    building was damaged?

7    A.   Yes.

8    Q.   What did you do in response to learning about potential

9    damage to the building?

10   A.   My boss was on-site that day.  So early afternoon, we had

11   been in contact for most of the time, but early afternoon once

12   we had heard and seen that there was damage to the building, we

13   begin to identify how to address that damage in a safe way.

14        We made the decision to stand up what we call our disaster

15   assessment teams, and those disaster assessment teams would

16   report to the building once it was safe and the United States

17   Capitol Police allowed us to come to the building.

18   Q.   And did you report to the building on January 7th, the

19   next day?

20   A.   Yes.

21   Q.   What did you observe when you reported to the Capitol?

22   A.   I got there a little bit before 5:00 a.m.  Coming into the

23   building, very different than a normal day.  You know, if you

24   imagine the Capitol building, it's not only a working office

25   building but it's similar to a museum in some ways.

1          You know, our mission is to keep the building looking like

2     a museum, even though it is a working office building.  The

3     exterior of the building, damaged windows, damaged doors,

4     graffiti, lots of trash.  And then very similar things on the

5     inside of the building as well.

6     Q.   Are you familiar with the Columbus Doors?

7     A.   Yes.

8     Q.   Where are these doors located on the United States

9     Capitol?

10    A.   They are located on the east front of the United States

11    Capitol at the entrance to the Rotunda.

12    Q.   And Ms. Badalament, if we could please bring up

13    Government's Exhibit 1083.2.  This is a clip of a video that

14    has already been introduced and has been introduced pursuant to

15    90211 certificate of authenticity.

16         If we could just play the first five seconds,

17    Ms. Badalament, please.

18              (Video played.)

19    Q.   Pause right there.  Thank you.

20         If you could just point out, do you see the Columbus Doors

21    in this clip?

22    A.   Yes, you do.

23    Q.   Could you please mark on your screen in front of you what

24    are the Columbus Doors?

25    A.   The Columbus Doors are a pair of doors from 1863 that were

1    installed at the Capitol Rotunda.  And so they include these

2    surrounds on both sides, as well as, in this clip, you can see

3    the one door, which is the door that's located here, as well as

4    the adjacent surround on the left side of the picture here.

5    Q.   So for the record, you've circled the more ornate doors in

6    the center of this clip.  Are we, in fact, looking at two sets

7    of doors here?

8    A.   Yes, there is a second set of doors there.

9    Q.   And what are those doors called?

10   A.   We would commonly refer to those doors as the east front

11   Rotunda doors.

12   Q.   So if you could just circle, what are the east Rotunda

13   doors?

14   A.   The east Rotunda doors would be the door that is located

15   here.

16   Q.   The glass in the center?

17   A.   That is correct.

18   Q.   And how did the Columbus Doors enter -- open, rather?

19   A.   The Columbus Doors from this video clip here are currently

20   in the open position.  And so they open up toward the building.

21   They're kind of in a little pocket, so to say.  And so if they

22   were to be closed, they would be closed toward the person

23   taking this video.

24   Q.   If we could please bring up just for the witness

25   Government's Exhibit 2122.  What is this a photo of?

1    A.   This is a photo of the Columbus Doors in their closed

2    position.

3    Q.   Is this a fair and accurate copy of what the Columbus

4    Doors look like?

5    A.   Yes, it is.

6         MS. HUGHES:  Government seeks to admit and publish

7    Government's Exhibit 2122.

8         MS. HALIM:  No objection.

9         THE COURT:  2122 is admitted.

10        (Exhibit 2122 admitted into evidence.)

11   Q.   This is what you were describing as ornate Columbus Doors,

12   correct?

13   A.   That is correct.

14   Q.   If we could zoom on the photo of it.  What is on these

15   doors?

16   A.   This is a depiction of the life of Christopher Columbus

17   and some of the major events of history that Christopher

18   Columbus was involved in.

19   Q.   How old are these doors?

20   A.   They are from 1863.

21   Q.   And what are the doors made of?

22   A.   They're 17-foot tall and they're 20,000 pounds of bronze.

23   Q.   On January 7th, when you arrived at this Capitol building,

24   did you notice any damage to these doors, the Columbus Doors,

25   or the second set of doors, those East Rotunda doors, the ones

1    made of glass and other components?

2    A.    Yes, there was damage to both sets of doors.

3    Q.    What damage did you observe?

4    A.    In particular with the Columbus Doors, viewing this

5    picture, these doors are a work of art effectively.  They have

6    figurines and 3D sculptures that are on each one of these

7    reliefs.  The eight that you see are part of the doors, as well

8    as the archway above.

9         Those figurines carry different items.  So some of them

10   are conquistadors carrying swords, some of them are carrying

11   oars and different things as they tell the story of Christopher

12   Columbus.

13        The primary damage to these doors after January 6th was

14   that much of the door had been scratched down to the bare

15   bronze, as well as many of those figurines had broken aspects

16   to them, whether it be a missing sword from the conquistador or

17   a damaged person in one of the reliefs.

18   Q.    Did you also observe damage to those east Rotunda doors,

19   the more modern doors that sit behind these doors?

20   A.    Yes.

21   Q.    What damage did you observe to those doors?

22   A.    The primary damage to those doors, broken glass, broken

23   exterior door handles, broken door-closer.  And then for both

24   sets of doors, they had chemical irritant that would have been

25   used during the 6th, both on them and in the entry vestibule

1    there between the two sets of doors.

2    Q.   Now, does the Architect of the Capitol make an assessment

3    about what caused the damage to any of these items to include

4    the Columbus Doors and the east Rotunda doors?

5    A.   No, we do not.

6    Q.   If we could please bring up just for the witness

7    Government's Exhibit 2123, 2124 and 2125.  We can bring up 2124

8    and 2125.  Are these photos that were taken of the damage to

9    these doors?

10   A.   Yes, they are.

11   Q.   Are these a fair and accurate copy of the damage that

12   these doors withstood?

13   A.   Yes.

14        MS. HUGHES:  Government seeks to admit and publish

15   Government's Exhibit 2123, 2124 and 2125.

16        MS. HALIM:  No objection.

17        (Exhibit 2123, 2124, 2125 admitted into evidence.)

18   Q.   Let's start with 2123.  What are we looking at here?

19   A.   We are looking at the east front Rotunda doors.  This is a

20   picture showing the damaged and broken door handles.  You can

21   see the one on the right is missing.  The one on the left was

22   also heavily damaged to where it had to be replaced.

23   Q.   If we could please bring up 2124.  What is this a photo

24   of?

25   A.   This is a picture probably taken two or three steps back

3270

1    from the previous picture.  This is showing the broken glass

2    panes.  So three broken glass panes on this door.  The two at

3    the top, as well as the one on the bottom.

4    Q.   For the record, the witness has circled the two broken

5    panes at the top and one on the left on the bottom.  Obviously

6    these panes don't look like this when they're in their correct

7    condition, right?

8    A.   That is correct.

9    Q.   If we could please bring up Government's Exhibit 2125.

10   What is this a photo of?

11   A.   This is a picture of the broken door closer of the east

12   front Rotunda doors.  This door, based on its size and weight,

13   would have a door-closer that should be installed inside the

14   door and inside the door frame.  This has been broken to the

15   point where it is now wedged between the door and the door

16   frame.  If you look at this, this is a pin.  That pin should be

17   holding that door-closer arm onto the door frame.

18   Q.   Had the Columbus Doors recently been restored prior to

19   January 6th?

20   A.   The Columbus Doors, yes, they had been.

21   Q.   Why had they been restored?

22   A.   First and foremost as part of our mission to maintain the

23   historic elements of the Capitol building.  But also

24   timing-wise, it coincided with preparing the building for the

25   presidential inauguration.

1    Q.    And that was to take place on January 20, 2021?

2    A.    That is correct.

3    Q.    Was an estimate prepared of the cost of repairing both the

4    east Rotunda doors, these more modern interior doors, and the

5    Columbus Doors, those ornate doors?

6    A.    Yes.

7    Q.    What was the total dollar amount that was estimated to

8    repair the east Rotunda doors?

9    A.    $10,063.

10   Q.    And what was the total dollar amount required to repair

11   the Columbus Doors, those ornate doors?

12   A.    $24,175.

13   Q.    You mentioned that the doors, these Columbus Doors had

14   been refurbished as part of the inauguration, in anticipation

15   of the inauguration.  What role do these doors play during the

16   inauguration that would have required them to have been

17   restored?

18   A.    This exit's a ceremonial exit from the building.  It's not

19   used on a day-to-day basis.  One of the ceremonial aspects of

20   this entrance is that this is traditionally where the incoming

21   President leads the outgoing President out of the Capitol

22   building and then kind of, as part of that ceremony, bids them

23   farewell as they finalize that transition of power.

24             MS. HUGHES:  Thank you.  No further questions.

25             THE COURT:  All right.  Any cross-examination from

```
 1   defense counsel?
 2            MS. HALIM:  No questions, Your Honor.
 3            MR. SHIPLEY:  No, Your Honor.
 4            MR. WEINBERG:  No, Your Honor.
 5            THE COURT:  Mr. Peed?
 6            MR. PEED:  No, Your Honor.
 7            THE COURT:  All right.  Mr. McIntyre, thank you for
 8   your time and your testimony today.  You may step down.
 9            Okay.  We've come to the end of the day.  It is
10   Thursday.  So tomorrow is our half day, which means we will end
11   at 12:30.  I know one of you needs to get out of here at 12:30.
12   So I'll make sure the parties know we have a hard stop at
13   12:30.
14            I also note that you've asked earlier today about
15   where we are in the timeline of the case.  I hope to have more
16   information about that to you by tomorrow.
17            So just to remind you again, please avoid any media
18   coverage this evening, both about the case and the events on
19   January 6th, and no discussions about the case and no media
20   postings or independent research.
21            Have a nice night everybody.  We look forward to
22   seeing you tomorrow.  Thank you.
23            THE CLERK:  All rise.
24            (Jury exits the courtroom.)
25            THE COURT:  Okay.  Have a seat everyone.
```

 1           All right.  Let's address the issue of the objections

 2     to the exhibits for the testimony of House Speaker Pelosi's --

 3           MS. HALIM:  Mr. Fleet.  I think it's James maybe.

 4           THE COURT:  And before we start with exhibits, have

 5     you all discussed are there any issues that we expect I should

 6     expect about the testimony of Mr. Fleet?

 7           MS. HALIM:  I think definitely yes, because I still

 8     object entirely to -- I object to all of his testimony as

 9     irrelevant.

10           I'm sorry.  I have an objection to the relevance of

11     the entirety of his testimony based on Mr. Nestler's proffer.

12     We have not had further consultation regarding the specifics,

13     but I will say, based on the exhibits that were uploaded, I

14     definitely probably am going to have objections, and I've asked

15     Justin to tee up government's proposed Exhibits 28 and 29 so

16     Your Honor can take a look at them.

17           THE COURT:  Can we ask government counsel to bring it

18     up.

19           MR. NESTLER:  Sure.  They're photographs of the House

20     Chamber people putting on gas masks and cowering from rioters.

21     Mr. Fleet personally observed them.

22           THE COURT:  Let me take a look at them.

23           Okay.

24           MR. NESTLER:  And 1129 is --

25           THE COURT:  Please go back to 28 for a moment.  Is

 1    that the balcony?

 2                MR. NESTLER:  Yes.

 3                THE COURT:  Okay.  That's what I thought.

 4                MS. HALIM:  We move to exclude these under 403.

 5                THE COURT:  Let me ask, is he able to authenticate the

 6    photograph of the people in the balcony?

 7                MR. NESTLER:  Yes.  He said the way the overhang --

 8    where he is on the floor, looking up, he sees people putting on

 9    gas masks and lying down from where he is on the floor.  And

10    they're communicating with one another because there's no way

11    for them to egress, which is why he's concerned for their

12    safety, because the only way they have to get out is by jumping

13    down or by going out in the hallway where the rioters are.  So

14    that's an important point for us to get out.

15                I will point out that Stewart Rhodes, in response to

16    somebody else saying that members of Congress are putting on

17    gas masks, he says something along the lines of, "Seal them in

18    and fuck them."  So this is figuratively probative of what is

19    going on on those chats, and this witness has personal

20    knowledge.

21                THE COURT:  Are these the only two photos you intend

22    to introduce of the scenes or is there more?

23                MR. NESTLER:  These are the two photos of inside of

24    House Chamber.

25                THE COURT:  Okay.

1          MS. HALIM:  There are four photos of the door, which I

2    object to relevance grounds there, too, but I think you ruled

3    yesterday that --

4          THE COURT:  Just to reiterate, the testimony is

5    relevant.  I mean, again, part of the charges here is the

6    obstruction of the proceeding, and this is evidence of how the

7    proceedings were obstructed.

8          I think insofar as whether it's more prejudicial than

9    probative, I don't think it is particularly if we limit it to

10   just the two photographs.  I don't think that is unduly

11   prejudicial.  There is probative value to seeing how people

12   reacted when people began entering the Capitol and were in the

13   Capitol.  So I'll allow those two photographs.

14         Any other exhibits?

15         MS. HALIM:  Not that I'm aware of at this moment but

16   they just keep popping up.  So who knows by tomorrow morning.

17         MR. NESTLER:  We provided all the exhibits yesterday.

18         THE COURT:  All right.  What about the testimony?  We

19   talked about that yesterday and I voiced some concerns about

20   whether there's a basis for him to testify about what you've

21   suggested he will be testifying about, particularly relating to

22   staffers who were in the House Speaker's office.

23         MR. NESTLER:  So his testimony will generally be that

24   after he was in the House Chamber, he left shortly before or

25   around the time of the shooting, which was around 2:44 p.m.

1    And during that time, he was alerted by other members of the

2    staff that there were eight staffers who were in hiding in the

3    conference room of Speaker Pelosi's suite.  He's familiar with

4    them.  He knows who they are.  And for the next hour or so,

5    when he was in a secure location, he was in communication with

6    people, including them and others, about their whereabouts and

7    their well-being and his concern for their safety and how they

8    were going to be protected and how they were doing.

9            And so he will testify generally that he was aware of

10   where they were and that he knew they were hiding.  That's

11   generally what his testimony will be because it was all

12   happening realtime.

13           THE COURT:  And what role did these particular

14   staffers have in the certification process?

15           MR. NESTLER:  They had various roles.  There's eight

16   of them.  They had different positions.  He'll be able to name

17   each of the positions, not by name but by position about what

18   they do.

19           THE COURT:  Right.  But specifically with respect to

20   the proceedings, look, what I'm trying to get at is were they

21   there largely to observe?  Were they actually playing a role

22   that assisted the Speaker in performing her duties that day?

23           MR. NESTLER:  I believe it's both.  I don't believe

24   we're limited to talking to people who are essential to assist

25   the Speaker in performing her duties.  I mean, in general, the

1    speaker staff are hiding from rioters.  It's hard for the

2    speaker to preside over the chamber and perform her

3    constitutional duties.

4        THE COURT:  Look, yes.  On the other hand, that's true

5    of everything that happened inside the building that day, and

6    the question is what's particularly probative to the charge and

7    these defendants.  And that's why I'm trying to assess whether

8    these staffers actually play a meaningful role in the process

9    as opposed to if you're a staffer and you work for the Speaker,

10   I can understand why you want to be there to observe history in

11   the making.  But I haven't heard that they have any role, other

12   than perhaps just observing the proceedings that day.  I mean,

13   you haven't told me these are people who walked in like the

14   pages and the pages do actually perform  --

15       MR. NESTLER:  We're not saying they performed an

16   integral role.  There are eight of them.  They each have

17   different roles.  They are important members of the Speaker's

18   staff.  And we're not focused purely on what happened on

19   January 6th.  We're focused on more broadly the 2384 charge, as

20   well as the 1512(k) charge.  So we're not focused on just the

21   need to have the Speaker be present in order to certify the

22   vote.  We're focusing more on the government and these are

23   people who are representatives of the Speaker.  And so their

24   situation, what they were doing, is certainly relevant to

25   attacking the government and opposing the government.

1          MS. HALIM:  I do give Mr. Nestler a lot of credit for

2     his creativity and his quick thinking and his quick speaking,

3     but he said exactly what this is about.  He wants to have

4     Mr. Fleet get on that stand and talk about how concerned he was

5     for their safety, how concerned they were for their own safety,

6     with no disrespect at all because everyone was concerned for

7     their safety that day, so I'm not suggesting that that's not a

8     big deal, but it's not relevant to these charges.  Concern for

9     people's well-being and safety is not relevant to the charges

10    and especially not to these defendants when they went into

11    hiding, I think you said at 2:15, before they ever entered the

12    building.

13         MR. NESTLER:  They were hiding.

14         THE COURT:  And they continued to hide.

15         MS. HALIM:  Understood.

16         THE COURT:  I think here is why I'm on this -- I think

17    I'm going to strike a balance here in terms of prejudice, and I

18    think there's some probative value here.  On the other hand,

19    you know, the interruption of the proceedings, the way it

20    affected people who were inside the building is sort of vividly

21    on display both in terms of what his testimony is going to be

22    and what they see inside the chamber.  And I think we probably

23    get to a point where it's cumulative and unduly prejudicial to

24    start talking about staffers who were cowering in the offices,

25    unless there is a direct connection between their job and the

1    proceedings.  I understand the larger part of government and

2    resisting the authority of the United States, but you can more

3    than satisfy that element with the testimony and the evidence

4    concerning what happens inside the chambers itself.

5         MR. NESTLER:  So two responses to that, Your Honor.

6    First is that many of them were working on the inauguration and

7    preparing Speaker Pelosi for the inauguration, which these

8    defendants were also, our allegation is, opposing, trying to

9    oppose while they were there.

10        So separate and apart from the certification

11   proceeding on the 6th, there was a proceeding on the 20th, and

12   these people were integral to that and they were working on

13   that.  Some of them were working on that.

14        THE COURT:  On the 6th?

15        MR. NESTLER:  On the 6th.  There were meetings

16   happening about the inauguration that day, because the

17   inauguration was happening so soon in the future.

18        The second point is Kelly Meggs sent messages that

19   they were looking for Speaker Pelosi.  These defendants, two of

20   them, were standing near where these people were hiding at the

21   exact time they were hiding.  That is what is important for us

22   to get out.

23        The defense has already made this argument,

24   Mr. Weinberg made this argument today, that his client was

25   standing near a statue.  He was not.  We are entitled to put on

1    evidence that there were people, live human beings cowering in

2    an office just feet away from where he claims his client was

3    standing doing nothing.  Our argument is no, that wasn't

4    nothing.  There was actually a riot going on and people working

5    for the Speaker who was being targeted by this very group at

6    the very same time still cowering.  We have surveillance video

7    showing them going into hiding, surveillance video --

8            THE COURT:  How descriptive do you expect his

9    testimony to be about what they were experiencing?

10           MR. NESTLER:  Not particularly because he wasn't

11   experiencing it.  Just knowing that they were in hiding.  We're

12   not planning to have him talk about what their experience was.

13   We're talking about that it happened.  That is what's relevant

14   for us.  We'll point out, at the first trial, Your Honor, Kelly

15   Meggs' counsel introduced surveillance video.  So it's the same

16   sort of surveillance video that Kelly Meggs' defense counsel

17   introduced.  It showed Special Agent Lazarus sort of rescuing

18   them at 3:25 p.m.  And we actually highlighted it in closing at

19   the first trial these people taken out of the office and the

20   jury can see their faces for themselves about the way they went

21   into the office and the way they exited the conference room --

22   conference room, not the office -- in order to see what they

23   looked like.  Mr. Fleet is simply a vehicle to explain the

24   surveillance video that we're trying to introduce.

25           THE COURT:  All right.  I guess if his testimony is

1    limited in terms of effect it had on the staffers in the

2    office, in other words, they were locked in, they were able to

3    leave, had to be moved, fine.  But anything more than that I

4    think gets beyond what is needed and is unduly prejudicial at

5    this point, it seems to me.  So, for example, nothing about

6    hiding under tables, nothing about fearing for their lives,

7    nothing about phoning relatives.  I don't know whether he has

8    or you are intending to elicit any of that kind of testimony.

9    I think that's more than -- I'm not prepared to permit that

10   much.

11         MR. NESTLER:  That's not what we're trying to do.

12   We're trying to get to the fact they were there and not all the

13   things Your Honor has mentioned.

14         THE COURT:  Okay.  So if it's limited that there were

15   people inside the office, they were unable to leave the office

16   and then ultimately needed to leave at some point later on with

17   the assistance of Capitol Police, that's fine okay.

18         MR. PEED:  Do we have a time on the photographs?

19         MR. NESTLER:  He took the photographs at 5:17 p.m.

20         THE COURT:  These are photographs he himself took?

21         MR. NESTLER:  Three photographs of the broken door

22   frame where they were hiding he took at 5:17 p.m.

23         THE COURT:  I thought you were talking about the

24   photographs that Ms. Halim has object to.

25         MR. NESTLER:  Those were published by the Associated

 1   Press and Congressional Quarterly.  They were published online.

 2   They were between -- they would have been taken 2:20 when the

 3   recess began and when the evacuation was complete.

 4           THE COURT:  Okay.  And what period of time was he

 5   there?  Was he there for the entirety of that?

 6           MR. NESTLER:  He was evacuated just before the

 7   shooting, so just before 2:44.  Many people were not keeping

 8   track of the exact time.

 9           THE COURT:  Sure, understood.

10           MR. NESTLER:  Right around then.

11           THE COURT:  Okay.  All right.  So we have him

12   tomorrow.  Who else do we have?

13           MR. EDWARDS:  We'll do MPP -- we weren't sure how long

14   cross or redirect was going to go, but MPP Officer Anthony

15   Jackson.

16           THE COURT:  Okay.  And do we know what his -- I don't

17   think -- he didn't testify at the first trial.

18           MR. EDWARDS:  He did not.  It's one of the officers

19   who is in the Rotunda line at 3:18 when Joshua James and

20   Roberto Minuta are breaching that line of officers.

21           THE COURT:  Okay.  All right.  So it sounds like -- do

22   you have a third witness ready tomorrow?

23           MR. EDWARDS:  We really didn't think that Special

24   Agent Abrams would go as quickly as it has.  I'm not sure we do

25   have a third witness for tomorrow.

1           MR. NESTLER:  We do have witnesses from Florida flying

2      up this weekend and a number of other out-of-the-state

3      witnesses, so we'll be ready.

4           MS. HALIM:  Let me know who some of those are.  Okay?

5           MR. EDWARDS:  We started to move up next week's today.

6      Given what we saw happen today with Special Agent Abrams, we

7      moved those up.

8           MS. HALIM:  Can we know who those people are, please?

9      Thank you.

10          MR. EDWARDS:  We will.

11          MS. HALIM:  Now.

12          MR. EDWARDS:  24-hour notice.

13          MS. HALIM:  The record has it that I asked out loud.

14          MR. EDWARDS:  We will email tonight with some

15     additionals.

16          THE COURT:  And you'll have the weekend, weekend and a

17     half.  Okay.

18          I mean, if there is possibility of bringing in a third

19     witness tomorrow, because it doesn't sound like to me we'll

20     exhaust the entire morning, I'd ask that you see if somebody

21     can be available, even if it's just for something

22     straightforward.  I suspect the jury won't be unhappy to

23     adjourn early.

24          Where are we in the timeline of your case?

25          MR. EDWARDS:  We intend to rest next week.

1          THE COURT:  Okay.  First half, second half?

2          MR. EDWARDS:  Half, Wednesday, Thursday I suspect.

3   Given this timeline, I think Wednesday or Thursday is a good

4   estimate given that or assuming we have all jurors every day.

5          THE COURT:  That's a fair condition.  All right.

6          And then what's the defense's current thinking about

7   defense case?  I'm not holding you to anything.  I'm just

8   asking out loud.

9          MR. SHIPLEY:  Right now I have five witnesses,

10  probably take better part of three days, including Mr. Minuta,

11  who is probably going to go a full day.

12         THE COURT:  Okay.

13         MR. NESTLER:  Can I flag one issue, Your Honor?  I

14  think you mentioned this before the break if they are intending

15  to call Mr. Rhodes or Mr. Greene, we need to deal with any

16  conflicts considering people have new or additional counsel.

17         MR. SHIPLEY:  I suspect not Mr. Rhodes.  Mr. Greene is

18  still in the mix.  Ricky Jackson will be coming back.  I think

19  he had counsel last time.  He was able to consult with counsel

20  last time.  Mr. Greene has new counsel.  Same lawyer but he now

21  has additional counsel.

22         MR. NESTLER:  Those additional counsel represent other

23  defendants also indicted in this case?

24         THE COURT:  I think Mr. Bright now represents --

25         MR. NESTLER:  I think it's Mr. Bright.

1          MR. SHIPLEY:  And Mr. Woodward as well.  A returning

2   cast of characters for you.

3          THE COURT:  Okay.

4          MR. NESTLER:  Just for the record, so Ricky Jackson

5   was appointed counsel, and I think it was Nick Smith, if I

6   recall correctly.

7          MS. HALIM:  I'm sorry?

8          MR. NESTLER:  Ricky Jackson appointed Nick Smith.

9          MR. SHIPLEY:  You know, I think you're right.  I think

10  it was Nick Smith.

11         MR. NESTLER:  And I believe Mr. Smith is in a never-

12  ending trial down the hallway in the Proud Boys case.  So to

13  the extent he needs to have counsel available --

14         THE COURT:  Mr. Jackson testified though, right?

15         MR. NESTLER:  Yes.

16         THE COURT:  I suppose we could, out of an abundance of

17  caution, have him advised again.  Frankly, I'm not sure -- that

18  can be something done over the weekend.

19         MR. NESTLER:  I'm just pointing it out for Your Honor.

20         THE COURT:  Understood.  Okay.  Ms. Halim.

21         MS. HALIM:  At the outside, it would be two days.  I

22  think one day -- it would be between one and two days.

23         THE COURT:  Mr. Weinberg?

24         MR. WEINBERG:  One day, Your Honor.

25         THE COURT:  Mr. Peed?

```
1                MR. PEED:  One to two.
2                THE COURT:  Okay.  So we're still possibly looking at
3      two more weeks of evidence.
4                MR. NESTLER:  The 16th is a holiday.
5                THE COURT:  Right.
6                MR. PEED:  Maybe two to three.
7                THE COURT:  We're supposed to reduce the number of
8      days, not --
9                MR. PEED:  Live witnesses -- I'm not sure how -- I'm
10     not sure who they're calling.
11               THE COURT:  Okay.  All right.  Well, I think they
12     would simply just appreciate a sense of where we are.  It
13     sounds like what it means is that probably they should get the
14     case sometime the week of the 23rd.  I don't think we're that
15     far off.  Given all the holidays and everything it seems like
16     it's longer than it's actually been.  It's really only day 11
17     of the evidence, I think, right?  I think we're at day 11.
18               MS. HALIM:  Something like that.
19               THE COURT:  I think it's day 11.  As I said, it seems
20     like it's longer than it actually has been.  Okay.
21               Anything else?
22               MS. HALIM:  I have a motion which might shorten things
23     if you rule in my favor.
24               THE COURT:  You're seeking a directed verdict now?
25               MS. HALIM:  Yes, let's just go there.
```

1          No.  So at 4:29 p.m. Ms. Hughes emailed what she
2    called supplemental expert notice.  I think that's a sleight of
3    hand so they can anchor back to a date when on August 11 they
4    provide, the government provided expert notice relating to
5    Katherine Kane, CART examiner for the FBI, relating to digital
6    forensic analysis, what had been deleted and whatnot.
7          But in August of 2022 what was produced were reports
8    relating to the first group of defendants, their phones, their
9    analysis, those reports and whatnot, and then also Agent Banks'
10   CAST report.  We never got reports related to phones for any of
11   these folks and, in fact, pretrial I emailed Mr. Nestler
12   because I kept trying to figure out how they were going to
13   prove the obstruction count, not the obstruction of Congress
14   but obstruction by deleting evidence.  And Mr. Nestler in his
15   email responded back to me, "Review Agent Hilgeman's grand jury
16   testimony," which I did, which just says that Signal wasn't on
17   the phone when it was seized from Mr. Hackett at the search in
18   May of 2021.  And two, that Caleb Berry would testify to
19   whatever my client told him, which was the bit about taking a
20   photo and deleting it.
21         So I have had no report from any expert about a
22   forensic analysis of Mr. Hackett's phone until today at 4:30.
23   I move to preclude any expert testimony relating to this.  It's
24   untimely.  It is not supplemental, and so that's a disingenuous
25   use of that term.  And at this late point in the game, it's too

1    much to ask me to get everything ready, plus now have a

2    forensic person evaluate what the government's expert is

3    purportedly going to say.

4         MS. HUGHES:  That is the sum of Ms. Kane's -- of

5    Examiner Kane's testimony.  It will be that she looked at the

6    phone, the reports that they have and there is no Signal.  It's

7    a simple conclusion for all of these witnesses.  It is part of

8    our obstruction obligations.  It could be done, frankly,

9    through an agent.  It is as simple as saying there is no Signal

10   on this phone presently.

11        The government's case will be circumstantial that they

12   were sending messages.  This is not a technical forensic

13   determination.  There is no report because it is merely the

14   conclusion of the absence of these items off these phones.

