IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )
                                 )    CR No. 22-15
                                 )    Washington, D.C.
          vs.                    )    January 18, 2023
                                 )    9:45 a.m.
ROBERTO A. MINUTA, ET AL.,       )
                                 )    Day 22
          Defendants.            )    Morning Session
_____)
```

TRANSCRIPT OF JURY TRIAL CLOSING ARGUMENT PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:              Kathryn Rakoczy
                                 Jeffrey S. Nestler
                                 Alexandra Hughes
                                 Troy Edwards
                                 U.S. ATTORNEY'S OFFICE
                                 601 D Street, NW
                                 Washington, D.C. 20579
                                 (202) 252-7277
                                 Email:
                                 Kathryn.Rakoczy@usdoj.gov
                                 Email:
                                 jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant Minuta:        William Lee Shipley, Jr.
                             LAW OFFICES OF
                             WILLIAM L. SHIPLEY
                             PO Box 745
                             Kailua, HI 96734
                             (808) 228-1341
                             Email: 808Shipleylaw@gmail.com

For Defendant
Joseph Hackett:              Angela Halim
                             3580 Indian Queen Lane
                             Philadelphia, PA 19129
                             215-300-3229
                             Email: angiehalim@gmail.com


For Defendant
David Moerschel:             Connor Robert Martin
                             BROWN, SUAREZ, RIOS & WEINBERG
                             1532 Jackson Street
                             Fort Myers, FL 33901
                             (239) 337-9755
                             Email: connor@bsrlegal.com

                             Scott Weinberg
                             BROWN, SUAREZ,
                             RIOS & WEINBERG
                             265 E Marion Avenue
                             Suite 114
                             Punta Gorda, FL 33950
                             (941) 575-8000
                             Email: scott@bsrlegal.com

For Defendant
Edward Vallejo:              Matthew J. Peed
                             CLINTON & PEED
                             1775 Eye Street, NW
                             Suite 1150
                             Washington, D.C. 20006
                             (202) 919-9491
                             Email: matt@clintonpeed.com
```

4374

1                   P R O C E E D I N G S

2          COURTROOM DEPUTY:  Good morning, everyone.

3          This is Criminal Case No. 22-15, United States of

4    America versus Defendant No. 6, Roberto A. Minuta;

5    Defendant 7, Joseph Hackett; Defendant 8, David Moerschel;

6    and Defendant 11, Edward Vallejo.

7          Kathryn Rakoczy, Jeffrey Nestler,

8    Alexandra Hughes, Troy Edwards, and Louis Manzo for the

9    government.

10         William Shipley for Defendant Minuta.

11         Angela Halim for Defendant Hackett.

12         Scott Weinberg and Connor Martin for

13   Defendant Moerschel.

14         And Matthew Peed for Defendant Vallejo.

15         All named defendants are present in the courtroom

16   for these proceedings.

17         THE COURT:  Okay.  Good morning, everyone.

18   Apologies for the delay.  I had a plea this morning that ran

19   longer than I thought it would take.

20         All right.  Before we get started, we had the one

21   loose end regarding the government's, what it wishes to say

22   to the jury about the sort of the multi-object counts,

23   that's Count 1 and Count 4, I think, and whether they should

24   suggest to the jury that the jury could pick either or both.

25         Ms. Halim, you said you'd like to think about that

1  overnight, I've thought about it as well but...

2        MS. HALIM:  I don't have an objection.

3        THE COURT:  Okay.

4        MS. HALIM:  Unless the Court does and then --

5        THE COURT:  Well, here's my concern, which is that

6  it's not clear to me how it doesn't lead us into the exact

7  same places that I raised a concern with by putting the both

8  option on the verdict form itself, which is that if the

9  government gets up and says in closing, you know, they're

10 guilty of both but you can find them guilty as to only one

11 and -- or, but you can do both.

12        And if the government -- if the jury just says,

13 all right, we heard we only need to resolve it as to one,

14 we're going to leave the other one blank, if the government

15 has suggested that the jury can check yes to both, doesn't

16 that still leave us open to the same argument that the first

17 group made, which is that by leaving the other object blank,

18 they've actually acquitted, and I would dare say I'd rather

19 avoid that prospect.

20        MR. NESTLER:  That's accurate, Your Honor, but

21 that is not what the ultimate conclusion will be.

22        We will tell the jury they can select both and the

23 instructions say they can select both but they are not

24 required to, and so we will encourage them to select both.

25        If they select one or the other, it does not mean

1    that they have acquitted on the other one because the

2    instructions are clear and the instructions are what

3    control, that they did not reach a decision on the other.

4         Our point is we want to encourage them to check

5    both but not require them to do so, and we believe that's

6    consistent with the Court's instructions.

7         (Pause)

8         THE COURT:  Okay.  I was just looking back at what

9    the instructions say.  What they say is as follows.

10   "Count 1 charges the defendants with conspiring to achieve

11   two separate goals or objects."  Sets forth what they are.

12   "Although two separate goals of the conspiracy are charged,

13   you may find the conspiracy proved if it is established that

14   either one of those goals was agreed to by two or more

15   persons.  The government is not required to prove both goals

16   of the conspiracy; however, the government must prove at

17   least one of those two goals beyond a reasonable doubt.  If

18   the government has not proved at least one of the goals was

19   a goal of the conspiracy charged in Count 1, your verdict

20   must be not guilty."

21        So, I mean, I think the instructions are clear

22   that they don't need to find both.  If the government wants

23   to urge them to reach both and they leave one blank, we'll

24   see what happens, but I think -- I mean, I agree with the

25   instructions, they do not say they need to find -- be

1    unanimous as to both in order to convict.

2              Okay.  Anything else before we get started?

3              MS. HALIM:  I have one quick thing just as a

4    procedural matter.  I've never seen government counsel split

5    their closing argument and rebuttal between two different

6    attorneys, where my district that just doesn't happen, so

7    I'm going to object just for the record on the basis that

8    that's not something I'm familiar with.

9              Number two, does the Court have a rule that the

10   government's rebuttal ought to be a true rebuttal, as

11   opposed to the government's closing argument where they've

12   saved all their good stuff for the very last and it's not

13   actually responsive to defense arguments?  I just have a

14   feeling that that may be what the government's plan is.

15             THE COURT:  Well, I mean, I guess as a general

16   matter, yes, but it's hard to know until I hear what the

17   entirety of the closings are.  I mean, I can tell you based

18   upon the last trial, I don't think they were keeping

19   anything in reserve for rebuttal in their openings.

20             And insofar as different lawyers, I guess

21   different districts do it differently, it's not unusual

22   here.

23             MS. HALIM:  Understood.

24             THE COURT:  Particularly in complicated cases.

25             MS. HALIM:  I understand.  I just wanted to raise

1    it.  Thank you, Your Honor.

2              THE COURT:  Okay.  Fair enough.

3              MR. MANZO:  Your Honor, can we have just one

4    minute to do a sound check and do the lapel mike?

5              THE COURT:  Yeah.

6              MR. MANZO:  Thank you.

7              (Pause)

8              COURTROOM DEPUTY:  Jury panel.

9              (Jury entered the courtroom.)

10             THE COURT:  All right.  Please be seated,

11   everyone.

12             Ladies and gentlemen, good morning, and welcome

13   back.  Thank you for your patience this morning.  I had an

14   early morning hearing that lasted longer than expected and

15   that is the reason for the delay.  So hopefully this will be

16   the second last day I'll be apologizing to you for late

17   starts.

18             All right.  With that, we are ready to begin with

19   the government's closing argument.  And so, Mr. Manzo.

20             MR. MANZO:  Good morning.

21             For over 200 years, our country enjoyed the

22   routine and peaceful transfer of power.  It served as a core

23   tradition in our Democratic form of government, and it is

24   not for lack of closely contested elections.

25             Over those two centuries, Americans saw many

1    numerous results that they disagreed with, were

2    disillusioned or angry about.

3          But each time power was transferred peacefully,

4    because Americans respect the rule of law.

5          Not these men.

6          The mountain of evidence in the aftermath of the

7    2020 Presidential election, these defendants agreed to use

8    force and do whatever was necessary to stop the transfer of

9    power from Donald Trump to Joseph Biden.  They outfitted

10   this operation with an arsenal of deadly weapons,

11   transported from the four corners of the United States.  And

12   on January 6th, 2021, they seized the opportunity to disrupt

13   the lawful transfer of power by storming our

14   Capitol Building, the seat of our democracy they sought to

15   upend.

16         Our democracy was under attack.  But for these

17   four defendants, it was everything they trained for, a

18   moment to celebrate.  That's why we're here today and this

19   is why these defendants are charged with seditious

20   conspiracy, obstructing Congress, and other related

21   offenses.

22         Let's talk about the role each of them played and

23   how they fit into the evidence.

24         Roberto Minuta, a New York Oath Keeper, one of

25   Stewart Rhodes' most trusted men.  He said, "We have the

1    right and duty as able-bodied Americans to take up arms and

2    revolt, violently, if necessary, and remove corrupt

3    individuals and hold them accountable, and if they're

4    treasonous, they are fucking hung.  That's what needs to go

5    on."  His words.

6            Joseph Hackett, a leader in the Florida

7    Oath Keepers.  According to Mike Adams and Caleb Berry, who

8    you heard from, a recruiter to the Oath Keepers, he traveled

9    in a vehicle with a total of ten rifles to the Washington,

10   D.C., area.  He was an operational security expert, using

11   VPNs and layering his phone number to keep the conspiracy

12   secret.

13           David Moerschel, part of the battering ram of

14   Line 1.  He led Caleb Berry in the Rotunda after breaching

15   the Capitol.

16           And Ed Vallejo, the leader of the Arizona

17   Quick Reaction Force, overseeing an arsenal of weapons ready

18   to be moved into D.C. to support the conspiracy, and on the

19   morning of January 6th, he called for guerilla war if

20   Congress certified the Electoral College vote.

21           As I go through this evidence, I will show you

22   some of it but not all of it, I'd be speaking for days if I

23   did.  You will have all the evidence in the back when you

24   deliberate, and you'll have an exhibit list to help you find

25   things.

1          This closing argument, though, is not evidence in

2   itself.  You will not have this back with you, you won't get

3   a copy.  So if you see things that you want to look at more

4   and talk about in the jury room, write down the exhibit

5   number.

6          Finally, a note about the evidence that we're

7   about to discuss.  You've heard a great deal about

8   conspiracy.  The general rule about conspiracy is that

9   statements that further the conspiracy are admissible

10  against all the conspirators, all the defendants.

11         So, for example, statements by Stewart Rhodes

12  before January 6th calling for the use of force to oppose

13  the transition of power, those can be held against all of

14  the defendants, even though it was Rhodes who spoke those

15  words.

16         And evidence after January 6th, such as

17  Defendant Vallejo saying that he was going back to the

18  Capitol to probe the defense lines, that can be held against

19  all the conspirators, even though it was just Mr. Vallejo

20  who said it.

21         These defendants are charged with a number of

22  crimes related to their unlawful agreement and actions.

23  I want to start for a second, though, by talking about what

24  they are not charged with.

25         These defendants are not charged with agreeing

4382

```
1    back in November to attack the Capitol in January.

2    Attacking the Capitol was a means to an end.

3              As Mr. Edwards put it in his opening statement and

4    as you saw the evidence, the attack on the Capitol was an

5    opportunity the defendants used to seize their broader

6    purpose, stopping the transition of power.

7              That's what that broader purpose was.  To oppose

8    the lawful transfer of power by force, and, as they got

9    closer to that hard constitutional deadline of January 6th,

10   agreeing to stop the certification process and preventing

11   members of Congress from doing their duties that day.

12             At the end of the argument, I'm going to go over

13   in more detail about how the evidence fits into the charges.

14   And as always, Judge Mehta's instructions on the law

15   prevail.

16             For now, though, I want to talk about a couple of

17   the charges, a couple guideposts so that you can have these

18   in the back of your head as we go through the evidence.

19             Seditious conspiracy, conspiracy to obstruct

20   Congress, and conspiracy to obstruct members of Congress or

21   to impede members of Congress.

22             Seditious conspiracy.  It's an agreement to use

23   force against the government are.  Importantly, seditious

24   conspiracy only requires an agreement to use force.  But not

25   only did these defendants agree to use force, they used
```

1    actual force by arming themselves and throwing their bodies

2    into the Capitol.  That unlawful agreement can be to oppose

3    the authority of the United States by force or to hinder or

4    delay the execution of laws by force.

5            You can find the force component in any number of

6    ways:  Coordinating weapons to drop off at the QRF hotel,

7    forming that stack battering line of Line 1, or Minuta

8    pushing against officers in the Rotunda.  All of this is

9    where agreement meets force.

10            Conspiracy to obstruct.

11            Obstruction means impeding a proceeding, in this

12    case, the certification of the Electoral College vote on

13    January 6th.  Congress could not certify the election when

14    these defendants were storming and occupying the Capitol,

15    and those, like Defendant Vallejo, offering support with the

16    rifles.

17            And conspiracy to prevent members of Congress from

18    discharging their duties means using force, intimidation or

19    threats.

20            This was a conspiracy to prevent the members of

21    Congress from completing their constitutionally required

22    business on January 6th.

23            You heard throughout this trial that Congress

24    could not perform their duties while the defendants stormed

25    and occupied the Capitol.

1              Throughout this agreement, I'm going to focus on

2      three -- throughout this argument, I'm going to focus on

3      three main concepts that explain the defendants' guilt:

4      Agreement, unlawful object, and force.

5              So let's start with the agreement.

6              Mr. Edwards stood before you at the beginning of

7      this case, and he talked to you briefly about conspiracy,

8      which is an agreement to do something illegal.  And he

9      talked to you about how agreements form.  And he hesitated

10     to make a comparison because the events of January 6th were

11     so grave.

12             But he made an analogy, and he talked about going

13     to a movie.  He said, you can talk about going to a movie

14     with your friends, and there's many ways to show an

15     agreement.  You can say, "Yes, I am in," or you can just

16     show up at the movie theater.

17             And that agreement can grow over time.  You may

18     agree to see a movie but then later agree to see a certain

19     movie at a certain time.  That's still all the same

20     agreement.  It just grew more specific.

21             You can text all week about seeing a movie, or you

22     can see your friend right outside Gallery Place and duck in.

23             An agreement can be formed at any time, and you

24     can join an ongoing agreement or a conspiracy at the last

25     minute.

1           So let's turn to how the agreement developed in

2    this case.  In short, they talked together, they acted

3    together, and they deleted together.

4           Stewart Rhodes is the founder of the Oath Keepers.

5    Each of these men behind me follow him.  Defendant Vallejo,

6    well after January 6th, cited him as "my commander."

7           Rhodes began advocating for the use of force to

8    stop the transfer of power almost immediately after the

9    election.

10          (Audio played)

11          MR. MANZO:  That's his first call to arms.

12   Nothing left to do but fight, to use force.

13          Let's note for a second one thing.  Throughout

14   this conspiracy, the defendants have this perverted version

15   of American history that they use to try and justify their

16   actions.  They called back to the American Revolution where

17   colonists overthrew the British government.

18          But make no mistake.  The American revolution was

19   not peaceful.  It was violent.  Armies killed each other.

20   Men and women died.  It was not acts of peaceful, civil

21   disobedience.  It was war.  It was force against the

22   government.

23          The next day after that GoToMeeting call, Rhodes

24   posted the Serbian plan on the Oath Keepers website.

25          Now, criminal conspiracies are rarely written out.

1    Why?  You all know the answer.  It's because that's how you

2    get caught.  But look at what Rhodes said here, a

3    step-by-step plan ending in the storming of the parliament,

4    the seat of the government.  This was the plan beginning on

5    November 10th.

6              As November turned into December, the cause looked

7    increasingly bleak to the Oath Keepers, and Rhodes penned an

8    open letter to the President.

9              He wrote, "If you fail to do your duty, you will

10   leave we, the people, no choice but to walk in the founders'

11   footsteps.  We will take to arms in defense of our God-given

12   liberty."

13             Rhodes' message was consistent:  Force was

14   required to stop the transition of power.  He hammered it

15   home to his followers again and again and again.  These

16   calls were Rhodes' invitation to sedition.

17             How did Rhodes' men respond?  They agreed.

18   Defendant Vallejo, Minuta, Moerschel, and Vallejo [sic], you

19   know they agreed by their words and their actions.

20             Defendant Hackett listened to that first call,

21   that GoToMeeting call that you just heard.  He was Joe H.,

22   Joe Hackett here.  And he rather astutely and rather quickly

23   realized that opposing the United States Government by force

24   is best done in secret.  This is consciousness of guilt.

25             Right after Rhodes calls for force against the

1    government, Hackett changes his GoToMeeting screen name to

2    "jw", away from the easily recognized Joe Hackett.  He

3    begins using a virtual private network so that he can

4    disguise his location.

5            He creates an alias on top of that, "John Willow."

6    And on top of that, he starts layering his phone numbers.

7    On November 17th, he obtains a TextMe account so that when

8    he communicates on Signal, he's not even using his actual

9    phone number.  Clever.  Not only that, but he employs

10   ProtonMail, end-to-end encryption, and starts communicating

11   by cursive in attachments over email to eliminate

12   digital reads.

13           Focus on the timing.  Focus on the timing of

14   defendant's action in his move for anonymity.  It wasn't

15   necessary until the conspiracy to oppose the United States

16   sprang into action, and Rhodes began to warn about the

17   three-letter agencies, such as the FBI, that could disrupt

18   the plot.

19           Before that GoToMeeting call, Defendant Hackett

20   was simply Joe Hackett.  Once the conspiracy began, he was

21   John Willow.

22           Defendant Minuta agreed with Rhodes' message as

23   well.  He was already busy.  He posted in the Oath Keepers

24   chat that it was time to get prepared.  He was ready.

25           "Get gear set up and ready to deploy at a moment's

4388

1    notice.  Calm before the storm.  Finalize preparedness."

2              Defendant Minuta believed that this election was

3    stolen.  He was angry, and he needed action.  And he was the

4    man to do it.  He was done with talk.  It was time for

5    action.

6              (Video played)

7              MR. MANZO:  He wanted action.

8              Defendant Hackett agreed, too.  On Signal, he

9    called for the arrest of corrupt politicians.  He said it

10   was an unconstitutional election.  And it was time to show

11   up at their doorstep to make citizen's arrests.

12             As we moved closer to January 6th,

13   Defendant Minuta messaged a Proud Boy and echoed Rhodes'

14   message:  "The Oath Keepers President is pretty

15   disheartened.  It's go time.  The time for peaceful protest

16   was over."

17             The leader of the Proud Boys, Enrique Tarrio,

18   posted a photo on Parler with the caption "Lords of War."

19   Circled in the back there is Roberto Minuta.

20             Notice the dates, J6 and J20.  January 6th, the

21   certification of the Electoral College vote; January 20th,

22   the inauguration -- two of the most important dates of

23   governmental function and authority when the United States

24   does the election and certifies it.

25             What did Minuta say?

1              "See you on January 6th."

2              And focus again on the words here:  "Lords

3     of War."

4              War is force, force directed at the government on

5     the key dates that the government exerts its authority.

6              Moerschel was on board with the agreement, too.

7     He was a warrior.  The Oath Keepers were at war, and Pence

8     was the last hope on January 6th to save their cause.

9              And Vallejo and his Arizona counterpart reached

10    out to Rhodes about the plan.

11             You know Vallejo agreed in part because he

12    circulated that Hagmann Report, the same report that Meggs

13    circulated.

14             On that, he says -- Hagmann says, "We are going to

15    extract specific criminals from office.  Get to D.C., get

16    there armed."

17             Vallejo signed off that podcast and said,

18    "It's on."

19             And the leader of the Oath Keepers, Rhodes,

20    pounded home the message again and again and again, in

21    particular to his Florida Oath Keepers.  Rhodes told the

22    Florida Oath Keepers, including Moerschel and Hackett,

23    "Congress would screw Trump, but it would be up to the

24    Oath Keepers to scare the shit out of them.  Let them know

25    it would be torches-and-pitchforks time."

1          Don't get numb to this.  All this planning and

2     actions, after a while, it all starts to blend together.

3     But do not lose sight of these words in the meaning of what

4     Rhodes is saying.  Stewart Rhodes is talking about torches

5     and pitchforks, mob violence, intimidation against Congress.

6          At no point do any of these defendants say, "Wow,

7     I do not want to be involved in this criminal enterprise."

8          Do you know why?  It's because they agreed.

9          This is an agreement spelled out over time.  This

10    is not a case where the defendant was in the wrong place at

11    the wrong time or had the worst beginner's luck.  Months of

12    communication and agreement led to January 6th, where the

13    defendants saw the opportunity and took it.

14          Know who recognized that this was a criminal

15    conspiracy?  Mike Adams.  He took an off-ramp.  He didn't

16    accept that invitation to sedition.

17          Mike Adams was the leader of the Florida

18    Oath Keepers.  He enjoyed building the organization.  He

19    wasn't some latecomer.  He was a true believer in community

20    preparedness.  But he gave it all up.  He read Rhodes' words

21    and wanted out.  This is not what he signed up for.

22          He reads Rhodes' words of "We would have to walk

23    in the founders' footsteps."  It set off alarm bells.

24          And it wasn't just Rhodes' letters that he was

25    worried about.  It was the training.

1          Remember Jeremy Brown, the decorated Green Beret

2     who moved into the organization in the fall of 2020?  He

3     taught the Oath Keepers about unconventional warfare, about

4     how the Federal Government had supposedly been taken over by

5     foreign powers.  He taught them about keeping the conspiracy

6     a secret.

7          Remember the machinations to get to the

8     unconventional warfare training that was planned that

9     Mr. Adams told you about?  You were supposed to go to a gas

10    station, put a pump in your car, not pump the gas, and then

11    go inside and get a certain color of soda, and then someone

12    would tell you where to meet.

13         Defendant Hackett went to that training.  He was

14    all in.  As he got deeper and deeper into the Oath Keepers'

15    ideology, Mr. Adams pulled back.

16         Remember what Ms. Hughes asked what he thought

17    when he asked -- when Mr. Adams read the letter?  She asked,

18    "Who's the 'we'?"

19         And Mr. Adams said, "It's not me, and that was

20    my concern."

21         Well, you know who didn't get out, was Mr. Hackett

22    and Mr. Moerschel.  They continued to agree.

23         We just highlighted a few of the messages that the

24    defendants put in writing.  Keep in mind there are many

25    details that were not put in writing.  The defendants

1    repeatedly discussed the need for op sec, operational

2    security, and sensitive details to be talked about

3    in person.

4            And you finally -- you know from the defendants'

5    actions in coming to D.C. that they agreed.  It wasn't just

6    what they said; it was their movement.  That's how you know

7    they agreed.

8            And on January 6th, Kelly Meggs said this wasn't

9    going to be a rally, and they showed up.

10           So let's move on from agreement to objective.

11           You heard it through all the messages.  Even if

12   the means of that objective differed, the larger objective

13   was clear.  The defendants could not let this election

14   stand.  They could not let Biden come to power.

15           You know from the defendants' own words that they

16   entered into an agreement to oppose the transfer of power by

17   force.  And over time, they agreed in furtherance of that

18   broad goal to prevent, hinder, or delay the certification

19   proceeding on January 6th and to prevent members of Congress

20   from doing their duties that day.

21           And as the Oath Keepers converged from across the

22   country, they showed that meeting of their minds.  They

23   showed their commitment.  They could have gotten out like

24   Mike Adams, but they didn't?  Why?  Because they were

25   in agreement with Mr. Rhodes.  They were dedicated to

4393

1    the mission.

2          Remember that Hagmann Report that Vallejo and

3    Meggs sent around?

4          "We are not asking.  We are telling.  They can

5    choose" -- "they" being Congress -- "whether we do that

6    peacefully or otherwise.  We are going to extract specific

7    criminals from office."

8          The defendants were ready to use force.

9          As Rhodes moved on D.C., he purchased more than

10   $20,000 of firearms, accessories, and ammunition.  He had

11   night-vision goggles sent ahead to Virginia.  And all of

12   these plans crystallized in use of force as conspirators

13   lined up the staging area in Virginia.

14         Why?

15         Because you know this.  If you start walking

16   around D.C. with a couple rifles, what's going to happen?

17   Can you imagine the police response?  The Oath Keepers

18   understood it.

19         So Tom Caldwell and Paul Stamey found a hotel, the

20   Comfort Inn, 10 minutes from the Potomac, a spot to stage

21   materials should things go in high order, should the

22   opportunity arise.

23         Meanwhile, all the way from Arizona, Ed Vallejo

24   and Todd Kandaris began their journey.  Kandaris messaged

25   ahead to Rhodes that they had their "technical equipment,

1    and they knew how to use it."

2              They were rifles for the President.  They were

3    force.  As they got closer, Rhodes connected Vallejo with

4    Kelly Meggs, Moerschel, and Hackett's leader.

5              When Vallejo finally got to the hotel, he walked

6    right past Caldwell.

7              Remember Caldwell's intention agreement here, too.

8    In November, he marched in D.C. and said that the crowd

9    could have burned down Congress.

10             And then after January 6th, he lamented that if

11   they had the guns, they could have killed 100 politicians.

12             Watch this video as Caldwell and Vallejo pass.

13   When Vallejo goes past, toting over -- or up to 11 bins of

14   unknown materials, Caldwell nods.  They don't need to talk

15   to each other.  It's a hotel in Arlington filling up with

16   supplies, people in camouflage, that look like they're there

17   for a long-term stay.

18             He knows what's going on.  It's not necessary to

19   say everything.

20             Then watch Vallejo as he goes upstairs.  He sees

21   Kenneth Bittner, the leader of the Florida Oath Keepers.

22   And as they walk around that blind corner, remember

23   Bittner's intent, "Congress deserved the same treatment as

24   the traitors."

25             Vallejo with his long gun bag, Kandaris with his

1 long gun bags, down to that dark corner where there are no

2 cameras in the three rooms that are the ultimate QRF

3 locations.

4   Mr. Weinberg, Mr. Moerschel's attorney, opened his

5 case by minimizing it.  He quoted Drake.  "These guys had

6 Twitter fingers, not trigger fingers."

7   Look at the weapons that the government recovered

8 from Dolan and Defendant Moerschel.  On screen, you have the

9 handguns recovered from Defendant Hackett and ammunition

10 from his attic, including rifle ammunition.

11   This isn't Twitter fingers, this isn't a pop song,

12 these are triggers.  These are guns moving from around the

13 country into the Washington, D.C., area to oppose the

14 government by force.  It's no pop song.

15   So let's turn back to Moerschel and Hackett for a

16 second.  Remember their journey north.  Caleb Berry counted

17 ten rifle cases in the truck bed of their car alone, two per

18 person, assault rifles that could be distributed to others.

19   This was the moment they had trained for.  This

20 was the moment that the rifles could be used.  Offensive

21 action.  And how do you know rifles are for offensive

22 action?  You don't have to take our word for it, you can

23 listen to the Oath Keepers own firearms instructor that

24 Hackett learned from.

25   (Video played)

1          MR. MANZO:  They were ready for violence on their

2    way to D.C.  Hackett and Moerschel's leader sent the

3    Oath Keepers heavy metal hype video around.  "We are ready.

4    Should be in D.C. by noon."

5          And on that video, you saw Hackett, Meggs,

6    Harrelson, other Florida Oath Keepers training, moving and

7    firing in formation, they trained for force, and now they're

8    moving to D.C. in force.

9          Make no mistake, though, about Defendant Minuta.

10   Just because he didn't caravan up from Florida with Hackett

11   and Moerschel, he was in agreement to use force.

12          (Video played)

13          MR. MANZO:  Minuta was in agreement to use force.

14   "We are past fucking midnight with the tyranny."

15          Don't let Minuta's coded language on the

16   Second Amendment fool you.  He is saying he will use force

17   against the government because of what he has personally

18   declared is a fraudulent election.  That is not how a nation

19   of laws work.

20          And as Vallejo and Kandaris travel east, they

21   message Rhodes, who connected them with Florida Oath Keepers

22   Kelly Meggs, and Meggs instructed them where to bring the

23   firearms.  Rhodes added Vallejo to the D.C. Jan. 6 op chat,

24   and when Vallejo and Kandaris arrived in D.C., they made

25   their seditious plans perfectly clear.

4397

1              Remember what sedition entails, an agreement to

2    use force against the government.  Defendant Vallejo and

3    Defendant Kandaris make the job easy for you.

4              Listen to the podcast on January 6th.  Here's the

5    agreement, unlawful object, and force.

6              Kandaris said, they hooked up the rest of the

7    Oath Keepers that morning.  And then he said, "The threat of

8    further action is there.

9              "We are the final check and balance on this

10   process."

11             The threat of further violence, the people with

12   the guns, is the check against Congress.  That's not what

13   America is.  That is not a nation of laws.

14             Just like Minuta's perverted theories on the

15   Second Amendment, this is Kandaris and Vallejo discussing

16   sedition.

17             Kandaris continued, "The fact is that there are

18   people here who are prepared, have the will, have the

19   facilities, to do more than just taunt."

20             Who are these people who have more than the

21   ability to taunt?  The ones with the guns.  The

22   Oath Keepers.

23             This is where agreement meets force.  This is

24   seditious conspiracy.

25             And now, listen to the intensity of Mr. Vallejo's

4398

1    words.

2              (Audio played)

3              MR. MANZO:  This is life or death for Mr. Vallejo.

4    He is deadly serious.  Vallejo understood what was going on

5    and why they were here.  If the President or Congress didn't

6    stop the election from being certified, the patriots,

7    including the members of this conspiracy, would.

8              And in his words, he was the motherfucker that was

9    going to do it.  He had the firepower.  He had everything

10   ready.  And all the people who had been restraining him,

11   saying, you can't shoot the bastards, had stopped.  He was

12   hooked into that Oath Keepers ideology that had moved people

13   around the country to D.C.

14             He was emboldened, inspired by Rhodes, to shoot

15   and kill representatives of the Federal Government.

16             The defendants prepared to use force on

17   January 6th by bringing their weapons to D.C. and

18   contributing firearms to that hotel.  It's further agreement

19   of that need for force, of that agreement to stop the

20   transfer of power.

21             But perhaps the best evidence of this agreement,

22   it's on January 6th, that before they had only agreed to use

23   force, on January 6th, they actually did use force to halt

24   the transfer of power.

25             Remember, sedition only requires an agreement to

4399

1    use force.  The defendants went further.  They used actual

2    force.

3         So let's turn to the 6th.  The defendants woke up

4    that morning with the full knowledge that their weapons

5    could support them at any time.  They were empowered.  And

6    as the events transpired into that afternoon, they knew they

7    could rely on them.

8         On January 6th when Rhodes told his

9    co-conspirators that Vice President Pence was not

10   intervening to stop the certification, Hackett, Moerschel,

11   and the rest of Line 1 moved.  Look at the timing.

12        (Video played)

13        MR. MANZO:  Rhodes sends the message at 1:25.

14   They move.  1:26.  Not a single question.  "What are we

15   doing?  Why?  Where?  Move."

16        Why no questions?  It's because they're all in

17   agreement.

18        None of this was a surprise.  He had been telling

19   his followers for weeks about what was going to happen,

20   especially that group of Florida Oath Keepers of Hackett and

21   Moerschel.  It would be up to the Oath Keepers to act if

22   Congress or the President didn't.

23        As they marched, Watkins told those listening on

24   the Stop the Steal Zello channel.

25        (Audio played)

1    MR. MANZO:  "30 to 40 of us."  Who's that?  Well,

2    who's she with?  Moerschel and Hackett.  And in her words,

3    "marching to the Capitol, we're sticking together and

4    sticking to the plan."

5    Sticking to the plan.  You know what that was.

6    The plan was to stop the transfer of power, to stop the

7    certification of the Electoral College by any means

8    necessary up to and including force.

9    Remember what else Jessica Watkins said on that

10   Zello recording.

11   (Audio played)

12   MR. MANZO:  "It has spread like wildfire that

13   Pence had betrayed us."

14   Then another person responds, "This is a

15   constitutional enforcement action."

16   This is the same language, the same sentiment,

17   that Hackett used with members of the Florida Oath Keepers

18   in a chat that included Stewart Rhodes.

19   "When is it time to show up and arrest the members

20   of Congress?"

21   This is the same language Vallejo circulated in

22   The Hagmann Report.  It's an agreement and force meeting.

23   Minutes later, Hackett and Moerschel moved into

24   that stack military formation that Caleb Berry described.

25   Hands on shoulders, coordinated in movement, agreement.

4401

1                    (Video played)

2                    MR. MANZO:  Power in numbers.  Just as Kelly Meggs

3    had planned.

4                    100 guys go to prison.  1,000 guys get in a

5    battle.  10,000 guys get in a war.

6                    They were ready for their battle at least.

7                    And when they busted through those front doors,

8    force.

9                    Officer Salke falls back as the stack and the rest

10   of the rioters push through.

11                   But even before that, remember what

12   Officer Carrion and Salke recounted, they were hit with

13   pepper spray, projectiles, flagpoles.  Why couldn't they

14   defend themselves?  Why couldn't they keep the Capitol

15   secure when our elected representatives were doing their

16   constitutional duty inside?

17                   It's because they were overrun and in the presence

18   of people like Hackett and Moerschel and the rest of the

19   stack in military fatigues aided the mob, they emboldened

20   everyone.

21                   The first member of Line 1 breached here at 2:38.

22   Look at the coordination here with Mr. Vallejo in Arlington.

23                   (Video played)

24                   MR. MANZO:  "QRF standing by at hotel.  Just say

25   the word.  QRF ready."

4402

1              Ready with what?  Guns.

2              Ultimately, at about 2:40, two minutes later,

3   Moerschel and Hackett breach the building.  As Meggs, who's

4   at the front of that battering ram of Oath Keepers would

5   later write to a friend, "We busted in," and he would take a

6   video recording and say, "Florida Oath Keepers, Florida OK

7   takes the Capitol.  Alarm bells ringing, pushing and

8   shoving, violence and actions unheard of in American

9   democracy, busted in and taking."  That is force.

10             The crowd moved immediately forward, seeking to

11  get deeper into the building.  We'll return to that in a

12  couple of minutes.

13             But let's listen in as Hackett and Moerschel moved

14  into that Rotunda.

15             Oath Keepers chanted "Treason."

16             (Audio played)

17             MR. MANZO:  They were chanting at the members of

18  Congress who were doing their duties as constitutionally

19  prescribed.  This was pure intimidation.  The Oath Keepers

20  had been talking about violence, about fighting, and the

21  opportunity to use actual violence had finally arose.

22             And in that moment, they took it.  Their movements

23  and their words are entirely consistent with their messages

24  before the agreement that had formed on Signal.

25             Remember what Hackett said?  It was time to show

1   up at the politicians' doorstep and make arrests.

2          Remember what Moerschel said?  "It's a wartime

3   Christmas."

4          The group then methodically split in half, with

5   Hackett and Moerschel pushing into the House side of the

6   building, and the group of seven led by Watkins, pushing

7   into the Senate Chamber.

8          Watkins and the Oath Keepers with her rammed

9   immediately into a line of officers.  She yelled, "Push,

10  push, push, get in there, they can't hold us."

11         She later said, "We are in the thick of it, storm

12  the Capitol, forced our way into the Senate and House.  Got

13  tear-gassed and muscled the cops back like spartans."

14         Always listen to what the conspirators say.  "They

15  can't hold us.  We were in the thick of it."  Agreement and

16  force.

17         Hackett and Moerschel advanced to the House side,

18  steps from the office of Speaker Pelosi.

19         On the evening of January 6th, Meggs' friend

20  texted Meggs and said, he was hoping to see Pelosi's head

21  rolling down the front steps.

22         What did Meggs reply?  "We looked for her."

23         It's not just Meggs, but "we."  That includes

24  Hackett and Moerschel.

25         Look at how Meggs' language changed from election

1  night when he was alone and didn't have the support of

2  Hackett and Moerschel and the rest of the conspirators.

3       On election night, he said, "I am going to go on a

4  killing spree.  Pelosi first."  Now it was "we."  Don't get

5  numb to this.  Defendant Hackett and Moerschel with Meggs

6  hunted for Speaker Pelosi entirely consistent with being at

7  war, with making arrests of members of the Congress they

8  determined was corrupt.  That earlier agreement of force was

9  now in action.

10       You can see with your own eyes what happened.  All

11  the buildup of the messages with the intent of the

12  conspiracy, the movement of the conspirators across the

13  country with their guns, the coordinated movement going up

14  the steps, hands on shoulders with Hackett and Moerschel,

15  Line 1, forcing their way in.

16       Caleb Berry testified and put you inside that

17  stack.  He was a conspirator.  He explained what the message

18  said.  He understood conspiracy's intent and agreed.

19       He gave you the play-by-play of the conspiracy.

20  19 years old at the time of the offense.

21       He knew what he did was wrong, took

22  responsibility, and Judge Mehta accepted that guilty plea.

23       Remember what Berry said.  In the lead-up to

24  January 6th, he took the words exchanged on Signal

25  seriously.  He especially remembered Kelly Meggs' statement

1    about power in numbers.  Those were the same messages that

2    Hackett and Moerschel read.

3          On January 6th as Berry moved in that stack

4    formation, he had no doubt about the conspiracy.  The

5    conspiracy knew that the legal avenues had failed.  He said,

6    "All that was left was violence."

7          Caleb Berry, Kelly Meggs, Hackett, and Moerschel

8    all huddled right before they put hands on shoulders and

9    went up those steps.  Meggs said, "We're going with to

10   stop -- we're going to try to stop the vote count."

11         In other words, let's go obstruct Congress.

12         When they moved up the steps and everyone cheered

13   for the Oath Keepers, Berry expected the stack to be used

14   like a battering ram.  They had agreed to force, and now

15   they were using actual force.  This is, again, where

16   agreement meets force.

17         Everything Berry said and testified to is

18   corroborated.  First of all, you know from Kelly Meggs,

19   command about stopping the vote.  That is entirely

20   consistent with the messages, the movement, and coordination

21   leading up to that moment.

22         You don't leave your common sense at home when you

23   go back there and deliberate.  These defendants were

24   dedicated to the cause.  Why else storm the Capitol at the

25   precise moment that the certification was ongoing?

1          Second, let's turn to Meggs' own wife's statement

2     about January 6th to someone saved on her phone as

3     Patty Gee.  Mrs. Meggs told her, "We went to the Capitol to

4     stop the vote."

5          There is no evidence Caleb Berry ever met whoever

6     Patty Gee is.  They went to stop the vote.  Kelly Meggs did

7     not need to say, "We're going to top the vote count."  It

8     was understood by everyone involved, including Hackett and

9     Moerschel, but he said it anyway.

10          Let's look at another statement Mr. Berry

11     recalled.  He said that when Harrelson, another Florida

12     Oath Keeper, exited the Capitol, Harrelson said that he had

13     felt up a Capitol Police officer to see what type of body

14     armor he was wearing so that in the future, it would be

15     easier to deal with them in an engagement; they would be

16     easier to handle.

17          Let's break that statement down for a minute.

18          First, that statement shows that January 6th was

19     just a battle.  The full conspiracy was to stop the transfer

20     of power.  Engaging in further violence, including shooting

21     officers like Officer Salke who were just doing their jobs

22     to protect the Capitol, was on the table.

23          These are the Florida Oath Keepers.  This is

24     Hackett and Moerschel's group.

25          Second, don't get numb to this statement.  The

1    Florida Oath Keepers are talking about the criminal

2    objective and how they are going to move officers out of

3    the way.

4            And once again, this is all corroborated.

5            You saw the video of Harrelson touching

6    Officer Salke four times with both his hands as he left the

7    Capitol.  It's exactly as Berry recounted.  This is the

8    conspiracy in action.  This is agreement meets force.

9            Before we move to Vallejo and Line 2, look at the

10   final 19 seconds or the final seconds before Berry, 19 years

11   old, breaches into the Rotunda.  He looks down and sees

12   Moerschel grab his arm.  Behind him, Hackett, pushing him

13   forward.  To his right, Meggs.

14           Where are they going?  Into the Rotunda, the very

15   spot where those electoral ballots and Congresspeople

16   have to work to move between the House and the Senate to

17   certify the election.  This is a sedition triangle carrying

18   Berry forward.

19           Let's turn back to Vallejo now.  When the Capitol

20   fell, he celebrated in a message to back home in Arizona.

21           "The people have taken the Capitol, and Congress

22   is in bedlam and locked down."

23           As all of this is going on, remember the words

24   from Vallejo on the morning of January 6th:  "If Congress

25   certified the vote, that would be the declaration of

1    guerilla war."

2              Once Pence had betrayed them, to use Jess Watkins'

3    words on the Zello channel, the certification was a foregone

4    conclusion.  The only thing that could stop the election

5    then was force.

6              What does Vallejo start messaging?

7              "QRF is outfitted."

8              Outfitted with what?

9              Guns.

10             What does a guerilla war require?

11             Guns and transportation.

12             What does Vallejo have?

13             Guns and transportation.

14             That's an agreement to use force.

15             But we can dig deeper into his intent.  Look at

16   the words at the moment as the afternoon wears on.

17             2:24:  "Vallejo back at hotel and outfitted, have

18   2 trucks available.  Let me know how I can assist."

19             2:38:  "QRF standing by at hotel.  Just say the

20   word ..."

21             And how many times have you seen that

22   "dot, dot, dot" left open in this case?

23             4:49:  "I have 2 pickups and 1 hour and 11 minutes

24   to exfil, whomever needs it."

25             He's outfitted and ready.

4409

1          And then remember what Officers Salke and Carrion

2     told you.  They couldn't get that airlock on those east

3     doors closed until almost 5:00 when they stuffed it with

4     furniture.  The Capitol was finally secured between 4:30 and

5     5:00, according to the video.

6          At that time now it was time to exfil.  Vallejo

7     needed to get his co-conspirators out to sprint them to

8     safety, to aid them after they had breached.  By the late

9     afternoon, the guns wouldn't do the objective.  Congress had

10    been resecured.

11         But earlier, there's no talk about exfil.  It's

12    only after the Capitol has been resecured.

13         Throughout all these messages, what do you see?

14         Agreement.

15         And let's remember another point from early in the

16    afternoon of January 6th when Vallejo found his lost truck,

17    early in the afternoon.  He was already in D.C.  If he

18    really just needed to be an uber for his friends, why did he

19    have to go back to the hotel to get his truck to sit there?

20    It's because the hotel was where the guns were.  The object

21    of the force, to be ready.

22         Now, let's turn to line 2.  Listen to Minuta's

23    words.

24         (Video played)

25         MR. MANZO:  "Patriots," same words used by

1    Stewart Rhodes, "are attempting to storm the Capitol."

2            He needed to make sure it succeeded, though:

3    Attempting to storm.

4            Remember leading up to January 6th, he was the man

5    of action.  On this road, he swerved around police cars that

6    were trying to block him.  They were on a mission.

7            Now, listen to the words in this second clip.

8            (Video played)

9            MR. MANZO:  "Word is they got into the building."

10           It's 2:43, 3 minutes after Line 1 is breaching

11   those east doors.

12           When Minuta said those words, he moved quickly at

13   those east doors.

14           And as the Oath Keepers moved, they were

15   encouraged:  "Go fight some Congressmen," a passerby saluted

16   and yelled.

17           Mr. Minuta responded, "Thank you."

18           That was exactly what Minuta wanted to go do, the

19   thing that Minuta, that Meggs and Hackett and Moerschel were

20   there to do.

21           Minuta called for treasonous politicians to be

22   hung.  Now was the time to act.

23           Minuta, who called Rhodes right before and after

24   he breached the Capitol, led his crew to the exact same

25   coordinated spot as Line 1 in the exact same coordinated

1   movement, hands on shoulders.  Pushed their way into the

2   Capitol and advanced into the Rotunda where they assaulted

3   Officer Jackson, who was trying to resecure the Rotunda.

4           Listen to Defendant Minuta's words.

5           (Video played)

6           MR. MANZO:  "This was bound to happen," Minuta

7   said.  Just like Line 1 ...

8           (Video played)

9           MR. MANZO:  "This was bound to happen."

10          Just like Line 1, Defendant Minuta was not

11  surprised to be where he was, grabbing shoulders with other

12  Oath Keepers and fighting officers.

13          This was the mission he had signed up for.

14  He just couldn't understand why law enforcement was

15  opposing him.

16          (Video played)

17          MR. MANZO:  How far would Minuta have gone if law

18  enforcement hadn't pushed him back?  We do know that he

19  called for politicians to be hung.

20          Once Defendant Minuta was repelled from further

21  advancing into the building, he did not go quietly.

22          Look at his exit and look at Salke's arm.

23          (Video played)

24          MR. MANZO:  Look at Salke's arm as he tries to

25  make some space between him and Defendant Minuta.

4412

1    Defendant Minuta yells, "All that's left is the

2    Second Amendment."

3          Now, you can infer what that means based on

4    your common sense and what you've heard at trial.

5    Second Amendment is guns.  And all that's left is further

6    violence.  Hands no longer are enough.  It's time for the

7    guns.

8          But we know with more specificity, based on

9    what -- Defendant Minuta's earlier statements that you

10   heard, he's calling for continued sedition.  He just opposed

11   the government by forcing his way and pushing officers

12   pushing into those riot shields.  Next time, though, there

13   will be firearms.  Agreement meets force.

14         I started this argument by talking about the

15   bedrock of our democracy and how these defendants threatened

16   them.  But let's pause for a second and think about the

17   people who were defending democracy that day.

18         When Defendant Minuta is shouting at

19   Officer Salke, "That's all that's left is the

20   Second Amendment," he is telling Officer Salke that next

21   time Officer Salke is guarding that front east door, he will

22   have the guns.

23         When Defendant Minuta is pushing his way into the

24   Rotunda, remember what Officer Jackson said?  He thought of

25   his daughter right then and there and wasn't sure he was

4413

1    coming home.  Defendant Minuta caused that.

2            Just like the evidence in Line 1, you can watch

3    all the videos and hear about the crimes on the sound.  But

4    you can also rely on the testimony of Mr. Ulrich,

5    Brian Ulrich, who came into court and explained the

6    agreement.  He told you what they were doing and why.

7    Brian Ulrich testified, similar to Caleb Berry, that all of

8    those Signal messages, that was not bombast, that was the

9    intent and planning.

10           Mr. Ulrich testified that they were prepared to

11   use force and actually did use force in that Capitol.

12           Once he got home or once defendant -- or once

13   Mr. Ulrich got into the Capitol and he realized he couldn't

14   advance into that Rotunda, he exited.

15           And think about that moment, what he said here in

16   court.  Mr. Ulrich said, He "Felt that moment was coming

17   together to do something, and I wanted them to stop

18   counting.  There's no other reason to describe why you're

19   going into a building when police are trying to get everyone

20   back out."

21           You know that from your common sense, too.  All

22   the defendants wanted to stop Biden from becoming President.

23   What is the one place at the one time where their physical

24   presence could literally stop that?  The U.S. Capitol in the

25   Rotunda on the afternoon of January 6th.

1        What other reason is there to be there but to stop

2   the certification and prevent the transfer of power?

3        Mr. Ulrich accepted responsibility.  He pled

4   guilty before Judge Mehta to the crimes of seditious

5   conspiracy and obstruction of Congress.

6        And who did he conspire with?  Roberto Minuta,

7   obviously, but also with the larger group, including

8   Stewart Rhodes, Hackett, Moerschel, and Vallejo.

9        Ulrich actually used a very deeply religious word

10  on the stand.  He said he wanted to atone.  Think about

11  Mr. Ulrich's actions and how the rest of the conspirators

12  here, the defendants here, did so much more.

13        Now, if this case was just about January 6th, we

14  could stop here.  Line 2 has exited, law enforcement has

15  resecured the Capitol later that evening, and Congress is

16  able to certify the election early the next morning.

17        But this case is not just about January 6th, it's

18  about the defendants continuing to try and stop the transfer

19  of power.

20        That night, Vallejo turns to his drone to conduct

21  surveillance.  He states later that "Butt-boy Biden was

22  going to be sworn in at night."

23        Vallejo isn't quitting though.  His efforts to

24  stop the transfer of power extend to January 20th,

25  after-action reports will be dated 1/21/21.

1          All the violence of January 6th, unprecedented

2    moment in the U.S. Capitol, he wanted more.

3          "We will be back at 6:00 a.m. to do it again."

4          "We," again, agreement.  "We'll be back at 6:00

5    a.m."

6          Hackett and Moerschel's leader says, "We aren't

7    quitting, we are reloading."

8          After these messages, Rhodes reminded people in

9    the D.C. chat that anything they say or do could be used

10   against them.  So he told them, let's go meet in person.

11   This concerted strategy to keep the conspiracy secret.  He

12   knows statements like Vallejo's, "We'll be back at 6:00 a.m.

13   to do it again," are incredibly damning.  So he tells

14   everyone, "Let's go to the Olive Garden to meet."

15         Joe Herrington was at that dinner.  Other than his

16   friend, Landon Bentley, or L.B. on the Signal messages, he

17   had never communicated with any of these people before

18   January 6th.  The conspirators told him to leave his phone

19   in the car so that nothing can be recorded.  They didn't

20   know Joe, and there's no reason to trust an outsider.

21         Defendant Hackett knew secrecy was paramount from

22   day one when he started using aliases, VPNs, and multiple

23   phone numbers.  And now the rest of the crew was catching

24   up.  Conspiracies require secrecy and this conspiracy wasn't

25   done yet.

1          The mood at dinner was jubilant.  Herrington said

2     it had like an anticipatory feel, something else was going

3     to happen, like when you tell your kids you're going to

4     Disney World and they just can't wait.

5          Vallejo, who he described as pony tail, and

6     Kandaris, who he described as The Elector, told him that

7     they were the QRF and they were ready to come in the city

8     armed.  They weren't done.

9          MR. PEED:  Objection, Your Honor.  Misstates the

10    evidence.

11         THE COURT:  The jury's recollection will control

12    the evidence.

13         MR. MANZO:  They weren't done yet either.  They

14    told them that they had plans for making -- coming to get

15    back, and if the roads were blocked the next day, they were

16    going to use the waterways.

17         But at dinner, something happened.  Word got out

18    that the police were looking for those who assaulted the

19    Capitol.  What did Herrington say?  He said it was like when

20    the lights come on and cockroaches scatter.  They loaded up

21    Rhodes' firearms equipment from his room, took evasive

22    driving maneuvers and headed out of town.  But not before

23    stopping at a gas station.

24         Rhodes gave Herrington an assault rifle to put in

25    the trunk, Rhodes got in that front seat of Landon Bentley's

1   car and they drove on country roads all the way back to

2   Kentucky.  Herrington saw Rhodes using Bentley's phone, and

3   Rhodes and Bentley communicating through draft text messages

4   on that phone.

5           Herrington is corroborated.  Look at how he

6   described Vallejo.  Braided, giant ponytail, beard and tape

7   on his fingers.

8           Look at this picture from January 5.

9           Now, let's consider Vallejo and Kandaris' line

10  about waterways to get back into the city if the bridges

11  were blocked the next day.  It's what Caldwell was in charge

12  of planning.

13          Boat for Potomac crossing to transport heavy

14  weapons.

15          This was a conspiracy that spanned the whole

16  country; Caldwell from Virginia, Vallejo from Arizona,

17  everyone tied together through Rhodes.

18          And, finally, how else do you know that what

19  Herrington said is corroborated?  You have the testimony of

20  Special Agent Jenny Banks.  Rhodes' phone had no user

21  generated activity after January 6th and that phone never

22  went to Kentucky.

23          Rhodes' phone did, however, travel the exact same

24  route as Kellye SoRelle, his girlfriend.  Rhodes gave his

25  phone to his girlfriend and then communicated on Bentley's

1    phone, just as Herrington said.

2            Why is all this important?  It shows the

3    conspiracy was not done.  It's not just about January 6th,

4    more action was required.

5            Let's pause for a second to think about the night

6    of January 6th.  Remember what Caleb Berry said?  He hardly

7    slept.  He knew he had committed a crime.  He was solemn.

8    Compare that to Defendant Vallejo.  First thing he did when

9    he woke up, he messaged the conspirators.  "We are going to

10   probe the defense line."

11           Remember what Officer Salke told you about the

12   Capitol the next day?  Fences had gone up and the

13   National Guard was now patrolling the perimeter.

14           Think about the National Guard, young men and

15   women who have sworn an oath to this country for protecting

16   the Capitol from people like Defendant Vallejo.

17           Vallejo probed the line to see if there were weak

18   spots so they could get back to the Capitol and continue to

19   advance their goals, stopping the transition of power.

20           We knew Vallejo was not just talk, as FBI

21   Special Agent Jenny Banks plotted his movement on the

22   morning of January 7th.

23           By 7:11 a.m., Vallejo was at the corner of the

24   Capitol staring down soldiers of the National Guard.

25           While performing recognizance and probing that

1    National Guard, Defendant Vallejo put it best:  "We are at
2    war."
3            He reported back in a direct message to Rhodes,
4    "Status Report posted in ops.  Standing by, awaiting orders,
5    sir."
6            During this trial, Mr. Peed has shown you numerous
7    random videos about allegedly Antifa and whatnot, gatherings
8    in cities Vallejo has never been to, messages Vallejo has
9    never seen.  Why?  It's because the facts are so
10   straightforward and so damning for Mr. Vallejo.  He is
11   guilty.
12           When Vallejo was probing that defense line, he was
13   opposing by force the United States.  Antifa was not
14   protecting the Capitol on January 7th.  He was not at war
15   with Antifa.  He was at war with the government, attempting
16   to certify a lawful election.
17           Now, by around January 10th, SoRelle, Rhodes, and
18   James had all regrouped in Texas, which, again, you can tell
19   from the cell site analyst, Special Agent Jenny Banks.
20           Kandaris and Vallejo awaited further orders and
21   drove to meet Rhodes in Texas.
22           "Ed and I are in Junction.  We're excited to learn
23   next steps."
24           And you know from, again, the cell site analysis
25   that they took a different road home to try and meet him.

1    They wanted to find their leader, Stewart Rhodes.

2            Meanwhile, we know Rhodes was still plotting.  He

3    had his regrets about January 6th.  The conspiracy had

4    successfully obstructed the Congress's certification of

5    Electoral College.  But the larger goal of stopping the

6    transition of power seemed to be failing.

7            (Audio played)

8            MR. MANZO:  Now, in retrospect, he wished he had

9    called Vallejo in.  They could have called -- they could

10   have killed Speaker Pelosi, the exact person the Florida

11   Oath Keepers, including Moerschel and Hackett, were looking

12   for.  They should have brought the rifles.  "We could have

13   fixed it right then and there."  Again, "we," that's

14   agreement, that's a conspiracy.

15           I started earlier by explaining to you how the

16   conspirators were in agreement and now you know.  They

17   talked together, they acted together, and they deleted

18   together.

19           Let's turn to that last topic of deletion now.

20           Deletion is consciousness of guilt.

21           Leading up to January 6th, we showed you messages

22   about statements where people said, "Good topic for a phone

23   call, let's meet face to face."  Now, after January 6th, the

24   conspirators tried to delete the evidence together.

25           Wiping Signal off a phone is no different than a

1    robber throwing away his clothes after he committed the

2    offense.  Why?  Because in this case, the evidence of the

3    unlawful agreement formed over months on Signal.  That is

4    the offense.

5            The defendants tried to dispose of that agreement.

6    It shows their guilty conscious.

7            The deletion evidence is relevant both for the

8    corrupt intent of the conspirators during the main

9    conspiracy counts but also for the post-January 6th

10   obstruction count that I'll talk about here at the end.

11           Rhodes has always led the way.  He told people,

12   "Delete your self-incriminating comments or those that can

13   incriminate others."  He was explicit.  "Hunt down and

14   delete all your self-incriminating messages."  Word trickled

15   out.

16           Josh James told another member of Line 2, "We need

17   to make sure that all Signal comms have been deleted and

18   burned."

19           Through Line 1, Meggs and Harrelson discussed it.

20   "Clear out the talk of hiding the tools and shit."  The

21   tools are the guns.

22           Remember what Caleb Berry told you on the morning

23   of January 7th, on the road home with Hackett and Moerschel

24   and Meggs?  Defendant Hackett told Berry that he had deleted

25   media that he took from inside the Capitol.  That prompted

1    Berry to wipe his phone.

2            For the Signal evidence that the government was

3    able to recover from other phones, look at how the timing

4    corroborates Berry.

5            On the morning of January 7th, as the rest of the

6    Florida Oath Keepers chat sounded off, they realized that

7    they were in trouble.  They were on TV.

8            Hackett, who had previously used a moniker Ahab,

9    changes his screen name to Faith.

10           Later that morning, he pulls out of the group

11   altogether.  Faith removed Faith.  Faith removed Faith.

12           Remember, and follow me for one second here.

13   Hackett is already using a secondary phone number on Signal

14   from TextMe.  He's not using his real phone number.  That

15   TextMe account is connected to a ProtonMail account in

16   Switzerland under the alias John Willow.  And the

17   John Willow alias was only found on physical papers

18   recovered from Hackett's house.  Still, despite all of that,

19   Hackett took the extra step of changing his name to disguise

20   who he was.

21           The timing corroborates Berry and it shows

22   Hackett's consciousness of guilt.  No stone could be

23   unturned.  It was time to obstruct.

24           And what did the FBI Forensic Analysis Kate Cain

25   tell you about Defendant Moerschel's phone?  There was zero,

4423

1   I repeat, zero text messages during the period of the

2   conspiracy from November 20 to January 2021.  Signal was

3   also deleted off his phone.

4           Defendant Minuta admitted to deleting a video on

5   January 7th, too.  Why?  Because the faces of his

6   co-conspirators were being exposed to potential law

7   enforcement.

8           Again, Agent Cody -- Byron Cody and Kate Cain told

9   you that the FBI searched two residences of Defendant Minuta

10  and looked at three phones.  None of the phones had Signal.

11          They talk together, they act together, they delete

12  together.

13          So now we've laid out the evidence and the object

14  of the agreement and the force they plan to use and did use.

15  Let's talk about the charges they face.

16          The defendants are charged with violating three

17  conspiracy laws; seditious conspiracy, conspiracy to

18  obstruct an official proceeding, and conspiracy to impede

19  members of Congress.

20          Seditious conspiracy is a conspiracy to oppose the

21  government by force.  For the purposes of this case, there

22  are two main ways that you can commit this crime:  By

23  agreeing to oppose the authority of the government by force,

24  or preventing, hindering, or delaying the execution of the

25  laws by force.

1          We spent a lot of time just now going over the

2     evidence that these defendants agreed to stop the lawful

3     transfer of power by any means necessary up to and including

4     that use of force.  Those invitations to sedition by Rhodes

5     and the accepted words and actions by the defendants.

6          That necessarily involved an agreement to oppose

7     the United States Government.  Few things fall more squarely

8     within the authority of the United States than overseeing

9     the election results of a Presidential election and transfer

10    of power.

11         As you heard evidence in this case about numerous

12    specific laws and Constitutions, though, that govern the

13    transfer of power, the 12th Amendment, the 20th Amendment,

14    Article II of the Constitution, plus Title III, Sections 15

15    to 18 of the U.S. Code.  When the defendants agreed to stop

16    the transfer of power, they also agreed to interfere with

17    the execution of these laws.

18         What force were the defendants willing to use?

19    Firearms stored across the river that could be brought into

20    the city, their bodies used as battering rams or for

21    physical confrontation with the police.  The agreement was

22    that they were going to use whatever force to halt the

23    transfer of power that they could.

24         The verdict form will allow you to check either

25    prong.  If you unanimously find a defendant violated both

1    prongs, check both.  A defendant, though, can be guilty

2    of seditious conspiracy if you find that he's violated

3    one prong.

4            Let's move on to the second large conspiracy

5    count, conspiracy to obstruct an official proceeding.  That

6    means an agreement to obstruct an official proceeding.

7            As the judge instructed you, Congress's

8    certification of the Electoral College vote on January 6th

9    was an official proceeding.  Remember what Tom Wickham told

10   you about the certification?  Those ballots and those

11   Congressmen and -women had to move right through that

12   Rotunda, the very place where Minuta, Moerschel, and Hackett

13   threw their bodies.

14           Think about Vallejo said that -- what he said:

15   "If Congress certified the vote, guerilla war."

16           Think about the timing of his messages and how he

17   was offering to come to D.C. outfitted, outfitted with guns.

18           Then remember how he tried to assist afterwards by

19   sprinting the conspirators to D.C. -- out of D.C. to safety.

20           The last conspiracy charge, conspiracy to impede

21   members involves using force, intimidation, or threat to

22   prevent members from discharging their duties and/or to

23   force them to leave their place of duty.

24           All the evidence that's shown that these

25   defendants began to focus on stopping the certification of

4426

1    January 6th also shows that these defendants entered into an

2    agreement to scare members of Congress from doing

3    their jobs.

4            Remember those chants of treason.

5            Remember the effect that the mob had on Congress.

6    They donned gas masks and fled.  They and the Vice President

7    couldn't get back to their chambers to do their job until

8    law enforcement could secure the whole building.

9            A note on the timing.  We discussed earlier how

10   the conspiracy began with the broad goal of stopping the

11   transfer of power by any means necessary up to and including

12   the use of force and how, over time, it began to crystallize

13   into a more-specific agreement to come to D.C., to prepare

14   to use force, and to stop, hinder, delay the certification

15   proceeding and prevent members of Congress from doing their

16   duty.

17           That's why the defendants are charged with

18   beginning the conspiracy to stop the certification and to

19   interfere with members of Congress in December of 2020,

20   rather than November of 2020, which is between the seditious

21   conspiracy period starts.

22           As the judge has instructed you, it is not

23   essential that the government provide -- that the government

24   prove the particular conspiracy alleged in the indictment

25   started or ended on a specific date described.  It is

1    sufficient if you find the conspiracy was formed and that it

2    existed within the time set forth in the indictment.

3         A note on the role that the defense played here:

4    These defendants were all members of the conspiracy, though

5    they played different roles and joined at different times.

6    As the judge has instructed you, a defendant need not have

7    joined the conspiracy at the outset.  An equal role is not

8    what the law requires, and a defendant does not need to

9    perform any specific act beyond joining the conspiratorial

10   agreement.

11        To find a defendant guilty, you must simply find

12   that the defendant knowingly became a member of the

13   conspiracy with the intent to achieve the illegal object of

14   the charged conspiracy.

15        It is not necessary for the defendant to know each

16   member of the conspiracy.

17        In fact, a defendant may only know one other

18   member and still be a co-conspirator.

19        Here, Moerschel, Hackett, Meggs, Berry, and others

20   rode up, going through Whiteville, North Carolina, all the

21   way to D.C. with ten rifles.  They discussed their intent

22   together on Florida chats.

23        Minuta spoke often with Rhodes and was added to

24   the "D.C. Op" chat by Joshua James and moved in coordination

25   with James and other Oath Keepers on January 6th up the

1    steps and into the Capitol.

2            Vallejo traveled with Kandaris, talked to Rhodes

3    and Meggs, and set up shop with those weapons at the QRF

4    hotel in rooms next to Bittner and Stamey.  They all mesh

5    together.

6            In addition to the conspiracy charge, the

7    defendants also are charged with committing three crimes for

8    what they did on January 6th.

9            Now, there are multiple ways you can find the

10   defendants guilty of these crimes:

11           One, you can find that they actually committed

12   the act.

13           Two, you can find that they aided and abetted in

14   the offense.  They helped.

15           Or, three, you can find that they attempted or

16   took a substantial step to commit the offense.

17           You can find the defendant guilty under any these

18   three -- any of these three theories of liability.

19           And for the obstruction of Congress count, there's

20   even a fourth point.  They are liable based on the actions

21   of their co-conspirators under co-conspirators liability

22   outlined in the jury instructions that you'll have in the

23   back.

24           Now, at the time the rioters first breached the

25   Capitol, Congress had -- at the time the rioters breached

1     the Capitol, they had to go through those east doors.  What

2     were those doors?  Ornate glass doors.  Over $24,000 of

3     damage was caused to them.

4             What did Officer Salke and Carrion tell you?  That

5     but for the mob surrounding them, they could have stopped

6     and arrested people who were directly damaging those doors.

7     Moerschel and Hackett, by their actions in that restricted

8     area just outside the Columbus Doors and by pushing through

9     those doors, aided and abetted and damaged those doors.

10            Jason McIntyre came into court and told you that

11    the cost to repair those doors was over $24,000.

12            Finally, three of the four defendants are also

13    charged with obstructing evidence and tampering for their

14    actions after January 6th.  The parties have stipulated that

15    on January 8th, a grand jury convened to investigate the

16    events of January 6th.

17            The law only requires that the defendants be

18    reasonably aware that a grand jury would convene.  You know

19    that from your common sense and also from the defendants'

20    own words.  They were on TV.  They weren't happy about it.

21            They talked together.  They acted together.  They

22    deleted together.  That is the conspiracy.

23            American democracy is fragile.  It cannot exist

24    without the rule of law and respect for that rule of law.

25    It will not survive if people who are dissatisfied with an

1   election result take use and force and violence to try and

2   change that outcome.

3           That is what these defendants tried to do.  They

4   conspired to and then they did use force to halt the

5   transfer of power.  That is unacceptable.  That is sedition.

6   That is a crime.

7           For this reason, we ask that you hold these

8   defendants accountable.  Find them guilty beyond a

9   reasonable doubt.  It's the only verdict consistent with

10  the evidence.

11          Roberto Minuta:  Guilty.

12          David Moerschel:  Guilty.

13          Joseph Hackett:  Guilty.

14          And Ed Vallejo:  Guilty.

15          Thank you.

16          THE COURT:  All right.  Mr. Manzo, thank you

17  very much.

18          All right.  So let's take our morning break.  It's

19  a little bit before 11:15 now.  We will resume at 11:30.

20  Look forward to seeing you all soon.  Thank you very much.

21          COURTROOM DEPUTY:  All rise.

22          This Court stands in recess.

23          (Jury exited the courtroom.)

24          THE COURT:  All right.  I'll see everybody in

25  15 minutes.  Thank you.

```
 1                   (Recess from 11:14 a.m. to 11:31 a.m.)

 2                   COURTROOM DEPUTY:  All rise.

 3                   THE COURT:  Please remain seated.  Thank you,

 4      everyone.

 5                   COURTROOM DEPUTY:  Jury panel.

 6                   (Jury entered the courtroom.)

 7                   THE COURT:  Okay.  Please be seated, everyone.

 8                   Mr. Shipley, the floor is ours.

 9                   MR. SHIPLEY:  Thank you, Your Honor.

10                   May it please the Court, Counsel, agents of the

11      FBI, spectators, ladies and gentlemen of the jury.

12                   If you think back to when we started this effort

13      in mid-December, I didn't give an opening statement.  So

14      this is the first opportunity I've had up to address you,

15      and it comes at the close of the case.

16                   And the closing arguments is where counsel

17      explains their view of the evidence.  It's not just about

18      recounting the evidence.  It's about trying to persuade you

19      what the evidence has shown or, more importantly in this

20      instance, what the evidence has not shown, because a trial

21      is not really a trial of the defendants; it's a trial of the

22      case the government puts on.

23                   The role of counsel is to help the defendant probe

24      and penetrate and reveal shortcomings and weaknesses in the

25      evidence that's been presented by the government.  Because
```

1    at the end of the case, it's not about guilt versus

2    innocence.  None of the defendants have any obligation to

3    prove their innocence to you.  It's about guilt or not

4    guilt.  And that's a verdict on what the government has

5    given you to work with it.

6           I'm not going to stand up here and simply go

7    through what the witnesses said and what the exhibits

8    showed.  I'm going to explain to you why, even all of that

9    information, taking it into consideration, doesn't come

10   close to proving beyond a reasonable doubt the charges that

11   the government has brought against these four men.

12          I want to associate myself right now, however,

13   with the comments of counsel that will come behind me,

14   because our four clients are facing the same charges

15   principally, and they're facing the same allegations as how

16   they allegedly came to be involved with this group of

17   conspirators.

18          Whether there was a conspiracy or not is not

19   really the question before you.

20          The question is:  Did these four gentlemen

21   participate in any conspiracy?  Did they knowingly and with

22   the intention to see the crimes succeed join in the effort?

23          Can we play the first 15 seconds of

24   Defense Exhibit RMV001.

25          Can we take it down until we get the video.

1          Now, RMV001 is the video that I introduced

2    right at the very end through Agent Cody, the very last

3    witness.  I came -- I showed him a video, asked him if he

4    recognized it.

5          He said he did recognize it, and we moved it into

6    evidence.  It's the only video that I actually introduced at

7    any point during the case.

8          But the reason I moved it in -- I believe it's

9    open at the bottom of the screen.

10          This is a video.  I'm just going to draw your

11    attention back to it, because it's not a video perspective

12    that the government provided you.  It's a video, a

13    closed-circuit TV video camera angle from above the

14    Columbus Doors looking in towards the Rotunda.

15          You saw a lot of camera angles from above the

16    Rotunda doors looking out towards the Columbus Doors, but

17    not the reverse.  So I brought up and brought in the

18    reverse.  We're going to -- okay.  We have that now.  Okay.

19          So you can see here the Columbus Doors looking

20    inside, into the Rotunda -- or not the Columbus Doors.  The

21    Rotunda doors, looking to the Rotunda.  And where we're at

22    is just above the Columbus doors, which go outside.  So

23    let's play this for just a few seconds.

24          (Video played)

25          MR. SHIPLEY:  Okay.  Now, let's stop.

1          At this point all I want to draw your attention to

2     is the presence of -- let's play it a little bit more so it

3     comes into focus -- right here.  Stop.

4          There is a U.S. Capitol police, police lieutenant

5     named Trey Johnson, identified by Officer Carrion, right at

6     the beginning of the case, followed by two officers wearing

7     hard hats.  And they're going inside, okay.  And this is

8     just moments before the second group, led by Josh James and

9     including Mr. Minuta, go inside.

10          But this is not an angle that you've seen.  And I

11     suspect when you go through the angle that the government

12     showed you, you won't see Lieutenant Johnson and the two

13     police officers right behind him.  Now we're going to come

14     back to this because there's more that you can see as this

15     video plays forward.

16          Let's play it forward a few seconds.  We'll come

17     back to it in more detail later.

18          (Video played)

19          MR. SHIPLEY:  That's a soft hat of U.S. police

20     officer with a shield, that's a second one right behind him.

21     A third one behind him.  A fourth one behind him with a

22     shield and soft beanie caps.  A fifth one with no cap.  A

23     sixth one with a baseball hat and a shield.  And then a

24     gentleman in a gas mask.  And we'll get to that in a few

25     minutes.

1           Right behind the gentleman with the gas mask --

2    okay, go ahead and stop -- are Roberto Minuta and

3    Josh James.

4           This is where they're supposedly making the

5    entrance into the Capitol, which the government wants you to

6    conclude is a reflection of their criminal aspirations,

7    their intentions, their corrupt action, their purposeful

8    conduct to execute these conspiracies that they're charged

9    with.

10          I guess in seditious conspirator school somewhere,

11   they teach you to enter the building that's the object of

12   your effort right behind the police.

13          Maybe that's a little bit glib and maybe it's a

14   little bit mocking and it's kind of making fun of the

15   government's evidence, but there's a lot of that coming.

16          Now, the government asked you to draw the

17   conclusion that there was the first half of the second

18   group -- remember they entered 3 and 3, or, in fact, 3 and

19   2, Mr. Jackson stays outside.  That when the first half of

20   the second group enters at 3:14, they're somehow doing so in

21   support of the first group that entered a half an hour

22   earlier and has now scattered in various points making an

23   exit from the building.

24          The government wants you to draw a conclusion that

25   there's some conspiratorial coordination and arrangement in

4436

1    the way these two groups came from wherever they were,

2    arrived at the Capitol separately, and entered the building

3    separately, and we'll get to that a little bit in a few

4    minutes.

5            We're going to go back over the sequence in a

6    little more detail, but I just want to move on now because

7    the point that I make by showing you this video is this is a

8    video the government never showed you even though it's a

9    video they had.  It's an angle that they deprived you of,

10   they could have shown it but they chose not to.

11           Something else you don't see, and we will go back

12   to the government's montage videos, we are going to do a lot

13   with those.  It's the 1500.2, which is the montage of all

14   the various groups and their movements at various points in

15   time, and then the montage 1508, which is -- focuses just on

16   the second group led by Josh James and where they started

17   and where they finished.

18           We'll go through those in some detail, but one

19   thing I want to call your attention to, there's a gap here

20   that the government doesn't want you to see and doesn't want

21   you to speculate about.  The gap is that the second group,

22   led by Josh James, all six of them, go up the stairs at

23   3:10, okay, and that's in the montage videos, we'll get to

24   that.  They arrived at the landing on top, the plaza just

25   outside the doors, but they don't go inside until 3:14.

1    There's four minutes outside the doors that the government

2    has never pointed out, never dealt with, never accounted

3    for.

4         What were they doing in those four minutes outside

5    the doors?  Well, we know that when they went to the plaza

6    landing, they were right behind the police, and when they

7    went inside four minutes later, they went in right behind

8    the police.

9         As we work our way through all of the evidence,

10   I'm going to ask you to draw a conclusion about the

11   conversation that went on outside.

12        Now, there's no evidence of it, nobody testified

13   as to what the conversation was; but the way the events work

14   out over the next several minutes, and the testimony of

15   Mr. Ulrich will bring us back to the reason you can conclude

16   that there was no unlawful or intentional or corrupt purpose

17   for entering the building, and we'll get back to that in a

18   moment.

19        Now, I'm going to say this bluntly and there's no

20   way to sugar coat it.  But we went through this with several

21   witnesses.  I mean, it's a difficult case to assemble.

22   There's a vast, you know, body, this vast universe of

23   evidence.  But the way the government presented the case to

24   you, they left evidence out and they picked and chose what

25   they wanted.  They assembled evidence in this case.  They

4438

1    fabricated evidence in this case.  By that I mean, not --

2    fabrication can sometimes be interpreted two ways.

3    Fabrication can be doing something false, or fabrication is

4    just building something, you know, assembling the blocks

5    yourself.  They fabricated the evidence in this case.

6         And the best example, and we'll come back to it in

7    a few minutes, the best example is assembling these slides

8    decks, all these messages from -- I think, I asked

9    Agent Hilgeman, how many different sources are in this

10   170-message slide deck, and she said, "Oh, six to seven."

11   I said, "Would it surprise you if there were 20?"

12        "Well, okay, maybe."  And then we kind of went

13   through the list of 20 different places messages had been

14   pulled from.  And it was just, you know, kind of hodgepodge.

15        And what the government did is they took messages

16   that they liked and they assembled them right next to each

17   other.  But took them out of context and out of order and

18   without knowing the messages that came before or after.

19        Instead of, for example, giving you 15 straight

20   messages from "D.C. Op" chat January 6th, and then 15 or 20

21   messages from, you know, Florida Vetted Hangout and then 15

22   or 20 messages from, you know, some other specific -- they

23   like took one here and one here and one over here and one

24   over there, and they strung them together and then they had

25   five different FBI agents take the stand and just read them.

```
 1     Like you're supposed to divine intuitively the context for
 2     these messages from the words used.
 3            And just consider the prospect, the prospect of
 4     the government using its lawful authorities to just grab
 5     every message out of every text exchange in a phone, and
 6     then to grab every email going back two years and any
 7     other -- every Facebook post, every social media post, and
 8     then just take what they want, put them together in whatever
 9     way they think makes the subject look the worst, and then
10     come into a court of law and say, don't worry about what we
11     didn't show you, look at what we have showed you.
12            But it gets worse.  See, what this case is about,
13     this case is about a narrative in search of evidence, but
14     the evidence isn't there.  The narrative, which Mr. Manzo
15     laid out, because what I'm going to challenge you to do is
16     compare Mr. Manzo's story to the evidence.
17            The story is the narrative.  The story is that the
18     Oath Keepers and Stewart Rhodes are evil people; that
19     Stewart Rhodes is this individual disrepute who is, you
20     know, anti-government, militia advocate, you know, hated the
21     outcome of the election, wanted Joe Biden to be -- didn't
22     want Joe Biden to be President, wanted Donald Trump to be
23     President and is instigating his hundreds or maybe thousands
24     of members nationwide to descend upon the Capitol and make
25     that happen.  That's the narrative.
```

1          That's the story.

2          The problem is, the evidence doesn't fit.  Yeah,

3    Stewart Rhodes is doing a lot of crazy things.

4    Stewart Rhodes is on the GoToMeetings, Stewart Rhodes is

5    writing open letters to the President.  Stewart Rhodes has

6    got 1100 chats on his phone with the Oath Keepers, and he

7    would dive in and out of chats all day long.

8          But you can't assemble a persuasive and

9    comprehensive case by sampling, sampling, from all these

10   different areas, like -- you know, it's like taking a big

11   board and just like writing notes on a Post-It and sticking

12   them on a board, and then saying, read my board, it's all

13   right there, read my Post-Its.

14         And the problem is that no matter how much

15   evidence the government ran across that didn't support the

16   narrative, they just ignored it and kept going.

17         Can we go to the first slide on the PowerPoint,

18   please.

19         Here is what they have done.

20         Cherry-picking:  To select only evidence which

21   supports one's argument and reject or ignore contradictory

22   evidence.

23         That's not what we do in a court of law.  That's

24   not how you prove a crime.  When you're proving a crime, you

25   confront the evidence that doesn't support your theory and

```
1   you either abandon your case, because evidence doesn't

2   support your theory, suggests innocence, or you figure out

3   how you can explain the evidence that doesn't support your

4   theory.  You don't just ignore it.

5          Now, pains me to call into question the conduct of

6   members of a proud organization like the FBI, historically

7   important institution in the United States who take the

8   stand, purposely unprepared to answer questions on

9   cross-examination.  We're going to go through a few slides

10  here.

11         And I don't mean to call him out, but I picked his

12  testimony because it was the most obvious.  But in one way

13  or another, every one of the five FBI agents engaged in this

14  tactic to some degree, whether they were put up to it,

15  whether they were now taught this at Quantico or what, I

16  don't know.

17         But what Agent Harris said really early in the

18  case is he can't answer questions.  He was asked, and

19  I think this might have been by Ms. Halim.  "Is this a

20  message you reviewed prior to your testimony today?"

21         "No, sir."

22         Maybe it's Mr. Peed.

23         "I didn't know what you were going to present, so

24  I haven't reviewed it for my testimony today."

25         He then says later on, "I can't tell you" -- this
```

1    was me.  He says, "I can't tell you when Stewart Rhodes'

2    phone was received."

3          I mean, it's like the foundation of the case is

4    when Stewart Rhodes' phone was seized.  I mean, so much

5    evidence came out of his phone for Agent Harris to say,

6    well, I don't know when it was taken, it's almost like

7    purposely not being able to answer straight questions.

8          And then finally he said, "I believe there's

9    thousands of statutes.  I know a couple but I don't know

10    that one."  That was me asking about statute 1028(a), the

11    identity theft statute.

12          Let's go to the next slide.

13          I asked him, "Entire industries have been

14    developed for the benefit of people trying to avoid identity

15    theft on the Internet, right?"

16          And his answer was, "Oh, I'm not sure.

17    I'm not sure what you're asking."

18          And then I said -- and this is a different subject

19    we go on later on about the planning, and referring to a

20    particular slide, I said, "Well, that slide was in

21    November."

22          He says, "Correct."

23          And I said, "At that point, there was no

24    Stop the Steal rally even scheduled for January 6th, right?"

25          And he says, "Oh, I don't know when it was

4443

1    planned."

2         I mean, the events of January 6th, it began with a

3    rally on the Ellipse, he doesn't even know when it's

4    planned, and this is the first significant witness the

5    government called as to this conspiracy that they're wanting

6    to prove, or conspiracies, because it's three of them.

7         Let's go to the next one.

8         I asked him about Roberto Minuta's case.  You

9    remember I spent a few minutes with him going through how an

10   FBI case file is built, begins with opening an electronic

11   communication called an EC, and then everything that happens

12   is serialized; reports are written, they're given a number,

13   they go in the file, so if an agent wants to know everything

14   that's happened, he can go open that file and read through

15   all the documents and know what everybody's done.

16        So I said, "Prior to coming here to testify in

17   this case about Roberto Minuta and identifying him and

18   offering the evidence you have, did you review his case

19   file?"

20        "Yes, I review lots of documents from his case

21   file."

22        That might have been "I reviewed."

23        "So you opened it in Sentinel," which is the FBI's

24   file system, "and started from the EC," which is the first

25   document, "and went forward?"

4444

1          "No, primarily what I do is review the documents
2     that correlate to my testimony."
3          What he's telling you there is that he reviewed
4     the documents he needed to review to answer their questions.
5     He didn't review anything, because he couldn't guess what we
6     might ask him, to answer our questions, like when was
7     Stewart Rhodes' phone and was there a January 6th
8     Stop the Steal rally planned in November?
9          And in one degree or another, Agent Hilgeman did
10    the same thing; agent Banks did the same thing; Agent Abrams
11    did the same thing; and Agent Cody did the same thing.  They
12    all had some version of, "I can't answer that question
13    because I didn't review the information necessary before
14    coming in here."
15         And that brings up a curious anomaly, and that's
16    the fact that -- I believe it was in response to a question
17    by Mr. Weinberg.
18         Agent Harris said that the overall case agent for
19    this investigation, the person in charge of the whole
20    thing -- because, you know, Mr. Harris Harrelson is down in
21    Florida, and he's dealing with people in Florida.  And
22    they've got it farmed out that way.
23         But the overall case agent there the whole thing
24    in this gentleman right here, Agent Palian.  He sat 10 feet,
25    15 feet from you since the case began.  Not one time did the

1    government put him on the stand to answer questions, because

2    he probably would have had to answer cross-examination

3    questions rather than avoid them.

4            There's an old saying in federal law enforcement.

5    When the question is asked, "Why does the FBI do that?"  The

6    answer is, "Because they're the FBI and you're not."

7            They control the information.  Nobody has access

8    to their case files except them.  They give you what they

9    want you to see.  And in this case, the agents answered the

10   questions they wanted to answer.

11           I'm glad to have that unhappy diatribe out of

12   the way.

13           Let's talk about Roberto Minuta.  You heard some

14   basic biographical information of him.  You've seen him

15   sitting here throughout the course of the trial.  You know

16   he's in his late 30s, originally from Upstate New York,

17   owned a tattoo business, had to shut down his tattoo

18   business when COVID hit, became increasingly upset about the

19   government restrictions on his ability to pursue his

20   profession, earn a living, support his family.

21           Now, we're going to get to -- and this -- I've

22   been calling it this for months.  I say it to him, and I'm

23   going to say it to you because it's easy for you to

24   remember.  We're going to get to "Crazy Roberto" in the

25   video in a little bit, the "Crazy Roberto" video, Roberto

1    sitting in his car screaming at his phone, which he then

2    posts to Facebook for all his friends to see.  Okay?  He's

3    got a customer base up there in Upstate New York.  He's got

4    family and friends.  And he lets loose with these diatribes

5    and puts them on Facebook.

6             Now, everybody sort of has their worst moment

7    sometimes, and maybe they've wished maybe they hadn't

8    expressed themselves in quite that way.  But when it's

9    memorialized, you're stuck with it.

10            And we'll get to that in a few minutes.

11            But Roberto, you know, what you saw, the videos

12   the government played for you, they were both from right

13   after the election.  They're both from November.  And we're

14   going to -- I'm going to show you a couple other snippets of

15   those that might give you a little insight.

16            But, you know, through the course of the summer of

17   2020, we all lived through the early few months of the

18   pandemic.  And he's in New York.  And, you know, if you

19   followed the news at the time, you know that the

20   restrictions in New York were maybe only second to the

21   restrictions in the District of Columbia, who knows, but

22   they were pretty severe.

23            And, you know, his business, a tattoo parlor

24   because not high on the list of -- what did they call it? --

25   indispensable businesses.  You know, doctors and groceries

1    stores and stuff like that had to stay open, but tattoo

2    parlors weren't on that list.

3          So he increasingly over time becomes frustrated

4    with what he calls the tyrannical government.  I want to

5    point something out about those two videos that the

6    government played.  Nothing in either of those two videos

7    and nothing in any other video that you've been shown or any

8    testimony you've heard links his sentiments as expressed in

9    those videos to what Stewart Rhodes is doing.

10          Okay.  Now, remember, Stewart Rhodes has got the

11    long GoToMeeting thing, remember the recorded GoToMeeting

12    thing where Stewart Rhodes is talking like a wild man.

13          But -- and I'm going to come back to this in more

14    detail in a while.  Roberto Minuta is not on that.  In fact,

15    if you recall, Roberto Minuta is not on any of these

16    communication exchanges with Stewart Rhodes except for one.

17    He's in one Signal chat and one Signal chat only.  And

18    I went over that with the various agents.

19          He's in the "D.C. Op Jan. 6, 21" Signal chat, and

20    he was put there by Josh James on December 31st.  That's the

21    only one.  He's not in any of the other Signals you've heard

22    about.

23          He's not on the GoToMeeting.  He's not on the

24    Zello.  He's not receiving any of this information.

25          When he makes those videos, they have absolutely

1   no relationship to what Stewart Rhodes is talking about.

2   They don't talk about each other.  He doesn't refer to

3   Stewart Rhodes in Stewart Rhodes' pronouncements and

4   diatribes.  He's got his own diatribe.  Stewart Rhodes isn't

5   referring to him.

6          You know, the funny thing is, you know, the

7   government -- Mr. Manzo said right at the beginning that --

8   I skipped a slide.  I want to go back to the slides one more

9   time, the next slide, I think.

10         Go forward one more.

11         I didn't get to this slide.  I stopped short.  I'm

12  going to come back to Mr. Manzo's comment about Mr. Minuta

13  being one of Mr. Rhodes' most-trusted leaders.  Remember

14  that comment?

15         Okay.

16         This is what I asked Agent Harris.  I said,

17  "All right.  How many people are in Roberto Minuta's

18  New York chapter of the Oath Keepers?"

19         Agent Harris, you know, again, "I couldn't tell

20  you, sir.

21         "You think it's reflected in the

22  investigative file?

23         "I don't know off the top of my head.

24         "Well, in fact, there is no New York chapter,

25  is there?

1              "Yeah, I don't recall seeing anything about a

2      New York chapter.  I've seen a New York chapter, but

3      I don't recall seeing any other people that were listed as

4      members of the New York chapter."

5              In fact -- my question:  "In fact, Roberto Minuta

6      is the only member of the New York chapter.

7              "Answer:  That may by accurate."

8              Roberto Minuta gives Stewart Rhodes a tattoo.  And

9      in exchange for the tattoo, Stewart Rhodes gave him a

10     lifetime membership to the Oath Keepers.

11             Roberto Minuta, there's no evidence, no

12     documentation, no testimony, no text messages, no nothing,

13     no Signal chats, nothing about Roberto Minuta joining the

14     Oath Keepers.  He was just given a lifetime membership out

15     of gratitude for the tattoo.

16             That's why he doesn't appear in any of those

17     chats.  That's why he's not on GoToMeeting.

18             So the point now -- so going back now to the point

19     that I was making, which is that there is no evidence --

20     I'm going to say that over and over again, and I've got it

21     on a couple of slides.  I'm going to say it over and over

22     and over because Mr. Manzo's story is not evidence.  And I'm

23     going to tell you over and over again:  There's no evidence,

24     there's no witness testimony, there's no documentation for a

25     lot of Mr. Manzo's claims.

1         And a big one is that anything Mr. Minuta recorded

2    himself saying had anything to do with what Stewart Rhodes

3    was saying.

4         Were they talking about similar subjects?

5         Sure.

6         But were they talking to or about each other?

7         No.

8         Something else in the way the government built

9    this case, and I've chuckled to myself with this since I got

10   started.  And I did make fun of it when Mr. Ulrich was on

11   the stand.  You'll remember it when I get to it.

12        Ballistic goggles, also known as goggles.

13        Tactical gloves, also known as gloves.

14        Combat long-sleeved shirt, a long-sleeved shirt.

15        A tactical camouflage backpack.  Last I looked

16   around the District of Columbia, camouflage doesn't help you

17   hide very well among the granite buildings of this city.  So

18   what's the point of making all these references to these

19   militaristic identifiers by the government and their

20   witnesses?  Scary words.  Scary words.

21        The government has built its case upon selective

22   evidence selection and scary words.

23        The VPNs, virtual private networks, the Signal

24   which is end-to-end-encrypted, ProtonMail, can't get with

25   the records, what's one thing that Roberto Minuta never did

1    at any point?  He never hid his identity.  He was always

2    Roberto Minuta.  He has his own Facebook page.  Put stuff on

3    his Facebook page.

4            So to the extent that the government wants you to

5    believe and any of you are maybe persuaded by the idea that

6    using these kinds of devices is somehow indicative of trying

7    to hide from law enforcement -- which, remember, Mr. Adams

8    said, "No."  Mr. Adams said, "We were trying to cover our

9    identities from people who might want to interfere in our

10   activities, not law enforcement."

11           Well, Mr. Minuta didn't even do that.  He didn't

12   even try to hide himself from Antifa or the communist party

13   or whoever he might have been unhappy about.  And he's

14   pretty unhappy about communists.  You can see that in some

15   of his recorded videos.

16           You know, I almost feel like I need to apologize

17   at this point kind of looking at the clock on the wall and

18   understanding how long I've already been going and kind of

19   having a clock in my head about how long I might still

20   go on.

21           And I'm going to say this:  As I said when I

22   started, this is the one and only opportunity I have to talk

23   to you.  We've been at this now for six weeks.  We took a

24   little break in the middle.  Mr. Manzo did a fine job.  But

25   there's going to be another government prosecutor who is

4452

```
 1   going to come up after all four defense lawyers argue.  The
 2   way the process works is another prosecutor -- I don't know
 3   if it will be Mr. Manzo or somebody else, Mr. Edwards maybe,
 4   Mr. Nestler -- they get to come up and give a final rebuttal
 5   argument where they respond to the four of us collectively.
 6           And there's a reason for that.  The reason for
 7   that is the government has the burden of proof, so they have
 8   the benefit of putting on their case first and then giving
 9   the last argument.  They have the last word.
10           So I have to keep in mind as I work through this
11   material that this is the only chance that I have to talk to
12   you.  And his life and his family life hangs in the balance.
13   And so if I take more time than maybe I expected or you
14   expect or Judge Mehta expected, I apologize now.  But I'm
15   really going to try to get to the end of everything that I
16   prepared for you because I think it's important for you
17   to hear.
18           There's another just sort of -- as I was going
19   through the witness testimony, there was another little one
20   instance that I thought was an odd effort by the government
21   to scare you, and that was the -- I think it was
22   Agent Hilgeman who testified to the ammo purchases by
23   Mr. Minuta and Mr. Moerschel.  And there were four or five
24   invoices in December of 2010 [sic].  So it's after the
25   election, and it's before January 6th.  So, you know, the
```

4453

1   Oath Keepers are loading up.  They got their guns and

2   they're getting their bullets, and they're ready to descend

3   upon Washington.

4           And so I asked her -- and she got the information

5   from his credit card purchases.  That's what she went and

6   looked for -- "Did you review any credit card transactions

7   other than for the month of December?

8           "I personally did not, no.

9           "So if he purchased ammunition on other dates with

10  his credit card, you have no information to confirm or deny

11  that, right?

12          "Correct.  But I wouldn't be surprised."

13          And then you might remember I went into a few more

14  questions about -- and I introduced an exhibit, and it's the

15  only document I introduced.  That's the other invoice from

16  October before the election, before the plan to commit

17  seditious conspiracy and attack the Capitol.  What did

18  he do?  He purchased ammo.  And we -- I'll give you

19  that receipt.

20          And I asked her:  "Did you ever hear of ammo

21  exchanges where people not only buy but sell ammo?

22          "Yeah, I have heard that.

23          "And, in fact, ammunition can be treated just

24  like a commodity.  It's like gold or silver.  It goes up or

25  down in value.  And if you know what you're doing, you can

4454

1    make money."

2            She said, "Yeah, I guess so."

3            She's a CPA, so she understands financial trading

4    and markets like that.

5            So, you know, the idea here that they're going to

6    come in here and say, "Oh, in April he made four purchases

7    of ammo and that confirms our theory" is nonsense.

8            Now, let's just move into the heart of the matter

9    here.  Let's move straight to the January 6th Roger Stone

10   security detail.

11           Roberto Minuta, you remember, flew from Texas,

12   where he was, to D.C. on January 5th, and then on the

13   morning of January 6th, he's with Josh James at the

14   Mayflower Hotel, and you heard that from Mr. Ulrich.

15   Mr. Ulrich hadn't seen him before, they had come in on the

16   5th, and Mr. Ulrich saw Mr. Minuta for the first time on the

17   morning of the 6th and Mr. Minuta seemed to know Josh James.

18           And you saw the transportation records from,

19   I want to say Agent Hilgeman but I might be wrong, it might

20   have been Agent Banks, that has him flying from Dallas to

21   Newark, New Jersey, on the night of the 5th.  So after that,

22   he made his way from New Jersey to D.C.

23           Now, what we know about what happened in the

24   Roger Stone security detail on the morning of the 6th, we

25   know largely from Mr. Ulrich and his testimony.

4455

1          And you'll remember there was one point in his

2   testimony where I said, look, let's just go through sort of

3   the basic events, let's work through a basic summary and

4   then we'll come back and maybe cover some of the details.

5          What he testified to was that the mission was

6   picking up Roger Stone at the airport, this was what the

7   second group was collectively responsible for, picking up

8   Roger Stone at the airport, taking him to his hotel,

9   escorting him to events on the 5th, standing by to escort

10  him to events on the 6th, which we'll get into in a minute

11  he never went to, and then getting back him to the airport

12  to depart.  That was the mission of the second group led by

13  Josh James.

14         Five members in that group on the 5th, joined by

15  Mr. Minuta on the 6th.

16         He made it clear that Josh James was the leader.

17  He testified that Josh James is the only one that talked to

18  Roberto -- talked to Stewart Rhodes.  He testified that

19  Josh James was the only one who talked to Roger Stone.

20         Mr. Ulrich told you he was in the Signal chats out

21  of Georgia, he communicated with Josh James, went by the

22  name Hydro, leading up to the 6th.  There was a special

23  Signal chat created in Georgia just to talk about

24  January 6th and the election.  He drove, Mr. Ulrich drove,

25  and picked up Ricky Jackson, and then rendezvoused with

4456

1  James and Grods for the drive on to D.C.  I can't remember

2  exactly but they were coming from two different locations,

3  I think James and Grods were coming from Alabama, Ulrich and

4  Jackson were coming from Georgia, they met up somewhere and

5  caravaned up to D.C.

6          Now, many opportunities in there to talk about

7  what they're going to do in D.C., and what Mr. Ulrich told

8  you is what he was going to do in D.C. was, his

9  understanding was to provide security detail for Roger Stone

10 and that was it.

11         Now, they're at the Mayflower, Roger Stone's at

12 the Intercontinental Willard.  Okay.  You're all residents

13 of D.C. so you know the D.C. geography, I probably don't

14 have to go through the details with you, but they're not

15 right next door to each other.  If you're going to get from

16 one to the other walking, it's about a mile.

17         They made that walk four times.  They went from

18 the Mayflower to the Intercontinental in the morning to meet

19 up with Roger Stone.  Then, when the security detail is

20 called off, they walked back to the Mayflower; and then at

21 some point the decision was made to go to the Capitol, they

22 walked back to the Intercontinental, because they've got the

23 golf car carts, which were at the Willard, and then they

24 drove the golf carts and came back to the Willard and then

25 they walked back to the Mayflower.  So they make that

1     one-mile walk four different times that day.

2          Mr. Ulrich told you there were other -- that he

3     heard that there were other security people for other

4     speakers.  Some Oath Keepers, some not Oath Keepers.

5          The golf carts at the Willard were for moving

6     speakers from the Willard, where speakers were staying, to

7     The Ellipse, not too away but in between that huge crowd

8     that came for the rally.

9          Mr. Ulrich told you that at some point he went

10    with James to scout out a route, what path should they take

11    in the golf carts to get Roger Stone from the hotel to the

12    rally stage, and they came back and basically said, there is

13    no route, the crowd is too big, we can't get there; and it

14    wasn't too long after that the decision was made they

15    couldn't get Roger Stone to the rally and they decided that

16    he wouldn't go, or Roger Stone decided he wouldn't go.

17         So Roger Stone ends up never leaving the Willard.

18         The second group, after that decision is made,

19    they're not going to hang around the Willard anymore,

20    they've got no purpose in being there.  So I think he

21    testified that they then went to The Ellipse, but the rally

22    was over, everybody was kind of left, but they came across

23    Mr. Walden there with the dog at The Ellipse, so obviously

24    the dog stands out and we'll get to the dog in a minute.

25    But they come across him there, so now they've added

4458

1    Mr. Walden to their group.

2            And from The Ellipse they walked back to the

3    Mayflower, and they all went into one room together and they

4    hung out in the one room together and Josh James is on the

5    phone the whole time and they turn the TV on.  And this is,

6    you know, after some of the events of the day had started to

7    play out and they saw some images on TV, but they were so

8    possessed by the images on the TV and whatever information

9    they were getting, Mr. Ulrich went to his own room, got

10   something to eat, took off his gear and called his wife.

11           They were done.  Whatever they had planned that

12   day, they were done.  The mission was over.  The only thing

13   left to do was to get Roger Stone to the airport whenever he

14   wanted to go to the airport.

15           But not too long after that Josh James knocks on

16   his door and says, "We're leaving for the Capitol in five

17   minutes."

18           The group gathers, walks back to the Mayflower,

19   gets the golf carts.  They go from the Mayflower -- if they

20   had gone, if they had gone from the Mayflower to the

21   Capitol -- again, you know, you know your D.C. geography --

22   the Mayflower is the wrong direction, it's not closer to the

23   Capitol, it's further away from the Capitol.  So it they're

24   going to walk from the Mayflower to the Capitol, they've got

25   a long walk, so instead they go to the Willard to get the

1  golf carts.

2       There's no evidence how they knew the golf cars

3  were there.  They may have just expect it, and said, well,

4  let's go look and see if the golf carts are still there and

5  hopefully we can use them.  However they ended up in the

6  golf carts, they ended up in the golf carts.  So they walked

7  the first mile, grabbed the golf carts and then ride the

8  second mile to the Capitol.

9       They parked the carts right outside this building,

10 get their bearings, talk to a couple of strangers, and we'll

11 go through the video there, it's a stranger that says, "Word

12 is they got inside."  And then Mr. Minuta repeats that, he's

13 streaming on his live video, and that's -- we'll get to that

14 in a minute.  He's streaming it on his live video and a

15 stranger, which is shown on the government's montage, says,

16 "Word is they got inside" -- "they," whoever "they" is --

17 and Mr. Minuta simply repeats that in the live video, "Word

18 is they got inside."  He's not talking to the group of six,

19 he's just talking to the live video.

20      And, again, who "they" is, you know, is open to --

21 is "they" the Oath Keepers, is "they" just the crowd?

22 I mean, I think Mr. Minuta used the term "patriots" and you

23 can see this whole community they make reference to the

24 "patriots," but what the definition of patriots is, whether

25 it's a little group of people or a great big group of

4460

1    people, we don't know.

2            Now, they start walking from the place where they

3    parked the carts and, you'll recognize that in the video,

4    they're headed towards the west front of the Capitol,

5    there's a huge side, Ulrich tells you they skirted around

6    the outside of the crowd, went to the north side, and then

7    to the east front, big set of stairs, go up to the big,

8    huge, Columbus doors, it's the obvious place, you think, to

9    go in, but we all know that's not a public entrance.  We

10   know now it's not a public entrance, but if you've never

11   been there, it's going to look like a public entrance.  It's

12   in the middle of the building and it's got big, huge doors.

13           They pause momentarily at the bottom of the steps.

14   Oh, on the way here, Mr. Minuta has his moment where he

15   stops and begins yelling at the Capitol Police officers and

16   we'll cover that in a few minutes, but that work in this

17   time frame here.

18           They finally get to the steps at 3:10.  They

19   parked the golf carts at 2:35.  So you're talking 45 minutes

20   from parking the golf cart to getting to the base of the

21   east steps.  It's not that far.  And if it takes you 45

22   minutes to walk around the crowd, not through the crowd, to

23   get from Point A to Point B, you're not in a hurry.  If

24   you're in a hurry, you could get there pretty quickly.  If

25   you're not in a hurry, you do a lot of other things along

4461

1   the way like stop and yell at police officers.

2          And then we have the four-minute gap, we'll get to

3   that in a minute.

4          And they're inside for seven minutes.  That first

5   group of three who go inside together, come out together,

6   they're inside for seven minutes.  They go inside at 3:14,

7   they come outside at 3:21.

8          We have Mr. James has his meltdown at the entrance

9   to the Rotunda, and we'll get to what caused that.

10          The first group of three come outside, they're on

11   the steps, eventually Mr. Grods and Mr. Ulrich exit behind

12   them, the group finds each other, and they descend the

13   steps.

14          At some point not too long after, they make

15   contact with Stewart Rhodes, who's assembled a group of 20

16   or 25, you know, away from the building a little bit, and

17   the six go find the 20 or 25.

18          And then after a short period of time, Josh James

19   tells the second group, "Time to go."  They walk to the golf

20   carts, they get in their golf carts, they drive to the

21   Willard, they park at the Willard, they walk to Mayflower.

22   That's it.

23          Now, we have the meeting at Olive Garden later on

24   and we know that Josh James went to that.  Mr. Ulrich -- or,

25   actually, Mr. Herrington -- Mr. Ulrich didn't go, he

1    testified he didn't go, he didn't testify anything about it.

2    Presumably if he'd went, he'd have said, I went.

3         Nobody says Roberto Minuta went.  So there's no

4    evidence that Roberto Minuta went to the Olive Garden

5    restaurant with Josh James.

6         If there was evidence that Roberto Minuta had

7    accompanied Josh James to the Olive Garden restaurant, given

8    what happened there, you suspect you would have heard that.

9         So this is an instance where the absence of

10   evidence can lead you to a conclusion.  The absence of the

11   government suggesting in any way that Roberto Minuta went to

12   the Olive Garden and participated in these conversations is

13   strong evidence, absence-of-evidence evidence, so obviously

14   he didn't go.

15        Now, the government created a manufactured, they

16   fabricated, the two montages, videos.  1500.2 and 1508.

17   They cherry-picked the information that they wanted to

18   include in those videos and then they sort of spliced

19   various things together so it would play in this nice pretty

20   little picture with lots of coordination insinuated by the

21   drawing of lines and intersecting of groups and things like

22   that.

23        But the montage, as a manufactured piece of

24   evidence, has some flaws.  And the question is, were the

25   flaws introduced purposefully?  Let's start with the

4463

1    beginning --

2             Well, let's go to 150 -- 1500.2, and advance to

3    14:17.

4             Just him and I.  You don't have a whole crew to

5    help me.

6             Advance to 14:17, please.

7             Now, the first 14 minutes are all about the

8    other -- the other group of Oath Keepers that are part of

9    this, and I'm just picking up with the purple group, which

10   is where the second group starts.  Start right there.

11            So the government starts its information -- stop,

12   please, and back up to -- just go back to where you were at

13   14:17, just leave it there.  Okay.  Let's have that bubble.

14   Stop right there.

15            Okay.  This is Josh James at 2:04.  And we know

16   because of the Signal chat.  So it's in the electronic data.

17            At 2:04 Josh James sends a message to the D.C. 5/6

18   or the Jan. 5/6 D.C. Op Intel team, which is not the one

19   chat that Roberto Minuta is in.

20            "We're coming to Capitol, ETA 30 minutes."

21            Now, that dot, when you look at the bigger map,

22   that dot is the Willard.  So this is telling you, this

23   creation by the government is telling you that Josh James is

24   at the Willard at 2:04.  But he wasn't.  Josh James was at

25   the Mayflower at 2:04.  This is long after the Roger Stone

4464

1    detail had ended, they'd gone to The Ellipse, found nothing

2    there, and they go back to the Mayflower and then their

3    rooms.

4                So why does the government put that there?  Is it

5    just a mistake?  Or do they not want you to think about all

6    the things that had happened between 1:00 and 2:04 during

7    which the second group sat in their hotel rooms doing

8    nothing?

9                And I want to call attention to that time frame

10   because it was a distinct piece of evidence that came out,

11   and I had a little fun with it.  And that's -- there's --

12   you know, it's like, once again, the government just grabs

13   this little morsel of information and throws it out there

14   for you.

15               Remember Roberto Minuta's phone -- and we'll get

16   to that -- talked to Stewart Rhodes' phone, at 12:58 and

17   1:02, two calls.

18               And I got Agent Abrams to admit, "Look, you only

19   know that those two numbers called each other, right?  And

20   you don't actually know who's on the phone."

21               Now, that used to be a really effective argument

22   in the day when we had residential phones and ten people

23   might have used it.  Cell phones, you kind of presume that

24   the person carrying the phone is using the phone.  But

25   that's not always true.

1          But in between those two timestamps, and I think

2     it was Mr. Edwards said, "Well, Agent Abrams, what happened

3     between those two times, 12:58 and 1:02?

4          "1:00 was when the congressional certification

5     started."

6          I got her to admit, "You don't know what -- you

7     don't know who was talking, what they were talking about,

8     right?

9          "Oh, yeah, that's true.  I don't know who was

10    talking on the phone."

11         So they're asking you to assume from no evidence

12    what those two conversations were about.

13         And what I'm going to tell you is what -- what did

14    Ulrich tell you?  What did Brian Ulrich tell you?  He said,

15    "The only guy who talked with Stewart Rhodes was

16    Josh James."

17         So did Stewart Rhodes talk to Josh James using

18    Roberto's phone?

19         (Indicates)

20         And what did they talk about?

21         Well, Roger Stone still had to go back with to the

22    airport, right?

23         Josh James was still responsible for Roger Stone,

24    right?

25         Well, I mean, I can suggest that if Mr. Edwards

1   can suggest it was about the 1:00 certification.  But, you

2   know, it's kind of odd that those phone calls were made,

3   like, on backing the 1:00 certification and they sill sat in

4   that hotel room for two more hours because they were not at

5   the Willard at 2:04 -- or sat at the hotel room for another

6   hour, from 1:00 to 2:00.

7            Whatever intentions they might have had towards

8   the certification, according to the government's theory,

9   they didn't seem to be in a hurry to act on them because

10  they just sat in the Mayflower for an hour until they began

11  to see the images on the TV.

12           There is no evidence -- again, back to the

13  Bill Shipley emphasizing no evidence -- no witness, no

14  document that says Josh James was at the Mayflower at 2:04.

15  Didn't we hear from an FBI agent who was able to pinpoint

16  where phones were based upon certain data at certain points

17  in time and could tell you which cell towers it was

18  accessing and all that stuff?  They have that evidence.

19  Presumably, they have the evidence of where Josh James'

20  phone was when he sent this message.

21           But nobody testified that he was in the

22  Willard Hotel.  And I'm telling you the evidence that I'm

23  explaining to you says that he was in the Mayflower, a mile

24  the wrong way.

25           Okay.  Let's play this forward, and I'll tell you

1    when to stop.

2          Let's watch the little purple line get drawn and

3    the little dot move.

4          (Graphic played)

5          MR. SHIPLEY:  Stop.

6          2:30, 26 minutes after the message, in golf carts,

7    they've made it halfway.

8          Didn't Mr. Ulrich tell you they stopped at the

9    Willard when they got the golf carts?  They paused there.

10   They waited.  They had had some coffee, then went to the

11   Willard.  They went to Willard and got the golf cart

12   and left.

13         Well, if they went to Willard and got the golf

14   cart and left, it wouldn't have taken them 26 minutes to go

15   a half mile, which is about where this dot now appears when

16   Roberto Minuta comes on the screen at 2:30.

17         Again, the dot, putting him at the Willard, is not

18   accurate.  They were at the Mayflower.

19         Now it kind of makes sense.  You know, walk a mile

20   from the Mayflower, get the golf carts, and then drive to

21   this point.  That's maybe 20, 25 minutes.

22         So, again, the evidence the government has created

23   is not accurate.

24         Okay.  So let's talk about Mr. Minuta

25   livestreaming himself here, some of the things he said.

1          You'll remember -- we'll walk through it.  I'm not

2    going to take a lot of time with this because you remember

3    me asking Agent Abrams as she was on the stand and we were

4    going through this, I said, you know, some of the things he

5    was saying, he couldn't see.  He couldn't see anybody having

6    taken the Capitol.  He couldn't see war in the streets,

7    which I think is a phrase he used at some point, because it

8    wasn't a war in the streets in this place where they're at.

9    Nothing like that was happening.  So he's describing his

10   experiences with hyperbole.

11          Go ahead and play.

12          (Video played)

13          MR. SHIPLEY:  Stop right there.

14          He doesn't know that, right?  He's not there.

15   He's not witnessing it.  He's not seeing it.  He's just

16   simply talking into his livestream things that he's heard or

17   been told or seen.  But he hasn't seen any of this.

18          Go ahead.

19          (Video played)

20          MR. SHIPLEY:  Stop.

21          You know, this has been a source of humor for a

22   long time.  And then come I come in here and I asked

23   Agent Abrams, you know, "When you heard him say 'Grand Theft

24   Auto golf cart,' what was your reaction?

25          He said, "Well, I thought he was describing that

1    he had stolen a golf cart and was driving it around."

2           It's like, "You never heard of the video game

3    Grand Theft Auto?

4           "Oh, yeah I've heard of it."

5           I mean, that video game has been out for 20 years.

6    It's been one of the most popular video games on the market,

7    and you can play grand theft auto in a golf cart.

8           Just little things, little things.

9           If you say "Grand Theft Auto" and you're talking

10   about a video game, that's a title, right?  And if it's a

11   title, that should be capitalized because it's the title of

12   a game.

13          The government, in creating this transcript, did

14   not capitalize it because they don't want you to think it's

15   a title of a game.  They want you to think he's literally

16   talking about grand theft auto:  "I stole a golf cart."  And

17   that's exactly what Agent Abrams said.

18          You know, sometimes it's hard to suppress

19   laughter.  Sometimes you just laugh.

20          Now, I want to switch to -- the reason I'm going

21   to do this is 1508 focuses only on the second group, and it

22   includes a little more than 1500.2.  There's a few more

23   things in it.  So for a few minutes here, I'm going to go

24   back and forth so we catch everything.

25          So let's go to 1508 just briefly.

4470

1          And let's just start playing because it's going to

2     go through a little of the same thing.  We'll just run it

3     through, and then we'll get to the point where I tell you

4     to stop.

5          This one starts with the golf cart already on the

6     way.  It no longer starts with a message.

7          (Video played)

8          MR. SHIPLEY:  All right.  Stop.

9          Okay.  Now, he starts this with, "What's

10    up, guys?"

11         All right.  So what you know from that is that

12    this is an extended posting by him.  This is an extended

13    livestream.

14         But the government has taken snippets of it and

15    given it to you because this is sort of -- he's introducing

16    again what's going on.  And now instead of saying, "Patriots

17    have stormed the Capitol," he says, "Patriots are attempting

18    to storm the Capitol."

19         Well, okay.  "Potato," "potato."

20         But his characterization now changes, and we know

21    he hasn't actually seen or knows what's actually happening.

22         So let's go.  Play it.

23         (Video played)

24         MR. SHIPLEY:  All right.  Stop.

25         30 seconds -- and we're going to go through this.

4471

1    I think it takes like another ten minutes.  So it's obvious

2    there Roberto Minuta doesn't know where he is, how close

3    they are to the Capitol, or how long it's going to take to

4    get there.

5            Again, this is the second group who's riding to

6    the rescue of the first group, and there's going to be more

7    of this in a minute.

8            So let's keep going.

9            (Video played)

10           MR. SHIPLEY:  Still can't see the Capitol

11   from here.

12           Keep going.

13           (Video played)

14           MR. SHIPLEY:  All right.  Go ahead and stop.

15           This sort of oddly shaped building right here,

16   this part tells you that's the courthouse, because that's

17   the annex, the newest part of the building that's built on

18   to the front.  It sort of stands out on a map.

19           This is -- you know, I think this is the point.

20   Did he say it already?  There's war in the streets?

21           There's no war in the streets.  You know, I mean,

22   that's just, again, more hyperbole, more bombast, more

23   playing to the audience that he's taking to.

24           And, you know, interestingly, that -- the police

25   car, they drove around.  I think it's arguable.  You can

1    watch and decide for yourself.  I think it's arguable that

2    that car is actually trying to block to the street.  He

3    pulls up next to the other police car that's stopped there.

4    He doesn't block the street.  They can easily go around, and

5    there's traffic coming around the other direction.

6           So whether or not they're trying to evade a police

7    roadblock, as the government suggests, I mean, I'm not sure

8    that's really supported by what you see on the video.

9           Keep going.

10          (Video played)

11          MR. SHIPLEY:  Stop right there.

12          "Parking?"

13          Minuta doesn't know where they're going.  He's

14   caught by surprise that James is now pulling off on the side

15   of the street to park?  Because James says -- remember,

16   James is driving.  James says "Yeah, okay, I guess we're

17   parking here."

18          Keep going.

19          (Video played)

20          MR. SHIPLEY:  Okay.  Stop.

21          I mean, other than not going where they need to go

22   or where they're at, you know, James says, you know, "Where

23   the F are we going?  And we're at 3rd and what?"

24          So, you know, other than not going where they're

25   at or where they're going, he's executing a finely tuned

1    plan here.

2            Okay.  Keep going.

3            (Video played)

4            MR. SHIPLEY:  Stop there.  As I said earlier,

5    someone unknown said, "They said they got in."

6            And all Roberto Minuta is doing is repeating what

7    that person just said.  He's not passing along some

8    secretive information he got from Stewart Rhodes or anybody

9    else.  He's just passing along what another stranger just

10   said to him.  He's passing along, not the Oath Keepers, but

11   he's passing along whoever is watching him on his

12   livestream.

13           Keep going.

14           (Video played)

15           MR. SHIPLEY:  Okay.  Stop.

16           Mr. Manzo made a point of telling you that

17   Mr. Minuta was saying, "Thank you," to the comment, "Go

18   fight some Congressmen."

19           The first thing the same person says is "Good

20   job, guys."

21           Well, I mean, what would be a polite response to

22   that?  "Thank you."

23           Is the polite response to "Go fight some

24   Congressmen," "Thank you"?

25           Just one of those common-sense things.  Which

1    comment is he responding to here?  Again, this is an example

2    I gave you early on of the government simply ignoring

3    evidence that undermines their theory.

4         THE COURT:  Mr. Shipley, it's about 65 minutes or

5    so in.

6         MR. SHIPLEY:  Yeah.  I probably have another 20,

7    25.  So do you want me to keep going?

8         THE COURT:  Yeah, no, keep going.

9         MR. SHIPLEY:  Okay.

10        So the second group here, okay, let's just keep

11   playing, because we're going to kind of go through, you've

12   seen this before, and I'll narrate it because with the video

13   is not -- or the audio is not important.

14        (Video played continuously)

15        MR. SHIPLEY:  So the second group here pauses in

16   the front of the west side, and you can see this massive

17   crowd.  And there the government has identified them walking

18   around the outside of the massive crowd, which was to their

19   right in the center of the building.

20        Okay.  Now, pause here.  This is where -- they've

21   now reached -- pause.

22        Now, it's 2:45 at this point, so it's taken them

23   ten minutes to get from where they parked the carts to just

24   to this point.

25        The certification procedure had been almost two

1    hours earlier, an hour and 45 minutes earlier, or it had

2    begun an hour and 45 minutes earlier, and there's no

3    evidence that any of these defendants in the second group

4    knew anything about what happened.  They arrived only after

5    all of that happened.

6            They arrived, and Mr. Ulrich told you, didn't see

7    any fighting, didn't see any police, didn't see any violence

8    outside, didn't see any barricades, didn't see any snow

9    fencing.  They just walked right through the Capitol

10   Grounds, around the west side to the east side to the stairs

11   and went up.

12           Now, we have Roberto Minuta here, we've seen this

13   clip of him yelling at these police officers, and we'll get

14   to what he said in a few minutes, but I want to go back to

15   crazy Roberto, the crazy Roberto videos.  I'm just going to

16   play three short clips, because I want you to see more of

17   what's in crazy Roberto video.

18           So let's play the first clip that I gave you, the

19   first timestamp.  I think that is video Exhibit 2004.V.4.

20           (Video played)

21           MR. SHIPLEY:  Stop.

22           It's important, what's he saying?  He says, "Fuck

23   Trump, fuck Biden."  This isn't about politics to him, this

24   isn't about preferring Trump and the Republicans over Biden

25   and the Democrats.  This is three, four days after the

4476

1    election.  The government showed you part of this.  The

2    whole video is in evidence.  He's just had it with

3    everybody.  It's a pox on all your houses.

4              This is not about interfering with the transfer of

5    lawful authority.  This is not about opposing by force the

6    execution of laws.  Roberto Minuta has just had enough.

7              Remember, a month after this Agent Hilgeman told

8    you he moved to Texas, he left New York and moved to Texas.

9    This was his mindset that caused him to do that.  He has

10   just had it.  It's not politics for Roberto Minuta, not

11   about preventing Joe Biden from being President on 1/20, he

12   doesn't care because he doesn't have faith in either one of

13   them.

14             Play clip 2.

15             (Video played)

16             MR. SHIPLEY:  Stop.

17             "You people look up to that gray-haired,

18   orange-skinned, fucking moron."  Well, who's he talking

19   about?  He's talking about Donald Trump.  He's actually

20   expressing his outrage at the Republicans, who were pushing

21   the election claims in order to upset the outcome.

22             The third clip, please.

23             (Video played)

24             MR. SHIPLEY:  "Done with Trump."  Three days after

25   the election, I'm done with him," it's not about Trump.

4477

1          The entire theory of their presentation is that he

2     got engaged and did what he did to keep Trump in office.

3     He's telling you four days after the election he's got no

4     interest in Trump being in office.

5          And we're going to go -- we're winding down to the

6     close here, but what he says at the very end is, he just

7     went to the Roger Stone security detail, that's it.

8          Let's play just briefly -- well, we're going to

9     play the whole thing because it's only 30 seconds, but

10    Exhibit 2004.V.6 which this is Roberto wearing a hoodie and

11    I think the government played it, but I'm going to put a

12    little context to it here.

13          (Video played)

14    MR. SHIPLEY:  Everything he says there is

15    historically accurate.  He's recounting history, and he's

16    not telling you anything that's inaccurate.

17          The penalty for treason is death and that goes

18    back to the founding.

19          He's not suggesting vigilantism.  He's saying, if

20    there are treasonous officials among us, they need to be

21    held accountable.

22          I'm going to kind of skip through some of this,

23    but there are a few things I want to mention.  When he's

24    standing outside yelling at the police officers, remember,

25    pointing to the government, they're in a hurry but it takes

4478

1   them 35 minutes to get from where they park the carts

2   until -- I mean, 45 minutes, do my math, where they park the

3   carts until they get to the east steps.  And along the way,

4   he pauses to have this diatribe towards the police officers

5   there, standing passively, no riot shields or equipment, a

6   little rope barrier, whatever.

7           Now, you're not conspiring to use force to

8   interfere with the transfer of power by standing outside

9   yelling at the police.  You're not conspiring to corruptly

10  obstruct an official proceeding taking place inside the

11  Capitol by standing outside and yelling at the police.

12  You're not conspiring to interfere with the members of

13  Congress inside the Capitol by standing outside yelling at

14  the police.

15          But he did that.  He stopped along the way.  If

16  those are his goals, if that's his objective, if that's his

17  purpose for being there, it's an odd way to demonstrate your

18  intention, to take time out to yell at the police officers

19  there.

20          But he didn't attack any of them, he respected the

21  line they created, he didn't cross the rope barrier, he

22  didn't try to cross the police barrier.

23          Being on the grounds that day was not lawful.

24  Grounds were closed.  Closed to the public, building was

25  closed by COVID, the grounds were closed because of the

1    proceedings that were taking place, so being there was not

2    lawful.

3           But just because you're there unlawfully doesn't

4    mean you lose your First Amendment rights.  He can still

5    shout at the stairs standing there, he can shout at the

6    police officers standing there.

7           And emotions were high and he lost his composure.

8    And again, we're still talking about he just had to move his

9    family to pursue his profession in a different location

10   where he was allowed to do so.

11          Now, I'm in the home stretch.

12          We're going to cover briefly the events inside the

13   Capitol, I'm going to kind of maybe in an accelerated

14   fashion here, faster than I had planned, but that's what

15   we'll do, a little bit about the charged offenses and the

16   jury instructions, and then at the very end the evidence put

17   on by the government that requires not-guilty verdicts.

18          I started this all off by showing you the reverse

19   CCTV TV angle that I put into evidence at the very end.

20          Now, let's look at the government's evidence that

21   leads to that sequence, so it leads to the entry into the...

22          Now, this is RMV002 for ID only, this is only

23   demonstrative, it's not admitted in the evidence case.  It's

24   something you'll be able to take with you so this is your

25   only chance to see it.  So let's go ahead and play it and

1    I'll you when to stop.

2            Play to 36.

3            I'm going to probably narrate a little bit as we

4    go and not necessarily stop and start, that takes longer.

5            (Video played)

6            MR. SHIPLEY:  Okay.  Now, these all come from the

7    government's montage.  Let me go over here so I can kind of

8    see.

9            Here's where the government identifies the second

10   group.

11           Here is a group of Capitol Police officers going

12   up the stairs right ahead of them.

13           Keep going.

14           (Video played)

15           MR. SHIPLEY:  When they all reach the top, that's

16   where that four-minute period, that four-minute delay comes

17   into play, because they all reach the top at 3:10 or 3:11

18   but then they don't go inside until 3:14.

19           (Video played)

20           MR. SHIPLEY:  The doors are right here.

21           You can see at this point the Oath Keepers are

22   right behind the police.

23           (Video played)

24           MR. SHIPLEY:  Now, here is the line of police

25   officers with the shields that came in ahead of Lieutenant

 1    Johnson that I showed you earlier.  And James, Minuta and

 2    Walden are indicated there.  And this guy right here is the

 3    gas mask guy, remember that, because he gets in between.  So

 4    if I refer to gas mask guy, that's who I'm referring to.

 5                Just keep it playing, Ryan.

 6                (Video played)

 7                MR. SHIPLEY:  This is Officer Carrion.

 8                Watch this guy, watch what he does.

 9                Stop right there.  Stop.

10                Back up, play five seconds.

11                (Video played)

12                MR. SHIPLEY:  Watch his head.

13                He looks at Carrion, who's paused Minuta, and

14    tilts his head sideways, like, yeah, let him go, and then

15    Carrion drops his hand and they walk in.

16                (Video played)

17                MR. SHIPLEY:  Now, this is Walden with the dog.

18    He's stopped, and now they recognize that he's got a dog

19    with him.

20                Now, let me stop for a second.  Let me suggest

21    that the only reason Officer Carrion remembers any of this

22    is the dog.  How many -- you saw thousands of people that

23    day, right?  Saw people in all kinds of attire.  How many

24    dogs do you see?  One.  That's going to stand out.

25                So when he testified he had a recollection of

1    about stuff, the testimony of the recollection was because

2    he saw the dog, not because of anything the Oath Keepers

3    did, other than Mr. Walden, was out of the ordinary.

4            Now, let's watch what happens with Mr. Walden here

5    and this officer, who I think is Officer Carrion.

6            (Video played)

7            MR. SHIPLEY:  He puts his hand on the back of

8    Mr. Walden and pulls him and the dog inside.  Now, the crowd

9    begins to push forward.

10           You know, that act by him, escorting Mr. Walden

11   inside with his right arm, kind of created a breach in the

12   doorway and a bunch of people just pushed their way through

13   at that point.

14           Keep going.

15           (Video played)

16           MR. SHIPLEY:  Now, this is the video I put in, and

17   you can see Lieutenant Johnson at the bottom.

18           We're just going to let this run.  We saw this

19   already.

20           (Video played continuously)

21           MR. SHIPLEY:  Lieutenant Johnson comes in with two

22   officers right behind him, and then here's a soft-hatted

23   officer.  And I think there's five of them or six of them

24   right in a row here with shields.

25           So he's bringing officers in from the outside.

1           Then here's gas-mask guy, remember I mentioned

2      him.  Right behind gas-mask guy and goes right past him is

3      Josh James.  What's he do?  He catches back up to the police

4      officer in front of him.

5           Keep going.

6           (Video played)

7           THE COURT:  Mr. Shipley, I'm going to give you

8      about ten more minutes, because it's almost 1:00.

9           MR. SHIPLEY:  I understand, Your Honor.  The best

10     I could give you was an estimate and I have --

11          THE COURT:  Mr. Shipley, I do have to get these

12     folks to lunch, all right?

13          MR. SHIPLEY:  I understand.  I appreciate the

14     consideration.

15          (Video played)

16          MR. SHIPLEY:  Now here's Lieutenant Johnson

17     leaving the area of the Rotunda, heading back to the

18     Columbus Doors, and he has officers behind him.

19          And this is now at 3:17, so they've been inside

20     about four minutes.

21          Let's pause for just a moment.  I want you to

22     watch Mr. James for the next few moments.  Keep your eye on

23     him and his demeanor.  He's perfectly calm and he's talking

24     to the officer.  That's Officer Jackson with the shades on

25     and a pullback.  No antagonism, no expressions of upset or

1    intentions of violence.  In fact, they let a couple people

2    out here.  He's still just standing there.  And watch what

3    happens next.

4              Keep going.

5              (Video played)

6              MR. SHIPLEY:  Right there, right there.

7              Stop.

8              Josh James lost his composure.  But why?  Because

9    the officer reached out and hit him across the side of the

10   face.  Not blaming the officer.  I'm just giving you the

11   explanation for why Josh James reacted the way he did.  It

12   was a reaction.  He didn't attack the officer.  He was

13   talking to the officer.  Then the officer reached out and

14   made contact with him and Josh did what he did.

15             Go ahead.  Keep going.

16             (Video played)

17             MR. SHIPLEY:  That's when he really loses it.  He

18   reaches in and grabs that officer.  And now he's angry.

19             But he's angry because of what happened.

20             (Video played)

21             MR. SHIPLEY:  Now, this -- stop.

22             This gentleman has got both hands on the shield.

23   Actually, that's one there and that's one there.  He's got

24   the shield.  He's pushing.

25             Keep going.

1           (Video played)

2           MR. SHIPLEY:  Now, right here, this is

3    Roberto Minuta.  Look at this gentleman's arm in

4    Roberto Minuta's back.  He's pushing Roberto Minuta from

5    behind.

6           Keep going.

7           (Video played)

8           MR. SHIPLEY:  Roberto Minuta at that point is

9    pinned.  He's trapped.

10          Roberto Minuta's left hand is not on the shield,

11   and his right hand is holding his phone.

12          Here's the guy with the shield.  Roberto Minuta

13   is here.

14          Just let it run.

15          (Video played)

16          MR. SHIPLEY:  Now, look at these people push from

17   behind.  Roberto Minuta is not trying to go inside.  He's

18   not trying to push past the police officer.  He's being

19   pushed from behind.

20          (Video played)

21          MR. SHIPLEY:  Now, at this point, the police are

22   beginning to establish control inside the Rotunda, and

23   they're pushing everybody towards and out the door.  Now,

24   Roberto Minuta is facing out the door, and he's trying to

25   get out.

4486

1              Keep going.

2              (Video played)

3              MR. SHIPLEY:  Just watch what happens here once he

4     has a free and clear path.

5              Still doesn't have a path out.

6              Once he got a path out, he's gone, headed for

7     the door.

8              This flag is going to obscure him a little bit,

9     but you'll see him right at the end.

10             Out he goes.

11             Now, I'm going to talk about a couple of charges

12    real quick, and then I'm going to talk about Brian Ulrich

13    and then we're done.

14             Failure of proof is when the government doesn't

15    bring evidence to establish the elements of an offense or at

16    least one key element of the offense.

17             Count 6 charges Roberto Minuta with discarding his

18    cellular phone.  Discarding it.  Not deleting a video.  The

19    government put in evidence that he deleted that one video

20    because somebody asked him to because he said, "Sorry, had

21    to delete the video because faces were shown."

22             So somebody asked him to; he did.

23             But that's not the charge against him.  The charge

24    against him is discarding his phone.

25             Count 6, Roberto Minuta is charged with discarding

 1    a cellular phone, which contained certain media, files, and

 2    communications that showed his involvement in the conduct

 3    being investigated by the grand jury.

 4              There's no evidence, there's no witness who

 5    testified about what happened to the phone.  All you heard

 6    from the FBI agents is they were unable to recover items

 7    from his phone.

 8              The one phone they did get had been set up in

 9    February, so it didn't have anything on it from January.

10    There's no evidence.  That's a failure of proof by the

11    government.  That's an acquittal.

12              The government has the burden of proving that he

13    did discard his phone in some fashion and that he did so to

14    interfere with the grand jury investigation.  There's no

15    evidence.

16              Let's talk about -- I'm going to skip forward to

17    Mr. Ulrich's testimony.  This will be it.

18              He was the second-to-last witness called by the

19    government.  He was the witness who came in to tell you what

20    happened with Group 2 because he was involved.

21              And let's just go through his screens real quick.

22    I've got several screens that will capture some of his

23    testimony.  We're just going to go through them to remind

24    you what he said.

25              "When you left the Mayflower, you told the FBI you

1    didn't know whew you were going to Capitol, right?

2             "Correct.

3             "There was no plan that you're aware of, right?

4             "Yeah.  There was no specific discussion.

5             "Okay.  But there was plenty of opportunity have a

6    but no discussions held, right?

7             "No discussion.

8             "Josh James didn't explain it.  Nobody asked

9    questions.  Just, 'We're going to Capitol?'

10            "Answer:  I did.  I did ask questions on the

11   way there.

12            "And along the way, Mark Grods said to you, 'We're

13   just going to meet some other Oath Keepers.'

14            "Correct."

15            Next page.

16            "Now, at some point, you made a decision to walk

17   through the doors even though the groups had gotten

18   separated?"

19            Meaning the first group of three and the second

20   group of three.

21            "Yes.

22            "And it was just you and Grods and Jackson on the

23   outside?

24            "Correct.

25            "And you had a brief exchange with Jackson, and he

 1   made it clear he wasn't going inside, right?

 2           "Correct.

 3           "So then it's just you and Grods who went inside?

 4           "Yes.

 5           "Your decision to go inside was to satisfy your

 6   own curiosity about what was happening?

 7           "It was the culmination of how we had gotten

 8   there, so it was --

 9           "You got that far; it's like you might as well go

10   inside and see what's happening, right?

11           "I wanted to -- I wanted to go in, yeah.

12           "Curiosity, what's taking place inside that you

13   don't know.

14           "Well, that was part of it.

15           "In fact, you told the FBI that when you got to

16   the Capitol, you thought everything going on inside was

17   already over.

18           "You mean -- what do you mean, 'already over'?

19           "Whatever proceeding had taken place was done

20   because now the crowd was in the building.

21           "Correct.

22           "When you went through the doors, you stood next

23   to Jonathan Walden, who you called K-9, but Jonathan Walden

24   was the guy with the dog?

25           "Yes.

4490

1              "And the two of you stood there, didn't do much,

2    right?

3              "Correct.

4              "Until a police officer suggested to you, 'I think

5    it's time to go.'.

6              "And what was your response?

7              "We need to leave.

8              "And you guys left?

9              "Yes.

10             "At one point did you think there was -- at one

11    point did you think you were there to link up with the other

12    Oath Keepers for the purpose of attacking the building?

13             "No one had mentioned attacking the building.

14             "You didn't use force against anybody on

15    January 6th, did you?

16             "Against any individual?  No.

17             "I mean, you had no physical interaction?

18             "No.

19             "You had no physical altercation with any other

20    citizen, right?

21             "Correct.

22             "And at no point on the 5th or 6th did you have

23    any conversation with anybody about using force to interfere

24    with whatever proceeding Congress was going to conduct that

25    day, did you?

4491

1           "Correct.

2           "And you didn't hear anybody else talk about that,

3  did you?

4           "Correct.

5           "And you told that very thing, that there was no

6  conversation about the use of force with respect to what was

7  going on that day.  There was no conversation.  You said

8  that to Mr. Edwards and Agent Palian at your first meeting

9  with them, right?

10          "Correct."

11          Keep going.

12          (Video played)

13          MR. SHIPLEY:  Next.

14          Well, my -- halfway down, he says, "Well, in what

15  way did you use force?"

16          He said, "Well, my presence being in the building

17  was hindering.

18          "Standing still is the use of force?

19          "Being in the building during a riot in the

20  building is.

21          "That's what the government told you?  That's the

22  use of force?

23          "Force is trying to prevent an action or any law

24  or function of the government."

25          Okay.  He's straining right there to get the words

1    out that he thinks he has to say.

2            He's straining to explain the crime that he's been

3    led to plead guilty to; but, in fact, his actual activities

4    that day didn't involve anything other than standing inside.

5            That is all the testimony you have about the

6    thought process or intentions of anybody in the second

7    group, including Mr. Minuta.  That's a failure of proof,

8    because the conspiracy charge requires you to find not only

9    there was an agreement but there was an agreement to commit

10   specific crimes.  They had to understand the specific crimes

11   they were agreeing to.  That's part of the conspiracy count.

12           Well, if they weren't even discussing using force,

13   then they're not guilty of seditious conspiracy.  If they're

14   not even discussing the congressional proceeding going on

15   inside or there's no evidence they had knowledge of the

16   congressional proceeding going on inside, they're two hours

17   after it had started, if they don't have any knowledge, then

18   there's no conspiracy to interfere with it.  You can't

19   interfere with something you don't know about.

20           Josh James was the leader of the second group.

21   You know, Roberto Minuta was Stewart Rhodes' trusted leader

22   is all nonsense.

23           Let's go to the last Brian Ulrich slide.

24           Next one.

25           Next one.

1          Right here.

2          "Now, you testified on direct exam to the episode

3     where the police came down the stairs, several members of

4     the Capitol Police came down the stairs after you had

5     exited, right?

6          "Yes.

7          "And then you turned around and saw that, right?

8          "Yes.

9          "You, in fact, thought the Oath Keepers produced

10    that, right?

11         "Produced?

12         "That result, that the police getting out of the

13    building.

14         "I believe that's what I was doing,

15    assisting them.

16         "The second group followed the police in, and the

17    police followed the second group out."

18         Josh James goes up to a police officer and says,

19    "Do you want out before the altercation starts?"

20         Lieutenant Johnson -- you see Lieutenant Johnson

21    leading a crew of police officers in and then leading police

22    officers out.

23         And Brian Ulrich told you when he saw those police

24    officers coming out, he thought that was a result of what

25    they had helped bring about.  That's the reason the second

1    group went inside.  They thought police officers inside

2    wanted to get out.

3         They didn't know what was going on inside.

4    They're outside.  They didn't know what was going on inside.

5    They didn't know that actually the Capitol Police had seized

6    control of the Rotunda until they went inside.  They

7    couldn't know that standing outside.

8         And as soon as things got out of hand,

9    Roberto Minuta headed for the door.  Wasn't what he was

10   expecting.

11        THE COURT:  Mr. Shipley.

12        MR. SHIPLEY:  I'm going to sum up right now,

13   Your Honor.

14        THE COURT:  Thank you.

15        MR. SHIPLEY:  More I'd like to say, but I think

16   I've said enough.

17        This is about a failure of proof.  You've only

18   seen snippets of evidence the government wanted to give you

19   and there's plenty of evidence that undermines the

20   government's case and I've pointed out some of it to you.

21   That's reasonable doubt.

22        Discarding his phone, there's no evidence of that.

23   That's reasonable doubt.

24        Do not reward the government's invention of a

25   narrative and then selective presentation of evidence to try

1  to convince you with scary words and a mishmash of messages

2  with bombastic postings from a bunch of knuckleheads.

3          Roberto Minuta didn't commit any crime that day

4  except he went where he shouldn't have gone on the grounds,

5  but the government didn't charge him with that.  They didn't

6  give you the opportunity as a jury to maybe convict him of

7  one or two crimes that he may have actually committed

8  because they don't want you to have that option.  They want

9  you to think that in order to vindicate the government's

10  interest, these are the only charges you have to pick from

11  so you've got to pick one.

12          It doesn't work that way.  Trials are about the

13  case presented by the government.  The case presented by the

14  government in this case is woefully short of where it needs

15  to be, and your only, only choice is to find Roberto Minuta

16  not guilty of everything he's charged with.

17          THE COURT:  All right.  Thank you, Mr. Shipley.

18          Okay.  Ladies and gentlemen, it's a little after

19  1:00 now.  I'm going to shrink your lunch hour slightly and

20  we'll start at 2:00.  So we can get what we need to get done

21  this afternoon.

22          We'll see you all shortly.  Thank you.

23          COURTROOM DEPUTY:  All rise.

24          (Jury exited the courtroom.)

25          THE COURT:  All right.  We'll get started at 2:00.

4496

1    I think the odds are we probably won't get to Mr. Peed this

2    afternoon, because I do need to be done by 5:00 and I'm not

3    going to break his arguments up in parts.  We'll see where

4    we are.  But we'll start at 2:00.  Thank you, everyone.

5                COURTROOM DEPUTY:  This Court stands in recess.

6                (Recess from 1:08 p.m. to 2:00 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__January 18, 2023_____    

                            William P. Zaremba, RMR, CRR

4468 409 4467 [1] 4372 [1] 4429/15

4469/5 4474/6 4476/11

**COURTROOM**
**DEPUTY: [7]** 4374/2
4378/8 4430/21 4431/2
4431/5 4495/23 4496/5
**MR. MANZO: [22]**
4378/3 4378/6 4378/20
4385/11 4388/7 4396/1
4396/13 4398/3
4399/13 4400/1
4400/12 4401/2
4401/24 4402/17
4409/25 4410/9 4411/6
4411/9 4411/17
4411/24 4416/13
4420/8
**MR. NESTLER: [1]**
4375/20
**MR. PEED: [1]** 4416/9
**MR. SHIPLEY: [45]**
4431/9 4433/25
4434/19 4467/5
4468/13 4468/20
4470/8 4470/24
4471/10 4471/14
4472/11 4472/20
4473/4 4473/15 4474/6
4474/9 4474/15
4475/21 4476/16
4476/24 4477/14
4480/6 4480/15
4480/20 4480/24
4481/7 4481/12
4481/17 4482/7
4482/16 4482/21
4483/9 4483/13
4483/16 4484/6
4484/7 4484/21
4485/2 4485/8 4485/16
4485/21 4486/3
4491/13 4494/12
4494/15
**MS. HALIM: [5]**
4375/2 4375/4 4377/3
4377/23 4377/25
**THE COURT: [22]**
4374/17 4375/3 4375/5
4376/8 4377/15
4377/24 4378/2 4378/5
4378/10 4416/11
4430/16 4430/24
4431/3 4431/7 4474/4
4474/8 4483/7 4483/11
4494/11 4494/14
4495/17 4495/25

**$**

**$20,000 [1]** 4393/10
**$24,000 [2]** 4429/2
4429/11

**'**

**'already [1]** 4489/18
**'Grand [1]** 4468/23
**'I [1]** 4490/4
**'I think [1]** 4490/4
**'we' [1]** 4391/18
**'We're [2]** 4488/9

**-**

**-women [1]** 4425/11

**1**

**1,000 [1]** 4401/4
**1/20 [1]** 4476/11
**1/21/21 [1]** 4414/25
**10 [1]** 4444/24
**10 minutes [1]** 4393/20
**10,000 [1]** 4401/5
**100 [2]** 4394/11 4401/4
**1028 [1]** 4442/10
**10th [2]** 4386/5
4419/17
**11 [2]** 4374/6 4394/13
**11 minutes [1]** 4408/23
**1100 [1]** 4440/6
**114 [1]** 4373/16
**1150 [1]** 4373/20
**11:14 [1]** 4431/1
**11:15 [1]** 4430/19
**11:30 [1]** 4430/19
**11:31 a.m [1]** 4431/1
**12:58 [2]** 4464/16
4465/3
**12th Amendment [1]**
4424/13
**1341 [1]** 4373/4
**14 [1]** 4463/7
**14:17 [3]** 4463/3
4463/6 4463/13
**15 [8]** 4372/4 4374/3
4424/14 4432/23
4438/19 4438/20
4438/21 4444/25
**15 minutes [1]** 4430/25
**150 [1]** 4463/2
**1500.2 [4]** 4436/13
4462/16 4463/2
4469/22
**1508 [4]** 4436/15
4462/16 4469/21
4469/25
**1532 [1]** 4373/11
**170-message [1]**
4438/10
**1775 [1]** 4373/20
**17th [1]** 4387/7
**18 [3]** 4372/5 4424/15
4497/7
**19 [3]** 4404/20 4407/10
4407/10
**19129 [1]** 4373/7
**1:00 [7]** 4464/6 4465/4
4466/1 4466/3 4466/6
4483/8 4495/19
**1:02 [2]** 4464/17
4465/3
**1:08 [1]** 4496/6
**1:25 [1]** 4399/13
**1:26 [1]** 4399/14

**2**

**20 [11]** 4423/2 4438/11
4438/13 4438/20
4438/22 4461/15

**200 [1]** 4378/21
**20006 [1]** 4373/21
**2004.V.4 [1]** 4475/19
**2004.V.6 [1]** 4477/10
**2010 [1]** 4452/24
**202 [2]** 4372/17
4373/21
**2020 [5]** 4379/7 4391/2
4426/19 4426/20
4446/17
**2021 [2]** 4379/12
4423/2
**2023 [2]** 4372/5 4497/7
**20579 [1]** 4372/17
**20th [2]** 4388/21
4414/24
**20th Amendment [1]**
4424/13
**21 [2]** 4414/25 4447/19
**215-300-3229 [1]**
4373/8
**22 [1]** 4372/7
**22-15 [1]** 4372/4
**228-1341 [1]** 4373/4
**239 [1]** 4373/12
**25 [4]** 4461/16 4461/17
4467/21 4474/7
**252-7277 [1]** 4372/17
**26 [2]** 4467/6 4467/14
**265 [1]** 4373/15
**2:00 [5]** 4466/6
4495/20 4495/25
4496/4 4496/6
**2:04 [7]** 4463/15
4463/17 4463/24
4463/25 4464/6 4466/5
4466/14
**2:24 [1]** 4408/17
**2:30 [2]** 4467/6
4467/16
**2:35 [1]** 4460/19
**2:38 [2]** 4401/21
4408/19
**2:40 [1]** 4402/2
**2:43 [1]** 4410/10
**2:45 [1]** 4474/22

**3**

**30 [4]** 4400/1 4463/20
4470/25 4477/9
**30s [1]** 4445/16
**31st [1]** 4447/20
**3229 [1]** 4373/8
**337-9755 [1]** 4373/12
**33901 [1]** 4373/12
**33950 [1]** 4373/17
**35 [1]** 4478/1
**3580 [1]** 4373/7
**36 [1]** 4480/2
**3:10 [3]** 4436/23
4460/18 4480/17
**3:11 [1]** 4480/17
**3:14 [4]** 4435/20
4436/25 4461/6
4480/18
**3:17 [1]** 4483/19

**3rd [1]** 4472/23

**4**

**40 [1]** 4400/1
**45 [5]** 4460/19 4460/21
4475/1 4475/2 4478/2
**4:30 [1]** 4409/4
**4:49 [1]** 4408/23

**5**

**5/6 [2]** 4463/17
4463/18
**575-8000 [1]** 4373/17
**5:00 [3]** 4409/3 4409/5
4496/2
**5th [6]** 4454/12
4454/16 4454/21
4455/9 4455/14
4490/22

**6**

**601 [1]** 4372/16
**65 [1]** 4474/4
**6:00 [3]** 4415/3 4415/4
4415/12
**6th [64]** 4379/12
4380/19 4381/12
4381/16 4382/9
4383/13 4383/22
4384/10 4385/6
4388/12 4388/20
4389/1 4389/8 4390/12
4392/8 4392/19
4394/10 4397/4
4398/17 4398/22
4398/23 4399/3 4399/8
4403/19 4404/24
4405/3 4406/2 4406/18
4407/24 4409/16
4410/4 4413/25
4414/13 4414/17
4415/1 4415/18
4417/21 4418/3 4418/6
4420/3 4420/21
4420/23 4421/9 4425/8
4426/1 4427/25 4428/8
4429/14 4429/16
4438/20 4442/24
4443/2 4444/7 4452/25
4454/9 4454/13
4454/17 4454/24
4455/10 4455/15
4455/22 4455/24
4490/15 4490/22

**7**

**7277 [1]** 4372/17
**745 [1]** 4373/3
**7:11 [1]** 4418/23
**7th [5]** 4418/22
4419/14 4421/23
4422/5 4423/5

**8**

**8000 [1]** 4373/17
**808 [1]** 4373/4
**808Shipleylaw [1]**
4373/5

**9**

**919-9491 [1]** 4373/21
**941 [1]** 4373/17
**9491 [1]** 4373/21
**96734 [1]** 4373/4
**9755 [1]** 4373/12
**9:45 [1]** 4372/6

**A**

**A. [1]** 4374/4
**a.m [7]** 4372/6 4415/3
4415/5 4415/12
4418/23 4431/1 4431/1
**abandon [1]** 4441/1
**abetted [2]** 4428/13
4429/9
**ability [2]** 4397/21
4445/19
**able [6]** 4380/1
4414/16 4422/3 4442/7
4466/15 4479/24
**able-bodied [1]** 4380/1
**about [133]**
**above [4]** 4433/13
4433/15 4433/22
4497/4
**above-titled [1]** 4497/4
**Abrams [6]** 4444/10
4464/18 4465/2 4468/3
4468/23 4469/17
**absence [3]** 4462/9
4462/10 4462/13
**absolutely [1]** 4447/25
**accelerated [1]**
4479/13
**accept [1]** 4390/16
**accepted [3]** 4404/22
4414/3 4424/5
**access [1]** 4445/7
**accessing [1]** 4466/18
**accessories [1]**
4393/10
**accompanied [1]**
4462/7
**according [3]** 4380/7
4409/5 4466/8
**account [3]** 4387/7
4422/15 4422/15
**accountable [3]**
4380/3 4430/8 4477/21
**accounted [1]** 4437/2
**accurate [5]** 4375/20
4449/7 4467/18
4467/23 4477/15
**achieve [2]** 4376/10
4427/13
**acquittal [1]** 4487/11
**acquitted [2]** 4375/18
4376/1
**across [7]** 4392/21
4404/12 4424/19
4440/15 4457/22
4457/25 4484/9
**act [2]** 4399/21
4410/22 4423/11
4427/9 4428/12 4466/9

**act... [1]** 4482/10
**acted [3]** 4385/2
4420/17 4429/21
**action [16]** 4387/14
4387/16 4388/3 4388/5
4388/7 4395/21
4395/22 4397/8
4400/15 4404/9 4407/8
4410/5 4414/25 4418/4
4435/7 4491/23
**actions [11]** 4381/22
4385/16 4386/19
4390/2 4392/5 4402/8
4414/11 4424/5
4428/20 4429/7
4429/14
**activities [2]** 4451/10
4492/3
**activity [1]** 4417/21
**acts [1]** 4385/20
**actual [6]** 4383/1
4387/8 4399/1 4402/21
4405/15 4492/3
**actually [16]** 4375/18
4377/13 4398/23
4413/11 4414/9
4428/11 4433/6
4461/25 4464/20
4470/21 4470/21
4472/2 4476/19
4484/23 4494/5 4495/7
**Adams [10]** 4380/7
4390/15 4390/17
4391/9 4391/15
4391/17 4391/19
4392/24 4451/7 4451/8
**added [3]** 4396/23
4427/23 4457/25
**addition [1]** 4428/6
**address [1]** 4431/14
**admissible [1]** 4381/9
**admit [2]** 4464/18
4465/6
**admitted [2]** 4423/4
4479/23
**advance [4]** 4413/14
4418/19 4463/2 4463/6
**advanced [2]** 4403/17
4411/2
**advancing [1]** 4411/21
**advocate [1]** 4439/20
**advocating [1]** 4385/7
**after [39]** 4380/14
4381/16 4385/6 4385/8
4385/23 4386/25
4390/2 4394/10 4409/8
4409/12 4410/10
4410/23 4414/25
4415/8 4417/21
4420/23 4421/1
4429/14 4438/18
4446/13 4452/1
4452/24 4454/21
4457/14 4457/18
4458/6 4458/15
4461/14 4461/18
4463/25 4467/6 4475/4

4476/24 4477/3
4492/17 4493/4
4495/18
**after-action [1]**
4414/25
**aftermath [1]** 4379/6
**afternoon [8]** 4399/6
4408/16 4409/9
4409/16 4409/17
4413/25 4495/21
4496/2
**afterwards [1]** 4425/18
**again [30]** 4386/15
4386/15 4386/15
4389/2 4389/20
4389/20 4389/20
4405/15 4407/4 4415/3
4415/4 4415/13
4419/18 4419/24
4420/13 4423/8
4448/19 4449/20
4449/23 4458/21
4459/20 4464/12
4466/12 4467/17
4467/22 4470/16
4471/5 4471/22 4474/1
4479/8
**against [17]** 4381/10
4381/13 4381/18
4382/23 4383/8
4385/21 4386/25
4390/5 4396/17 4397/2
4397/12 4415/10
4432/11 4486/23
4486/24 4490/14
4490/16
**agencies [1]** 4387/17
**agent [30]** 4417/20
4418/21 4419/19
4423/8 4433/2 4438/9
4441/17 4442/5
4443/13 4444/9
4444/10 4444/10
4444/11 4444/18
4444/18 4444/23
4444/24 4448/16
4448/19 4452/22
4454/19 4454/20
4464/18 4465/2
4466/15 4468/3
4468/23 4469/17
4476/7 4491/8
**Agent Abrams [6]**
4444/10 4464/18
4465/2 4468/3 4468/23
4469/17
**agent Banks [2]**
4444/10 4454/20
**Agent Cody [3]** 4423/8
4433/2 4444/11
**Agent Harris [5]**
4441/17 4442/5
4444/18 4448/16
4448/19
**Agent Hilgeman [5]**
4438/9 4444/9 4452/22
4454/19 4476/7

4444/24
**agents [6]** 4431/10
4438/25 4441/13
4445/9 4447/18 4487/6
**agree [5]** 4376/24
4382/25 4384/18
4384/18 4391/22
**agreed [17]** 4376/14
4379/7 4386/17
4386/19 4387/22
4388/8 4389/11 4390/8
4392/5 4392/7 4392/17
4398/22 4404/18
4405/14 4424/2
4424/15 4424/16
**agreeing [4]** 4381/25
4382/10 4423/23
4492/11
**agreement [57]**
4381/22 4382/22
4382/24 4383/2 4383/9
4384/1 4384/4 4384/5
4384/8 4384/15
4384/17 4384/20
4384/23 4384/24
4385/1 4389/6 4390/9
4390/12 4392/10
4392/16 4392/25
4394/7 4396/11
4396/13 4397/1 4397/5
4397/23 4398/18
4398/19 4398/21
4398/25 4399/17
4400/22 4400/25
4402/24 4403/15
4404/8 4405/16 4407/8
4408/14 4409/14
4412/13 4413/6 4415/4
4420/14 4420/16
4421/3 4421/5 4423/14
4424/6 4424/21 4425/6
4426/2 4426/13
4427/10 4492/9 4492/9
**agreements [1]** 4384/9
**Ahab [1]** 4422/8
**ahead [10]** 4393/11
4393/25 4435/2
4468/11 4468/18
4471/14 4479/25
4480/12 4480/25
4484/15
**aid [1]** 4409/8
**aided [3]** 4401/19
4428/13 4429/9
**airlock [1]** 4409/2
**airport [6]** 4455/6
4455/8 4455/11
4458/13 4458/14
4465/22
**AL [1]** 4372/6
**Alabama [1]** 4456/3
**alarm [2]** 4390/23
4402/7
**Alexandra [2]** 4372/15
4374/8
**Alexandra Hughes [1]**
4374/8

4422/16 4422/17
**aliases [1]** 4415/22
**all [97]** 4374/15
4374/20 4375/13
4377/12 4378/10
4378/18 4380/22
4380/23 4381/10
4381/10 4381/13
4381/19 4383/8
4384/19 4384/21
4386/1 4390/1 4390/2
4390/20 4391/14
4392/1 4393/11
4393/23 4398/10
4399/16 4404/10
4405/6 4405/8 4405/18
4407/4 4407/23
4409/13 4412/1 4412/5
4412/19 4413/3 4413/7
4413/21 4415/1 4417/1
4418/2 4419/18
4421/14 4421/17
4422/18 4425/24
4427/4 4427/20 4428/4
4430/16 4430/18
4430/20 4430/21
4430/24 4431/2 4432/8
4434/1 4436/13
4436/22 4437/9 4438/8
4440/7 4440/9 4440/12
4443/15 4444/12
4446/2 4446/17
4448/17 4450/18
4452/1 4456/12 4458/3
4460/9 4463/7 4464/5
4466/18 4470/8
4470/11 4470/24
4471/14 4473/6 4475/5
4476/3 4479/18 4480/6
4480/15 4480/17
4481/23 4483/12
4487/5 4492/5 4492/22
4495/17 4495/22
4495/23 4495/25
**all right [4]** 4378/10
4448/17 4470/24
4483/12
**allegations [1]** 4432/15
**alleged [1]** 4426/24
**allegedly [2]** 4419/7
4432/16
**allow [1]** 4424/24
**allowed [1]** 4479/10
**almost [6]** 4385/8
4409/3 4442/6 4451/16
4474/25 4483/8
**alone [2]** 4395/17
4404/1
**along [8]** 4460/25
4473/7 4473/9 4473/10
4473/11 4478/3
4478/15 4488/12
**already [8]** 4387/23
4409/17 4422/13
4451/18 4470/5
4471/20 4482/19
4489/17

4413/4
4414/7 4421/9 4423/3
4424/16 4426/1 4428/7
4429/12 4429/19
4450/12 4450/13
**altercation [2]** 4490/19
4493/19
**Although [1]** 4376/12
**altogether [1]** 4422/11
**always [5]** 4382/14
4403/14 4421/11
4451/1 4464/25
**am [2]** 4384/15 4404/3
**Amendment [8]**
4396/16 4397/15
4412/2 4412/5 4412/20
4424/13 4424/13
**AMERICA [3]** 4372/3
4374/4 4397/13
**American [5]** 4385/15
4385/16 4385/18
4402/8 4429/23
**Americans [3]** 4378/25
4379/4 4380/1
**AMIT [1]** 4372/9
**ammo [5]** 4452/22
4453/18 4453/20
4453/21 4454/7
**ammunition [5]**
4393/10 4395/9
4395/10 4453/9
4453/23
**among [1]** 4450/17
4477/20
**analogy [1]** 4384/12
**analysis [2]** 4419/24
4422/24
**analyst [1]** 4419/19
**Angela [2]** 4373/6
4374/11
**Angela Halim [1]**
4374/11
**angiehalim [1]** 4373/8
**angle [5]** 4433/13
4434/10 4434/11
4436/9 4479/19
**angles [1]** 4433/15
**angry [1]** 4379/2
4388/3 4484/18
4484/19
**annex [1]** 4471/17
**anomaly [1]** 4444/15
**anonymity [1]** 4387/14
**another [15]** 4400/14
4406/10 4406/11
4409/15 4421/16
4441/13 4444/9
4451/25 4452/2
4452/18 4452/19
4466/5 4471/1 4473/9
4474/6
**answer [14]** 4386/1
4441/8 4441/18 4442/7
4442/16 4444/4 4444/6
4444/12 4445/1 4445/2
4445/6 4445/10 4449/7
4488/10

4500

**A**

**answered [1]** 4445/9
**antagonism [1]**
4483/25
**anti [1]** 4439/20
**anti-government [1]**
4439/20
**anticipatory [1]** 4416/2
**Antifa [4]** 4419/7
4419/13 4419/15
4451/12
**any [41]** 4383/5
4384/23 4390/6 4399/5
4400/7 4415/17 4424/3
4426/11 4427/9
4428/17 4428/18
4432/2 4432/21 4433/7
4439/6 4447/7 4447/7
4447/15 4447/21
4447/24 4449/3
4449/16 4451/1 4451/5
4453/6 4462/11
4468/17 4475/3 4475/7
4475/7 4475/7 4475/8
4475/8 4478/20
4481/21 4490/16
4490/19 4490/23
4491/23 4492/17
4495/3
**anybody [6]** 4468/5
4473/8 4490/14
4490/23 4491/2 4492/6
**anymore [1]** 4457/19
**anything [13]** 4377/2
4377/19 4415/9 4444/5
4449/1 4450/1 4450/2
4462/1 4475/4 4477/16
4482/2 4487/9 4492/4
**anyway [1]** 4406/9
**Apologies [1]** 4374/18
**apologize [2]** 4451/16
4452/14
**apologizing [1]**
4378/16
**appear [1]** 4449/16
**APPEARANCES [2]**
4372/13 4372/20
**appears [1]** 4467/15
**appreciate [1]** 4483/13
**April [1]** 4454/6
**are [84]** 4374/15
4375/23 4376/2 4376/2
4376/11 4376/12
4376/21 4377/17
4378/18 4379/19
4380/4 4381/9 4381/21
4381/24 4381/25
4382/23 4385/25
4389/14 4391/24
4393/4 4393/4 4393/6
4395/1 4395/2 4395/12
4395/12 4395/21
4396/3 4396/14 4397/9
4397/17 4397/18
4397/20 4399/14
4402/23 4403/11
4406/23 4407/1 4407/2
4407/14 4410/1 4412/6

4415/7 4415/7
4415/13 4418/9 4419/1
4419/9 4419/22
4421/21 4423/16
4423/22 4426/17
4428/7 4428/9 4428/20
4429/12 4429/25
4432/14 4435/2
4436/12 4438/9
4439/18 4443/12
4448/17 4451/5 4453/1
4459/4 4463/7 4463/8
4470/17 4471/3
4472/23 4477/20
4477/23 4478/16
4480/20 4480/21
4481/2 4485/21
4495/10 4495/12
4496/1 4496/4
**area [5]** 4380/10
4393/13 4395/13
4429/8 4483/17
**areas [1]** 4440/10
**aren't [1]** 4415/6
**arguable [2]** 4471/25
4472/1
**argue [1]** 4452/1
**argument [13]** 4372/9
4375/16 4377/5
4377/11 4378/19
4381/1 4382/12 4384/2
4412/14 4440/21
4452/5 4452/9 4464/21
**arguments [3]** 4377/13
4431/16 4496/3
**arise [1]** 4393/22
**Arizona [5]** 4380/16
4389/9 4393/23
4407/20 4417/16
**Arlington [2]** 4394/15
4401/22
**arm [5]** 4407/12
4411/22 4411/24
4482/11 4485/3
**armed [2]** 4389/16
4416/8
**Armies [1]** 4385/19
**arming [1]** 4383/1
**armor [1]** 4406/14
**arms [3]** 4380/1
4385/11 4386/11
**arose [1]** 4402/21
**around [19]** 4393/3
4393/16 4394/22
4395/12 4396/3
4398/13 4410/5
4419/17 4450/16
4457/19 4460/5
4460/22 4469/1
4471/25 4472/4 4472/5
4474/18 4475/10
4493/7
**arrangement [1]**
4435/25
**arrest [2]** 4388/9
4400/19
**arrested [1]** 4429/6
**arrests [3]** 4388/11

**arrived [5]** 4396/24
4436/2 4436/24 4475/4
4475/6
**arsenal [2]** 4379/10
4380/17
**Article [1]** 4424/14
**Article II [1]** 4424/14
**as [81]** 4375/1 4375/10
4375/13 4376/9 4377/1
4377/3 4377/10
4377/15 4377/20
4378/22 4380/1
4380/21 4381/16
4382/3 4382/4 4382/8
4382/14 4382/18
4385/6 4386/6 4387/17
4387/22 4388/12
4391/14 4392/21
4393/9 4393/12 4394/3
4394/12 4394/20
4394/22 4394/23
4396/20 4399/6
4399/23 4401/2 4401/9
4402/3 4402/13
4402/18 4405/3 4406/2
4407/6 4407/7 4407/23
4408/16 4410/14
4410/25 4411/24
4416/5 4416/6 4417/24
4418/1 4418/20 4422/5
4424/11 4424/20
4425/7 4426/22 4427/6
4432/15 4434/14
4437/9 4437/13 4443/5
4447/8 4449/3 4450/12
4450/13 4451/21
4452/10 4452/18
4462/23 4468/3 4472/7
4473/4 4480/3 4489/9
4494/8 4494/8 4495/6
**ask [4]** 4430/7 4437/10
4444/6 4488/10
**asked [17]** 4391/16
4391/17 4391/17
4433/3 4435/16 4438/8
4441/18 4442/13
4443/8 4445/5 4448/16
4453/4 4453/20
4468/22 4486/20
4486/22 4488/8
**asking [5]** 4393/4
4442/10 4442/17
4465/11 4468/3
**aspirations [1]** 4435/6
**assault [2]** 4395/18
4416/24
**assaulted [2]** 4411/2
4416/18
**assemble [2]** 4437/21
4440/8
**assembled [3]** 4437/25
4438/16 4461/15
**assembling [2]** 4438/4
4438/7
**assist [2]** 4408/18
4425/18
**assisting [1]** 4493/15

**assisting [1]** 4493/15
4493/15
**associate [1]** 4432/12
**assume [1]** 4465/11
**astutely [1]** 4386/22
**atone [1]** 4414/10
**attachments [1]**
4387/11
**attack [6]** 4379/16
4382/1 4382/4 4453/17
4478/20 4484/12
**attacking [1]** 4382/2
4490/12 4490/13
**attempted [1]** 4428/15
**attempting [4]** 4410/1
4410/3 4419/15
4470/17
**attention [4]** 4433/11
4434/1 4436/19 4464/9
**attic [1]** 4395/10
**attire [1]** 4481/23
**attorney [1]** 4395/4
**ATTORNEY'S [1]**
4372/16
**attorneys [1]** 4377/6
**audience [1]** 4471/23
**audio [7]** 4385/10
4398/2 4399/25
4400/11 4402/16
4420/7 4474/13
**authorities [1]** 4439/4
**authority [6]** 4383/3
4388/23 4389/5
4423/23 4424/8 4476/5
**auto [5]** 4468/24
4469/3 4469/7 4469/9
4469/16
**available [1]** 4408/18
**Avenue [1]** 4373/15
**avenues [1]** 4405/5
**avoid [3]** 4375/19
4442/14 4445/3
**awaited [1]** 4419/20
**awaiting [1]** 4419/4
**aware [2]** 4429/18
4488/3
**away [5]** 4387/2 4421/1
4457/7 4458/23
4461/16

**B**

**back [66]** 4376/8
4378/13 4380/23
4381/2 4381/17 4382/1
4382/18 4385/16
4388/19 4391/15
4395/15 4401/9
4403/13 4405/23
4407/19 4407/20
4408/17 4409/19
4411/18 4413/20
4415/3 4415/4 4415/12
4416/15 4417/1
4417/10 4418/18
4419/3 4426/7 4428/23
4431/12 4433/11
4434/14 4434/17
4436/5 4436/11

4451/15 4437/17
4438/6 4439/6 4447/13
4448/8 4448/12
4449/18 4455/4
4455/11 4456/20
4456/22 4456/24
4456/25 4457/12
4458/2 4458/18
4463/12 4463/12
4464/2 4465/21
4466/12 4469/24
4475/14 4477/18
4481/10 4482/7 4483/3
4483/17 4485/4
**backing [1]** 4466/3
**backpack [1]** 4450/15
**bag [1]** 4394/25
**bags [1]** 4395/1
**balance [1]** 4397/9
4452/12
**Ballistic [1]** 4450/12
**ballots [2]** 4407/15
4425/10
**Banks [5]** 4417/20
4418/21 4419/19
4444/10 4454/20
**barricades [1]** 4475/8
**barrier [3]** 4478/6
4478/21 4478/22
**base [2]** 4446/3
4460/20
**baseball [1]** 4434/23
**based [5]** 4377/17
4412/3 4412/8 4428/20
4466/16
**basic [3]** 4445/14
4455/3 4455/3
**basically [1]** 4457/12
**basis [1]** 4377/7
**bastards [1]** 4398/11
**battering [4]** 4380/13
4383/7 4402/4 4405/14
4424/20
**battle [3]** 4401/5
4401/6 4406/19
**be [69]** 4375/21
4376/20 4376/25
4377/10 4377/14
4378/10 4378/15
4380/22 4381/13
4381/18 4383/2
4384/23 4389/23
4389/25 4390/7 4392/2
4392/9 4395/10
4395/20 4396/4
4399/21 4405/13
4406/14 4406/15
4407/25 4409/18
4409/21 4410/21
4411/11 4411/19
4412/13 4414/1
4414/22 4414/25
4415/3 4415/4 4415/9
4415/12 4415/19
4420/6 4422/22
4424/19 4425/1
4427/18 4429/17

**B**
be... **[22]** 4431/7
4432/16 4438/2 4438/3
4439/21 4439/22
4439/22 4451/25
4452/3 4453/12
4453/23 4454/19
4464/21 4466/9
4469/11 4471/6
4473/21 4477/20
4479/24 4487/17
4495/15 4496/2
**beanie [1]** 4434/22
**beard [1]** 4417/6
**bearings [1]** 4459/10
**became [2]** 4427/12
4445/18
**because [70]** 4376/1
4379/4 4384/10 4386/1
4389/11 4390/8
4392/24 4393/15
4396/10 4396/17
4399/16 4401/17
4409/20 4419/9 4421/2
4423/5 4431/20
4431/25 4432/14
4433/11 4434/14
4436/6 4439/15 4441/1
4441/12 4443/6 4444/5
4444/13 4444/20
4446/24 4449/22
4452/16 4456/22
4463/16 4464/10
4466/4 4466/9 4468/2
4468/7 4469/11
4469/14 4470/1
4470/15 4471/16
4472/15 4474/11
4474/12 4475/16
4476/12 4477/9
4478/25 4479/3
4480/17 4481/3 4482/1
4482/2 4483/8 4484/8
4484/19 4486/20
4486/20 4486/21
4487/20 4489/20
4492/8 4495/8 4496/2
**becomes [1]** 4447/3
**becoming [1]** 4413/22
**bed [1]** 4395/17
**bedlam [1]** 4407/22
**bedrock [1]** 4412/15
**been [28]** 4391/4
4398/10 4399/18
4402/20 4409/10
4409/12 4419/8
4421/17 4431/25
4438/13 4441/19
4442/13 4443/22
4445/22 4447/7
4451/13 4451/18
4451/23 4454/20
4460/11 4468/17
4468/21 4469/5 4469/6
4474/25 4483/19
4487/8 4492/2
**before [28]** 4372/9

4381/12 4384/6
4387/19 4388/1
4398/22 4401/11
4402/24 4405/8 4407/9
4407/10 4410/23
4414/4 4415/17
4416/22 4430/19
4432/19 4434/8
4438/18 4444/13
4452/25 4453/16
4453/16 4454/15
4474/12 4493/19
**began [10]** 4385/7
4387/16 4387/20
4393/24 4425/25
4426/10 4426/12
4443/2 4444/25
4466/10
**begin [1]** 4378/18
**beginner's [1]** 4390/11
**beginning [7]** 4384/6
4386/4 4426/18 4434/6
4448/7 4463/1 4485/22
**begins [4]** 4387/3
4443/10 4460/15
4482/9
**begun [1]** 4475/2
**behind [19]** 4385/5
4407/12 4432/13
4434/13 4434/20
4434/21 4434/21
4435/1 4435/12 4437/6
4437/7 4461/11
4480/22 4482/22
4483/2 4483/18 4485/5
4485/17 4485/19
**being [16]** 4393/5
4398/6 4404/6 4423/6
4442/7 4448/13
4457/20 4476/11
4477/4 4478/17
4478/23 4479/1
4485/18 4487/3
4491/16 4491/19
**believe [6]** 4376/5
4433/8 4442/8 4444/16
4451/5 4493/14
**believed [1]** 4388/2
**believer [1]** 4390/19
**bells [2]** 4390/23
4402/7
**benefit [2]** 4442/14
4452/8
**Bentley [2]** 4415/16
4417/3
**Bentley's [3]** 4416/25
4417/2 4417/25
**Beret [1]** 4391/1
**Berry [23]** 4380/7
4380/14 4395/16
4400/24 4404/16
4404/23 4405/3 4405/7
4405/13 4405/17
4406/5 4406/10 4407/7
4407/10 4407/18
4413/7 4418/6 4421/22
4421/24 4422/1 4422/4

**Berry forward [1]**
4407/18
**best [6]** 4386/24
4398/21 4419/1 4438/6
4438/7 4483/9
**betrayed [2]** 4400/13
4408/2
**between [10]** 4377/5
4407/16 4409/4
4411/25 4426/20
4457/7 4464/6 4465/1
4465/3 4481/3
**beyond [4]** 4376/17
4427/9 4430/8 4432/10
**Biden [9]** 4379/9
4392/14 4413/22
4414/21 4439/17
4439/22 4475/23
4475/24 4476/11
**big [7]** 4440/10 4450/1
4457/13 4459/25
4460/7 4460/7 4460/12
4463/21
**bigger [1]** 4463/21
**Bill [1]** 4466/13
**Bill Shipley [1]**
4466/13
**bins [1]** 4394/13
**biographical [1]**
4445/14
**bit [10]** 4430/19 4434/2
4435/13 4435/14
4436/3 4445/25
4461/16 4479/15
4480/3 4486/8
**Bittner [2]** 4394/21
4428/4
**Bittner's [1]** 4394/23
**blaming [1]** 4484/10
**blank [3]** 4375/14
4375/17 4376/23
**bleak [1]** 4386/7
**blend [1]** 4390/2
**blind [1]** 4394/2
**block [3]** 4410/6
4472/2 4472/4
**blocked [2]** 4416/15
4417/11
**blocks [1]** 4438/4
**bluntly [1]** 4437/19
**board [4]** 4389/6
4440/11 4440/12
4440/12
**Boat [1]** 4417/13
**bodied [1]** 4380/1
**bodies [3]** 4383/1
4424/20 4425/13
**body [2]** 4406/13
4437/22
**bombast [2]** 4413/8
4471/22
**bombastic [1]** 4495/2
**both [20]** 4374/24
4375/7 4375/10
4375/11 4375/15
4375/22 4375/23
4375/24 4376/5
4376/15 4376/22

4421/7 4424/25 4425/1
4446/12 4446/13
4484/22
**bottom [3]** 4433/9
4460/13 4482/17
**bound [2]** 4411/6
4411/9
**Box [1]** 4373/3
**boy [2]** 4388/13
4414/21
**Boys [1]** 4388/17
**Braided [1]** 4417/6
**breach [2]** 4402/3
4482/11
**breached [5]** 4401/21
4409/8 4410/24
4428/24 4428/25
**breaches [1]** 4407/11
**breaching [2]** 4380/14
4410/10
**break [4]** 4406/17
4430/18 4451/24
4496/3
**Brian [6]** 4413/5
4413/7 4465/14
4486/12 4492/23
4493/23
**Brian Ulrich [4]** 4413/5
4413/7 4486/12
4492/23
**bridges [1]** 4417/10
**brief [1]** 4488/25
**briefly [4]** 4384/7
4469/25 4477/8
4479/12
**bring [4]** 4396/22
4437/15 4486/15
4493/25
**bringing [2]** 4398/17
4482/25
**brings [1]** 4444/15
**British [1]** 4385/17
**broad [2]** 4392/18
4426/10
**broader [2]** 4382/5
4382/7
**brought [5]** 4420/12
4424/19 4432/11
4433/17 4433/17
**BROWN [3]** 4373/11
4373/14 4391/1
**bsrlegal.com [2]**
4373/13 4373/17
**bubble [1]** 4463/13
**building [28]** 4379/14
4390/18 4402/3
4402/11 4403/6 4410/9
4411/21 4413/19
4426/8 4435/11
4435/23 4436/2
4437/17 4438/4 4459/9
4460/12 4461/16
4471/15 4471/17
4474/19 4478/24
4489/20 4490/12
4490/13 4491/16
4491/19 4491/20

**buildings [1]** 4450/17
**buildup [1]** 4404/11
**built [4]** 4443/10
4450/8 4450/21
4471/17
**bullets [1]** 4453/2
**bunch [2]** 4482/12
4495/2
**burden [2]** 4452/7
4487/12
**burned [2]** 4394/9
4421/18
**business [4]** 4383/22
4445/17 4445/18
4446/23
**businesses [1]**
4446/25
**busted [3]** 4401/7
4402/5 4402/9
**busy [1]** 4387/23
**Butt [1]** 4414/21
**Butt-boy [1]** 4414/21
**buy [1]** 4453/21
**Byron [1]** 4423/8
**Byron Cody [1]** 4423/8

**C**
**Cain [2]** 4422/24
4423/8
**Caldwell [6]** 4393/19
4394/6 4394/12
4394/14 4417/11
4417/16
**Caldwell's [1]** 4394/7
**Caleb [10]** 4380/7
4380/14 4395/16
4400/24 4404/16
4405/7 4406/5 4413/7
4418/6 4421/22
**Caleb Berry [9]** 4380/7
4380/14 4400/24
4404/16 4405/7 4406/5
4413/7 4418/6 4421/22
**call [11]** 4385/11
4385/23 4386/20
4386/21 4387/19
4420/23 4436/19
4441/5 4441/11
4446/24 4464/9
**called [15]** 4380/19
4385/16 4388/9
4410/21 4410/23
4411/19 4420/9 4420/9
4443/5 4443/11
4456/20 4458/10
4464/19 4487/18
4489/23
**calling [3]** 4381/12
4412/10 4445/22
**calls [5]** 4386/16
4386/25 4447/4
4464/17 4466/2
**calm [2]** 4388/1
4483/23
**came [16]** 4413/5
4429/10 4432/16
4433/3 4436/1 4438/18

came... [10]  4442/6
4456/24 4457/8
4457/12 4457/22
4464/10 4480/25
4487/19 4493/3 4493/4
camera [2]  4433/13
4433/15
cameras [1]  4395/2
camouflage [3]
4394/16 4450/15
4450/16
can [68]  4375/10
4375/11 4375/15
4375/22 4375/23
4377/17 4378/3
4381/13 4381/18
4382/17 4383/2 4383/5
4384/13 4384/15
4384/15 4384/17
4384/21 4384/22
4384/23 4384/24
4387/3 4393/4 4393/17
4395/22 4404/10
4408/15 4408/18
4412/3 4413/2 4413/4
4415/19 4419/18
4421/12 4423/22
4425/1 4428/9 4428/11
4428/13 4428/15
4428/17 4432/24
4432/25 4433/19
4434/14 4437/15
4438/2 4438/3 4440/17
4441/3 4443/14
4451/14 4453/23
4453/25 4459/5
4459/23 4462/10
4465/25 4466/1 4469/7
4471/25 4472/4
4474/16 4479/4 4479/5
4480/7 4480/21
4482/17 4495/20
can't [14]  4398/11
4403/10 4403/15
4416/4 4440/8 4441/18
4441/25 4442/1
4444/12 4450/24
4456/1 4457/13
4471/10 4492/18
cannot [1]  4434/22
cap [1]  4434/22
capitalize [1]  4469/14
capitalized [1]  4469/11
Capitol [71]  4379/14
4380/15 4381/18
4382/1 4382/2 4382/4
4383/2 4383/14
4383/25 4400/3
4401/14 4402/7
4403/12 4405/24
4406/3 4406/12
4406/13 4406/22
4407/7 4407/19
4407/21 4409/4
4409/12 4410/1
4410/24 4411/2
4413/11 4413/13

4415/2 4416/19
4418/12 4418/16
4418/18 4418/24
4419/14 4421/25
4428/1 4428/25 4429/1
4434/4 4435/5 4436/2
4439/24 4453/17
4456/21 4458/16
4458/21 4458/23
4458/23 4458/24
4459/8 4460/4 4460/15
4463/20 4468/6
4470/17 4470/18
4471/3 4471/10 4475/9
4478/11 4478/13
4479/13 4480/11
4488/1 4488/9 4489/16
4493/4 4494/5
**Capitol Building [1]**
4379/14
**Capitol Police [3]**
4406/13 4460/15
4480/11
caps [1]  4434/22
caption [1]  4388/18
capture [1]  4487/22
car [9]  4391/10
4395/17 4415/19
4417/1 4446/1 4456/23
4471/25 4472/2 4472/3
caravan [1]  4396/10
caravaned [1]  4456/5
card [3]  4453/5 4453/6
4453/10
care [1]  4476/12
**Carolina [1]**  4427/20
**Carrion [9]**  4401/12
4409/1 4429/4 4434/5
4481/7 4481/13
4481/15 4481/21
4482/5
carrying [2]  4407/17
4464/24
cars [2]  4410/5 4459/2
cart [7]  4460/20
4467/11 4467/14
4469/1 4469/7 4469/16
4470/5
cart,' [1]  4468/24
carts [21]  4456/23
4456/24 4457/5
4457/11 4458/19
4459/1 4459/4 4459/6
4459/6 4459/7 4459/9
4460/3 4460/19
4461/20 4461/20
4467/6 4467/9 4467/20
4474/23 4478/1 4478/3
case [46]  4374/3
4383/12 4384/7 4385/2
4390/10 4395/5
4408/22 4414/13
4414/17 4421/2
4423/21 4424/11
4431/15 4431/22
4432/1 4433/7 4434/6
4437/21 4437/23

4439/12 4439/13
4440/9 4441/1 4441/18
4442/3 4443/8 4443/10
4443/17 4443/18
4443/20 4444/18
4444/23 4444/25
4445/8 4445/9 4450/9
4450/21 4452/8
4479/23 4494/20
4495/13 4495/13
4495/14
**Case No. 22-15 [1]**
4374/3
cases [2]  4377/24
4395/17
catch [1]  4469/24
catches [1]  4483/3
catching [1]  4415/23
caught [2]  4386/2
4472/14
cause [3]  4386/6
4389/8 4405/24
caused [4]  4413/1
4429/3 4461/9 4476/9
CCTV [1]  4479/19
celebrate [1]  4379/18
celebrated [1]  4407/20
cell [4]  4419/19
4419/24 4464/23
4466/17
cellular [2]  4486/18
4487/1
center [1]  4474/19
centuries [1]  4378/25
certain [6]  4384/18
4384/19 4391/11
4466/16 4466/16
4487/1
certification [20]
4382/10 4383/12
4388/21 4392/18
4399/10 4400/7
4405/25 4408/3 4414/2
4420/4 4425/8 4425/10
4425/25 4426/14
4426/18 4465/4 4466/1
4466/3 4466/8 4474/25
certified [4]  4380/20
4398/6 4407/25
4425/15
certifies [1]  4388/24
certify [5]  4383/13
4407/17 4414/16
4419/16 4497/2
certify the [1]  4407/17
challenge [1]  4439/15
Chamber [1]  4403/7
chambers [1]  4426/7
chance [2]  4452/11
4479/25
change [1]  4430/2
changed [1]  4403/25
changes [3]  4387/1
4422/9 4470/20
changing [1]  4422/19
channel [2]  4399/24
4408/3

chanting [1]  4402/17
chants [1]  4426/4
chapter [6]  4448/18
4448/24 4449/2 4449/2
4449/4 4449/6
characterization [1]
4470/20
charge [8]  4417/11
4425/20 4428/6
4444/19 4486/23
4486/23 4492/8 4495/5
charged [15]  4376/12
4376/19 4379/19
4381/21 4381/24
4381/25 4423/16
4426/17 4427/14
4428/7 4429/13 4435/8
4479/15 4486/25
4495/16
charges [9]  4376/10
4382/13 4382/17
4423/15 4432/10
4432/14 4486/11
4486/17 4495/10
chat [13]  4387/24
4396/23 4400/18
4415/9 4422/6 4427/24
4438/20 4447/17
4447/17 4447/19
4455/23 4463/16
4463/19
chats [6]  4427/22
4440/6 4440/7 4449/13
4449/17 4455/20
check [7]  4375/15
4376/4 4378/4 4397/9
4397/12 4424/24
4425/1
cheered [1]  4405/24
cherry [2]  4440/20
4462/17
cherry-picked [1]
4462/17
Cherry-picking [1]
4440/20
choice [2]  4386/10
4495/15
choose [1]  4393/5
chose [2]  4436/10
4437/24
Christmas [1]  4403/3
chuckled [1]  4450/9
Circled [1]  4388/19
circuit [1]  4433/13
circulated [3]  4389/12
4389/13 4400/21
cited [1]  4385/6
cities [1]  4419/8
citizen [1]  4490/20
citizen's [1]  4388/11
city [4]  4416/7 4417/10
4424/20 4450/17
civil [1]  4385/20
claims [2]  4449/25
4476/21
clear [9]  4375/6 4376/2
4376/21 4392/13

4455/16 4486/4 4489/1
Clever [1]  4387/9
clients [1]  4432/14
CLINTON [1]  4373/19
clintonpeed.com [1]
4373/22
clip [5]  4410/7 4475/13
4475/18 4476/14
4476/22
clips [1]  4475/16
clock [2]  4451/17
4451/19
close [4]  4431/15
4432/10 4471/2 4477/6
closed [6]  4409/3
4433/13 4478/24
4478/24 4478/25
4478/25
closed-circuit [1]
4433/13
closely [1]  4378/24
closer [4]  4382/9
4388/12 4394/3
4458/22
closing [7]  4372/9
4375/9 4377/5 4377/11
4378/19 4381/1
4431/16
closings [1]  4377/17
clothes [1]  4421/1
co [6]  4399/9 4409/7
4423/6 4427/18
4428/21 4428/21
co-conspirator [1]
4427/18
co-conspirators [5]
4399/9 4409/7 4423/6
4428/21 4428/21
coat [1]  4437/20
cockroaches [1]
4416/20
Code [1]  4424/15
coded [1]  4396/15
Cody [4]  4423/8
4423/8 4433/2 4444/11
coffee [1]  4467/10
collectively [2]  4452/5
4455/7
College [6]  4380/20
4383/12 4388/21
4400/7 4420/5 4425/8
colonists [1]  4385/17
color [1]  4391/11
COLUMBIA [3]  4372/1
4446/21 4450/16
Columbus [8]  4429/8
4433/14 4433/16
4433/19 4433/20
4433/22 4460/8
4483/18
Columbus Doors [6]
4429/8 4433/14
4433/16 4433/19
4433/20 4483/18
Combat [1]  4450/14
come [25]  4392/14
4416/7 4416/20

**C**
come... [22] 4425/17
4426/13 4432/9
4432/13 4434/13
4434/16 4438/6
4439/10 4447/13
4448/12 4452/1 4452/4
4454/6 4454/15 4455/4
4457/25 4461/5 4461/7
4461/10 4468/22
4468/22 4480/6
comes [5] 4431/15
4434/3 4467/16
4480/16 4482/21
Comfort [1] 4393/20
coming [13] 4392/5
4413/1 4413/16
4416/14 4435/15
4443/16 4444/14
4456/2 4456/3 4456/4
4463/20 4472/5
4493/24
command [1] 4405/19
commander [1] 4385/6
comment [4] 4448/12
4448/14 4473/17
4474/1
comments [2] 4421/12
4432/13
commit [5] 4423/22
4428/16 4453/16
4492/9 4495/3
commitment [1]
4392/23
committed [4] 4418/7
4421/1 4428/11 4495/7
committing [1] 4428/7
commodity [1]
4453/24
common [5] 4405/22
4412/4 4413/21
4429/19 4473/25
common-sense [1]
4473/25
comms [1] 4421/17
communicated [3]
4415/17 4417/25
4455/21
communicates [1]
4387/8
communicating [2]
4387/10 4417/3
communication [3]
4390/12 4443/11
4447/16
communications [1]
4487/2
communist [1]
4451/12
communists [1]
4451/14
community [2]
4390/19 4459/23
compare [2] 4418/8
4439/16
comparison [1]
4384/10
completing [1]

complicated [1]
4377/24
component [1] 4383/5
composure [1] 4479/7
4484/8
comprehensive [1]
4440/9
concepts [1] 4384/3
concern [3] 4375/5
4375/7 4391/20
concerted [1] 4415/11
conclude [2] 4435/6
4437/15
conclusion [6]
4375/21 4408/4
4435/17 4435/24
4437/10 4462/10
conduct [5] 4414/20
4435/8 4441/5 4487/2
4490/24
confirm [1] 4453/10
confirms [1] 4454/7
confront [1] 4440/25
confrontation [1]
4424/21
Congress [38] 4379/20
4380/20 4382/11
4382/20 4382/20
4382/21 4383/13
4383/17 4383/21
4383/23 4389/23
4390/5 4392/19 4393/5
4394/9 4394/23
4397/12 4398/5
4399/22 4400/20
4402/18 4404/7
4405/11 4407/21
4407/24 4409/9 4414/5
4414/15 4423/19
4425/15 4426/2 4426/5
4426/15 4426/19
4428/19 4428/25
4478/13 4490/24
Congress's [2] 4420/4
4425/7
congressional [3]
4465/4 4492/14
4492/16
Congressmen [4]
4410/15 4425/11
4473/18 4473/24
Congresspeople [1]
4407/15
connected [3] 4394/3
4396/21 4422/15
connor [3] 4373/10
4373/13 4374/12
Connor Martin [1]
4374/12
conscious [1] 4421/6
consciousness [3]
4386/24 4420/20
4422/22
consider [2] 4417/9
4439/3
consideration [1]
4432/9 4483/14

4386/13 4402/23
4404/6 4405/20 4430/9
conspiracies [4]
4385/25 4415/24
4435/8 4443/6
conspiracy [73]
4376/12 4376/13
4376/16 4376/19
4379/20 4380/11
4380/18 4381/8 4381/8
4381/9 4382/19
4382/19 4382/20
4382/22 4382/24
4383/10 4383/17
4383/20 4384/7
4384/24 4385/14
4387/15 4387/20
4390/15 4391/5
4397/24 4398/7
4404/12 4404/19
4405/4 4405/5 4406/19
4407/8 4414/5 4415/11
4415/24 4417/15
4418/3 4420/3 4420/14
4421/9 4423/2 4423/17
4423/17 4423/17
4423/18 4423/20
4423/20 4425/2 4425/4
4425/5 4425/20
4425/20 4426/10
4426/18 4426/21
4426/24 4427/1 4427/4
4427/7 4427/13
4427/14 4427/16
4428/6 4429/22
4432/18 4432/21
4443/5 4453/17 4492/8
4492/11 4492/13
4492/18
conspiracy's [1]
4404/18
conspirator [3]
4404/17 4427/18
4435/10
conspiratorial [2]
4427/9 4435/25
conspirators [19]
4381/10 4381/19
4393/12 4399/9
4403/14 4404/2
4404/12 4409/7
4414/11 4415/18
4418/9 4420/16
4420/24 4421/8 4423/6
4425/19 4428/21
4428/21 4432/17
conspire [1] 4414/6
conspired [1] 4430/4
conspiring [4] 4376/10
4478/7 4478/9 4478/12
Constitution [1]
4424/14
constitutional [3]
4382/9 4400/15
4401/16
constitutionally [2]
4383/21 4402/18

4424/12
contact [2] 4461/15
4484/14
contained [1] 4487/1
contested [1] 4378/24
context [3] 4438/17
4439/1 4477/12
continue [1] 4418/18
continued [4] 4373/1
4391/22 4397/17
4412/10
continuing [1] 4414/18
continuously [2]
4474/14 4482/20
contradictory [1]
4440/21
contributing [1]
4398/18
control [5] 4376/3
4416/11 4445/7
4485/22 4494/6
convene [1] 4429/18
convened [1] 4429/15
converged [1] 4392/21
conversation [5]
4437/11 4437/13
4490/23 4491/6 4491/7
conversations [2]
4462/12 4465/12
convict [2] 4377/1
4495/6
convince [1] 4495/1
coordinated [4]
4400/25 4404/13
4410/25 4410/25
Coordinating [1]
4383/6
coordination [5]
4401/22 4405/20
4427/24 4435/25
4462/20
cops [1] 4403/13
copy [1] 4381/3
core [1] 4378/22
corner [3] 4394/22
4395/1 4418/23
corners [1] 4379/11
correct [13] 4442/22
4453/12 4488/2
4488/14 4488/24
4489/2 4489/21 4490/3
4490/21 4491/1 4491/4
4491/10 4497/3
correlate [1] 4444/2
corroborated [4]
4405/18 4407/4 4417/5
4417/19
corroborates [2]
4422/4 4422/21
corrupt [6] 4380/2
4388/9 4404/8 4421/8
4435/7 4437/16
corruptly [1] 4478/9
cost [1] 4429/11
could [30] 4374/24
4383/13 4383/24
4387/17 4392/13

4394/9 4394/11
4395/18 4395/20
4399/5 4399/7 4408/4
4413/24 4414/14
4415/9 4418/18 4420/9
4420/9 4420/12
4422/22 4424/19
4424/23 4426/8 4429/5
4436/10 4460/24
4466/17 4483/10
couldn't [13] 4401/13
4401/14 4409/2
4411/14 4413/13
4426/7 4444/5 4448/19
4457/15 4468/5 4468/5
4468/6 4494/7
counsel [5] 4377/4
4431/10 4431/16
4431/23 4432/13
count [12] 4374/23
4374/23 4376/10
4376/19 4405/10
4406/7 4421/10 4425/5
4428/19 4486/17
4486/25 4492/11
Count 1 [2] 4374/23
4376/10
Count 4 [1] 4374/23
Count 6 [2] 4486/17
4486/25
counted [1] 4395/16
counterpart [1] 4389/2
counting [1] 4413/18
country [8] 4378/21
4392/22 4395/13
4398/13 4404/13
4417/1 4417/16
4418/15
counts [2] 4374/22
4421/9
couple [10] 4382/16
4382/17 4393/16
4402/12 4442/9
4446/14 4449/21
4459/10 4484/1
4486/11
course [2] 4445/15
4446/16
court [11] 4372/1
4375/4 4377/9 4413/5
4413/16 4429/10
4430/22 4431/10
4439/10 4440/23
4496/5
Court's [1] 4376/6
courthouse [1]
4471/16
courtroom [5] 4374/15
4378/9 4430/23 4431/6
4495/24
cover [4] 4451/8
4455/4 4460/16
4479/12
COVID [2] 4445/18
4478/25
CPA [1] 4454/3
CR [1] 4372/4

**C**

crazy [6] 4440/3
4445/24 4445/25
4475/15 4475/15
4475/17
created [5] 4455/23
4462/15 4467/22
4478/21 4482/11
creates [1] 4387/5
creating [1] 4469/13
creation [1] 4463/23
credit [3] 4453/5
4453/6 4453/10
crew [4] 4410/24
4415/23 4463/4
4493/21
crime [7] 4418/7
4423/22 4430/6
4440/24 4440/24
4492/2 4495/3
crimes [9] 4381/22
4413/3 4414/4 4428/7
4428/10 4432/22
4492/10 4492/10
4495/7
criminal [6] 4374/3
4385/25 4390/7
4390/14 4407/1 4435/6
criminals [2] 4389/15
4393/7
cross [4] 4441/9
4445/2 4478/21
4478/22
cross-examination [2]
4441/9 4445/2
crossing [1] 4417/13
crowd [12] 4394/8
4402/10 4457/7
4457/13 4459/21
4460/6 4460/22
4460/22 4474/17
4474/18 4482/8
4489/20
CRR [2] 4497/2 4497/8
crystallize [1] 4426/12
crystallized [1]
4393/12
culmination [1] 4489/7
curiosity [2] 4489/6
4489/12
curious [1] 4444/15
cursive [1] 4387/11
customer [1] 4446/3

**D**

D.C [36] 4372/5
4372/17 4373/21
4380/10 4380/18
4389/15 4392/5 4393/9
4393/16 4394/8
4395/13 4396/2 4396/4
4396/8 4396/23
4396/24 4398/13
4398/17 4409/17
4415/9 4425/17
4425/19 4425/19
4426/13 4427/21
4454/12 4454/22
4456/8 4456/13
4456/13 4458/21
4463/17 4463/18
D.C. [3] 4427/24
4438/20 4447/19
D.C. Op [2] 4427/24
4438/20
D.C. Op Jan. 6, 21 [1]
4447/19
Dallas [1] 4454/20
damage [1] 4429/3
damaged [1] 4429/9
damaging [1] 4429/6
damning [2] 4415/13
4419/10
dare [1] 4375/18
dark [1] 4395/1
data [2] 4463/16
4466/16
date [2] 4426/25
4497/7
dated [1] 4414/25
dates [4] 4388/20
4388/22 4389/5 4453/9
daughter [1] 4412/25
David [4] 4373/10
4374/5 4380/13
4430/12
David Moerschel [2]
4374/5 4430/12
day [21] 4372/7
4378/16 4382/11
4385/23 4392/20
4412/17 4415/22
4416/15 4417/11
4418/12 4440/7 4457/1
4458/6 4458/12
4464/22 4478/23
4481/23 4490/25
4491/7 4492/4 4495/3
days [4] 4380/22
4475/25 4476/24
4477/3
deadline [1] 4382/9
deadly [2] 4379/10
4398/4
deal [2] 4381/7
4406/15
dealing [1] 4444/21
dealt [1] 4437/2
death [2] 4398/3
4477/17
December [6] 4386/6
4426/19 4431/13
4447/20 4452/24
4453/7
December 31st [1]
4447/20
decide [1] 4472/1
decided [2] 4457/15
4457/16
decision [6] 4376/3
4456/21 4457/14
4457/18 4488/16
4489/5
deck [1] 4438/10
decks [1] 4438/8
declaration [1]
4407/25
declared [1] 4396/18
decorated [1] 4391/1
dedicated [2] 4392/25
4405/24
deeper [4] 4391/14
4391/14 4402/11
4408/15
deeply [1] 4414/9
defend [1] 4401/14
defendant [58] 4373/2
4373/6 4373/10
4373/18 4374/4 4374/5
4374/5 4374/6 4374/10
4374/11 4374/13
4374/14 4381/17
4383/15 4385/5
4386/18 4386/20
4387/19 4387/22
4388/2 4388/8 4388/13
4390/10 4391/13
4395/8 4395/9 4396/9
4397/2 4397/3 4404/5
4411/4 4411/10
4411/20 4411/25
4412/1 4412/9 4412/18
4412/23 4413/1
4413/12 4415/21
4418/8 4418/16 4419/1
4421/24 4422/25
4423/4 4423/9 4424/25
4425/1 4427/6 4427/8
4427/11 4427/12
4427/15 4427/17
4428/17 4431/23
Defendant 11 [1]
4374/6
Defendant 7 [1] 4374/5
Defendant 8 [1] 4374/5
Defendant Hackett [8]
4374/11 4386/20
4387/19 4388/8
4391/13 4395/9
4415/21 4421/24
Defendant Minuta [14]
4374/10 4387/22
4388/2 4388/13 4396/9
4411/10 4411/20
4411/25 4412/1
4412/18 4412/23
4413/1 4423/4 4423/9
Defendant Minuta's [2]
4411/4 4412/9
Defendant Moerschel
[2] 4374/13 4395/8
Defendant
Moerschel's [1]
4422/25
Defendant No. 6 [1]
4374/4
Defendant Vallejo [7]
4374/14 4381/17
4383/15 4385/5
4386/18 4397/2
4418/16
defendant's [1]
4387/14
defendants [4] 4372/6
4372/7 4374/15
4376/10 4379/7
4379/17 4379/19
4381/10 4381/14
4381/21 4381/25
4382/5 4382/25
4383/14 4383/24
4385/14 4390/6
4390/13 4391/24
4391/25 4392/13
4393/8 4398/16 4399/1
4399/3 4405/23
4412/15 4413/22
4414/12 4414/18
4421/5 4423/16 4424/2
4424/5 4424/15
4424/18 4425/25
4426/1 4426/17 4427/4
4428/7 4428/10
4429/12 4429/17
4430/3 4430/8 4431/21
4432/2 4475/3
defendants' [4] 4384/3
4392/4 4392/15
4429/19
defending [1] 4412/17
defense [8] 4377/13
4381/18 4386/11
4418/10 4419/12
4427/3 4432/24 4452/1
Defense Exhibit [1]
4432/24
definition [1] 4459/24
degree [2] 4441/14
4444/9
delay [6] 4374/18
4378/15 4383/4
4392/18 4426/14
4480/16
delaying [1] 4423/24
delete [5] 4420/24
4421/12 4421/14
4423/11 4486/21
deleted [7] 4385/3
4420/17 4421/17
4421/24 4423/3
4429/22 4486/19
deleting [2] 4423/4
4486/18
deletion [3] 4420/19
4420/20 4421/7
deliberate [2] 4380/24
4405/23
demeanor [1] 4483/23
democracy [6]
4379/14 4379/16
4402/9 4412/15
4412/17 4429/23
Democratic [1]
4378/23
Democrats [1] 4475/25
demonstrate [1]
4478/17
demonstrative [1]
4479/23
deny [1] 4453/10
depart [1] 4455/12
deploy [1] 4387/25
deprived [1] 4436/9
descend [2] 4439/24
4453/2 4461/12
describe [1] 4413/18
described [5] 4400/24
4416/5 4416/6 4417/6
4426/25
describing [2] 4468/9
4468/25
deserved [1] 4394/23
despite [1] 4422/18
detail [11] 4382/13
4434/17 4436/6
4436/18 4447/14
4454/10 4454/24
4456/9 4456/19 4464/1
4477/7
details [4] 4391/25
4392/2 4455/4 4456/14
determined [1] 4404/8
developed [2] 4385/1
4442/14
devices [1] 4451/6
diatribe [3] 4445/11
4448/4 4478/4
diatribes [2] 4446/4
4448/4
did [66] 4376/3
4380/23 4382/25
4386/17 4388/25
4398/23 4403/22
4404/21 4406/6
4409/18 4411/21
4413/11 4414/6
4414/12 4416/19
4417/23 4418/8
4422/24 4423/14
4428/8 4429/4 4430/4
4432/20 4432/21
4433/5 4438/15
4443/18 4444/9
4444/10 4444/11
4444/11 4444/25
4446/24 4450/10
4450/25 4451/24
4453/6 4453/8 4453/17
4453/20 4465/13
4465/14 4465/17
4465/20 4469/13
4471/20 4477/2 4477/2
4478/15 4482/3
4484/11 4484/14
4484/14 4486/22
4487/8 4487/13
4487/13 4488/10
4488/10 4490/10
4490/11 4490/15
4490/22 4490/25
4491/3 4491/15
did you [5] 4443/18
4490/15 4490/25
4491/3 4491/15
didn't [47] 4390/15
4391/21 4392/24
4396/10 4398/5
4399/22 4404/1
4415/19 4431/13

4505

**didn't...** [38] 4439/11
4439/21 4440/15
4441/23 4444/5
4444/13 4448/11
4451/11 4451/11
4461/25 4462/1 4462/1
4462/14 4466/9
4466/15 4467/8 4475/6
4475/7 4475/7 4475/8
4475/8 4478/20
4478/21 4478/22
4484/12 4487/9 4488/1
4488/8 4490/1 4490/14
4491/2 4492/4 4494/3
4494/4 4494/5 4495/3
4495/5 4495/5
**died** [1] 4385/20
**differed** [1] 4392/12
**different** [15] 4377/5
4377/20 4377/21
4419/25 4420/25
4427/5 4427/5 4438/9
4438/13 4438/25
4440/10 4442/18
4456/2 4457/1 4479/9
**differently** [1] 4377/21
**difficult** [1] 4437/21
**dig** [1] 4408/15
**digital** [1] 4387/12
**digital reads** [1]
4387/12
**dinner** [3] 4415/15
4416/1 4416/17
**direct** [2] 4419/3
4493/2
**directed** [1] 4389/4
**direction** [2] 4458/22
4472/5
**directly** [1] 4429/6
**disagreed** [1] 4379/1
**discard** [1] 4487/13
**discarding** [5] 4486/17
4486/18 4486/24
4486/25 4494/22
**discharging** [2]
4383/18 4425/22
**discuss** [1] 4381/7
**discussed** [4] 4392/1
4421/19 4426/9
4427/21
**discussing** [3] 4397/15
4492/12 4492/14
**discussion** [2] 4488/4
4488/7
**discussions** [1] 4488/6
**disguise** [2] 4387/4
4422/19
**disheartened** [1]
4388/15
**disillusioned** [1]
4379/2
**Disney** [1] 4416/4
**disobedience** [1]
4385/21
**dispose** [1] 4421/5
**disrepute** [1] 4439/19
**disrupt** [2] 4379/12

**dissatisfied** [1]
4429/25
**distinct** [1] 4464/10
**distributed** [1] 4395/18
**district** [6] 4372/1
4372/1 4372/10 4377/6
4446/21 4450/16
**districts** [1] 4377/21
**dive** [1] 4440/7
**divine** [1] 4439/1
**do** [58] 4375/11 4376/5
4376/25 4377/21
4378/4 4378/4 4379/8
4384/8 4385/12 4386/9
4388/4 4390/3 4390/6
4390/7 4390/8 4393/5
4395/21 4397/19
4398/9 4409/9 4409/13
4410/18 4410/20
4411/18 4413/17
4415/3 4415/9 4415/13
4417/18 4426/7 4430/3
4436/12 4439/15
4440/23 4444/1 4445/5
4450/2 4451/11
4453/18 4456/7 4456/8
4458/13 4460/25
4464/5 4469/21 4474/7
4476/9 4478/2 4479/10
4479/15 4481/24
4483/3 4483/11
4489/18 4490/1
4493/19 4494/24
4496/2
**do you know** [3]
4390/8 4395/21
4417/18
**do you see** [1] 4481/24
**doctors** [1] 4446/25
**document** [3] 4443/25
4453/15 4466/14
**documentation** [2]
4449/12 4449/24
**documents** [4]
4443/15 4443/20
4444/1 4444/4
**does** [11] 4375/4
4375/25 4377/9
4388/24 4408/6
4408/10 4408/12
4427/8 4445/5 4464/4
4481/8
**doesn't** [24] 4375/6
4375/15 4377/6 4432/9
4436/20 4436/20
4440/2 4440/25 4441/1
4441/3 4443/3 4448/2
4449/16 4450/16
4468/14 4471/2 4472/4
4472/13 4476/12
4476/12 4479/3 4486/5
4486/14 4495/12
**dog** [9] 4457/23
4457/24 4457/24
4481/17 4481/18
4481/22 4482/2 4482/8
4489/24

**doing** [18] 4382/11
4392/20 4399/15
4401/15 4402/18
4406/21 4413/6 4426/2
4426/15 4435/20
4437/4 4438/3 4440/3
4447/9 4453/25 4464/7
4473/6 4493/14
**Dolan** [1] 4395/8
**don't** [37] 4375/2
4376/22 4377/18
4390/1 4394/14
4395/22 4396/15
4404/4 4405/22
4406/25 4436/11
4436/25 4439/10
4441/4 4441/11
4441/16 4442/6 4442/9
4442/25 4448/2
4448/23 4449/1 4449/3
4452/2 4456/13 4460/1
4463/4 4464/20 4465/6
4465/7 4465/9 4469/14
4480/18 4489/13
4492/17 4492/19
4495/8
**Donald** [3] 4379/9
4439/22 4476/19
**Donald Trump** [3]
4379/9 4439/22
4476/19
**done** [16] 4386/24
4388/4 4415/25 4416/8
4416/13 4418/3
4440/19 4443/15
4458/11 4458/12
4476/24 4476/25
4486/13 4489/19
4495/20 4496/2
**donned** [1] 4426/6
**door** [7] 4412/21
4456/15 4458/16
4485/23 4485/24
4486/7 4494/9
**doors** [28] 4401/7
4409/3 4410/11
4410/13 4429/1 4429/2
4429/2 4429/6 4429/8
4429/9 4429/9 4429/11
4433/14 4433/16
4433/16 4433/19
4433/20 4433/21
4433/22 4436/25
4437/1 4437/5 4460/8
4460/12 4480/20
4483/18 4488/17
4489/22
**doorstep** [2] 4388/11
4403/1
**doorway** [1] 4482/12
**dot** [6] 4408/22
4463/21 4463/22
4467/3 4467/15
4467/17
**dot, [2]** 4408/22
4408/22
**dot, dot, dot** [1]

**doubt** [6] 4376/17
4405/4 4430/9 4432/10
4494/21 4494/23
**down** [17] 4381/4
4394/9 4395/1 4403/21
4406/17 4407/11
4407/22 4418/24
4421/13 4432/25
4444/20 4445/17
4453/25 4477/5
4491/14 4493/3 4493/4
**down in** [1] 4453/25
**draft** [1] 4417/3
**Drake** [1] 4395/5
**draw** [5] 4433/10
4434/1 4435/16
4435/24 4437/10
**drawing** [1] 4462/21
**drawn** [1] 4467/2
**drive** [3] 4456/1
4461/20 4467/20
**driving** [3] 4416/22
4469/1 4472/16
**drone** [1] 4414/20
**drop** [1] 4383/6
**drops** [1] 4481/15
**drove** [6] 4417/1
4419/21 4455/24
4455/24 4456/24
4471/25
**duck** [1] 4384/22
**during** [6] 4419/6
4421/8 4423/1 4433/7
4464/6 4491/19
**duties** [6] 4382/11
4383/18 4383/24
4392/20 4402/18
4425/22
**duty** [5] 4380/1 4386/9
4401/16 4425/23
4426/16

**E**

**each** [12] 4379/3
4379/22 4385/5
4385/19 4394/15
4427/15 4438/16
4448/2 4450/6 4456/15
4461/12 4464/19
**earlier** [11] 4404/8
4409/11 4412/9
4420/15 4426/9
4435/22 4473/4 4475/1
4475/1 4475/2 4481/1
**early** [7] 4378/14
4409/15 4409/17
4414/16 4441/17
4446/17 4447/2
**earn** [1] 4445/20
**easier** [2] 4406/15
4406/19
**easily** [2] 4387/2
4472/4
**east** [10] 4396/20
4409/2 4410/11
4410/13 4412/21
4429/1 4460/7 4460/21

**east doors** [1] 4410/11
**easy** [2] 4397/3
4445/23
**eat** [1] 4458/10
**EC** [2] 4443/11
4443/24
**echoed** [1] 4388/13
**Ed** [4] 4380/16 4393/23
4419/22 4430/14
**Ed Vallejo** [2] 4393/23
4430/14
**Edward** [2] 4373/19
4374/6
**Edward Vallejo** [1]
4374/6
**Edwards** [8] 4372/15
4374/8 4382/3 4384/6
4452/3 4465/2 4465/25
4491/8
**effect** [1] 4426/5
**effective** [1] 4464/21
**effort** [4] 4431/12
4432/22 4435/12
4452/20
**efforts** [1] 4414/23
**either** [7] 4374/24
4376/14 4416/13
4424/24 4441/1 4447/6
4476/12
**elected** [1] 4401/15
**election** [27] 4379/7
4383/13 4385/9 4388/2
4388/10 4388/24
4392/13 4396/18
4398/6 4403/25 4404/3
4407/17 4408/4
4414/16 4419/16
4424/9 4424/9 4430/1
4439/21 4446/13
4452/25 4453/16
4455/24 4476/1
4476/21 4476/25
4477/3
**elections** [1] 4378/24
**Elector** [1] 4416/6
**electoral** [7] 4380/20
4383/12 4388/21
4400/7 4407/15 4420/5
4425/8
**Electoral College** [5]
4380/20 4383/12
4388/21 4400/7 4425/8
**electronic** [2] 4443/10
4463/16
**element** [1] 4486/16
**elements** [1] 4486/15
**eliminate** [1] 4387/11
**Ellipse** [6] 4443/3
4457/7 4457/21
4457/23 4458/2 4464/1
**else** [10] 4377/2
4400/9 4405/24 4416/2
4417/18 4436/11
4450/8 4452/3 4473/9
4491/2
**email** [9] 4372/18
4372/19 4373/5 4373/8

**E**

email... [5] 4373/15
4373/17 4373/22
4387/11 4439/6
emboldened [2]
4398/14 4401/19
emotions [1] 4479/7
emphasizing [1]
4466/13
employs [1] 4387/9
empowered [1] 4399/5
encourage [2] 4375/24
4376/4
encouraged [1]
4410/15
encrypted [1] 4450/24
encryption [1] 4387/10
end [15] 4374/21
4382/2 4382/12
4387/10 4387/10
4421/10 4432/1 4433/2
4450/24 4450/24
4452/15 4477/6
4479/16 4479/19
4486/9
end-to-end-encrypted
[1] 4450/24
ended [4] 4426/25
4459/5 4459/6 4464/1
ending [1] 4386/3
ends [1] 4457/17
enforcement [9]
4400/15 4411/14
4411/18 4414/14
4423/7 4426/8 4445/4
4451/7 4451/10
engaged [2] 4441/13
4477/2
engagement [1]
4406/15
Engaging [1] 4406/20
enjoyed [2] 4378/21
4390/18
enough [4] 4378/2
4412/6 4476/6 4494/16
Enrique [1] 4388/17
Enrique Tarrio [1]
4388/17
entails [1] 4397/1
enter [1] 4435/11
entered [7] 4378/9
4392/16 4426/1 4431/6
4435/18 4435/21
4436/2
entering [1] 4437/17
enterprise [1] 4390/7
enters [1] 4435/20
entire [2] 4442/13
4477/1
entirely [3] 4402/23
4404/6 4405/19
entirety [1] 4377/17
entrance [5] 4435/5
4460/9 4460/10
4460/11 4461/8
entry [1] 4479/21
episode [1] 4493/2
equal [1] 4427/7

equipment [3] 4393/25
4416/21 4478/5
escort [1] 4455/9
escorting [2] 4455/4
4482/10
especially [2] 4399/20
4404/25
essential [1] 4426/23
establish [2] 4485/22
4486/15
established [1]
4376/13
estimate [1] 4483/10
ET [1] 4372/6
ETA [1] 4463/20
evade [1] 4472/6
evasive [1] 4416/21
even [15] 4381/14
4381/19 4387/8
4392/11 4401/11
4428/20 4432/8 4436/8
4442/24 4443/3
4451/11 4451/12
4488/17 4492/12
4492/14
evening [2] 4403/19
4414/15
events [10] 4384/10
4399/6 4429/16
4437/13 4443/2 4455/3
4455/9 4455/10 4458/6
4479/12
eventually [1] 4461/11
ever [2] 4406/5
4453/20
every [6] 4439/5
4439/5 4439/6 4439/7
4439/7 4441/13
everybody [5] 4430/24
4446/6 4457/22 4476/3
4485/23
everybody's [1]
4443/15
everyone [12] 4374/2
4374/17 4378/11
4401/20 4405/12
4406/8 4413/19
4415/14 4417/17
4431/4 4431/7 4496/4
everything [11]
4379/17 4394/19
4398/9 4405/17
4443/11 4443/13
4452/15 4469/24
4477/14 4489/16
4495/16
evidence [89] 4379/6
4379/23 4380/21
4380/23 4381/1 4381/6
4381/16 4382/4
4382/13 4382/18
4398/21 4406/5 4413/2
4416/10 4416/12
4420/24 4421/2 4421/7
4422/2 4423/13 4424/2
4424/11 4425/24
4429/13 4430/10
4431/17 4431/18

4431/25 4433/6
4435/15 4437/9
4437/12 4437/23
4437/24 4437/25
4438/1 4438/5 4439/13
4439/14 4439/16
4440/2 4440/15
4440/20 4440/22
4440/25 4441/1 4441/3
4442/5 4443/18
4449/11 4449/19
4449/22 4449/23
4450/22 4459/2 4462/4
4462/6 4462/10
4462/13 4462/13
4462/13 4462/24
4464/10 4465/11
4466/12 4466/13
4466/18 4466/19
4466/22 4467/22
4474/3 4475/3 4476/2
4479/16 4479/19
4479/20 4479/23
4486/15 4486/19
4487/4 4487/10
4487/15 4492/15
4494/18 4494/19
4494/22 4494/25
evil [1] 4439/18
exact [5] 4375/6
4410/24 4410/25
4417/23 4420/10
exactly [4] 4407/7
4410/18 4456/2
4469/17
exam [1] 4493/2
examination [2]
4441/9 4445/2
example [5] 4381/11
4438/6 4438/7 4438/19
4474/1
except [3] 4445/8
4447/16 4495/4
exchange [3] 4439/5
4449/9 4488/25
exchanged [1] 4404/24
exchanges [2] 4447/16
4453/21
excited [1] 4419/22
execute [1] 4435/8
executing [1] 4472/25
execution [4] 4383/4
4423/24 4424/17
4476/6
exerts [1] 4439/5
exfil [3] 4408/24
4409/6 4409/11
exhibit [6] 4380/24
4381/4 4432/24
4453/14 4475/19
4477/10
exhibits [1] 4432/7
exist [1] 4429/23
existed [1] 4427/2
exit [3] 4411/22
4435/23 4461/11
exited [6] 4406/12

4430/23 4493/5
4495/24
expect [2] 4452/14
4459/3
expected [4] 4378/14
4405/13 4452/13
4452/14
expecting [1] 4494/10
experiences [1]
4468/10
expert [1] 4380/10
explain [5] 4384/3
4432/8 4441/3 4488/3
4492/2
explained [2] 4404/17
4413/5
explaining [2] 4420/15
4466/23
explains [1] 4431/17
explanation [1]
4484/11
explicit [1] 4421/13
exposed [1] 4423/6
expressed [2] 4446/8
4447/8
expressing [1]
4476/20
expressions [1]
4483/25
extend [1] 4414/24
extended [2] 4470/12
4470/12
extent [1] 4451/4
extra [1] 4422/19
extract [2] 4389/15
4393/6
eye [2] 4373/20
4483/22
eyes [1] 4404/10

**F**

fabricated [3] 4438/1
4438/5 4462/16
fabrication [2] 4438/2
4438/3 4438/3
face [4] 4420/23
4420/23 4423/15
4484/10
Facebook [5] 4439/7
4446/2 4446/5 4451/2
4451/3
faces [2] 4423/5
4486/21
facilities [1] 4397/14
facing [3] 4432/14
4432/15 4485/24
fact [13] 4397/17
4427/17 4435/18
4444/16 4447/14
4448/24 4449/5 4449/5
4453/23 4484/1
4489/15 4492/3 4493/9
facts [1] 4419/9
fail [1] 4386/9
failed [1] 4405/5
failing [1] 4420/6
failure [4] 4486/14

4492/7
4494/17
Fair [1] 4378/2
faith [6] 4422/9
4422/11 4422/11
4422/11 4422/11
4476/12
fall [2] 4391/2 4424/7
falls [1] 4401/9
false [1] 4438/3
familiar [1] 4377/8
family [4] 4445/20
4446/4 4452/12 4479/9
far [3] 4411/17 4460/21
4489/9
farmed [1] 4444/22
fashion [2] 4479/14
4487/13
faster [1] 4479/14
fatigues [1] 4401/19
FBI [15] 4387/17
4418/20 4422/24
4423/9 4431/11
4438/25 4441/6
4441/13 4443/10
4445/5 4445/6 4466/15
4487/6 4487/25
4489/15
FBI's [1] 4443/23
February [1] 4487/9
federal [3] 4391/4
4398/15 4445/4
feel [2] 4416/2 4451/16
feeling [1] 4479/15
feet [2] 4444/24
4444/25
fell [1] 4407/20
felt [2] 4406/13
4413/16
Fences [1] 4418/12
fencing [1] 4475/9
few [18] 4391/23
4424/7 4433/23
4434/16 4434/24
4436/3 4438/7 4441/9
4443/9 4446/10
4446/17 4453/13
4460/16 4469/22
4469/23 4475/14
4477/23 4483/22
fifth [1] 4445/8
fight [4] 4385/12
4410/15 4473/18
4473/23
fighting [3] 4402/20
4411/12 4475/7
figure [1] 4441/2
file [7] 4443/10
4443/13 4443/14
4443/19 4443/21
4443/24 4468/22
files [2] 4445/8 4487/1
filling [1] 4394/15
final [2] 4397/9
4407/10 4407/10
4452/4
Finalize [1] 4388/1
finally [9] 4381/6

**finally... [8]** 4392/4
4394/5 4402/21 4409/4
4417/18 4429/12
4442/8 4460/18
**financial [1]** 4454/3
**find [21]** 4375/10
4376/13 4376/22
4376/25 4380/24
4383/5 4420/1 4424/25
4425/2 4427/1 4427/11
4427/11 4428/9
4428/11 4428/13
4428/15 4428/17
4430/8 4461/17 4492/8
4495/15
**finds [1]** 4461/12
**fine [1]** 4451/24
**finely [1]** 4472/25
**fingers [4]** 4395/6
4395/6 4395/11 4417/7
**finished [1]** 4436/17
**firearms [7]** 4393/10
4395/23 4396/23
4398/18 4412/13
4416/21 4424/19
**firepower [1]** 4398/9
**firing [1]** 4396/7
**first [30]** 4375/16
4385/11 4386/20
4401/21 4404/4
4405/18 4406/18
4418/8 4428/24
4431/14 4432/23
4435/17 4435/19
4435/21 4440/17
4443/4 4443/24 4452/8
4454/16 4459/7 4461/4
4461/10 4463/7 4471/6
4473/19 4475/18
4475/19 4479/4
4488/19 4491/8
**fit [2]** 4379/23 4440/2
**fits [1]** 4382/13
**five [7]** 4438/25
4441/13 4452/23
4455/14 4458/16
4481/10 4482/23
**fixed [1]** 4420/13
**FL [2]** 4373/12 4373/16
**flag [1]** 4486/8
**flagpoles [1]** 4401/13
**flaws [2]** 4462/24
4462/25
**fled [1]** 4426/6
**flew [1]** 4454/11
**floor [1]** 4431/8
**Florida [21]** 4380/6
4389/21 4389/22
4390/17 4394/21
4396/6 4396/10
4396/21 4399/20
4400/17 4402/6 4402/6
4406/11 4406/23
4407/1 4420/10 4422/6
4427/22 4438/21
4444/21 4444/21
**flying [1]** 4454/20

**F**

4384/2 4387/13
4387/13 4389/2
4425/25 4434/3
**focuses [2]** 4436/15
4469/21
**folks [1]** 4483/12
**follow [2]** 4385/5
4422/12
**followed [4]** 4434/6
4446/19 4493/16
4493/17
**followers [2]** 4386/15
4399/19
**follows [1]** 4376/9
**fool [1]** 4396/16
**footsteps [2]** 4386/11
4390/23
**force [81]** 4379/8
4380/17 4381/12
4382/8 4382/23
4382/24 4382/25
4383/1 4383/3 4383/4
4383/5 4383/9 4383/18
4384/4 4385/7 4385/12
4385/21 4386/13
4386/23 4386/25
4389/4 4389/4 4392/17
4393/8 4393/12 4394/3
4395/14 4396/7 4396/8
4396/11 4396/13
4396/16 4397/2 4397/5
4397/23 4398/16
4398/19 4398/23
4398/23 4399/1 4399/2
4400/8 4400/22 4401/8
4402/9 4403/16 4404/8
4405/14 4405/15
4405/16 4407/8 4408/5
4408/14 4409/21
4412/13 4413/11
4413/11 4419/13
4423/14 4423/21
4423/23 4423/25
4424/4 4424/18
4424/22 4425/21
4425/23 4426/12
4426/14 4430/1 4430/4
4476/5 4478/7 4490/14
4490/23 4491/6
4491/15 4491/18
4491/22 4491/23
4492/12
**forced [1]** 4403/12
**forcing [2]** 4404/15
4412/11
**foregoing [1]** 4497/3
**foregone [1]** 4408/3
**foreign [1]** 4391/5
**Forensic [1]** 4422/24
**form [4]** 4375/8
4378/23 4384/9
4424/24
**formation [3]** 4396/7
4400/24 4405/4
**formed [4]** 4384/23
4402/24 4421/3 4427/1
**forming [1]** 4383/7

**forth [3]** 4376/11
4427/2 4469/24
**forward [11]** 4402/10
4407/13 4407/18
4430/20 4434/15
4434/16 4443/25
4448/10 4466/25
4482/9 4487/16
**found [4]** 4393/19
4409/16 4422/17
4464/1
**foundation [1]** 4442/3
**founder [1]** 4385/4
**founders' [2]** 4386/10
4390/23
**founding [1]** 4477/18
**four [22]** 4379/11
4379/17 4407/6
4429/12 4432/11
4432/14 4432/20
4437/1 4437/4 4437/7
4452/1 4452/5 4452/23
4454/6 4456/17 4457/1
4461/2 4475/25 4477/3
4480/16 4480/16
4483/20
**four-minute [3]** 4461/2
4480/16 4480/16
**fourth [2]** 4428/20
4434/21
**fragile [1]** 4429/23
**frame [2]** 4460/17
4464/9
**fraudulent [1]** 4396/18
**free [1]** 4486/4
**friend [4]** 4384/22
4402/5 4403/19
4415/16
**friends [4]** 4384/14
4409/18 4446/2 4446/4
**front [10]** 4401/7
4402/4 4403/21
4412/21 4416/25
4460/4 4460/7 4471/18
4474/16 4483/4
**frustrated [1]** 4447/3
**fuck [2]** 4475/22
4475/23
**fucking [3]** 4380/4
4396/14 4476/18
**full [2]** 4399/4 4406/19
**fun [3]** 4435/14
4450/10 4464/11
**function [2]** 4388/23
4491/24
**funny [1]** 4448/6
**furniture [1]** 4409/4
**further [10]** 4381/9
4397/8 4397/11
4398/18 4399/1
4406/20 4411/20
4412/5 4419/20
4458/23
**furtherance [1]**
4392/17
**future [1]** 4406/14

**G**

**Gallery [1]** 4384/22
**Gallery Place [1]**
4384/22
**game [5]** 4469/2
4469/5 4469/10
4469/12 4469/15
**games [1]** 4469/6
**gap [3]** 4436/19
4436/21 4461/2
**Garden [5]** 4415/14
4461/23 4462/4 4462/7
4462/12
**gas [10]** 4391/9
4391/10 4416/23
4426/6 4434/24 4435/1
4481/3 4481/4 4483/1
4483/2
**gas-mask [2]** 4483/1
4483/2
**gassed [1]** 4403/13
**gatherings [1]** 4419/7
**gathers [1]** 4458/18
**gave [7]** 4390/20
4404/19 4416/24
4417/24 4449/9 4474/2
4475/18
**gear [2]** 4387/25
**Gee [2]** 4406/3 4406/6
**general [2]** 4377/15
4381/8
**generated [1]** 4417/21
**gentleman [4]** 4434/24
4435/1 4444/24
4484/22
**gentleman's [1]**
4485/3
**gentlemen [4]** 4378/12
4431/11 4432/20
4495/18
**geography [2]** 4456/13
4458/21
**Georgia [3]** 4455/21
4455/23 4456/4
**get [73]** 4374/20
4377/2 4381/2 4386/2
4387/24 4387/25
4389/15 4389/15
4390/1 4391/7 4391/11
4391/21 4401/4 4401/5
4402/11 4403/10
4404/4 4406/25 4409/2
4409/7 4409/19
4413/19 4416/14
4417/10 4418/18
4426/7 4432/25
4434/24 4436/3
4436/23 4437/17
4445/21 4445/24
4446/10 4448/11
4450/11 4450/24
4452/4 4452/15
4455/10 4456/15
4457/11 4457/23
4457/15 4457/24
4458/13 4458/25
4459/10 4459/13

4460/24 4461/2 4461/9
4461/20 4464/15
4467/2 4467/20 4470/3
4471/4 4474/23
4475/13 4478/1 4478/3
4483/11 4485/25
4487/8 4491/25 4494/2
4495/20 4495/20
4495/25 4496/1
**get out [1]** 4485/25
**gets [4]** 4375/9
4439/12 4458/19
4481/3
**getting [5]** 4453/2
4455/11 4458/9
4460/20 4493/12
**giant [1]** 4417/6
**girlfriend [2]** 4417/24
4417/25
**give [9]** 4431/13
4445/8 4446/15 4452/4
4453/18 4483/7
4483/10 4494/18
4495/6
**given [6]** 4386/11
4432/5 4443/12
4449/14 4462/7
4470/15
**gives [1]** 4449/8
**giving [3]** 4438/19
4452/8 4484/10
**glad [1]** 4445/11
**glass [1]** 4429/2
**glib [1]** 4435/13
**gloves [2]** 4450/13
4450/13
**gmail.com [2]** 4373/5
4373/8
**go [91]** 4380/4 4380/21
4382/12 4382/18
4388/15 4391/9
4391/11 4393/21
4401/4 4404/3 4405/11
4405/23 4409/19
4410/15 4410/18
4411/21 4415/10
4415/14 4429/1 4432/6
4433/22 4434/9
4434/11 4435/2 4436/5
4436/11 4436/18
4436/22 4436/25
4440/17 4441/9
4442/12 4442/19
4443/7 4443/13
4443/14 4448/8
4448/10 4451/20
4455/2 4456/14
4456/21 4457/16
4457/16 4458/14
4458/19 4458/25
4459/4 4459/11 4460/7
4460/9 4461/5 4461/6
4461/17 4461/19
4461/25 4462/1
4462/14 4463/2
4463/12 4464/2
4465/21 4467/14

**go... [28]** 4468/11
4468/18 4469/23
4469/25 4470/2
4470/2 4470/25
4471/14 4472/4
4472/21 4473/17
4473/23 4474/11
4475/14 4477/5
4479/25 4480/4 4480/7
4480/18 4481/14
4484/15 4485/17
4487/21 4487/23
4489/5 4489/9 4489/11
4492/23
**go ahead [6]** 4435/2
4468/11 4468/18
4471/14 4479/25
4484/15
**go on [1]** 4451/20
**go.' [1]** 4490/5
**goal [4]** 4376/19
4392/18 4420/5
4426/10
**goals [8]** 4376/11
4376/12 4376/14
4376/15 4376/17
4376/18 4418/19
4478/16
**God [1]** 4386/11
**God-given [1]** 4386/11
**goes [7]** 4394/13
4394/20 4453/24
4477/17 4483/2
4486/10 4493/18
**goggles [3]** 4393/11
4450/12 4450/12
**going [137]**
**gold [1]** 4453/24
**golf [25]** 4456/23
4456/24 4457/5
4457/11 4458/19
4459/1 4459/2 4459/4
4459/6 4459/6 4459/7
4460/19 4460/20
4461/19 4461/20
4467/6 4467/9 4467/11
4467/13 4467/20
4468/24 4469/1 4469/7
4469/16 4470/5
**gone [7]** 4411/17
4418/12 4458/20
4458/20 4464/1 4486/6
4495/4
**good [7]** 4374/2
4374/17 4377/12
4378/12 4378/20
4420/22 4473/19
**good morning [4]**
4374/2 4374/17
4378/12 4378/20
**Gorda [1]** 4373/16
**got [46]** 4382/8
4391/14 4394/3 4394/5
4403/12 4410/9
4413/12 4413/13
4416/17 4416/25
4440/6 4444/22 4446/3

4449/20 4450/9 4453/1
4453/4 4456/22
4457/20 4458/9
4458/24 4459/12
4459/16 4459/18
4460/12 4464/18
4465/6 4467/9 4467/11
4467/13 4473/5 4473/8
4477/2 4477/3 4481/18
4484/22 4484/23
4486/6 4487/22 4489/9
4489/15 4494/8
4495/11 4495/14
**GoToMeeting [8]**
4385/23 4386/21
4387/1 4387/19
4447/11 4447/11
4447/23 4449/17
**GoToMeetings [1]**
4440/4
**gotten [3]** 4392/23
4488/17 4489/7
**govern [1]** 4424/12
**government [92]**
4372/14 4374/9 4375/9
4375/12 4375/14
4376/15 4376/16
4376/18 4376/22
4377/4 4378/23
4382/23 4385/17
4385/22 4386/4
4386/23 4387/1 4389/4
4389/5 4391/4 4395/7
4395/14 4396/17
4397/2 4398/15
4412/11 4419/15
4422/2 4423/21
4423/23 4424/7
4426/23 4426/23
4431/22 4431/25
4432/4 4432/11
4433/12 4434/11
4435/5 4435/16
4435/24 4436/8
4436/20 4437/1
4437/23 4438/15
4439/4 4439/20
4440/15 4443/5 4445/1
4445/19 4446/12
4447/4 4447/6 4448/7
4450/8 4450/19
4450/21 4451/4
4452/20 4462/11
4462/15 4463/11
4463/23 4464/4
4464/12 4467/22
4469/13 4470/14
4472/7 4474/2 4474/17
4476/1 4477/11
4477/25 4479/17
4480/9 4486/14
4486/19 4487/11
4487/12 4487/19
4491/21 4491/24
4494/18 4495/5
4495/13 4495/14

4374/21 4377/10
4377/11 4377/14
4378/19 4435/15
4436/12 4459/15
4466/8 4479/20 4480/7
4494/20 4494/24
4495/9
**governmental [1]**
4388/23
**grab [3]** 4407/12
4439/4 4439/6
**grabbed [1]** 4459/7
**grabbing [1]** 4411/11
**grabs [2]** 4464/12
4484/18
**grand [8]** 4429/15
4429/18 4469/3 4469/7
4469/9 4469/16 4487/3
4487/14
**grand jury [1]** 4429/18
**granite [1]** 4450/17
**Graphic [1]** 4467/4
**gratitude [1]** 4449/15
**grave [1]** 4384/11
**gray [1]** 4476/17
**gray-haired [1]**
4476/17
**great [2]** 4381/7
4459/25
**Green [1]** 4391/1
**Green Beret [1]** 4391/1
**grew [1]** 4384/20
**groceries [1]** 4446/25
**Grods [6]** 4456/1
4456/3 4461/11
4488/12 4488/22
4489/3
**grounds [5]** 4475/10
4478/23 4478/24
4478/25 4495/4
**group [48]** 4375/17
4399/20 4403/4 4403/6
4406/24 4414/7
4422/10 4432/16
4434/8 4435/18
4435/20 4435/21
4436/16 4436/21
4455/7 4455/12
4455/14 4457/18
4458/1 4458/18
4459/18 4459/25
4459/25 4461/5
4461/10 4461/12
4461/15 4461/19
4463/8 4463/9 4463/10
4464/7 4469/21 4471/5
4471/6 4474/10
4474/15 4475/3
4480/10 4480/11
4487/20 4488/19
4488/20 4492/7
4492/20 4493/16
4493/17 4494/1
**Group 2 [1]** 4487/20
**groups [4]** 4436/1
4436/14 4462/21
4488/17

**group... [4]** 4389/17
**Guard [4]** 4418/13
4418/14 4418/24
4419/1
**guarding [1]** 4412/21
**guerilla [4]** 4380/19
4408/1 4408/10
4425/15
**guess [6]** 4377/15
4377/20 4435/10
4444/5 4454/2 4472/16
**guideposts [1]**
4382/17
**guilt [7]** 4384/3
4386/24 4420/20
4422/22 4432/1 4432/3
4432/4
**guilty [20]** 4375/10
4375/10 4376/20
4404/22 4414/4
4419/11 4421/6 4425/1
4427/11 4428/10
4428/17 4430/8
4430/11 4430/12
4430/13 4430/14
4479/17 4492/3
4492/13 4495/16
**gun [2]** 4394/25 4395/1
**guns [17]** 4394/11
4395/12 4397/12
4397/21 4402/1
4404/13 4408/9
4408/11 4408/13
4409/9 4409/20 4412/5
4412/7 4412/22
4421/21 4425/17
4453/1
**guy [9]** 4465/15 4481/2
4481/3 4481/4 4481/8
4483/1 4483/2 4485/12
4489/24
**guys [7]** 4395/5 4401/4
4401/4 4401/5 4470/10
4473/20 4490/8

**H**

**Hackett [54]** 4373/6
4374/5 4374/11 4380/6
4386/20 4386/22
4387/1 4387/2 4387/19
4387/20 4388/8
4389/22 4391/13
4391/21 4395/9
4395/15 4395/24
4396/2 4396/5 4396/10
4399/10 4399/20
4400/2 4400/17
4400/23 4401/18
4402/3 4402/13
4402/25 4403/5
4403/17 4403/24
4404/2 4404/5 4404/14
4405/2 4405/7 4406/8
4406/24 4407/12
4410/19 4414/8 4415/6
4415/21 4420/11
4421/23 4421/24
4422/8 4422/13

**grou... [1]** 4389/17
4418/24 4419/7
4430/13
**Hackett's [3]** 4394/4
4422/18 4422/22
**had [94]** 4373/8
4374/20 4378/13
4390/11 4391/4
4393/10 4393/25
4394/11 4395/5
4395/19 4398/9 4398/9
4398/10 4398/11
4398/12 4398/22
4399/18 4400/13
4401/3 4402/20
4402/21 4402/24
4405/4 4405/5 4405/14
4406/12 4408/2 4409/8
4409/9 4411/13
4415/17 4416/2
4416/14 4417/20
4418/7 4418/12
4419/18 4420/3 4420/3
4420/8 4421/24 4422/8
4423/10 4425/11
4426/5 4428/25 4429/1
4431/14 4436/9
4438/13 4438/24
4444/12 4445/2
4445/17 4447/1 4450/2
4454/15 4458/6
4458/11 4458/20
4458/20 4462/6 4464/1
4464/6 4464/11
4464/22 4465/21
4466/7 4467/10
4467/10 4469/1
4474/25 4475/1 4476/2
4476/6 4476/10 4479/8
4479/14 4481/25
4486/20 4487/8
4488/17 4488/25
4489/7 4489/19
4490/19 4492/10
4492/15 4492/17
4493/4 4493/25 4494/5
**hadn't [3]** 4411/18
4446/7 4454/15
**Hagmann [4]** 4389/12
4389/14 4393/2
4400/22
**Hagmann Report [2]**
4389/12 4393/2
**haired [1]** 4476/17
**half [5]** 4403/4 4435/17
4435/19 4435/21
4467/15
**halfway [2]** 4467/7
4491/14
**Halim [4]** 4373/6
4374/11 4374/25
4441/19
**halt [3]** 4398/23
4424/22 4430/4
**hammered [1]** 4386/14
**hand [5]** 4481/15
4482/7 4485/10

hand... [2] 4485/11
4494/8
handguns [1] 4395/9
handle [1] 4406/16
hands [7] 4400/25
 4404/14 4405/8 4407/6
 4411/1 4412/6 4484/22
hang [1] 4457/19
Hangout [1] 4438/21
hangs [1] 4452/12
happen [7] 4377/6
 4393/16 4399/19
 4411/6 4411/9 4416/3
 4439/25
happened [12]
 4404/10 4416/17
 4443/14 4454/23
 4462/8 4464/6 4465/2
 4475/4 4475/5 4484/19
 4487/5 4487/20
happening [4] 4468/9
 4470/21 4489/6
 4489/10
happens [5] 4376/24
 4443/11 4482/4 4484/3
 4486/3
happy [1] 4429/20
hard [4] 4377/16
 4382/9 4434/7 4469/18
hardly [1] 4418/6
Harrelson [6] 4396/6
 4406/11 4406/12
 4407/5 4421/19
 4444/20
Harris [6] 4441/17
 4442/5 4444/18
 4444/20 4448/16
 4448/19
has [42] 4375/15
 4376/18 4396/17
 4400/12 4409/12
 4414/14 4414/14
 4419/6 4419/8 4419/8
 4421/11 4426/22
 4427/6 4431/19
 4431/20 4432/4
 4432/11 4435/22
 4437/2 4440/5 4445/7
 4446/6 4447/10
 4450/21 4451/2 4452/7
 4454/20 4460/14
 4461/8 4462/24
 4467/22 4468/21
 4469/5 4470/14
 4474/17 4476/6 4476/9
 4483/18 4484/22
 4486/4 4487/12 4492/1
hasn't [2] 4468/17
 4470/21
hat [2] 4434/19
 4434/23
hated [1] 4439/20
hats [1] 4434/7
hatted [1] 4482/22
have [94] 4375/2
 4376/1 4377/3 4377/9
 4377/13 4378/3

4380/24 4381/2
4382/17 4385/14
4390/22 4392/23
4394/9 4394/11 4395/8
4395/22 4397/18
4397/18 4397/20
4404/1 4407/16
4407/21 4408/12
4408/17 4408/21
4408/23 4409/19
4411/17 4412/22
4417/19 4418/15
4420/9 4420/10
4420/12 4420/12
4421/17 4427/6
4428/22 4429/5
4429/14 4432/2
4433/18 4436/10
4439/11 4440/19
4441/19 4442/13
4443/18 4443/22
4445/2 4445/11
4447/25 4451/13
4451/22 4452/7 4452/9
4452/10 4452/11
4453/10 4453/22
4454/20 4456/14
4459/3 4461/2 4461/8
4461/23 4462/2 4462/8
4463/4 4463/13
4464/23 4466/7
4466/18 4466/19
4467/14 4470/17
4474/6 4475/12
4476/12 4478/4
4483/10 4483/11
4486/5 4487/9 4488/5
4490/22 4492/5
4492/17 4495/4 4495/7
4495/8 4495/10
have to [1] 4407/16
haven't [1] 4441/24
having [2] 4451/19
 4468/5
he [312]
he didn't [3] 4396/10
 4478/20 4484/12
he do [1] 4453/18
he is [1] 4471/2
He just [1] 4411/14
he said [15] 4379/25
 4384/13 4388/9 4397/7
 4404/3 4405/5 4406/11
 4414/10 4425/14
 4442/8 4467/25
 4475/14 4486/20
 4487/24 4491/16
he'd [2] 4462/2 4462/2
he's [70] 4387/8
 4408/25 4412/10
 4422/14 4425/2 4444/3
 4444/21 4445/16
 4446/2 4446/3 4446/18
 4447/17 4447/19
 4447/21 4447/23
 4447/23 4447/24
 4448/4 4449/17

4459/12 4459/14
4459/18 4459/19
4468/9 4468/14
4468/15 4468/15
4468/15 4468/16
4469/15 4470/15
4471/23 4472/13
4472/25 4473/7 4473/9
4473/10 4473/11
4476/2 4476/19
4476/19 4477/3 4477/3
4477/15 4477/15
4477/19 4477/19
4477/23 4481/18
4481/18 4482/25
4483/23 4483/23
4484/2 4484/18
4484/19 4484/23
4484/24 4485/4 4485/9
4485/17 4485/18
4485/24 4486/6
4491/25 4492/2 4492/2
4495/16
head [6] 4382/18
 4403/20 4448/23
 4451/19 4481/12
 4481/14
headed [4] 4416/22
 4460/4 4486/6 4494/9
heading [1] 4483/17
hear [6] 4377/16
 4413/3 4452/17
 4453/20 4466/15
 4491/2
heard [21] 4375/13
 4380/8 4381/7 4383/23
 4386/21 4392/11
 4412/4 4412/10
 4424/11 4445/13
 4447/8 4447/21
 4453/22 4454/14
 4457/3 4462/8 4468/16
 4468/23 4469/2 4469/4
 4487/5
hearing [1] 4378/14
heart [1] 4454/8
heavy [2] 4396/3
 4417/13
held [4] 4381/13
 4381/18 4477/21
 4488/6
help [4] 4380/24
 4431/23 4450/16
 4463/5
helped [2] 4428/14
 4493/25
her [8] 4400/2 4403/8
 4403/22 4406/2 4406/3
 4453/4 4453/20 4465/6
here [63] 4377/22
 4379/18 4386/2
 4386/22 4389/2 4394/7
 4397/18 4398/5
 4401/21 4401/22
 4413/15 4414/12
 4414/12 4414/14
 4421/10 4422/12

4433/19 4434/3
4436/19 4438/23
4438/23 4438/23
4440/19 4441/10
4443/16 4444/14
4444/24 4445/15
4454/5 4454/6 4454/9
4460/14 4460/17
4467/25 4468/22
4469/23 4471/11
4471/15 4472/17
4473/1 4474/1 4474/10
4474/15 4474/20
4475/12 4477/6
4477/12 4479/14
4480/7 4480/11
4480/20 4480/24
4481/2 4482/4 4482/24
4484/2 4485/2 4485/13
4486/3 4493/1
here's [7] 4375/5
 4397/4 4480/9 4482/22
 4483/1 4483/16
 4485/12
Herrington [9] 4415/15
 4416/1 4416/19
 4416/24 4417/2 4417/5
 4417/19 4418/1
 4461/25
hesitated [1] 4384/9
HI [1] 4373/4
hid [1] 4451/1
hide [3] 4450/17
 4451/7 4451/12
hiding [1] 4421/20
high [3] 4393/21
 4446/24 4479/7
highlighted [1]
 4391/23
Hilgeman [5] 4438/9
 4444/9 4452/22
 4454/19 4476/7
him [67] 4385/5 4385/6
 4398/10 4407/12
 4407/12 4410/6
 4411/15 4411/18
 4411/25 4415/18
 4416/6 4419/25 4433/3
 4433/3 4434/13
 4434/20 4434/21
 4434/21 4441/11
 4442/13 4443/8 4443/9
 4443/17 4444/6 4445/1
 4445/14 4445/14
 4445/22 4448/5 4449/9
 4454/5 4454/20
 4455/8 4455/9 4455/10
 4455/11 4457/25
 4463/4 4467/17
 4468/23 4470/12
 4473/10 4473/11
 4475/13 4475/23
 4476/9 4476/25
 4481/14 4481/19
 4482/8 4482/10
 4482/22 4483/2 4483/2
 4483/4 4483/18

4484/14 4486/8 4486/9
4486/20 4486/22
4486/23 4486/24
4495/5 4495/6
himself [3] 4450/2
 4451/12 4467/25
hinder [3] 4383/3
 4392/18 4426/14
hindering [2] 4423/24
 4491/17
his [121] 4380/5
 4380/11 4382/3
 4385/11 4386/15
 4387/1 4387/4 4387/6
 4387/8 4387/14 4389/9
 4389/21 4394/25
 4394/25 4395/4
 4395/10 4398/8 4399/8
 4399/19 4407/6
 4407/12 4407/13
 4408/15 4409/7
 4409/16 4409/18
 4409/19 4410/24
 4411/22 4412/11
 4412/23 4412/25
 4414/20 4414/23
 4415/15 4415/18
 4416/21 4417/7
 4417/24 4417/24
 4417/25 4418/21
 4420/3 4421/1 4422/1
 4422/9 4422/14
 4422/19 4423/3 4423/5
 4425/16 4439/23
 4440/6 4441/11 4442/5
 4442/16 4443/18
 4443/20 4445/16
 4445/17 4445/19
 4445/19 4445/20
 4446/1 4446/1 4446/2
 4446/23 4447/8 4448/4
 4451/1 4451/2 4451/3
 4451/15 4452/12
 4452/12 4453/5
 4453/10 4454/22
 4454/25 4455/1 4455/8
 4456/8 4458/9 4458/10
 4458/10 4458/16
 4459/13 4459/14
 4460/14 4461/8 4468/9
 4468/16 4470/20
 4473/11 4476/9
 4476/20 4478/16
 4478/16 4478/16
 4479/7 4479/8 4479/9
 4481/12 4481/14
 4481/15 4482/7
 4482/11 4483/23
 4484/8 4485/11
 4485/11 4486/7
 4486/24 4487/2 4487/7
 4487/13 4487/21
 4487/22 4492/3
 4494/22 4496/3
historically [2] 4441/6
 4477/15
history [2] 4385/15

**history... [1]** 4477/15
**hit [3]** 4401/12 4445/18 4484/9
**hodgepodge [1]** 4438/14
**hold [4]** 4380/3 4403/10 4403/15 4430/7
**holding [1]** 4485/11
**home [9]** 4386/15 4389/20 4405/22 4407/20 4413/1 4413/12 4419/25 4421/23 4479/11
**Honor [7]** 4375/20 4378/1 4378/3 4416/9 4431/9 4483/9 4494/13
**HONORABLE [1]** 4372/9
**hoodie [1]** 4477/10
**hooked [2]** 4397/6 4398/12
**hope [1]** 4389/8
**hopefully [2]** 4378/15 4459/5
**hoping [1]** 4403/20
**hotel [18]** 4383/6 4393/19 4394/5 4394/15 4398/18 4401/24 4408/17 4408/19 4409/19 4409/20 4428/4 4454/14 4455/8 4457/11 4464/7 4466/4 4466/5 4466/22
**hour [7]** 4408/23 4435/21 4466/6 4466/10 4475/1 4475/2 4495/19
**hours [3]** 4466/4 4475/1 4492/16
**house [5]** 4403/5 4403/12 4403/17 4407/16 4422/18
**houses [1]** 4476/3
**how [42]** 4375/6 4379/23 4382/13 4384/9 4385/1 4386/1 4386/17 4391/4 4392/6 4394/1 4395/21 4396/18 4403/25 4407/2 4408/18 4408/21 4411/17 4412/15 4414/11 4417/5 4417/18 4420/15 4422/3 4425/16 4425/18 4426/9 4426/12 4432/15 4438/9 4440/14 4440/24 4441/3 4443/9 4448/17 4451/18 4451/19 4459/2 4471/2 4471/3 4481/22 4481/23 4489/7
**however [4]** 4376/16 4417/23 4432/12

**huddled [1]** 4405/8
**huge [4]** 4457/7 4460/5 4460/8 4460/12
**Hughes [3]** 4372/15 4374/8 4391/16
**humor [1]** 4468/21
**hundreds [1]** 4439/23
**hung [4]** 4380/4 4410/22 4411/19 4458/4
**Hunt [1]** 4421/13
**hunted [1]** 4404/6
**hurry [5]** 4460/23 4460/24 4460/25 4466/9 4477/25
**Hydro [1]** 4455/22
**hype [1]** 4396/3
**hyperbole [1]** 4468/10 4471/22

**I**

**I am [2]** 4384/15 4404/3
**I apologize [1]** 4452/14
**I believe [4]** 4433/8 4442/8 4444/16 4493/14
**I can [4]** 4377/17 4408/18 4465/25 4480/7
**I can't [3]** 4441/25 4442/1 4444/12
**I couldn't [1]** 4448/19
**I didn't [2]** 4431/13 4444/13
**I don't [1]** 4377/18
**I don't have [1]** 4375/2
**I don't know [1]** 4442/25
**I don't recall [2]** 4449/1 4449/3
**I gave [1]** 4475/18
**I guess [4]** 4377/15 4377/20 4435/10 4454/2
**I have [5]** 4377/3 4408/23 4451/22 4452/10 4452/11
**I haven't [1]** 4441/24
**I just [2]** 4377/13 4436/6
**I know [1]** 4442/9
**I mean [15]** 4376/21 4376/24 4377/15 4377/17 4438/1 4442/3 4442/4 4443/2 4459/22 4465/25 4472/7 4472/21 4473/21 4478/2 4490/17
**I said [2]** 4438/11 4455/2
**I think [19]** 4374/23 4376/21 4376/24 4438/8 4441/19 4448/9 4456/3 4459/22 4465/1 4468/7 4471/1 4471/25 4472/1 4475/19

**I thought [1]** 4374/19
**I understand [2]** 4377/25 4483/13
**I want [7]** 4381/23 4382/16 4436/19 4448/8 4454/19 4475/14 4477/23
**I wanted [1]** 4413/17
**I was [3]** 4376/8 4452/18 4493/14
**I went [1]** 4447/18
**I will [1]** 4380/21
**I work [1]** 4452/10
**I'd [3]** 4375/18 4380/22 4494/15
**I'll [7]** 4378/16 4421/10 4430/24 4453/18 4466/25 4474/12 4480/1
**I'm [47]** 4377/7 4377/8 4382/12 4384/1 4384/2 4432/6 4432/8 4433/10 4437/10 4437/19 4439/15 4442/16 4442/7 4442/17 4445/11 4445/22 4446/14 4447/13 4448/11 4449/20 4449/21 4449/22 4451/21 4452/14 4463/9 4465/13 4466/2 4466/22 4468/1 4469/20 4469/23 4472/7 4475/15 4476/25 4477/11 4477/22 4479/11 4479/13 4480/3 4481/4 4483/7 4484/10 4486/11 4486/12 4487/16 4494/12 4495/19 4496/2
**I'm going [13]** 4377/7 4382/12 4384/2 4437/10 4439/15 4447/13 4449/20 4480/3 4483/7 4486/11 4486/12 4494/12 4495/19
**I'm just [3]** 4463/9 4475/15 4484/10
**I'm not [2]** 4468/1 4496/2
**I'm not sure [3]** 4442/16 4442/17 4472/7
**I've [12]** 4375/1 4377/4 4431/14 4445/21 4449/2 4449/20 4450/9 4451/18 4469/4 4487/22 4494/16 4494/20
**ID [1]** 4479/22
**idea [2]** 4451/5 4454/5
**identified [2]** 4434/5 4474/17

**identifies [1]** 4480/9
**identifying [1]** 4443/17
**identities [1]** 4451/9
**identity [3]** 4442/11 4442/14 4451/1
**ideology [2]** 4391/15 4398/12
**ignore [2]** 4440/21 4441/4
**ignored [1]** 4440/16
**ignoring [1]** 4474/2
**II [1]** 4424/14
**III [1]** 4424/14
**illegal [2]** 4384/8 4427/13
**images [2]** 4458/7 4458/8 4466/11
**imagine [1]** 4393/17
**immediately [3]** 4385/8 4402/10 4403/9
**impede [3]** 4382/21 4423/18 4425/20
**impeding [1]** 4383/11
**important [6]** 4388/22 4418/2 4441/7 4452/16 4474/13 4475/22
**importantly [2]** 4382/23 4431/19
**inaccurate [1]** 4477/16
**inauguration [1]** 4388/22
**include [1]** 4462/18
**included [1]** 4400/18
**includes [2]** 4403/23 4469/22
**including [12]** 4389/22 4395/10 4398/7 4400/8 4406/8 4406/20 4414/7 4420/11 4424/3 4426/11 4434/9 4492/7
**increasingly [3]** 4386/7 4445/18 4447/3
**incredibly [1]** 4415/13
**incriminate [1]** 4421/13
**incriminating [2]** 4421/12 4421/14
**Indian [1]** 4373/7
**indicated [1]** 4481/2
**Indicates [1]** 4465/19
**indicative [1]** 4451/6
**indictment [2]** 4426/24 4427/2
**indispensable [1]** 4446/25
**individual [2]** 4439/19 4490/16
**individuals [1]** 4380/3
**industries [1]** 4442/13
**infer [1]** 4412/3
**information [12]** 4432/9 4444/13 4445/7 4445/14 4447/24 4453/4 4453/10 4458/8 4462/17 4463/11 4464/13 4473/8
**Inn [1]** 4393/20

**identifiers** 4509...
**identify** 4450...
**innocence [3]** 4432/2 4432/3 4441/2
**inside [39]** 4391/11 4401/16 4404/16 4421/25 4433/20 4434/7 4434/9 4436/25 4437/7 4459/12 4459/16 4459/18 4461/4 4461/5 4461/6 4461/6 4478/10 4478/13 4479/12 4480/18 4482/8 4482/11 4483/19 4485/17 4485/22 4489/1 4489/3 4489/5 4489/10 4489/12 4489/16 4492/4 4492/15 4492/16 4494/1 4494/1 4494/3 4494/4 4494/6
**insight [1]** 4446/15
**insinuated [1]** 4462/20
**insofar [1]** 4377/20
**inspired [1]** 4398/14
**instance [1]** 4431/20 4452/20 4462/9
**instead [3]** 4438/19 4458/25 4470/16
**instigating [1]** 4439/23
**institution [1]** 4441/7
**instructed [4]** 4396/22 4425/7 4426/22 4427/6
**instructions [10]** 4375/23 4376/2 4376/2 4376/6 4376/9 4376/21 4376/25 4382/14 4428/22 4479/16
**instructor [1]** 4395/23
**Intel [1]** 4463/18
**intensity [1]** 4397/25
**intent [8]** 4394/23 4404/11 4404/18 4408/15 4413/9 4421/8 4427/13 4427/21
**intention [3]** 4394/7 4432/22 4478/18
**intentional [1]** 4437/16
**intentions [4]** 4435/7 4466/7 4484/1 4492/6
**interaction [1]** 4490/17
**Intercontinental [3]** 4456/12 4456/18 4456/22
**interest [2]** 4477/4 4495/10
**interestingly [1]** 4471/24
**interfere [9]** 4424/16 4426/19 4451/9 4478/8 4478/12 4487/14 4490/23 4492/18 4492/19
**interfering [1]** 4476/4
**Internet [1]** 4442/15
**interpreted [1]** 4438/2
**intersecting [1]** 4462/21
**intervening [1]**

**intervening... [1]**
4399/10
**intimidation [4]**
4383/18 4390/5
4402/19 4425/21
**introduced [5]** 4433/1
4433/6 4453/14
4453/15 4462/25
**introducing [1]**
4470/15
**intuitively [1]** 4439/1
**invention [1]** 4494/24
**investigate [1]** 4429/15
**investigated [1]**
4487/3
**investigation [2]**
4444/19 4487/14
**investigative [1]**
4448/22
**investigative file [1]**
4448/22
**invitation [2]** 4386/16
4390/16
**invitations [1]** 4424/4
**invoice [1]** 4453/15
**invoices [1]** 4452/24
**involve [1]** 4492/4
**involved [5]** 4390/7
4406/8 4424/6 4432/16
4487/20
**involvement [1]** 4487/2
**involves [1]** 4425/21
**is [274]**
**is here [1]** 4485/13
**is there [1]** 4448/25
**isn't [7]** 4395/11
4395/11 4414/23
4439/14 4448/4
4475/23 4475/24
**it [197]**
**It would be [1]**
4399/21
**it's [102]** 4375/6
4377/12 4377/16
4377/21 4382/22
4386/1 4388/15
4389/18 4390/8
4391/19 4394/15
4394/18 4395/14
4398/18 4398/22
4399/16 4400/22
4401/17 4403/2
4409/11 4409/20
4410/10 4412/6
4414/17 4417/11
4418/3 4419/9 4430/9
4430/18 4431/17
4431/18 4431/21
4432/1 4432/3 4433/6
4433/8 4433/11
4433/12 4435/13
4435/14 4436/8 4436/9
4436/13 4437/22
4440/10 4440/12
4441/22 4442/3 4442/6
4443/3 4443/6 4445/23

4452/16 4452/24
4452/25 4453/14
4453/24 4456/16
4458/22 4458/23
4459/11 4459/25
4460/8 4460/10
4460/11 4460/11
4460/12 4460/21
4463/16 4464/12
4466/2 4469/2 4469/6
4469/10 4469/11
4469/14 4469/18
4470/1 4471/1 4471/3
4471/25 4472/1 4474/4
4474/22 4474/22
4475/22 4476/3
4476/10 4476/25
4477/9 4478/17
4479/23 4479/23
4483/8 4489/3 4489/9
4490/5 4495/18
**it's like [3]** 4440/10
4442/3 4489/9
**It's on [1]** 4389/18
**items [1]** 4487/6
**its [5]** 4389/5 4439/4
4440/13 4450/21
4463/11
**itself [2]** 4375/8 4381/2

**J**

**J20 [1]** 4388/20
**J6 [1]** 4388/20
**Jackson [9]** 4373/11
4411/3 4412/24
4435/19 4455/25
4456/4 4483/24
4488/22 4488/25
**James [47]** 4419/18
4421/16 4427/24
4427/25 4434/8 4435/3
4436/16 4436/22
4447/20 4454/13
4454/17 4455/13
4455/16 4455/17
4455/19 4455/21
4456/1 4456/3 4457/10
4458/4 4458/15 4461/8
4461/18 4461/24
4462/5 4462/7 4463/15
4463/17 4463/23
4463/24 4465/16
4465/17 4465/23
4466/14 4472/14
4472/15 4472/16
4472/16 4472/22
4481/1 4483/3 4483/22
4484/8 4484/11 4488/8
4492/20 4493/18
**James' [1]** 4466/19
**Jan [1]** 4463/18
**Jan. [2]** 4396/23
4447/19
**Jan. 6 [1]** 4396/23
**January [73]** 4372/5
4379/12 4380/19
4381/12 4381/16

4383/22 4384/10
4385/6 4388/12
4388/20 4388/21
4389/1 4389/8 4390/12
4392/8 4392/19
4394/10 4397/4
4398/17 4398/22
4398/23 4399/8
4403/19 4404/24
4405/3 4406/2 4406/18
4407/24 4409/16
4410/4 4413/25
4414/13 4414/17
4414/24 4415/1
4415/18 4417/8
4417/21 4418/3 4418/6
4418/22 4419/14
4419/17 4420/3
4420/21 4420/23
4421/9 4421/23 4422/5
4423/2 4423/5 4425/8
4426/1 4427/25 4428/8
4429/14 4429/15
4429/16 4438/20
4442/24 4443/2 4444/7
4452/25 4454/9
4454/12 4454/13
4455/24 4487/9
4490/15 4497/7
**January 20th [1]**
4388/21
**January 5th [1]**
4454/12
**January 6th [53]**
4379/12 4380/19
4381/12 4381/16
4382/9 4383/13
4383/22 4384/10
4385/6 4388/12
4388/20 4389/1 4389/8
4390/12 4392/8
4392/19 4394/10
4397/4 4398/17
4398/22 4398/23
4399/8 4403/19
4404/24 4405/3 4406/2
4406/18 4407/24
4409/16 4410/4
4413/25 4414/17
4415/1 4417/21 4418/3
4418/6 4420/3 4420/21
4420/23 4425/8 4426/1
4427/25 4429/14
4429/16 4438/20
4442/24 4443/2 4444/7
4452/25 4454/9
4454/13 4455/24
4490/15
**January 7th [3]**
4419/14 4422/5 4423/5
**Jason [1]** 4429/10
**Jason McIntyre [1]**
4429/10
**Jeffrey [2]** 4372/14
4374/7
**Jeffrey Nestler [1]**
4374/7

4372/19
**Jenny [3]** 4417/20
4418/21 4419/19
**Jeremy [1]** 4391/1
**Jeremy Brown [1]**
4391/1
**Jersey [2]** 4454/21
4454/22
**Jess [1]** 4408/2
**Jess Watkins' [1]**
4408/2
**Jessica [1]** 4400/9
**Jessica Watkins [1]**
4400/9
**job [3]** 4397/3 4426/7
4451/24
**job, [1]** 4473/20
**job, guys [1]** 4473/20
**jobs [2]** 4406/21
4426/3
**Joe [9]** 4386/21
4386/22 4387/2
4387/20 4415/15
4415/20 4439/21
4439/22 4476/11
**Joe Biden [2]** 4439/21
4439/22
**Joe H [1]** 4386/21
**Joe Hackett [3]**
4386/22 4387/2
4387/20
**Joe Herrington [1]**
4415/15
**John [4]** 4387/5
4387/21 4422/16
4422/17
**John Willow [4]**
4387/5 4387/21
4422/16 4422/17
**Johnson [8]** 4434/5
4434/12 4481/1
4482/17 4482/21
4483/16 4493/20
4493/20
**join [2]** 4384/24
4432/22
**joined [3]** 4427/5
4427/7 4455/14
**joining [2]** 4427/9
4449/13
**Jonathan [2]** 4489/23
4489/23
**Jonathan Walden [2]**
4489/23 4489/23
**Joseph [5]** 4373/6
4374/5 4379/9 4380/6
4430/13
**Joseph Hackett [3]**
4374/5 4380/6 4430/13
**Josh [35]** 4421/16
4434/8 4435/3 4436/16
4436/22 4447/20
4454/13 4454/17
4455/13 4455/16
4455/17 4455/19
4455/21 4458/4
4458/15 4461/18

4462/5 4462/7
4463/15 4463/17
4463/23 4464/24
4465/16 4465/17
4465/23 4466/14
4466/19 4483/3 4484/8
4484/11 4484/11
4488/8 4492/20
4493/18
**Josh James [32]**
4421/16 4434/8 4435/3
4436/16 4436/22
4447/20 4454/13
4454/17 4455/13
4455/16 4455/17
4455/19 4455/21
4458/4 4458/15
4461/18 4461/24
4462/5 4462/7 4463/15
4463/23 4463/24
4465/16 4465/17
4465/23 4466/14
4483/3 4484/8 4484/11
4488/8 4492/20
4493/18
**Josh James' [1]**
4466/19
**Joshua [1]** 4427/24
**Joshua James [1]**
4427/24
**journey [2]** 4393/24
4395/16
**Jr [1]** 4373/2
**jubilant [1]** 4416/1
**judge [8]** 4372/10
4382/14 4404/22
4414/4 4425/7 4426/22
4427/6 4452/14
**Judge Mehta [3]**
4404/22 4414/4
4452/14
**Judge Mehta's [1]**
4382/14
**Junction [1]** 4419/22
**jury [22]** 4372/9
4374/22 4374/24
4374/24 4375/12
4375/15 4375/22
4378/8 4378/9 4381/4
4428/22 4429/15
4429/18 4430/23
4431/5 4431/6 4431/11
4479/16 4487/3
4487/14 4495/6
4495/24
**jury's [1]** 4416/11
**just [107]** 4375/12
4376/8 4377/3 4377/6
4377/7 4377/13
4377/25 4378/3
4381/19 4384/15
4384/20 4386/21
4390/24 4391/23
4392/5 4396/10
4397/14 4397/19
4401/2 4401/24
4403/23 4406/19
4406/21 4408/19

**J**

**just... [83]** 4409/18
4411/7 4411/10
4411/14 4412/10
4413/2 4414/13
4414/17 4416/4 4418/1
4418/3 4418/20 4424/1
4429/8 4431/17
4433/10 4433/22
4433/23 4434/8 4436/6
4436/15 4436/24
4438/4 4438/14
4438/25 4439/3 4439/4
4439/8 4440/11
4440/16 4441/4
4449/14 4452/18
4453/23 4454/8 4455/2
4455/23 4459/3
4459/19 4459/21
4463/4 4463/9 4463/12
4463/13 4464/5
4464/12 4466/10
4468/15 4469/8
4469/19 4469/25
4470/1 4470/2 4471/22
4473/7 4473/9 4473/9
4473/25 4474/10
4474/23 4475/9
4475/15 4476/2 4476/6
4476/10 4477/6 4477/8
4479/3 4479/8 4481/5
4482/12 4482/18
4483/21 4484/2
4484/10 4485/14
4486/3 4487/21
4487/23 4488/7
4488/13 4488/22
4489/3
**justify [1]** 4385/15
**jw [1]** 4387/2

**K**

**K-9 [1]** 4489/23
**Kailua [1]** 4373/4
**Kandaris [12]** 4393/24
4393/24 4394/25
4396/20 4396/24
4397/3 4397/6 4397/15
4397/17 4416/6
4419/20 4428/2
**Kandaris' [1]** 4417/9
**Kate [2]** 4422/24
4423/8
**Kate Cain [2]** 4422/24
4423/8
**Kathryn [2]** 4372/14
4374/7
**Kathryn Rakoczy [1]**
4374/7
**Kathryn.Rakoczy [1]**
4372/18
**keep [26]** 4380/11
4391/24 4401/14
4415/11 4452/10
4471/8 4471/12 4472/9
4472/18 4473/2
4473/13 4474/7 4474/8
4474/10 4477/2

**Keeper [2]** 4379/24
4406/12
**Keepers [55]** 4380/7
4380/8 4385/4 4385/24
4386/7 4387/23
4388/14 4389/7
4389/19 4389/21
4389/22 4389/24
4390/18 4391/3
4392/21 4393/17
4394/21 4395/23
4396/3 4396/6 4396/21
4397/7 4397/22
4398/12 4399/20
4399/21 4400/17
4402/4 4402/6 4402/15
4402/19 4403/8
4405/13 4406/23
4407/1 4410/14
4411/12 4420/11
4422/6 4427/25
4439/18 4440/6
4448/18 4449/10
4449/14 4453/1 4457/4
4457/4 4459/21 4463/8
4473/10 4480/21
4482/2 4490/12 4493/9
**Keepers' [1]** 4391/14
**Keepers.' [1]** 4488/13
**keeping [2]** 4377/18
4391/5
**Kelly [8]** 4392/8 4394/4
4396/22 4401/2
4404/25 4405/7
4405/18 4406/6
**Kelly Meggs [7]**
4392/8 4394/4 4396/22
4401/2 4405/7 4405/18
4406/6
**Kelly Meggs' [1]**
4404/25
**Kellye [1]** 4417/24
**Kellye SoRelle [1]**
4417/24
**Kenneth [1]** 4394/21
**Kenneth Bittner [1]**
4394/21
**Kentucky [2]** 4417/2
4417/22
**kept [1]** 4440/16
**key [2]** 4389/5 4486/16
**kids [1]** 4416/3
**kill [1]** 4398/15
**killed [3]** 4385/19
4394/11 4420/10
**killing [1]** 4404/4
**kind [14]** 4435/14
4438/12 4438/14
4451/17 4451/18
4457/22 4464/23
4466/2 4467/19
4474/11 4477/22
4479/13 4480/7

**kinds [2]** 4451/6
4481/23
**knew [9]** 4394/1
4399/6 4404/21 4405/5
4415/21 4418/7
4418/20 4459/2 4475/4
**knocks [1]** 4458/15
**know [109]** 4375/9
4377/16 4386/1
4386/19 4389/11
4389/24 4390/8
4390/14 4391/21
4392/4 4392/6 4392/15
4393/15 4395/21
4400/5 4405/18
4408/18 4411/18
4412/8 4413/21
4415/20 4417/18
4419/24 4420/2
4420/16 4427/15
4427/17 4429/18
4437/5 4437/22 4438/4
4438/14 4438/21
4438/22 4439/20
4439/20 4440/10
4441/16 4441/23
4442/6 4442/9 4442/9
4442/25 4443/3
4443/13 4443/15
4444/20 4445/15
4446/11 4446/16
4446/18 4446/19
4446/23 4446/25
4448/6 4448/6 4448/19
4448/23 4451/16
4452/2 4452/25
4453/25 4454/5
4454/17 4454/23
4454/25 4456/13
4458/6 4458/21
4458/21 4459/20
4460/1 4460/9 4460/10
4461/16 4461/24
4463/15 4464/12
4464/19 4464/20
4465/6 4465/7 4465/9
4466/2 4467/19 4468/4
4468/14 4468/21
4468/23 4469/18
4470/11 4470/20
4471/2 4471/19
4471/21 4471/24
4472/13 4472/22
4472/22 4472/24
4482/10 4488/1
4489/13 4492/19
4492/21 4494/3 4494/4
4494/5 4494/7
**knowing [1]** 4438/18
**knowingly [2]** 4427/12
4432/21
**knowledge [3]** 4399/4
4492/15 4492/17
**known [2]** 4450/12
4450/13
**knows [4]** 4394/18
4415/14 4446/21

**knuckleheads [1]**
4495/2

**L**

**L.B [1]** 4415/16
**lack [1]** 4378/24
**ladies [3]** 4378/12
4431/11 4495/18
**laid [2]** 4423/13
4439/15
**lamented [1]** 4394/10
**landing [2]** 4436/24
4437/6
**Landon [2]** 4415/16
4416/25
**Lane [1]** 4373/7
**language [4]** 4396/15
4400/16 4400/21
4403/25
**lapel [1]** 4378/4
**large [1]** 4425/4
**largely [1]** 4454/25
**larger [3]** 4392/12
4414/7 4420/5
**last [13]** 4377/12
4377/18 4378/16
4384/24 4389/8
4420/19 4425/20
4433/2 4450/15 4452/9
4452/9 4487/18
4492/23
**lasted [1]** 4378/14
**late [3]** 4378/16 4409/8
4445/16
**latecomer [1]** 4390/19
**later [13]** 4384/18
4400/23 4402/2 4402/5
4403/11 4414/15
4414/21 4422/10
4434/17 4437/7
4441/25 4442/19
4461/23
**laugh [1]** 4469/19
**laughter [1]** 4469/19
**law [18]** 4373/2 4379/4
4382/14 4411/14
4411/17 4414/14
4423/6 4426/8 4427/8
4429/17 4429/24
4429/24 4439/10
4440/23 4445/4 4451/7
4451/10 4491/23
**lawful [8]** 4379/13
4382/8 4419/16 4424/2
4439/4 4476/5 4478/23
4479/2
**laws [8]** 4383/4
4396/19 4397/13
4423/17 4423/25
4424/12 4424/17
4476/6
**lawyers [2]** 4377/20
4452/1
**layering [2]** 4380/11
4387/6
**lead [3]** 4375/6
4404/23 4462/10

**leadup [1]** 4404/23
**leader [13]** 4380/6
4380/16 4388/17
4389/19 4390/17
4394/4 4394/21 4396/2
4415/6 4420/1 4455/16
4492/20 4492/21
**leaders [1]** 4448/13
**leading [6]** 4405/21
4410/4 4420/21
4455/22 4493/21
4493/21
**leads [2]** 4479/21
4479/21
**learn [1]** 4419/22
**learned [1]** 4395/24
**least [4]** 4376/17
4376/18 4401/6
4486/16
**leave [9]** 4375/14
4375/16 4376/23
4386/10 4405/22
4415/18 4425/23
4463/13 4490/7
**leaving [4]** 4375/17
4457/17 4458/16
4483/17
**led [10]** 4380/14
4390/12 4403/6
4410/24 4421/11
4434/8 4436/16
4436/22 4455/12
4492/3
**Lee [1]** 4373/2
**left [16]** 4385/12
4405/6 4407/6 4408/22
4412/1 4412/5 4412/19
4437/24 4457/22
4458/13 4467/12
4467/14 4476/8
4485/10 4487/25
4490/8
**legal [1]** 4405/5
**let [3]** 4389/24
4392/13 4392/14
4396/15 4408/18
4480/7 4481/14
4481/20 4481/20
4482/18 4484/1
4485/14
**let's [57]** 4379/22
4384/5 4385/1 4385/13
4392/10 4395/15
4399/3 4402/13
4405/11 4406/1
4406/10 4406/17
4407/19 4409/15
4409/22 4412/16
4415/10 4415/14
4417/9 4418/5 4420/19
4420/23 4423/15
4425/4 4430/18
4433/23 4433/25
4434/2 4434/16
4442/12 4443/7
4445/13 4454/8 4454/9
4455/2 4455/3 4459/4
4462/25 4463/2

let's... [18] 4463/13
4466/25 4467/2
4467/24 4469/25
4470/1 4470/22 4471/8
4474/10 4475/18
4477/8 4479/20
4479/25 4482/4
4483/21 4487/16
4487/21 4492/23
lets [1] 4446/4
letter [3] 4386/8
4387/17 4391/17
letters [2] 4390/24
4440/5
liability [2] 4428/18
4428/21
liable [1] 4428/20
liberty [1] 4386/12
lieutenant [8] 4434/4
4434/12 4480/25
4482/17 4482/21
4483/16 4493/20
4493/20
life [3] 4398/3 4452/12
4452/12
lifetime [2] 4449/10
4449/14
lights [1] 4416/20
like [44] 4374/25
4383/15 4392/23
4394/16 4397/14
4400/12 4401/18
4403/13 4405/14
4406/21 4411/7
4411/10 4413/2
4415/12 4416/2 4416/3
4416/19 4418/16
4438/23 4439/1
4440/10 4440/10
4440/11 4441/6 4442/3
4442/6 4444/6 4447/1
4447/12 4451/16
4453/24 4453/24
4454/4 4460/11 4461/1
4462/21 4464/12
4466/3 4468/9 4469/2
4471/1 4481/14 4489/9
4494/15
like a [1] 4453/24
liked [1] 4438/16
line [24] 4380/14
4383/7 4383/7 4399/11
4401/21 4403/9
4404/15 4407/9
4409/22 4410/10
4410/25 4411/7
4411/10 4413/2
4414/14 4417/9
4418/10 4418/17
4419/12 4421/16
4421/19 4467/2
4478/21 4480/24
Line 1 [11] 4380/14
4383/7 4399/11
4401/21 4404/15
4410/10 4410/25
4411/7 4411/10 4413/2
Line 2 [3] 4407/9
4414/14 4421/16
lined [1] 4393/13
lines [2] 4381/18
4462/21
link [1] 4490/11
links [1] 4447/8
list [4] 4380/24
4438/13 4446/24
4447/2
listed [1] 4449/3
listen [8] 4395/23
4397/4 4397/25
4402/13 4403/14
4409/22 4410/7 4411/4
listened [1] 4386/20
listening [1] 4399/23
literally [2] 4413/24
4469/15
little [27] 4430/19
4434/2 4435/13
4435/14 4436/3 4436/6
4445/25 4446/15
4451/24 4452/19
4459/25 4461/16
4462/20 4464/11
4464/13 4467/2 4467/3
4469/8 4469/8 4469/22
4470/2 4477/12 4478/6
4479/15 4480/3 4486/8
4495/18
live [4] 4459/13
4459/14 4459/17
4459/19
lived [1] 4446/17
livestream [3] 4468/16
4470/13 4473/12
livestreaming [1]
4467/25
living [1] 4445/20
loaded [1] 4416/20
loading [1] 4453/1
location [2] 4387/4
4479/9
locations [2] 4395/3
4456/2
locked [1] 4407/22
long [16] 4394/17
4394/25 4395/1 4440/7
4447/11 4450/14
4450/14 4451/18
4451/19 4457/14
4458/15 4458/25
4461/14 4463/25
4468/22 4471/3
long-sleeved [2]
4450/14 4450/14
long-term [1] 4394/17
longer [5] 4374/19
4378/14 4412/6 4470/6
4480/4
look [28] 4381/3
4386/2 4394/16 4395/7
4399/11 4401/22
4403/25 4406/10
4407/9 4408/15
4411/22 4411/22
4422/3 4430/20 4439/9
4439/11 4455/2 4459/4
4460/11 4463/21
4464/18 4476/17
4479/20 4485/3
4485/16
looked [5] 4386/6
4403/22 4423/10
4450/15 4453/6
looking [8] 4376/8
4416/18 4420/11
4433/14 4433/16
4433/19 4433/21
4451/17
looks [2] 4407/11
4481/13
loose [2] 4374/21
4446/4
Lords [2] 4388/18
4389/2
lose [2] 4390/3 4479/4
loses [1] 4484/17
lost [3] 4409/16 4479/7
4484/8
lot [8] 4424/1 4433/15
4435/15 4436/12
4440/3 4449/25
4460/25 4468/2
lots [2] 4443/20
4462/20
Louis [1] 4374/8
Louis Manzo [1]
4374/8
luck [1] 4390/11
lunch [2] 4483/12
4495/19

**M**

machinations [1]
4391/7
made [16] 4375/17
4384/12 4396/24
4454/6 4454/22
4455/16 4456/17
4456/21 4457/14
4457/18 4466/2 4467/7
4473/16 4484/14
4488/16 4489/1
main [3] 4384/3 4421/8
4423/22
make [16] 4384/10
4385/18 4388/11
4396/9 4397/3 4403/1
4410/2 4411/25
4421/17 4436/7
4439/24 4450/10
4454/1 4456/25
4459/23 4461/14
make money [1]
4454/1
makes [1] 4439/9
4447/25 4467/19
making [7] 4404/7
4416/14 4435/4
4435/14 4435/22
4449/19 4450/18
man [3] 4388/4 4410/4
maneuvers [1] 4416/22
manufactured [2]
4462/15 4462/23
many [9] 4378/25
4384/14 4391/24
4408/21 4438/9
4448/17 4456/6
4481/22 4481/23
Manzo [8] 4374/8
4378/19 4430/16
4439/14 4448/7
4451/24 4452/3
4473/16
Manzo's [4] 4439/16
4448/12 4449/22
4449/25
map [2] 4463/21
4471/18
marched [2] 4394/8
4399/23
marching [1] 4400/3
Marion [1] 4373/15
Mark [1] 4488/12
Mark Grods [1]
4488/12
market [1] 4469/6
markets [1] 4454/4
Martin [2] 4373/10
4374/12
mask [6] 4434/24
4435/1 4481/3 4481/4
4483/1 4483/2
masks [1] 4426/6
massive [2] 4474/16
4474/18
material [1] 4452/11
materials [2] 4393/21
4394/14
math [1] 4478/2
matt [1] 4373/22
matter [5] 4377/4
4377/16 4440/14
4454/8 4497/4
Matthew [2] 4373/19
4374/14
Matthew Peed [1]
4374/14
may [8] 4376/13
4377/14 4384/17
4427/17 4431/10
4449/7 4459/3 4495/7
maybe [15] 4435/13
4435/13 4438/12
4439/23 4441/22
4446/7 4446/7 4446/20
4451/5 4452/3 4452/13
4455/4 4467/21
4479/13 4495/6
Mayflower [20]
4454/14 4456/11
4456/18 4456/20
4456/25 4458/3
4458/18 4458/19
4458/20 4458/22
4458/24 4461/21
4463/25 4464/2
4466/10 4466/14
manuevers... [column 5]
Mayflower Hotel [1]
4454/14
McIntyre [1] 4429/10
me [56] 4375/6 4385/5
4391/19 4408/18
4422/12 4432/13
4441/5 4442/1 4442/10
4463/5 4468/3 4474/7
4480/7 4481/20
4481/20
mean [23] 4375/25
4376/21 4376/24
4377/15 4377/17
4437/21 4438/1
4441/11 4442/3 4442/4
4443/2 4459/22
4465/25 4469/5
4471/21 4472/7
4472/21 4473/21
4478/2 4479/4 4489/18
4489/18 4490/17
meaning [2] 4390/3
4488/19
means [9] 4382/2
4383/11 4383/18
4392/12 4400/7 4412/3
4424/3 4425/6 4426/11
Meanwhile [2] 4393/23
4420/2
media [3] 4421/25
4439/7 4487/1
meet [8] 4391/12
4415/10 4415/14
4419/21 4419/25
4420/23 4456/18
4488/13
meeting [4] 4392/22
4400/22 4461/23
4491/8
meets [5] 4383/9
4397/23 4405/16
4407/8 4412/13
Meggs [24] 4389/12
4392/8 4393/3 4394/4
4396/5 4396/22
4396/22 4401/2 4402/3
4403/20 4403/22
4403/23 4404/5 4405/7
4405/9 4405/18 4406/3
4406/6 4407/13
4410/19 4421/19
4421/24 4427/19
4428/3
Meggs' [4] 4403/19
4403/25 4404/25
4406/1
MEHTA [4] 4372/9
4404/22 4414/4
4452/14
Mehta's [1] 4382/14
meltdown [1] 4461/8
member [6] 4401/21
4421/16 4427/12
4427/16 4427/18
4449/6
members [24] 4382/11

**members... [23]**
4382/20 4382/21
4383/17 4383/20
4392/19 4398/7
4400/17 4400/19
4402/17 4404/7
4423/19 4425/21
4425/22 4426/2
4426/15 4426/19
4427/4 4439/24 4441/6
4449/4 4455/14
4478/12 4493/3
**membership [2]**
4449/10 4449/14
**memorialized [1]**
4446/9
**men [7]** 4379/5
4379/25 4385/5
4385/20 4386/17
4418/14 4432/11
**mention [1]** 4477/23
**mentioned [2]** 4483/1
4490/13
**mesh [1]** 4428/4
**message [16]** 4386/13
4387/22 4388/14
4389/20 4396/21
4399/13 4404/17
4407/20 4419/3
4438/10 4439/5
4441/20 4463/17
4466/20 4467/6 4470/6
**messaged [3]** 4388/13
4393/24 4418/9
**messages [26]**
4391/23 4392/11
4402/23 4404/11
4405/1 4405/20
4409/13 4413/8 4415/8
4415/16 4417/3 4419/8
4420/21 4421/14
4423/1 4425/16 4438/8
4438/13 4438/15
4438/18 4438/20
4438/21 4438/22
4439/2 4449/12 4495/1
**messaging [1]** 4408/6
**met [2]** 4406/5 4456/4
**metal [1]** 4396/3
**methodically [1]**
4403/4
**mid [1]** 4431/13
**mid-December [1]**
4431/13
**middle [2]** 4451/24
4460/12
**midnight [1]** 4396/14
**might [13]** 4441/19
4443/22 4444/6
4446/15 4451/9
4451/13 4451/19
4453/13 4454/19
4454/19 4464/23
4466/7 4489/9
**mike [5]** 4378/4 4380/7
4390/15 4390/17
4392/24

**Mike Adams [2]**
4390/15 4390/17
**mile [7]** 4456/16
4457/1 4459/7 4459/8
4466/23 4467/15
4467/19
**militaristic [1]** 4450/19
**military [2]** 4400/24
4401/19
**militia [1]** 4439/20
**mind [2]** 4391/24
4452/10
**minds [1]** 4392/22
**mindset [1]** 4476/9
**minimizing [1]** 4395/5
**MINUTA [88]** 4372/6
4373/2 4374/4 4374/10
4379/24 4383/7
4386/18 4387/22
4388/2 4388/13
4388/19 4388/25
4396/9 4396/13
4410/12 4410/17
4410/18 4410/19
4410/21 4410/23
4411/6 4411/10
4411/17 4411/20
4411/25 4412/1
4412/18 4412/23
4413/1 4414/6 4423/4
4423/9 4425/12
4427/23 4430/11
4434/9 4435/2 4443/17
4445/13 4447/14
4447/15 4448/12
4449/5 4449/8 4449/11
4449/13 4450/1
4451/11 4452/23
4454/11 4454/16
4457/14 4455/15
4459/12 4459/17
4459/22 4460/14
4462/3 4462/4 4462/6
4462/11 4463/19
4467/16 4467/24
4471/2 4472/13 4473/6
4473/17 4475/12
4476/6 4476/10 4481/1
4481/13 4485/3 4485/4
4485/8 4485/12
4485/17 4485/24
4486/17 4486/25
4492/7 4492/21 4494/9
4495/3 4495/15
**Minuta's [10]** 4396/15
4397/14 4409/22
4411/4 4412/9 4443/8
4448/17 4464/15
4485/4 4485/10
**minute [11]** 4378/4
4384/25 4406/17
4455/10 4457/24
4459/14 4461/2 4461/3
4471/7 4480/16
4480/16
**minutes [38]** 4393/20
4400/23 4402/2

**Mike Adams [2]**
4410/10 4430/25
4434/25 4436/4 4437/1
4437/4 4437/7 4437/14
4438/7 4443/9 4446/10
4458/17 4460/16
4460/19 4460/22
4461/4 4461/6 4463/7
4463/20 4467/6
4467/14 4467/21
4469/23 4471/1 4474/4
4474/23 4475/1 4475/2
4475/14 4478/1 4478/2
4483/8 4483/20
**mishmash [1]** 4495/1
**mission [5]** 4393/1
4410/6 4411/13 4455/5
4455/12 4458/12
**Misstates [1]** 4416/9
**mistake [3]** 4385/18
4396/9 4464/5
**mob [4]** 4390/5
4401/19 4426/5 4429/5
**mocking [1]** 4435/14
**Moerschel [39]**
4373/10 4374/6
4374/13 4380/13
4386/18 4389/6
4389/22 4391/22
4394/4 4395/8 4395/15
4396/11 4399/10
4399/21 4400/2
4400/23 4401/18
4402/3 4402/13 4403/2
4403/5 4403/17
4403/24 4404/2 4404/5
4404/14 4405/2 4405/7
4406/9 4407/12
4410/19 4414/8
4420/11 4421/23
4425/12 4427/19
4429/7 4430/12
4452/23
**Moerschel's [5]** 4395/4
4396/2 4406/24 4415/6
4422/25
**moment [14]** 4379/18
4395/19 4395/20
4402/22 4405/21
4405/25 4408/16
4413/15 4413/16
4415/2 4437/18 4446/6
4460/14 4483/21
**moment's [1]** 4387/25
**momentarily [1]**
4460/13
**moments [2]** 4434/8
4483/22
**money [1]** 4454/1
**moniker [1]** 4422/8
**montage [7]** 4436/12
4436/13 4436/15
4436/23 4459/15
4462/23 4480/7
**montages [1]** 4462/16
**month [2]** 4453/7
4476/7
**months [4]** 4390/11

**Mike Adams [2]**
4446/17
**mood [1]** 4416/1
**more [33]** 4376/14
4381/3 4382/13
4384/20 4393/9
4397/19 4397/20
4412/8 4414/12 4415/2
4418/4 4424/7 4426/13
4431/19 4434/2
4434/14 4434/17
4436/6 4447/13 4448/8
4448/10 4452/13
4453/13 4466/4
4469/22 4469/22
4471/6 4471/22
4471/22 4471/22
4475/16 4483/8
4494/15
**more-specific [1]**
4426/13
**morning [22]** 4372/7
4374/2 4374/17
4374/18 4378/12
4378/13 4378/14
4378/20 4380/19
4397/7 4399/4 4407/24
4414/16 4418/22
4421/22 4422/5
4422/10 4430/18
4454/13 4454/17
4454/24 4456/18
**moron [1]** 4476/18
**morsel [1]** 4464/13
**most [5]** 4379/25
4388/22 4441/12
4448/13 4469/6
**most-trusted [1]**
4448/13
**motherfucker [1]**
4398/8
**mountain [1]** 4379/6
**move [14]** 4387/14
4392/10 4399/14
4399/15 4407/2 4407/9
4407/16 4425/4
4425/11 4436/6 4454/8
4454/9 4467/3 4479/8
**moved [18]** 4380/18
4388/12 4391/2 4393/9
4398/12 4399/11
4400/23 4402/10
4402/13 4405/3
4405/12 4410/12
4410/14 4427/24
4433/5 4433/8 4476/8
4476/8
**movement [7]** 4392/6
4400/25 4404/12
4404/13 4405/20
4411/1 4418/21
**movements [2]**
4402/22 4436/14
**movie [6]** 4384/13
4384/13 4384/16
4384/18 4384/19
4384/21
**moving [4]** 4395/12

**Mike Adams [2]** 4396/8 4457/5
**Mr [2]** 4457/23 4483/11
**Mr. [97]** 4378/19
4381/19 4382/3 4384/6
4391/9 4391/15
4391/17 4391/19
4391/21 4391/22
4392/25 4395/4 4395/4
4397/25 4398/3
4401/22 4406/10
4410/17 4413/4
4413/10 4413/13
4413/16 4414/3
4414/11 4419/6
4419/10 4430/16
4431/8 4434/9 4435/19
4437/15 4439/14
4439/16 4441/22
4444/17 4444/20
4448/7 4448/12
4448/12 4448/13
4449/22 4449/25
4450/1 4450/10 4451/7
4451/8 4451/11
4451/24 4452/3 4452/3
4452/4 4452/23
4452/23 4454/14
4454/15 4454/16
4454/16 4454/17
4454/25 4455/15
4455/20 4455/24
4456/7 4457/2 4457/9
4458/1 4458/9 4459/12
4459/17 4459/22
4460/14 4461/8
4461/11 4461/11
4461/24 4461/25
4461/25 4465/2
4465/25 4467/8
4467/24 4473/16
4473/17 4474/4 4475/6
4482/3 4482/4 4482/8
4482/10 4483/7
4483/22 4487/7
4491/8 4492/7 4494/11
4495/17 4496/1
**Mr. Adams [6]** 4391/9
4391/15 4391/17
4391/19 4451/7 4451/8
**Mr. Berry [1]** 4406/10
**Mr. Edwards [6]**
4382/3 4384/6 4452/3
4465/2 4465/25 4491/8
**Mr. Grods [1]** 4461/11
**Mr. Hackett [1]**
4391/21
**Mr. Harris [1]** 4444/20
**Mr. Herrington [1]**
4461/25
**Mr. Jackson [1]**
4435/19
**Mr. James [2]** 4461/8
4483/22
**Mr. Manzo [7]** 4378/19
4430/16 4439/14
4448/7 4451/24 4452/3
4473/16
**Mr. Manzo's [4]**

**Mr. Manzo's... [4]**
4439/16 4448/12
4449/22 4449/25
**Mr. Minuta [16]**
4410/17 4434/9
4448/12 4450/1
4451/11 4452/23
4454/16 4454/17
4455/15 4459/12
4459/17 4459/22
4460/14 4467/24
4473/17 4492/7
**Mr. Moerschel [2]**
4391/22 4452/23
**Mr. Moerschel's [1]**
4395/4
**Mr. Nestler [1]** 4452/4
**Mr. Peed [3]** 4419/6
4441/22 4496/1
**Mr. Rhodes [1]**
4392/25
**Mr. Rhodes' [1]**
4448/13
**Mr. Shipley [5]** 4431/8
4474/4 4483/7 4494/11
4495/17
**Mr. Ulrich [22]** 4413/4
4413/10 4413/13
4413/16 4414/3
4437/15 4450/10
4454/14 4454/15
4454/16 4454/25
4455/20 4455/24
4456/7 4457/2 4457/9
4458/9 4461/11
4461/24 4461/25
4467/8 4475/6
**Mr. Ulrich's [2]**
4414/11 4487/17
**Mr. Vallejo [4]** 4381/19
4398/3 4401/22
4419/10
**Mr. Vallejo's [1]**
4397/25
**Mr. Walden [5]** 4458/1
4482/3 4482/4 4482/8
4482/10
**Mr. Weinberg [2]**
4395/4 4444/17
**Mrs. [1]** 4406/3
**Mrs. Meggs [1]** 4406/3
**Ms. [3]** 4374/25
4391/16 4441/19
**Ms. Halim [2]** 4374/25
4441/19
**Ms. Hughes [1]**
4391/16
**much [6]** 4414/12
4430/17 4430/20
4440/14 4442/4 4490/1
**multi [1]** 4374/22
**multi-object [1]**
4374/22
**multiple [2]** 4415/22
4428/9
**muscled [1]** 4403/13
**must [3]** 4376/16

**my [14]** 4375/5 4377/6
4385/6 4391/20
4440/12 4440/13
4441/24 4444/2
4448/23 4449/5
4451/19 4478/2
4491/14 4491/16
**my concern [1]**
4391/20
**Myers [1]** 4373/12
**myself [2]** 4432/12
4450/9

**N**

**name [4]** 4387/1
4422/9 4422/19
4455/22
**named [2]** 4374/15
4434/5
**narrate [2]** 4474/12
4480/3
**narrative [6]** 4439/13
4439/14 4439/17
4439/25 4440/16
4494/25
**nation [2]** 4396/18
4397/13
**National [4]** 4418/13
4418/14 4418/24
4419/1
**National Guard [3]**
4418/13 4418/14
4418/24
**nationwide [1]**
4439/24
**necessarily [2]** 4424/6
4480/4
**necessary [9]** 4379/8
4380/2 4387/15
4394/18 4400/8 4424/3
4426/11 4427/15
4444/13
**need [16]** 4375/13
4376/22 4376/25
4392/1 4394/14
4398/19 4406/7
4421/16 4427/6 4427/8
4451/16 4472/21
4477/20 4490/7
4495/20 4496/2
**needed [5]** 4388/3
4409/7 4409/18 4410/2
4444/4
**needs [3]** 4380/4
4408/24 4495/14
**Nestler [3]** 4372/14
4374/7 4452/4
**network [1]** 4387/3
**networks [1]** 4450/23
**never [15]** 4377/4
4415/17 4417/21
4419/8 4419/9 4436/8
4437/2 4437/2 4437/2
4450/25 4451/1
4455/11 4457/17
4460/10 4469/2
**New [14]** 4379/24

4446/18 4446/20
4448/18 4448/24
4449/2 4449/2 4449/4
4449/6 4454/21
4454/22 4476/8
**New Jersey [2]**
4454/21 4454/22
**New York [12]** 4379/24
4445/16 4446/3
4446/18 4446/20
4448/18 4448/24
4449/2 4449/2 4449/4
4449/6 4476/8
**Newark [1]** 4454/21
**newest [1]** 4471/17
**news [1]** 4446/19
**next [23]** 4385/23
4412/12 4412/20
4414/16 4416/15
4417/11 4418/12
4419/23 4428/4
4437/14 4438/16
4442/12 4443/7 4448/9
4456/15 4472/3
4483/22 4484/3
4488/15 4489/22
4491/13 4492/24
4492/25
**nice [1]** 4462/19
**night [7]** 4393/11
4404/1 4404/3 4414/20
4414/22 4418/5
4454/21
**night-vision [1]**
4393/11
**no [77]** 4372/4 4385/18
4386/10 4390/6 4395/1
4395/14 4396/9
4399/16 4405/4 4406/5
4409/11 4412/6
4413/18 4415/20
4417/20 4420/25
4422/22 4434/22
4437/12 4437/16
4437/19 4440/14
4441/21 4442/23
4444/1 4448/1 4448/24
4449/11 4449/11
4449/12 4449/12
4449/13 4449/13
4449/19 4449/23
4449/24 4449/24
4450/7 4451/8 4453/8
4453/10 4457/13
4457/20 4459/2 4462/3
4465/11 4466/12
4466/13 4466/13
4466/13 4470/6
4471/21 4474/8 4475/2
4477/3 4478/5 4483/25
4483/25 4487/4 4487/4
4487/10 4487/14
4488/3 4488/4 4488/6
4488/7 4490/13
4490/16 4490/17
4490/18 4490/19
4490/22 4491/5 4491/7

4494/22
**No. [2]** 4374/3 4374/4
**nobody [5]** 4437/12
4445/7 4462/3 4466/21
4488/8
**nods [1]** 4394/14
**None [3]** 4399/18
4423/10 4432/2
**nonsense [2]** 4454/7
4492/22
**noon [1]** 4396/4
**north [3]** 4395/16
4427/20 4460/6
**North Carolina [1]**
4427/20
**not [157]**
**not-guilty [1]** 4479/17
**note [4]** 4381/6
4385/13 4426/9 4427/3
**notes [1]** 4440/11
**nothing [9]** 4385/12
4415/19 4447/6 4447/7
4449/12 4449/13
4464/1 4464/8 4468/9
**notice [2]** 4388/1
4388/20
**November [10]** 4382/1
4386/5 4386/6 4387/7
4394/8 4423/2 4426/20
4442/21 4444/8
4446/13
**now [95]** 4382/16
4385/25 4396/7
4397/25 4404/4 4404/9
4405/14 4407/19
4409/6 4409/22 4410/7
4410/22 4412/3
4414/13 4415/23
4417/9 4418/13
4419/17 4420/8
4420/16 4420/19
4420/23 4423/13
4424/1 4428/9 4428/24
4430/19 4432/12
4433/1 4433/18
4433/25 4434/13
4435/16 4435/22
4436/6 4437/12
4437/19 4441/5
4441/15 4445/21
4446/6 4447/10
4448/19 4449/18
4451/23 4452/14
4454/8 4454/23 4456/6
4456/11 4457/25
4460/2 4460/10
4461/23 4462/15
4463/7 4463/21
4464/21 4467/15
4467/19 4469/20
4470/9 4470/16
4470/20 4472/14
4474/20 4474/21
4474/22 4475/12
4478/7 4479/11
4479/20 4479/22
4480/6 4480/24

4481/20 4482/4 4482/8
4482/16 4483/16
4483/19 4484/18
4484/21 4485/2
4485/16 4485/21
4485/23 4486/11
4488/16 4489/20
4493/2 4494/12
4495/19
**numb [3]** 4390/1
4404/5 4406/25
**number [9]** 4377/9
4380/11 4381/5
4381/21 4383/5 4387/9
4422/13 4422/14
4443/12
**numbers [5]** 4387/6
4401/2 4405/1 4415/23
4464/19
**numerous [3]** 4379/1
4419/6 4424/11
**NW [2]** 4372/16
4373/20

**O**

**oath [60]** 4379/24
4380/7 4380/8 4385/4
4385/24 4386/7
4387/23 4388/14
4389/7 4389/19
4389/21 4389/22
4389/24 4390/18
4391/3 4391/14
4392/21 4393/17
4394/21 4395/23
4396/3 4396/6 4396/21
4397/7 4397/22
4398/12 4399/20
4399/21 4400/17
4402/4 4402/6 4402/15
4402/19 4403/8
4405/13 4406/12
4406/23 4407/1
4410/14 4411/12
4418/15 4420/11
4422/6 4427/25
4439/18 4440/6
4448/18 4449/10
4449/14 4453/1 4457/4
4457/4 4459/21 4463/8
4473/10 4480/21
4482/2 4488/13
4490/12 4493/9
**Oath Keeper [2]**
4379/24 4406/12
**Oath Keepers [54]**
4380/7 4380/8 4385/4
4385/24 4386/7
4387/23 4388/14
4389/7 4389/19
4389/21 4389/22
4389/24 4390/18
4391/3 4392/21
4393/17 4394/21
4395/23 4396/3 4396/6
4396/21 4397/7
4397/22 4398/12

**Oath Keepers... [30]**
4399/20 4399/21
4402/4 4402/6 4402/15
4402/19 4403/8
4405/13 4406/23
4407/1 4410/14
4411/12 4420/11
4422/6 4427/25
4439/18 4440/6
4448/18 4449/10
4449/14 4453/1 4457/4
4457/4 4459/21 4463/8
4473/10 4480/21
4482/2 4490/12 4493/9

**Oath Keepers' [1]**
4391/14

**Oath Keepers.' [1]**
4488/13

**object [9]** 4374/22
4375/17 4377/7 4384/4
4397/5 4409/20
4423/13 4427/13
4435/11

**objection [2]** 4375/2
4416/9

**objective [6]** 4392/10
4392/12 4392/12
4407/2 4409/9 4478/16

**objects [1]** 4376/11

**obligation [1]** 4432/2

**obscure [1]** 4486/8

**obstruct [9]** 4382/19
4382/20 4383/10
4405/11 4422/23
4423/18 4425/5 4425/6
4478/10

**obstructed [1]** 4420/4

**obstructing [2]**
4379/20 4429/13

**obstruction [4]**
4383/11 4414/5
4421/10 4428/19

**obtains [1]** 4387/7

**obvious [3]** 4441/12
4460/8 4471/1

**obviously [3]** 4414/7
4457/23 4462/13

**occupied [1]** 4383/25

**occupying [1]** 4383/14

**October [1]** 4453/16

**odd [3]** 4452/20 4466/2
4478/17

**oddly [1]** 4471/15

**odds [1]** 4496/1

**off [12]** 4383/6 4389/17
4390/15 4390/23
4420/25 4422/6 4423/3
4448/23 4456/20
4458/10 4472/14
4479/18

**off-ramp [1]** 4390/15

**offense [7]** 4404/20
4421/2 4421/4 4428/14
4428/16 4486/15
4486/16

**offenses [2]** 4379/21
4479/15

**offensive [2]** 4396/24
4395/21

**offering [2]** 4383/15
4425/17 4443/18

**office [6]** 4372/16
4389/15 4393/7
4403/18 4477/2 4477/4

**officer [31]** 4401/9
4401/12 4406/13
4406/21 4407/6 4411/3
4412/19 4412/20
4412/21 4412/24
4418/11 4429/4 4434/5
4434/20 4481/7
4481/21 4482/5 4482/5
4482/23 4483/4
4483/24 4483/24
4484/9 4484/10
4484/12 4484/13
4484/13 4484/18
4485/18 4490/4
4493/18

**Officer Carrion [5]**
4401/12 4434/5 4481/7
4481/21 4482/5

**Officer Jackson [2]**
4412/24 4483/24

**Officer Salke [7]**
4406/21 4407/6
4412/19 4412/20
4412/21 4418/11
4429/4

**officers [25]** 4383/8
4403/9 4406/21 4407/2
4409/1 4411/12
4412/11 4434/6
4434/13 4460/15
4461/1 4475/13
4477/24 4478/4
4478/18 4479/6
4480/11 4480/25
4482/22 4482/25
4483/18 4493/21
4493/22 4493/24
4494/1

**Officers Salke [1]**
4409/1

**OFFICES [1]** 4373/2

**official [5]** 4423/18
4425/5 4425/6 4425/9
4478/10

**officials [1]** 4477/20

**often [1]** 4427/23

**Oh [7]** 4438/10
4442/16 4442/25
4454/6 4460/14 4465/9
4469/4

**OK [1]** 4402/6

**okay [34]** 4374/17
4375/3 4376/8 4377/2
4378/2 4431/7 4433/18
4433/18 4433/25
4434/7 4435/2 4436/23
4438/12 4446/2
4447/10 4448/15
4456/12 4463/13
4463/15 4466/25
4467/24 4470/9

**offer [2]** 4470/20
4395/21

**offering [2]** 4383/15
4472/20 4473/2
4473/15 4474/9
4474/10 4474/20
4480/6 4488/5 4491/25
4495/18

**old [3]** 4404/20
4407/11 4445/4

**Olive [5]** 4415/14
4461/23 4462/4 4462/7
4462/12

**Olive Garden [4]**
4415/14 4461/23
4462/4 4462/12

**once [10]** 4387/20
4407/4 4408/2 4411/20
4413/12 4413/12
4413/12 4464/12
4486/3 4486/6

**one [73]** 4374/20
4375/10 4375/13
4375/14 4375/25
4376/1 4376/14
4376/17 4376/18
4376/23 4377/3 4378/3
4379/24 4385/13
4413/23 4413/23
4415/22 4422/12
4425/3 4427/17
4428/11 4434/20
4434/21 4434/21
4434/22 4434/23
4436/18 4438/23
4438/23 4438/23
4438/23 4441/12
4441/13 4442/10
4443/7 4444/9 4444/25
4447/16 4447/17
4447/17 4447/21
4448/8 4448/10
4448/13 4450/1
4450/25 4451/22
4452/19 4455/1
4455/17 4455/19
4456/16 4457/1 4458/3
4458/4 4463/18 4469/6
4470/5 4473/25
4476/12 4481/24
4484/23 4484/23
4486/16 4486/19
4487/8 4490/10
4490/10 4490/13
4492/24 4492/25
4495/7 4495/11

**one prong [1]** 4425/3

**one's [1]** 4440/21

**one-mile [1]** 4457/1

**ones [1]** 4397/21

**ongoing [2]** 4384/24
4405/25

**only [40]** 4375/10
4375/13 4382/24
4382/25 4387/9
4398/22 4398/25
4408/4 4409/12
4422/17 4427/17
4429/17 4430/9 4433/6
4440/20 4446/20

**old [3]** 4449/6 4451/22
4452/11 4453/15
4453/21 4455/17
4455/19 4458/12
4464/18 4465/15
4469/21 4475/4 4477/9
4479/22 4479/22
4479/25 4481/21
4492/8 4494/17
4495/10 4495/15
4495/15

**op [6]** 4392/1 4396/23
4427/24 4438/20
4447/19 4463/18

**op chat [1]** 4396/23

**op sec [1]** 4392/1

**open [8]** 4375/16
4386/8 4408/22 4433/9
4440/5 4443/14 4447/1
4459/20

**opened [2]** 4395/4
4443/23

**opening [3]** 4382/3
4431/13 4443/10

**openings [1]** 4377/19

**operation [1]** 4379/10

**operational [2]**
4380/10 4392/1

**opportunities [1]**
4456/6

**opportunity [9]**
4379/12 4382/5
4390/13 4393/22
4402/21 4431/14
4451/22 4488/5 4495/6

**oppose [9]** 4381/12
4382/7 4383/2 4387/15
4392/16 4395/13
4423/20 4423/23
4424/6

**opposed [2]** 4377/11
4412/10

**opposing [4]** 4386/23
4411/15 4419/13
4476/5

**opposing him [1]**
4411/15

**ops [1]** 4419/4

**option [2]** 4375/8
4495/8

**orange [1]** 4476/18

**orange-skinned [1]**
4476/18

**order [5]** 4377/1
4393/21 4438/17
4476/21 4495/9

**orders [2]** 4419/4
4419/20

**ordinary [1]** 4482/3

**organization [3]**
4390/18 4391/2 4441/6

**originally [1]** 4445/16

**Ornate [1]** 4429/2

**other [48]** 4375/14
4375/17 4375/25
4376/1 4376/3 4379/20
4385/19 4394/15

**4449/6 4451/22**
4452/11 4453/15
4453/21 4455/17
4455/19 4458/12
4464/18 4465/15
4469/21 4475/4 4477/9
4479/22 4479/22
4479/25 4481/21
4492/8 4494/17
4495/10 4495/15
4495/15

**4411/11 4413/18**
4414/1 4415/15 4422/3
4427/17 4427/25
4438/17 4438/22
4439/7 4446/14 4447/7
4447/21 4448/2 4449/3
4450/6 4453/7 4453/9
4453/15 4456/15
4456/16 4457/2 4457/3
4457/3 4460/25
4461/12 4463/8 4463/8
4464/19 4472/3 4472/5
4472/21 4472/24
4482/3 4488/13
4490/11 4490/19
4492/4

**others [3]** 4395/18
4421/13 4427/19

**otherwise [1]** 4393/6

**ought [1]** 4377/10

**our [18]** 4376/4
4378/21 4378/23
4379/13 4379/14
4379/16 4386/11
4395/22 4401/15
4403/12 4412/15
4430/18 4432/14
4437/9 4444/6 4451/8
4451/9 4454/7

**ours [1]** 4431/8

**out [64]** 4385/25
4389/10 4389/24
4390/9 4390/21
4391/21 4392/23
4407/2 4409/7 4413/20
4416/17 4416/22
4421/15 4421/20
4422/10 4423/13
4425/19 4433/16
4437/2 4437/14
4437/24 4438/17
4438/17 4439/5
4439/15 4440/7 4441/2
4441/11 4442/5
4444/22 4445/11
4447/5 4449/14
4455/20 4457/10
4457/24 4458/4 4458/7
4461/5 4464/10
4464/13 4469/5
4471/18 4478/18
4481/24 4482/3 4482/2
4484/9 4484/13
4485/23 4485/24
4485/25 4486/5 4486/6
4486/10 4492/1
4493/12 4493/17
4493/19 4493/22
4493/24 4494/2 4494/8
4494/20

**outcome [3]** 4430/2
4439/21 4476/21

**outfitted [1] 4379/9**

**outlined [1]** 4428/22

**outrage [1]** 4476/20
**outset [1]** 4427/7
**outside [22]** 4384/22
4429/8 4433/22
4435/19 4436/25
4437/1 4437/4 4437/11
4459/9 4460/6 4461/7
4461/10 4474/18
4475/8 4477/24 4478/8
4478/11 4478/13
4482/25 4488/23
4494/4 4494/7
**outsider [1]** 4415/20
**over [33]** 4378/21
4378/25 4382/12
4384/17 4387/11
4388/16 4390/9 4391/4
4392/17 4394/13
4421/3 4424/1 4426/12
4429/2 4429/11 4436/5
4437/14 4438/23
4438/24 4447/3
4447/18 4449/20
4449/20 4449/21
4449/21 4449/22
4449/23 4449/23
4457/22 4458/12
4475/24 4480/7
4489/17
**over' [1]** 4489/18
**overall [2]** 4444/18
4444/23
**overnight [1]** 4375/1
**overrun [1]** 4401/17
**overseeing [2]**
4380/17 4424/8
**overthrew [1]** 4385/17
**own [9]** 4392/15
4395/23 4404/10
4406/1 4429/20 4448/4
4451/2 4458/9 4489/6
**owned [1]** 4445/17

**P**

**p.m [2]** 4496/6 4496/6
**PA [1]** 4373/7
**page [3]** 4451/2 4451/3
4488/15
**pains [1]** 4441/5
**Palian [2]** 4444/24
4491/8
**pandemic [1]** 4446/18
**panel [2]** 4378/8
4431/5
**papers [1]** 4422/17
**paramount [1]** 4415/21
**park [4]** 4461/21
4472/15 4478/1 4478/2
**parked [4]** 4459/9
4460/3 4460/19
4474/23
**parking [3]** 4460/20
4472/12 4472/17
**Parler [1]** 4388/18
**parliament [1]** 4386/3
**parlor [1]** 4446/23
**parlors [1]** 4447/2

4389/11 4463/8
4471/16 4471/17
4476/1 4489/14
4492/11
**participate [1]** 4432/21
**participated [1]**
4462/12
**particular [3]** 4389/21
4426/24 4442/20
**Particularly [1]**
4377/24
**parties [1]** 4429/14
**parts [1]** 4496/3
**party [1]** 4451/12
**pass [1]** 4394/12
**passerby [1]** 4410/15
**passing [4]** 4473/7
4473/9 4473/10
4473/11
**passively [1]** 4478/5
**past [5]** 4394/6
4394/13 4396/14
4483/2 4485/18
**path [4]** 4457/10
4486/4 4486/5 4486/6
**patience [1]** 4378/13
**patriots [7]** 4398/6
4409/25 4459/22
4459/24 4459/24
4470/16 4470/17
**patrolling [1]** 4418/13
**Patty [2]** 4406/3 4406/6
**Patty Gee [2]** 4406/3
4406/6
**Paul [1]** 4393/19
**Paul Stamey [1]**
4393/19
**pause [8]** 4376/7
4378/7 4412/16 4418/5
4460/13 4474/20
4474/21 4483/21
**paused [2]** 4467/9
4481/13
**pauses [2]** 4474/15
4478/4
**peaceful [4]** 4378/22
4385/19 4385/20
4388/15
**peacefully [1]** 4379/3
4393/6
**Peed [6]** 4373/19
4373/19 4374/14
4419/6 4441/22 4496/1
**Pelosi [4]** 4403/18
4404/4 4404/6 4420/10
**Pelosi's [1]** 4403/20
**penalty [1]** 4477/17
**Pence [4]** 4389/7
4399/9 4400/13 4408/2
**penetrate [1]** 4431/24
**penned [1]** 4386/7
**people [34]** 4386/10
4394/16 4397/11
4397/18 4397/20
4398/10 4398/12
4401/18 4407/21
4412/17 4415/8

4420/22 4421/11
4429/6 4429/25
4439/18 4442/14
4444/21 4448/17
4449/3 4451/9 4453/21
4457/3 4459/25 4460/1
4464/22 4476/17
4481/22 4481/23
4482/12 4484/1
4485/16
**pepper [1]** 4401/13
**per [1]** 4395/17
**perfectly [2]** 4396/25
4483/23
**perform [2]** 4383/24
4427/9
**performing [1]**
4418/25
**perhaps [1]** 4398/21
**perimeter [1]** 4418/13
**period [4]** 4423/1
4426/21 4461/18
4480/16
**person [9]** 4392/3
4395/18 4400/14
4415/10 4420/10
4444/19 4464/24
4473/7 4473/19
**personally [2]** 4396/17
4453/8
**persons [1]** 4376/15
**perspective [1]**
4433/11
**persuade [1]** 4431/18
**persuaded [1]** 4451/5
**persuasive [1]** 4440/8
**perverted [2]** 4385/14
4397/14
**Philadelphia [1]**
4373/7
**phone [46]** 4380/11
4387/6 4387/9 4406/2
4415/18 4415/23
4417/2 4417/4 4417/20
4417/21 4417/23
4417/25 4418/1
4420/22 4420/25
4422/1 4422/13
4422/14 4422/25
4423/3 4439/5 4440/6
4442/2 4442/4 4442/5
4444/7 4446/1 4458/5
4464/15 4464/16
4464/20 4464/24
4465/18 4466/2
4466/20 4485/11
4486/18 4486/24
4487/1 4487/5 4487/7
4487/8 4487/13
4494/22
**phones [6]** 4422/3
4423/10 4423/10
4464/22 4464/23
4466/16
**photo [1]** 4388/18
**phrase [1]** 4468/7

**physical [5]** 4473/6
4422/17 4424/21
4490/17 4490/19
**pick [3]** 4374/24
4495/10 4495/11
**picked [4]** 4437/24
4441/11 4455/25
4462/17
**picking [4]** 4440/20
4455/6 4455/7 4463/9
**pickups [1]** 4408/22
**picture [2]** 4417/8
4462/20
**piece [2]** 4462/23
4464/10
**pinned [1]** 4485/9
**pinpoint [1]** 4466/15
**pitchforks [2]** 4389/25
4390/5
**place [12]** 4384/22
4390/10 4413/23
4425/12 4425/23
4460/2 4460/8 4468/8
4478/10 4479/1
4489/12 4489/19
**places [2]** 4375/7
4438/13
**Plaintiff [1]** 4372/4
**plan [2]** 4377/14
4385/24 4386/3 4386/4
4389/10 4400/4 4400/5
4400/6 4423/14
4453/16 4473/1 4488/3
**planned [7]** 4391/8
4401/3 4443/1 4443/4
4444/8 4458/11
4479/14
**planning [4]** 4390/1
4413/9 4417/12
4442/19
**plans [3]** 4393/12
4396/25 4416/14
**play [21]** 4404/19
4404/19 4432/23
4433/23 4434/2
4434/16 4458/7
4462/19 4466/25
4468/11 4469/7
4470/22 4475/16
4475/18 4476/14
4477/8 4477/9 4479/25
4480/2 4480/17
4481/10
**played [63]** 4379/22
4385/10 4388/6
4395/25 4396/12
4398/2 4399/12
4399/25 4400/11
4401/1 4401/23
4402/16 4409/24
4410/8 4411/5 4411/8
4411/16 4411/23
4420/7 4427/3 4427/5
4433/24 4434/18
4446/12 4447/6 4467/4
4468/12 4468/19
4470/7 4470/23 4471/9
4471/13 4472/10

4473/14 4474/14
4475/20 4476/15
4476/23 4477/11
4477/13 4480/5
4480/14 4480/19
4480/23 4481/6
4481/11 4481/16
4482/6 4482/15
4482/20 4483/6
4483/15 4484/5
4484/16 4484/20
4485/1 4485/7 4485/15
4485/20 4486/2
4491/12
**playing [4]** 4470/1
4471/23 4474/11
4481/5
**plays [1]** 4434/15
**plaza [2]** 4436/24
4437/5
**plea [2]** 4374/18
4404/22
**plead [1]** 4492/3
**please [8]** 4378/10
4431/3 4431/7 4431/10
4440/18 4463/6
4463/12 4476/22
**pled [1]** 4414/3
**plenty [2]** 4488/5
4494/19
**plot [1]** 4387/18
**plotted [1]** 4418/21
**plotting [1]** 4420/2
**plus [1]** 4424/14
**PO [1]** 4373/3
**podcast [2]** 4389/17
4397/4
**point [35]** 4376/4
4390/6 4409/15
4428/20 4433/7 4434/1
4436/7 4442/23 4447/5
4449/18 4449/18
4450/18 4451/1
4451/17 4455/1
4456/21 4457/9
4460/23 4460/23
4461/14 4467/21
4468/7 4470/3 4471/19
4473/16 4474/22
4474/24 4480/21
4482/13 4485/8
4485/21 4488/16
4490/10 4490/11
4490/22
**pointed [2]** 4437/2
4494/20
**pointing [1]** 4477/25
**points [3]** 4435/22
4436/14 4466/16
**police [46]** 4393/14
4406/13 4410/5
4413/19 4416/18
4424/21 4434/4 4434/4
4434/13 4434/19
4435/12 4437/6 4437/8
4460/15 4461/1
4471/24 4472/3 4472/6

**P**

police... **[28]** 4475/7
4475/13 4477/24
4478/4 4478/9 4478/11
4478/14 4478/18
4478/22 4479/6
4480/11 4480/22
4480/24 4483/3
4485/18 4485/21
4490/4 4493/3 4493/4
4493/12 4493/16
4493/17 4493/18
4493/21 4493/21
4493/23 4494/1 4494/5
polite **[2]** 4473/21
4473/23
politicians **[4]** 4388/9
4394/11 4410/21
4411/19
politicians' **[1]** 4403/1
politics **[2]** 4475/23
4476/10
pony **[1]** 4416/5
ponytail **[1]** 4417/6
pop **[2]** 4395/11
4395/14
popular **[1]** 4469/6
possessed **[1]** 4458/8
post **[5]** 4421/9 4439/7
4439/7 4440/11
4440/13
Post-It **[1]** 4440/11
Post-Its **[1]** 4440/13
post-January 6th **[1]**
4421/9
posted **[4]** 4385/24
4387/23 4388/18
4419/4
posting **[1]** 4470/12
postings **[1]** 4495/2
posts **[1]** 4446/2
potato **[2]** 4470/19
4470/19
potential **[1]** 4423/6
Potomac **[2]** 4393/20
4417/13
pounded **[1]** 4389/20
power **[30]** 4378/22
4379/3 4379/9 4379/13
4381/13 4382/6 4382/8
4385/8 4386/14
4392/14 4392/16
4398/20 4398/24
4400/6 4401/2 4405/1
4406/20 4414/2
4414/19 4414/24
4418/19 4420/6 4424/3
4424/10 4424/13
4424/16 4424/23
4426/11 4430/5 4478/8
**PowerPoint [1]**
4440/17
powers **[1]** 4391/5
pox **[1]** 4476/3
precise **[1]** 4405/25
preferring **[1]** 4475/24
prepare **[1]** 4426/13
prepared **[5]** 4387/24

4413/10 4452/16
**preparedness [2]**
4388/1 4390/20
prescribed **[1]** 4402/19
presence **[4]** 4401/17
4413/24 4434/2
4491/16
present **[2]** 4374/15
4441/23
**presentation [2]**
4477/1 4494/25
presented **[4]** 4431/25
4437/23 4495/13
4495/13
**President [12]** 4386/8
4388/14 4394/2 4398/5
4399/9 4399/22
4413/22 4426/6
4439/22 4439/23
4440/5 4476/11
**Presidential [2]** 4379/7
4424/9
**Presumably [2]** 4462/2
4466/19
presume **[1]** 4464/23
pretty **[5]** 4388/14
4446/22 4451/14
4460/24 4462/19
prevail **[1]** 4382/15
prevent **[8]** 4383/17
4383/20 4392/18
4392/19 4414/2
4425/22 4426/15
4491/23
preventing **[3]** 4382/10
4423/24 4476/11
previously **[1]** 4422/8
primarily **[1]** 4444/1
principally **[1]** 4432/15
prior **[2]** 4441/20
4443/16
prison **[1]** 4401/4
private **[2]** 4387/3
4450/23
probably **[5]** 4445/2
4456/13 4474/6 4480/3
4496/1
probe **[3]** 4381/18
4418/10 4431/23
probed **[1]** 4418/17
probing **[2]** 4418/25
4419/12
problem **[2]** 4440/2
4440/14
procedural **[1]** 4377/4
procedure **[1]** 4474/25
proceeding **[12]**
4383/11 4392/19
4423/18 4425/5 4425/6
4425/9 4426/15
4478/10 4489/19
4490/24 4492/14
4492/16
**proceedings [4]**
4372/9 4374/16 4479/1
4497/4
process **[4]** 4382/10

produced **[2]** 4493/9
4493/11
profession **[2]** 4445/20
4479/9
projectiles **[1]** 4401/13
prompted **[1]** 4421/25
prong **[2]** 4424/25
4425/3
prongs **[1]** 4425/1
pronouncements **[1]**
4448/3
proof **[5]** 4452/7
4486/14 4487/10
4492/7 4494/17
prosecutor **[2]** 4451/25
4452/2
prospect **[3]** 4375/19
4439/3 4439/3
protect **[1]** 4406/22
protecting **[2]** 4418/15
4419/14
protest **[1]** 4388/15
ProtonMail **[3]** 4387/10
4422/15 4450/24
proud **[3]** 4388/13
4388/17 4441/6
**Proud Boy [1]** 4388/13
**Proud Boys [1]**
4388/17
prove **[6]** 4376/15
4376/16 4426/24
4432/3 4440/24 4443/6
proved **[2]** 4376/13
4376/18
provide **[2]** 4426/23
4456/9
provided **[1]** 4433/12
proving **[3]** 4432/10
4440/24 4487/12
public **[4]** 4460/9
4460/10 4460/11
4478/24
pullback **[1]** 4483/25
pulled **[2]** 4391/15
4438/14
pulling **[1]** 4472/14
pulls **[3]** 4422/10
4472/3 4482/8
pump **[1]** 4391/10
4391/10
Punta **[1]** 4373/16
purchased **[3]** 4393/9
4453/9 4453/18
purchases **[3]** 4452/22
4453/5 4454/6
pure **[1]** 4402/19
purple **[2]** 4463/9
4467/2
**purple line [1]** 4467/2
purpose **[6]** 4382/6
4382/7 4437/16
4457/20 4478/17
4490/12
purposeful **[1]** 4435/7
purposefully **[1]**
4462/25
purposely **[2]** 4441/8

purposes **[1]** 4423/21
pursue **[2]** 4445/19
4479/9
push **[7]** 4401/10
4403/9 4403/10
4403/10 4482/9
4485/16 4485/18
pushed **[4]** 4411/1
4411/18 4482/12
4485/19
pushing **[13]** 4383/8
4402/7 4403/5 4403/6
4407/12 4412/11
4412/12 4412/23
4429/8 4476/20
4484/24 4485/4
4485/23
put **[19]** 4382/3
4391/10 4391/24
4391/25 4404/16
4405/8 4416/24 4419/1
4439/8 4441/14 4445/1
4447/20 4451/2 4464/4
4477/11 4479/16
4479/19 4482/16
4486/19
puts **[3]** 4431/22
4446/5 4482/7
putting **[3]** 4375/7
4452/8 4467/17

**Q**

QRF **[8]** 4383/6 4395/2
4401/24 4401/25
4408/7 4408/19 4416/7
4428/3
Quantico **[1]** 4441/15
Queen **[1]** 4373/7
question **[9]** 4399/14
4432/19 4432/20
4441/5 4444/12
4444/16 4445/5 4449/5
4462/24
**questions [12]**
4399/16 4441/8
4441/18 4442/7 4444/4
4444/6 4445/1 4445/3
4445/10 4453/14
4488/9 4488/10
quick **[4]** 4377/3
4380/17 4486/12
4487/21
**Quick Reaction Force**
**[1]** 4380/17
quickly **[3]** 4386/22
4410/12 4460/24
quietly **[1]** 4411/21
quite **[1]** 4446/8
quitting **[2]** 4414/23
4415/7
quoted **[1]** 4395/5

**R**

raise **[1]** 4377/25
raised **[1]** 4375/7
Rakoczy **[2]** 4372/14
4374/7

rally **[8]** 4392/9
4442/24 4443/3 4444/8
4457/8 4457/12
4457/15 4457/21
ram **[3]** 4380/13 4402/4
4405/14
rammed **[1]** 4403/8
ramp **[1]** 4390/15
rams **[1]** 4424/20
ran **[2]** 4374/18
4440/15
random **[1]** 4419/7
rarely **[1]** 4385/25
rather **[5]** 4375/18
4386/22 4386/22
4426/20 4445/5
reach **[4]** 4376/3
4376/23 4480/15
4480/17
reached **[4]** 4389/9
4474/21 4484/9
4484/13
reaches **[1]** 4484/18
reacted **[1]** 4484/11
reaction **[3]** 4380/17
4468/24 4484/12
read **[7]** 4390/20
4391/17 4405/2
4438/25 4440/12
4440/13 4443/14
reads **[2]** 4387/12
4390/22
ready **[15]** 4378/18
4380/17 4387/24
4387/25 4393/8 4396/1
4396/3 4398/10 4401/6
4401/25 4402/1
4408/25 4409/21
4416/7 4453/2
real **[3]** 4422/14
4486/12 4487/21
realized **[3]** 4386/23
4413/13 4422/6
really **[8]** 4409/18
4431/21 4432/19
4441/17 4452/15
4464/21 4472/8
4484/17
reason **[12]** 4378/15
4413/18 4414/1
4415/20 4430/7 4433/8
4437/15 4452/6 4452/6
4469/20 4481/21
4493/25
reasonable **[5]**
4376/17 4430/9
4432/10 4494/21
4494/23
reasonably **[1]**
4429/18
rebuttal **[5]** 4377/5
4377/10 4377/10
4377/19 4452/4
recall **[3]** 4447/15
4449/1 4449/3
recalled **[1]** 4406/11
receipt **[1]** 4453/19
received **[1]** 4442/2

**receiving [1]** 4447/24
**recess [4]** 4430/22
4431/1 4496/5 4496/6
**recognizance [1]**
4418/25
**recognize [3]** 4433/5
4460/3 4481/18
**recognized [3]** 4387/2
4390/14 4433/4
**recognized it [1]**
4433/4
**recollection [3]**
4416/11 4481/25
4482/1
**record [2]** 4377/7
4497/3
**recorded [4]** 4415/9
4447/11 4450/1
4451/15
**recording [2]** 4400/10
4402/6
**records [2]** 4450/25
4454/18
**recounted [2]** 4401/12
4407/7
**recounting [2]** 4431/18
4477/15
**recover [2]** 4422/3
4487/6
**recovered [3]** 4395/7
4395/9 4422/18
**recruiter [1]** 4380/8
**refer [2]** 4448/2 4481/4
**reference [1]** 4459/23
**references [1]** 4450/18
**referring [3]** 4442/19
4448/5 4481/4
**reflected [1]** 4448/21
**reflection [1]** 4435/6
**regarding [1]** 4374/21
**regrets [1]** 4420/3
**regrouped [1]** 4419/18
**reject [1]** 4440/21
**related [2]** 4379/20
4381/22
**relationship [1]** 4448/1
**relevant [1]** 4421/7
**religious [1]** 4414/9
**reloading [1]** 4415/7
**rely [2]** 4399/7 4413/4
**remain [1]** 4431/3
**remember [47]** 4391/1
4391/7 4391/16 4393/2
4394/7 4394/22
4395/16 4397/1
4398/25 4400/9
4401/11 4402/25
4403/2 4404/23
4407/23 4409/11
4409/15 4410/4
4412/24 4418/6
4418/11 4421/22
4422/12 4425/9
4425/18 4426/4 4426/5
4435/18 4443/9
4445/24 4447/10
4447/11 4448/13

**receive [1]** 4451/7
4453/13 4454/11
4455/1 4456/1 4464/15
4468/1 4468/2 4472/15
4476/7 4477/24 4481/3
4483/1
**remembered [1]**
4404/25
**remembers [1]**
4481/21
**remind [1]** 4487/23
**reminded [1]** 4415/8
**remove [1]** 4380/2
**removed [2]** 4422/11
4422/11
**rendezvoused [1]**
4455/25
**repair [1]** 4429/11
**repeat [1]** 4423/1
**repeatedly [1]** 4392/1
**repeating [1]** 4473/6
**repeats [2]** 4459/12
4459/17
**repelled [1]** 4411/20
**reply [1]** 4403/22
**report [5]** 4389/12
4389/12 4393/2
4400/22 4419/4
**reported [1]** 4419/3
**reports [2]** 4414/25
4443/12
**representatives [2]**
4398/15 4401/15
**Republicans [2]**
4475/24 4476/20
**require [3]** 4376/5
4408/10 4415/24
**required [5]** 4375/24
4376/15 4383/21
4386/14 4418/4
**requires [6]** 4382/24
4398/25 4427/8
4429/17 4479/17
4492/8
**rescue [1]** 4471/6
**resecure [1]** 4411/3
**resecured [3]** 4409/10
4409/12 4414/15
**reserve [1]** 4377/19
**residences [1]** 4423/9
**residential [1]** 4464/22
**residents [1]** 4456/12
**resolve [1]** 4375/13
**respect [3]** 4379/4
4429/24 4491/6
**respected [1]** 4478/20
**respond [2]** 4386/17
4452/5
**responded [1]** 4410/17
**responding [1]** 4474/1
**responds [1]** 4400/14
**response [5]** 4393/17
4444/16 4473/21
4473/23 4490/6
**responsibility [2]**
4404/22 4414/3
**responsible [2]** 4455/7
4465/23

**responsive [1]**
4377/13
**rest [8]** 4397/6 4399/11
4401/9 4401/18 4404/2
4414/11 4415/23
4422/5
**restaurant [2]** 4462/5
4462/7
**restraining [1]** 4398/10
**restricted [1]** 4429/7
**restrictions [3]**
4445/19 4446/20
4446/21
**result [3]** 4430/1
4493/12 4493/24
**results [2]** 4379/1
4424/9
**resume [1]** 4430/19
**retrospect [1]** 4420/8
**return [1]** 4402/11
**reveal [1]** 4431/24
**reverse [3]** 4433/17
4433/18 4479/18
**review [7]** 4443/18
4443/20 4444/1 4444/4
4444/5 4444/13 4453/6
**reviewed [4]** 4441/20
4441/24 4443/22
4444/3
**revolt [1]** 4380/2
**revolution [2]** 4385/16
4385/18
**reward [1]** 4494/24
**Rhodes [64]** 4381/11
4381/14 4385/4 4385/7
4385/23 4386/2 4386/7
4386/25 4387/16
4389/10 4389/19
4389/21 4390/4 4390/4
4392/25 4393/9
4393/25 4394/3
4396/21 4396/23
4398/14 4399/8
4399/13 4400/18
4410/1 4410/23 4414/8
4415/8 4416/24
4416/25 4417/2 4417/3
4417/17 4417/24
4419/21 4420/1 4420/2
4421/11 4424/4
4427/23 4428/2
4439/18 4439/19
4440/3 4440/4 4440/4
4440/5 4447/9 4447/10
4447/12 4447/16
4448/1 4448/3 4448/4
4449/8 4449/9 4450/2
4455/18 4461/15
4465/15 4465/17
4473/8
**Rhodes' [19]** 4379/25
4386/13 4386/16
4386/17 4387/22
4388/13 4390/20
4390/22 4390/24
4416/21 4417/20
4417/23 4442/1 4442/4

**ride [1]** 4464/7 4464/16 4492/21
**Ricky [1]** 4455/25
**ride [1]** 4459/7
**riding [1]** 4471/5
**rifle [3]** 4395/10
4395/17 4416/24
**rifles [9]** 4380/9
4383/16 4393/16
4394/2 4395/18
4395/20 4395/21
4420/12 4427/21
**right [88]** 4374/20
4375/13 4378/10
4378/18 4380/1
4384/22 4386/25
4394/6 4405/8 4407/13
4410/23 4412/25
4420/13 4425/11
4430/16 4430/18
4430/24 4432/12
4433/2 4434/3 4434/5
4434/13 4434/20
4435/1 4435/12 4437/6
4437/7 4438/16
4440/13 4442/15
4442/24 4444/24
4446/12 4448/7
4448/17 4453/11
4456/15 4459/9
4463/10 4463/14
4464/19 4465/8
4465/22 4465/24
4468/13 4468/14
4469/10 4470/8
4470/11 4470/24
4471/14 4471/15
4472/11 4474/19
4475/9 4480/12
4480/20 4480/22
4481/2 4481/9 4481/23
4482/11 4482/22
4482/24 4483/2 4483/2
4483/12 4484/6 4484/6
4485/2 4485/11 4486/9
4488/1 4488/3 4488/6
4489/1 4489/10 4490/2
4490/20 4491/9
4491/25 4493/1 4493/5
4493/7 4493/10
4494/12 4495/17
4495/25
**right at [1]** 4433/2
**rights [1]** 4479/4
**ringing [1]** 4402/7
**RIOS [2]** 4373/11
4373/15
**riot [3]** 4412/12 4478/5
4491/19
**rioters [3]** 4401/10
4428/24 4428/25
**rise [3]** 4430/21 4431/2
4495/23
**river [1]** 4424/19
**RMR [2]** 4497/2 4497/8
**RMV001 [2]** 4432/24
4433/1
**RMV002 [1]** 4479/22

4419/25 4421/23
**roadblock [1]** 4472/7
**roads [2]** 4416/15
4417/1
**robber [1]** 4421/1
**Robert [1]** 4373/10
**ROBERTO [55]** 4372/6
4374/4 4379/24
4388/19 4414/6
4430/11 4435/2 4443/8
4443/17 4445/13
4445/24 4445/25
4445/25 4446/11
4447/14 4447/15
4448/17 4449/5 4449/8
4449/11 4449/13
4450/25 4451/2
4454/11 4455/18
4462/3 4462/4 4462/6
4462/11 4463/19
4464/15 4467/16
4471/2 4473/6 4475/12
4475/15 4475/15
4475/17 4476/6
4476/10 4477/10
4485/3 4485/4 4485/4
4485/8 4485/10
4485/12 4485/17
4485/24 4486/17
4486/25 4492/21
4494/9 4495/3 4495/15
**Roberto A. Minuta [1]**
4374/4
**Roberto Minuta [39]**
4379/24 4388/19
4414/6 4430/11 4435/2
4443/17 4445/13
4447/14 4447/15
4449/5 4449/8 4449/11
4449/13 4450/25
4451/2 4454/11 4462/3
4462/4 4462/6 4462/11
4463/19 4467/16
4471/2 4473/6 4475/12
4476/6 4476/10 4485/3
4485/4 4485/8 4485/12
4485/17 4485/24
4486/17 4486/25
4492/21 4494/9 4495/3
4495/15
**Roberto Minuta's [5]**
4443/8 4448/17
4464/15 4485/4
4485/10
**Roberto's [1]** 4465/18
**rode [1]** 4427/20
**Roger [17]** 4454/9
4454/24 4455/6 4455/8
4455/19 4456/9
4456/11 4456/19
4457/11 4457/15
4457/16 4457/17
4458/13 4463/25
4465/21 4465/23
4477/7
**Roger Stone [13]**
4454/9 4454/24 4455/8

**R**

**Roger Stone... [10]** 4455/19 4456/9 4456/19 4457/11 4457/15 4457/17 4458/13 4465/21 4465/23 4477/7
**Roger Stone's [1]** 4456/11
**role [4]** 4379/22 4427/3 4427/7 4431/23
**roles [1]** 4427/5
**rolling [1]** 4403/21
**room [7]** 4381/4 4416/21 4458/3 4458/4 4458/9 4466/4 4466/5
**rooms [4]** 4395/2 4428/4 4464/3 4464/7
**rope [2]** 4478/6 4478/21
**Rotunda [20]** 4380/14 4383/8 4402/14 4407/11 4407/14 4411/2 4411/3 4412/24 4413/14 4413/25 4425/12 4433/14 4433/16 4433/20 4433/21 4433/21 4461/9 4483/17 4485/22 4494/6
**route [3]** 4417/24 4457/10 4457/13
**routine [1]** 4378/22
**row [1]** 4482/24
**rule [5]** 4377/9 4379/4 4381/8 4429/24 4429/24
**run [3]** 4470/2 4482/18 4485/14
**Ryan [1]** 4481/5

**S**

**safety [2]** 4409/8 4425/19
**said [80]** 4374/25 4379/25 4381/20 4384/13 4386/2 4388/9 4389/17 4391/19 4392/6 4392/8 4394/8 4397/6 4397/7 4400/9 4402/25 4403/2 4403/11 4403/20 4404/3 4404/18 4404/23 4405/5 4405/9 4405/17 4406/9 4406/11 4406/12 4410/12 4411/7 4412/24 4413/15 4413/16 4414/10 4416/1 4416/19 4417/19 4418/1 4418/6 4420/22 4425/14 4425/14 4432/7 4433/5 4438/10 4438/11 4441/17 4442/8 4442/18 4442/20 4442/23 4443/16 4444/18 4448/7

4451/21 4454/2 4455/2 4457/12 4459/3 4462/2 4465/2 4465/14 4467/25 4468/4 4468/25 4469/17 4473/4 4473/5 4473/5 4473/7 4473/10 4475/14 4486/20 4487/24 4488/12 4491/7 4491/16 4494/16
**Salke [10]** 4401/9 4401/12 4406/21 4407/6 4409/1 4412/19 4412/20 4412/21 4418/11 4429/4
**Salke's [2]** 4411/22 4411/24
**saluted [1]** 4410/15
**same [21]** 4375/7 4375/16 4384/19 4389/12 4394/23 4400/16 4400/16 4400/21 4405/1 4409/25 4410/24 4410/25 4417/23 4432/14 4432/15 4444/10 4444/10 4444/11 4444/11 4470/2 4473/19
**sampling [2]** 4440/9 4440/9
**sat [5]** 4444/24 4464/7 4466/3 4466/5 4466/10
**satisfy [1]** 4489/5
**save [1]** 4389/8
**saved [2]** 4377/12 4406/2
**saw [17]** 4378/25 4382/4 4390/13 4396/5 4407/5 4417/2 4433/15 4446/11 4454/16 4454/18 4458/7 4481/22 4481/23 4482/2 4482/18 4493/7 4493/23
**say [32]** 4374/21 4375/18 4375/23 4376/9 4376/9 4376/25 4384/15 4388/25 4390/6 4394/19 4401/24 4402/6 4403/14 4406/7 4408/19 4415/9 4416/19 4437/19 4439/10 4442/5 4445/22 4445/23 4449/20 4449/21 4451/21 4454/6 4454/19 4468/23 4469/9 4471/20 4492/1 4494/15
**saying [13]** 4381/17 4390/4 4396/16 4398/11 4440/12 4445/4 4450/2 4450/3 4468/5 4470/16

4477/19
**says [25]** 4375/9 4375/12 4389/14 4389/14 4415/6 4441/25 4442/1 4442/22 4442/25 4458/16 4459/11 4459/15 4462/3 4466/14 4466/23 4470/17 4472/15 4472/16 4472/22 4473/19 4475/22 4477/6 4477/14 4491/14 4493/18
**scare [3]** 4389/24 4426/2 4452/21
**scary [4]** 4450/20 4450/20 4450/22 4495/1
**scatter [1]** 4416/20
**scattered [1]** 4435/22
**scheduled [1]** 4442/24
**school [1]** 4435/10
**scott [3]** 4373/14 4373/17 4374/12
**Scott Weinberg [1]** 4374/12
**scout [1]** 4457/10
**screaming [1]** 4446/1
**screen [5]** 4387/1 4395/8 4422/9 4433/9 4467/16
**screens [2]** 4487/21 4487/22
**screw [1]** 4389/23
**search [1]** 4439/13
**searched [1]** 4423/9
**seat [3]** 4379/14 4386/4 4416/25
**seated [1]** 4378/10 4431/3 4431/7
**sec [1]** 4392/1
**second [44]** 4378/16 4381/23 4385/13 4395/16 4396/16 4397/15 4406/1 4406/25 4410/7 4412/2 4412/5 4412/16 4412/20 4418/5 4422/12 4425/4 4434/8 4434/20 4435/17 4435/20 4436/16 4436/21 4446/20 4455/7 4455/12 4457/18 4459/8 4461/19 4463/10 4464/7 4469/21 4471/5 4474/10 4474/15 4475/3 4480/9 4481/20 4487/18 4488/19 4492/6 4492/20 4493/16 4493/17 4493/25
**Second Amendment [5]** 4396/16 4397/15 4412/2 4412/5 4412/20
**secondary [1]** 4422/13

**Seconds [6]** 4407/10 4432/23 4433/23 4434/16 4470/25 4477/9 4481/10
**secrecy [2]** 4415/21 4415/24
**secret [4]** 4380/12 4386/24 4391/6 4415/11
**secretive [1]** 4473/8
**Sections [1]** 4424/14
**Sections 15 [1]** 4424/14
**secure [2]** 4401/15 4426/8
**secured [1]** 4409/4
**security [8]** 4380/10 4392/2 4454/10 4454/24 4456/9 4456/19 4457/3 4477/7
**sedition [9]** 4386/16 4390/16 4397/1 4397/16 4398/25 4407/17 4412/10 4424/4 4430/5
**seditious [14]** 4379/19 4382/19 4382/22 4382/23 4396/25 4397/24 4414/4 4423/17 4423/20 4425/2 4426/20 4435/10 4453/17 4492/13
**see [47]** 4376/24 4381/3 4384/18 4384/18 4384/22 4389/1 4403/20 4404/10 4406/13 4409/13 4418/17 4430/24 4432/22 4433/19 4434/12 4434/14 4436/11 4436/20 4439/12 4445/9 4446/2 4451/14 4459/4 4459/23 4466/11 4468/5 4468/5 4468/6 4471/10 4472/8 4474/16 4475/6 4475/7 4475/7 4475/8 4475/16 4479/25 4480/8 4480/21 4481/24 4482/17 4486/9 4489/10 4493/20 4495/22 4496/3
**seeing [5]** 4384/21 4430/20 4449/1 4449/3 4468/15
**seeking [1]** 4402/10
**seem [1]** 4466/9
**seemed [2]** 4420/6 4454/17
**seen [13]** 4377/4 4408/21 4419/9 4434/10 4445/14 4449/2 4454/15 4468/17 4468/17

**seconds [6]** 4474/12 4475/12 4494/18 4475/12 4494/18
**sees [2]** 4394/20 4407/11
**seize [1]** 4382/5
**seized [3]** 4379/12 4442/4 4494/5
**select [5]** 4375/22 4375/23 4375/24 4375/25 4440/20
**selection [1]** 4450/22
**selective [1]** 4450/21 4494/25
**self [2]** 4421/12 4421/14
**self-incriminating [2]** 4421/12 4421/14
**sell [1]** 4453/21
**Senate [3]** 4403/7 4403/12 4407/16
**Senate Chamber [1]** 4403/7
**sends [2]** 4399/13 4463/17
**sense [6]** 4405/22 4412/4 4413/21 4429/19 4467/19 4473/25
**sensitive [1]** 4392/2
**sent [4]** 4393/3 4393/11 4396/2 4466/20
**sentiment [1]** 4400/16
**sentiments [1]** 4447/8
**Sentinel [1]** 4443/23
**separate [2]** 4376/11 4376/12
**separated [1]** 4488/18
**separately [2]** 4436/2 4436/3
**sequence [2]** 4436/5 4479/21
**Serbian [1]** 4385/24
**serialized [1]** 4443/12
**serious [1]** 4398/4
**seriously [1]** 4404/25
**served [1]** 4378/22
**Session [1]** 4372/7
**set [6]** 4387/25 4390/23 4427/2 4428/3 4460/7 4487/8
**Sets [1]** 4376/11
**seven [4]** 4403/6 4438/10 4461/4 4461/6
**several [4]** 4437/14 4437/20 4487/22 4493/3
**severe [1]** 4446/22
**shades [1]** 4483/24
**shaped [1]** 4471/15
**she [10]** 4391/17 4400/2 4403/9 4403/11 4438/10 4453/4 4453/5 4454/2 4454/3 4454/3 4468/3
**She's [1]** 4454/3
**shield [7]** 4434/20 4434/22 4434/23 4484/22 4484/24

# S

shield... [2] 4485/10
4485/12
shields [4] 4412/12
4478/5 4480/25
4482/24
Shipley [10] 4373/2
4373/3 4374/10 4431/8
4466/13 4474/4 4483/7
4483/11 4494/11
4495/17
shirt [2] 4450/14
4450/14
shit [2] 4389/24
4421/20
shoot [2] 4398/11
4398/14
shooting [1] 4406/20
shop [1] 4428/3
short [5] 4385/2
4448/11 4461/18
4475/16 4495/14
shortcomings [1]
4431/24
shortly [1] 4495/22
should [7] 4374/23
4393/21 4393/21
4396/4 4420/12
4457/10 4469/11
shoulders [5] 4400/25
4404/14 4405/8 4411/1
4411/11
shouldn't [1] 4495/4
shout [2] 4479/5
4479/5
shouting [1] 4412/18
shoving [1] 4402/8
show [8] 4380/21
4384/14 4384/16
4388/10 4400/19
4402/25 4439/11
4446/14
showed [12] 4392/9
4392/22 4392/23
4420/21 4432/8 4433/3
4434/12 4436/8
4439/11 4476/1 4481/1
4487/2
showing [2] 4436/7
4479/18
shown [8] 4419/6
4425/24 4431/19
4431/20 4436/10
4447/7 4459/15
4486/21
shows [5] 4406/18
4418/2 4421/6 4422/21
4426/1
shrink [1] 4495/19
shut [1] 4445/17
sic [2] 4386/18
4452/24
side [9] 4403/5
4403/17 4460/5 4460/6
4472/14 4474/16
4475/10 4475/10
4484/9
sideways [1] 4481/14

Signal [21] 4387/8
4388/8 4402/24
4404/24 4413/8
4415/16 4420/25
4421/3 4421/17 4422/2
4422/13 4423/2
4423/10 4447/17
4447/17 4447/19
4449/13 4450/23
4455/20 4455/23
4463/16
Signals [1] 4447/21
signed [3] 4389/17
4390/21 4411/13
significant [1] 4443/4
sill [1] 4466/3
silver [1] 4453/24
similar [2] 4413/7
4450/4
simply [6] 4387/20
4427/11 4432/6
4459/17 4468/16
4474/2
since [2] 4444/25
4450/9
single [1] 4399/14
sir [3] 4419/5 4441/21
4448/20
sit [1] 4409/19
site [2] 4419/19
4419/24
sitting [2] 4445/15
4446/1
six [6] 4436/22
4438/10 4451/23
4459/18 4461/17
4482/23
sixth [1] 4434/23
skinned [1] 4476/18
skip [2] 4477/22
4487/16
skipped [1] 4448/8
skirted [1] 4460/5
sleeved [2] 4450/14
4450/14
slept [1] 4418/7
slide [9] 4438/10
4440/17 4442/12
4442/20 4442/20
4448/8 4448/9 4448/11
4492/23
slides [4] 4438/7
4441/9 4448/8 4449/21
slightly [1] 4495/19
snippets [3] 4446/14
4470/14 4494/18
snow [1] 4475/8
so [111] 4375/24
4376/5 4376/21 4377/6
4378/15 4378/19
4381/3 4381/11
4382/17 4384/5
4384/11 4385/1 4387/3
4387/7 4392/10
4393/19 4395/15
4399/3 4406/14
4414/12 4415/10

4418/19 4419/9
4419/10 4423/13
4430/18 4431/13
4433/17 4433/19
4433/22 4434/2
4435/20 4441/23
4442/4 4443/13
4443/16 4443/23
4447/3 4449/18
4449/18 4450/17
4451/4 4452/7 4452/10
4452/13 4452/24
4452/25 4453/4 4453/9
4454/2 4454/3 4454/5
4454/21 4456/13
4456/25 4457/17
4457/20 4457/23
4457/25 4458/7
4458/23 4458/25
4459/6 4460/19 4462/3
4462/9 4462/13
4462/19 4463/11
4463/16 4463/22
4464/4 4465/11
4465/17 4467/22
4467/24 4468/9
4469/23 4469/24
4469/25 4470/11
4470/22 4471/1 4471/8
4472/6 4472/24 4474/5
4474/7 4474/10
4474/15 4474/22
4475/18 4479/1
4479/10 4479/21
4479/24 4479/25
4480/7 4481/3 4481/25
4482/25 4483/19
4486/22 4487/9
4487/13 4489/3 4489/8
4491/11 4495/20
So I think [1] 4457/20
so it's [2] 4463/16
4474/22
so this is [2] 4463/22
4479/24
social [1] 4439/7
soda [1] 4391/11
soft [3] 4434/19
4434/22 4482/22
soft-hatted [1] 4482/22
soldiers [1] 4418/24
solemn [1] 4418/7
some [33] 4380/22
4390/19 4410/15
4411/25 4435/25
4436/18 4438/22
4441/14 4444/12
4445/13 4451/14
4455/4 4456/21 4457/4
4457/4 4457/9 4458/6
4458/7 4461/14
4462/24 4467/10
4467/25 4468/4 4468/7
4473/7 4473/18
4473/23 4477/22
4487/13 4487/22
4488/13 4488/16

somebody [3] 4452/3
4486/20 4486/22
somehow [2] 4435/20
4451/6
someone [3] 4391/11
4406/2 4473/5
something [13] 4377/8
4384/8 4413/17 4416/2
4416/17 4436/11
4438/3 4438/4 4447/5
4450/8 4458/10
4479/24 4492/19
sometimes [4] 4438/2
4446/7 4469/18
4469/19
somewhere [2]
4435/10 4456/4
song [2] 4395/11
4395/14
soon [2] 4430/20
4494/8
SoRelle [2] 4417/24
4419/17
Sorry [1] 4486/20
sort [8] 4374/22 4446/6
4452/18 4455/2
4462/18 4470/15
4471/15 4471/18
sought [1] 4379/14
sound [2] 4378/4
4413/3
sounded [1] 4422/6
source [1] 4468/21
sources [1] 4438/9
space [1] 4411/25
spanned [1] 4417/15
spartans [1] 4403/13
Speaker [3] 4403/18
4404/6 4420/10
Speaker Pelosi [2]
4403/18 4404/6
speakers [3] 4457/4
4457/6 4457/6
speaking [1] 4380/22
special [4] 4417/20
4418/21 4419/19
4455/22
Special Agent [2]
4418/21 4419/19
specific [11] 4384/20
4389/15 4393/6
4424/12 4426/13
4426/25 4427/9
4438/22 4488/4
4492/10 4492/10
specificity [1] 4412/8
spectators [1] 4431/11
speculate [1] 4436/21
spelled [1] 4390/9
spent [2] 4424/1
4443/9
spliced [1] 4462/12
split [2] 4377/4 4403/4
spoke [2] 4381/14
4427/23
spot [3] 4393/20
4407/15 4410/25

spots [1] 4418/18
sprang [1] 4387/16
spray [1] 4401/13
spread [1] 4400/12
spree [1] 4404/4
sprint [1] 4409/7
sprinting [1] 4425/19
squarely [1] 4424/7
stack [7] 4383/7
4400/24 4401/9
4401/19 4404/17
4405/3 4405/13
stage [2] 4393/20
4457/12
staging [1] 4393/13
stairs [7] 4436/22
4460/7 4475/10 4479/5
4480/12 4493/3 4493/4
Stamey [2] 4393/19
4428/4
stand [9] 4392/14
4414/10 4432/6
4438/25 4441/8 4445/1
4450/11 4468/3
4481/24
standing [15] 4401/24
4408/19 4419/4 4455/9
4477/24 4478/5 4478/8
4478/11 4478/13
4479/5 4479/6 4484/2
4491/18 4492/4 4494/7
stands [4] 4430/22
4457/24 4471/18
4496/5
staring [1] 4418/24
start [11] 4381/23
4384/5 4393/15 4408/6
4460/2 4462/25
4463/10 4470/1 4480/4
4495/20 4496/4
started [16] 4374/20
4377/2 4412/14
4415/22 4420/15
4426/25 4431/12
4436/16 4443/24
4450/10 4451/22
4458/6 4465/5 4479/18
4492/17 4495/25
starts [11] 4378/17
4387/6 4387/10 4390/2
4426/21 4463/10
4463/11 4470/5 4470/6
4470/9 4493/19
statement [8] 4382/3
4404/25 4406/1
4406/10 4406/17
4406/18 4406/25
4431/13
statements [5] 4381/9
4381/11 4412/9
4415/12 4420/22
states [14] 4372/1
4372/3 4372/10 4374/3
4379/11 4383/3
4386/23 4387/15
4388/23 4414/21
4419/13 4424/7 4424/8
4441/7

**S**

station [2] 4391/10 4416/23
Status [1] 4419/4
statute [2] 4442/10 4442/11
statutes [1] 4442/9
stay [2] 4394/17 4447/1
staying [1] 4457/6
stays [1] 4435/19
Steal [3] 4399/24 4442/24 4444/8
step [4] 4386/3 4386/3 4422/19 4428/16
steps [13] 4403/18 4403/21 4404/14 4405/9 4405/12 4419/23 4428/1 4460/13 4460/18 4460/21 4461/11 4461/13 4478/3
Stewart [35] 4379/25 4381/11 4385/4 4390/4 4400/18 4410/1 4414/8 4420/1 4439/18 4439/19 4440/3 4440/4 4440/4 4440/5 4442/1 4442/4 4444/7 4447/9 4447/10 4447/12 4447/16 4448/1 4448/3 4448/3 4448/4 4449/8 4449/9 4450/2 4455/18 4461/15 4464/16 4465/15 4465/17 4473/8 4492/21
Stewart Rhodes [26] 4381/11 4385/4 4390/4 4400/18 4410/1 4414/8 4420/1 4439/18 4439/19 4440/3 4440/4 4440/4 4447/9 4447/10 4447/12 4447/16 4448/1 4448/3 4448/4 4449/8 4450/2 4455/18 4461/15 4465/15 4465/17 4473/8
Stewart Rhodes' [7] 4379/25 4442/1 4442/4 4444/7 4448/3 4466/16 4492/21
sticking [4] 4400/3 4400/4 4400/5 4440/11
still [15] 4375/16 4384/19 4420/2 4422/18 4427/18 4451/19 4459/4 4465/21 4465/23 4471/10 4479/4 4479/8 4484/2 4486/5 4491/18
stipulated [1] 4429/14
stole [1] 4422/22
stolen [2] 4388/3 4469/1
stone [17] 4422/22 4454/9 4454/24 4455/6 4455/8 4455/19 4456/9 4456/19 4457/11

4457/13 4457/15 4457/17 4458/13 4463/25 4465/21 4465/23 4477/7
Stone's [1] 4456/11
stood [3] 4384/6 4489/22 4490/1
stop [56] 4379/8 4382/10 4385/8 4386/14 4398/6 4398/19 4399/10 4399/24 4400/6 4400/6 4405/10 4405/10 4406/4 4406/6 4406/19 4408/4 4413/17 4413/22 4413/24 4414/1 4414/14 4414/18 4414/24 4424/2 4424/15 4426/14 4426/18 4433/25 4434/3 4435/2 4442/24 4444/8 4461/1 4463/11 4463/14 4467/1 4467/5 4468/13 4468/20 4470/4 4470/8 4470/24 4471/14 4472/11 4472/20 4473/4 4473/15 4475/21 4476/16 4480/1 4480/4 4481/9 4481/9 4481/20 4484/7 4484/21
stopped [7] 4398/11 4429/5 4448/11 4467/8 4472/3 4478/15 4481/18
stopping [7] 4382/6 4405/19 4416/23 4418/19 4420/5 4425/25 4426/10
stops [1] 4460/15
stored [1] 4424/19
stores [1] 4447/1
storm [6] 4388/1 4403/11 4405/24 4410/1 4410/3 4470/18
stormed [2] 4383/24 4470/17
storming [3] 4379/13 4383/14 4386/3
story [5] 4439/16 4379/17 4439/17 4440/1 4449/22
straight [3] 4438/19 4442/7 4454/9
straightforward [1] 4419/10
straining [2] 4491/25 4492/2
stranger [3] 4459/11 4459/15 4473/9
strangers [1] 4459/10
strategy [1] 4415/11
streaming [2] 4459/13 4459/14
street [6] 4372/16 4373/11 4373/20 4472/2 4472/4 4472/15

meets [2] 4468/2
4468/8 4471/20 4471/21
stretch [1] 4479/11
strong [1] 4462/13
strung [1] 4438/24
stuck [1] 4446/9
stuff [5] 4377/12 4447/1 4451/2 4466/18 4482/1
stuffed [1] 4409/3
SUAREZ [2] 4373/11 4373/14
subject [2] 4439/9 4442/18
subjects [1] 4450/4
substantial [1] 4428/16
succeed [1] 4432/22
succeeded [1] 4410/2
successfully [1] 4420/4
such [2] 4381/16 4387/17
sufficient [1] 4427/1
sugar [1] 4407/20
suggest [4] 4374/24 4465/25 4466/1 4481/20
suggested [2] 4375/15 4490/4
suggesting [2] 4462/11 4477/19
suggests [2] 4441/2 4472/7
Suite [2] 4373/16 4373/20
sum [1] 4494/12
summary [1] 4455/3
summer [1] 4446/16
supplies [1] 4394/16
support [10] 4380/18 4383/15 4399/5 4404/1 4435/21 4440/15 4440/25 4441/2 4441/3 4445/20
supported [1] 4472/8
supports [1] 4440/21
supposed [2] 4391/9 4439/1
supposedly [2] 4391/4 4435/4
suppress [1] 4469/18
sure [17] 4412/10 4412/25 4421/17 4442/16 4442/17 4450/5 4472/7
surprise [3] 4399/18 4438/11 4472/14
surprised [2] 4411/11 4453/12
surrounding [1] 4429/5
surveillance [1] 4414/21
survive [1] 4429/25
suspect [2] 4434/11 4462/8

swerved [1] 4468/22
switch [1] 4469/20
Switzerland [1] 4422/16
sworn [2] 4414/22 4418/15
system [1] 4443/24

**T**

table [1] 4406/22
tactic [1] 4441/14
tactical [2] 4450/13 4450/15
tail [1] 4416/5
take [17] 4374/19 4380/1 4386/11 4395/22 4402/5 4430/1 4430/18 4432/25 4438/25 4439/8 4441/7 4452/13 4457/10 4468/2 4471/3 4478/18 4479/24
taken [8] 4391/4 4407/21 4442/6 4467/14 4468/6 4470/14 4474/22 4489/19
takes [5] 4402/7 4460/21 4471/1 4477/25 4480/4
taking [8] 4402/9 4432/9 4440/10 4455/8 4471/23 4478/10 4479/1 4489/12
talk [26] 4379/22 4381/4 4382/16 4384/13 4388/4 4394/14 4409/11 4418/20 4421/10 4421/20 4423/11 4423/15 4445/13 4448/2 4451/22 4452/11 4455/23 4456/6 4459/10 4465/17 4465/20 4467/24 4486/11 4486/12 4487/16 4491/2
talked [13] 4384/7 4384/9 4384/12 4385/2 4392/2 4420/17 4428/2 4429/21 4455/17 4455/18 4455/19 4464/16 4465/15
talking [23] 4381/23 4390/4 4402/20 4407/1 4412/14 4447/12 4448/1 4450/4 4450/6 4459/18 4459/19 4460/19 4465/7 4465/7 4465/10 4468/16 4469/9 4469/16 4476/18 4476/19 4479/8 4483/23 4484/13
tampering [1] 4429/13
tape [1] 4417/6
Tarrio [1] 4388/17

swerved [1] 4468/7 4445/17
4445/17 4446/23
4447/1 4449/8 4449/9 4449/15
taught [3] 4391/3 4391/5 4441/15
taunt [1] 4397/19 4397/21
teach [1] 4435/11
team [1] 4463/18
tear [1] 4403/13
tear-gassed [1] 4403/13
technical [1] 4393/25
tell [19] 4375/22 4377/17 4391/12 4416/3 4419/18 4422/25 4429/4 4441/25 4442/1 4448/19 4449/23 4465/13 4465/14 4465/14 4466/17 4466/25 4467/8 4470/3 4487/19
telling [10] 4393/4 4399/18 4412/20 4444/3 4463/22 4463/23 4466/22 4473/16 4477/3 4477/16
tells [4] 4415/13 4460/5 4461/19 4471/16
ten [7] 4380/9 4395/17 4427/21 4464/22 4471/1 4474/23 4483/8
term [2] 4394/17 4459/22
testified [15] 4404/16 4405/17 4413/7 4413/10 4437/12 4452/22 4455/5 4455/17 4455/18 4457/21 4462/1 4466/21 4481/25 4487/5 4493/2
testify [2] 4443/16 4462/1
testimony [17] 4413/4 4417/19 4437/14 4441/12 4441/20 4441/24 4442/4 4447/8 4449/12 4449/24 4452/19 4454/25 4455/2 4482/1 4487/17 4487/23 4492/5
Texas [5] 4419/18 4419/21 4454/11 4476/8 4476/8
text [5] 4384/21 4417/3 4423/1 4439/5 4449/12
texted [1] 4403/20
TextMe [3] 4387/7 4422/14 4422/15
than [18] 4374/19 4378/14 4393/9 4397/19 4397/20 4415/15 4420/25

than... [11] 4424/8
4426/20 4445/3
4452/13 4453/7
4469/22 4472/21
4472/24 4479/14
4482/3 4492/4
thank [17] 4378/1
4378/6 4378/13
4410/17 4430/15
4430/16 4430/20
4430/25 4431/3 4431/9
4473/17 4473/22
4473/24 4494/14
4495/17 4495/22
4496/4
thank you [17] 4378/1
4378/6 4378/13
4410/17 4430/15
4430/16 4430/20
4430/25 4431/3 4431/9
4473/17 4473/22
4473/24 4494/14
4495/17 4495/22
4496/4
that [477]
that receipt [1]
4453/19
that's [77] 4374/23
4375/20 4376/5 4377/8
4379/18 4380/4 4382/7
4384/19 4385/11
4386/1 4392/6 4397/12
4408/14 4412/1 4412/5
4412/19 4412/19
4420/13 4420/14
4425/24 4426/17
4431/25 4432/4
4434/19 4434/20
4435/11 4435/13
4436/23 4439/25
4440/1 4440/23
4440/23 4443/14
4444/15 4447/20
4449/16 4449/17
4453/5 4453/16
4459/13 4460/9
4461/22 4464/11
4464/25 4465/9
4467/21 4469/10
4469/17 4471/16
4471/16 4471/17
4471/22 4472/3 4472/8
4477/7 4477/16
4478/16 4478/16
4479/14 4480/15
4481/4 4481/24
4483/24 4484/17
4484/23 4484/23
4486/23 4487/10
4487/11 4491/21
4491/21 4492/7
4492/11 4493/14
4493/25 4494/21
4494/23
theater [1] 4384/16
theft [7] 4442/11
4442/15 4468/23

4469/16
their [76] 4377/5
4377/12 4377/19
4381/22 4382/5
4382/11 4383/1
4383/18 4383/21
4383/24 4385/15
4386/19 4386/19
4388/11 4389/8 4392/6
4392/20 4392/22
4392/23 4393/24
4393/25 4395/16
4395/17 4396/1
4396/25 4398/17
4399/4 4401/6 4401/15
4402/18 4402/22
4402/23 4402/23
4404/13 4404/15
4406/21 4411/1
4413/23 4418/19
4420/1 4421/6 4424/20
4425/13 4425/22
4425/23 4426/3 4426/7
4426/7 4426/15
4427/21 4428/21
4429/7 4429/13
4431/17 4432/3 4435/6
4435/7 4435/7 4435/7
4436/14 4444/4 4445/8
4446/6 4450/19 4452/8
4453/1 4453/2 4458/1
4459/10 4461/20
4464/2 4464/7 4474/3
4474/18 4477/1
4482/12
their jobs [1] 4426/3
them [53] 4375/10
4375/24 4376/4 4376/5
4376/23 4379/22
4380/3 4389/24
4389/24 4391/5
4396/21 4396/22
4399/5 4399/7 4406/15
4408/2 4409/7 4409/8
4412/16 4413/17
4415/10 4415/10
4416/14 4425/23
4429/3 4429/5 4430/8
4436/22 4438/16
4438/17 4438/24
4438/25 4439/8
4440/12 4443/6 4445/3
4445/8 4446/5 4459/5
4461/12 4466/9
4467/14 4474/17
4474/22 4476/13
4478/1 4478/20
4480/12 4482/23
4482/23 4487/23
4491/9 4493/15
themselves [3] 4383/1
4401/14 4446/8
then [67] 4375/4
4384/18 4391/10
4391/11 4394/10
4394/20 4397/7
4400/14 4403/4 4408/5

4417/25 4420/13
4425/18 4430/4
4434/23 4436/15
4438/12 4438/20
4438/21 4438/24
4439/6 4439/8 4439/9
4440/12 4441/25
4442/8 4442/18
4443/11 4446/1 4452/8
4453/13 4454/12
4455/4 4455/11
4455/25 4456/19
4456/20 4456/23
4456/24 4457/21
4459/7 4459/12 4460/6
4461/2 4461/18
4462/18 4464/2
4467/10 4467/20
4468/22 4470/3
4479/16 4480/18
4481/14 4482/22
4483/1 4484/13
4486/12 4486/13
4489/3 4492/13
4492/17 4493/7
4493/21 4494/25
theories [2] 4397/14
4428/18
theory [7] 4440/25
4441/2 4441/4 4454/7
4466/8 4474/3 4477/1
there [103] 4388/19
4389/16 4391/24
4394/16 4395/1 4397/8
4397/17 4403/10
4405/23 4406/5
4409/19 4410/20
4412/12 4412/25
4414/1 4414/1 4418/17
4420/13 4422/25
4423/21 4428/9
4432/18 4434/4
4435/17 4437/16
4438/11 4438/24
4439/14 4440/13
4442/23 4444/3 4444/7
4444/23 4446/3
4447/20 4448/24
4448/25 4449/19
4452/19 4452/23
4455/1 4455/22 4456/6
4457/2 4457/3 4457/12
4457/13 4457/20
4457/23 4457/25
4459/3 4459/4 4459/11
4460/11 4460/24
4462/6 4462/8 4463/10
4463/13 4463/14
4464/2 4464/4 4464/13
4466/12 4467/9
4468/13 4468/14
4471/2 4471/4 4472/3
4472/11 4473/4
4474/17 4477/14
4477/20 4477/23
4478/5 4478/17
4478/19 4479/1 4479/3

4481/9 4484/2 4484/6
4484/6 4484/23
4484/23 4488/3 4488/4
4488/5 4488/11 4489/8
4490/1 4490/10
4490/11 4491/5 4491/7
4491/25 4492/9 4492/9
there's [41] 4384/14
4409/11 4413/18
4415/20 4428/19
4434/14 4435/15
4435/25 4436/19
4437/1 4437/12
4437/19 4437/22
4442/8 4445/4 4449/11
4449/23 4449/24
4449/24 4451/25
4452/6 4452/18 4459/2
4460/5 4462/3 4464/11
4469/22 4471/6
4471/20 4471/21
4472/5 4475/4 4482/23
4487/4 4487/4 4487/10
4487/14 4492/15
4492/18 4494/19
4494/22
these [55] 4374/16
4379/5 4379/7 4379/16
4379/19 4381/21
4381/25 4382/17
4382/25 4383/14
4385/5 4386/15 4390/3
4390/6 4393/12 4395/5
4395/12 4395/12
4397/20 4405/23
4406/23 4409/13
4412/15 4415/8
4415/17 4424/2
4424/17 4425/24
4426/1 4427/4 4428/10
4428/17 4428/18
4430/3 4430/7 4432/11
4432/20 4435/8 4436/1
4438/7 4438/8 4439/2
4440/9 4446/4 4447/15
4450/18 4450/18
4451/6 4462/12 4475/3
4475/13 4480/6
4483/11 4485/16
4495/10
they [333]
they'd [1] 4464/1
they're [39] 4375/9
4380/3 4394/16 4396/7
4399/16 4432/15
4434/7 4435/4 4435/8
4435/20 4443/5
4443/12 4445/6
4446/13 4453/2 4453/2
4454/5 4456/7 4456/11
4456/14 4457/19
4458/23 4460/4 4461/4
4461/6 4461/10
4465/11 4468/8 4472/6
4472/13 4472/22
4472/24 4472/25
4477/25 4485/23

4492/16 4494/4
they're at [1] 4456/11
they've [11] 4375/18
4377/11 4444/22
4446/7 4456/22
4457/20 4457/25
4458/24 4467/7
4474/20 4483/19
thick [2] 4403/11
4403/15
thing [21] 4377/3
4385/13 4408/4
4410/19 4418/8
4436/19 4444/10
4444/10 4444/11
4444/11 4444/20
4444/23 4447/11
4447/12 4448/6
4450/25 4458/12
4470/2 4473/19 4477/9
4491/5
things [18] 4380/25
4381/3 4393/21 4424/7
4440/3 4460/25
4462/19 4462/21
4464/6 4467/25 4468/4
4468/16 4469/8 4469/8
4469/23 4473/25
4477/23 4494/8
think [43] 4374/23
4374/25 4376/21
4376/24 4377/18
4412/16 4413/15
4414/10 4418/5
4418/14 4425/14
4425/16 4431/12
4438/8 4439/9 4441/19
4448/9 4448/21
4452/16 4452/21
4456/3 4457/20
4459/22 4460/8 4464/5
4465/1 4468/7 4469/14
4469/15 4471/1
4471/19 4471/25
4472/1 4475/19
4477/11 4482/5
4482/23 4490/4
4490/10 4490/11
4494/15 4495/9 4496/1
thinks [1] 4492/1
third [2] 4434/21
4476/22
this [212]
those [48] 4376/14
4376/17 4378/25
4381/13 4381/14
4383/15 4399/23
4401/7 4405/1 4405/9
4407/15 4409/2
4410/11 4410/12
4410/13 4412/12
4413/8 4416/18
4421/12 4424/4
4425/10 4425/10
4426/4 4428/3 4429/1
4429/2 4429/6 4429/9
4429/9 4429/11

**T**

**those... [18]** 4436/13
4436/18 4437/4
4446/15 4447/5 4447/6
4447/9 4447/25
4449/16 4462/18
4464/9 4465/1 4465/3
4465/12 4466/2
4473/25 4478/16
4493/23

**though [14]** 4381/1
4381/14 4381/19
4381/23 4382/16
4396/9 4410/2 4412/12
4414/23 4424/12
4425/1 4427/4 4436/8
4488/17

**thought [11]** 4374/19
4375/1 4391/16
4412/24 4452/20
4468/25 4489/16
4492/6 4493/9 4493/24
4494/1

**thousands [3]** 4439/23
4442/9 4481/22

**threat [3]** 4397/7
4397/11 4425/21

**threatened [1]** 4412/15

**threats [1]** 4383/19

**three [19]** 4384/2
4384/3 4387/17 4395/2
4423/10 4423/16
4428/7 4428/15
4428/18 4428/18
4429/12 4443/6 4461/5
4461/10 4475/16
4475/25 4476/24
4488/19 4488/20

**three-letter [1]** 4387/17

**threw [1]** 4425/13

**through [44]** 4380/21
4382/18 4392/11
4401/7 4401/10 4417/3
4417/17 4421/19
4425/11 4427/20
4429/1 4429/8 4432/7
4433/2 4434/11
4436/18 4437/9
4437/20 4438/13
4441/9 4443/9 4443/14
4446/16 4446/17
4452/10 4452/19
4455/2 4455/3 4456/14
4459/11 4460/22
4468/1 4468/4 4470/2
4470/3 4470/25
4474/11 4475/9
4477/22 4482/12
4487/21 4487/23
4488/17 4489/22

**throughout [6]**
4383/23 4384/1 4384/2
4385/13 4409/13
4445/15

**throwing [2]** 4383/1
4421/1

**throws [1]** 4464/13

**tied [1]** 4417/17

**time [47]** 4379/3
4384/17 4384/19
4384/23 4387/24
4388/4 4388/10
4388/15 4388/15
4389/25 4390/9
4390/11 4392/17
4399/5 4400/19
4402/25 4404/20
4409/6 4409/6 4410/22
4412/6 4412/12
4412/21 4413/23
4422/23 4424/1
4426/12 4427/2
4428/24 4428/25
4436/15 4444/25
4446/19 4447/3 4448/9
4452/13 4454/16
4458/5 4460/17
4461/18 4461/19
4464/9 4466/17 4468/2
4468/22 4478/18
4490/5

**times [6]** 4407/6
4408/21 4427/5
4456/17 4457/1 4465/3

**timestamp [1]** 4475/19

**timestamps [1]** 4465/1

**timing [7]** 4387/13
4387/13 4399/11
4422/3 4422/21
4425/16 4426/9

**title [5]** 4424/14
4469/10 4469/11
4469/11 4469/15

**titled [1]** 4497/4

**today [3]** 4379/18
4441/20 4441/24

**Todd [1]** 4393/24

**Todd Kandaris [1]**
4393/24

**together [26]** 4385/2
4385/3 4385/3 4390/2
4400/3 4413/17
4417/17 4420/17
4420/17 4420/18
4420/24 4423/11
4423/11 4423/12
4427/22 4428/5
4429/21 4429/21
4429/22 4438/24
4439/8 4458/3 4458/4
4461/5 4461/5 4462/19

**told [31]** 4389/21
4391/9 4399/8 4399/23
4406/3 4409/2 4413/6
4415/10 4415/18
4416/6 4416/14
4418/11 4421/11
4421/16 4421/22
4421/24 4423/8 4425/9
4429/10 4455/20
4456/7 4457/2 4457/9
4468/17 4475/6 4476/7
4487/25 4489/15
4491/5 4491/21
4493/23

4425/9

**Tom Caldwell [1]**
4393/19

**Tom Wickham [1]**
4425/9

**too [10]** 4388/8 4389/6
4394/7 4413/21 4423/5
4457/7 4457/13
4457/14 4458/15
4461/14

**took [15]** 4390/13
4390/15 4402/22
4404/21 4404/24
4416/21 4419/25
4421/25 4422/19
4428/16 4438/15
4438/17 4438/23
4451/23 4458/10

**tools [2]** 4421/20
4421/21

**top [7]** 4387/5 4387/6
4406/7 4436/24
4448/23 4480/15
4480/17

**topic [2]** 4420/19
4420/22

**torches [2]** 4389/25
4390/4

**total [2]** 4380/9

**toting [1]** 4394/13

**touching [1]** 4407/5

**towards [6]** 4433/14
4433/16 4460/4 4466/7
4478/4 4485/23

**towers [1]** 4466/17

**town [1]** 4416/22

**trading [1]** 4454/3

**tradition [1]** 4378/23

**traffic [1]** 4472/5

**trained [3]** 4379/17
4395/19 4396/7

**training [4]** 4390/25
4391/8 4391/13 4396/6

**traitors [1]** 4394/24

**transactions [1]**
4453/6

**transcript [3]** 4372/9
4469/13 4497/3

**transfer [22]** 4378/22
4379/8 4379/13 4382/8
4385/8 4392/16
4398/20 4398/24
4400/6 4406/19 4414/2
4414/18 4414/24
4424/3 4424/9 4424/13
4424/16 4424/23
4426/11 4430/5 4476/4
4478/8

**transferred [1]** 4379/3

**transition [5]** 4381/13
4382/6 4386/14
4418/19 4420/6

**transpired [1]** 4399/6

**transport [1]** 4417/13

**transportation [3]**
4408/11 4408/13
4454/18

**transported [1]**
4379/11

**trapped [1]** 4485/9

**travel [2]** 4396/20
4417/23

**traveled [2]** 4380/8
4428/2

**treason [3]** 4402/15
4426/4 4477/17

**treasonous [3]** 4380/4
4410/21 4477/20

**treated [1]** 4453/23

**treatment [1]** 4394/23

**Trey [1]** 4434/5

**trial [9]** 4372/9 4377/18
4383/23 4412/4 4419/6
4431/20 4431/21
4431/21 4445/15

**Trials [1]** 4495/12

**triangle [1]** 4407/17

**trickled [1]** 4421/14

**tried [4]** 4420/24
4421/5 4425/18 4430/3

**tries [1]** 4411/24

**trigger [1]** 4395/6

**triggers [1]** 4395/12

**trouble [1]** 4422/7

**Troy [2]** 4372/15
4374/8

**Troy Edwards [1]**
4374/8

**truck [1]** 4395/17
4409/16 4409/19

**trucks [1]** 4408/18

**true [4]** 4377/10
4390/19 4464/25
4465/9

**Trump [10]** 4379/9
4389/23 4439/22
4475/23 4475/24
4476/19 4476/24
4476/25 4477/2 4477/4

**trunk [1]** 4416/25

**trust [1]** 4415/20

**trusted [3]** 4379/25
4448/13 4492/21

**try [9]** 4385/15 4405/10
4414/18 4419/25
4430/1 4451/12
4452/15 4478/22
4494/25

**trying [13]** 4410/6
4411/3 4413/19
4431/18 4442/14
4451/6 4451/8 4472/2
4472/6 4485/17
4485/18 4485/24
4491/23

**tuned [1]** 4472/25

**turn [8]** 4385/1
4395/15 4399/3 4406/1
4407/19 4409/22
4420/19 4458/5

**turned [2]** 4386/6
4493/7

**turns [1]** 4414/20

**TV [8]** 4422/7 4429/20
4433/13 4458/5 4458/7

**two [33]** 4376/11
4376/12 4376/14
4376/17 4377/5 4377/9
4378/25 4388/22
4395/17 4402/2 4423/9
4423/22 4428/13
4434/6 4434/12 4436/1
4438/2 4439/6 4447/5
4447/6 4456/2 4462/16
4464/17 4464/19
4465/1 4465/3 4465/12
4466/4 4474/25
4482/21 4490/1
4492/16 4495/7

**type [1]** 4406/13

**tyrannical [1]** 4447/4

**tyranny [1]** 4396/14

**U**

**U.S [3]** 4372/16
4424/15 4434/19

**U.S. [3]** 4413/24
4415/2 4434/4

**U.S. Capitol [3]**
4413/24 4415/2 4434/4

**uber [1]** 4409/18

**Ulrich [32]** 4413/4
4413/5 4413/7 4413/10
4413/13 4413/16
4414/3 4414/9 4437/15
4450/10 4454/14
4454/15 4454/16
4454/25 4455/20
4455/24 4456/3 4456/7
4457/2 4457/9 4458/9
4460/5 4461/11
4461/24 4461/25
4465/14 4465/14
4467/8 4475/6 4486/12
4492/23 4493/23

**Ulrich's [2]** 4414/11
4487/17

**ultimate [2]** 4375/21
4395/2

**Ultimately [1]** 4402/2

**unable [1]** 4487/6

**unacceptable [1]**
4430/5

**unanimous [1]** 4377/1

**unanimously [1]**
4424/25

**unconstitutional [1]**
4388/10

**unconventional [2]**
4391/3 4391/8

**under [4]** 4379/16
4422/16 4428/17
4428/21

**undermines [2]** 4474/3
4494/19

**understand [5]**
4377/25 4411/14
4483/9 4483/13
4492/10

**U**
understanding [2] 4451/18 4456/9
understands [1] 4454/3
understood [5] 4377/23 4393/18 4398/4 4404/18 4406/8
unhappy [3] 4445/11 4451/13 4451/14
unheard [1] 4402/8
UNITED [13] 4372/1 4372/3 4372/10 4374/3 4379/11 4383/3 4386/23 4387/15 4388/23 4419/13 4424/7 4424/8 4441/7
United States [9] 4379/11 4383/3 4386/23 4387/15 4388/23 4419/13 4424/7 4424/8 4441/7
universe [1] 4437/22
unknown [2] 4394/14 4473/5
unlawful [6] 4381/22 4383/2 4384/4 4397/5 4421/3 4437/16
unlawfully [1] 4479/3
Unless [1] 4375/4
unprecedented [1] 4415/1
unprepared [1] 4441/8
until [12] 4377/16 4387/15 4409/3 4426/7 4432/25 4436/25 4466/10 4478/2 4478/3 4480/18 4490/4 4494/6
unturned [1] 4422/23
unusual [1] 4377/21
up [72] 4375/9 4380/1 4384/16 4387/20 4388/11 4389/23 4390/20 4390/21 4392/9 4393/13 4394/13 4394/15 4396/10 4397/6 4399/3 4399/21 4400/8 4400/19 4403/1 4404/13 4404/23 4405/9 4405/12 4405/21 4406/13 4410/4 4411/13 4415/24 4416/20 4418/9 4418/12 4420/21 4424/3 4426/11 4427/20 4427/25 4428/3 4431/14 4432/6 4433/17 4436/22 4441/14 4444/15 4446/3 4452/1 4452/4 4453/1 4453/24 4455/6 4455/7 4455/22 4455/25 4456/4 4456/5 4456/19 4457/17 4459/5 4459/6 4460/7 4463/9 4463/12 4472/3

4480/12 4481/10 4483/3 4487/8 4490/11 4493/18 4494/12 4496/3
up, [1] 4470/10
up, guys [1] 4470/10
upend [1] 4379/15
upon [5] 4377/18 4439/24 4450/21 4453/3 4466/16
upset [3] 4445/18 4476/21 4483/25
upstairs [1] 4394/20
Upstate [2] 4445/16 4446/3
urge [1] 4376/23
us [9] 4375/6 4375/16 4400/1 4400/13 4403/10 4403/15 4437/15 4452/5 4477/20
usdoj.gov [2] 4372/18 4372/19
use [41] 4379/7 4381/12 4382/22 4382/24 4382/25 4385/7 4385/12 4385/15 4393/8 4393/12 4394/1 4396/11 4396/13 4396/16 4397/2 4398/16 4398/22 4398/23 4399/1 4402/21 4408/2 4408/14 4413/11 4413/11 4416/16 4423/14 4423/14 4424/4 4424/18 4424/22 4426/12 4426/14 4430/1 4430/4 4459/5 4478/7 4490/14 4491/6 4491/15 4491/18 4491/22
used [16] 4382/5 4382/25 4395/20 4399/1 4400/17 4405/13 4409/25 4414/9 4415/9 4422/8 4424/20 4439/2 4459/22 4464/21 4464/23 4468/7
user [1] 4417/20
using [16] 4380/10 4383/18 4387/3 4387/8 4405/15 4415/22 4417/2 4422/13 4422/14 4425/21 4439/4 4451/6 4464/24 4465/17 4490/23 4492/12

**V**
Vallejo [60] 4373/19 4374/6 4374/14 4380/16 4381/17 4381/19 4383/15 4385/5 4386/18

4389/11 4389/17 4393/2 4393/23 4394/3 4394/5 4394/12 4394/13 4394/20 4394/25 4396/20 4396/23 4396/24 4397/2 4397/15 4398/3 4398/4 4400/21 4401/22 4407/9 4407/19 4407/24 4408/6 4408/12 4408/17 4409/6 4409/16 4414/8 4414/20 4414/23 4416/5 4417/6 4417/9 4417/16 4418/8 4418/16 4418/17 4418/20 4418/23 4419/1 4419/8 4419/8 4419/10 4419/12 4419/20 4420/9 4425/14 4428/2 4430/14
Vallejo's [2] 4397/25 4415/12
value [1] 4453/25
various [5] 4435/22 4436/14 4436/14 4447/18 4462/19
vast [2] 4437/22 4437/22
vehicle [1] 4380/9
verdict [5] 4375/8 4376/19 4424/24 4430/9 4432/4
verdicts [1] 4479/17
version [2] 4385/14 4444/12
versus [2] 4374/4 4432/1
very [13] 4377/12 4407/14 4414/9 4425/12 4430/17 4430/20 4433/2 4433/2 4450/17 4477/6 4479/16 4479/19 4491/5
very much [1] 4430/17
Vetted [1] 4438/21
Vice [2] 4399/9 4426/6
Vice President [1] 4426/6
Vice President Pence [1] 4399/9
video [91] 4388/6 4394/12 4395/25 4396/3 4396/5 4396/12 4399/12 4401/1 4401/23 4402/6 4407/5 4409/5 4409/24 4410/8 4411/5 4411/8 4411/16 4411/23 4423/4 4432/25 4433/1 4433/3 4433/6 4433/10 4433/11 4433/12 4433/13 4433/24 4434/15 4434/18

4445/25 4445/25 4447/7 4459/11 4459/13 4459/14 4459/17 4459/19 4460/3 4468/12 4468/19 4469/2 4469/5 4469/6 4469/10 4470/7 4470/23 4471/9 4471/13 4472/8 4472/10 4472/19 4473/3 4473/14 4474/12 4474/14 4475/17 4475/19 4475/20 4476/2 4476/15 4476/23 4477/13 4480/5 4480/14 4480/19 4480/23 4481/6 4481/11 4481/16 4482/6 4482/15 4482/16 4482/20 4483/6 4483/15 4484/5 4484/16 4484/20 4485/1 4485/7 4485/15 4485/20 4486/2 4486/18 4486/19 4486/21 4491/12 4491/13 4419/3 4436/12 4436/23 4446/11 4447/5 4447/6 4447/9 4447/25 4451/15 4462/16 4462/18 4475/15
view [1] 4431/17
vigilantism [1] 4477/19
vindicate [1] 4495/9
violated [2] 4424/25 4425/2
violating [1] 4423/16
violence [13] 4390/5 4396/1 4397/11 4402/8 4402/20 4402/21 4405/6 4406/20 4412/6 4415/1 4430/1 4475/7 4484/1
violent [1] 4385/19
violently [1] 4380/2
Virginia [3] 4393/11 4393/13 4417/16
virtual [2] 4387/3 4450/23
vision [1] 4393/11
vote [11] 4380/20 4383/12 4388/21 4405/10 4405/19 4406/4 4406/6 4406/7 4407/25 4425/8 4425/15
VPNs [3] 4380/11 4415/22 4450/23
vs [1] 4372/5

**W**
wait [1] 4416/4
waited [1] 4467/10
Walden [10] 4457/23

4482/3 4482/4 4482/8 4482/10 4489/23
walk [14] 4386/10 4390/22 4394/22 4456/17 4457/1 4458/24 4458/25 4460/22 4461/19 4461/21 4467/19 4468/1 4481/15 4488/16
walked [7] 4394/5 4456/20 4456/22 4456/25 4458/2 4459/6 4475/9
walking [4] 4393/15 4456/16 4460/2 4474/17
walks [1] 4458/18
wall [1] 4451/17
want [31] 4376/4 4381/3 4381/23 4382/16 4390/7 4432/12 4434/1 4436/6 4436/19 4436/20 4436/20 4439/8 4439/22 4445/9 4447/4 4448/8 4451/9 4454/19 4464/5 4464/9 4469/14 4469/15 4469/20 4474/7 4475/14 4475/16 4477/23 4483/21 4493/19 4495/8 4495/8
wanted [19] 4377/25 4388/7 4390/21 4410/18 4413/17 4413/22 4414/10 4415/2 4420/1 4437/25 4439/21 4439/22 4445/10 4458/14 4462/17 4489/11 4489/11 4494/2 4494/18
wanting [1] 4443/5
wants [5] 4376/22 4435/5 4435/24 4443/13 4451/4
war [18] 4380/19 4385/21 4388/18 4389/3 4389/4 4389/7 4401/5 4404/7 4408/1 4408/10 4419/2 4419/14 4419/15 4425/15 4468/6 4468/8 4471/20 4471/21
warfare [2] 4391/3 4391/8
warn [1] 4387/16
warrior [1] 4389/7
wartime [1] 4403/2
was [257]
was at [1] 4463/24
Washington [6] 4372/5 4372/17 4373/21 4380/9 4395/13 4453/3
wasn't [12] 4387/14

wasn't... [11] 4390/19
4390/24 4392/5 4392/8
4412/25 4415/24
4457/14 4463/24
4468/8 4489/1 4494/9
watch [12] 4394/12
4394/20 4413/2 4467/2
4472/1 4481/8 4481/8
4481/12 4482/4
4483/22 4484/2 4486/3
watching [1] 4473/11
waterways [2] 4416/16
4417/10
Watkins [4] 4399/23
4400/9 4403/6 4403/8
Watkins' [1] 4408/2
way [38] 4393/23
4396/2 4403/12
4404/15 4407/3 4411/1
4412/11 4412/23
4417/1 4421/11
4427/21 4436/1 4437/9
4437/13 4437/20
4437/23 4439/9
4441/12 4444/22
4445/12 4446/8 4450/8
4452/2 4454/22
4460/14 4461/1
4462/11 4466/24
4470/6 4478/3 4478/15
4478/17 4482/12
4484/11 4488/11
4488/12 4491/15
4495/12
way there [1] 4488/11
ways [5] 4383/6
4384/14 4423/22
4428/9 4438/2
we [104] 4374/20
4374/20 4375/13
4375/13 4375/22
4375/24 4376/4 4376/5
4377/2 4378/3 4378/18
4379/25 4382/18
4386/10 4386/11
4388/12 4389/14
4390/22 4391/23
4393/4 4393/4 4393/5
4393/6 4396/3 4396/14
4397/9 4399/14 4402/5
4403/11 4403/15
4403/22 4403/23
4404/4 4406/3 4407/9
4408/15 4411/18
4412/8 4414/13 4415/3
4415/4 4415/6 4415/7
4418/9 4418/20 4419/1
4420/2 4420/12
4420/13 4420/21
4421/16 4424/1 4426/9
4430/7 4430/19
4431/12 4432/23
4432/25 4432/25
4433/5 4433/18
4436/11 4436/12
4437/5 4437/9 4437/20
4438/12 4439/10

4440/23 4442/19
4444/5 4446/17 4451/8
4451/23 4453/18
4454/23 4454/24
4457/13 4459/5 4460/1
4460/9 4460/9 4461/2
4461/8 4461/23
4461/24 4463/15
4464/22 4466/15
4468/3 4469/24
4470/20 4472/23
4475/12 4480/3
4482/18 4489/7 4490/7
4495/20 4495/20
4496/1 4496/4
we believe [1] 4376/5
we will [6] 4375/22
4375/24 4386/11
4415/3 4430/19
4436/11
we'll [31] 4376/23
4402/11 4415/4
4415/12 4434/16
4434/24 4436/3
4436/18 4436/23
4437/17 4438/6
4446/10 4455/4
4455/10 4457/24
4459/10 4459/13
4460/16 4461/2 4461/9
4464/15 4468/1 4470/2
4470/3 4475/13
4479/15 4495/20
4495/22 4495/25
4496/3 4496/4
we're [30] 4375/14
4379/18 4381/6 4400/3
4405/9 4405/10 4406/7
4419/22 4433/18
4433/21 4434/13
4436/5 4441/9 4445/21
4445/24 4446/13
4458/16 4463/20
4470/25 4472/16
4472/23 4474/11
4477/5 4477/5 4477/8
4479/8 4479/12
4482/18 4486/13
4487/23
we've [3] 4423/13
4451/23 4475/12
weak [1] 4418/17
weaknesses [1]
4431/24
weapons [8] 4379/10
4380/17 4383/6 4395/7
4398/17 4399/4
4417/14 4428/3
wearing [3] 4406/14
4434/6 4477/10
wears [1] 4408/16
website [1] 4385/24
week [1] 4384/21
weeks [2] 4399/19
4451/23
WEINBERG [6]
4373/11 4373/14

4395/4 4444/17
welcome [1] 4378/12
well [31] 4375/1
4375/5 4377/15 4385/6
4387/23 4391/21
4400/1 4437/5 4438/12
4442/6 4442/20
4448/24 4450/17
4451/11 4459/3 4463/2
4465/2 4465/21
4465/25 4467/13
4468/25 4470/19
4473/21 4476/18
4477/8 4489/9 4489/14
4491/14 4491/14
4491/16 4492/12
went [40] 4391/13
4399/1 4405/9 4406/3
4406/6 4417/22 4437/5
4437/7 4437/7 4437/11
4437/20 4438/12
4443/25 4447/18
4453/5 4453/13
4455/11 4455/21
4456/17 4457/9
4457/21 4458/3 4458/9
4460/6 4461/24 4462/2
4462/2 4462/3 4462/4
4462/11 4467/10
4467/11 4467/13
4475/11 4477/7 4489/3
4489/22 4494/1 4494/6
4495/4
were [100] 4377/18
4379/1 4383/14
4384/10 4386/16
4389/7 4391/9 4391/25
4392/24 4392/25
4393/8 4394/2 4394/2
4401/6 4401/12
4401/15 4401/17
4402/17 4402/18
4403/15 4405/1
4405/15 4405/23
4406/21 4409/20
4410/6 4410/6 4410/14
4410/19 4412/17
4413/6 4413/10 4416/7
4416/7 4416/15
4416/15 4416/18
4417/11 4418/17
4420/11 4420/16
4422/7 4422/7 4423/6
4424/18 4424/22
4427/4 4429/2 4429/6
4429/20 4436/1 4437/4
4437/6 4438/11
4441/14 4441/15
4441/23 4446/12
4446/20 4446/22
4449/3 4450/4 4450/6
4451/8 4452/23 4456/2
4456/3 4456/4 4456/23
4457/2 4457/3 4457/5
4457/6 4458/7 4458/9
4458/11 4458/12

4463/12 4465/7
4465/12 4466/2 4466/4
4466/16 4467/18
4468/3 4476/20
4478/24 4478/25
4479/1 4479/7 4486/21
4487/6 4488/1 4490/11
4492/11
were at [1] 4467/18
weren't [5] 4416/8
4416/13 4429/20
4447/2 4492/12
west [3] 4460/4
4474/16 4475/10
what [157]
what's [12] 4393/16
4394/18 4450/18
4450/25 4470/9
4470/16 4470/21
4475/17 4475/22
4483/3 4489/10
4489/12
whatever [9] 4379/8
4424/22 4439/8 4458/8
4458/11 4466/7 4478/6
4489/19 4490/24
whatnot [1] 4419/7
when [68] 4380/23
4383/13 4387/7
4388/23 4391/17
4391/17 4394/5
4394/13 4396/24
4399/8 4400/19 4401/7
4401/15 4404/1
4405/12 4405/22
4406/11 4407/19
4409/3 4409/16
4410/12 4412/18
4412/23 4413/19
4415/22 4416/3
4416/19 4418/8
4419/12 4424/15
4431/12 4434/11
4435/19 4437/5 4437/6
4440/24 4442/1 4442/4
4442/6 4442/25 4443/3
4444/6 4445/5 4445/18
4446/8 4447/25
4450/10 4450/11
4451/21 4456/19
4463/21 4464/22
4465/4 4466/20 4467/1
4467/9 4467/15
4468/23 4477/23
4480/1 4480/15
4481/25 4484/17
4486/14 4487/25
4489/15 4489/22
4493/23
whenever [1] 4458/13
where [59] 4377/6
4377/11 4383/9
4385/16 4390/10
4390/12 4391/12
4395/1 4396/22
4397/23 4399/15
4405/15 4407/14

4411/2 4411/11
4413/23 4420/22
4425/12 4431/16
4433/21 4435/4
4436/16 4436/17
4447/12 4452/5
4453/21 4454/12
4455/2 4457/6 4460/2
4460/14 4462/9
4463/10 4463/12
4466/16 4466/19
4467/15 4468/8 4470/3
4471/2 4472/13
4472/21 4472/22
4472/22 4472/24
4472/25 4474/20
4474/23 4478/1 4478/2
4479/10 4480/9
4480/16 4493/3 4495/4
4495/14 4496/3
wherever [1] 4436/1
whether [7] 4374/23
4393/5 4432/18
4441/14 4441/15
4459/24 4472/6
whew [1] 4488/1
which [31] 4375/5
4375/8 4375/17 4384/8
4419/18 4426/20
4433/22 4435/5
4436/13 4436/15
4439/14 4440/20
4443/23 4443/24
4446/1 4449/19
4450/24 4451/7
4455/10 4456/23
4459/15 4463/9
4463/18 4464/7
4466/17 4467/15
4468/7 4473/25
4474/18 4477/10
4487/1
while [4] 4383/24
4390/2 4418/25
4447/14
Whiteville [1] 4427/20
who [46] 4380/7
4381/14 4381/20
4390/14 4391/2
4391/21 4396/21
4397/18 4397/20
4397/20 4398/10
4402/18 4406/21
4410/23 4411/3
4412/17 4413/5 4414/6
4416/5 4416/6 4416/18
4418/15 4422/8
4422/20 4429/6
4429/25 4439/19
4441/7 4446/21 4451/9
4451/25 4452/22
4455/19 4459/20
4461/5 4465/7 4465/9
4465/15 4466/15
4476/20 4481/4 4482/5
4487/4 4487/19 4489/3
4489/23

**who's [9]**  4391/18
4400/1 4400/2 4402/3
4461/15 4464/20
4471/5 4476/18
4481/13
**whoever [4]**  4406/5
4451/13 4459/16
4473/11
**whole [9]**  4417/15
4426/8 4444/19
4444/23 4458/5
4459/23 4463/4 4476/2
4477/9
**whomever [1]**  4408/24
**why [28]**  4379/18
4379/19 4386/1 4390/8
4392/24 4393/14
4398/5 4399/15
4399/16 4401/13
4401/14 4405/24
4409/18 4411/14
4413/6 4413/18 4418/2
4419/9 4421/2 4423/5
4426/17 4432/8 4445/5
4449/16 4449/17
4464/4 4484/8 4484/11
**Wickham [1]**  4425/9
**wife [1]**  4458/10
**wife's [1]**  4406/1
**wild [1]**  4447/12
**wildfire [1]**  4400/12
**will [25]**  4375/21
4375/22 4375/24
4378/15 4380/21
4380/23 4381/2 4386/9
4386/11 4396/16
4397/18 4412/13
4412/21 4414/25
4415/3 4416/11
4424/24 4429/25
4430/19 4432/13
4436/11 4437/15
4452/3 4487/17
4487/22
**Willard [19]**  4456/12
4456/23 4456/24
4457/5 4457/6 4457/17
4457/19 4458/25
4461/21 4461/21
4463/22 4463/24
4466/5 4466/22 4467/9
4467/11 4467/11
4467/13 4467/17
**Willard Hotel [1]**
4466/22
**William [5]**  4373/2
4373/3 4374/10 4497/2
4497/8
**William Shipley [1]**
4374/10
**willing [1]**  4424/18
**Willow [4]**  4387/5
4387/21 4422/16
4422/17
**winding [1]**  4477/5
**wipe [1]**  4422/1
**Wiping [1]**  4420/25

**wished [2]**  4420/23
4446/7
**wishes [1]**  4374/21
**within [2]**  4424/8
4427/2
**without [2]**  4429/24
4438/18
**witness [7]**  4443/4
4449/24 4452/19
4466/13 4487/4
4487/18 4487/19
**witness. [1]**  4433/3
**witness. I [1]**  4433/3
**witnesses [3]**  4432/7
4437/21 4450/20
**witnessing [1]**  4468/15
**woefully [1]**  4495/14
**woke [2]**  4399/3
4418/9
**women [3]**  4385/20
4418/15 4425/11
**won't [3]**  4381/2
4434/12 4496/1
**word [11]**  4395/22
4401/25 4408/20
4410/9 4414/9 4416/17
4421/14 4452/9
4459/11 4459/16
4459/17
**words [30]**  4380/5
4381/15 4386/19
4389/2 4390/3 4390/20
4390/22 4392/15
4398/1 4398/8 4400/2
4402/23 4404/24
4405/11 4407/23
4408/3 4408/16
4409/23 4409/25
4410/7 4410/12 4411/4
4424/5 4429/20 4439/2
4450/20 4450/20
4450/22 4491/25
4495/1
**work [9]**  4396/19
4407/16 4432/5 4437/9
4437/13 4452/10
4455/3 4460/16
4495/12
**works [1]**  4452/2
**World [1]**  4416/4
**worried [1]**  4390/25
**worry [1]**  4439/10
**worse [1]**  4439/12
**worst [3]**  4390/11
4439/9 4446/6
**would [22]**  4374/19
4375/18 4389/23
4389/23 4389/25
4390/22 4391/12
4398/7 4399/21 4402/4
4402/5 4406/14
4406/15 4407/25
4411/17 4429/18
4438/11 4440/7 4445/2
4462/8 4462/19
4473/21
**wouldn't [5]**  4409/9
4453/12 4457/16

**wished [2]**  4457/20
**Wow [1]**  4390/6
**write [2]**  4381/4 4402/5
**writing [4]**  4391/24
4391/25 4440/5
4440/11
**written [2]**  4385/25
4443/12
**wrong [6]**  4390/10
4390/11 4404/21
4454/19 4458/22
4466/24
**wrote [1]**  4386/9

**Y**

**yeah [13]**  4378/5
4440/2 4449/1 4453/22
4454/2 4465/9 4469/4
4472/16 4474/6 4474/8
4481/14 4488/4
4489/11
**years [5]**  4378/21
4404/20 4407/10
4439/6 4469/5
**yell [2]**  4461/1 4478/18
**yelled [2]**  4403/9
4410/16
**yelling [6]**  4460/15
4475/13 4477/24
4478/9 4478/11
4478/13
**yells [1]**  4412/1
**yes [10]**  4375/15
4377/16 4384/15
4443/20 4488/21
4489/4 4489/25 4490/9
4493/6 4493/8
**yet [2]**  4415/25
4416/13
**York [12]**  4379/24
4445/16 4446/3
4446/18 4446/20
4448/18 4448/24
4449/2 4449/2 4449/4
4449/6 4476/8
**you [388]**
**you'd [1]**  4374/25
**you'll [8]**  4380/24
4428/22 4450/11
4455/1 4460/3 4468/1
4479/24 4486/9
**you're [20]**  4413/18
4416/3 4439/1 4440/24
4442/17 4445/6 4446/9
4453/25 4456/12
4456/15 4460/19
4460/23 4460/24
4460/25 4469/9 4478/7
4478/9 4478/12 4479/3
4488/3
**you've [11]**  4381/7
4412/4 4434/10
4445/14 4447/7 4447/8
4447/21 4460/10
4474/11 4494/17
4495/11
**young [1]**  4418/14
**your [44]**  4375/20

4378/13 4382/18
4384/14 4384/22
4386/9 4391/10
4404/10 4405/22
4412/4 4413/21 4416/3
4416/9 4421/12
4421/14 4429/19
4431/9 4433/10 4434/1
4435/12 4436/19
4440/25 4441/1 4441/2
4441/3 4441/20
4458/21 4468/24
4476/3 4478/17 4479/4
4479/24 4483/9
4483/22 4489/5 4489/5
4490/6 4491/8 4494/13
4495/15 4495/19
**your common [1]**
4412/4
**Your Honor [6]**
4375/20 4378/1 4378/3
4416/9 4431/9 4494/13
**yourself [2]**  4438/5
4472/1

**Z**

**Zaremba [2]**  4497/2
4497/8
**Zello [4]**  4399/24
4400/10 4408/3
4447/24
**zero [2]**  4422/25
4423/1