<pre>
 1                UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
 2
     UNITED STATES OF AMERICA,      ) Criminal Action
 3                                  ) No. 1:22-cr-00015-APM
                      Plaintiff,    )
 4                                  ) **Jury Trial - Day 22**
     vs.                            ) (afternoon session)
 5                                  )
     ROBERTO A. MINUTA, et al.      ) Washington, D.C.
 6                                  ) **January 18, 2023**
                      Defendants.   ) Time:  2:00 p.m.
 7   _____

 8          Transcript of **Jury Trial - Day 22**
                      Held Before
 9         The Honorable Amit P. Mehta
            United States District Judge
10   _____

11              A P P E A R A N C E S

12   For the Government:       **Kathryn L. Rakoczy**
                               **Troy A. Edwards, Jr.**
13                             **Jeffrey S. Nestler**
                               UNITED STATES ATTORNEY'S OFFICE
14                             FOR THE DISTRICT OF COLUMBIA
                               601 D Street, Northwest
15                             Washington, D.C. 20579

16                             **Alexandra S. Hughes**
                               **Louis J. Manzo**
17                             U.S. DEPARTMENT OF JUSTICE
                               950 Pennsylvania Avenue, Northwest
18                             Washington, D.C. 20530

19   For the Defendant Roberto A. Minuta:
                               **William Lee Shipley, Jr.**
20                             LAW OFFICES OF WILLIAM L. SHIPLEY
                               P.O. Box 745
21                             Kailua, Hawaii 96734

22   For the Defendant Joseph Hackett:
                               **Angela Halim**
23                             3580 Indian Queen Lane
                               Philadelphia, Pennsylvania 19129
24


25
</pre>

```
 1              A P P E A R A N C E S, continued

 2    For the Defendant David Moerschel:
                        Connor R. Martin
 3                      BROWN, SUAREZ, RIOS & WEINBERG
                        1532 Jackson Street
 4                      Fort Myers, Florida 33901

 5                      Scott Weinberg
                        BROWN, SUAREZ, RIOS & WEINBERG
 6                      265 East Marion Avenue, Suite 114
                        Punta Gorda, Florida 33950

 7
      For the Defendant Edward Vallejo:
 8                      Matthew J. Peed
                        CLINTON & PEED
 9                      1775 Eye Street, Northwest, Suite 1150
                        Washington, D.C. 20006

10    _____

11    Stenographic Official Court Reporter:
                        Nancy J. Meyer
12                      Registered Diplomate Reporter
                        Certified Realtime Reporter
13                      333 Constitution Avenue, Northwest
                        Washington, D.C. 20001
14                      202-354-3118

15

16

17

18

19

20

21

22

23

24

25
```

1
## I N D E X

2                                                                      PAGE:

3       **Closing Statements:**

4          Ms. Halim....................................... 4531
           Mr. Weinberg.................................... 4552
5          Mr. Peed........................................ 4586

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    P R O C E E D I N G S

2             (REPORTER'S NOTE:  The morning session of the jury

3    trial was reported by William P. Zaremba, who prepared said

4    transcript.)

5             THE COURTROOM DEPUTY:  Jury panel.

6             (Proceedings held in the presence of the jury.)

7             THE COURT:  All right.  Have a seat back, everybody.

8        Welcome back, ladies and gentlemen.

9        All right.  We are ready to continue with our closings.

10        Ms. Halim, on behalf of Mr. Hackett, the floor is yours.

11             MS. HALIM:  Yes, Your Honor.  Thank you.

12        Good afternoon.

13        "I didn't know the 6th was going to be the 6th."  That's

14    what Brian Ulrich said.  I told you during my opening statement

15    that it was going to be necessary to travel back in time before

16    January 6th became an event to memorialize because all those

17    messages, all that bombastic and sometimes offensive sentiment

18    from October and November and December and early January was

19    not about using force on January 6th.

20        I told you that the government hoped that you would read

21    and hear all of those words with the events of the day in your

22    mind.  The government tried desperately, not to mention

23    repeatedly, to draw a line between Signal messages, text

24    messages, Facebook messages, GoToMeetings, and the attack on

25    the Capitol.  But there is none.  There's no line.  There's no

1    connection, no link, no evidence that the words on the screens

2    were connected to the events on January 6th, and there

3    certainly is no evidence that the messages are proof of a plan

4    to disrupt the certification or to interfere with the transfer

5    of presidential power by force.

6         Here are just a few ways we know that the messages are

7    not evidence of any conspiracy, any plan to use force.

8    Remember there's a handful of messages in the OK FL Hangout

9    chat group and the FL DC Jan 6 OP group about scheduling and

10   traveling and being home by Thursday so people can get back to

11   work?  Common sense tells you the people don't plan to use

12   force against the government on Wednesday and then show back up

13   for work on Thursday.

14        Mike Adams, who was an Oath Keeper, who was in more chat

15   rooms than Mr. Hackett was, he called it water cooler talk.  He

16   called it bravado.  He called it banter.  Now, he said it

17   wasn't his thing, and yet he still characterizes it as water

18   cooler talk.  He told you that he didn't see any discussions

19   regarding a plan to use force or violence in D.C.  He told you

20   if -- that if he had seen anything illegal or unlawful in those

21   messages, he would have alerted law enforcement.  Adams told

22   you that the language and the rhetoric that he read from

23   Stewart Rhodes, that he heard from Stewart Rhodes, that

24   mirrored the language and the rhetoric that he heard in the

25   national media.

1      And Brian Ulrich, he participated in some of those

2   message groups.  He read some of those messages.  He authored

3   some of the messages.  He traveled with others to D.C.  And he

4   didn't know the 6th was going to be the 6th.

5      The government's entire case played out like a heavily

6   edited reality show, relying on repetition.  So much

7   repetition.  The splicing of a message from here, a photo or a

8   video from there.  Putting them together to create the

9   impression of some sort of temporal relationship, of any

10  relationship whatsoever.  Their investigation wasn't a search

11  for truth or a quest for justice.  It was a plucking of

12  selected words, messages taken out of context, shown alongside

13  unrelated videos and photos designed for splashy headlines.

14  Like most reality shows, their production wasn't based on an

15  honest and objective rendering of all available facts and

16  evidence.

17     The government had hundreds of thousands of messages,

18  and they showed you the smallest fraction of them, picking only

19  those few that fit their story.  The government had this

20  headline-producing theory that the Oath Keepers were in D.C.

21  because they planned an attack on democracy.

22     And yet what followed was a curiously limited

23  investigation.  It seems to me that really all they did was

24  collect a bunch of messages.  They reviewed some number of

25  them, not looking to see where it objectively led them, but to

1    grab bits and pieces here and there that fit their narrative.

2    And even then, it was like they had blinders on, ignoring what

3    didn't fit their story.

4        Folks, we saw that play out in live court on

5    January 10th, not too long ago.

6        Justin, could we please pull up 46- -- 4761.

7        Brian Ulrich was on the stand.  Ms. Hughes was

8    conducting his direct examination, and she was going through

9    selected messages from a chat group that Mr. Ulrich was

10   involved with.  There on the left, that's the message that was

11   up on the screen.  There on the right, that's what she read.  I

12   noticed, like, she just left out the words "with security."

13   With security.  Asked for assistance with security because

14   that's the defense.  That's the defense; that the Oath Keepers

15   were there on the 6th to provide security and that they went to

16   all of the other events that you heard about with the QRF for

17   emergency response, if needed, and to provide security details.

18       It was like the words didn't even exist in her mind.

19   Blinders.  I was all in a hubbub.  You probably saw me, and

20   then I was looking.  And I objected because what was on the

21   screen that the government showed you didn't match the slide

22   that I had.  And so, went back.  We looked.  Turns out, for

23   reasons I can't begin to explain, the government decided to

24   take that message and just whack part of it off.

25       Justin, if we can advance forward, please.

1          This is the whole message.  Now, look.  This isn't a

2     chat group.

3          And you can advance to the next slide, too, please.

4          That's -- that's the whole message.  It's not about

5     January 6th, because this is about the Jericho March in

6     December.  This isn't a chat group that Mr. Hackett was a part

7     of.  But my point here is that not only do we have some heavy

8     editing in terms of the compilation of these exhibits, the

9     picking and plucking of just individual select messages,

10    they're even playing fast and loose with the actual messages

11    themselves, just deciding where they want to cut them off, what

12    they want to show you.

13         That's one that I caught.  And I shudder to think about

14    all the ones I might have missed.

15         We can take that down now.

16         I'm going to talk a little bit now about the

17    government's law enforcement witnesses.  These agents are

18    cultural outsiders with little to no relevant work experience,

19    hyperscrutinizing people they didn't bother to get to know.

20         I say this with all due respect, but the agents that you

21    heard from do not have an impressive array of experience, both

22    in years on the job and relevant subject matter expertise.

23    Most of the agents that we heard from, they have backgrounds in

24    financial frauds, accounting frauds, white collar

25    investigations.  They don't have knowledge about the

1    Oath Keepers specifically or other similar groups generally.

2         Agent Hilgeman was assigned to the QRF aspect of the

3    investigation.  The QRF, that's what her assignment was.  She

4    had to Google what an upper is.  She doesn't know firearms.

5    She doesn't understand ammunition and shooting ranges.  How

6    many times did we hear from that stand an agent say "I don't

7    know."  "No, I'm not aware of that."  "Oh, I can only read the

8    words."  "Couldn't possibly tell you what that means."

9         When asked on cross-examination, "I didn't look for

10   that"; that was both Agent Cain and Agent Cody.  "Oh, I only

11   focused on the exhibits I used in my testimony"; that was Agent

12   Harris.  Remember when Mr. Shipley -- he did a

13   cross-examination of Agent Hilgeman, and he asked her about an

14   incident where a marshal shot someone that was suspected to be

15   associated with Antifa.  And she said, "Oh, I think I heard

16   about that, but I didn't look into it," despite the fact that

17   these messages that she should have reviewed are replete with

18   references to Antifa.

19        Again, I say this with all due respect, but it seems to

20   me that all the agents really did was memorize a bunch of

21   messages that a prosecutorial team spoon-fed to them.

22        The agents come from a different world than Joseph

23   Hackett.  When law enforcement from a different world peers

24   into, focuses down on, and scrutinizes people from cultures

25   they do not understand and did not bother to learn, they get

 1    things wrong.  They take things out of context and they

 2    overreact.  They take perfectly legal conduct and they present

 3    it through this filter of suspicion.

 4         Combat arts training program.  Let's talk about that.

 5    The government spent 30 minutes with Agent Harris showing

 6    videos and photos of firearms training that Mr. Hackett and

 7    some others took in September, well before the election.  Long

 8    before there were any winners or losers.  It was firearms

 9    training.  The Ares Training Facility is one of many shooting

10    ranges in Florida, and the instructor runs a business called

11    Combat Arts [sic] Training that he is permitted to run where

12    people sign up, pay him money; members of the public come and

13    they get firearms training.  They weren't training to use force

14    against the government.  It was firearms training.  Perfectly

15    legal conduct presented through a filter of suspicion.

16         Let's take a look at Exhibit 6776, please, Justin.

17         This is a message from September 28, again, well before

18    the election, before there's any winners or losers.

19    Mr. Hackett posts a video.  This is the Jim Caviezel video,

20    which I learned through this case.  He's an actor.  I'll admit,

21    I didn't know that before.  And it's a -- it's about a

22    five-minute clip.  I insisted on playing the whole thing for

23    you.

24         You know, I found it to be a bit nonsensical.  He was

25    maybe ranting and raving.  He talks about crisis in America.

1    He talks about -- he references a Ronald Reagan speech from

2    back in the day.  My point in showing you that is that this was

3    a video -- this was the kind of speech that was endorsed by and

4    aired on major television network programs.

5         And then if we'll get to the next message, please.

6         The government jumps straight to this.  Now, in

7    actuality, this message doesn't follow the last, and you can

8    see it's the next day.  And it also -- if you looked at the

9    numbers, there are several hundred other messages in between

10    that first one and the next one.

11         And let's advance forward one more.

12         This is what they showed you, that Mr. Hackett said.

13    This is all they showed you from this exhibit compilation.  I

14    had to ask and confront Agent Harris on cross-examination.

15    They were watching a presidential debate between Joe Biden and

16    Donald Trump, and they were trash-talking.  They didn't show

17    you that context.

18         You can take that down.

19         In Exhibit 9514, there's a message that Mr. Hackett

20    authors on December 22nd, I think it is.  Now, the government

21    showed you this message more than once.  It wasn't in

22    Mr. Manzo's presentation; so I can only assume that when the

23    government does its rebuttal, they're saving it for then.

24    Mr. Hackett says something to the effect of do it already or --

25    and I quote, we're fucking ready.  That's what he says.

4539

1          Now, when you look at that message, when you have a

2     chance to go through it all and you see the messages that

3     directly precede it, someone posts a video of a Trump press

4     conference where he is disappointed or disagrees with

5     Congress's proposed pandemic relief package, and then someone

6     replies to that posting.  I don't remember who it was.  Someone

7     replies and says, "Oh, he didn't have to drop the insurrection

8     line.  Brilliant."

9          And then Mr. Hackett says, "Do it already.  We're

10    fucking ready."

11         It wasn't about the 6th.  It was, like Mike Adams said,

12    banter, bravado, water cooler talk.

13         And then the secrecy business.  There was a lot of talk

14    about secrecy and protecting identities, but it was not to

15    conceal identity or hide from the federal government or any law

16    enforcement because they were doing something wrong.  It's

17    because they were paranoid.  You heard Mike Adams say that

18    there was a lot of concern, a lot of talk, a lot of chatter

19    about doxxing.  There was concern and worry that people who

20    wished their group or the members of their group ill would get

21    ahold of their personal information.  There was worry that

22    people would infiltrate their message groups.

23         And, look, some of the things they did with the cursive

24    writing and the show up here and take an orange soda or

25    whatever it was, it's beyond goofy.  These guys are conspiracy

1    theorists, not conspirators.  Having a VPN; the government

2    suggests to you that that's nefarious.  Mike Adams told you he,

3    too, has a VPN, not one but two because he uses one for work

4    and he uses one for his personal use.  Perfectly legal conduct

5    presented through a filter of suspicion.

6        I'd like to move next to the government's

7    nonlaw-enforcement witnesses.  The government presented to you

8    only four people who had any connection to or personal

9    information about the Oath Keepers or the individuals in the

10   Oath Keepers.  Just four.  It was Mike Adams, Caleb Berry,

11   Brian Ulrich, and Joseph Herrington.  I'm going to focus on

12   Caleb Berry.

13       Where to begin with Mr. Berry?  He admitted that he

14   intentionally lied to the FBI.  He told us on the stand that he

15   didn't join the Oath Keepers for protection, but I knew that he

16   had written this handwritten statement where it says he did

17   join for protection because he was scared of violence, and he

18   wanted somebody to have his back.  And so I showed him that,

19   and he said, "Oh, I purposely lied to the FBI."

20       And I said, "Okay.  Well, is this one of those parts

21   that was correct or incorrect?"

22       He said, "Oh, no, that's correct," thus further

23   contradicting himself.

24       With regard to factory resetting his phone on the drive

25   back to Florida, he told you one thing under oath in that

1    witness stand.  He said a different thing under oath before the

2    grand jury.  Caleb Berry's a child.  He was 19 years old on

3    January 6th.  He's a big talker who was scared and confused,

4    and he jumped at the opportunity to be the government's star

5    witness.

6         Caleb Berry is just wrong.  But Kelly Meggs said we're

7    going to stop the -- and I quote -- vote count, which is a

8    phrase that appears nowhere except as a figment of

9    Caleb Berry's imagination.  There was a point on the walk from

10   the Ellipse to the Capitol where ten or more Oath Keepers

11   circled around, and they paused for a moment before continuing

12   forward.

13        Now, Caleb Berry tells us that at that moment,

14   Kelly Meggs, their leader, as they acknowledged him, told them

15   three things.  One, they're going to go meet two of their

16   members they got separated from.  Two, officers are down.  And

17   three, we're going to stop the vote count.

18        Now, going to meet two of their members that were

19   already there, that makes sense.  That's exactly what they did.

20   They walked up the stairs, and they stopped as soon as they met

21   up with Kenny Harrelson and Jason Dolan, who were already at

22   the top of the stairs.  Officers down, that makes sense.  We've

23   heard evidence that the Oath Keepers -- part of what they did

24   was protect officers.  It also makes sense because we saw

25   messages and heard evidence about some people actually

1    rendering medical assistance that day.

2          But stop the vote count, that doesn't make sense.  Never

3    mind that he didn't tell that to the FBI initially, but their

4    next move was to go up the steps and stop.  They joined those

5    two members.  They stood there amongst the rest of the crowd

6    and took no additional steps.  There was chanting.  There was

7    singing.  There was protesting.  They stood there.  If those

8    doors had not been opened from the inside, you have no reason

9    to believe that they would have gone anywhere beyond the top of

10   the steps where they stopped.

11         Once inside the building, the longest that a person was

12   in there was 20 minutes.  If entering the Capitol as a group

13   was meant to, quote, stop the vote count, you would expect to

14   see more than 20 minutes on one floor of the building.

15         Now, perhaps that was the individual thinking for

16   certain people.  I'll get to the individual analysis in a bit.

17   But the notion that there was group consensus to try to stop

18   the vote count is just wrong, unsupported by the evidence, and

19   Caleb Berry's statement is uncorroborated.  Caleb Berry made it

20   up.

21         The truth is Caleb Berry doesn't remember what happened.

22   He was a scared child.  It was a chaotic day.  There was so

23   much noise, so much confusion, and he has a completely false

24   memory of how they got into the Capitol.

25         At the top of the steps, what he remembers is that the

1   whole crowd, his group included, was collectively pushing

2   together, moving forward.  The crowd was going to use his group

3   as a battering ram to bust down those doors, to barge into that

4   building.  That's what Caleb Berry remembers.

5         He remembers that that's actually what happened.  That

6   he, his group, combined with the crowd, pushed open those doors

7   inward.  We know that's not what happened.  We know that's not

8   what happened at all.

9         There were people inside the building not associated

10  with the Oath Keepers, who were pushing the doors outward

11  because that's how the doors open.  They open outward, and

12  those people inside the building not associated with the

13  Oath Keepers pushed so hard that the pole that was thread

14  between the handle snapped and the doors opened outward.

15        Caleb Berry's version is literally a figment of his

16  imagination, a false memory.  But here's the real kicker and

17  the dangerous part.  The government drafted his statement of

18  offense, the one that he swore to when he pled guilty in court

19  in July of 2021.

20        Justin, can we pull up JH 21, please.

21        They wrote that based on what Caleb Berry told them, "At

22  least some of the co-conspirators and other individuals pushed

23  against the U.S. Capitol Police officers and the east Rotunda

24  doors, eventually forcing open the doors."  They wrote that,

25  and Caleb Berry swore to it.

1     Why would the federal government, representatives of the

2     United States of America, write something that is demonstrably

3     false?  Blinders.

4     They so badly wanted testimony that would suggest that

5     there was a plan that they were willing to ignore what was

6     obviously false.  I submit to you that Caleb Berry is, at

7     worst, a liar who sought the government's approval; and, at

8     best, an unreliable narrator susceptible to suggestion.  We

9     cannot rely on Caleb Berry's word for anything.

10     The evidence does not support a finding that there was

11     any conspiracy, any agreement to disrupt the certification, to

12     prevent members of Congress from doing their jobs, to use force

13     to prevent the transfer of presidential power.  At most, the

14     evidence shows a plan to be ready to defend against violence

15     that they thought was possible from people --

16     counterprotesters, or to answer Trump's call if he did, in

17     fact, invoke this Insurrection Act that there was talk about.

18     The Oath Keepers that Joe Hackett traveled to Florida with --

19     traveled from Florida to D.C. with, they came to perform

20     security details and to be ready to render emergency aid.

21     The breach of the Capitol was a surprise to every single

22     one of the Oath Keepers that traveled to D.C. that day.  Word

23     spread before they were even at the Capitol, still back at the

24     Ellipse -- word spread; Pence betrayed us.  There was a

25     message; Pence fucked us.  Word spread; it's over.  There was

1    anger because they thought they lost.  Word spread later that

2    others had breached the Capitol.  From that moment forward,

3    what was in everyone's mind was different, individualized.

4         Joe Hackett stayed with the group that he traveled with

5    for obvious reasons.  He was in a city that he did not know on

6    a day that was very chaotic.  It was not because there was a

7    mutual understanding or a meeting of the minds about doing

8    anything unlawful.  Some people had intent to help others, and

9    did, in fact, render medical assistance.  Some, like Berry,

10   were scared and confused.  Others sounded ugly and spiteful.

11   But there was no universal mindset after the word spread that

12   the Capitol was breached.

13        At the top of the stairs before the Columbus Doors were

14   pushed open from the inside toward the outside, there was so

15   much noise, so much chaos.  And I know I keep repeating the

16   noise, but when there's that much noise and that much confusion

17   and that much chaos, it's hard to hear yourself think.  You can

18   hear from the videos the blaring of the alarms.  You can hear

19   people using megaphones.  You can hear protesting and chanting

20   and yelling and shouting and singing.  You know that when you

21   listen to those, you hear a lot of things, and you can hear a

22   lot of cacophony; but stop the vote and stop the count wasn't

23   one of them.  Mr. Hackett didn't hear Jessica Watkins on the

24   Zello communications.  He had nothing to do with that.  He

25   wasn't on the Signal chats with Rhodes and Greene and Meggs and

4546

1    some others that day.

2         When those doors opened, based on where Mr. Hackett and

3    the others in his group were standing, the weight of the crowd

4    made it impossible not to go in at that point.  You know, the

5    government makes a big to-do about line 1 suggesting that this

6    was some kind of coordinated movement; but the reality is they

7    walked single file up the steps in a line, because the steps

8    were crowded and it's the only way they could all get up the

9    steps.  Once they're at the top, they sort of disperse.  They

10   don't stay in that line.  And once those doors open, they're

11   definitely not in a line anymore because it's a bum-rush of a

12   huge crowd of people.

13        Mr. Isaacs is the first to go in by almost -- almost a

14   minute before you see Kelly Meggs come in, and then you see a

15   few others behind Kelly Meggs.  Mr. Hackett, though, appears to

16   be clinging on to the Columbus Doors; not those interior ornate

17   doors that got damaged, but the big, massive, heavy Columbus

18   Doors.  He appears to be clinging on.  Another member of his

19   group grabs him and pulls him in.  You see his hands flailing.

20   You see that he's off balance, and it takes him a few steps to

21   get -- to get upright and get his bearings.

22        Now, I didn't show you that video in slow motion to

23   suggest that he's blameless.  He was trespassing.  He was

24   trespassing when he was on the steps outside.  That was

25   trespassing.  I showed you that because that is not the body

1    language of corrupt intent.  His actions and his body language

2    inside the Capitol on that day are not the body language of

3    corrupt intent.

4         When he was inside the Capitol, there was no

5    celebrating.  There was no fist pumping.  There was no

6    confrontation.  There was no leading.  There was no

7    encouraging.

8         He didn't know which hallway led to the Speaker's suite.

9    That sign had been torn down before he had got in there.  He

10   didn't know east from west.  He didn't know where he was going.

11   He wanders around a bit.  He stands for a while.  In fact, he's

12   off-camera for several minutes; probably, like one of the

13   agents acknowledged, possibly, standing next to that statue,

14   still in the small rotunda.  Because there are thousands of

15   cameras in that building.  If he were moving around, if he were

16   making movements to go somewhere, he'd be on camera.

17        He did no damage to the doors, to the interior ornate

18   doors.  He didn't aid and abet the damage caused by others.

19   Everything about his body language and his actions that day

20   that the government has shown you shows that he intended no

21   harm.  At 2:51 he and David Moerschel walk out together before

22   anyone else in their group.

23        The government proved to you what the process is for the

24   Electoral College certification; what time it starts, the

25   carrying of the boxes, the speakers, the objections, the

1    mechanics of the process.  But they didn't prove that

2    Mr. Hackett knew the process.  They didn't prove that any

3    member that he traveled with knew the process.  Who knows what

4    the process is for the certification?  I can tell you before

5    this trial, I sure didn't.  And there's no proof that

6    Mr. Hackett knew what it was.

7         Remember what he heard.  Pence betrayed us.  It's over.

8    We lost.  It is reasonable to believe under those circumstances

9    that it was over.  The government accuses Mr. Hackett of

10   destroying evidence.  Mr. Hackett was not in any of those chat

11   groups where there were instructions to delete messages or shut

12   the -- and I quote, shut the fuck up.  On Jan 7th, what

13   Mr. Hackett does is changes his name to Faith.  I don't know

14   why.  You don't know why.  The government didn't prove why.  He

15   changes his name to Faith, but what he did not do was hunt down

16   any messages that he sent and start deleting them.

17        If we can pull up JH 30, please.

18        That's what a message looks like when you go through and

19   delete things, when you want to get rid of messages that you

20   sent.  I showed two agents this message, and I said, you have

21   no evidence, no proof, nothing like this from Mr. Hackett.  And

22   do you remember what both of them told me?  "Oh, I didn't look

23   for that."

24        Come on now.  You're an agent whose job it is to produce

25   evidence that Mr. Hackett -- to produce proof that Mr. Hackett

1    destroyed evidence with corrupt intent, and you didn't take a

2    gander to look and see if he deleted any of those messages?  I

3    promise you that if any of those existed for Mr. Hackett, not

4    only would they have shown it to you, but I bet they would have

5    shown it more than once.

6         Based on the evidence admitted through Agent Cain, at

7    some point in January, Joe's phone and iCloud account no longer

8    included the Signal backup.  The inference, the Signal

9    application wasn't on his phone anymore.  He got rid of the

10   app.  The government says the mere fact that he got rid of an

11   app means you have proof beyond a reasonable doubt that he

12   destroyed evidence with corrupt intent.  Nah.  How about he was

13   done.  Done with the Oath Keepers.  Done with Signal.  Done

14   with the messages.  He tossed any Oath Keeper papers he had

15   into that shred bag and said, "I'm done with this app."

16        Don't be misled by the photo of that shred bag next to

17   the shredder at his house because as late as May 28th, 2021, he

18   hadn't shred anything.  He was clearly behind on his shredding.

19   And so when the government went through that whole full bag,

20   they picked and plucked out, I think, maybe two papers

21   regarding Oath Keeper documents that he had not destroyed.

22   There is no proof that Mr. Hackett with corrupt intent

23   destroyed evidence so that it couldn't be used by law

24   enforcement.

25        There is so much distance between who Joseph Hackett is

```
1    as a human and what the government chose to investigate and
2    present to you.  Remember the time period that we're talking
3    about, the fall, winter of 2020.  There was so much anger.
4    There was so much fear.  So much disagreement.  The division in
5    this country feels intractable, and I desperately wish that I
6    had some ideas for how to bring about some sort of unity.  But
7    I can tell you this for certain, prosecuting Joseph Hackett for
8    seditious conspiracy is not the way to form a more perfect
9    union.  Just because someone says something over and over and
10   over again doesn't make it true.
11        Politicians crying election fraud over and over and over
12   again doesn't make it true.  Just like the government saying
13   over and over and over and over again there was a plan to use
14   force to stop the transfer of presidential power does not make
15   it true.
16        It's up to you now.  It's up to you to objectively and
17   critically examine the evidence and the lack thereof.  As you
18   deliberate and as you review the evidence, I ask you to keep
19   the following things in mind:  If it's a text, Joe didn't get
20   it.  If it's a Facebook message, Joe didn't see it.  If it's a
21   message on a chat to which he was not a member, he wasn't aware
22   of it.  Pay attention to the dates of the messages.  Pay
23   attention to those sequencing numbers at the bottom of the
24   Signal messages that show you exactly how much the government
25   skipped around and how much they left out and purposefully
```

1    chose not to show you.

2         Now, like Mr. Shipley told you, the government gets the

3    last word.  So they're going to come up here -- I suspect it's

4    going to be Mr. Nestler.  I might be wrong.  But whoever it is,

5    when they come up, and as they're giving their last words, I

6    want you to ask some questions.  Why did they so heavily edit

7    video that they showed you?  Why did you get mere seconds and

8    snippets of some videos and then it suddenly cut off?  Why did

9    they choose to cut things off there?  Ask:  Why didn't the

10   government show you video of the entirety of the time that

11   Mr. Hackett was in the Capitol Building?  If they are so

12   certain that he went searching for Pelosi's office, why didn't

13   they show you that?  There are thousands of cameras in that

14   building.

15        And remember, if you're left wanting, if you feel like

16   you haven't seen or gotten the full picture, if you have any

17   questions about any fact, that's the government's failure.

18   That's reasonable doubt.

19        I understand the desire to demand accountability.  I do.

20   It is unacceptable that Officer Jackson experienced the

21   brutality of a mob.  It is inexcusable that staff members

22   barricaded themselves in a conference room.  But Mr. Hackett

23   wasn't aware of that.  By 2:40 p.m., the proceeding had been

24   halted, people had been evacuated.  He wasn't aware of anything

25   going on on the Senate side.  He wasn't aware of escalating

4552

1    violence.  And you can see from his body language that he meant

2    no harm.

3        To the extent he bears criminal responsibility for his

4    conduct, it is not for any of the offenses charged.  He is not

5    guilty of any conspiracy, and he did not intend to disrupt the

6    congressional proceeding.

7        Our system and our Constitution demands that you hold

8    the government accountable.  You the jury insist that they

9    conduct thorough, objective, and fair investigations; and they

10   present evidence in a court of law that proves each and every

11   element of each and every offense charged beyond a reasonable

12   doubt.

13       Folks, they failed here; and I ask you, once you've had

14   a chance to deliberate, talk amongst yourselves, to return the

15   only verdict that is consistent with the case the government

16   brought you, which is a verdict of not guilty to each and every

17   count.

18       You have been so very attentive, and I thank you.  And

19   on behalf of Mr. Hackett, we thank you.

20       THE COURT:  All right.  Ms. Halim, thank you.

21   Mr. Weinberg.

22       MR. WEINBERG:  Can I begin?

23       All right.  Good afternoon, ladies and gentlemen of the

24   jury.

25       I know this has been a very long trial.  I have the

1    opportunity to talk to you directly, basically, to summarize

2    everything that you've heard over the last couple of weeks and,

3    basically, put my arguments to it.  So I'm only going to go for

4    an hour, maybe less, because Ms. Halim covered a lot of the

5    stuff that I'll try to cut out so you don't have to hear it

6    multiple times; because you've seen plenty already.

7         I do say that I did watch and everybody did pay

8    attention closely to the witnesses and to the evidence and to

9    everybody's closings, and for that, I appreciate it.  My

10   client, David Moerschel, appreciates it.

11        January 6th invokes a lot of emotions in all of us.

12   This was, obviously, not a good day for our country.  It was

13   the culmination of years of division, COVID lockdowns, and

14   riots.  The events that happened on January 6th really rest at

15   our politicians' feet who refused to concede the election.

16   Donald Trump is the one who called for his followers to come to

17   the January 6th event and said it was going to be wild.

18        It all started from that tweet, but this is not a case

19   about Donald Trump.  This is a case about the aftermath left in

20   his wake.  And, now, you might not agree with my client's

21   politics or his actions, but it's important for you as the jury

22   to judge my client based on the charges that the government has

23   charged him with, no matter how much you dislike the

24   government, dislike me, or you dislike my client.  It's about

25   the credibility and facts that we've heard in this case.

4554

1          Now, from the beginning, I told you that the government

2    was going to over-promise and under-deliver, and I think that's

3    what we saw over the last two months.  If you tried to recall

4    all the grandiose promises that the government made at the

5    beginning of the trial, we haven't seen a lot of it.

6          Now, as the defense, we all don't have to prove

7    anything.  I don't have to get up here and give a closing.  I

8    don't have to give a cross-examination.  I don't have to admit

9    any evidence.  The burden is all on the government.  Okay?

10         And it's clear from the evidence that they have shown

11   that they have not met that burden, and they have failed to

12   prove each case by a reasonable -- beyond a reasonable doubt.

13   I want to talk about Stewart Rhodes, briefly.

14         Justin, if you can pull up No. 1.

15         I don't want to harp too much on the Oath Keepers.  I

16   know I kind of picked on them a little bit during

17   cross-examination.  This is an exhibit that the government

18   entered.  It shows -- if you look closely at the bottom here, I

19   think that's $132,000.  So we know that Stewart Rhodes used the

20   Oath Keeper organization as his own personal piggy bank.  He

21   made $132,000 in the buildup in December.

22         What else did we learn about Mr. Rhodes?  We learned

23   that he talked a lot of stuff, but he never actually followed

24   it up with his own actions.  For example, he talks about his

25   operational security.  He talks about being quiet and not

1    saying anything; but yet this same Stewart Rhodes says and does

2    everything either on text, on video, on GoToMeetings.  He's all

3    over the place.  We also know that Stewart Rhodes's girlfriend,

4    Kellye SoRelle, videotaped herself trespassing on the Capitol.

5         Now, I pointed out that she said "they" and not "we,"

6    but it shows that while Stewart Rhodes talked about operational

7    security and used all those military words, he didn't actually

8    back it up.

9         I mean, just briefly, we had Mr. Herrington testify.

10   This is some random guy that Stewart Rhodes has never met.  Yet

11   he's at the celebration party with the Oath Keepers, at the

12   Olive Garden.  Doesn't make a lot of sense.  And it shows that

13   Stewart Rhodes is kind of like a WWE villain.  He really didn't

14   know what he's doing, and he just talks a lot.  And I'm not a

15   big fan of his.

16        But let's get to my client, David Moerschel.  How does a

17   smart guy get involved with this organization?  It's simple.

18   The summer of 2020 made a lot of people in the suburbs afraid.

19   Okay?  They were afraid for safety in their country, whether it

20   was true or not.  There was a solid stream of violence on your

21   cell phone, on the computer, on TV.  Ms. Halim showed a

22   quasi-famous actor crying about the world is coming to an end

23   in September, even before the election.

24        We also saw the President and Stewart Rhodes claiming

25   that the world was going to come to an end, even before the

1   November election; and it's important to point out that my

2   client joined in September.  He joined before the election, and

3   the reason why he joined was for safety in his community.

4           If we could pull up No. 2, Justin.

5           So this is a piece of evidence the government put in;

6   it's my client's application.  It shows that he applied on

7   September 28th and joined for a total of $50.  You all saw the

8   form that Mr. Hackett had filled out.  My client pretty much

9   joined for the same reasons.  He wanted somebody to protect him

10  in case the stuff really hit the fan.  It was before the

11  election.  He wasn't upset about the election.  He was worried

12  about community preparedness, and the Oath Keepers were

13  supposed to be former military and law enforcement.  Those are

14  usually law-abiding people.  So that's why he joined.

15          And from the outside, the organization does look like a

16  decent choice if you're worried about neighborhood safety.

17  You've got the former military thing going.  You've got the

18  former law enforcement, and people with, like, real training

19  and experience.  They also told you on the website that they

20  vetted people.  Of course, that sounds nice that they vetted

21  people, but we learned that they really didn't vet anybody.  In

22  fact, I believe it was Mr. Adams who said they didn't vet

23  people because they didn't have the money to run the background

24  checks.

25          We also heard that Caleb Berry was on something called

1    the intelligence team, which is kind of a cool name, but we

2    never really learned that -- what that was.  So here's an

3    organization that on paper seems good, but in reality, they put

4    a kid named Caleb Berry on an intelligence team whose only

5    experience was playing video games.  He never had any other

6    experience.  Not a mall cop, not ROTC, not anything.

7            So that's why David joined.  He felt safe.  It was

8    supposed to not have radicals in it, and it had Mike Adams

9    running the show.

10           Let's talk about when he actually joined the chat

11   threads.

12           If we can pull up No. 3, EX-1.  Okay.  That's not -- the

13   other No. 3, EX-1.  It's David Moerschel 001.  Is that it?  Oh,

14   I have the wrong exhibit.

15           Okay.  Well, sorry.  I can't see very well.

16           Okay.  If you could zoom in.  There we go.

17           This is when my client joins.  Converted to UTC time.

18   This is December 19th.  The first thing he says is "Ha, ha.

19   Thanks Gator.  I missed the discussion on Trump's call to

20   protest on January 6th, always late to the party."

21           So that is how my client joined.  He joined

22   December 19th, about 80 days after he had signed up for the

23   group online.

24           You can take that down, please.

25           And I believe Mr. Shipley and Ms. Halim covered this

1    pretty well, but I want to talk a little about the government's

2    presentation of the slide deck, which is basically all of those

3    text messages.  And I want you to imagine if they had every

4    chat and they put it on a wall, and they would just have the

5    slides in order.  So you would have the Florida OK chat.  You'd

6    have the Old Leadership chat.  You'd have messages between

7    Kelly Meggs.  And then you would have dates.  You would

8    actually get what I call the whiplash effect.  If you laid all

9    those slides out and you tried to follow them from where they

10   were presented to you, your -- your neck would hurt, because

11   they were taken out of order, and they were put in a way to fit

12   the government's narrative.

13        So they took the evidence and then they mushed it into

14   their narrative because they know that it doesn't actually show

15   what they're trying to prove.

16        When they showed you a message from before December 6th

17   and then they jumped to a January 3rd message, that's

18   misdirecting.  We know that there was a lot of stuff in between

19   that had to affect those messages.

20        Now, we saw a lot of messages that my client wasn't a

21   part of.  And I think part of the theme of this trial was,

22   well, David wasn't there.  David didn't see that.  And I want

23   you to remember that when you go back and look at the evidence,

24   but it's important to note that my client had no knowledge of

25   any messages between Kelly Meggs and Stewart Rhodes.  He had no

1    knowledge of any messages between Watkins and Meggs or Meggs

2    and Caldwell.

3         And that reminds me, we talked a lot about Mr. Caldwell.

4    The government never even proved that my client knew

5    Mr. Caldwell, let alone ever messaged him.

6         So that's the bulk of this case; is we have a few

7    hundred mismatched messages out of a hundred thousand.

