IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,         )
                                   )
        Plaintiff,       )
                                   )   CR No. 22-15-7
                                   )   Washington, D.C.
        vs.                 )   June 2, 2023
                                   )   1:02 p.m.
JOSEPH HACKETT,            )
                                   )
        Defendant.       )
_____)

TRANSCRIPT OF SENTENCING PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn L. Rakoczy
                            Jeffrey S. Nestler
                            Alexandra Hughes
                            Troy Edwards
                            Louis Manzo
                            U.S. ATTORNEY'S OFFICE
                            601 D Street, NW
                            Washington, D.C. 20579
                            (202) 252-7277
                            Email:
                            kathryn.rakoczy@usdoj.gov
                            Email:
                            jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For the Defendant:          Angela Halim
                           3580 Indian Queen Lane
                           Philadelphia, PA 19129
                           215-300-3229
                           Email: angiehalim@gmail.com

Probation Officer:          Sherry Baker

Court Reporter:             William P. Zaremba
                           Registered Merit Reporter
                           Certified Realtime Reporter
                           Official Court Reporter
                           E. Barrett Prettyman CH
                           333 Constitution Avenue, NW
                           Washington, D.C. 20001
                           (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                       P R O C E E D I N G S
 2             COURTROOM DEPUTY:  Good afternoon, Your Honor.
 3   This is Criminal Case No. 22-15-7, United States of America
 4   versus Joseph Hackett.
 5             Kathryn Rakoczy, Jeffrey Nestler,
 6   Alexandra Hughes, Troy Edwards, and Louis Manzo for the
 7   government.
 8             Angie Halim for the defense.
 9             Sherry Baker on behalf of the Probation Office.
10             The defendant is appearing in person for these
11   proceedings.
12             THE COURT:  Okay.  Good afternoon again, everyone.
13             Mr. Hackett, good afternoon to you, sir.
14             Okay.  So we're here for sentencing this
15   afternoon.  Let me just preview how we'll proceed.
16             I'm going to provide -- deliver my oral ruling on
17   the Rule 29 motion first.
18             I'll then list what I've received and reviewed in
19   terms of sentencing materials.
20             I'll ask Ms. Halim to then confirm that
21   Mr. Hackett has reviewed -- received and reviewed the PSR,
22   discuss a few factual disputes that have been raised.
23             I'll hear from counsel about scope of offense
24   conduct, any Guidelines argument you'd like to make.
25             I'll make my rulings.
```

1              And then we'll hear allocutions from each side.

2              And then we'll hear from Mr. Hackett if he wishes

3      to be heard, okay?

4              All right.  So let me just jump into this.  This

5      is the ruling on the Rule 29 with respect to the 1512(c)(1)

6      count against Mr. Hackett.

7              So at last Wednesday's omnibus hearing, I ruled

8      orally on the outstanding Rule 29 motions for the eight

9      defendants from the United States/Rhodes indictment who were

10     scheduled to be sentenced last week and this week.  But I

11     reserved on the question of Mr. Hackett's conviction under

12     Count 11 of the seventh superseding indictment, which was

13     Count 7 at trial, for tampering with documents or

14     proceedings in violation of 18 United States Code

15     1512(c)(1).

16             For the benefit, I'll just reiterate the filings I

17     reviewed that pertain to Mr. Hackett -- that is,

18     Mr. Caldwell's Rule 29 motion at ECF 384, which Mr. Hackett

19     joined at ECF Numbers 474 as to pages 1 through 14,

20     17 through 20; Mr. Caldwell's supplemental motion at

21     ECF Number 521, which Mr. Hackett joined at 524;

22     Mr. Caldwell's reply in support of his supplemental motion

23     at ECF 541, which Mr. Hackett joined at 596; Mr. Hackett's

24     post-trial placeholder Rule 29/23 motion, 474; Mr. Minuta's

25     Rule 33 and 29 motions at 475 -- 478, excuse me, and 479,

1    which Mr. Hackett joined at 508; Mr. Vallejo's Rule 29

2    motion at 477-1, which Mr. Hackett joined at 508.

3          And then, finally, I've reviewed the oral argument

4    or the discussion transcript from last week's omnibus

5    hearing and the May 22nd, 2023, hearing with respect to

6    Mr. Caldwell's Rule 29 motion, at which some of the relevant

7    case law and arguments were discussed.

8          And also for the benefit of the record, I'll just

9    state the standard of review for this motion.  Rule 29 of

10   the Federal Rules of Criminal Procedure provide that "after

11   the government closes its evidence or after the close of all

12   of the evidence, the Court, on the defendant's motion, must

13   enter a judgment of acquittal for any offense for which the

14   evidence is insufficient to sustain a conviction."

15         A ruling on a motion for judgment of acquittal

16   under Rule 29 -- excuse me.  In ruling on a motion for

17   judgment of acquittal under Rule 29, the Court must

18   "consider the evidence in the light most favorable to the

19   government and determine whether it is sufficient to permit

20   a rational trier of fact to find all of the essential

21   elements of the crime beyond a reasonable doubt."

22         And the Court must presume that the jury properly

23   discharged its duties to evaluate the credibility of

24   witnesses, find facts, and draw justifiable inferences.

25   "A judgment of acquittal is appropriate only when there's no

1    evidence upon which a reasonable juror might fairly conclude

2    guilt beyond a reasonable doubt."

3         So under the statute that is 18 U.S.C. 1512(c)(1),

4    the government had to prove beyond a reasonable doubt that

5    Joseph Hackett deleted from his cellular telephone certain

6    media files and communications that showed his involvement

7    in the conduct being investigated by the grand jury, the

8    elements of which are, one, that the defendant altered,

9    destroyed, mutilated, or concealed a record, document, or

10   other object; two, that he acted knowingly; three, that he

11   acted corruptly; and, four, that the defendant acted with

12   the intent to impair the object's integrity or availability

13   for use in the official proceeding.

14        In the context of this Rule 29 analysis, I must be

15   convinced that there's insufficient evidence from which a

16   jury could conclude that when the defendant engaged in

17   obstructive conduct, the grand jury proceedings were

18   reasonably foreseeable to him.

19        And for the reasons that I will soon explain, I

20   find that there was not sufficient evidence for a jury to

21   conclude that a grand jury proceeding was reasonably

22   foreseeable to Mr. Hackett.

23        In reaching this decision, I've reviewed the

24   various cases cited by the parties and discussed during our

25   May 22nd, 2023, hearing concerning Defendant Caldwell's

1    Rule 29 motion, as well as our omnibus hearing, which

2    includes:

3             *United States versus Aguilar*, 515 U.S. 593;

4             *United States versus Young*, 916 F.3d 368, from the

5    Fourth Circuit, 2019;

6             *United States versus Martinez*, 862 F.3d 223,

7    Second Circuit, from 2017;

8             *U.S. versus Johnson*, 655 F.3d 594,

9    Seventh Circuit, 2011;

10            *U.S. versus Wellman*, 26 F.4th 339, Sixth Circuit,

11   from 2022;

12            And *United States versus Matthews*, 505 F.3d 698,

13   Seventh Circuit, 2007.

14            Ultimately, what this boils down to is the

15   question of nexus:  whether there was a sufficient nexus

16   between any obstructive conduct in an official proceeding --

17   that is, the grand jury proceeding -- to establish the

18   required nexus between obstructive conduct in a statutorily

19   prescribed "official proceeding," the defendant's

20   obstructive conduct must be connected to a specific official

21   proceeding that was either pending or was reasonably

22   foreseeable to the defendant when he engaged in that

23   conduct.

24            A law enforcement investigation such as an FBI

25   investigation does not constitute such an official

1    proceeding for purposes of 18 U.S.C. 1512(c).

2         At the omnibus hearing, the government's argument

3    centered on two time frames of conduct:

4         One, evidence of Mr. Hackett's obstructive actions

5    taken in the immediate aftermath of January 6th, on

6    January 7th, which the government showed -- which the

7    government asserted showed that he "very clearly anticipated

8    a law enforcement investigation following January 6th"; and,

9    two, evidence that the Signal app was no longer on

10   Mr. Hackett's phone when it was seized in May of 2021 and

11   that later forensic analysis strongly supported the

12   inference that he removed the Signal application from his

13   phone on or around January 20th.

14        With respect to this latter point, the government

15   asserted, as I will explain more fully in a moment, that

16   Mr. Hackett's actions in deleting Signal on January 20th

17   could have been informed by the January 8th order from

18   Mr. Rhodes to delete evidence because those January 8th

19   messages could have been relayed to Mr. Hackett through

20   other co-conspirators.

21        That, in essence, was the framework the government

22   put forward for thinking about this count; that is,

23   Mr. Hackett clearly anticipated a law enforcement

24   investigation in the day or so after January 6th, and he was

25   probably subsequently told by other co-conspirators to

1   delete evidence closer to January 20th, at which time a

2   grand jury proceeding would have been more foreseeable due

3   to media attention on the Oath Keepers.

4            For the sake of the record, I think it's worth

5   outlining the specifics of the government's argument

6   regarding the factual basis it asserts is sufficient to

7   sustain the conviction.

8            The first time frame involves the testimony of

9   Caleb Berry.  On January 7th on the ride back to Florida,

10  Mr. Hackett told Mr. Berry he had deleted a picture from his

11  phone that was taken inside the Capitol building, following

12  which Mr. Berry did a factory reset of his own phone.  And

13  Mr. Berry explained at trial that "he did this to destroy

14  evidence because he was afraid of federal law enforcement."

15           Also, on the morning of January 7th, there was

16  evidence that Mr. Hackett "obfuscated his Signal

17  participation" by changing his name from Ahab to Faith and

18  then removing himself from important Oath Keepers

19  January 6th-related Signal chats during the same time

20  period, around January 7th.

21           The government did not contest at last Wednesday's

22  hearing that Mr. Hackett's January 7th actions were not

23  sufficient to sustain a conviction under 1512(c)(1).

24           Mr. Hackett's deletion of a photo from his phone

25  and the changing of his Signal name are not enough to find

1    beyond a reasonable doubt that as of January 7th, he would

2    have reasonably foreseen a grand jury investigation.

3            At this point in time, a mere 24 hours after the

4    events at the Capitol, no arrests had been made, at least

5    none entered into evidence, and there was no evident

6    investigation into any co-conspirators by that date, which

7    leaves us with the removal of the Signal app from his phone.

8            The government asserted that Mr. Hackett's action

9    in deleting Signal on or about January 20th as well as his

10   withdrawing from his "TextMe" account on February 8 "were in

11   conformity with directives given by Mr. Rhodes to deputies

12   and then essentially trickled down" -- in other words,

13   Mr. Rhodes' messages to delete -- excuse me.  Mr. Rhodes

14   messages to delete messages to the "Old Leadership" chat on

15   January 8th.

16           It is undisputed that Mr. Hackett was not himself

17   a member of that chat -- that is, the "Old Leadership"

18   chat -- and did not himself receive those messages from

19   Mr. Rhodes.

20           The government's theory, therefore, relied in part

21   on a "trickle-down" theory that Rhodes' message ultimately

22   reached Mr. Hackett and he did as directed.  The evidence

23   the government proffered in furtherance of this theory was

24   that on January 20th, Kelly Meggs messaged Mr. Rhodes on

25   Signal, "I am going dark.  I will stay in touch.  There are

1    a few others as well who will be pulling out of the chats,

2    et cetera."

3          This, the government has asserted, is sufficient

4    to show "a coordinated effort in and amongst the Florida

5    membership about how to obfuscate their participation and

6    delete evidence writ large."

7          As additional evidence of coordination, the

8    government pointed to the exchange between Mr. Meggs and

9    Mr. Harrelson on February 4th after Ms. Watkins' arrest on

10   January 17th and her indictment on January 28th, which

11   caused at least Mr. Harrelson to delete his Signal app.

12          Further, the parties and the Court at the hearing

13   last week parsed the records introduced through

14   Examiner Cain which showed that the Signal application on

15   Mr. Hackett's phone was updated multiple times in and around

16   the last few days before January 20th but was not updated

17   after that point in time, which supports the inference that

18   the Signal app was removed from the phone on or about

19   January 20th of 2021.

20          As evidence that Mr. Hackett would have been aware

21   of the arrests of Oath Keepers prior to January 20th, the

22   government pointed to the testimony of Caleb Berry, who

23   testified that he was aware of people he knew getting

24   arrested.  The government also sought to establish

25   Mr. Hackett's knowledge of an investigation and reasonable

1  foreseeability of a grand jury investigation by tying

2  together his obstructive conduct on January 7th with that on

3  January 20th.

4          Based on the timing of the deletion, which came a

5  few days after Jessica Watkins' arrest, the government

6  asserts that a grand jury proceeding was reasonably

7  foreseeable to Mr. Hackett, and that's the deletion of the

8  Signal app.

9          It's worth reiterating that I must view the

10  evidence in a light most favorable to the government and

11  draw all reasonable inferences in their favor.  For example,

12  Counsel for Mr. Hackett raised at last Wednesday's hearing

13  that it is a "reasonable inference" that the jury relied

14  upon Mr. Hackett's conduct, deleting a photo off his phone

15  on January 7th to form the basis of its guilty verdict on

16  the 1512(c)(1) count, because the government made the same

17  argument about removal of the Signal application as to

18  Mr. Moerschel and the jury did not convict him of

19  1512(c)(1).

20          My task at this juncture, however, is not to try

21  and reconcile jury verdicts or to weigh the competing

22  inferences that can be drawn from those verdicts.

23          That said, the factual chain posited by the

24  government to establish the required nexus -- that, namely,

25  that as of January 20th when Mr. Hackett deleted Signal, a

1    grand jury proceeding was reasonably foreseeable -- is

2    missing critical evidentiary pieces that can't be filled in

3    by merely drawing inferences in the light most favorable to

4    the government.

5            First, the government conceded during our last

6    hearing that there is no evidence of any communications

7    between Mr. Meggs and Mr. Hackett during the period between

8    Mr. Rhodes' messages encouraging evidence destruction and

9    the date on which Mr. Hackett deleted the Signal app, nor

10   is there evidence of communications between anyone else in

11   the "Old Leadership" chat and Mr. Hackett during that time

12   period.

13           Thus, a jury would have to speculate that

14   Mr. Hackett received word from Mr. Rhodes through an

15   intermediary to delete messages.  The fact that Mr. Meggs

16   said "a few others would be pulling out of chats" on

17   January 20th around the time of the deletion doesn't cure

18   the evidentiary deficiency.  Reading the word "others" to

19   include Mr. Hackett would require a jury to infer that

20   Mr. Meggs somehow got word that Mr. Hackett intended to or

21   had deleted Signal.  But there was absolutely no evidence to

22   support that inference.

23           Second, there was no evidence that Mr. Hackett was

24   aware of Ms. Watkins' arrest.  The fact that Caleb Berry

25   said that he knew about others getting arrested does not

1    mean Mr. Hackett had such knowledge.  In fact, no evidence

2    was presented that Mr. Hackett was tracking the news about

3    January 6th after that date, let alone that he had learned

4    of Ms. Watkins' arrest sometime between January 17th and

5    January 20th.  The jury would have to speculate that

6    Mr. Hackett possessed the knowledge that a fellow

7    Oath Keeper had been arrested.

8            These facts are a far cry from what -- those that

9    the Supreme Court found insufficient to establish the

10   required nexus in *Aguilar* in which the defendant, a federal

11   judge, specifically asked an FBI agent whether he was the

12   target of a grand jury investigation contemporaneously with

13   his obstructive conduct, which was to lie to the FBI agent.

14   And yet the Court still found the nexus to the grand jury

15   lacking.  These facts fall far short of the other cases that

16   I alluded to earlier, such as those in which an actor

17   possesses greater-than-average knowledge of the machinations

18   of an investigation and grand jury proceedings like those

19   facts at issue in *Young*, which also fell short.

20           At last week's hearing, the government relied

21   primarily on the case of *United States versus Martinez*.

22   That's 862 F.3d 223 from the Second Circuit.  The government

23   noted that the Court in *Young* distinguished *Martinez*, and

24   *Martinez* stood for the proposition that "having

25   co-conspirators who were arrested tips the balance and

1    analysis that makes a grand jury proceeding reasonably

2    foreseeable."

3            That is true in part.  The Court in *Young* did

4    distinguish *Martinez* one the ground that Martinez, who was a

5    New York Police Department officer and who had testified

6    before grand jurors 15 to 20 times, would have reasonably

7    foreseen a grand jury proceeding at the time of his

8    obstructive acts, because (1) multiple co-defendants had

9    been arrested by then; but, also, (2) he had regularly

10   searched the NYPD's databases and reported back to

11   co-conspirators who had not been arrested.

12           The facts of *Martinez* are markedly different than

13   those here.  And, even if *Martinez* had rested only on the

14   defendant's knowledge of co-conspirators arrests, there's no

15   evidence here that Mr. Hackett was aware of Ms. Watkins'

16   arrest.

17           Out-of-Circuit case law, this is the *Wellman*

18   decision.  It states that "close cases," such as those in

19   which a trier of fact might "conflate obstruction of an

20   official proceeding with obstruction of a mere criminal

21   investigation unconnected with an official proceeding,"

22   demand "specific evidence in court, beyond mere speculation"

23   about foreseeability.

24           Based on the record before me, the only specific

25   evidence in the record demonstrates foreseeability of an

1   investigation by law enforcement.  Without any record

2   evidence to suggest that Mr. Hackett was aware of

3   Mr. Rhodes' call to delete evidence, had communications with

4   any other Oath Keepers about such messages, or any other

5   indications of his awareness of law enforcement

6   investigating -- of a law enforcement investigation

7   targeting others who were similarly situated to him, I am

8   left with the kind of "mere speculation" that could have

9   possibly maybe -- that he could have only possibly or maybe

10  foreseen a grand jury investigation.  And that is not enough

11  to sustain his conviction.  I, therefore, will grant

12  Mr. Hackett's motion for judgment of acquittal and vacate

13  his conviction under 18 U.S.C. 1512(c)(1).

14          All right.  So that'll will be the Court's ruling

15  with respect to that outstanding matter.

16          Let me then turn to what I reviewed from the

17  parties.

18          There's the Presentence Investigation Report at

19  554 and the probation office's recommendation at 555; the

20  government's memorandum in aid of sentencing at 565 and the

21  reply at 580.  There are the defendant's objections to the

22  Presentence Investigation Report at 527 and the memorandum

23  in aid of sentencing at 572, which included 25 letters of

24  support and certain exhibits, all of which I have reviewed.

25          So anything I should have mentioned that I did

1    not?

2          Okay.  Ms. Halim, could I ask you to please

3    confirm that Mr. Hackett has received and reviewed the

4    Presentence Investigation Report?

5          MS. HALIM:  Yes, Your Honor, he has.

6          THE COURT:  Okay.

7          So Ms. Halim had raised a couple of factual

8    disputes with respect to the report.  Let me say at the

9    out -- really, one factual dispute and would add -- request

10   an addition of additional facts.

11         Let's just say at the outset, the Presentence

12   Investigation Report has not been my framework from which to

13   make factual determinations about the Guidelines and

14   culpability.  Because I've now sat through three trials and

15   have some degree of familiarity with the evidence, that is

16   what I've relied on in making my determinations.  So to the

17   extent that there have been objections to factual assertions

18   in the Presentence Investigation Report, I've not sort of

19   taken a side on it really in making my determinations here

20   today.

21         I will note that the Presentence Investigation

22   Report does suggest that Mr. Hackett deleted material from

23   his phone at the direction of Mr. Rhodes.  That's in

24   paragraph 70 to 1 -- 70, 123, and 145.  I do think it is

25   accurate, as I've just stated in my ruling, that it is a

```
 1   leap to say that Mr. Hackett deleted material from his phone
 2   at the direction of Mr. Rhodes.  There's no evidence that he
 3   ever received such communication or was even aware that
 4   Mr. Rhodes had made such a communication.
 5            So paragraphs 173 and 173A, the request has been
 6   made to add a couple of certain mental health conditions
 7   that were not shared with the Presentence Investigation
 8   Report writer.  And I'll just simply ask -- instead of sort
 9   of discussing this on the record, I'll just ask Ms. Halim to
10   make those known to the probation officer so she can make
11   those additions.
12            MS. HALIM:  Thank you, Your Honor.  I
13   appreciate that.
14            THE COURT:  So let's then turn to the question of
15   defining what the jointly undertaken criminal activity is
16   for which Mr. Hackett will be held responsible, as well as
17   any Guidelines enhancements arguments that either side would
18   like to make.
19            Ms. Hughes.
20            MS. HUGHES:  Good afternoon.
21            THE COURT:  Good afternoon.
22            MS. HUGHES:  Mr. Hackett's conduct in the weeks
23   leading up to and on January 6th require a meaningful
24   sentence.
25            I will just briefly touch on some of the facts
```

1   that the government highlighted in its sentencing memorandum

2   which support the government's recommended Guidelines Range.

3          So, first, Mr. Hackett's relevant conduct

4   encompasses both his own acts and those of his

5   co-conspirators.  Hackett was an early and scrupulous

6   member of this conspiracy.

7          The evidence establishes that he shared and was

8   aware of his co-conspirators' intentions and actions.

9          This is no more clear than in his November 2nd

10  message.  He wrote, "Most poor, dumb bastards have no idea

11  what we stand to lose with this election.  I admit that when

12  I finish work, I see hundreds of messages.  It can be

13  daunting if I have time to read them all and watch all of

14  the videos.  If I don't have time, I read the CliffsNotes."

15         He, by his own admission, was reading what was

16  developing in these chat rooms.  He, more than anyone, was

17  aware of what was unfolding.

18         And in terms of timing, Mr. Hackett was aware of

19  the mobilization that was taking place within the

20  Oath Keeper organization.

21         So early in the fall, Mr. Hackett attended

22  Jeremy Brown's unconventional warfare training.  This was

23  the training where there was an elaborate series of steps

24  that included a slushy on the car and not pumping gas, and

25  eventually you got to this hotel room.

1          And Mr. Adams, the head of the Oath Keepers,

2   detailed how this was an Oath Keepers training, and how in

3   this training, Jeremy Brown detailed that the Chinese

4   government had co-opted the Federal Government and that that

5   required active, hostile action against the Federal

6   Government.  That was early in the fall of 2020, Mr. Hackett

7   was there.

8          He also traveled to Louisville.  This was the same

9   Oath Keeper mission where, again, Mr. Adams warned

10  Mr. Hackett:  "Don't go.  This is a civil unrest in a

11  community that is not your own.  Going with long guns into

12  this situation will exacerbate what is happening there.  It

13  will not help what's happening there."

14         Mr. Adams noted that he had security experience

15  himself and that he knew Mr. Hackett had none of this

16  experience and that this was a situation that was going to

17  end poorly.

18         And Mr. Hackett went.

19         He was part of the Oath Keepers when

20  Stewart Rhodes issued his open letter.  This was the same

21  open letter, that, again, Mr. Adams read and said, "Who is

22  the 'we'?"  That was what he posited in trial.

23         "Who is the 'we'?"  He's saying, "We would take up

24  arms against the government.  Who's the 'we'?  Not me."

25         It was Mr. Hackett, and he continued with this

1  organization.

2           He attended the Ares offensive training course

3  with Mr. Meggs and Mr. Harrelson.

4           And leading up to January 6th, he traveled from

5  Florida in that caravan that this Court has referenced to,

6  with Mr. Meggs with a truck full of weapons when they

7  arrived on the outskirts of D.C., he assisted in unloading

8  those weapons.  You saw him on CCTV pushing dolly carts of

9  weapons.  And he, himself, brought weapons.

10          Then on January 6th, he was a member of Line 1.

11 He was in that huddle when Kelly Meggs said, "Let's stop

12 the vote."

13          And as Line 1 goes up the steps, you can see

14 clearly -- this is in Government's Exhibit 1503 -- it is

15 Mr. Hackett that is directly behind Kelly Meggs.

16          The government has also requested two levels for

17 his role as a leader.

18          Young testified that he, meaning Mr. Young, was

19 directly subordinate to Mr. Hackett, who reported to Meggs,

20 who reported to Rhodes.  There was a hierarchy within the

21 organization, and this is where he fell.  He saw Hackett as

22 being part of this mid-level leadership structure.

23          Mr. Hackett was also the leader of his local CPT

24 team in Florida.  This team would operate as a hierarchical

25 structure within the Oath Keepers.

1          And Hackett himself detailed his efforts to

2    recruit individuals to the Oath Keepers.  He explained that

3    a gun store, alarmingly, was a good place to recruit because

4    "most people are pro gun, and most of them are pissed off."

5    And most significantly, the government would point towards

6    his interactions with Caleb Berry.

7          First of all, it is important to note the power

8    dynamics that were in play with these interactions.

9    Mr. Hackett is a well-educated man over 50.  Caleb Berry is

10   a 19-year-old line cook.  They have a conversation in their

11   hotel room the night of January 5th, where Mr. Hackett tells

12   Mr. Berry he's going to D.C. to fight for his daughter

13   because he was afraid that our country was going to make the

14   point of no return.  This was a pep talk.

15         And on January 7th after Caleb Berry followed

16   Mr. Hackett up those steps, Mr. Hackett told him that he had

17   deleted photos off of his phone.

18         First of all, it begs incredulity to suggest that

19   saying to someone, "I'm deleting photos off my phone," does

20   not encourage them to do the same.  Why mention it if you're

21   not making a suggestion?

22         Second of all, that is exactly what Caleb does, he

23   deletes these images off his phone.

24         The same conduct that I just described in relation

25   to removing images from his phone also supports the

1    government's request for a two-level enhancement under

2    3C1.1.  No photos were found of January 6th on Mr. Hackett's

3    phone, despite him telling Caleb Berry that he took photos.

4            He engaged in a series of actions to obfuscate his

5    identity, to include changing his names on Signal before

6    removing himself from the groups entirely.

7            And later, he deleted this entire Signal app off

8    his phone.  And while the government fully respects the

9    Court's decision with regard to Rule 29, with regard to the

10   enhancement, it is very clear that an objective viewing of

11   this evidence taken together shows that it was intended to

12   obstruct an investigation.

13           In fact, if you look at the chain in which

14   Mr. Hackett changes his name from Ahab to Faith, directly

15   preceding this change is Mr. Meggs saying, "Our faces are

16   on TV."

17           These steps taken together were intended to thwart

18   law enforcement's identification and investigation of his

19   actions.

20           A one-level enhancement is also merited under

21   3A1.4, the terrorism enhancement.

22           His conduct was clearly calculated to influence or

23   affect the conduct of the government by intimidation.

24           On January 16th, Hackett wrote, "We need to demand

25   the arrest of corrupt politicians for colluding with foreign

1    enemies," echoing Jeremy Brown's admonishment in the early

2    fall, and blatantly ignoring the legal process and

3    unconstitutional election.

4              Co-conspirator Dolan testified that Hackett's

5    messages convinced him to fight against the government.  And

6    together, that is exactly what they did.  Hackett, together

7    with Kelly Meggs, positioned himself directly outside of

8    Nancy Pelosi's office while staffers cowered just a few

9    feet away.

10             For all these reasons, the government recommended

11   a total offense level of 30.

12             I'm happy to answer any questions.

13             THE COURT:  I don't think so.  Thank you very

14   much, Ms. Hughes.

15             Okay.  Ms. Halim.

16             MS. HALIM:  Thank you, Your Honor.

17   Good afternoon.

18             THE COURT:  Good afternoon.

19             MS. HALIM:  Before I respond and provide argument

20   regarding scope of jointly undertaken activity in the

21   Guidelines enhancements, there are a just a couple of things

22   that I wanted to point to clarification for the record.

23             My first question -- and please forgive my

24   ignorance with the process and procedure in your District

25   regarding Presentence Reports and whether or not, as a

1   matter of course, those get amended.  If the Court sustains

2   an objection, is that --

3            THE COURT:  Go ahead.

4            MS. HALIM:  -- will it be amended or do I need to

5   do something additional in order for it to be amended?

6            THE COURT:  In this case, I can ask for it to be

7   amended.

8            There is no formal process.  And the truth of the

9   matter is most of these factual issues are very rarely

10  raised and certainly not in the volume that they have been

11  raised in this case.

12           So I haven't asked for an amendment with respect

13  to the others.  But if you would like an amendment as to

14  this minor point here, I can make that request.

15           MS. HALIM:  Well, the reason that I would ask for

16  an amendment and maybe even dig into some of the specificity

17  with some of the objections is because, while I appreciate

18  that Your Honor's factual findings aren't coming from this

19  exclusively, however, it is -- it's the report that follows

20  him.

21           And, you know, when the Bureau of Prisons down

22  there in Grand Prairie is determining where to send him,

23  they're going to be looking at the report and the report

24  only.  They're not going to be examining transcripts and the

25  entirety of the record.  So I do have some concerns with

 1   some of the things that are in there.

 2            So, specifically, I would ask if Your Honor would

 3   direct Probation to amend so that we take out those

 4   references to deleting things at the instructions of

 5   Mr. Rhodes.  I think that's a critical distinction.

 6            And I also think that every place that "stack"

 7   appears, that's something that could -- I can see,

 8   conceivably, how that would elevate the points that the BOP

 9   would use when they take their designation determination.

10   And so for that reason, I would ask that, at the very least,

11   those two things be modified.

12            THE COURT:  Okay.

13            As to the first, I'm happy to ask Probation to do

14   that.

15            As to the second, I'm not sure it would be all

16   that weighty.  But given that that's the term that we used

17   during Mr. Hackett's trial, I'll ask Probation to make that

18   change and use that term in his report.

19            MS. HALIM:  So changing out "stack" for "line," to

20   be very clear?

21            THE COURT:  That's fine.

22            MS. HALIM:  Okay.  Thank you.  I appreciate that.

23            And then the other point of clarification for the

24   record that I have is, there's been a lot of terms that

25   I have heard over the past week or so regarding the firearms

1    training that took place in September of 2020, and so I want

2    to be very clear.

3             I wasn't certain, but I thought I heard the Court

4    say last Wednesday at the omnibus proceeding, I thought I

5    heard the Court say "urban warfare," that term.  And then I

6    heard it -- well, I read it through live tweets through the

7    hearings that were conducted Thursday and Friday of last

8    week.

9             I did a search of the transcripts just to make

10   sure I wasn't missing anything.  But urban warfare -- in

11   fact, the word "urban" doesn't appear anywhere in the

12   entirety of our transcripts.  So to say "urban warfare"

13   brings up a connotation that is a scary one.

14            So it was -- and then just now, Ms. Hughes said

15   "Ares offensive training," and that's incorrect as well.

16            So it was combat arts training that was run by the

17   guy who did the training.  He has a little sort of roaming,

18   traveling business at the Ares Training Facility -- and

19   I just Googled it to make sure that I had this right -- the

20   Ares Training Facility, which is a shooting range and

21   firearms training facility.  And so I just want to be very

22   precise about the terminology.

23            THE COURT:  Well, I think -- maybe I'm

24   misrecollecting, but I thought there were words used by the

25   instructor to suggest that this was a training for more

1    close-in instances.

2                MS. HALIM:  That was the combat part of it,

3    correct, yes.

4                THE COURT:  Right.

5                MS. HALIM:  But "urban" conjures up this image of

6    folks bringing close warfare combat into urban areas.  And

7    I don't think that that was suggested; I don't think that

8    word appeared.

9                And if I'm wrong, I certainly do apologize, but

10   I don't think the word "urban" appears.  It's certainly

11   nowhere in the transcript.

12               But, yeah, it's combat arts training, which maybe

13   that's its own set of connotations.  But in this case since

14   we are dealing with folks coming to D.C. which is an urban

15   area, I do think that's an important distinction.

16               THE COURT:  Okay.

17               MS. HALIM:  And I would like to clarify that for

18   the record.

19               So it's the Ares Training Facility, a shooting

20   range.

21               And then it was the combat arts training program,

22   which is a traveling program that this individual runs as a

23   business.  That's his business.

24               And then just for the record, I completely

25   understand and accept the Court's rulings and findings of

1    fact, but I heard the Court say at the omnibus proceeding

2    that long guns are used for -- that Mr. Hackett and others

3    were aware of long guns being used for offensive purposes

4    because of what that instructor said during that combat arts

5    training in September of 2020.

6            And I just want to say for the record that's a

7    whole lot of stock to put on a greasy guy smoking a

8    cigarette, drinking a Monster Energy drink, who is not an

9    expert or an authority in any formal or official capacity.

10   And so just for the record, I would note that.

11           And now I'll turn to the arguments at hand, which

12   is the scope of jointly undertaken activity.

13           You know, the fact that Mr. Hackett joined the

14   Oath Keepers way back in July of 2020, I actually think that

15   inures to his benefit, but I'll get to that later.

16           It creates a paradox of sorts, though, when we're

17   talking about scope.  It means he was there for everything.

18   I'm not going to belabor the point.  I've sat through

19   several hearings.  I followed very closely to the hearings

20   last week.  I have a pretty good idea of what Your Honor's

21   findings of facts are.  So I'm not going to belabor any of

22   the points.

23           And I don't want wading into the facts to detract

24   from what my focus is here today, which is to talk about

25   Joseph Hackett, the man, and what we do going forward.

1          So I'm just going to sort of read through what I

2     consider to be the salient facts on these points.

