```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,              )
                                )   CR No. 22-15
                                )   Washington, D.C.
     vs.                        )   October 26, 2022
                                )   9:02 a.m.
ROBERTO A. MINUTA, ET AL.,      )
                                )
        Defendants.             )
_____)


     TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS
          BEFORE THE HONORABLE AMIT P. MEHTA
             UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:       Kathryn Leigh Rakoczy
                          Troy A. Edwards
                          U.S. ATTORNEY'S OFFICE
                          FOR THE DISTRICT OF COLUMBIA
                          555 Fourth Street, NW
                          Washington, D.C. 20530
                          (202) 252-6928
                          Email:
                          kathryn.rakoczy@usdoj.gov
```

APPEARANCES CONTINUED:

| | |
|---|---|
| For Defendant Minuta: | William Lee Shipley, Jr.<br>LAW OFFICES OF<br>WILLIAM L. SHIPLEY<br>PO Box 745<br>Kailua, HI 96734<br>(808) 228-1341<br>Email: 808Shipleylaw@gmail.com |
| For Defendant Hackett: | Angela Halim<br>Angela Halim<br>3580 Indian Queen Lane<br>Philadelphia, PA 19129<br>(215) 300-3229<br>Email: angiehalim@gmail.com |
| For Defendant Moerschel: | Scott Weinberg<br>Connor Robert Martin<br>BROWN, SUAREZ, RIOS & WEINBERG<br>1532 Jackson Street<br>Fort Myers, FL 33901<br>(239) 337-9755<br>Email: connor@bsrlegal.com |
| For Defendant Vallejo: | Matthew J. Peed<br>CLINTON & PEED<br>1775 Eye Street, NW<br>Suite 1150<br>Washington, D.C. 20006<br>(202) 919-9491<br>Email: matt@clintonpeed.com |

```
APPEARANCES CONTINUED:

Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             E. Barrett Prettyman Courthouse
                             333 Constitution Avenue, NW
                             Washington, D.C. 20001
                             (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

```
1                  P R O C E E D I N G S
2            COURTROOM DEPUTY:  Good morning, Your Honor.
3   This is Criminal Case No. 22-15 -- oh, Counsel -- sorry
4   about that, Judge.
5            Your Honor, this is Criminal Case No. 22-15,
6   United States of America versus Defendant No. 6, Roberto A.
7   Minuta; Defendant 7, Joseph Hackett; Defendant 8,
8   David Moerschel; and Defendant 11, Edward Vallejo.
9            Kathryn Rakoczy and Troy Edwards for the
10  government.
11           William Shipley for Defendant Minuta.
12           Angela Halim for Defendant Hackett.
13           Scott Weinberg and Connor Martin for
14  Defendant Moerschel.
15           And Matthew Peed for Defendant Vallejo.
16           Defendants Minuta and Vallejo are present via
17  videoconference for this hearing.
18           Joseph Hackett and David Moerschel have had their
19  appearances waived by counsel.
20           THE COURT:  Okay.  Good morning, everybody; I hope
21  everybody is doing well.
22           All right.  So we're here this morning just to
23  talk scheduling, I gather.
24           I don't know if you all have been following the
25  trial and travails or of Rhodes Part 1, which is going on
```

1  longer than expected and causing cases on my docket to be
2  shifted back a little bit.
3         We were scheduled to start this case November 1.
4  Because of the length of the -- I'm sorry, we were going to
5  start November 29; is that right?
6         MR. PEED:  Yes, Your Honor.
7         THE COURT:  But because of the length of time the
8  Rhodes case is going on, at least Rhodes Part 1, I've had to
9  shift the trial that was immediately following that to start
10 with jury selection on the 22nd and commence with evidence
11 during the week of the 28th.
12        So my thinking would be fairly simple, which is
13 that we would -- I've been told that that case should take
14 no longer than a week to put on.
15        So assuming all goes well but -- being able to
16 start that case on the 28th, we ought to be able to start
17 this one with jury selection on December 5.  And go until as
18 close to Christmas as reasonable and then pick up after the
19 start of the year on the 3rd.
20        So those are my thoughts.  You know, I think
21 given -- I mean, I suppose this case -- this second-part
22 case may be a little shorter than the first part of the
23 case, but I think, you know, realistically, it probably
24 would have gone on past the year-end holidays in any event.
25        So those are my current thoughts.  Anybody have

1  any views or problems with that?
2          MR. EDWARDS:  From the government, Your Honor,
3  we agree.
4          So we're fine with that schedule.  We think it
5  was likely to go past the holiday anyway.  So picking up as
6  soon as that trial ends, the Schwartz trial, is fine for the
7  government.
8          THE COURT:  Does that work with defense counsel?
9          MR. PEED:  I would ask, Your Honor -- I assume the
10 Court's schedule would not permit it to start after the
11 holidays?  That's a pretty long break for the jury.
12         THE COURT:  Yeah, no.
13         I mean, I've got another trial set for the 9th,
14 I've got another trial set for the 17th.  I could bore you
15 with all the details, but the bottom line is, I've got three
16 trials set the rest of January.  And then the Crowl case is
17 supposed to start in early February.  So, you know, this is
18 the best we can do.
19         So we'll -- however, notwithstanding the sort of
20 one-week delay, we'll still have the jurors come in, I think
21 it's the 10th of November, to fill out their questionnaires.
22         We'll advise them on the 10th that, you know, the
23 start of the trial has been delayed by a week and that they
24 should start calling in essentially -- the way it works
25 here, for those of you who aren't familiar, the jurors call

1    in the night before they're required to report and they're
2    then told by phone whether they need to report the next day.
3    And so we sort of have them dial in as of the night of
4    December the 4th and we'll take it from there.
5             So when do we have our Pretrial in this case?
6             MR. EDWARDS:  It's November 15th, Your Honor.
7             THE COURT:  All right.  Well, that's not going to
8    happen.
9             MS. HALIM:  Your Honor, if I may, the 15th is when
10   all of the Joint Pretrial Statements are due, but I've got
11   on the calendar as the 22nd for the Pretrial Conference.
12            THE COURT:  Oh, okay.
13            MR. EDWARDS:  Oh, I'm sorry.  I thought you meant
14   when our filings are due.  So apologies, Your Honor.