15        THE COURT:  Is that the sum and substance of the

16   testimony, that I looked at the phone and there was no Signal

17   app as of the date I looked at the phone?

18        MS. HUGHES:  The sum and substance -- it's different

19   for each defendant.  So for Mr. Hackett, in particular, she

20   will say that on the phone there is no evidence of Signal being

21   presently on the phone but that there are artifacts that Signal

22   was on the phone.  And she will describe what those artifacts

23   were, and then she will circumstantially describe that he sent

24   messages between a date range that is inconsistent with it no

25   longer being on the phone.

1          For Mr. Vallejo, who is not charged, but she will

2     describe that there is not Signal present on his phone, and she

3     will describe that she has come to that conclusion by simply

4     examining the phone.

5          For Mr. Minuta, there is no similar analysis because

6     we don't have the phone from this time span.

7          Then from Mr. Moerschel, she will say there is no

8     Signal on the phone but that there is data from the period of

9     time indicating that the phone was operative during the time

10    period that these messages would have been sent through a

11    Signal application.  So, again, none of this is a technical

12    analysis from the phone itself.  This is all information

13    derived from the Cellebrite reports, which have been provided

14    for months and months.

15         THE COURT:  I was with you until the last bit.

16         Let's go just in reverse order.  With respect to

17    Mr. Moerschel, let me put it this way:  I think the absence of

18    Signal on the phones, I don't think that's something as to

19    which necessarily expert disclosure would be required.  If it's

20    just mere testimony that we had the phones, we got it on a

21    certain date, we looked to see what was on the phone and Signal

22    was not there, I don't think that's expert testimony, even

23    though the person is technically designated an expert.

24         However, if we're getting beyond that and talking

25    about artifacts that would suggest Signal's presence earlier

1    than that, then I do think we are getting into more technical

2    and expert areas because it does require expertise, and

3    ultimately she would be rendering an opinion based upon her

4    data analysis, which is in the realm of expert testimony.  And

5    that's where I'm running into some difficulty if it hasn't been

6    disclosed until now.

7          MS. HUGHES:  It is a matter of looking at the phones

8    and making these -- I think "artifacts" makes it seem more

9    technical than it is.  There are five things that she has

10   pointed to with respect to Mr. Hackett, I believe, and I would

11   need to pull up -- if I could pull up the notice itself, that

12   might be helpful.  Again, she's not expected to testify until

13   next week, so if there is something more --

14         THE COURT:  We'll have some time to discuss this more

15   tomorrow.  Look, I think it's pretty clear if it's going to be

16   more than just the absence of an app on the phone, then that's

17   expert testimony.  If she's going to opine that it existed at

18   some period of time based upon her evaluation of the phone,

19   whether it's Cellebrite or something else, you know, all that

20   said, I think it's pretty evident to the jury that Signal was

21   on the phone sometime during the period in question.  So I

22   don't know that it's testimony that's particularly necessary.

23         MS. HUGHES:  Understood.  Thank you, Your Honor.

24         THE COURT:  But we can talk about this tomorrow some

25   more.  Okay?  All right.

1          Everyone, have a nice evening I will see you in the

2     morning.

3          THE CLERK:  All rise.  This court stands in recess.

4          (Adjourned 5:17 p.m.)

1                    CERTIFICATE OF OFFICIAL REPORTER

2

3            I, Kelly Mortellite, Registered Merit Reporter

4    and Certified Realtime Reporter, in and for the United States

5    District Court for the District of Massachusetts, do hereby

6    certify that the foregoing transcript is a true and correct

7    transcript of the stenographically reported proceedings held in

8    the above-entitled matter to the best of my skill and ability.

9                    Dated this 5th day of January, 2023.

10

11               /s/ Kelly Mortellite

12               _____

13               Kelly Mortellite, RMR, CRR

14               Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25

## $

**$10,063** [1] - 3271:9
**$24,175** [1] - 3271:12

## '

**'21** [1] - 3190:7
**'storm** [1] - 3195:23

## /

**/s** [1] - 3292:11

## 1

**1** [3] - 3150:10, 3150:11, 3164:8
**1/21** [2] - 3195:5, 3196:16
**1/21/21** [1] - 3196:3
**10** [1] - 3158:7
**10,000** [2] - 3192:3, 3192:5
**1054.TR** [1] - 3247:13
**107** [1] - 3216:4
**1083.2** [1] - 3265:13
**109** [1] - 3216:2
**11** [6] - 3183:23, 3184:8, 3286:16, 3286:17, 3286:19, 3287:3
**1129** [1] - 3273:24
**114** [1] - 3144:13
**1150** [1] - 3144:17
**11:00** [2] - 3171:18, 3171:25
**11:18** [2] - 3171:15, 3171:16
**11:21** [2] - 3172:8, 3172:11
**11:50** [3] - 3172:23, 3173:10, 3252:10
**12** [1] - 3158:7
**124.1** [1] - 3221:6
**12:30** [3] - 3272:11, 3272:13
**12:57** [1] - 3221:19
**13** [1] - 3249:21
**14** [6] - 3143:7, 3182:23, 3237:6, 3237:11, 3237:14, 3244:3
**142EV** [1] - 3213:23
**14:19** [1] - 3149:4
**14:32** [1] - 3147:24
**15** [3] - 3158:7, 3160:4, 3181:10
**15.2** [1] - 3147:23
**1500** [1] - 3205:10
**1500.2** [5] - 3224:6, 3231:11, 3231:13, 3231:22, 3260:20
**1503.1** [1] - 3257:16
**1504.TR** [1] - 3246:24
**1508** [6] - 3157:21, 3157:22, 3236:11, 3236:12, 3239:24, 3241:6
**1512(k** [1] - 3277:20
**1532** [1] - 3144:10
**15:57** [1] - 3156:19
**16** [1] - 3199:11
**16:22** [1] - 3159:11
**16th** [1] - 3286:4
**17-foot** [1] - 3267:22

**174** [2] - 3211:24, 3211:25
**1765** [3] - 3228:19, 3228:22, 3228:24
**1775** [2] - 3144:17, 3229:10
**1776** [1] - 3229:13
**17:03** [1] - 3161:15
**17:44** [1] - 3163:22
**18** [1] - 3204:12
**1800s** [1] - 3170:25
**1863** [2] - 3265:25, 3267:20
**19129** [1] - 3144:7
**1996** [1] - 3166:21
**1:00** [8] - 3176:9, 3176:12, 3176:22, 3193:4, 3213:16, 3217:9, 3240:17, 3240:25
**1:19** [10] - 3173:12, 3173:16, 3173:17, 3176:1, 3176:15, 3176:21, 3176:22, 3176:24, 3252:12, 3252:14
**1:20** [1] - 3177:3
**1:25** [1] - 3213:24
**1:32** [1] - 3143:6
**1:38** [1] - 3240:22
**1:41** [1] - 3238:2
**1:48** [1] - 3204:7
**1:57** [1] - 3221:19
**1S.159.109** [1] - 3234:19

## 2

**2** [7] - 3150:12, 3156:14, 3157:23, 3159:17, 3164:8, 3233:22, 3233:23
**20** [8] - 3160:4, 3160:14, 3174:6, 3196:6, 3196:9, 3238:4, 3271:1
**20,000** [1] - 3267:22
**20-minute** [1] - 3261:22
**20006** [1] - 3144:18
**2004.V.2** [2] - 3242:12, 3242:14
**2008** [1] - 3263:11
**2019** [1] - 3263:13
**202** [2] - 3143:20, 3144:18
**2020** [6] - 3197:6, 3202:1, 3202:4, 3203:3, 3211:19, 3212:24
**2021** [5] - 3240:10, 3247:10, 3264:2, 3271:1, 3287:18
**2022** [1] - 3287:7
**2023** [2] - 3143:6, 3292:9
**20579** [1] - 3143:19
**208** [2] - 3217:21, 3217:24
**20s** [1] - 3218:8
**20th** [3] - 3188:6, 3213:11, 3279:11
**21** [4] - 3167:10, 3175:18, 3234:9, 3235:8
**2122** [5] - 3145:23, 3266:25, 3267:7, 3267:9, 3267:10
**2123** [5] - 3145:24, 3269:7, 3269:15, 3269:17, 3269:18
**2124** [6] - 3145:24, 3269:7, 3269:15, 3269:17, 3269:23
**2125** [6] - 3145:25, 3269:7, 3269:8, 3269:15, 3269:17, 3270:9

**215** [1] - 3144:7
**22-15** [1] - 3143:4
**22.V.1** [1] - 3231:3
**225** [1] - 3263:22
**228-1341** [1] - 3144:4
**23** [1] - 3174:7
**2384** [1] - 3277:19
**239** [1] - 3144:11
**23rd** [1] - 3286:14
**24-hour** [1] - 3283:12
**25** [1] - 3187:9
**252-72** [1] - 3143:20
**26** [5] - 3148:17, 3148:25, 3149:12, 3152:19, 3153:1
**265** [1] - 3144:13
**28** [2] - 3273:15, 3273:25
**29** [1] - 3273:15
**2:00** [4] - 3213:16, 3217:9, 3238:4, 3240:20
**2:02** [2] - 3205:25, 3217:19
**2:04** [4] - 3148:1, 3148:20, 3148:21, 3242:4
**2:06** [1] - 3214:15
**2:15** [10] - 3155:20, 3156:1, 3173:10, 3174:4, 3174:6, 3182:6, 3182:11, 3183:13, 3206:15, 3278:11
**2:16** [2] - 3217:21, 3222:1
**2:20** [1] - 3282:2
**2:24** [3] - 3178:22, 3182:12, 3183:14
**2:25** [3] - 3156:3, 3174:2, 3182:6
**2:30** [9] - 3148:4, 3148:5, 3148:9, 3148:16, 3148:23, 3241:9, 3241:11, 3241:15, 3241:20
**2:31** [1] - 3149:24
**2:32** [2] - 3249:25, 3250:1
**2:35** [2] - 3152:17, 3156:13
**2:38** [6] - 3173:20, 3174:4, 3174:6, 3183:10, 3183:14, 3184:21
**2:41** [6] - 3231:9, 3231:13, 3231:22, 3232:3, 3232:8, 3260:14
**2:44** [2] - 3275:25, 3282:7
**2:45** [1] - 3223:20
**2:47** [1] - 3220:4
**2:59** [1] - 3206:13

## 3

**30** [7] - 3174:6, 3193:14, 3193:18, 3193:21, 3234:11, 3235:5, 3242:3
**300-3229** [1] - 3144:7
**302s** [1] - 3146:23
**305.3** [1] - 3200:1
**31** [2] - 3211:19, 3212:24
**3147** [1] - 3145:4
**3165** [1] - 3145:4
**3169** [1] - 3145:9
**3175** [1] - 3145:10
**3180** [1] - 3145:11
**3194** [1] - 3145:12

**3198** [1] - 3145:13
**3200** [1] - 3145:14
**3201** [1] - 3145:15
**3203** [1] - 3145:16
**3212** [1] - 3145:17
**3216** [2] - 3145:18, 3145:19
**3221** [1] - 3145:20
**3226** [1] - 3145:21
**3230** [1] - 3145:5
**3235** [1] - 3145:22
**3262** [1] - 3145:7
**3267** [1] - 3145:23
**3269** [1] - 3145:24
**337-9755** [1] - 3144:11
**33901** [1] - 3144:10
**33950** [1] - 3144:14
**341** [1] - 3198:25
**3580** [1] - 3144:6
**36** [2] - 3185:13, 3185:15
**38** [1] - 3236:11
**3:00** [1] - 3205:1
**3:02** [1] - 3244:8
**3:10** [2] - 3159:20, 3160:9
**3:14** [4] - 3160:11, 3164:11, 3164:12, 3238:10
**3:15** [1] - 3164:12
**3:18** [1] - 3282:19
**3:19** [1] - 3206:13
**3:20** [1] - 3205:3
**3:25** [1] - 3280:18
**3:41** [1] - 3237:16
**3:45** [2] - 3223:22, 3224:2
**3D** [1] - 3268:6

### 4

**4** [1] - 3247:21
**40** [1] - 3240:25
**403** [1] - 3274:4
**420** [1] - 3147:14
**45** [2] - 3206:1, 3206:9
**4:00** [1] - 3254:8
**4:29** [1] - 3287:1
**4:30** [1] - 3287:22
**4:49** [2] - 3183:20, 3186:12

### 5

**5** [1] - 3143:6
**53** [1] - 3247:21
**54** [1] - 3173:22
**55-minute** [1] - 3174:4
**5702** [2] - 3232:18, 3232:22
**5706** [2] - 3232:18, 3232:20
**575-8000** [1] - 3144:14
**5:00** [2] - 3262:14, 3264:22
**5:17** [3] - 3281:19, 3281:22, 3291:4
**5:21** [2] - 3185:11, 3186:12
**5th** [11] - 3165:9, 3165:14, 3165:21,

3165:22, 3167:1, 3188:6, 3225:4,
3250:17, 3251:5, 3252:7, 3292:9

### 6

**6** [19] - 3147:11, 3167:10, 3168:14,
3175:18, 3190:7, 3194:14, 3197:16,
3203:17, 3234:9, 3234:14, 3235:4,
3235:8, 3235:12, 3236:8, 3240:8,
3250:9, 3251:10, 3251:17, 3252:1
**60** [1] - 3193:22
**601** [1] - 3143:19
**6:00** [8] - 3174:22, 3180:17, 3184:9,
3184:12, 3184:17, 3190:22, 3191:21,
3194:9
**6:21** [1] - 3169:16
**6:23** [1] - 3169:22
**6:26** [1] - 3169:25
**6:27** [1] - 3170:8
**6:30** [4] - 3147:14, 3171:17, 3231:5,
3249:9
**6:33** [1] - 3171:15
**6th** [53] - 3147:14, 3147:17, 3166:11,
3167:4, 3169:7, 3171:17, 3171:18,
3172:11, 3176:1, 3180:21, 3197:17,
3203:23, 3204:20, 3206:22, 3207:3,
3213:15, 3225:5, 3231:1, 3233:7,
3235:25, 3237:7, 3237:21, 3238:21,
3239:20, 3240:10, 3240:14, 3244:1,
3247:4, 3247:10, 3248:6, 3248:25,
3249:9, 3251:2, 3251:6, 3252:9,
3254:8, 3254:21, 3254:24, 3254:25,
3255:7, 3256:5, 3256:17, 3264:2,
3264:4, 3268:13, 3268:25, 3270:19,
3272:19, 3277:19, 3279:11, 3279:14,
3279:15

### 7

**7** [1] - 3201:25
**720** [3] - 3172:3, 3197:11, 3199:16
**745** [1] - 3144:3
**7:00** [1] - 3188:24
**7:08** [3] - 3187:11, 3187:21, 3188:17
**7:32** [1] - 3190:21
**7:55** [2] - 3234:11, 3235:5
**7th** [2] - 3264:18, 3267:23

### 8

**808** [1] - 3144:4
**8:31** [1] - 3235:12

### 9

**9** [1] - 3203:3
**902** [1] - 3226:8
**90211** [1] - 3265:15
**919-9491** [1] - 3144:18
**941** [1] - 3144:14

**9552** [1] - 3249:21
**9554** [2] - 3187:8, 3254:6
**9557** [3] - 3145:22, 3234:21, 3235:1
**96734** [1] - 3144:4
**9:00** [1] - 3147:15

### A

**a.m** [15] - 3147:15, 3169:16, 3169:25,
3170:8, 3171:15, 3171:16, 3172:8,
3172:11, 3172:23, 3190:22, 3191:21,
3194:9, 3252:10, 3264:22
**abided** [1] - 3178:17
**ability** [1] - 3292:8
**able** [14] - 3158:19, 3177:19, 3197:12,
3203:5, 3233:12, 3239:1, 3239:3,
3239:6, 3239:19, 3259:22, 3274:5,
3276:16, 3281:2, 3284:19
**above-entitled** [1] - 3292:8
**Abrams** [30] - 3146:16, 3147:7, 3195:3,
3198:19, 3200:3, 3201:24, 3205:6,
3221:8, 3230:13, 3232:20, 3233:16,
3234:8, 3235:11, 3236:23, 3243:22,
3245:1, 3245:13, 3246:1, 3246:25,
3248:6, 3250:19, 3255:7, 3255:20,
3257:2, 3257:7, 3260:11, 3261:15,
3261:16, 3282:24, 3283:6
**ABRAMS** [1] - 3145:3
**Abrams'** [1] - 3146:4
**absence** [3] - 3288:14, 3289:17,
3290:16
**absolutely** [1] - 3146:25
**abundance** [1] - 3285:16
**according** [2] - 3148:17, 3243:13
**accuracy** [1] - 3168:24
**accurate** [5] - 3168:18, 3210:11, 3259:7,
3267:3, 3269:11
**accurately** [1] - 3224:8
**Ace** [1] - 3202:6
**Act** [2] - 3212:10, 3213:9
**action** [4] - 3195:5, 3195:8, 3195:22,
3196:2
**activist** [1] - 3177:6
**actors** [2] - 3217:14, 3218:9
**acts** [1] - 3199:11
**actual** [1] - 3149:9
**actuated** [1] - 3199:19
**addition** [2] - 3155:6, 3209:13
**additional** [4] - 3260:11, 3284:16,
3284:21, 3284:22
**additionals** [1] - 3283:15
**address** [3] - 3250:19, 3264:13, 3273:1
**adjacent** [1] - 3266:4
**adjourn** [1] - 3283:23
**Adjourned** [1] - 3291:4
**admissible** [1] - 3209:20
**admit** [10] - 3167:16, 3180:6, 3180:13,
3194:16, 3211:21, 3216:23, 3221:4,
3234:19, 3267:6, 3269:14
**admitted** [31] - 3169:4, 3169:5, 3175:25,

3180:14, 3194:24, 3194:25, 3195:1, 3198:17, 3198:18, 3200:1, 3200:2, 3201:20, 3201:21, 3203:21, 3203:22, 3211:23, 3212:1, 3216:3, 3216:5, 3216:24, 3216:25, 3221:6, 3221:7, 3226:10, 3226:11, 3234:25, 3235:1, 3267:9, 3267:10, 3269:17

**advance** [1] - 3181:14
**advised** [1] - 3285:17
**affected** [1] - 3278:20
**afternoon** [10] - 3165:6, 3165:7, 3165:21, 3176:22, 3205:2, 3205:3, 3262:23, 3264:24, 3264:10, 3264:11
**Afternoon** [1] - 3143:8
**afterwards** [1] - 3195:7
**age** [1] - 3170:22
**Agent** [36] - 3146:4, 3146:16, 3147:7, 3195:3, 3198:19, 3200:3, 3201:24, 3205:6, 3221:8, 3226:15, 3230:13, 3232:20, 3233:15, 3234:8, 3235:11, 3236:23, 3243:22, 3245:1, 3245:13, 3246:1, 3246:25, 3248:6, 3250:19, 3255:7, 3255:20, 3257:2, 3257:7, 3257:23, 3260:11, 3261:15, 3261:16, 3280:17, 3282:24, 3283:6, 3287:9, 3287:15
**agent** [2] - 3169:6, 3288:9
**agitators** [1] - 3176:4
**ago** [1] - 3256:4
**agree** [10] - 3178:2, 3178:6, 3186:16, 3186:19, 3192:3, 3192:20, 3193:18, 3228:13, 3229:19, 3259:12
**agreed** [1] - 3235:20
**agreement** [1] - 3259:17
**ahead** [13] - 3147:25, 3167:24, 3168:16, 3180:13, 3206:25, 3214:11, 3216:2, 3219:7, 3220:12, 3220:24, 3229:2, 3247:16, 3257:1
**air** [4] - 3199:21, 3199:22, 3226:2, 3226:15
**AL** [1] - 3143:7
**alert** [2] - 3169:8, 3175:5
**alerted** [1] - 3276:1
**Alex** [5] - 3192:13, 3206:21, 3207:2, 3207:8, 3207:13
**Alexander** [2] - 3192:15, 3208:20
**Alexandra** [1] - 3143:17
**Ali** [2] - 3192:15, 3208:20
**allegation** [1] - 3279:8
**alleged** [3] - 3197:16, 3208:3, 3208:5
**allow** [5] - 3168:23, 3201:19, 3209:1, 3209:2, 3275:13
**allowed** [5] - 3162:13, 3166:7, 3191:14, 3245:17, 3264:17
**allows** [1] - 3152:5
**almost** [2] - 3188:17
**alone** [1] - 3207:4
**amalgamation** [1] - 3148:14
**America** [1] - 3196:1
**AMERICA** [1] - 3143:3

**American** [2] - 3177:3, 3178:6
**AMIT** [1] - 3143:12
**amount** [2] - 3271:7, 3271:10
**analysis** [7] - 3202:7, 3287:6, 3287:9, 3287:22, 3289:5, 3289:12, 3290:4
**analyzing** [1] - 3154:15
**anchor** [1] - 3287:3
**Angela** [1] - 3144:6
**answer** [1] - 3146:12
**answered** [1] - 3205:16
**antecedent** [1] - 3190:25
**Anthony** [1] - 3282:14
**anticipation** [1] - 3271:14
**Antifa** [22] - 3213:20, 3215:24, 3216:8, 3217:11, 3217:12, 3218:12, 3218:16, 3219:18, 3222:4, 3222:23, 3223:11, 3223:14, 3224:3, 3247:4, 3248:7, 3249:16, 3249:19, 3249:23, 3250:4, 3250:13, 3251:14, 3251:20
**antique** [1] - 3170:21
**apart** [1] - 3279:10
**APB** [1] - 3230:3
**app** [2] - 3288:17, 3290:16
**appear** [4] - 3168:5, 3168:6, 3168:13, 3219:19
**APPEARANCES** [2] - 3143:15, 3144:1
**applicants** [1] - 3203:12
**application** [1] - 3289:11
**appointed** [2] - 3285:5, 3285:8
**appreciate** [2] - 3230:11, 3286:12
**approached** [3] - 3257:17, 3258:5, 3258:18
**approaching** [1] - 3257:8
**architect** [1] - 3261:21
**Architect** [5] - 3262:17, 3263:6, 3263:7, 3263:18, 3269:2
**architects** [1] - 3263:24
**archway** [1] - 3268:8
**area** [6] - 3154:23, 3155:24, 3165:9, 3173:4, 3196:9, 3225:17
**areas** [1] - 3290:2
**argue** [1] - 3228:21
**argument** [5] - 3220:14, 3279:23, 3279:24, 3280:3
**arise** [1] - 3170:1
**Arizona** [7] - 3171:22, 3185:12, 3199:9, 3200:6, 3200:23, 3222:21, 3223:4
**arm** [1] - 3270:17
**armed** [1] - 3253:20
**arms** [1] - 3181:2
**arrange** [3] - 3165:24, 3179:16, 3180:19
**arranged** [1] - 3187:4
**arranging** [1] - 3180:1
**arrest** [1] - 3239:17
**arrested** [2] - 3239:9, 3239:14
**arrive** [1] - 3152:8
**arrived** [3] - 3231:18, 3246:6, 3267:23
**arrives** [2] - 3156:14, 3241:21
**art** [1] - 3268:5

**articles** [2] - 3209:9, 3219:12
**artifacts** [4] - 3288:21, 3288:22, 3289:25, 3290:8
**artist** [1] - 3158:24
**aspects** [3] - 3268:15, 3271:19
**assess** [1] - 3277:7
**assessment** [3] - 3264:15, 3269:2
**assist** [4] - 3178:24, 3179:1, 3181:19, 3276:24
**assistance** [2] - 3186:23, 3281:17
**assisted** [1] - 3276:22
**Associated** [1] - 3281:25
**assuming** [3] - 3173:25, 3182:16, 3284:4
**assure** [1] - 3185:12
**attach** [1] - 3177:10
**attached** [1] - 3199:21
**attacked** [1] - 3216:13
**attacking** [1] - 3277:25
**attempt** [1] - 3246:10
**attempting** [1] - 3258:10
**attended** [1] - 3192:24
**attending** [1] - 3254:23
**attention** [4] - 3163:4, 3204:8, 3221:18, 3264:2
**ATTORNEY'S** [1] - 3143:18
**August** [3] - 3202:4, 3203:3, 3287:3, 3287:7
**AUSA** [3] - 3143:16, 3143:16, 3143:17, 3143:18
**authenticate** [1] - 3274:5
**authenticity** [1] - 3265:15
**authority** [2] - 3196:13, 3279:2
**auto** [1] - 3151:21
**Auto** [2] - 3152:2, 3152:4
**available** [5] - 3178:23, 3181:18, 3253:25, 3283:21, 3285:13
**Avenue** [1] - 3144:13
**avoid** [4] - 3146:9, 3146:20, 3219:1, 3272:17
**aware** [16] - 3152:3, 3152:5, 3180:3, 3200:6, 3200:8, 3200:10, 3200:11, 3200:12, 3200:14, 3209:25, 3225:10, 3229:12, 3229:15, 3235:24, 3275:15, 3276:9

## B

**background** [1] - 3263:14
**backpack** [1] - 3214:9
**backwards** [3] - 3218:6, 3218:10, 3218:13
**bad** [3] - 3180:24, 3217:14, 3218:9
**Badalament** [19] - 3231:18, 3231:20, 3231:21, 3232:18, 3234:4, 3236:10, 3237:5, 3242:12, 3242:20, 3244:21, 3245:22, 3246:23, 3247:12, 3249:25, 3254:18, 3260:21, 3261:9, 3265:12, 3265:17
**BADALAMENT** [1] - 3242:13

**bag** [2] - 3204:9, 3214:4
**balance** [1] - 3278:17
**balcony** [2] - 3274:1, 3274:6
**balloons** [1] - 3199:21
**ballots** [1] - 3212:11
**bangs** [1] - 3221:23
**Banks'** [1] - 3287:9
**bare** [1] - 3268:14
**barricade** [1] - 3155:12
**barricades** [2] - 3156:14, 3156:16
**barrier** [1] - 3157:10
**barriers** [9] - 3154:20, 3155:4, 3155:7, 3155:11, 3155:20, 3157:13, 3176:5, 3176:8, 3176:11
**based** [14] - 3156:2, 3167:3, 3172:19, 3210:6, 3222:23, 3227:18, 3258:17, 3258:24, 3259:22, 3270:12, 3273:11, 3273:13, 3290:3, 3290:18
**basis** [4] - 3210:15, 3259:2, 3271:19, 3275:20
**bastards** [1] - 3248:21
**bear** [1] - 3197:22
**beard** [1] - 3223:9
**bears** [1] - 3208:10
**becomes** [2] - 3163:4, 3209:20
**bedlam** [5] - 3179:6, 3183:2, 3183:6, 3250:3, 3256:15
**BEFORE** [1] - 3143:12
**began** [3] - 3241:5, 3275:12, 3282:3
**begin** [3] - 3153:7, 3256:19, 3264:13
**beginning** [5] - 3198:25, 3212:3, 3221:18, 3241:7, 3245:21
**begins** [2] - 3204:3, 3241:25
**behavior** [1] - 3208:13
**behind** [28] - 3155:12, 3162:18, 3163:9, 3204:9, 3219:25, 3220:3, 3221:15, 3232:5, 3236:21, 3257:3, 3257:7, 3257:9, 3257:17, 3258:2, 3258:11, 3258:12, 3258:14, 3259:5, 3259:7, 3259:10, 3259:15, 3259:18, 3260:2, 3260:5, 3260:7, 3261:11, 3268:19
**beings** [1] - 3280:1
**bell** [1] - 3228:20
**below** [1] - 3154:6
**Berry** [1] - 3287:18
**best** [3] - 3161:18, 3201:2, 3292:8
**betrayed** [1] - 3252:14
**better** [3] - 3190:17, 3238:24, 3284:10
**between** [35] - 3148:5, 3150:11, 3150:21, 3160:13, 3171:15, 3171:17, 3173:10, 3174:4, 3176:22, 3178:10, 3182:11, 3183:1, 3183:4, 3183:13, 3183:14, 3184:21, 3188:7, 3194:21, 3198:4, 3207:18, 3213:11, 3224:22, 3225:3, 3225:4, 3228:24, 3240:17, 3248:24, 3250:16, 3258:25, 3269:1, 3270:15, 3278:25, 3282:2, 3285:22, 3288:24
**beyond** [4] - 3244:14, 3245:8, 3281:4, 3289:24