8         If we can pull up No. 3, please.

9         If you can zoom in a bit.

10        These are all the messages that the government accuses

11   my client of sending from December 19th to January 7th.  They

12   said he sent 150 messages in all of the four groups that he was

13   a part of.

14        Now, I want to remind you, they only showed you 13 of

15   them.  Okay?  And the reason why they only showed you 13 of

16   them is because the other messages don't help prove their case;

17   and if they would have shown them to you, you would have seen

18   that David talked about innocuous things.

19        Now, it's the government's burden to prove this case

20   beyond a reasonable doubt.  They didn't show those messages

21   because they knew they didn't hurt -- because they knew it hurt

22   their case.  I didn't show you messages because I think you

23   people have seen enough messages for the rest of your life.

24   Okay?

25        Now, this all is me highlighting that the government

4560

1    didn't paint a clear picture.  When we do see these messages in

2    context, that's the key.  So when they show you a message and

3    then they don't show you the context -- if they grabbed any one

4    of our phones and picked a message and didn't give you the

5    context, it's going to make you look like a crazy person.

6        Let's talk about some of the stuff that they did talk

7    about.  And I made a couple of jokes here or there during the

8    trial, but it was a bit funny.  We talked -- they had debates

9    about spam.  They had one guy using the word stand down when

10   he's talking about a T-shirt order.  And I know this is a

11   serious case.  But those messages show the group's lack of

12   intent, a lack of a plan.  My job is just to defend David, not

13   the group.  But like I said in the opening, these men just

14   talked tough.  They never actually backed it up.

15       In the opening, I believe it was Mr. Edwards who said --

16   let's see -- the government said that David was careful with

17   his words, intentional with his actions.  Okay?  The reason why

18   they said that is because they know he never said anything

19   terrible in the chats, and they have to fit how David could be

20   part of this conspiracy if he never said anything that was

21   really incriminating against himself.

22       If we could pull up Defense No. 3 again, please.

23       Okay.  This is the one.  Yes.  Perfect.

24       So this is the message my client sent on January 3rd

25   when he got permission from his manager to be off of work.  He

 1    says, "My manager just approved my time off."  Okay?

 2            He says, "I'll do congressman duty or whatever else is

 3    needed."  Okay?

 4            He doesn't say I'm ready to storm the Capitol.  He

 5    didn't say I'm ready to be part of the plan.  This was before

 6    anyone knew January 6th was going to be January 6th.  This is

 7    his knowledge.  Okay?

 8            Now, the government has not shown that David had any

 9    understanding that his plan was to disrupt the vote, disrupt

10    Congress, or stop the transfer of power.  They showed the one

11    message.

12            If we can pull up No. 4, please.

13            And I'm not going to go through all of this with you,

14    but this is the message that they keep showing about the

15    lawyers versus the warriors.  I think it's important when you

16    look at this message in context; what David's actually saying

17    here.  He's not saying he's a warrior.  He's not saying that

18    he's a lawyer.  He's saying that people see what they want to

19    see.  And he's trying to calm the group down.  He's not trying

20    to get them more aggressive.

21            Also, this is the message where the guy is talking about

22    the T-shirt order; asking whether he should stand down on a

23    T-shirt order, which is just another example of the group being

24    a bit ridiculous.

25            You can take that down, please.

4562

1          Now, we saw the video of David Moerschel in the Capitol.

2     I agree.  The government had proved beyond a reasonable doubt

3     that David Moerschel was in the Capitol.  They have certainly

4     proved a trespass beyond a reasonable doubt.  Now, that's the

5     same kind of certainty, though, you need to convict him of the

6     other charges, and it's just not true because they haven't

7     proved those beyond a reasonable doubt.  Let's establish a

8     couple of facts.

9          We know that there was a medical -- that they were told

10    there was a medical emergency.  We know that the Oath Keepers

11    medic needed help.  David Moerschel was in the medical field.

12    He had a medical kit on his back.  David was there to provide

13    medical help, not to stop the certification.  The government

14    promised you in opening and in closing that David Moerschel and

15    Mr. Hackett were looking for Nancy Pelosi.  "In opening, you'll

16    hear evidence that Hackett and Moerschel confronted law

17    enforcement officers."  Number one, we never saw Hackett or

18    Moerschel confront one law enforcement officer the entire

19    trial.

20         Number two, it says, "You'll learn that Capitol Police

21    stopped Hackett and Moerschel and their group from advancing

22    further."  What did the video show you?  Didn't show Hackett

23    and Moerschel doing anything to any police officers.  It showed

24    them wander around the Rotunda and then hide by the statue.

25    There is one not shred of evidence to prove that they went

1    looking for Nancy Pelosi.  That is a very bold claim that they

2    made in opening and in closing, and they have not shown you any

3    proof of it.  I had to show you the video of my client leaving

4    the Capitol.  The government didn't show you because it didn't

5    fit their theory of the case.

6         Why would a guy only stay 11 minutes if he's trying to

7    disrupt Congress?  They know it doesn't fit the theory of the

8    case; so the defense is the one who had to show you when they

9    left.

10        And it shows that my client had a lack of intent.  It

11   proves that my client didn't have the state of mind to disrupt

12   anything.  It proves he wasn't acting in concert with anybody.

13   You saw David Moerschel -- every witness I asked:  Did he take

14   a photo?  Did he fist pump?  Did he celebrate?  Did he woo-hoo?

15   Did he encourage anybody?  Did he say anything nasty to the

16   police officers?  Did he do any type of damage?  Every answer

17   from every government witness was no, no, no, and no.

18        Now, if we could pull up No. 5, please.

19        This is a demonstrative aid.  You'll have to excuse

20   my -- I took the -- I think it's the key that I tried to show.

21   So here's Nancy Pelosi's offices, I believe, and then here is

22   where Abrams basically agreed that Mr. Hackett and

23   Mr. Moerschel were when they were off-camera.  So if you look,

24   that's about 65 feet away, and they hid right by that statue

25   the entire time.  Okay?

```
 1              The government said that they broke off in two groups;
 2     seven and seven.  Seven looking for the speaker, and seven
 3     going the other way.  You don't see that.  They don't split up
 4     like the Mighty Ducks or a football play.  They don't do
 5     anything.  You see my client wandering around, hide by the
 6     statue; same with Mr. Hackett.  You didn't see David go to the
 7     prayer group in the Rotunda.  You didn't hear David call in any
 8     crazy podcast while he was inside the building; and we know
 9     this didn't happen because the government would have shown it.
10     The government would have loved to prove any of my assertions
11     wrong during cross-exam, and they didn't show you any video to
12     counter it because it doesn't exist.
13              They didn't show you any video to counter that
14     David Moerschel went looking for Nancy Pelosi because it does
15     not exist.  They have no proof that he moved anywhere other
16     than the Rotunda and that spot; and you know it's true or else
17     they would have shown it to you.
18              If we can go to No. 6, please.
19              This is that statue.  This is in the dead zone
20     that the -- FBI Agent Abrams talked about.  We know that he
21     stood by there for a couple of minutes and then he left.  David
22     did not join the Oath Keepers to get into this situation.  He
23     didn't want to try to disrupt Congress.  He didn't want those
24     poor people hiding in the conference room.  And we know this
25     because he left.  He left without being told to, and without
```

1    being escorted out.  He left because this is not what he signed

2    up for, and he got out of there.

3         Now, doesn't mean David is not totally blameless.  He's

4    guilty of a criminal trespass, maybe a civil disorder, just

5    like government witness Ulrich thought he was guilty of, but we

6    know that the government didn't charge him with those crimes.

7    They charged him with crimes that he didn't commit because they

8    figured you would find him guilty for the crimes that he did.

9         And that's not how the system works, and that's not

10   proper.

11        I wouldn't be -- if they charged him properly, I

12   wouldn't be up here taking an hour of your time right now.

13        Please tell them that you won't do their dirty work and

14   that you'll find him not guilty.

15        I want to talk quickly about the Signal application.

16   David deleted the Signal app.  He deleted the app because he

17   was done with the group.  When you have an app and you're done

18   with it, you delete the app.  For example, if you have Bumble

19   and you find a significant other, you delete the app.  You're

20   not trying to hide the evidence from your significant other.

21   You're done with the app, and that's why you delete it.  That's

22   why David deleted the app.  Okay?

23        Government made a big deal about Signal being anonymous.

24   Well, it's obviously not anonymous because here all these guys

25   are.  He used his own phone number.  You don't use your phone

1    number when you're trying to be anonymous.  Okay?  We know that

2    his phone was pretty junkie.  He had a Motorola 8, and the

3    government witness showed that he deleted his text messages in

4    that month.

5         Okay.  If we can pull up Exhibit -- or No. 7.

6         I'm not going to have you guys read this, but this is

7    going back.  This is the phone records.

8         This is all of David's phone records.  Not one phone

9    call between David Moerschel and anybody on that board.  The

10   only person he called on January 6th was Mr. Lemar, who is not

11   on that board, and his wife.  Okay?  The government never

12   showed you, either, one text message that was on anybody else's

13   phone from David.  But what did we learn from the expert?  We

14   learned that David had gaps, at least four-other-month gaps, in

15   his phone.  We all know how phones can be, and they start

16   screaming at you.  Too much memory.  Too much memory.  So what

17   do you do?  You delete all your old messages or the ones that

18   are nonconsequential.

19        Here's an exhibit that we have seen numerous times.  If

20   we can pull up No. 8, please.

21        All right.  So this is the exhibit we've seen maybe

22   ten times, I think.  "Please delete all your stuff."  David

23   never got this message.  Number one, he wasn't part of this

24   group.  Number two, he deleted the app on January 7th.  He

25   didn't need an order to delete the app.  He was out of the

1    group, and he was done with them.  The government makes a big

2    deal about the Proton emails, and it's about their presentation

3    that you have to pay attention to.  They implied that David was

4    following an order from Kelly Meggs and that's why he got the

5    ProtonMail.  Well, let's peel it back one layer.

6        If we could pull up No. 11, please.

7        All right.  And you don't have to look too close here at

8    this, but this is Kelly Meggs's order, "Hey, everybody.  Get a

9    ProtonMail."  And then we have David's bank records; shows that

10   he got a ProtonMail on November 18th, before he ever joined any

11   chats.  So while the government makes it seem he got the

12   ProtonMail for a nefarious reason, this proves that he had

13   already had it before he was ever part of those chats.

14       Let's talk about Agent Harris and how the evidence was

15   presented to you.

16       Could we pull up No. 12, please.

17       Okay.  And I'm not going to go through this, but if you

18   recall, when Agent Harris was testifying to this, it wasn't

19   until cross-examination that we learned this was not about

20   January 6th; that this was about the Million MAGA March.  And

21   what did we learn from this?  We learned, number one, it's not

22   about January 6th.  Frankly, at this time, nobody knew the 6th

23   was going to be the 6th.  We also learned that there was going

24   to be a QRF there, and we also learned that they were doing

25   security.

1        So every event the Oath Keepers have ever had had a QRF.

2   It's not abnormal or special to have a QRF on January 6th, even

3   if the government wants to throw that out at you.  It's unfair

4   and incorrect.

5        Let's talk about a little -- excuse me.  Let's talk a

6   little bit about the QRF.  The government contends that QRF is

7   part of the conspiracy, and the plan was for people from the

8   QRF to invade the Capitol, fight the government to prevent

9   Joe Biden from becoming President.  The only problem we have

10  with that is that there's actually no evidence that David knew

11  anything like that.  David thought the QRF was only in the very

12  unlikely event that Trump would call up the Insurrection Act.

13  You can hear them wrestling with that idea in all of the chats.

14       Now, having the QRF in Virginia is not a special

15  decision.  They've always had rooms with weapons.  In every

16  event they've ever been to, they had a QRF.  And we also saw

17  evidence showing that the QRF is to pull people out.

18       Now, we know this old guy named Caldwell is part of the

19  QRF.  He's the guy in the Redskins hat who's shaking his fist

20  at the Capitol, screaming and yelling.  One odd thing about

21  Mr. Caldwell being part of the QRF -- and I know I made a bit

22  of fun of him, but he is over 70 years old, so he's far from

23  quick.  He's also very far away from the QRF location.  So how

24  do you have a guy at the QRF who is supposed to, like, come

25  down with all the guns ready to go.  He's actually at the scene

1    of where they're supposed to be invading.  He would have had to

2    get back to the hotel, and he'd have to get all the stuff out

3    of the hotel, stick it in a car, then drive all the way back to

4    D.C.  I know it's 6.5 miles, but 6.5 miles in D.C. can take a

5    very long time.

6          I also said earlier David didn't know Mr. Caldwell.

7    And, plainly speaking, Mr. Caldwell is a pretty crazy old man.

8    He didn't have the ability to be quick.  He didn't have the

9    ability to react, and the only force he had was his big mouth

10   and his elderly wife.

11         So when they talk about Mr. Caldwell and they show you

12   his texts, remember, he was a texting tough guy.  My client

13   never heard any of it.

14         Further, we have Mr. Vallejo, who is at the QRF.  This

15   man is supposed to be ready to storm the Capitol after Congress

16   had already closed?  This guy lost his 1996 Nissan truck, and

17   he's running around the city looking for it.  It's not until

18   1:19 he says, "Eureka!!  Found the car."  And then he goes back

19   to the hotel at 1:30.  So from 1:30 until the end of the night,

20   he's sitting in his hotel eating chips and talking smack.  We

21   don't see one video of Mr. Vallejo taking anything out of that

22   hotel room to putting it into the car.  How can you be ready to

23   invade the Capitol if you're sitting with all your gear in the

24   hotel room?

25         If that man was ready to invade the Capitol, all that

 1    stuff would have been taken down to his '96 Nissan, which

 2    didn't happen.  And we know it didn't happen because we didn't

 3    see a video of it.  We saw a video of everything else.

 4          Let's get down to it.  January 6th from David's

 5    perspective.  Some things I have to point out.  Number one, the

 6    GoToMeeting on November 9th that the government talks about

 7    nonstop, David wasn't at that.  David didn't go to the "Stop

 8    the Steal" rally on the 19th.  David didn't attend the Million

 9    MAGA March.  He didn't attend the Jericho rally.  David had

10    never met an Oath Keeper his entire life until January 4th, two

11    days --

12               MR. NESTLER:  Objection.  Not in evidence.

13               MR. WEINBERG:  Scared me.  Did you see that?  I was

14    on a roll.

15          Sorry.

16               THE COURT:  Just remember, the jury's memory will

17    control.

18               MR. WEINBERG:  Okay.  So there's no proof that David

19    met an Oath Keeper before January 4th.

20          David was excited to go.  He didn't have any military,

21    police experience, or security work.  Sounded like a good

22    chance to meet these people and rub some elbows with some

23    important folks.

24          Now, let's talk about new members of Florida.  They

25    didn't deal with Mr. Rhodes.  They dealt with Mike Adams.

1    Mike Adams testified that his motto was right side of the law,

2    right side of history.  It doesn't sound like too bad of a

3    motto.  We also know that Mike was concerned with local, civil,

4    and community preparedness; just like David.  We learned that

5    Mike used to block people who were too radical, and he'd delete

6    things that were inappropriate.  Okay?  We also know that Mike

7    Adams said, "No way I could have worked a full-time job and

8    read all of those messages."  There are 80 to 100 people in

9    that chat group.  Just because you're in a massive chat group

10   does not mean you affirm everything that people say in that

11   group.

12        And here's an interesting point.  Even government

13   witness Mike Adams deleted the Signal app when he was done with

14   the group.  They didn't arrest him for that.  So Mike Adams

15   deletes the Signal chat but keeps going to GoToMeetings after

16   January 6th.  Okay?  David didn't keep going to meetings.

17   David deleted the app.  He was done with the group.  He never

18   talked to anybody since January 7th.  He cut all ties and

19   communications.

20        David didn't do one of those crazy meetings like

21   Mike Adams, where Mike was meeting the guy and he had to order

22   an orange Fanta or something like that.  David never did

23   anything silly like that.  He wasn't exposed to anything silly

24   like that.  But, unfortunately, Mike Adams leaving the

25   organization was not good.

4572

1              And this brings us to, really, you know, what I call one

2     of the biggest villains in this case, is Kelly Meggs.  You

3     know?  We saw the messages from Meggs.  He -- when he was told

4     he was overseeing the Florida group, it was almost like a kid

5     who got the call to be the starting quarterback for the first

6     time.  He started texting everybody.  He was bragging.  But we

7     know that there was no direct messages between Meggs and

8     Moerschel, and Rhodes put this guy who had no experience at the

9     head of this so-called operation.  That's because the

10    Oath Keepers is an organization that thrives on new members.

11    It's like a Ponzi scheme.  When somebody's part of it for long

12    enough, you realize that Stewart Rhodes is full of it, you

13    realize that it's his piggy bank, and then you leave.  It takes

14    about six months to a year for people to realize this; which

15    is why, if you think about it, most of the people who went to

16    the Capitol were rookies or were not there for a year or

17    longer.

18              If we could pull up No. 13, please.

19              I think I already talked about this.  David didn't get

20    permission until the last minute.  We heard testimony that he

21    was talking about going to an event in Tallahassee on the 9th

22    instead of the 6th, which would have been very good for

23    Mr. Moerschel, but a person who is planning on disrupting

24    Congress or stopping the transfer of power doesn't have in his

25    mind, oh, well, you know, if I miss this one, I'll go to the

 1    next one.

 2          You can take that down.

 3          And this shows -- these texts show his clear state of

 4    mind; just like Ulrich.  He didn't know the 6th was going to be

 5    the 6th.  Remember that no matter what someone else had in

 6    their mind, David did not share any nefarious intent.  There

 7    was no meeting of the minds.  And David had no plan to commit

 8    seditious conspiracy, conspiracy to disrupt Congress, or

 9    anything of that nature.  The man almost didn't get permission

10    from his boss to go.

11          The person that wants to take over the government or

12    commit an act of seditious conspiracy does not ask his boss for

13    the time off; he just doesn't.

14          If we could pull up No. 14, please.

15          This is one of my favorite texts.  I think Ms. Halim

16    referenced it.  But this even shows another guy in the group.

17    He doesn't know the 6th is going to be the 6th.  The guy's

18    talking about going up on the 5th, action day on the 6th, and

19    back home on the 7th.  This guy had no idea the 6th was going

20    to be the 6th.  So, unfortunately, my client gets permission to

21    go, and then he travels up with Robert Lemar and a guy by the

22    last name of Bittner.  I believe this was Exhibit 1501.1.

23          This was the exhibit that -- I'll grant, very cool

24    looking exhibit.  There's graphics.  It looks like John Madden

25    is drawing the arrows.  Everything looks good.  My problem with

```
 1    it, this is where the biggest case is in the country.  The
 2    government could have showed you every single step my client
 3    took the day he left his house in Punta Gorda on January 4th.
 4    They could've showed you every cell phone tower, every place he
 5    stopped, every place he had a meal on the way to
 6    Washington, D.C.  This is the same government that can send a
 7    drone in the Middle East and kill a camel -- a fly off a
 8    camel's back, but they can't track a Motorola 8 all the way up
 9    to coast?  Remember --
10              MR. NESTLER:  Objection.
11              THE COURT:  Sustained.
12              MR. WEINBERG:  Okay.
13         Remember, they said everybody met in Jacksonville.
14    Where is the proof?  Caleb Berry never testified he saw my
15    client.  They didn't show slides of David and his red dot being
16    there, but the graphics show them all together.  And that's
17    because they don't have enough for a conspiracy.  They're
18    trying to trick you into believing it.  They want everybody to
19    be in Jacksonville because it would show you a concert of
20    action; that they didn't prove that David met in Jacksonville.
21    Let's talk about where they stayed.
22         If we can pull up Demonstrative Aid No. 15, please.
23         The government's witness said everyone stayed in
24    Whiteville.  Okay?  My client spent the night in Lumberton.
25    This is the government exhibit.  Lumberton is 35 miles away.
```

1          FBI Agent Hilgeman tried to make it not look like a big

2     deal.  First, I think probably because she didn't know it was

3     inaccurate; and second, she wants to lump all of these men

4     together.  This -- she wants to show that there's a concert of

5     action, but this was a mistake in the evidence.  And when I

6     confronted her with it, her exact words were, "Well, it's still

7     within North Carolina" or "Well, Whiteville is still in the

8     area of Lumberton."  Doesn't look like that to me.  And it

9     might be a small mistake, intentional or not, but that should

10    be held against the government.  You're trying to convict my

11    client of serious crimes, you better have all of the evidence

12    correct.  I found another mistake in this well-crafted exhibit.

13         If we can pull that up, No. 16, please.

14         This one is the exhibit that shows Stewart Rhodes on the

15    right; appearing one time on January 5th, one time on

16    January 4th.  I asked Hilgeman, "Why is it incorrect?"  And I

17    think her words were, "Well, it was late night 4th, early night

18    the 5th."

19         Now, two hours later during the day of that trial did we

20    have this evidence, which shows Stewart Rhodes got there on the

21    5th.  Now --

22         You can take that down.

23         Now, I know that's not that big of a mistake, but it's

24    still a mistake, and they've charged my client with seditious

25    conspiracy and other serious charges.  We heard what the

 1    guidelines might be.  If you want to put somebody in prison for

 2    a long time --

 3              MR. NESTLER:  Objection.

 4              THE COURT:  Sustained.  Mr. Weinberg, you know

 5    better.

 6              MR. WEINBERG:  Okay.

 7         If you want to convict my client of a serious crime, you

 8    better have your evidence in order.

 9         Let's think about how they testified.  You had Abrams

10    who would barely interpret a text message for the defense.  You

11    had Hilgeman who only knew, like Ms. Halim said, her blinders.

12         And this reminds me, you should be skeptical of the FBI,

13    especially after all the evidence we've heard and the lack of

14    evidence.  You could put fancy words in front of somebody's

15    name.  You could call them an agent.  You could say FBI.  You

16    could say specialist, an expert.  But the end of the day, the

17    police are still the police.

18         Another thing I want to point out about that exhibit is

19    on January 5th David did not spend the night with the Oath

20    Keepers.  He had his own hotel room in a different part of

21    town, not too far away, but it wasn't the same place.  They did

22    not show any evidence, text messages or anything, indicating he

23    hung out with those other gentlemen that night.

24         So I want to talk a little bit about guns, if you don't

25    mind, for a second.  Just like in politics, guns can kind of be

1    a wedge issue.  And I grew up in D.C.  I grew up just down the

2    road in Alexandria, and I know that guns are universally looked

3    down upon and not favored in this area.  But let's look at some

4    of the gun talk that we saw.

5         If we could pull up No. 17, the first line.

6         This is how that text message was presented to you-all.

7    It says, "My battle pistol is a Glock 21 and .45 caliber.  I

8    want the extra knock down power."  Granted, that message by

9    itself is very off-putting.  It makes somebody look like they

10   want to shoot somebody.  It doesn't look good, but if you know

11   about gun culture --

12        And show the rest of the text, please.

13        The next two sentences, "That's why some people like

14   vanilla and some people like chocolate."  Like I discussed with

15   the agent, the type of caliber is a debate that gun people have

16   been doing since the beginning of time.  It's like arguing

17   who's better:  chocolate, vanilla; or Michael Jordan versus

18   LeBron.  It's just something gun people do.  Okay?  If you're

19   not a gun person, this might freak you out.  Okay?

20        Florida has a different culture.  D.C. has a different

21   culture.  I can tell you there's lots of things in D.C. that

22   Florida people don't know anything about.  You can't talk --

23   you can't find anybody in Florida who's ever heard of go-go

24   music, but that's a D.C. thing.  In Florida, we have our thing,

25   and sometimes that thing can be firearms.

1    Gun culture is big.  We heard the testimony of the FBI

2    agent.  There's at least eight gun stores -- or 20 gun stores

3    and eight gun ranges near David's home in Sarasota, Florida.

4    Guns are a big deal.  So when we see a Florida person

5    practicing with an AR-15, it's shocking to people who aren't --

6    who don't know anything about that culture, but it's not

7    shocking to people who know about it.  Even FBI Agent Cody

8    admitted to owning a personal AR-15.  He also had knowledge

9    that Daniel Defense was a nice brand; which I promised in the

10   opening I would prove to you.

11   The government is using these guns to try to scare you.

12   They did not prove that those guns were planned to be taken to

13   the Capitol by Janu- -- by David Moerschel on

14   January 16th [sic] without the Insurrection Act being called.

15   That's why they showed you Joseph Hackett's old .32 caliber

16   guns.  The man had a gun in his safe by his bed for

17   self-defense, and he had two junky relics in the attic.  And,

18   yes, those guns work and they can still hurt people, but using

19   a Surplus .32 caliber to take on the government is like using a

20   riding lawn mower at the Indy 500; it just didn't make sense.

21   Now, we heard that I personally handed David's guns over to the

22   FBI.

23   The government tried to make a big deal about ammo.

24   Let's talk about the ammo.  Considering the type of ammo it

25   was, it wasn't used -- it's not the type of ammo used in an

1    offensive manner.  Now, they had an FBI agent talking about

2    ammo.  She either didn't know about the subject or didn't want

3    to know about the subject.  And she tried to make a thousand

4    rounds seem like a lot; but if you recall, she said she

5    qualifies with a hundred rounds, which means if she goes to the

6    gun range ten times a year, that's a thousand rounds.

7            We also see this email.

8            If we can pull up No. 18, please.

9            And in this email, the guy says, if we're coming to the

10   range, we need at least 200 to 400 rounds.  When you get all

11   your gear to go shooting, you don't shoot ten times.  When

12   you're practicing your foul shot, you don't go to the gym and

13   shoot ten foul shots; you shoot a hundred.  Same thing at the

14   gun range.

15           Now, Ms. Halim talked a lot about Mr. Berry.

16           You can take that down, Justin.

17           And I won't reiterate a lot.  I do feel bad for

18   Mr. Berry.  I think the kids call him being an NPC, which is a

19   nonplaying character.  Basically, someone with no critical

20   reasoning or thinking skills who will just regurgitate whatever

21   is wanted from him in whatever scenario he's in.  When he was

22   with the Oath Keepers, he said whatever they wanted.  Now that

23   he's with the government, he said whatever they wanted.

24           Now, let's talk about Caleb Berry; the point I don't

25   think Ms. Halim made.

1          If we could pull up 19.  This is Caleb Berry's text

2    message.

3          Caleb Berry got on the stand, and besides all the other

4    things that Ms. Halim pointed out, he said he wanted to leave

5    the group on January 6th, and he factory reset his phone.  Here

6    is his message from -- I believe it's the 12th or the 11th.

7    Okay?  It says, "For those interested in continuing this fight,

8    it's not over till it's over.  We keep pushing on.  One day at

9    a time.  We must be aggressively free or we will not be free at

10   all."  That does not sound like a person who wants to leave the

11   group.  That sounds like a person who wants to keep going.

12         Now, they did show Mr. Berry in their closing as part

13   of -- I think the triangle, conspiracy triangle.  It's

14   important to remember that he did lock arms with my client when

15   they were in the shuffle inside of the Capitol, but if you

16   recall, Mr. Berry misidentified my client in his photo.  He

17   called him Mr. Dolan.  That's Mr. Moerschel.  So Caleb Berry

18   didn't even know who my client was even though they locked arms

19   inside the Capitol.

20         I also want to talk a little about Brian Ulrich.  I'd

21   like to adopt all of Mr. Shipley and Ms. Halim's argument about

22   Brian Ulrich.  And I know I've said this over and over; he said

23   he didn't know the 6th was going to be the 6th, and he thought

24   he committed a trespass.  It wasn't until the government

25   threatened him with 30 years that he convinced himself he

1    committed a seditious conspiracy.

2        Let's talk about the day of January 6th from the

3    perspective of David Moerschel.  Almost immediately we heard

4    that the wheels fell off.  They did security, but it wasn't

5    really needed.  They were supposed to escort VIPs.  It ended up

6    that they were escorting a mother of a congresswoman towards

7    the Capitol.  And you heard Caleb Berry testify to what Kelly

8    Meggs said.  We also heard that there was issues with the

9    medic.

10       If we could pull up No. 20.

11       Okay.  And these are just three messages.  We can slowly

12   go through them.  One more.

13       I think Mr. Peed put these in.  There were seven

14   messages total, but I just cut out the three that I thought

15   were important.  So I want you to know that.  I'm not trying to

16   hide the other slides from you.  So there was a medical

17   emergency; so that's why the Oath Keepers started going towards

18   the Capitol and not away.  David thought there was a new

19   mission to help the medic.  That was the group's purpose.  Now,

20   David works in trauma and medicine and that's where he belongs.

21       If we could pull up No. 20, please.

22       This is not the best screenshot, but you can see he's

23   got a medical pack right there, the little red cross.  So David

24   is going to help.  He gets to the top of the steps, like

25   Ms. Halim described.  It's a mess.  There's lots of people.

1    There's singing.  There's noise.  There's utter madness at the

2    top of the steps.  There's pushing.  There's screaming.

3    There's OC spray.  David gets swept in and goes in with the

4    crowd, much like in a soccer stampede.

5         Now, once inside, look at his body language.  He took no

6    joy being inside that building.  Okay?  In fact, he was scared

7    to death.  You could see him locking arms and getting nervous.

8    He went to the corner that I discussed and hid, and then left

9    in 11 minutes.

10        Now, these men should feel remorse.  January 6th was a

11   terrible thing.  To have those poor people hiding in the room.

12   Or when we heard Officer Jackson's testimony.  He didn't

13   deserve to go to work that day and have to deal with this kind

14   of mess.  He seems like a really good guy, a really good cop,

15   and trying to take care of his daughter.  And it's because our

16   leaders and Donald Trump and people that helped stir the pot

17   had caused this event to happen.

18        Now, while Officer Jackson is a very brave man and did a

19   very good job, I need to point out that my client,

20   David Moerschel, left the Capitol at 2:51.  Most of the images

21   of Officer Jackson in the thick of it was after 2:51.

22        When David is in there, he stands around.  You don't

23   stand around in one place when you're looking for somebody.

24   You don't not destroy property when your goal is to destroy

25   property.  You stand in one place because you're in a scary

1    situation, and you leave when you get your chance, which is

2    what he did.

3          I have to point out, he didn't go to Olive Garden

4    afterwards with Stewart Rhodes.  The first time he ever met the

5    guy was outside of the Capitol Grounds.  He doesn't send any

6    congratulatory messages on Signal app like Caleb Berry or

7    Watkins or Meggs or Ulrich.  He doesn't ask Stewart Rhodes what

8    his next orders are.  He doesn't dump -- buy ammo or flee his

9    hometown.  He goes to bed.  He leaves the next day, and he's

10   done with the group.  I believe Mr. Edwards said it at 9:35 he

11   bailed on the group.  That's exactly what David Moerschel did.

12         If we could pull up No. 21, please.

13         Bailed.  And, remember, these are all of the message

14   groups that Mr. Moerschel was in, all four of them, and he

15   bailed on the group at 9:35, never to speak to any of them

16   again.  I believe he called Mr. Lemar afterwards to worry about

17   something else, but Mr. Lemar is not on that big board.

18         At the end of the day, like I said at the beginning, the

19   government did not reach its burden.  They didn't show you a

20   meeting of the minds or a concert of action.  They showed you a

21   lot of tough talk, a disorganized group of people, many of whom

22   just met.

23         And I only have five more minutes because I know I can

24   be long-winded.

25         So when you're deliberating, I think it's important that

4584

```
 1    you re-read the reasonable doubt instruction the judge read and
 2    focus on state of mind.  Reasonable doubt is the kind of doubt
 3    that would cause a reasonable person after careful and
 4    thoughtful reflection to hesitate to act in grave or more
 5    important matters in life.  More important matters in life.
 6    That's how high you have to have it to be beyond a reasonable
 7    doubt.  Would you bet your mortgage on it?
 8         You've all been very patient with me, and you've been
 9    patient with the government, with my colleagues, and I
10    appreciate it.
11         I just have one favor that you can do for me.  And under
12    the rules that we are governed, the government gets to come
13    back and gets to make another argument.  I don't get up here
14    and I don't get to say another thing to you.  But when you're
15    deliberating, when you're hearing arguments, think about this:
16    What would Mr. Shipley have said to that?  What would Ms. Halim
17    have said to that?  What would Weinberg have said to those
18    points that the government's making?
19         Ladies and gentlemen, I could have gone on much longer,
20    but this case has been going on far too long and you have paid
21    a lot of attention, and I really do appreciate.  I ask you,
22    please use your common sense and come up with the only just
23    verdict, which is finding my client not guilty on all accounts.
24         Thank you.
25              THE COURT:  All right.  Mr. Weinberg, thank you.
```

```
1              Can I ask everybody to get on the phone for a moment.
2                   (Bench conference on the record.)
3              THE COURT:  Okay.  Mr. Peed, have you -- do you have
4      a better sense of how long you're going to be?
5              You're not coming through, Mr. Peed.
6              MR. PEED:  I know -- I know it's close, Your Honor.
7      I couldn't say whether it would be -- you know, I would -- I
8      would certainly want to break, sort out tech and everything,
9      and I don't know if it would --
10             THE COURT:  Can you give me an answer how long you
11     think you're going to be.
12             MR. PEED:  I asked for an hour and a half; that was
13     my target.  That's sort of what I approach for.
14             THE COURT:  Okay.
15                  (Proceedings held in open court.)
16             THE COURT:  Can I have a show of hands of everybody
17     who can stay until 5:15.  Well, let me ask it differently.
18             Can anybody not stay until 5:15?
19             Okay.  Terrific.
20             Oh, you cannot stay until 5:15?
21             UNIDENTIFIED JUROR:  I need to be able to make some
22     calls before I can do that.
23             THE COURT:  Okay.
24             UNIDENTIFIED JUROR:  I need to check.
25             THE COURT:  Okay.  Why don't we take 15 minutes.
```

4586

1    We'll return at quarter of 4:00.  And if you cannot make

2    your -- if you're unable to remain, that'll -- we'll end up in

3    one direction; if you can, then we'll go in a different

4    direction.  Okay?

5         Thank you all very much.  See you shortly.

6              THE COURTROOM DEPUTY:  All rise.

7              (Proceedings held outside the presence of the jury.)

8              THE COURT:  Okay.  If the two jurors who said they

9    can stay -- or have to check, can stay until 5:15, Mr. Peed,

10   we'll go until 5:15 and finish up this afternoon.  Thank you.

11             THE COURTROOM DEPUTY:  This court stands in recess.

12             (Recess taken.)

13             THE COURT:  Please be seated.  The jurors are behind

14   us, and the two are able to stay.

15        So, Mr. Peed, we will turn to you and finish up about

16   5:15.

17             THE COURTROOM DEPUTY:  Jury panel.

18             (Proceedings held in the presence of the jury.)

19             THE COURT:  All right.  Please be seated, everyone.

20        Ladies and gentlemen, thank you for your willingness to

21   stay late.  I know it's been a long day, but we're all anxious

22   to get the case to you.  So we appreciate your willingness to

23   stay for a little extra time this afternoon.

24        Mr. Peed.

25             MR. PEED:  Imagine words of assistance being twisted

4587

 1    by agents' spin on casting the widest possible net for the

 2    tragic events of January 6th.

 3         Mr. Vallejo does not have to imagine.  He has lived this

 4    nightmare for the last year when he was added to an indictment

 5    despite never setting foot on or near the Capitol.

 6         As you know, my name is Matthew Peed.  I have the

 7    privilege of representing this man, Ed Vallejo.  A man presumed

 8    innocent, a man who is innocent.

 9         The government has fulfilled my prediction to you at the

10    beginning of the case of presenting to you with a Twitter

11    version of the truth and counting on you to look no deeper.

12         You know, I thought that by the end of the case, after

13    you had heard actual witnesses, that they would have at least

14    shifted in their central claim that there was a plan by the

15    Oath Keepers when they came to D.C. to stop the certification,

16    but they didn't.  You heard Mr. Manzo get up to you this

17    morning and tell you that they came to D.C. to interfere with

18    the certification.  They stuck to that.

19         I love practicing in D.C.  This city has the best juries

20    in the world.  You're smart.  You are deliberate.  You are

21    careful.  You follow instructions.  I have never been

22    disappointed by the thoughtfulness and care of a D.C. jury.

23    Despite the political nature of this case, I know you will take

24    great care to apply the law to the facts and reach only the

25    proper outcome in this case.

1          You just have to look past the Twitter sound bites that

2     you saw thrown at you over and over and over in these blue

3     bubbles, and I trust that you will.

4          I told you at the beginning of this case that your role

5     is to police the police.  And I hope you saw with your own eyes

6     why that is necessary.  Agent after agent in this case didn't

7     know basic facts; facts like what building Mr. Vallejo was

8     standing in front of, the Capitol or the Supreme Court.  Pretty

9     important fact in a case about the Capitol.

10         Facts like which part of the video that Mr. Vallejo

11    referred to -- the parts the government played -- came from.

12    Agent Hilgeman told that you that she checked and the parts

13    that the government played were from the parts Mr. Vallejo's

14    referring to, and then she came back the next day and had to

15    correct herself.  Actually, it wasn't.

16         Facts like where Mr. Vallejo was on January 6th.  Agent

17    Harris, the first witness in this case to talk about that,

18    thought he was in Virginia all day.  Agent Cody by the end

19    remembered to say that he went into D.C., but he had no idea

20    what time he went in.  Again, pretty important if your theory

21    is that Mr. Vallejo was staged to bring an arsenal of weapons

22    into the Capitol.

23         Agent Abrams told you that she Googled what Sons of

24    Liberty meant when she talked about that message, but she

25    didn't know that the Sons of Liberty storming the governor's

1    mansion was a whole decade before there was any violence in the

2    American Revolution.

3         And perhaps most importantly, none of the agents that

4    showed these messages to you even knew what 36th Dustoff meant.

5    Dustoff, a famous medical helicopter evacuation unit that

6    Mr. Vallejo referenced in one of his key series of messages on

7    January 6th.  That is why we have this system, why we have you

8    to police the police.

9         Now, I thought that when I stood up here that I wouldn't

10   have to go over basic things like was there an Oath Keeper

11   plan.  Obviously, you heard testimony that decisions were made

12   to go into the Capitol on January 6th.  But, surely, I thought

13   the government would start their closing here; sort of

14   admitting that it was all happening on the 6th, that any

15   conspiracy was forming on the 6th.  That's not what they did.