3          Mr. Hackett has no military experience, no law

4     enforcement experience.  He was described by Mike Adams as

5     an inexperienced guy.

6          Some of the more aggravating features of

7     Mr. Hackett on January 6th is that he was in the same gear,

8     the uniforms, all of that with the other Oath Keepers,

9     I think that's one of the more aggregating factors.  And I

10    would just like to note that that is consistent with his

11    experience at prior Oath Keeper events that he had gone to.

12         Mr. Hackett was not aware and there was no proof

13    that he was aware of the extent to which Mr. Meggs

14    coordinated with Stewart Rhodes directly and the Ohio

15    Oath Keepers, to include Jessica Watkins specifically.

16         He did not know Ms. Watkins, and he didn't know

17    anything about the contingency that she traveled with from

18    Ohio.  He did not hear those Zello conversations that she

19    was on.  He was not on those leadership chat groups, as

20    Your Honor already noted earlier.

21         On January 6th, he was not one of the individuals

22    that was jubilant.  He was not celebratory.  He wasn't

23    chanting.  He wasn't yelling.  He wasn't screaming.  He

24    wasn't in any way assaultive or confrontational in any way,

25    shape, or form.

31

1          He left the Capitol building before others.  He

2     and David Moerschel were the first two out, and they did not

3     wait for the rest of their group.  They left.  They exited

4     on their own.

5          Post-January 6th, Mr. Hackett goes radio silent

6     and has no more contact with the folks that he traveled

7     with.

8          And then there are the two messages that I know

9     are going to come up in the factual recitation in late

10    December, one regarding citizen's arrest and the other one

11    he sounds pissed; let's do it already.

12         But for those two comments and a handful of

13    others, Mr. Hackett did not engage in escalating

14    Revolutionary War-type walk.  And so that is what I'll -- in

15    terms of scope, those are the points I'll put on the record,

16    again, understanding what the outcome is likely to be.

17         So when we transition then to what that means for

18    Guidelines purposes, for the eight-level enhancement, the

19    three-level enhancement, and the two-level enhancement

20    within 2J1.2, specifically subsections (b)(1)(B), (b)(2),

21    and (b)(3), I'm going to preserve my objection to those, but

22    I'm not going to make any further argument on those points.

23         With regard to role and the government's assertion

24    that Mr. Hackett is deserving of a two-point increase by

25    virtue of being a manager or supervisor, there's no evidence

1     that he had actual control over anyone.

2            He passed -- he did -- prior to January 6th, he

3     passed along instructions that others gave to him.  But

4     he didn't control.  He didn't direct.  He didn't tell

5     people.  And, more importantly, nothing ever came of those

6     things.

7            In D.C. on January 5th and January 6th,

8     Mr. Hackett had absolutely no control and did not direct the

9     conduct of anyone.

10           Caleb Berry specifically said when I asked him on

11    cross-examination, "Did Mr. Hackett tell you to delete

12    anything?

13           "No, he didn't."

14           He specifically said that.

15           As for role, I don't have any other argument on

16    that unless the Court has any direct questions for me.

17           THE COURT:  No.

18           MS. HALIM:  When we get to the two-point

19    enhancement for obstruction pursuant to -- or not

20    enhancement, but upward adjustment pursuant to 3C1.1, just

21    like in Mr. Minuta's case yesterday, on January 7th, that

22    was pre-investigation.  So on January 7th, to the extent

23    that any items, photos, whatever, were deleted, that was

24    pre-investigation.  That also goes for the name change.

25           And, again, as I said last week, the name change

```
 1    isn't obfuscation of identity.  He changed the handle for
 2    sure, but all of the identifying information remained the
 3    same, which was the same phone number he had been using.
 4    And so unless the Court has any other questions,
 5    I don't have anything else on that.
 6              Lastly, with respect to the terrorism --
 7              THE COURT:  Well, I do --
 8              MS. HALIM:  Yes.
 9              THE COURT:  -- have questions for you about the
10    Signal deletion.
11              MS. HALIM:  Oh, sure, yes.
12              THE COURT:  And maybe -- I don't know if you had
13    skipped over that argument.
14              MS. HALIM:  I did.  I did have it here and forgot.
15              THE COURT:  Why don't you start and then I may
16    have some questions.
17              MS. HALIM:  So as to Signal, I would agree that
18    this is one of those that's in the close-call category just
19    because of the timing of it all.
20              But as Your Honor just said, there was no evidence
21    whatsoever that he was tracking the news or that he was
22    aware of the arrests.
23              And I can tell you from having spent two years
24    getting to know this man, he is a head burier.  He went home
25    and buried his head into the sand.  He wasn't looking at
```

1   things.  He wasn't reading things.  He didn't want to be

2   involved in anything.  He's one of those that "If I can't

3   see it, it's not happening."

4          And there's no evidence that he knew and that he

5   had acted with the requisite specific intent for the

6   purposes of the Guideline application.

7          THE COURT:  So Mr. Edwards and I had this

8   conversation at the last hearing, and tell me if you agree

9   with this reading of the Circuit case law in terms of how I

10  need to evaluate this, which is, one, if the conduct is the

11  kind that was sort of inherently obstructive, the Court

12  doesn't need to make findings to establish intent.  I think

13  a quintessential example is if somebody lies to a grand

14  jury.

15         MS. HALIM:  Right.

16         THE COURT:  For conduct that's not inherently

17  obstructive -- and I would say deletion isn't inherently

18  obstructive.  It depends on the circumstances -- the burden

19  is actually on the defendant to come forward with at least

20  some evidence that there was a non-obstructive purpose for

21  it.  And then the Court is to then make a determination as

22  to, well, based on all the evidence, whether the act was for

23  an obstructive purpose by a preponderance of the evidence.

24         So my question to you is, is it simply -- is it

25  sufficient at this point for you to contend that there is an

1    absence of evidence, as opposed to coming forward with

2    something affirmative to say, "Well, here's the other reason

3    why Mr. Hackett deleted it, deleted Signal"?

4         MS. HALIM:  I argued at trial that what

5    Mr. Hackett did was just get rid of the Signal application

6    in its entirety, and I think that that's a significant

7    distinction.

8         He didn't get rid of messages.  Because I think

9    piecemealing and getting rid of messages might be inherently

10    suspicious or inherently obstructive.  But I don't think

11    getting rid of an entire application on his phone is

12    inherently obstructive.  And it was as simple as "I am not

13    going to be involved with these people anymore.  I am

14    getting rid of the application in its entirety."

15         THE COURT:  I mean, the difference -- what tipped

16    the scale for me for Mr. Moerschel was that there was

17    evidence that, at least with respect to the text messages,

18    that there were other large periods of time where he had

19    actually deleted text messages.  He had an old phone.  And

20    so there was a proffer -- and it came out at trial -- that

21    his deletion could have been for a purely innocent purpose.

22    I don't quite have anything like that here.

23         MS. HALIM:  So I would refer the Court to the

24    forensic report that was admitted through Agent Cain.  And

25    I'm trying to remember if the one that was admitted matches

1    the one that I had.  But that report shows that there were

2    several things that just stopped uploading, and many of them

3    innocuous.  One of them was Patreon.  So there were several

4    applications, like just whole applications that had been

5    removed -- or we no longer saw the updates, like, that had

6    existed in the cloud previously.

7            And so I would have to look back at that exhibit.

8    But, I mean, I know from looking at the report, that there

9    were several different applications.  And off the top of my

10    head I can't remember all of them, but there were several

11    that were not nefarious at all.

12            So there was just sort of -- and same time period,

13    too, just clean -- like cleaning up, getting rid of

14    applications that he wasn't using anymore.

15            THE COURT:  Okay.

16            MS. HALIM:  And so I would point to that exhibit

17    that was admitted through Agent Cain.

18            THE COURT:  Okay.

19            Okay.  I'll take a break after this and take a

20    look for the exhibit.

21            MS. HALIM:  Okay.

22            And the only other thing I'll just point out,

23    do you remember towards the very end of the trial,

24    Mr. Nestler, through an agent, admitted photographs of a

25    shred bin, so to speak?

1          THE COURT:  Yes.

2          MS. HALIM:  And it was like a -- what it looked

3   like to me was the person who says, "I've got a shred pile,

4   and you just throw the things in the shred pile and you get

5   around to it whenever you get around to it."

6          They seized a lot of Oath Keeper-specific things,

7   which means that he wasn't in any hurry to get rid of

8   anything.  And that was as late as May 21st, 28th, maybe

9   May 28th of 2021.  And so I think that is illustrative of

10  his state of mind, that he's not trying to get rid of things

11  for the purpose of impeding an investigation or obstructing

12  evidence.

13         But, yeah, I think with the deletion of the Signal

14  app, that was just getting rid of the app just like he was

15  getting rid of a lot of other applications that were on his

16  phone.

17         THE COURT:  Okay.

18         All right.  Anything else?

19         MS. HALIM:  The terrorism upward departure.

20         I'm not sure that I've actually formally objected,

21  so let me take the opportunity to do that now.

22         I object to application of the terrorism

23  departure.  I think I have an idea of what the Court is

24  going to rule.

25         The only other thing that I will say about that is

1    I have concerns that it might impact his designation.  And

2    while that may not be factor for your consideration at this

3    point under the Guidelines, I raise it nonetheless.

4           Lastly, I'll say I don't believe that he had

5    terrorism in his heart, his mind, or his body language as we

6    saw him on January 6th.

7           THE COURT:  Okay.  Thank you, Ms. Halim.

8           All right.  Give me a couple second -- no, a

9    couple minutes, folks.  I want to just take a look at a few

10   things and I'll be right back.  Thank you.

11          COURTROOM DEPUTY:  All rise.  This court stands in

12   recess.

13          (Recess from 1:45 p.m. to 1:54 p.m.)

14          COURTROOM DEPUTY:  All rise.  This court is in

15   session; the Honorable Amit P. Mehta presiding.

16          THE COURT:  Thank you, everyone.

17          Please be seated.

18          So just in terms of this jointly undertaken

19   criminal activity, Mr. Hackett was convicted of seditious

20   conspiracy, 1512(k) conspiracy, and a conspiracy violation,

21   372.

22          I do find by a preponderance of the evidence that

23   Mr. Hackett is responsible as related conduct for the acts

24   of his co-conspirators convicted of various conspiracies.

25   That would include Mr. Meggs, Ms. Watkins, Mr. Minuta,

1    Mr. Moerschel, among others, as well as Mr. James.

2            As part of that finding, I also find by a

3    preponderance of the evidence that Mr. Hackett agreed to

4    participate in a conspiracy whose object was to oppose by

5    force the authority of the government of the United States.

6    The actions of these co-conspirators at the Capitol,

7    including their acts of force within the building, A, are

8    within the scope of the jointly undertaken criminal

9    activity; B, in furtherance of the criminal activity and --

10   excuse me, the criminal conspiracy; and, C, reasonably

11   foreseeable in connection with that criminal activity.

12           So the facts show as follows with respect to

13   Mr. Hackett.  They show, first and foremost, as Ms. Hughes

14   pointed out, that he was actually someone who would have

15   been witness to the -- either the actual shift or the focus

16   of the Oath Keepers moving from an organization that at

17   least would be -- perhaps his initial purpose was as a

18   community response team purpose to one that was very much

19   focused on the election and civil unrest and being a part of

20   that moment.

21           He does join the Oath Keepers in December of 2020.

22   He is -- as Ms. Hughes points out, he did attend the

23   unconventional warfare training.  He was -- did participate

24   in the combat arch training with Mr. Meggs, Mr. Harrelson,

25   and Ms. Meggs.  And he went to Louisville, even though

1    Mike Adams had warned him against going to that event.

2          And then after the election, he was both a

3    moderate participant -- I wouldn't say he's most active, but

4    a moderate participant of the communications among the

5    group, even as early as the GoToMeeting call.  And he was on

6    that call.

7          Mr. Rhodes had said words to the effect of "Make

8    sure Trump knows you're willing to die," mentions the

9    Insurrection Act, the need for a QRF, and being -- and that

10   the official position was that they would need to wait for

11   the President's order and, you know, his words to the effect

12   of, "We are very much in exactly the same spot that the

13   Founding Fathers were in, like, March of 1775."

14         He said, "There's nothing left to do but fight.

15   We're not getting out of this without a fight."

16         Also references, of course, the Serbian plan.

17         And we know Mr. Hackett was on that call and paid

18   some degree of attention to it because I think it was on

19   November 11th he sent out a short message that referred to

20   the November 9th organizing call.

21         In the "OK Hangout" -- "OK FL Hangout" chat, there

22   is the message that Ms. Hughes pointed out that reflects his

23   close attention to the communications.  You know, he says,

24   you know, "I admit when I finish work and I see hundreds of

25   messages, it can be daunting.  If I have time to read them

1    all and watch videos -- watch all videos.  If I don't have

2    time, I read the CliffsNotes."  And his participation,

3    I think, is reflective in a handful of messages.  Again, it

4    wasn't a terrible amount, but a handful of messages.  And

5    some of them are quite revealing.

6            There is the extensive exchange with Mr. Meggs and

7    Mr. Dolan on December 6th that was the topic of Mr. Dolan's

8    testimony.  Mr. Dolan starts out on the 6th:  "Everyone has

9    different circumstances.  I've been prepping my wife and

10   daughter for the possibility of heading overseas for the

11   last couple months.  We have that option, but very few

12   people do.  I'm waiting on all legal remedies from

13   legitimate courts to be solved.  I have Christmas plans with

14   family.  But come the new year, for me anyway, I have to be

15   mentally prepared for however far I'm willing to go to stand

16   for America, for the Constitution, for the President, and

17   for the survival of our ideals."

18           Mr. Meggs then responds, "We all have to evaluate

19   our commitment.  And if yours is to stand with this great

20   lady of liberty, then we will all be standing with you.

21   We're here for no other reason.  None of us -- we all are

22   here to make sure our government follows the Constitution of

23   the United States of America.  They don't -- they bend them.

24   They twist them.  But we can't let them break 'em.  It's not

25   our God-given right.  It's our God-given responsibility."

1          To which Mr. Hackett responds, "That's a question

2     most intelligent people will have asked themselves, I

3     imagine.  I have the opportunity to take my family and bolt.

4     I agree with you completely.  And the question you pose

5     should be one that's right for you and your family.  For me,

6     my heart is in the United States where I want to freely take

7     my child to a national park or to a movie, to take her

8     fishing.  I want to do that here.  I also developed a bond

9     with brothers and a sister here and it had an impact on the

10    decision -- on that decision.  I've got to say you have the

11    chance to enjoy your family and safety.  That's every man's

12    decision.  You're not alone."

13          But then significantly, Mr. Dolan says, "For most

14    of my life, I've been on the front lines.  I shouldn't be

15    alive today.  I'm here by the grace of God and for no other

16    reason.

17          After I retired, I had many opportunities to join

18    multiple NGOs, federal agencies.  I declined, even though

19    I wanted to, because my wife was done with my deployments.

20    I'm asking her to put up with it again, but this time

21    there's no coming back, no pay, no rewards, no homecomings.

22    And if I am lucky, I get a prison sentence tagged with

23    treason or a bullet from the very people I would protect."

24          He goes on to say, "Yet I swore to defend this

25    country against all enemies, foreign and domestic.  I think

1    my biggest trouble is trying to convince myself to say

2    goodbye to my family after all they've had to endure with

3    the likelihood of never seeing them again again."

4            And Mr. Hackett's response is, "I'm with you, man,

5    and I'm glad you put that out there.  It helped me a lot to

6    hear what you said."

7            So, you know, I think a few notable things about

8    that.  And what follows there is Mr. Meggs' message about,

9    you know, "Get your neighbors ready.  100 guys go to prison.

10   A thousand guys get in a battle.  10,000 get in a war.

11   72 million is a massive patriotic movement."

12           What's significant about that exchange is, one,

13   that Mr. Hackett is a willing participant to it; two, he

14   doesn't get out of there at that point; and, three,

15   you know, when Mr. Dolan talks about getting killed, about

16   getting tagged with treason, prison sentence, Mr. Hackett's

17   response is, "I'm with you."  It's not, "What in God's name

18   are you talking about?"

19           You know, he understood completely what Mr. Dolan

20   was contemplating, because he, himself, clearly was

21   contemplating the same things at the time, I think, is a

22   fair inference from his response to Mr. Dolan.

23           That's only reinforced by later messages.  For

24   example, on the 16th, Mr. Hackett said, again, to the chat,

25   "We need to demand the arrest of corrupt politicians for

1   colluding with foreign enemies and blatantly ignoring the

2   legal process and unconstitutional election.  The DNI should

3   be the last nail.  I have thought the last nail happened a

4   half a dozen times, though.  When do we show up own their

5   doorsteps to make citizen's arrests when the sellouts and

6   the corrupt alphabet agencies do nothing?"

7           On the 18th, two days later, he says, "They're

8   going to replace us all with communist clones."

9           And then on the 22nd, referring, I believe, to the

10  President, "He sound pissed.  That's good.  Now just fucking

11  do it.  We are ready."

12          So that, I think, is a window into Mr. Hackett's

13  mind, Mr. Hackett's agreement to participate with other

14  Oath Keepers and also acknowledgement and an understanding

15  that violence may be required as the date of January 6th

16  approaches and on January 6th itself.

17          Of course, he does come to the District on

18  January 6th with a number of other Florida Oath Keepers who

19  caravan up.  Notably, he was in Mr. Meggs' truck, which

20  Mr. Berry said that carried, in his estimation, at least ten

21  long-gun cases.  He himself brought a handgun and possibly

22  his own AR-15, although the evidence was a little unclear on

23  that ultimately.

24          But we do know that he at least had an AR-15 when

25  he did the training, and one was found in his home.  So

1    there's a reasonable inference that he, in fact, brought one

2    with him to D.C.  But that's not material ultimately.

3             There is on the evening of January 5th,

4    Mr. Caleb Berry testified that Mr. Hackett had traveled to

5    D.C. to "fight for his daughter" because "he was afraid that

6    our country was going to the point of no -- to the point

7    of," I assume, "no return."

8             And so, again, the sort of setting the frame of

9    mind that Mr. Hackett had in December is revealed again on

10   January 5th.  And then, of course, there's the conduct on

11   January 5th in which Mr. Berry testifies Mr. Hackett is part

12   of Line 1.  He's with a group of other Oath Keepers.  They

13   are going clearly toward the Capitol while there is unrest

14   there.

15            And Mr. Berry testified that Mr. Meggs proposed or

16   said they were going to go in to stop the vote.  And then

17   he, of course, follows Mr. Meggs in.  He goes with Mr. Meggs

18   into the small House Rotunda.  As counsel points out, his

19   conduct in there is not of the same nature as others,

20   particularly Ms. Watkins, Mr. Harrelson, and others, and, of

21   course, Mr. James later on.  But, nevertheless, he is still

22   responsible for their conduct because it would have been

23   reasonably foreseeable to him, given all that had been

24   discussed and all that had been transpired and the way in

25   which they entered the building, that it would be reasonably

1    foreseeable that there would have been physical altercations

2    with the police.

3              He then, of course, leaves the next day and then

4    quickly essentially removes himself from the Oath Keepers.

5              There is evidence to establish sort of

6    consciousness of guilt to some degree.  He does change his

7    name multiple times on the GoToMeetings.  He does use the

8    TextMe account.  He uses a VPN.

9              All of that might be innocent enough.  But then

10   there's the very odd email -- mail message on ProtonMail and

11   sending him a photo of a handwritten note that was detailing

12   the location of a rally point.  I believe that was the

13   subject of the note, all of which suggests a degree of, at a

14   minimum, secrecy and more -- at a minimum, to some degree of

15   secrecy and certainly contributes to the overall picture of

16   Mr. Hackett being someone who's conscious of what he's doing

17   and that law enforcement -- that law enforcement should not

18   know about, because there could be consequences.  And then,

19   of course, he deletes the Signal app on -- I mean the photo

20   on the 7th, but we've talked about that, and then the

21   Signal app on the 20th.

22             So based upon that factual record, I do find by a

23   preponderance of the evidence that Mr. Hackett agreed to use

24   force, including through the use of firearms, to prevent,

25   hinder, or delay the execution of the laws governing the

47

1    transfer of power, as well as to resist the authority of the

2    United States.  It was reasonably foreseeable to him that as

3    part of the conspiracies, other Oath Keepers would have gone

4    into the Capitol and engaged in physical violence while they

5    were there.

6         And as to the QRF, he was also prepared and had

7    agreed and saw that it would be reasonably foreseeable that

8    if called upon, that those firearms would have gone into the

9    District of Columbia to potentially be used against

10   government personnel and government individuals if that is

11   what was required.  So based upon those factual findings,

12   I'll just go through the requested enhancements.

13        So the obstruction due -- excuse me -- due

14   administration of justice, the eight-level enhancement,

15   I think, is satisfied because -- for an offense involving

16   causing or threatening to cause physical injury to a person

17   or to property damage, one, because he is responsible for

18   the actual threats to cause physical injury that were

19   undertaken by Mr. Dolan -- excuse me, by Ms. Watkins and

20   those in the Senate hallway, and Mr. James, who entered

21   later.

22        And then the fact of the QRF and its purpose, or

23   at least one of its purposes, to potentially be brought into

24   the District of Columbia certainly would have posed a threat

25   to cause physical injury to a person.  And so for those

1    reasons, I do think the eight-level enhancement applies.

2         The three-level enhancement applies because there

3    was a substantial interference with the administration of

4    justice, specifically the actual interference with the

5    entirety of the proceedings, which did need to adjourn for

6    nearly five hours or more than five hours, excuse me.  And

7    then, of course, the cost to reinstitute those proceedings

8    that the government had to expend.

9         The two-level enhancement for extensive scope,

10   planning, and preparation applies, obviously, based upon all

11   the communications.  The planning and preparation, the

12   bringing of weapons to the District of Columbia, the

13   coordination among the individuals on January 6th itself,

14   the going into the Capitol as a coordinated group in a line

15   formation, all of which support the extensive scope,

16   planning, and preparation to characterize the offense.

17        Insofar as an organizer/leader enhancement or the

18   managerial enhancement, role-in-the-offense enhancement, the

19   government's evidence, I think, falls short.  You know, it

20   is true that Mr. Young testified he was "subordinate" to

21   Mr. Hackett and said that Mr. Hackett was in charge of the

22   CPT group.

23        The government points out the influence he had

24   over Mr. Berry, a much younger Oath Keeper, which led him to

25   factory-reset his phone.  And he sort of gave him this pep

1    talk on the night of January 5th and that there was some

2    evidence of how to evade detection by using ProtonMail that

3    he was advising people about.  And then there's the one

4    message he sent about recruiting of a Marine at a gun store.

5            You know, take the full picture of the evidence,

6    and I don't think it quite gets there in terms of the actual

7    control that's required.  I mean, yes, perhaps Mr. Young saw

8    Mr. Hackett as superior to him, but within the confines of

9    the offense itself -- that is, opposed to the Oath Keepers

10   as an organization -- there's no evidence that Mr. Hackett's

11   hierarchy made one whit of difference in the effectuating of

12   the offense; certainly not before January 6th and not on

13   January 6th either.  And the fact that he was the head of a

14   CPT group really is not material, it seems to me.

15           His influence over Mr. Berry, I think, has, you

16   know, has some materiality and some probative value to the

17   ultimate question of his role in the offense.  But I think

18   these matters are fairly modest relative to the kind of

19   evidence of control that we usually see in cases that

20   actually support this kind of enhancement.  The actual

21   direction, actual commands, actual using of other people to

22   accomplish the objectives of the conspiracy and to the

23   benefit of the individual -- those kind of actions are

24   missing here.

25           And the recruiting, it was a single message over

1    the course of months.  And I don't think it was nearly the

2    quite active and ultimately successful recruiting, for

3    example, that Ms. Watkins was involved in on her end.  So

4    I will not add the two levels.

5            I think the obstruction of justice, two levels,

6    Ms. Halim, I agree it is a close call, but I do think

7    ultimately it does apply.  The Signal app is deleted in its

8    entirety on or around January 20.  This is 14 days after

9    January 6th.  All of Mr. -- or Mr. Hackett's conduct prior

10    to January 6th revealed a level of consciousness and

11    understanding about the significance and the need to

12    obfuscate or at least keep from public eye, let me put it

13    that way, communications, conduct.  It seems apparent to me,

14    given the fact that he opted out on the 7th, that he very

15    quickly understood the wrongfulness of his conduct.  At

16    least that's how I interpret it.

17            And then it may be that he was not specifically

18    aware that Ms. Watkins had been arrested at that time, and

19    there was no evidence to support that.  But there certainly

20    was evidence to support that there was a great deal of media

21    attention drawn to the events of January 6th during those

22    two weeks and that a criminal investigation had begun.

23    Agent Palian testified about that.

24            And that, in combination with the absence of any

25    other explanation -- and I did look at the exhibit that you

1    referenced.  What was the number?  I think 9705.  Yeah,

2    Government 9705, the upload spreadsheet.  And it was a

3    single page, and there were only two apps on there, Signal

4    and TextMe.  So -- and the TextMe, I think, was -- the last

5    update was in March or something to that effect.

6            MS. HALIM:  If I could just say, the entirety of

7    the report that was produced in discovery did have a list,

8    and so that would be my bad for not having more fulsomely

9    supplemented the record with the remainder of the other

10   applications that also stopped uploading to the cloud at

11   that time period.

12           THE COURT:  So I've taken a look at that evidence

13   that was put before me in reference today.

14           And so I think, given the totality of the

15   evidence, I do think by a preponderance of the evidence that

16   Mr. Hackett did have the specific intent at the time to

17   obstruct justice or the administration of justice and to

18   obstruct in the -- an investigation as of the -- with the

19   deletion of the Signal app.

20           I've already ruled that the one level -- the

21   terrorism enhancement is appropriate, given the nature of

22   the convictions.

23           And certainly given the role Mr. Hackett played in

24   the conduct as I've described it, I do think his conduct was

25   calculated to affect the administration of the government,

1    either through intimidation or coercion.  And, however,

2    because of his low -- relatively lower role and culpability

3    in the overall events that comprise the offense, I think

4    only a single-level enhancement is applicable.

5            So the Guidelines calculation will be as follows:

6            Count 1, seditious conspiracy, 2X5.1, the

7    cross-reference is to treason; but because the conduct is

8    not tantamount to waging war against the United States, the

9    obstruction Guideline at 2J1.1 applies.  That same Guideline

10   applies to Counts 2, 3, and 4.  And all of those counts

11   group because the same victim is involved, and they involve

12   two or more acts connected by a common criminal objective or

13   constituting part of a common scheme or plan.

14           I recognize I am supposed to do the calculation

15   individually as to each count and then do the grouping.  But

16   given that the same Guideline is applicable and the same

17   enhancements are applicable, the result will be the same

18   with the exception that Count 4 would be capped at six-year

19   statutory max in terms of the Guideline.

20           So the Base Offense Level is a 14.

21           Causing or threatening physical injury to a person

22   or property damage in order to obstruct the administration

23   of justice, eight-level increase.

24           Substantial interference with the administration

25   of justice is a three-level increase.

1            The offense was extensive in scope, planning, or

2    preparation is a two-level increase.

3            No increase for role in the offense.

4            A two-level increase for obstruction and one-level

5    increase under 3A1.4, Note 4.

6            Total offense level is a 30.

7            Criminal History is Category I.

8            That results in a Guidelines Range of 97 to 121

9    months, and a fine range of 30,000 to $300,000.

10           Okay.  So with that, I'll hear from the government

11   and its allocution.

12           MS. HUGHES:  Thank you, Your Honor.

13           Less than a month out from November, from the

14   Presidential election in November 2020, Hackett anticipated

15   violence and he knew that he would be a part of that

16   conflict.

17           This was made clear in an October 17th message.

18   It was to the "OK FL Hangout" and to another individual who

19   was not charged.

20           Two and a half months before January 6th, he

21   wrote, "I just filled my med kit, so I'm good.  We have a

22   firm time on the stop lead class.  That will likely not

23   happen before the election.  Do you have any recommended

24   videos for us as we may come into turbulent times pretty

25   quick?"

1          Hackett knew that turbulent times were ahead

2    because he was a leader in the group that was angling to

3    bring about that turbulence.  He knew.

4          Taken together, his messages reveal that he

5    perceived the election as an existential threat.  In his

6    sentencing memos, he often referenced how he perceived

7    danger in his own backyard.  In the fall of 2020, Hackett

8    left his backyard.  He traveled to places like Louisville

9    and ultimately to Washington, D.C.  And when he came to

10   D.C., it was tied to his fear of this existential threat

11   that he perceived the election to pose.

12         As compared to his co-conspirators, Hackett

13   distinguished himself, as this Court has recognized, in the

14   elaborate efforts he undertook to hide his identity.  The

15   dates of these efforts are important because they

16   demonstrate how early on Mr. Hackett was aware that he was

17   involved in a criminal enterprise; that he was involved in

18   an effort that exposed him to criminal liability.  And so I

19   briefly want to talk about some of those dates.

20         First, he used a VPN and a TextMe account.  On

21   November 12th, he changed his name on the GoToMeeting from

22   Joe Hackett to JW.  This would have been after the

23   November 9th call from Stewart Rhodes.

24         On December 4th, he -- in Signal, he changed his

25   name from JW to Ahab.  This would have been after the

1  Oath Keepers would have already traveled to D.C. for the

2  Million MAGA March.

3           On December 19th, the same day the January 6th

4  rally was announced, he sent that email to Graydon Young, an

5  email using an encrypted ProtonMail email address with an

6  attachment that included cursive writing.  He explained in

7  the body of the email, "I believe we only need to do this

8  when important information is at hand, like locations,

9  identities, ops planning."

10          He believed that cursive would eliminate, in his

11 words, "digital reads."

12          And so these obfuscation efforts were tied to his

13 planning with Oath Keepers.

14          And he certainly knew that what he engaged in was

15 illegal on January 7th when he told Caleb Berry he was

16 deleting photos of "inside the building."

17          He -- at 9:12 p.m. on that same day, he changed

18 his name from Ahab to Faith.  This is in Government's

19 Exhibit 9652.  And he did this again on the thread

20 immediately after Kelly Meggs said, "All of us are on TV."

21          45 minutes later, you get the message "Faith

22 removes Faith."  He removed himself from these inculpatory

23 threads.

24          These efforts which began in November were, to a

25 degree, successful.  His arrest in May can in part be

1    attributed to this collective action by him to hide his

2    identity.

3             And they are relevant to today's inquiry because,

4    taken together, they show that in November, Hackett knew

5    that what he was doing was against the law.  But he did not

6    desist in these efforts.  He took his considerable intellect

7    and resources, and he doubled down on his efforts to

8    participate in what amounted to a conspiracy to oppose the

9    government.

10            From all of the images from January 6th, the one

11   that we now know to be comprised of ordinary Americans

12   dressed in military gear, snaking their way up to the doors

13   of the Capitol before forcibly entering the building will

14   remain one of the most haunting.  It's the image of a

15   weaponized citizenry.

16            Hackett foresaw that violence.  In his words, that

17   turbulence was one that he was going to be a part of.  He

18   traveled with his gun to D.C., and he helped position that

19   arsenal on the steps of the Capitol.

20            That he was one of the least culpable of the worst

21   actors on that day should be of no small comfort to this

22   Court.  This is particularly true because Hackett knew.

23            Others might think, looking at Mr. Hackett's case,

24   if they had the right VPN, if they used the right

25   encryption, if they trusted the right people to delete their

1    messages, to use his methods of obfuscation, maybe they

2    could be successful.  The interests of specific deterrence

3    and general deterrence require a meaningful sentence.

4              Thank you.

5              THE COURT:  Thank you, Ms. Hughes.

6              MS. HALIM:  Your Honor, Mr. Hackett is going to

7    speak before I give my final thoughts --

8              THE COURT:  Okay.

9              MS. HALIM:  -- if that's all right.

10             THE COURT:  Mr. Hackett, why don't you come on up.

11             THE DEFENDANT:  Thank you, Your Honor, for giving

12   me this chance to speak.

13             I regret being there that day.  I regret ever

14   joining the Oath Keepers.  I will never forget the first

15   feeling I had when I realized I was in the building.  I was

16   horrified.

17             It wasn't until trial that I realized just how

18   much damage was done, how scared other people were just by

19   my presence.  When I heard police officers and aides testify

20   about how scared they were, how terrified their families

21   were, it broke my heart.

22             I apologize to the police officers on duty that

23   day.  I apologize to the aides and others who were in fear

24   for their lives.

25             I was so busy worrying about the damage I had done

1    to my family and my own life to appreciate the full

2    measurement of all who had suffered as a result of my

3    actions and my presence that day.  I truly am sorry for my

4    part in causing so much misery.

5            I have destroyed my life.  My daughter is afraid

6    to sleep in her own bedroom.  And my wife has received hate

7    mail and threatening phone calls.  She's bravely tried to

8    protect me from much of what she has heard, but occasionally

9    she would break and have to tell me what she was hearing.

10           I did this to my family.  I am the reason we are

11   not enjoying a happy and normal life.  Watching my daughter

12   break down again and again and again, knowing she was going

13   to lose her father over this, I have spent a lot of time

14   hating myself and praying that some day I can make up for

15   what I have lost as a family.  It wasn't just my family that

16   I hurt but also my patients and elderly friends that I would

17   help out from time to time.