15            THE COURT:  That's all right.
16            MS. HALIM:  Your Honor, if I may, I was going to
17   request a one-week -- in light of pushing the trial back one
18   week, I was going to ask for a one-week extension on filing
19   deadlines which would impact motions in limine and the final
20   Joint Pretrial Statement.  So I would propose that motions
21   in limine be due November 7th, that's a one-week extension;
22   and then the 22nd for the final joint submission from the
23   parties, and then a Pretrial Conference at the Court's
24   availability.  And I don't think the government objects to
25   that.

1               MR. EDWARDS:  No, Your Honor.

2               THE COURT:  Do you all have any sense of how long

3    you think the Pretrial will be in this case?

4               MS. HALIM:  I'm sorry, Your Honor, I couldn't hear

5    the question.

6               THE COURT:  How long do you anticipate the

7    Pretrial Conference will need to be in this case?

8               In Part 1, there was a lot of discussion from

9    defense counsel about dealing with statements and other

10   evidentiary issues pretrial.  That never sort of came to

11   pass.  And I don't know whether you all expect that we're

12   going to need a couple of days to deal with those

13   evidentiary issues or you think a day is going to be enough.

14              MS. HALIM:  I think that a day is going to be

15   enough.

16              I do think it will take a whole day, though.  I do

17   expect to be able to get to the Court more in writing in

18   advance than the Court saw in Part 1.  So that should

19   streamline things a bit.  But I do think we'll need a full

20   day for the Pretrial Conference.  And other issues may come

21   up, but I think those can be dealt with without booking

22   another Conference day.

23              THE COURT:  So all right.  Let's do this.  And

24   I know this is not optimal.

25              But I'm fine with extending the in-limine

1     deadlines; however, I need the joint report by the 18th of
2     November.  And we'll move our Pretrial to the 23rd of
3     November.  Does anybody have any pre-existing travel
4     conflicts on that day that can't be moved?  Okay.
5               And what that means is that, hopefully, Rhodes 1
6     is to the jury by the end of the week of the 18th.  I've got
7     jury selection in this other case on the 22nd.  And then
8     we will do our Pretrial in this case on the 23rd.  And we'll
9     just start at 9:30 and go as long we need to to finish
10    things up, okay?
11              MR. EDWARDS:  That works for the government,
12    Your Honor.
13              THE COURT:  All right.
14              And, you know, insofar as the Pretrial, it's up to
15    the defendants whether they want to be physically present
16    for the Pretrial.  If they want to be remote, that's fine.
17    If they want to be physically present, that's obviously
18    okay.  Just if they'd like to be remote, then they ought
19    to -- obviously we'll want to put that waiver on the record,
20    okay?  But otherwise, counsel should all be present.
21              MR. EDWARDS:  Your Honor, on one note, we had
22    requested an opportunity to appear before Your Honor for the
23    jury questionnaire before that goes out.  I was wondering if
24    now is a good time to pick a date for that.
25              THE COURT:  So they're coming in on the 10th.

1    MR. EDWARDS:  I believe that's right, Your Honor.
2    THE COURT:  So I looked at the questionnaire you
3 all sent me and it's largely fine.  But if we need to just
4 convene to make sure everybody's okay with it, how about
5 November 7th at 5:15?
6    MR. EDWARDS:  That works for the government,
7 Your Honor.
8    MS. HALIM:  Could we do that one remote by Zoom?
9    THE COURT:  Sure.
10   MS. HALIM:  Okay.
11   THE COURT:  That we can do remote.  I don't think
12 it will take very long.
13        And then I guess what we also will need is a date
14 to discuss for-cause strikes that you all are proposing.
15        So the jurors come in on the 10th.  We will try
16 and get you the juror questionnaires -- I can't remember how
17 quickly we turned them around in Part 1, I think it was
18 within a day.
19        JC, do you recall?
20   COURTROOM DEPUTY:  I think it was about maybe a
21 day or two, one day, Your Honor.
22   THE COURT:  Yeah, at the latest -- I'm sorry?
23   COURTROOM DEPUTY:  Just one day, Your Honor.
24
25

```
1           THE COURT:  Yeah, I think -- look, at the latest,
2   get those to me by November 14th.  And so you all ought to
3   start looking at those rather quickly.
4           And what I'll ask you to do by the 18th is --
5   or by the 17th, actually, send -- well, we can do it by the
6   18th -- send me a list -- and it doesn't need to be --
7   if you're going to docket it, put it under seal, that lists
8   each side's jurors -- we'll get an order out to this
9   effect -- that lists each of the jurors that you believe
10  should be stricken.  So Counsel submit a list, the
11  government will submit a list.  And then we will convene on
12  the 21st at 2:00 p.m., assuming I'm not in trial, at
13  2:00 p.m. to discuss those lists, and go through, and so
14  I can make final rulings on pre voir dire for-cause strikes.
15          I can tell you, just based on how we did this the
16  first time around, that there are a handful of questions
17  that at least Rhodes Group 1 thought were automatically
18  disqualifying, and those were, I think, questions 20 --
19  I can't remember -- hang on for a second.
20          Now, this is from the Rhodes questionnaire, but
21  it's Question 11, which is about, "Is there anything about
22  you that the Court should know that might affect your
23  ability to be fair and impartial as a juror in this case?"
24          Question 17 about firearms.
25          Question 22, which is the question about concern
```

1  for safety of yourself, a close friend or family member on
2  January 6th.
3             And then questions 45, 46, 47, 48, and 49.
4             Rhodes Group 1 took the view that any juror that
5  answered that question "yes" should be automatically
6  excluded.  I didn't view it that way.  And except for some
7  jurors who, by virtue of things they had written on their
8  questionnaire that made it abundantly clear that they
9  weren't going to be in a position to be fair, I wasn't
10 prepared to exclude them.
11            So you all ought to just keep that in mind, which
12 is not to say you shouldn't make your record, but I'm more
13 inclined even if some folks say, look, I can't -- I have a
14 strong opinion about January 6th, I'm still inclined to
15 bring them in and at least question them.  And as we found
16 out the first go-around, even some folks who said they had
17 strong opinions, after questioning, said that they could be
18 fair and impartial and weren't stricken for cause.  So just
19 be mindful of that and we'll take it from there, okay?