**Biden** [2] - 3189:15, 3212:15
**bids** [1] - 3271:22
**big** [2] - 3156:4, 3278:8
**bigger** [1] - 3196:23
**bike** [8] - 3154:18, 3154:20, 3154:23, 3155:4, 3155:7, 3155:20, 3157:10, 3157:13
**bins** [1] - 3193:16
**bit** [15] - 3147:7, 3152:17, 3159:15, 3161:17, 3162:23, 3197:1, 3207:1, 3209:25, 3219:12, 3243:3, 3251:25, 3261:3, 3264:22, 3287:19, 3289:15
**Bittner** [1] - 3165:18
**black** [1] - 3157:18
**blade** [2] - 3166:5, 3170:5
**bless** [1] - 3195:25
**block** [1] - 3155:4
**blockade** [1] - 3246:11
**blocking** [1] - 3154:20
**blocks** [3] - 3169:9, 3215:20, 3216:7
**blood** [2] - 3177:4, 3178:6
**Blue** [2] - 3177:15, 3180:18
**blurry** [1] - 3226:16
**board** [4] - 3171:8, 3179:10, 3179:24, 3195:18
**boarded** [1] - 3170:20
**boarding** [5] - 3170:6, 3170:13, 3170:16, 3170:18, 3171:10
**boat** [6] - 3180:4, 3180:20, 3181:1, 3181:2, 3181:6, 3181:7
**bomb** [1] - 3212:13
**booked** [1] - 3199:11
**boss** [1] - 3264:10
**bottom** [8] - 3148:4, 3148:21, 3152:17, 3219:10, 3219:12, 3220:8, 3270:3, 3270:5
**bought** [1] - 3197:15
**Box** [1] - 3144:3
**boy** [1] - 3189:5
**Boys** [1] - 3285:12
**bracketed** [1] - 3168:24
**breach** [5] - 3158:4, 3215:17, 3222:10, 3242:24, 3245:6
**breached** [2] - 3242:8, 3245:2
**breaching** [1] - 3282:20
**break** [5] - 3205:2, 3205:3, 3219:2, 3219:9, 3284:14
**breaking** [1] - 3224:3
**brick** [1] - 3222:7
**bright** [2] - 3284:24, 3284:25
**bring** [13] - 3147:1, 3166:5, 3170:13, 3172:8, 3172:16, 3249:5, 3265:12, 3266:24, 3269:6, 3269:7, 3269:23, 3270:9, 3273:17
**bringing** [5] - 3181:21, 3183:11, 3253:14, 3253:16, 3283:18
**broadly** [1] - 3277:19
**broke** [3] - 3211:13, 3222:14, 3223:13
**broken** [12] - 3248:18, 3268:15,

3268:22, 3268:23, 3269:20, 3270:1, 3270:2, 3270:4, 3270:11, 3270:14, 3281:21
**bronze** [1] - 3267:22, 3268:15
**brought** [7] - 3172:3, 3172:14, 3172:17, 3193:16, 3197:17, 3207:11
**BROWN** [2] - 3144:9, 3144:12
**brutal** [1] - 3181:9
**bubble** [1] - 3167:14
**bud** [1] - 3201:4
**buddy** [1] - 3202:4
**building** [52] - 3152:14, 3154:18, 3154:21, 3155:2, 3155:6, 3155:8, 3155:11, 3155:16, 3156:9, 3156:15, 3157:3, 3163:21, 3173:20, 3199:12, 3215:17, 3217:22, 3231:9, 3232:6, 3232:9, 3237:17, 3245:18, 3246:5, 3249:23, 3254:12, 3259:15, 3259:18, 3259:19, 3260:14, 3261:4, 3261:12, 3264:6, 3264:9, 3264:12, 3264:16, 3264:17, 3264:18, 3264:23, 3264:24, 3264:25, 3265:1, 3265:2, 3265:3, 3265:5, 3266:20, 3267:23, 3270:23, 3270:24, 3271:18, 3271:22, 3277:5, 3278:12, 3278:20
**buildings** [2] - 3150:7, 3264:1
**built** [1] - 3202:11
**bummed** [1] - 3200:20
**bunch** [1] - 3209:13
**burning** [1] - 3180:19
**business** [3] - 3159:1, 3159:3, 3159:7
**but..** [2] - 3158:10, 3226:16
**butt** [1] - 3189:5
**buy** [1] - 3198:13
**BY** [4] - 3147:6, 3211:12, 3230:12, 3262:22

## C

**cache** [1] - 3222:5
**Caldwell** [3] - 3179:16, 3179:22, 3180:15
**Caleb** [1] - 3287:18
**cam** [3] - 3172:3, 3199:16, 3201:4
**camera** [6] - 3158:14, 3159:20, 3172:22, 3174:1, 3197:11, 3260:25
**cannot** [1] - 3150:8
**cans** [1] - 3193:22
**capability** [1] - 3225:19
**Capitol** [130] - 3148:6, 3148:12, 3149:13, 3150:2, 3150:6, 3150:16, 3151:4, 3151:7, 3153:19, 3154:6, 3154:17, 3154:21, 3154:24, 3155:2, 3173:20, 3174:11, 3176:2, 3176:5, 3176:13, 3176:16, 3177:4, 3177:13, 3177:15, 3177:21, 3178:7, 3179:7, 3186:21, 3188:24, 3189:9, 3189:18, 3190:11, 3191:4, 3191:5, 3191:25, 3192:6, 3192:10, 3192:18, 3192:22, 3192:23, 3193:1, 3193:6, 3193:12,

3195:23, 3200:23, 3204:3, 3204:11, 3207:23, 3213:20, 3214:2, 3215:9, 3215:17, 3216:13, 3218:2, 3218:6, 3218:17, 3219:23, 3222:10, 3222:21, 3223:4, 3223:5, 3223:17, 3232:6, 3236:19, 3237:16, 3238:5, 3238:8, 3238:9, 3240:20, 3241:5, 3241:13, 3241:21, 3241:24, 3242:2, 3243:1, 3245:3, 3245:7, 3245:14, 3246:2, 3246:5, 3246:6, 3246:9, 3249:16, 3250:2, 3250:4, 3250:13, 3251:14, 3254:12, 3254:25, 3255:12, 3256:5, 3256:14, 3257:3, 3257:10, 3257:11, 3257:12, 3258:3, 3258:5, 3259:6, 3260:1, 3260:14, 3260:17, 3260:22, 3261:1, 3261:22, 3263:6, 3263:7, 3263:9, 3263:18, 3263:20, 3263:21, 3264:1, 3264:3, 3264:5, 3264:17, 3264:21, 3264:24, 3265:9, 3265:11, 3266:1, 3267:23, 3269:2, 3270:23, 3271:21, 3275:12, 3275:13, 3281:17
**Capitol's** [1] - 3262:17
**career** [1] - 3153:11
**carpentry** [1] - 3263:23
**Carrion** [5] - 3161:6, 3161:7, 3161:21, 3162:15, 3163:1
**carry** [1] - 3268:9
**carrying** [2] - 3268:10
**cars** [1] - 3246:19
**CART** [1] - 3287:5
**cart** [10] - 3149:9, 3149:12, 3151:21, 3151:25, 3152:6, 3152:21, 3152:24, 3246:13, 3246:15, 3246:17
**carts** [3] - 3148:3, 3153:6, 3156:14
**case** [10] - 3153:11, 3272:15, 3272:18, 3272:19, 3283:24, 3284:7, 3284:23, 3285:12, 3286:14, 3288:11
**cast** [1] - 3285:2
**CAST** [1] - 3287:10
**caused** [1] - 3269:3
**causing** [1] - 3218:16
**caution** [1] - 3285:17
**CCTV** [3] - 3148:13, 3189:20, 3253:16
**cell** [1] - 3202:7
**Cellebrite** [2] - 3289:13, 3290:19
**Center** [1] - 3263:9
**center** [2] - 3266:6, 3266:16
**ceremonial** [2] - 3271:18, 3271:19
**ceremony** [1] - 3271:22
**certain** [6] - 3230:18, 3236:24, 3238:13, 3238:25, 3264:5, 3289:21
**certainly** [2] - 3258:13, 3277:24
**CERTIFICATE** [1] - 3292:1
**certificate** [1] - 3265:15
**certification** [10] - 3173:16, 3189:25, 3194:10, 3194:11, 3204:16, 3204:20, 3211:15, 3213:2, 3276:14, 3279:10
**Certified** [1] - 3292:4
**certified** [1] - 3190:1
**certify** [3] - 3189:15, 3277:21, 3292:6

cetera" [1] - 3235:7
**chain** [1] - 3158:9
**Chamber** [3] - 3273:20, 3274:24, 3275:24
**chamber** [2] - 3277:2, 3278:22
**chambers** [1] - 3279:4
**chance** [1] - 3199:14
**chances** [2] - 3202:9, 3203:3
**Chandler** [4] - 3197:7, 3199:3, 3199:5, 3199:13
**change** [2] - 3257:19, 3257:22
**changed** [1] - 3261:10
**Channel** [1] - 3209:10
**chaotic** [1] - 3183:8
**characterization** [1] - 3259:12
**characters** [1] - 3285:2
**charge** [4] - 3233:23, 3277:6, 3277:19, 3277:20
**charged** [1] - 3289:1
**charges** [3] - 3275:5, 3278:8, 3278:9
**Chat** [2] - 3251:20, 3251:22
**chat** [52] - 3147:11, 3147:17, 3167:10, 3167:12, 3168:14, 3175:18, 3188:1, 3188:10, 3188:11, 3188:18, 3190:8, 3194:13, 3194:14, 3195:14, 3200:12, 3201:2, 3201:7, 3201:11, 3201:25, 3203:17, 3207:12, 3207:20, 3207:25, 3208:17, 3208:18, 3211:2, 3213:22, 3215:7, 3218:20, 3225:8, 3234:9, 3234:15, 3235:4, 3235:8, 3235:12, 3235:19, 3235:22, 3236:8, 3240:8, 3240:12, 3240:14, 3240:22, 3242:2, 3249:11, 3250:9, 3251:10, 3251:15, 3251:17, 3253:23, 3256:13, 3256:18
**chats** [9] - 3166:2, 3167:9, 3198:9, 3207:18, 3217:10, 3230:18, 3230:21, 3230:23, 3274:19
**chemical** [1] - 3268:24
**chest** [1] - 3161:22
**Chi** [1] - 3190:14
**chose** [1] - 3148:16
**Chris** [1] - 3218:12
**Christmas** [1] - 3197:6, 3198:1, 3198:8
**Christopher** [3] - 3267:16, 3267:17, 3268:11
**chronological** [1] - 3168:7
**chronology** [1] - 3195:14
**circle** [3] - 3162:18, 3219:13, 3266:12
**circled** [3] - 3223:8, 3266:5, 3270:4
**circuit** [1] - 3156:8
**circumstantial** [1] - 3288:11
**circumstantially** [1] - 3288:23
**city** [1] - 3166:4
**civilian** [1] - 3170:1
**claims** [1] - 3280:2
**clarify** [1] - 3147:8
**clashes** [1] - 3155:18
**clean** [2] - 3212:11, 3259:4
**clear** [5] - 3219:9, 3220:24, 3259:5,

3260:4, 3290:15
**CLERK** [3] - 3206:12, 3272:23, 3291:3
**clicked** [1] - 3228:5
**client** [3] - 3279:24, 3280:2, 3287:19
**clients** [1] - 3230:18
**CLINTON** [1] - 3144:16
**clip** [11] - 3226:1, 3227:2, 3245:25, 3247:24, 3248:1, 3248:4, 3265:13, 3265:21, 3266:2, 3266:6, 3266:19
**clips** [2] - 3207:8, 3247:13
**close** [2] - 3160:18, 3206:11
**closed** [9] - 3146:14, 3153:4, 3156:8, 3159:3, 3159:7, 3238:21, 3266:22, 3267:1
**closer** [5] - 3246:9, 3268:23, 3270:11, 3270:13, 3270:17
**closing** [1] - 3280:18
**co** [3] - 3198:9, 3208:7, 3208:11
**co-conspirator** [2] - 3208:7, 3208:11
**co-conspirators** [1] - 3198:9
**coincided** [1] - 3270:24
**cold** [1] - 3181:5
**collection** [1] - 3202:8
**collectors** [2] - 3216:19, 3217:4
**college** [1] - 3263:17
**color** [1] - 3157:19
**COLUMBIA** [1] - 3143:1
**Columbus** [21] - 3160:4, 3265:6, 3265:20, 3265:24, 3265:25, 3266:18, 3266:19, 3267:1, 3267:3, 3267:11, 3267:16, 3267:18, 3267:24, 3268:4, 3268:12, 3269:4, 3270:18, 3270:20, 3271:5, 3271:11, 3271:13
**Com** [1] - 3190:14
**combatting** [1] - 3249:18
**Comfort** [10] - 3165:9, 3165:24, 3172:23, 3173:24, 3174:2, 3180:1, 3182:7, 3184:18, 3189:20, 3224:18
**comfortable** [2] - 3154:11, 3262:20
**coming** [14] - 3163:25, 3170:9, 3175:1, 3175:7, 3181:10, 3182:7, 3210:21, 3235:7, 3235:15, 3235:21, 3254:15, 3257:11, 3264:22, 3284:18
**commenting** [1] - 3190:1
**commercial** [1] - 3181:7
**commit** [1] - 3192:2
**commonly** [1] - 3266:10
**communicated** [2] - 3188:14, 3240:5
**communicating** [1] - 3274:10
**communication** [5] - 3161:25, 3249:8, 3258:24, 3259:3, 3276:5
**communications** [2] - 3150:11, 3203:8
**community** [1] - 3180:20
**company** [1] - 3149:22
**compared** [1] - 3154:13
**compensate** [1] - 3181:14
**complaining** [1] - 3159:6
**complete** [1] - 3282:3
**completely** [4] - 3198:6, 3243:11,

3243:24
**complex** [3] - 3263:20, 3263:21, 3264:1
**components** [1] - 3268:1
**compound** [1] - 3153:20
**concern** [4] - 3168:15, 3258:8, 3276:7, 3278:8
**concerned** [5] - 3182:17, 3274:11, 3278:4, 3278:5, 3278:6
**concerning** [1] - 3279:4
**concerns** [2] - 3168:10, 3275:19
**conclude** [1] - 3255:18
**conclusion** [4] - 3210:18, 3288:7, 3288:14, 3289:3
**conclusions** [1] - 3243:21
**concrete** [2] - 3215:20, 3216:7
**condition** [2] - 3270:7, 3284:5
**conduct** [2] - 3208:9, 3256:21
**conducted** [1] - 3146:23
**conference** [4] - 3225:1, 3276:3, 3280:21, 3280:22
**confirm** [1] - 3204:11
**confirmed** [1] - 3222:5
**conflicts** [1] - 3284:16
**confused** [2] - 3147:8, 3147:9
**Congress** [15] - 3183:2, 3188:23, 3188:24, 3189:15, 3194:6, 3212:8, 3218:3, 3228:25, 3229:5, 3229:16, 3250:2, 3256:14, 3274:16, 3287:13
**Congressional** [1] - 3282:1
**connection** [1] - 3278:25
**Connor** [1] - 3144:9
**conquistador** [1] - 3268:16
**conquistadors** [1] - 3268:10
**conscious** [1] - 3206:16
**consecutive** [1] - 3168:5
**considering** [1] - 3284:16
**consisted** [1] - 3209:19
**conspiracy** [5] - 3197:25, 3207:14, 3208:4, 3208:6, 3208:11
**conspirator** [2] - 3208:7, 3208:11
**conspirators** [1] - 3198:9
**constitutional** [1] - 3277:3
**consult** [1] - 3284:19
**consultation** [1] - 3273:12
**contact** [2] - 3250:16, 3264:11
**contacts** [2] - 3180:20, 3199:3
**contents** [1] - 3146:11
**context** [6] - 3185:22, 3195:11, 3202:15, 3219:16, 3220:18, 3259:1
**Continental** [3] - 3228:25, 3229:5, 3229:16
**continue** [5] - 3146:4, 3147:5, 3157:2, 3197:16, 3199:10
**CONTINUED** [2] - 3144:1, 3147:6
**Continued** [1] - 3145:4
**continued** [1] - 3278:14
**continues** [3] - 3181:4, 3212:7, 3214:16
**conversation** [2] - 3213:22, 3243:5
**convey** [1] - 3258:10

**cool** [1] - 3199:5
**coordinate** [1] - 3181:6
**copy** [2] - 3267:3, 3269:11
**corner** [2] - 3156:25, 3164:25
**correct** [93] - 3148:8, 3148:22, 3149:1, 3149:23, 3150:23, 3152:18, 3153:9, 3157:3, 3159:21, 3162:11, 3164:15, 3164:22, 3165:10, 3165:23, 3166:9, 3169:17, 3169:24, 3170:2, 3170:6, 3170:10, 3170:14, 3170:21, 3170:25, 3171:12, 3172:10, 3172:23, 3173:4, 3173:17, 3173:18, 3173:20, 3175:9, 3175:20, 3176:5, 3176:9, 3178:1, 3179:25, 3182:5, 3182:19, 3183:16, 3184:2, 3186:25, 3187:22, 3188:2, 3188:4, 3189:18, 3189:19, 3193:10, 3196:15, 3199:3, 3199:7, 3201:10, 3211:2, 3212:25, 3213:16, 3214:18, 3215:3, 3216:14, 3217:11, 3217:15, 3220:5, 3221:15, 3221:21, 3221:25, 3222:13, 3222:16, 3222:24, 3223:6, 3223:9, 3223:10, 3223:11, 3223:17, 3223:20, 3224:4, 3224:16, 3225:5, 3226:2, 3227:8, 3227:17, 3233:24, 3240:3, 3240:21, 3241:24, 3256:6, 3256:7, 3257:10, 3261:7, 3266:17, 3267:12, 3267:13, 3270:6, 3270:8, 3271:2, 3292:6
**corrected** [2] - 3221:23, 3260:4
**correction** [1] - 3187:17
**correctly** [1] - 3285:6
**corrupt** [3] - 3243:11, 3243:13, 3243:16
**cost** [2] - 3212:20, 3271:3
**counsel** [13] - 3206:8, 3272:1, 3273:17, 3280:15, 3280:16, 3284:16, 3284:19, 3284:20, 3284:21, 3284:22, 3285:5, 3285:13
**count** [1] - 3287:13
**couple** [10] - 3154:10, 3162:21, 3195:21, 3202:9, 3206:17, 3230:13, 3240:1, 3242:15, 3244:22, 3246:20
**course** [2] - 3200:24, 3239:13
**COURT** [181] - 3143:1, 3146:2, 3146:16, 3146:23, 3147:1, 3147:3, 3165:3, 3167:24, 3168:5, 3168:10, 3168:23, 3169:3, 3175:24, 3180:10, 3180:13, 3187:7, 3189:12, 3189:14, 3191:7, 3191:9, 3191:13, 3191:16, 3193:2, 3194:24, 3195:2, 3197:4, 3197:19, 3198:11, 3198:17, 3200:1, 3201:19, 3202:19, 3203:21, 3204:18, 3204:23, 3205:1, 3205:6, 3205:13, 3205:16, 3205:19, 3205:21, 3206:3, 3206:7, 3206:10, 3206:14, 3206:23, 3207:9, 3208:3, 3208:7, 3208:9, 3208:15, 3208:21, 3208:24, 3209:1, 3209:8, 3209:22, 3210:3, 3210:10, 3210:19, 3210:24, 3211:5, 3211:9, 3211:23, 3211:25, 3213:14, 3214:11, 3215:4, 3216:3, 3216:22, 3216:24, 3217:2,

3219:1, 3219:7, 3219:24, 3220:3, 3220:6, 3220:12, 3220:17, 3220:24, 3221:6, 3223:1, 3226:6, 3226:8, 3226:10, 3229:2, 3229:23, 3230:3, 3230:6, 3230:8, 3230:11, 3231:12, 3231:14, 3231:16, 3231:18, 3234:22, 3234:25, 3238:18, 3239:11, 3243:15, 3243:19, 3244:18, 3245:9, 3246:16, 3247:16, 3251:6, 3253:8, 3253:11, 3255:10, 3255:18, 3256:23, 3257:1, 3257:18, 3258:8, 3258:21, 3259:4, 3259:12, 3259:16, 3259:21, 3260:3, 3261:14, 3261:16, 3261:20, 3261:24, 3262:2, 3262:5, 3262:7, 3262:10, 3262:12, 3262:19, 3267:9, 3271:25, 3272:5, 3272:7, 3272:25, 3273:4, 3273:17, 3273:22, 3273:25, 3274:3, 3274:5, 3274:21, 3274:25, 3275:4, 3275:18, 3276:13, 3276:19, 3277:4, 3278:14, 3278:16, 3279:14, 3280:8, 3280:25, 3281:14, 3281:20, 3281:23, 3282:4, 3282:9, 3282:11, 3282:16, 3282:21, 3283:16, 3284:1, 3284:5, 3284:12, 3284:24, 3285:3, 3285:14, 3285:16, 3285:20, 3285:23, 3285:25, 3286:2, 3286:5, 3286:7, 3286:11, 3286:19, 3286:24, 3288:15, 3289:15, 3290:14, 3290:24
**court** [5] - 3146:19, 3168:1, 3205:20, 3206:12, 3291:3
**Court** [3] - 3165:15, 3292:5, 3292:14
**court's** [4] - 3229:25, 3238:15, 3251:24, 3255:17
**Court/clerk** [1] - 3206:24
**courthouse** [1] - 3152:9
**courtroom** [4] - 3147:2, 3205:5, 3211:8, 3272:24
**coverage** [1] - 3272:18
**COVID** [2] - 3159:3, 3159:10
**cowering** [4] - 3273:20, 3278:24, 3280:1, 3280:6
**CR** [1] - 3143:4
**created** [1] - 3148:16
**creativity** [1] - 3278:2
**credit** [1] - 3153:1
**criminal** [3] - 3243:11, 3243:16, 3243:24
**cross** [9] - 3147:5, 3186:3, 3244:14, 3244:20, 3245:8, 3259:19, 3262:3, 3271:25, 3282:14
**Cross** [2] - 3145:4, 3145:4
**CROSS** [2] - 3147:6, 3165:5
**Cross-Examination** [2] - 3145:4, 3145:4
**cross-examination** [4] - 3147:5, 3244:20, 3262:3, 3271:25
**CROSS-EXAMINATION** [2] - 3147:6, 3165:5
**crossed** [2] - 3166:12, 3257:23
**crowd** [12] - 3151:6, 3154:2, 3154:9, 3155:21, 3156:3, 3157:7, 3157:8, 3157:9, 3163:9, 3163:12, 3215:20,

3216:7
**crowds** [1] - 3176:1
**CRR** [1] - 3292:13
**cumulative** [1] - 3278:23
**curfew** [4] - 3184:12, 3184:15, 3186:1, 3186:4
**current** [1] - 3284:6
**cursor** [3] - 3169:6, 3226:17, 3226:19
**cutlass** [5] - 3170:6, 3170:14, 3170:16, 3170:18, 3171:10
**cyl** [1] - 3169:9

# D

**D.C** [8] - 3143:5, 3143:19, 3144:18, 3239:20, 3248:10, 3249:5, 3252:8, 3252:24
**damage** [13] - 3264:9, 3264:12, 3264:13, 3267:24, 3268:2, 3268:3, 3268:13, 3268:18, 3268:21, 3268:22, 3269:3, 3269:8, 3269:11
**damaged** [6] - 3264:6, 3265:3, 3268:17, 3269:20, 3269:22
**dammed** [1] - 3186:1
**dark** [1] - 3169:9
**data** [3] - 3149:21, 3289:8, 3290:4
**date** [7] - 3250:23, 3250:25, 3251:4, 3287:3, 3288:17, 3288:24, 3289:21
**dated** [2] - 3195:5, 3196:3
**Dated** [1] - 3292:9
**David** [6] - 3144:9, 3230:17, 3230:25, 3231:6, 3252:19, 3254:10
**DAY** [1] - 3143:7
**day-to-day** [1] - 3271:19
**days** [9] - 3193:14, 3193:18, 3193:22, 3213:1, 3233:6, 3284:10, 3285:21, 3285:22, 3286:8
**DC** [67] - 3147:11, 3165:13, 3165:22, 3166:3, 3166:8, 3166:12, 3166:14, 3167:4, 3167:10, 3168:13, 3169:8, 3169:19, 3169:21, 3170:5, 3170:9, 3170:10, 3170:12, 3170:14, 3172:12, 3172:14, 3172:17, 3172:25, 3173:3, 3174:22, 3175:18, 3181:16, 3181:24, 3182:2, 3182:13, 3184:14, 3186:3, 3186:10, 3186:17, 3186:20, 3186:24, 3187:4, 3187:25, 3188:11, 3188:18, 3190:7, 3194:13, 3196:9, 3198:7, 3200:7, 3200:13, 3203:17, 3222:6, 3225:17, 3234:9, 3234:14, 3235:4, 3235:8, 3235:11, 3235:15, 3235:16, 3236:8, 3240:8, 3250:9, 3251:10, 3251:17, 3252:3, 3252:18, 3252:22, 3253:1, 3254:16, 3255:4, 3255:22
**DC's** [1] - 3182:17
**dead** [1] - 3189:6
**deal** [3] - 3209:9, 3278:8, 3284:15
**debate** [3] - 3213:19, 3251:13, 3251:20
**decade** [1] - 3229:19
**December** [4] - 3211:19, 3212:24,

3234:11, 3235:4
**decision** [1] - 3264:14
**declaration** [1] - 3248:14
**Declaration** [2] - 3229:12, 3229:15
**declare** [1] - 3189:5
**declass/data** [1] - 3212:10
**deep** [2] - 3212:12
**deeply** [1] - 3195:25
**Defendant** [4] - 3144:2, 3144:5, 3144:8, 3144:15
**defendant** [1] - 3288:19
**defendants** [7] - 3207:4, 3277:7, 3278:10, 3279:8, 3279:19, 3284:23, 3287:8
**Defendants** [1] - 3143:9
**defense** [7] - 3231:12, 3231:16, 3234:22, 3272:1, 3279:23, 3280:16, 3284:7
**Defense** [4] - 3167:17, 3180:7, 3204:25, 3218:21
**defense's** [1] - 3284:6
**definitely** [4] - 3206:2, 3259:10, 3273:7, 3273:14
**definition** [2] - 3227:22, 3227:24
**degree** [2] - 3263:15, 3263:17
**deleted** [1] - 3287:6
**deleting** [2] - 3287:14, 3287:20
**Department** [1] - 3148:13
**depiction** [1] - 3267:16
**deployment** [2] - 3172:5, 3172:14
**deputy** [2] - 3263:8, 3263:12
**derived** [1] - 3289:13
**describe** [5] - 3190:17, 3288:22, 3288:23, 3289:2, 3289:3
**describing** [1] - 3267:11
**descriptive** [1] - 3280:8
**desert** [1] - 3199:9
**designate** [1] - 3154:23
**designated** [2] - 3180:22, 3289:23
**details** [1] - 3165:16
**determination** [1] - 3288:13
**determine** [5] - 3173:6, 3173:10, 3173:14, 3192:9, 3263:25
**device** [1] - 3239:4
**different** [17] - 3151:9, 3151:11, 3151:15, 3153:16, 3197:15, 3198:6, 3198:10, 3207:25, 3218:20, 3239:12, 3258:20, 3264:23, 3268:9, 3268:11, 3276:16, 3277:17, 3288:18
**difficult** [1] - 3161:11
**difficulty** [1] - 3290:5
**digital** [1] - 3287:5
**dinner** [1] - 3189:21
**DIRECT** [1] - 3262:22
**direct** [25] - 3172:18, 3179:5, 3183:1, 3184:25, 3187:12, 3190:7, 3191:15, 3193:25, 3195:3, 3195:10, 3203:25, 3207:19, 3210:6, 3211:14, 3213:19, 3215:6, 3216:15, 3221:18, 3224:7,

3225:23, 3236:13, 3249:8, 3257:8, 3261:23, 3278:25
**Direct** [1] - 3145:7
**directed** [1] - 3286:24
**direction** [1] - 3214:23
**directly** [4] - 3258:2, 3259:10, 3259:14, 3261:11
**disappeared** [1] - 3156:15
**disassembled** [1] - 3155:21
**disaster** [2] - 3264:14, 3264:15
**discern** [1] - 3259:22
**disclosed** [1] - 3290:6
**disclosure** [1] - 3289:19
**discovered** [1] - 3222:6
**discovery** [1] - 3168:21
**discuss** [4] - 3186:13, 3244:14, 3248:7, 3290:14
**discussed** [12] - 3166:2, 3179:10, 3190:6, 3201:9, 3205:15, 3208:6, 3216:14, 3221:5, 3225:7, 3234:9, 3249:2, 3273:5
**discussing** [4] - 3224:2, 3248:9, 3248:12, 3253:13
**discussion** [4] - 3169:3, 3197:9, 3206:24, 3217:8
**discussions** [2] - 3202:16, 3272:19
**disingenuous** [1] - 3287:24
**dispel** [2] - 3260:5, 3260:8
**display** [1] - 3278:21
**disrespect** [1] - 3278:6
**distance** [1] - 3160:5
**District** [2] - 3292:5
**DISTRICT** [3] - 3143:1, 3143:1, 3143:13
**document** [2] - 3209:10, 3209:11, 3209:21
**dog** [4] - 3162:19, 3163:2, 3163:4, 3163:14
**dollar** [2] - 3271:7, 3271:10
**don't..** [1] - 3153:5
**done** [7] - 3151:10, 3160:23, 3160:25, 3205:23, 3210:9, 3285:18, 3288:8
**Donna** [2] - 3179:6, 3250:1
**door** [31] - 3146:2, 3146:13, 3146:14, 3161:10, 3163:10, 3163:12, 3163:13, 3163:14, 3209:6, 3257:20, 3257:21, 3258:1, 3266:3, 3266:14, 3268:14, 3268:23, 3269:20, 3270:2, 3270:11, 3270:12, 3270:13, 3270:14, 3270:15, 3270:17, 3275:1, 3281:21
**door-closer** [3] - 3268:23, 3270:13, 3270:17
**Doors** [18] - 3160:4, 3265:6, 3265:20, 3265:24, 3265:25, 3266:18, 3266:19, 3267:1, 3267:4, 3267:11, 3267:24, 3268:4, 3269:4, 3270:18, 3270:20, 3271:5, 3271:11, 3271:13
**doors** [53] - 3160:15, 3160:17, 3160:21, 3161:1, 3257:8, 3257:15, 3257:17, 3258:5, 3258:18, 3260:23, 3261:1, 3261:25, 3265:3, 3265:8, 3265:25,