16   So let me start off with the basics here.

17        You heard from Mr. Ulrich.  I wanted to make it as

18   simple for you as possible so I asked him at the end of my

19   examination, "When you came to Washington, D.C., you had no

20   plan to try to stop the certification; correct?"

21        He said, "No."

22        "And you had no plan to try to violently or forcibly

23   keep Joe Biden out of the White House; right?

24        "No."

25        I don't know how I can get any clearer than that.  There

1    was no plan when these people came to Washington, D.C., with

2    their guns, to do their personal security details, to attend

3    their rallies, in the context of trying to protect VIPs in the

4    context of fears about counterprotesters.  None of that.  There

5    was no plan to violently or forcibly keep Joe Biden out of the

6    White House.

7        Mr. Herrington.  He was with the operational leader,

8    Michael Greene, for the Oath Keepers D.C. op plan, which

9    covered all of their security details.  "Do you recall there

10    being a discussion with Whip, his nickname, about whether to go

11    into the Capitol at some point after you heard the explosions?"

12        "Yes, sir, we were -- we were standing -- it was

13    after -- it was quite a bit into the incident there.  It was

14    quite a bit of time into it.

15        "And Whip said he's not going to the Capitol; right?

16        "Correct.  Yeah.  None of us wanted to go into the

17    Capitol."

18        Mr. Ulrich again.  "You know, you remember he

19    testified -- he interviewed with the government a couple times

20    before he got here and stood on the stand in front of you.  He

21    told you he's been truthful with the government every time.

22        "So you weren't lying to them; right?

23        "No.

24        "Now, during the first interview, October of '21, did

25    you tell the FBI and Mr. Edwards there was no meeting of the

1    minds of a plan to stop anything on January 6th?

2         "Yes."

3         We know not just from the human beings that you saw

4    here, but from the messages that were being sent around at that

5    crucial time.  These are some of the messages that you saw.

6    "Who's storming what building?"

7         "Are we sure they're actually patriots and not those bad

8    actors who are dressed as patriots?"

9         I hope we can put to rest the notion that the people who

10   came to D.C. had some kind of plan at that time.  Now, I know

11   the government can argue -- probably argue in rebuttal that a

12   conspiracy was formed at some point prior to people going in.

13   They can say that.  But let's just start here with what is

14   right in front of all of our eyes.  There was confusion on that

15   day.  No one knew what was going on.  The Oath Keepers weren't

16   prepared.  Stewart Rhodes's helmet was back at the rally where

17   he wasn't.

18        People had to get there.  They were apart.  You heard

19   about several separate decision points of people coming.  You

20   heard about what we just saw; Mr. Herrington and Mr. Green,

21   because they heard explosions and they wanted to see what

22   happened.  You heard Harrelson and Dolan were already there,

23   and the government showed you an exhibit where they're watching

24   the crowd and then the barriers break and they go with the

25   crowd.  They made that decision themselves.

1          And then you heard the testimony, true or not, about

2     this huddle.  Meggs said what he allegedly said, but that

3     wasn't said as part of the Whip coming over with Herrington

4     part.  That wasn't said with the -- the Dolan and Harrelson

5     part.  You have all these different moments, and then you have

6     the people coming in the -- what the government calls the

7     second line, with Mr. Ulrich coming.  He didn't know where he

8     was going or why he was going.  And he says he hesitated for a

9     couple minutes before he even decided to go in.  So you have

10    all these different decision points, none of which was planned

11    out in the days and weeks or months prior to January 6th.

12         I think the government would have more credibility with

13    intelligent D.C. juries if they'd ever just admit what's

14    staring us all in the face.

15         Here's a message that you saw from someone who said as

16    crystal clear as he could be.  "I did not wake up this morning

17    thinking I would storm the Capitol."

18         Now, I told you at the beginning of this case, this is

19    not one case; this is four cases.  There is no real cohesion

20    between Mr. Vallejo, Mr. Moerschel, Mr. Hackett, Mr. Minuta,

21    other than the trying of them together and putting them at that

22    table.

23         They did not know each other.  Mr. Vallejo had never met

24    any of these individuals.  And you heard from every witness the

25    government called, other than Ms. Herrington who met -- said

1    some things about the dinner that night.  Everyone who you

2    heard that went into the Capitol had never met Mr. Vallejo.

3    Didn't know who he was.  I kept trying to ask Mr. Berry, you

4    know, going along the lines of questioning, he just cut me off

5    and said I don't know that man.  I don't know who he is.

6        This is four cases.  In the beginning of this case I

7    told you about one of the first and most important examples of

8    an American jury being tested with the question of individual

9    versus collective guilt in a politically charged case.  The

10   jury after the Boston Massacre courageously acquitted those who

11   did not pull the trigger, where there was not proof beyond a

12   reasonable doubt of collective decision-making.

13       I have every confidence that you will similarly be able

14   to see the difference between individuals and individual

15   accountability.  I know this because I know that you share the

16   feelings that we all share about the principles of American

17   constitutional democracy.  The brave men and women who guarded

18   the Capitol that day, through that emotional day, they're not

19   honored by a rush to judgment.  They're not honored by a

20   guilt-assuming presentation.  They're not honored by a

21   guilt-assuming just-so story that tries to capture everyone in

22   a net who had strong feelings that day.

23       They're honored by fairness, due process, the

24   presumption of innocence, and conviction only upon proof beyond

25   a reasonable doubt.

1          I'm going to walk you through the story of Ed's trip to

2     D.C. because his story is his truth.  His story rebuts the

3     government's guilt-assuming narrative to you.  And now,

4     remember, Mr. Vallejo has zero burden here.  He doesn't have to

5     prove anything.  But everything I tell you will be supported by

6     the evidence.  The evidence of Ed's innocence is staring the

7     government in the face if they weren't hell-bent on sticking to

8     this grand-plan theory of January 6th.

9          Ed came to D.C. on his own for peaceful protest not

10     connected to the Oath Keepers.  As you've heard, Ed forwarded

11     clips of this podcast called the *Hagmann Report*.  The *Hagmann*

12     *Report* discussed a peaceful protest on January 4th, having

13     nothing to do with the certification.

14               (A video recording was played.)

15               MR. PEED:  See if this sticks to the audio.

16               (An audio-visual recording was played.)

17               MR. PEED:  This is how this report was reported.

18     Special guest Sam Andrews of the Freedom Center USA announces

19     this plan to assemble a large group of armed patriots on

20     January 4th, 2020 [sic], in Washington, D.C., to lawfully and

21     legally petition the U.S. government to take action against the

22     treason and sedition of elected and appointed public officials.

23          Now, they had notions that the First and Second

24     Amendment could be exercised together.  That's not quite

25     accurate under D.C. gun laws, but the spirit here was of people

1    petitioning their government on January 4th, not having

2    anything to do with January 6th or stopping the certification.

3        That was one of many things Ed was consuming.  That one

4    in particular he forwarded to his friend Kelly.  Kelly said I'm

5    on board.  He had another friend named Todd who got on board.

6    They thought another friend named Frank was going to come.

7    There was no mention anywhere in any of this in their

8    discussions of stopping the certification.  If you watch the

9    rest of this -- some of the clips that are in evidence, you

10    will hear them talking about arrests and indictments.

11        Now, I asked Agent Harris, what part of the government

12    makes arrests?  Executive government -- Executive Branch?  What

13    part of government does indictments?  The people through

14    grand juries.  Who presents evidence to grand juries?  The

15    Executive Branch.  This is all government working.

16        Now, we know now there's no basis to arrest anyone, but

17    thinking there was a basis is not a crime, and hoping that

18    there are arrests is not a crime.  It's hoping the government

19    works.  That is what was in the mindset of Ed and his crew when

20    they came here.

21        So Ed and his buddies started on the road trip.  Now,

22    what do -- what was Ed doing in the week leading up to his road

23    trip?  Was he sitting around plotting an insurrection?  No, he

24    was building a stage for a rave with a new drone that he had

25    just got.  He wanted to make a light show with this drone and

1    get some cool footage.  He thought it would be epic.

2          So they set out for D.C., and they didn't even know if

3    Stewart Rhodes was going.  Here you have a message from

4    Todd Kandaris, once Ed's friends decided to make this trip to

5    support the President and the process, "Hey, Stewart, are you

6    going to D.C. for the 6th?  Myself and some other patriots are

7    going to be there.  Would like to touch base if you will be

8    there."

9          No idea of what Stewart's plans were or if he would even

10   be there.  That wasn't why they were coming.

11         So Ed packed up his kitchen, brought lots of food.  You

12   heard that.  And he set off with his friends.  They thought

13   they were going to a campground.

14         Now, this is crucially important and something the

15   government did not show you.  I had to show this through the

16   government's witnesses.  When he left, Ed had tons of evidence

17   that he was supporting the certification process, that he was

18   wanting to see it play out.  He was excited every time a

19   senator announced they would support an objection.  He wrote,

20   "We have our contestants."  He texted his friends, his specific

21   purpose why he's coming to D.C.  Was he coming to D.C. to bring

22   guns to Stewart Rhodes to overthrow the government?  No, he

23   wanted to hold their feet to the fire.  He wanted Congress to

24   do the right thing.  So he wanted to be there so that Congress

25   would do -- do -- uphold the objections.

4597

1          Now, he got on the road, and he didn't know anything

2     about a QRF hotel or a hotel in general.  He thought he was

3     going to a campground.  These are the messages that he sent

4     first to Stewart Rhodes and then to Kelly Meggs, because he

5     wrote to Stewart Rhodes, "Sir, Ed Vallejo of Arizona in

6     Tennessee with cadre requesting coordinates to allied

7     encampment outside D.C. boundaries to rendezvous.  Please

8     respond ASAP for the Republic."

9          Now, I want you to see this first to get a flavor of how

10    Ed talks, how he writes.  He uses military jargon.  It's kind

11    of a -- it's kind of a shtick, or it's kind of like a way of

12    talking with the guys.  He's just asking for directions.  And

13    every single sentence of that has some sort of jargon in it.

14    But I also wanted you to see it because he didn't know where he

15    was going.  He wasn't part of some plan.  He just thought he

16    was going to some campground.  And he brought tons of food

17    because he wanted to cook for protesters.  He thought, the

18    evidence shows, that he believed millions of people will be

19    coming; that this would be a massive public peaceful protest.

20    And Ed wanted to cook for them.  He wanted to support them.

21          He wanted to be a speaker, if he had the opportunity.

22    You saw that in the evidence.  Nothing about stopping the

23    certification.

24          So Stewart Rhodes gives him Kelly Meggs's number, tells

25    him to call Kelly Meggs, and he got the wrong number, because

 1    Ed Vallejo had no idea who Kelly Meggs was.  Didn't have his

 2    number.  Had never talked to him.  So he texts Kelly Meggs and

 3    asked him for the campground address.  Still, this is late in

 4    the night of the 4th.  He's still asking for a campground

 5    address.  And Kelly Meggs sends back this text.  This is the

 6    only communication from Kelly Meggs to Ed Vallejo in any of the

 7    digital records the government has obtained.  This one thing.

 8    No calls.  No messages.  Nothing.

 9         Kelly Meggs didn't know who Ed Vallejo was.  It was just

10    some guy from Arizona.

11         So Ed gets there.  And you see him arriving at the

12    Comfort Inn.  Now, the government in their closing told you

13    there was some sort of knowing nod between Mr. Caldwell and

14    Mr. Vallejo.  The government said they didn't need to speak.

15    This is what actually happened.

16              (A video recording was played.)

17         MR. PEED:  We saw Mr. Vallejo, without acknowledging

18    any other human being's existence, unloading his stuff.  You

19    didn't see any nod between Mr. Caldwell, Mr. Vallejo.  Now,

20    I -- I thought about objecting here because the government's

21    not supposed to mislead you, and not just for the nod.  That's

22    interpretation.  But the government knows through all the

23    digital records that they have that Mr. Vallejo and

24    Mr. Caldwell have never met each other.  Have no connection to

25    each other, have never talked on the phone, have never

1    exchanged Signal messages, never exchanged text messages.

2        There's no possible way Mr. Caldwell knows who

3    Mr. Vallejo is and Mr. Vallejo knows who Mr. Caldwell was.

4        But I thought, let me just show you this and explain

5    that to you.  You know that.  You are intelligent.

6        You know that this guy who came from Arizona and walks

7    right past the so-called organizer of the QRF without any

8    understanding of who he is, you understand that's because

9    they've never met each other and he's not coming as part of any

10    prior plan.  He just -- his friend had just said, hey, are you

11    going to be there?  That's all that was said other than getting

12    an address.

13        Now, not only did Mr. Caldwell and Mr. Vallejo not

14    exchange any messages, no calls -- Mr. Vallejo and Mr. Bittner,

15    no calls, no messages.  Mr. Vallejo and Mr. Stamey, no calls,

16    no messages.  This was just a free hotel room that happened to

17    be open for Mr. Vallejo.  Think about when he walks right by to

18    his room, how oblivious he is to who Mr. Caldwell is.

19        So Ed gets there, he unloads, and he goes down to the

20    Supreme Court.  He drives around what he calls a cadre of some

21    South Carolina Oath Keepers.  Driving around others and being

22    useful with his truck.  That's classic Ed.

23        You heard the January 6th podcast; Mr. Kanderis

24    described what they did that day.  They got there; they -- they

25    bivouacked with the Oath Keepers.  They're not part of the

1    Oath Keepers, but they had a hotel room for them.  So they get

2    the hotel room, and then they go down.  Everything is peaceful.

3    And then we all know -- we've -- we've -- we've heard about the

4    truck.

5         Now, when Mr. Vallejo and Mr. Kanderis went down there

6    on the 5th, who didn't go down to the Supreme Court area where

7    the rallies were happening on the 5th?  The people on the

8    government's chart who they've labeled as QRF.  Paul Stamey and

9    Ken Bittner.  Those are the people you saw in the Comfort Inn

10   videos accepting big boxes or pushing away big boxes or

11   standing around talking to people with big boxes.  Those are

12   the people who, basically, stayed at the Comfort Inn.  They

13   didn't go down on the 5th to these rallies.  What did

14   Mr. Vallejo and his friend Todd do as soon as they get there?

15   They go downtown.  Why?  Because they are not stationed there.

16   There's no plan for them to be there.

17        Now, having gotten there, look at the time that Ed

18   Vallejo is finally added to the DC OP Signal chat group.  4:29

19   on January 5th.  He was not aware of anything on that list that

20   came before that moment; not that there's anything nefarious on

21   that list.  You know, I had the -- I had to take one more for

22   the team and walk you through some of the dull, boring planning

23   details early in the case of what this chat actually did.  We

24   had to walk through like 78 slides because I wanted you to get

25   a flavor of what they were actually talking about.  I could

1   have given you thousands of messages like that, but certainly

2   nothing that Mr. Vallejo knew prior to 4:29 on January 5th.  So

3   he gets added.

4        Think about everything that came before that moment that

5   the government has shown before you.  You have Hangout chat

6   discussions.  You had the January [sic] 9th GoToMeeting call

7   about -- about the Million MAGA March.  You had the Million

8   MAGA March itself on November 14th; where they did have a

9   peaceful QRF, by the way.  The Jericho March in December, where

10  Rhodes spoke.  And all the December DC OP chat planning.  Ed

11  was not on any of that.

12       All right.  That takes us to the January 6th morning.

13  Now, Vallejo -- Mr. Vallejo sends his stupid alert.  He parked

14  his car -- he parked his truck downtown, and he couldn't find

15  it.  He says, "If you spot it, let me know."

16       Well, think about this.  This is the morning of

17  January 6th.  Stewart Rhodes responds, "Do you need a ride in

18  or are you Ubering it?"  Stewart Rhodes thinks Ed is going into

19  town that day to take part in activities.  Ed says he's going

20  into town that day.  He asked about the D.C. blade-length rule

21  because he wanted to bring his replica cutlass.  Ed's kind of

22  goofy that way.  He wanted to walk around with his sword, his

23  old Navy sword.  But he's talking about going in.  The plan was

24  to go in, not to be staged anywhere in Virginia.

25       There are no other messages, no phone calls, no group

4602

1    chats between Stewart Rhodes and Mr. Vallejo that would have

2    changed their understanding at this moment on the morning of

3    January 6th that Mr. Vallejo's plan was to come in.  So how

4    could Stewart Rhodes be counting on Mr. Vallejo to bring him

5    weapons if he thinks he's going in?

6        And when Mr. Vallejo said, hey, my truck is lost, did

7    you see any messages, is that going to affect the QRF plan?  Is

8    that going to affect anything?  No.  No one knew who

9    Mr. Vallejo was.  No one was counting on Mr. Vallejo as part of

10   a QRF.  He asked, "If you find my truck, let me know."

11       Now, Mr. Vallejo's friends took a little longer.  He

12   said he would go in when they get up.  Apparently, it took a

13   bit longer, and he -- and he ended up doing that podcast.

14   Let's talk about that podcast.  The government loves it.  On

15   that podcast Mr. Vallejo said if they tell me today it's

16   broken.  If they tell me it's broken.  Who is "they"?

17   Congress.  He's waiting to hear on Congress, from Congress.  He

18   said, "The American people are going to be told that we have

19   liberty and justice for all or they're going to be told

20   eff you, and if they're told eff you, that's the declaration of

21   guerilla war."

22       Who is he waiting to be told something from?  Congress.

23   And he talks about wanting Trump to do the right thing.  And

24   what does the host say?  He says, "I understand the sentiment."

25   It was just a sentiment.  But regardless of the way Mr. Vallejo

1    expressed it, this is the classic example of how the government

2    is trying to get you to have a knee-jerk reaction to something,

3    because everything he said in that podcast shows he's waiting

4    for the certification.

5        He's waiting to see what Congress does.  He has no plan

6    to stop it.  He's worried about what happens afterwards.  He

7    doesn't say he supports the guerilla war, by the way, but he --

8    it's proof he's waiting on a certification and not to stop it.

9    And that podcast lasted right up to noon.  He leaves the

10   Comfort Inn at 11:50.  So right up to when he leaves, he's

11   talking about waiting and seeing what will happen, not

12   interfering with it, not conspiring to interfere with it.  Then

13   what happened?

14       Mr. Vallejo did the very worst thing you can do if you

15   were supposed to be staged with weapons at a QRF to support an

16   attack on the Capitol.  He went into D.C.  He went in without

17   his hat or any other gear.  Here's a picture of him leaving.

18   He's not outfitted.  He doesn't have his gear on.  He doesn't

19   have his hat on.  He went down to D.C., and he went around to

20   wander, with no idea of how long it would take.

21       Now, apply the scientific method.  What would you expect

22   to see if Ed was not part of the plan to guard weapons for the

23   certification?  You would expect to see him leaving the

24   Capitol right at this time -- to go there right at this time.

25   What would you expect to see if he were part of a plan to guard

1     weapons for an attack on the Capitol?  Either he leaves super

2     early so he can find his truck and get back and be where the

3     guns are or he just never leaves.  But neither of those options

4     happened.  He did the one thing that makes no sense if he's

5     part of a plan to bring weapons to attack the Capitol.

6          All right.  We know he wandered around.  He found his

7     truck at 1:19.  "Eureka!!"  He's thrilled.  He's not thinking

8     about -- he hasn't really heard yet about the bedlam at the

9     Capitol.  He finds his truck.  But on the way back -- this is

10    where he is when he finds his truck, one -- one -- one of

11    the -- one, you know, of the dense -- dense areas of D.C. here.

12    And he gets back.

13         And in between going to his truck and coming back, this

14    is what has been lighting up on his phone.  "American Blood in

15    Capitol steps."  "Officers down."  "Suspicious activists."

16    "Flash grenades."  "Tear gas."  "Overwhelmed police."  At this

17    very same time, "Medics on my team have been pepper sprayed and

18    attacked at Capitol.  Headed their way."

19         That is the context when Mr. Vallejo says, "Vallejo back

20    at hotel and outfitted.  Have two trucks available.  Let me

21    know how I can assist.  QRF standing by at hotel.  I have two

22    pickups and 1 hour and 11 minutes to exfil whomever needs it."

23         Now, we all know the government wants to use these

24    messages, especially the second message.  Basically -- you

25    know, with their theory.  But ask yourselves?  Did they give

1    you any witness or even any message that a QRF is something

2    nefarious, is something that is -- with ill intent; that it is

3    something -- anything other than something to protect people?

4    No.

5         Remember, this was 2020.  You heard testimony and saw

6    messages about fears and instances of Antifa attacking

7    protesters.  Mr. Herrington told you he saw Antifa with rifles.

8    He feared they would attack protesters.  QRF is just a term for

9    people who would react to dangerous situations.  We know these

10   guys tried to plan for contingencies.  So other than the

11   government's argument and their weighted language and their

12   guilt-assuming assumptions, why is there anything bad about

13   saying QRF standing by?  That's to help people.  It's something

14   they had at every rally they did.  They used -- they had a QRF

15   on November 14th without incident.  And the most important

16   piece of evidence in this whole case, as far as Mr. Vallejo's

17   intent with this QRF thing, was never shown to you by the

18   government.

19        I had to show you this.  And where did it go?  Here

20   we go.

21        Mr. Caldwell, in trying to arrange logistics for the

22   QRF, says, "The whole purpose on -- for the January 6th op is

23   if things went really bad and we needed to fight back to save

24   lives.  And if we had to get folks out, sick, hurt, just too

25   cold, we could get them out via boat, and our QRF vehicle could

4606

1    get them home." QRF vehicle. What's Mr. Vallejo's offering?

2    Trucks. To get people home.

3        Imagine FBI agents pouring over all these messages and

4    saying, aha. He says QRF, and QRF has guns; so we must admit

5    he was bringing guns. That's the essence of a presumption of

6    guilt.

7        Let's go back to those messages. Every one of them

8    talks about getting people home or getting people out. Some

9    were implicit. All right? So saying I have two trucks

10   available, let me know how I can assist, that's not expressly

11   saying two trucks to get people out, but it's certainly

12   consistent with that.

13       QRF, if a QRF's purpose -- in the exhibit the government

14   never showed you -- was to save lives and get people out and

15   saying QRF sitting by, essentially saying to people who would

16   have understood those words, here's someone who can help get

17   you out. Then he expressly says exfil on his next message.

18   Then he says he will transport anyone, and he references that

19   medical evacuation unit.

20       The government -- I suppose it's possible that those

21   first few messages meant something different. But they have

22   the burden. How can they argue and prove beyond a reasonable

23   doubt that these two messages were offering to bring weapons

24   for an attack on the Capitol that no one had planned, that no

25   one asked Mr. Vallejo to bring weapons for. Using the

1    language, that was about getting people home and getting people

2    to safety and saving lives.

3         And as you just heard Mr. Weinberg, look, we know beyond

4    any doubt when Mr. Vallejo said back at hotel and outfitted,

5    there was not a single gun in his truck because that truck had

6    been overnight in D.C.; where they talked forever about not

7    breaking any laws, not bringing any weapons, not bringing any

8    firearms.  It sat there overnight.  He goes and finds it.  He

9    drives it back to the hotel, goes back to his room, gets

10   outfitted, puts on his hat, his Oath Keeper gear; no video of

11   guns going there.  He's just offering to drive people.

12        Is there any evidence otherwise?  Is there any witness?

13   Did they call anyone from -- did they call Mr. Stamey?  Did

14   they call Mr. Bittner?  Did they call any of their cooperators

15   who could say, yeah, I was relying on Mr. Vallejo for weapons

16   that day or anything that day?  No, because there was no plan.

17        You heard, even in the government's closing today, how

18   Mr. -- Mr. Harrelson went up and pushed -- pushed on

19   Officer Salke and felt for plates, and he was excited, and

20   that -- Mr. Berry didn't like that because Mr. Berry didn't

21   have the same mindset as Mr. Harrelson.  Each of them had

22   different mindsets.  None of them were sitting there saying,

23   oh, but we all got weapons back there and that's part of the

24   plan for -- to come here.  It's just fiction; fiction in the

25   minds of agents.

1          So that takes us to after those offers of help -- which
2     no one responded to.  You know, the first time someone
3     responded to one of Mr. Vallejo's offers for help was around
4     4 o'clock when they wanted to leave.  No one said --
5     Mr. Vallejo said QRF standing by.  No one said, okay.  Great.
6     Bring in the weapons; or, no, don't bring in the weapons.  No
7     one did -- said anything because no one was ready to leave yet.
8          Not until the 4 or 5 o'clock hour did people start
9     saying, oh, we already have hotels and we don't need you to get
10    us anywhere.  So then that evening, Stewart Rhodes says -- this
11    message you've seen.  "Thousands of ticked-off patriots
12    spontaneously marched on the Capitol and sent the message that
13    they will not live under an illegitimate ChiCom puppet regime."
14    And Ed said, "We'll be back at 6:00 a.m. to do it again."  And
15    I had lots of back-and-forth with the agents about these
16    messages.
17          What's important to understand is at this time period,
18    Mr. -- some people who came with the Oath Keepers, they're
19    going home.  They're sort of viewing their job as over, but
20    this wasn't a change of plans for Mr. Vallejo in the sense of
21    he came expecting there will be millions of people for a
22    protest, that it would last for days.  He brought lots of food
23    for it.  So marching on the Capitol -- not violently, but
24    marching on the Capitol was what he was saying he was going to
25    do from the beginning, peacefully.

1        So Vallejo says he wants to march again the next day.

2    He's not watching some new conspiracy by force.  He thought

3    10 million people were coming.  He always wanted to be the

4    humble cook supporting these protests.  So while those who went

5    into the Capitol went home, some of them scared, Ed didn't know

6    there was anything to be scared of.

7        He wasn't there.  He was simply trying to follow the

8    directions of the President of the United States.  He didn't

9    want to say it was over until the President said it was over;

10   the President in whom the executive authority of the

11   United States is vested.

12       He didn't even know that Stewart Rhodes had gone to

13   Kentucky.  You heard from Mr. Herrington that right after

14   that -- that dinner, he went and grabbed his things and went to

15   Kentucky with Mr. Herrington.  Mr. Vallejo extended his hotel

16   and thought Stewart Rhodes was still hanging around.  For

17   Mr. Vallejo, this was all part of the march as he was thinking

18   it was going to happen, not the violence.

19       The government wants you to think this is a statement

20   meant to repeat the violence of that day.  But we know in the

21   aftermath, Mr. Vallejo tried to figure out what was going on.

22   He didn't know what anyone was doing, but one thing is clear,

23   he drew a clear line between people using -- between peaceful

24   protesters and people using force to enter the Capitol.

25       Mr. Vallejo, for himself, he never acted corruptly.  He

1    never acted outside of the presidential authority.  How do we

2    know this?  We know he watched video, and he believed that

3    Antifa had broken into the Capitol.  He called them domestic

4    terrorists.

5                    (An audio recording was played.)

6                    MR. PEED:  Ed wasn't there.  He's watching videos and

7    trying to figure out what happens.  But what's important is his

8    attitude, which he's -- listen to his voice.  He's sincerely

9    trying to figure it out.  He's sincerely expressing that those

10   who broke in are not what he's supporting.

11        The last question that I had in my case [sic] of

12   Agent Cody was what did Mr. Vallejo -- "Isn't it true

13   Mr. Vallejo described those who attacked the Capitol as

14   committing domestic terrorism?

15        "Yes."

16        That was his view of it.  How could he believe that

17   attacking the Capitol was domestic terrorism and then the next

18   day when he says we're going to do it again -- talking about

19   marching -- means he's going to go attack the Capitol?

20        This is the video that Ed was talking about.  I'm not

21   going to play it all.

22                    (An audio-visual recording was played.)

23                    MR. PEED:  There were differences of opinion that

24   day, and that's what Ed was seeing.  Now, the government -- go

25   back to the title of that video.  For some reason the

1    government kept talking about the title, trying to imply to you

2    that this is a video saying we are not Antifa; that the Trump

3    supporters are saying we're not Antifa.  We're attacking the

4    Capitol, but we're not Antifa.  If you watch this video,

5    Exhibit EV 903, halfway through this video -- the government

6    knew, because they watched the video -- halfway through this

7    video, the crowd starts chanting, "We are not Antifa" to get

8    those who are attacking to stop, to try to get them to stop

9    attacking.  I don't know why the government tried to mislead

10   you with those questions to suggest that Mr. Vallejo in

11   watching this would be thinking that the people attacking are

12   not Antifa.  Halfway through they're saying we are not Antifa,

13   and that's what Mr. Vallejo was seeing.

14        So we -- the evidence shows that Mr. Vallejo, when he

15   said, we'll do it again, was about a march, and he had no

16   intent to attack the Capitol violently or forcefully.  But we

17   also know those comments about doing it again weren't about

18   stopping Congress or the certification.  Vallejo predicted that

19   Congress would certify in the night.  I don't know why he

20   called them butt boy.  He was a goofball.  But he said in the

21   dead of night it would be certified, and the next morning, "Did

22   I call it or what?  3:45 a.m."

23        He did nothing to stop it that night.  He anticipated it

24   was happening and did nothing to stop it.  The government

25   showed you a message from Kelly Meggs where he was boastfully

1    saying he's going to go back and do it again if Congress came

2    back.  Mr. Vallejo didn't say anything like that.  Mr. Vallejo

3    didn't do anything like that.

4         He did nothing to stop it.  He didn't want it to be

5    stopped.  He wanted to see if something, some piece of evidence

6    Trump had up his sleeve would convince those senators to

7    object.  And even knowing the certification was a done deal, he

8    went on with checking out the scene for his protest and

9    marches; the thing he always came to D.C. to do.  This was not

10   about stopping any process.

11        What it was for Ed, in painstaking detail on this

12   record, was about supporting the process and the President as

13   he understood it.

14        On January 6th Ed is looking to see what the President

15   of the United States wants people to do.  He says -- he sends

16   around a message saying, "The Commander in Chief has ordered us

17   to go home.  Thoughts?"  Then he looks closer and he determines

18   this message is CGI.  So he doesn't quite have a clear message

19   from Trump to go home.  Unfortunately, if -- if he had thought

20   that was from Trump, he would have gone home.  He wouldn't be

21   here.  The government wouldn't have any chance to -- to even

22   hint that he's doing anything wrong.  But he decides it's a

23   fake message; so he stays.

24        Then he hears there's a directive from the POTUS to go

25   to Texas.  This is on January 7th.  He wants to follow the

4613

1    directions of the President of the United States.  He thinks

2    Trump goes to Abilene; so he's going to where he thinks the

3    President is, Texas.

4         And he tries to stay in touch with Stewart Rhodes

5    because Stewart Rhodes is saying he has the President's ear.

6    You heard from Mr. Herrington, Stewart Rhodes was saying I'm

7    talking to the President.  And, remember, Mr. Vallejo didn't

8    even know that Stewart Rhodes was not there, that he had fled.

9    Mr. Rhodes -- Mr. Vallejo was not talking to Mr. Rhodes at this

10   time.  He wasn't hearing anything.  He's posting his

11   observations of downtown D.C., but he's not getting anything

12   back.  He doesn't know where Stewart Rhodes is.  He's going to

13   Texas to try to -- to -- what he understands was a directive

14   from the President of the United States.

15        At that same time, you'll see the link -- right after he

16   reads about the President's directive, there's a link.  This is

17   what he was reading.  Trump fighting from secure location, did

18   not concede.  He thinks the President of the United States is

19   in Texas and that this wasn't a concession.  If it was a

20   concession, if he said go home, Mr. Vallejo would have gone

21   home.  He's not trying to oppose the authority of the

22   United States.

23        That article said the deep state is trying to thwart

24   Trump from every possible angle and Trump's victory isn't

25   ensured, but he remains the U.S. President for the next 12

1    days.  He's using those days to carry out an epic counterattack

2    against the criminals who rigged the elections.  Classic

3    conspiracy stuff.  But the point is that the President, as this

4    says, was the President for 12 days.  He had certain legal

5    authorities.  He had all of the executive authority of the

6    United States, and that is what Mr. Vallejo, the whole time,

7    from his message about Commander in Chief on the 6th to -- to

8    the -- to POTUS directive on the 7th, he's just trying to

9    follow the President.

10       He also wasn't particularly in a hurry or, like, in

11   urgent mode.  He stopped at Graceland on the way to Texas.  He

12   sent that text, "Elvis says hi."  He gets to Texas and soon

13   realizes that none of it's true.  Trump isn't in Texas.  So he

14   goes home, fixes his clutch, and watches the inauguration on

15   TV.

16       Mr. Vallejo did not come to D.C. to interrupt the

17   certification or oppose the authority of the United States.  He

18   did not leave Washington to interrupt the certification, which

19   had already finished, or oppose the authority of the

20   United States.  He believed in the process.  He wanted to

21   support the process.  He offered help to people in the middle

22   of bedlam.  He believed those who broke into the Capitol were

23   terrorists.  He tried to follow what he understood to be the

24   orders of the Commander in Chief.

25       Now, hypothetically -- I don't like this hypothetical,

1    but let's just credit every single thing the government thinks

2    about Mr. Vallejo, as crazy as it is.  If there were no plan to

3    attack the Capitol and Mr. Vallejo sees the bedlam and is

4    trying to get guns there on his own, no one -- no one said,

5    hey, good idea.  Bring those -- bring those over.  So who did

6    he conspire with?

7        They weren't asking for guns.  They weren't trying to

8    use guns there.  That would be like a fan in the fourth quarter

9    yelling at a coach.  "Hey, Coach.  I'm here.  Put me in for the

10   quarterback."  That's not a conspiracy with the coach that some

11   fan's offering something that the coach doesn't think is a good

12   idea.  It's just a fantasy, not a meeting of the minds.

13       And who did he conspire with after the 6th?

14   Stewart Rhodes left for Kentucky.  He wasn't heard from again

15   for days while Mr. Vallejo was trying to figure out what does

16   the President want.  Poor Mr. Vallejo extended his room at the

17   hotel thinking Stewart Rhodes was there and there would be more

18   protests.  There was no discussion the government showed you

19   of -- of any kind of possible meeting of the minds there.

20       Now, I'm not going to ask you to agree with

21   Mr. Vallejo's politics or his view of the election.  It was

22   misguided.  But there's one thing the evidence makes clear.  He

23   is a man without guile.  He speaks from the heart.  He talked

24   about shooting the bastards, something you'll hear in any bar

25   in Arizona.  Ed said on a podcast that he knew it was broadcast

1    on the internet those things.  He went back on that same

2    podcast the next day and talked about his plans of going back

3    into D.C.  He went back on the podcast and talked about who he

4    thought attacked the Capitol.  You heard that part.

5        I want you to ask yourself, does he sound like he's

6    posturing?  Does he sound like he's trying to make a cover for

7    himself while at the same time saying things the government is

8    trying to use against him?  No.  He's simply a person who wears

9    his heart on his sleeve and has no guile.

10        You heard a lot about deletion in this case.

11   Mr. Vallejo never wipes his phone, never deleted any photos he

12   took.  He stayed on Signal for months.  His phone was taken

13   five months after these events.  The chat group was dead.  He

14   wasn't doing anything with the Oath Keepers.  So why would he

15   keep the app?  But he kept the app at least through

16   March because the chart the government showed you showed

17   messages all the way through March.  This is months after

18   people were arrested, months after Mr. Vallejo, for FYI

19   purposes, sent around messages of people who were arrested from

20   January 6th.

21        He's staying on the app.  He's not doing anything to run

22   or doing anything to hide.  What was Mr. Vallejo's Signal

23   moniker?  Ed Vallejo.  Guileless.

24        He voluntarily met with the FBI and gave them his

25   password for his phone.  He was a conscientiously law-abiding

 1    citizen.  You saw him ask about blade-length restrictions.

 2    When he was trying to exfil people, he was only going to the

 3    perimeter because of the curfew.  He never tried to hide his

 4    identity.

 5          And I think this is very telling.  Stewart Rhodes was

 6    concerned and wanted people to be aware that the Signal chats

 7    might be compromised.  He said, "Please confirm you got this,"

 8    to Mr. Vallejo.  "Oh, I got that.  But I never did anything

 9    wrong, and I was at the hotel when things got wonky."

10          Now, the government's theory is that Mr. Vallejo's

11    conspiracy is with Mr. Rhodes and the conspiracy was to bring

12    guns from the hotel.  So why would he be telling his

13    co-conspirator, I didn't do anything wrong because I was at the

14    hotel when things got wonky.  If being at the hotel when things

15    got wonky was the purpose of the conspiracy, it's fiction.

16    There wasn't a conspiracy to bring guns from the hotel.

17          Mr. Vallejo also said, "I stayed in that DC OP chat

18    because running and hiding is what guilty people do."  He's

19    guileless.  He has nothing to hide.  He has -- he had location

20    on his phone.  You have access to every -- the government had

21    access and could show you every text message that he sent for

22    the relevant time period, every picture he took, every video he

23    took.  He didn't delete anything.  He wasn't afraid of

24    anything.  He didn't think he did anything wrong.  He literally

25    went to Washington, D.C., offered some rides, and came home.

1          Now I want to talk about the elements you'll be

2     instructed on in this case.  Mr. Vallejo is charged with

3     seditious conspiracy.  Seditious conspiracy is the charge that

4     caused Brian Ulrich to be so afraid of a 20-year sentence.  No

5     conspiracy to oppose by force -- it requires a conspiracy to

6     oppose by force the authority of the United States.  Now, every

7     exhibit that they showed you discussed force in the context of

8     the Insurrection Act or after a Biden administration, which is

9     not charged here.  So you have to be intelligent.  You have to

10    not have a Twitter reaction to what they're showing.

11         Resistance, nullification to the regime, the ChiCom

12    Republic regime.  All that language is about the Biden

13    administration.  Stewart Rhodes had a fantasy.  He's like --

14    he's like someone who got dumped and keeps asking for another

15    date.  He keeps saying please invoke the act.  Please invoke

16    the act.  All the way through that recording with Mr. Alpers.