18           My failure to recognize the situation I put myself

19   in it has hurt a lot of people in my life.

20           When I think about the pain that I have caused to

21   my family's life, it makes me realize how much more pain

22   I have caused for the families of police officers and many

23   others working at the Capitol that day.

24           I will never be the same, but I will try to make

25   things better with time.  I realize how lucky I am to have a

```
 1   family and friends who have loved me and been there for my
 2   family, and I am grateful.
 3            Your Honor, during the trial, I have watched how
 4   you've handled people with kindness and respect, and I'm so
 5   sorry that the reason you have for knowing me is so
 6   shameful.  I'm so thankful that you've allowed me to be at
 7   home with my family through this process, and I will forever
 8   be grateful to you for that.
 9            I am praying for your leniency, Your Honor, but
10   I am ready to accept your sentence.
11            THE COURT:  Thank you, Mr. Hackett.
12            MS. HALIM:  I hope you were able to see how
13   nervous he was, visibly shaking.  That's how he was at
14   points during the trial as well.  Mr. Hackett's not an
15   emotionally effusive person, but that came from the heart,
16   that absolutely came from the heart.
17            Who is Joseph Hackett?
18            Dr. Joe is who he is in his Sarasota, Florida
19   community.
20            He's 52 years old.
21            And this is somebody who has no history of
22   involvement with politics at any extensive level whatsoever;
23   has no extremist history in his past; and there's no -- he
24   never had any sort of dangerous ideologies.  He was never --
25   he was never into stuff like that.  That's not Mr. Hackett.
```

1    I cannot imagine that the term "patriot" ever, ever entered

2    his life or came out of his mouth before the fall of 2020.

3            Having gotten to know him over the last two years,

4    I can tell you that when it comes to critical reasoning,

5    he's an unsophisticated person.  He is very skilled in a lot

6    of areas.  He is smart.  And he does have a lot of skill,

7    particularly when we're talking about his trade, his

8    profession as a chiropractor.  He's -- if you saw from the

9    letters, he's just magical with that.  And his patients

10   depend on him for that.  But with the critical reasoning and

11   the logic, not a sophisticated person.

12           His life prior to 2020 was simple.  There were

13   three things that dominated his life almost exclusively.

14   His family, his role as a chiropractor and running his

15   chiropractic practice, alongside his wife's wellness

16   business for their community, and the outdoors.  Very avid

17   cyclist.  He likes to camp.  He likes to fish.  He likes to

18   hike.

19           Mr. Hackett is a healer.  He is literally a

20   lifesaver, as one of the letters attested to.

21           When Mr. Hackett joined the Oath Keepers in July

22   of 2020, that was at a point when the organization wasn't

23   obviously extremist, not the way we know now, especially not

24   to a layperson like Joe, somebody who didn't come from a

25   background of military or law enforcement.  Not only did he

1    not personally come from it, no one in his close friend or

2    family circle -- like, that is not an area of life he had

3    any exposure to.

4            So in July of 2020 when he joins the Oath Keepers

5    in his neck of the woods, Mike Adams is the face of the

6    organization.  That's who Mr. Hackett got to know.  At that

7    point, the focus and the emphasis, it was on community

8    protection.  It was on emergency preparedness.

9            There was some reference to the riots in his

10   backyard, and that was very literally his reason for getting

11   involved.

12           Mr. Hackett's House has a backyard behind it.

13   There's a fence, not a -- you know, a solid fence, like a

14   chain-link fence you can see over.  There's some sort of

15   access road, not even a highway or a two-lane main road.

16   It's like an access road that goes around a giant shopping

17   center.

18           Directly across that road, there is the shopping

19   center.  In July 2020, there were riots there.  He and his

20   family were hunkering down when they heard the sirens.  They

21   heard gunshots.  They heard the damage.

22           And he was scared.  This is not someone who felt

23   that he was able to adequately protect either himself, his

24   family, or his home, and he was scared.  And so he started

25   asking around.  And some folks said to him, "Check out the

1    Oath Keepers," and that's what he did.  And that's how he

2    got involved.

3            He did not join this organization because he

4    shared any of the beliefs of Stewart Rhodes or anyone else

5    that we've now since learned about.  He did not join to

6    fight any sort of political or ideological battles.  The

7    election was nowhere on his radar at that time.

8            He got involved with some new people that he

9    didn't know, and he never really knew them well.  There's

10   been this appearance of knowing one another just because

11   we've been hyperfocused on just the Signal chats, the

12   communications, and then the handful of trips that were

13   taken or training sessions.

14           But apart from that, there's not day-to-day

15   interaction.  They're not meeting each other's families.

16   They're not hanging out at each other's jobs.  They're not

17   getting to know each other on a very personal level.  And he

18   made extraordinarily bad judgments of character, there's not

19   a question about that.

20           The group that he was a part of that was

21   spearheaded by the face of Mike Adams didn't devolve into

22   the obvious extremism until the rest of the country devolved

23   into the extreme polarities.  By then, misinformation was

24   running rampant.

25           Like Mike Adams said on the witness stand, a lot

1  of the chatter, a lot of the words, the rhetoric, the

2  verbiage that we were seeing in those chat groups,

3  specifically the Florida group that both Mr. Adams and

4  Mr. Hackett were a part of, echoed the rhetoric and the

5  sentiments that people in his corner of the country were

6  hearing on a regular and consistent basis and from some

7  pretty big sources.

8          I know everybody said it, and I don't want to be

9  unduly repetitive, but I think we have to acknowledge this.

10 The former President of the United States was saying that

11 the election was stolen and that there was widespread

12 corruption.  High-level officials and politicians were

13 endorsing what he was saying.  And then -- not all -- but

14 some national media outlets were repeating that, not in a

15 critical way, not in a way to dispel it, but so as to

16 bolster it.  So by that point, it becomes a little more

17 difficult to separate the wheat from the chaff, apparently.

18 When you're a person like Mr. Hackett, inexperienced, and

19 someone who is a follower, not a leader.

20         Your Honor, the darkest day in American history,

21 it didn't manifest just between December 19th and

22 January 6th.  It arose, I believe, as a combination of

23 dysfunctional systems, each enabling another and producing

24 an escalating series of toxic events.

25         Context matters.  What was going on in his world

1    view in his community matters.

2         I think about Officer Owens, who gave his victim

3    impact statement last Wednesday.  And I remember that

4    he said something to the effect of that he's a big believer

5    in free will; that every day we all wake up and we have the

6    choice:  We can do good or we can do evil.

7         But here's the thing -- and I agree completely, by

8    the way, if that's not obvious -- choices aren't made in a

9    vacuum.  We, as humans, complex creatures we are, we make

10   choices with information available to us, and I'm not sure

11   that it was unreasonable for Mr. Hackett to make some

12   choices in light of what he was hearing.

13        I think it would be unfair to punish the choices

14   that he made without first being willing to consider all of

15   that chaotic context and then being willing to trudge

16   through layers of human complexity.

17        I assure you that he will forever regret that he

18   did not exit stage left with Mike Adams in December of 2022.

19   He should have, absolutely.  He made absolutely poor

20   judgment calls on so many different levels.  And I promise

21   you also, he will forever for the rest of his life regret

22   that he allowed Kelly Meggs to convince him to go with that

23   group to D.C. on January 5th and 6th.

24        I'll transition now to the 3553(a) factors, and

25   I am going to focus not on all of them but just some of

1    them.

2              With respect to the nature and circumstances of

3    the offense, Your Honor has a very good grasp of that, and

4    I'm not going to go into any more detail there.

5              Likewise with respect to the history and

6    characteristics of Mr. Hackett, I think the Court has a good

7    handle between all of the information in the Presentence

8    Report, just seeing and observing who he is, how he comports

9    himself, and then as well as the letters, the letters that

10   his community speaks so very highly of him.

11             There's a void in his community at this point.

12   There are people that depended on him.  He and his wife both

13   had a commitment to making sure that whatever services their

14   patiences needed, they would get them regardless of price.

15   He was not a profit-driven person.  He was a helper.  He was

16   a healer.  He literally reduced people's pain and improved

17   their lives.

18             When we move forward to the need for the sentence

19   imposed under subsection (1)(2) and the issue of just

20   punishment and reflecting the seriousness of the offense,

21   I'm actually going to set that to the end and I'll come back

22   to that.

23             On the issue of deterrence, I hope the Court

24   agrees with me that specific deterrence is not a factor

25   here.  Mr. Hackett is not going to re-offend.  I will tell

66

1    you he's scared of his own shadow and has been for two solid

2    years at this point.  There is not a doubt in my mind that

3    he is not a danger of recidivism, and he's now at that age

4    where the studies are showing he's aging out of being a risk

5    of re-offending anyway, being 52 years old.

6         When it comes to general deterrence, I heard

7    Your Honor say yesterday about the things all these defense

8    lawyers keep citing, and I cite it ad nauseam.  But this

9    case is different.  So let me take a stab at it and see if I

10   can share my perspective in a way that I hope will be at

11   least somewhat compelling.

12        So the certainty of being caught is more important

13   than whatever the individual outcome is for a person's

14   sentence or the result of their case.  And in that flyer

15   that I think we all point to, the Department of Justice,

16   National Institute of Justice, "Five Things" series that

17   they have, they give that example of the -- having the

18   visual of a police officer on a corner or having the imagery

19   of a police with a handcuff.  Those are the kinds of things

20   that will have a chilling effect and an actual probable

21   deterrent effect on behavior.

22        I don't know why that's the example they cited.

23   But here's what I do know:  That doesn't apply to the

24   federal, because that's not how the feds work.  They don't

25   stand on street corners with handcuffs.

1          So when we extrapolate to the federal level,

2     I think really what that's getting at is that when people

3     are aware and they have a knowledge that there is robust law

4     enforcement and they will come after you, that is the

5     deterrent effect.

6          So I would argue to Your Honor that there is a

7     need for general deterrence.  And to the extent that

8     whatever happens to one person actually impacts the behavior

9     of another human being, in this case under the circumstances

10     that we have here that are so very unique for a criminal

11     case, the message has been sent and the general deterrent

12     effect has been satisfied.

13          There have been an unprecedented amount of

14     resources devoted to these investigations and prosecutions.

15     There's a clear message:  "You will be caught."

16          I suggest to Your Honor that the general deterrent

17     effect has been satisfied just by virtue of the fact that

18     there is an absolute awareness that the feds will get you if

19     you engage in any activity that's even close to this.

20          Likewise, when we get to protecting the public

21     from further crimes, I hope Your Honor will agree with me

22     that there is not a need to protect the public from

23     Mr. Hackett's further crimes.  He is not at risk for

24     re-offending or recidivism.

25          On subsection (d), to provide the defendant with

68

1    needed educational, vocational, medical care, I do think

2    that there is a need to consider his medical care.  He's 52

3    years old, and he does suffer from a variety of conditions,

4    particularly his knee and his back.

5         And his treatment protocol has always been, his

6    whole life and even until, I think, last week, he had a

7    chiropractor appointment, is that's how he gets his

8    treatment for his bodily pain.  And that is not something

9    that he would get within the Bureau of Prisons.  You and

10   I know he might get an aspirin, and that's if he's lucky

11   after putting in multiple requests to the help.  So I do

12   think the need to provide appropriate and adequate medical

13   care is something that I'm asking Your Honor to take into

14   consideration.

15        On subsection (a)(3), the kinds of sentences

16   available, I want to be clear, I understand, Mr. Hackett

17   understands, that there will be a period of incarceration.

18   I'm not arguing that you sentence him to something that

19   doesn't involve incarceration.

20        He does have three months already in, the time

21   he's spent in detention, and I expect that Your Honor will

22   give some other period of incarceration on top of that.

23        But what I would ask the Court to do is consider a

24   combination of incarceration, home incarceration, and maybe

25   community service.

69

1           This is a good candidate.  This is someone who has

2   lost his profession and his livelihood.  His community is

3   suffering as a result of that.

4           And this is someone for whom he's got a lot of

5   good to give.  And it's such a shame and a waste to think

6   that the taxpayers are going to pay to house and clothe him

7   when you've got a person who is in a position to really give

8   back to his community.

9           I'm going to now claw back to the just punishment

10  and the need to promote respect for the law.

11          Your Honor is tasked, as you well know, with

12  fashioning the minimally sufficient sentence to accomplish

13  the objectives.

14          "Punishment" and "incarceration" are not synonyms.

15  I feel that as though that tends to be the sort of takeaway.

16  We just sort of devolve down into that punishment, that

17  means jail.  Punishment is jail.  And that's just not the

18  case.

19          The Supreme Court recognized in *Gall* that that's

20  not the case.  There are a variety of measures and

21  conditions that restrict liberty and serve as punishment for

22  a given offense.

23          You know, I've always, my whole career, I bristle

24  at the notion, which is often advocated by the government,

25  that the only way to punish someone and send the message

1    that we need to send is by putting them in jail, talk about

2    some number of months or years in prison.  I just don't

3    agree with that.

4            My position is that here we can come up with a low

5    number of months of incarceration that will satisfy the

6    "just punishment" prong of 3553(a)(2) and the remaining

7    factors, because when you consider all that he has already

8    suffered, whatever term of incarceration you do impose, and

9    then what comes after, when you look at that in totality,

10   that will be just punishment.

11           For two years, he's been on very strict house

12   arrest conditions.  He has not had access to any

13   Internet-connected device.  That includes his TV.  He

14   doesn't watch TV, because his TV is a smart one.  And so for

15   two years now, he has been under very strict conditions that

16   he gets no credit for, because he doesn't get any

17   time-served credit for that.

18           He couldn't work as a result of conditions.  But

19   separately and apart from that, he couldn't restore his --

20   he lost his license, his chiropractor -- with the Board Of

21   Chiropractors in the state of Florida, and he's not going to

22   able to get that back.  This is a forever thing.  He will

23   never again be a chiropractor.  This man devoted his entire

24   adult life to the study, the practice, and then the running

25   of a business to provide chiropractic care to patients and

```
 1    he will never get that back.  He has literally lost his
 2    livelihood.  Actually, I think I'd go even further and say
 3    he's lost his identity.
 4          His daughter, she was 11 years old when the feds
 5    raided his home.  Whoever she was on track to become as a
 6    young person, that's gone.  She will never be the version of
 7    herself -- sorry, Judge.  She will never be the version of
 8    herself that she was going to become, and Mr. Hackett bears
 9    that weight and he knows that.
10          He has suffered harassment.  He's been ostracized
11    and alienated by many people in his community.  His wife,
12    who is here and made the long trip from Florida, along with
13    a family friend, made the long trip from Florida, her
14    practice suffered because of the publicity of all this.  And
15    that's critical because she became the sole financial
16    provider for the family.
17          There's every likelihood that they're going to
18    lose their home as a result of this.
19          He's been sued civilly, and I fully expect that
20    there's going to be a judgment entered against him and that
21    he's going to have some amount of money to pay on top of
22    restitution that I expect Your Honor, criminal restitution,
23    to impose.
24          And then, of course, we've got whatever the prison
25    sentence is.  And then supervised release.
```

72

1          Now, on supervised release, the standard

2     conditions alone operate as restrictions on liberty.  But in

3     this case, there's going to be special conditions.  And

4     I assume they'll be similar to all of the others that you've

5     imposed, and that even heightens the restrictions on they're

6     liberty.

7          You know, at this point of the proceedings, we

8     rarely talk about the back-end factors or conditions as

9     being punishment.  We sort of list them, but we don't think

10    of them as punishment.  But the reality, it's the back-end

11    stuff that ends up jamming people up many times.  Those are

12    a form of punishment as well.

13         And, lastly, when it comes to sending a message,

14    this case is so unlike the vast majority of federal criminal

15    cases.  I make -- I tend to make this argument, you know,

16    that, you know, imposing a significant sentence is not going

17    to send a message because no one's listening.  I usually

18    turn around -- and this courtroom is kind of empty.  I turn

19    around, and it's usually dead empty.  And I'm like, "Nobody

20    knows this person, and nobody is getting the message."

21         But we have a different situation here.  Press is

22    listening.  Press is reporting.  The masses are listening.

23    People are getting the message.  And we can send a message

24    that it's not just about the jail, it is about your life

25    being over, your livelihood being stripped, your identity

1    being gone.  It's about losing your family, losing your

2    home, being in financial ruin.  It's about civil lawsuits.

3    He'll never be able to serve on a jury.  He'll never own a

4    gun again.  We can send that message in this case because

5    the people are listening.

6            And when you think about that in totality, I urge

7    Your Honor to think of -- I urge Your Honor to consider a

8    much lesser sentence than the government advocates for and a

9    significant downward variance from the Guidelines.

10           I'm going to in closing -- you know, this is --

11   Mr. Weinberg made reference to, you know, we're all more

12   than the sum of our worst acts.  In the defender community,

13   we always talk about how every human is so much more than

14   the worst thing that they've ever done.  And I've got

15   something that's along those lines but a slightly different

16   spin.  It comes courtesy of *Ted Lasso*.

17           He said in last week's episode -- and I don't know

18   if he's the originator.  But he said it, and that's how I

19   heard it.  "I hope either all of us or none of us is judged

20   by the actions of our weakest moments but, rather, the

21   strength we show if and when we're given a second chance."

22           I know you have to judge him.  It's literally and

23   actually your job.  But you have great latitude, Your Honor;

24   you have great discretion to vary downward to exercise

25   leniency.  And I ask you to do that for Mr. Hackett.  I am

1    confident that you will be impressed by the strength he

2    shows, by his conduct and his character when he gets that

3    opportunity to have a second chance.

4           Thank you.

5           THE COURT:  Thank you, Ms. Halim.

6           All right.  I'll take a few minutes and will

7    return.

8           Thank you, everyone.

9           COURTROOM DEPUTY:  All rise.

10          This is court stands in recess.

11          (Recess from 2:47 p.m. to 3:00 p.m.)

12          COURTROOM DEPUTY:  All rise.  This Honorable Court

13   is again in session.

14          THE COURT:  Please be seated.  Thank you,

15   everyone.

16          Okay.  Just to reiterate what the Guidelines are

17   in the case, they are 97 to 121 months of incarceration.

18          In addition to the Guidelines, I, of course, must

19   consider all the factors that are set forth in

20   18 U.S.C. 3553(a) and impose a sentence that is sufficient

21   but not greater than necessary to achieve the objectives of

22   sentencing set forth in the statute.  The factors I must

23   consider are the nature and circumstances of the offense and

24   the history and characteristics of the defendant, the need

25   for the sentence imposed to reflect the seriousness of the

1    offense, to promote respect for the law, and to provide just

2    punishment for the offense.

3            I also should consider adequate deterrence,

4    protecting the public, and to provide the defendant with any

5    needed educational, vocational training, or medical care.

6    I should consider the kinds of sentences available and to

7    the need to avoid unwarranted disparities.

8            I'm going to do this in a slightly different order

9    than I have been, which is I want to go first to the history

10   and characteristics of Mr. Hackett.

11           And, you know, he sits here 52, 53 years old.  His

12   history and his childhood is documented in the PSR.  And I

13   won't go into that too much here.  But he's been married

14   since 2009, has a 13-year-old daughter, has advanced degree,

15   has worked as a doctor of chiropractic care for much of his

16   professional life.  He's run a business.  And from all

17   accounts, he's not only an accomplished chiropractor, but

18   he's also someone who is patient-centered and patient-driven

19   and is not in it for the final dollar.

20           There are some substance abuse issues in his past

21   that he's had to cope with from time to time.

22           And, of course, everyone speaks of him in glowing

23   terms, which is not an uncommon phenomenon in this case,

24   which makes it all the more difficult to wrap one's head

25   around how you ended up where you have, Mr. Hackett.

1          You know, Ms. Halim's explanation is probably as

2    good as any, which is that the combination of factors of

3    politicians, media, and you getting some degree of -- well,

4    being afraid, in some sense, your purpose in joining the

5    Oath Keepers came from a righteous place, I think, that you

6    wanted to do something to try and protect your family.

7          And, ultimately, you know, I think it's easy --

8    it's not easy, but one can at least see how somebody who is

9    like you, once you get on one of these chats and that

10   becomes a source of news, a source of encouragement, a

11   source of community, that it's very difficult to turn away

12   from it and that it is something that can suck you in like a

13   vortex and very difficult to get out.

14         Unfortunately that is not an uncommon story, not

15   just in all these cases, but in various walks of life where

16   we sort of descend into, whether social media or these kind

17   of apps and people either desire wanting to be someone else

18   and/or do things that are at odds with who they

19   fundamentally are.

20         You know, I don't have any doubts, Mr. Hackett,

21   that the sentence ought to be a specific deterrent to you.

22   And, clearly, I have no concerns about you going out and

23   joining another militia, taking up arms.  You clearly have

24   thought a great deal about your actions and are repentant,

25   which is what part of this process is supposed to be about.

77

1        It's not just about taking a key and locking

2   somebody up.  I get that.  I understand that.  We hope that

3   people -- and, importantly, not everybody has said what

4   you've said.  Others have come up here and shown less

5   reflection and less thoughtfulness and less growth, frankly.

6   So I'm not worried about that.  I'm not worried about having

7   to protect you from the public.

8        You know, the "general deterrence" issue is an

9   interesting one, I think, Ms. Halim, and I hear what you're

10  saying.  On the other hand, I don't think the fact that

11  others are also being prosecuted means the need for, in this

12  individual case, to send a message of general deterrence

13  minimizes or neutralizes that factor.  The general

14  deterrence comes from the prosecution of all those who

15  participated in that day and the manner in which they did.

16       Mr. Hackett, I've -- in past sentencings I've sort

17  of talked about sedition.  I've talked about conspiracy.

18  Now, I'll just simply say this:  When you act with others,

19  there are consequences greater than when you act by

20  yourself.  There's greater danger.  There's greater risk.

21  There is greater potential that the ultimate objectives can

22  be carried out.  The more people that act, the more

23  likely -- the greater the likelihood is.

24       And when that action is against your government,

25  as the jury concluded, it makes the conduct particularly

1    dangerous and makes the conduct of the kind that things like

2    promoting respect for the law and making sure the sentence

3    reflects the seriousness of the offense become very

4    important.

5            You know, I don't take what Ms. Halim says

6    lightly, that your life has been forever changed; the life

7    of your family has been forever changed; that you have

8    suffered collateral consequences; your family has suffered.

9    And I'm sorry.  I really am.  People can be just terrible to

10   one another in their own self-righteousness.  It's really

11   very sad.

12           And, ultimately, frankly, many of my sentences --

13   maybe may not have expressly said so -- have reflected that

14   fact, that people have been punished in other ways, whether

15   it's professional consequences or reputational consequences

16   and the like.  And so I've taken all that into account.

17   Your health situation, I've taken that into account.

18           You know, in a case like this, as I'm not sure you

19   can appreciate, Mr. Hackett, one of the most important

20   factors I need to consider is to ensure that your sentence

21   is commensurate with those of others.  And anybody that has

22   sat here during these sentencings, I hope, has come to the

23   conclusion that that's been a very important consideration.

24   I've thought very hard about the spectrum of conduct, the

25   kinds of conduct and what people have been convicted for --

1    convicted of, not only that, but who else they've influenced

2    in leading that person to, themselves, violate the law and,

3    ultimately, what risk and danger they pose.  And those have

4    been some of the more significant things I'd have to think

5    about.

6         You know, when I look at your case relative to

7    others, there are certainly aspects of it that put you on

8    the less culpable end of the spectrum.  You were not a

9    leader or even though maybe you had some sort of a titular

10   role as a group leader, what have you.  You know, you

11   weren't making decisions.

12        Yes, you were in the Signal chat, but you weren't

13   as prolific as somebody, as Mr. Meggs certainly or as

14   directly recruiting like somebody like Ms. Watkins?  But you

15   were in it, and you were in it for some period of time.

16        And I think Ms. Hughes is correct, that you did

17   see the organization, to the extent it had a component of it

18   that was appealing to you and lawful, that changed during

19   the time you were in it.  And so that separates you from

20   some of the others, for example, Mr. Moerschel.

21        You know, some of the activities about the

22   disguising your name and the VPN, and I think the best face

23   forward is that this is very curious and odd for somebody in

24   your position to do that.  I mean, for heaven's sake, you're

25   a chiropractor in Florida.  You know, why are you doing that

1    unless you have some concerns about the legality of your

2    conduct?  I think it's a fair inference.

3            And, of course, there's Mr. Berry.  You know,

4    sure, he's impressionable, and perhaps some of the influence

5    that you had over him made him do some things that he

6    otherwise might not have, although to hear him say it, he

7    certainly went in with eyes wide open.

8            Mr. Hackett, I don't wish for you to think or

9    believe or anybody in your family or community should

10   believe that you are a bad person.  You're not.  You're

11   clearly a kind, caring man, a good father, husband, care

12   about others.  But we can all fall into that hole in a way

13   that we can't come out of.  And, regrettably, it's left to

14   me to have to sort of impose consequences for that.

15           And so given with everything I've had to consider,

16   including what I've done with others -- and I've only

17   allowed one person some component of home detention because

18   of his age.  It's Mr. Vallejo.  And Mr. Hackett's not quite

19   as old as Mr. Vallejo is, so I don't know that that's an

20   appropriate component of the sentence that's been

21   requested -- the sentence of the Court will be as follows:

22           It's the judgment of the Court that you will be

23   committed to the custody of the Bureau of Prisons for

24   concurrent terms of 42 months on Counts 1, 2, 3, and 4.

25           You're further sentenced to serve 36 months on

81

1    supervised release as to each of those counts, which will

2    run concurrently.

3         You're ordered to pay a special assessment of $100

4    per count, for a total of $400 to the Court.

5         Let me just pause and say that I think I've made

6    clear, but a lot of where this ended up, Mr. Hackett, was to

7    sort of assess your conduct relative in particular to

8    Mr. Moerschel.  And I thought the nature of the conduct and

9    your length of time warranted a slightly higher sentence to

10   make that distinction.  The actual conduct on the day itself

11   is comparable.  You both brought weapons to the District.

12   That's comparable.  But it's that little extra that I think

13   is reflected in my sentence that's different from him.

14        While you're on supervision, you shall abide by

15   the following mandatory conditions, as well as the

16   discretionary conditions that are recommended by the

17   probation office in Part D of the sentencing options of the

18   Presentence Investigation Report.  These are being imposed

19   to establish basic expectations for your conduct while on

20   supervision.

21        Those mandatory conditions include not committing

22   another federal, state, or local crime.

23        You must not unlawfully possess a controlled

24   substance.

25        You must refrain from using an unlawful,

1   controlled substance.

2           You must submit to one drug test within 15 days of

3   placement on supervision and at least two periodic drug

4   tests thereafter.

5           You must cooperate in the collection of DNA.

6           And you must make payment of restitution, which,

7   if there is one, will be determined by me after your

8   sentencing.

9           You must submit to substance abuse testing to

10  determine if you have used a prohibited substance and must

11  not attempt to obstruct or tamper with testing methods.

12          There will be some additional restrictions in

13  terms of who you can associate with and how you can do it.

14          You must not associate, communicate, or otherwise

15  interact with any known or unknown member of a terrorist

16  organization or any known or unknown criminal extremist

17  group or individual.  This includes persons who are or claim

18  to be involved with violent acts or advocating for acts of

19  violence and any persons who are located outside the

20  United States without the approval of the probation officer.

21  If you inadvertently associate, communicate, or otherwise

22  interact with a known terrorist or extremist group or

23  individual, you must immediately report this to the

24  probation officer.

25          You must seek the approval of the probation office

1   if you wish to access, view, or use any online social media.

2   You must not download any social media apps to your phone or

3   computer.  You must not access social media on any other

4   device not approved by the probation office.  Social media

5   includes any social media websites, chat services, blogs,

6   and the like.

7           You must not access, view, or use or possess any

8   extremist media.  This include material such as literature,

9   video, photos, social media, et cetera, from groups or

10  individuals who promote the use of violence to further an

11  ideological or religious cause.  If you inadvertently

12  access, view, or use or possess such material, you must

13  immediately report it to the probation officer.

14          To ensure compliance with the foregoing

15  conditions, you must allow the probation office to conduct

16  initial and periodic and unannounced searches of any

17  computers subject to computer monitoring.

18          You must allow the probation officer to install

19  computer-monitoring software on any computer.  This includes

20  desktops, laptops, mobile devices, tablets, smart watches,

21  and the like.  These searches shall be conducted to

22  determine whether the computer contains any prohibited data

23  prior to installation of the monitoring software, whether

24  the monitoring software is functioning effectively after its

25  installation, and whether there have been attempts to

84

1    circumvent the monitoring software after its installation.

2            You must warn any other people who use these

3    computers that the computers may be subject to searches

4    pursuant to this condition.  A probation officer may conduct

5    a search pursuant to this condition only when reasonable

6    suspicion exists that there is a violation of a condition of

7    supervision and that the computer or device contains

8    evidence of this violation.  Any search will be conducted at

9    a reasonable time and in a reasonable manner.

10            You must not use any services designed to encrypt,

11   disguise, mask, or anonymize your online activity.

12            And you shall not use any online gaming services

13   or systems, including mobile device applications.

14            You shall not use, without the consent of the

15   probation office, any telecommunications applications

16   software product, including Skype, Discord, et cetera, or

17   any other software that specializes in providing chat and

18   voice calls between computers, tablets, mobile devices,

19   gaming consoles, and smart watches.

20            You must provide the probation officer access to

21   any requested financial information and authorize the

22   release of any financial information.  The Probation Office

23   may share financial information with the

24   U.S. Attorney's Office.

25            I will authorize that jurisdiction of -- that

1    supervision be transferred to the jurisdiction of residence,

2    but I will maintain jurisdiction over the case.

3         The Court finds that you don't have the ability to

4    pay a fine and, therefore, waives the imposition of a fine

5    in this case.

6         You may be ordered to pay restitution in an amount

7    to be determined to the Architect of the Capitol.  The Court

8    determines that you don't have the ability to pay interest

9    and, therefore, will waive any interest on penalties that

10   may accrue on the balance.  Restitution payments shall be

11   made to the Clerk of the Court for the U.S. District Court

12   for the District of Columbia for reimbursement to the

13   Architect of the Capitol.  The Court will set, if it's

14   needed, a payment plan upon your release.

15        The financial obligations are immediately payable

16   to the Clerk of the Court for -- that is, to the Court, that

17   is, the $400, are immediately payable to the Clerk of the

18   Court of the U.S. District Court.  Within 30 days of any

19   change of address, if a balance remains, you shall notify

20   the Clerk of the Court of the change until such time as the

21   financial obligation is paid in full.

22        The probation office is authorized to release the

23   Presentence Investigation Report to all appropriate

24   agencies, including the probation office in the approved

25   district of residence, in order to execute the sentence of

1    the Court.

2            Mr. Hackett, you have the right to appeal your

3    convictions and the sentence that's been imposed.  In order

4    to do so, you shall file a notice of appeal within 14 days

5    of my having entered judgment.  If you cannot afford the

6    cost of an appeal, you can ask for leave to file an appeal

7    without cost to you.  If you do not have the means to afford

8    a lawyer for purposes of such an appeal, you can also ask

9    the Court to appoint one for you.

10           I also should add that you do have the right to

11   raise on appeal if you believe that you have not received

12   effective assistance of counsel either in connection with

13   your trial or at sentencing.

14           You also have the right under 28 United States

15   Code 2255 to challenge the conviction that's been entered

16   and the sentence imposed to the extent permitted by that

17   statute.

18           All right.  With that, that'll be the sentence of

19   the Court.

20           Ms. Halim, is there anything you'd like to request

21   or add as an objection to the record at this point?

22           MS. HALIM:  I've got a few things.

23           I'm going to start with an objection to one of the

24   proposed special conditions of supervised release, and that

25   is the possession of extremist media.

1          I have grave concerns that without a precise

2    definition, "extremist" is in the eye of the beholder.  And

3    that gives me grave concerns, having done quite a few

4    violation of supervised release hearings, that I -- it's not

5    that I oppose the condition in theory, it's just that in

6    practice, I don't know how that's supervised and governed

7    unless we all put our heads together and come up with a

8    definition of "extremist."

9          THE COURT:  That's what I was going to suggest,

10    Ms. Halim.  Would you be amenable to trying to fashion

11    something more concrete?  I mean, I can take a look.

12          MS. HALIM:  I am.

13          THE COURT:  I have not studied the issue, whether

14    courts have defined the term.  Whether U.S. Probation has

15    defined the term in a particular way, I don't know.  But

16    that's certainly something that we can take a look at.

17          MS. HALIM:  Thank you.

18          And then separate and apart from that, I would ask

19    that the Court consider a recommendation to the

20    Bureau of Prisons for FCI Coleman.  That's C-o-l-e-m-a-n.

21    That's in Florida.  Specifically, the low facility that also

22    has an adjacent satellite minimum-security camp.

23          THE COURT:  Okay.  I'll certainly reflect that.

24          MS. HALIM:  Thank you.

25          And if you could also enter a recommendation for

88

1    participation in the RDAP program.