20            All right.  Anything else we need to talk about
21 this morning?
22            MR. EDWARDS:  Your Honor, the one concern that
23 comes to my mind is, we do think it would be most efficient
24 to hash out a lot of these issues before the trial starts as
25 anticipated in Rhodes 1.

1    Thanksgiving is the next day after what I think
2    you've just scheduled for the Pretrial Conference.  If it
3    happens to -- I guess we'd be prepared to go pretty late if
4    we need to.  I don't know the Court's thinking, but I know
5    that's the day before Thanksgiving.  I'm trying to balance
6    if we need a second day, would it come afterward or not.
7         THE COURT:  So the prospects of a second day are
8    dim --
9         MR. EDWARDS:  Right.
10        THE COURT:  -- because I'm supposed to start
11   Schwartz the 28th.  And I've been told that, you know, it's
12   probably going to be three, four days.  So perhaps in theory
13   we could squeeze another time period in on December 2nd, but
14   we'll just have to play that by ear.
15        MR. EDWARDS:  Okay.  Thank you, Your Honor.
16        THE COURT:  As it is, I've got -- I mean, I've got
17   no flexibility.  I've got sentencings on the afternoon of
18   the 2nd.
19        If Schwartz finishes by -- you know, if the jury
20   has it by December 1, we could come back on the morning of
21   the 2nd to finish up whatever we need to finish up.
22        MR. EDWARDS:  Okay.
23        THE COURT:  Okay?
24
25

1          MS. HALIM:  Your Honor, could I just ask a quick
2    clarification?
3          You said that you would move jury selection to
4    December 5th.
5          And did you say that we would start with evidence
6    the following week on the 12th or would we pick up with the
7    start of evidence whenever the jury is selected?
8          THE COURT:  So if things go to form as they did in
9    Rhodes 1, it took us three days to pick a jury.  So my
10   expectation is that you all would open on December 8, which
11   is a Thursday.
12         I think openings were, I don't know, about a day
13   and a half -- excuse me, half -- excuse me, three quarters
14   of a day, if memory serves, and so the government called its
15   first witness that afternoon.
16         So if things go consistently, then we would start
17   openings December 8th and government would begin its
18   case-in-chief on the afternoon of the 8th.
19         MS. HALIM:  Okay.  Thanks.
20         THE COURT:  And we go half-days on Fridays.
21         MS. HALIM:  All right.  Thank you.
22         THE COURT:  Okay?  Any other questions, concerns,
23   thoughts?
24         All right.  We'll see you all very soon.
25         MR. EDWARDS:  Your Honor, just to clarify for the

1  schedule into December and the holidays, would it be
2  Your Honor's intention to not sit for the week of the 26th
3  through 30?
4              THE COURT:  Right, the court's closed the week of
5  the 26th through the 30th.
6              As far as the week of the 19th goes, which is the
7  week leading up to Christmas, I think we will just have to
8  wait and see.
9              You know, we'll have to figure out -- I'll have to
10 see sort of who our jurors are.  And if we've got some who
11 say, look, Judge, we've got travel plans on the 22nd, you
12 know, maybe we don't sit on the 22nd.
13             But my plan would certainly be to at least try and
14 go through evidence as far as the 22nd, and if everybody
15 could do it, up through the 23rd.  But I think it's just
16 going to depend upon the composition of our jury and what
17 everybody's schedules look like.  So that's what you all
18 should anticipate that week.
19             MR. EDWARDS:  Okay.  Thank you, Your Honor.
20             THE COURT:  Okay?  Any other questions?
21             All right.  Perfect.  We'll see everybody soon.
22             (Proceedings concluded at 9:20 a.m.)
23
24
25

C E R T I F I C A T E

      I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__March 15, 2024_____    