3266:5, 3266:7, 3266:8, 3266:9, 3266:10, 3266:11, 3266:13, 3266:14, 3267:15, 3267:19, 3267:21, 3267:24, 3267:25, 3268:2, 3268:5, 3268:7, 3268:13, 3268:18, 3268:19, 3268:21, 3268:22, 3268:24, 3269:1, 3269:4, 3269:9, 3269:12, 3269:19, 3270:12, 3271:4, 3271:5, 3271:8, 3271:11, 3271:13, 3271:15
**doorway** [1] - 3232:3
**dot** [1] - 3225:14
**doubt** [1] - 3188:22
**doubts** [1] - 3177:20
**down** [28] - 3148:4, 3148:21, 3159:7, 3163:1, 3163:25, 3165:15, 3166:5, 3166:14, 3169:25, 3177:4, 3177:19, 3178:7, 3197:1, 3199:23, 3200:23, 3201:6, 3203:15, 3218:21, 3227:10, 3245:14, 3245:18, 3250:3, 3261:17, 3268:14, 3272:8, 3274:9, 3274:13, 3285:12
**downtown** [1] - 3222:6
**Dr** [1] - 3201:2
**dramatic** [1] - 3178:7
**draw** [3] - 3243:20, 3259:1, 3264:2
**dress** [1] - 3218:10
**dressed** [2] - 3217:14, 3218:6
**drive** [1] - 3181:11
**driving** [4] - 3178:18, 3246:14, 3246:17
**drone** [17] - 3172:2, 3172:3, 3172:13, 3172:17, 3196:19, 3197:11, 3197:15, 3197:17, 3197:18, 3197:20, 3197:21, 3199:16, 3201:4, 3201:9, 3202:10, 3203:6, 3249:3
**dropping** [1] - 3169:10
**drove** [1] - 3182:4
**Duh** [1] - 3169:11
**dump** [1] - 3212:10
**dumped** [2] - 3216:19, 3217:5
**Dupont** [1] - 3202:5
**duration** [1] - 3188:6
**during** [11] - 3177:24, 3198:10, 3219:9, 3219:15, 3236:13, 3237:7, 3268:25, 3271:15, 3276:1, 3289:9, 3290:21
**Dustoff** [2] - 3185:13, 3185:15
**duties** [3] - 3276:22, 3276:25, 3277:3
**duty** [3] - 3204:24, 3240:23, 3241:2

## E

**E125** [2] - 3145:9, 3169:5
**early** [4] - 3249:8, 3264:10, 3264:11, 3283:23
**easier** [1] - 3180:18
**East** [1] - 3267:25
**east** [14] - 3154:9, 3157:5, 3157:25, 3236:19, 3265:10, 3266:10, 3266:12, 3266:14, 3268:18, 3269:4, 3269:19, 3270:11, 3271:4, 3271:8
**eastern** [1] - 3223:23

**Eastern** [3] - 3171:25, 3221:15, 3222:1
**ed** [1] - 3191:21
**Ed** [6] - 3168:17, 3240:2, 3249:2, 3249:18, 3250:15, 3251:9
**editorialization** [1] - 3168:17
**educational** [1] - 3263:14
**Edward** [3] - 3144:16, 3248:24, 3249:7
**Edwards** [7] - 3143:17, 3145:5, 3167:24, 3168:10, 3255:18, 3258:10, 3259:25
**EDWARDS** [80] - 3146:15, 3167:18, 3167:21, 3167:25, 3168:11, 3168:22, 3175:23, 3180:8, 3187:6, 3189:11, 3191:6, 3194:18, 3194:21, 3194:23, 3196:24, 3197:1, 3197:5, 3197:14, 3198:7, 3199:25, 3201:16, 3202:18, 3203:20, 3204:17, 3204:22, 3206:4, 3206:9, 3208:20, 3213:13, 3214:10, 3218:24, 3219:4, 3219:8, 3219:19, 3220:1, 3220:5, 3220:7, 3220:13, 3220:22, 3222:25, 3229:25, 3230:4, 3230:7, 3230:12, 3231:13, 3231:15, 3231:17, 3231:20, 3234:4, 3234:18, 3236:10, 3242:14, 3244:15, 3244:21, 3245:12, 3247:18, 3251:8, 3251:24, 3253:10, 3255:16, 3255:19, 3256:20, 3257:5, 3257:13, 3258:4, 3258:16, 3259:13, 3259:20, 3260:9, 3261:15, 3282:13, 3282:18, 3282:23, 3283:5, 3283:10, 3283:12, 3283:14, 3283:25, 3284:2
**effect** [3] - 3190:3, 3211:15, 3281:1
**effectively** [1] - 3268:5
**efficient** [1] - 3257:14
**effort** [1] - 3158:4
**efforts** [1] - 3179:16
**egress** [1] - 3274:11
**eight** [8] - 3237:5, 3237:11, 3242:11, 3244:3, 3268:7, 3276:2, 3276:15, 3277:16
**either** [2] - 3162:15, 3164:6
**election** [1] - 3212:11
**electoral** [1] - 3188:25
**electronic** [2] - 3149:21, 3188:14
**element** [1] - 3279:3
**elements** [1] - 3270:23
**elevator** [1] - 3174:2
**elicit** [3] - 3258:15, 3258:17, 3281:8
**elicited** [2] - 3209:16
**Ellipse** [4] - 3151:4, 3151:7, 3154:7, 3254:24
**email** [2] - 3283:14, 3287:15
**emailed** [2] - 3287:1, 3287:11
**emergency** [1] - 3230:5
**emoji** [2] - 3200:20, 3201:5
**en** [1] - 3176:16
**End** [5] - 3169:2, 3198:16, 3221:3, 3260:10, 3262:11
**end** [8] - 3199:20, 3204:10, 3206:11, 3237:15, 3244:11, 3245:22, 3272:9,

3272:10
**ended** [2] - 3171:24, 3193:4
**ending** [1] - 3285:12
**enforcement** [1] - 3246:10
**engineer** [1] - 3263:15
**engineering** [2] - 3263:16
**engineers** [1] - 3263:24
**Enrique** [2] - 3207:13, 3209:4
**enter** [10] - 3161:2, 3164:10, 3173:20, 3231:9, 3232:6, 3232:9, 3259:6, 3259:18, 3261:11, 3266:18
**entered** [6] - 3163:21, 3173:20, 3176:12, 3257:20, 3260:14, 3278:11
**entering** [7] - 3231:24, 3232:2, 3246:2, 3257:3, 3261:1, 3261:3, 3275:12
**enters** [2] - 3147:2, 3211:8
**entire** [7] - 3153:11, 3154:5, 3155:7, 3188:6, 3196:10, 3283:20
**entirely** [1] - 3273:8
**entirety** [2] - 3273:11, 3282:5
**entitled** [2] - 3279:25, 3292:8
**entrance** [3] - 3231:24, 3265:11, 3271:20
**entries** [2] - 3210:20, 3210:21, 3228:3
**entry** [2] - 3209:19, 3268:25
**epic** [1] - 3199:12
**episode** [1] - 3244:17
**equipment** [1] - 3214:3
**erected** [1] - 3157:13
**Ernie** [2] - 3200:22, 3248:7
**especially** [2] - 3203:4, 3278:10
**essential** [1] - 3276:24
**essentially** [1] - 3155:20
**establish** [4] - 3197:19, 3198:12, 3220:3, 3258:23
**estimate** [2] - 3271:3, 3284:4
**estimated** [1] - 3271:7
**estimating** [1] - 3154:11
**et** [1] - 3235:7
**ET** [1] - 3143:7
**ETA** [1] - 3242:3
**Eureka** [4] - 3176:25, 3178:3, 3178:10, 3252:11
**EV** [1] - 3226:6
**EV104** [5] - 3145:10, 3175:12, 3175:22, 3175:24, 3175:25
**EV107** [4] - 3145:18, 3215:6, 3216:3, 3216:5
**EV109** [4] - 3145:19, 3216:14, 3216:23, 3216:25
**EV121** [4] - 3145:13, 3196:22, 3198:17, 3198:18
**EV124.1** [4] - 3145:20, 3218:22, 3221:4, 3221:7
**EV125** [3] - 3167:7, 3167:17, 3169:3
**EV142** [6] - 3145:16, 3203:16, 3203:21, 3203:22, 3211:18, 3211:23
**EV143** [3] - 3145:11, 3180:7, 3180:14
**EV172** [1] - 3201:15

**EV174** [4] - 3145:17, 3204:25, 3211:24, 3212:1
**EV175** [5] - 3145:12, 3194:12, 3194:17, 3194:24, 3194:25
**EV305.3** [6] - 3145:14, 3145:15, 3199:24, 3200:2, 3201:20, 3201:21
**EV902** [5] - 3145:21, 3226:5, 3226:7, 3226:10, 3226:11
**evacuated** [1] - 3282:6
**evacuation** [1] - 3282:3
**evaluate** [1] - 3288:2
**evaluation** [1] - 3290:18
**Eve** [3] - 3197:10, 3197:13, 3198:3
**evening** [5] - 3165:22, 3199:11, 3256:17, 3272:18, 3291:1
**event** [1] - 3197:15
**events** [4] - 3200:24, 3228:13, 3267:17, 3272:18
**eventually** [1] - 3245:6
**evidence** [29] - 3146:7, 3146:20, 3164:3, 3169:5, 3175:25, 3180:14, 3194:25, 3198:18, 3200:2, 3201:21, 3203:22, 3212:1, 3216:5, 3216:21, 3216:22, 3216:25, 3221:7, 3226:11, 3235:1, 3259:23, 3267:10, 3269:17, 3275:6, 3279:3, 3280:1, 3286:3, 3286:17, 3287:14, 3288:20
**evident** [1] - 3290:20
**ex** [6] - 3183:24, 3184:1, 3248:9, 3252:23, 3254:2, 3254:8
**Ex** [2] - 3184:1, 3186:16
**ex-fil** [3] - 3183:24, 3254:2, 3254:8
**Ex-fil** [2] - 3184:1, 3186:16
**ex-filtrate** [1] - 3184:1
**ex-filtrating** [2] - 3248:9, 3252:23
**exact** [2] - 3279:21, 3282:8
**exactly** [8] - 3150:14, 3166:23, 3192:9, 3208:24, 3212:6, 3219:15, 3259:9, 3278:3
**examination** [5] - 3147:5, 3244:20, 3256:22, 3262:3, 3271:25
**Examination** [4] - 3145:4, 3145:4, 3145:5, 3145:7
**EXAMINATION** [4] - 3147:6, 3165:5, 3230:12, 3262:22
**examiner** [1] - 3287:5
**Examiner** [1] - 3288:5
**examining** [1] - 3289:4
**example** [1] - 3281:5
**except** [1] - 3164:7
**exception** [1] - 3220:16
**exchange** [3] - 3158:1, 3162:7, 3162:10
**excited** [1] - 3178:5
**exclude** [1] - 3274:4
**execute** [2] - 3239:13, 3239:16
**executive** [1] - 3196:13
**exhaust** [1] - 3283:20
**exhibit** [22] - 3148:15, 3168:4, 3171:15, 3206:20, 3211:2, 3219:9, 3221:19, 3225:14, 3225:20, 3232:16, 3234:5,

3234:20, 3237:5, 3237:15, 3241:7, 3241:16, 3242:14, 3245:21, 3247:22, 3257:5, 3257:6, 3258:6
**Exhibit** [45] - 3145:8, 3167:17, 3169:5, 3175:25, 3180:7, 3180:14, 3187:8, 3194:12, 3194:25, 3198:18, 3199:24, 3200:2, 3201:21, 3203:16, 3203:22, 3204:25, 3212:1, 3216:5, 3216:25, 3218:21, 3221:7, 3224:5, 3226:11, 3231:3, 3231:22, 3232:18, 3232:20, 3232:22, 3234:21, 3235:1, 3236:11, 3236:12, 3239:24, 3241:6, 3246:24, 3247:13, 3254:6, 3265:13, 3266:25, 3267:7, 3267:10, 3269:7, 3269:15, 3269:17, 3270:9
**Exhibits** [1] - 3273:15
**exhibits** [9] - 3206:5, 3219:2, 3232:13, 3233:15, 3273:2, 3273:4, 3273:13, 3275:14, 3275:17
**existed** [1] - 3290:17
**exit** [2] - 3164:19, 3271:18
**exit's** [1] - 3271:18
**exited** [3] - 3186:21, 3237:17, 3280:21
**exits** [2] - 3205:5, 3272:24
**expect** [6] - 3167:4, 3212:5, 3262:2, 3273:5, 3273:6, 3280:8
**expected** [1] - 3290:12
**experience** [2] - 3185:23, 3280:12
**experiencing** [2] - 3280:9, 3280:11
**expert** [11] - 3287:2, 3287:4, 3287:21, 3287:23, 3288:2, 3289:19, 3289:22, 3289:23, 3290:2, 3290:4, 3290:17
**expertise** [1] - 3290:2
**explain** [2] - 3190:16, 3280:23
**explaining** [1] - 3212:18
**explosions** [1] - 3177:13
**expose** [1] - 3212:10
**express** [1] - 3189:8
**expressing** [2] - 3159:9, 3219:18
**expressly** [1] - 3186:13
**extend** [1] - 3203:13
**extended** [1] - 3163:24
**extent** [1] - 3285:13
**exterior** [5] - 3154:17, 3257:12, 3265:3, 3268:23
**extra** [3] - 3174:9, 3205:4, 3211:10
**extract** [4] - 3202:6, 3202:13, 3202:22, 3239:3
**extraction** [3] - 3167:15, 3168:19, 3168:20
**Eye** [1] - 3144:17

---

**F**

**face** [4] - 3176:25, 3178:3, 3221:11, 3223:4
**Facebook** [3] - 3149:18, 3149:21, 3238:6
**faces** [1] - 3280:20
**fact** [21] - 3150:24, 3157:2, 3159:7,

3163:13, 3164:6, 3190:1, 3193:8, 3198:13, 3204:16, 3214:23, 3224:17, 3234:20, 3237:8, 3237:24, 3238:20, 3240:25, 3248:14, 3258:16, 3266:6, 3281:12, 3287:11
**facts** [1] - 3146:21
**factually** [1] - 3210:7
**fair** [3] - 3153:13, 3156:13, 3160:7, 3244:18, 3267:3, 3269:11, 3284:5
**fairly** [2] - 3178:3, 3224:7
**familiar** [9] - 3152:1, 3179:22, 3200:3, 3222:9, 3228:6, 3229:6, 3229:7, 3265:6, 3276:3
**families** [1] - 3158:20
**family** [1] - 3159:8
**fan** [2] - 3179:2, 3222:23
**far** [4] - 3151:23, 3153:11, 3170:8, 3286:15
**farewell** [1] - 3271:23
**favor** [1] - 3286:23
**FBI** [8] - 3173:9, 3238:24, 3239:6, 3239:8, 3239:13, 3239:16, 3239:19, 3287:5
**FCC** [1] - 3203:13
**fearing** [1] - 3281:6
**feathered** [2] - 3216:19, 3217:4
**feed** [3] - 3158:19, 3218:2, 3218:5
**feet** [4] - 3160:4, 3160:15, 3280:2
**fencing** [3] - 3245:14, 3245:18, 3245:19
**ferry** [2] - 3181:2, 3181:9
**feverishly** [1] - 3198:3
**few** [3] - 3192:12, 3211:10, 3260:11
**field** [1] - 3202:7
**fight** [5] - 3180:24, 3212:12, 3212:18, 3212:20, 3256:19
**fighting** [3] - 3180:25, 3212:14, 3227:16
**figuratively** [1] - 3274:18
**figure** [6] - 3193:21, 3210:3, 3218:15, 3219:15, 3220:14, 3287:12
**figurines** [3] - 3268:6, 3268:9, 3268:15
**fil** [5] - 3183:24, 3184:1, 3186:16, 3254:2, 3254:8
**filmed** [1] - 3197:12
**filming** [1] - 3158:16
**filtrate** [1] - 3184:1
**filtrating** [2] - 3248:9, 3252:23
**finalize** [1] - 3271:23
**fine** [6] - 3197:20, 3198:15, 3202:21, 3211:2, 3281:3, 3281:17
**finish** [1] - 3188:25
**finished** [1] - 3176:15
**fire** [2] - 3217:5, 3263:15
**firearms** [2] - 3166:7, 3253:6
**fired** [1] - 3221:20
**first** [31] - 3163:23, 3167:18, 3167:22, 3168:2, 3168:12, 3171:9, 3173:19, 3174:11, 3176:12, 3178:2, 3183:15, 3186:23, 3194:15, 3195:20, 3201:9, 3222:9, 3228:3, 3230:16, 3232:2, 3246:23, 3247:19, 3254:7, 3264:2,

3265:16, 3270:22, 3279:6, 3280:14, 3280:19, 3282:17, 3284:1, 3287:8
**fist** [5] - 3225:24, 3226:23, 3227:2, 3227:4, 3227:6
**fists** [2] - 3205:14, 3226:1
**five** [13] - 3152:23, 3153:2, 3161:17, 3169:9, 3181:10, 3199:11, 3208:21, 3237:14, 3242:16, 3242:18, 3265:16, 3284:9, 3290:9
**fix** [1] - 3248:17
**FL** [6] - 3144:10, 3144:14, 3215:8, 3216:11, 3251:10, 3251:17
**flag** [2] - 3146:5, 3284:13
**Flagler** [3] - 3215:23, 3216:6, 3216:8
**flash** [2] - 3177:12, 3221:23
**Fleet** [5] - 3273:3, 3273:6, 3273:21, 3278:4, 3280:23
**floor** [2] - 3274:8, 3274:9
**Florida** [5] - 3181:10, 3198:1, 3198:5, 3198:9, 3283:1
**fly** [1] - 3203:5
**flying** [1] - 3283:1
**focus** [2] - 3200:11, 3247:4
**focused** [4] - 3163:4, 3277:18, 3277:19, 3277:20
**focusing** [2] - 3249:18, 3277:22
**folks** [4] - 3181:3, 3211:10, 3219:1, 3287:11
**follow** [1] - 3260:11
**follow-up** [1] - 3260:11
**followed** [1] - 3223:16
**following** [6] - 3167:4, 3182:17, 3200:21, 3209:3, 3210:11, 3215:19
**food** [3] - 3193:14, 3193:18, 3193:20
**foot** [1] - 3169:10
**footage** [6] - 3148:13, 3172:22, 3174:1, 3184:19, 3189:20, 3201:4
**FOR** [1] - 3143:1
**force** [4] - 3180:23, 3202:11, 3215:20, 3216:7
**forcing** [1] - 3156:4
**foregoing** [1] - 3292:6
**foreground** [2] - 3226:23, 3226:25
**foremost** [1] - 3270:22
**forensic** [4] - 3287:6, 3287:22, 3288:2, 3288:12
**form** [2] - 3188:14, 3246:11
**format** [1] - 3167:14
**former** [1] - 3196:5
**fort** [1] - 3200:23
**Fort** [1] - 3144:10
**forward** [23] - 3152:8, 3152:16, 3156:18, 3159:11, 3159:13, 3159:15, 3161:15, 3161:18, 3162:21, 3163:19, 3170:4, 3172:21, 3227:7, 3231:22, 3242:11, 3242:12, 3242:16, 3244:11, 3244:21, 3245:22, 3247:19, 3261:9, 3272:21
**fought** [1] - 3217:6
**foundation** [1] - 3239:10
**founding** [1] - 3227:12

**Founding** [2] - 3216:17, 3217:3
**four** [12] - 3160:13, 3160:25, 3161:2, 3167:20, 3169:9, 3170:8, 3206:20, 3242:17, 3243:23, 3259:6, 3263:16, 3275:1
**four-cyl** [1] - 3169:9
**four-minute** [1] - 3160:13
**four-year** [1] - 3263:16
**fourth** [2] - 3168:12, 3257:24
**fraction** [1] - 3192:21
**frame** [3] - 3270:14, 3270:16, 3270:17, 3281:22
**frankly** [2] - 3285:17, 3288:8
**fray** [1] - 3177:22
**Freedom** [4] - 3166:15, 3169:9, 3173:3, 3204:8
**friend** [1] - 3171:21
**Friends** [4] - 3207:12, 3207:20, 3208:16, 3208:18
**front** [7] - 3151:18, 3158:9, 3207:5, 3236:18, 3258:19, 3258:20, 3265:10, 3265:23, 3266:10, 3269:19, 3270:12
**frustration** [1] - 3159:9
**fuck** [3] - 3243:9, 3243:11, 3274:18
**full** [3] - 3154:6, 3263:2, 3284:11
**future** [1] - 3279:17
**FYI** [2] - 3172:3, 3188:24

# G

**GA** [1] - 3235:7
**game** [4] - 3152:1, 3152:3, 3152:5, 3287:25
**gap** [2] - 3160:13, 3171:14
**gas** [4] - 3177:15, 3273:20, 3274:9, 3274:17
**Gator** [2] - 3215:8, 3216:11
**gear** [4] - 3155:13, 3202:9, 3218:10, 3253:17
**general** [5] - 3169:8, 3170:5, 3201:12, 3228:12, 3276:25
**generally** [7] - 3198:22, 3202:16, 3202:23, 3213:8, 3275:23, 3276:9, 3276:11
**Generation** [2] - 3216:18, 3217:3
**generation** [1] - 3227:12
**gentlemen** [3] - 3205:2, 3262:12, 3263:1
**George** [1] - 3229:16
**given** [7] - 3156:3, 3201:17, 3207:19, 3283:6, 3284:3, 3284:4, 3286:15
**glass** [5] - 3266:16, 3268:1, 3268:22, 3270:1, 3270:2
**God** [1] - 3195:25
**golf** [13] - 3148:3, 3149:9, 3149:12, 3151:21, 3151:25, 3152:6, 3152:21, 3152:23, 3153:6, 3156:14, 3246:13, 3246:15, 3246:17
**Google** [4] - 3171:4, 3171:9, 3171:12, 3228:3

**Googled** [2] - 3227:25, 3228:4
**Googling** [1] - 3228:1
**GOP** [1] - 3212:8
**Gorda** [1] - 3144:14
**gorilla** [1] - 3248:15
**governing** [1] - 3166:3
**government** [28] - 3191:15, 3196:22, 3201:15, 3206:1, 3206:7, 3206:17, 3206:19, 3207:11, 3207:14, 3208:14, 3209:3, 3209:16, 3212:22, 3219:21, 3220:10, 3225:19, 3234:19, 3243:10, 3243:24, 3262:16, 3267:6, 3269:14, 3273:17, 3277:22, 3277:25, 3279:1, 3287:4
**Government** [2] - 3143:16, 3187:8
**government's** [5] - 3168:19, 3219:17, 3273:15, 3288:2, 3288:11
**Government's** [13] - 3224:5, 3231:3, 3234:21, 3236:10, 3236:12, 3246:24, 3254:5, 3265:13, 3266:25, 3267:7, 3269:7, 3269:15, 3270:9
**governor's** [6] - 3216:18, 3217:3, 3227:12, 3228:7, 3228:19, 3238:3
**grab** [2] - 3214:8
**grabbing** [1] - 3231:9
**grabs** [1] - 3258:1
**graffiti** [1] - 3265:4
**grand** [2] - 3151:21, 3287:15
**Grand** [2] - 3152:1, 3152:3
**gray** [2] - 3169:9, 3204:8
**Graydon** [2] - 3258:1, 3259:9
**great** [4] - 3166:3, 3178:8, 3199:21, 3231:24
**Greene** [5] - 3214:17, 3224:22, 3225:3, 3284:15, 3284:17, 3284:20
**grenades** [1] - 3177:12
**grievances** [1] - 3229:17
**groceries** [1] - 3198:14
**Grods** [1] - 3164:13
**ground** [3] - 3155:16, 3204:9, 3245:17
**grounds** [7] - 3177:13, 3209:12, 3246:7, 3246:10, 3254:24, 3254:25, 3275:2
**group** [56] - 3156:13, 3157:23, 3159:17, 3163:23, 3164:6, 3169:8, 3170:5, 3175:18, 3179:3, 3188:1, 3188:20, 3188:24, 3189:25, 3194:14, 3198:5, 3198:9, 3200:13, 3200:16, 3201:2, 3201:25, 3202:3, 3204:6, 3207:12, 3207:22, 3207:23, 3208:5, 3208:23, 3208:25, 3210:7, 3210:12, 3214:7, 3217:10, 3219:22, 3227:19, 3227:20, 3227:21, 3235:19, 3235:22, 3236:21, 3240:8, 3240:12, 3240:14, 3240:22, 3242:2, 3249:11, 3251:15, 3252:13, 3252:16, 3256:13, 3256:18, 3260:13, 3280:5, 3287:8
**groups** [4] - 3164:3, 3164:24, 3201:7, 3235:6
**Guardian** [1] - 3201:25
**guess** [6] - 3149:14, 3157:10, 3184:16,

3190:18, 3193:20, 3280:25
**gun** [1] - 3162:4
**guns** [5] - 3180:22, 3182:2, 3182:17, 3182:18, 3182:20
**gunshots** [1] - 3221:24
**guy** [1] - 3218:5
**guys** [3] - 3181:1, 3202:2, 3223:13

## H

**Hackett** [30] - 3144:6, 3230:17, 3230:25, 3231:8, 3232:7, 3232:8, 3252:19, 3254:10, 3257:4, 3257:9, 3257:24, 3258:3, 3258:11, 3258:14, 3258:18, 3258:19, 3259:5, 3259:14, 3259:17, 3260:2, 3260:4, 3260:6, 3260:13, 3260:17, 3260:22, 3261:11, 3287:17, 3288:19, 3290:10
**Hackett's** [1] - 3287:22
**half** [8] - 3152:23, 3153:3, 3174:9, 3272:10, 3283:17, 3284:1, 3284:2
**halfway** [4] - 3149:9, 3149:12, 3152:20, 3153:2
**HALIM** [28] - 3234:23, 3256:21, 3256:24, 3257:2, 3257:10, 3257:23, 3259:8, 3259:24, 3262:4, 3267:8, 3269:16, 3272:2, 3273:3, 3273:7, 3274:4, 3275:1, 3275:15, 3278:1, 3278:15, 3283:4, 3283:8, 3283:11, 3283:13, 3285:7, 3285:21, 3286:18, 3286:22, 3286:25
**Halim** [8] - 3144:6, 3230:17, 3232:11, 3257:21, 3258:8, 3261:14, 3281:24, 3285:20
**Halim's** [1] - 3259:14
**hallway** [2] - 3274:13, 3285:12
**Hancock** [6] - 3179:6, 3221:20, 3222:2, 3223:25, 3248:7, 3250:1
**hand** [12] - 3161:22, 3161:25, 3162:2, 3163:18, 3216:18, 3226:20, 3231:8, 3257:9, 3258:2, 3277:4, 3278:18, 3287:3
**handful** [2] - 3147:19, 3208:16
**handle** [1] - 3201:24
**handles** [2] - 3268:23, 3269:20
**handling** [1] - 3202:11
**hands** [3] - 3162:1, 3162:4, 3226:15
**hang** [1] - 3206:23
**happy** [2] - 3185:9, 3257:6
**hard** [5] - 3168:3, 3180:25, 3181:10, 3272:12, 3277:1
**Harris** [1] - 3257:23
**hat** [1] - 3218:6
**hats** [2] - 3218:10, 3218:13
**head** [3] - 3183:7, 3228:11, 3241:5
**headed** [3] - 3194:2, 3216:13, 3252:18
**heading** [2] - 3238:5, 3242:2
**hear** [1] - 3207:7
**heard** [8] - 3163:16, 3168:6, 3229:7, 3230:15, 3233:10, 3258:22, 3264:12,