17    He's still trying to get Mr. Trump to invoke the act.  He's not

18    going to do anything prior to January 20th unless Trump invokes

19    that act.  But if Trump didn't do his duty, in his mind he felt

20    like there would then be a constitutional need to resist an

21    incoming regime down the road.  That's what every message,

22    every speech, every open letter talks about.

23         But until January 20th, Mr. Trump had the executive

24    authority of the United States, and acting in support of his

25    authority, the United States could not be opposed to the

1    authority of the United States.  The evidence shows that Ed was

2    always trying to follow the President and act lawfully.  So

3    don't fall for that Twitter mind trick of reading statements of

4    resistance and nullification against a future Biden

5    administration as what is charged here.

6         Now, that podcast, what the government is going to try

7    to use against Ed, what they have used and what they will use

8    in the future is his language.  War.  Shoot the bastards.

9    Things of that nature.  This is how people understood Ed.

10                  (An audio recording was played.)

11         MR. PEED:  This is the community Ed was in.  This is

12   the people he was talking to on the podcast.  This community

13   understands Ed's a loudmouth.  He's a guy that can yell.  All

14   right?

15         This is a major criminal case about this most important

16   day, this incredibly important day, and the government is

17   trying to get you to convict someone based on some comments to

18   a friend on a podcast who understands that you're a loudmouth.

19   That's what's going on here.

20         And he said we're at war.  Look at how this word war was

21   used.  This is the open letter from Stewart Rhodes.  He says,

22   "We are already at war with communist China."  Ladies and

23   gentlemen, are we literally at war with communist China?  In a

24   kinetic war?  No.  We're not even literally at war with Russia

25   while billions of dollars of weapons are going to fight a

1    Russian army with the United States.  It's a way of talking.

2    It's a mindset.

3         This is another -- look at -- when you go back to look

4    at Government Exhibit 6778.2, this is an article talking about

5    predicting violence, predicting the kind of guerilla war

6    Mr. Vallejo was scared of.  Mr. Vallejo didn't say he wanted a

7    guerilla war, but he thought it would happen.  He was scared of

8    it, honestly.  Here's the exact same thing being said in this

9    article.  And it says we don't condone this, but we need to be

10   prepared for it.

11        And that war, if it came, you heard over and over and

12   over, it was going to be from the Oath Keepers' perspective,

13   from Mr. Vallejo's perspective, if they did anything, it was

14   going to be under the Insurrection Act, helping the government

15   under the executive authority of the President enforce the

16   laws.

17        I -- you heard from Mr. Herrington.  I just want to

18   touch this.  This is just a little aside here.  So

19   Mr. Herrington went to the Olive Garden dinner.  The government

20   showed you this picture -- right? -- Mr. Vallejo with a

21   Band-Aid on his thumb.  Mr. Herrington said he had electrical

22   tape all around -- around all of his fingers.  He actually had

23   a Band-Aid on his thumb.  He said he had long hair, a ponytail.

24   Mr. Vallejo had no long hair, no ponytail.  The government

25   tried to, like, I guess, make that about his beard there, but

1    he said he had a braided beard.  So that little trick by the

2    government doesn't work there.

3            And what I found really remarkable is they're trying to

4    show he's talking with Mr. Vallejo by showing you this picture.

5    Why didn't they just have Mr. Herrington stand up and ID

6    Mr. Vallejo like all the other witnesses?  I think he probably

7    couldn't.  Now, Mr. Herrington, as you heard, he -- he has an

8    alcohol problem -- or he has had an alcohol problem.  He has

9    two pending DUIs, and he was drinking that night; so his

10   memories of the conversations that -- cannot be relied upon.

11   But at the end of the day, he didn't really say anything you

12   didn't -- you didn't really know.

13           He said, "They said that if more people came, that they

14   would -- everybody would go back to the Capitol the following

15   day."  Yeah, that's what Mr. Vallejo had been wanting to happen

16   since he set out on his big trip from Arizona.  He wanted

17   protests, peaceful protests.

18           In their closing, the government said the testimony was

19   that they would go back armed.  And I objected.  That is not

20   what was said.  Mr. Herrington, all he said was that everyone

21   would go back if more people came, if more protesters came.  If

22   this became a movement, he would go back.  Peaceful, not like

23   Antifa.  That was Mr. Vallejo's mindset.

24           Now, I think Mr. Herrington is a very interesting part

25   of this case because think about what he did.  He brought a

1    firearm to a hotel in Virginia.  The government seems to think

2    that bringing a firearm to a hotel in Virginia is a big deal in

3    this case; it's nefarious.  Then what did he do?  He believed

4    the election had been tampered with.  What did he do when he

5    got here?  He went to the highest parts of the Oath Keeper

6    organization chart.  He was with Stewart Rhodes and Kellye

7    SoRelle on that night.  He spent January 6th with

8    Michael Greene, the operational leader.  He went to the Capitol

9    with Michael Greene.  He went to the Olive Garden with

10   Stewart Rhodes, Kellye SoRelle, and Michael Greene.

11        He helped Stewart Rhodes pack up after learning they

12   were being sought.  He talked about some of the things he's

13   packing up was ammunition.  He drove in a caravan with

14   Stewart Rhodes.  Stewart Rhodes gave him an AR-15.  He put it

15   in his truck.  He drove all that -- all the way back to

16   Kentucky.  Look, I liked Mr. Herrington.  He seemed like a

17   straight shooter.  I'm not saying he did anything wrong.  But

18   think about what they're trying to get you to assume guilt

19   based on and what their own witness is doing.

20        These things don't make you a conspirator.  Because if

21   there's no plan, there's no conspiracy to join.  And

22   Mr. Herrington did not go in the Capitol.  He did not agree

23   with anyone to go into the Capitol.  He did not agree to stop

24   the certification.  Mr. Vallejo did not agree with anyone to

25   stop the certification, did not agree to go into the Capitol.

1          This is what Mr. Herrington said about the Insurrection

2     Act, and I want to put this up for you because this is relevant

3     to the seditious conspiracy count we've been talking about.

4     "Mr. Rhodes said members of that group might be called upon to

5     use weapons on behalf of the President; right?

6          "Yes, sir.

7          "There was no discussion about using weapons to attack

8     the Capitol -- right? -- that you heard?

9          "Not that I heard, no, sir.

10         "And you understood that from what Mr. Rhodes was

11    saying, he was saying that the militias, if called upon by

12    the -- under the Insurrection Act would support whatever the

13    government needed?

14         "Yes, sir.

15         "They wouldn't be against the government; right?

16         "No, sir."

17         Seditious conspiracy is about opposing the government.

18    Mr. Vallejo never opposed the government.  The Oath Keepers did

19    not oppose the government.  They wanted to be available to help

20    the government if called upon.  They had a long-term belief

21    that if Biden became President, they would have to resist him.

22    That's not at issue here.  But they did not oppose the

23    authority of the government.

24         Mr. Ulrich said very similar things.  "If called upon

25    under the Insurrection Act, you believe the Oath Keepers might

1    be able to provide services to the President of the

2    United States; right?

3            "That was -- that was the consensus.

4            "And you had no plan -- if Mr. Trump did not use the

5    Insurrection Act and bowed out, you had no plan to stop

6    Joe Biden from taking the oath of office; correct?

7            "Yeah, nothing was discussed beyond that."

8            The truth before all of our eyes, we heard it with our

9    ears.  This was just to refresh us because it's been a long

10    trial.  There was no plan to do anything against the authority

11    of the United States here.

12            This is an exhibit; Article II, Section 1, the executive

13    power is vested in a President of the United States.  This is

14    just to show you.  This power, this authority of the

15    government, Mr. Trump had it.  And when they're waiting for him

16    to be called, they -- they are not committing seditious

17    conspiracy.

18            That just leaves all the charges about Congress and

19    certification laws.  Ladies and gentlemen, nothing is more

20    shown in this case than Ed Vallejo was interested in the

21    outcome of the certification and never said anything suggesting

22    it should be stopped.  You heard Ed Vallejo's voice.  I hope

23    you continue to go back and listen to that clip where he's

24    talking about his perspective.  You'll hear his passion.  He

25    wanted to see Congress uphold the objections of January 6th.

1    You heard his fears if they didn't, but you didn't hear any

2    hint he wanted to stop the process.  Stopping it would make no

3    sense to him because he wanted to see what happens.  That was

4    true all the way up to 1:00 p.m. on January 6th when he's

5    wandering around looking for his truck and all the way when he

6    gets home.

7         Now, Mr. Vallejo is charged with aiding and abetting,

8    obstructing certification.  Who would he aid and abet?  Every

9    witness who went into the Capitol told you they never met Ed,

10   had no idea who he was, weren't expecting him to give them any

11   weapons, weren't encouraged by him.  How could such people be

12   aided in their individual decisions by this guy they had no

13   idea existed?

14        There's also a requirement that you act corruptly.

15   You'll be instructed on that.  I want you to think of Ed's

16   guilelessness; that word I keep returning to.  He said things

17   that the government is trying to use against him on podcasts

18   and in the heat of emotion, things that can't be taken

19   literally; otherwise we are at war with communist China.  But

20   he never hid.  He never deleted anything.  He never did

21   anything showing anything other than total sincerity.

22        The government has some hooks they've used to try to

23   fool you into believing that their theory works.  They've shown

24   you scary messages about -- about killing politicians from

25   Mr. Caldwell and Mr. Rhodes.  Mr. Caldwell is someone who

```
 1    helped organize the QRF, said something like:  If we had guns,

 2    we could have killed a hundred politicians.  Something like

 3    that.  Mr. Rhodes says something like:  His only regret is they

 4    didn't have guns.  Again, they're using something which sounds

 5    bad to try to override your intelligence.  Because if you

 6    actually listen to what's being said, if they had guns, it

 7    would have been different.  They didn't have guns.  There was

 8    no plan to have guns.  Their very evidence they're trying to

 9    use proves there was no plan to bring guns to the Capitol that

10    Mr. Vallejo is a part of.  Just wasn't a plan.  And when

11    Mr. Vallejo said QRF standing by, it was to get people out

12    safely.

13              THE COURT:  Mr. Peed, I'll just note it's 5 o'clock

14    now.

15              MR. PEED:  Another tactic they've used, they've shown

16    you pictures of congresspeople in gas masks and lying down.

17    It's a tragic day, and they've shown you lots of videos of it.

18    But do you remember when Mr. Fleet was testifying?  I ask a

19    basic question:  How long did the evacuation take?  He said

20    10 to 15 minutes.  And that picture -- so it was completed by

21    2:44.  And so 10 to 15 minutes going back, takes you to 2:29 to

22    2:34, and the Oath Keepers were not in the building.  So they

23    showed you a picture of our poor congresspeople with gas masks

24    or hiding down caused by people not in this case.  It's another

25    thing to try and do, to sort of override your intelligence.
```

1          And the biggest thing they've done over and over again,

2     which I've already talked about, I just ask you, look at those

3     open letters and look at these messages.  Everyone that says if

4     Trump doesn't do his duty, we will.  If Trump doesn't act, we

5     will.  They want to show you marshal rhetoric from

6     Stewart Rhodes and others about what will happen if Trump

7     doesn't act against the Biden administration, as if that is

8     what is being charged here, and it is not.

9          Again, I'm not going to ask you to agree with

10    Mr. Vallejo's beliefs at the time; but even taking everything

11    he said literally, he never expressed a desire to see the

12    result of the certification interrupted.  He wanted to see the

13    outcome.  He talked about marching, not storming.  Protesting,

14    not breaking into the Capitol like domestic terrorists.  He

15    talked about following the directive of POTUS, the President of

16    the United States.  And he said his after-action report would

17    be dated January 21st; meaning he's not interested in anything

18    after that.  He just wants to follow his President until that

19    President's term is over.

20         Conjecture or surmise about what the defendant knew or

21    intended is not enough.  There must be proof.  As you heard

22    yesterday, the law requires the government to meet the high

23    burden of proof beyond a reasonable doubt.  My favorite

24    explanation of that is the one you heard from Mr. Weinberg.

25    Something that would make you hesitate in the grave matters of

1    life.

2         Whether it's from the lack of any calls between

3    Mr. Vallejo and anyone in this conspiracy; Mr. Vallejo's lack

4    of attending any of the meetings; Mr. Vallejo's lack of being

5    on any chat group; Mr. Vallejo using his real name for every

6    message; Mr. Vallejo keeping everything he could, at least

7    until his Moto E5, you know, with its 2 gigabytes or RAM did

8    what it could; from his calling those who bashed the Capitol

9    domestic terrorists; from all the QRF's offers being consistent

10   with getting people home; to the simple and obvious fact that

11   he was wandering around looking for a truck, right at the

12   moment that anyone who's part of a plan would not be, I submit

13   there are many, many reasons for you to hesitate before saying

14   this man who never was near the Capitol was part of some plan,

15   some conspiracy.

16        So I would ask you to honor that hesitation and return a

17   verdict of not guilty.

18        Thank you.

19        THE COURT:  Okay.  Mr. Peed, thank you.

20        Ladies and gentlemen, that brings us to the end of our

21   day.  Ten minutes earlier than promised.  So we have one more

22   presentation tomorrow morning.  That's the government's

23   rebuttal.  That we will begin at 9:30.  Shortly after that is

24   over, I will provide you with some very short instructions.