2            THE COURT:  I will certainly do that as well.

3            MS. HALIM:  Will you permit Mr. Hackett to

4    self-report as well?

5            THE COURT:  I will.

6            MS. HALIM:  Thank you.

7            And then, lastly, with respect to the issue of the

8    property return that has not been effectuated yet, and I am

9    going to ask at this point that the -- if Your Honor will

10   please order the government to get that done before he

11   surrenders.

12           THE COURT:  Okay.

13           Mr. Edwards.

14           MR. EDWARDS:  I'm happy to just let you know what

15   I've already let Ms. Halim know.

16           We've begun that process.  I've discussed it with

17   the WFO agents who are discovering the specific property

18   she's requested, where that property is, and making sure we

19   can either get it to his family or to Ms. Halim if it's up

20   here.  And we actually believe most of it is up here.  So we

21   should be able to get it to someone, and I can work with

22   Ms. Halim.  I let her know that we'd be in touch next week

23   after all of these proceedings.

24           THE COURT:  Okay.

25           Well, if it escalates further or, put it

1   differently, you're still running into a wall, let me know

2   and I'll enter an order at that point.

3             Okay.  Anything else, Counsel?

4             MS. RAKOCZY:  Your Honor, just a housekeeping

5   matter for the government.

6             In this case, 22-CR-15, when we brought it, the

7   government neglected to move to dismiss the charges against

8   Mr. Hackett and the other previously indicted defendants in

9   Case No. 21-CR-28.

10            We can put something on the record in that case in

11  written format, moving formally to dismiss the charges

12  against Mr. Hackett and those other defendants in this case

13  who were previously indicted in this case.

14            But Probation has kindly reminded us that we

15  should just make it clear on this record at the sentencings

16  for these eight defendants who you've now sentenced that

17  four of the six who were previously charged in Case No.

18  21-CR-28, the government is formally moving to dismiss the

19  charges against those defendants in that case.

20            THE COURT:  Okay.

21            All right.  I think if the government simply files

22  a notice of dismissal, and I think under the rules I'm

23  required to --

24            MS. RAKOCZY:  I think for an indictment, you still

25  need to grant our motion, Your Honor.

1              THE COURT:  Right.

2              MS. RAKOCZY:  But we will file that.

3              THE COURT:  Right.

4              But that's just the additional formal step that

5       I'll need to take, but we'll take care of that.

6              Okay.  Anything else, folks?

7              All right.  Mr. Hackett, I know this is difficult,

8       but -- and maybe the words will be hollow.  But I have

9       little doubt that the life that has -- you've led until the

10      fall of 2020 is something you'll be able to reclaim, maybe

11      not in all of its individual pieces, but as a whole, you

12      will get back to where you were, and you'll find some peace

13      in your life, you will make your daughter proud, make your

14      wife proud, and, ultimately, I think, serve your country and

15      your community.

16             Thank you, everyone.

17             COURTROOM DEPUTY:  All rise.

18             This Court stands in recess.

19             (Proceedings concluded at 3:22 p.m.)

20

21

22

23

24

25

C E R T I F I C A T E

      I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__June 9, 2023_____ 

     William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [6]** 3/2 38/11 38/14 74/9 74/12 90/17
**MR. EDWARDS: [1]** 88/14
**MS. HALIM: [33]** 17/5 18/12 24/16 24/19 25/4 25/15 26/19 26/22 28/2 28/5 28/17 32/18 33/8 33/11 33/14 33/17 34/15 35/4 35/23 36/16 36/21 37/2 37/19 51/6 57/6 57/9 59/12 86/22 87/12 87/17 87/24 88/3 88/6
**MS. HUGHES: [3]** 18/20 18/22 53/12
**MS. RAKOCZY: [3]** 89/4 89/24 90/2
**THE COURT: [44]** 3/12 17/6 18/14 18/21 24/13 24/18 25/3 25/6 26/12 26/21 27/23 28/4 28/16 32/17 33/7 33/9 33/12 33/15 34/7 34/16 35/15 36/15 36/18 37/1 37/17 38/7 38/16 51/12 57/5 57/8 57/10 59/11 74/5 74/14 87/9 87/13 87/23 88/2 88/5 88/12 88/24 89/20 90/1 90/3
**THE DEFENDANT: [1]** 57/11

**$**
**$100 [1]** 81/3
**$300,000 [1]** 53/9
**$400 [2]** 81/4 85/17

**'**
**'em [1]** 41/24
**'we' [3]** 20/22 20/23 20/24

**1**
**10,000 [1]** 43/10
**100 [1]** 43/9
**11 [2]** 4/12 71/4
**11th [1]** 40/19
**121 [2]** 53/8 74/17
**123 [1]** 17/24
**12th [1]** 54/21
**13-year-old [1]** 75/14
**14 [4]** 4/19 50/8 52/20 86/4
**145 [1]** 17/24
**15 [5]** 15/6 44/22 44/24 82/2 89/6
**1503 [1]** 21/14
**1512 [9]** 4/5 4/15 6/3 8/1 9/23 12/16 12/19 16/13 38/20
**16th [2]** 23/24 43/24
**17 through 20 [1]** 4/20
**173 [1]** 18/5
**173A [1]** 18/5
**1775 [1]** 40/13

**2**
**20 [3]** 4/20 15/6 50/8
**20001 [1]** 2/9
**2007 [1]** 7/13
**2009 [1]** 75/14
**2011 [1]** 7/7
**2017 [1]** 7/7
**2019 [1]** 7/5
**202 [2]** 1/18 2/9
**2020 [13]** 20/6 27/1 29/5 29/14 39/21 53/14 54/7 60/2 60/12 60/22 61/4 61/19 90/10
**2021 [3]** 8/10 11/19 37/9
**2022 [2]** 7/11 64/18
**2023 [4]** 1/5 5/5 6/25 91/7
**20579 [1]** 1/17
**20th [13]** 8/13 8/16 9/1 10/9 10/24 11/16 11/19 11/21 12/3 12/25 13/17 14/5 46/21
**21-CR-28 [2]** 89/9 89/18
**215-300-3229 [1]** 2/3
**21st [1]** 37/8
**22-15-7 [1]** 1/4
**22-CR-15 [1]** 89/6
**223 [2]** 7/6 14/22
**2255 [1]** 86/15
**22nd [3]** 5/5 6/25 44/9
**23 [1]** 4/24
**24 [1]** 10/3
**25 [1]** 16/23
**252-7277 [1]** 1/18
**26 F.4th 339 [1]** 7/10
**28 [3]** 86/14 89/9 89/18
**28th [3]** 11/10 37/8 37/9
**29 [13]** 3/17 4/5 4/8 4/18 4/25 5/1 5/6 5/9 5/16 5/17 6/14 7/1 23/9
**2:47 p.m [1]** 74/11
**2J1.1 [1]** 52/9
**2J1.2 [1]** 31/20
**2nd [1]** 19/9
**2X5.1 [1]** 52/6

**3**
**30 [3]** 24/11 53/6 85/18
**30,000 [1]** 53/9
**3229 [2]** 2/3

**3249 [1]** 2/9
**33 [1]** 4/25
**333 [1]** 2/8
**339 [1]** 7/10
**354-3249 [1]** 2/9
**3553 [3]** 64/24 70/6 74/20
**3580 [1]** 2/2
**36 [1]** 80/25
**368 [1]** 7/4
**372 [1]** 38/21
**384 [1]** 4/18
**3:00 p.m [1]** 74/11
**3:22 p.m [1]** 90/19
**3A1.4 [2]** 23/21 53/5
**3C1.1 [2]** 23/2 32/20

**4**
**42 [1]** 80/24
**45 [1]** 55/21
**474 [2]** 4/19 4/24
**475 [1]** 4/25
**477-1 [1]** 5/2
**478 [1]** 4/25
**479 [1]** 4/25
**4th [2]** 11/9 54/24

**5**
**50 [1]** 22/9
**505 F.3d 698 [1]** 7/12
**508 [2]** 5/1 5/2
**515 U.S. 593 [1]** 7/3
**52 [4]** 59/20 66/5 68/2 75/11
**521 [1]** 4/21
**524 [1]** 4/21
**527 [1]** 16/22
**53 [1]** 75/11
**541 [1]** 4/23
**554 [1]** 16/19
**555 [1]** 16/19
**565 [1]** 16/20
**572 [1]** 16/23
**580 [1]** 16/21
**593 [1]** 7/3
**594 [1]** 7/8
**596 [1]** 4/23
**5th [7]** 22/11 32/7 45/3 45/10 45/11 49/1 64/23

**6**
**601 [1]** 1/17
**655 F.3d 594 [1]** 7/8
**698 [1]** 7/12
**6th [30]** 8/5 8/8 8/24 14/3 18/23 21/4 21/10 23/2 30/7 30/21 31/5 32/2 32/7 38/6 41/7 41/8 44/15 44/16 44/18 48/13 49/12 49/13 50/9 50/10 50/21 53/20 55/3 56/10 63/22 64/23

**7**
**70 [2]** 17/24 17/24
**72 million [1]** 43/11
**7277 [1]** 1/18
**7th [14]** 8/6 9/9 9/15

**8**
**862 F.3d 223 [2]** 7/6 14/22
**8th [2]** 8/17 8/18 10/15

**9**
**916 F.3d 368 [1]** 7/4
**9652 [1]** 55/19
**97 [2]** 53/8 74/17
**9705 [2]** 51/1 51/2
**9:12 [1]** 55/17
**9th [2]** 40/20 54/23

**A**
**abide [1]** 81/14
**ability [2]** 85/3 85/8
**able [6]** 59/12 61/23 70/22 73/3 88/21 90/10
**about [60]** 3/23 8/22 10/9 11/5 11/18 12/17 13/25 14/2 15/23 16/4 17/13 27/22 29/17 29/24 30/17 33/9 37/25 43/7 43/8 43/12 43/15 43/15 43/18 46/18 46/20 49/3 49/4 50/11 50/23 54/3 54/19 57/20 57/25 58/20 60/7 62/5 62/19 64/2 66/7 70/1 72/8 72/24 72/24 73/1 73/2 73/6 73/13 76/22 76/24 76/25 77/1 77/6 77/6 77/17 77/17 78/24 79/5 79/21 80/1 80/12
**above [1]** 91/4
**above-titled [1]** 91/4
**absence [2]** 35/1 50/24
**absolute [1]** 67/18
**absolutely [5]** 13/21 32/8 59/16 64/19 64/19
**abuse [2]** 75/20 82/9
**accept [2]** 28/25 59/10
**access [8]** 61/15 61/16 70/12 83/1 83/3 83/7 83/12 84/20
**accomplish [2]** 49/22 69/12
**accomplished [1]** 75/17
**account [5]** 10/10 46/8 54/20 78/16 78/17
**accounts [1]** 75/17
**accrue [1]** 85/10
**accurate [1]** 17/25
**achieve [1]** 74/21
**acknowledge [1]** 63/9
**acknowledgement [1]** 44/14
**acquittal [5]** 5/13 5/15 5/17 5/25 16/12
**across [1]** 51/25
**act [5]** 34/22 40/9 77/18 77/19 77/22

**acted [4]** 6/10 6/11 6/11 34/5
**action [4]** 10/8 20/5 56/1 77/24
**actions [11]** 8/4 8/16 9/22 19/23 23/4 23/19 39/6 49/23 58/3 73/20 76/24
**active [3]** 20/5 40/3 50/2
**activities [1]** 79/21
**activity [9]** 18/15 24/20 29/12 38/19 39/9 39/9 39/11 67/19 84/11
**actor [1]** 14/16
**actors [1]** 76/2
**acts [8]** 15/8 19/4 38/23 39/7 52/12 73/12 82/18 82/18
**actual [10]** 32/1 39/15 47/18 48/4 49/6 49/20 49/21 49/21 66/20 81/10
**actually [11]** 29/14 34/19 35/19 37/20 39/14 49/20 65/21 67/8 71/2 73/23 88/20
**ad [1]** 66/8
**Adams [11]** 20/1 20/9 20/14 20/21 30/4 40/1 61/5 62/21 62/25 63/3 64/18
**add [5]** 17/9 18/6 50/4 86/10 86/21
**addition [2]** 17/10 74/18
**additional [5]** 11/7 17/10 25/5 82/12 90/4
**additional formal [1]** 90/4
**additions [1]** 18/11
**address [2]** 55/5 85/19
**adequate [2]** 68/12 75/3
**adequately [1]** 61/23
**adjacent [1]** 87/22
**adjourn [1]** 48/5
**adjustment [1]** 32/20
**administration [6]** 47/14 48/3 51/17 51/25 52/22 52/24
**admission [1]** 19/15
**admit [2]** 19/11 40/24
**admitted [4]** 35/24 35/25 36/17 36/24
**admonishment [1]** 24/1
**adult [1]** 70/24
**advanced [1]** 75/14
**advising [1]** 49/3
**advocated [1]** 69/24
**advocates [1]** 73/8
**advocating [1]** 82/18
**affect [2]** 23/23 51/25
**affirmative [1]** 35/2
**afford [2]** 86/5 86/7
**afraid [5]** 9/14 22/13 45/5 58/5 76/4

93

## A

after [24] 5/10 5/11 8/24 10/3 11/9 11/17 12/5 14/3 22/15 36/19 40/2 42/17 43/2 50/8 54/22 54/25 55/20 67/4 68/11 70/9 82/7 83/24 84/1 88/23
aftermath [1] 8/5
afternoon [8] 3/2 3/12 3/13 3/15 18/20 18/21 24/17 24/18
again [19] 3/12 20/9 20/21 31/16 32/25 41/3 42/20 43/3 43/3 43/24 45/8 45/9 55/19 58/12 58/12 58/12 70/23 73/4 74/13
against [14] 4/6 20/5 20/24 24/5 40/1 42/25 47/9 52/8 56/5 71/20 77/24 89/7 89/12 89/19
age [2] 66/3 80/18
agencies [3] 42/18 44/6 85/24
agent [6] 14/11 14/13 35/24 36/17 36/24 50/23
Agent Cain [2] 35/24 36/17
Agent Palian [1] 50/23
agents [1] 88/17
aggravating [1] 30/6
aggregating [1] 30/9
aging [1] 66/4
agree [7] 33/17 34/8 42/4 50/6 64/7 67/21 70/3
agreed [3] 39/3 46/23 47/7
agreement [1] 44/13
agrees [1] 65/24
Aguilar [2] 7/3 14/10
Ahab [4] 9/17 23/14 54/25 55/18
ahead [2] 25/3 54/1
aid [2] 16/20 16/23
aided [1] 2/11
aides [2] 57/19 57/23
alarmingly [1] 22/3
Alexandra [2] 1/15 3/6
Alexandra Hughes [1] 3/6
alienated [1] 71/11
alive [1] 42/15
all [74] 4/4 5/11 5/20 12/11 16/14 16/24 19/13 19/13 22/7 22/18 33/2 33/19 34/22 36/10 36/11 37/18 38/8 38/11 38/14 41/1 41/1 41/12 41/18 41/20 41/21 42/25 43/2 44/8 45/23 45/24 46/9 46/13 48/10 48/15 50/9 52/10 55/20 56/10 57/9 58/2 63/13 64/5 64/14 64/25 65/7

74/2 74/3 73/11 73/19 74/6 74/9 74/12 74/19 75/16 75/24 76/14 76/15 77/14 78/16 80/12 85/23 86/18 87/7 88/23 89/21 90/7 90/11 90/17
all right [1] 57/9
allocution [1] 53/11
allocutions [1] 4/1
allow [2] 83/15 83/18
allowed [3] 59/6 64/22 80/17
alluded [1] 14/16
almost [1] 60/13
alone [3] 14/3 42/12 72/2
along [3] 32/3 71/12 73/15
alongside [1] 60/15
alphabet [1] 84/9
already [7] 30/20 31/11 51/20 55/1 68/20 70/7 88/15
also [28] 5/8 9/15 11/24 14/19 15/9 20/8 21/16 21/23 22/25 23/20 26/6 32/24 39/2 40/16 42/8 44/14 47/6 51/10 58/16 64/21 75/3 75/18 77/11 86/8 86/10 86/14 87/21 87/25
altercations [1] 46/1
altered [1] 6/8
although [2] 44/22 80/6
always [3] 68/5 69/23 73/13
am [17] 10/25 16/7 35/12 35/13 42/22 52/14 58/3 58/10 58/25 59/2 59/9 59/10 64/25 73/25 78/9 87/12 88/8
amenable [1] 87/10
amend [1] 26/3
amended [4] 25/1 25/4 25/5 25/7
amendment [3] 25/12 25/13 25/16
AMERICA [4] 1/3 3/3 41/16 41/23
American [1] 63/20
Americans [1] 56/11
AMIT [2] 1/9 38/15
among [3] 39/1 40/4 48/13
amongst [1] 11/4
amount [4] 41/4 67/13 71/21 85/6
amounted [1] 56/8
analysis [3] 6/14 8/11 15/1
Angela [1] 2/2
Angie [1] 3/8
Angie Halim [1] 3/8
angiehalim [1] 2/4
angling [1] 54/2
announced [1] 55/4

another [7] 53/18 62/10 63/23 67/9 76/23 78/10 81/22
answer [1] 24/12
anticipated [3] 8/7 8/23 53/14
any [55] 3/24 5/13 7/16 10/6 13/6 16/1 16/4 16/4 18/17 24/12 29/9 29/21 30/24 30/24 31/22 32/15 32/16 32/23 33/4 37/7 50/24 53/23 59/22 59/24 61/3 62/4 62/6 65/4 67/19 70/12 70/16 75/4 76/2 76/20 82/15 82/16 82/19 83/1 83/2 83/23 83/5 83/7 83/16 83/19 83/22 84/2 84/8 84/10 84/12 84/15 84/17 84/21 84/22 85/9 85/18
anybody [2] 78/21 80/9
anymore [2] 35/13 36/14
anyone [5] 13/10 19/16 32/1 32/9 62/4
anything [12] 16/25 27/10 30/17 32/12 33/5 34/2 35/22 37/8 37/18 86/20 89/3 90/6
anyway [2] 41/14 66/5
anywhere [1] 27/11
apart [2] 62/14 70/19 87/18
apologize [3] 28/9 57/22 57/23
app [13] 8/9 10/7 11/11 11/18 12/8 13/9 23/7 37/14 37/14 46/19 46/21 50/7 51/19
apparent [1] 50/13
apparently [1] 63/17
appeal [6] 86/2 86/4 86/6 86/6 86/8 86/11
appealing [1] 79/18
appear [1] 27/11
appearance [1] 62/10
APPEARANCES [2] 1/13 1/20
appeared [1] 28/8
appearing [1] 3/10
appears [2] 26/7 28/10
applicable [3] 52/4 52/16 52/17
application [8] 8/12 11/14 12/17 34/6 35/5 35/11 35/14 37/22
applications [8] 36/4 36/4 36/9 36/14 37/15 51/10 84/13 84/15
applies [5] 48/1 48/2 48/10 52/9 52/10
apply [2] 50/7 66/23
appoint [1] 86/9
appointment [1] 68/7
appreciate [5] 18/13 25/17 26/22 58/1 78/19

appreciate [1] 12/9 18/13
approaches [1] 44/16
appropriate [5] 5/25 51/21 68/12 80/20 85/23
approval [2] 82/20 82/25
approved [2] 83/4 85/24
apps [3] 51/3 76/17 83/2
AR [2] 44/22 44/24
AR-15 [4] 44/22 44/24
arch [1] 39/24
Architect [2] 85/7 85/13
are [65] 6/8 9/25 10/25 14/8 15/12 16/21 22/4 22/4 23/15 24/21 25/9 26/1 28/14 29/2 29/21 31/8 31/9 31/15 39/7 40/12 41/5 41/21 43/18 44/11 45/13 49/18 49/23 52/17 54/15 55/20 56/3 58/10 64/9 65/12 66/4 66/19 67/3 67/10 69/6 69/14 69/20 72/11 72/22 72/23 73/5 74/16 74/17 74/19 74/23 75/20 76/18 76/19 76/24 77/11 77/19 79/7 79/25 80/10 81/16 81/18 82/17 82/19 85/15 85/17 88/17
area [2] 28/15 61/2
areas [2] 28/6 60/6
aren't [2] 25/18 64/8
Ares [5] 21/2 27/15 27/18 27/20 28/19
argue [1] 67/6
argued [1] 35/4
arguing [1] 68/18
argument [10] 3/24 5/3 8/2 9/5 12/17 24/19 31/22 32/15 33/13 72/15
arguments [3] 5/7 18/17 29/11
arms [2] 20/24 76/23
arose [1] 63/22
around [12] 8/13 9/20 11/15 13/17 37/5 37/5 50/8 61/16 61/25 72/18 72/19 75/25
arrest [10] 11/9 12/5 13/24 14/4 15/16 23/25 31/10 43/25 55/25 70/12
arrested [7] 11/24 13/25 14/7 14/25 15/9 15/11 50/18
arrests [5] 10/4 11/21 15/14 33/22 44/5
arrived [1] 21/7
arsenal [1] 56/19
arts [4] 27/16 28/12

appreciate Image [1] 18/13
appreciate Image [1] 29/4

as [115]
ask [13] 3/20 17/2 18/8 18/9 25/6 25/15 26/2 26/10 26/13 26/17 68/23 73/25 86/6 86/8 87/18 88/9
asked [4] 14/11 25/12 32/10 42/2
asking [3] 42/20 61/25 68/13
aspects [1] 79/7
aspirin [1] 68/10
assaultive [1] 30/24
asserted [4] 8/7 8/15 10/8 11/3
assertion [1] 31/23
assertions [1] 17/17
asserts [2] 9/6 12/6
assess [1] 81/7
assessment [1] 81/3
assistance [1] 86/12
assisted [1] 21/7
associate [3] 82/13 82/14 82/21
assume [2] 45/7 72/4
assure [1] 64/17
attachment [1] 55/6
attempt [1] 82/11
attempts [1] 83/25
attend [1] 39/22
attended [2] 19/21 21/2
attention [4] 9/3 40/18 40/23 50/21
attested [1] 60/20
ATTORNEY'S [2] 1/16 84/24
attributed [1] 56/1
authority [3] 29/9 39/5 47/1
authorize [2] 84/21 84/25
authorized [1] 85/22
availability [1] 6/12
available [2] 64/10 68/16 75/6
Avenue [1] 2/8
average [1] 14/17
avid [1] 60/16
avoid [1] 75/7
aware [16] 11/20 11/23 13/24 15/15 16/2 18/3 19/8 19/17 19/18 29/3 30/12 30/13 33/22 50/18 54/16 67/3
awareness [2] 16/5 67/18
away [2] 24/9 76/11

## B

back [15] 9/9 15/10 29/14 36/7 38/10 42/21 65/21 68/4 69/8 69/9 70/22 71/1 72/8 72/10 90/12
back-end [2] 72/8 72/10

**B**

**background** [1] 60/25
**backyard** [4] 54/7 54/8 61/10 61/12
**bad** [3] 51/8 62/18 80/10
**Baker** [2] 2/5 3/9
**balance** [3] 14/25 85/10 85/19
**Barrett** [1] 2/8
**Base** [1] 52/20
**based** [6] 12/4 15/24 34/22 46/22 47/11 48/10
**basic** [1] 81/19
**basis** [3] 9/6 12/15 63/6
**bastards** [1] 19/10
**battle** [1] 43/10
**battles** [1] 62/6
**be** [98]
**bears** [1] 71/8
**became** [1] 71/15
**because** [38] 8/18 9/14 12/16 15/8 17/14 22/3 22/13 25/17 29/4 33/19 35/8 40/18 42/19 43/20 45/5 45/22 46/18 47/15 47/17 48/2 52/2 52/7 52/11 54/2 54/15 56/3 56/22 62/3 62/10 66/24 70/7 70/14 70/16 71/14 71/15 72/17 73/4 80/17
**become** [3] 71/5 71/8 78/3
**becomes** [2] 63/16 76/10
**bedroom** [1] 58/6
**been** [53] 3/22 8/17 8/19 9/2 10/4 11/20 14/7 15/9 15/11 17/12 17/17 18/5 25/10 26/24 33/3 35/21 36/4 39/15 41/9 42/14 45/22 45/23 45/24 46/1 50/18 54/22 54/25 59/1 62/10 62/11 66/1 67/11 67/12 67/13 67/17 68/5 70/11 70/15 71/10 71/19 75/9 75/13 78/6 78/7 78/14 78/23 78/25 79/4 80/20 83/25 86/3 86/15 88/8
**before** [15] 1/9 11/16 15/6 15/24 23/5 24/19 31/1 49/12 51/13 52/30 53/23 56/13 57/7 60/2 88/10
**began** [1] 55/24
**begs** [1] 22/18
**begun** [2] 50/22 88/16
**behalf** [1] 3/9
**behavior** [2] 66/21 67/8
**behind** [2] 21/15 61/12
**beholder** [1] 87/2
**being** [22] 6/7 21/22 29/3 31/25 39/19 40/9 46/16 57/13 64/14

67/9 72/9 72/25 72/25 73/1 73/2 76/4 77/11 81/18
**belabor** [2] 29/18 29/21
**beliefs** [1] 62/4
**believe** [9] 38/4 44/9 46/12 55/7 63/22 80/9 80/10 86/11 88/20
**believed** [1] 55/10
**believer** [1] 64/4
**bend** [1] 41/23
**benefit** [4] 4/16 5/8 29/15 49/23
**Berry** [20] 9/9 9/10 9/12 9/13 11/22 13/24 22/6 22/9 22/12 22/15 22/3 32/10 44/20 45/4 45/11 45/15 48/24 49/15 55/15 80/3
**best** [1] 79/22
**better** [1] 58/25
**between** [10] 7/16 7/18 11/8 13/7 13/7 13/10 14/4 63/21 65/7 84/18
**beyond** [5] 5/21 6/2 6/4 10/1 15/22
**big** [2] 63/7 64/4
**biggest** [1] 43/1
**bin** [1] 36/25
**blatantly** [2] 24/2 44/1
**blogs** [1] 83/5
**Board** [1] 70/20
**bodily** [1] 68/8
**body** [2] 38/5 55/7
**boils** [1] 7/14
**bolster** [1] 63/16
**bolt** [1] 42/3
**bond** [1] 42/8
**BOP** [1] 26/8
**both** [5] 19/4 40/2 63/3 65/12 81/11
**bravely** [1] 58/7
**break** [4] 36/19 41/24 58/9 58/12
**briefly** [1] 18/25 54/19
**bring** [1] 54/3
**bringing** [2] 28/6 48/12
**brings** [1] 27/13
**bristle** [1] 69/23
**broke** [1] 57/21
**brothers** [1] 42/9
**brought** [6] 21/9 44/21 45/1 47/23 81/11 89/6
**Brown** [1] 20/3
**Brown's** [2] 19/22 24/1
**building** [7] 9/11 31/1 39/7 45/25 55/16 56/13 57/15
**bullet** [1] 42/23
**burden** [1] 34/18
**Bureau** [4] 25/21 68/9 80/23 87/20
**buried** [1] 33/25
**burier** [1] 33/24
**business** [6] 27/18 28/23 28/23 60/16

**busy** [1] 57/25

**C**

**Cain** [3] 11/14 35/24 36/17
**calculated** [2] 23/22 51/25
**calculation** [2] 52/5 52/14
**Caldwell's** [5] 4/18 4/20 4/22 5/6 6/25
**Caleb** [11] 9/9 11/22 13/24 22/6 22/9 22/15 22/22 23/3 32/10 45/4 55/15
**Caleb Berry** [9] 9/9 11/22 13/24 22/6 22/9 22/15 23/3 32/10 55/15
**call** [8] 16/3 33/18 40/5 40/6 40/17 40/20 50/6 54/23
**called** [1] 47/8
**calls** [3] 58/7 64/20 84/18
**came** [8] 12/4 32/5 35/20 54/9 59/15 59/16 60/2 76/5
**camp** [2] 60/17 87/22
**can** [34] 12/22 18/10 19/12 21/13 25/6 25/14 26/7 33/23 40/25 55/25 58/14 60/4 61/14 64/6 64/6 66/10 70/4 72/23 73/4 76/8 76/12 77/21 78/9 78/19 80/12 82/13 82/13 86/6 86/8 87/11 87/16 88/19 88/21 89/10
**can't** [5] 13/2 34/2 36/10 41/24 80/13
**candidate** [1] 69/1
**cannot** [2] 60/1 86/5
**capacity** [1] 29/9
**Capitol** [12] 9/11 10/4 31/1 39/6 45/13 47/4 48/14 56/13 56/19 58/23 85/7 85/13
**Capitol building** [2] 9/11 31/1
**capped** [1] 52/18
**car** [1] 19/24
**caravan** [2] 21/5 44/19
**care** [8] 68/1 68/2 68/13 70/25 75/5 75/15 80/11 90/5
**career** [1] 69/23
**caring** [1] 80/11
**carried** [2] 44/20 77/22
**carts** [1] 21/8
**case** [33] 3/3 5/7 14/21 15/17 25/6 25/11 28/13 32/21 34/9 56/23 66/9 66/14 67/9 67/11 69/18 69/20 72/3 72/14 73/4 74/17 75/23 77/12 78/18 79/6 85/2 85/5 89/6 89/9 89/10 89/12

**cases** [7] 6/24 14/15 15/18 44/21 49/19 72/15 76/15
**category** [2] 33/18 53/7
**Category I** [1] 53/7
**caught** [2] 66/12 67/15
**cause** [4] 47/16 47/18 47/25 83/11
**caused** [3] 11/11 58/20 58/22
**causing** [3] 47/16 52/21 58/4
**CCTV** [1] 21/8
**celebratory** [1] 30/22
**cellular** [1] 6/5
**center** [2] 61/17 61/19
**centered** [2] 8/3 75/18
**certain** [4] 6/5 16/24 18/6 27/3
**certainly** [15] 25/10 28/9 28/10 46/15 47/24 49/12 50/19 51/23 55/14 79/7 79/13 80/7 87/16 87/23 88/2
**certainty** [1] 66/12
**Certified** [1] 2/7
**certify** [1] 91/2
**cetera** [3] 11/2 83/9 84/16
**CH** [1] 2/8
**chaff** [1] 63/17
**chain** [3] 12/23 23/13 61/14
**chain-link** [1] 61/14
**challenge** [1] 86/15
**chance** [4] 42/11 57/12 73/21 74/3
**change** [7] 23/15 26/18 32/24 32/25 46/6 85/19 85/20
**changed** [7] 33/1 54/21 54/24 55/17 78/6 78/7 79/18
**changes** [1] 23/14
**changing** [4] 9/17 9/25 23/5 26/19
**chanting** [1] 30/23
**chaotic** [1] 64/15
**character** [2] 62/18 74/2
**characteristics** [3] 65/6 74/24 75/10
**characterize** [1] 48/16
**charge** [1] 48/21
**charged** [2] 53/19 89/17
**charges** [3] 89/7 89/11 89/19
**chat** [12] 10/14 10/17 10/18 13/11 19/16 30/19 40/21 43/24 63/2 79/12 83/5 84/17
**chats** [5] 9/19 11/1 13/16 62/11 76/9
**chatter** [1] 63/1
**Check** [1] 61/25

**child** [1] 42/7

**childhood** [1] 75/12
**chilling** [1] 66/20
**Chinese** [1] 20/3
**chiropractic** [3] 60/15 70/25 75/15
**chiropractor** [7] 60/8 60/14 68/7 70/20 70/23 75/17 79/25
**Chiropractors** [1] 70/21
**choice** [1] 64/6
**choices** [6] 64/8 64/10 64/12 64/13
**Christmas** [1] 41/13
**cigarette** [1] 29/8
**circle** [1] 61/2
**Circuit** [8] 7/5 7/7 7/9 7/10 7/13 14/22 15/17 34/9
**circumstances** [5] 34/18 41/9 65/2 67/9 74/23
**circumvent** [1] 84/1
**cite** [1] 66/8
**cited** [2] 6/24 66/22
**citing** [1] 66/8
**citizen's** [2] 31/10 44/5
**citizenry** [1] 56/15
**civil** [3] 20/10 39/19 73/2
**civilly** [1] 71/19
**claim** [1] 82/17
**clarification** [2] 24/22 26/23
**clarify** [1] 28/17
**class** [1] 53/22
**claw** [1] 69/9
**clean** [1] 36/13
**cleaning** [1] 36/13
**clear** [9] 19/9 23/10 26/20 27/2 53/17 67/15 68/16 81/6 89/15
**clearly** [6] 8/7 8/23 21/14 23/22 43/20 45/13 76/22 76/23 80/11
**Clerk** [4] 85/11 85/16 85/17 85/20
**CliffsNotes** [2] 19/14 41/2
**clones** [1] 44/8
**close** [9] 5/11 15/18 28/1 28/6 33/18 40/23 50/6 61/1 67/19
**close-call** [1] 33/18
**close-in** [1] 28/1
**closely** [1] 29/19
**closer** [1] 9/1
**closes** [1] 5/11
**closing** [1] 73/10
**clothe** [1] 69/6
**cloud** [2] 36/6 51/10
**co** [14] 8/20 8/25 10/6 14/25 15/8 15/11 15/14 19/5 19/8 20/4 24/4 38/24 39/6 54/12
**Co-conspirator** [1]

## C

Co-conspirator... [1] 24/4