                              William P. Zaremba, RMR, CRR

| COURTROOM DEPUTY: [3] 4/2 10/20 10/23
| MR. EDWARDS: [14] 6/2 7/6 7/13 8/1 9/11 9/21 10/1 10/6 12/22 13/9 13/15 13/22 14/25 15/19
| MR. PEED: [2] 5/6 6/9
| MS. HALIM: [9] 7/9 7/16 8/4 8/14 10/8 10/10 13/24 14/19 14/21
| THE COURT: [26]

**1**
**10th [4]** 6/21 6/22 9/25 10/15
**11 [2]** 4/8 11/21
**1150 [1]** 2/15
**12th [1]** 14/6
**1341 [1]** 2/4
**14th [1]** 11/2
**15 [4]** 1/4 4/3 4/5 16/7
**1532 [1]** 2/11
**15th [2]** 7/6 7/9
**17 [1]** 11/24
**1775 [1]** 2/14
**17th [2]** 6/14 11/5
**18th [4]** 9/1 9/6 11/4 11/6
**19129 [1]** 2/7
**19th [1]** 15/6

**2**
**20 [1]** 11/18
**20001 [1]** 3/5
**20006 [1]** 2/15
**202 [3]** 1/16 2/16 3/5
**2022 [1]** 1/5
**2024 [1]** 16/7
**20530 [1]** 1/15
**215 [1]** 2/8
**21st [1]** 11/12
**22 [1]** 11/25
**22-15 [3]** 1/4 4/3 4/5
**228-1341 [1]** 2/4
**22nd [7]** 5/10 7/11 7/22 9/7 15/11 15/12 15/14
**239 [1]** 2/12
**23rd [3]** 9/2 9/8 15/15
**252-6928 [1]** 1/16
**26 [1]** 1/5
**26th [2]** 15/2 15/5
**28th [3]** 5/11 5/16 13/11
**29 [1]** 5/5
**2:00 [1]** 11/12
**2:00 p.m [1]** 11/13
**2nd [3]** 13/13 13/18 13/21

**3**
**30 [1]** 15/3
**300-3229 [1]** 2/8
**30th [1]** 15/5
**3229 [1]** 2/8

**32495 [1]** 1/5
**333 [1]** 3/4
**337-9755 [1]** 2/12
**33901 [1]** 2/11
**354-3249 [1]** 3/5
**3580 [1]** 2/7
**3rd [1]** 5/19

**4**
**45 [1]** 12/3
**46 [1]** 12/3
**47 [1]** 12/3
**48 [1]** 12/3
**49 [1]** 12/3
**4th [1]** 7/4

**5**
**555 [1]** 1/15
**5:15 [1]** 10/5
**5th [1]** 14/4

**6**
**6928 [1]** 1/16
**6th [2]** 12/2 12/14

**7**
**745 [1]** 2/3
**7th [2]** 7/21 10/5

**8**
**808 [1]** 2/4
**808Shipleylaw [1]** 2/5
**8th [2]** 14/17 14/18

**9**
**919-9491 [1]** 2/16
**9491 [1]** 2/16
**96734 [1]** 2/4
**9755 [1]** 2/12
**9:02 [1]** 1/6
**9:20 [1]** 15/22
**9:30 [1]** 9/9
**9th [1]** 6/13

**A**
**a.m [2]** 1/6 15/22
**ability [1]** 11/23
**able [3]** 5/15 5/16 8/17
**about [11]** 4/4 8/9 10/4 10/20 11/21 11/24 11/25 12/14 12/20 14/12
**above [1]** 16/4
**above-titled [1]** 16/4
**abundantly [1]** 12/8
**actually [1]** 11/5
**advance [1]** 8/18
**advise [1]** 6/22
**affect [1]** 11/22
**after [4]** 5/18 6/10 12/17 13/1
**afternoon [3]** 13/17 14/15 14/18
**afterward [1]** 13/6
**agree [1]** 6/3
**aided [1]** 3/7
**AL [1]** 1/6
**all [23]**
**also [1]** 10/13

**AMERICA [1]** 1/3
**AMIT [1]** 1/10
**Angela [3]** 2/6 2/6 4/12
**angiehalim [1]** 2/8
**another [4]** 6/13 6/14 8/22 13/13
**answered [1]** 12/5
**anticipate [2]** 8/6 15/18
**anticipated [1]** 12/25
**any [7]** 5/24 6/1 8/2 9/3 12/4 14/22 15/20
**anybody [2]** 5/25 9/3
**anything [2]** 11/21 12/20
**anyway [1]** 6/5
**apologies [1]** 7/14
**appear [1]** 9/22
**appearances [4]** 1/12 1/18 2/22 4/19
**are [9]** 4/16 5/20 5/25 7/10 7/14 10/14 11/16 13/7 15/10
**aren't [1]** 6/25
**around [3]** 10/17 11/16 12/16
**as [17]**
**ask [4]** 6/9 7/18 11/4 14/1
**assume [1]** 6/9
**assuming [2]** 5/15 11/12
**ATTORNEY'S [1]** 1/14
**automatically [2]** 11/17 12/5
**availability [1]** 7/24
**Avenue [1]** 3/4

**B**
**back [3]** 5/2 7/17 13/20
**balance [1]** 13/5
**Barrett [1]** 3/4
**based [1]** 11/15
**be [30]**
**because [3]** 5/4 5/7 13/10
**been [4]** 4/24 5/13 6/23 13/11
**before [6]** 1/10 7/1 9/22 9/23 12/24 13/5
**begin [1]** 14/17
**being [1]** 5/15
**believe [2]** 10/1 11/9
**best [1]** 6/18
**bit [2]** 5/2 8/19
**booking [1]** 8/21
**bore [1]** 6/14
**bottom [1]** 6/15
**Box [1]** 2/3
**break [1]** 6/11
**bring [1]** 12/15
**BROWN [1]** 2/10
**bsrlegal.com [1]** 2/12

**C**
**calendar [1]** 7/11
**call [1]** 6/25
**called [1]** 14/14
**calling [1]** 6/24

**came [1]** 8/19
**can [6]** 6/18 8/21 10/11 11/5 11/14 11/15
**can't [4]** 9/4 10/16 11/19 12/13
**case [17]**
**cases [1]** 5/1
**cause [3]** 10/14 11/14 12/18
**causing [1]** 5/1
**certainly [1]** 15/13
**Certified [1]** 3/3
**certify [1]** 16/2
**chief [1]** 14/18
**Christmas [2]** 5/18 15/7
**clarification [1]** 14/2
**clarify [1]** 14/25
**clear [1]** 12/8
**CLINTON [1]** 2/14
**clintonpeed.com [1]** 2/16
**close [2]** 5/18 12/1
**closed [1]** 15/4
**COLUMBIA [2]** 1/1 1/14
**come [5]** 6/20 8/20 10/15 