3277:11
**hearing** [1] - 3215:11
**hearsay** [2] - 3210:15, 3220:16
**heavily** [1] - 3269:22
**held** [3] - 3206:24, 3225:24, 3292:7
**helium** [1] - 3199:21
**helmet** [3] - 3204:9, 3214:4, 3214:8
**help** [6] - 3179:10, 3179:11, 3179:13, 3181:13, 3181:14, 3203:5
**helpful** [2] - 3260:19, 3290:12
**hereby** [1] - 3292:5
**hero** [1] - 3212:5
**HI** [1] - 3144:4
**hide** [2] - 3197:24, 3278:14
**hiding** [11] - 3276:2, 3276:10, 3277:1, 3278:11, 3278:13, 3279:20, 3279:21, 3280:7, 3280:11, 3281:6, 3281:22
**high** [1] - 3199:9
**HighlanderKT** [4] - 3177:18, 3217:13, 3218:1, 3218:5
**highlighted** [3] - 3198:24, 3199:17, 3280:18
**Hilgeman's** [1] - 3287:15
**Hill** [1] - 3154:6
**himself** [3] - 3158:16, 3172:15, 3281:20
**hire** [1] - 3181:7
**historic** [1] - 3270:23
**historical** [1] - 3228:12
**History** [1] - 3209:10
**history** [4] - 3228:17, 3229:6, 3267:17, 3277:10
**hit** [2] - 3179:2, 3219:3
**hmm** [2] - 3179:8, 3182:10
**holding** [10] - 3200:23, 3232:8, 3237:8, 3237:19, 3239:23, 3257:25, 3260:17, 3260:22, 3270:17, 3284:7
**holiday** [1] - 3286:4
**holidays** [1] - 3286:15
**home** [1] - 3181:6
**Honor** [62] - 3146:15, 3167:16, 3168:13, 3168:20, 3175:21, 3180:6, 3180:8, 3187:6, 3189:11, 3191:12, 3194:16, 3195:1, 3197:2, 3197:5, 3197:9, 3197:24, 3199:25, 3201:14, 3201:22, 3202:18, 3205:23, 3206:4, 3210:23, 3211:6, 3211:7, 3211:22, 3219:3, 3219:8, 3220:5, 3220:22, 3221:4, 3226:4, 3229:1, 3229:22, 3229:25, 3230:1, 3230:5, 3234:18, 3244:13, 3244:15, 3245:12, 3247:14, 3253:7, 3253:10, 3256:20, 3258:22, 3259:24, 3261:21, 3262:1, 3262:9, 3272:2, 3272:3, 3272:4, 3272:6, 3273:16, 3279:5, 3280:14, 3281:13, 3284:13, 3285:19, 3285:24, 3290:23
**HONORABLE** [1] - 3143:12
**hope** [3] - 3147:4, 3199:14, 3272:15
**hopes** [1] - 3197:12
**hoping** [1] - 3204:24
**hopped** [2] - 3198:4, 3198:7

**horizon** [1] - 3195:25
**Horsewhisperer** [5] - 3177:3, 3177:12, 3188:18, 3188:22, 3194:6
**hot** [3] - 3202:6, 3202:13, 3202:15
**hotel** [34] - 3165:18, 3165:20, 3165:24, 3167:1, 3169:20, 3171:19, 3173:12, 3174:10, 3177:25, 3178:11, 3178:19, 3178:22, 3182:4, 3182:18, 3182:24, 3183:12, 3187:2, 3187:24, 3187:25, 3223:24, 3235:25, 3236:4, 3250:11, 3250:12, 3250:20, 3251:2, 3252:18, 3252:21, 3253:4, 3253:5, 3253:6, 3253:17, 3253:22, 3253:23
**hour** [20] - 3147:4, 3169:10, 3171:25, 3174:9, 3183:23, 3184:8, 3206:1, 3213:16, 3214:18, 3217:10, 3219:25, 3220:2, 3220:3, 3220:20, 3221:15, 3225:17, 3240:20, 3254:8, 3276:4
**hours** [1] - 3153:13
**House** [5] - 3273:2, 3273:19, 3274:24, 3275:22, 3275:24
**house** [2] - 3187:15, 3187:17
**Hughes** [7] - 3143:17, 3145:7, 3209:8, 3210:22, 3261:20, 3262:15, 3287:1
**HUGHES** [19] - 3206:19, 3207:2, 3209:9, 3209:24, 3210:23, 3211:1, 3211:6, 3230:10, 3261:21, 3262:1, 3262:16, 3262:22, 3267:6, 3269:14, 3271:24, 3288:4, 3288:18, 3290:7, 3290:23
**human** [1] - 3280:1
**HUMIT** [2] - 3202:7, 3202:12
**hundred** [1] - 3154:10
**hundreds** [2] - 3153:13, 3194:1
**hurt** [3] - 3177:16, 3181:5, 3181:16

## I

**idea** [2] - 3195:11, 3238:24
**ideally** [1] - 3213:10
**identification** [1] - 3209:15
**identified** [3] - 3257:11, 3257:24, 3261:6
**identify** [4] - 3233:4, 3233:12, 3234:5, 3264:13
**identifying** [2] - 3232:12, 3232:24
**idiots** [1] - 3212:13
**illegitimate** [1] - 3190:14
**image** [2] - 3161:14, 3257:19
**imagine** [1] - 3264:24
**immediately** [8] - 3175:10, 3219:17, 3258:11, 3258:14, 3259:5, 3259:17, 3260:5, 3260:7
**imply** [1] - 3207:17
**impolite** [2] - 3158:1, 3243:5
**important** [7] - 3207:24, 3208:25, 3228:16, 3230:2, 3274:14, 3277:17, 3279:21
**imposter** [1] - 3212:19
**impounded** [1] - 3166:20

**impression** [2] - 3258:9, 3258:13
**IN** [1] - 3143:1
**in-field** [1] - 3202:7
**inaccurate** [1] - 3251:7
**inauguration** [8] - 3270:25, 3271:14, 3271:15, 3271:16, 3279:6, 3279:7, 3279:16, 3279:17
**inches** [1] - 3166:5
**include** [3] - 3215:2, 3266:1, 3269:3
**included** [4] - 3166:7, 3207:13, 3218:24, 3256:5
**including** [4] - 3181:11, 3214:17, 3276:6, 3284:10
**incoming** [1] - 3271:20
**inconsistent** [2] - 3186:22, 3288:24
**incorrect** [4] - 3219:20, 3219:24, 3257:11, 3260:7
**indeed** [1] - 3172:22
**Independence** [2] - 3229:12, 3229:16
**independent** [1] - 3272:20
**INDEX** [1] - 3145:1
**Indian** [1] - 3144:6
**indicate** [1] - 3224:25
**indicating** [1] - 3289:9
**indication** [3] - 3206:22, 3207:3, 3207:7
**indicted** [1] - 3284:23
**individual** [7] - 3195:18, 3223:9, 3223:16, 3232:12, 3233:6, 3248:17, 3261:6
**individuals** [8] - 3232:24, 3233:10, 3236:3, 3236:16, 3249:16, 3253:1, 3261:10, 3263:22
**indulgence** [4] - 3230:1, 3238:15, 3251:24, 3255:17
**infiltrating** [1] - 3218:12
**information** [4] - 3203:7, 3233:12, 3272:16, 3289:12
**informs** [1] - 3188:23
**Inn** [10] - 3165:9, 3165:24, 3172:23, 3173:24, 3174:2, 3180:1, 3182:7, 3184:18, 3189:20, 3224:19
**inside** [24] - 3150:15, 3156:15, 3163:19, 3164:16, 3166:4, 3223:14, 3238:11, 3243:1, 3244:6, 3245:5, 3245:6, 3252:22, 3255:12, 3257:11, 3258:3, 3265:5, 3270:13, 3270:14, 3274:23, 3277:5, 3278:20, 3278:22, 3279:4, 3281:15
**insofar** [1] - 3275:8
**installed** [2] - 3266:1, 3270:13
**instances** [1] - 3237:7
**instead** [1] - 3257:15
**instructed** [1] - 3192:25
**instructing** [1] - 3172:16
**instruction** [1] - 3146:10
**instructions** [1] - 3172:12
**Insurrection** [2] - 3212:10, 3213:9
**integral** [2] - 3277:16, 3279:12
**intel** [1] - 3218:9

**intelligence** [1] - 3202:7
**intend** [2] - 3274:21, 3283:25
**intending** [2] - 3281:8, 3284:14
**intent** [2] - 3189:8, 3197:22
**intention** [1] - 3155:9
**interior** [2] - 3257:12, 3271:4
**intermittent** [1] - 3160:20
**interpret** [3] - 3191:9, 3223:2, 3243:19
**interrupt** [1] - 3189:9
**interruption** [1] - 3278:19
**interview** [1] - 3146:18
**interviews** [5] - 3146:9, 3146:11, 3146:12, 3146:21, 3146:24
**intro** [1] - 3180:18
**introduce** [4] - 3201:15, 3226:5, 3274:22, 3280:24
**introduced** [5] - 3220:18, 3265:14, 3280:15, 3280:17
**introducing** [2] - 3146:20, 3262:25
**investigation** [17] - 3153:17, 3167:3, 3192:9, 3209:17, 3209:18, 3209:20, 3209:21, 3209:24, 3210:1, 3210:6, 3210:8, 3210:9, 3210:15, 3210:16, 3227:18, 3239:13
**involved** [3] - 3207:17, 3263:21, 3267:18
**irrelevant** [1] - 3273:9
**irritant** [1] - 3268:24
**issue** [5] - 3146:5, 3220:19, 3258:25, 3273:1, 3284:13
**issues** [2] - 3173:23, 3273:5
**IT/comms** [2] - 3203:6, 3203:7
**item** [1] - 3170:21
**items** [5] - 3171:19, 3253:17, 3268:9, 3269:3, 3288:14
**itself** [5] - 3155:6, 3156:9, 3279:4, 3289:12, 3290:11

## J

**Jackson** [6] - 3144:10, 3282:15, 3284:18, 3285:4, 3285:8, 3285:14
**James** [15] - 3148:1, 3150:13, 3160:24, 3164:7, 3164:10, 3164:17, 3234:2, 3235:25, 3236:2, 3236:3, 3242:1, 3246:17, 3254:11, 3273:3, 3282:19
**James'** [3] - 3148:18, 3148:20, 3152:20
**Jan** [17] - 3147:11, 3167:10, 3168:14, 3175:18, 3190:7, 3194:13, 3197:15, 3203:17, 3234:9, 3234:14, 3235:4, 3235:8, 3235:12, 3236:8, 3240:8, 3250:9, 3251:10
**January** [60] - 3143:6, 3147:13, 3147:16, 3165:9, 3166:11, 3169:7, 3171:17, 3171:18, 3176:1, 3188:6, 3196:6, 3196:9, 3197:17, 3203:23, 3204:20, 3206:22, 3207:3, 3225:4, 3231:1, 3233:7, 3235:25, 3237:7, 3237:21, 3238:21, 3239:20, 3240:10, 3240:14, 3244:1, 3247:4, 3247:10,

3248:6, 3248:25, 3249:9, 3250:17, 3251:2, 3251:5, 3251:6, 3251:17, 3252:1, 3252:7, 3252:9, 3254:8, 3254:21, 3254:24, 3254:25, 3255:7, 3256:4, 3256:17, 3264:2, 3264:18, 3267:23, 3268:13, 3270:19, 3271:1, 3272:19, 3277:19, 3292:9
**Jason** [2] - 3262:16, 3263:3
**JASON** [3] - 3145:6, 3262:18, 3263:3
**JC** [1] - 3206:15
**Jeffrey** [1] - 3143:16
**JOANNA** [1] - 3145:3
**job** [2] - 3263:25, 3278:25
**Joe** [1] - 3189:15
**John** [3] - 3215:23, 3216:6, 3216:8
**join** [1] - 3177:21
**joining** [1] - 3225:1
**joke** [6] - 3158:20, 3219:17, 3220:10, 3220:11, 3221:8
**Jonathan** [2] - 3162:19, 3164:10
**Jones** [9] - 3192:13, 3206:21, 3207:2, 3207:8, 3207:13, 3207:19, 3207:21, 3207:24, 3208:3
**Joseph** [15] - 3144:6, 3230:17, 3230:25, 3231:8, 3232:7, 3232:8, 3252:19, 3254:10, 3258:3, 3258:19, 3259:14, 3260:2, 3260:16, 3260:21, 3261:10
**Josh** [7] - 3148:1, 3148:18, 3148:20, 3152:20, 3160:24, 3164:7, 3164:10
**Joshua** [9] - 3150:13, 3234:2, 3235:24, 3236:2, 3236:3, 3242:1, 3246:17, 3254:11, 3282:19
**journey** [1] - 3200:21
**joy** [1] - 3195:24
**Jr** [1] - 3144:2
**Judge** [1] - 3217:1
**JUDGE** [1] - 3143:13
**July** [1] - 3202:1
**jump** [1] - 3230:9
**jumping** [1] - 3274:12
**jurors** [2] - 3147:1, 3284:4
**jury** [20] - 3169:1, 3195:19, 3198:24, 3206:25, 3210:9, 3210:18, 3216:2, 3233:16, 3233:17, 3243:20, 3244:4, 3245:9, 3252:5, 3258:9, 3259:22, 3263:1, 3280:20, 3283:22, 3287:15, 3290:20
**JURY** [1] - 3143:12
**Jury** [4] - 3147:2, 3205:5, 3211:8, 3272:24
**Justin** [1] - 3273:15

## K

**Kailua** [1] - 3144:4
**Kandaris** [4] - 3166:10, 3166:14, 3171:21, 3200:8
**Kane** [1] - 3287:5
**Kane's** [2] - 3288:4, 3288:5
**Katherine** [5] - 3197:7, 3199:3, 3199:5,

3199:13, 3287:5
**Kathryn** [1] - 3143:16
**keep** [11] - 3146:13, 3149:15, 3150:18, 3151:19, 3159:22, 3160:9, 3163:5, 3191:13, 3204:10, 3265:1, 3275:16
**Keeper** [5] - 3173:19, 3201:10, 3202:16, 3207:16, 3221:21
**Keepers** [13] - 3166:2, 3173:19, 3179:2, 3182:1, 3182:16, 3203:14, 3207:4, 3207:7, 3207:15, 3207:22, 3210:2, 3214:17, 3228:12
**keeping** [1] - 3282:7
**keeps** [2] - 3149:22, 3214:20
**Kelly** [3] - 3187:14, 3187:19, 3187:23, 3188:13, 3205:11, 3227:4, 3230:23, 3231:1, 3231:5, 3250:16, 3250:21, 3254:11, 3257:3, 3257:7, 3257:9, 3257:17, 3258:2, 3259:11, 3259:15, 3260:2, 3260:13, 3260:17, 3260:22, 3261:7, 3261:11, 3279:18, 3280:14, 3280:16, 3292:3, 3292:11, 3292:13
**kept** [2] - 3238:20, 3287:12
**kind** [11] - 3162:7, 3162:10, 3164:21, 3170:18, 3178:4, 3185:17, 3226:16, 3241:12, 3266:21, 3271:22, 3281:8
**King** [1] - 3229:16
**knocks** [1] - 3163:10
**knowing** [4] - 3168:16, 3182:1, 3215:2, 3280:11
**knowledge** [5] - 3167:6, 3188:9, 3201:12, 3224:10, 3274:20
**knows** [4] - 3205:20, 3229:3, 3275:16, 3276:4

L

**Labor** [1] - 3148:14
**lack** [1] - 3239:10
**ladies** [3] - 3205:2, 3262:12, 3263:1
**Lady** [4] - 3197:6, 3199:3, 3199:5, 3199:13
**laid** [1] - 3213:5
**Lane** [1] - 3144:6
**language** [1] - 3168:24
**large** [2] - 3157:8, 3197:25
**largely** [1] - 3276:21
**larger** [1] - 3279:1
**last** [8] - 3164:23, 3183:13, 3248:4, 3255:16, 3284:19, 3284:20, 3289:15
**late** - 3218:8, 3263:13, 3287:25
**laughing** [1] - 3221:11
**law** [1] - 3246:10
**LAW** [1] - 3144:3
**lawlessness** [1] - 3208:2
**Lawn** [1] - 3236:16
**laws** [3] - 3166:3, 3178:17, 3182:17
**lawyer** [1] - 3284:20
**Lazarus** [1] - 3280:17
**leader** [5] - 3164:8, 3214:13, 3234:2, 3235:3

**leaders** [3] - 3212:8, 3235:6, 3235:21
**leadership** [2] - 3235:15, 3235:17
**Leadership** [2] - 3251:20, 3251:22
**leading** [1] - 3233:22
**leads** [1] - 3271:21
**learn** [3] - 3250:19, 3251:2, 3264:5
**learned** [4] - 3146:8, 3146:18, 3146:21
**learning** [1] - 3264:8
**least** [10] - 3148:17, 3150:12, 3154:15, 3156:13, 3164:9, 3188:14, 3192:3, 3192:24, 3205:24, 3260:5
**leave** [7] - 3153:6, 3172:22, 3188:22, 3189:22, 3281:3, 3281:15, 3281:16
**leaves** [1] - 3212:19
**leaving** [4] - 3156:9, 3174:2, 3185:8, 3241:12
**led** [1] - 3199:19
**Lee** [1] - 3144:2
**left** [19] - 3147:25, 3148:5, 3148:12, 3148:19, 3161:22, 3173:25, 3212:12, 3214:5, 3226:24, 3232:22, 3232:25, 3252:18, 3254:12, 3258:9, 3258:13, 3266:4, 3269:21, 3270:5, 3275:24
**legally** [1] - 3246:2
**length** [2] - 3166:5, 3170:5
**less** [2] - 3192:21, 3192:22
**letters** [1] - 3251:11
**level** [1] - 3155:16
**Lexington** [3] - 3228:22, 3228:24, 3229:7
**Liberty** [9] - 3209:10, 3209:11, 3209:17, 3209:25, 3210:1, 3210:6, 3227:18, 3227:21, 3228:4
**license** [1] - 3203:13
**life** [1] - 3267:16
**light** [4] - 3178:4, 3197:12, 3197:21, 3199:19
**lights** [1] - 3246:10
**limit** [2] - 3170:6, 3275:9
**limitations** [1] - 3198:13
**limited** [8] - 3153:17, 3198:15, 3207:15, 3245:10, 3256:22, 3276:24, 3281:1, 3281:14
**limits** [1] - 3166:4
**Line** [7] - 3150:10, 3150:11, 3164:8, 3233:22, 3233:23
**line** [18] - 3155:7, 3156:3, 3156:4, 3156:15, 3158:1, 3158:5, 3158:8, 3236:18, 3242:6, 3242:9, 3242:17, 3242:24, 3245:2, 3245:6, 3257:3, 3259:7, 3282:19, 3282:20
**lines** [1] - 3274:17
**linguistically** [1] - 3191:3
**links** [4] - 3219:13, 3220:8, 3222:17, 3222:19
**listened** [1] - 3158:18
**live** [6] - 3190:13, 3218:2, 3218:5, 3238:8, 3280:1, 3286:9
**live-streaming** [1] - 3238:8
**lived** [1] - 3153:10

**lives** [10] - 3179:11, 3179:12, 3179:13, 3179:17, 3180:24, 3212:20, 3247:7, 3248:12, 3256:11, 3281:6
**livestream** [3] - 3149:25, 3151:14, 3238:6
**load** [1] - 3181:2
**locate** [1] - 3174:15
**located** [5] - 3173:11, 3265:8, 3265:10, 3266:3, 3266:14
**location** [13] - 3155:15, 3155:18, 3155:19, 3160:1, 3173:7, 3173:10, 3204:13, 3214:15, 3214:16, 3214:20, 3224:18, 3225:20, 3276:5
**lockdown** [1] - 3218:2
**lockdowns** [1] - 3159:10
**locked** [2] - 3250:3, 3281:2
**logical** [1] - 3186:10
**LOL** [1] - 3199:14
**look** [19] - 3155:24, 3163:1, 3168:25, 3175:7, 3184:9, 3196:22, 3204:25, 3226:24, 3234:22, 3259:4, 3267:4, 3270:6, 3270:16, 3272:21, 3273:16, 3273:22, 3276:20, 3277:4, 3290:15
**looked** [11] - 3173:5, 3173:11, 3187:11, 3188:3, 3209:22, 3210:10, 3280:23, 3288:5, 3288:16, 3288:17, 3289:21
**looking** [10] - 3176:19, 3236:12, 3265:1, 3266:6, 3269:18, 3269:19, 3274:8, 3279:19, 3286:2, 3290:7
**looks** [9] - 3168:13, 3185:22, 3200:20, 3201:5, 3206:10, 3218:7, 3223:18, 3257:25, 3259:8
**looming** [1] - 3203:5
**loop** [1] - 3235:6
**Lord** [1] - 3201:4
**lose** [1] - 3252:5
**lost** [4] - 3166:17, 3230:1, 3252:2, 3252:3
**loud** [2] - 3283:13, 3284:8
**Louis** [1] - 3143:18
**Louisville** [1] - 3203:4
**lower** [3] - 3155:16, 3226:24
**lumber** [4] - 3222:5, 3222:12, 3222:15
**lunch** [1] - 3147:4
**Lupo** [2] - 3187:14, 3187:19
**lying** [1] - 3274:9

M

**M-c-I-n-t-y-r-e** [1] - 3263:4
**MA** [2] - 3216:18, 3217:4
**MAGA** [2] - 3218:10, 3218:13
**maintain** [3] - 3263:19, 3263:25, 3270:22
**maintaining** [1] - 3263:21
**major** [1] - 3267:17
**mall** [2] - 3150:24, 3151:1
**Mall** [1] - 3151:4
**manpower** [1] - 3253:14
**mansion** [6] - 3216:18, 3217:3,

3227:12, 3228:7, 3228:19, 3238:3
**Manzo** [2] - 3143:18, 3230:7
**march** [5] - 3191:3, 3192:23, 3193:1, 3193:5, 3193:8
**marched** [7] - 3190:11, 3191:5, 3191:19, 3191:24, 3192:17, 3192:22, 3236:16
**marching** [3] - 3176:2, 3176:16, 3194:9
**Marion** [1] - 3144:13
**mark** [3] - 3167:7, 3205:21, 3265:23
**Martin** [1] - 3144:9
**mask** [1] - 3262:20
**masks** [3] - 3273:20, 3274:9, 3274:17
**masonry** [1] - 3263:23
**Massachusetts** [1] - 3292:5
**masse** [1] - 3176:16
**massive** [1] - 3154:2
**Matt** [1] - 3180:16
**matt** [1] - 3180:17
**matter** [5] - 3208:9, 3208:12, 3258:23, 3290:7, 3292:8
**matters** [1] - 3211:11
**Matthew** [1] - 3144:16
**Mayflower** [2] - 3236:7, 3236:8
**McIntyre** [6] - 3145:6, 3262:16, 3262:18, 3262:19, 3263:3, 3272:7
**mean** [14] - 3151:23, 3154:9, 3154:11, 3170:22, 3182:6, 3202:24, 3208:18, 3210:10, 3228:16, 3243:20, 3275:5, 3276:25, 3277:12, 3283:18
**meaning** [4] - 3151:22, 3184:3, 3186:24, 3243:21
**meaningful** [1] - 3277:8
**means** [11] - 3183:6, 3183:8, 3184:1, 3184:17, 3185:13, 3190:15, 3191:10, 3202:15, 3202:22, 3272:10, 3286:13
**meant** [2] - 3147:13, 3169:21
**meantime** [1] - 3254:19
**media** [3] - 3149:22, 3272:17, 3272:19
**Medic** [2] - 3215:8, 3216:11
**medics** [1] - 3216:12
**meet** [3] - 3164:17, 3188:23, 3194:6
**meeting** [2] - 3164:4, 3180:17
**meetings** [1] - 3279:15
**meets** [2] - 3186:1, 3186:6
**Meggs** [37] - 3187:14, 3187:19, 3187:23, 3188:7, 3188:13, 3205:11, 3207:23, 3225:1, 3225:4, 3225:24, 3227:4, 3230:23, 3231:1, 3231:5, 3232:4, 3232:10, 3250:16, 3250:21, 3254:11, 3257:3, 3257:7, 3257:9, 3257:17, 3258:3, 3258:11, 3258:14, 3259:6, 3259:11, 3259:15, 3259:18, 3260:2, 3260:5, 3260:7, 3260:13, 3261:7, 3261:11, 3279:18
**Meggs'** [5] - 3188:4, 3260:17, 3260:22, 3280:15, 3280:16
**MEHTA** [1] - 3143:12
**member** [2] - 3207:16, 3215:7
**members** [10] - 3159:17, 3163:23,

3163:25, 3164:6, 3180:19, 3214:7, 3217:11, 3274:16, 3276:1, 3277:17
**memorandum** [1] - 3203:12
**mention** [2] - 3181:21, 3254:2
**mentioned** [4] - 3240:19, 3271:13, 3281:13, 3284:14
**mentions** [3] - 3184:21, 3245:19, 3254:8
**mere** [1] - 3289:20
**merely** [1] - 3288:13
**Merit** [1] - 3292:3
**message** [73] - 3148:1, 3148:18, 3148:20, 3152:20, 3168:4, 3168:8, 3168:17, 3169:7, 3169:14, 3169:19, 3172:19, 3176:25, 3177:2, 3178:10, 3179:5, 3179:14, 3179:20, 3180:9, 3180:16, 3182:9, 3182:12, 3183:2, 3183:10, 3183:14, 3183:15, 3183:21, 3184:21, 3185:3, 3185:19, 3186:12, 3186:23, 3187:11, 3188:18, 3189:2, 3189:25, 3190:6, 3190:13, 3191:5, 3194:5, 3195:3, 3195:7, 3200:15, 3200:18, 3203:2, 3203:25, 3204:15, 3211:18, 3212:17, 3213:24, 3216:14, 3221:9, 3221:13, 3227:13, 3235:4, 3235:11, 3235:14, 3235:19, 3238:20, 3238:23, 3240:14, 3240:22, 3242:2, 3250:1, 3250:12, 3252:11, 3253:9, 3253:13, 3254:2, 3254:3, 3254:18, 3255:3, 3255:16, 3256:18
**messaged** [5] - 3238:2, 3241:1, 3252:13, 3253:23, 3256:13
**messages** [54] - 3147:10, 3147:14, 3168:2, 3170:8, 3173:13, 3175:18, 3177:24, 3178:11, 3178:21, 3180:3, 3183:2, 3194:13, 3195:12, 3196:18, 3197:6, 3197:25, 3198:8, 3198:9, 3198:24, 3199:18, 3201:18, 3203:17, 3204:19, 3214:20, 3216:6, 3218:18, 3219:10, 3219:11, 3219:21, 3219:22, 3220:8, 3222:23, 3223:1, 3223:25, 3230:21, 3234:8, 3234:13, 3234:14, 3237:25, 3238:13, 3238:21, 3238:25, 3239:4, 3248:24, 3249:7, 3249:15, 3251:10, 3253:19, 3254:15, 3279:18, 3288:12, 3288:24, 3289:10
**messaging** [1] - 3252:16
**met** [1] - 3233:9
**metadata** [1] - 3149:17
**meticulous** [1] - 3182:1
**Metro** [1] - 3215:16
**microphones** [1] - 3199:20
**middle** [2] - 3175:6, 3189:17
**might** [5] - 3175:22, 3178:13, 3178:15, 3286:22, 3290:12
**miles** [1] - 3199:11
**military** [3] - 3170:24, 3170:25, 3185:16
**militia** [1] - 3210:7, 3227:19, 3227:20
**Militia** [1] - 3180:18
**millions** [2] - 3212:20, 3254:15

**mind** [3] - 3198:2, 3219:14, 3220:17
**minds** [1] - 3187:3
**Minor** [1] - 3202:5
**MINUTA** [1] - 3143:7
**Minuta** [64] - 3144:2, 3147:11, 3149:5, 3150:12, 3157:25, 3158:24, 3159:6, 3160:23, 3162:1, 3162:8, 3162:12, 3164:10, 3164:17, 3207:18, 3233:19, 3233:22, 3235:3, 3235:8, 3235:22, 3235:24, 3236:3, 3236:9, 3236:15, 3236:20, 3237:8, 3237:16, 3237:19, 3237:24, 3238:4, 3238:12, 3238:20, 3238:25, 3239:8, 3239:9, 3239:19, 3240:2, 3240:8, 3240:17, 3240:19, 3241:4, 3241:18, 3241:21, 3241:23, 3242:6, 3242:24, 3243:3, 3243:7, 3243:13, 3243:25, 3244:4, 3244:16, 3245:2, 3245:6, 3245:16, 3246:1, 3246:6, 3246:13, 3246:14, 3246:18, 3252:20, 3254:11, 3282:20, 3284:10, 3289:5
**Minuta's** [5] - 3161:22, 3237:12, 3239:14, 3239:16, 3244:23
**minute** [9] - 3160:13, 3169:14, 3170:4, 3177:3, 3182:9, 3182:23, 3220:2, 3235:19
**minutes** [32] - 3148:18, 3148:25, 3149:12, 3152:19, 3152:23, 3153:2, 3156:2, 3160:25, 3161:2, 3164:14, 3173:22, 3174:5, 3174:6, 3174:7, 3183:24, 3184:8, 3203:24, 3204:12, 3206:9, 3236:11, 3237:6, 3237:11, 3237:14, 3238:4, 3240:25, 3242:3, 3242:11, 3244:3, 3247:21, 3250:10
**missing** [3] - 3268:16, 3269:21
**mission** [4] - 3263:18, 3263:19, 3265:1, 3270:22
**missions** [1] - 3202:8
**misspeak** [1] - 3211:24
**misstates** [1] - 3251:4
**mix** [1] - 3284:18
**modern** [2] - 3268:19, 3271:4
**Moerschel** [8] - 3144:9, 3230:17, 3230:25, 3231:6, 3252:20, 3254:10, 3289:7, 3289:17
**moment** [8] - 3162:12, 3173:22, 3176:6, 3195:12, 3195:21, 3228:11, 3273:25, 3275:15
**money** [1] - 3181:8
**monitor** [1] - 3185:25
**montage** [2] - 3147:23, 3157:22
**month** [1] - 3198:10
**months** [2] - 3289:14
**Monument** [1] - 3207:5
**mood** [1] - 3178:4
**morning** [16] - 3167:5, 3169:7, 3171:17, 3171:18, 3174:22, 3189:24, 3195:22, 3231:6, 3247:9, 3248:6, 3248:25, 3249:9, 3252:8, 3275:16, 3283:20, 3291:2