25   And then after long last, the case will be yours.

4629

```
1            I look forward to seeing you in the morning.  It's
2   particularly important to continue to follow my instructions
3   about not discussing the case, avoid the media, and no
4   independent research.  We look forward to seeing you in the
5   morning.
6            Thank you very much.
7                THE COURTROOM DEPUTY:  All rise.
8                (Proceedings held outside the presence of the jury.)
9                THE COURT:  Okay.  Thank you, everyone.  We will see
10  you in the morning.
11               THE COURTROOM DEPUTY:  The Court stands in recess.
12               (Proceedings were concluded at 5:07 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

4630

CERTIFICATE OF STENOGRAPHIC OFFICIAL COURT REPORTER

I, Nancy J. Meyer, Registered Diplomate Reporter, Certified Realtime Reporter, do hereby certify that the above and foregoing constitutes a true and accurate transcript of my stenograph notes and is a full, true, and complete transcript of the proceedings to the best of my ability.

Dated this 18th day of January, 2023.

/s/ Nancy J. Meyer
Nancy J. Meyer
Official Court Reporter
Registered Diplomate Reporter
Certified Realtime Reporter
333 Constitution Avenue Northwest
Washington, D.C. 20001

4631

## $

**$132,000** [2] -
4554:19, 4554:21
**$50** [1] - 4556:7

## '

**'21** [1] - 4590:24
**'96** [1] - 4570:1

## 0

**001** [1] - 4557:13

## 1

**1** [4] - 4546:5,
4554:14, 4604:22,
4624:12
**10** [3] - 4609:3,
4626:20, 4626:21
**100** [1] - 4571:8
**10th** [1] - 4534:5
**11** [4] - 4563:6,
4567:6, 4582:9,
4604:22
**11:50** [1] - 4603:10
**11th** [1] - 4580:6
**12** [3] - 4567:16,
4613:25, 4614:4
**12th** [1] - 4580:6
**13** [3] - 4559:14,
4559:15, 4572:18
**14** [1] - 4573:14
**14th** [2] - 4601:8,
4605:15
**15** [4] - 4574:22,
4585:25, 4626:20,
4626:21
**150** [1] - 4559:12
**1501.1** [1] - 4573:22
**16** [1] - 4575:13
**16th** [1] - 4578:14
**17** [1] - 4577:5
**18** [1] - 4579:8
**18th** [1] - 4567:10
**19** [2] - 4541:2, 4580:1
**1996** [1] - 4569:16
**19th** [4] - 4557:18,
4557:22, 4559:11,
4570:8
**1:00** [1] - 4625:4
**1:19** [2] - 4569:18,
4604:7
**1:30** [2] - 4569:19

## 2

**2** [2] - 4556:4, 4628:7
**20** [5] - 4542:12,

**4542:14, 4578:2,**
4581:10, 4581:21
**20-year** [1] - 4618:4
**200** [1] - 4579:10
**2020** [4] - 4550:3,
4555:18, 4594:20,
4605:5
**2021** [2] - 4543:19,
4549:17
**20th** [2] - 4618:18,
4618:23
**21** [3] - 4543:20,
4577:7, 4583:12
**21st** [1] - 4627:17
**22nd** [1] - 4538:20
**28** [1] - 4537:17
**28th** [2] - 4549:17,
4556:7
**2:29** [1] - 4626:21
**2:34** [1] - 4626:22
**2:40** [1] - 4551:23
**2:44** [1] - 4626:21
**2:51** [3] - 4547:21,
4582:20, 4582:21

## 3

**3** [4] - 4557:12,
4557:13, 4559:8,
4560:22
**30** [3] - 4537:5,
4548:17, 4580:25
**32** [2] - 4578:15,
4578:19
**35** [1] - 4574:25
**36th** [1] - 4589:4
**3:45** [1] - 4611:22
**3rd** [2] - 4558:17,
4560:24

## 4

**4** [3] - 4561:12,
4608:4, 4608:8
**400** [1] - 4579:10
**45** [1] - 4577:7
**4531** [1] - 4530:4
**4552** [1] - 4530:4
**4586** [1] - 4530:5
**46** [1] - 4534:6
**4761** [1] - 4534:6
**4:00** [1] - 4586:1
**4:29** [2] - 4600:18,
4601:2
**4th** [9] - 4570:10,
4570:19, 4574:3,
4575:16, 4575:17,
4594:12, 4594:20,
4595:1, 4598:4

## 5

**5** [3] - 4563:18,
4608:8, 4626:13
**500** [1] - 4578:20
**5:07** [1] - 4629:12
**5:15** [6] - 4585:17,
4585:18, 4585:20,
4586:9, 4586:10,
4586:16
**5th** [10] - 4573:18,
4575:15, 4575:18,
4575:21, 4576:19,
4600:6, 4600:7,
4600:13, 4600:19,
4601:2

## 6

**6** [2] - 4532:9, 4564:18
**6.5** [2] - 4569:4
**65** [1] - 4563:24
**6776** [1] - 4537:16
**6778.2** [1] - 4620:4
**6:00** [1] - 4608:14
**6th** [62] - 4531:13,
4531:16, 4531:19,
4532:2, 4533:4,
4534:15, 4535:5,
4539:11, 4541:3,
4553:11, 4553:14,
4553:17, 4557:20,
4558:16, 4561:6,
4566:10, 4567:20,
4567:22, 4567:23,
4568:2, 4570:4,
4571:16, 4572:22,
4573:4, 4573:5,
4573:17, 4573:18,
4573:19, 4573:20,
4580:5, 4580:23,
4581:2, 4582:10,
4587:2, 4588:16,
4589:7, 4589:12,
4589:14, 4589:15,
4591:1, 4592:11,
4594:8, 4595:2,
4596:6, 4599:23,
4601:12, 4601:17,
4602:3, 4605:22,
4612:14, 4614:7,
4615:13, 4616:20,
4622:7, 4624:25,
4625:4

## 7

**7** [1] - 4566:5
**70** [1] - 4568:22
**78** [1] - 4600:24
**7th** [7] - 4548:12,

4559:11, 4566:24,
4571:18, 4573:19,
4612:25, 4614:8

## 8

**8** [3] - 4566:2,
4566:20, 4574:8
**80** [2] - 4557:22,
4571:8

## 9

**903** [1] - 4611:5
**9514** [1] - 4538:19
**9:30** [1] - 4628:23
**9:35** [2] - 4583:10,
4583:15
**9th** [3] - 4570:6,
4572:21, 4601:6

## A

**a.m** [2] - 4608:14,
4611:22
**abet** [2] - 4547:18,
4625:8
**abetting** [1] - 4625:7
**abiding** [2] - 4556:14,
4616:25
**Abilene** [1] - 4613:2
**ability** [2] - 4569:8,
4569:9
**able** [4] - 4585:21,
4586:14, 4593:13,
4624:1
**abnormal** [1] - 4568:2
**Abrams** [4] - 4563:22,
4564:20, 4576:9,
4588:23
**accepting** [1] -
4600:10
**access** [2] - 4617:20,
4617:21
**account** [1] - 4549:7
**accountability** [2] -
4551:19, 4593:15
**accountable** [1] -
4552:8
**accounting** [1] -
4535:24
**accounts** [1] -
4584:23
**accurate** [1] - 4594:25
**accuses** [2] - 4548:9,
4559:10
**acknowledged** [2] -
4541:14, 4547:13
**acknowledging** [1] -
4598:17
**acquitted** [1] -

4593:10
**Act** [9] - 4544:17,
4568:12, 4578:14,
4618:8, 4620:14,
4623:2, 4623:12,
4623:25, 4624:5
**act** [10] - 4573:12,
4584:4, 4618:15,
4618:16, 4618:17,
4618:19, 4619:2,
4625:14, 4627:4,
4627:7
**acted** [2] - 4609:25,
4610:1
**acting** [2] - 4563:12,
4618:24
**action** [6] - 4573:18,
4574:20, 4575:5,
4583:20, 4594:21,
4627:16
**actions** [5] - 4547:1,
4547:19, 4553:21,
4554:24, 4560:17
**activists** [1] - 4604:15
**activities** [1] - 4601:19
**actor** [2] - 4537:20,
4555:22
**actors** [1] - 4591:8
**actual** [2] - 4535:10,
4587:13
**actuality** [1] - 4538:7
**Adams** [15] - 4532:14,
4532:21, 4539:11,
4539:17, 4540:2,
4540:10, 4556:22,
4557:8, 4570:25,
4571:1, 4571:7,
4571:13, 4571:14,
4571:21, 4571:24
**added** [3] - 4587:4,
4600:18, 4601:3
**additional** [1] - 4542:6
**address** [3] - 4598:3,
4598:5, 4599:12
**administration** [4] -
4618:8, 4618:13,
4619:5, 4627:7
**admit** [4] - 4537:20,
4554:8, 4592:13,
4606:4
**admitted** [3] -
4540:13, 4549:6,
4578:8
**admitting** [1] -
4589:14
**adopt** [1] - 4580:21
**advance** [3] - 4534:25,
4535:3, 4538:11
**advancing** [1] -
4562:21

**affect** [3] - 4558:19, 4602:7, 4602:8
**affirm** [1] - 4571:10
**afraid** [4] - 4555:18, 4555:19, 4617:23, 4618:4
**after-action** [1] - 4627:16
**aftermath** [2] - 4553:19, 4609:21
**afternoon** [4] - 4531:12, 4552:23, 4586:10, 4586:23
**afterwards** [3] - 4583:4, 4583:16, 4603:6
**Agent** [17] - 4536:2, 4536:10, 4536:11, 4536:13, 4537:5, 4538:14, 4549:6, 4564:20, 4567:14, 4567:18, 4575:1, 4578:7, 4588:16, 4588:18, 4595:11, 4610:12
**agent** [10] - 4536:6, 4548:24, 4576:15, 4577:15, 4578:2, 4579:1, 4588:6, 4588:12, 4588:23
**agents** [3] - 4535:17, 4535:20, 4535:23, 4536:20, 4536:22, 4547:13, 4548:20, 4589:3, 4606:3, 4607:25, 4608:15
**agents'** [1] - 4587:1
**aggressive** [1] - 4561:20
**aggressively** [1] - 4580:9
**ago** [1] - 4534:5
**agree** [8] - 4553:20, 4562:2, 4615:20, 4622:22, 4622:23, 4622:24, 4622:25, 4627:9
**agreed** [1] - 4563:22
**agreement** [1] - 4544:11
**aha** [1] - 4606:4
**ahold** [1] - 4539:21
**Aid** [3] - 4574:22, 4620:21, 4620:23
**aid** [4] - 4544:20, 4547:18, 4563:19, 4625:8
**aided** [1] - 4625:12
**aiding** [1] - 4625:7
**aired** [1] - 4538:4

**alarms** [1] - 4545:18
**alcohol** [2] - 4621:8
**alert** [1] - 4601:13
**alerted** [1] - 4532:21
**Alexandria** [1] - 4577:2
**allegedly** [1] - 4592:2
**allied** [1] - 4597:6
**almost** [5] - 4546:13, 4572:4, 4573:9, 4581:3
**alone** [1] - 4559:5
**alongside** [1] - 4533:12
**Alpers** [1] - 4618:16
**Amendment** [1] - 4594:24
**America** [2] - 4537:25, 4544:2
**American** [5] - 4589:2, 4593:8, 4593:16, 4602:18, 4604:14
**ammo** [1] - 4578:23, 4578:24, 4578:25, 4579:2, 4583:8
**ammunition** [2] - 4536:5, 4622:13
**analysis** [1] - 4542:16
**Andrews** [1] - 4594:18
**anger** [2] - 4545:1, 4550:3
**angle** [1] - 4613:24
**announced** [1] - 4596:19
**announces** [1] - 4594:18
**anonymous** [3] - 4565:23, 4565:24, 4566:1
**answer** [3] - 4544:16, 4563:16, 4585:10
**anticipated** [1] - 4611:23
**Antifa** [12] - 4536:15, 4536:18, 4605:6, 4605:7, 4610:3, 4611:2, 4611:3, 4611:4, 4611:7, 4611:12, 4621:23
**anxious** [1] - 4586:21
**apart** [1] - 4591:18
**app** [18] - 4549:10, 4549:11, 4549:15, 4565:16, 4565:17, 4565:18, 4565:19, 4565:21, 4565:22, 4566:24, 4566:25, 4571:13, 4571:17, 4583:6, 4616:15, 4616:21

**appearing** [1] - 4575:15
**application** [3] - 4549:9, 4556:6, 4565:15
**applied** [1] - 4556:6
**apply** [2] - 4587:24, 4603:21
**appointed** [1] - 4594:22
**appreciate** [4] - 4553:9, 4584:10, 4584:21, 4586:22
**appreciates** [1] - 4553:10
**approach** [1] - 4585:13
**approval** [1] - 4544:7
**approved** [1] - 4561:1
**AR-15** [3] - 4578:5, 4578:8, 4622:14
**area** [3] - 4575:8, 4577:3, 4600:6
**areas** [1] - 4604:11
**Ares** [1] - 4537:9
**argue** [3] - 4591:11, 4606:22
**arguing** [1] - 4577:16
**argument** [3] - 4580:21, 4584:13, 4605:11
**arguments** [2] - 4553:3, 4584:15
**Arizona** [5] - 4597:5, 4598:10, 4599:6, 4615:25, 4621:14
**armed** [2] - 4594:19, 4621:19
**arms** [3] - 4580:14, 4580:18, 4582:7
**army** [1] - 4620:1
**arrange** [1] - 4605:21
**array** [1] - 4535:21
**arrest** [2] - 4571:14, 4595:16
**arrested** [2] - 4616:18, 4616:19
**arrests** [3] - 4595:10, 4595:12, 4595:18
**arriving** [1] - 4598:11
**arrows** [1] - 4573:25
**arsenal** [1] - 4588:21
**article** [3] - 4613:23, 4620:4, 4620:9
**Article** [1] - 4624:12
**arts** [1] - 4537:4
**Arts** [1] - 4537:11
**ASAP** [1] - 4597:8
**aside** [1] - 4620:18
**aspect** [1] - 4536:2

**assemble** [1] - 4594:19
**assertions** [1] - 4564:10
**assigned** [1] - 4536:2
**assignment** [1] - 4536:3
**assist** [2] - 4604:21, 4606:10
**assistance** [4] - 4534:13, 4542:1, 4545:9, 4586:25
**associated** [3] - 4536:15, 4543:9, 4543:12
**assume** [2] - 4538:22, 4622:18
**assuming** [4] - 4593:20, 4593:21, 4594:3, 4605:12
**assumptions** [1] - 4605:12
**attack** [11] - 4531:24, 4533:21, 4603:16, 4604:1, 4604:5, 4605:8, 4606:24, 4610:19, 4611:16, 4615:3, 4623:7
**attacked** [3] - 4604:18, 4610:13, 4616:4
**attacking** [6] - 4605:6, 4610:17, 4611:3, 4611:8, 4611:9, 4611:11
**attend** [3] - 4570:8, 4570:9, 4590:2
**attending** [1] - 4628:4
**attention** [5] - 4550:22, 4550:23, 4553:8, 4567:3, 4584:21
**attentive** [1] - 4552:18
**attic** [1] - 4578:17
**attitude** [1] - 4610:8
**audio** [5] - 4594:15, 4594:16, 4610:5, 4610:22, 4619:10
**audio-visual** [2] - 4594:16, 4610:22
**authored** [1] - 4533:2
**authorities** [1] - 4614:5
**authority** [14] - 4609:10, 4610:1, 4613:21, 4614:5, 4614:17, 4614:19, 4618:6, 4618:24, 4618:25, 4619:1, 4620:15, 4623:23, 4624:10, 4624:14

**authors** [1] - 4538:20
**available** [4] - 4533:15, 4604:20, 4606:10, 4623:19
**avoid** [1] - 4629:3
**aware** [7] - 4536:7, 4550:21, 4551:23, 4551:24, 4551:25, 4600:19, 4617:6

**B**

**back-and-forth** [1] - 4608:15
**backed** [1] - 4560:14
**background** [1] - 4556:23
**backgrounds** [1] - 4535:23
**backup** [1] - 4549:8
**bad** [6] - 4571:2, 4579:17, 4591:7, 4605:12, 4605:23, 4626:5
**badly** [1] - 4544:4
**bag** [3] - 4549:15, 4549:16, 4549:19
**bailed** [3] - 4583:11, 4583:13, 4583:15
**balance** [1] - 4546:20
**Band** [2] - 4620:21, 4620:23
**Band-Aid** [2] - 4620:21, 4620:23
**bank** [3] - 4554:20, 4567:9, 4572:13
**banter** [2] - 4532:16, 4539:12
**bar** [1] - 4615:24
**barely** [1] - 4576:10
**barge** [1] - 4543:3
**barricaded** [1] - 4551:22
**barriers** [1] - 4591:24
**base** [1] - 4596:7
**based** [7] - 4533:14, 4543:21, 4546:2, 4549:6, 4553:22, 4619:17, 4622:19
**bashed** [1] - 4628:8
**basic** [3] - 4588:7, 4589:10, 4626:19
**basics** [1] - 4589:16
**basis** [2] - 4595:16, 4595:17
**bastards** [1] - 4615:24, 4619:8
**battering** [1] - 4543:3
**battle** [1] - 4577:7
**beard** [2] - 4620:25,

4633

4621:1

**bearings** [1] - 4546:21
**bears** [1] - 4552:3
**became** [3] - 4531:16, 4621:22, 4623:21
**becoming** [1] - 4568:9
**bed** [2] - 4578:16, 4583:9
**bedlam** [3] - 4604:8, 4614:22, 4615:3
**begin** [4] - 4534:23, 4540:13, 4552:22, 4628:23
**beginning** [9] - 4554:1, 4554:5, 4577:16, 4583:18, 4587:10, 4588:4, 4592:18, 4593:6, 4608:25
**behalf** [3] - 4531:10, 4552:19, 4623:5
**behind** [3] - 4546:15, 4549:18, 4586:13
**being's** [1] - 4598:18
**beings** [1] - 4591:3
**belief** [1] - 4623:20
**beliefs** [1] - 4627:10
**belongs** [1] - 4581:20
**Bench** [1] - 4585:2
**bent** [1] - 4594:7
**Berry** [22] - 4540:10, 4540:12, 4541:6, 4541:13, 4542:19, 4542:21, 4543:4, 4543:21, 4543:25, 4544:6, 4545:9, 4556:25, 4557:4, 4574:14, 4579:24, 4580:3, 4580:17, 4581:7, 4583:6, 4593:3, 4607:20
**berry** [5] - 4540:13, 4579:15, 4579:18, 4580:12, 4580:16
**Berry's** [6] - 4541:2, 4541:9, 4542:19, 4543:15, 4544:9, 4580:1
**best** [3] - 4544:8, 4581:22, 4587:19
**bet** [2] - 4549:4, 4584:7
**betrayed** [2] - 4544:24, 4548:7
**better** [5] - 4575:11, 4576:5, 4576:8, 4577:17, 4585:4
**between** [20] - 4531:23, 4538:9, 4538:15, 4543:14,

4549:25, 4558:6, 4558:18, 4558:25, 4559:1, 4566:9, 4572:7, 4592:20, 4593:14, 4598:13, 4598:19, 4602:1, 4604:13, 4609:23, 4628:2
**beyond** [16] - 4539:25, 4542:9, 4549:11, 4552:11, 4554:12, 4559:20, 4562:2, 4562:4, 4562:7, 4584:6, 4593:11, 4593:24, 4606:22, 4607:3, 4624:7, 4627:23
**Biden** [10] - 4538:15, 4568:9, 4589:23, 4590:5, 4618:8, 4618:12, 4619:4, 4623:21, 4624:6, 4627:7
**big** [18] - 4541:3, 4546:5, 4546:17, 4555:15, 4565:23, 4567:1, 4569:9, 4575:1, 4575:23, 4578:1, 4578:4, 4578:23, 4583:17, 4600:10, 4600:11, 4621:16, 4622:2
**biggest** [3] - 4572:2, 4574:1, 4627:1
**billions** [1] - 4619:25
**bit** [14] - 4535:16, 4537:24, 4542:16, 4547:11, 4554:16, 4559:9, 4560:8, 4561:24, 4568:6, 4568:21, 4576:24, 4590:13, 4590:14, 4602:13
**bites** [1] - 4588:1
**bits** [1] - 4534:1
**Bittner** [4] - 4573:22, 4599:14, 4600:9, 4607:14
**bivouacked** [1] - 4599:25
**blade** [2] - 4601:20, 4617:1
**blade-length** [2] - 4601:20, 4617:1
**blameless** [2] - 4546:23, 4565:3
**blaring** [1] - 4545:18
**blinders** [4] - 4534:2, 4534:19, 4544:3, 4576:11

**block** [1] - 4571:5
**Blood** [1] - 4604:14
**blue** [1] - 4588:2
**board** [5] - 4566:9, 4566:11, 4583:17, 4595:5
**boastfully** [1] - 4611:25
**boat** [1] - 4605:25
**body** [6] - 4546:25, 4547:1, 4547:2, 4547:19, 4552:1, 4582:5
**bold** [1] - 4563:1
**bombastic** [1] - 4531:17
**boring** [1] - 4600:22
**boss** [2] - 4573:10, 4573:12
**Boston** [1] - 4593:10
**bother** [2] - 4535:19, 4536:25
**bottom** [2] - 4550:23, 4554:18
**boundaries** [1] - 4597:7
**bowed** [1] - 4624:5
**boxes** [4] - 4547:25, 4600:10, 4600:11
**boy** [1] - 4611:20
**bragging** [1] - 4572:6
**braided** [1] - 4621:1
**Branch** [2] - 4595:12, 4595:15
**brand** [1] - 4578:9
**bravado** [2] - 4532:16, 4539:12
**brave** [2] - 4582:18, 4593:17
**breach** [1] - 4544:21
**breached** [2] - 4545:2, 4545:12
**break** [2] - 4585:8, 4591:24
**breaking** [2] - 4607:7, 4627:14
**Brian** [7] - 4531:14, 4533:1, 4534:7, 4540:11, 4580:20, 4580:22, 4618:4
**briefly** [2] - 4554:13, 4555:9
**brilliant** [1] - 4539:8
**bring** [15] - 4550:6, 4588:21, 4596:21, 4601:21, 4602:4, 4604:5, 4606:23, 4606:25, 4608:6, 4615:5, 4617:11, 4617:16, 4626:9

**bringing** [4] - 4606:5, 4607:7, 4622:2
**brings** [2] - 4572:1, 4628:20
**broadcast** [1] - 4615:25
**broke** [3] - 4564:1, 4610:10, 4614:22
**broken** [3] - 4602:16, 4610:3
**brought** [5] - 4552:16, 4596:11, 4597:16, 4608:22, 4621:25
**brutality** [1] - 4551:21
**bubbles** [1] - 4588:3
**buddies** [1] - 4595:21
**building** [13] - 4542:11, 4542:14, 4543:4, 4543:9, 4543:12, 4547:15, 4551:14, 4564:8, 4582:6, 4588:7, 4591:6, 4595:24, 4626:22
**Building** [1] - 4551:11
**buildup** [1] - 4554:21
**bulk** [1] - 4559:6
**bum** [1] - 4546:11
**bum-rush** [1] - 4546:11
**Bumble** [1] - 4565:18
**bunch** [2] - 4533:24, 4536:20
**burden** [7] - 4554:9, 4554:11, 4559:19, 4583:19, 4594:4, 4606:22, 4627:23
**business** [2] - 4537:10, 4539:13
**bust** [1] - 4543:3
**butt** [1] - 4611:20
**buy** [1] - 4583:8

---

**C**

**cacophony** [1] - 4545:22
**cadre** [2] - 4597:6, 4599:20
**Cain** [2] - 4536:10, 4549:6
**Caldwell** [18] - 4559:2, 4559:3, 4559:5, 4568:18, 4568:21, 4569:6, 4569:7, 4569:11, 4598:13, 4598:19, 4598:24, 4599:2, 4599:3, 4599:13, 4599:18, 4605:21, 4625:25

**Caleb** [24] - 4540:10, 4540:12, 4541:2, 4541:6, 4541:9, 4541:13, 4542:19, 4542:21, 4543:4, 4543:15, 4543:21, 4543:25, 4544:6, 4544:9, 4556:25, 4557:4, 4574:14, 4579:24, 4580:1, 4580:3, 4580:17, 4581:7, 4583:6
**caliber** [4] - 4577:7, 4577:15, 4578:15, 4578:19
**calm** [1] - 4561:19
**camel** [1] - 4574:7
**camel's** [1] - 4574:8
**camera** [3] - 4547:12, 4547:16, 4563:23
**cameras** [2] - 4547:15, 4551:13
**campground** [5] - 4596:13, 4597:3, 4597:16, 4598:3, 4598:4
**cannot** [4] - 4544:9, 4585:20, 4586:1, 4621:10
**Capitol** [75] - 4531:25, 4541:10, 4542:12, 4542:24, 4543:23, 4544:21, 4544:23, 4545:2, 4545:12, 4547:2, 4547:4, 4551:11, 4555:4, 4561:4, 4562:1, 4562:3, 4562:20, 4563:4, 4568:8, 4568:20, 4569:15, 4569:23, 4569:25, 4572:16, 4578:13, 4580:15, 4580:19, 4581:7, 4581:18, 4582:20, 4583:5, 4587:5, 4588:8, 4588:9, 4588:22, 4589:12, 4590:11, 4590:15, 4590:17, 4592:17, 4593:2, 4593:18, 4603:16, 4603:24, 4604:1, 4604:5, 4604:9, 4604:15, 4604:18, 4606:24, 4608:12, 4608:23, 4608:24, 4609:5, 4609:24, 4610:3, 4610:13, 4610:17, 4610:19, 4611:4, 4611:16,

4634

4614:22, 4615:3, 4616:4, 4621:14, 4622:8, 4622:22, 4622:23, 4622:25, 4623:8, 4625:9, 4626:9, 4627:14, 4628:8, 4628:14
**capture** [1] - 4593:21
**car** [4] - 4569:3, 4569:18, 4569:22, 4601:14
**caravan** [1] - 4622:13
**care** [3] - 4582:15, 4587:22, 4587:24
**careful** [1] - 4560:16, 4584:3, 4587:21
**Carolina** [2] - 4575:7, 4599:21
**carry** [1] - 4614:1
**carrying** [1] - 4547:25
**case** [43] - 4533:5, 4537:20, 4552:15, 4553:18, 4553:19, 4553:25, 4554:12, 4556:10, 4559:6, 4559:16, 4559:19, 4559:22, 4560:11, 4563:5, 4563:8, 4572:2, 4574:1, 4584:20, 4586:22, 4587:10, 4587:12, 4587:23, 4587:25, 4588:4, 4588:6, 4588:9, 4588:17, 4592:18, 4592:19, 4593:6, 4593:9, 4600:23, 4605:16, 4610:11, 4616:10, 4618:2, 4619:15, 4621:25, 4622:3, 4624:20, 4626:24, 4628:25, 4629:3
**cases** [2] - 4592:19, 4593:6
**casting** [1] - 4587:1
**caught** [1] - 4535:13
**caused** [4] - 4547:18, 4582:17, 4618:4, 4626:24
**Caviezel** [1] - 4537:19
**celebrate** [1] - 4563:14
**celebrating** [1] - 4547:5
**celebration** [1] - 4555:11
**cell** [2] - 4555:21, 4574:4
**Center** [1] - 4594:18
**central** [1] - 4587:14

**certain** [4] - 4542:16, 4550:7, 4551:12, 4614:4
**certainly** [5] - 4532:3, 4562:3, 4585:8, 4601:1, 4606:11
**certainty** [1] - 4562:5
**certification** [26] - 4532:4, 4544:11, 4547:24, 4548:4, 4562:13, 4587:15, 4587:18, 4589:20, 4594:13, 4595:2, 4595:8, 4596:17, 4597:23, 4603:4, 4603:8, 4603:23, 4611:18, 4612:7, 4614:17, 4614:18, 4622:24, 4622:25, 4624:19, 4624:21, 4625:8, 4627:12
**certified** [1] - 4611:21
**certify** [1] - 4611:19
**CGI** [1] - 4612:18
**chance** [5] - 4539:2, 4552:14, 4570:22, 4583:1, 4612:21
**change** [1] - 4608:20
**changed** [1] - 4602:2
**changes** [2] - 4548:13, 4548:15
**chanting** [3] - 4542:6, 4545:19, 4611:7
**chaos** [2] - 4545:15, 4545:17
**chaotic** [2] - 4542:22, 4545:6
**character** [1] - 4579:19
**characterizes** [1] - 4532:17
**charge** [2] - 4565:6, 4618:3
**charged** [12] - 4552:4, 4552:11, 4553:23, 4565:7, 4565:11, 4575:24, 4593:9, 4618:2, 4619:4, 4619:5, 4625:7, 4627:8
**charges** [4] - 4553:22, 4562:6, 4575:25, 4624:18
**chart** [3] - 4600:8, 4616:16, 4622:6
**chat** [21] - 4532:9, 4532:14, 4534:9, 4535:2, 4535:6, 4548:10, 4550:21, 4557:10, 4558:4,

4558:5, 4558:6, 4571:9, 4571:15, 4600:18, 4600:23, 4601:5, 4601:10, 4616:13, 4617:17, 4628:5
**chats** [7] - 4545:25, 4560:19, 4567:11, 4567:13, 4568:13, 4602:1, 4617:6
**chatter** [1] - 4539:18
**check** [2] - 4585:24, 4586:9
**checked** [1] - 4588:12
**checking** [1] - 4612:8
**checks** [1] - 4556:24
**ChiCom** [2] - 4608:13, 4618:11
**Chief** [3] - 4612:16, 4614:7, 4614:24
**child** [2] - 4541:2, 4542:22
**China** [3] - 4619:22, 4619:23, 4625:19
**chips** [1] - 4569:20
**chocolate** [2] - 4577:14, 4577:17
**choice** [1] - 4556:16
**choose** [1] - 4551:9
**chose** [2] - 4550:1, 4551:1
**circled** [1] - 4541:11
**circumstances** [1] - 4548:8
**citizen** [1] - 4617:1
**city** [3] - 4545:5, 4569:17, 4587:19
**civil** [2] - 4565:4, 4571:3
**claim** [2] - 4563:1, 4587:14
**claiming** [1] - 4555:24
**classic** [3] - 4599:22, 4603:1, 4614:2
**clear** [8] - 4554:10, 4560:1, 4573:3, 4592:16, 4609:22, 4609:23, 4612:18, 4615:22
**clearer** [1] - 4589:25
**clearly** [1] - 4549:18
**client** [30] - 4553:10, 4553:22, 4553:24, 4555:16, 4556:2, 4556:8, 4557:17, 4557:21, 4558:20, 4558:24, 4559:4, 4559:11, 4560:24, 4563:3, 4563:10, 4563:11, 4564:5,

4569:12, 4573:20, 4574:2, 4574:15, 4574:24, 4575:11, 4575:24, 4576:7, 4580:14, 4580:16, 4580:18, 4582:19, 4584:23
**client's** [2] - 4553:20, 4556:6
**clinging** [2] - 4546:16, 4546:18
**clip** [2] - 4537:22, 4624:23
**clips** [2] - 4594:11, 4595:9
**close** [2] - 4567:7, 4585:6
**closed** [1] - 4569:16
**closely** [2] - 4553:8, 4554:18
**closer** [1] - 4612:17
**closing** [8] - 4554:7, 4562:14, 4563:2, 4580:12, 4589:13, 4598:12, 4607:17, 4621:18
**Closing** [1] - 4530:3
**closings** [2] - 4531:9, 4553:9
**clutch** [1] - 4614:14
**co** [2] - 4543:22, 4617:13
**co-conspirator** [1] - 4617:13
**co-conspirators** [1] - 4543:22
**coach** [3] - 4615:9, 4615:10, 4615:11
**Coach** [1] - 4615:9
**coast** [1] - 4574:9
**Cody** [4] - 4536:10, 4578:7, 4588:18, 4610:12
**cohesion** [1] - 4592:19
**cold** [1] - 4605:25
**collar** [1] - 4535:24
**colleagues** [1] - 4584:9
**collect** [1] - 4533:24
**collective** [2] - 4593:9, 4593:12
**collectively** [1] - 4543:1
**College** [1] - 4547:24
**Columbus** [3] - 4545:13, 4546:16, 4546:17
**combat** [1] - 4537:4
**Combat** [1] - 4537:11

**combined** [1] - 4543:6
**Comfort** [4] - 4598:12, 4600:9, 4600:12, 4603:10
**coming** [14] - 4555:22, 4579:9, 4585:5, 4591:19, 4592:3, 4592:6, 4592:7, 4596:10, 4596:21, 4597:19, 4599:9, 4604:13, 4609:3
**Commander** [3] - 4612:16, 4614:7, 4614:24
**comments** [2] - 4611:17, 4619:17
**commit** [3] - 4565:7, 4573:7, 4573:12
**committed** [2] - 4580:24, 4581:1
**committing** [2] - 4610:14, 4624:16
**common** [2] - 4532:11, 4584:22
**communication** [1] - 4598:6
**communications** [2] - 4545:24, 4571:19
**communist** [3] - 4619:22, 4619:23, 4625:19
**community** [5] - 4556:3, 4556:12, 4571:4, 4619:11, 4619:12
**compilation** [2] - 4535:8, 4538:13
**completed** [1] - 4626:20
**completely** [1] - 4542:23
**compromised** [1] - 4617:7
**computer** [1] - 4555:21
**conceal** [1] - 4539:15
**concede** [2] - 4553:15, 4613:18
**concern** [2] - 4539:18, 4539:19
**concerned** [2] - 4571:3, 4617:6
**concert** [4] - 4563:12, 4574:19, 4575:4, 4583:20
**concession** [2] - 4613:19, 4613:20
**concluded** [1] - 4629:12
**condone** [1] - 4620:9

4635

conduct [5] - 4537:2, 4537:15, 4540:4, 4552:4, 4552:9
conducting [1] - 4534:8
conference [4] - 4539:4, 4551:22, 4564:24, 4585:2
confidence [1] - 4593:13
confirm [1] - 4617:7
confront [2] - 4538:14, 4562:18
confrontation [1] - 4547:6
confronted [2] - 4562:16, 4575:6
confused [2] - 4541:3, 4545:10
confusion [3] - 4542:23, 4545:16, 4591:14
congratulatory [1] - 4583:6
Congress [19] - 4544:12, 4561:10, 4563:7, 4564:23, 4569:15, 4572:24, 4573:8, 4596:23, 4596:24, 4602:17, 4602:22, 4603:5, 4611:18, 4611:19, 4612:1, 4624:18, 4624:25
Congress's [1] - 4539:5
congressional [1] - 4552:6
congressman [1] - 4561:2
congresspeople [2] - 4626:16, 4626:23
congresswoman [1] - 4581:6
conjecture [1] - 4627:20
connected [2] - 4532:2, 4594:10
connection [3] - 4532:1, 4540:8, 4598:24
conscientiously [1] - 4616:25
consensus [2] - 4542:17, 4624:3
considering [1] - 4578:24
consistent [3] - 4552:15, 4606:12, 4628:9

conspiracy [33] - 4532:7, 4539:25, 4544:11, 4550:8, 4552:5, 4560:20, 4568:7, 4573:8, 4573:12, 4574:17, 4575:25, 4580:13, 4581:1, 4589:15, 4591:12, 4609:2, 4614:3, 4615:10, 4617:11, 4617:15, 4617:16, 4618:3, 4618:5, 4622:21, 4623:3, 4623:17, 4624:17, 4628:3, 4628:15
conspirator [2] - 4617:13, 4622:20
conspirators [2] - 4540:1, 4543:22
conspire [2] - 4615:6, 4615:13
conspiring [1] - 4603:12
Constitution [1] - 4552:7
constitutional [2] - 4593:17, 4618:20
consuming [1] - 4595:3
contends [1] - 4568:6
contestants [1] - 4596:20
context [11] - 4533:12, 4537:1, 4538:17, 4560:2, 4560:3, 4560:5, 4561:16, 4590:3, 4590:4, 4604:19, 4618:7
contingencies [1] - 4605:10
continue [3] - 4531:9, 4624:23, 4629:2
continuing [2] - 4541:11, 4580:7
contradicting [1] - 4540:23
control [1] - 4570:17
conversations [1] - 4621:10
converted [1] - 4557:17
convict [4] - 4562:5, 4575:10, 4576:7, 4619:17
conviction [1] - 4593:24
convince [1] - 4612:6
convinced [1] - 4580:25

cook [3] - 4597:17, 4597:20, 4609:4
cool [3] - 4557:1, 4573:23, 4596:1
cooler [3] - 4532:15, 4532:18, 4539:12
cooperators [1] - 4607:14
coordinated [1] - 4546:6
coordinates [1] - 4597:6
cop [2] - 4557:6, 4582:14
corner [1] - 4582:8
correct [5] - 4540:21, 4540:22, 4575:12, 4588:15, 4589:20, 4590:16, 4624:6
corrupt [5] - 4547:1, 4547:3, 4549:1, 4549:12, 4549:22
corruptly [2] - 4609:25, 4625:14
could've [1] - 4574:4
count [8] - 4541:7, 4541:17, 4542:2, 4542:13, 4542:18, 4545:22, 4552:17, 4623:3
counter [2] - 4564:12, 4564:13
counterattack [1] - 4614:1
counterprotesters [1] - 4544:16, 4590:4
counting [1] - 4587:11, 4602:4, 4602:9
country [4] - 4550:5, 4553:12, 4555:19, 4574:1
couple [6] - 4553:2, 4560:7, 4562:8, 4564:21, 4590:19, 4592:9
courageously [1] - 4593:10
course [1] - 4556:20
COURT [18] - 4531:7, 4552:20, 4570:16, 4574:11, 4576:4, 4584:25, 4585:3, 4585:10, 4585:14, 4585:16, 4585:23, 4585:25, 4586:8, 4586:13, 4586:19, 4626:13, 4628:19, 4629:9
court [5] - 4534:4,

4543:18, 4552:10, 4585:15, 4586:11
Court [4] - 4588:8, 4599:20, 4600:6, 4629:11
COURTROOM [6] - 4531:5, 4586:6, 4586:11, 4586:17, 4629:7, 4629:11
cover [1] - 4616:6
covered [3] - 4553:4, 4557:25, 4590:9
COVID [1] - 4553:13
crafted [1] - 4575:12
crazy [5] - 4560:5, 4564:8, 4569:7, 4571:20, 4615:2
create [1] - 4533:8
credibility [2] - 4553:25, 4592:12
credit [1] - 4577:6
crew [1] - 4595:19
crime [3] - 4576:7, 4595:17, 4595:18
crimes [4] - 4565:6, 4565:7, 4565:8, 4575:11
criminal [3] - 4552:3, 4565:4, 4619:15
criminals [1] - 4614:2
crisis [1] - 4537:25
critical [1] - 4579:19
critically [1] - 4550:17
cross [8] - 4536:9, 4536:13, 4538:14, 4554:8, 4554:17, 4564:11, 4567:19, 4581:23
cross-exam [1] - 4564:11
cross-examination [6] - 4536:9, 4536:13, 4538:14, 4554:8, 4554:17, 4567:19
crowd [10] - 4542:5, 4543:1, 4543:2, 4543:6, 4546:3, 4546:12, 4582:4, 4591:24, 4591:25, 4611:7
crowded [1] - 4546:8
crucial [1] - 4591:5
crucially [1] - 4596:14
crying [2] - 4550:11, 4555:22
crystal [1] - 4592:16
culmination [1] - 4553:13
cultural [1] - 4535:18
culture [5] - 4577:11,

4577:20, 4577:21, 4578:1, 4578:6
cultures [1] - 4536:24
curfew [1] - 4617:3
curiously [1] - 4533:22
cursive [1] - 4539:23
cut [7] - 4535:11, 4551:8, 4551:9, 4553:5, 4571:18, 4581:14, 4593:4
cutlass [1] - 4601:21

## D

D.C [41] - 4532:19, 4533:3, 4533:20, 4544:19, 4544:22, 4569:4, 4574:6, 4577:1, 4577:20, 4577:21, 4577:24, 4587:15, 4587:17, 4587:19, 4587:22, 4588:19, 4589:19, 4590:1, 4590:8, 4591:10, 4592:13, 4594:2, 4594:9, 4594:20, 4594:25, 4596:2, 4596:6, 4596:21, 4597:7, 4601:20, 4603:16, 4603:19, 4604:11, 4607:6, 4612:9, 4613:11, 4614:16, 4616:3, 4617:25
damage [3] - 4547:17, 4547:18, 4563:16
damaged [1] - 4546:17
dangerous [2] - 4543:17, 4605:9
Daniel [1] - 4578:9
date [1] - 4618:15
dated [1] - 4627:17
dates [2] - 4550:22, 4558:7
daughter [1] - 4582:15
David [59] - 4547:21, 4553:10, 4555:16, 4557:7, 4557:13, 4558:22, 4559:18, 4560:12, 4560:16, 4560:19, 4561:8, 4562:1, 4562:3, 4562:11, 4562:12, 4562:14, 4563:13, 4564:6, 4564:7, 4564:14, 4564:21, 4565:3, 4565:16, 4565:22, 4566:9, 4566:13, 4566:14,

4566:22, 4567:3,
4568:10, 4568:11,
4569:6, 4570:7,
4570:8, 4570:9,
4570:18, 4570:20,
4571:4, 4571:16,
4571:17, 4571:20,
4571:22, 4572:19,
4573:6, 4573:7,
4574:15, 4574:20,
4576:19, 4578:13,
4581:3, 4581:18,
4581:20, 4581:23,
4582:3, 4582:20,
4582:22, 4583:11
**David's** [6] - 4561:16,
4566:8, 4567:9,
4570:4, 4578:3,
4578:21
**days** [8] - 4557:22,
4570:11, 4592:11,
4608:22, 4614:1,
4614:4, 4615:17
**DC** [4] - 4532:9,
4600:18, 4601:10,
4617:17
**dead** [3] - 4564:19,
4611:21, 4616:13
**deal** [9] - 4565:23,
4567:2, 4570:25,
4575:2, 4578:4,
4578:23, 4582:13,
4612:7, 4622:2
**dealt** [1] - 4570:25
**death** [1] - 4582:7
**debate** [2] - 4538:15,
4577:15
**debates** [1] - 4560:8
**decade** [1] - 4589:1
**December** [10] -
4531:18, 4535:6,
4538:20, 4554:21,
4557:18, 4557:22,
4558:16, 4559:11,
4601:9, 4601:10
**decent** [1] - 4556:16
**decided** [3] - 4534:23,
4592:9, 4596:4
**decides** [1] - 4612:22
**deciding** [1] - 4535:11
**decision** [5] -
4568:15, 4591:19,
4591:25, 4592:10,
4593:12
**decision-making** [1] -
4593:12
**decisions** [2] -
4589:11, 4625:12
**deck** [1] - 4558:2
**declaration** [1] -

4602:20
**deep** [1] - 4613:23
**deeper** [1] - 4587:11
**defend** [2] - 4544:14,
4560:12
**defendant** [1] -
4627:20
**defense** [6] - 4534:14,
4554:6, 4563:8,
4576:10, 4578:17
**Defense** [2] - 4560:22,
4578:9
**definitely** [1] -
4546:11
**delete** [10] - 4548:11,
4548:19, 4565:18,
4565:19, 4565:21,
4566:17, 4566:22,
4566:25, 4571:5,
4617:23
**deleted** [10] - 4549:2,
4565:16, 4565:22,
4566:3, 4566:24,
4571:13, 4571:17,
4616:11, 4625:20