co-conspirators [10] 8/20 8/25 10/6 14/25 15/11 15/14 19/5 38/24 39/6 54/12
co-conspirators' [1] 19/8
co-defendants [1] 15/8
co-opted [1] 20/4
Code [2] 4/14 86/15
coercion [1] 52/1
Coleman [1] 87/20
collateral [1] 78/8
collection [1] 82/5
collective [1] 56/1
colluding [2] 23/25 44/1
COLUMBIA [5] 1/1 47/9 47/24 48/12 85/12
combat [7] 27/16 28/2 28/6 28/12 28/21 29/4 39/24
combination [4] 50/24 63/22 68/24 76/2
come [15] 31/9 34/19 41/14 44/17 53/24 57/10 60/24 61/1 65/21 67/4 70/4 77/4 78/22 80/13 87/7
comes [6] 60/4 66/6 70/9 72/13 73/16 77/14
comfort [1] 56/21
coming [4] 25/18 28/14 35/1 42/21
commands [1] 49/21
commensurate [1] 78/21
comments [1] 31/12
commitment [2] 41/19 65/13
committed [1] 80/23
committing [1] 81/21
common [2] 52/12 52/13
communicate [2] 82/14 82/21
communication [2] 18/3 18/4
communications [9] 6/6 13/6 13/10 16/3 40/4 40/23 48/11 50/13 62/12
communist [1] 44/8
community [16] 20/11 39/18 59/19 60/16 61/7 64/1 65/10 65/11 68/25 69/2 69/8 71/11 73/12 76/11 80/9 90/15
comparable [2] 81/11 81/12
compared [1] 54/12
compelling [1] 66/11
competing [1] 12/21
completely [4] 28/24 42/4 43/19 64/7
complex [1] 64/9

complexity [1] 62/6
compliance [1] 83/14
component [3] 79/17 80/17 80/20
comports [1] 65/8
comprise [1] 52/3
comprised [1] 56/11
computer [7] 2/11 83/3 83/17 83/19 83/19 83/22 84/7
computer-aided [1] 2/11
computer-monitoring [1] 83/19
computers [4] 83/17 84/3 84/3 84/18
concealed [1] 6/9
conceded [1] 13/5
conceivably [1] 26/8
concerning [1] 6/25
concerns [6] 25/25 38/1 76/22 80/1 87/1 87/3
conclude [3] 6/1 6/16 6/21
concluded [2] 77/25 90/19
conclusion [1] 78/23
concrete [1] 87/11
concurrent [1] 80/24
concurrently [1] 81/2
condition [4] 84/4 84/5 84/6 87/5
conditions [14] 18/6 68/3 69/21 70/12 70/15 70/18 72/2 72/3 72/8 81/15 81/16 81/21 83/15 86/24
conduct [41] 3/24 6/7 6/17 7/16 7/18 7/20 7/23 8/3 12/2 12/14 14/13 18/22 19/3 22/24 23/22 23/23 32/9 34/10 34/16 38/23 45/10 45/19 45/22 50/9 50/13 50/15 51/24 51/24 52/7 74/2 77/25 78/1 78/24 78/25 80/2 81/7 81/8 81/10 81/19 83/15 84/4
conducted [1] 27/7 83/21 84/8
confident [1] 74/1
confines [1] 49/8
confirm [2] 3/20 17/3
conflate [1] 15/19
conflict [1] 53/16
conformity [1] 10/11
confrontational [1] 30/24
conjures [1] 28/5
connected [3] 7/20 52/12 70/13
connection [2] 39/11 86/12
connotation [1] 27/13
connotations [1] 28/13
conscious [1] 46/16
consciousness [2]

consent [1] 84/14
consequences [6] 46/18 77/19 78/8 78/15 78/15 80/14
consider [14] 5/18 30/2 64/14 68/2 68/23 70/7 73/7 74/19 74/23 75/3 75/6 78/20 80/15 87/19
considerable [1] 56/6
consideration [3] 38/2 68/14 78/23
consistent [1] 30/10 63/6
consoles [1] 84/19
conspiracies [2] 38/24 47/3
conspiracy [10] 19/6 38/20 38/20 38/20 39/4 39/10 49/22 52/6 56/8 77/17
conspirator [1] 24/4
conspirators [10] 8/20 8/25 10/6 14/25 15/11 15/14 19/5 38/24 39/6 54/12
conspirators' [1] 19/8
conspirators' [1] 19/8
constitute [1] 7/25
constituting [1] 52/13
Constitution [3] 2/8 41/16 41/22
contact [1] 31/6
contains [2] 83/22 84/7
contemplating [1] 43/20 43/21
contemporaneously [1] 14/12
contend [1] 34/25
contest [1] 9/21
context [3] 6/14 63/25 64/15
contingency [1] 30/17
continued [2] 2/1 20/25
contributes [1] 46/15
control [5] 32/1 32/4 32/8 49/7 49/19
controlled [2] 81/23 82/1
conversation [2] 22/10 34/8
conversations [1] 30/18
convict [1] 12/18
convicted [4] 38/19 38/24 78/25 79/1
conviction [7] 4/11 5/14 9/7 9/23 16/11 16/13 86/15
convictions [2] 51/22 86/3
convince [2] 43/1 64/22
convinced [2] 6/15 24/5
cook [1] 22/10
cooperate [1] 82/5

coordinated [3] 9/15 30/14 48/14
coordination [2] 11/7 48/13
cope [1] 75/21
corner [2] 63/5 66/18
corners [1] 66/25
correct [3] 28/3 79/16 91/3
corrupt [3] 23/25 43/25 44/6
corruption [1] 63/12
corruptly [1] 6/11
cost [3] 48/7 86/6 86/7
could [12] 6/16 8/17 8/19 16/8 16/9 17/2 26/7 35/21 46/18 51/6 57/2 87/25
couldn't [2] 70/18 70/19
counsel [5] 3/23 12/12 45/18 86/12 89/3
count [9] 4/6 4/12 4/13 8/22 12/16 52/6 52/15 52/18 81/4
Count 1 [1] 52/6
Count 11 [1] 4/12
Count 4 [1] 52/18
Count 7 [1] 4/13
country [2] 22/13 42/25 45/6 62/22 63/5 90/14
counts [4] 52/10 52/10 80/24 81/1
Counts 1 [1] 80/24
Counts 2 [1] 52/10
couple [6] 17/7 18/6 24/21 38/8 38/9 41/11
course [15] 21/2 25/1 40/16 44/17 45/10 45/17 45/21 46/3 46/19 48/7 50/1 71/24 74/18 75/22 80/3
court [51] 1/1 2/6 2/7 5/12 5/17 5/22 11/12 14/9 14/14 14/23 15/3 15/22 21/5 25/1 27/3 27/5 29/1 32/16 33/4 34/11 34/21 35/23 37/23 38/11 38/14 54/13 56/22 65/6 65/23 68/23 69/19 74/10 74/12 80/21 80/22 81/4 85/3 85/7 85/11 85/11 85/13 85/16 85/16 85/18 85/18 85/20 86/1 86/9 86/19 87/19 90/18
Court's [3] 16/14 23/9 28/25
courtesy [1] 73/16
courtroom [1] 72/18
courts [2] 41/13 87/14
cowered [1] 24/8
CPT [3] 21/23 48/22 49/14
CR [4] 1/4 89/6 89/9 89/18
creates [1] 29/16

creatures [1] 64/9
credibility [1] 5/23
credit [2] 70/16 70/17
crime [2] 5/21 81/22
crimes [2] 67/21 67/23
criminal [18] 3/3 5/10 15/20 18/15 38/19 39/8 39/9 39/10 39/11 50/22 52/12 53/7 54/17 54/18 67/10 71/22 72/14 73/3
Criminal Case No. 22-15-7 [1] 3/3
critical [6] 13/2 26/5 60/4 60/10 63/15 71/15
cross [2] 32/1 52/7
cross-examination [1] 32/11
cross-reference [1] 52/7
CRR [2] 91/2 91/8
cry [1] 14/8
culpability [2] 17/14 52/2
culpable [2] 56/20 79/8
cure [1] 13/17
curious [1] 79/23
cursive [2] 55/6 55/10
custody [1] 80/23
cyclist [1] 60/17

## D

D.C [14] 1/5 1/17 2/9 21/7 22/12 28/14 32/7 45/2 45/5 54/9 54/10 55/1 56/18 64/23
damage [5] 47/17 52/22 57/18 57/25 61/21
danger [4] 54/7 66/3 77/20 79/3
dangerous [2] 59/24 78/1
dark [1] 10/25
darkest [1] 63/20
data [1] 83/22
databases [1] 15/10
date [5] 10/6 13/9 14/3 44/15 91/7
dates [2] 54/15 54/19
daughter [8] 22/12 41/10 45/5 58/5 58/11 71/4 75/14 90/13
daunting [1] 19/13 40/25
David [1] 31/2
day [16] 8/24 46/3 55/3 55/17 56/21 57/13 57/23 58/3 58/14 58/23 62/14 62/14 63/20 64/5 77/15 81/10
days [7] 11/16 12/5 44/7 50/8 82/2 85/18 86/4
dead [1] 72/19
deal [2] 50/20 76/24
dealing [1] 28/14
December [1] 31/10

**D**

December... [7] 39/21 41/7 45/9 54/24 55/3 63/21 64/18
decision [6] 6/23 15/18 23/9 42/10 42/10 42/12
decisions [1] 79/11
declined [1] 42/18
defend [1] 42/24
defendant [13] 1/7 2/2 3/10 6/8 6/11 6/16 6/25 7/22 14/10 34/19 67/25 74/24 75/4
Defendant Caldwell's [1] 6/25
defendant's [4] 5/12 7/19 15/14 16/21
defendants [6] 4/9 15/8 89/8 89/12 89/16 89/19
defender [1] 73/12
defense [2] 3/8 66/7
deficiency [1] 13/18
defined [2] 87/14 87/15
defining [1] 18/15
definition [2] 87/2 87/8
degree [8] 17/15 40/18 46/6 46/13 46/14 55/25 75/14 76/3
delay [1] 46/25
delete [10] 8/18 9/1 10/13 10/14 11/6 11/11 13/15 16/3 32/11 56/25
deleted [14] 6/5 9/10 12/25 13/9 13/21 17/22 18/1 22/17 23/7 32/23 35/3 35/3 35/19 50/7
deletes [2] 22/23 46/19
deleting [6] 8/16 10/9 12/14 22/19 26/4 55/16
deletion [9] 9/24 12/4 12/7 13/17 33/10 34/17 35/21 37/13 51/19
deliver [1] 3/16
demand [3] 15/22 23/24 43/25
demonstrate [1] 54/16
demonstrates [1] 15/25
Department [2] 15/5 66/15
departure [2] 37/19 37/23
depend [1] 60/10
depended [1] 65/12
depends [1] 34/18
deployments [1] 42/19
deputies [1] 10/11
descend [1] 76/16
described [3] 22/24 30/4 51/24
deserving [1] 31/24
designation [2] 26/9 38/1
designed [1] 84/10
desire [1] 76/17
desist [1] 56/6
desktops [1] 83/20

despite [1] 73/3
destroy [1] 9/13
destroyed [2] 6/9 58/5
destruction [1] 13/8
detail [1] 65/4
detailed [3] 20/2 20/3 22/1
detailing [1] 46/11
detection [1] 49/2
detention [2] 68/21 80/17
determination [2] 26/9 34/21
determinations [3] 17/13 17/16 17/19
determine [3] 5/19 82/10 83/22
determined [2] 82/7 85/7
determines [1] 85/8
determining [1] 25/22
deterrence [10] 57/2 57/3 65/23 65/24 66/6 67/7 75/3 77/8 77/12 77/14
deterrent [5] 66/21 67/5 67/11 67/16 76/21
detract [1] 29/23
developed [1] 42/8
developing [1] 19/16
device [4] 70/13 83/4 84/7 84/13
devices [2] 83/20 84/18
devolve [2] 62/21 69/16
devolved [1] 62/22
devoted [2] 67/14 70/23
did [38] 9/12 9/13 9/21 10/18 10/22 12/18 15/3 16/25 24/6 27/9 27/17 30/16 30/18 31/2 31/13 32/2 32/8 32/11 33/14 33/14 35/5 39/22 39/23 44/25 48/5 50/25 51/7 51/16 55/19 56/5 58/10 60/25 62/1 62/3 62/5 64/18 77/15 79/16
didn't [11] 30/16 32/4 32/4 32/4 32/13 34/1 35/8 60/24 62/9 62/21 63/21
die [1] 40/8
difference [2] 35/15 49/11
different [9] 15/12 36/9 41/9 64/20 66/9 72/21 73/15 75/8 81/13
differently [1] 89/1
difficult [5] 63/17 75/24 76/11 76/13 90/7
dig [1] 25/16
digital [1] 55/11
direct [4] 26/3 32/4 32/8 32/16
directed [1] 10/22
direction [3] 17/23

directives [1] 10/11
directly [7] 21/15 21/19 23/14 24/7 30/14 61/18 79/14
discharged [1] 5/23
Discord [1] 84/16
discovering [1] 88/17
discovery [1] 51/7
discretion [1] 73/24
discretionary [1] 81/16
discuss [1] 3/22
discussed [4] 5/7 6/24 45/24 88/16
discussing [1] 18/9
discussion [1] 5/4
disguise [1] 84/11
disguising [1] 79/22
dismiss [3] 89/7 89/11 89/18
dismissal [1] 89/22
disparities [1] 75/7
dispel [1] 63/15
dispute [1] 17/9
disputes [2] 3/22 17/8
distinction [4] 26/5 28/15 35/7 81/10
distinguish [1] 15/4
distinguished [2] 14/23 54/13
district [13] 1/1 1/1 1/10 24/24 44/17 47/9 47/24 48/12 81/11 85/11 85/12 85/18 85/25
DNA [1] 82/5
DNI [1] 44/2
do [48] 17/24 22/20 25/4 25/5 25/25 26/13 28/9 28/15 29/25 31/11 33/7 36/23 37/21 38/22 40/14 41/12 42/8 44/4 44/6 44/11 44/24 46/22 48/1 50/6 51/15 51/24 52/14 52/15 53/23 55/7 64/6 64/6 66/23 68/1 68/11 68/23 70/8 73/25 75/8 76/6 76/18 79/24 80/5 82/13 86/4 86/7 86/10 88/2
Do you have [1] 53/23
do you remember [1] 36/23
doctor [1] 75/15
document [1] 6/9
documented [1] 75/12
documents [1] 4/13
does [13] 7/25 13/25 17/22 22/19 22/22 39/21 44/17 46/6 46/7 50/7 60/6 68/3 68/20
doesn't [8] 13/17 27/11 34/12 43/14 66/23 68/19 70/14 70/16
doing [3] 46/16 56/5 79/25
Dolan [8] 24/4 41/7 41/12 42/13 43/15 43/19

Dolan's [1] 41/7
dollar [1] 75/19
dolly [1] 21/8
domestic [1] 42/25
dominated [1] 60/13
don't [34] 19/14 20/10 24/13 28/7 28/7 28/10 29/23 32/15 33/5 33/12 33/15 35/10 35/22 38/4 41/1 41/23 49/6 50/1 57/10 63/8 66/22 66/24 70/2 72/9 73/17 76/20 77/10 78/5 80/8 80/19 85/3 85/8 87/6 87/15 88/10
done [7] 42/19 57/18 57/25 73/14 80/16 87/3 88/10
doors [1] 56/12
doorsteps [1] 44/5
doubled [1] 56/7
doubt [6] 5/21 6/2 6/4 10/1 66/2 90/9
doubts [1] 76/20
down [8] 7/14 10/12 10/21 25/21 56/7 58/12 61/20 69/16
download [1] 83/2
downward [2] 73/9 73/24
dozen [1] 44/4
Dr. [1] 59/18
Dr. Joe [1] 59/18
draw [2] 5/24 12/11
drawing [1] 13/3
drawn [2] 12/22 50/21
dressed [1] 56/12
drink [1] 29/8
drinking [1] 29/8
driven [2] 65/15 75/18
drug [2] 82/2 82/3
due [3] 9/2 47/13 47/13
dumb [1] 19/10
during [12] 6/24 9/19 13/5 13/7 13/11 26/17 29/4 50/21 59/3 59/14 78/22 79/18
duties [1] 5/23
duty [1] 57/22
dynamics [1] 22/8
dysfunctional [1] 63/23

**E**

each [7] 4/1 52/15 62/15 62/16 62/17 62/23 81/1
earlier [2] 14/16 30/20
early [6] 19/5 19/21 20/6 24/1 40/5 54/16
easy [2] 76/7 76/8
ECF [4] 4/18 4/19 4/21 4/23
ECF 384 [1] 4/18
ECF 541 [1] 4/23
ECF Number 521 [1] 4/21
echoed [1] 63/4

echoing [1] 24/1
educated [1] 22/9
educational [2] 68/1 75/5
Edwards [4] 1/15 3/6 34/7 88/13
effect [9] 40/7 40/11 51/5 64/4 66/20 66/21 67/5 67/12 67/17
effective [1] 86/12
effectively [1] 83/24
effectuated [1] 88/8
effectuating [1] 49/11
effort [1] 11/4 54/18
efforts [7] 22/1 54/14 54/15 55/12 55/24 56/6 56/7
effusive [1] 59/15
eight [6] 4/8 31/18 47/14 48/1 52/23 89/16
eight-level [4] 31/18 47/14 48/1 52/23
either [10] 7/21 18/17 39/15 49/13 52/1 61/23 73/19 76/17 86/12 88/19
elaborate [2] 19/23 54/14
elderly [1] 58/16
election [11] 19/11 24/3 39/19 40/2 44/2 53/14 53/23 54/5 54/11 62/7 63/11
elements [5] 5/21 6/8
elevate [1] 26/8
eliminate [1] 55/10
else [8] 13/10 33/5 37/18 62/4 76/17 79/1 89/3 90/6
email [8] 1/18 1/19 2/4 46/10 55/4 55/5 55/5 55/7
emergency [1] 61/8
emotionally [1] 59/15
emphasis [1] 61/7
empty [2] 72/18 72/19
enabling [1] 63/23
encompasses [1] 19/4
encourage [1] 22/20
encouragement [1] 76/10
encouraging [1] 13/8
encrypt [1] 84/10
encrypted [1] 55/5
encryption [1] 56/25
end [7] 20/17 36/23 50/3 65/21 72/8 72/10 79/8
ended [6] 75/25 81/6
endorsing [1] 63/13
ends [1] 72/11
endure [1] 43/2
enemies [3] 24/1 42/25 44/1
Energy [1] 29/8
enforcement [12] 7/24 8/8 8/23 9/14 16/1 16/5 16/6 30/4 46/17 46/17

**E**
enforcement... [2] 60/25 67/4
enforcement's [1] 23/18
engage [2] 31/13 67/19
engaged [5] 6/16 7/22 23/4 47/4 55/14
enhancement [19] 23/1 23/10 23/20 23/21 31/18 31/19 31/19 32/19 32/20 47/14 48/1 48/2 48/9 48/17 48/18 48/18 49/20 51/21 52/4
enhancements [4] 18/17 24/21 47/12 52/17
enjoy [1] 42/11
enjoying [1] 58/11
enough [3] 9/25 16/10 46/9
ensure [2] 78/20 83/14
enter [3] 5/13 87/25 89/2
entered [7] 10/5 45/25 47/20 60/1 71/20 86/5 86/15
entering [1] 56/13
enterprise [1] 54/17
entire [3] 23/7 35/11 70/23
entirely [1] 23/6
entirety [7] 25/25 27/12 35/6 35/14 48/5 50/8 51/6
episode [1] 73/17
escalates [1] 88/25
escalating [2] 31/13 63/24
especially [1] 60/23
essence [1] 8/21
essential [1] 5/20
essentially [2] 10/12 46/4
establish [7] 7/17 11/24 12/24 14/9 34/12 46/5 81/19
establishes [1] 19/7
estimation [1] 44/20
et [3] 11/2 83/9 84/16
et cetera [3] 11/2 83/9 84/16
evade [1] 49/2
evaluate [3] 5/23 34/10 41/18
even [12] 15/13 18/3 25/16 39/25 40/5 42/18 61/15 67/19 68/6 71/2 72/5 79/9
evening [1] 45/3
event [1] 40/1
events [5] 10/4 30/11 50/21 52/3 63/24
eventually [1] 19/25
ever [6] 18/3 32/5 57/13 60/1 60/1 73/14
every [5] 26/6 42/11 64/5 71/17 73/13

everybody [2] 6/8 77/3
everyone [7] 3/12 38/16 41/8 74/8 74/15 75/22 90/16
everything [2] 29/17 80/15
evidence [59] 5/11 5/12 5/14 5/18 6/1 6/15 6/20 8/4 8/9 8/18 9/1 9/14 9/16 10/5 10/22 11/6 11/7 11/20 12/10 13/6 13/8 13/10 13/21 13/23 14/1 15/15 15/22 15/25 16/2 16/3 17/15 18/2 19/7 23/11 31/25 33/20 34/4 34/20 34/22 34/23 35/1 35/17 37/12 38/22 39/3 44/22 46/5 46/23 48/19 49/2 49/5 49/10 49/19 50/19 50/20 51/12 51/15 51/15 84/8
evident [1] 10/5
evidentiary [2] 13/2 13/18
evil [1] 64/6
exacerbate [1] 20/12
exactly [3] 22/22 24/6 40/12
examination [1] 32/11
Examiner [1] 11/14
Examiner Cain [1] 11/14
examining [1] 25/24
example [7] 12/11 34/13 43/24 50/3 66/17 66/22 79/20
exception [1] 52/18
exchange [3] 11/8 41/6 43/12
exclusively [2] 25/19 60/13
excuse [7] 4/25 5/16 10/13 39/10 47/13 47/19 48/6
execute [1] 85/25
execution [1] 46/25
exercise [1] 73/24
exhibit [6] 21/14 36/7 36/16 36/20 50/25 55/19
exhibits [1] 16/24
existed [1] 36/6
existential [2] 54/5 54/10
exists [1] 84/6
exit [1] 64/18
exited [1] 31/3
expect [3] 68/21 71/19 71/22
expectations [1] 81/19
expend [1] 48/8
experience [5] 20/14 20/16 30/3 30/4 30/11
expert [1] 29/9
explain [2] 6/19 8/15
explained [2] 9/13 22/2

explanation [2] 50/25 76/1
exposed [1] 54/18
exposure [1] 61/3
expressly [1] 77/13
extensive [5] 41/6 48/9 48/15 53/1 59/22
extent [6] 17/17 30/13 32/22 67/7 79/17 86/16
extra [1] 81/12
extraordinarily [1] 62/18
extrapolate [1] 67/1
extreme [1] 62/23
extremism [1] 62/22
extremist [8] 59/23 60/23 82/16 82/22 83/8 86/25 87/2 87/8
eye [2] 50/12 87/2
eyes [1] 80/7

**F**
F.3d [5] 7/4 7/6 7/8 7/12 14/22
F.4th [1] 7/10
face [3] 61/5 62/21 79/22
faces [1] 23/15
facility [5] 27/18 27/20 27/21 28/19 87/21
fact [16] 5/20 13/15 13/24 14/1 15/19 23/13 27/11 29/1 29/13 45/1 47/22 49/13 50/14 67/17 77/10 78/14
factor [3] 38/2 65/24 77/13
factors [8] 30/9 64/24 70/7 72/8 74/19 74/22 76/2 78/20
factory [3] 9/12 48/25
factory-reset [1] 48/25
facts [11] 5/24 14/8 14/15 14/19 15/12 17/10 18/25 29/21 29/23 30/2 39/12
factual [12] 3/22 9/6 12/23 17/7 17/9 17/13 17/17 25/9 25/18 31/9 46/22 47/11
failure [1] 58/18
fair [1] 43/22 80/2
fairly [2] 6/1 49/18
Faith [5] 9/17 23/14 55/18 55/21 55/22
fall [8] 14/15 19/21 20/6 24/2 54/7 60/2 80/12 90/10
falls [1] 48/19
familiarity [1] 17/15
families [3] 57/20 58/22 62/15
family [24] 41/14 42/3 42/5 42/11 43/2 58/1 58/10 58/15 58/15 59/1 59/2 59/7 60/14 61/2 61/20 61/24 71/13

family's [1] 58/21
far [3] 14/8 14/15 41/15
fashion [1] 87/10
fashioning [1] 69/12
father [2] 58/13 80/11
Fathers [1] 40/13
favor [1] 12/11
favorable [3] 5/18 12/10 13/3
FBI [3] 7/24 14/11 14/13
FCI [1] 87/20
FCI Coleman [1] 87/20
fear [2] 54/10 57/23
features [1] 30/6
February [2] 10/10 11/9
February 4th [1] 11/9
February 8 [1] 10/10
federal [10] 5/10 9/14 14/10 20/4 20/5 42/18 66/24 67/1 72/14 81/22
feds [3] 66/24 67/18 71/4
feel [4] 69/15
feeling [1] 57/15
feet [1] 24/9
feet away [1] 24/9
fell [2] 14/19 21/21
fellow [1] 14/6
felt [1] 61/22
fence [3] 61/13 61/13 61/14
few [12] 3/22 11/1 11/16 12/5 13/16 24/8 38/9 41/11 43/7 74/6 86/22 87/3
fight [6] 22/12 24/5 40/14 40/15 45/5 62/6
file [3] 86/4 86/6 90/2
files [2] 6/6 89/21
filings [1] 4/16
filled [2] 13/2 53/21
final [2] 57/7 75/19
finally [1] 5/3
financial [7] 71/15 73/2 84/21 84/22 84/23 85/15 85/21
find [8] 5/20 5/24 6/20 9/25 38/22 39/2 46/22 90/12
finding [1] 39/2
findings [5] 25/18 28/25 29/21 34/12 47/11
finds [1] 85/3
fine [4] 26/21 53/9 85/4 85/4
finish [2] 19/12 40/24
firearms [4] 26/25 27/21 46/24 47/8
firm [1] 53/22
first [14] 3/17 9/8 13/5 19/3 22/7 22/18 24/23 26/13 31/2 39/13 54/20 57/14 64/14 75/9

fishing [1] 42/8
five [3] 48/6 48/6 66/16
Five Things [1] 66/16
FL [2] 40/21 53/18
Florida [12] 9/9 11/4 21/5 21/24 44/18 59/18 63/3 70/21 71/12 71/13 79/25 87/21
flyer [1] 66/14
focus [4] 29/24 39/15 61/7 64/25
focused [1] 39/19
folks [6] 28/6 28/14 31/6 38/9 61/25 90/6
followed [2] 22/15 29/19
follower [1] 63/19
following [5] 8/8 9/11 81/15
follows [7] 25/19 39/12 41/22 43/8 45/17 52/5 80/21
force [3] 39/5 39/7 46/24
forcibly [1] 56/13
foregoing [2] 83/14 91/3
foreign [3] 23/25 42/25 44/1
foremost [1] 39/13
forensic [2] 8/11 35/24
foresaw [1] 56/16
foreseeability [3] 12/1 15/23 15/25
foreseeable [12] 6/18 6/22 7/22 9/2 12/7 13/1 15/2 39/11 45/23 46/1 47/2 47/7
foreseen [3] 10/2 15/7 16/10
forever [6] 59/7 64/17 64/21 70/22 78/6 78/7
forget [1] 57/14
forgive [1] 24/23
forgot [1] 33/14
form [3] 12/15 30/25 72/12
formal [3] 25/8 29/9 90/4
formally [3] 37/20 89/11 89/18
format [1] 89/11
formation [1] 48/15
former [1] 63/10
forth [2] 74/19 74/22
forward [6] 8/22 29/25 34/19 35/1 65/18 79/23
found [4] 14/9 14/14 23/2 44/25
Founding [1] 40/13
four [2] 6/11 89/17
Fourth [1] 7/5
Fourth Circuit [1] 7/5
frame [2] 9/8 45/8
frames [1] 8/3
framework [2] 8/21 17/12

**F**

frankly [2] 77/5 78/12
free [1] 64/5
freely [1] 42/6
Friday [1] 27/7
friend [2] 61/1 71/13
friends [2] 58/16 59/1
front [1] 42/14
fucking [1] 44/10
full [4] 21/6 49/5 58/1 85/21
fully [3] 8/15 23/8 71/19
fulsomely [1] 51/8
functioning [1] 83/24
fundamentally [1] 76/19
further [8] 11/12 31/22 67/21 67/23 71/2 80/25 83/10 88/25
furtherance [2] 10/23 39/9

**G**

Gall [1] 69/19
gaming [2] 84/12 84/19
gas [1] 19/24
gave [3] 32/3 48/25 64/2
gear [2] 30/7 56/12
general [8] 57/3 66/6 67/7 67/11 67/16 77/8 77/12 77/13
get [30] 25/1 29/15 32/18 35/5 35/8 37/4 37/5 37/7 37/10 42/22 43/9 43/10 43/10 43/14 55/21 65/14 67/18 67/20 68/9 68/10 70/16 70/22 71/1 76/9 76/13 77/2 88/10 88/19 88/21 90/12
gets [4] 49/6 68/7 70/16 74/2
getting [18] 11/23 13/25 33/24 35/9 35/11 35/14 36/13 37/14 37/15 40/15 43/15 43/16 61/10 62/17 67/2 72/20 72/23 76/3
giant [1] 61/16
give [6] 38/8 57/7 66/17 68/22 69/5 69/7
given [13] 10/11 26/16 41/25 41/25 45/23 50/14 51/14 51/21 51/23 52/16 69/22 73/21 80/15
gives [1] 87/3
giving [1] 57/11
glad [1] 43/5
glowing [1] 75/22
gmail.com [1] 2/4
go [11] 20/10 25/3 41/15 43/9 45/16 47/12 64/22 65/4 71/2 75/9 75/13
Go ahead [1] 25/3

God [3] 41/25 42/15
God's [1] 41/25
God-given [2] 41/25 41/25
goes [6] 21/13 31/5 32/24 42/24 45/17 61/16
going [46] 3/16 10/25 20/11 20/16 22/12 22/13 25/23 25/24 29/18 29/21 29/25 30/1 31/9 31/21 31/22 35/13 37/24 40/1 44/8 45/6 45/13 45/16 48/14 56/17 57/6 58/12 63/25 64/25 65/4 65/21 65/25 69/6 69/9 70/21 71/8 71/17 71/20 71/21 72/3 72/16 73/10 75/8 76/22 86/23 87/9 88/9
gone [5] 30/11 47/3 47/8 71/6 73/1
good [18] 3/2 3/12 3/13 18/20 18/21 22/3 24/17 24/18 29/20 44/10 53/21 64/6 65/3 65/6 69/1 69/5 76/2 80/11
Good afternoon [1] 24/17
goodbye [1] 43/2
Googled [1] 27/19
got [12] 13/20 19/25 37/3 42/10 61/6 62/2 62/8 69/4 69/7 71/24 73/14 86/22
GoToMeeting [2] 40/5 54/21
GoToMeetings [1] 46/7
gotten [1] 60/3
governed [1] 87/6
governing [1] 46/25
government [53] 1/14 3/7 5/11 5/19 6/4 8/6 8/7 8/14 8/21 9/21 10/8 10/23 11/3 11/8 11/22 12/24 12/5 12/10 12/16 12/24 13/4 13/5 14/20 14/22 19/1 20/4 20/4 20/6 20/24 21/16 22/5 23/8 23/23 24/5 24/10 39/5 41/22 47/10 47/10 48/8 48/23 51/2 51/25 53/10 56/9 69/24 73/8 77/24 88/10 89/5 89/7 89/18 89/21
Government 9705 [1] 51/2
government's [10] 8/2 9/5 10/20 16/20 19/2 21/14 23/1 31/23 48/19 55/18
grace [1] 42/15
grand [18] 6/7 6/17 6/21 7/17 9/22 10/2 12/1 12/6 13/1 14/12 14/14

16/10 25/22 34/13
grand jury [1] 14/12
Grand Prairie [1] 25/22
grant [2] 16/11 89/25
grasp [1] 65/3
grateful [2] 59/2 59/8
grave [2] 87/1 87/3
Graydon [1] 55/4
Graydon Young [1] 55/4
greasy [1] 29/7
great [5] 41/19 50/20 73/23 73/24 76/24
greater [7] 14/17 74/21 77/19 77/20 77/20 77/21 77/23
greater-than-average [1] 14/17
ground [1] 15/4
group [14] 31/3 40/5 45/12 48/14 48/22 49/14 52/11 54/2 62/20 63/3 64/23 79/10 82/17 82/22
grouping [1] 52/15
groups [4] 23/6 30/19 63/2 83/9
growth [1] 77/5
Guideline [5] 34/6 52/9 52/9 52/16 52/19
Guidelines [12] 3/24 17/13 18/17 19/2 24/21 31/18 38/3 52/5 53/8 73/9 74/16 74/18
Guidelines Range [2] 19/2 53/8
guilt [2] 6/2 46/6
guilty [2] 12/15
gun [6] 22/3 22/4 44/21 49/4 56/18 73/4
guns [3] 20/11 29/2 29/3
gunshots [1] 61/21
guy [3] 27/17 29/7 30/5
guys [2] 43/9 43/10

**H**

HACKETT [128]
Hackett's [28] 4/11 4/23 8/4 8/10 8/16 9/22 9/24 10/8 11/15 11/25 12/14 16/12 18/22 19/3 23/2 24/4 26/17 43/4 43/16 44/12 44/13 49/10 50/9 56/23 59/14 61/12 67/23 80/18
had [62] 6/4 9/10 10/4 13/21 14/1 14/3 14/7 15/5 15/8 15/9 15/11 15/13 16/3 17/7 18/4 20/4 20/14 20/15 22/16 27/19 30/11 32/1 32/8 33/3 33/12 34/5 34/7 35/18 35/19 36/1 36/4 36/5 38/4 40/1 40/7 42/9 42/17 43/2 44/24 45/4 45/5 45/24

half [2] 44/4 53/20