13/6 13/20
**comes [1]** 12/23
**coming [1]** 9/25
**commence [1]** 5/10
**composition [1]** 15/16
**computer [1]** 3/7
**computer-aided [1]** 3/7
**concern [2]** 11/25 12/22
**concerns [1]** 14/22
**concluded [1]** 15/22
**CONFERENCE [7]** 1/9 7/11 7/23 8/7 8/20 8/22 13/2
**conflicts [1]** 9/4
**connor [3]** 2/10 2/12 4/13
**Connor Martin [1]** 4/13
**consistently [1]** 14/16
**Constitution [1]** 3/4
**CONTINUED [2]** 2/1 3/1
**convene [2]** 10/4 11/11
**correct [1]** 16/3
**could [7]** 6/14 10/8 12/17 13/13 13/20 14/1 15/15
**couldn't [1]** 8/4
**counsel [6]** 4/3 4/19 6/8 8/9 9/20 11/10
**couple [1]** 8/12
**COURT [6]** 1/1 3/2 3/3 8/17 8/18 11/22
**court's [4]** 6/10 7/23 13/4 15/4
**Courthouse [1]** 3/4
**CR [1]** 1/4
**Criminal [2]** 4/3 4/5
**Crowl [1]** 6/16
**CRR [2]** 16/2 16/8

**current [1]** 5/25

**D**
**D.C [4]** 1/5 1/15 2/15 3/5
**date [3]** 9/24 10/13 16/7
**David [2]** 4/8 4/18
**David Moerschel [2]** 4/8 4/18
**day [17]**
**days [4]** 8/12 13/12 14/9 14/20
**deadlines [2]** 7/19 9/1
**deal [1]** 8/12
**dealing [1]** 8/9
**dealt [1]** 8/21
**December [8]** 5/17 7/4 13/13 13/20 14/4 14/10 14/17 15/1
**December 5th [1]** 14/4
**Defendant [12]** 2/2 2/6 2/9 2/13 4/6 4/7 4/7 4/8 4/11 4/12 4/14 4/15
**Defendant 11 [1]** 4/8
**Defendant Hackett [1]** 4/12
**Defendant Moerschel [1]** 4/14
**Defendant Vallejo [1]** 4/15
**defendants [3]** 1/7 4/16 9/15
**defense [2]** 6/8 8/9
**delay [1]** 6/20
**delayed [1]** 6/23
**depend [1]** 15/16
**details [1]** 6/15
**dial [1]** 7/3
**did [3]** 11/15 14/5 14/8
**did you [1]** 14/5
**didn't [1]** 12/6
**dim [1]** 13/8
**dire [1]** 11/14
**discuss [2]** 10/14 11/13
**discussion [1]** 8/8
**disqualifying [1]** 11/18
**DISTRICT [4]** 1/1 1/1 1/10 1/14
**do [16]** 6/18 7/5 8/2 8/6 8/16 8/16 8/19 8/23 9/8 10/8 10/11 10/19 11/4 11/5 12/23 15/15
**do you [2]** 8/6 10/19
**docket [2]** 5/1 11/7
**Does [2]** 6/8 9/3
**doesn't [1]** 11/6
**doing [1]** 4/21
**don't [7]** 4/24 7/24 8/11 10/11 13/4 14/12 15/12
**due [3]** 7/10 7/14 7/21
**during [1]** 5/11

**E**
**each [2]** 11/8 11/9
**ear [1]** 13/14
**early [1]** 6/17

| | | | | | |
|---|---|---|---|---|---|
| **E** | Fridays [1] 4/20 | **I** | 15/10 | maybe [2] 10/20 15/12 |
| **Edward [1]** 4/8 | friend [1] 12/1 | I assume [1] 6/9 | jury [11] 5/10 5/17 6/11 9/6 9/7 9/23 13/19 14/3 14/7 14/9 15/16 | me [5] 10/3 11/2 11/6 14/13 14/13 |
| **Edwards [2]** 1/13 4/9 | full [1] 8/19 | I believe [1] 10/1 | | mean [3] 5/21 6/13 13/16 |
| effect [1] 11/9 | **G** | I can [2] 11/14 11/15 | just [14] 4/22 9/9 9/18 10/3 10/23 11/15 12/11 12/18 13/2 13/14 14/1 14/25 15/7 15/15 | means [1] 9/5 |
| efficient [1] 12/23 | gather [1] 4/23 | I can't [2] 11/19 12/13 | | meant [1] 7/13 |
| else [1] 12/20 | get [4] 8/17 10/16 11/2 11/8 | I couldn't [1] 8/4 | | mechanical [1] 3/7 |
| Email [5] 1/16 2/5 2/8 2/12 2/16 | | I didn't [1] 12/6 | | MEHTA [1] 1/10 |
| end [2] 5/24 9/6 | given [1] 5/21 | I don't [6] 4/24 7/24 8/11 10/11 13/4 14/12 | **K** | member [1] 12/1 |
| ends [1] 6/6 | gmail.com [2] 2/5 2/8 | I guess [2] 10/13 13/3 | Kailua [1] 2/4 | memory [1] 14/14 |
| enough [2] 8/13 8/15 | go [10] 5/17 6/5 9/9 11/13 12/16 13/3 14/8 14/16 14/20 15/14 | I have [1] 12/13 | Kathryn [2] 1/13 4/9 | Merit [1] 3/2 |
| essentially [1] 6/24 | | I hope [1] 4/20 | Kathryn Rakoczy [1] 4/9 | might [1] 11/22 |
| ET [1] 1/6 | go-around [1] 12/16 | I just [1] 14/1 | kathryn.rakoczy [1] 1/17 | mind [2] 12/11 12/23 |
| even [2] 12/13 12/16 | goes [3] 5/15 9/23 15/6 | I know [1] 8/24 | | mindful [1] 12/19 |
| event [1] 5/24 | going [13] 4/25 5/4 5/8 7/7 7/16 7/18 8/12 8/13 8/14 11/7 12/9 13/12 15/16 | I mean [2] 5/21 13/16 | keep [1] 12/11 | MINUTA [5] 1/6 2/2 4/7 4/11 4/16 |
| everybody [4] 4/20 4/21 15/14 15/21 | | I think [12] 5/23 6/20 8/14 8/21 10/17 10/20 11/1 11/18 13/1 14/12 15/7 15/15 | know [16] 4/24 5/20 5/23 6/17 6/22 8/11 8/24 9/14 11/22 13/4 13/4 13/11 13/19 14/12 15/9 15/12 | Moerschel [4] 2/9 4/8 4/14 4/18 |
| everybody's [2] 10/4 15/17 | | | | more [2] 8/17 12/12 |
| evidence [4] 5/10 14/5 14/7 15/14 | gone [1] 5/24 | I thought [1] 7/13 | | morning [5] 4/2 4/20 4/22 12/21 13/20 |