**Mortellite** [3] - 3292:3, 3292:11, 3292:13
**most** [2] - 3230:1, 3264:11
**mostly** [2] - 3151:3, 3161:5
**motion** [2] - 3205:11, 3286:22
**motivations** [1] - 3163:17
**move** [14] - 3159:13, 3167:16, 3175:21, 3194:16, 3211:21, 3216:23, 3221:1, 3221:4, 3231:4, 3233:18, 3260:8, 3274:4, 3283:5, 3287:23
**moved** [4] - 3151:7, 3157:14, 3281:3, 3283:7
**movement** [1] - 3224:11
**movements** [2] - 3224:8, 3224:14
**moves** [1] - 3234:19
**moving** [9] - 3148:3, 3169:25, 3170:4, 3172:21, 3187:10, 3225:17, 3227:7, 3227:8, 3241:18
**MPP** [2] - 3282:13, 3282:14
**MR** [207] - 3146:15, 3147:6, 3147:23, 3165:2, 3165:5, 3167:16, 3167:18, 3167:20, 3167:21, 3167:25, 3168:7, 3168:11, 3168:19, 3168:22, 3175:21, 3175:23, 3180:6, 3180:8, 3180:12, 3187:6, 3189:11, 3189:13, 3191:6, 3191:8, 3191:11, 3191:14, 3191:17, 3194:16, 3194:18, 3194:20, 3194:21, 3194:22, 3194:23, 3195:1, 3196:21, 3196:24, 3196:25, 3197:1, 3197:5, 3197:9, 3197:14, 3197:23, 3198:7, 3199:25, 3201:14, 3201:16, 3201:22, 3202:18, 3202:21, 3203:20, 3204:17, 3204:22, 3205:9, 3205:14, 3205:17, 3205:20, 3205:23, 3205:25, 3206:1, 3206:4, 3206:9, 3206:17, 3207:11, 3208:5, 3208:8, 3208:13, 3208:20, 3208:23, 3208:25, 3209:7, 3209:15, 3210:5, 3210:14, 3210:25, 3211:4, 3211:7, 3211:12, 3211:21, 3211:24, 3213:13, 3214:10, 3215:5, 3216:1, 3216:4, 3216:21, 3216:23, 3217:1, 3218:23, 3218:24, 3219:3, 3219:4, 3219:8, 3219:14, 3219:19, 3219:25, 3220:1, 3220:5, 3220:7, 3220:10, 3220:13, 3220:22, 3221:4, 3222:25, 3226:4, 3226:7, 3226:9, 3226:12, 3229:1, 3229:22, 3229:25, 3230:4, 3230:7, 3230:12, 3231:13, 3231:15, 3231:17, 3231:20, 3234:4, 3234:18, 3234:24, 3236:10, 3239:10, 3242:14, 3243:14, 3243:17, 3244:13, 3244:15, 3244:17, 3244:21, 3245:8, 3245:12, 3246:14, 3247:14, 3247:18, 3250:23, 3251:4, 3251:8, 3251:24, 3253:7, 3253:10, 3255:9, 3255:16, 3255:19, 3256:20, 3257:5, 3257:13, 3258:4, 3258:16, 3258:22, 3259:13, 3259:20, 3260:9, 3261:15, 3262:6, 3262:8, 3262:9, 3272:3, 3272:4, 3272:6, 3273:19, 3273:24, 3274:2, 3274:7,

3274:23, 3275:17, 3275:23, 3276:15, 3276:23, 3277:15, 3278:13, 3279:5, 3279:15, 3280:10, 3281:11, 3281:18, 3281:19, 3281:21, 3281:25, 3282:6, 3282:10, 3282:13, 3282:18, 3282:23, 3283:1, 3283:5, 3283:10, 3283:12, 3283:14, 3283:25, 3284:2, 3284:9, 3284:13, 3284:17, 3284:22, 3284:25, 3285:1, 3285:4, 3285:8, 3285:9, 3285:11, 3285:15, 3285:19, 3285:24, 3286:1, 3286:4, 3286:6, 3286:9
**MS** [48] - 3206:19, 3207:2, 3209:9, 3209:24, 3210:23, 3211:1, 3211:6, 3230:10, 3234:23, 3242:13, 3256:21, 3256:24, 3257:2, 3257:10, 3257:23, 3259:8, 3259:24, 3261:21, 3262:1, 3262:4, 3262:16, 3262:22, 3267:6, 3267:8, 3269:14, 3269:16, 3271:24, 3272:2, 3273:3, 3273:7, 3274:4, 3275:1, 3275:15, 3278:1, 3278:15, 3283:4, 3283:8, 3283:11, 3283:13, 3285:7, 3285:21, 3286:18, 3286:22, 3286:25, 3288:4, 3288:18, 3290:7, 3290:23
**multiple** [1] - 3235:16
**museum** [3] - 3171:7, 3264:25, 3265:2
**musician** [1] - 3199:20
**Myers** [1] - 3144:10

### N

**name** [6] - 3200:3, 3208:19, 3263:2, 3263:3, 3276:16, 3276:17
**named** [6] - 3187:14, 3199:3, 3200:10, 3215:7, 3217:21, 3230:23
**names** [5] - 3192:11, 3232:12, 3232:16, 3233:2, 3233:15
**nasty** [2] - 3212:15
**nation** [1] - 3235:21
**national** [1] - 3198:5
**near** [6] - 3151:6, 3166:15, 3207:4, 3212:15, 3279:20, 3279:25
**nearby** [1] - 3202:2
**nearly** [1] - 3198:8
**necessarily** [4] - 3172:14, 3219:20, 3229:21, 3289:19
**necessary** [2] - 3195:24, 3290:22
**need** [8] - 3169:22, 3202:9, 3217:17, 3230:2, 3230:3, 3277:21, 3284:15, 3290:11
**needed** [6] - 3170:11, 3174:25, 3180:24, 3211:10, 3281:4, 3281:16
**needs** [4] - 3183:24, 3203:6, 3272:11, 3285:13
**NESTLER** [31] - 3205:25, 3273:19, 3273:24, 3274:2, 3274:7, 3274:23, 3275:17, 3275:23, 3276:15, 3276:23, 3277:15, 3278:13, 3279:5, 3279:15, 3280:10, 3281:11, 3281:19, 3281:25, 3282:6, 3282:10, 3283:1,

3284:13, 3284:22, 3284:25, 3285:4, 3285:8, 3285:11, 3285:15, 3285:19, 3286:4
**Nestler** [5] - 3143:16, 3230:6, 3278:1, 3287:11, 3287:14
**Nestler's** [1] - 3273:11
**never** [6] - 3164:16, 3167:13, 3169:11, 3189:9, 3285:11, 3287:10
**new** [5] - 3203:11, 3239:21, 3284:16, 3284:20
**New** [4] - 3159:1, 3197:10, 3197:13, 3198:3
**news** [1] - 3219:13
**next** [27] - 3163:7, 3163:9, 3168:2, 3177:3, 3189:13, 3189:24, 3194:9, 3198:14, 3199:17, 3209:8, 3212:17, 3214:18, 3234:20, 3235:10, 3235:18, 3244:23, 3246:18, 3247:24, 3248:1, 3250:8, 3255:22, 3261:20, 3264:19, 3276:4, 3283:5, 3283:25, 3290:13
**nice** [3] - 3147:4, 3272:21, 3291:1
**Nick** [4] - 3177:6, 3285:5, 3285:8, 3285:10
**night** [12] - 3167:1, 3182:13, 3185:25, 3189:6, 3189:15, 3189:17, 3189:18, 3189:20, 3194:7, 3199:22, 3235:12, 3272:21
**nightmarish** [1] - 3181:12
**nine** [1] - 3182:9
**Nissan** [2] - 3166:21, 3169:9
**nobody** [1] - 3197:16
**non** [1] - 3210:15
**non-hearsay** [1] - 3210:15
**none** [1] - 3289:11
**noon** [2] - 3196:6, 3196:10
**normal** [1] - 3264:23
**normally** [2] - 3154:25, 3245:20
**north** [3] - 3150:24, 3156:25, 3157:3
**northeast** [1] - 3165:1
**Northern** [1] - 3199:9
**note** [4] - 3219:19, 3220:1, 3222:5, 3272:14
**nothing** [9] - 3165:2, 3186:22, 3193:11, 3204:1, 3280:3, 3280:4, 3281:5, 3281:6, 3281:7
**notice** [6] - 3203:11, 3267:24, 3283:12, 3287:2, 3287:4, 3290:11
**notices** [1] - 3163:1
**notion** [1] - 3260:5
**nowhere** [2] - 3151:6, 3212:15
**number** [8] - 3154:11, 3192:3, 3198:25, 3234:5, 3239:22, 3242:13, 3283:2, 3286:7
**numbers** [1] - 3168:4
**NW** [2] - 3143:19, 3144:17
**NYE** [2] - 3199:1, 3199:6

### O

**oars** [1] - 3268:11

**oath** [1] - 3243:10
**Oath** [18] - 3166:2, 3173:19, 3179:2, 3182:1, 3182:16, 3201:10, 3202:16, 3203:13, 3207:3, 3207:7, 3207:15, 3207:22, 3210:1, 3214:17, 3221:21, 3228:12
**object** [7] - 3209:12, 3219:5, 3244:13, 3273:8, 3275:2, 3281:24
**objection** [39] - 3175:23, 3180:8, 3187:6, 3189:11, 3191:6, 3191:8, 3193:2, 3194:23, 3197:16, 3199:25, 3201:17, 3202:18, 3204:17, 3204:22, 3211:21, 3213:13, 3214:10, 3218:23, 3222:25, 3226:5, 3229:1, 3234:23, 3234:24, 3239:10, 3239:12, 3243:14, 3243:17, 3244:19, 3245:8, 3246:14, 3247:14, 3250:23, 3251:4, 3253:7, 3253:11, 3255:9, 3267:8, 3269:16, 3273:10
**objections** [4] - 3206:17, 3206:20, 3273:1, 3273:14
**obligations** [1] - 3288:8
**observe** [6] - 3264:21, 3268:3, 3268:18, 3268:21, 3276:21, 3277:10
**observed** [1] - 3273:21
**observing** [1] - 3277:12
**obstructed** [1] - 3275:7
**obstruction** [5] - 3275:6, 3287:13, 3287:14, 3288:8
**obtain** [1] - 3180:3
**obtained** [1] - 3198:19
**obviously** [3] - 3153:10, 3198:13, 3270:5
**occurred** [2] - 3156:6, 3177:24
**OF** [5] - 3143:1, 3143:3, 3143:12, 3144:3, 3292:1
**offering** [3] - 3184:14, 3186:3, 3186:23
**offers** [1] - 3184:22
**office** [13] - 3196:14, 3262:17, 3263:22, 3264:24, 3265:2, 3275:22, 3280:2, 3280:19, 3280:21, 3280:22, 3281:2, 3281:15
**OFFICE** [1] - 3143:18
**Officer** [3] - 3161:6, 3161:21, 3162:15, 3163:1, 3282:14
**officer** [3] - 3163:13, 3163:15, 3178:7
**officers** [20] - 3155:12, 3156:9, 3158:2, 3158:7, 3160:18, 3161:7, 3163:10, 3177:4, 3177:16, 3180:17, 3243:1, 3243:4, 3243:7, 3244:1, 3244:9, 3244:16, 3245:5, 3245:6, 3282:18, 3282:20
**OFFICES** [1] - 3144:3
**offices** [1] - 3278:24
**official** [1] - 3192:7
**Official** [1] - 3292:14
**OFFICIAL** [1] - 3292:1
**Ohio** [1] - 3181:10
**OK** [4] - 3215:8, 3216:11, 3251:10, 3251:17

**old** [1] - 3267:19
**Old** [2] - 3251:20, 3251:22
**on-site** [1] - 3264:10
**once** [7] - 3146:6, 3146:17, 3164:21, 3190:16, 3197:21, 3264:11, 3264:16
**one** [59] - 3146:5, 3161:7, 3161:18, 3162:2, 3163:18, 3169:20, 3170:4, 3179:1, 3179:9, 3181:15, 3183:23, 3184:8, 3187:2, 3188:16, 3189:6, 3192:13, 3193:22, 3194:15, 3195:20, 3200:9, 3203:19, 3205:9, 3206:23, 3207:4, 3207:6, 3207:24, 3208:16, 3209:10, 3209:11, 3212:9, 3234:20, 3235:19, 3240:3, 3240:5, 3242:25, 3244:17, 3245:25, 3249:8, 3255:16, 3255:20, 3256:12, 3262:13, 3266:3, 3268:6, 3268:17, 3269:21, 3270:3, 3270:5, 3271:19, 3272:11, 3274:10, 3282:18, 3284:13, 3285:22, 3285:24, 3286:1
**ones** [5] - 3168:3, 3168:8, 3192:24, 3228:5, 3267:25
**online** [1] - 3282:1
**Op** [24] - 3147:11, 3167:10, 3168:14, 3169:8, 3175:18, 3187:25, 3188:11, 3188:18, 3190:7, 3194:13, 3201:25, 3203:17, 3234:9, 3234:14, 3235:4, 3235:8, 3235:11, 3235:15, 3235:16, 3236:8, 3240:8, 3250:9, 3251:10, 3251:17
**op** [5] - 3203:4, 3203:5, 3215:7, 3225:8, 3239:2
**open** [9] - 3146:13, 3160:17, 3160:21, 3168:1, 3209:6, 3260:19, 3266:18, 3266:20
**operation** [3] - 3198:6, 3201:10, 3214:14
**operations** [2] - 3202:8, 3202:12
**operative** [1] - 3289:9
**operator** [1] - 3172:4
**opine** [1] - 3290:17
**opinion** [2] - 3227:7, 3290:3
**opportunity** [2] - 3168:15, 3168:25
**oppose** [1] - 3279:9
**opposed** [1] - 3277:9
**opposing** [2] - 3277:25, 3279:8
**opposite** [1] - 3164:1
**option** [1] - 3212:9
**order** [7] - 3257:19, 3257:22, 3259:22, 3261:10, 3277:21, 3280:22, 3289:16
**ordinary** [1] - 3155:1
**ornate** [4] - 3266:5, 3267:11, 3271:5, 3271:11
**otherwise** [1] - 3201:1
**out-of-the-state** [1] - 3283:2
**outfitted** [2] - 3178:23, 3253:24
**outgoing** [1] - 3271:21
**outside** [7] - 3147:19, 3152:14, 3154:17, 3155:15, 3156:9, 3161:1, 3233:6, 3244:9, 3244:20, 3245:3,

3245:11, 3245:14, 3257:10, 3257:15, 3257:16, 3257:20, 3258:5, 3260:17, 3260:22, 3285:21
**overall** [1] - 3235:16
**overhang** [1] - 3274:7
**overheard** [1] - 3215:16
**overlaps** [1] - 3208:13
**overnight** [1] - 3181:24
**overruled** [1] - 3214:11
**overwhelmed** [4] - 3156:4, 3177:19, 3178:15, 3178:21
**own** [3] - 3159:1, 3243:20, 3278:5
**owned** [1] - 3159:1

**P**

**p.m** [42] - 3143:6, 3147:15, 3173:16, 3173:17, 3173:20, 3176:1, 3176:9, 3176:12, 3176:15, 3180:17, 3184:9, 3184:12, 3184:17, 3187:11, 3187:21, 3188:25, 3193:4, 3204:7, 3205:25, 3206:13, 3213:24, 3214:15, 3221:19, 3223:20, 3223:22, 3231:9, 3231:13, 3231:22, 3232:3, 3234:11, 3235:5, 3235:12, 3237:16, 3238:10, 3240:20, 3240:22, 3241:9, 3242:4, 3249:25, 3250:1, 3252:12, 3260:14, 3275:25, 3280:18, 3281:19, 3281:22, 3287:1, 3291:4
**PA** [1] - 3144:7
**page** [5] - 3168:12, 3175:6, 3187:9, 3203:19, 3210:4
**PAGE** [1] - 3145:2
**pages** [7] - 3167:19, 3194:20, 3210:13, 3210:25, 3211:1, 3277:14
**painting** [1] - 3263:23
**pair** [1] - 3265:25
**panes** [4] - 3270:2, 3270:5, 3270:6
**paper** [1] - 3212:11
**park** [5] - 3152:11, 3154:5, 3154:6, 3154:21
**parked** [2] - 3166:15, 3169:8
**parking** [1] - 3181:12
**parks** [1] - 3156:14
**part** [18] - 3151:14, 3152:8, 3157:9, 3174:19, 3180:4, 3208:3, 3208:14, 3218:8, 3229:6, 3255:13, 3268:7, 3270:22, 3271:14, 3271:22, 3275:5, 3279:1, 3284:10, 3288:7
**particular** [9] - 3153:17, 3154:16, 3155:24, 3168:9, 3233:6, 3244:17, 3268:4, 3276:13, 3288:19
**particularly** [5] - 3275:9, 3275:21, 3277:6, 3280:10, 3290:22
**parties** [2] - 3220:25, 3272:12
**passed** [1] - 3148:18
**passing** [1] - 3148:13
**past** [3] - 3162:13, 3162:14, 3170:19
**path** [4] - 3149:9, 3150:20, 3157:25, 3245:19

**patriot** [2] - 3181:13, 3218:6
**patriots** [13] - 3190:10, 3191:4, 3191:18, 3212:14, 3215:24, 3216:9, 3217:12, 3217:14, 3217:19, 3218:1, 3246:2, 3246:5
**Patriots** [1] - 3150:2
**pause** [3] - 3226:14, 3248:3, 3265:19
**paused** [3] - 3160:25, 3246:1, 3260:1
**PD** [1] - 3215:16
**peaceful** [1] - 3255:7
**Peed** [2] - 3144:16, 3145:4
**PEED** [77] - 3144:16, 3165:5, 3167:16, 3167:20, 3168:7, 3168:19, 3175:21, 3180:6, 3180:12, 3189:13, 3191:8, 3191:11, 3191:14, 3191:17, 3194:16, 3194:20, 3194:22, 3195:1, 3196:21, 3196:25, 3197:9, 3197:23, 3201:14, 3201:22, 3202:21, 3205:9, 3205:14, 3205:17, 3205:20, 3205:23, 3206:1, 3206:17, 3207:11, 3208:5, 3208:8, 3208:13, 3208:23, 3208:25, 3209:7, 3209:15, 3210:5, 3210:14, 3210:25, 3211:4, 3211:7, 3211:12, 3211:21, 3211:24, 3215:5, 3216:1, 3216:4, 3216:21, 3216:23, 3217:1, 3218:23, 3219:3, 3219:14, 3219:25, 3220:10, 3221:4, 3226:4, 3226:7, 3226:9, 3226:12, 3229:22, 3234:24, 3247:14, 3250:23, 3251:4, 3253:7, 3255:9, 3262:8, 3272:6, 3281:18, 3286:1, 3286:6, 3286:9
**peed** [35] - 3165:4, 3167:25, 3168:6, 3198:11, 3205:7, 3205:22, 3206:4, 3206:20, 3207:9, 3211:11, 3220:15, 3229:23, 3246:21, 3246:25, 3247:3, 3247:6, 3248:23, 3249:14, 3250:15, 3251:9, 3251:13, 3251:19, 3252:2, 3252:23, 3254:14, 3254:19, 3255:11, 3255:21, 3255:25, 3256:10, 3262:7, 3272:5, 3285:25
**peed's** [1] - 3249:22
**Pelosi** [2] - 3279:7, 3279:19
**Pelosi's** [2] - 3273:2, 3276:3
**Pence** [10] - 3203:25, 3204:16, 3204:20, 3204:24, 3211:14, 3212:5, 3213:2, 3240:23, 3241:1, 3252:14
**people** [73] - 3154:6, 3154:12, 3155:7, 3161:3, 3174:11, 3176:7, 3176:8, 3176:11, 3176:16, 3177:20, 3178:12, 3178:13, 3179:10, 3179:11, 3181:9, 3181:15, 3184:3, 3185:20, 3185:23, 3186:13, 3186:16, 3186:20, 3186:24, 3187:3, 3187:4, 3191:24, 3192:3, 3192:17, 3192:23, 3194:2, 3200:6, 3200:13, 3207:25, 3208:25, 3209:5, 3215:16, 3217:10, 3219:22, 3224:8, 3225:12, 3233:13, 3243:9, 3248:9, 3248:20, 3250:2, 3250:7, 3252:24, 3254:23, 3255:4, 3256:14, 3258:25, 3259:1, 3259:7, 3259:10, 3273:20,

3274:6, 3274:8, 3275:11, 3275:12, 3276:6, 3276:24, 3277:13, 3277:23, 3278:20, 3279:12, 3279:20, 3280:1, 3280:4, 3280:19, 3281:15, 3282:7, 3283:8, 3284:16
**people's** [3] - 3219:13, 3220:8, 3278:9
**pepper** [1] - 3216:12
**percentage** [3] - 3192:19, 3192:20, 3197:25
**perform** [2] - 3277:2, 3277:14
**performed** [1] - 3277:15
**performing** [2] - 3276:22, 3276:25
**perhaps** [3] - 3258:11, 3260:6, 3277:12
**perimeter** [4] - 3186:1, 3186:6, 3186:7, 3186:10
**period** [16] - 3161:3, 3163:24, 3168:9, 3171:1, 3174:4, 3177:24, 3196:10, 3198:5, 3198:10, 3219:15, 3228:13, 3282:4, 3289:8, 3289:10, 3290:18, 3290:21
**permission** [1] - 3256:21
**permit** [1] - 3281:9
**permits** [1] - 3192:7
**permitted** [7] - 3192:10, 3254:20, 3255:12, 3255:13, 3255:22, 3256:2, 3256:5
**person** [15] - 3171:22, 3193:22, 3196:25, 3230:2, 3232:2, 3233:10, 3239:14, 3257:2, 3257:25, 3258:2, 3260:1, 3266:22, 3268:17, 3288:2, 3289:23
**personal** [2] - 3165:16, 3274:19
**personally** [2] - 3200:22, 3273:21
**perspective** [1] - 3201:1
**perspectives** [1] - 3208:1
**petitioned** [1] - 3229:16
**phase** [1] - 3238:3
**Philadelphia** [1] - 3144:7
**phone** [43] - 3162:2, 3167:21, 3188:3, 3188:4, 3198:19, 3198:22, 3224:21, 3225:3, 3225:21, 3236:24, 3237:3, 3237:9, 3237:12, 3237:20, 3239:1, 3239:2, 3239:8, 3239:19, 3239:21, 3239:22, 3239:23, 3256:23, 3261:18, 3287:17, 3287:22, 3288:6, 3288:10, 3288:16, 3288:17, 3288:20, 3288:21, 3288:22, 3288:25, 3289:2, 3289:4, 3289:6, 3289:8, 3289:9, 3289:12, 3289:21, 3290:16, 3290:18, 3290:21
**phones** [10] - 3191:11, 3197:2, 3239:22, 3239:23, 3287:8, 3287:10, 3288:14, 3289:18, 3289:20, 3290:7
**phoning** [1] - 3281:7
**photo** [7] - 3259:25, 3266:25, 3267:1, 3267:14, 3269:23, 3270:10, 3287:20
**photo/film** [1] - 3202:2
**photograph** [4] - 3177:9, 3237:19, 3239:24, 3274:6
**photographs** [12] - 3223:18, 3232:25, 3233:2, 3233:5, 3273:19, 3275:10,

3275:13, 3281:18, 3281:19, 3281:20, 3281:21, 3281:24
**photos** [6] - 3220:9, 3237:8, 3269:8, 3274:21, 3274:23, 3275:1
**Phranq** [3] - 3200:4, 3200:10, 3200:19
**phrase** [2] - 3179:2, 3202:13
**physical** [4] - 3160:1, 3222:10, 3258:24, 3259:2
**pickup** [3] - 3166:21, 3169:9, 3184:23
**pickups** [3] - 3183:23, 3184:14, 3184:22
**pics** [1] - 3223:13
**picture** [10] - 3157:20, 3171:11, 3223:5, 3223:8, 3266:4, 3268:5, 3269:20, 3269:25, 3270:1, 3270:11
**pictures** [2] - 3201:2, 3207:17
**pictures/video** [1] - 3199:14
**piece** [3] - 3222:12
**pieces** [1] - 3171:7
**pin** [2] - 3270:16
**pissed** [1] - 3217:19
**pissed-off** [1] - 3217:19
**place** [5] - 3151:15, 3152:11, 3153:19, 3218:7, 3271:1
**placed** [1] - 3182:20
**places** [1] - 3154:18
**Plaintiff** [1] - 3143:4
**plan** [5] - 3174:19, 3174:21, 3213:5, 3218:9, 3229:20
**planning** [5] - 3190:19, 3198:5, 3208:14, 3215:1, 3280:12
**plans** [2] - 3197:10, 3199:6
**play** [18] - 3149:3, 3149:5, 3152:5, 3152:8, 3221:22, 3236:10, 3242:17, 3244:11, 3245:22, 3247:12, 3247:22, 3247:24, 3248:1, 3248:4, 3261:9, 3265:16, 3271:15, 3277:8
**played** [26] - 3149:7, 3149:16, 3150:19, 3151:20, 3152:10, 3156:20, 3157:17, 3159:12, 3159:16, 3160:10, 3161:16, 3162:22, 3163:6, 3226:13, 3226:22, 3227:1, 3232:1, 3242:19, 3244:25, 3245:24, 3247:23, 3247:25, 3248:2, 3248:5, 3261:5, 3265:18
**playing** [5] - 3149:15, 3150:18, 3163:5, 3244:22, 3276:21
**Plaza** [3] - 3166:15, 3169:10, 3173:4
**plugged** [1] - 3235:20
**plumbing** [1] - 3263:24
**plus** [2] - 3174:6, 3288:1
**PO** [1] - 3144:3
**pocket** [1] - 3266:21
**podcast** [5] - 3166:11, 3171:21, 3171:24, 3247:9, 3247:20
**point** [23] - 3150:6, 3153:6, 3155:25, 3157:21, 3157:22, 3158:4, 3160:21, 3161:21, 3169:1, 3234:18, 3246:9, 3259:14, 3264:5, 3265:20, 3270:15, 3274:14, 3274:15, 3278:23, 3279:18, 3280:14, 3281:5, 3281:16, 3287:25
**pointed** [1] - 3290:10

pointing [1] - 3285:19
points [4] - 3158:8, 3205:10, 3224:17, 3225:20
Police [2] - 3264:17, 3281:17
police [20] - 3150:21, 3155:12, 3156:3, 3156:4, 3156:5, 3156:14, 3156:15, 3158:1, 3158:4, 3177:18, 3178:15, 3178:22, 3215:11, 3242:6, 3242:9, 3242:17, 3242:24, 3243:1, 3245:2, 3246:19
political [1] - 3227:21
political/militia [1] - 3227:22
popping [1] - 3275:16
portion [2] - 3154:6, 3192:17
position [5] - 3207:14, 3263:7, 3266:20, 3267:2, 3276:17
positioning [1] - 3258:24
positions [2] - 3276:16, 3276:17
possibility [2] - 3217:16, 3283:18
possible [2] - 3203:4, 3232:19
possibly [1] - 3286:2
posted [3] - 3177:9, 3203:11, 3219:21
posters [1] - 3223:14
postings [1] - 3272:20
posts [1] - 3177:6
potential [1] - 3264:8
potentially [1] - 3171:1
Potomac [1] - 3180:21
pounds [1] - 3267:22
power [1] - 3271:23
practice [1] - 3205:11
precipice [1] - 3257:21
precise [1] - 3192:20
preclude [1] - 3287:23
predict [1] - 3204:16
predicted [5] - 3190:3, 3204:1, 3211:14, 3213:2, 3213:16
prediction [1] - 3194:5
prejudice [1] - 3278:17
prejudicial [4] - 3275:8, 3275:11, 3278:23, 3281:4
prep [1] - 3172:13
prepared [2] - 3271:3, 3281:9
preparing [2] - 3270:24, 3279:7
prepped [1] - 3172:5
pres [1] - 3189:5
presence [1] - 3289:25
present [3] - 3220:15, 3277:21, 3289:2
presented [1] - 3219:21
presently [2] - 3288:10, 3288:21
preserve [1] - 3263:19
preside [1] - 3277:2
President [15] - 3176:15, 3192:24, 3192:25, 3193:5, 3196:5, 3196:6, 3196:10, 3196:11, 3240:23, 3241:1, 3252:13, 3253:14, 3271:21
president [3] - 3189:15, 3190:1, 3213:12
presidential [1] - 3270:25