**deletes** [1] - 4571:15
**deleting** [1] - 4548:16
**deletion** [1] - 4616:10
**deliberate** [3] -
4550:18, 4552:14,
4587:20
**deliberating** [2] -
4583:25, 4584:15
**deliver** [1] - 4554:2
**demand** [1] - 4551:19
**demands** [1] - 4552:7
**democracy** [2] -
4533:21, 4593:17
**demonstrably** [1] -
4544:2
**Demonstrative** [1] -
4574:22
**demonstrative** [1] -
4563:19
**dense** [1] - 4604:11
**DEPUTY** [6] - 4531:5,
4586:6, 4586:11,
4586:17, 4629:7,
4629:11
**described** [3] -
4581:25, 4599:24,
4610:13
**deserve** [1] - 4582:13
**designed** [1] -
4533:13
**desire** [2] - 4551:19,
4627:11
**desperately** [2] -
4531:22, 4550:5
**despite** [1] - 4536:16,

4587:5, 4587:23
**destroy** [2] - 4582:24
**destroyed** [4] -
4549:1, 4549:12,
4549:21, 4549:23
**destroying** [1] -
4548:10
**detail** [1] - 4612:11
**details** [5] - 4534:17,
4544:20, 4590:2,
4590:9, 4600:23
**determines** [1] -
4612:17
**difference** [1] -
4593:14
**differences** [1] -
4610:23
**different** [13] -
4536:22, 4536:23,
4541:1, 4545:3,
4576:20, 4577:20,
4586:3, 4592:5,
4592:10, 4606:21,
4607:22, 4626:7
**differently** [1] -
4585:17
**digital** [2] - 4598:7,
4598:23
**dinner** [3] - 4593:1,
4609:14, 4620:19
**direct** [2] - 4534:8,
4572:7
**direction** [2] - 4586:3,
4586:4
**directions** [3] -
4597:12, 4609:8,
4613:1
**directive** [5] -
4612:24, 4613:13,
4613:16, 4614:8,
4627:15
**directly** [2] - 4539:3,
4553:1
**dirty** [1] - 4565:13
**disagreement** [1] -
4550:4
**disagrees** [1] - 4539:4
**disappointed** [2] -
4539:4, 4587:22
**discussed** [5] -
4577:14, 4582:8,
4594:12, 4618:7,
4624:7
**discussing** [1] -
4629:3
**discussion** [4] -
4557:19, 4590:10,
4615:18, 4623:7
**discussions** [2] -
4532:18, 4595:8,

4601:6
**dislike** [3] - 4553:23,
4553:24
**disorder** [1] - 4565:4
**disorganized** [1] -
4583:21
**disperse** [1] - 4546:9
**disrupt** [9] - 4532:4,
4544:11, 4552:5,
4561:9, 4563:7,
4563:11, 4564:23,
4573:8
**disrupting** [1] -
4572:23
**distance** [1] - 4549:25
**division** [2] - 4550:4,
4553:13
**documents** [1] -
4549:21
**Dolan** [4] - 4541:21,
4580:17, 4591:22,
4592:4
**dollars** [1] - 4619:25
**domestic** [5] - 4610:3,
4610:14, 4610:17,
4627:14, 4628:9
**Donald** [4] - 4538:16,
4553:16, 4553:19,
4582:16
**done** [14] - 4549:13,
4549:15, 4565:17,
4565:21, 4567:1,
4571:17, 4571:17,
4583:10, 4612:7,
4627:1
**doors** [13] - 4542:8,
4543:3, 4543:6,
4543:10, 4543:11,
4543:14, 4543:24,
4546:2, 4546:10,
4546:17, 4547:17,
4547:18
**Doors** [3] - 4545:13,
4546:16, 4546:18
**dot** [1] - 4574:15
**doubt** [17] - 4549:11,
4551:18, 4552:12,
4554:12, 4559:20,
4562:2, 4562:4,
4562:7, 4584:1,
4584:2, 4584:7,
4593:12, 4593:25,
4606:23, 4607:4,
4627:23
**down** [32] - 4535:15,
4536:24, 4538:18,
4541:16, 4541:22,
4543:3, 4547:9,
4548:15, 4557:24,
4560:9, 4561:19,

4561:22, 4561:25,
4568:25, 4570:1,
4570:4, 4573:2,
4575:22, 4577:1,
4577:3, 4577:8,
4579:16, 4599:19,
4600:2, 4600:5,
4600:6, 4600:13,
4603:19, 4604:15,
4618:21, 4626:16,
4626:24
**downtown** [3] -
4600:15, 4601:14,
4613:11
**doxxing** [1] - 4539:19
**drafted** [1] - 4543:17
**draw** [1] - 4531:23
**drawing** [1] - 4573:25
**dressed** [1] - 4591:8
**drew** [1] - 4609:23
**drinking** [1] - 4601:9
**drive** [3] - 4540:24,
4569:3, 4607:11
**drives** [2] - 4599:20,
4607:9
**driving** [1] - 4599:21
**drone** [3] - 4574:7,
4595:24, 4595:25
**drop** [1] - 4539:7
**drove** [2] - 4622:13,
4622:15
**Ducks** [1] - 4564:4
**due** [3] - 4535:20,
4536:19, 4593:23
**DUIs** [1] - 4621:9
**dull** [1] - 4600:22
**dump** [1] - 4583:8
**dumped** [1] - 4618:14
**during** [6] - 4531:14,
4554:16, 4560:7,
4564:11, 4575:19,
4590:24
**Dustoff** [1] - 4589:4
**dustoff** [1] - 4589:5
**duty** [3] - 4561:2,
4618:19, 4627:4

---

**E**

**E5** [1] - 4628:7
**ear** [1] - 4613:5
**early** [4] - 4531:18,
4575:17, 4600:23,
4604:2
**ears** [1] - 4624:9
**east** [2] - 4543:23,
4547:10
**East** [1] - 4574:7
**eating** [1] - 4569:20
**Ed** [39] - 4587:7,

4637

4594:9, 4594:10, 4595:3, 4595:19, 4595:21, 4595:22, 4596:11, 4596:16, 4597:5, 4597:10, 4597:20, 4598:1, 4598:6, 4598:9, 4598:11, 4599:19, 4599:22, 4600:17, 4601:10, 4601:18, 4601:19, 4603:22, 4608:14, 4609:5, 4610:6, 4610:20, 4610:24, 4612:11, 4612:14, 4615:25, 4616:23, 4619:1, 4619:7, 4619:9, 4619:11, 4624:20, 4624:22, 4625:9
**Ed's** [6] - 4594:1, 4594:6, 4596:4, 4601:21, 4619:13, 4625:15
**edit** [1] - 4551:6
**edited** [1] - 4533:6
**editing** [1] - 4535:8
**Edwards** [3] - 4560:15, 4583:10, 4590:25
**eff** [2] - 4602:20
**effect** [2] - 4538:24, 4558:8
**eight** [2] - 4578:2, 4578:3
**either** [4] - 4555:2, 4566:12, 4579:2, 4604:1
**elbows** [1] - 4570:22
**elderly** [1] - 4569:10
**elected** [1] - 4594:22
**election** [11] - 4537:7, 4537:18, 4550:11, 4553:15, 4555:23, 4556:1, 4556:2, 4556:11, 4615:21, 4622:4
**elections** [1] - 4614:2
**Electoral** [1] - 4547:24
**electrical** [1] - 4620:21
**element** [1] - 4552:11
**elements** [1] - 4618:1
**Ellipse** [2] - 4541:10, 4544:24
**Elvis** [1] - 4614:12
**email** [2] - 4579:7, 4579:9
**emails** [1] - 4567:2
**emergency** [4] - 4534:17, 4544:20, 4562:10, 4581:17

**emotion** [1] - 4625:18
**emotional** [1] - 4593:18
**emotions** [1] - 4553:11
**encampment** [1] - 4597:7
**encourage** [1] - 4563:15
**encouraged** [1] - 4625:11
**encouraging** [1] - 4547:7
**end** [11] - 4555:22, 4555:25, 4569:19, 4576:16, 4583:18, 4586:2, 4587:12, 4588:18, 4589:18, 4621:11, 4628:20
**ended** [2] - 4581:5, 4602:13
**endorsed** [1] - 4538:3
**enforce** [1] - 4620:15
**enforcement** [10] - 4532:21, 4535:17, 4536:23, 4539:16, 4540:7, 4549:24, 4556:13, 4556:18, 4562:17, 4562:18
**ensured** [1] - 4613:25
**enter** [1] - 4609:24
**entered** [1] - 4554:18
**entering** [1] - 4542:12
**entire** [4] - 4533:5, 4562:18, 4563:25, 4570:10
**entirety** [1] - 4551:10
**epic** [2] - 4596:1, 4614:1
**escalating** [1] - 4551:25
**escort** [1] - 4581:5
**escorted** [1] - 4565:1
**escorting** [1] - 4581:6
**especially** [2] - 4576:13, 4604:24
**essence** [1] - 4606:5
**essentially** [1] - 4606:15
**establish** [1] - 4562:7
**Eureka** [2] - 4569:18, 4604:7
**EV** [1] - 4611:5
**evacuated** [1] - 4551:24
**evacuation** [3] - 4589:5, 4606:19, 4626:19
**evening** [1] - 4608:10
**event** [7] - 4531:16,

4553:17, 4568:1, 4568:12, 4568:16, 4572:21, 4582:17
**events** [6] - 4531:21, 4532:2, 4534:16, 4553:14, 4587:2, 4616:13
**eventually** [1] - 4543:24
**evidence** [53] - 4532:1, 4532:3, 4532:7, 4533:16, 4541:23, 4541:25, 4542:18, 4544:10, 4544:14, 4548:10, 4548:21, 4548:25, 4549:1, 4549:6, 4549:12, 4549:23, 4550:17, 4550:18, 4552:10, 4553:8, 4554:9, 4554:10, 4556:5, 4558:13, 4558:23, 4562:16, 4562:25, 4565:20, 4567:14, 4568:10, 4568:17, 4570:12, 4575:5, 4575:11, 4575:20, 4576:8, 4576:13, 4576:14, 4576:22, 4594:6, 4595:9, 4595:14, 4596:16, 4597:18, 4597:22, 4605:16, 4607:12, 4611:14, 4612:5, 4615:22, 4619:1, 4626:8
**EX-1** [2] - 4557:12, 4557:13
**exact** [2] - 4575:6, 4620:8
**exactly** [3] - 4541:19, 4550:24, 4583:11
**exam** [1] - 4564:11
**examination** [8] - 4534:8, 4536:9, 4536:13, 4538:14, 4554:8, 4554:17, 4567:19, 4589:19
**examine** [1] - 4550:17
**example** [4] - 4554:24, 4561:23, 4565:18, 4603:1
**examples** [1] - 4593:7
**except** [1] - 4541:8
**exchange** [1] - 4599:14
**exchanged** [2] - 4599:1
**excited** [3] - 4570:20, 4596:18, 4607:19

**excuse** [2] - 4563:19, 4568:5
**executive** [6] - 4595:12, 4609:10, 4614:5, 4618:23, 4620:15, 4624:12
**Executive** [2] - 4595:12, 4595:15
**exercised** [1] - 4594:24
**exfil** [3] - 4604:22, 4606:17, 4617:2
**Exhibit** [6] - 4537:16, 4538:19, 4566:5, 4573:22, 4611:5, 4620:4
**exhibit** [15] - 4538:13, 4554:17, 4557:14, 4566:19, 4566:21, 4573:23, 4573:24, 4574:25, 4575:12, 4575:14, 4576:18, 4591:23, 4606:13, 4618:7, 4624:12
**exhibits** [2] - 4535:8, 4536:11
**exist** [3] - 4534:18, 4564:12, 4564:15
**existed** [2] - 4549:3, 4625:13
**existence** [1] - 4598:18
**expect** [4] - 4542:13, 4603:21, 4603:23, 4603:25
**expecting** [2] - 4608:21, 4625:10
**experience** [7] - 4535:18, 4535:21, 4556:19, 4557:5, 4557:6, 4570:21, 4572:8
**experienced** [1] - 4551:20
**expert** [2] - 4566:13, 4576:16
**expertise** [1] - 4535:22
**explain** [2] - 4534:23, 4599:4
**explanation** [1] - 4627:24
**explosions** [2] - 4590:11, 4591:21
**exposed** [1] - 4571:23
**expressed** [2] - 4603:1, 4627:11
**expressing** [1] - 4610:9
**expressly** [2] -

4606:10, 4606:17
**extended** [2] - 4609:15, 4615:16
**extent** [1] - 4552:3
**extra** [2] - 4577:8, 4586:23
**eyes** [3] - 4588:5, 4591:14, 4624:8

## F

**face** [2] - 4592:14, 4594:7
**Facebook** [2] - 4531:24, 4550:20
**Facility** [1] - 4537:9
**fact** [10] - 4536:16, 4544:17, 4545:9, 4547:11, 4549:10, 4551:17, 4556:22, 4582:6, 4588:9, 4628:10
**factory** [2] - 4540:24, 4580:5
**facts** [8] - 4533:15, 4553:25, 4562:8, 4587:24, 4588:7, 4588:10, 4588:16
**failed** [2] - 4552:13, 4554:11
**failure** [1] - 4551:17
**fair** [1] - 4552:9
**fairness** [1] - 4593:23
**Faith** [2] - 4548:13, 4548:15
**fake** [1] - 4612:23
**fall** [2] - 4550:3, 4619:3
**false** [4] - 4542:23, 4543:16, 4544:3, 4544:6
**famous** [2] - 4555:22, 4589:5
**fan** [3] - 4555:15, 4556:10, 4615:8
**fan's** [1] - 4615:11
**fancy** [1] - 4576:14
**Fanta** [1] - 4571:22
**fantasy** [2] - 4615:12, 4618:13
**far** [5] - 4568:22, 4568:23, 4576:21, 4584:20, 4605:16
**fast** [1] - 4535:10
**favor** [1] - 4584:11
**favored** [1] - 4577:3
**favorite** [2] - 4573:15, 4627:23
**FBI** [14] - 4540:14, 4540:19, 4542:3,

4638

4564:20, 4575:1,
4576:12, 4576:15,
4578:1, 4578:7,
4578:22, 4579:1,
4590:25, 4606:3,
4616:24
**fear** [1] - 4550:4
**feared** [1] - 4605:8
**fears** [3] - 4590:4,
4605:6, 4625:1
**fed** [1] - 4536:21
**federal** [2] - 4539:15,
4544:1
**feelings** [2] - 4593:16,
4593:22
**feet** [3] - 4553:15,
4563:24, 4596:23
**fell** [1] - 4581:4
**felt** [3] - 4557:7,
4607:19, 4618:19
**few** [6] - 4532:6,
4533:19, 4546:15,
4546:20, 4559:6,
4606:21
**fiction** [3] - 4607:24,
4617:15
**field** [1] - 4562:11
**fight** [4] - 4568:8,
4580:7, 4605:23,
4619:25
**fighting** [1] - 4613:17
**figment** [2] - 4541:8,
4543:15
**figure** [4] - 4609:21,
4610:7, 4610:9,
4615:15
**figured** [1] - 4565:8
**file** [1] - 4546:7
**filled** [1] - 4556:8
**filter** [3] - 4537:3,
4537:15, 4540:5
**finally** [1] - 4600:18
**financial** [1] - 4535:24
**fingers** [1] - 4620:22
**finish** [2] - 4586:10,
4586:15
**finished** [1] - 4614:19
**fire** [1] - 4596:23
**firearm** [2] - 4622:1,
4622:2
**firearms** [7] - 4536:4,
4537:6, 4537:8,
4537:13, 4537:14,
4577:25, 4607:8
**first** [14] - 4538:10,
4546:13, 4557:18,
4572:5, 4575:2,
4577:5, 4583:4,
4588:17, 4590:24,
4593:7, 4597:4,

4597:9, 4606:21,
4608:2
**First** [1] - 4594:23
**fist** [3] - 4547:5,
4563:14, 4568:19
**fit** [7] - 4533:19,
4534:1, 4534:3,
4558:11, 4560:19,
4563:5, 4563:7
**five** [3] - 4537:22,
4583:23, 4616:13
**five-minute** [1] -
4537:22
**fixes** [1] - 4614:14
**FL** [2] - 4532:8, 4532:9
**flailing** [1] - 4546:19
**flash** [1] - 4604:16
**flavor** [2] - 4597:9,
4600:25
**fled** [1] - 4613:8
**flee** [1] - 4583:8
**fleet** [1] - 4626:18
**floor** [2] - 4531:10,
4542:14
**Florida** [13] - 4537:10,
4540:25, 4544:18,
4544:19, 4558:5,
4570:24, 4572:4,
4577:20, 4577:22,
4577:23, 4577:24,
4578:3, 4578:4
**fly** [1] - 4574:7
**focus** [2] - 4540:11,
4584:2
**focused** [1] - 4536:11
**focuses** [1] - 4536:24
**folks** [4] - 4534:4,
4552:13, 4570:23,
4605:24
**follow** [10] - 4538:7,
4558:9, 4587:21,
4609:7, 4612:25,
4614:9, 4614:23,
4619:2, 4627:18,
4629:2
**followed** [2] -
4533:22, 4554:23
**followers** [1] -
4553:16
**following** [4] -
4550:19, 4567:4,
4621:14, 4627:15
**food** [3] - 4596:11,
4597:16, 4608:22
**fool** [1] - 4625:23
**foot** [1] - 4587:5
**footage** [1] - 4596:1
**football** [1] - 4564:4
**force** [14] - 4531:19,
4532:5, 4532:7,

4532:12, 4532:19,
4537:13, 4544:12,
4550:14, 4569:9,
4609:2, 4609:24,
4618:5, 4618:6,
4618:7
**forcefully** [1] -
4611:16
**forcibly** [2] - 4589:22,
4590:5
**forcing** [1] - 4543:24
**forever** [1] - 4607:6
**form** [2] - 4550:8,
4556:8
**formed** [1] - 4591:12
**former** [3] - 4556:13,
4556:17, 4556:18
**forming** [1] - 4589:15
**forth** [1] - 4608:15
**forward** [7] - 4534:25,
4538:11, 4541:12,
4543:2, 4545:2,
4629:1, 4629:4
**forwarded** [2] -
4594:10, 4595:4
**foul** [2] - 4579:12,
4579:13
**four** [7] - 4540:8,
4540:10, 4559:12,
4566:14, 4583:14,
4592:19, 4593:6
**four-other-month** [1] -
4566:14
**fourth** [1] - 4615:8
**fraction** [1] - 4533:18
**Frank** [1] - 4595:6
**Frankly** [1] - 4567:22
**fraud** [1] - 4550:11
**frauds** [2] - 4535:24
**freak** [1] - 4577:19
**free** [3] - 4580:9,
4599:16
**Freedom** [1] - 4594:18
**friend** [6] - 4595:4,
4595:5, 4595:6,
4599:10, 4600:14,
4619:18
**friends** [4] - 4596:4,
4596:12, 4596:20,
4602:11
**front** [4] - 4576:14,
4588:8, 4590:20,
4591:14
**fuck** [1] - 4548:12
**fucked** [1] - 4544:25
**fucking** [2] - 4538:25,
4539:10
**fulfilled** [1] - 4587:9
**full** [4] - 4549:19,
4551:16, 4571:7,

4572:12
**full-time** [1] - 4571:7
**fun** [1] - 4568:22
**funny** [1] - 4560:8
**future** [2] - 4619:4,
4619:8
**FYI** [1] - 4616:18

# G

**games** [1] - 4557:5
**gander** [1] - 4549:2
**gaps** [2] - 4566:14
**Garden** [4] - 4555:12,
4583:3, 4620:19,
4622:9
**gas** [4] - 4604:16,
4626:16, 4626:23
**Gator** [1] - 4557:19
**gear** [5] - 4569:23,
4579:11, 4603:17,
4603:18, 4607:10
**general** [1] - 4597:2
**generally** [1] - 4536:1
**gentlemen** [8] -
4531:8, 4552:23,
4576:23, 4584:19,
4586:20, 4619:23,
4624:19, 4628:20
**gigabytes** [1] - 4628:7
**girlfriend** [1] - 4555:3
**given** [1] - 4601:1
**Glock** [1] - 4577:7
**go-go** [1] - 4577:23
**goal** [1] - 4582:24
**goofball** [1] - 4611:20
**goofy** [2] - 4539:25,
4601:22
**Google** [1] - 4536:4
**Googled** [1] - 4588:23
**Gorda** [1] - 4574:3
**GoToMeeting** [2] -
4570:6, 4601:6
**GoToMeetings** [3] -
4531:24, 4555:2,
4571:15
**governed** [1] -
4584:12
**Government** [1] -
4620:4
**government** [138] -
4531:20, 4531:22,
4532:12, 4533:17,
4533:19, 4534:21,
4534:23, 4537:5,
4537:14, 4538:6,
4538:20, 4538:23,
4539:15, 4540:1,
4540:7, 4543:17,
4544:1, 4546:5,

4547:20, 4547:23,
4548:9, 4548:14,
4549:10, 4549:19,
4550:1, 4550:12,
4550:24, 4551:2,
4551:10, 4552:8,
4552:15, 4553:22,
4553:24, 4554:1,
4554:4, 4554:9,
4554:17, 4556:5,
4559:4, 4559:10,
4559:25, 4560:16,
4561:8, 4562:2,
4562:13, 4563:4,
4563:17, 4564:1,
4564:9, 4564:10,
4565:5, 4565:6,
4565:23, 4566:3,
4566:11, 4567:1,
4567:11, 4568:3,
4568:6, 4568:8,
4570:6, 4571:12,
4573:11, 4574:2,
4574:6, 4574:25,
4575:10, 4578:11,
4578:19, 4578:23,
4579:23, 4580:24,
4583:19, 4584:9,
4584:12, 4587:9,
4588:11, 4588:13,
4589:13, 4590:19,
4590:21, 4591:11,
4591:23, 4592:6,
4592:12, 4592:25,
4594:7, 4594:21,
4595:1, 4595:11,
4595:12, 4595:13,
4595:15, 4595:18,
4596:15, 4596:22,
4598:7, 4598:12,
4598:14, 4598:22,
4601:5, 4602:14,
4603:1, 4604:23,
4605:18, 4606:13,
4606:20, 4609:19,
4610:24, 4611:1,
4611:5, 4611:9,
4611:24, 4612:21,
4615:1, 4615:18,
4616:7, 4616:16,
4617:20, 4619:6,
4619:16, 4620:14,
4620:19, 4620:24,
4621:2, 4621:18,
4622:1, 4623:13,
4623:15, 4623:17,
4623:18, 4623:19,
4623:20, 4623:23,
4624:15, 4625:17,
4625:22, 4627:22
**government's** [19] -

4639

4533:5, 4535:17, 4540:6, 4541:4, 4544:7, 4551:17, 4558:1, 4558:12, 4559:19, 4574:23, 4584:18, 4594:3, 4596:16, 4598:20, 4600:8, 4605:11, 4607:17, 4617:10, 4628:22

**governor's** [1] - 4588:25

**grab** [1] - 4534:1

**grabbed** [2] - 4560:3, 4609:14

**grabs** [1] - 4546:19

**Graceland** [1] - 4614:11

**grand** [4] - 4541:2, 4594:8, 4595:14

**grand-plan** [1] - 4594:8

**grandiose** [1] - 4554:4

**grant** [1] - 4573:23

**granted** [1] - 4577:8

**graphics** [2] - 4573:24, 4574:16

**grave** [2] - 4584:4, 4627:25

**great** [2] - 4587:24, 4608:5

**green** [1] - 4591:20

**Greene** [5] - 4545:25, 4590:8, 4622:8, 4622:9, 4622:10

**grenades** [1] - 4604:16

**grew** [2] - 4577:1

**Grounds** [1] - 4583:5

**group** [44] - 4532:9, 4534:9, 4535:2, 4535:6, 4539:20, 4542:12, 4542:17, 4543:1, 4543:2, 4543:6, 4545:4, 4546:3, 4546:19, 4547:22, 4557:23, 4560:13, 4561:19, 4561:23, 4562:21, 4564:7, 4565:17, 4566:24, 4567:1, 4571:9, 4571:11, 4571:14, 4571:17, 4572:4, 4573:16, 4580:5, 4580:11, 4583:10, 4583:11, 4583:15, 4583:21, 4594:19, 4600:18, 4601:25, 4616:13, 4623:4, 4628:5

**group's** [2] - 4560:11, 4581:19

**groups** [7] - 4533:2, 4536:1, 4539:22, 4548:11, 4559:12, 4564:1, 4583:14

**guard** [2] - 4603:22, 4603:25

**guarded** [1] - 4593:17

**guerilla** [4] - 4602:21, 4603:7, 4620:5, 4620:7

**guess** [1] - 4620:25

**guest** [1] - 4594:18

**guidelines** [1] - 4576:1

**guile** [2] - 4615:23, 4616:9

**guileless** [2] - 4616:23, 4617:19

**guilelessness** [1] - 4625:16

**guilt** [7] - 4593:9, 4593:20, 4593:21, 4594:3, 4605:12, 4606:6, 4622:18

**guilt-assuming** [4] - 4593:20, 4593:21, 4594:3, 4605:12

**guilty** [10] - 4543:18, 4552:5, 4552:16, 4565:4, 4565:5, 4565:8, 4565:14, 4584:23, 4617:18, 4628:17

**gun** [14] - 4577:4, 4577:11, 4577:15, 4577:18, 4577:19, 4578:1, 4578:2, 4578:3, 4578:16, 4579:6, 4579:14, 4594:25, 4607:5

**guns** [26] - 4568:25, 4576:24, 4576:25, 4577:2, 4578:11, 4578:12, 4578:16, 4578:18, 4578:21, 4590:2, 4596:22, 4604:3, 4606:4, 4606:5, 4607:11, 4615:4, 4615:7, 4615:8, 4617:12, 4617:16, 4626:1, 4626:4, 4626:6, 4626:7, 4626:8, 4626:9

**Guns** [1] - 4578:4

**guy** [24] - 4550:9, 4555:17, 4560:9, 4561:21, 4563:6,

4568:18, 4568:19, 4568:24, 4569:12, 4569:16, 4571:21, 4572:8, 4573:16, 4573:19, 4573:21, 4579:9, 4582:14, 4583:5, 4598:10, 4599:6, 4619:13, 4625:12

**guys** [5] - 4539:25, 4565:24, 4566:6, 4597:12, 4605:10

**gym** [1] - 4579:12

# H

**Hackett** [39] - 4531:10, 4532:15, 4535:6, 4536:23, 4537:6, 4537:19, 4538:12, 4538:19, 4538:24, 4539:9, 4544:18, 4545:4, 4545:23, 4546:2, 4546:15, 4548:2, 4548:6, 4548:9, 4548:10, 4548:13, 4548:21, 4548:25, 4549:3, 4549:22, 4549:25, 4550:7, 4551:11, 4551:22, 4552:19, 4556:8, 4562:15, 4562:16, 4562:17, 4562:21, 4562:22, 4563:22, 4564:6, 4592:20

**Hackett's** [1] - 4578:15

**Hagmann** [2] - 4594:11

**hair** [2] - 4620:23, 4620:24

**half** [1] - 4585:12

**halfway** [3] - 4611:5, 4611:6, 4611:12

**Halim** [12] - 4531:10, 4552:20, 4553:4, 4555:21, 4557:25, 4573:15, 4576:11, 4579:15, 4579:25, 4580:4, 4581:25, 4584:16

**HALIM** [1] - 4531:11

**Halim's** [1] - 4580:21

**Halim...........................
..............** [1] - 4530:4

**hallway** [1] - 4547:8

**halted** [1] - 4551:24

**handed** [1] - 4578:21

**handful** [1] - 4532:8

**handle** [1] - 4543:14

**hands** [2] - 4546:19, 4585:16

**handwritten** [1] - 4540:16

**hanging** [1] - 4609:16

**Hangout** [2] - 4532:8, 4601:5

**hard** [2] - 4543:13, 4545:17

**harm** [2] - 4547:21, 4552:2

**harp** [1] - 4554:15

**Harrelson** [5] - 4541:21, 4591:22, 4592:4, 4607:18, 4607:21

**Harris** [7] - 4536:12, 4537:5, 4538:14, 4567:14, 4567:18, 4588:17, 4595:11

**hat** [4] - 4568:19, 4603:17, 4603:19, 4607:10

**head** [1] - 4572:9

**headed** [1] - 4604:18

**headline** [1] - 4533:20

**headline-producing** [1] - 4533:20

**headlines** [1] - 4533:13

**hear** [18] - 4531:21, 4536:6, 4545:17, 4545:18, 4545:19, 4545:21, 4545:23, 4553:5, 4562:16, 4564:7, 4568:13, 4595:10, 4602:17, 4615:24, 4624:24, 4625:1

**heard** [59] - 4532:23, 4532:24, 4534:16, 4535:21, 4535:23, 4536:15, 4539:17, 4541:23, 4541:25, 4548:7, 4553:2, 4553:25, 4556:25, 4569:13, 4572:20, 4575:25, 4576:13, 4577:23, 4578:1, 4578:21, 4581:3, 4581:7, 4581:8, 4582:12, 4587:13, 4587:16, 4589:11, 4589:17, 4590:11, 4591:18, 4591:20, 4591:21, 4591:22, 4592:1, 4592:24, 4593:2, 4594:10, 4596:12, 4599:23,

4600:3, 4604:8, 4605:5, 4607:3, 4607:17, 4609:13, 4613:6, 4615:14, 4616:4, 4616:10, 4620:11, 4620:17, 4621:7, 4623:8, 4623:9, 4624:8, 4624:22, 4625:1, 4627:21, 4627:24

**hearing** [2] - 4584:15, 4613:10

**hears** [1] - 4612:24

**heart** [2] - 4615:23, 4616:9

**heat** [1] - 4625:18

**heavily** [2] - 4533:5, 4551:6

**heavy** [2] - 4535:7, 4546:17

**held** [6] - 4531:6, 4575:10, 4585:15, 4586:7, 4586:18, 4629:8

**helicopter** [1] - 4589:5

**hell** [1] - 4594:7

**hell-bent** [1] - 4594:7

**helmet** [1] - 4591:16

**help** [12] - 4545:8, 4559:16, 4562:11, 4562:13, 4581:19, 4581:24, 4605:13, 4606:16, 4608:1, 4608:3, 4614:21, 4623:19

**helped** [3] - 4582:16, 4622:11, 4626:1

**helping** [1] - 4620:14

**Herrington** [20] - 4540:11, 4555:9, 4590:7, 4591:20, 4592:3, 4592:25, 4605:7, 4609:13, 4609:15, 4613:6, 4620:17, 4620:19, 4620:21, 4621:5, 4621:7, 4621:20, 4621:24, 4622:16, 4622:22, 4623:1

**herself** [2] - 4555:4, 4588:15

**hesitate** [3] - 4584:4, 4627:25, 4628:13

**hesitated** [1] - 4592:8

**hesitation** [1] - 4628:16

**hi** [1] - 4614:12

**hid** [3] - 4563:24, 4582:8, 4625:20

**hide** [8] - 4539:15,

4640

4562:24, 4564:5, 4565:20, 4581:16, 4616:22, 4617:3, 4617:19
**hiding** [4] - 4564:24, 4582:11, 4617:18, 4626:24
**high** [2] - 4584:6, 4627:22
**highest** [1] - 4622:5
**highlighting** [1] - 4559:25
**Hilgeman** [6] - 4536:2, 4536:13, 4575:1, 4575:16, 4576:11, 4588:12
**himself** [5] - 4540:23, 4560:21, 4580:25, 4609:25, 4616:7
**hint** [2] - 4612:22, 4625:2
**history** [1] - 4571:2
**hit** [1] - 4556:10
**hold** [2] - 4552:7, 4596:23
**home** [18] - 4532:10, 4573:19, 4578:3, 4606:1, 4606:2, 4606:8, 4607:1, 4608:19, 4609:5, 4612:17, 4612:19, 4612:20, 4613:20, 4613:21, 4614:14, 4617:25, 4625:6, 4628:10
**hometown** [1] - 4583:9
**honest** [1] - 4533:15
**honestly** [1] - 4620:8
**honor** [1] - 4628:16
**Honor** [2] - 4531:11, 4585:6
**honored** [4] - 4593:19, 4593:20, 4593:23
**hoo** [1] - 4563:14
**hooks** [1] - 4625:22
**hope** [3] - 4588:5, 4591:9, 4624:22
**hoped** [1] - 4531:20
**hoping** [2] - 4595:17, 4595:18
**host** [1] - 4602:24
**hotel** [25] - 4569:2, 4569:3, 4569:19, 4569:20, 4569:22, 4569:24, 4576:20, 4597:2, 4599:16, 4600:1, 4600:2, 4604:20, 4604:21, 4607:4, 4607:9,

4609:15, 4615:17, 4617:9, 4617:12, 4617:14, 4617:16, 4622:1, 4622:2
**hotels** [1] - 4608:9
**hour** [5] - 4553:4, 4565:12, 4585:12, 4604:22, 4608:8
**hours** [1] - 4575:19
**house** [2] - 4549:17, 4574:3
**House** [2] - 4589:23, 4590:6
**hubbub** [1] - 4534:19
**huddle** [1] - 4592:2
**huge** [1] - 4546:12
**Hughes** [1] - 4534:7
**human** [3] - 4550:1, 4591:3, 4598:18
**humble** [1] - 4609:4
**hundred** [6] - 4538:9, 4559:7, 4579:5, 4579:13, 4626:2
**hundreds** [1] - 4533:17
**hung** [1] - 4576:23
**hunt** [1] - 4548:15
**hurry** [1] - 4614:10
**hurt** [5] - 4558:10, 4559:21, 4578:18, 4605:24
**hyperscrutinizing** [1] - 4535:19
**hypothetical** [1] - 4614:25
**hypothetically** [1] - 4614:25

---

## I

**iCloud** [1] - 4549:7
**ID** [1] - 4621:5
**idea** [10] - 4568:13, 4573:19, 4588:19, 4596:9, 4598:1, 4603:20, 4615:5, 4615:12, 4625:10, 4625:13
**ideas** [1] - 4550:6
**identities** [1] - 4539:14
**identity** [2] - 4539:15, 4617:4
**ignore** [1] - 4544:5
**ignoring** [1] - 4534:2
**II** [1] - 4624:12
**ill** [2] - 4539:20, 4605:2
**illegal** [1] - 4532:20
**illegitimate** [1] -

4608:13
**images** [1] - 4582:20
**imagination** [2] - 4541:9, 4543:16
**imagine** [4] - 4558:3, 4586:25, 4587:3, 4606:3
**immediately** [1] - 4581:3
**implicit** [1] - 4606:9
**implied** [1] - 4567:3
**imply** [1] - 4611:1
**important** [20] - 4553:21, 4556:1, 4558:24, 4561:15, 4570:23, 4580:14, 4581:15, 4583:25, 4584:5, 4588:9, 4588:20, 4593:7, 4596:14, 4605:15, 4608:17, 4610:7, 4619:15, 4619:16, 4629:2
**importantly** [1] - 4589:3
**impossible** [1] - 4546:4
**impression** [1] - 4533:9
**impressive** [1] - 4535:21
**inaccurate** [1] - 4575:3
**inappropriate** [1] - 4571:6
**inauguration** [1] - 4614:14
**incident** [3] - 4536:14, 4590:13, 4605:15
**included** [2] - 4543:1, 4549:8
**incoming** [1] - 4618:21
**incorrect** [3] - 4540:21, 4568:4, 4575:16
**incredibly** [1] - 4619:16
**incriminating** [1] - 4560:21
**independent** [1] - 4629:4
**indicating** [1] - 4576:22
**indictment** [1] - 4587:4
**indictments** [2] - 4595:10, 4595:13
**individual** [6] - 4535:9, 4542:15,

4542:16, 4593:8, 4593:14, 4625:12
**individualized** [1] - 4545:3
**individuals** [4] - 4540:9, 4543:22, 4592:24, 4593:14
**Indy** [1] - 4578:20
**inexcusable** [1] - 4551:21
**inference** [1] - 4549:8
**infiltrate** [1] - 4539:22
**information** [2] - 4539:21, 4540:9
**Inn** [4] - 4598:12, 4600:9, 4600:12, 4603:10
**innocence** [2] - 4593:24, 4594:6
**innocent** [2] - 4587:8
**innocuous** [1] - 4559:18
**inside** [12] - 4542:8, 4542:11, 4543:9, 4543:12, 4545:14, 4547:2, 4547:4, 4564:8, 4580:15, 4580:19, 4582:5, 4582:6
**insist** [1] - 4552:8
**insisted** [1] - 4537:22
**instances** [1] - 4605:6
**instead** [1] - 4572:22
**instructed** [2] - 4618:2, 4625:15
**instruction** [1] - 4584:1
**instructions** [4] - 4548:11, 4587:21, 4628:24, 4629:2
**instructor** [1] - 4537:10
**Insurrection** [9] - 4544:17, 4568:12, 4578:14, 4618:8, 4620:14, 4623:1, 4623:12, 4623:25, 4624:5
**insurrection** [2] - 4539:7, 4595:23
**intelligence** [4] - 4557:1, 4557:4, 4626:5, 4626:25
**intelligent** [3] - 4592:13, 4599:5, 4618:9
**intend** [1] - 4552:5
**intended** [2] - 4547:20, 4627:21
**intent** [12] - 4545:8,

4547:1, 4547:3, 4549:1, 4549:12, 4549:22, 4560:12, 4563:10, 4573:6, 4605:2, 4605:17, 4611:16
**intentional** [2] - 4560:17, 4575:9
**intentionally** [1] - 4540:14
**interested** [3] - 4580:7, 4624:20, 4627:17
**interesting** [2] - 4571:12, 4621:24
**interfere** [3] - 4532:4, 4587:17, 4603:12
**interfering** [1] - 4603:12
**interior** [2] - 4546:16, 4547:17
**internet** [1] - 4616:1
**interpret** [1] - 4576:10
**interpretation** [1] - 4598:22
**interrupt** [2] - 4614:16, 4614:18
**interrupted** [1] - 4627:12
**interview** [1] - 4590:24
**interviewed** [1] - 4590:19
**intractable** [1] - 4550:5
**invade** [3] - 4568:8, 4569:23, 4569:25
**invading** [1] - 4569:1
**investigate** [1] - 4550:1
**investigation** [3] - 4533:10, 4533:23, 4536:3
**investigations** [2] - 4535:25, 4552:9
**invoke** [4] - 4544:17, 4618:15, 4618:17
**invokes** [2] - 4553:11, 4618:18
**involved** [2] - 4534:10, 4555:17
**inward** [1] - 4543:7
**Isaacs** [1] - 4546:13
**issue** [2] - 4577:1, 4623:22
**issues** [1] - 4581:8
**itself** [2] - 4577:9, 4601:8

## J

**Jackson** [3] - 4551:20, 4582:18, 4582:21
**Jackson's** [1] - 4582:12
**Jacksonville** [3] - 4574:13, 4574:19, 4574:20
**Jan** [2] - 4532:9, 4548:12
**Janu** [1] - 4578:13
**January** [63] - 4531:16, 4531:18, 4531:19, 4532:2, 4534:5, 4535:5, 4541:3, 4549:7, 4553:11, 4553:14, 4553:17, 4557:20, 4558:17, 4559:11, 4560:24, 4561:6, 4566:10, 4566:24, 4567:20, 4567:22, 4568:2, 4570:4, 4570:10, 4570:19, 4571:16, 4571:18, 4574:3, 4575:15, 4575:16, 4576:19, 4578:14, 4580:5, 4581:2, 4582:10, 4587:2, 4588:16, 4589:7, 4589:12, 4591:1, 4592:11, 4594:8, 4594:12, 4594:20, 4595:1, 4595:2, 4599:23, 4600:19, 4601:2, 4601:6, 4601:12, 4601:17, 4602:3, 4605:22, 4612:14, 4612:25, 4616:20, 4618:18, 4618:23, 4622:7, 4624:25, 4625:4, 4627:17
**jargon** [2] - 4597:10, 4597:13
**Jason** [1] - 4541:21
**Jericho** [3] - 4535:5, 4570:9, 4601:9
**jerk** [1] - 4603:2
**Jessica** [1] - 4545:23
**JH** [2] - 4543:20, 4548:17
**Jim** [1] - 4537:19
**job** [6] - 4535:22, 4548:24, 4560:12, 4571:7, 4582:19, 4608:19
**jobs** [1] - 4544:12
**Joe** [9] - 4538:15,

4544:18, 4545:4, 4550:19, 4550:20, 4568:9, 4589:23, 4590:5, 4624:6
**Joe's** [1] - 4549:7
**John** [1] - 4573:24
**join** [4] - 4540:15, 4540:17, 4564:22, 4622:21
**joined** [12] - 4542:4, 4556:2, 4556:3, 4556:7, 4556:9, 4556:14, 4557:7, 4557:10, 4557:21, 4567:10
**joins** [1] - 4557:17
**jokes** [1] - 4560:7
**Jordan** [1] - 4577:17
**Joseph** [5] - 4536:22, 4540:11, 4549:25, 4550:7, 4578:15
**joy** [1] - 4582:6
**judge** [2] - 4553:22, 4584:1
**judgment** [1] - 4593:19
**July** [1] - 4543:19
**jumped** [2] - 4541:4, 4558:17
**jumps** [1] - 4538:6
**junkie** [1] - 4566:2
**junky** [1] - 4578:17
**juries** [4] - 4587:19, 4592:13, 4595:14
**JUROR** [2] - 4585:21, 4585:24
**jurors** [2] - 4586:8, 4586:13
**jury** [14] - 4531:2, 4531:5, 4531:6, 4541:2, 4552:8, 4552:24, 4553:21, 4586:7, 4586:17, 4586:18, 4587:22, 4593:8, 4593:10, 4629:8
**jury's** [1] - 4570:16
**just-so** [1] - 4593:21
**justice** [2] - 4533:11, 4602:19
**Justin** [7] - 4534:6, 4534:25, 4537:16, 4543:20, 4554:14, 4556:4, 4579:16

## K

**Kandaris** [1] - 4596:4
**Kanderis** [2] - 4599:23, 4600:5

**keep** [10] - 4545:15, 4550:18, 4561:14, 4571:16, 4580:8, 4580:11, 4589:23, 4590:5, 4616:15, 4625:16
**Keeper** [9] - 4532:14, 4549:14, 4549:21, 4554:20, 4570:10, 4570:19, 4589:10, 4607:10, 4622:5
**Keepers** [35] - 4533:20, 4534:14, 4536:1, 4540:9, 4540:10, 4540:15, 4541:10, 4541:23, 4543:10, 4543:13, 4544:18, 4544:22, 4549:13, 4554:15, 4555:11, 4556:12, 4562:10, 4564:22, 4568:1, 4572:10, 4576:20, 4579:22, 4581:17, 4587:15, 4590:8, 4591:15, 4594:10, 4599:21, 4599:25, 4600:1, 4608:18, 4616:14, 4623:18, 4623:25, 4626:22
**Keepers'** [1] - 4620:12
**keeping** [1] - 4628:6
**keeps** [3] - 4571:15, 4618:14, 4618:15
**Kelly** [21] - 4541:6, 4541:14, 4546:14, 4546:15, 4558:7, 4558:25, 4567:4, 4567:8, 4572:2, 4581:7, 4595:4, 4597:4, 4597:24, 4597:25, 4598:1, 4598:2, 4598:5, 4598:6, 4598:9, 4611:25
**Kellye** [3] - 4555:4, 4622:6, 4622:10
**Ken** [1] - 4600:9
**Kenny** [1] - 4541:21
**Kentucky** [4] - 4609:13, 4609:15, 4615:14, 4622:16
**kept** [3] - 4593:3, 4611:1, 4616:15
**key** [3] - 4560:2, 4563:20, 4589:6
**kicker** [1] - 4543:16
**kid** [2] - 4557:4, 4572:4
**kids** [1] - 4579:18

**kill** [1] - 4574:7
**killed** [1] - 4626:2
**killing** [1] - 4625:24
**kind** [16] - 4538:3, 4546:6, 4554:16, 4555:13, 4557:1, 4562:5, 4576:25, 4582:13, 4584:2, 4591:10, 4597:10, 4597:11, 4601:21, 4615:19, 4620:5
**kinetic** [1] - 4619:24
**kit** [1] - 4562:12
**kitchen** [1] - 4596:11
**knee** [1] - 4603:2
**knee-jerk** [1] - 4603:2
**knock** [1] - 4577:8
**knowing** [2] - 4598:13, 4612:7
**knowledge** [5] - 4535:25, 4558:24, 4559:1, 4561:7, 4578:8
**knows** [4] - 4548:3, 4598:22, 4599:2, 4599:3

## L

**labeled** [1] - 4600:8
**lack** [8] - 4550:17, 4560:11, 4560:12, 4563:10, 4576:13, 4628:2, 4628:3, 4628:4
**ladies** [7] - 4531:8, 4552:23, 4584:19, 4586:20, 4619:22, 4624:19, 4628:20
**laid** [1] - 4558:8
**language** [12] - 4532:22, 4532:24, 4547:1, 4547:2, 4547:19, 4552:1, 4582:5, 4605:11, 4607:1, 4618:12, 4619:8
**large** [1] - 4594:19
**last** [11] - 4538:7, 4551:3, 4551:5, 4553:2, 4554:3, 4572:20, 4573:22, 4587:4, 4608:22, 4610:11, 4628:25
**lasted** [1] - 4603:9
**late** [5] - 4549:17, 4557:20, 4575:17, 4586:21, 4598:3
**law** [15] - 4532:21, 4535:17, 4536:23,

4539:15, 4549:23, 4552:10, 4556:13, 4556:14, 4556:18, 4562:16, 4562:18, 4571:1, 4587:24, 4616:25, 4627:22