Halim [17] 2/2 3/8 3/20 17/2 17/7 18/9 24/15 38/7 50/6 74/5 77/9 78/5 86/20 87/10 88/15 88/19 88/22
Halim's [1] 76/1
hallway [1] 47/20
hand [3] 29/11 55/8 77/10
handcuff [1] 66/19
handcuffs [1] 66/25
handful [4] 31/12 41/3 41/4 62/12
handgun [1] 44/21
handle [2] 33/1 65/7
handled [1] 59/4
handwritten [1] 46/11
hanging [1] 62/16
Hangout [3] 40/21 40/21 53/18
happen [1] 53/23
happened [1] 44/3
happening [3] 20/12 20/13 34/3
happens [1] 67/8
happy [4] 24/12 26/13 58/11 88/14
harassment [1] 71/10
hard [1] 78/24
Harrelson [5] 11/9 11/11 21/3 39/24 45/20
has [50] 3/21 11/3 17/3 17/5 17/12 18/5 21/5 21/16 27/17 30/3 31/6 32/16 33/4 41/8 49/15 49/16 54/13 58/6 58/8 58/19 59/21 59/23 61/12 65/3 65/6 66/1 67/11 67/12 67/17 68/5 69/1 70/7 70/12 70/15 71/1 71/10 75/14 75/14 75/15 77/3 78/6 78/7 78/8 78/21 78/22 87/14 87/22 88/8 89/14 90/9
hate [1] 58/6
hating [1] 58/14
haunting [1] 56/14
have [113]
haven't [1] 25/12
having [9] 14/24 33/23 51/8 60/3 66/17 66/18 77/6 86/5 87/3
he [252]
he didn't [5] 32/4 32/4 32/13 34/1 35/8
he said [4] 40/14 64/4 73/17 73/18
He'll [2] 73/3 73/3
he's [32] 20/23 22/12 34/2 37/10 40/3 45/12 46/16 59/20 60/5 60/8 60/9 64/4 66/1 66/3

69/4 70/11 70/21 71/3 71/10 71/19 71/21 73/18 75/13 75/16 75/17 75/18 75/21 80/4
head [6] 20/1 33/24 33/25 36/10 49/13 75/24
heading [1] 41/10
heads [1] 87/7
healer [2] 60/19 65/16
health [2] 18/6 78/17
hear [8] 3/23 4/1 4/2 30/18 43/6 53/10 77/9 80/6
heard [13] 4/3 26/25 27/3 27/5 27/6 29/1 57/19 58/8 61/20 61/21 61/21 66/6 73/19
hearing [15] 4/7 5/5 5/5 6/25 7/1 8/2 9/22 11/12 12/12 13/6 14/20 34/8 58/9 63/6 64/12
hearings [4] 27/7 29/19 29/19 87/4
heart [5] 38/5 42/6 57/21 59/15 59/16
heaven's [1] 79/24
heightens [1] 72/5
held [1] 18/16
help [3] 20/13 58/17 68/11
helped [2] 43/5 56/18
helper [1] 65/15
her [8] 11/10 42/7 42/20 50/3 58/6 58/13 71/13 88/22
here [25] 3/14 15/13 15/15 17/19 25/14 29/24 33/14 35/22 41/21 41/22 42/8 42/9 42/15 49/24 65/25 67/10 70/4 71/12 72/21 75/11 75/13 77/4 78/22 88/20 88/20
here's [3] 35/2 64/7 66/23
herself [2] 71/7 71/8
hide [2] 54/14 56/1
hierarchical [1] 21/24
hierarchy [2] 21/20 49/11
High [1] 63/12
High-level [1] 63/12
higher [1] 81/9
highlighted [1] 19/1
highly [1] 65/10
highway [1] 61/15
hike [1] 60/10
him [37] 6/18 12/18 16/7 21/8 22/16 23/3 24/5 25/20 25/22 32/3 32/10 38/6 40/1 45/2 45/23 46/11 47/2 48/24 48/25 49/8 54/18 56/1 60/3 60/10 61/25 64/22 65/10 65/12 68/18 69/6 71/20 73/22 75/22 80/5

**H**

him... [3] 80/5 80/6 81/13
himself [15] 9/18 10/16 10/18 20/15 21/9 22/1 23/6 24/7 43/20 44/21 46/4 54/13 55/22 61/23 65/9
hinder [1] 46/25
his [154]
history [8] 53/7 59/21 59/23 63/20 65/5 74/24 75/9 75/12
hole [1] 80/12
hollow [1] 90/8
home [9] 33/24 44/25 59/7 61/24 68/24 71/5 71/18 73/2 80/17
homecomings [1] 42/21
Honor [28] 3/2 17/5 18/12 24/16 26/2 30/20 33/20 53/12 57/6 57/11 59/3 59/9 63/20 65/3 66/7 67/6 67/16 67/21 68/13 68/21 69/11 71/22 73/7 73/7 73/23 88/9 89/4 89/25
Honor's [2] 25/18 29/20
HONORABLE [3] 1/9 38/15 74/12
hope [7] 59/12 65/23 66/10 67/21 73/19 77/2 78/22
horrified [1] 57/16
hostile [1] 20/5
hotel [2] 19/25 22/11
hours [3] 10/3 48/6 48/6
house [4] 45/18 61/12 69/6 70/11
housekeeping [1] 89/4
how [29] 3/15 11/5 20/2 20/2 26/8 34/9 49/2 50/16 54/6 54/16 57/17 57/18 57/20 57/20 58/21 58/25 59/3 59/12 59/13 62/1 65/8 66/24 68/7 73/13 73/18 75/25 76/8 82/13 87/6
however [4] 12/20 25/19 41/15 52/1
huddle [1] 21/11
Hughes [10] 1/15 3/6 18/19 24/14 27/14 39/13 39/22 40/22 57/5 79/16
human [3] 64/16 67/9 73/13
humans [1] 64/9
hundreds [2] 19/12 40/24
hunkering [1] 61/20
hurry [1] 37/7
hurt [2] 58/16 58/19
husband [1] 80/11
hyperfocused [1]

**I**

I admit [2] 19/11 40/24
I also [2] 39/2 42/8
I am [12] 10/25 16/7 35/12 35/13 52/14 58/25 59/2 59/9 59/10 64/25 73/25 87/12
I apologize [2] 57/22 57/23
I assume [2] 45/7 72/4
I believe [2] 44/9 46/12
I can [7] 25/6 25/14 26/7 33/23 58/14 60/4 88/21
I cannot [1] 60/1
I did [5] 16/25 27/9 33/14 50/25 58/10
I don't [11] 28/7 28/7 28/10 35/10 35/22 38/4 49/6 50/1 77/10 78/5 80/8
I don't have [3] 32/15 33/5 76/20
I have [19] 16/24 26/24 26/25 29/20 37/23 38/1 41/13 41/14 42/3 44/3 58/5 58/15 58/20 58/22 59/3 76/22 87/1 87/13 90/8
I haven't [1] 25/12
I hope [6] 59/12 65/23 66/10 67/21 73/19 78/22
I just [6] 22/24 27/19 27/21 29/6 53/21 70/2
I know [6] 31/8 36/8 63/8 68/10 73/22 90/7
I mean [5] 35/15 36/8 46/19 49/7 87/11
I should [2] 16/25 75/6
I think [42] 9/4 26/5 27/23 30/9 34/12 35/6 35/8 37/9 37/13 37/23 40/18 41/3 42/25 43/7 43/21 44/12 47/15 48/19 49/15 49/17 50/5 51/1 51/4 52/3 63/9 64/2 64/13 65/6 66/15 67/2 68/6 71/2 76/5 76/7 76/19 79/22 80/2 81/5 81/12 89/21 89/22 89/24
I thought [4] 27/3 27/4 27/24 81/8
I understand [2] 68/16 77/2
I want [5] 27/1 38/9 42/8 68/16 75/9
I wanted [1] 42/19
I was [4] 57/15 57/15 57/25 87/9
I will [16] 6/19 8/15 10/25 17/21 18/25 37/25 50/4 57/14 58/24 58/24 59/7 65/25 84/25 85/2 88/2 88/5

I'd [2] 71/2 79/4
I'll [26] 3/18 3/20 3/23 3/25 4/16 5/8 18/8 18/9 26/17 29/11 29/15 31/14 31/15 36/19 36/22 38/4 38/10 47/12 53/10 64/24 65/21 74/6 77/18 87/23 89/2 90/5
I'm [40] 3/16 22/19 24/12 26/13 26/15 27/23 28/9 29/18 29/21 30/1 31/21 31/22 35/25 37/20 41/12 41/15 42/15 42/20 43/4 43/5 43/17 53/21 59/4 59/6 64/10 65/4 65/21 68/13 68/18 69/9 72/19 73/10 75/8 77/6 77/6 78/9 78/18 86/23 88/14 89/22
I'm going [4] 31/21 69/9 73/10 86/23
I'm not [5] 29/18 29/21 31/22 65/4 68/18
I'm not sure [2] 26/15 37/20
I'm sorry [1] 78/9
I've [31] 3/18 5/3 6/23 17/14 17/16 17/18 17/25 29/18 37/3 37/20 41/9 42/10 42/14 51/12 51/20 51/24 69/23 73/14 77/16 77/16 77/17 78/16 78/17 78/24 80/15 80/16 80/16 81/5 86/22 88/15 88/16
idea [3] 19/10 29/20 37/23
ideals [1] 41/17
identification [1] 23/18
identifying [1] 33/2
identities [1] 55/9
identity [6] 23/5 33/1 54/14 56/2 71/3 72/25
ideological [2] 62/6 83/11
ideologies [1] 59/24
ignorance [1] 24/24
ignoring [2] 24/2 44/1
illegal [1] 55/15
illustrative [1] 37/9
image [2] 28/5 56/14
imagery [1] 66/18
images [3] 22/23 22/25 56/10
imagine [2] 42/3 60/1
immediate [1] 8/5
immediately [5] 55/20 82/23 83/13 85/15 85/17
impact [3] 38/1 42/9 64/3
impacts [1] 67/8
impair [1] 6/12
impeding [1] 37/11
important [9] 9/18 22/7

importantly [2] 32/5 77/3
impose [4] 70/8 71/23 74/20 80/14
imposed [6] 65/19 72/5 74/25 81/18 86/3 86/16
imposing [1] 72/16
imposition [1] 85/4
impressed [1] 74/1
impressionable [1] 80/4
improved [1] 65/16
inadvertently [2] 82/21 83/11
incarceration [9] 68/17 68/19 68/22 68/24 68/24 69/14 70/5 70/8 74/17
include [6] 13/19 23/5 30/15 38/25 81/21 83/8
included [3] 16/23 19/24 55/6
includes [5] 7/2 70/13 82/17 83/5 83/19
including [6] 39/7 46/24 80/16 84/13 84/16 85/24
incorrect [1] 27/15
increase [7] 31/24 52/23 52/25 53/2 53/3 53/4 53/5
incredulity [1] 22/18
inculpatory [1] 55/22
Indian [1] 2/2
indications [1] 16/5
indicted [2] 89/8 89/13
indictment [4] 4/9 4/12 11/10 89/24
individual [8] 28/22 49/23 53/18 66/13 77/12 82/17 82/23 90/11
individually [1] 52/15
individuals [5] 22/2 30/21 47/10 48/13 83/10
inexperienced [2] 30/5 63/18
infer [1] 13/19
inference [7] 8/12 11/17 12/13 13/22 43/22 45/1 80/2
inferences [4] 5/24 12/11 12/22 13/3
influence [4] 23/22 48/23 49/15 80/4
influenced [1] 79/1
information [7] 33/2 55/8 64/10 65/7 84/21 84/22 84/23
informed [1] 8/17
inherently [6] 34/11 34/16 34/17 35/9 35/10 35/12
initial [2] 39/17 83/16
injury [4] 47/16 47/18

innocent [2] 35/21 46/9
innocuous [1] 36/3
inquiry [1] 56/3
inside [2] 9/11 55/16
Insofar [1] 48/17
install [1] 83/18
installation [3] 83/23 83/25 84/1
instances [1] 28/1
instead [1] 18/8
Institute [1] 66/16
instructions [2] 26/4 32/3
instructor [1] 27/25 29/4
insufficient [3] 5/14 6/15 14/9
Insurrection [1] 40/9
Insurrection Act [1] 40/9
integrity [1] 6/12
intellect [1] 56/6
intelligent [1] 42/2
intended [3] 13/20 23/11 23/17
intent [4] 6/12 34/5 34/12 51/16
intentions [1] 19/8
interact [5] 82/15 82/22
interaction [1] 62/15
interactions [2] 22/6 22/8
interest [2] 85/8 85/9
interesting [1] 77/9
interests [1] 57/2
interference [3] 48/3 48/4 52/24
intermediary [1] 13/15
Internet [1] 70/13
Internet-connected [1] 70/13
interpret [1] 50/16
intimidation [2] 23/23 52/1
introduced [1] 11/13
inures [1] 29/15
investigated [1] 6/7
investigating [1] 16/6
investigation [30] 7/24 7/25 8/8 8/24 10/2 10/6 11/25 12/1 14/12 14/18 15/21 16/1 16/6 16/10 16/18 16/22 17/4 17/12 17/18 17/21 18/7 23/12 23/18 32/22 32/24 37/11 50/22 51/18 81/18 85/23
investigations [1] 67/14
involve [2] 52/11 68/19
involved [10] 34/2 35/13 50/3 52/11 54/17 54/17 61/11 62/2 62/8 82/18
involvement [2] 6/6

**I**

**involvement...** [1] 59/22
**involves** [1] 9/8
**involving** [1] 47/15
**is** [230]
**is there** [1] 13/10
**isn't** [2] 33/1 34/17
**issue** [6] 14/19 65/19 65/23 77/8 87/13 88/7
**issued** [1] 20/20
**issues** [2] 25/9 75/20
**it** [125]
**it would be** [4] 26/15 45/25 47/7 64/13
**it's** [34] 9/4 12/9 25/19 28/10 28/12 28/19 34/3 41/24 41/25 43/17 56/14 61/16 69/5 72/10 72/19 72/24 73/1 73/2 73/22 76/7 76/8 76/11 77/1 78/10 78/15 80/2 80/13 80/18 80/22 81/12 85/13 87/4 87/5 88/19
**It's like** [1] 61/16
**items** [1] 32/23
**its** [14] 5/11 5/23 12/15 19/1 28/13 35/6 35/14 47/22 47/23 50/7 53/11 83/24 84/1 90/11
**itself** [4] 44/16 48/13 49/9 81/10

**J**

**jail** [4] 69/17 69/17 70/1 72/24
**James** [3] 39/1 45/21 47/20
**jamming** [1] 72/11
**January** [67] 8/5 8/6 8/8 8/13 8/16 8/17 8/18 8/24 9/1 9/9 9/15 9/19 9/20 9/22 10/1 10/9 10/15 10/24 11/10 11/10 11/16 11/19 11/21 12/2 12/3 12/15 12/25 13/17 14/3 14/4 14/5 18/23 21/4 21/10 22/11 22/15 23/2 23/24 30/7 30/21 31/5 32/2 32/7 32/7 32/21 32/22 38/6 44/15 44/16 44/18 45/3 45/10 45/11 48/13 49/1 49/12 49/13 50/8 50/9 50/10 50/21 53/20 55/3 55/15 56/10 63/22 64/23
**January 17th** [2] 11/10 14/4
**January 20th** [8] 8/16 9/1 10/9 10/24 11/16 11/19 12/25 13/17
**January 5th** [5] 22/11 32/7 45/11 49/1 64/23
**January 6th** [25] 8/5 8/8 8/24 14/3 18/23 21/4 23/2 30/7 30/21

44/16 44/18 48/13 49/12 49/13 50/9 50/10 50/21 53/20 55/3 56/10 63/22
**January 6th-related** [1] 9/19
**January 7th** [10] 8/6 9/20 9/22 10/1 12/2 12/15 22/15 32/21 32/22 55/15
**January 8th** [1] 10/15
**Jeffrey** [2] 1/14 3/5
**Jeffrey Nestler** [1] 3/5
**jeffrey.nestler** [1] 1/20
**Jeremy** [3] 19/22 20/3 24/1
**Jeremy Brown** [1] 20/3
**Jeremy Brown's** [2] 19/22 24/1
**Jessica** [2] 12/5 30/15
**Jessica Watkins** [1] 30/15
**Jessica Watkins'** [1] 12/5
**job** [1] 73/23
**jobs** [1] 62/16
**Joe** [3] 54/22 59/18 60/24
**Joe Hackett** [1] 54/22
**Johnson** [1] 7/8
**join** [4] 39/21 42/17 62/3 62/5
**joined** [7] 4/19 4/21 4/23 5/1 5/2 29/13 60/21
**joining** [3] 57/14 76/4 76/23
**joins** [1] 61/4
**jointly** [5] 18/15 24/20 29/12 38/18 39/8
**JOSEPH** [5] 1/6 3/4 6/5 6/5 29/25 59/17
**Joseph Hackett** [3] 4/6 5 29/25 59/17
**jubilant** [1] 30/22
**judge** [4] 1/10 14/11 71/7 73/22
**judged** [1] 73/19
**judgment** [9] 5/13 5/15 5/17 5/25 16/12 64/20 71/20 80/22 86/5
**judgments** [1] 62/18
**July** [4] 29/14 60/21 61/4 61/19
**jump** [1] 4/4
**juncture** [1] 12/20
**June** [2] 1/5 91/7
**jurisdiction** [3] 84/25 85/1 85/2
**juror** [1] 6/1
**jurors** [1] 15/6
**jury** [27] 5/22 6/7 6/16 6/17 6/20 6/21 7/17 9/2 10/2 12/1 12/6 12/13 12/18 12/21 13/1 13/13 13/19 14/5 14/12 14/14

34/14 73/3 77/25
**just** [69] 3/15 4/4 4/16 5/8 17/11 17/25 18/8 18/9 18/25 22/24 24/8 24/21 27/9 27/14 27/19 27/21 28/24 29/6 29/10 30/1 30/10 32/20 33/18 33/20 35/5 36/2 36/4 36/12 36/13 36/22 37/4 37/14 37/14 38/9 38/18 44/10 47/12 51/6 53/21 57/17 57/18 58/15 60/9 62/10 62/11 63/21 64/25 65/8 65/19 67/17 69/9 69/16 69/17 70/2 70/6 70/10 72/24 74/16 75/1 76/15 77/1 77/18 78/9 81/5 87/5 88/14 89/4 89/15 90/4
**justice** [9] 47/14 48/4 50/5 51/17 51/17 52/23 52/25 66/15 66/16
**justifiable** [1] 5/24
**JW** [2] 54/22 54/25

**K**

**Kathryn** [2] 1/14 3/5
**Kathryn Rakoczy** [1] 3/5
**kathryn.rakoczy** [1] 1/19
**keep** [2] 50/12 66/8
**Keeper** [6] 14/7 19/20 20/9 30/11 37/6 48/24
**Keepers** [27] 9/3 9/18 11/21 16/4 20/1 20/2 20/19 21/25 22/2 29/14 30/8 30/15 39/16 39/21 44/14 44/18 45/12 46/4 47/3 49/9 55/1 55/13 57/14 60/21 61/4 62/1 76/5
**Kelly** [6] 10/24 21/11 21/15 24/7 55/20 64/22
**Kelly Meggs** [6] 10/24 21/11 21/15 24/7 55/20 64/22
**key** [1] 77/1
**killed** [1] 43/15
**kind** [9] 16/8 34/11 49/18 49/20 49/23 72/18 76/16 78/1 80/11
**kindly** [1] 89/14
**kindness** [1] 59/4
**kinds** [4] 66/19 68/15 75/6 78/25
**kit** [1] 53/21
**knee** [1] 68/4
**knew** [11] 11/23 13/25 20/15 34/4 53/15 54/1 54/3 55/14 56/4 56/22 62/9
**know** [61] 25/21 29/13 30/16 30/16 31/8 33/12 33/24 36/8 40/11 40/17 40/23 40/24 43/7 43/9 43/15 43/19 44/24

56/11 60/3 60/23 61/6 61/13 62/9 62/17 63/8 66/22 66/23 68/10 69/11 69/23 72/7 72/15 72/16 73/10 73/11 73/17 73/22 75/11 76/1 76/7 76/20 77/8 78/5 78/18 79/6 79/10 79/21 79/25 80/3 80/19 87/6 87/15 88/14 88/15 88/22 89/1 90/7
**knowing** [3] 58/12 59/5 62/10
**knowingly** [1] 6/10
**knowledge** [6] 11/25 14/1 14/6 14/17 15/14 67/3
**known** [4] 18/10 82/15 82/16 82/22
**knows** [2] 40/8 71/9 72/20

**L**

**lacking** [1] 14/15
**lady** [1] 41/20
**lane** [2] 2/2 61/15
**language** [1] 38/5
**laptops** [1] 83/20
**large** [2] 11/6 35/18
**Lasso** [1] 73/16
**last** [22] 4/7 4/10 5/4 9/21 11/13 11/16 12/12 13/5 14/20 27/4 27/7 29/20 32/25 34/8 41/11 44/3 44/3 51/4 60/3 64/3 68/6 73/17
**lastly** [4] 33/6 38/4 72/13 88/7
**late** [2] 31/9 37/8
**later** [8] 8/11 23/7 29/15 43/23 44/7 45/21 47/21 55/21
**latitude** [1] 73/23
**latter** [1] 8/14
**law** [21] 5/7 7/24 8/8 8/23 9/14 15/17 16/1 16/5 16/6 23/18 30/3 34/9 46/17 46/17 56/5 60/25 67/3 69/10 75/1 78/2 79/2
**lawful** [1] 79/18
**laws** [1] 46/25
**lawsuits** [1] 73/2
**lawyer** [1] 86/8
**lawyers** [1] 66/8
**layers** [1] 64/16
**layperson** [1] 60/24
**lead** [1] 53/22
**leader** [7] 21/17 21/23 48/17 54/2 63/19 79/9 79/10
**leadership** [5] 10/14 10/17 13/11 21/22 30/19
**leading** [3] 18/23 21/4 79/2
**leap** [1] 18/1

**least** [15] 10/4 11/11 26/10 34/19 35/17 39/17 44/20 44/24 47/23 50/12 50/16 56/20 66/11 76/8 82/3
**leave** [1] 86/6
**leaves** [2] 10/7 46/3
**led** [2] 48/24 90/9
**left** [7] 16/8 31/1 31/3 40/14 54/8 64/18 80/13
**legal** [3] 24/2 41/12 44/2
**legality** [1] 80/1
**legitimate** [1] 41/13
**length** [1] 81/9
**leniency** [2] 59/9 73/25
**less** [5] 53/13 77/4 77/5 77/5 79/8
**lesser** [1] 73/8
**let** [14] 3/15 4/4 14/3 16/16 17/8 37/21 41/24 50/12 66/9 81/5 88/14 88/15 88/22 89/1
**let's** [4] 17/11 18/14 21/11 31/11
**letter** [2] 20/20 20/21
**letters** [5] 16/23 60/9 60/20 65/9 65/9
**level** [25] 21/22 23/1 23/20 24/11 31/18 31/19 31/19 47/14 48/1 48/2 48/9 50/10 51/20 52/4 52/20 52/23 52/25 53/2 53/4 53/4 53/6 59/22 62/17 63/12 67/1
**levels** [4] 21/16 50/4 50/5 64/20
**liability** [1] 54/18
**liberty** [4] 41/20 69/21 72/2 72/6
**license** [1] 70/20
**lie** [1] 14/13
**lies** [1] 34/13
**life** [20] 42/14 58/1 58/5 58/11 58/19 58/21 60/2 60/12 60/13 61/2 64/21 68/6 70/24 72/24 75/16 76/15 78/6 78/6 90/9 90/13
**lifesaver** [1] 60/20
**light** [4] 5/18 12/10 13/3 64/12
**lightly** [1] 78/6
**like** [35] 3/24 14/18 18/18 25/13 28/17 30/10 32/21 35/22 36/4 36/5 36/13 37/2 37/3 37/14 40/13 54/8 55/8 59/25 60/24 61/2 61/13 61/16 62/25 63/18 72/19 76/9 76/12 78/1 78/16 78/18 79/14 79/14 83/6 83/21 86/20
**likelihood** [3] 43/3 71/17 77/23
**likely** [3] 31/16 53/22 77/23

**L**

likes [3] 60/17 60/17 60/17

Likewise [2] 65/5 67/20

line [6] 21/10 21/13 22/10 26/19 45/12 48/14

Line 1 [3] 21/10 21/13 45/12

lines [2] 42/14 73/15

link [1] 61/14

list [3] 3/18 51/7 72/9

listening [4] 72/17 72/22 72/22 73/5

literally [5] 60/19 61/10 65/16 71/1 73/22

literature [1] 83/8

little [5] 27/17 44/22 63/16 81/12 90/9

live [1] 27/6

livelihood [3] 69/2 71/2 72/25

lives [2] 57/24 65/17

local [1] 21/23 81/22

located [1] 82/19

location [1] 46/12

locations [1] 55/8

locking [1] 77/1

logic [1] 60/11

long [6] 20/11 29/2 29/3 44/21 71/12 71/13

long-gun [1] 44/21

longer [2] 8/9 36/5

look [10] 23/13 36/7 36/20 38/9 50/25 51/12 70/9 79/6 87/11 87/16

looked [1] 37/2

looking [4] 25/23 33/25 36/8 56/23

lose [3] 19/11 58/13 71/18

losing [2] 73/1 73/1

lost [5] 58/15 69/2 70/20 71/1 71/3

lot [13] 26/24 29/7 37/6 37/15 43/5 58/13 58/19 60/5 60/6 62/25 63/1 69/4 81/6

Louis [2] 1/16 3/6

Louis Manzo [1] 3/6

Louisville [3] 20/8 39/25 54/8

loved [1] 59/1

low [3] 52/2 70/4 87/21

lower [1] 52/2

lucky [3] 42/22 58/25 68/10

**M**

machinations [1] 14/17

made [16] 10/4 12/16 18/4 18/6 49/11 53/17 62/18 64/8 64/14 64/19 71/12 71/13 73/11 80/5 81/5 85/11

MAGA [1] 55/2

magically [1] 60/9

mail [2] 46/10 58/7

main [1] 61/15

maintain [1] 85/2

majority [1] 72/14

make [28] 3/24 3/25 17/13 18/10 18/10 18/18 22/13 25/14 26/17 27/9 27/19 31/22 34/12 34/21 40/7 41/22 44/5 58/14 58/24 64/9 64/11 72/15 72/15 81/10 82/6 89/15 90/13 90/13

makes [5] 15/1 58/21 75/24 77/25 78/1

making [7] 17/16 17/19 22/21 65/13 78/2 79/11 88/18

man [6] 22/9 29/25 33/24 43/4 70/23 80/11

man's [2] 42/11

manager [1] 31/25

managerial [1] 48/18

mandatory [2] 81/15 81/21

manifest [1] 63/21

manner [2] 77/15 84/9

many [7] 36/2 42/17 58/22 64/20 71/11 72/11 78/12

Manzo [2] 1/16 3/6

March [3] 40/13 51/5 55/2

Marine [1] 49/4

markedly [1] 15/12

married [1] 75/13

Martinez [8] 7/6 14/21 14/23 14/24 15/4 15/4 15/12 15/13

mask [1] 84/11

masses [1] 72/22

massive [1] 43/11

matches [1] 35/25

material [6] 17/22 18/1 45/2 49/14 83/8 83/12

materiality [1] 49/16

materials [1] 3/19

matter [5] 16/15 25/1 25/9 89/5 91/4

matters [3] 49/18 63/25 64/1

Matthews [1] 7/12

max [1] 52/19

may [17] 5/5 6/25 8/10 33/15 37/8 37/9 38/2 44/15 50/17 53/24 55/25 78/13 84/3 84/4 84/23 85/6 85/10

May 28th [1] 37/9

maybe [13] 16/9 16/9 25/16 27/23 28/12 33/12 37/8 57/1 68/24 78/13 79/9 90/8 90/10

me [41] 3/15 4/4 4/25 5/16 10/13 15/24 16/16 17/8 20/24 32/16 34/8 35/16 37/3 37/21 38/8

mail [2] 46/10 58/7
47/13 47/19 48/6 49/14 50/12 50/13 51/13 57/12 58/8 58/9 58/21 59/1 59/5 59/6 65/24 66/9 67/21 80/14 81/5 82/7 87/3 89/1

mean [7] 14/1 35/15 36/8 46/19 49/7 79/24 87/11

meaning [1] 21/18

meaningful [2] 18/23 57/3

means [6] 29/17 31/17 37/7 69/17 77/11 86/7

measurement [1] 58/2

measures [1] 69/20

mechanical [1] 2/10

med [1] 53/21

media [14] 6/6 9/3 50/20 63/14 76/3 76/16 83/1 83/2 83/3 83/4 83/5 83/8 83/9 86/25

medical [6] 68/1 68/2 68/12 75/5

meeting [1] 62/15

Meggs [24] 10/24 11/8 13/7 13/15 13/20 21/3 21/6 21/11 21/15 21/19 23/15 24/7 30/13 38/25 39/24 39/25 41/6 41/18 45/15 45/17 45/17 55/20 64/22 79/13

Meggs' [2] 43/8 44/19

MEHTA [2] 1/9 38/15

member [4] 10/17 19/6 21/10 82/15

member of [1] 19/6

membership [1] 11/5

memorandum [3] 16/20 16/22 19/1

memos [1] 54/6

mental [1] 18/6

mentally [1] 41/15

mention [1] 22/20

mentioned [1] 16/25

mentions [1] 40/8

mere [4] 10/3 15/20 15/22 16/8

merely [1] 13/3

Merit [1] 2/6

merited [1] 23/20

message [20] 10/21 19/10 40/19 40/22 43/8 46/10 49/4 49/25 53/17 55/21 67/11 67/15 69/25 72/13 72/17 72/20 72/23 72/23 73/4 77/12

messaged [1] 10/24

messages [21] 8/19 10/13 10/14 10/14 10/18 13/8 13/15 16/4 19/12 24/5 31/8 35/8 35/9 35/17 35/19 40/25 41/3 41/4 43/23 54/4 57/1

methods [2] 57/1

mid [1] 21/22

mid-level [1] 21/22

might [8] 6/1 15/19 35/9 38/1 46/9 56/23 68/10 80/6

Mike [6] 30/4 40/1 61/5 62/21 62/25 64/18

Mike Adams [6] 30/4 40/1 61/5 62/21 62/25 64/18

military [3] 30/3 56/12 60/25

militia [1] 76/23

million [2] 43/11 55/2

Million MAGA March [1] 55/2

mind [5] 37/10 38/5 44/13 45/9 66/2

minimally [1] 69/12

minimizes [1] 77/13

minimum [3] 46/14 46/14 87/22

minimum-security [1] 87/22

minor [1] 25/14

Minuta [1] 38/25

Minuta's [2] 4/24 32/21

minutes [3] 38/9 55/21 74/6

misery [1] 58/4

misinformation [1] 62/23

misrecollecting [1] 27/24

missing [3] 13/2 27/10 49/24

mission [1] 20/9

mobile [3] 83/20 84/13 84/18

mobilization [1] 19/19

moderate [2] 40/3 40/4

modest [1] 49/18

modified [1] 26/11

Moerschel [6] 12/18 31/2 35/16 39/1 79/20 81/8

moment [2] 8/15 39/20

moments [1] 73/20

money [1] 71/21

monitoring [5] 83/17 83/19 83/23 83/24 84/1

Monster [1] 29/8

month [1] 53/13

months [10] 41/11 50/1 53/9 53/20 68/20 70/2 70/5 74/17 80/24 80/25

more [24] 8/15 9/2 19/9 19/16 27/25 30/6 30/9 31/6 32/5 46/14 48/6 51/8 52/12 58/21 63/16 65/4 66/12 73/11 73/13 75/24 77/22 77/22 79/4 87/11

morning [1] 9/15

most [14] 5/18 12/10 13/3 19/10 22/4 22/4

mid [1] 21/22
mid-level [1] 21/22
25/9 40/3 42/2 42/12 43/6 56/14 78/19 88/20

motion [14] 3/17 4/18 4/20 4/22 4/24 5/2 5/6 5/9 5/12 5/15 5/16 7/1 16/12 89/25

motions [2] 4/8 4/25

mouth [1] 60/2

move [2] 65/18 89/7

movement [1] 43/11

movie [1] 42/7

moving [3] 39/16 89/11 89/18

Mr [1] 50/9

Mr. [223]

Mr. Adams [5] 20/1 20/9 20/14 20/21 63/3

Mr. Berry [7] 9/10 9/12 9/13 22/12 44/20 45/11 45/15 48/24 49/15 80/3

Mr. Caldwell's [4] 4/18 4/20 4/22 5/6

Mr. Caleb Berry [1] 45/4

Mr. Dolan [7] 41/7 41/8 42/13 43/15 43/19 43/22 47/19

Mr. Dolan's [1] 41/7

Mr. Edwards [2] 34/7 88/13

Mr. Hackett [110]

Mr. Hackett's [27] 4/11 4/23 8/4 8/10 8/16 9/22 9/24 10/8 11/15 11/25 12/14 16/12 18/22 19/3 23/2 26/17 43/4 43/16 44/12 44/13 49/10 50/9 56/23 59/14 61/12 67/23 80/18

Mr. Harrelson [5] 11/9 11/11 21/3 39/24 45/20

Mr. James [3] 39/1 45/21 47/20

Mr. Meggs [16] 11/8 13/7 13/15 13/20 21/3 21/6 23/15 30/13 38/25 39/24 41/6 41/18 45/15 45/17 45/17 79/13

Mr. Meggs' [2] 43/8 44/19

Mr. Minuta [1] 38/25

Mr. Minuta's [2] 4/24 32/21

Mr. Moerschel [5] 12/18 35/16 39/1 79/20 81/8

Mr. Nestler [1] 36/24

Mr. Rhodes [11] 8/18 10/11 10/13 10/19 10/24 13/14 17/23 18/2 18/4 26/5 40/7

Mr. Rhodes' [3] 10/13 13/8 16/3

Mr. Vallejo [2] 80/18 80/19

Mr. Vallejo's [1] 5/1

# M

Mr. Weinberg [1] 73/11
Mr. Young [3] 21/18
48/20 49/7
Ms. [36] 3/20 11/9
13/24 14/14 15/15 17/2
17/7 18/9 18/19 24/14
24/15 27/14 30/16 38/7
38/25 39/13 39/22
39/25 40/22 45/20
47/19 50/3 50/6 50/18
57/5 74/5 76/1 77/9
78/5 79/14 79/16 86/20
87/10 88/15 88/19
88/22
Ms. Halim [15] 3/20
17/2 17/7 18/9 24/15
38/7 50/6 74/5 77/9
78/5 86/20 87/10 88/15
88/19 88/22
Ms. Halim's [1] 76/1
Ms. Hughes [8] 18/19
24/14 27/14 39/13
39/22 40/22 57/5 79/16
Ms. Meggs [1] 39/25
Ms. Watkins [7] 30/16
38/25 45/20 47/19 50/3
50/18 79/14
Ms. Watkins' [4] 11/9
13/24 14/4 15/15
much [12] 24/14 39/18
40/12 48/24 57/18 58/4
58/8 58/21 73/8 73/13
75/13 75/15
multiple [5] 11/15 15/8
42/18 46/7 68/11
must [27] 5/12 5/17
5/22 6/14 7/20 12/9
74/18 74/22 81/23
81/25 82/2 82/5 82/6
82/9 82/10 82/14 82/23