| | good [3] 4/2 4/20 9/24 | I was [2] 7/16 9/23 | | |
| evidentiary [2] 8/10 8/13 | Good morning [1] 4/20 | I'll [2] 11/4 15/9 | **L** | most [1] 12/23 |
| except [1] 12/6 | got [10] 6/13 6/14 6/15 7/10 9/6 13/16 13/16 13/17 15/10 15/11 | I'm [10] 5/4 7/13 8/4 8/25 10/22 11/12 12/12 12/14 13/5 13/10 | Lane [1] 2/7 | motions [2] 7/19 7/20 |
| exclude [1] 12/10 | | | largely [1] 10/3 | move [2] 9/2 14/3 |
| excluded [1] 12/6 | | I'm not [1] 11/12 | late [1] 13/3 | moved [1] 9/4 |
| excuse [2] 14/13 14/13 | government [10] 1/13 4/10 6/2 6/7 7/24 9/11 10/6 11/11 14/14 14/17 | I'm sorry [3] 5/4 7/13 10/22 | latest [2] 10/22 11/1 | my [7] 5/1 5/12 5/20 5/25 12/23 14/9 15/13 |
| existing [1] 9/3 | | | LAW [1] 2/2 | Myers [1] 2/11 |
| expect [2] 8/11 8/17 | | I've [11] 5/8 5/13 6/13 6/14 6/15 7/10 9/6 13/11 13/16 13/16 13/17 | leading [1] 15/7 | **N** |
| expectation [1] 14/10 | Group [2] 11/17 12/4 | | least [4] 5/8 11/17 12/15 15/13 | need [13] 7/2 8/7 8/12 8/19 9/1 9/9 10/3 10/13 11/6 12/20 13/4 13/6 13/21 |
| expected [1] 5/1 | Group 1 [1] 11/17 | | Lee [1] 2/2 | |
| extending [1] 8/25 | guess [2] 10/13 13/3 | immediately [1] 5/9 | Leigh [1] 1/13 | never [1] 8/10 |
| extension [2] 7/18 7/21 | **H** | impact [1] 7/19 | length [2] 5/4 5/7 | next [2] 7/2 13/1 |
| Eye [1] 2/14 | Hackett [4] 2/6 4/7 4/12 4/18 | impartial [2] 11/23 12/18 | Let's [1] 8/23 | night [2] 7/1 7/3 |
| **F** | | inclined [2] 12/13 12/14 | light [1] 7/17 | no [8] 1/4 4/3 4/5 4/6 5/14 6/12 8/1 13/17 |
| fair [3] 11/23 12/9 12/18 | had [5] 4/18 5/8 9/21 12/7 12/16 | | like [2] 9/18 15/17 | |
| | half [3] 14/13 14/13 14/20 | Indian [1] 2/7 | likely [1] 6/5 | not [7] 6/10 7/7 8/24 11/12 12/12 13/6 15/2 |
| fairly [1] 5/12 | | insofar [1] 9/14 | limine [3] 7/19 7/21 8/25 | |
| familiar [1] 6/25 | half-days [1] 14/20 | intention [1] 15/2 | | note [1] 9/21 |
| family [1] 12/1 | Halim [3] 2/6 2/6 4/12 | is [33] | line [1] 6/15 | notwithstanding [1] 6/19 |
| far [2] 15/6 15/14 | handful [1] 11/16 | Is there [1] 11/21 | list [3] 11/6 11/10 11/11 | |
| February [1] 6/17 | hang [1] 11/19 | issues [4] 8/10 8/13 8/20 12/24 | | November [9] 5/3 5/5 6/21 7/6 7/21 9/2 9/3 10/5 11/2 |
| figure [1] 15/9 | happen [1] 7/8 | | lists [3] 11/7 11/9 11/13 | |
| filing [1] 7/18 | happens [1] 13/3 | it [25] | | |
| filings [1] 7/14 | has [2] 6/23 13/20 | it would be [1] 12/23 | little [2] 5/2 5/22 | November 14th [1] 11/2 |
| fill [1] 6/21 | hash [1] 12/24 | it's [7] 6/21 7/6 9/14 10/3 11/21 13/11 15/15 | long [5] 6/11 8/2 8/6 9/9 10/12 | |
| final [3] 7/19 7/22 11/14 | have [14] 4/18 4/24 5/24 5/25 6/20 7/3 7/5 8/2 9/3 12/13 13/14 15/7 15/9 15/9 | | longer [2] 5/1 5/14 | November 7th [2] 7/21 10/5 |
| fine [5] 6/4 6/6 8/25 9/16 10/3 | | its [2] 14/14 14/17 | look [4] 11/1 12/13 15/11 15/17 | now [2] 9/24 11/20 |
| | | **J** | looked [1] 10/2 | NW [3] 1/15 2/14 3/4 |
| finish [3] 9/9 13/21 13/21 | | Jackson [1] 2/11 | looking [1] 11/3 | **O** |
| finishes [1] 13/19 | hear [1] 8/4 | January [3] 6/16 12/2 12/14 | lot [2] 8/8 12/24 | objects [1] 7/24 |
| firearms [1] 11/24 | hearing [1] 4/17 | | **M** | obviously [2] 9/17 9/19 |
| first [4] 5/22 11/16 12/16 14/15 | here [2] 4/22 6/25 | January 6th [2] 12/2 12/14 | made [1] 12/8 | October [1] 1/5 |
| | HI [1] 2/4 | | make [3] 10/4 11/14 12/12 | OFFICE [1] 1/14 |
| FL [1] 2/11 | holiday [1] 6/5 | JC [1] 10/19 | March [1] 16/7 | OFFICES [1] 2/2 |
| flexibility [1] 13/17 | holidays [3] 5/24 6/11 15/1 | joint [4] 7/10 7/20 7/22 9/1 | Martin [2] 2/10 4/13 | Official [1] 3/3 |
| folks [2] 12/13 12/16 | | | matt [1] 2/16 | oh [3] 4/3 7/12 7/13 |
| following [3] 4/24 5/9 14/6 | Honor [23] | Joseph [2] 4/7 4/18 | matter [1] 16/4 | okay [16] 4/20 7/12 9/4 9/10 9/18 9/20 10/4 10/10 12/19 13/15 13/22 13/23 14/19 |
| | Honor's [1] 15/2 | Joseph Hackett [1] 4/7 | Matthew [2] 2/13 4/15 | |
| foregoing [1] 16/3 | HONORABLE [1] 1/10 | Jr [1] 2/2 | Matthew Peed [1] 4/15 | |
| form [1] 14/8 | hope [1] 4/20 | JUDGE [3] 1/10 4/4 15/11 | may [4] 5/22 7/9 7/16 | |