Press [1] - 3282:1
pretrial [1] - 3287:11
pretty [2] - 3290:15, 3290:20
previous [1] - 3270:1
previously [1] - 3176:21
primary [2] - 3268:13, 3268:22
prize [1] - 3166:23
probative [5] - 3274:18, 3275:9, 3275:11, 3277:6, 3278:18
proceed [1] - 3211:11
proceeded [3] - 3172:25, 3173:3, 3173:12
proceeding [3] - 3275:6, 3279:11
PROCEEDINGS [1] - 3143:12
proceedings [6] - 3275:7, 3276:20, 3277:12, 3278:19, 3279:1, 3292:7
process [6] - 3173:16, 3188:25, 3189:10, 3253:14, 3276:14, 3277:8
produced [2] - 3168:21, 3287:7
proffer [1] - 3273:11
proficient [1] - 3172:4
Prometheus [1] - 3253:13
promises [1] - 3230:10
pronoun [1] - 3190:24
propane [1] - 3222:6
proposed [1] - 3273:15
protected [1] - 3276:8
protection [1] - 3263:16
protest [1] - 3181:9
protesters [3] - 3150:22, 3151:3, 3151:7
Proud [1] - 3285:12
prove [1] - 3287:13
provide [1] - 3287:4
provided [4] - 3206:20, 3275:17, 3287:4, 3289:13
public [1] - 3154:20, 3155:1
publish [4] - 3216:2, 3226:12, 3267:6, 3269:14
published [2] - 3281:25, 3282:1
pull [21] - 3147:23, 3149:17, 3151:9, 3156:5, 3185:10, 3231:3, 3231:11, 3231:12, 3231:21, 3232:18, 3234:4, 3242:22, 3246:23, 3254:7, 3254:18, 3257:5, 3257:6, 3258:7, 3260:19, 3290:11
pulled [3] - 3155:21, 3163:14, 3163:18, 3163:19, 3168:20, 3257:13, 3259:9
pulling [1] - 3255:16
pulls [2] - 3258:2, 3260:21
pumping [3] - 3226:24, 3227:2, 3227:7
Punta [1] - 3144:14
puppet [2] - 3190:14, 3212:21
purchased [1] - 3197:11
purely [1] - 3277:18
purportedly [1] - 3288:3
purpose [3] - 3198:15, 3207:9, 3247:1
purposes [4] - 3179:1, 3179:9, 3187:3, 3256:12
pursuant [1] - 3265:14

push [2] - 3162:15, 3163:13
pushes [2] - 3163:10, 3163:12
pushing [3] - 3163:9, 3176:5, 3176:7
put [6] - 3161:22, 3163:18, 3171:19, 3181:12, 3183:15, 3184:23, 3196:8, 3198:3, 3210:13, 3219:16, 3225:8, 3231:16, 3232:19, 3258:9, 3279:25, 3289:17
puts [2] - 3162:4, 3225:14
putting [6] - 3182:14, 3202:5, 3225:19, 3273:20, 3274:8, 3274:16

## Q

QRF [22] - 3179:1, 3179:9, 3179:16, 3180:4, 3180:24, 3181:1, 3181:6, 3182:23, 3183:12, 3184:21, 3187:2, 3187:3, 3202:1, 3202:6, 3247:1, 3247:7, 3250:11, 3250:20, 3252:18, 3253:6, 3253:20, 3256:11
qualified [1] - 3172:4
Quarterly [1] - 3282:1
Queen [1] - 3144:6
questions [62] - 3178:12, 3224:21, 3225:23, 3227:11, 3229:22, 3230:14, 3230:15, 3230:16, 3230:20, 3232:11, 3232:15, 3233:5, 3233:18, 3233:21, 3234:1, 3235:2, 3236:24, 3236:25, 3237:23, 3238:12, 3238:17, 3238:19, 3240:1, 3240:6, 3240:16, 3241:8, 3241:11, 3242:5, 3242:8, 3244:15, 3245:2, 3245:10, 3245:13, 3245:16, 3246:20, 3246:25, 3247:3, 3247:6, 3248:23, 3249:14, 3249:22, 3250:15, 3251:9, 3251:13, 3251:19, 3252:1, 3252:23, 3254:14, 3254:20, 3255:2, 3255:11, 3255:20, 3255:21, 3255:25, 3256:10, 3256:20, 3260:12, 3260:16, 3262:4, 3271:24, 3272:2
quick [4] - 3146:17, 3180:22, 3278:2
quickly [3] - 3175:15, 3224:6, 3282:24
quite [1] - 3178:7
quote [2] - 3195:23, 3247:7

## R

rack [5] - 3155:4, 3155:7, 3155:20, 3157:10, 3157:13
racks [3] - 3154:18, 3154:20, 3154:23
radio [5] - 3200:22, 3200:24, 3200:25, 3215:11, 3215:16
radios [1] - 3202:10
raise [1] - 3209:13
Rakoczy [1] - 3143:16
rallies [7] - 3192:6, 3192:10, 3254:20, 3255:12, 3255:22, 3256:2, 3256:6
Rally [1] - 3204:8
rally [6] - 3192:24, 3214:5, 3254:24, 3255:7, 3255:13, 3256:1
range [2] - 3263:22, 3288:24

**rapid** [1] - 3202:11
**rather** [1] - 3266:18
**rave** [3] - 3197:10, 3198:3, 3199:9
**re** [1] - 3257:6
**re-pull** [1] - 3257:6
**reach** [1] - 3160:14
**reached** [6] - 3148:6, 3148:12, 3159:24, 3161:21, 3163:14, 3163:17
**reacted** [1] - 3275:12
**reaction** [1] - 3180:23
**read** [46] - 3146:24, 3147:17, 3172:13, 3180:11, 3180:15, 3184:16, 3184:25, 3185:9, 3186:5, 3186:7, 3191:9, 3191:14, 3195:3, 3195:10, 3195:12, 3195:16, 3195:19, 3198:24, 3199:17, 3200:15, 3201:20, 3201:22, 3201:24, 3203:2, 3203:25, 3204:6, 3204:15, 3210:21, 3211:14, 3212:2, 3213:6, 3215:13, 3215:14, 3215:15, 3216:17, 3223:1, 3228:1, 3228:3, 3235:3, 3237:24, 3238:12, 3238:20, 3238:22, 3238:25, 3243:7, 3243:23
**reading** [2] - 3209:19, 3210:16
**ready** [7] - 3147:5, 3211:5, 3211:11, 3215:2, 3282:22, 3283:3, 3288:1
**real** [2] - 3146:16, 3212:11
**really** [4] - 3180:24, 3206:6, 3282:23, 3286:16
**realm** [1] - 3290:4
**realtime** [2] - 3217:9, 3276:12
**Realtime** [1] - 3292:4
**reason** [6] - 3164:13, 3197:15, 3197:23, 3209:3, 3209:22, 3228:21
**reasons** [1] - 3209:13
**rebutting** [1] - 3219:20
**received** [2] - 3148:11, 3239:21
**Received** [1] - 3145:8
**receiving** [1] - 3230:21
**recently** [1] - 3270:18
**recess** [5] - 3206:12, 3206:13, 3218:3, 3282:3, 3291:3
**recognize** [6] - 3167:9, 3175:13, 3175:16, 3179:20, 3194:13, 3203:17
**recollection** [1] - 3161:8
**recon** [1] - 3172:3
**record** [7] - 3201:20, 3206:24, 3221:12, 3266:5, 3270:4, 3283:13, 3285:4
**recorded** [3] - 3237:12, 3244:4, 3244:23
**records** [6] - 3188:4, 3198:19, 3198:22, 3224:23, 3224:25
**recover** [1] - 3239:19
**recovered** [1] - 3239:22
**recross** [1] - 3256:22
**recross-examination** [1] - 3256:22
**red** [3] - 3218:6, 3218:7, 3218:13
**redirect** [4] - 3206:3, 3229:24, 3260:6, 3282:14
**Redirect** [1] - 3145:5
**REDIRECT** [1] - 3230:12
**redress** [1] - 3229:17

**reduce** [1] - 3286:7
**refer** [4] - 3210:4, 3228:12, 3230:14, 3266:10
**reference** [4] - 3146:11, 3151:11, 3184:8, 3247:14
**referencing** [1] - 3185:19
**referred** [3] - 3146:8, 3146:18, 3227:15
**referring** [4] - 3185:4, 3185:6, 3195:8, 3228:7
**refers** [2] - 3190:25, 3191:3
**reflected** [1] - 3224:23
**reflecting** [1] - 3150:9
**reflects** [1] - 3164:3
**refurbished** [1] - 3271:14
**regard** [1] - 3163:17
**regarding** [1] - 3273:12
**regime** [3] - 3190:14, 3212:21, 3212:22
**Registered** [1] - 3292:3
**regulations** [1] - 3159:4
**reiterate** [2] - 3201:17, 3275:4
**relate** [1] - 3168:8
**related** [3] - 3185:16, 3247:16, 3287:10
**relating** [5] - 3275:21, 3287:4, 3287:5, 3287:8, 3287:23
**relationship** [1] - 3259:2
**relatives** [1] - 3281:7
**relaying** [1] - 3200:22
**relevance** [7] - 3197:7, 3197:14, 3209:12, 3209:14, 3219:11, 3273:10, 3275:2
**relevant** [14] - 3197:22, 3207:21, 3208:10, 3208:17, 3209:2, 3209:20, 3210:14, 3219:14, 3220:2, 3275:5, 3277:24, 3278:8, 3278:9, 3280:13
**reliefs** [2] - 3268:7, 3268:17
**rely** [1] - 3233:12
**relying** [1] - 3232:16
**remarks** [1] - 3158:18
**remember** [12] - 3147:14, 3158:20, 3183:4, 3184:25, 3218:8, 3228:5, 3232:15, 3234:1, 3236:25, 3238:15, 3240:3, 3243:4
**remind** [3] - 3244:4, 3252:5, 3272:17
**remotely** [1] - 3264:4
**remove** [3] - 3184:7, 3202:25, 3262:20
**removed** [1] - 3155:25
**rendering** [1] - 3290:3
**repair** [2] - 3271:8, 3271:10
**repairing** [1] - 3271:3
**repeat** [1] - 3210:17
**rephrase** [5] - 3193:2, 3246:16, 3253:11, 3253:12, 3255:24
**replaced** [1] - 3269:22
**replicas** [1] - 3171:7
**report** [6] - 3194:6, 3264:16, 3264:18, 3287:10, 3287:21, 3288:13
**reported** [5] - 3194:1, 3215:11, 3221:21, 3264:21, 3292:7
**REPORTER** [1] - 3292:1

**Reporter** [3] - 3292:3, 3292:4, 3292:14
**reports** [12] - 3178:12, 3178:15, 3195:5, 3195:8, 3196:2, 3215:19, 3287:7, 3287:9, 3287:10, 3288:6, 3289:13
**represent** [3] - 3165:8, 3230:17, 3284:22
**representatives** [1] - 3277:23
**represented** [3] - 3210:8, 3224:9, 3224:14
**represents** [4] - 3224:8, 3233:19, 3246:21, 3284:24
**requested** [1] - 3188:24
**require** [1] - 3290:2
**required** [3] - 3271:10, 3271:16, 3289:19
**rescuing** [1] - 3280:17
**research** [1] - 3272:20
**residence** [1] - 3239:17
**resisting** [1] - 3279:2
**resolve** [1] - 3211:10
**respect** [4] - 3150:12, 3276:19, 3289:16, 3290:10
**respectfully** [1] - 3181:12
**respond** [2] - 3199:15, 3201:3
**responded** [2] - 3193:11, 3287:15
**responds** [3] - 3175:10, 3189:2, 3203:11
**response** [7] - 3146:6, 3168:17, 3172:19, 3189:3, 3202:11, 3264:8, 3274:15
**responses** [1] - 3279:5
**rest** [6] - 3194:18, 3214:17, 3236:2, 3236:21, 3283:25
**restored** [3] - 3270:18, 3270:21, 3271:17
**restricted** [1] - 3154:23
**results** [2] - 3171:6, 3199:15
**resume** [1] - 3205:3
**resumes** [1] - 3187:15
**retrieve** [1] - 3239:1
**returned** [1] - 3252:20
**returning** [3] - 3255:3, 3255:22, 3285:1
**reverse** [1] - 3289:16
**review** [8] - 3156:2, 3168:16, 3186:12, 3195:22, 3198:19, 3198:22, 3239:3, 3287:15
**reviewed** [13] - 3153:13, 3153:24, 3155:23, 3167:12, 3184:18, 3201:7, 3206:19, 3210:19, 3218:25, 3222:24, 3225:11, 3233:5, 3258:17
**reviewing** [1] - 3168:11
**revisit** [1] - 3169:1
**revolution** [2] - 3228:13, 3228:17
**Rhodes** [59] - 3164:24, 3167:4, 3169:13, 3169:16, 3169:19, 3170:9, 3170:11, 3172:8, 3172:11, 3174:21, 3174:25, 3175:10, 3190:7, 3190:10, 3191:18, 3203:1, 3203:3, 3203:25, 3204:3, 3204:15, 3204:19, 3207:12, 3207:21, 3208:18, 3211:14, 3211:18, 3213:1,

3213:5, 3213:8, 3213:15, 3214:2,
3214:7, 3215:1, 3217:19, 3224:22,
3225:3, 3227:11, 3228:9, 3228:10,
3234:8, 3235:4, 3235:11, 3235:14,
3235:19, 3238:2, 3240:17, 3240:22,
3241:1, 3248:24, 3249:2, 3249:7,
3252:13, 3252:19, 3253:19, 3254:11,
3274:15, 3284:15, 3284:17
**Rhodes'** [1] - 3237:25
**Rich** [2] - 3187:14, 3187:19
**Ricky** [3] - 3284:18, 3285:4, 3285:8
**rid** [1] - 3239:8
**ride** [7] - 3169:15, 3169:17, 3169:22,
3170:11, 3173:1, 3174:25, 3175:10
**Ridge** [1] - 3180:18
**rifles** [1] - 3253:14
**ring** [1] - 3228:20
**RIOS** [2] - 3144:9, 3144:12
**riot** [3] - 3155:13, 3212:13, 3280:4
**rioters** [3] - 3273:20, 3274:13, 3277:1
**rise** [3] - 3206:12, 3272:23, 3291:3
**risks** [1] - 3209:3
**Rivertown** [1] - 3201:25
**RMR** [1] - 3292:13
**Rob** [1] - 3202:5
**Robert** [1] - 3144:9
**ROBERTO** [1] - 3143:7
**Roberto** [28] - 3144:2, 3147:10,
3157:25, 3158:24, 3159:6, 3160:23,
3161:22, 3162:1, 3162:8, 3162:12,
3164:10, 3233:19, 3233:22, 3235:3,
3235:8, 3236:3, 3236:9, 3236:20,
3237:8, 3237:24, 3240:2, 3240:17,
3241:4, 3242:6, 3245:16, 3252:20,
3254:11, 3282:20
**Rocko** [2] - 3217:21, 3217:24
**rocks** [2] - 3215:20, 3216:7
**Roger** [1] - 3208:19
**role** [8] - 3165:25, 3180:1, 3271:15,
3276:13, 3276:21, 3277:8, 3277:11,
3277:16
**roles** [2] - 3276:15, 3277:17
**rolling** [1] - 3160:9
**room** [5] - 3173:24, 3182:7, 3276:3,
3280:21, 3280:22
**rope** [1] - 3158:8
**Rotunda** [16] - 3221:20, 3223:25,
3244:6, 3265:11, 3266:1, 3266:11,
3266:12, 3266:14, 3267:25, 3268:18,
3269:4, 3269:19, 3270:12, 3271:4,
3271:8, 3282:19
**rough** [1] - 3148:9
**roughly** [4] - 3149:9, 3149:24, 3152:11,
3152:20
**RTO** [2] - 3185:12, 3185:13
**rule** [2] - 3170:5, 3286:23
**ruled** [1] - 3275:2
**rules** [1] - 3182:2
**run** [4] - 3156:18, 3157:16, 3161:15,
3212:11

**running** [1] - 3290:5

# S

**saddened** [1] - 3195:25
**sadly** [1] - 3212:5
**safe** [2] - 3264:13, 3264:16
**safety** [7] - 3184:6, 3274:12, 3276:7,
3278:5, 3278:7, 3278:9
**Salke** [2] - 3161:7, 3162:15
**satisfy** [1] - 3279:3
**save** [4] - 3179:11, 3179:13, 3180:24,
3231:18
**saving** [4] - 3179:17, 3247:7, 3248:12,
3256:11
**saw** [10] - 3161:24, 3161:25, 3164:23,
3174:20, 3218:5, 3223:17, 3225:6,
3226:1, 3283:6
**SC** [2] - 3169:10, 3235:7
**scene** [1] - 3221:21
**scenes** [1] - 3274:22
**schedule** [1] - 3206:2
**scheduled** [1] - 3192:10
**scoops** [1] - 3258:1
**scope** [5] - 3197:8, 3244:14, 3244:20,
3245:8, 3247:17
**Scott** [1] - 3144:12
**scratched** [1] - 3268:14
**screen** [1] - 3232:20, 3259:25, 3265:23
**scroll** [4] - 3175:15, 3201:16, 3219:4,
3234:13
**sculptures** [1] - 3268:6
**seal** [1] - 3274:17
**sealawyer** [1] - 3195:17
**search** [3] - 3239:14, 3239:16, 3287:17
**searched** [1] - 3169:10
**seat** [3] - 3146:16, 3147:3, 3272:25
**seated** [2] - 3206:14, 3211:9
**second** [19] - 3152:23, 3153:2, 3167:21,
3191:11, 3206:23, 3220:13, 3220:14,
3227:2, 3230:2, 3234:5, 3245:25,
3248:3, 3256:4, 3257:3, 3261:9,
3266:8, 3267:25, 3279:18, 3284:1
**seconds** [15] - 3161:17, 3162:21,
3226:21, 3226:24, 3236:11, 3237:6,
3237:11, 3237:14, 3242:15, 3242:16,
3242:18, 3244:3, 3244:22, 3247:21,
3265:16
**secure** [2] - 3204:10, 3276:5
**secured** [1] - 3222:20
**securing** [1] - 3223:3
**security** [3] - 3165:16, 3172:22, 3204:8
**see** [57] - 3146:13, 3150:6, 3151:17,
3154:16, 3157:10, 3157:18, 3157:19,
3158:8, 3160:7, 3162:1, 3162:8,
3163:1, 3169:6, 3171:15, 3171:16,
3175:2, 3178:11, 3181:5, 3188:14,
3195:25, 3199:14, 3202:13, 3205:4,
3206:6, 3206:15, 3208:1, 3210:12,
3212:7, 3212:8, 3213:24, 3219:8,

3222:7, 3222:17, 3223:14, 3226:15,
3226:17, 3226:18, 3226:19, 3226:23,
3227:2, 3227:4, 3230:4, 3232:2,
3232:20, 3232:22, 3242:16, 3265:20,
3266:2, 3268:7, 3269:21, 3278:22,
3280:20, 3280:22, 3283:20, 3289:21,
3291:1
**seeing** [8] - 3150:9, 3163:20, 3164:4,
3167:18, 3194:15, 3231:8, 3272:22,
3275:11
**seeking** [1] - 3286:24
**seeks** [2] - 3267:6, 3269:14
**seem** [2] - 3192:4, 3290:8
**sees** [1] - 3274:8
**segments** [2] - 3153:16, 3153:18
**seized** [3] - 3216:19, 3217:4, 3287:17
**select** [1] - 3168:3
**selections** [1] - 3167:9
**send** [3] - 3214:23, 3230:3, 3250:9
**sending** [4] - 3214:20, 3219:12, 3220:8,
3288:12
**sends** [8] - 3169:7, 3176:24, 3182:9,
3182:12, 3183:10, 3183:20, 3188:18,
3222:1
**sense** [1] - 3286:12
**sent** [26] - 3148:25, 3149:3, 3169:19,
3177:2, 3179:6, 3180:3, 3182:20,
3183:2, 3189:25, 3190:7, 3190:13,
3191:5, 3194:5, 3199:2, 3201:15,
3203:25, 3206:15, 3221:16, 3222:18,
3223:4, 3223:25, 3238:13, 3238:25,
3279:18, 3288:23, 3289:10
**sentence** [1] - 3212:2
**sentiment** [2] - 3178:7, 3188:13
**separate** [2] - 3164:18, 3279:10
**separated** [3] - 3162:23, 3164:13,
3181:11
**separately** [1] - 3164:19
**series** [1] - 3217:8
**Session** [1] - 3143:8
**session** [1] - 3187:15
**set** [3] - 3263:23, 3266:8, 3267:25
**sets** [4] - 3266:6, 3268:2, 3268:24,
3269:1
**seven** [2] - 3164:14, 3213:1
**several** [5] - 3151:1, 3154:10, 3177:15,
3178:11, 3239:22
**shall** [2] - 3212:7, 3212:8
**Shannon** [1] - 3202:5
**share** [1] - 3206:7
**shared** [1] - 3200:25
**sharing** [1] - 3219:2
**shields** [1] - 3155:13
**Shipley** [22] - 3144:2, 3145:4, 3165:3,
3192:2, 3233:19, 3233:21, 3235:2,
3236:23, 3237:23, 3238:17, 3238:19,
3240:1, 3240:16, 3240:19, 3241:8,
3242:5, 3242:21, 3244:15, 3245:1,
3245:13, 3262:5
**SHIPLEY** [18] - 3144:3, 3147:6,

3147:23, 3165:2, 3239:10, 3243:14, 3243:17, 3244:13, 3244:17, 3245:8, 3246:14, 3258:22, 3262:6, 3272:3, 3284:9, 3284:17, 3285:1, 3285:9

**Shipley's** [3] - 3147:5, 3240:5, 3245:10

**ships** [2] - 3170:20, 3171:8

**shit** [1] - 3179:2

**shoot** [2] - 3212:13, 3248:21

**shooting** [2] - 3275:25, 3282:7

**shorten** [1] - 3286:22

**shortly** [5] - 3203:1, 3205:4, 3218:12, 3225:11, 3275:24

**shot** [2] - 3229:7, 3259:17

**shots** [3] - 3199:22, 3221:20, 3223:25

**shoulder** [2] - 3204:9, 3214:4

**show** [27] - 3167:7, 3175:12, 3194:3, 3194:12, 3196:21, 3197:12, 3197:19, 3197:21, 3199:24, 3200:24, 3201:14, 3203:16, 3207:17, 3207:21, 3207:25, 3209:4, 3210:15, 3215:6, 3218:21, 3224:5, 3224:11, 3224:17, 3226:4, 3245:25, 3249:7, 3258:20, 3260:25

**showed** [3] - 3215:15, 3255:3, 3280:17

**showing** [9] - 3197:20, 3205:11, 3205:14, 3211:18, 3223:16, 3257:14, 3269:20, 3270:1, 3280:7

**shown** [1] - 3215:7

**shows** [6] - 3149:8, 3156:8, 3159:14, 3198:2, 3224:14, 3257:8

**shut** [1] - 3146:2

**shutdown** [1] - 3159:3

**sick** [2] - 3181:5, 3181:16

**side** [31] - 3150:24, 3153:8, 3153:25, 3154:3, 3154:9, 3154:13, 3154:16, 3155:15, 3156:11, 3156:16, 3156:23, 3156:25, 3157:3, 3157:5, 3157:7, 3157:8, 3157:9, 3158:1, 3158:19, 3164:1, 3177:7, 3178:13, 3223:18, 3223:19, 3232:19, 3232:22, 3232:25, 3236:19, 3266:4

**SIDEBAR** [5] - 3167:23, 3197:3, 3219:6, 3256:25, 3261:19

**sidebar** [5] - 3169:2, 3198:16, 3221:3, 3260:10, 3262:11

**sides** [1] - 3266:2

**SIGINT** [1] - 3202:12

**Signal** [24] - 3148:21, 3167:10, 3188:1, 3188:10, 3189:25, 3200:12, 3200:16, 3201:7, 3201:11, 3217:10, 3225:8, 3239:2, 3287:16, 3288:6, 3288:9, 3288:16, 3288:20, 3288:21, 3289:2, 3289:8, 3289:11, 3289:18, 3289:21, 3290:20

**Signal's** [1] - 3289:25

**significantly** [1] - 3208:13

**signing** [1] - 3203:12

**similar** [3] - 3264:25, 3265:4, 3289:5

**similarly** [1] - 3251:19

**simple** [2] - 3288:7, 3288:9

**simply** [3] - 3280:23, 3286:12, 3289:3

**sit** [1] - 3268:19

**site** [1] - 3264:10

**sitting** [2] - 3150:14, 3246:18

**situation** [4] - 3161:11, 3183:8, 3184:7, 3277:24

**six** [4] - 3159:17, 3160:24, 3203:23, 3250:9

**size** [1] - 3270:12

**Skies** [1] - 3177:15

**skill** [2] - 3263:23, 3292:8

**slacker** [1] - 3287:2

**sleight** [1] - 3287:2

**slide** [12] - 3177:10, 3178:2, 3185:10, 3185:11, 3187:11, 3193:11, 3194:18, 3220:10, 3235:10, 3235:18, 3249:21, 3250:8

**slides** [4] - 3175:15, 3175:16, 3215:7, 3234:19

**small** [6] - 3166:21, 3192:17, 3200:12, 3202:10, 3208:23, 3208:25

**smaller** [2] - 3154:9, 3154:13

**smiley** [3] - 3176:25, 3178:3, 3223:4

**Smith** [4] - 3285:5, 3285:8, 3285:10, 3285:11

**social** [1] - 3149:22

**someone** [11] - 3181:7, 3187:14, 3195:20, 3196:8, 3199:2, 3200:3, 3201:24, 3217:21, 3222:12, 3223:5, 3233:4

**sometime** [2] - 3286:14, 3290:21

**sometimes** [1] - 3146:8

**somewhat** [1] - 3229:2

**somewhere** [1] - 3171:24

**Sons** [9] - 3209:10, 3209:11, 3209:17, 3209:24, 3210:1, 3210:6, 3227:18, 3227:21, 3228:4

**soon** [4] - 3173:25, 3241:4, 3248:21, 3279:17

**sophisticated** [1] - 3202:12

**Soros** [1] - 3222:7

**sorry** [19] - 3189:14, 3197:1, 3204:2, 3205:13, 3205:19, 3216:1, 3228:10, 3229:6, 3230:1, 3242:13, 3248:4, 3253:8, 3253:10, 3255:16, 3255:23, 3255:24, 3257:13, 3273:10, 3285:7

**sort** [8] - 3157:1, 3161:24, 3227:20, 3257:19, 3257:25, 3278:20, 3280:16, 3280:17

**sound** [2] - 3155:23, 3199:19, 3283:19

**sounds** [2] - 3282:21, 3286:13

**soup** [2] - 3193:21, 3193:22

**south** [2] - 3151:3, 3199:11

**southeast** [1] - 3164:24

**space** [1] - 3193:19

**span** [1] - 3289:6

**speaker** [2] - 3277:1, 3277:2

**Speaker** [10] - 3273:2, 3276:3, 3276:22, 3276:25, 3277:9, 3277:21, 3277:23, 3279:7, 3279:19, 3280:5

**Speaker's** [2] - 3275:22, 3277:17

**speaking** [2] - 3213:8, 3278:2

**Special** [3] - 3280:17, 3282:23, 3283:6

**specific** [8] - 3155:24, 3156:6, 3176:6, 3183:5, 3188:16, 3201:11, 3243:22, 3244:16

**specifically** [7] - 3147:16, 3148:15, 3157:15, 3192:11, 3202:6, 3244:19, 3276:19

**specificity** [1] - 3166:3

**specifics** [2] - 3153:17, 3273:12

**speculation** [2] - 3243:14, 3243:17

**speech** [4] - 3176:16, 3193:4, 3207:6, 3207:8

**spelling** [1] - 3263:1

**spoken** [1] - 3202:4

**spontaneously** [5] - 3190:11, 3190:15, 3190:17, 3191:5, 3191:19

**spot** [2] - 3169:11, 3175:8

**sprayed** [1] - 3216:12

**squeeze** [1] - 3262:13

**stabs** [1] - 3212:8

**staff** [3] - 3276:2, 3277:1, 3277:18

**staffer** [1] - 3277:9

**staffers** [5] - 3275:22, 3276:2, 3276:14, 3277:8, 3278:24, 3281:1

**stage** [3] - 3199:12, 3204:9, 3214:6

**staged** [1] - 3176:7

**stairs** [7] - 3159:17, 3159:24, 3160:3, 3160:14, 3164:1, 3195:20, 3225:12

**Stamey** [1] - 3165:19

**stanchions** [1] - 3158:9

**stand** [3] - 3243:10, 3264:14, 3278:4

**standing** [14] - 3161:10, 3164:24, 3181:1, 3182:23, 3183:12, 3183:17, 3184:22, 3187:2, 3209:4, 3250:11, 3250:12, 3279:20, 3279:25, 3280:3