**law-abiding** [2] - 4556:14, 4616:25
**lawfully** [2] - 4594:20, 4619:2
**lawn** [1] - 4578:20
**laws** [4] - 4594:25, 4607:7, 4620:16, 4624:19
**lawyer** [1] - 4561:18
**lawyers** [1] - 4561:15
**layer** [1] - 4567:5
**leader** [3] - 4541:14, 4590:7, 4622:8
**leaders** [1] - 4582:16
**Leadership** [1] - 4558:6
**leading** [2] - 4547:6, 4595:22
**learn** [5] - 4536:25, 4554:22, 4562:20, 4566:13, 4567:21
**learned** [10] - 4537:20, 4554:22, 4556:21, 4557:2, 4566:14, 4567:19, 4567:23, 4567:24, 4571:4
**learning** [1] - 4622:11
**least** [7] - 4543:22, 4566:14, 4578:2, 4579:10, 4587:13, 4616:15, 4628:6
**leave** [7] - 4572:13, 4580:4, 4580:10, 4583:1, 4608:4, 4608:7, 4614:18
**leaves** [6] - 4583:9, 4603:9, 4603:10, 4604:1, 4604:3, 4624:18
**leaving** [4] - 4563:3, 4571:24, 4603:17, 4603:23
**LeBron** [1] - 4577:18
**led** [2] - 4533:25, 4547:8
**left** [15] - 4534:10, 4534:12, 4550:25, 4551:15, 4553:19, 4563:9, 4564:21, 4564:25, 4565:1, 4574:3, 4582:8, 4582:20, 4596:16, 4615:14

**legal** [4] - 4537:2, 4537:15, 4540:4, 4614:4
**legally** [1] - 4594:21
**Lemar** [4] - 4566:10, 4573:21, 4583:16, 4583:17
**length** [2] - 4601:20, 4617:1
**less** [1] - 4553:4
**letter** [2] - 4618:22, 4619:21
**letters** [1] - 4627:3
**liar** [1] - 4544:7
**liberty** [1] - 4602:19
**Liberty** [2] - 4588:24, 4588:25
**lied** [2] - 4540:14, 4540:19
**life** [5] - 4559:23, 4570:10, 4584:5, 4628:1
**light** [1] - 4595:25
**lighting** [1] - 4604:14
**limited** [1] - 4533:22
**line** [10] - 4531:23, 4531:25, 4539:8, 4546:5, 4546:7, 4546:10, 4546:11, 4577:5, 4592:7, 4609:23
**lines** [1] - 4593:4
**link** [3] - 4532:1, 4613:15, 4613:16
**list** [2] - 4600:19, 4600:21
**listen** [4] - 4545:21, 4610:8, 4624:23, 4626:6
**literally** [6] - 4543:15, 4617:24, 4619:23, 4619:24, 4625:19, 4627:11
**live** [2] - 4534:4, 4608:13
**lived** [1] - 4587:3
**lives** [3] - 4605:24, 4606:14, 4607:2
**local** [1] - 4571:3
**location** [3] - 4568:23, 4613:17, 4617:19
**lock** [1] - 4580:14
**lockdowns** [1] - 4553:13
**locked** [1] - 4580:18
**locking** [1] - 4582:7
**logistics** [1] - 4605:21
**long-term** [1] - 4623:20
**long-winded** [1] -

4583:24
**longest** [1] - 4542:11
**look** [33] - 4535:1, 4536:9, 4536:16, 4537:16, 4539:1, 4539:23, 4548:22, 4549:2, 4554:18, 4556:15, 4558:23, 4560:5, 4561:16, 4563:23, 4567:7, 4575:1, 4575:8, 4577:3, 4577:9, 4577:10, 4582:5, 4587:11, 4588:1, 4600:17, 4607:3, 4619:20, 4620:3, 4622:16, 4627:2, 4627:3, 4629:1, 4629:4
**looked** [3] - 4534:22, 4538:8, 4577:2
**looking** [12] - 4533:25, 4534:20, 4562:15, 4563:1, 4564:2, 4564:14, 4569:17, 4573:24, 4582:23, 4612:14, 4625:5, 4628:11
**looks** [4] - 4548:18, 4573:24, 4573:25, 4612:17
**loose** [1] - 4535:10
**losers** [2] - 4537:8, 4537:18
**lost** [4] - 4545:1, 4548:8, 4569:16, 4602:6
**loudmouth** [2] - 4619:13, 4619:18
**love** [1] - 4587:19
**loved** [1] - 4564:10
**loves** [1] - 4602:14
**Lumberton** [3] - 4574:24, 4574:25, 4575:8
**lump** [1] - 4575:3
**lying** [2] - 4590:22, 4626:16

**M**

**Madden** [1] - 4573:24
**madness** [1] - 4582:1
**MAGA** [4] - 4567:20, 4570:9, 4601:7, 4601:8
**major** [2] - 4538:4, 4619:15
**mall** [1] - 4557:6
**man** [12] - 4569:7,

4569:15, 4569:25, 4573:9, 4578:16, 4582:18, 4587:7, 4587:8, 4593:5, 4615:23, 4628:14
**manager** [2] - 4560:25, 4561:1
**manner** [1] - 4579:1
**mansion** [1] - 4589:1
**Manzo** [1] - 4587:16
**Manzo's** [1] - 4538:22
**march** [3] - 4609:1, 4609:17, 4611:15
**March** [8] - 4535:5, 4567:20, 4570:9, 4601:7, 4601:8, 4601:9, 4616:16, 4616:17
**marched** [1] - 4608:12
**marches** [1] - 4612:9
**marching** [4] - 4608:23, 4608:24, 4610:19, 4627:13
**marshal** [2] - 4536:14, 4627:5
**masks** [2] - 4626:16, 4626:23
**Massacre** [1] - 4593:10
**massive** [3] - 4546:17, 4571:9, 4597:19
**match** [1] - 4534:21
**matter** [3] - 4535:22, 4553:23, 4573:5
**matters** [3] - 4584:5, 4627:25
**Matthew** [1] - 4587:6
**meal** [1] - 4574:5
**mean** [3] - 4555:9, 4565:3, 4571:10
**meaning** [1] - 4627:17
**means** [4] - 4536:8, 4549:11, 4579:5, 4610:19
**meant** [6] - 4542:13, 4552:1, 4588:24, 4589:4, 4606:21, 4609:20
**mechanics** [1] - 4548:1
**media** [2] - 4532:25, 4629:3
**medic** [3] - 4562:11, 4581:9, 4581:19
**medical** [11] - 4542:1, 4545:9, 4562:9, 4562:10, 4562:11, 4562:12, 4562:13, 4581:16, 4581:23, 4589:5, 4606:19

**medicine** [1] - 4581:20
**Medics** [1] - 4604:17
**meet** [4] - 4541:15, 4541:18, 4570:22, 4627:22
**meeting** [7] - 4545:7, 4571:21, 4573:7, 4583:20, 4590:25, 4615:12, 4615:19
**meetings** [3] - 4571:16, 4571:20, 4628:4
**megaphones** [1] - 4545:19
**Meggs** [24] - 4541:6, 4541:14, 4545:25, 4546:14, 4546:15, 4558:7, 4558:25, 4559:1, 4567:4, 4572:2, 4572:3, 4572:7, 4581:8, 4583:7, 4592:2, 4597:4, 4597:25, 4598:1, 4598:2, 4598:5, 4598:6, 4598:9, 4611:25
**Meggs's** [2] - 4567:8, 4597:24
**member** [3] - 4546:18, 4548:3, 4550:21
**members** [10] - 4537:12, 4539:20, 4541:16, 4541:18, 4542:5, 4544:12, 4551:21, 4570:24, 4572:10, 4623:4
**memorialize** [1] - 4531:16
**memories** [1] - 4621:10
**memorize** [1] - 4536:20
**memory** [5] - 4542:24, 4543:16, 4566:16, 4570:16
**men** [4] - 4560:13, 4575:3, 4582:10, 4593:17
**mention** [2] - 4531:22, 4595:7
**mere** [2] - 4549:10, 4551:7
**mess** [2] - 4581:25, 4582:14
**message** [52] - 4533:2, 4533:7, 4534:10, 4534:24, 4535:1, 4535:4, 4537:17, 4538:5,

4538:7, 4538:19, 4538:21, 4539:1, 4539:22, 4544:25, 4548:18, 4548:20, 4550:20, 4550:21, 4558:16, 4558:17, 4560:2, 4560:4, 4560:24, 4561:11, 4561:14, 4561:16, 4561:21, 4566:12, 4566:23, 4576:10, 4577:6, 4577:8, 4580:2, 4580:6, 4583:13, 4588:24, 4592:15, 4596:3, 4604:24, 4605:1, 4606:17, 4608:11, 4608:12, 4611:25, 4612:16, 4612:18, 4612:23, 4614:7, 4617:21, 4618:21, 4628:6
**messaged** [1] - 4559:5
**messages** [77] - 4531:17, 4531:23, 4531:24, 4532:3, 4532:6, 4532:8, 4532:21, 4533:2, 4533:3, 4533:12, 4533:17, 4533:24, 4534:9, 4535:9, 4535:10, 4536:17, 4536:21, 4538:9, 4539:2, 4541:25, 4548:11, 4548:16, 4548:19, 4549:2, 4549:14, 4550:22, 4550:24, 4558:3, 4558:6, 4558:19, 4558:20, 4558:25, 4559:1, 4559:7, 4559:10, 4559:12, 4559:16, 4559:20, 4559:22, 4559:23, 4560:1, 4560:11, 4566:3, 4566:17, 4571:8, 4572:3, 4572:7, 4576:22, 4581:11, 4581:14, 4583:6, 4589:4, 4589:6, 4591:4, 4591:5, 4597:3, 4598:8, 4599:1, 4599:14, 4599:15, 4599:16, 4601:1, 4601:25, 4602:7, 4604:24, 4605:6, 4606:3, 4606:7, 4606:21, 4606:23, 4608:16, 4616:17, 4616:19, 4625:24,

4643

4627:3
**met** [16] - 4541:20, 4554:11, 4555:10, 4570:10, 4570:19, 4574:13, 4574:20, 4583:4, 4583:22, 4592:23, 4592:25, 4593:2, 4598:24, 4599:9, 4616:24, 4625:9
**method** [1] - 4603:21
**Michael** [5] - 4577:17, 4590:8, 4622:8, 4622:9, 4622:10
**Middle** [1] - 4574:7
**middle** [1] - 4614:21
**might** [9] - 4535:14, 4551:4, 4553:20, 4575:9, 4576:1, 4577:19, 4617:7, 4623:4, 4623:25
**Mighty** [1] - 4564:4
**Mike** [16] - 4532:14, 4539:11, 4539:17, 4540:2, 4540:10, 4557:8, 4570:25, 4571:1, 4571:3, 4571:5, 4571:6, 4571:13, 4571:14, 4571:21, 4571:24
**miles** [3] - 4569:4, 4574:25
**military** [5] - 4555:7, 4556:13, 4556:17, 4570:20, 4597:10
**militias** [1] - 4623:11
**Million** [4] - 4567:20, 4570:8, 4601:7
**million** [1] - 4609:3
**millions** [2] - 4597:18, 4608:21
**mind** [13] - 4531:22, 4534:18, 4542:3, 4545:3, 4550:19, 4563:11, 4572:25, 4573:4, 4573:6, 4576:25, 4584:2, 4618:19, 4619:3
**minds** [7] - 4545:7, 4573:7, 4583:20, 4591:1, 4607:25, 4615:12, 4615:19
**mindset** [5] - 4545:11, 4595:19, 4607:21, 4620:2, 4621:23
**mindsets** [1] - 4607:22
**Minuta** [1] - 4592:20
**minute** [3] - 4537:22, 4546:14, 4572:20

**minutes** [14] - 4537:5, 4542:12, 4542:14, 4547:12, 4563:6, 4564:21, 4582:9, 4583:23, 4585:25, 4592:9, 4604:22, 4626:20, 4626:21, 4628:21
**mirrored** [1] - 4532:24
**misdirecting** [1] - 4558:18
**misguided** [1] - 4615:22
**misidentified** [1] - 4580:16
**mislead** [2] - 4598:21, 4611:9
**misled** [1] - 4549:16
**mismatched** [1] - 4559:7
**miss** [1] - 4572:25
**missed** [2] - 4535:14, 4557:19
**mission** [1] - 4581:19
**mistake** [5] - 4575:5, 4575:9, 4575:12, 4575:23, 4575:24
**mob** [1] - 4551:21
**mode** [1] - 4614:11
**Moerschel** [25] - 4547:21, 4553:10, 4555:16, 4557:13, 4562:1, 4562:3, 4562:11, 4562:14, 4562:16, 4562:18, 4562:21, 4562:23, 4563:13, 4563:23, 4564:14, 4566:9, 4572:8, 4572:23, 4578:13, 4580:17, 4581:3, 4582:20, 4583:11, 4583:14, 4592:20
**moment** [8] - 4541:11, 4541:13, 4545:2, 4585:1, 4600:20, 4601:4, 4602:2, 4628:12
**moments** [1] - 4592:5
**money** [2] - 4537:12, 4556:23
**moniker** [1] - 4616:23
**month** [2] - 4566:4, 4566:14
**months** [7] - 4554:3, 4572:14, 4592:11, 4616:12, 4616:13, 4616:17, 4616:18
**morning** [11] - 4531:2, 4587:17, 4592:16,

4601:12, 4601:16, 4602:2, 4611:21, 4628:22, 4629:1, 4629:5, 4629:10
**mortgage** [1] - 4584:7
**most** [9] - 4533:14, 4535:23, 4544:13, 4572:15, 4582:20, 4589:3, 4593:7, 4605:15, 4619:15
**mother** [1] - 4581:6
**motion** [1] - 4546:22
**Moto** [1] - 4628:7
**Motorola** [2] - 4566:2, 4574:8
**motto** [2] - 4571:1, 4571:3
**mouth** [1] - 4569:9
**move** [2] - 4540:6, 4542:4
**moved** [1] - 4564:15
**movement** [2] - 4546:6, 4621:22
**movements** [1] - 4547:16
**moving** [2] - 4543:2, 4547:15
**mower** [1] - 4578:20
**multiple** [1] - 4553:6
**mushed** [1] - 4558:13
**music** [1] - 4577:24
**must** [3] - 4580:9, 4606:4, 4627:21
**mutual** [1] - 4545:7

## N

**Nah** [1] - 4549:12
**name** [7] - 4548:13, 4548:15, 4557:1, 4573:22, 4576:15, 4587:6, 4628:5
**named** [4] - 4557:4, 4568:18, 4595:5, 4595:6
**Nancy** [4] - 4562:15, 4563:1, 4563:21, 4564:14
**narrative** [4] - 4534:1, 4558:12, 4558:14, 4594:3
**narrator** [1] - 4544:8
**nasty** [1] - 4563:15
**national** [1] - 4532:25
**nature** [3] - 4573:9, 4587:23, 4619:9
**Navy** [1] - 4601:23
**near** [3] - 4578:3, 4587:5, 4628:14
**necessary** [2] -

4531:15, 4588:6
**neck** [1] - 4558:10
**need** [11] - 4562:5, 4566:25, 4579:10, 4582:19, 4585:21, 4585:24, 4598:14, 4601:17, 4608:9, 4618:20, 4620:9
**needed** [6] - 4534:17, 4561:3, 4562:11, 4581:5, 4605:23, 4623:13
**needs** [2] - 4628:7
**nefarious** [6] - 4540:2, 4567:12, 4573:6, 4600:20, 4605:2, 4622:3
**neighborhood** [1] - 4556:16
**nervous** [1] - 4582:7
**NESTLER** [3] - 4570:12, 4574:10, 4576:3
**Nestler** [1] - 4551:4
**net** [2] - 4587:1, 4593:22
**network** [1] - 4538:4
**never** [45] - 4542:2, 4554:23, 4555:10, 4557:2, 4557:5, 4559:4, 4560:14, 4560:18, 4560:20, 4562:17, 4566:11, 4566:23, 4569:13, 4570:10, 4571:17, 4571:22, 4574:14, 4583:15, 4587:5, 4587:21, 4592:23, 4593:2, 4598:2, 4598:24, 4598:25, 4599:1, 4599:9, 4604:3, 4605:17, 4606:14, 4609:25, 4610:1, 4616:11, 4617:3, 4617:8, 4623:18, 4624:21, 4625:9, 4625:20, 4627:11, 4628:14
**new** [5] - 4570:24, 4572:10, 4581:18, 4595:24, 4609:2
**next** [19] - 4535:3, 4538:5, 4538:8, 4538:10, 4540:6, 4542:4, 4547:13, 4549:16, 4573:1, 4577:13, 4583:8, 4583:9, 4588:14, 4606:17, 4609:1, 4610:17, 4611:21,

4613:25, 4616:2
**nice** [2] - 4556:20, 4578:9
**nickname** [1] - 4590:10
**night** [13] - 4569:19, 4574:24, 4575:17, 4576:19, 4576:23, 4593:1, 4598:4, 4611:19, 4611:21, 4611:23, 4621:9, 4622:7
**nightmare** [1] - 4587:4
**Nissan** [2] - 4569:16, 4570:1
**nobody** [1] - 4567:22
**noise** [5] - 4542:23, 4545:15, 4545:16, 4582:1
**nonconsequential** [1] - 4566:18
**none** [7] - 4531:25, 4589:3, 4590:4, 4590:16, 4592:10, 4607:22, 4614:13
**nonlaw** [1] - 4540:7
**nonlaw-enforcement** [1] - 4540:7
**nonplaying** [1] - 4579:19
**nonsensical** [1] - 4537:24
**nonstop** [1] - 4570:7
**noon** [1] - 4603:9
**North** [1] - 4575:7
**NOTE** [1] - 4531:2
**note** [2] - 4558:24, 4626:13
**nothing** [12] - 4545:24, 4548:21, 4594:13, 4597:22, 4598:8, 4601:2, 4611:23, 4611:24, 4612:4, 4617:19, 4624:7, 4624:19
**noticed** [1] - 4534:12
**notion** [2] - 4542:17, 4591:9
**notions** [1] - 4594:23
**November** [6] - 4531:18, 4556:1, 4567:10, 4570:6, 4601:8, 4605:15
**nowhere** [1] - 4541:8
**NPC** [1] - 4579:18
**nullification** [2] - 4618:11, 4619:4
**number** [4] - 4533:24, 4562:17, 4562:20, 4565:25,

4566:1, 4566:23, 4566:24, 4567:21, 4570:5, 4597:24, 4597:25, 4598:2
**numbers** [2] - 4538:9, 4550:23
**numerous** [1] - 4566:19

## O

**o'clock** [3] - 4608:4, 4608:8, 4626:13
**Oath** [45] - 4532:14, 4533:20, 4534:14, 4536:1, 4540:9, 4540:10, 4540:15, 4541:10, 4541:23, 4543:10, 4543:13, 4544:18, 4544:22, 4549:13, 4549:14, 4549:21, 4554:15, 4554:20, 4555:11, 4556:12, 4562:10, 4564:22, 4568:1, 4570:10, 4570:19, 4572:10, 4576:19, 4579:22, 4581:17, 4587:15, 4589:10, 4590:8, 4591:15, 4594:10, 4599:21, 4599:25, 4600:1, 4607:10, 4608:18, 4616:14, 4620:12, 4622:5, 4623:18, 4623:25, 4626:22
**oath** [3] - 4540:25, 4541:1, 4624:6
**object** [1] - 4612:7
**objected** [2] - 4534:20, 4621:19
**objecting** [1] - 4598:20
**objection** [4] - 4570:12, 4574:10, 4576:3, 4596:19
**objections** [3] - 4547:25, 4596:25, 4624:25
**objective** [2] - 4533:15, 4552:9
**objectively** [2] - 4533:25, 4550:16
**oblivious** [1] - 4599:18
**observations** [1] - 4613:11
**obstructing** [1] - 4625:8
**obtained** [1] - 4598:7

**obvious** [2] - 4545:5, 4628:10
**obviously** [4] - 4544:6, 4553:12, 4565:24, 4589:11
**OC** [1] - 4582:3
**October** [2] - 4531:18, 4590:24
**odd** [1] - 4568:20
**off-camera** [2] - 4547:12, 4563:23
**off-putting** [1] - 4577:9
**offense** [2] - 4543:18, 4552:11
**offenses** [1] - 4552:4
**offensive** [2] - 4531:17, 4579:1
**offered** [2] - 4614:21, 4617:25
**offering** [4] - 4606:1, 4606:23, 4607:11, 4615:11
**offers** [3] - 4608:1, 4608:3, 4628:9
**office** [2] - 4551:12, 4624:6
**Officer** [5] - 4551:20, 4582:12, 4582:18, 4582:21, 4607:19
**officer** [1] - 4562:18
**officers** [8] - 4541:16, 4541:22, 4541:24, 4543:23, 4562:17, 4562:23, 4563:16, 4604:15
**offices** [1] - 4563:21
**officials** [1] - 4594:22
**OK** [2] - 4532:8, 4558:5
**old** [7] - 4541:2, 4566:17, 4568:18, 4568:22, 4569:7, 4578:15, 4601:23
**Old** [1] - 4558:6
**Olive** [4] - 4555:12, 4583:3, 4620:19, 4622:9
**once** [8] - 4538:21, 4542:11, 4546:9, 4546:10, 4549:5, 4552:13, 4582:5, 4596:4
**one** [77] - 4535:13, 4537:9, 4538:10, 4538:11, 4540:3, 4540:4, 4540:20, 4540:25, 4541:15, 4542:14, 4543:18, 4544:22, 4545:23,

4547:12, 4553:16, 4560:3, 4560:9, 4560:23, 4561:10, 4562:17, 4562:18, 4562:25, 4563:8, 4566:8, 4566:12, 4566:23, 4567:5, 4567:21, 4568:20, 4569:21, 4570:5, 4571:20, 4572:1, 4572:25, 4573:1, 4573:15, 4575:14, 4575:15, 4580:8, 4581:12, 4582:23, 4582:25, 4584:11, 4586:3, 4589:6, 4591:15, 4592:19, 4593:7, 4595:3, 4598:7, 4600:21, 4602:8, 4602:9, 4604:4, 4604:10, 4604:11, 4606:7, 4606:24, 4606:25, 4608:2, 4608:3, 4608:4, 4608:5, 4608:7, 4609:22, 4615:4, 4615:22, 4627:24, 4628:21
**ones** [2] - 4535:14, 4566:17
**online** [1] - 4557:23
**op** [2] - 4590:8, 4605:22
**OP** [4] - 4532:9, 4600:18, 4601:10, 4617:17
**open** [11] - 4543:6, 4543:11, 4543:24, 4545:14, 4546:10, 4585:15, 4599:17, 4618:22, 4619:21, 4627:3
**opened** [3] - 4542:8, 4543:14, 4546:2
**opening** [7] - 4531:14, 4560:13, 4560:15, 4562:14, 4562:15, 4563:2, 4578:10
**operation** [1] - 4572:9
**operational** [4] - 4554:25, 4555:6, 4590:7, 4622:8
**opinion** [1] - 4610:23
**opportunity** [3] - 4541:4, 4553:1, 4597:21
**oppose** [7] - 4613:21, 4614:17, 4614:19, 4618:5, 4618:6, 4623:19, 4623:22

**opposed** [2] - 4618:25, 4623:18
**opposing** [1] - 4623:17
**options** [1] - 4604:3
**orange** [2] - 4539:24, 4571:22
**order** [10] - 4558:5, 4558:11, 4560:10, 4561:22, 4561:23, 4566:25, 4567:4, 4567:8, 4571:21, 4576:8
**ordered** [1] - 4612:16
**orders** [2] - 4583:8, 4614:24
**organization** [7] - 4554:20, 4555:17, 4556:15, 4557:3, 4571:25, 4572:10, 4622:6
**organize** [1] - 4626:1
**organizer** [1] - 4599:7
**ornate** [2] - 4546:16, 4547:17
**otherwise** [2] - 4607:12, 4625:19
**outcome** [3] - 4587:25, 4624:21, 4627:13
**outfitted** [4] - 4603:18, 4604:20, 4607:4, 4607:10
**outside** [8] - 4545:14, 4546:24, 4556:15, 4583:5, 4586:7, 4597:7, 4610:1, 4629:8
**outsiders** [1] - 4535:18
**outward** [3] - 4543:10, 4543:11, 4543:14
**over-promise** [1] - 4554:2
**overnight** [2] - 4607:6, 4607:8
**overreact** [1] - 4537:2
**override** [2] - 4626:5, 4626:25
**overseeing** [1] - 4572:4
**overthrow** [1] - 4596:22
**overwhelmed** [1] - 4604:16
**own** [8] - 4554:20, 4554:24, 4565:25, 4576:20, 4588:5, 4594:9, 4615:4, 4622:19

**owning** [1] - 4578:8

## P

**p.m** [3] - 4551:23, 4625:4, 4629:12
**pack** [2] - 4581:23, 4622:11
**package** [1] - 4539:5
**packed** [1] - 4596:11
**packing** [1] - 4622:13
**PAGE** [1] - 4530:2
**paid** [1] - 4584:20
**painstaking** [1] - 4612:11
**paint** [1] - 4560:1
**pandemic** [1] - 4539:5
**panel** [2] - 4531:5, 4586:17
**paper** [1] - 4557:3
**papers** [2] - 4549:14, 4549:20
**paranoid** [1] - 4539:17
**parked** [2] - 4601:13, 4601:14
**part** [38] - 4534:24, 4535:6, 4541:23, 4543:17, 4558:21, 4559:13, 4560:20, 4561:5, 4566:23, 4567:13, 4568:7, 4568:18, 4568:21, 4572:11, 4576:20, 4580:12, 4588:10, 4592:3, 4592:4, 4592:5, 4595:11, 4595:13, 4597:15, 4599:9, 4599:25, 4601:19, 4602:9, 4603:22, 4603:25, 4604:5, 4607:23, 4609:17, 4616:4, 4621:24, 4626:10, 4628:12, 4628:14
**participated** [1] - 4533:1
**particular** [1] - 4595:4
**particularly** [2] - 4614:10, 4629:2
**parts** [5] - 4540:20, 4588:11, 4588:12, 4588:13, 4622:5
**party** [4] - 4555:11, 4557:20
**passion** [1] - 4624:24
**password** [1] - 4616:25
**past** [2] - 4588:1, 4599:7
**patient** [2] - 4584:8,

4645

4584:9
**patriots** [5] - 4591:7,
4591:8, 4594:19,
4596:6, 4608:11
**Paul** [1] - 4600:8
**paused** [1] - 4541:11
**pay** [5] - 4537:12,
4550:22, 4553:7,
4567:3
**peaceful** [8] - 4594:9,
4594:12, 4597:19,
4600:2, 4601:9,
4609:23, 4621:17,
4621:22
**peacefully** [1] -
4608:25
**PEED** [10] - 4585:6,
4585:12, 4586:25,
4594:15, 4594:17,
4598:17, 4610:6,
4610:23, 4619:11,
4626:15
**peed** [7] - 4581:13,
4585:3, 4585:5,
4586:9, 4586:15,
4586:24, 4628:19
**Peed** [2] - 4587:6,
4626:13
**Peed.........................
.............** [1] - 4530:5
**peel** [1] - 4567:5
**peers** [1] - 4536:23
**Pelosi** [3] - 4562:15,
4563:1, 4564:14
**Pelosi's** [2] - 4551:12,
4563:21
**Pence** [3] - 4544:24,
4544:25, 4548:7
**pending** [1] - 4621:9
**people** [94] - 4532:10,
4532:11, 4535:19,
4536:24, 4537:12,
4539:19, 4539:22,
4540:8, 4541:25,
4542:16, 4543:9,
4543:12, 4544:15,
4545:8, 4545:19,
4546:12, 4551:24,
4555:18, 4556:14,
4556:18, 4556:20,
4556:21, 4556:23,
4559:23, 4561:18,
4564:24, 4568:7,
4568:17, 4570:22,
4571:5, 4571:8,
4571:10, 4572:14,
4572:15, 4577:13,
4577:14, 4577:15,
4577:18, 4577:22,
4578:5, 4578:7,

4578:18, 4581:25,
4582:11, 4582:16,
4583:21, 4590:1,
4591:9, 4591:12,
4591:18, 4591:19,
4592:6, 4594:25,
4595:13, 4597:18,
4600:7, 4600:9,
4600:11, 4600:12,
4602:18, 4605:3,
4605:9, 4605:13,
4606:2, 4606:8,
4606:11, 4606:14,
4606:15, 4607:1,
4607:11, 4608:8,
4608:18, 4608:21,
4609:3, 4609:23,
4609:24, 4611:11,
4612:15, 4614:21,
4616:18, 4616:19,
4617:2, 4617:6,
4617:18, 4619:9,
4619:12, 4621:13,
4621:21, 4625:11,
4626:11, 4626:24,
4628:10
**pepper** [1] - 4604:17
**perfect** [2] - 4550:8,
4560:23
**perfectly** [3] - 4537:2,
4537:14, 4540:4
**perform** [1] - 4544:19
**perhaps** [2] - 4542:15,
4589:3
**perimeter** [1] - 4617:3
**period** [3] - 4550:2,
4608:17, 4617:22
**permission** [4] -
4560:25, 4572:20,
4573:9, 4573:20
**permitted** [1] -
4537:11
**person** [14] - 4542:11,
4560:5, 4566:10,
4572:23, 4573:11,
4577:19, 4578:4,
4580:10, 4580:11,
4584:3, 4616:8
**personal** [6] -
4539:21, 4540:4,
4540:8, 4554:20,
4578:8, 4590:2
**personally** [1] -
4578:21
**perspective** [5] -
4570:5, 4581:3,
4620:12, 4620:13,
4624:24
**petition** [1] - 4594:21
**petitioning** [1] -

4595:1
**phone** [22] - 4540:24,
4549:7, 4549:9,
4555:21, 4565:25,
4566:2, 4566:7,
4566:8, 4566:13,
4566:15, 4574:4,
4580:5, 4585:1,
4598:25, 4601:25,
4604:14, 4616:11,
4616:12, 4616:25,
4617:20
**phones** [2] - 4560:4,
4566:15
**photo** [4] - 4533:7,
4549:16, 4563:14,
4580:16
**photos** [3] - 4533:13,
4537:6, 4616:11
**phrase** [1] - 4541:8
**picked** [2] - 4549:20,
4554:16, 4560:4
**picking** [2] - 4533:18,
4535:9
**pickups** [1] - 4604:22
**picture** [8] - 4551:16,
4560:1, 4603:17,
4617:22, 4620:20,
4621:4, 4626:20,
4626:23
**pictures** [1] - 4626:16
**piece** [3] - 4556:5,
4605:16, 4612:5
**pieces** [1] - 4534:1
**piggy** [2] - 4554:20,
4572:13
**pistol** [1] - 4577:7
**place** [6] - 4555:3,
4574:4, 4574:5,
4576:21, 4582:23,
4582:25
**plainly** [1] - 4569:7
**plan** [46] - 4532:3,
4532:7, 4532:11,
4532:19, 4544:5,
4544:14, 4550:13,
4560:12, 4561:5,
4561:9, 4568:7,
4573:7, 4587:14,
4589:11, 4589:20,
4589:22, 4590:1,
4590:5, 4590:8,
4591:1, 4591:10,
4594:8, 4594:19,
4597:15, 4599:10,
4600:16, 4601:23,
4602:3, 4602:7,
4603:5, 4603:22,
4603:25, 4604:5,
4605:10, 4607:16,

4607:24, 4615:2,
4622:21, 4624:4,
4624:5, 4624:10,
4626:8, 4626:9,
4626:10, 4628:12,
4628:14
**planned** [4] - 4533:21,
4578:12, 4592:10,
4606:24
**planning** [3] -
4572:23, 4600:22,
4601:10
**plans** [3] - 4596:9,
4608:20, 4616:2
**plates** [1] - 4607:19
**play** [4] - 4534:4,
4564:4, 4596:18,
4610:21
**played** [9] - 4533:5,
4588:11, 4588:13,
4594:14, 4594:16,
4598:16, 4610:5,
4610:22, 4619:10
**playing** [3] - 4535:10,
4537:22, 4557:5
**pled** [1] - 4543:18
**plenty** [1] - 4553:6
**plotting** [1] - 4595:23
**plucked** [1] - 4549:20
**plucking** [2] -
4533:11, 4535:9
**podcast** [14] - 4564:8,
4594:11, 4599:23,
4602:13, 4602:14,
4602:15, 4603:3,
4603:9, 4615:25,
4616:2, 4616:3,
4619:6, 4619:12,
4619:18
**podcasts** [1] -
4625:17
**point** [15] - 4535:7,
4538:2, 4541:9,
4546:4, 4549:7,
4556:1, 4570:5,
4571:12, 4576:18,
4579:24, 4582:19,
4583:3, 4590:11,
4591:12, 4614:3
**pointed** [2] - 4555:5,
4580:4
**points** [3] - 4584:18,
4591:19, 4592:10
**pole** [1] - 4543:13
**police** [10] - 4562:23,
4563:16, 4570:21,
4576:17, 4588:5,
4589:8, 4604:16
**Police** [2] - 4543:23,
4562:20

**political** [1] - 4587:23
**politically** [1] - 4593:9
**politicians** [3] -
4550:11, 4625:24,
4626:2
**politicians'** [1] -
4553:15
**politics** [3] - 4553:21,
4576:25, 4615:21
**ponytail** [2] - 4620:23,
4620:24
**Ponzi** [1] - 4572:11
**poor** [4] - 4564:24,
4582:11, 4615:16,
4626:23
**possible** [7] -
4544:15, 4587:1,
4589:18, 4599:2,
4606:20, 4613:24,
4615:19
**possibly** [2] - 4536:8,
4547:13
**posting** [2] - 4539:6,
4613:10
**posts** [2] - 4537:19,
4539:3
**posturing** [1] - 4616:6
**pot** [1] - 4582:16
**POTUS** [3] - 4612:24,
4614:8, 4627:15
**pouring** [1] - 4606:3
**power** [8] - 4532:5,
4544:13, 4550:14,
4561:10, 4572:24,
4577:8, 4624:13,
4624:14
**practicing** [3] -
4578:5, 4579:12,
4587:19
**prayer** [1] - 4564:7
**precede** [1] - 4539:3
**predicted** [1] -
4611:18
**predicting** [1] - 4620:5
**prediction** [1] - 4587:9
**prepared** [3] - 4531:3,
4591:16, 4620:10
**preparedness** [2] -
4556:12, 4571:4
**presence** [4] - 4531:6,
4586:7, 4586:18,
4629:8
**present** [3] - 4537:2,
4550:2, 4552:10
**presentation** [5] -
4538:22, 4558:2,
4567:2, 4593:20,
4628:22
**presented** [6] -
4537:15, 4540:5,

4540:7, 4558:10, 4567:15, 4577:6
**presenting** [1] - 4587:10
**presents** [1] - 4595:14
**President** [26] - 4555:24, 4568:9, 4596:5, 4609:8, 4609:9, 4609:10, 4612:12, 4612:14, 4613:1, 4613:3, 4613:7, 4613:14, 4613:18, 4613:25, 4614:3, 4614:4, 4614:9, 4615:16, 4619:2, 4620:15, 4623:5, 4623:21, 4624:1, 4624:13, 4627:15, 4627:18
**President's** [3] - 4613:5, 4613:16, 4627:19
**presidential** [5] - 4532:5, 4538:15, 4544:13, 4550:14, 4610:1
**press** [1] - 4539:3
**presumed** [1] - 4587:7
**presumption** [2] - 4593:24, 4606:5
**pretty** [6] - 4556:8, 4558:1, 4566:2, 4569:7, 4588:8, 4588:20
**prevent** [3] - 4544:12, 4544:13, 4568:8
**principles** [1] - 4593:16
**prison** [1] - 4576:1
**privilege** [1] - 4587:7
**problem** [4] - 4568:9, 4573:25, 4621:8
**proceeding** [2] - 4551:23, 4552:6
**Proceedings** [6] - 4531:6, 4585:15, 4586:7, 4586:18, 4629:8, 4629:12
**process** [13] - 4547:23, 4548:1, 4548:2, 4548:3, 4548:4, 4593:23, 4596:5, 4596:17, 4612:10, 4612:12, 4614:20, 4614:21, 4625:2
**produce** [2] - 4548:24, 4548:25
**producing** [1] - 4533:20

**production** [1] - 4533:14
**program** [1] - 4537:4
**programs** [1] - 4538:4
**promise** [2] - 4549:3, 4554:2
**promised** [3] - 4562:14, 4578:9, 4628:21
**promises** [1] - 4554:4
**proof** [15] - 4532:3, 4548:5, 4548:21, 4548:25, 4549:11, 4549:22, 4563:3, 4564:15, 4570:18, 4574:14, 4593:1, 4593:24, 4603:8, 4627:21, 4627:23
**proper** [2] - 4565:10, 4587:25
**properly** [1] - 4565:11
**property** [2] - 4582:24, 4582:25
**proposed** [1] - 4539:5
**prosecuting** [1] - 4550:7
**prosecutorial** [1] - 4536:21
**protect** [4] - 4541:24, 4556:9, 4590:3, 4605:3
**protecting** [1] - 4539:14
**protection** [2] - 4540:15, 4540:17
**protest** [6] - 4557:20, 4594:9, 4594:12, 4597:19, 4608:22, 4612:8
**protesters** [5] - 4597:17, 4605:7, 4605:8, 4609:24, 4621:21
**protesting** [3] - 4542:7, 4545:19, 4627:13
**protests** [4] - 4609:4, 4615:18, 4621:17
**Proton** [1] - 4567:2
**ProtonMail** [4] - 4567:5, 4567:9, 4567:10, 4567:12
**prove** [15] - 4548:1, 4548:2, 4548:14, 4554:6, 4554:12, 4558:15, 4559:16, 4559:19, 4562:25, 4564:10, 4574:20, 4578:10, 4578:12, 4594:5, 4606:22

**proved** [5] - 4547:23, 4559:4, 4562:2, 4562:4, 4562:7
**proves** [5] - 4552:10, 4563:11, 4563:12, 4567:12, 4626:9
**provide** [5] - 4534:15, 4534:17, 4562:12, 4624:1, 4628:24
**public** [3] - 4537:12, 4594:22, 4597:19
**pull** [26] - 4534:6, 4543:20, 4548:17, 4554:14, 4556:4, 4557:12, 4559:8, 4560:22, 4561:12, 4563:18, 4566:5, 4566:20, 4567:6, 4567:16, 4568:17, 4572:18, 4573:14, 4574:22, 4575:13, 4577:5, 4579:8, 4580:1, 4581:10, 4581:21, 4583:12, 4593:11
**pulls** [1] - 4546:19
**pump** [1] - 4563:14
**pumping** [1] - 4547:5
**Punta** [1] - 4574:3
**puppet** [1] - 4608:13
**purpose** [5] - 4581:19, 4596:21, 4605:22, 4606:13, 4617:15
**purposefully** [1] - 4550:25
**purposely** [1] - 4540:19
**purposes** [1] - 4616:19
**pushed** [6] - 4543:6, 4543:13, 4543:22, 4545:14, 4607:18
**pushing** [5] - 4543:1, 4543:10, 4580:8, 4582:2, 4600:10
**puts** [1] - 4607:10
**putting** [4] - 4533:8, 4569:22, 4577:9, 4592:21

**Q**

**QRF** [41] - 4534:16, 4536:2, 4536:3, 4567:24, 4568:1, 4568:2, 4568:6, 4568:8, 4568:11, 4568:14, 4568:16, 4568:17, 4568:19, 4568:21, 4568:23,

4568:24, 4569:14, 4597:2, 4599:7, 4600:8, 4601:9, 4602:7, 4602:10, 4603:15, 4604:21, 4605:1, 4605:8, 4605:13, 4605:14, 4605:17, 4605:22, 4605:25, 4606:1, 4606:4, 4606:13, 4606:15, 4608:5, 4626:1, 4626:11
**QRF's** [2] - 4606:13, 4628:9
**qualifies** [1] - 4579:5
**quarter** [2] - 4586:1, 4615:8
**quarterback** [2] - 4572:5, 4615:10
**quasi** [1] - 4555:22
**quasi-famous** [1] - 4555:22
**quest** [1] - 4533:11
**questioning** [1] - 4593:4
**questions** [3] - 4551:6, 4551:17, 4611:10
**quick** [2] - 4568:23, 4569:8
**quickly** [1] - 4565:15
**quiet** [1] - 4554:25
**quite** [4] - 4590:13, 4590:14, 4594:24, 4612:18
**quote** [4] - 4538:25, 4541:7, 4542:13, 4548:12

**R**

**radical** [1] - 4571:5
**radicals** [1] - 4557:8
**rallies** [3] - 4590:3, 4600:7, 4600:13
**rally** [4] - 4570:8, 4570:9, 4591:16, 4605:14
**ram** [1] - 4543:3
**RAM** [1] - 4628:7
**random** [1] - 4555:10
**range** [3] - 4579:6, 4579:10, 4579:14
**ranges** [3] - 4536:5, 4537:10, 4578:3
**ranting** [1] - 4537:25
**rave** [1] - 4595:24
**raving** [1] - 4537:25
**re** [1] - 4584:1
**re-read** [1] - 4584:1

**reach** [2] - 4583:19, 4587:24
**react** [2] - 4569:9, 4605:9
**reaction** [2] - 4603:2, 4618:10
**read** [9] - 4531:20, 4532:22, 4533:2, 4534:11, 4536:7, 4566:6, 4571:8, 4584:1
**reading** [2] - 4613:17, 4619:3
**reads** [1] - 4613:16
**ready** [12] - 4531:9, 4538:25, 4539:10, 4544:14, 4544:20, 4561:4, 4561:5, 4568:25, 4569:15, 4569:22, 4569:25, 4608:7
**Reagan** [1] - 4538:1
**real** [4] - 4543:16, 4556:18, 4592:19, 4628:5
**reality** [4] - 4533:6, 4533:14, 4546:6, 4557:3
**realize** [3] - 4572:12, 4572:13, 4572:14
**realizes** [1] - 4614:13
**really** [18] - 4533:23, 4536:20, 4553:14, 4555:13, 4556:10, 4556:21, 4557:2, 4560:21, 4572:1, 4581:5, 4582:14, 4584:21, 4604:8, 4605:23, 4621:3, 4621:11, 4621:12
**reason** [6] - 4542:8, 4556:3, 4559:15, 4560:17, 4567:12, 4610:25
**reasonable** [18] - 4548:8, 4549:11, 4551:18, 4552:11, 4554:12, 4559:20, 4562:2, 4562:4, 4562:7, 4584:1, 4584:2, 4584:3, 4584:6, 4593:12, 4593:25, 4606:22, 4627:23
**reasoning** [1] - 4579:20
**reasons** [4] - 4534:23, 4545:5, 4556:9, 4628:13
**rebuts** [1] - 4594:2

4647