82/25 83/2 83/3 83/7
83/12 83/15 83/18 84/2
84/10 84/20
mutilated [1] 6/9
my [52] 3/16 3/25
12/20 17/12 17/16
17/19 17/25 22/19
24/23 24/23 29/24
31/21 34/24 36/9 41/9
42/3 42/6 42/7 42/14
42/19 42/19 43/1 43/2
51/8 53/21 57/7 57/19
57/21 58/1 58/1 58/2
58/3 58/3 58/5 58/5
58/6 58/10 58/11 58/15
58/16 58/18 58/19
58/21 59/1 59/7 66/2
66/10 69/23 70/4 78/12
81/13 86/5
myself [3] 43/1 58/14
58/18

# N

nail [2] 44/3 44/3
name [11] 9/17 9/25
23/14 32/24 32/25
43/17 46/7 54/21 54/25

namely [1] 12/24
names [1] 23/5
Nancy [1] 24/8
Nancy Pelosi's [1]
24/8
national [3] 42/7 63/14
66/16
nature [5] 45/19 51/21
65/2 74/23 81/8
nauseam [1] 66/8
nearly [2] 48/6 50/1
necessary [1] 74/21
neck [1] 61/5
need [23] 23/24 25/4
34/10 34/12 40/9 40/10
43/25 48/5 50/11 55/7
65/18 67/7 67/22 68/2
68/12 69/10 70/1 74/24
75/7 77/11 78/20 89/25
90/5
needed [4] 65/14 68/1
75/5 85/14
nefarious [1] 36/11
neglected [1] 89/7
neighbors [1] 43/9
nervous [1] 59/13
Nestler [3] 1/14 3/5
36/24
neutralizes [1] 77/13
never [13] 43/3 57/14
58/24 59/24 59/24
59/25 62/9 70/23 71/1
71/6 71/7 73/3 73/3
nevertheless [1] 45/21
new [3] 15/5 41/14
62/8
New York [1] 15/5
news [3] 14/2 33/21
76/10
next [2] 46/3 88/22
nexus [5] 7/15 7/18
12/24 14/10 14/14
nexus: [1] 7/15
nexus:  whether [1]
7/15
NGOs [1] 42/18
night [2] 22/11 49/1
no [49] 1/4 5/25 8/9
10/4 10/5 13/6 13/21
13/23 14/1 15/14 18/2
19/9 19/10 22/14 23/2
25/8 30/3 30/3 30/12
31/6 31/25 32/8 32/13
32/17 33/20 34/4 36/5
38/8 41/21 42/15 42/21
42/21 42/21 42/21 45/6
45/7 49/10 50/19 53/3
59/23 61/1 70/16 72/17
76/22 89/9 89/17
No. [1] 3/3
nobody [2] 72/19
72/20
non [1] 34/20
non-obstructive [1]
34/20
none [4] 10/5 20/15

nonetheless [1] 38/3
normal [1] 58/11
not [145]
notable [1] 43/7
Notably [1] 44/19
note [7] 17/21 22/7
29/10 30/10 46/11
46/13 53/5
Note 4 [1] 53/5
noted [3] 14/23 20/14
30/20
nothing [3] 32/5 40/14
44/6
notice [2] 86/4 89/22
notify [1] 85/19
notion [1] 69/24
November [9] 19/9
40/19 40/20 53/13
53/14 54/21 54/23
55/24 56/4
November 9th [2]
40/20 54/23
now [15] 17/14 27/14
29/11 37/21 44/10
56/11 60/23 62/5 64/24
66/3 69/9 70/15 72/1
77/18 89/16
nowhere [2] 28/11
62/7
number [6] 4/21 33/3
44/18 51/1 70/2 70/5
Numbers [1] 4/19
NW [2] 1/17 2/8
NYPD's [1] 15/10

# O

Oath [33] 9/3 9/18
11/21 14/7 16/4 19/20
20/1 20/2 20/9 20/19
21/25 22/2 29/14 30/8
30/11 30/15 37/6 39/16
39/21 44/14 44/18
45/12 46/4 47/3 48/24
49/9 55/1 55/13 57/14
60/21 61/4 62/1 76/5
Oath Keeper [5] 14/7
19/20 20/9 30/11 48/24
Oath Keeper-specific
[1] 37/6
Oath Keepers [27] 9/3
9/18 11/21 16/4 20/1
20/2 20/19 21/25 22/2
29/14 30/8 30/15 39/16
39/21 44/14 44/18
45/12 46/4 47/3 49/9
55/1 55/13 57/14 60/21
61/4 62/1 76/5
obfuscate [3] 11/5
23/4 50/12
obfuscated [1] 9/16
obfuscation [3] 33/1
55/12 57/1
object [3] 6/10 37/22
39/4
object's [1] 6/12
objected [1] 37/20
objection [4] 25/2

objections [3] 16/21
17/17 25/17
objective [2] 23/10
52/12
objectives [4] 49/22
69/13 74/21 77/21
obligation [1] 85/21
obligations [1] 85/15
observing [1] 65/8
obstruct [3] 23/12
51/17 51/18 52/22
82/11
obstructing [1] 37/11
obstruction [7] 15/19
15/20 32/19 47/13 50/5
52/9 53/4
obstructive [15] 6/17
7/16 7/18 7/20 8/4 12/2
14/13 15/8 34/11 34/17
34/18 34/20 34/23
35/10 35/12
obvious [2] 62/22 64/8
obviously [2] 48/10
60/23
occasionally [1] 58/8
October [1] 53/17
odd [2] 46/10 79/23
odds [1] 76/18
off [7] 12/14 22/4 22/17
22/19 22/23 23/7 36/9
offend [1] 65/25
offending [2] 66/5
67/24
offense [21] 3/23 5/13
24/11 47/15 48/16
48/18 49/9 49/12 49/17
52/3 52/20 53/1 53/3
53/6 65/3 65/20 69/22
74/23 75/1 75/2 78/3
offensive [3] 21/2
27/15 29/3
office [12] 1/16 3/9
24/8 81/17 82/25 83/4
83/15 84/15 84/22
84/24 85/22 85/24
office's [1] 16/19
officer [11] 2/5 15/5
18/10 64/2 66/18 82/20
82/24 83/13 83/18 84/4
84/20
Officer Owens [1] 64/2
officers [3] 57/19
57/22 58/22
official [10] 2/7 6/13
7/16 7/19 7/20 7/25
15/20 15/21 29/9 40/10
officials [1] 63/12
often [2] 54/6 69/24
Oh [1] 33/11
Ohio [2] 30/14 30/18
OK [3] 40/21 40/21
53/18
OK FL Hangout [1]
53/18
okay [24] 3/12 3/14 4/3
17/2 17/6 24/15 26/12
26/22 28/16 36/15

37/17 38/7 53/10 57/8
74/16 87/23 88/12
88/24 89/3 89/20 90/6
old [12] 10/14 10/17
13/11 22/10 35/19
59/20 66/5 68/3 71/4
75/11 75/14 80/19
Old Leadership [3]
10/14 10/17 13/11
omnibus [6] 4/7 5/4
7/1 8/2 27/4 29/1
once [1] 76/9
one [46] 6/8 8/4 15/4
17/9 23/20 27/13 30/9
30/21 31/10 31/10
33/18 34/2 34/10 35/25
36/1 36/3 36/3 39/18 42/5
43/12 44/25 45/1 47/17
47/23 49/3 49/11 51/20
53/4 56/10 56/14 56/17
56/20 60/20 61/1 62/10
67/8 70/14 76/8 76/9
77/9 78/10 78/19 80/17
82/2 82/7 86/9 86/23
one's [2] 72/17 75/24
one-level [2] 23/20
53/4
online [3] 83/1 84/11
84/12
only [17] 5/25 15/13
15/24 16/9 25/24 36/22
37/25 43/23 51/3 52/4
55/7 60/25 69/25 75/17
79/1 80/16 84/5
open [3] 20/20 20/21
80/7
operate [2] 21/24 72/2
opportunities [1]
42/17
opportunity [3] 37/21
42/3 74/3
oppose [3] 39/4 56/8
87/5
opposed [2] 35/1 49/9
ops [1] 55/9
opted [2] 20/4 50/14
option [1] 41/11
options [1] 81/17
oral [2] 3/16 5/3
orally [1] 4/8
order [9] 8/17 25/5
40/11 52/22 75/8 85/25
86/3 88/10 89/2
ordered [2] 81/3 85/6
ordinary [1] 56/11
organization [10]
19/20 21/1 21/21 39/16
49/10 60/22 61/6 62/3
79/17 82/16
organizer [1] 48/17
organizer/leader [1]
48/17
organizing [1] 40/20
originator [1] 73/18
ostracized [1] 71/10
other [36] 6/10 8/20
8/25 10/12 14/15 16/4

**O**

other... [30] 16/4 26/23 30/8 31/10 32/15 33/4 35/2 35/18 36/22 37/15 37/25 41/21 42/15 44/13 44/18 45/12 47/3 49/21 50/25 51/9 57/18 62/17 68/22 77/10 78/14 83/3 84/2 84/17 89/8 89/12
other's [2] 62/15 62/16
others [25] 11/1 13/16 13/18 13/25 16/7 25/13 29/2 31/1 31/13 32/3 39/1 45/19 45/20 56/23 57/23 58/23 72/4 77/4 77/11 77/18 78/21 79/7 79/20 80/12 80/16
otherwise [3] 80/6 82/14 82/21
ought [1] 76/21
our [16] 6/24 7/1 13/5 22/13 23/15 27/12 41/17 41/19 41/22 41/25 41/25 45/6 73/12 73/20 87/7 89/25
out [30] 11/1 13/16 15/17 17/9 26/3 26/19 31/2 35/20 36/22 39/14 39/22 40/15 40/19 40/22 41/8 43/5 43/14 45/18 48/23 50/14 53/13 58/17 60/2 61/25 62/16 66/4 76/13 76/22 77/22 80/13
outcome [2] 31/16 66/13
outdoors [1] 60/16
outlets [1] 63/14
outlining [1] 9/5
outset [1] 17/11
outside [2] 24/7 82/19
outskirts [1] 21/7
outstanding [2] 4/8 16/15
over [13] 22/9 26/25 32/1 33/13 48/24 49/15 49/25 58/13 60/3 61/14 72/25 80/5 85/2
overall [2] 46/15 52/3
overseas [1] 41/10
Owens [1] 64/2
own [14] 9/12 19/4 19/15 20/11 28/13 31/4 44/4 44/22 54/7 58/1 58/6 66/1 73/3 78/10

**P**

p.m [7] 1/6 38/13 38/13 55/17 74/11 74/11 90/19
PA [1] 2/3
page [1] 51/3
pages [1] 4/19
paid [2] 40/17 85/21
pain [4] 58/20 58/21 65/16 68/8
Palian [1] 50/23

paradox [1] 29/2
paragraph [1] 17/24
paragraphs [1] 18/5
park [1] 42/7
parsed [1] 11/13
part [18] 10/20 15/3 20/19 21/22 28/2 39/2 39/19 45/11 47/3 52/13 53/15 55/25 56/17 58/4 62/20 63/4 76/25 81/17
Part D [1] 81/17
participant [2] 40/3 40/4 43/13
participate [4] 39/4 39/23 44/13 56/8
participated [1] 77/15
participation [4] 9/17 11/5 41/2 88/1
particular [2] 81/7 87/15
particularly [5] 45/20 56/22 60/7 68/4 77/25
parties [3] 6/24 11/12 16/17
passed [2] 32/2 32/3
past [4] 26/25 59/23 75/20 77/16
patiences [1] 65/14
patient [2] 75/18 75/18
patient-centered [1] 75/18
patient-driven [1] 75/18
patients [3] 58/16 60/9 70/25
Patreon [1] 36/3
patriot [1] 60/1
patriotic [1] 43/11
pause [1] 81/5
pay [7] 42/21 69/6 71/21 81/3 85/4 85/6 85/8
payable [2] 85/15 85/17
payment [2] 82/6 85/14
payments [1] 85/10
peace [1] 90/12
Pelosi's [1] 24/8
penalties [1] 85/9
pending [1] 7/21
people [28] 11/23 22/4 32/5 35/13 41/12 42/2 42/23 49/3 49/21 56/25 57/18 58/19 59/4 62/8 63/5 65/12 67/2 71/11 72/11 72/23 73/5 76/17 77/3 77/22 78/9 78/14 78/25 84/2
people's [1] 65/16
pep [2] 22/14 48/25
per [1] 81/4
perceived [3] 54/5 54/6 54/11
perhaps [3] 39/17 49/7 80/4
period [8] 9/20 13/7 13/12 36/12 51/11 68/17 68/22 79/15

periods [1] 35/18
permit [2] 5/19 88/3
permitted [1] 86/16
person [17] 3/10 37/3 47/16 47/25 52/21 59/15 60/5 60/11 63/18 65/15 67/8 69/7 71/6 72/20 79/2 80/10 90/7
person's [1] 66/13
personal [1] 62/17
personally [1] 61/1
personnel [1] 47/10
persons [2] 82/17 82/19
perspective [1] 66/10
pertain [1] 4/17
phenomenon [1] 75/23
Philadelphia [1] 2/3
phone [24] 8/10 8/13 9/11 9/12 9/24 10/7 11/15 11/18 12/14 17/23 18/1 22/17 22/19 22/23 22/25 23/3 23/8 33/3 35/11 35/19 37/16 48/25 58/7 83/2
photo [4] 9/24 12/14 46/11 46/19
photographs [1] 36/24
photos [2] 22/17 22/19 23/2 23/3 32/23 55/16 83/9
physical [6] 46/1 47/4 47/16 47/18 47/25 52/21
picture [3] 9/10 46/15 49/5
piecemealing [1] 35/9
pieces [2] 13/2 90/11
pile [2] 37/3 37/4
pissed [2] 22/4 31/11 44/10
place [5] 19/19 22/3 26/6 27/1 76/5
placeholder [1] 4/24
placement [1] 82/3
places [1] 54/8
Plaintiff [1] 1/4
plan [3] 40/16 52/13 85/14
planning [6] 48/10 48/11 48/16 53/1 55/9 55/13
plans [1] 41/13
play [1] 22/8
played [1] 51/23
please [5] 17/2 24/23 38/17 74/14 88/10
point [29] 8/14 10/3 11/17 22/5 22/14 24/22 25/14 26/23 29/18 31/24 32/18 34/25 36/16 36/22 38/3 43/14 45/6 45/6 46/12 60/22 61/7 63/16 65/11 66/2 66/15 72/7 86/21 88/9 89/2
pointed [4] 11/8 11/22

points [9] 26/8 29/22 30/2 31/15 31/22 39/22 45/18 48/23 59/14
polarities [1] 62/23
police [2] 15/5 46/2 57/19 57/22 58/22 66/18 66/19
political [1] 62/6
politicians [4] 23/25 43/25 63/12 76/3
politics [1] 59/22
poor [2] 19/10 64/19
poorly [1] 20/17
pose [3] 42/4 54/11 79/3
posed [1] 47/24
posited [2] 12/23 20/22
position [5] 40/10 56/18 69/7 70/4 79/24
positioned [1] 24/7
possess [3] 81/23 83/7 83/12
possessed [1] 14/6
possesses [1] 14/17
possession [1] 86/25
possibility [1] 41/10
possibly [3] 16/9 16/9 44/21
post [4] 4/24 31/5
Post-January 6th [1] 31/5
post-trial [1] 4/24
potential [1] 77/21
potentially [2] 47/9 47/23
power [2] 22/7 47/1
practice [4] 60/15 70/24 71/14 87/6
Prairie [1] 25/22
praying [2] 58/14 59/9
pre [2] 32/22 32/24
pre-investigation [1] 32/22 32/24
preceding [1] 23/15
precise [2] 27/22 87/1
preparation [4] 48/10 48/11 48/16 53/2
prepared [2] 41/15 47/6
preparedness [1] 61/8
preponderance [5] 34/23 38/22 39/3 46/23 51/15
prepping [1] 41/9
prescribed [1] 7/19
presence [2] 57/19 58/3
presented [1] 14/2
Presentence [11] 16/18 16/22 17/4 17/11 17/18 17/21 18/7 24/25 65/7 81/18 85/23
preserve [1] 31/21
President [3] 41/16 44/10 63/10
President's [1] 40/11
Presidential [1] 53/14

presiding [1] 38/15
Press [2] 72/21 72/22
presume [1] 5/22
pretty [3] 29/20 53/24 63/7
Prettyman [1] 2/8
prevent [1] 46/24
preview [1] 3/15
previously [4] 36/6 89/8 89/13 89/17
price [1] 65/14
primarily [1] 14/21
prior [6] 11/21 30/11 32/2 50/9 60/12 83/23
prison [5] 42/22 43/9 43/16 70/2 71/24
Prisons [1] 25/21 68/9 80/23 87/20
pro [1] 22/4
probable [1] 66/20
probably [2] 8/25 76/1
probation [23] 2/5 3/9 16/19 18/10 26/3 26/13 26/17 81/17 82/20 82/24 82/25 83/4 83/13 83/15 83/18 84/4 84/15 84/20 84/22 85/22 85/24 87/14 89/14
probative [1] 49/16
procedure [2] 5/10 24/24
proceed [1] 3/15
proceeding [16] 6/13 6/21 7/16 7/17 7/19 7/21 8/1 9/2 12/6 13/1 15/1 15/7 15/20 15/21 27/4 29/1
proceedings [12] 1/9 2/10 3/11 4/14 6/17 14/18 48/5 48/7 72/7 88/23 90/19 91/4
process [4] 24/2 24/24 25/8 44/2 59/7 76/25 88/16
produced [2] 2/11 51/7
producing [1] 63/23
product [1] 84/16
profession [2] 60/8 69/2
professional [2] 75/16 78/15
proffer [1] 35/20
proffered [1] 10/23
profit [1] 65/15
profit-driven [1] 65/15
program [3] 28/21 28/22 88/1
prohibited [2] 82/10 83/22
prolific [1] 79/13
promise [1] 64/20
promote [3] 69/10 75/1 83/10
promoting [1] 78/2
prong [1] 70/6
proof [1] 30/12
properly [1] 5/22
property [5] 47/17

**P**

property... [4] 52/22
88/8 88/17 88/18
proposed [2] 45/15
86/24
proposition [1] 14/24
prosecuted [1] 77/11
prosecution [1] 77/14
prosecutions [1] 67/14
protect [6] 42/23 58/8
61/23 67/22 76/6 77/7
protecting [2] 67/20
75/4
protection [1] 61/8
protocol [1] 68/5
ProtonMail [3] 46/10
49/2 55/5
proud [2] 90/13 90/14
prove [1] 6/4
provide [9] 3/16 5/10
24/19 67/25 68/12
70/25 75/1 75/4 84/20
provider [1] 71/16
providing [1] 84/17
PSR [2] 3/21 75/12
public [5] 50/12 67/20
67/22 75/4 77/7
publicity [1] 71/14
pulling [2] 11/1 13/16
pumping [1] 19/24
punish [2] 64/13 69/25
punished [1] 78/14
punishment [12] 65/20
69/9 69/14 69/16 69/17
69/21 70/6 70/10 72/9
72/10 72/12 75/2
purely [1] 35/21
purpose [8] 34/20
34/23 35/21 37/11
39/17 39/18 47/22 76/4
purposes [6] 8/1 29/3
31/18 34/6 47/23 86/8
pursuant [4] 32/19
32/20 84/4 84/5
pushing [1] 21/8
put [12] 8/22 29/7
31/15 42/20 43/5 50/12
51/13 58/18 79/7 87/7
88/25 89/10
putting [2] 68/11 70/1

**Q**

QRF [3] 40/9 47/6
47/22
Queen [1] 2/2
question [9] 4/11 7/15
18/14 24/23 34/24 42/1
42/4 49/17 62/19
questions [5] 24/12
32/16 33/4 33/9 33/16
quick [1] 53/25
quickly [2] 46/4 50/15
quintessential [1]
34/13
quite [6] 35/22 41/5
49/6 50/2 80/18 87/3

**R**

radar [1] 62/7
radio [1] 31/5
raided [1] 71/5
raise [2] 38/3 86/11
raised [5] 3/22 12/12
17/7 25/10 25/11
Rakoczy [2] 1/14 3/5
rally [2] 46/12 55/4
rampant [1] 62/24
range [5] 19/2 27/20
28/20 53/8 53/9
rarely [2] 25/9 72/8
rather [1] 73/20
rational [1] 5/20
RDAP [1] 8/1
re [3] 65/25 66/5 67/24
re-offend [1] 65/25
re-offending [2] 66/5
67/24
reached [1] 10/22
reaching [1] 6/23
read [7] 19/13 19/14
20/21 27/6 30/1 40/25
41/2
reading [4] 13/18
19/15 34/1 34/9
reads [1] 55/11
ready [3] 43/9 44/11
59/10
reality [1] 72/10
realize [2] 58/21 58/25
realized [2] 57/15
57/17
really [8] 17/9 17/19
49/14 62/9 67/2 69/7
78/9 78/10
Realtime [1] 2/7
reason [8] 25/15 26/10
35/2 41/21 42/16 58/10
59/5 61/10
reasonable [12] 5/21
6/1 6/2 6/4 10/1 11/25
12/11 12/13 45/1 84/5
84/9 84/9
reasonably [13] 6/18
6/21 7/21 10/2 12/6
13/1 15/1 15/6 39/10
45/23 45/25 47/2 47/7
reasoning [2] 60/4
60/10
reasons [3] 6/19 24/10
48/1
receive [1] 10/18
received [7] 3/18 3/21
13/14 17/3 18/3 58/6
86/11
recess [5] 38/12 38/13
74/10 74/11 90/18
recidivism [2] 66/3
67/24
recitation [1] 31/9
reclaim [1] 90/10
recognize [2] 52/14
58/18
recognized [2] 54/13
69/19
recommendation [3]

recommended [4] 19/2
24/10 53/23 81/16
reconcile [1] 12/21
record [21] 5/8 6/9 9/4
15/24 15/25 16/1 18/9
24/22 25/25 26/24
28/18 28/24 29/6 29/10
31/15 46/22 51/9 86/21
89/10 89/15 91/3
recorded [1] 2/10
records [1] 11/13
recruit [2] 22/2 22/3
recruiting [4] 49/4
49/25 50/2 79/14
reduced [1] 65/16
refer [1] 35/23
reference [4] 51/13
52/7 61/9 73/11
referenced [3] 21/5
51/1 54/6
references [2] 26/4
40/16
referred [1] 40/19
referring [1] 44/9
reflect [2] 74/25 87/23
reflected [1] 78/13
81/13
reflecting [1] 65/20
reflection [1] 77/5
reflective [1] 41/3
reflects [4] 40/22 78/3
refrain [1] 81/25
regard [3] 23/9 23/9
31/23
regarding [5] 9/6 24/20
24/25 26/25 31/10
regardless [1] 65/14
Registered [1] 2/6
regret [4] 57/13 57/13
64/17 64/21
regrettably [1] 80/13
regular [1] 63/6
regularly [1] 15/9
reimbursement [1]
85/12
reinforced [1] 43/23
reinstitute [1] 48/7
reiterate [2] 4/16 74/16
reiterating [1] 20/9
related [2] 9/19 38/23
relation [1] 22/24
relative [3] 49/18 79/6
81/7
relatively [1] 52/2
relayed [1] 8/19
release [8] 71/25 72/1
81/1 84/22 85/14 85/22
86/24 87/4
relevant [3] 5/6 19/3
56/3
relied [4] 10/20 12/13
14/20 17/16
religious [1] 83/11
remain [1] 56/14
remainder [1] 51/9
remained [1] 33/2
remaining [1] 70/6

remains [1] 91/5
remedies [1] 41/12
remember [4] 35/25
36/10 36/23 64/3
reminded [1] 89/14
removal [2] 10/7 12/17
removed [4] 8/12
11/18 36/5 55/22
removes [2] 46/4 55/22
removing [3] 9/18
22/25 23/6
repeating [1] 63/14
repentant [1] 76/24
repetitive [1] 63/9
replace [1] 44/8
reply [2] 4/22 16/21
report [22] 16/18 16/22
17/4 17/8 17/12 17/18
17/22 18/8 25/19 25/23
25/23 26/18 35/24 36/1
36/8 51/7 65/8 81/18
82/23 83/13 85/23 88/4
reported [3] 15/10
21/19 21/20
Reporter [4] 2/6 2/6
2/7 2/7
reporting [1] 72/22
Reports [1] 24/25
reputational [1] 78/15
request [5] 17/9 18/5
23/1 25/14 86/20
requested [5] 21/16
47/12 80/21 84/21
88/18
requests [1] 68/11
require [3] 13/19 18/23
57/3
required [8] 7/18 12/24
14/10 20/5 44/15 47/11
49/7 89/23
requisite [1] 34/5
reserved [1] 4/11
reset [2] 9/12 48/25
residence [2] 85/1
85/25
resist [1] 47/1
resources [2] 56/7
67/14
respect [16] 4/5 5/5
8/14 16/15 17/8 25/12
33/6 35/17 39/12 59/4
65/2 65/5 69/10 75/1
78/2 88/7
respects [1] 23/8
respond [2] 24/19
responds [2] 41/18
42/1
response [4] 39/18
43/4 43/17 43/22
responsibility [1]
41/25
responsible [4] 18/16
38/23 45/22 47/17
rest [3] 31/3 62/22
64/21
rested [1] 15/13
restitution [5] 71/22
71/22 82/6 85/6 85/10

restore [1] 70/19
restrict [1] 69/21
restrictions [3] 72/2
72/5 82/12
result [6] 52/17 58/2
66/14 69/3 70/18 71/18
results [1] 53/8
retired [1] 42/17
return [4] 22/14 45/7
74/7 88/8
reveal [1] 54/4
revealed [2] 45/9 50/10
revealing [1] 41/5
review [1] 5/9
reviewed [9] 3/18 3/21
3/21 4/17 5/3 6/23
16/16 16/24 17/3
Revolutionary [1]
31/14
Revolutionary
War-type [1] 31/14
rewards [1] 42/21
rhetoric [2] 63/1 63/4
Rhodes [17] 4/9 8/18
10/11 10/13 10/19
10/24 13/14 17/23 18/2
18/4 20/20 21/20 26/5
30/14 40/7 54/23 62/4
Rhodes' [4] 10/13
10/21 13/18 16/3
rid [10] 35/5 35/8 35/9
35/11 35/14 36/13 37/7
37/10 37/14 37/15
ride [1] 9/9
right [23] 4/4 16/14
27/19 28/4 34/15 37/18
38/8 38/10 41/25 42/5
56/24 56/24 56/25 57/9
74/6 86/2 86/10 86/14
86/18 89/21 90/1 90/3
90/7
righteous [1] 76/5
righteousness [1]
78/10
riots [2] 61/9 61/19
rise [5] 38/11 38/14
74/9 74/12 90/17
risk [4] 66/4 67/23
77/20 79/3
RMR [2] 91/2 91/8
road [4] 61/15 61/15
61/16 61/18
roaming [1] 27/17
robust [1] 67/3
role [10] 21/17 31/23
32/15 48/18 49/17
51/23 52/2 53/3 60/14
79/10
room [2] 19/25 22/11
rooms [1] 19/16
Rotunda [1] 45/18
ruin [1] 73/2
rule [5] 3/17 4/5 4/8
4/18 4/24 4/25 5/1 5/6
5/9 5/16 5/17 6/14 7/1
23/9 37/24
Rule 29 [12] 3/17 4/5
4/8 4/18 5/1 5/6 5/9

**R**

Rule 29... [5]  5/16 5/17
6/14 7/1 23/9
Rule 29/23 [1]  4/24
ruled [2]  4/7 51/20
rules [2]  5/10 89/22
ruling [6]  3/16 4/5 5/15
5/16 16/14 17/25
rulings [2]  3/25 28/25
run [3]  27/16 75/16
81/2
running [4]  60/14
62/24 70/24 89/1
runs [1]  28/22

**S**

sad [1]  78/11
safety [1]  42/11
said [28]  12/23 13/16
13/25 20/21 21/11
27/14 29/4 32/10 32/14
32/25 33/20 40/7 40/14
43/6 43/24 44/20 45/16
48/21 55/20 61/25
62/25 63/8 64/4 73/17
73/18 77/3 77/4 78/13
sake [2]  9/4 79/24
salient [1]  30/2
same [21]  9/19 12/16
20/8 20/20 22/20 22/24
30/7 33/3 33/3 36/12
40/12 43/21 45/19 52/9
52/11 52/16 52/16
52/17 55/3 55/17 58/24
sand [1]  33/25
Sarasota [1]  59/18
sat [3]  17/14 29/18
78/22
satellite [1]  87/22
satisfied [3]  47/15
67/12 67/17
satisfy [1]  70/5
saw [7]  21/8 21/21
36/5 38/6 47/7 49/7
60/8
say [22]  17/8 17/11
18/1 27/4 27/5 27/12
29/1 29/6 34/17 35/2
37/25 38/4 40/3 42/10
42/24 43/1 51/6 66/7
71/2 77/18 80/6 81/5
saying [6]  20/23 22/19
23/15 63/10 63/13
77/10
says [5]  37/3 40/23
42/13 44/7 78/5
scale [1]  35/16
scared [5]  57/18 57/20
61/22 61/24 66/1
scary [1]  27/13
scheduled [1]  4/10
scheme [1]  52/13
scope [9]  3/23 24/20
29/12 29/17 31/15 39/8
48/9 48/15 53/1
screaming [1]  30/23
scrupulous [1]  19/5
search [3]  27/9 84/5

searched [1]  15/10
searches [3]  83/16
83/21 84/3
seated [2]  38/17 74/14
second [8]  7/7 13/23
14/22 22/22 26/15 38/8
73/21 74/3
Second Circuit [2]  7/7
14/22
secrecy [2]  46/14
46/15
security [2]  20/14
87/22
sedition [1]  77/17
seditious [2]  38/19
52/6
see [11]  19/12 21/13
26/7 34/3 40/24 49/19
59/12 61/14 66/9 76/8
79/17
seeing [3]  43/3 63/2
65/8
seek [1]  82/25
seems [2]  49/14 50/13
seized [2]  8/10 37/6
self [2]  78/10 88/4
self-report [1]  88/4
self-righteousness [1]
78/10
sellouts [1]  44/5
Senate [1]  47/20
send [7]  25/22 69/25
70/1 72/17 72/23 73/4
77/12
sending [2]  46/11
72/13
sense [1]  76/4
sent [4]  40/19 49/4
55/4 67/11
sentence [25]  18/24
42/22 43/16 57/3 59/10
65/18 66/14 68/18
69/12 71/25 72/16 73/8
74/20 74/25 76/21 78/2
78/20 80/20 80/21 81/9
81/13 85/25 86/3 86/16
86/18
sentenced [3]  4/10
80/25 89/16
sentences [3]  68/15
75/6 78/12
sentencing [11]  1/9
3/14 3/19 16/20 16/23
19/1 54/6 74/22 81/17
82/8 86/13
sentencings [3]  77/16
78/22 89/15
sentiments [1]  63/5
separate [2]  63/17
87/18
separately [1]  70/19
separates [1]  79/19
September [2]  27/1
29/5
Serbian [1]  40/16
series [4]  19/23 23/4
63/24 66/16

serious [3]  65/22 73/24
74/25 78/3
serve [4]  69/21 73/3
80/25 90/14
served [1]  70/17
service [1]  68/25
services [4]  65/13 83/5
84/10 84/12
session [2]  38/15
74/13
sessions [1]  62/13
set [5]  28/13 65/21
74/19 74/22 85/13
setting [1]  45/8
seventh [3]  4/12 7/9
7/13
Seventh Circuit [1]  7/9
several [5]  29/19 36/2
36/3 36/9 36/10
shadow [1]  66/1
shaking [1]  59/13
shall [7]  81/14 83/21
84/12 84/14 85/10
85/19 86/4
shame [1]  69/5
shameful [1]  59/6
shape [1]  30/25
share [2]  66/10 84/23
shared [3]  18/7 19/7
62/4
she [13]  18/10 30/17
30/18 58/8 58/9 58/9
58/12 71/4 71/5 71/6
71/7 71/8 71/15
she's [2]  58/7 88/18
Sherry [2]  2/5 3/9
shift [1]  39/15
shooting [2]  27/20
28/19
shopping [2]  61/16
61/18
short [4]  14/15 14/19
40/19 48/19
should [12]  16/25 42/5
44/2 46/17 56/21 64/19
75/3 75/6 80/9 86/10
88/21 89/15
shouldn't [1]  42/14
show [6]  11/4 39/12
39/13 44/4 56/4 73/21
showed [4]  6/6 8/6 8/7
11/14
showing [1]  66/4
shown [1]  77/4
shows [3]  23/11 36/1
74/2
shred [3]  36/25 37/3
37/4
side [3]  4/1 17/19
18/17
Signal [32]  8/9 8/12
8/16 9/16 9/19 9/25
10/7 10/9 10/25 11/11
11/14 11/18 12/8 12/17
12/25 13/9 13/21 23/5
23/7 33/10 33/17 35/3
35/5 37/13 46/19 46/21
50/7 51/3 51/19 54/24

Signal app [10]  8/9
10/7 11/11 11/18 12/8
23/7 46/19 46/21 50/7
51/19
significance [1]  50/11
significant [5]  35/6
43/12 72/16 73/9 79/4
significantly [2]  22/5
42/13
silent [1]  31/5
similar [1]  72/4
similarly [1]  16/7
simple [2]  35/12 60/12
simply [4]  18/8 34/24
77/18 89/21
since [3]  28/13 62/5
75/14
single [3]  49/25 51/3
52/4
single-level [1]  52/4
sir [1]  3/13
sirens [1]  61/20
sister [1]  42/9
sits [1]  75/11
situated [1]  16/7
situation [5]  20/12
20/16 58/18 72/21
78/17
six [2]  52/18 89/17
six-year [1]  52/18
Sixth [1]  7/10
skill [1]  60/6
skilled [1]  60/5
skipped [1]  33/13
Skype [1]  84/16
sleep [1]  58/6
slightly [3]  73/15 75/8
81/9
slushy [1]  19/24
small [2]  45/18 56/21
smart [2]  60/6 70/14
83/20 84/19
smoking [1]  29/7
snaking [1]  56/12
so [96]
so I think [1]  51/14
social [7]  76/16 83/1
83/2 83/3 83/4 83/5
83/9
software [6]  83/19
83/23 83/24 84/1 84/16
84/17
sole [1]  71/15
solid [2]  61/13 66/1
solved [1]  41/13
some [44]  5/6 17/15
18/25 25/16 25/17
25/25 26/1 30/6 33/16
34/20 40/18 41/5 46/6
46/14 49/1 49/16 49/16
54/19 58/14 61/9 61/14