| Fort [1] 2/11 | hopefully [1] 9/5 | juror [3] 10/16 11/23 12/4 | | |
| found [1] 12/15 | how [5] 8/2 8/6 10/4 10/16 11/15 | | | |
| four [1] 13/12 | | | | |
| Fourth [1] 1/15 | however [2] 6/19 9/1 | jurors [7] 6/20 6/25 | | |

| | | | | |
|---|---|---|---|---|
| **O** | **produced [1]** 3/7 | say [4] 5/7 12/17 14/5 15/11 | SUAREZ [1] 2/6 submission [1] 7/22 | trails [1] 4/25 travel [2] 9/3 15/11 |
| **okay... [3]** 14/22 15/19 15/20 | **propose [1]** 7/20 **proposing [1]** 10/14 | **schedule [3]** 6/4 6/10 15/1 | **submit [2]** 11/10 11/11 **Suite [1]** 2/15 | **trial [10]** 4/25 5/9 6/6 6/6 6/13 6/14 6/23 7/17 |
| **one [11]** 5/17 6/20 7/17 7/17 7/18 7/21 9/21 10/8 10/21 10/23 12/22 | **prospects [1]** 13/7 **pushing [1]** 7/17 **put [3]** 5/14 9/19 11/7 | **scheduled [2]** 5/3 13/2 **schedules [1]** 15/17 **scheduling [1]** 4/23 | **suppose [1]** 5/21 **supposed [2]** 6/17 13/10 | 11/12 12/24 **trials [1]** 6/16 **Troy [2]** 1/13 4/9 |
| **one-week [4]** 6/20 7/17 7/18 7/21 | **Q** | **Schwartz [3]** 6/6 13/11 13/19 | **sure [2]** 10/4 10/9 | **Troy Edwards [1]** 4/9 **try [2]** 10/15 15/13 |
| **open [1]** 14/10 **openings [2]** 14/12 14/17 | **quarters [1]** 14/13 **Queen [1]** 2/7 | **Scott [2]** 2/9 4/13 **Scott Weinberg [1]** 4/13 | **T** | **trying [1]** 13/5 **turned [1]** 10/17 **two [1]** 10/21 |
| **opinion [1]** 12/14 **opinions [1]** 12/17 | **question [7]** 8/5 11/21 11/24 11/25 11/25 12/5 12/15 | **seal [1]** 11/7 **second [4]** 5/21 11/19 13/6 13/7 | **take [5]** 5/13 7/4 8/16 10/12 12/19 **talk [2]** 4/23 12/20 | **U** |
| **opportunity [1]** 9/22 **optimal [1]** 8/24 | **Question 11 [1]** 11/21 **Question 17 [1]** 11/24 | **second-part [1]** 5/21 **see [4]** 14/24 15/8 | **tell [1]** 11/15 **than [4]** 5/1 5/14 5/22 | **U.S [1]** 1/14 **under [1]** 11/7 |
| **order [1]** 11/8 **other [5]** 8/9 8/20 9/7 14/22 15/20 | **Question 22 [1]** 11/25 **questioning [1]** 12/17 **questionnaire [4]** 9/23 | 15/10 15/21 **selected [1]** 14/7 **selection [4]** 5/10 5/17 | 8/18 **Thank [3]** 13/15 14/21 15/19 | **UNITED [4]** 1/1 1/3 1/10 4/6 **United States of [1]** 4/6 |
| **otherwise [1]** 9/20 **ought [4]** 5/16 9/18 11/2 12/11 | 10/2 11/20 12/8 **questionnaires [2]** 6/21 10/16 | 9/7 14/3 **send [2]** 11/5 11/6 **sense [1]** 8/2 | **Thank you [2]** 13/15 15/19 **Thanks [1]** 14/19 | **until [1]** 5/17 **up [10]** 5/18 6/5 8/21 9/10 9/14 13/21 13/21 |
| **our [6]** 7/5 7/14 9/2 9/8 15/10 15/16 | **questions [5]** 11/16 11/18 12/3 14/22 15/20 | **sent [1]** 10/3 **sentencings [1]** 13/17 | **Thanksgiving [2]** 13/1 13/5 | 14/6 15/7 15/15 **upon [1]** 15/16 |
| **out [6]** 6/21 9/23 11/8 12/16 12/24 15/9 | **quick [1]** 14/1 **quickly [2]** 10/17 11/3 | **serves [1]** 14/14 **set [3]** 6/13 6/14 6/16 **shift [1]** 5/9 | **that [57]** **that's [9]** 6/11 7/7 7/15 7/21 9/16 9/17 10/1 | **us [1]** 14/9 **usdoj.gov [1]** 1/17 |
| **P** | **R** | **shifted [1]** 5/2 **Shipley [3]** 2/2 2/3 4/11 | 13/5 15/17 **their [3]** 4/18 6/21 12/7 | **V** |
| **p.m [2]** 11/12 11/13 **PA [1]** 2/7 | **Rakoczy [2]** 1/13 4/9 **rather [1]** 11/3 | **shorter [1]** 5/22 **should [8]** 5/13 6/24 | **them [6]** 6/22 7/3 10/17 12/10 12/15 12/15 | **Vallejo [4]** 2/13 4/8 4/15 4/16 |
| **part [7]** 4/25 5/8 5/21 5/22 8/8 8/18 10/17 | **realistically [1]** 5/23 **Realtime [1]** 3/3 | 8/18 9/20 11/10 11/22 12/5 15/18 | **then [11]** 5/18 6/16 7/2 7/22 7/23 9/7 9/18 | **versus [1]** 4/6 **very [2]** 10/12 14/24 |
| **parties [1]** 7/23 **pass [1]** 8/11 **past [2]** 5/24 6/5 | **reasonable [1]** 5/18 **recall [1]** 10/19 **record [3]** 9/19 12/12 | **shouldn't [1]** 12/12 **side's [1]** 11/8 **simple [1]** 5/12 | 10/13 11/11 12/3 14/16 **theory [1]** 13/12 **there [5]** 7/4 8/8 11/16 | **via [2]** 1/9 4/16 **videoconference [1]** 4/17 |
| **Peed [3]** 2/13 2/14 4/15 **Perfect [1]** 15/21 | 16/3 **recorded [1]** 3/7 | **sit [2]** 15/2 15/12 **so [30]** | 11/21 12/19 **these [1]** 12/24 | **view [2]** 12/4 12/6 **views [1]** 6/1 |