**stands** [2] - 3206:12, 3291:3

**start** [9] - 3147:24, 3200:18, 3205:20, 3231:4, 3234:17, 3262:25, 3269:18, 3273:4, 3278:24

**started** [3] - 3173:17, 3205:25, 3283:5

**starting** [2] - 3180:16, 3247:21

**starts** [7] - 3146:7, 3149:25, 3163:9, 3200:18, 3214:2, 3241:23, 3244:23

**stashes** [1] - 3222:7

**state** [7] - 3206:18, 3212:12, 3219:14, 3220:17, 3235:6, 3283:2

**statement** [9] - 3172:18, 3185:4, 3185:6, 3185:11, 3187:2, 3220:18, 3222:20, 3223:3, 3247:19

**statements** [3] - 3146:20, 3208:8, 3220:15

**States** [12] - 3192:25, 3193:1, 3193:5, 3196:13, 3228:24, 3263:8, 3263:19, 3264:16, 3265:8, 3265:10, 3279:2, 3283:8

**STATES** [3] - 3143:1, 3143:3, 3143:13

**states** [8] - 3172:8, 3177:3, 3185:11, 3185:25, 3204:16, 3218:5, 3222:4, 3235:16

22

**static** [1] - 3241:15
**stating** [1] - 3263:1
**statue** [1] - 3279:25
**stay** [7] - 3165:18, 3165:21, 3201:5, 3235:24, 3236:3, 3236:6, 3253:1
**stayed** [2] - 3165:20, 3196:9
**steal** [1] - 3166:24
**stenographically** [1] - 3292:7
**step** [3] - 3230:4, 3261:17, 3272:8
**steps** [7] - 3173:6, 3173:9, 3173:13, 3177:4, 3178:7, 3237:16, 3269:25
**Stewart** [36] - 3164:24, 3167:3, 3169:13, 3170:9, 3172:8, 3172:11, 3174:20, 3174:21, 3190:7, 3190:10, 3191:18, 3203:1, 3203:3, 3203:24, 3204:11, 3207:12, 3208:6, 3211:18, 3217:19, 3234:8, 3235:4, 3235:11, 3235:14, 3235:19, 3237:25, 3238:2, 3240:17, 3240:22, 3241:1, 3248:24, 3249:2, 3249:7, 3252:19, 3253:19, 3254:11, 3274:15
**still** [10] - 3148:7, 3170:22, 3183:17, 3194:2, 3257:15, 3262:14, 3273:7, 3280:6, 3284:18, 3286:2
**stipulate** [1] - 3220:19
**stipulated** [1] - 3220:25
**stipulation** [1] - 3221:5
**stole** [1] - 3151:25
**stolen** [2] - 3166:19, 3166:25
**Stone** [5] - 3207:12, 3207:20, 3208:16, 3208:18, 3208:19
**stop** [16] - 3149:17, 3150:20, 3151:21, 3155:7, 3156:21, 3159:23, 3160:11, 3161:13, 3161:18, 3162:25, 3163:7, 3204:16, 3204:20, 3211:15, 3213:2, 3272:12
**stopped** [2] - 3194:10, 3213:12
**stopping** [1] - 3161:12
**stops** [1] - 3157:25
**stored** [1] - 3149:21
**storm** [3] - 3150:2, 3217:21, 3246:5
**stormed** [5] - 3216:18, 3217:3, 3227:12, 3228:7, 3228:19
**storming** [1] - 3238:3
**story** [1] - 3268:11
**straightforward** [1] - 3283:22
**stream** [2] - 3199:22, 3202:10
**streaming** [1] - 3238:8
**streamline** [1] - 3206:6
**street** [4] - 3151:3, 3152:14, 3217:6, 3227:15
**Street** [4] - 3143:19, 3144:10, 3144:17, 3150:25
**streets** [4] - 3151:1, 3151:12, 3151:17, 3153:4
**stretch** [1] - 3209:25
**strike** [1] - 3278:17
**strings** [1] - 3199:19
**striped** [1] - 3218:7
**stuff** [5] - 3149:18, 3181:2, 3214:8,

3215:2, 3218:24
**Stupid** [2] - 3169:8, 3175:5
**SUAREZ** [2] - 3144:9, 3144:12
**subject** [3] - 3169:3, 3221:5, 3258:23
**subset** [1] - 3147:14
**substance** [2] - 3288:15, 3288:18
**substantial** [1] - 3154:5
**sudden** [2] - 3190:18, 3190:19
**suggest** [3] - 3202:1, 3258:14, 3289:25
**suggested** [2] - 3236:8, 3275:21
**suggesting** [2] - 3250:13, 3278:7
**suggestion** [1] - 3257:21
**suite** [1] - 3276:3
**Suite** [2] - 3144:13, 3144:17
**sum** [3] - 3288:4, 3288:15, 3288:18
**superintendent** [2] - 3263:8, 3263:12
**supplemental** [2] - 3287:2, 3287:24
**support** [1] - 3159:8
**supporters** [3] - 3213:21, 3217:11, 3218:16
**suppose** [1] - 3285:16
**supposed** [1] - 3286:7
**supposedly** [2] - 3152:19, 3218:1
**suppress** [1] - 3212:14
**Supreme** [1] - 3165:15
**surround** [1] - 3266:4
**surrounds** [1] - 3266:2
**surveillance** [5] - 3280:6, 3280:7, 3280:15, 3280:16, 3280:24
**suspect** [3] - 3283:22, 3284:2, 3284:17
**sustain** [2] - 3239:11, 3244:19
**sustained** [16] - 3187:7, 3189:12, 3191:7, 3193:2, 3202:19, 3204:18, 3213:14, 3215:4, 3223:1, 3239:12, 3243:15, 3245:9, 3246:16, 3253:12, 3255:10
**sweater** [1] - 3218:7
**sword** [6] - 3170:17, 3170:18, 3170:22, 3170:23, 3171:8, 3268:16
**swords** [1] - 3268:10
**swore** [1] - 3243:9
**Sworn** [1] - 3262:18

## T

**table** [1] - 3160:6
**tables** [1] - 3281:6
**tad** [1] - 3231:23
**talks** [1] - 3172:2
**tall** [2] - 3218:8, 3267:22
**Tamburri** [2] - 3200:4, 3200:10
**tanks** [1] - 3222:6
**targeted** [1] - 3280:5
**tarred** [2] - 3216:18, 3217:4
**Tarrio** [6] - 3207:13, 3207:17, 3207:18, 3207:20, 3208:19, 3209:4
**tattoo** [2] - 3158:24, 3159:1, 3159:3, 3223:9
**tattoos** [1] - 3219:13

**tax** [2] - 3216:19, 3217:4
**tea** [2] - 3216:19, 3217:5
**team** [5] - 3169:10, 3170:1, 3202:7, 3204:8, 3216:12
**teams** [4] - 3202:11, 3203:11, 3264:15
**tear** [1] - 3177:15
**technical** [4] - 3288:12, 3289:11, 3290:1, 3290:9
**technically** [1] - 3289:23
**technology** [1] - 3203:8
**tee** [1] - 3273:15
**ten** [5] - 3156:2, 3175:15, 3226:21, 3227:2, 3228:22
**ten-second** [1] - 3227:2
**term** [4] - 3184:1, 3184:3, 3202:15, 3287:25
**terms** [7] - 3181:11, 3220:16, 3229:20, 3262:2, 3278:17, 3278:21, 3281:1
**terribly** [2] - 3197:21, 3208:17
**testified** [6] - 3161:6, 3162:19, 3163:23, 3224:22, 3257:2, 3285:14
**testify** [5] - 3275:20, 3276:9, 3282:17, 3287:18, 3290:12
**testifying** [3] - 3236:15, 3237:15, 3275:21
**testimony** [32] - 3146:4, 3146:6, 3146:17, 3147:18, 3196:18, 3227:19, 3258:12, 3258:23, 3261:17, 3272:8, 3273:2, 3273:6, 3273:8, 3273:11, 3275:4, 3275:18, 3275:23, 3276:11, 3278:21, 3279:3, 3280:9, 3280:25, 3281:8, 3287:16, 3287:23, 3288:5, 3288:16, 3289:20, 3289:22, 3290:4, 3290:17, 3290:22
**text** [14] - 3148:1, 3148:18, 3148:20, 3148:21, 3148:25, 3149:3, 3175:13, 3178:4, 3181:22, 3182:20, 3185:9, 3187:7, 3206:15, 3211:13
**texted** [1] - 3221:20
**texting** [1] - 3178:18
**thankfully** [1] - 3201:23
**THE** [188] - 3143:1, 3143:1, 3143:12, 3146:2, 3146:16, 3146:22, 3146:23, 3146:25, 3147:1, 3147:3, 3165:3, 3167:24, 3168:5, 3168:10, 3168:23, 3169:3, 3175:24, 3180:10, 3180:13, 3187:7, 3189:12, 3189:14, 3191:7, 3191:9, 3191:13, 3191:16, 3193:2, 3194:24, 3195:2, 3197:4, 3197:19, 3198:11, 3198:17, 3200:1, 3201:19, 3202:19, 3203:21, 3204:18, 3204:23, 3205:1, 3205:6, 3205:13, 3205:16, 3205:19, 3205:21, 3206:3, 3206:7, 3206:10, 3206:12, 3206:14, 3206:23, 3207:9, 3208:3, 3208:7, 3208:9, 3208:15, 3208:21, 3208:24, 3209:1, 3209:8, 3209:22, 3210:3, 3210:10, 3210:19, 3210:24, 3211:5, 3211:9, 3211:23, 3211:25, 3213:14, 3214:11, 3215:4, 3216:3, 3216:22, 3216:24,

3217:2, 3219:1, 3219:7, 3219:24, 3220:3, 3220:6, 3220:12, 3220:17, 3220:24, 3221:6, 3223:1, 3226:6, 3226:8, 3226:10, 3229:2, 3229:23, 3230:3, 3230:6, 3230:8, 3230:11, 3231:12, 3231:14, 3231:16, 3231:18, 3234:22, 3234:25, 3238:18, 3239:11, 3243:15, 3243:19, 3244:18, 3245:9, 3246:16, 3247:16, 3251:6, 3253:8, 3253:11, 3255:10, 3255:18, 3256:23, 3257:1, 3257:18, 3258:8, 3258:21, 3259:4, 3259:12, 3259:16, 3259:21, 3260:3, 3261:14, 3261:16, 3261:20, 3261:24, 3262:2, 3262:5, 3262:7, 3262:10, 3262:12, 3262:19, 3267:9, 3271:25, 3272:5, 3272:7, 3272:23, 3272:25, 3273:4, 3273:17, 3273:22, 3273:25, 3274:3, 3274:5, 3274:21, 3274:25, 3275:4, 3275:18, 3276:13, 3276:19, 3277:4, 3278:14, 3278:16, 3279:14, 3280:8, 3280:25, 3281:14, 3281:20, 3281:23, 3282:4, 3282:9, 3282:11, 3282:16, 3282:21, 3283:16, 3284:1, 3284:5, 3284:12, 3284:24, 3285:3, 3285:14, 3285:16, 3285:20, 3285:23, 3285:25, 3286:2, 3286:5, 3286:7, 3286:11, 3286:19, 3286:24, 3288:15, 3289:15, 3290:14, 3290:24, 3291:3

**theft** [1] - 3151:21
**Theft** [2] - 3152:1, 3152:3
**themselves** [1] - 3280:20
**thereafter** [3] - 3180:19, 3218:12, 3225:11
**they've** [2] - 3159:24, 3186:21
**thief** [1] - 3166:24
**thieves** [1] - 3166:23
**thinking** [4] - 3189:13, 3195:22, 3278:2, 3284:6
**third** [6] - 3162:18, 3168:12, 3192:21, 3282:22, 3282:25, 3283:18
**thirds** [1] - 3205:23
**thirty** [1] - 3206:9
**Thomas** [4] - 3179:22, 3202:3, 3202:4, 3203:10
**thoughts** [1] - 3195:21
**thousand** [1] - 3154:10
**thousands** [5] - 3190:10, 3191:18, 3191:24, 3194:2, 3255:4
**thread** [1] - 3235:15
**three** [12] - 3170:8, 3198:10, 3205:9, 3234:13, 3234:19, 3236:11, 3259:6, 3269:25, 3270:2, 3281:21, 3284:10, 3286:6
**three-month** [1] - 3198:10
**threshold** [1] - 3259:19
**threw** [1] - 3222:12
**throughout** [5] - 3153:19, 3214:17, 3241:25, 3244:1, 3249:12
**throwing** [2] - 3215:19, 3216:7

**thumbs** [1] - 3200:20
**Thursday** [3] - 3272:10, 3284:2, 3284:3
**ticked** [2] - 3190:10, 3191:18
**Ticked** [1] - 3191:4
**ticked-off** [1] - 3190:10
**timeframe** [2] - 3148:23, 3184:17
**timeline** [7] - 3148:4, 3201:17, 3203:23, 3252:1, 3272:15, 3283:24, 3284:3
**timestamp** [16] - 3148:17, 3152:16, 3159:13, 3168:2, 3168:3, 3220:11, 3221:12, 3223:20, 3231:15, 3241:9, 3241:15, 3241:20, 3242:15, 3247:21
**timestamps** [2] - 3219:19, 3219:24
**timing** [2] - 3148:11, 3270:24
**timing-wise** [1] - 3270:24
**to..** [1] - 3247:15
**today** [11] - 3150:14, 3203:12, 3221:2, 3234:9, 3262:13, 3272:8, 3272:14, 3279:24, 3283:5, 3283:6, 3287:22
**Todd** [2] - 3171:21, 3200:8
**together** [4] - 3159:18, 3164:16, 3202:5, 3235:16
**tomorrow** [12] - 3203:13, 3272:10, 3272:16, 3272:22, 3275:16, 3282:12, 3282:22, 3282:25, 3283:19, 3290:15, 3290:24
**tonight** [3] - 3187:15, 3188:24, 3283:14
**took** [6] - 3153:19, 3173:22, 3174:9, 3281:19, 3281:20, 3281:22
**tool** [2] - 3233:16, 3233:17
**top** [9] - 3159:24, 3160:3, 3160:14, 3160:25, 3183:7, 3228:11, 3234:17, 3270:3, 3270:5
**topics** [1] - 3205:9
**total** [2] - 3271:7, 3271:10
**totally** [1] - 3195:24
**toward** [4] - 3219:10, 3219:12, 3266:20, 3266:22
**towards** [10] - 3153:7, 3155:1, 3157:5, 3176:2, 3192:17, 3192:22, 3192:23, 3238:5, 3241:5, 3244:23
**track** [1] - 3282:8
**trade** [1] - 3263:15
**trades** [1] - 3263:24
**traditionally** [1] - 3271:20
**traffic** [3] - 3153:4, 3180:25, 3181:8
**trained** [1] - 3202:6
**trajectory** [1] - 3241:12
**transcript** [6] - 3158:19, 3242:16, 3244:12, 3245:23, 3292:6, 3292:7
**TRANSCRIPT** [1] - 3143:12
**transition** [1] - 3271:23
**transport** [2] - 3185:25, 3187:4
**transporting** [5] - 3185:20, 3185:23, 3186:13, 3186:19, 3186:24
**trash** [1] - 3265:4
**travel** [3] - 3150:20, 3152:23, 3173:23
**traveled** [2] - 3160:14, 3166:10
**travels** [1] - 3241:18

**trial** [4] - 3280:14, 3280:19, 3282:17, 3285:12
**TRIAL** [1] - 3143:12
**tried** [4] - 3160:18, 3257:16, 3258:4, 3259:1
**trip** [5] - 3200:7, 3238:8, 3241:12, 3241:23, 3241:25
**trouble** [1] - 3159:8
**Troy** [1] - 3143:17
**truck** [35] - 3165:11, 3166:17, 3166:19, 3166:21, 3170:12, 3173:5, 3173:11, 3173:23, 3173:25, 3174:10, 3174:13, 3174:24, 3175:2, 3175:7, 3176:20, 3176:24, 3176:25, 3177:25, 3178:3, 3181:24, 3182:4, 3182:13, 3182:17, 3183:15, 3183:17, 3183:19, 3193:16, 3198:4, 3198:7, 3203:24, 3252:3, 3252:6, 3252:11, 3252:17
**trucks** [7] - 3178:23, 3181:15, 3181:18, 3181:23, 3183:21, 3186:23, 3253:25
**true** [3] - 3210:7, 3277:4, 3292:6
**Trump** [9] - 3176:15, 3196:5, 3196:10, 3212:9, 3213:8, 3213:20, 3217:11, 3218:16
**try** [4] - 3214:16, 3230:10, 3239:11, 3262:13
**trying** [27] - 3161:13, 3180:3, 3193:21, 3204:13, 3207:17, 3208:8, 3210:3, 3211:2, 3215:16, 3215:20, 3216:7, 3218:15, 3219:15, 3220:14, 3257:14, 3258:13, 3258:15, 3258:16, 3258:23, 3260:3, 3276:20, 3277:7, 3279:8, 3280:24, 3281:11, 3281:12, 3287:12
**tuned** [1] - 3201:5
**turn** [3] - 3241:6, 3246:20, 3249:21
**TV** [1] - 3156:8
**tweet** [1] - 3223:18
**twice** [1] - 3146:6
**Twitter** [1] - 3149:22
**two** [50] - 3162:12, 3164:3, 3164:24, 3168:12, 3178:23, 3181:18, 3183:1, 3183:23, 3184:22, 3186:13, 3186:23, 3194:20, 3194:21, 3199:17, 3205:23, 3206:21, 3207:2, 3209:9, 3210:25, 3211:1, 3215:14, 3222:17, 3222:19, 3223:18, 3224:17, 3226:24, 3228:3, 3234:13, 3250:16, 3253:25, 3255:20, 3259:6, 3261:9, 3266:6, 3269:1, 3269:25, 3270:2, 3270:4, 3274:21, 3274:23, 3275:10, 3275:13, 3279:5, 3279:19, 3285:21, 3285:22, 3286:1, 3286:3, 3286:6, 3287:18
**two-thirds** [1] - 3205:23
**type** [1] - 3193:20
**typically** [1] - 3146:7

## U

**U.S** [2] - 3143:18, 3170:24
**Uber** [1] - 3167:1

**Ubering** [1] - 3169:23
**ultimately** [3] - 3259:21, 3281:16, 3290:3
**unable** [1] - 3281:15
**unclear** [1] - 3197:7
**uncommon** [1] - 3147:9
**unconsciously** [1] - 3206:15
**under** [3] - 3190:13, 3274:4, 3281:6
**underlying** [1] - 3224:23
**understood** [4] - 3278:15, 3282:9, 3285:20, 3290:23
**unduly** [3] - 3275:10, 3278:23, 3281:4
**unhappy** [1] - 3283:22
**unique** [1] - 3157:23
**unit** [1] - 3185:17
**United** [12] - 3192:25, 3193:1, 3193:5, 3196:13, 3228:24, 3263:8, 3263:19, 3264:16, 3265:8, 3265:10, 3279:2, 3292:4
**UNITED** [3] - 3143:1, 3143:3, 3143:13
**unless** [2] - 3225:7, 3278:25
**unloaded** [2] - 3165:11, 3171:18
**unquote** [1] - 3195:23
**untimely** [1] - 3287:24
**up** [69] - 3147:7, 3147:23, 3149:2, 3149:5, 3151:4, 3151:10, 3154:21, 3155:1, 3159:14, 3159:17, 3161:17, 3162:2, 3162:4, 3164:17, 3171:6, 3184:17, 3185:10, 3193:18, 3194:3, 3195:20, 3195:22, 3200:20, 3204:10, 3205:18, 3207:11, 3209:4, 3212:19, 3213:11, 3215:19, 3218:10, 3219:4, 3225:12, 3225:24, 3226:24, 3227:2, 3231:3, 3231:11, 3231:12, 3231:16, 3231:21, 3232:18, 3234:4, 3235:7, 3242:22, 3246:23, 3247:7, 3258:14, 3259:4, 3260:11, 3260:19, 3260:21, 3264:14, 3265:12, 3266:20, 3266:24, 3269:6, 3269:7, 3269:23, 3270:9, 3273:15, 3273:18, 3274:8, 3275:16, 3283:2, 3283:5, 3283:7, 3290:11
**upcoming** [1] - 3202:8
**updates** [1] - 3201:1
**uploaded** [1] - 3273:13
**Upstate** [1] - 3159:1
**useful** [2] - 3212:13, 3233:16

## V

**Vallejo** [128] - 3144:16, 3165:8, 3166:10, 3166:14, 3166:15, 3167:4, 3168:8, 3168:17, 3169:7, 3169:17, 3169:25, 3170:4, 3170:9, 3170:13, 3171:18, 3172:2, 3172:12, 3172:13, 3172:16, 3172:18, 3172:22, 3173:22, 3174:9, 3174:13, 3174:22, 3175:1, 3175:6, 3176:19, 3177:25, 3178:11, 3178:17, 3178:22, 3179:6, 3181:18, 3181:21, 3182:13, 3182:16, 3182:23, 3183:10, 3183:14, 3183:20, 3184:12, 3184:14,

3185:7, 3185:11, 3185:19, 3186:3, 3186:7, 3188:3, 3188:8, 3188:10, 3188:15, 3188:20, 3189:2, 3189:8, 3189:18, 3189:25, 3190:21, 3191:21, 3193:11, 3193:14, 3194:1, 3195:7, 3196:2, 3196:9, 3198:20, 3199:2, 3199:8, 3199:15, 3200:7, 3200:12, 3201:3, 3203:24, 3207:15, 3218:15, 3219:18, 3219:22, 3221:20, 3222:1, 3222:17, 3222:23, 3223:4, 3223:24, 3224:12, 3224:15, 3224:18, 3225:4, 3225:8, 3225:15, 3228:7, 3240:2, 3240:12, 3240:14, 3246:21, 3247:9, 3248:7, 3248:20, 3248:24, 3249:2, 3249:8, 3249:15, 3249:18, 3250:1, 3250:4, 3250:9, 3250:15, 3250:19, 3251:9, 3251:17, 3251:22, 3252:2, 3252:5, 3252:16, 3252:20, 3253:1, 3253:5, 3253:16, 3253:22, 3254:7, 3255:3, 3255:11, 3255:21, 3256:1, 3256:13, 3256:17, 3289:1
**Vallejo's** [13] - 3170:10, 3181:24, 3186:22, 3188:3, 3197:10, 3198:2, 3219:10, 3220:15, 3247:4, 3247:19, 3252:1, 3254:14, 3256:10
**value** [3] - 3261:25, 3275:11, 3278:18
**van** [2] - 3177:6, 3177:9
**vantage** [1] - 3150:6
**various** [3] - 3154:18, 3158:8, 3276:15
**vehicle** [4] - 3180:25, 3181:6, 3246:11, 3280:23
**vehicles** [1] - 3246:10
**venue** [1] - 3199:1
**verdict** [1] - 3286:24
**verify** [1] - 3217:17
**vest** [1] - 3257:9
**vestibule** [1] - 3268:25
**via** [2] - 3181:6, 3218:18
**Vice** [3] - 3240:23, 3241:1, 3252:13
**video** [59] - 3148:16, 3148:23, 3149:19, 3151:9, 3151:11, 3152:1, 3152:3, 3152:5, 3153:14, 3153:16, 3153:24, 3154:15, 3154:16, 3154:17, 3156:8, 3157:22, 3158:22, 3161:19, 3163:21, 3164:3, 3164:23, 3174:1, 3182:7, 3182:11, 3182:12, 3184:18, 3202:10, 3205:11, 3205:14, 3207:8, 3222:1, 3222:9, 3224:17, 3225:11, 3226:23, 3231:5, 3232:5, 3237:11, 3242:21, 3242:22, 3244:5, 3244:23, 3244:24, 3245:9, 3257:5, 3257:6, 3257:8, 3257:13, 3258:17, 3258:20, 3265:13, 3266:19, 3266:23, 3280:6, 3280:7, 3280:15, 3280:16, 3280:24
**Video** [26] - 3149:7, 3149:16, 3150:19, 3151:20, 3152:10, 3156:20, 3157:17, 3159:12, 3159:16, 3160:10, 3161:16, 3162:22, 3163:6, 3226:13, 3226:22, 3227:1, 3232:1, 3242:19, 3244:25, 3245:24, 3247:23, 3247:25, 3248:2,

3248:5, 3261:5, 3265:18
**videocamera** [1] - 3201:5
**videos** [8] - 3155:10, 3159:6, 3159:9, 3206:21, 3206:22, 3207:2, 3233:6, 3237:8
**view** [1] - 3260:25
**viewing** [1] - 3268:4
**violence** [6] - 3150:21, 3153:19, 3155:19, 3178:12, 3178:21, 3218:16
**violent** [1] - 3155:18
**Virginia** [3] - 3165:20, 3235:25, 3252:18
**virtue** [1] - 3210:1
**Visitor** [1] - 3263:9
**vividly** [1] - 3278:20
**voiced** [2] - 3162:10, 3275:19
**vote** [1] - 3277:22
**vs** [1] - 3143:5

## W

**waiting** [2] - 3170:1, 3181:2
**wake** [1] - 3195:22
**Walden** [6] - 3162:19, 3163:9, 3163:13, 3163:21, 3164:10, 3164:17
**Walden's** [2] - 3162:23, 3163:18
**walk** [5] - 3155:1, 3157:2, 3160:15, 3162:13, 3185:12
**walked** [4] - 3151:3, 3174:1, 3207:22, 3277:13
**walking** [2] - 3153:7, 3207:5
**walks** [1] - 3162:14
**walkways** [3] - 3154:21, 3154:25, 3155:1, 3155:4
**wandering** [1] - 3176:19
**wants** [2] - 3198:12, 3278:3
**war** [3] - 3151:11, 3151:17, 3248:15
**warrants** [2] - 3239:14, 3239:16
**Washington** [9] - 3143:5, 3143:19, 3144:18, 3207:5, 3239:20, 3248:9, 3249:5, 3252:8, 3252:24
**watched** [3] - 3150:21, 3155:10, 3161:19
**watching** [5] - 3154:16, 3202:1, 3218:1, 3231:5, 3253:16
**water** [2] - 3216:20, 3217:5
**waving** [1] - 3199:20
**ways** [1] - 3264:25
**weapons** [8] - 3166:3, 3166:12, 3181:21, 3182:14, 3183:11, 3183:15, 3183:17, 3184:23
**website** [1] - 3223:16
**wedged** [1] - 3270:15
**Wednesday** [2] - 3284:2, 3284:3
**week** [5] - 3198:8, 3199:12, 3283:25, 3286:14, 3290:13
**week's** [1] - 3283:5
**weekend** [6] - 3194:3, 3254:15, 3283:2, 3283:16, 3285:18
**weeks** [1] - 3286:3
**weight** [2] - 3178:8, 3270:12

**WEINBERG** [5] - 3144:9, 3144:12, 3262:9, 3272:4, 3285:24
**Weinberg** [4] - 3144:12, 3230:16, 3279:24, 3285:23
**welcome** [2] - 3147:4, 3262:19
**well-armed** [1] - 3253:20
**well-being** [2] - 3276:7, 3278:9
**west** [13] - 3153:7, 3153:24, 3154:3, 3154:13, 3154:16, 3155:15, 3155:16, 3156:11, 3156:16, 3156:23, 3156:25, 3157:8, 3157:9
**West** [1] - 3236:16
**whatnot** [2] - 3287:6, 3287:9
**whatsoever** [1] - 3166:7
**whereabouts** [1] - 3276:6
**Whip** [1] - 3214:13
**whip** [1] - 3204:12
**white** [2] - 3157:18, 3218:7
**Whitehouse** [2] - 3212:16, 3212:19
**whole** [3] - 3160:17, 3160:21, 3196:8
**Wikipedia** [10] - 3209:11, 3209:19, 3209:23, 3210:4, 3210:11, 3210:13, 3210:17, 3210:20, 3228:1
**Willard** [4] - 3148:6, 3148:12, 3148:19, 3149:13
**William** [1] - 3144:2
**WILLIAM** [1] - 3144:3
**willing** [1] - 3201:4
**window** [2] - 3147:19, 3222:12
**windows** [1] - 3265:3
**Winslow** [1] - 3199:12
**wise** [1] - 3270:24
**withdrawn** [1] - 3215:5
**withstood** [1] - 3269:12
**WITNESS** [3] - 3145:2, 3146:22, 3146:25
**witness** [28] - 3146:8, 3146:11, 3146:18, 3146:19, 3146:21, 3146:24, 3167:8, 3175:12, 3179:19, 3180:8, 3194:12, 3196:21, 3197:24, 3199:24, 3201:15, 3226:4, 3234:6, 3234:7, 3261:22, 3262:13, 3266:24, 3269:6, 3270:4, 3274:19, 3282:22, 3282:25, 3283:19
**witnesses** [5] - 3283:1, 3283:3, 3284:9, 3286:9, 3288:7
**woodward** [1] - 3285:1
**word** [10] - 3177:20, 3182:24, 3215:23, 3216:8, 3217:16, 3250:11, 3254:2, 3254:8, 3257:16, 3258:4
**words** [8] - 3156:3, 3190:3, 3211:15, 3220:4, 3243:19, 3243:20, 3243:23, 3281:2
**world** [2] - 3201:1, 3229:8
**worries** [1] - 3181:14
**write** [3] - 3202:3, 3203:1, 3203:10
**writes** [5] - 3199:5, 3199:14, 3202:4, 3203:3, 3204:12
**writing** [1] - 3195:7
**written** [1] - 3212:24
**wrote** [7] - 3182:23, 3201:25, 3204:6,

3216:6, 3218:12, 3223:11, 3223:13
**WY** [1] - 3235:7

## Y

**year** [3] - 3228:6, 3229:15, 3263:16
**Year's** [3] - 3197:10, 3197:13, 3198:3
**years** [1] - 3228:22
**yelled** [4] - 3243:4, 3243:7, 3244:9, 3244:16
**yelling** [3] - 3158:11, 3242:6, 3244:1
**yesterday** [4] - 3222:6, 3275:3, 3275:17, 3275:19
**York** [1] - 3159:1
**Young** [2] - 3258:1, 3259:9
**yourself** [1] - 3262:25
**yuge** [1] - 3199:9

## Z

**zero** [3] - 3262:6, 3262:8, 3262:9
**zoom** [1] - 3267:14
**zooms** [1] - 3159:15