**rebuttal** [3] - 4538:23, 4591:11, 4628:23
**recess** [2] - 4586:11, 4629:11
**Recess** [1] - 4586:12
**record** [2] - 4585:2, 4612:12
**recording** [7] - 4594:14, 4594:16, 4598:16, 4610:5, 4610:22, 4618:16, 4619:10
**records** [5] - 4566:7, 4566:8, 4567:9, 4598:7, 4598:23
**red** [2] - 4574:15, 4581:23
**Redskins** [1] - 4568:19
**referenced** [2] - 4573:16, 4589:6
**references** [3] - 4536:18, 4538:1, 4606:18
**referred** [1] - 4588:11
**referring** [1] - 4588:14
**reflection** [1] - 4584:4
**refresh** [1] - 4624:9
**refused** [1] - 4553:15
**regard** [1] - 4540:24
**regarding** [2] - 4532:19, 4549:21
**regardless** [1] - 4602:25
**regime** [4] - 4608:13, 4618:11, 4618:12, 4618:21
**regret** [1] - 4626:3
**regurgitate** [1] - 4579:20
**reiterate** [1] - 4579:17
**relationship** [2] - 4533:9, 4533:10
**relevant** [4] - 4535:18, 4535:22, 4617:22, 4623:2
**relics** [1] - 4578:17
**relied** [1] - 4621:10
**relief** [1] - 4539:5
**rely** [1] - 4544:9
**relying** [2] - 4533:6, 4607:15
**remain** [1] - 4586:2
**remains** [1] - 4613:23
**remarkable** [1] - 4621:3
**remember** [21] - 4532:8, 4536:12, 4539:6, 4542:21, 4548:7, 4548:22,

4550:2, 4551:15, 4558:23, 4569:12, 4570:16, 4573:5, 4574:9, 4574:13, 4580:14, 4583:13, 4590:18, 4594:4, 4605:5, 4613:7, 4626:18
**remembered** [1] - 4588:19
**remembers** [3] - 4542:25, 4543:4, 4543:5
**remind** [1] - 4559:14
**reminds** [2] - 4559:3, 4576:12
**remorse** [1] - 4582:10
**render** [2] - 4544:20, 4545:9
**rendering** [2] - 4533:15, 4542:1
**rendezvous** [1] - 4597:7
**repeat** [1] - 4609:20
**repeatedly** [1] - 4531:23
**repeating** [1] - 4545:15
**repetition** [2] - 4533:6, 4533:7
**replete** [1] - 4536:17
**replica** [1] - 4601:21
**replies** [2] - 4539:6, 4539:7
**Report** [1] - 4594:11, 4594:12
**report** [2] - 4594:17, 4627:16
**reported** [2] - 4531:3, 4594:17
**REPORTER'S** [1] - 4531:2
**representatives** [1] - 4544:1
**representing** [1] - 4587:7
**Republic** [2] - 4597:8, 4618:12
**requesting** [1] - 4597:6
**requirement** [1] - 4625:14
**requires** [2] - 4618:5, 4627:22
**research** [1] - 4629:4
**reset** [1] - 4580:5
**resetting** [1] - 4540:24
**resist** [2] - 4618:20, 4623:21
**resistance** [2] -

4618:11, 4619:4
**respect** [2] - 4535:20, 4536:19
**respond** [1] - 4597:8
**responded** [2] - 4608:2, 4608:3
**responds** [1] - 4601:17
**response** [1] - 4534:17
**responsibility** [1] - 4552:3
**rest** [6] - 4542:5, 4553:14, 4559:23, 4577:12, 4591:9, 4595:9
**restrictions** [1] - 4617:1
**result** [1] - 4627:12
**return** [3] - 4552:14, 4586:1, 4628:16
**returning** [1] - 4625:16
**review** [1] - 4550:18
**reviewed** [2] - 4533:24, 4536:17
**Revolution** [1] - 4589:2
**rhetoric** [3] - 4532:22, 4532:24, 4627:5
**Rhodes** [55] - 4532:23, 4545:25, 4554:13, 4554:19, 4554:22, 4555:1, 4555:6, 4555:10, 4555:13, 4555:24, 4558:25, 4570:25, 4572:8, 4572:12, 4575:14, 4575:20, 4583:4, 4583:7, 4596:3, 4596:22, 4597:4, 4597:5, 4597:24, 4601:10, 4601:17, 4601:18, 4602:1, 4602:4, 4608:10, 4609:12, 4609:16, 4613:4, 4613:5, 4613:6, 4613:8, 4613:9, 4613:12, 4615:14, 4615:17, 4617:5, 4617:11, 4618:13, 4619:21, 4622:6, 4622:10, 4622:11, 4622:14, 4623:4, 4623:10, 4625:25, 4626:3, 4627:6
**Rhodes's** [2] - 4555:3, 4591:16
**rid** [3] - 4548:19,

4549:9, 4549:10
**ride** [1] - 4601:17
**rides** [1] - 4617:25
**ridiculous** [1] - 4561:24
**riding** [1] - 4578:20
**rifles** [1] - 4605:7
**rigged** [1] - 4614:2
**riots** [1] - 4553:14
**rise** [2] - 4586:6, 4629:7
**road** [5] - 4577:2, 4595:21, 4595:22, 4597:1, 4618:21
**Robert** [1] - 4573:21
**role** [1] - 4588:4
**roll** [1] - 4570:14
**Ronald** [1] - 4538:1
**rookies** [1] - 4572:16
**room** [12] - 4551:22, 4564:24, 4569:22, 4569:24, 4576:20, 4582:11, 4599:16, 4599:18, 4600:1, 4600:2, 4607:9, 4615:16
**rooms** [2] - 4532:15, 4568:15
**ROTC** [1] - 4557:6
**rotunda** [1] - 4547:14
**Rotunda** [4] - 4543:23, 4562:24, 4564:7, 4564:16
**rounds** [4] - 4579:4, 4579:5, 4579:6, 4579:10
**rub** [1] - 4570:22
**rule** [1] - 4601:20
**rules** [1] - 4584:12
**run** [3] - 4537:11, 4556:23, 4616:21
**running** [3] - 4557:9, 4569:17, 4617:18
**runs** [1] - 4537:10
**rush** [2] - 4546:11, 4593:19
**Russia** [1] - 4619:24
**Russian** [1] - 4620:1

---

**S**

**safe** [2] - 4557:7, 4578:16
**safely** [1] - 4626:12
**safety** [4] - 4555:19, 4556:3, 4556:16, 4607:2
**Salke** [1] - 4607:19
**Sam** [1] - 4594:18
**Sarasota** [1] - 4578:3

**sat** [1] - 4607:8
**save** [2] - 4605:23, 4606:14
**saving** [2] - 4538:23, 4607:2
**saw** [27] - 4534:4, 4534:19, 4541:24, 4554:3, 4555:24, 4556:7, 4558:20, 4562:1, 4562:17, 4563:13, 4568:16, 4570:3, 4572:3, 4574:14, 4577:4, 4588:2, 4588:5, 4591:3, 4591:5, 4591:20, 4592:15, 4597:22, 4598:17, 4600:9, 4605:5, 4605:7, 4617:1
**scare** [1] - 4578:11
**scared** [10] - 4540:17, 4541:3, 4542:22, 4545:10, 4570:13, 4582:6, 4609:5, 4609:6, 4620:6, 4620:7
**scary** [2] - 4582:25, 4625:24
**scenario** [1] - 4579:21
**scene** [2] - 4568:25, 4612:8
**scheduling** [1] - 4532:9
**scheme** [1] - 4572:11
**scientific** [1] - 4603:21
**screaming** [3] - 4566:16, 4568:20, 4582:2
**screen** [2] - 4534:11, 4534:21
**screens** [1] - 4532:1
**screenshot** [1] - 4581:22
**scrutinizes** [1] - 4536:24
**search** [1] - 4533:10
**searching** [1] - 4551:12
**seat** [1] - 4531:7
**seated** [2] - 4586:13, 4586:19
**Second** [1] - 4594:23
**second** [4] - 4575:3, 4576:25, 4592:7, 4604:24
**seconds** [1] - 4551:7
**secrecy** [2] - 4539:13, 4539:14
**Section** [1] - 4624:12

secure [1] - 4613:17
security [13] -
4534:12, 4534:13,
4534:15, 4534:17,
4544:20, 4554:25,
4555:7, 4567:25,
4570:21, 4581:4,
4590:2, 4590:9
sedition [1] - 4594:22
seditious [10] -
4550:8, 4573:8,
4573:12, 4575:24,
4581:1, 4618:3,
4623:3, 4623:17,
4624:16
see [50] - 4532:18,
4533:25, 4538:8,
4539:2, 4542:14,
4546:14, 4546:19,
4546:20, 4549:2,
4550:20, 4552:1,
4557:15, 4558:22,
4560:1, 4560:16,
4561:18, 4561:19,
4564:3, 4564:5,
4564:6, 4569:21,
4570:3, 4570:13,
4578:4, 4579:7,
4581:22, 4582:7,
4586:5, 4591:21,
4593:14, 4594:15,
4596:18, 4597:9,
4597:14, 4598:11,
4598:19, 4602:7,
4603:5, 4603:22,
4603:23, 4603:25,
4612:5, 4612:14,
4613:15, 4624:25,
4625:3, 4627:11,
4627:12, 4629:9
seeing [5] - 4603:11,
4610:24, 4611:13,
4629:1, 4629:4
seem [2] - 4567:11,
4579:4
sees [1] - 4615:3
select [1] - 4535:9
selected [2] - 4533:12,
4534:9
self [1] - 4578:17
self-defense [1] -
4578:17
Senate [1] - 4551:25
senator [1] - 4596:19
senators [1] - 4612:6
send [2] - 4574:6,
4583:5
sending [1] - 4559:11
sends [3] - 4598:5,
4601:13, 4612:15

sense [12] - 4532:11,
4541:19, 4541:22,
4541:24, 4542:2,
4555:12, 4578:20,
4584:22, 4585:4,
4604:4, 4608:20,
4625:3
sent [10] - 4548:16,
4548:20, 4559:12,
4560:24, 4591:4,
4597:3, 4608:12,
4614:12, 4616:19,
4617:21
sentence [2] -
4597:13, 4618:4
sentences [1] -
4577:13
sentiment [3] -
4531:17, 4602:24,
4602:25
separate [1] - 4591:19
separated [1] -
4541:16
September [5] -
4537:7, 4537:17,
4555:23, 4556:2,
4556:7
sequencing [1] -
4550:23
series [1] - 4589:6
serious [4] - 4560:11,
4575:11, 4575:25,
4576:7
services [1] - 4624:1
session [1] - 4531:2
set [3] - 4596:2,
4596:12, 4621:16
setting [1] - 4587:5
seven [5] - 4564:2,
4581:13
several [4] - 4538:9,
4547:12, 4591:19
shaking [1] - 4568:19
share [4] - 4573:6,
4593:15, 4593:16
shifted [1] - 4587:14
Shipley [5] - 4536:12,
4551:2, 4557:25,
4580:21, 4584:16
shirt [3] - 4560:10,
4561:22, 4561:23
shocking [2] - 4578:5,
4578:7
shoot [5] - 4577:10,
4579:11, 4579:13,
4619:8
shooter [1] - 4622:17
shooting [4] - 4536:5,
4537:9, 4579:11,
4615:24

short [1] - 4628:24
shortly [2] - 4586:5,
4628:23
shot [2] - 4536:14,
4579:12
shots [1] - 4579:13
shouting [1] - 4545:20
show [45] - 4532:12,
4533:6, 4535:12,
4538:16, 4539:24,
4546:22, 4550:24,
4551:1, 4551:10,
4551:13, 4557:9,
4558:14, 4559:20,
4559:22, 4560:2,
4560:3, 4560:11,
4562:22, 4563:3,
4563:4, 4563:8,
4563:20, 4564:11,
4564:13, 4569:11,
4573:3, 4574:15,
4574:16, 4574:19,
4575:4, 4576:22,
4577:12, 4580:12,
4583:19, 4585:16,
4595:25, 4596:15,
4599:4, 4605:19,
4617:21, 4621:4,
4624:14, 4627:5
showed [31] -
4533:18, 4534:21,
4538:12, 4538:13,
4538:21, 4540:18,
4546:25, 4548:20,
4551:7, 4555:21,
4558:16, 4559:14,
4559:15, 4561:10,
4562:23, 4566:3,
4566:12, 4574:2,
4574:4, 4578:15,
4583:20, 4589:4,
4591:23, 4606:14,
4611:25, 4615:18,
4616:16, 4618:7,
4620:20, 4626:23
showing [7] - 4537:5,
4538:2, 4561:14,
4568:17, 4618:10,
4621:4, 4625:21
shown [16] - 4533:12,
4547:20, 4549:4,
4549:5, 4554:10,
4559:17, 4561:8,
4563:2, 4564:9,
4564:17, 4601:5,
4605:17, 4624:20,
4625:23, 4626:15,
4626:17
shows [17] - 4533:14,
4544:14, 4547:20,

4554:18, 4555:6,
4555:12, 4556:6,
4563:10, 4567:9,
4573:3, 4573:16,
4575:14, 4575:20,
4597:18, 4603:3,
4611:14, 4619:1
shred [4] - 4549:15,
4549:16, 4549:18,
4562:25
shredder [1] - 4549:17
shredding [1] -
4549:18
shtick [1] - 4597:11
shudder [1] - 4535:13
shuffle [1] - 4580:15
shut [2] - 4548:11,
4548:12
sic [5] - 4537:11,
4578:14, 4594:20,
4601:6, 4610:11
sick [1] - 4605:24
side [3] - 4551:25,
4571:1, 4571:2
sign [2] - 4537:12,
4547:9
Signal [17] - 4531:23,
4545:25, 4549:8,
4549:13, 4550:24,
4565:15, 4565:16,
4565:23, 4571:13,
4571:15, 4583:6,
4599:1, 4600:18,
4616:12, 4616:22,
4617:6
signed [2] - 4557:22,
4565:1
significant [2] -
4565:19, 4565:20
silly [2] - 4571:23
similar [2] - 4536:1,
4623:24
similarly [1] - 4593:13
simple [3] - 4555:17,
4589:18, 4628:10
simply [2] - 4609:7,
4616:8
sincerely [2] - 4610:8,
4610:9
sincerity [1] - 4625:21
singing [3] - 4542:7,
4545:20, 4582:1
single [6] - 4544:21,
4546:7, 4574:2,
4597:13, 4607:5,
4615:1
sitting [5] - 4569:20,
4569:23, 4595:23,
4606:15, 4607:22
situation [2] -

4564:22, 4583:1
situations [1] - 4605:9
six [1] - 4572:14
skeptical [1] - 4576:12
skills [1] - 4579:20
skipped [1] - 4550:25
sleeve [2] - 4612:6,
4616:9
slide [3] - 4534:21,
4535:3, 4558:2
slides [5] - 4558:5,
4558:9, 4574:15,
4581:16, 4600:24
slow [1] - 4546:22
slowly [1] - 4581:11
smack [1] - 4569:20
small [2] - 4547:14,
4575:9
smallest [1] - 4533:18
smart [2] - 4555:17,
4587:20
snapped [1] - 4543:14
snippets [1] - 4551:8
so-called [2] - 4572:9,
4599:7
soccer [1] - 4582:4
soda [1] - 4539:24
solid [1] - 4555:20
someone [13] -
4536:14, 4539:3,
4539:5, 4539:6,
4550:9, 4573:5,
4579:19, 4592:15,
4606:16, 4608:2,
4618:14, 4619:17,
4625:25
sometimes [2] -
4531:17, 4577:25
somewhere [1] -
4547:16
Sons [2] - 4588:23,
4588:25
soon [3] - 4541:20,
4600:14, 4614:12
SoRelle [3] - 4555:4,
4622:7, 4622:10
sorry [2] - 4557:15,
4570:15
sort [10] - 4533:9,
4546:9, 4550:6,
4585:8, 4585:13,
4589:13, 4597:13,
4598:13, 4608:19,
4626:25
sought [2] - 4544:7,
4622:12
sound [5] - 4571:2,
4580:10, 4588:1,
4616:5, 4616:6
sounded [2] -

4649

4545:10, 4570:21

**sounds** [3] - 4556:20, 4580:11, 4626:4

**South** [1] - 4599:21

**spam** [1] - 4560:9

**speaker** [2] - 4564:2, 4597:21

**Speaker's** [1] - 4547:8

**speakers** [1] - 4547:25

**speaking** [1] - 4569:7

**speaks** [1] - 4615:23

**special** [3] - 4568:2, 4568:14, 4594:18

**specialist** [1] - 4576:16

**specific** [1] - 4596:20

**specifically** [1] - 4536:1

**speech** [3] - 4538:1, 4538:3, 4618:22

**spend** [1] - 4576:19

**spent** [3] - 4537:5, 4574:24, 4622:7

**spin** [1] - 4587:1

**spirit** [1] - 4594:25

**spiteful** [1] - 4535:10

**splashy** [1] - 4533:13

**splicing** [1] - 4533:7

**split** [1] - 4564:3

**spontaneously** [1] - 4608:12

**spoon** [1] - 4536:21

**spoon-fed** [1] - 4536:21

**spot** [2] - 4564:16, 4601:15

**spray** [1] - 4582:3

**sprayed** [1] - 4604:17

**spread** [5] - 4544:23, 4544:24, 4544:25, 4545:1, 4545:11

**staff** [1] - 4551:21

**stage** [1] - 4595:24

**staged** [3] - 4588:21, 4601:24, 4603:19

**stairs** [3] - 4541:20, 4541:22, 4545:13

**Stamey** [3] - 4599:15, 4600:8, 4607:13

**stampede** [1] - 4582:4

**stand** [11] - 4534:7, 4536:6, 4540:14, 4541:1, 4560:9, 4561:22, 4580:3, 4582:23, 4582:25, 4590:20, 4621:5

**standing** [9] - 4546:3, 4547:13, 4588:8, 4590:12, 4600:11, 4604:21, 4605:13,

4608:5, 4626:11

**stands** [4] - 4547:11, 4582:22, 4586:11, 4629:11

**star** [1] - 4541:4

**staring** [2] - 4592:14, 4594:6

**start** [6] - 4548:16, 4566:15, 4589:13, 4589:16, 4591:13, 4613:8

**started** [4] - 4553:18, 4572:6, 4581:17, 4595:21

**starting** [1] - 4572:5

**starts** [2] - 4547:24, 4611:7

**state** [4] - 4563:11, 4573:3, 4584:2, 4613:23

**statement** [5] - 4531:14, 4540:16, 4542:19, 4543:17, 4609:19

**statements** [1] - 4619:3

**Statements** [1] - 4530:3

**States** [20] - 4544:2, 4609:8, 4609:11, 4612:15, 4613:1, 4613:14, 4613:18, 4613:22, 4614:6, 4614:17, 4614:20, 4618:6, 4618:24, 4618:25, 4619:1, 4620:1, 4624:2, 4624:11, 4624:13, 4627:16

**stationed** [1] - 4600:15

**statue** [5] - 4547:13, 4562:24, 4563:24, 4564:6, 4564:19

**stay** [1] - 4546:10, 4563:6, 4585:17, 4585:18, 4585:20, 4586:9, 4586:14, 4586:21, 4586:23, 4613:4

**stayed** [6] - 4545:4, 4574:21, 4574:23, 4600:12, 4616:12, 4617:17

**staying** [1] - 4616:21

**stays** [1] - 4612:23

**Steal** [1] - 4570:8

**step** [1] - 4574:2

**steps** [12] - 4542:4, 4542:6, 4542:10,

4542:25, 4546:7, 4546:9, 4546:20, 4546:24, 4581:24, 4582:2, 4604:15

**Stewart** [46] - 4532:23, 4554:13, 4554:19, 4555:1, 4555:3, 4555:6, 4555:10, 4555:13, 4555:24, 4558:25, 4572:12, 4575:14, 4575:20, 4583:4, 4583:7, 4591:16, 4596:3, 4596:5, 4596:22, 4597:4, 4597:5, 4597:24, 4601:17, 4601:18, 4602:1, 4602:4, 4608:10, 4609:12, 4609:16, 4613:4, 4613:5, 4613:6, 4613:8, 4613:12, 4615:14, 4615:17, 4617:5, 4618:13, 4619:21, 4622:6, 4622:10, 4622:11, 4622:14, 4627:6

**Stewart's** [1] - 4596:9

**stick** [1] - 4569:3

**sticking** [1] - 4594:7

**sticks** [1] - 4594:15

**still** [12] - 4532:17, 4544:23, 4547:14, 4575:6, 4575:7, 4575:24, 4576:17, 4578:18, 4598:3, 4598:4, 4609:16, 4618:17

**stir** [1] - 4582:16

**stood** [5] - 4542:5, 4542:7, 4564:21, 4589:9, 4590:20

**stop** [25] - 4541:7, 4541:17, 4542:2, 4542:4, 4542:13, 4542:17, 4545:22, 4550:14, 4561:10, 4562:13, 4587:15, 4589:20, 4591:1, 4603:6, 4603:8, 4611:8, 4611:23, 4611:24, 4612:4, 4622:23, 4622:25, 4624:5, 4625:2

**Stop** [1] - 4570:7

**stopped** [7] - 4541:20, 4542:10, 4562:21, 4574:5, 4612:5, 4614:11, 4624:22

**stopping** [7] -

4572:24, 4595:2, 4595:8, 4597:22, 4611:18, 4612:10, 4625:2

**stores** [2] - 4578:2

**storm** [3] - 4561:4, 4569:15, 4592:17

**storming** [3] - 4588:25, 4591:6, 4627:13

**story** [6] - 4533:19, 4534:3, 4593:21, 4594:1, 4594:2

**straight** [2] - 4538:6, 4622:17

**stream** [1] - 4555:20

**strong** [1] - 4593:22

**stuck** [1] - 4587:18

**stuff** [10] - 4553:5, 4554:23, 4556:10, 4558:18, 4560:6, 4566:22, 4569:2, 4570:1, 4598:18, 4614:3

**stupid** [1] - 4601:13

**subject** [3] - 4555:22, 4579:2, 4579:3

**submit** [2] - 4544:6, 4628:12

**suburbs** [1] - 4555:18

**suddenly** [1] - 4551:8

**suggest** [3] - 4544:4, 4546:23, 4611:10

**suggesting** [2] - 4546:5, 4624:21

**suggestion** [1] - 4544:8

**suggests** [1] - 4540:2

**suite** [1] - 4547:8

**summarize** [1] - 4553:1

**summer** [1] - 4555:18

**super** [1] - 4604:1

**support** [8] - 4544:10, 4596:5, 4596:19, 4597:20, 4603:15, 4614:21, 4618:24, 4623:12

**supported** [1] - 4594:5

**supporters** [1] - 4611:3

**supporting** [4] - 4596:17, 4609:4, 4610:10, 4612:12

**supports** [1] - 4603:7

**suppose** [1] - 4606:20

**supposed** [8] - 4556:13, 4557:8, 4568:24, 4569:1,

4569:15, 4581:5, 4598:21, 4603:15

**Supreme** [3] - 4588:8, 4599:20, 4600:6

**surely** [1] - 4589:12

**surmise** [1] - 4627:20

**Surplus** [1] - 4578:19

**surprise** [1] - 4544:21

**susceptible** [1] - 4544:8

**suspect** [1] - 4551:3

**suspected** [1] - 4536:14

**suspicion** [3] - 4537:3, 4537:15, 4540:5

**suspicious** [1] - 4604:15

**sustained** [4] - 4574:11, 4576:4

**swept** [1] - 4582:3

**sword** [2] - 4601:22, 4601:23

**swore** [2] - 4543:18, 4543:25

**system** [3] - 4552:7, 4565:9, 4589:7


**T**

**T-shirt** [3] - 4560:10, 4561:22, 4561:23

**table** [1] - 4592:22

**tactic** [1] - 4626:15

**talker** [1] - 4541:3

**talks** [10] - 4537:25, 4538:1, 4554:24, 4554:25, 4555:14, 4570:6, 4597:10, 4602:23, 4606:8, 4618:22

**Tallahassee** [1] - 4572:21

**tampered** [1] - 4622:4

**tape** [1] - 4620:22

**target** [1] - 4585:13

**team** [5] - 4536:21, 4557:1, 4557:4, 4600:22, 4604:17

**tear** [1] - 4604:16

**tech** [1] - 4585:8

**television** [1] - 4538:4

**temporal** [1] - 4533:9

**ten** [6] - 4541:10, 4566:22, 4579:6, 4579:11, 4579:13, 4628:21

**Tennessee** [1] - 4597:6

**term** [3] - 4605:8,

4650

4623:20, 4627:19
**terms** [1] - 4535:8
**terrible** [2] - 4560:19, 4582:11
**terrific** [1] - 4585:19
**terrorism** [2] - 4610:14, 4610:17
**terrorists** [4] - 4610:4, 4614:23, 4627:14, 4628:9
**tested** [1] - 4593:8
**testified** [4] - 4571:1, 4574:14, 4576:9, 4590:19
**testify** [2] - 4555:9, 4581:7
**testifying** [2] - 4567:18, 4626:18
**testimony** [9] - 4536:11, 4544:4, 4572:20, 4578:1, 4582:12, 4589:11, 4592:1, 4605:5, 4621:18
**Texas** [7] - 4612:25, 4613:3, 4613:13, 4613:19, 4614:11, 4614:12, 4614:13
**text** [15] - 4531:23, 4550:19, 4555:2, 4558:3, 4566:3, 4566:12, 4576:10, 4576:22, 4577:6, 4577:12, 4580:1, 4598:5, 4599:1, 4614:12, 4617:21
**texted** [1] - 4596:20
**texting** [2] - 4569:12, 4572:6
**texts** [4] - 4569:12, 4573:3, 4573:15, 4598:2
**that'll** [1] - 4586:2
**theme** [1] - 4558:21
**themselves** [3] - 4535:11, 4551:22, 4591:25
**theorists** [1] - 4540:1
**theory** [8] - 4533:20, 4563:5, 4563:7, 4588:20, 4594:8, 4604:25, 4617:10, 4625:23
**thereof** [1] - 4550:17
**they've** [11] - 4568:15, 4568:16, 4575:24, 4599:9, 4600:8, 4625:22, 4625:23, 4626:15, 4626:17, 4627:1

**thick** [1] - 4582:21
**thinking** [8] - 4542:15, 4579:20, 4592:17, 4595:17, 4604:7, 4609:17, 4611:11, 4615:17
**thinks** [6] - 4601:18, 4602:5, 4613:1, 4613:2, 4613:18, 4615:1
**thorough** [1] - 4552:9
**thoughtful** [1] - 4584:4
**thoughtfulness** [1] - 4587:22
**thoughts** [1] - 4612:17
**thousand** [3] - 4559:7, 4579:3, 4579:6
**thousands** [5] - 4533:17, 4547:14, 4551:13, 4601:1, 4608:11
**thread** [1] - 4543:13
**threads** [1] - 4557:11
**threatened** [1] - 4580:25
**three** [4] - 4541:15, 4541:17, 4581:11, 4581:14
**thrilled** [1] - 4604:7
**thrives** [1] - 4572:10
**throw** [1] - 4568:3
**thrown** [1] - 4588:2
**thumb** [2] - 4620:21, 4620:23
**Thursday** [2] - 4532:10, 4532:13
**thwart** [1] - 4613:23
**ticked** [1] - 4608:11
**ticked-off** [1] - 4608:11
**ties** [1] - 4571:18
**title** [2] - 4610:25, 4611:1
**to-do** [1] - 4546:5
**today** [2] - 4602:15, 4607:17
**Todd** [3] - 4595:5, 4596:4, 4600:14
**together** [7] - 4533:8, 4543:2, 4547:21, 4574:16, 4575:4, 4592:21, 4594:24
**tomorrow** [1] - 4628:22
**tons** [2] - 4596:16, 4597:16
**took** [11] - 4537:7, 4542:6, 4558:13, 4563:20, 4574:3,

4582:5, 4602:11, 4602:12, 4616:12, 4617:22, 4617:23
**top** [7] - 4541:22, 4542:9, 4542:25, 4545:13, 4546:9, 4581:24, 4582:2
**torn** [1] - 4547:9
**tossed** [1] - 4549:14
**total** [3] - 4556:7, 4581:14, 4625:21
**totally** [1] - 4565:3
**touch** [3] - 4596:7, 4613:4, 4620:18
**tough** [3] - 4560:14, 4569:12, 4583:21
**toward** [1] - 4545:14
**towards** [2] - 4581:6, 4581:17
**tower** [1] - 4574:4
**town** [3] - 4576:21, 4601:19, 4601:20
**track** [1] - 4574:8
**tragic** [2] - 4587:2, 4626:17
**training** [7] - 4537:4, 4537:6, 4537:9, 4537:13, 4537:14, 4556:18
**Training** [2] - 4537:9, 4537:11
**transcript** [1] - 4531:4
**transfer** [5] - 4532:4, 4544:13, 4550:14, 4561:10, 4572:24
**transport** [1] - 4606:18
**trash** [1] - 4538:16
**trash-talking** [1] - 4538:16
**trauma** [1] - 4581:20
**travel** [1] - 4531:15
**traveled** [6] - 4533:3, 4544:18, 4544:19, 4544:22, 4545:4, 4548:3
**traveling** [1] - 4532:10
**travels** [1] - 4573:21
**treason** [1] - 4594:22
**trespass** [3] - 4562:4, 4565:4, 4580:24
**trespassing** [4] - 4546:23, 4546:24, 4546:25, 4555:4
**trial** [9] - 4531:3, 4548:5, 4552:25, 4554:5, 4558:21, 4560:8, 4562:19, 4575:19, 4624:10
**triangle** [2] - 4580:13

**trick** [3] - 4574:18, 4619:3, 4621:1
**tried** [13] - 4531:22, 4554:3, 4558:9, 4563:20, 4575:1, 4578:23, 4579:3, 4605:10, 4609:21, 4611:9, 4614:23, 4617:3, 4620:25
**tries** [2] - 4593:21, 4613:4
**trigger** [1] - 4593:11
**trip** [5] - 4594:1, 4595:21, 4595:23, 4596:4, 4621:16
**truck** [16] - 4569:16, 4599:22, 4600:4, 4601:14, 4602:6, 4602:10, 4604:2, 4604:7, 4604:9, 4604:10, 4604:13, 4607:5, 4622:15, 4625:5, 4628:11
**trucks** [4] - 4604:20, 4606:2, 4606:9, 4606:11
**true** [10] - 4550:10, 4550:12, 4550:15, 4555:20, 4562:6, 4564:16, 4592:1, 4610:12, 4614:13, 4625:4
**Trump** [24] - 4538:16, 4539:3, 4553:16, 4553:19, 4568:12, 4582:16, 4602:23, 4611:2, 4612:6, 4612:19, 4612:20, 4613:2, 4613:17, 4613:24, 4614:13, 4618:17, 4618:18, 4618:19, 4618:23, 4624:4, 4624:15, 4627:4, 4627:6
**Trump's** [3] - 4544:16, 4557:19, 4613:24
**trust** [1] - 4588:3
**truth** [5] - 4533:11, 4542:21, 4587:11, 4594:2, 4624:8
**truthful** [1] - 4590:21
**try** [12] - 4542:17, 4553:5, 4564:23, 4578:11, 4589:20, 4589:22, 4611:8, 4613:13, 4619:6, 4625:22, 4626:5, 4626:25
**trying** [35] - 4558:15, 4561:19, 4563:6,

4565:20, 4566:1, 4574:18, 4575:10, 4581:15, 4582:15, 4590:3, 4592:21, 4593:3, 4603:2, 4605:21, 4609:7, 4610:7, 4610:9, 4611:1, 4613:21, 4613:23, 4614:8, 4615:4, 4615:7, 4615:15, 4616:6, 4616:8, 4617:2, 4618:17, 4619:2, 4619:17, 4621:3, 4622:18, 4625:17, 4626:8
**turn** [1] - 4586:15
**turns** [1] - 4534:22
**TV** [2] - 4555:21, 4614:15
**tweet** [1] - 4553:18
**twisted** [1] - 4586:25
**Twitter** [4] - 4587:10, 4588:1, 4618:10, 4619:3
**two** [23] - 4540:3, 4541:15, 4541:16, 4541:18, 4542:5, 4548:20, 4549:20, 4554:3, 4562:20, 4564:1, 4566:24, 4570:10, 4575:19, 4577:13, 4578:17, 4586:8, 4586:14, 4604:20, 4604:21, 4606:9, 4606:11, 4606:23, 4621:9
**type** [4] - 4563:16, 4577:15, 4578:24, 4578:25

## U

**U.S** [3] - 4543:23, 4594:21, 4613:25
**Ubering** [1] - 4601:18
**ugly** [1] - 4545:10
**Ulrich** [15] - 4531:14, 4533:1, 4534:7, 4534:9, 4540:11, 4565:5, 4573:4, 4580:20, 4580:22, 4583:7, 4589:17, 4590:18, 4592:7, 4618:4, 4623:24
**unable** [1] - 4586:2
**unacceptable** [1] - 4551:20
**uncorroborated** [1] - 4542:19
**under** [11] - 4540:25,

4651

4541:1, 4548:8, 4554:2, 4584:11, 4594:25, 4608:13, 4620:14, 4620:15, 4623:12, 4623:25
**under-deliver** [1] - 4554:2
**understood** [5] - 4606:16, 4612:13, 4614:23, 4619:9, 4623:10
**unfair** - 4568:3
**unfortunately** [3] - 4571:24, 4573:20, 4612:19
**UNIDENTIFIED** [2] - 4585:21, 4585:24
**union** [1] - 4589:5, 4606:19
**United** [20] - 4544:2, 4609:8, 4609:11, 4612:15, 4613:1, 4613:14, 4613:18, 4613:22, 4614:6, 4614:17, 4614:20, 4618:6, 4618:24, 4618:25, 4619:1, 4620:1, 4624:2, 4624:11, 4624:13, 4627:16
**unity** [1] - 4550:6
**universal** [1] - 4545:11
**universally** [1] - 4577:2
**unlawful** [2] - 4532:20, 4545:8
**unless** [1] - 4618:18
**unlikely** [1] - 4568:12
**unloading** [1] - 4598:18
**unloads** [1] - 4599:19
**unrelated** [1] - 4533:13
**unreliable** [1] - 4544:8
**unsupported** [1] - 4542:18
**up** [76] - 4532:12, 4534:6, 4534:11, 4537:12, 4539:24, 4541:20, 4541:21, 4542:4, 4542:20, 4543:20, 4546:7, 4546:8, 4548:12, 4548:17, 4550:16, 4551:3, 4551:5, 4554:7, 4554:14, 4554:24, 4555:8, 4556:4, 4557:12,

4557:22, 4559:8, 4560:14, 4560:22, 4561:12, 4563:18, 4564:3, 4565:2, 4565:12, 4566:5, 4566:20, 4567:6, 4567:16, 4568:12, 4572:18, 4573:14, 4573:18, 4573:21, 4574:8, 4574:22, 4575:13, 4577:1, 4577:5, 4579:8, 4580:1, 4581:5, 4581:10, 4581:21, 4583:12, 4584:13, 4584:22, 4586:2, 4586:10, 4586:15, 4587:16, 4589:9, 4592:16, 4595:22, 4596:11, 4602:12, 4602:13, 4603:9, 4603:10, 4604:14, 4607:18, 4612:6, 4621:5, 4622:11, 4622:13, 4623:2, 4625:4
**uphold** [2] - 4596:25, 4624:25
**upper** [1] - 4536:4
**upright** [1] - 4546:21
**upset** [1] - 4556:11
**urgent** [1] - 4614:11
**USA** [1] - 4594:18
**useful** [1] - 4599:22
**uses** [3] - 4540:3, 4540:4, 4597:10
**UTC** [1] - 4557:17
**utter** [1] - 4582:1

---

**V**

**Vallejo** [92] - 4569:14, 4569:21, 4587:3, 4587:7, 4588:7, 4588:10, 4588:16, 4588:21, 4589:6, 4592:20, 4592:23, 4593:2, 4594:4, 4597:5, 4598:1, 4598:6, 4598:9, 4598:14, 4598:17, 4598:19, 4598:23, 4599:3, 4599:13, 4599:14, 4599:15, 4599:17, 4600:5, 4600:14, 4600:18, 4601:2, 4601:13, 4602:1, 4602:4, 4602:6, 4602:9, 4602:15, 4602:25, 4603:14, 4604:19,

4606:25, 4607:4, 4607:15, 4608:5, 4608:20, 4609:1, 4609:15, 4609:17, 4609:21, 4609:25, 4610:12, 4610:13, 4611:10, 4611:13, 4611:14, 4611:18, 4612:2, 4613:7, 4613:9, 4613:20, 4614:6, 4614:16, 4615:2, 4615:3, 4615:15, 4615:16, 4616:11, 4616:18, 4616:23, 4617:8, 4617:17, 4618:2, 4620:6, 4620:20, 4620:24, 4621:4, 4621:6, 4621:15, 4622:24, 4623:18, 4624:20, 4625:7, 4626:10, 4626:11, 4628:3, 4628:5, 4628:6
**Vallejo's** [15] - 4588:13, 4602:3, 4602:11, 4605:16, 4606:1, 4608:3, 4615:21, 4616:22, 4617:10, 4620:13, 4621:23, 4624:22, 4627:10, 4628:3, 4628:4
**vanilla** [2] - 4577:14, 4577:17
**vehicle** [2] - 4605:25, 4606:1
**verdict** [4] - 4552:15, 4552:16, 4584:23, 4628:17
**version** [2] - 4543:15, 4587:11
**versus** [3] - 4561:15, 4577:17, 4593:9
**vested** [2] - 4609:11, 4624:13
**vet** [2] - 4556:21, 4556:22
**vetted** [2] - 4556:20
**via** [1] - 4605:25
**victory** [1] - 4613:24
**video** [31] - 4533:8, 4537:19, 4538:3, 4539:3, 4546:22, 4551:7, 4551:10, 4555:2, 4557:5, 4562:1, 4562:22, 4563:3, 4564:11, 4564:13, 4569:21, 4570:3, 4588:10,

4594:14, 4598:16, 4607:10, 4610:2, 4610:20, 4610:25, 4611:2, 4611:4, 4611:5, 4611:6, 4611:7, 4617:22
**videos** [7] - 4533:13, 4537:6, 4545:18, 4551:8, 4600:10, 4610:6, 4626:17
**videotaped** [1] - 4555:4
**view** [2] - 4610:16, 4615:21
**viewing** [1] - 4608:19
**villain** [1] - 4555:13
**villains** [1] - 4572:2
**violence** [9] - 4532:19, 4540:17, 4544:14, 4552:1, 4555:20, 4589:1, 4609:18, 4609:20, 4620:5
**violently** [4] - 4589:22, 4590:5, 4608:23, 4611:16
**VIPs** [2] - 4581:5, 4590:3
**Virginia** [5] - 4568:14, 4588:18, 4601:24, 4622:1, 4622:2
**visual** [2] - 4594:16, 4610:22
**voice** [2] - 4610:8, 4624:22
**voluntarily** [1] - 4616:24
**vote** [7] - 4541:7, 4541:17, 4542:2, 4542:13, 4542:18, 4545:22, 4561:9
**VPN** [2] - 4540:1, 4540:3

---

**W**

**waiting** [7] - 4602:17, 4602:22, 4603:3, 4603:5, 4603:8, 4603:11, 4624:15
**wake** [2] - 4553:20, 4592:16
**walk** [6] - 4541:9, 4547:21, 4594:1, 4600:22, 4600:24, 4601:22
**walked** [2] - 4541:20, 4546:7
**walks** [2] - 4599:6, 4599:17
**wall** [1] - 4558:4

**wander** [2] - 4562:24, 4603:20
**wandered** [1] - 4604:6
**wandering** [3] - 4564:5, 4625:5, 4628:11
**wanders** [1] - 4547:11
**wants** [12] - 4568:3, 4573:11, 4575:3, 4575:4, 4580:10, 4580:11, 4604:23, 4609:1, 4609:19, 4612:15, 4612:25, 4627:18
**war** [13] - 4602:21, 4603:7, 4619:8, 4619:20, 4619:22, 4619:23, 4619:24, 4620:5, 4620:7, 4620:11, 4625:19
**warrior** [1] - 4561:17
**warriors** [1] - 4561:15
**Washington** [6] - 4574:6, 4589:19, 4590:1, 4594:20, 4614:18, 4617:25
**watch** [3] - 4553:7, 4595:8, 4611:4
**watched** [2] - 4610:2, 4611:6
**watches** [1] - 4614:14
**watching** [5] - 4538:15, 4591:23, 4609:2, 4610:6, 4611:11
**water** [3] - 4532:15, 4532:17, 4539:12
**Watkins** [3] - 4545:23, 4559:1, 4583:7
**ways** [1] - 4532:6
**weapons** [18] - 4568:15, 4588:21, 4602:5, 4603:15, 4603:22, 4604:1, 4604:5, 4606:23, 4606:25, 4607:7, 4607:15, 4607:23, 4608:6, 4619:25, 4623:5, 4623:7, 4625:11
**wears** [1] - 4616:8
**website** [1] - 4556:19
**wedge** [1] - 4577:1
**Wednesday** [1] - 4532:12
**week** [1] - 4595:22
**weeks** [2] - 4553:2, 4592:11
**weight** [1] - 4546:3
**weighted** [1] -

4652

4605:11
**Weinberg** [6] -
    4552:21, 4576:4,
    4584:17, 4584:25,
    4607:3, 4627:24
**WEINBERG** [5] -
    4552:22, 4570:13,
    4570:18, 4574:12,
    4576:6
**Weinberg**...............
    ............... [1] -
    4530:4
**welcome** [1] - 4531:8
**well-crafted** [1] -
    4575:12
**west** [1] - 4547:10
**whack** [1] - 4534:24
**whatsoever** [1] -
    4533:10
**wheels** [1] - 4581:4
**Whip** [3] - 4590:10,
    4590:15, 4592:3
**whiplash** [1] - 4558:8
**white** [1] - 4535:24
**White** [2] - 4589:23,
    4590:6
**Whiteville** [2] -
    4574:24, 4575:7
**whole** [9] - 4535:1,
    4535:4, 4537:22,
    4543:1, 4549:19,
    4589:1, 4605:16,
    4605:22, 4614:6
**widest** [1] - 4587:1
**wife** [2] - 4566:11,
    4569:10
**wild** [1] - 4553:17
**William** [1] - 4531:3
**willing** [1] - 4544:5
**willingness** [2] -
    4586:20, 4586:22
**winded** [1] - 4583:24
**winners** [2] - 4537:8,
    4537:18
**winter** [1] - 4550:3
**wipes** [1] - 4616:11
**wish** [1] - 4550:5
**wished** [1] - 4539:20
**witness** [14] - 4541:1,
    4541:5, 4563:13,
    4563:17, 4565:5,
    4566:3, 4571:13,
    4574:23, 4588:17,
    4592:24, 4605:1,
    4607:12, 4622:19,
    4625:9
**witnesses** [6] -
    4535:17, 4540:7,
    4553:8, 4587:13,
    4596:16, 4621:6

**women** [1] - 4593:17
**wonky** [3] - 4617:9,
    4617:14, 4617:15
**woo** [1] - 4563:14
**woo-hoo** [1] - 4563:14
**word** [10] - 4544:9,
    4544:22, 4544:24,
    4544:25, 4545:1,
    4545:11, 4551:3,
    4560:9, 4619:20,
    4625:16
**words** [14] - 4531:21,
    4532:1, 4533:12,
    4534:12, 4534:18,
    4536:8, 4551:5,
    4555:7, 4560:17,
    4575:6, 4575:17,
    4576:14, 4586:25,
    4606:16
**works** [4] - 4565:9,
    4581:20, 4595:19,
    4625:23
**world** [5] - 4536:22,
    4536:23, 4555:22,
    4555:25, 4587:20
**worried** [3] - 4556:11,
    4556:16, 4603:6
**worry** [3] - 4539:19,
    4539:21, 4583:16
**worst** [2] - 4544:7,
    4603:14
**wrestling** [1] -
    4568:13
**write** [1] - 4544:2
**writes** [1] - 4597:10
**writing** [1] - 4539:24
**written** [1] - 4540:16
**wrote** [4] - 4543:21,
    4543:24, 4596:19,
    4597:5
**WWE** [1] - 4555:13

### Y

**year** [4] - 4572:14,
    4572:16, 4579:6,
    4587:4
**years** [5] - 4535:22,
    4541:2, 4553:13,
    4568:22, 4580:25
**yell** [1] - 4619:13
**yelling** [3] - 4545:20,
    4568:20, 4615:9
**yesterday** [1] -
    4627:22
**you-all** [1] - 4577:6
**yourself** [2] - 4545:17,
    4616:5
**yourselves** [2] -
    4552:14, 4604:25

### Z

**Zaremba** [1] - 4531:3
**Zello** [1] - 4545:24
**zero** [1] - 4594:4
**zone** [1] - 4564:19