61/25 62/8 63/6 63/14
64/11 64/25 68/22 70/2
71/21 75/20 76/3 76/4
79/4 79/9 79/15 79/20
79/21 80/1 80/4 80/5
80/17 82/12 90/12

somebody [8]  34/13
59/21 60/24 76/8 77/2
79/13 79/14 79/23
somehow [1]  13/20
someone [11]  22/19
39/14 46/16 61/22
63/19 69/1 69/4 69/25
75/18 76/17 88/21
something [15]  25/5
26/7 35/2 51/5 64/4
68/8 68/13 68/18 73/15
76/6 76/12 87/11 87/16
89/10 90/10
sometime [1]  14/4
somewhat [1]  66/11
soon [1]  6/19
sophisticated [1]
60/11
sorry [4]  58/3 59/5
71/7 78/9
sort [20]  17/18 18/8
27/17 30/1 34/11 36/12
45/8 46/5 48/25 59/24
61/14 62/6 69/15 69/16
72/9 76/16 77/16 79/9
80/14 81/7
sorts [1]  29/16
sought [1]  11/24
sound [1]  44/10
sounds [1]  31/11
source [3]  76/10 76/10
76/11
sources [1]  63/7
speak [3]  36/25 57/7
57/12
speaks [2]  65/10 75/22
spearheaded [1]  62/21
special [3]  72/3 81/3
86/24
specializes [1]  84/17
specific [10]  7/20
15/22 15/24 34/5 37/6
51/16 57/2 65/24 76/21
88/17
specifically [10]  14/11
26/2 30/15 31/20 32/10
32/14 48/4 50/17 63/3
87/21
specificity [1]  25/16
specifics [1]  9/5
spectrum [2]  78/24
79/8
speculate [2]  13/13
14/5
speculation [2]  15/22
16/8
spent [3]  33/23 58/13
68/21
spin [1]  73/16
spot [1]  40/12
spreadsheet [1]  51/2
stab [1]  66/9
stack [2]  26/6 26/19
staffers [1]  24/8
stage [1]  64/18
stand [5]  19/11 41/15
41/19 62/25 66/25
standard [2]  5/9 72/1

**standing** [1]  41/20
**stands** [3]  38/11 74/10
90/18
**start** [2]  33/15 86/23
**started** [1]  61/24
**starts** [1]  41/8
**state** [4]  5/9 37/10
70/21 81/22
**stated** [1]  17/25
**statement** [1]  64/3
**states** [20]  1/1 1/3 1/10
3/3 4/9 4/14 7/3 7/4 7/6
7/12 14/21 15/18 39/5
41/23 42/6 47/2 52/8
63/10 82/20 86/14
**States versus**
 **Matthews** [1]  7/12
**statute** [3]  6/3 74/22
86/17
**statutorily** [1]  7/18
**statutory** [1]  52/19
**stay** [1]  10/25
**stenography** [1]  2/10
**step** [1]  90/4
**steps** [5]  19/23 21/13
22/16 23/17 56/19
**Stewart** [4]  20/20
30/14 54/23 62/4
**Stewart Rhodes** [4]
20/20 30/14 54/23 62/4
**still** [4]  14/14 45/21
89/1 89/24
**stock** [1]  29/7
**stolen** [1]  63/11
**stood** [1]  14/24
**stop** [3]  21/11 45/16
53/22
**stopped** [2]  36/2 51/10
**store** [2]  22/3 49/4
**story** [1]  76/14
**street** [2]  1/17 66/25
**strength** [2]  73/21 74/1
**strict** [2]  70/11 70/15
**stripped** [1]  72/25
**strongly** [1]  8/11
**structure** [2]  21/22
21/25
**studied** [1]  87/13
**studies** [1]  66/4
**study** [1]  70/24
**stuff** [2]  59/25 72/11
**subject** [3]  46/13 83/17
84/3
**submit** [2]  82/2 82/9
**subordinate** [2]  21/19
48/20
**subsection** [3]  65/19
67/25 68/15
**subsections** [1]  31/20
**subsequently** [1]  8/25
**substance** [5]  75/20
81/24 82/1 82/9 82/10
**substantial** [2]  48/3
52/24
**successful** [3]  50/2
55/25 57/2
**such** [13]  7/24 7/25

18/3 18/4 69/5 83/8
83/12 85/20 86/8
**suck** [1]  76/12
**sued** [1]  71/19
**suffer** [1]  68/3
**suffered** [6]  58/2 70/8
71/10 71/14 78/8 78/8
**suffering** [1]  69/3
**sufficient** [9]  5/19 6/20
7/15 9/6 9/23 11/3
34/25 69/12 74/20
**suggest** [6]  16/2 17/22
22/18 27/25 67/16 87/9
**suggested** [1]  28/7
**suggestion** [1]  22/21
**suggests** [1]  46/13
**sum** [1]  73/12
**superior** [1]  49/8
**superseding** [1]  4/12
**supervised** [6]  71/25
72/1 81/1 86/24 87/4
87/6
**supervision** [5]  81/14
81/20 82/3 84/7 85/1
**supervisor** [1]  31/25
**supplemental** [2]  4/20
4/22
**supplemented** [1]  51/9
**support** [8]  4/22 13/22
16/24 19/2 48/15 49/20
50/19 50/20
**supported** [1]  8/11
**supports** [2]  11/17
22/25
**supposed** [2]  52/14
76/25
**Supreme** [2]  14/9
69/19
**Supreme Court** [1]
14/9
**sure** [14]  26/15 27/10
27/19 33/2 33/11 37/20
40/8 41/22 64/10 65/13
78/2 78/18 80/4 88/18
**surrenders** [1]  88/11
**survival** [1]  41/17
**suspicion** [1]  84/6
**suspicious** [1]  35/10
**sustain** [4]  5/14 9/7
9/23 16/11
**sustains** [1]  25/1
**swore** [1]  42/24
**synonyms** [1]  69/14
**systems** [2]  63/23
84/13

**T**

**tablets** [2]  83/20 84/18
**tagged** [2]  42/22 43/16
**take** [19]  20/23 26/3
26/9 36/19 36/19 37/21
38/9 42/3 42/6 42/7
49/5 66/9 68/13 74/6
78/5 87/11 87/16 90/5
90/5
**takeaway** [1]  69/15
**taken** [11]  8/5 9/11

51/12 54/4 56/4 62/13
78/16 78/17
**taking** [3]  19/19 76/23
77/1
**talk** [7]  22/14 29/24
49/1 54/19 70/1 72/8
73/13
**talked** [3]  46/20 77/17
77/17
**talking** [3]  29/17 43/18
60/7
**talks** [1]  43/15
**tamper** [1]  82/11
**tampering** [1]  4/13
**tantamount** [1]  52/8
**target** [1]  14/12
**targeting** [1]  16/7
**task** [1]  12/20
**tasked** [1]  69/11
**taxpayers** [1]  69/6
**team** [3]  21/24 21/24
39/18
**Ted** [1]  73/16
**Ted Lasso** [1]  73/16
**telecommunications**
 [1]  84/15
**telephone** [1]  6/5
**tell** [7]  32/4 32/11
33/23 34/8 58/9 60/4
65/25
**telling** [1]  23/3
**tells** [1]  22/11
**ten** [1]  44/20
**tend** [1]  72/15
**tends** [1]  69/15
**term** [7]  26/16 26/18
27/5 60/1 70/8 87/14
87/15
**terminology** [1]  27/22
**terms** [11]  3/19 19/18
26/24 31/15 34/9 38/18
49/6 52/19 75/23 80/24
82/13
**terrible** [2]  41/4 78/9
**terrified** [1]  57/20
**terrorism** [6]  23/21
33/6 37/19 37/22 38/5
51/21
**terrorist** [2]  82/15
82/22
**test** [1]  82/2
**testified** [8]  11/23 15/5
21/18 24/4 45/4 45/15
48/20 50/23
**testifies** [1]  45/11
**testify** [1]  57/19
**testimony** [3]  9/8
11/22 41/8
**testing** [2]  82/9 82/11
**tests** [1]  82/4
**text** [2]  35/17 35/19
**TextMe** [5]  10/10 46/8
51/4 51/4 54/20
**than** [13]  14/17 15/12
19/9 19/16 48/6 53/13
66/13 73/8 73/12 73/13
74/21 75/9 77/19

24/16 26/22 38/7 38/10
38/16 53/12 57/4 57/5
57/11 59/11 74/4 74/5
74/8 74/14 87/17 87/24
88/6 90/16
**Thank you** [14]  18/12
24/13 26/22 38/7 38/10
53/12 57/4 57/5 57/11
59/11 74/4 74/5 74/8
87/24
**thankful** [1]  59/6
**that** [589]
**that'll** [2]  16/14 86/18
**that's** [56]  12/7 14/22
17/23 26/5 26/7 26/16
26/21 27/15 28/13
28/15 28/23 29/6 30/9
33/18 34/16 35/6 42/1
42/5 42/11 43/23 44/10
45/2 49/7 50/16 57/9
59/13 59/25 61/6 62/1
62/1 64/8 66/22 66/24
67/2 67/19 68/7 68/10
69/17 69/19 71/6 71/15
73/15 73/18 78/23
80/19 80/20 81/12
81/13 86/3 86/15 87/6
87/9 87/10 87/20 87/21
90/4
**their** [19]  11/5 12/11
22/10 26/9 31/3 31/4
39/7 44/4 45/22 56/12
56/25 57/20 57/24
60/16 65/13 65/17
66/14 71/18 78/10
**them** [19]  19/13 22/4
22/20 36/2 36/3 36/10
40/25 41/5 41/23 41/24
41/24 43/3 62/9 64/25
65/1 65/14 70/1 72/9
72/10
**themselves** [2]  42/2
79/2
**then** [49]  3/18 3/20 4/1
4/2 5/3 9/18 10/12 15/9
16/16 18/14 21/10
26/23 27/5 27/14 28/21
28/24 31/8 31/17 33/15
34/21 34/21 40/2 41/18
41/20 42/13 44/9 45/10
45/16 46/3 46/3 46/9
46/18 46/20 47/22 48/7
49/3 50/17 52/15 62/12
62/23 63/13 64/15 65/9
70/9 70/24 71/24 71/25
87/18 88/7
**theory** [4]  10/20 10/21
10/23 87/5
**there** [84]  6/20 7/15
9/15 10/5 10/25 13/6
13/10 13/21 13/23
16/21 17/17 19/23 20/7
20/12 20/13 21/20
24/21 25/8 25/22 26/1
27/24 29/17 30/12 31/8
33/20 34/20 34/25
35/16 35/18 35/20 36/1

37/4 [20]  29/1 30/16
40/21 41/6 43/5 43/8
43/14 45/3 45/13 45/14
45/19 46/1 46/5 46/18
47/5 48/2 49/1 49/6
50/19 50/19 50/20 51/3
51/3 57/13 59/1 60/12
61/9 61/18 61/19 61/19
63/11 65/4 65/12 66/2
67/3 67/6 67/13 67/18
67/22 68/2 68/17 69/20
75/20 77/19 77/21 79/7
82/7 82/12 83/25 84/6
86/20
**there's** [29]  5/25 6/15
15/14 16/18 18/2 26/24
31/25 34/4 40/14 42/21
45/1 45/10 46/10 49/3
49/10 59/23 61/13
61/14 62/9 62/14 62/18
65/11 67/15 71/17
71/20 72/3 77/20 77/20
80/3
**thereafter** [1]  82/4
**therefore** [4]  10/20
16/11 85/4 85/9
**these** [29]  3/10 14/8
14/15 19/16 22/8 22/23
23/17 24/10 25/9 30/2
35/13 39/6 49/18 54/15
55/12 55/22 55/24 56/6
66/7 67/14 76/9 76/15
76/16 78/22 81/18
83/21 84/2 88/23 89/16
**they** [41]  21/6 22/10
24/6 25/10 26/9 31/2
31/3 31/3 37/6 39/13
40/10 41/23 41/23
41/24 45/12 45/16
45/25 47/4 52/11 54/15
56/3 56/4 56/24 56/24
56/25 57/1 57/20 61/20
61/20 61/21 65/14
66/17 66/17 66/22
66/24 67/3 67/4 74/17
76/18 77/15 79/3
**they'll** [1]  72/4
**they're** [8]  25/23 25/24
44/7 62/15 62/16 62/16
71/17 72/5
**they've** [3]  43/2 73/14
79/1
**thing** [5]  36/22 37/25
64/7 70/22 73/14
**things** [24]  24/21 26/1
26/4 26/11 32/6 34/1
34/1 36/2 37/4 37/6
37/10 38/10 43/7 43/21
58/25 60/13 66/7 66/16
66/19 76/18 78/1 79/4
80/5 86/22
**think** [71]  9/4 17/24
24/13 26/5 26/6 27/23
28/7 28/7 28/10 28/15
29/14 30/9 34/12 35/6
35/8 35/10 37/9 37/13
37/23 40/18 41/3 42/25
43/7 43/21 44/12 47/15

**T**

think... [45] 48/1 48/19 49/6 49/15 49/17 50/1 50/5 50/6 51/1 51/4 51/14 51/15 51/24 52/3 56/23 58/20 63/9 64/2 64/13 65/6 66/15 67/2 68/1 68/6 68/12 69/5 71/2 72/9 73/6 73/7 76/5 76/7 77/9 77/10 79/4 79/16 79/22 80/2 80/8 81/5 81/12 89/21 89/22 89/24 90/14

thinking [1] 8/22

this [134]

those [45] 8/18 10/18 12/22 14/8 14/16 14/18 15/13 15/18 18/10 18/11 19/4 21/8 22/16 25/1 26/3 26/11 30/18 30/19 31/12 31/15 31/21 31/22 32/5 33/18 34/2 47/8 47/11 47/20 47/25 48/7 49/23 50/21 52/10 54/19 63/2 66/19 72/11 73/15 77/14 78/21 79/3 81/1 81/21 89/12 89/19

though [6] 29/16 39/25 42/18 44/4 69/15 79/9

thought [7] 27/3 27/4 27/24 44/3 76/24 78/24 81/8

thoughtfulness [1] 77/5

thoughts [1] 57/7

thousand [1] 43/10

thread [1] 55/19

threads [1] 55/23

threat [3] 47/24 54/5 54/10

threatening [3] 47/16 52/21 58/7

threats [1] 47/18

three [8] 6/10 17/14 31/19 43/14 48/2 52/25 60/13 68/20

three-level [3] 31/19 48/2 52/25

through [18] 4/19 4/20 8/19 11/13 13/14 17/14 27/6 27/6 29/18 30/1 35/24 36/17 36/24 46/24 47/12 52/1 59/7 64/16

throw [1] 37/4

Thursday [1] 27/7

Thus [1] 13/13

thwart [1] 23/17

tied [2] 54/10 55/12

time [35] 8/3 9/1 9/8 9/19 10/3 11/17 13/11 13/17 15/7 19/13 19/14 35/18 36/12 40/25 41/2 42/20 43/21 50/18 51/11 51/16 53/22 58/13 58/17 58/17 58/25 62/7 68/20 70/17

time-served [1] 70/17

times [7] 11/15 15/6 44/4 46/7 53/24 54/1 72/11

timing [3] 12/4 19/18 33/19

tipped [1] 35/15

tips [1] 14/25

titled [1] 91/4

titular [1] 79/9

today [4] 17/20 29/24 42/15 51/13

today's [1] 56/3

together [8] 12/2 23/11 23/17 24/6 24/6 54/4 56/4 87/7

told [4] 8/25 9/10 22/16 55/15

too [2] 36/13 75/13

took [3] 23/3 27/1 56/6

top [3] 36/9 68/22 71/21

topic [1] 41/7

total [3] 24/11 53/6 81/4

totality [1] 51/14 70/9

touch [3] 10/25 18/25 88/22

toward [1] 45/13

towards [2] 22/5 36/23

toxic [1] 63/24

track [1] 71/5

tracking [2] 14/2 33/21

trade [1] 60/7

training [22] 19/22 19/23 20/2 20/3 21/2 27/1 27/15 27/16 27/17 27/18 27/20 27/21 27/25 28/12 28/19 28/21 29/5 39/23 39/24 44/25 62/13 75/5

transcript [5] 1/9 2/10 5/4 28/11 91/3

transcription [1] 2/11

transcripts [3] 25/24 27/9 27/12

transfer [1] 47/1

transferred [1] 85/1

transition [2] 31/17 64/24

transpired [1] 45/24

traveled [8] 20/8 21/4 30/17 31/6 45/4 54/8 55/1 56/18

traveling [2] 27/18 28/22

treason [3] 42/23 43/16 52/7

treatment [2] 68/5 68/8

trial [12] 4/13 4/24 9/13 20/22 26/17 35/4 35/20 36/23 57/17 59/4 59/14 86/13

trials [1] 17/14

trickle [1] 10/21

trickled [1] 10/12

tried [1] 58/7

trier [2] 5/20 15/19

trip [2] 71/12 71/13

trips [1] 62/12

trouble [1] 43/1

Troy [2] 1/15 3/6

Troy Edwards [1] 3/6

truck [2] 21/6 44/19

trudge [1] 64/15

true [3] 15/3 48/20 56/22

truly [1] 58/3

Trump [1] 40/8

trusted [1] 56/25

truth [1] 25/8

try [3] 12/20 58/24 76/6

trying [4] 35/25 37/10 43/1 87/10

turbulence [1] 54/3 56/17

turbulent [2] 53/24 54/1

turn [6] 16/16 18/14 29/11 72/18 72/18 76/11

TV [5] 23/16 55/20 70/13 70/14 70/14

tweets [1] 27/6

twist [1] 41/24

two [30] 6/10 8/3 8/9 21/16 23/1 26/11 31/2 31/8 31/12 31/19 31/24 32/18 33/23 43/13 44/7 48/9 50/4 50/5 50/22 51/3 52/12 53/2 53/4 53/20 60/3 61/15 66/1 70/11 70/15 82/3

two-lane [1] 61/15

two-level [5] 23/1 31/19 48/9 53/2 53/4

two-point [2] 31/24 32/18

tying [1] 12/1

type [1] 31/14

**U**

U.S [4] 1/16 85/11 85/18 87/14

U.S. [4] 7/3 7/8 7/10 84/24

U.S. Attorney's Office [1] 84/24

U.S. versus Johnson [1] 7/8

U.S. versus Wellman [1] 7/10

U.S.C. [4] 6/3 8/1 16/13 74/20

ultimate [2] 49/17 77/21

ultimately [11] 7/14 10/21 44/23 45/2 50/2 50/7 54/9 76/7 78/12 79/3 90/14

unannounced [1] 83/16

uncommon [2] 75/23 76/14

unconnected [1] 15/21

unconstitutional [2] 24/3 44/2

unconventional [2] 19/22 39/23

under [15] 4/11 5/16 5/17 6/3 9/23 16/13 23/1 23/20 38/3 53/5 65/19 67/9 70/15 86/14 89/22

understand [3] 28/25 68/16 77/2

understanding [3] 31/16 44/14 50/11

understands [1] 68/17

understood [2] 43/19 50/15

undertaken [6] 18/15 24/20 29/12 38/18 39/8 47/19

undertook [1] 54/14

undisputed [1] 10/16

unduly [1] 63/9

unfair [1] 64/13

unfolding [1] 19/17

Unfortunately [1] 76/14

uniforms [1] 30/8

unique [1] 67/10

UNITED [19] 1/1 1/3 1/10 3/3 4/9 4/14 7/3 7/4 7/6 7/12 14/21 39/5 41/23 42/6 47/2 52/8 63/10 82/20 86/14

United States [10] 7/3 7/4 7/6 14/21 39/5 42/6 52/8 63/10 82/20 86/14

United States of [1] 3/3

United States/Rhodes [1] 4/9

unknown [2] 82/15 82/16

unlawful [1] 81/25

unlawfully [1] 81/23

unless [4] 32/16 33/4 80/1 87/7

unlike [1] 72/14

unloading [1] 21/7

unprecedented [1] 67/13

unreasonable [1] 64/11

unrest [3] 20/10 39/19 45/13

unsophisticated [1] 60/5

until [5] 57/17 62/22 68/6 85/20 90/9

unwarranted [1] 75/7

up [27] 18/23 20/23 21/4 21/13 22/16 27/13 28/5 31/9 36/13 42/20 44/4 44/19 56/12 57/10 58/14 64/5 70/4 72/11

update [1] 51/5

updated [2] 11/15 11/16

updates [1] 36/5

upload [1] 51/2

uploading [2] 36/2 51/10

upon [7] 6/1 12/14 46/22 47/8 47/11 48/10 85/14

upward [2] 32/20 37/19

urban [8] 27/5 27/10 27/11 27/12 28/5 28/6 28/10 28/14

urge [2] 73/6 73/7

us [9] 10/7 41/21 44/8 53/24 55/20 64/10 73/19 73/19 89/14

usdoj.gov [2] 1/19 1/20

use [5] 6/13 26/9 26/18 46/7 46/23 48/6 57/1 83/1 83/7 83/10 83/12 84/2 84/10 84/12 84/14

used [8] 26/16 27/24 29/2 29/3 47/9 54/20 56/24 82/10

uses [1] 46/8

using [5] 33/3 36/14 49/2 49/21 55/5 81/25

usually [3] 49/19 72/17 72/19

**V**

vacate [1] 16/12

vacuum [1] 64/9

Vallejo [2] 80/18 80/19

Vallejo's [1] 5/1

value [1] 49/16

variance [1] 73/9

variety [2] 68/3 69/20

various [3] 6/24 38/24 76/15

vary [1] 73/24

vast [1] 72/14

verbiage [1] 63/2

verdict [2] 12/15

verdicts [2] 12/21 12/22

version [2] 71/6 71/7

versus [8] 3/4 7/3 7/4 7/6 7/8 7/10 7/12 14/21

very [32] 8/7 23/10 24/13 25/9 26/10 26/20 27/2 27/21 29/19 36/23 39/18 40/12 41/11 42/23 46/10 50/14 60/5 60/16 61/10 62/17 65/3 65/10 67/10 70/11 70/15 76/11 76/13 78/3 78/11 78/23 78/24 79/23

victim [2] 52/11 64/2

Case 1:22-cr-00012-APM   Document 324-7   Filed 02/27/24   Page 108 of 109

**V**

**video [1]** 83/9
**videos [4]** 19/14 41/1 41/1 53/24
**view [5]** 12/9 64/1 83/1 83/7 83/12
**viewing [1]** 23/10
**violate [1]** 79/2
**violation [5]** 4/14 38/20 84/6 84/8 87/4
**violence [4]** 44/15 47/4 53/15 56/16 82/19 83/10
**violent [1]** 82/18
**virtue [2]** 31/25 67/17
**visibly [1]** 59/13
**visual [1]** 66/18
**vocational [2]** 68/1 75/5
**voice [1]** 84/18
**void [1]** 65/11
**volume [1]** 25/10
**vortex [1]** 76/13
**vote [2]** 21/12 45/16
**VPN [4]** 46/8 54/20 56/24 79/22
**vs [1]** 1/5

**W**

**wading [1]** 29/23
**waging [1]** 52/8
**wait [2]** 31/3 40/10
**waiting [1]** 41/12
**waive [1]** 85/9
**waives [1]** 85/4
**wake [1]** 64/5
**walk [1]** 31/14
**walks [1]** 76/15
**wall [1]** 89/1
**want [12]** 27/1 27/21 29/6 29/23 34/1 38/9 42/6 42/8 54/19 63/8 68/16 75/9
**wanted [3]** 24/22 42/19 76/6
**wanting [1]** 76/17
**war [3]** 31/14 43/10 52/8
**warfare [6]** 19/22 27/5 27/10 27/12 28/6 39/23
**warn [1]** 84/2
**warned [2]** 20/9 40/1
**warranted [1]** 81/9
**was [208]**
**Washington [4]** 1/5 1/17 2/9 54/9
**wasn't [14]** 27/3 27/10 30/22 30/23 30/23 30/24 33/25 34/1 36/14 37/7 41/4 57/17 58/15 60/22
**waste [1]** 69/5
**watch [4]** 19/13 41/1 41/1 70/14
**watched [1]** 59/3
**watches [2]** 83/20 84/19
**Watching [1]** 58/11

**Watkins [3]** 30/5 30/16 38/25 45/20 47/19 50/3 50/18 79/14
**Watkins' [5]** 11/9 12/5 13/24 14/4 15/15
**way [14]** 29/14 30/24 30/24 45/24 50/13 56/12 60/23 63/15 63/15 64/8 66/10 69/25 80/12 87/15
**ways [1]** 78/14
**we [67]** 19/11 20/23 23/24 26/3 26/16 28/14 29/25 31/17 32/18 36/5 38/5 40/12 40/17 41/11 41/18 41/20 41/21 41/24 43/25 44/4 44/11 44/24 49/19 53/21 53/24 55/7 56/11 58/10 60/23 63/2 63/9 64/5 64/5 64/6 64/6 64/9 64/9 64/9 65/18 66/15 67/1 67/10 67/20 69/16 70/1 70/4 72/7 72/9 72/9 72/21 72/23 73/4 73/13 73/21 76/16 77/2 80/12 80/13 87/7 87/16 88/18 88/20 88/20 89/6 89/10 89/14 90/2
**we will [2]** 41/20 90/2
**we'd [1]** 88/22
**we'll [4]** 3/15 4/1 4/2 90/5
**we're [7]** 3/14 29/16 40/15 41/21 60/7 73/11 73/21
**we've [5]** 46/20 62/5 62/11 71/24 88/16
**weakest [1]** 73/20
**weaponized [1]** 56/15
**weapons [6]** 21/6 21/8 21/9 21/9 48/12 81/11
**websites [1]** 83/5
**Wednesday [2]** 27/4 64/3
**Wednesday's [3]** 4/7 9/21 12/12
**week [9]** 4/10 4/10 11/13 26/25 27/8 29/20 32/25 68/6 88/22
**week's [3]** 5/4 14/20 73/17
**weeks [2]** 18/22 50/22
**weigh [1]** 12/21
**weight [1]** 71/9
**weighty [1]** 26/16
**Weinberg [1]** 73/11
**well [24]** 7/1 10/9 11/1 18/16 22/9 25/15 27/6 27/15 27/23 33/7 34/22 35/2 39/1 47/1 59/14 62/9 65/9 69/11 72/12 76/3 81/15 88/2 88/4 88/25
**well-educated [1]** 22/9
**Wellman [2]** 7/10 15/17
**wellness [1]** 60/15
**went [4]** 20/18 33/24

**were [53]** 4/9 5/7 6/17 9/22 10/10 14/25 16/7 18/7 22/8 23/2 23/17 27/7 27/24 29/3 31/2 32/23 35/18 36/1 36/3 36/9 36/10 36/11 37/15 40/13 45/16 47/5 47/18 51/3 54/1 55/12 55/24 57/18 57/20 57/21 57/23 59/12 60/12 61/19 61/20 62/12 63/2 63/4 63/5 63/12 63/14 79/8 79/12 79/15 79/15 79/19 89/13 89/17 90/12
**weren't [2]** 79/11 79/12
**WFO [1]** 88/17
**what [57]** 3/18 7/14 14/8 16/16 17/16 18/15 19/11 19/15 19/17 20/12 20/22 22/22 24/6 29/4 29/20 29/24 29/25 30/1 31/14 31/16 31/17 35/4 35/15 37/2 37/23 43/6 43/8 43/17 43/19 46/16 47/11 51/1 55/14 56/5 56/8 58/8 58/9 58/15 62/1 63/13 63/25 64/12 66/23 67/2 68/23 70/9 74/16 76/25 77/3 77/9 78/5 78/25 79/3 79/10 80/16 87/9 88/14
**what's [2]** 20/13 43/12
**whatever [6]** 32/23 65/13 66/13 67/8 70/8 71/24
**whatsoever [2]** 33/21 59/22
**wheat [1]** 63/17
**when [52]** 5/25 6/16 7/22 8/10 12/25 19/11 20/19 21/6 21/11 25/21 26/9 29/16 31/17 32/10 32/18 40/24 43/15 44/4 44/5 44/24 54/9 55/8 55/15 57/15 57/19 58/20 60/4 60/7 60/21 60/22 61/4 61/20 63/18 65/18 66/6 67/1 67/2 67/20 69/7 70/7 70/9 71/4 72/13 73/6 73/21 74/2 77/18 77/19 77/24 79/6 84/5 89/6
**whenever [1]** 37/5
**where [13]** 19/23 20/9 21/21 22/11 25/22 35/18 42/6 66/4 75/25 76/15 81/6 88/10 90/12
**whether [12]** 5/19 7/15 14/11 24/25 34/22 76/16 78/14 83/22 83/23 83/25 87/13 87/14
**which [61]** 4/12 4/18 4/21 4/23 5/1 5/2 5/6 5/13 6/1 6/8 6/15 7/1 7/6 8/6 9/1 9/12 10/6

**who [48]** 4/9 11/1 11/22 14/25 15/4 15/5 15/11 16/7 20/21 20/23 21/19 21/20 27/17 29/8 37/3 39/14 44/18 47/20 53/18 57/23 58/2 59/1 59/17 59/18 59/21 60/24 61/6 61/22 63/19 64/2 65/8 69/1 69/7 71/12 75/18 76/8 76/18 77/14 79/1 82/13 82/17 82/19 83/10 84/2 88/17 89/13 89/16 89/17
**who's [2]** 20/24 46/16
**Whoever [1]** 71/5
**whole [5]** 29/7 36/4 68/6 69/23 90/11
**whom [1]** 69/4
**whose [1]** 39/4
**why [6]** 22/20 33/15 35/3 57/10 66/22 79/25
**wide [1]** 80/7
**widespread [1]** 63/11
**wife [6]** 41/9 42/19 58/6 65/12 71/11 90/14
**wife's [1]** 60/15
**will [62]** 6/19 8/15 10/25 11/1 16/11 16/14 17/21 18/16 18/25 20/12 20/13 25/4 37/25 41/20 42/2 50/4 52/5 52/17 53/22 56/13 57/14 58/24 58/24 59/7 64/5 64/17 64/21 65/25 66/10 66/20 67/4 67/15 67/18 67/21 68/17 68/21 70/5 70/10 70/22 71/1 71/6 71/7 74/1 74/6 80/21 80/22 81/1 82/7 82/12 84/8 84/25 85/2 85/9 85/13 88/2 88/3 88/5 88/9 90/2 90/8 90/12 90/13
**William [3]** 2/6 91/2 91/8
**willing [5]** 40/8 41/15 43/13 64/14 64/15
**window [1]** 44/12
**wish [2]** 80/8 83/1
**wishes [1]** 4/2
**withdrawing [1]** 10/10
**within [11]** 19/19 21/20

**13/9 14/10 14/13 14/16 14/19 15/19 16/23 16/24 17/12 18/16 19/2 23/13 27/20 28/12 28/14 28/22 29/11 29/24 30/13 33/3 34/10 37/7 42/1 44/19 45/11 45/25 46/13 48/5 48/15 48/24 55/24 69/24 75/9 75/23 75/24 76/2 76/25 77/15 81/1 82/6
**while [8]** 23/8 24/8 25/17 38/2 45/13 47/4 81/14 81/19
**whit [1]** 49/11**

**without [7]** 16/1 40/15 64/14 82/20 84/14 86/7 87/1
**witness [2]** 39/15 62/25
**witnesses [1]** 5/24
**won't [1]** 75/13
**woods [1]** 61/5
**word [6]** 13/14 13/18 13/20 27/11 28/8 28/10
**words [8]** 10/12 27/24 40/7 40/11 55/11 56/16 63/1 90/8
**work [5]** 19/12 40/24 66/24 70/18 88/21
**worked [1]** 75/15
**working [1]** 58/23
**world [1]** 63/25
**worried [2]** 77/6 77/6
**worrying [1]** 57/25
**worst [3]** 56/20 73/12 73/14
**worth [2]** 9/4 12/9
**would [57]** 9/2 10/1 11/20 13/13 13/16 13/19 14/5 15/6 17/9 18/17 20/23 21/24 22/5 25/13 25/15 26/2 26/2 26/8 26/9 26/10 26/15 28/17 29/10 30/10 33/17 34/17 35/23 36/7 36/16 38/25 39/14 39/17 40/10 42/23 45/22 45/25 46/1 47/3 47/7 47/8 47/24 51/8 52/18 53/15 54/22 54/25 55/1 55/10 58/9 58/16 64/13 65/14 67/6 68/9 68/23 87/10 87/18
**wouldn't [1]** 40/3
**wrap [1]** 75/24
**writ [1]** 11/6
**writer [1]** 18/8
**writing [1]** 55/6
**written [1]** 89/11
**wrong [1]** 28/9
**wrongfulness [1]** 50/15
**wrote [3]** 19/10 23/24 53/21

**Y**

**yeah [3]** 28/12 37/13 51/1
**year [4]** 22/10 41/14 52/18 75/14
**years [11]** 33/23 59/20 60/3 66/2 66/5 68/3 70/2 70/11 75/19 71/4 75/11
**yelling [1]** 30/23
**yes [7]** 17/5 28/3 33/8 33/11 37/1 49/7 79/12
**yesterday [2]** 32/21 66/7

**Y**

**yet [3]**  14/14 42/24
88/8
**York [1]**  15/5
**you [195]**
**you know [2]**  43/15
73/11
**you'd [2]**  3/24 86/20
**you'll [2]**  90/10 90/12
**you're [12]**  22/20 40/8
42/12 63/18 77/9 79/24
80/10 80/10 80/25 81/3
81/14 89/1
**you've [7]**  59/4 59/6
69/7 72/4 77/4 89/16
90/9
**young [10]**  7/4 14/19
14/23 15/3 21/18 21/18
48/20 49/7 55/4 71/6
**younger [1]**  48/24
**your [72]**  3/2 17/5
18/12 20/11 24/16
24/24 25/18 26/2 29/20
30/20 33/20 38/2 42/5
42/11 43/9 53/12 57/6
57/11 59/3 59/9 59/9
59/10 63/20 65/3 66/7
67/6 67/16 67/21 68/13
68/21 69/11 71/22
72/24 72/25 72/25 73/1
73/1 73/7 73/7 73/23
73/23 76/4 76/6 76/24
77/24 78/6 78/7 78/8
78/17 78/20 79/6 79/22
79/24 80/1 80/9 81/7
81/9 81/19 82/7 83/2
84/11 85/14 86/2 86/13
88/9 89/4 89/25 90/13
90/13 90/13 90/14
90/15
**Your Honor [27]**  3/2
17/5 18/12 24/16 26/2
30/20 33/20 53/12 57/6
57/11 59/3 59/9 63/20
65/3 66/7 67/6 67/16
67/21 68/13 68/21
69/11 71/22 73/7 73/7
73/23 88/9 89/4
**Your Honor's [2]**  25/18
29/20
**yours [1]**  41/19
**yourself [1]**  77/20

**Z**

**Zaremba [3]**  2/6 91/2
91/8
**Zello [1]**  30/18