| **perhaps [1]** 13/12 **period [1]** 13/13 **permit [1]** 6/10 | **Registered [1]** 3/2 **remember [2]** 10/16 11/19 | **some [4]** 12/6 12/13 12/16 15/10 **soon [3]** 6/6 14/24 | **they [11]** 6/23 7/2 9/15 9/16 9/17 9/18 12/7 12/8 12/16 12/17 14/8 | **virtue [1]** 12/7 **voir [1]** 11/14 **vs [1]** 1/5 |
| **Philadelphia [1]** 2/7 **phone [1]** 7/2 | **remote [4]** 9/16 9/18 10/8 10/11 | 15/21 **sorry [5]** 4/3 5/4 7/13 | **they'd [1]** 9/18 **they're [3]** 7/1 7/1 9/25 | **W** |
| **physically [2]** 9/15 9/17 **pick [4]** 5/18 9/24 14/6 | **report [3]** 7/1 7/2 9/1 **Reporter [4]** 3/2 3/2 3/3 3/3 | 8/4 10/22 **sort [4]** 6/19 7/3 8/10 15/10 | **things [5]** 8/19 9/10 12/7 14/8 14/16 **think [21]** | **wait [1]** 15/8 **waived [1]** 4/19 **waiver [1]** 9/19 |
| 14/9 **picking [1]** 6/5 **Plaintiff [1]** 1/4 | **request [1]** 7/17 **requested [1]** 9/22 **required [1]** 7/1 | **squeeze [1]** 13/13 **start [16]** 5/3 5/5 5/9 5/16 5/16 5/19 6/10 | **thinking [2]** 5/12 13/4 **this [21]** **this is [2]** 4/3 4/5 | **want [4]** 9/15 9/16 9/17 9/19 **was [8]** 5/9 6/5 7/16 |
| **plan [1]** 15/13 **plans [1]** 15/11 **play [1]** 13/14 | **rest [1]** 6/16 **Rhodes [9]** 4/25 5/8 5/8 9/5 11/17 11/20 | 6/17 6/23 6/24 9/9 11/3 13/10 14/5 14/7 14/16 **starts [1]** 12/24 | **those [9]** 5/20 5/25 6/25 8/12 8/21 11/2 11/3 11/13 11/18 | 7/18 8/8 9/23 10/17 10/20 **was likely [1]** 6/5 |
| **PO [1]** 2/3 **position [1]** 12/9 **pre [2]** 9/3 11/14 | 12/4 12/25 14/9 **Rhodes 1 [1]** 9/5 **right [13]** 4/22 5/5 7/7 | **Statement [1]** 7/20 **statements [2]** 7/10 8/9 | **though [1]** 8/16 **thought [2]** 7/13 11/17 **thoughts [3]** 5/20 5/25 | **Washington [4]** 1/5 1/15 2/15 3/5 **wasn't [1]** 12/9 |
| **pre-existing [1]** 9/3 **prepared [2]** 12/10 13/3 | 7/15 8/23 9/13 10/1 12/20 13/9 14/21 14/24 15/4 15/21 | **STATES [4]** 1/1 1/3 1/10 4/6 **STATUS [1]** 1/9 | 14/23 **three [4]** 6/15 13/12 14/9 14/13 | **way [2]** 6/24 12/6 **we [35]** **we agree [1]** 6/3 |
| **present [4]** 4/16 9/15 9/17 9/20 **pretrial [14]** 7/5 7/10 | **RIOS [1]** 2/10 **RMR [2]** 16/2 16/8 **Robert [1]** 2/10 | **stenography [1]** 3/7 **still [2]** 6/20 12/14 **streamline [1]** 8/19 | **through [5]** 11/13 15/3 15/5 15/14 15/15 **Thursday [1]** 14/11 | **we will [4]** 9/8 10/15 11/11 15/7 **we'd [1]** 13/3 |
| 7/11 7/20 7/23 8/3 8/7 8/10 8/20 9/2 9/8 9/14 9/16 13/2 | **ROBERTO [2]** 1/6 4/6 **rulings [1]** 11/14 | **Street [3]** 1/15 2/11 2/14 **stricken [2]** 11/10 | **time [4]** 5/7 9/24 11/16 13/13 **titled [1]** 16/4 | **we'll [14]** 6/19 6/20 6/22 7/4 8/19 9/2 9/8 9/19 11/8 12/19 13/14 |
| **pretty [2]** 6/11 13/3 **Prettyman [1]** 3/4 | **S** | 12/18 **strikes [2]** 10/14 11/14 | **told [3]** 5/13 7/2 13/11 **took [2]** 12/4 14/9 | 14/24 15/9 15/21 **we're [3]** 4/22 6/4 8/11 |
| **probably [2]** 5/23 13/12 | **safety [1]** 12/1 **said [3]** 12/16 12/17 14/3 | **strong [2]** 12/14 12/17 | **transcript [3]** 1/9 3/7 16/3 **transcription [1]** 3/7 | **we've [2]** 15/10 15/11 **week [15]** 5/11 5/14 |
| **problems [1]** 6/1 **proceedings [4]** 1/9 | **saw [1]** 8/18 | | | |

## W

**week... [13]** 6/20 6/23 7/17 7/18 7/18 7/21 9/6 14/6 15/2 15/4 15/6 15/7 15/18
**Weinberg [3]** 2/9 2/10 4/13
**well [4]** 4/21 5/15 7/7 11/5
**were [5]** 5/3 5/4 11/17 11/18 14/12
**weren't [2]** 12/9 12/18
**what [6]** 9/5 10/13 11/4 13/1 15/16 15/17
**whatever [1]** 13/21
**when [3]** 7/5 7/9 7/14
**whenever [1]** 14/7
**whether [3]** 7/2 8/11 9/15
**which [8]** 4/25 5/12 7/19 11/21 11/25 12/11 14/10 15/6
**who [5]** 6/25 12/7 12/16 15/10 15/10
**whole [1]** 8/16
**will [10]** 8/3 8/7 8/16 9/8 10/12 10/13 10/15 11/11 11/11 15/7
**William [6]** 2/2 2/3 3/2 4/11 16/2 16/8
**William Shipley [1]** 4/11
**within [1]** 10/18
**without [1]** 8/21
**witness [1]** 14/15
**wondering [1]** 9/23
**work [1]** 6/8
**works [3]** 6/24 9/11 10/6
**would [17]**
**writing [1]** 8/17
**written [1]** 12/7

## Y

**Yeah [3]** 6/12 10/22 10/24
**year [2]** 5/19 5/24
**year-end [1]** 5/24
**yes [2]** 5/6 12/5
**you [38]**
**you're [1]** 11/7
**you've [1]** 13/2
**your [26]**
**Your Honor [23]**
**Your Honor's [1]** 15/2
**yourself [1]** 12/1

## Z

**Zaremba [3]** 3/2 16/2 16/8
**ZOOM [2]** 1/9 10/8